**UNITED STATES DEPARTMENT OF COMMERCE**
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

June 29, 2020

**FILED ELECTRONICALLY VIA CM/ECF**

Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

Re:     *The Ancientree Cabinet Co. v. United States*, Court No. 20-00114

Dear Mr. Toscano:

    In accordance with Rule 73.2(b) of the Rules of this Court, I am transmitting the index of the administrative record for the above-referenced case as it pertains to the final determination issued and published by the Department of Commerce in the antidumping duty investigation on Wooden Cabinets and Vanities from the People's Republic of China.

    I am also transmitting the certification for the index and the final determination issued and published as *Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Final Affirmative Determination of Sales at Less Than Fair Value*, 85 Fed. Reg. 11,953 (Dep't of Commerce February 28, 2020) and corrected by *Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Corrected Notice of Final Affirmative Determination of Sales at Less Than Fair Value*, 85 Fed. Reg. 17,855 (Dep't of Commerce March 31, 2020).  Also incorporated as part of the final determination is the attached Issues and Decision Memorandum.

    Pursuant to Rule 73.2, the Department is not filing the record with the Court.  By way of reminder, however, the record index (like the record) is divided into three sections, one containing public documents, one containing documents with business proprietary information, and another containing documents with business proprietary information that may not be released under administrative protective order.

    If you have any questions concerning this matter, please contact me at (202) 482-3748.

    Respectfully submitted,

    /s Savannah Rose Maxwell
    Savannah Rose Maxwell
    Attorney
    Office of the Chief Counsel
      for Trade Enforcement & Compliance

Attachments

Mr. Mario Toscano
June 29, 2020
Page 2

    cc:    (with index, certification, and final determination)

Ioana Cristei
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC  20530
Phone: (202) 305-0001
Email: Ioana.cristei@usdoj.gov

Luke Anthony Meisner
Schagrin Associates
900 Seventh Street, NW.
Suite 500
Washington, DC 20001
Phone: (202) 223-1700
Email: lmeisner@schagrinassociates.com

Gregory Stephen Menegaz
deKieffer & Horgan, PLLC
1090 Vermont Avenue, NW.
Suite 410
Washington, DC 20004
Phone: (202) 783-6900
Email: gmenegaz@dhlaw.com

Mark Rett Ludwikowski
Clark Hill PLC
1001 Pennsylvania Avenue, NW.
Suite 1300 South
Washington, DC 20004
Phone: (202) 640-6680
Email: mludwikowski@clarkhill.com