UNITED STATES COURT OF INTERNATIONAL TRADE

**Before: The Honorable Gary S. Katzmann, Judge**

| | |
|---|---|
| THE ANCIENTREE CABINET CO., LTD. | ) |
| Plaintiff, | ) |
| v. | ) Court No. 20-00114 |
| UNITED STATES, | ) |
| Defendant. | ) |

**ORDER**

On review of the parties' status report and all papers and pleadings related thereto, it is hereby

**ORDERED** that the following briefing schedule is adopted:

1. Plaintiff and Plaintiff-Intervenor shall file their motions for judgment upon the agency record no later than September 11, 2020;

2. Defendant and Defendant-Intervenor shall file response briefs no later than November 20, 2020;

3. Plaintiff and Plaintiff-Intervenor shall file their reply briefs no later than December 18, 2020;

4. Plaintiff shall file the parties' joint appendix in accordance with the Rules of this Court; and

5. Any motion for oral argument shall be filed in accordance with the Rules of this Court.

**SO ORDERED.**

**Date:** July 30, 2020, **2020**  
**New York, New York**

/S/   Gary S. Katzmann  
**Gary S. Katzmann, Judge**