UNITED STATES COURT OF INTERNATIONAL TRADE

**Before: The Honorable Gary S. Katzmann, Judge**

| | |
|---|---|
| THE ANCIENTREE CABINET CO., LTD. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. )<br>) | Court No. 20-00114 |

**PLAINTIFF'S MOTION FOR JUDGMENT ON THE AGENCY RECORD**

Pursuant to Rule 56.2 of the Rules of the United States Court of International Trade ("USCIT R."), Plaintiff The Ancientree Cabinet Co., Ltd., respectfully move this Court for an order granting movants judgment on the agency record against Defendant, the United States (representing the U.S. Department of Commerce), including, but not limited to the following relief:

- Declaring the Department's selection of Romania as the primary surrogate country unsupported by substantial evidence; and

- Declaring that the Department's choices of surrogate values for birch and poplar sawnwood were unsupported by substantial evidence; and

- Declaring that the Department's choices of surrogate values for Ancientree's particleboard, MDF, and paint inputs were unsupported by substantial evidence; and

- Declaring the Department's financial ratio calculation was unsupported by substantial evidence and its change in methodology was arbitrary and capricious; and

- Ordering that if the Department calculates a de minimis margin, the Department must exclude Ancientree from the antidumping Order, and

- Remanding to the Department to recalculate Plaintiffs' margin in accordance with the law.

WHEREFORE, for the reasons described in this Motion, Plaintiff respectfully requests that this Court enter judgment in their favor. A proposed order is attached for the Court's consideration.

Respectfully submitted,

/s/ Gregory S. Menegaz

Gregory S. Menegaz
Alexandra H. Salzman
J. Kevin Horgan
**DEKIEFFER & HORGAN, PLLC**
1090 Vermont Ave., N.W. 20005, Suite 410
Tel: (202) 783-6900
email: gmenegaz@dhlaw.com

Dated: September 11, 2020