## UNITED STATES COURT OF INTERNATIONAL TRADE

**Before: The Honorable Gary S. Katzmann, Judge**

| | |
|---|---|
| THE ANCIENTREE CABINET CO., LTD. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Court No. 20-00114 |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to Rule 56.2 of the Rules of the United States Court of International Trade ("USCIT R."), Plaintiff The Ancientree Cabinet Co., Ltd., in support of its Rule 56.2 Motion for Judgment on the Agency Record, and all other papers and proceedings had herein, it is hereby

ORDERED that said motion is GRANTED, and it is further

ORDERED that this case is remanded to Department of Commerce with instructions that the Department redetermine aspects of its investigation as instructed by this Court in its accompanying slip opinion.

DATED: _____     _____
  New York, New York                                   Gary S. Katzmann, Judge

1