# UNITED STATES COURT OF INTERNATIONAL TRADE

**Before: The Honorable Gary S. Katzmann, Judge**

| | |
|---|---|
| THE ANCIENTREE CABINET CO., LTD. | ) |
| | ) |
| Plaintiff, | ) **PUBLIC VERSION** |
| | ) Court No. 20-00114 |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## <u>JOINT APPENDIX</u>

Gregory S. Menegaz
J. Kevin Horgan
Judith L. Holdsworth
Alexandra H. Salzman
**DeKieffer & Horgan, PLLC**
Suite 410
1090 Vermont Ave., N.W.  20005
Tel: (202) 783-6900
email:  gmenegaz@dhlaw.com
*Counsel to Plaintiff*

Dated: February 4, 2021

*PUBLIC VERSION*

*The Ancientree Cabinet Co., Ltd. v United States*

**United States Court of International Trade**
**Ct. No. 20-00114**

**JOINT APPENDIX**

| Joint Appendix Number | Document | PR/CR |
|---|---|---|
| 1 | Final Determination (February 28, 2020) | PR 1559 |
| 2 | Final IDM (February 21, 2020) | PR 1554 |
| 3 | Corrected Final Determination (March 31, 2020) | PR 1575 |
| 4 | Preliminary Determination (October 9, 2019) | PR 1426 |
| 5 | Preliminary IDM (October 2, 2019) | PR 1407 |
| 6 | Corrections to Preliminary Determination (October 22, 2019) | PR 1442 |
| 7 | Amended Preliminary Determination (November 14, 2019) | PR 1485 |
| 8 | Department, Initiation FR Notice (April 2, 2019) | PR 67 |
| 9 | Department, Respondent Selection Memorandum (June 4, 2019) | PR 838; CR 948 |
| 10 | Department, Antidumping Questionnaire (April 25, 2019) | PR 842 |
| 11 | Department, Request for Economic Development, Surrogate Country and Surrogate Value Comments and Information (June 17, 2019) | PR 850 |
| 12 | Ancientree, Section A Questionnaire Response (July 3, 2019) | PR 870 |
| 13 | Petitioner, Surrogate Country Comments (July 16, 2019) | PR 898 |
| 14 | Ancientree, Surrogate Country Comments (July 16, 2019) | PR 899 |
| 15 | Foremost, Surrogate Country Selection Comments (July 16, 2019) | PR 900 |
| 16 | Ancientree, Section C and D Questionnaire Response (July 19, 2019) | PR 911; CR 1023 |
| 17 | Foremost, Section C and D Questionnaire Response (July 22, 2019) | PR 912 |
| 18 | Ancientree, Preliminary Surrogate Value Submission (August 7, 2019) | PR 952-953 |
| 19 | Petitioner, Initial Surrogate Value Comments (August 7, 2019) | PR 956-961 |
| 20 | Foremost, Affirmative Surrogate Value Submission (August 7, 2019) | PR 963-966 |

| 21 | Ancientree, Rebuttal Preliminary Surrogate Value Submission (August 19, 2019) | PR 1007 |
|----|---|---|
| 22 | Wen Bo, Rebuttal Surrogate Value Submission (August 19, 2019) | PR 1009 |
| 23 | Foremost, Rebuttal Surrogate Value Submission (August 19, 2019) | PR 1010 |
| 24 | Petitioner, Initial Rebuttal Surrogate Value Comments (August 19, 2019) | PR 1013-1014 |
| 25 | Foremost, Final Surrogate Value Submission (September 3, 2019) | PR 1316-1322 |
| 26 | Petitioner, Final Surrogate Value Comments (September 3, 2019) | PR 1327 |
| 27 | Ancientree, Final Surrogate Value Submission (September 3, 2019) | PR 1328-1331 |
| 28 | Ancientree, Supplemental Questionnaire Response (September 6, 2019) | PR 1339; CR 1282-1286 |
| 29 | Petitioner, Comments on Respondents' Final Surrogate Value Comments (September 13, 2019) | PR 1356 |
| 30 | Ancientree, Fourth Supplemental Questionnaire Response (September 18, 2019) | PR 1367; CR 1365-1366 |
| 31 | Ancientree, Pre-Preliminary Comments (September 19, 2019) | PR 1371 |
| 32 | Foremost, Supplemental Section D Questionnaire Response (September 23, 2019) | PR 1392; CR 1388 |
| 33 | Department, Preliminary Surrogate Value Memo (October 3, 2019) | PR 1411-1412 |
| 34 | Ancientree, Verification Exhibits (November 15, 2019) | PR 1486; CR 1498 & 1516 |
| 35 | Department, Ancientree Verification Report (December 10, 2019) | PR 1502; CR 1530 |
| 36 | Ancientree, Case Brief (December 17, 2019) | PR 1511 |
| 37 | Ancientree, Rebuttal Brief (December 26, 2019) | PR 1523 |
| 38 | Petitioner, Rebuttal Brief (December 26, 2019) | PR 1525 |
| 39 | Department, Final Surrogate Value Memo (February 21, 2020) | PR 1560 & 1571 |
| 40 | Department, Antidumping Duty Order (April 21, 2020) | PR 1578 |

JA 1

Final Determination (February 28, 2020)
PR 1559


**Federal Register** / Vol. 85, No. 40 / Friday, February 28, 2020 / Notices **11953**

identified by CBP as an importer in the covered merchandise referral (referenced above) are exempt from the additional filing requirements for importers pursuant to 19 CFR 351.305(d).

Dated: February 24, 2020.

**Jeffrey I. Kessler,**

*Assistant Secretary for Enforcement and Compliance.*

## Appendix

### Scope of the Order

The products covered by the order are all finished circular sawblades, whether slotted or not, with a working part that is comprised of a diamond segment or segments, and parts thereof, regardless of specification or size, except as specifically excluded below. Within the scope of the order are semi-finished diamond sawblades, including diamond sawblade cores and diamond sawblade segments. Diamond sawblade cores are circular steel plates, whether or not attached to non-steel plates, with slots. Diamond sawblade cores are manufactured principally, but not exclusively, from alloy steel. A diamond sawblade segment consists of a mixture of diamonds (whether natural or synthetic, and regardless of the quantity of diamonds) and metal powders (including, but not limited to, iron, cobalt, nickel, tungsten carbide) that are formed together into a solid shape (from generally, but not limited to, a heating and pressing process).

Sawblades with diamonds directly attached to the core with a resin or electroplated bond, which thereby do not contain a diamond segment, are not included within the scope of the order. Diamond sawblades and/or sawblade cores with a thickness of less than 0.025 inches, or with a thickness greater than 1.1 inches, are excluded from the scope of the order. Circular steel plates that have a cutting edge of non-diamond material, such as external teeth that protrude from the outer diameter of the plate, whether or not finished, are excluded from the scope of the order. Diamond sawblade cores with a Rockwell C hardness of less than 25 are excluded from the scope of the order. Diamond sawblades and/or diamond segment(s) with diamonds that predominantly have a mesh size number greater than 240 (such as 250 or 260) are excluded from the scope of the order.

Merchandise subject to the order is typically imported under heading 8202.39.00.00 of the Harmonized Tariff Schedule of the United States (HTSUS). When packaged together as a set for retail sale with an item that is separately classified under headings 8202 to 8205 of the HTSUS, diamond sawblades or parts thereof may be imported under heading 8206.00.00.00 of the HTSUS. On October 11, 2011, Commerce included the 6804.21.00.00 HTSUS classification number to the customs case reference file, pursuant to a request by U.S. Customs and Border Protection.[8] Pursuant to

requests by CBP, Commerce included to the customs case reference file the following HTSUS classification numbers: 8202.39.0040 and 8202.39.0070 on January 22, 2015, and 6804.21.0010 and 6804.21.0080 on January 26, 2015.[9]

The tariff classification is provided for convenience and customs purposes; however, the written description of the scope of the order is dispositive.

[FR Doc. 2020–04118 Filed 2–27–20; 8:45 am]

**BILLING CODE 3510–DS–P**

## DEPARTMENT OF COMMERCE

### International Trade Administration

**[A–570–106]**

### Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Final Affirmative Determination of Sales at Less Than Fair Value

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**SUMMARY:** The Department of Commerce (Commerce) determines that wooden cabinets and vanities and components thereof (wooden cabinets and vanities) from the People's Republic of China (China) are being, or are likely to be, sold in the United States at less than fair value (LTFV). The final weighted-average dumping margins are listed in the "Final Determination Margins" section of this notice.

**DATES:** Applicable February 28, 2020.

**FOR FURTHER INFORMATION CONTACT:** Kabir Archuletta, Rachel Greenberg, or Eliza Siordia, AD/CVD Operations, Office V, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC 20230; telephone: (202) 482–2593, (202) 482–0652, or (202) 482–3878, respectively.

**SUPPLEMENTARY INFORMATION:**

### Background

On October 9, 2019, Commerce published the *Preliminary Determination* in this investigation.[1] On

November 14, 2019, Commerce published the *Amended Preliminary Determination.*[2] The petitioner is the American Kitchen Cabinet Alliance. The mandatory respondents in this investigation are The Ancientree Cabinet Co., Ltd. (Ancientree), Dalian Meisen Woodworking Co., Ltd. (Meisen), and Rizhao Foremost Woodwork Manufacturing Co., Ltd. (Foremost).

A summary of the events that occurred since Commerce published the *Amended Preliminary Determination,* as well as a full discussion of the issues raised by parties for this final determination, are discussed in the Issues and Decision Memorandum.[3] The Issues and Decision Memorandum is a public document and is on file electronically via Enforcement and Compliance's Antidumping and Countervailing Duty Centralized Electronic Service System (ACCESS). ACCESS is available to registered users at *http://access.trade.gov,* and to all parties in the Central Records Unit, Room B8024 of the main Commerce building. In addition, a complete version of the Issues and Decision Memorandum is available at *http://enforcement.trade.gov/frn/index.html.* The signed and electronic versions of the Issues and Decision Memorandum are identical in content.

### Period of Investigation

The period of investigation is July 1, 2018 through December 31, 2018.

### Scope of the Investigation

The scope of the investigation covers wooden cabinets and vanities from China. For a complete description of the scope of the investigation, *see* Appendix I.

### Scope Comments

On October 2, 2019, Commerce issued a Preliminary Scope Decision

---

[8] *See Diamond Sawblades and Parts Thereof from the Republic of Korea: Preliminary Results of Antidumping Duty Administrative Review,* 76 FR 76128 (December 6, 2011).

[9] *See Diamond Sawblades and Parts Thereof from the People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2016–2017,* 83 FR 64331 (December 14, 2018) and accompanying Issues and Decision Memorandum at 3.

[1] *See Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Preliminary Affirmative Determination of Sales at Less Than Fair Value, Postponement of Final Determination and Extension of Provisional Measures,* 84 FR 54106 (October 9, 2019) (*Preliminary Determination*), and accompanying Preliminary Decision Memorandum, as corrected by

*Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Preliminary Affirmative Determination of Sales at Less than Fair Value, Postponement of Final Determination and Extension of Provisional Measures,* 84 FR 56420 (October 22, 2019).

[2] *See Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Amended Preliminary Determination of Sales at Less Than Fair Value,* 84 FR 61875 (November 14, 2019) (*Amended Preliminary Determination*).

[3] *See* Memorandum, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Issues and Decision Memorandum for the Final Affirmative Determination of Sales at Less Than Fair Value," dated concurrently with, and hereby adopted by, this notice (Issues and Decision Memorandum).

Memorandum.[4] Several interested parties submitted case and rebuttal briefs concerning the scope of this investigation. For a summary of the product coverage comments and rebuttal comments submitted to the record for this final determination, and accompanying discussion and analysis of all comments timely received, *see* the Final Scope Decision Memorandum.[5] Based on the comments received, Commerce is not modifying the scope language as it appeared in the *Preliminary Determination*. The scope in Appendix I remains unchanged from that which appeared in the *Preliminary Determination.*

### Analysis of Comments Received

All issues raised in the case and rebuttal briefs by parties in this investigation are discussed in the Issues and Decision Memorandum. A list of the issues that parties raised in the Issues and Decision Memorandum is attached to this notice as Appendix II.

### Verification

As provided in section 782(i) of the Tariff Act of 1930, as amended (the Act), Commerce conducted verification of the information submitted by Ancientree and Foremost for use in the final determination. We used standard verification procedures, including an examination of relevant accounting records and original source documents provided by the respondents.[6]

Commerce did not verify the information submitted by Meisen.[7]

### Changes Since the Preliminary Determination

Based on our review and analysis of the comments received from parties, minor corrections presented at verification, and our verification findings, we have made certain changes to the margin calculations for Ancientree and Foremost. For a discussion of these changes, *see* the ''Changes Since the Preliminary Determination'' section of the Issues and Decision Memorandum and the Final Calculation Memoranda.[8]

### Adverse Facts Available

In determining Meisen's dumping margin, we find that the application of facts available with an adverse inference under sections 776(a)(2)(A) through (C) and 776(b) of the Act as discussed in the Issues and Decision Memorandum.[9] Therefore, as adverse facts available (AFA), we have assigned Meisen the rate of 262.18 percent, which is the highest petition rate.[10]

For the reasons explained in the *Preliminary Determination,* we continue to find that the use of AFA, pursuant to sections 776(a) and (b) of the Act, is warranted in determining the rate for the China-wide entity.[11] In selecting the AFA rate for the China-wide entity, Commerce's practice is to select a rate that is sufficiently adverse to ensure that the uncooperative party does not obtain a more favorable result by failing to cooperate than if it had fully cooperated.[12] For the final

determination, we are also assigning the China-wide entity, as AFA, the rate of 262.18 percent, which is the highest petition rate.[13]

### Separate Rates

Generally, Commerce looks to section 735(c)(5)(A) of the Act, which provides instructions for calculating the all-others rate in a market economy antidumping duty (AD) investigation, for guidance when calculating the rate for separate rate respondents that we did not individually examine in a non-market economy AD investigation. Section 735(c)(5)(A) of the Act states that the estimated all-others rate shall be an amount equal to the weighted average of the estimated weighted average dumping margins established for exporters and producers individually investigated, excluding any zero and *de minimis* margins, and any margins determined entirely on the basis of facts available.[14]

In this final determination, Commerce has calculated rates for Ancientree and Foremost that are not zero, *de minimis,* or based entirely on facts available. Thus, looking to section 735(c)(5)(A) of the Act for guidance, and consistent with our practice,[15] based on publicly ranged sales data, we are assigning the weighted-average of these mandatory respondents' rates as the rate for non-individually examined companies that have qualified for a separate rate, other than Meisen, whose rate is based entirely on section 776 of the Act as discussed above.

### Final Determination

The final estimated weighted-average dumping margins are as follows:

[4] *See* Memorandum, ''Certain Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Scope Comments Decision Memorandum for the Preliminary Determinations,'' dated October 2, 2019 (Preliminary Scope Decision Memorandum).

[5] *See* Memorandum, ''Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Final Scope Comments Decision Memorandum,'' dated concurrently with this notice (Final Scope Decision Memorandum).

[6] *See* Memorandum, ''Less-Than-Fair-Value Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Verification of the Export Price Sales and Factors of Production Response of The Ancientree Cabinet Co., Ltd,'' dated December 10, 2019; Memorandum, ''Verification of the Responses of Foremost Worldwide Company Ltd. In the Less-Than-Fair-Value Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China,'' dated January 10, 2020; Memorandum ''Verification of the Responses of Rizhao Foremost Woodwork Manufacturing Co. Ltd. in the Less-Than-Fair-Value Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China,'' dated January 10, 2020; and ''Verification of the Responses of Rizhao Foremost Woodwork Manufacturing Co. Ltd. in the Less-Than-Fair-Value Investigation of Wooden Cabinets and Vanities and

Components Thereof from the People's Republic of China,'' dated January 10, 2020.

[7] *See* Commerce's Letter, ''Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Verification,'' dated December 27, 2019.

[8] *See* Memoranda, ''Antidumping Duty Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Final Analysis Memorandum for The Ancientree Cabinet Co., Ltd.,'' and ''Antidumping Duty Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Final Analysis Memorandum for Rizhao Foremost Woodwork Manufacturing Company Ltd.,'' both dated concurrently with this notice (collectively, Final Calculation Memoranda).

[9] *See* Issues and Decision Memorandum at Comment 22.

[10] *Id.*

[11] *See Preliminary Determination,* 84 FR at 54106.

[12] *See, e.g., Notice of Preliminary Determination of Sales at Less Than Fair Value and Postponement of Final Determination: Purified Carboxymethyl Cellulose from Finland,* 69 FR 77216 (December 27,

2004), unchanged in *Notice of Final Determination of Sales at Less Than Fair Value: Purified Carboxymethyl Cellulose from Finland,* 70 FR 28279 (May 17, 2005).

[13] *See* Issues and Decision Memorandum at ''Use of Adverse Facts Available.''

[14] *See, e.g., Ball Bearings and Parts Thereof from France, Germany, Italy, Japan, and the United Kingdom: Final Results of Antidumping Duty Administrative Reviews and Rescission of Reviews in Part,* 73 FR 52823, 52824 (September 11, 2008), and accompanying Issues and Decision Memorandum at Comment 16.

[15] *See, e.g., Preliminary Determination of Sales at Less Than Fair Value and Partial Affirmative Determination of Critical Circumstances: Certain Polyester Staple Fiber from the People's Republic of China,* 71 FR 77373, 77377 (December 26, 2006), unchanged in *Final Determination of Sales at Less Than Fair Value and Partial Affirmative Determination of Critical Circumstances: Certain Polyester Staple Fiber from the People's Republic of China,* 72 FR 19690 (April 19, 2007).

**Federal Register** / Vol. 85, No. 40 / Friday, February 28, 2020 / Notices **11955**

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| The Ancientree Cabinet Co., Ltd ............................ | The Ancientree Cabinet Co., Ltd ............................ | 4.37 | 0.00 |
| Dalian Meisen Woodworking Co., Ltd ..................... | Dalian Meisen Woodworking Co., Ltd ..................... | 262.18 | 251.64 |
| Foremost Worldwide Company Limited ................... | Rizhao Foremost Woodwork Manufacturing Company, Ltd. | 101.46 | 90.92 |
| Foremost Worldwide Company Limited ................... | Henan AiDiJia Furniture Co., Ltd ........................... | 101.46 | 90.92 |
| Foremost Worldwide Company Limited ................... | Suzhou Weiye Furniture Co., Ltd ........................... | 101.46 | 90.92 |
| Foremost Worldwide Company Limited ................... | Changsha Minwan Furniture Manufacturing Co., Ltd. | 101.46 | 90.92 |
| ANHUI JIANLIAN WOOD PRODUCTS CO., LTD ... | ANHUI JIANLIAN WOOD PRODUCTS CO., LTD .. | 48.50 | 37.96 |
| Anhui Swanch Cabinetry Co., Ltd ......................... | Anhui Swanch Cabinetry Co., Ltd ......................... | 48.50 | 37.96 |
| ANHUI XINYUANDA CUPBOARD CO., LTD ........... | ANHUI XINYUANDA CUPBOARD CO., LTD ........... | 48.50 | 37.96 |
| Beijing Oulu Jinxin International Trade Co., Ltd ....... | Beijing Oulu Jinxin International Trade Co., Ltd ...... | 48.50 | 37.96 |
| Boloni Smart Home Decor (Beijing) Co., LTD ......... | Boloni Smart Home Decor (Beijing) Co., LTD ......... | 48.50 | 37.96 |
| BRENTRIDGE HOLDING CO., LTD ....................... | ZHOUSHAN FOR-STRONG WOOD CO., LTD ...... | 48.50 | 37.96 |
| Caoxian Brothers Hengxin Wood Industry Co., Ltd | Caoxian Brothers Hengxin Wood Industry Co., Ltd | 48.50 | 37.96 |
| Changyi Zhengheng Woodwork Co., Ltd .................. | Changyi Zhengheng Woodwork Co., Ltd ................. | 48.50 | 37.96 |
| CHAOZHOU YAFENG BATHROOM EQUIPMENT CO., LTD. | CHAOZHOU YAFENG BATHROOM EQUIPMENT CO., LTD. | 48.50 | 37.96 |
| China Friend Limited ........................................... | Dongming Sanxin Wood Industry Co., Ltd .............. | 48.50 | 37.96 |
| Dalian Jiaye Wood Products Co., Ltd ..................... | Dalian Jiaye Wood Products Co., Ltd ..................... | 48.50 | 37.96 |
| Dalian Xingsen Wooden Products Co., Ltd .............. | Dalian Xingsen Wooden Products Co., Ltd .............. | 48.50 | 37.96 |
| Dandong City Anmin Wooden Products Group Co., Ltd. | Dandong City Anmin Wooden Products Group Co., Ltd. | 48.50 | 37.96 |
| Dandong Laroyal Cabinetry Co., Ltd ..................... | Dandong Laroyal Cabinetry Co., Ltd ..................... | 48.50 | 37.96 |
| DEHK LIMITED ................................................... | DIAM DISPLAY (CHINA) CO., LTD ......................... | 48.50 | 37.96 |
| Deqing China-Africa Foreign Trade Port Co., Ltd .... | Suqian Welcomewood Products Co., Ltd ................. | 48.50 | 37.96 |
| Dewell Wooden Products Haian Co., Ltd ................ | Dewell Wooden Products Haian Co., Ltd ................ | 48.50 | 37.96 |
| Dongguan American Parts Supplier Co., Ltd .......... | Dongguan American Parts Supplier Co., Ltd .......... | 48.50 | 37.96 |
| Dongguan Niusaiqu Wood Industry Co., Ltd .......... | Dongguan Niusaiqu Wood Industry Co., Ltd .......... | 48.50 | 37.96 |
| Dongguan Unique Life Furniture Co., Ltd. also known as Unique Life Furniture Co., Ltd (trade name). | Dongguan Unique Life Furniture Co., Ltd .............. | 48.50 | 37.96 |
| Dorbest Ltd ...................................................... | Rui Feng Woodwork (Dongguan) Co., Ltd .............. | 48.50 | 37.96 |
| EZIDONE DISPLAY CORPORATION LTD .............. | EZIDONE DISPLAY CORPORATION LTD .............. | 48.50 | 37.96 |
| EZIDONE DISPLAY CORPORATION LTD .............. | EZIDONE DISPLAY INC ..................................... | 48.50 | 37.96 |
| Forcer International Limited .................................. | QUFU XINYU FURNITURE CO., LTD ..................... | 48.50 | 37.96 |
| Forcer International Limited .................................. | LINYI RUNKANG CABINET CO., LTD ................... | 48.50 | 37.96 |
| Forcer International Limited .................................. | BEIJING OULU JINXIN INTERNATIONAL TRADE CO., LTD. | 48.50 | 37.96 |
| Foshan City Shunde District Refined Furniture Co., Ltd. also known as Refined Furniture Co., Ltd. (trade name). | Foshan City Shunde District Refined Furniture Co., Ltd. also known as Refined Furniture Co., Ltd. (trade name). | 48.50 | 37.96 |
| Foshan Liansu building material trading Co., Ltd ...... | Guangdong Lesso Home Furnishing Co., Ltd ......... | 48.50 | 37.96 |
| FOSHAN NANHAI HONGZHOU WOOD CO., LTD | FOSHAN NANHAI HONGZHOU WOOD CO., LTD | 48.50 | 37.96 |
| Foshan Shunde Yajiasi Kitchen Cabinet Co., Ltd .... | Foshan Shunde Yajiasi Kitchen Cabinet Co., Ltd ... | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED .......... | FOSHAN DIBIAO BATHROOM CO., LTD ............... | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED .......... | FOSHAN MK HOME FURISHING CO., LTD .......... | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED .......... | PROUDER INDUSTRIAL LIMITED ....................... | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED .......... | FOSHAN DEMAX SANITARY WARE CO., LTD ...... | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED .......... | HEBEI SHUANGLI FURNITURE CO., LTD ........... | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED .......... | ZHANGZHOU GUOHUI INDUSTRIAL & TRADE CO., LTD. | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED .......... | SHOUGUANG FUSHI WOOD CO., LTD .............. | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED .......... | Foshan Virtu Bathroom Furniture Ltd .................... | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED .......... | Guangdong Purefine Kitchen & Bath Technology Co., LTD. | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED .......... | KAIPING HONGITARYWARE TECHNOLOGY LTD | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ...................... | FOSHAN DIBIAO BATHROOM CO., LTD .............. | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ...................... | FOSHAN MK HOME FURISHING CO., LTD .......... | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ...................... | PROUDER INDUSTRIAL LIMITED ....................... | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ...................... | FOSHAN DEMAX SANITARY WARE CO., LTD ...... | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ...................... | HEBEI SHUANGLI FURNITURE CO., LTD ........... | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ...................... | ZHANGZHOU GUOHUI INDUSTRIAL & TRADE CO., LTD. | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ...................... | SHOUGUANG FUSHI WOOD CO., LTD .............. | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ...................... | Foshan Virtu Bathroom Furniture Ltd .................... | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ...................... | Guangdong Purefine Kitchen & Bath Technology Co., LTD. | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ...................... | KAIPING HONGITARYWARE TECHNOLOGY LTD | 48.50 | 37.96 |
| Foshan Xinzhongwei Economic & Trade Co., Ltd .... | Foshan Lihong Furniture Sanitary Ware Co., Ltd .... | 48.50 | 37.96 |

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| FUJIAN DUSHI WOODEN INDUSTRY CO., LTD  ... | FUJIAN DUSHI WOODEN INDUSTRY CO., LTD  .. | 48.50 | 37.96 |
| FUJIAN LEIFENG CABINETRY CO., LTD ............... | FUJIAN LEIFENG CABINETRY CO., LTD ............... | 48.50 | 37.96 |
| Fujian Panda Home Furnishing Co., Ltd ................... | Fujian Panda Home Furnishing Co., Ltd ................... | 48.50 | 37.96 |
| Fujian Senyi Kitchen Cabinet Co., Ltd ..................... | Fujian Senyi Kitchen Cabinet Co., Ltd ..................... | 48.50 | 37.96 |
| Fuzhou Biquan Trading Co., Ltd .............................. | Biquan (Fujian) Group Co., Ltd ............................... | 48.50 | 37.96 |
| Fuzhou CBM Import & Export Co., Ltd ..................... | Fuzhou CBM Import & Export Co., Ltd ..................... | 48.50 | 37.96 |
| Fuzhou Desource Home Décor Co., Ltd ................... | Fuzhou Desource Home Decor Co., Ltd ................... | 48.50 | 37.96 |
| FUZHOU LIMIN STONE PRODUCTS CO., LTD ...... | Fuzhou YST Cabinet Co., Ltd  ................................. | 48.50 | 37.96 |
| FUZHOU MASTONE IMPORT & EXPORT CO., LTD. | Fuzhou Yuansentai Cabinet Co., Ltd  ...................... | 48.50 | 37.96 |
| Fuzhou Minlian Wood Industry Co., Ltd ................... | Fuzhou Minlian Wood Industry Co., Ltd ................... | 48.50 | 37.96 |
| FUZHOU SUNRISING HOME DECO MANUFAC-TURING CO., LTD. | FUZHOU SUNRISING HOME DECO MANUFAC-TURING CO., LTD. | 48.50 | 37.96 |
| FUZHOU XINRUI CABINET CO., LTD .................... | FUZHOU XINRUI CABINET CO., LTD .................... | 48.50 | 37.96 |
| Gaomi City Haitian Wooden Ware Co., Ltd ............... | Gaomi City Haitian Wooden Ware Co., Ltd ............... | 48.50 | 37.96 |
| GAOMI HONGTAI HOME FURNITURE CO., LTD  .. | GAOMI HONGTAI HOME FURNITURE CO., LTD | 48.50 | 37.96 |
| Guangde Bozhong Trade Company, Ltd ................... | Guangde Bozhong Trade Company, Ltd ................... | 48.50 | 37.96 |
| GUANGDONG CACAR KITCHEN TECHNOLOGY CO., LTD. | GUANGDONG CACAR KITCHEN TECHNOLOGY CO., LTD. | 48.50 | 37.96 |
| Guangdong G-Top Import and Export Co., Ltd ......... | Foshan Shunde Rongao Furniture CO., LTD ......... | 48.50 | 37.96 |
| Guangzhou Nuolande Import and Export Co., Ltd ... | Guangzhou Nuolande Import and Export Co., Ltd .. | 48.50 | 37.96 |
| Haiyang Kunlun Wood Co., Ltd .............................. | Haiyang Kunlun Wood Co., Ltd .............................. | 48.50 | 37.96 |
| Hangzhou Bestcraft Sanitary Equipments Co., Ltd .. | Hangzhou Bestcraft Sanitary Equipments Co., Ltd | 48.50 | 37.96 |
| Hangzhou Entop Houseware Co., Ltd ..................... | Jinhua Aonika Sanitary Ware Co., Ltd ................... | 48.50 | 37.96 |
| Hangzhou Entop Houseware Co., Ltd ..................... | Hangzhou Bestcraft Sanitary Equipments Co., Ltd | 48.50 | 37.96 |
| Hangzhou Hansen Sanitary Ware Co., Ltd ............... | Hangzhou Hansen Sanitary Ware Co., Ltd ............. | 48.50 | 37.96 |
| Hangzhou Hoca Kitchen & Bath Products Co., Ltd .. | Hangzhou Hoca Kitchen & Bath Products Co., Ltd | 48.50 | 37.96 |
| Hangzhou Home Dee Sanitary Ware Co., Ltd ......... | Hangzhou Home Dee Sanitary Ware Co., Ltd ......... | 48.50 | 37.96 |
| Hangzhou Oulang Bathroom Equipment Co., Ltd .... | Hangzhou Oulang Bathroom Equipment Co., Ltd ... | 48.50 | 37.96 |
| Hangzhou Royo Import & Export Co., Ltd ................ | Jinhua Aonika Sanitary Ware Co., Ltd ................... | 48.50 | 37.96 |
| Hangzhou Royo Import & Export Co., Ltd ................ | Hangzhou Yuxin Sanitary Ware Co., Ltd ................ | 48.50 | 37.96 |
| Hangzhou Royo Import & Export Co., Ltd ................ | Hangzhou Fuyang Beautiful Sanitary Ware Co., Ltd | 48.50 | 37.96 |
| Hangzhou Sunlight Sanitary Co., Ltd ...................... | Hangzhou Sunlight Sanitary Co., Ltd ...................... | 48.50 | 37.96 |
| Hangzhou Weinuo Sanitary Ware Co., Ltd ............... | PINGHU AIPA SANITARY WARE CO., LTD .......... | 48.50 | 37.96 |
| Hangzhou Weinuo Sanitary Ware Co., Ltd ............... | HANGZHOU QILONG SANITARY WARE CO., LTD. | 48.50 | 37.96 |
| Hangzhou Xinhai Sanitary Ware Co., Ltd ................ | Hangzhou Xinhai Sanitary Ware Co., Ltd ............... | 48.50 | 37.96 |
| Hangzhou Yewlong Import & Export Co., Ltd  ......... | Hangzhou Yewlong Industry Co., Ltd .................... | 48.50 | 37.96 |
| Hangzhou Zhuangyu Import & Export Co., Ltd ........ | Hangzhou Zhuangyu Import & Export Co., Ltd ........ | 48.50 | 37.96 |
| Henan Aotin Home Furnishing Co., Ltd ................... | Henan Aotin Home Furnishing Co., Ltd ................... | 48.50 | 37.96 |
| Heyond Cabinet Co., Ltd ....................................... | Heyond Cabinet Co., Ltd ....................................... | 48.50 | 37.96 |
| Homestar Corporation ............................................ | Homestar Corporation ............................................ | 48.50 | 37.96 |
| HONG KONG JIAN CHENG TRADING CO., LIM-ITED. | ZHONGSHAN YAYUE FURNITURE CO., LTD ...... | 48.50 | 37.96 |
| Xiamen Honglei Imp. & Exp. Co., Ltd. also known as Honglei (Xiamen) Stone Co., Ltd. | Changtai Guanjia Industry & Trade Company Co., Ltd. | 48.50 | 37.96 |
| Xiamen Honglei Imp. & Exp. Co., Ltd. also known as Honglei (Xiamen) Stone Co., Ltd. | Zhangzhou Huihua Industry and Trade Co., Ltd ..... | 48.50 | 37.96 |
| Xiamen Honglei Imp. & Exp. Co., Ltd. also known as Honglei (Xiamen) Stone Co., Ltd. | Fujian Xinanlong Wood Industry Co., Ltd ............... | 48.50 | 37.96 |
| Honsoar New Building Material Co., Ltd ................... | Shandong Honsoar Cabinet Materials Co., Ltd ....... | 48.50 | 37.96 |
| Hua Yin Trading Development Co., Ltd of Jiangmen City. | Jianfa Wooden Co., Ltd .......................................... | 48.50 | 37.96 |
| Hua Yin Trading Development Co., Ltd of Jiangmen City. | Heshan Yingmei Cabinets Co., Ltd ......................... | 48.50 | 37.96 |
| Hua Yin Trading Development Co., Ltd of Jiangmen City. | Hesha Feiqiu Cabinet Co., Ltd ............................... | 48.50 | 37.96 |
| Huimin Hanlong Furniture Co., Ltd .......................... | Huimin Hanlong Furniture Co., Ltd .......................... | 48.50 | 37.96 |
| HUISEN FURNITURE (LONG NAN) CO., LTD. also known as HUISEN FURNITURE (LONGNAN) CO., LTD. | HUISEN FURNITURE (LONG NAN) CO., LTD. also known as HUISEN FURNITURE (LONGNAN) CO., LTD. | 48.50 | 37.96 |
| HUIZHOU MANDARIN FURNITURE CO., LTD ...... | HUIZHOU MANDARIN FURNITURE CO., LTD ...... | 48.50 | 37.96 |
| Jiang Su Rongxin Cabinets Ltd ............................... | Jiang Su Rongxin Cabinets Ltd ............................... | 48.50 | 37.96 |
| Jiangmen Kinwai Furniture Decoration Co., Ltd ....... | Jiangmen Kinwai Furniture Decoration Co., Ltd ...... | 48.50 | 37.96 |
| Jiangmen Kinwai International Furniture Co., Ltd ..... | Jiangmen Kinwai International Furniture Co., Ltd  ... | 48.50 | 37.96 |
| Jiangsu Beichen Wood Co., Ltd .............................. | Jiangsu Beichen Wood Co., Ltd .............................. | 48.50 | 37.96 |
| Jiangsu Meijun Intelligent Home Co., Ltd ............... | Jiangsu Meijun Intelligent Home Co., Ltd ............... | 48.50 | 37.96 |
| Jiangsu Pusite Furniture Co., Ltd ........................... | Jiangsu Pusite Furniture Co., Ltd ........................... | 48.50 | 37.96 |
| Jiangsu Roc Furniture Industrial Co., Ltd ................ | Jiangsu Roc Furniture Industrial Co., Ltd ................ | 48.50 | 37.96 |
| JIANGSU SUNWELL CABINETRY CO., LTD .......... | JIANGSU SUNWELL CABINETRY CO., LTD .......... | 48.50 | 37.96 |

Filed By: Kabir Archuletta, Filed Date: 2/28/20 8:33 AM, Submission Status: Approved

**Federal Register**/ Vol. 85, No. 40 / Friday, February 28, 2020 / Notices **11957**

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| JIANGSU WEISEN HOUSEWARE CO., LTD .......... | JIANGSU WEISEN HOUSEWARE CO., LTD .......... | 48.50 | 37.96 |
| Jiangsu Xiangsheng Bedtime Furniture Co., Ltd ...... | Jiangsu Xiangsheng Bedtime Furniture Co., Ltd ..... | 48.50 | 37.96 |
| Jiayuan (Xiamen) Industrial Co., Ltd ....................... | Jiayuan (Xiamen) Industrial Co., Ltd ....................... | 48.50 | 37.96 |
| JINJIANG PERFECT GENERATION IMP. & EXP. CO., LTD. | Homebi Technology Co., LTD ................................ | 48.50 | 37.96 |
| King's Group Furniture (Enterprises) Co., Ltd .......... | Zhongshan King's Group Furniture (ENTER-PRISES) Co., Ltd. | 48.50 | 37.96 |
| KM Cabinetry Co., Limited ..................................... | Zhongshan KM Cabinetry Co., Ltd .......................... | 48.50 | 37.96 |
| Kunshan Baiyulan Furniture Co., Ltd ..................... | Kunshan Baiyulan Furniture Co., Ltd ..................... | 48.50 | 37.96 |
| Kunshan Home Right Trade Corporation ................ | Kunshan Fangs Furniture Co., Ltd .......................... | 48.50 | 37.96 |
| LIANYUNGANG SUN RISE TECHNOLOGY CO., LTD. | LIANYUNGANG SUN RISE TECHNOLOGY CO., LTD. | 48.50 | 37.96 |
| Linshu Meibang Furniture Co., Ltd .......................... | Linshu Meibang Furniture Co., Ltd .......................... | 48.50 | 37.96 |
| Linyi Bomei Furniture Co., Ltd ............................... | Linyi Bomei Furniture Co., Ltd ............................... | 48.50 | 37.96 |
| LINYI BONN FLOORING MANUFACTURING CO., LTD. | LINYI BONN FLOORING MANUFACTURING CO., LTD. | 48.50 | 37.96 |
| Linyi Kaipu Furniture Co., Ltd ............................... | Linyi Kaipu Furniture Co., Ltd ............................... | 48.50 | 37.96 |
| Linyi Runkang Cabinet Co., Ltd ............................. | Linyi Runkang Cabinet Co., Ltd ............................. | 48.50 | 37.96 |
| Liu Shu Woods Product (Huizhou) Co., Ltd also known as Liu Shu Wood Products Co., Ltd (trade name) and Liu Shu Woods Product Co., Ltd (trade name). | Liu Shu Woods Product (Huizhou) Co., Ltd ............ | 48.50 | 37.96 |
| Master Door & Cabinet Co., Ltd ............................. | Master Door & Cabinet Co., Ltd ............................. | 48.50 | 37.96 |
| Masterwork Cabinetry Company Limited ................. | Shandong Compete Wood Co., Ltd ........................ | 48.50 | 37.96 |
| Masterwork Cabinetry Company Limited ................. | Linyi Zhongsheng Jiaju Zhuangshi Co., Ltd ........... | 48.50 | 37.96 |
| MEILIN WOOD PRODUCTS(DALIAN)CO., LTD ..... | MEILIN WOOD PRODUCTS(DALIAN)CO., LTD .... | 48.50 | 37.96 |
| Minhou Beite Home Decor Co., Ltd ........................ | Minhou Beite Home Decor Co., Ltd ........................ | 48.50 | 37.96 |
| MJB Supply (Dalian) Co., Ltd ............................... | Mulin City Bamiantong Linyeju Jisen Wood ............ | 48.50 | 37.96 |
| MOREWOOD CABINETRY CO., LTD ..................... | MOREWOOD CABINETRY CO., LTD ..................... | 48.50 | 37.96 |
| Nanjing Kaylang Co., Ltd ..................................... | Nanjing Kaylang Co., Ltd ..................................... | 48.50 | 37.96 |
| Nantong Aershin Cabinets Co., Ltd ....................... | Nantong Aershin Cabinets Co., Ltd ....................... | 48.50 | 37.96 |
| Nantong Ouming Wood Co., ................................. | Nantong Ouming Wood Co., ................................. | 48.50 | 37.96 |
| Ltd., also known as Nantong Ouming Wood Indus-try Co., Ltd. | Ltd., also known as Nantong Ouming Wood Indus-try Co., Ltd. | | |
| NANTONG YANGZI FURNITURE CO., LTD .......... | NANTONG YANGZI FURNITURE CO., LTD .......... | 48.50 | 37.96 |
| NINGBO KINGWOOD FURNITURE CO., LTD ........ | NINGBO KINGWOOD FURNITURE CO., LTD ....... | 48.50 | 37.96 |
| NINGBO ROVSA HOME FURNISHING CO., LTD .. | NINGBO ROVSA HOME FURNISHING CO., LTD .. | 48.50 | 37.96 |
| Ojans Company Limited ........................................ | Foshan Shunde Ojans Intelligent Sanitary Ware Co., Ltd. | 48.50 | 37.96 |
| Oppein Home Group Inc. ...................................... | Oppein Home Group Inc. ...................................... | 48.50 | 37.96 |
| PIZHOU OUYME IMPORT & EXPORT TRADE CO., LTD. | XUZHOU OUMEC WOOD-BASED PANEL CO., LTD. | 48.50 | 37.96 |
| Pneuma Asia Sourcing & Trading Co. LIMITED ...... | Dalian Tianxin Home Product Co., Ltd ................... | 48.50 | 37.96 |
| Pneuma Asia Sourcing & Trading Co. LIMITED ...... | Qingdao Haiyan Drouot Household Co., Ltd ........... | 48.50 | 37.96 |
| Putian Jinggong Furniture Co., Ltd ........................ | Putian Jinggong Furniture Co., Ltd ........................ | 48.50 | 37.96 |
| Qingdao Coomex Sources Co., Ltd. also known as Coomex Sources Co., Ltd. | Nantong Aershin Cabinets Co., Ltd ....................... | 48.50 | 37.96 |
| Qingdao Haiyan Drouot Household Co., Ltd ........... | Qingdao Haiyan Drouot Household Co., Ltd ........... | 48.50 | 37.96 |
| Qingdao Liangmu Hongye Co., Ltd ....................... | Qingdao Liangmu Hongye Co., Ltd ....................... | 48.50 | 37.96 |
| Qingdao Liangmu Jinshan Woodwork Co., Ltd ........ | Qingdao Liangmu Jinshan Woodwork Co., Ltd ....... | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Lankao Sanqiang Wooden Products Co., Ltd ......... | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Linyi Lanshan Chengxinli Woods Co., Ltd .............. | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Shouguang Shi Qifeng Woods Co., Ltd .................. | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Linyi Mingzhu Woods Co., Ltd ............................... | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Yichun Senhai Woods Industry Co., Ltd ................. | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Linyi Jinde Arts & Crafts Co., Ltd ......................... | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Qingdao Ruirong Woods Co., Ltd .......................... | 48.50 | 37.96 |
| Qingdao Shousheng Industry Co., Ltd ................... | Qingdao Shousheng Industry Co., Ltd ................... | 48.50 | 37.96 |
| Qingdao Yimei Wood Work Co., Ltd ....................... | Qingdao Yimei Wood Work Co., Ltd ....................... | 48.50 | 37.96 |
| QINGDAOHONGXINCHENGDA WOOD INDUS-TRY CO., LTD. | QINGDAOHONGXINCHENGDA WOOD INDUS-TRY CO., LTD. | 48.50 | 37.96 |
| QUFU XINYU FURNITURE CO., LTD ..................... | QUFU XINYU FURNITURE CO., LTD ..................... | 48.50 | 37.96 |
| Ronbow Hong Kong Limited .................................. | Wuxi Yusheng Kitchen-Bathroom Equipment Co., Ltd. | 48.50 | 37.96 |

**11958**   **Federal Register** / Vol. 85, No. 40 / Friday, February 28, 2020 / Notices

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| Sagarit Bathroom Manufacturer Limited ................... | Shouguang Fushi Wood Co., Ltd ............................ | 48.50 | 37.96 |
| Sagarit Bathroom Manufacturer Limited ................... | Zhangzhou Guohui Industrial & Trade Co., Ltd ...... | 48.50 | 37.96 |
| Sagarit Bathroom Manufacturer Limited ................... | Qingdao Runpeng Wood Industrial Co., Ltd .......... | 48.50 | 37.96 |
| Sankok Arts Co., Ltd ........................................... | Sankok Arts Co., Ltd ........................................... | 48.50 | 37.96 |
| Senke Manufacturing Company ............................. | Qindao Yimei Wood Work Co., Ltd ........................ | 48.50 | 37.96 |
| Senke Manufacturing Company ............................. | Linyi Kaipu Furniture Co., Ltd .............................. | 48.50 | 37.96 |
| Senke Manufacturing Company ............................. | Shandon Honsoar Cabinetry Co., Ltd ................... | 48.50 | 37.96 |
| Senke Manufacturing Company ............................. | Huimin Hanlong Furniture Co, Ltd ........................ | 48.50 | 37.96 |
| Shandong Cubic Alpha Timber Co., Ltd ................ | Shandong Cubic Alpha Timber Co., Ltd ................ | 48.50 | 37.96 |
| Shandong Fusheng Wood Co., Ltd ........................ | Shandong Fusheng Wood Co., Ltd ........................ | 48.50 | 37.96 |
| Shandong Huanmei Wood Co., Ltd ........................ | Shandong Huanmei Wood Co., Ltd ........................ | 48.50 | 37.96 |
| SHANDONG JINGYAO HOME DECORATION PRODUCTS CO., LTD. | SHANDONG JINGYAO HOME DECORATION PRODUCTS CO., LTD. | 48.50 | 37.96 |
| Shandong Longsen Woods Co., Ltd ...................... | Shandong Longsen Woods Co., Ltd ...................... | 48.50 | 37.96 |
| Shandong Sanfortune Home and Furniture Co., Ltd | Shandong Sanfortune Home and Furniture Co., Ltd | 48.50 | 37.96 |
| Shanghai Aiwood Home Supplies Co., Ltd ............ | Jiangsu Gangxing Kitchen Cabinet Co., Ltd .......... | 48.50 | 37.96 |
| Shanghai Aiwood Home Supplies Co., Ltd ............ | Shanghai Homebase SanSheng Household Product Co., Ltd. | 48.50 | 37.96 |
| Shanghai Baiyulan Furniture Co., Ltd .................... | Kunshan Baiyulan Furniture Co., Ltd .................... | 48.50 | 37.96 |
| Shanghai Beautystar Cabinetry Co., Ltd ............... | Jiangsu Sunwell Cabinetry Co., Ltd ..................... | 48.50 | 37.96 |
| Shanghai Beautystar Cabinetry Co., Ltd ............... | Nantong Jiegao Furniture Co., Ltd ....................... | 48.50 | 37.96 |
| Shanghai Jiang Feng Furniture Co., Ltd ................ | Shanghai Jiang Feng Furniture Co., Ltd ................ | 48.50 | 37.96 |
| SHANGHAI LINE KING INTERNATIONAL TRAD-ING CO., LTD. | SHANGHAI YAZHI WOODEN INDUSTRY CO., LTD. | 48.50 | 37.96 |
| Shanghai Mebo Industry Co. Ltd .......................... | Shanghai Mebo Industry Co. Ltd .......................... | 48.50 | 37.96 |
| Shanghai Qingzhou Woodenware Co., Ltd ............. | Shanghai Qingzhou Woodenware Co., Ltd ............. | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd .............................. | Anhui GeLun Wood Industry Co., Ltd ................... | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd .............................. | Ning'an City Jiude Wood Co., Ltd ........................ | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd .............................. | Muling City Bamiantong Forestry Bureau Jisen Wood Co., Ltd. | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd .............................. | Dalian Ruiyu Mountain Wood Co., Ltd .................. | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd .............................. | Linshu Meibang Furniture Co., Ltd ....................... | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd .............................. | Jiamusi City Quanhong Wood Industry Co., Ltd ..... | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd .............................. | Kunshan Fangs Furniture Co., Ltd ....................... | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd .............................. | Dalian Chunyao Wood Industry Co., Ltd .............. | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd .............................. | Anhui Juxin Wood Industry Co., Ltd ..................... | 48.50 | 37.96 |
| Shanghai Wang Lei Industries- Taicang Branch ...... | Shanghai Wang Lei Industries- Taicang Branch ...... | 48.50 | 37.96 |
| Shanghai Wen Bo Industries Co. Ltd .................... | Shanghai Yinbo Manufacturing Co. Ltd ................. | 48.50 | 37.96 |
| Shanghai Wen Bo Industries Co. Ltd .................... | Dalian Jiaye Wood Products Co., Ltd ................... | 48.50 | 37.96 |
| Shanghai Wen Bo Industries Co. Ltd .................... | Shanghai Baiyulan Furniture Co., Ltd ................... | 48.50 | 37.96 |
| Shanghai Xietong (Group) Co., Ltd ....................... | Nantong Jiegao Furniture Co., Ltd ....................... | 48.50 | 37.96 |
| Shanghai Xietong (Group) Co., Ltd ....................... | Jiangsu Senwei Smart Home Co., Ltd .................. | 48.50 | 37.96 |
| SHANGHAI ZIFENG INTERNATIONAL TRADING CO., LTD. | SHANDONG GAINVAST WOODEN PRODUCTS CO., LTD. | 48.50 | 37.96 |
| SHANGHAI ZIFENG INTERNATIONAL TRADING CO., LTD. | SHANGHAI WENYI WOODEN CO., LTD .............. | 48.50 | 37.96 |
| SHANGHAI ZIFENG INTERNATIONAL TRADING CO., LTD. | NAN TONG DI LIN FURNITURE CO., LTD .......... | 48.50 | 37.96 |
| SHANGHAI ZIFENG INTERNATIONAL TRADING CO., LTD. | JIANGSU YANAN WOODEN CO., LTD ................. | 48.50 | 37.96 |
| Sheen Lead International Trading (Shanghai) Co., Ltd. | SHANGHAI RUIYING FURNITURE CO., LTD ....... | 48.50 | 37.96 |
| Shouguang Fushi Wood Co., Ltd .......................... | Shouguang Fushi Wood Co., Ltd .......................... | 48.50 | 37.96 |
| Shouguang Honsoar Imp. & Exp. Trading Co., Ltd .. | Shandong Honsoar Cabinet Materials Co., Ltd ....... | 48.50 | 37.96 |
| SHOUGUANG JIAXIU WOOD CO., LTD ............... | SHOUGUANG JIAXIU WOOD CO., LTD ............... | 48.50 | 37.96 |
| SHOUGUANG JIAXIU WOOD CO., LTD ................ | SHOUGUANG JIAXIU WOOD CO., LTD ............... | 48.50 | 37.96 |
| Shouguang Jinxiangyuan Home Furnishing Co., Ltd | Shouguang Jinxiangyuan Home Furnishing Co., Ltd. | 48.50 | 37.96 |
| Shouguang Sanyang Wood Industry Co., Ltd .......... | Shouguang Sanyang Wood Industry Co., Ltd ......... | 48.50 | 37.96 |
| Silver Stone Group Co., Ltd ................................. | QINGDAO FAMILY CRAFTS CO., LTD ................. | 48.50 | 37.96 |
| Silver Stone Group Co., Ltd ................................. | QingDao XiuZhen Furniture Co., Ltd ..................... | 48.50 | 37.96 |
| Smart Gift International ....................................... | Anhui GeLun Wood Industry Co., Ltd ................... | 48.50 | 37.96 |
| Smart Gift International ....................................... | Ning'an City Jiude Wood Co., Ltd ........................ | 48.50 | 37.96 |
| Smart Gift International ....................................... | Muling City Bamiantong Forestry Bureau Jisen Wood Co., Ltd. | 48.50 | 37.96 |
| Smart Gift International ....................................... | Dalian Ruiyu Mountain Wood Co., Ltd .................. | 48.50 | 37.96 |
| Smart Gift International ....................................... | Jiamusi City Quanhong Wood Industry Co., Ltd ..... | 48.50 | 37.96 |
| Smart Gift International ....................................... | Dalian Chunyao Wood Industry Co., Ltd .............. | 48.50 | 37.96 |
| SUNCO TIMBER(KUNSHAN) CO., LTD ................. | SUNCO TIMBER(KUNSHAN) CO., LTD ................. | 48.50 | 37.96 |
| Supree (Fujian) Wood Co., Ltd ............................ | Supree (Fujian) Wood Co., Ltd ............................ | 48.50 | 37.96 |

**Federal Register** / Vol. 85, No. 40 / Friday, February 28, 2020 / Notices

**11959**

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| Supree (Fujian) Construction Materials Co., Ltd ...... | Supree (Fujian) Construction Materials Co., Ltd ..... | 48.50 | 37.96 |
| SUZHOU BAOCHENG INDUSTRIES CO., LTD ...... | WALLBEYOND (SHUYANG) HOME DECOR CO., LTD. | 48.50 | 37.96 |
| Suzhou Five Cubic Wood Co., Ltd .......................... | Suzhou Geda Office Equipment Manufacturing Co., Ltd. | 48.50 | 37.96 |
| Suzhou Oriental Dragon Import and Export Co., Ltd. also known as Suzhou Oriental Dragon Import and Export Corp., Ltd. | Lingbi Xianghe Wood Co., Ltd ................................ | 48.50 | 37.96 |
| Tai Yuan Trading Co., Ltd also known as Heshan Tai Yuan Trading Co., Ltd. | Heshan Yingmei Cabinet Co., Ltd ........................... | 48.50 | 37.96 |
| Taishan Changfa Wood Industry Co., Ltd ............... | Taishan Changfa Wood Industry Co., Ltd ............... | 48.50 | 37.96 |
| TAISHAN HONGXIANG TRADING CO., LTD .......... | Chang He Xing Wood Manufacturer Co., Ltd  ......... | 48.50 | 37.96 |
| TAISHAN HONGXIANG TRADING CO., LTD .......... | Heshan Yingmei Cabinets Co., Ltd ........................ | 48.50 | 37.96 |
| TAISHAN HONGXIANG TRADING CO., LTD .......... | Heshan Feiqiu Cabinet Co., Ltd ............................. | 48.50 | 37.96 |
| TAISHAN HONGXIANG TRADING CO., LTD .......... | Yuanwang Wood Product Factory Dajiang Taishan | 48.50 | 37.96 |
| TAISHAN HONGXIANG TRADING CO., LTD .......... | Can-am Cabinet Ltd ............................................... | 48.50 | 37.96 |
| Taishan Hongzhou Cabinet Co., Ltd ...................... | Taishan Hongzhou Cabinet Co., Ltd ...................... | 48.50 | 37.96 |
| Taishan Jiahong Trade Co., Ltd ............................. | Taishan Dajiang Town Dutou Wood Furniture Factory. | 48.50 | 37.96 |
| Taishan Jiahong Trade Co., Ltd ............................. | Foshan Nanhai Jinwei Cabinet Furniture Co., Ltd  .. | 48.50 | 37.96 |
| Taishan Jiahong Trade Co., Ltd ............................. | Taishan Huali Kitchen Cabinet Co., Ltd ................. | 48.50 | 37.96 |
| Taishan Jiahong Trade Co., Ltd ............................. | Taishan Empire Wood Co., Ltd .............................. | 48.50 | 37.96 |
| TAISHAN OVERSEA TRADING COMPANY LTD  ... | TAISHAN GANHUI STONE KITCHEN CO., LTD  ... | 48.50 | 37.96 |
| TAISHAN OVERSEA TRADING COMPANY LTD  ... | Can-am Cabinet Ltd ............................................... | 48.50 | 37.96 |
| TAISHAN OVERSEA TRADING COMPANY LTD  ... | TAISHAN QUANMEI KITCHEN WARE CO., LTD  .. | 48.50 | 37.96 |
| TAISHAN OVERSEA TRADING COMPANY LTD  ... | TAISHAN JIAFU CABINET CO., LTD ...................... | 48.50 | 37.96 |
| TAISHAN OVERSEA TRADING COMPANY LTD  ... | TAISHAN DAJIANG TOWN DUTOU FURNITURE FACTORY. | 48.50 | 37.96 |
| TAISHAN OVERSEA TRADING COMPANY LTD  ... | Feiteng Kitchen Cabinets Taishan Corporation ....... | 48.50 | 37.96 |
| Taizhou Overseas Int'l Ltd ..................................... | Zhejiang Royal Home Co., Ltd ............................... | 48.50 | 37.96 |
| TANGSHAN BAOZHU FURNITURE CO., LTD ........ | TANGSHAN BAOZHU FURNITURE CO., LTD ...... | 48.50 | 37.96 |
| Tech Forest Cabinetry Co., Ltd .............................. | Tech Forest Cabinetry Co., Ltd ............................. | 48.50 | 37.96 |
| The Frame Manufacturing Co. Ltd .......................... | HUIZHOU DIWEIXIN JIATINGYONGPIN CO., LTD | 48.50 | 37.96 |
| Top Goal International Group Ltd. (Hong Kong) ...... | Dongguan City Top Goal Furniture Co., Ltd ........... | 48.50 | 37.96 |
| Tradewinds Furniture Ltd ....................................... | Tradewinds Furniture Ltd ...................................... | 48.50 | 37.96 |
| Wa Fok Art Craft Furniture (MACAO) Co., Ltd ...... | Zhongshan Huafu Art Craft Furniture Co., Ltd  ....... | 48.50 | 37.96 |
| Weifang Fuxing Wood Co., Ltd ............................... | Weifang Fuxing Wood Co., Ltd .............................. | 48.50 | 37.96 |
| WEIFANG KITCHINET CORPORATION  ................. | WEIFANG KITCHINET CORPORATION  ............... | 48.50 | 37.96 |
| Weifang Lan Gu Wood Industry Co., Ltd  ............... | Weifang Lan Gu Wood Industry Co., Ltd  ............... | 48.50 | 37.96 |
| Weifang Master Wood Industry Co., Ltd  ................ | Weifang Master Wood Industry Co., Ltd  ................ | 48.50 | 37.96 |
| Weifang Yuanlin Woodenware Co., Ltd  .................. | Weifang Yuanlin Woodenware Co., Ltd  .................. | 48.50 | 37.96 |
| Weihai Adornus Cabinetry Manufacturing Co., Ltd  .. | Weihai Adornus Cabinetry Manufacturing Co., Ltd | 48.50 | 37.96 |
| WEIHAI JARLIN CABINETRY MANUFACTURE CO., LTD. | WEIHAI JARLIN CABINETRY MANUFACTURE CO., LTD. | 48.50 | 37.96 |
| Wellday International Company Limited also known as Dongguan Wellday Household Co., Ltd. | Wellday International Company Limited also known as Dongguan Wellday Household Co., Ltd. | | |
| Wenzhou Youbo Industrial Co., Ltd ....................... | Wenzhou Youbo Industrial Co., Ltd ....................... | 48.50 | 37.96 |
| Wuxi Yushea Furniture Co., Ltd ............................. | Wuxi Yushea Furniture Co., Ltd ............................. | 48.50 | 37.96 |
| Wuxi Yusheng Kitchen-Bathroom Equipment Co., Ltd. | Wuxi Yusheng Kitchen-Bathroom Equipment Co., Ltd. | 48.50 | 37.96 |
| Xiamen Adler Cabinetry Co., Ltd ........................... | Xiamen Adler Cabinetry Co., Ltd ........................... | 48.50 | 37.96 |
| XIAMEN GOFOR STONE CO., LTD ........................ | KAICHENG (FUJIAN) KITCHEN CABINET CO., LTD. | 48.50 | 37.96 |
| XIAMEN GOLDEN HUANAN IMP. & EXP. CO., LTD. | Changtai Guanjia Industrial Co., Ltd  ..................... | 48.50 | 37.96 |
| XIAMEN GOLDENHOME CO., LTD ........................ | XIAMEN GOLDENHOME CO., LTD ........................ | 48.50 | 37.96 |
| XIAMEN KAICHENG TRADING LIMITED COMPANY. | KAICHENG (FUJIAN) KITCHEN CABINET CO., LTD. | 48.50 | 37.96 |
| Xiamen Sintop Display Fixtures Co., Ltd ................. | Xiamen Sintop Display Fixtures Co., Ltd ................. | 48.50 | 37.96 |
| XINGZHI INTERNATIONAL TRADE LIMITED ......... | XUZHOU YIHE WOOD CO., LTD ........................... | 48.50 | 37.96 |
| XUZHOU JIA LI DUO IMPORT & EXPORT CO., LTD. | XUZHOU OUMEC WOOD-BASED PANEL CO., LTD. | 48.50 | 37.96 |
| XUZHOU YIHE WOOD CO., LTD ........................... | XUZHOU YIHE WOOD CO., LTD ........................... | 48.50 | 37.96 |
| YEKALON INDUSTRY, INC ................................... | DONGGUAN TODA FURNITURE CO., LTD  .......... | 48.50 | 37.96 |
| YEKALON INDUSTRY, INC ................................... | GUANGZHOUSHI BAISEN DECORATIVE MATERIALS COMPANY LIMITED. | 48.50 | 37.96 |
| YEKALON INDUSTRY, INC ................................... | DONGGUAN FANYANUO FURNITURE CO., LTD | 48.50 | 37.96 |
| YEKALON INDUSTRY, INC ................................... | DONGGUANSHI ANKE BUILDING MATERIALS CO., LTD. | 48.50 | 37.96 |
| YEKALON INDUSTRY, INC ................................... | Oriental Chic Furniture Company Limited .............. | 48.50 | 37.96 |

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| YEKALON INDUSTRY, INC ..................................... | DONGGUAN FRANCISS FURNITURE CO., LTD .. | 48.50 | 37.96 |
| YEKALON INDUSTRY, INC ..................................... | SHANGHAI YUANYANG WOODEN CO., LTD ....... | 48.50 | 37.96 |
| Yi Sen Wood Industry Limited Company of Ning An City. | Yi Sen Wood Industry Limited Company of Ning An City. | 48.50 | 37.96 |
| Yichun Dongmeng Wood Co., Ltd .............................. | Yichun Dongmeng Wood Co., Ltd .............................. | 48.50 | 37.96 |
| Yichun Dongmeng Wood Co., Ltd .............................. | Qingdao Dimei Wood Co., Ltd .................................... | 48.50 | 37.96 |
| Yichun Sunshine Wood Products Co., Ltd ............... | Yichun Sunshine Wood Products Co., Ltd ............... | 48.50 | 37.96 |
| Yixing Pengjia Cabinetry Co. Ltd ............................... | Yixing Pengjia Cabinetry Co. Ltd ............................... | 48.50 | 37.96 |
| Zhangjiagang Daye Hotel Furniture Co., Ltd ............ | Zhangjiagang Daye Hotel Furniture Co., Ltd ............ | 48.50 | 37.96 |
| ZHANGJIAGANG PRO-FIXTURE CO., LTD ............ | Zhangjiagang Yuanjiahe Home Furniture Co., Ltd .. | 48.50 | 37.96 |
| ZHANGZHOU CITY XIN JIA HUA FURNITURE CO., LTD. | ZHANGZHOU CITY XIN JIA HUA FURNITURE CO., LTD. | 48.50 | 37.96 |
| Zhangzhou Guohui Industrial & Trade Co., Ltd ........ | Zhangzhou Guohui Industrial & Trade Co., Ltd ...... | 48.50 | 37.96 |
| Zhangzhou OCA Furniture Co., Ltd .......................... | Zhangzhou OCA Furniture Co., Ltd .......................... | 48.50 | 37.96 |
| Zhaoqing Centech Decorative Material Company Ltd. | Zhaoqing Centech Decorative Material Company Ltd. | 48.50 | 37.96 |
| Zhejiang Jindi Holding Group Co., Ltd ..................... | Zhejiang Jindi Holding Group Co., Ltd ..................... | 48.50 | 37.96 |
| Zhong Shan Shi Yicheng Furniture & Craftwork Co., Ltd. | Zhong Shan Shi Yicheng Furniture & Craftwork Co., Ltd. | 48.50 | 37.96 |
| Zhong Shan Yue Qin Imp. & Exp. Co., Ltd ............. | Zhongshan Jinpeng Furniture Co., Ltd .................... | 48.50 | 37.96 |
| Zhongshan City Shenwan Meiting Furniture Factory | Zhongshan City Shenwan Meiting Furniture Factory. | 48.50 | 37.96 |
| Zhongshan Fookyik Furniture Co., Ltd ..................... | Zhongshan Fookyik Furniture Co., Ltd ..................... | 48.50 | 37.96 |
| ZHONGSHAN GAINWELL FURNITURE CO., LTD | ZHONGSHAN GAINWELL FURNITURE CO., LTD | 48.50 | 37.96 |
| Zhongshan Guanda Furniture Manufacturing Co., Ltd also known as Guanda Furniture Co., Ltd. | Zhongshan Guanda Furniture Manufacturing Co., Ltd. | 48.50 | 37.96 |
| ZHONGSHAN HENGFU FURNITURE COMPANY LIMITED. | ZHONGSHAN HENGFU FURNITURE COMPANY LIMITED. | 48.50 | 37.96 |
| Zhongshan King's Group Furniture (ENTERPRISES) Co., Ltd. | Zhongshan King's Group Furniture (ENTERPRISES) Co., Ltd. | 48.50 | 37.96 |
| Zhoushan For-strong Wood Co., Ltd ........................ | Zhoushan For-strong Wood Co., Ltd ........................ | 48.50 | 37.96 |
| Zhoushan For-strong Wood Co., Ltd ........................ | Shanghai Wanmuda Furniture Co., Ltd .................... | 48.50 | 37.96 |
| Zhucheng Tonghe Woodworks Co., ltd ..................... | Zhucheng Tonghe Woodworks Co., ltd ..................... | 48.50 | 37.96 |
| Zhuhai Seagull Kitchen and Bath Products Co., Ltd | Zhuhai Seagull Kitchen and Bath Products Co., Ltd | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED ..................... | DONGGUAN FANG CHENG FURNITURE LTD ..... | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED ..................... | ZhongShan PRO-YEARN Crafts Product Co., Ltd .. | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED ..................... | FUJIAN NEWMARK INDUSTRIAL CO., LTD .......... | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED ..................... | Fuzhou Zhonghe Houseware CO., LTD .................... | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED ..................... | MING LIANG FURNITURE PRODUCT CO., LTD .. | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED ..................... | XIANJU JUNYANG HOUSEHOLD PRODUCTS CO., LTD. | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED ..................... | DongGuan HeTai Homewares CO., LTD ................. | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED ..................... | CHENG TONG HARDWARE RPODUCT LTD ........ | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED ..................... | Nantong Jon Ergonomic office Co., Ltd ................... | 48.50 | 37.96 |
| China-Wide Entity [16] ............................................. | ......................................................................................... | 262.18 | 251.64 |

## Disclosure

We intend to disclose to parties the calculations performed in this proceeding within five days of any public announcement of this notice in accordance with 19 CFR 351.224(b).

## Continuation of Suspension of Liquidation

In accordance with section 735(c)(1)(B) of the Act, we will instruct U.S. Customs and Border Protection (CBP) to continue to suspend liquidation of all entries of wooden cabinets and vanities from China, as described in the ''Scope of the Investigation'' section, entered, or withdrawn from warehouse, for consumption on or after October 9, 2019, the date of publication of the

*Preliminary Determination* notice in the **Federal Register**.

Pursuant to section 735(c)(1)(B)(ii) of the Act, Commerce will instruct CBP to require a cash deposit [17] equal to the weighted-average amount by which normal value exceeds U.S. price as follows: (1) The cash deposit rate for the exporter/producer combination listed in the table above will be the rate identified for that combination in the table; (2) for all combinations of China exporters/producers of merchandise under consideration that have not received their own separate rate above,

---

[16] Commerce preliminarily determined that BRENTRIDGE HOLDING CO., LTD., Harbin Hongsen Wood Co., Ltd., SAICG International Trading Co., Ltd, Shanghai East Best Foreign Trade Co., Ltd., SHANGHAI TIMBER IMPORT & EXPORT CORP., and ZHONG SHAN KING YUANDUN WOOD PRODUCTS CO., LTD. also known as CHIN-SHU WOODEN LTD each failed to establish their eligibility for a separate rate and, therefore, we preliminarily determined that these companies are part of the China-wide entity. *See* Preliminary Decision Memorandum. We continue to find these entities, except for BRENTRIDGE HOLDING CO., LTD., as ineligible for separate rate status for our final determination. *See* Issues and Decision Memorandum at Comment 3. For this final determination, except for BRENTRIDGE HOLDING CO., LTD., we continue to find that these companies are part of the China-wide entity. For further discussion with respect to certain of these

companies, *see* the Issues and Decision Memorandum accompanying this notice at Comment 3.

[17] *See* Modification of Regulations Regarding the Practice of Accepting Bonds During the Provisional Measures Period in Antidumping and Countervailing Duty Investigations, 76 FR 61042 (October 3, 2011).

the cash-deposit rate will be the cash deposit rate established for the China-wide entity; and (3) for all non-China exporters of the merchandise under consideration which have not received their own separate rate above, the cash-deposit rate will be the cash deposit rate applicable to the China exporter/producer combination that supplied that non-China exporter. These suspension of liquidation instructions will remain in effect until further notice.

We normally adjust AD cash deposit rates by the amount of export subsidies, where appropriate. In the companion countervailing duty (CVD) investigation, with respect to the mandatory respondents individually examined in the CVD investigation, and the separate-rate companies, we find that an export subsidy adjustment of 10.54 percent to the cash deposit rate is warranted because this is the export subsidy rate included in the CVD all-others rate to which the separate-rate companies are subject. As part of our determination in this final determination to apply AFA the China-wide entity, Commerce has adjusted the China-wide entity's AD cash deposit rate by the lowest export subsidy rate determined for any party in the companion CVD proceeding, *i.e.,* 10.54 percent.[18 19]

Pursuant to section 777A(f) of the Act, we normally adjust cash deposit rates for estimated domestic subsidy pass-through, where appropriate. However, in this case there is no basis to grant a domestic subsidy pass-through adjustment.[20]

## International Trade Commission Notification

In accordance with section 735(d) of the Act, we notified the International Trade Commission (ITC) of the final affirmative determination of sales at LTFV. As Commerce's final determination is affirmative, in accordance with section 735(b)(2) of the Act, the ITC will determine, within 45 days, whether the domestic industry in the United States is materially injured,

[18] *See, e.g., Certain Passenger Vehicle and Light Truck Tires from the People's Republic of China: Preliminary Determination of Sales at Less Than Fair Value; Preliminary Affirmative Determination of Critical Circumstances; In Part and Postponement of Final Determination,* 80 FR 4250 (January 27, 2015), and accompanying Issues and Decision Memorandum at 35.

[19] *See Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Final Affirmative Countervailing Duty Determination,* dated concurrently with this notice, and accompanying Issues and Decision Memorandum. The final determination in this companion CVD proceeding is being issued on the same day as this final AD determination.

[20] *See* Issues and Decision Memorandum at "Adjustment Under Section 777A(f) of the Act."

or threatened with material injury, by reason of imports of wooden cabinets and vanities for sale from China, or sales (or the likelihood of sales) for importation, of wooden cabinets and vanities from China. If the ITC determines that such injury does not exist, this proceeding will be terminated and all securities posted will be refunded or canceled. If the ITC determines that such injury does exist, Commerce will issue an antidumping duty order directing CBP to assess, upon further instruction by Commerce, antidumping duties on all imports of the subject merchandise entered, or withdrawn from warehouse, for consumption on or after the effective date of the suspension of liquidation.

## Notification Regarding Administrative Protective Orders (APO)

In the event that the ITC issues a final negative injury determination, this notice will serve as the only reminder to parties subject to the APO of their responsibility concerning the destruction of proprietary information disclosed under APO in accordance with 19 CFR 351.305(a)(3). Timely written notification of the return/destruction of APO materials or conversion to judicial protective order is hereby requested. Failure to comply with the regulations and terms of an APO is a violation which is subject to sanction.

## Notification to Importers

This notice also serves as an initial reminder to importers of their responsibility under 19 CFR 351.402(f) to file a certificate regarding the reimbursement of antidumping duties prior to liquidation. Failure to comply with this requirement could result in Commerce's presumption that reimbursement of antidumping duties occurred and the subsequent assessment of doubled antidumping duties.

## Notification to Interested Parties

This determination is issued and published in accordance with sections 735(d) and 777(i)(1) of the Act, and 19 CFR 351.210(c).

Dated: February 21, 2020.

**Jeffrey I. Kessler,**

*Assistant Secretary for Enforcement and Compliance.*

## Appendix I

### Scope of the Investigation

The merchandise subject to this investigation consists of wooden cabinets and vanities that are for permanent installation (including floor mounted, wall mounted, ceiling hung or by attachment of plumbing), and wooden components thereof.

Wooden cabinets and vanities and wooden components are made substantially of wood products, including solid wood and engineered wood products (including those made from wood particles, fibers, or other wooden materials such as plywood, strand board, block board, particle board, or fiberboard), or bamboo. Wooden cabinets and vanities consist of a cabinet box (which typically includes a top, bottom, sides, back, base blockers, ends/end panels, stretcher rails, toe kicks, and/or shelves) and may or may not include a frame, door, drawers and/or shelves. Subject merchandise includes wooden cabinets and vanities with or without wood veneers, wood, paper or other overlays, or laminates, with or without non-wood components or trim such as metal, marble, glass, plastic, or other resins, whether or not surface finished or unfinished, and whether or not completed.

Wooden cabinets and vanities are covered by the investigation whether or not they are imported attached to, or in conjunction with, faucets, metal plumbing, sinks and/or sink bowls, or countertops. If wooden cabinets or vanities are imported attached to, or in conjunction with, such merchandise, only the wooden cabinet or vanity is covered by the scope.

Subject merchandise includes the following wooden component parts of cabinets and vanities: (1) Wooden cabinet and vanity frames (2) wooden cabinet and vanity boxes (which typically include a top, bottom, sides, back, base blockers, ends/end panels, stretcher rails, toe kicks, and/or shelves), (3) wooden cabinet or vanity doors, (4) wooden cabinet or vanity drawers and drawer components (which typically include sides, backs, bottoms, and faces), (5) back panels and end panels, (6) and desks, shelves, and tables that are attached to or incorporated in the subject merchandise.

Subject merchandise includes all unassembled, assembled and/or "ready to assemble" (RTA) wooden cabinets and vanities, also commonly known as "flat packs," except to the extent such merchandise is already covered by the scope of antidumping and countervailing duty orders on *Hardwood Plywood from the People's Republic of China. See Certain Hardwood Plywood Products from the People's Republic of China: Amended Final Determination of Sales at Less Than Fair Value, and Antidumping Duty Order,* 83 FR 504 (January 4, 2018); *Certain Hardwood Plywood Products from the People's Republic of China: Countervailing Duty Order,* 83 FR 513 (January 4, 2018). RTA wooden cabinets and vanities are defined as cabinets or vanities packaged so that at the time of importation they may include: (1) Wooden components required to assemble a cabinet or vanity (including drawer faces and doors); and (2) parts (*e.g.,* screws, washers, dowels, nails, handles, knobs, adhesive glues) required to assemble a cabinet or vanity. RTAs may enter the United States in one or in multiple packages.

Subject merchandise also includes wooden cabinets and vanities and in-scope components that have been further processed in a third country, including but not limited to one or more of the following: Trimming,

cutting, notching, punching, drilling, painting, staining, finishing, assembly, or any other processing that would not otherwise remove the merchandise from the scope of the investigation if performed in the country of manufacture of the in-scope product.

Excluded from the scope of this investigation, if entered separate from a wooden cabinet or vanity are:

(1) Aftermarket accessory items which may be added to or installed into an interior of a cabinet and which are not considered a structural or core component of a wooden cabinet or vanity. Aftermarket accessory items may be made of wood, metal, plastic, composite material, or a combination thereof that can be inserted into a cabinet and which are utilized in the function of organization/accessibility on the interior of a cabinet; and include:

• Inserts or dividers which are placed into drawer boxes with the purpose of organizing or dividing the internal portion of the drawer into multiple areas for the purpose of containing smaller items such as cutlery, utensils, bathroom essentials, *etc.etc.*

• Round or oblong inserts that rotate internally in a cabinet for the purpose of accessibility to foodstuffs, dishware, general supplies, *etc.*

(2) Solid wooden accessories including corbels and rosettes, which serve the primary purpose of decoration and personalization.

(3) Non-wooden cabinet hardware components including metal hinges, brackets, catches, locks, drawer slides, fasteners (nails, screws, tacks, staples), handles, and knobs.

(4) Medicine cabinets that meet all of the following five criteria are excluded from the scope: (1) Wall mounted; (2) assembled at the time of entry into the United States; (3) contain one or more mirrors; (4) be packaged for retail sale at time of entry; and (5) have a maximum depth of seven inches.

Also excluded from the scope of this investigation are:

(1) All products covered by the scope of the antidumping duty order on *Wooden Bedroom Furniture from the People's Republic of China. See Notice of Amended Final Determination of Sales at Less Than Fair Value and Antidumping Duty Order: Wooden Bedroom Furniture from the People's Republic of China,* 70 FR 329 (January 4, 2005).

(2) All products covered by the scope of the antidumping and countervailing duty orders on *Hardwood Plywood from the People's Republic of China. See Certain Hardwood Plywood Products from the People's Republic of China: Amended Final Determination of Sales at Less Than Fair Value, and Antidumping Duty Order,* 83 FR 504 (January 4, 2018); *Certain Hardwood Plywood Products from the People's Republic of China: Countervailing Duty Order,* 83 FR 513 (January 4, 2018).

Imports of subject merchandise are classified under Harmonized Tariff Schedule of the United States (HTSUS) statistical numbers 9403.40.9060 and 9403.60.8081. The subject component parts of wooden cabinets and vanities may be entered into the United States under HTSUS statistical number 9403.90.7080. Although the HTSUS subheadings are provided for convenience and customs purposes, the written description of the scope of this investigation is dispositive.

## Appendix II

**Issues and Decision Memorandum**

I. Summary
II. Background
III. Period of Investigation
IV. Scope of the Investigation
V. Scope Comments
VI. Use of Adverse Facts Available
VII. Changes Since the Preliminary Determination
VIII. Adjustments Under Section 777A(f) of the Act
IX. Adjustments to Cash Deposit Rates for Export Subsidies
X. Discussion of the Issues
  *General Comments*
  Comment 1: Initiation of the Investigation
  Comment 2: Respondent Selection
  Comment 3: Separate Rate Applicants
  Comment 4: Company Name for Supree (Fujian) Wood Co., Ltd. (Supree)
  Comment 5: Calculation of the Separate Rate Assigned to Non-Selected Companies
  *Surrogate Value (SV) Comments*
  Comment 6: Surrogate Country
  Comment 7: SVs for Birch and Poplar
  Comment 8: Calculation of Financial Ratios
  Comment 9: Labor Rate Calculation
  *Company-Specific Comments*
  Ancientree
  Comment 10: Whether to Apply AFA to Ancientree
  Comment 11: Treatment of Jiangsu Hongjia Wood Ltd. (Jiangsu Hongjia) as an Affiliate
  Comment 12: SV Selections
  *Foremost*
  Comment 13: Combination Kits
  Comment 14: Exempted Sales
  Comment 15: Early Payment Discounts
  Comment 16: Section 301 Duties
  Comment 17: Foremost's U.S. Inland Freight Charges from the Port to the Warehouse
  Comment 18: Foremost's U.S. Inland Freight Charges to the Customer
  Comment 19: FGI's Acquisition Costs
  Comment 20: Labor Hours
  Comment 21: Calculation and Programing Revisions
  *Meisen*
  Comment 22: Total AFA for Meisen
XI. Recommendation

[FR Doc. 2020–04121 Filed 2–27–20; 8:45 am]

**BILLING CODE 3510–DS–P**

## DEPARTMENT OF COMMERCE

### International Trade Administration

[C–570–107]

### Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Final Affirmative Countervailing Duty Determination

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**SUMMARY:** The Department of Commerce (Commerce) determines that countervailable subsidies are being provided to producers and/or exporters of wooden cabinets and vanities and componets thereof (wooden cabinets and vanities) from the People's Republic of China (China).

**DATES:** Applicable February 28, 2020.

**FOR FURTHER INFORMATION CONTACT:** Justin Neuman or Benito Ballesteros, AD/CVD Operations, Office V, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC 20230; telephone: (202) 482–0486 or (202) 482–7425, respectively.

**SUPPLEMENTARY INFORMATION:**

### Background

On August 12, 2019, Commerce published the *Preliminary Determination* in this investigation.[1] The petitioner is the American Kitchen Cabinet Alliance. In addition to the Government of China (GOC), the mandatory respondents in this investigation are The Ancientree Cabinet Co., Ltd. (Ancientree), Dalian Meisen Woodworking Co., Ltd. (Meisen), and Rizhao Foremost Woodwork Manufacturing Co., Ltd. (Foremost).

A summary of the events that occurred since Commerce published the *Preliminary Determination,* as well as a full discussion of the issues raised by parties for this final determination, are discussed in the Issues and Decision Memorandum, which is hereby adopted by this notice.[2] The Issues and Decision

---

[1] *See Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Preliminary Affirmative Countervailing Duty Determination, and Alignment of Final Determination With Final Antidumping Duty Determination,* 84 FR 39798 (August 12, 2019) (*Preliminary Determination*), and accompanying Preliminary Decision Memorandum.

[2] *See* Memorandum, ''Issues and Decision Memorandum for the Final Determination in the Countervailing Duty Investigation of Certain Fabricated Structural Steel from the People's Republic of China,'' dated concurrently with, and

JA 2

Final IDM (February 21, 2020)
PR 1554

UNITED STATES DEPARTMENT OF COMMERCE
International Trade Administration
Washington, D.C. 20230

A-570-106
Investigation
POI: 07/01/2018-12/31/2018
**Public Document**
E&C/OV: RG/KA/ES

February 21, 2020

**MEMORANDUM TO:**     Jeffrey I. Kessler
                      Assistant Secretary
                        for Enforcement and Compliance

**FROM:**             James Maeder
                      Deputy Assistant Secretary
                        for Antidumping and Countervailing Duty Operations

**SUBJECT:**          Wooden Cabinets and Vanities and Components Thereof from the
                      People's Republic of China:  Issues and Decision Memorandum
                      for the Final Affirmative Determination of Sales at Less Than Fair
                      Value

---

## I.     SUMMARY

The Department of Commerce (Commerce) finds that wooden cabinets and vanities and
components thereof (wooden cabinets and vanities) from the People's Republic of China (China)
are being, or are likely to be, sold in the United States at less than fair value (LTFV), as provided
in section 735 of the Tariff Act of 1930, as amended (the Act).  The mandatory respondents
subject to this investigation are The Ancientree Cabinet Co., Ltd (Ancientree), Rizhao Foremost
Woodwork Manufacturing Company Ltd. (Foremost Woodwork), and Dalian Meisen
Woodworking Co., Ltd (Meisen).

After analyzing the comments submitted by interested parties, and based on our verification
findings, we have made certain changes to the margin calculation programs of Ancientree and
Foremost Woodwork.  In addition, we have continued to assign a margin to Meisen based on
adverse facts available (AFA).  We recommend that you approve the positions described in the
"Discussion of the Issues" section of this memorandum.

Below is a complete list of the issues in this investigation on which we received comments from
interested parties.

General Comments

Comment 1:   Initiation of the Investigation
Comment 2:   Respondent Selection
             A.  Mandatory Respondent Selection Methodology

Barcode:3946193-01 A-570-106 INV - Investigation -

B.  Voluntary Respondents
Comment 3:  Separate Rate Applicants
    A.  Brentridge Holding Co., Ltd. (Brentridge) and Harbin Hongsen Wood Co., Ltd. (Harbin)
    B.  ZHONG SHAN KING YUANDUN WOOD PRODUCTS CO., LTD. (Zhong Shan)
Comment 4:  Company Name for Supree (Fujian) Wood Co., Ltd. (Supree)
Comment 5:  Calculation of the Separate Rate Assigned to Non-Selected Companies

Surrogate Value (SV) Comments

Comment 6:  Surrogate Country
Comment 7:  SVs for Birch and Poplar
Comment 8:  Calculation of Financial Ratios
Comment 9:  Labor Rate Calculation

Company-Specific Comments

*Ancientree*

Comment 10:  Whether to Apply AFA to Ancientree
    A.  Usage Rates
    B.  Wood Veneer
Comment 11:  Treatment of Jiangsu Hongjia Wood Ltd. (Jiangsu Hongjia) as an Affiliate
Comment 12:  SV Selections
    A.  Glue
    B.  Medium Density Fiberboard (MDF)
    C.  Paint
    D.  Particleboard

*Foremost*

Comment 13:  Combination Kits
Comment 14:  Exempted Sales
Comment 15:  Early Payment Discounts
Comment 16:  Section 301 Duties
Comment 17:  Foremost's U.S. Inland Freight Charges from the Port to the Warehouse
Comment 18:  Foremost's U.S. Inland Freight Charges to the Customer
Comment 19:  FGI's Acquisition Costs
Comment 20:  Labor Hours
Comment 21:  Calculation and Programing Revisions

*Meisen*

Comment 22:  Total AFA for Meisen

2

## II.    BACKGROUND

On October 9, 2019, Commerce published the *Preliminary Determination* of sales in the LTFV investigation of wooden cabinets and vanities from China.[1]  Also in October 2019, we received timely allegations that Commerce had made significant ministerial errors in the *Preliminary Determination* from a number of companies requesting separate rates in this investigation,[2] and in November 2019, we determined that the allegations raised by the SRA Companies were significant ministerial errors within the meaning of 19 CFR 351.224(g), while the allegation raised by Zhong Shan was not.  On November 14, 2019, Commerce published the *Amended Preliminary Determination*.[3]

From October 2019 through December 2019, we conducted verification of the sales and factors of production (FOP) data reported by Ancientree,[4] as well as the sales and FOP information reported by Foremost Woodwork and its affiliates, Foremost Worldwide Company Ltd. (Foremost Worldwide) and Foremost Groups Inc (FGI) (collectively, Foremost),[5] in accordance with section 782(i) of the Act.  During this same time period, we notified interested parties that we had suspended the verification of Meisen's reported data in order to consider comments from interested parties;[6] we subsequently informed Meisen that we would not verify its questionnaire responses.[7]

---

[1] *See Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Preliminary Affirmative Determination of Sales at Less Than Fair Value, Postponement of Final Determination and Extension of Provisional Measures*, 84 FR 54106 (October 9, 2019) (*Preliminary Determination*), and accompanying Preliminary Decision Memorandum (PDM), as corrected by *Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Preliminary Affirmative Determination of Sales at Less than Fair Value, Postponement of Final Determination and Extension of Provisional Measures*, 84 FR 56420 (October 22, 2019).

[2] These companies are:  MJB Supply (Dalian) Co., Ltd, Shouguang Honsoar Imp. & Exp. Trading Co., Ltd, and Nantong Ouming Wood Co., Ltd. (collectively, SRA Companies), and Zhong Shan.  *See* SRA Companies' Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Ministerial Error Comments to Correct Spelling of Company Names," dated October 8, 2019; and Zhong Shan's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Ministerial Error Comments -  Prelim Determination," dated October 8, 2019.

[3] *See Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Amended Preliminary Determination of Sales at Less Than Fair Value*, 84 FR 61875 (November 14, 2019) (*Amended Preliminary Determination*).

[4] *See* Memorandum, "Less-Than-Fair-Value Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Verification of the Export Price Sales and Factors of Production Response of The Ancientree Cabinet Co., Ltd," dated December 10, 2019 (Ancientree Verification Report).

[5] *See* Memoranda, "Verification of the Responses of Foremost Worldwide Company Ltd. In the Less-Than-Fair-Value Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China," dated January 10, 2020 (Foremost Worldwide Verification Report); "Verification of the Responses of Rizhao Foremost Woodwork Manufacturing Co. Ltd. in the Less-Than-Fair-Value Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China," dated January 10, 2020 (Foremost Woodwork Verification Report); and "Verification of the Responses of Rizhao Foremost Woodwork Manufacturing Co. Ltd. in the Less-Than-Fair-Value Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China," dated January 10, 2020 (FGI Verification Report).

[6] *See* Memorandum, "Verification of the Questionnaire Responses of Dalian Meisen Woodworking Co. Ltd.," dated October 18, 2019 (Meisen Verification Memo).

[7] *See* Commerce's Letter, "Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Verification," dated December 27, 2019.

3

From November 2019 through January 2020, we received timely case and rebuttal briefs from numerous interested parties.  At the request of certain of these parties, Commerce held a public hearing on February 6, 2020, to discuss the issues raised in the case briefs.[8]

Based on our analysis of the comments received, as well as our verification findings, we revised our calculations of the weighted-average dumping margins for Ancientree and Foremost.[9]

## III.    PERIOD OF INVESTIGATION

The period of investigation (POI) is July 1, 2018 through December 31, 2018.  This corresponds to the two most recent fiscal quarters prior to the month of the filing of the Petition,[10] which was March 2019.[11]

## IV.    SCOPE OF THE INVESTIGATION

The products covered by this investigation are wooden cabinets and vanities from China.  For a complete description of the scope of this investigation, *see* Appendix I of the accompanying *Federal Register* notice.

## V.    SCOPE COMMENTS

During the course of this investigation and the concurrent countervailing duty (CVD) investigation of wooden cabinets and vanities from China, Commerce received scope comments from interested parties.  Commerce issued a Preliminary Scope Memorandum to address these comments and set aside a period of time for parties to address scope issues in case and rebuttal

---

[8] *See* Hearing Transcript, "Public Hearing in the Matter of:  Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China," dated February 6, 2020.

[9] *See* Memoranda, "Antidumping Duty Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Final Analysis Memorandum for The Ancientree Cabinet Co., Ltd.," dated concurrently with this memorandum (Ancientree Final Analysis Memorandum); and "Antidumping Duty Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Final Analysis Memorandum for Rizhao Foremost Woodwork Manufacturing Company Ltd.," dated concurrently with this memorandum (Foremost Final Analysis Memorandum).

[10] *See* Petitioner's Letters, "Petitions for the Imposition of Antidumping and Countervailing Duties on Wooden Cabinets and Vanities from the People's Republic of China," dated March 6, 2019; "Petitioner's Responses to Supplemental Questions Regarding Petitioner Volume I Injury," dated March 12, 2019; "Petitioner's Responses to Supplemental Questions Regarding Petition Volume II China AD," dated March 12, 2019; and "Second Supplemental Responses – Volume I Injury," dated March 20, 2019; Petitioner's Letter, "Second Supplemental Responses – Volume II China AD Petition," dated March 20, 2019 (collectively, the Petition).  The Petition was filed by The American Kitchen Cabinet Alliance and its individual members, who include:  ACProducts, Inc., American Woodmark Corporation, Bellmont Cabinet Co., Bertch Cabinet Manufacturing, The Corsi Group, Crystal Cabinet Works, Inc., Dura Supreme Cabinetry, Jim Bishop Cabinets, Inc., Kitchen Kompact Inc., Koch & Co., Inc., Kountry Wood Products, LLC, Lanz Cabinets Incorporated, Leedo Cabinetry, Marsh Furniture Company, Master Woodcraft Cabinetry LLC, MasterBrand Cabinets, Inc., Nation's Cabinetry, Showplace Wood Products, Inc., Smart Cabinetry, Tru Cabinetry, Wellborn Cabinet, Inc., Wellborn Forest Products, Inc., Woodland Cabinetry, Inc., Woodmont Cabinetry, and W.W. Wood Products Inc. (collectively, the petitioner).

[11] *See* 19 CFR 351.204(b)(1).

Barcode:3946193-01 A-570-106 INV - Investigation  -

briefs.[12]  We received comments from interested parties on the Preliminary Scope Memorandum, which we address in the Final Scope Memorandum.[13]  For this final determination, we have made no changes to the scope of this investigation, as published in the *Preliminary Determination*.[14]

# VI.    USE OF ADVERSE FACTS AVAILABLE

Sections 776(a)(1) and 776(a)(2)(A)-(D) of the Act, provide that if necessary information is not available on the record or if an interested party:  (A) withholds information that has been requested by Commerce; (B) fails to provide such information in a timely manner or in the form or manner requested subject to section 782(c)(1) and (e) of the Act; (C) significantly impedes a proceeding under the antidumping statute; or (D) provides such information but the information cannot be verified as provided for in section 782(i) of the Act, Commerce shall, subject to subsection 782(d) of the Act, use facts otherwise available in reaching the applicable determination.

Section 782(c)(1) of the Act provides that if an interested party "promptly after receiving a request from {Commerce} for information, notifies {Commerce} that such party is unable to submit the information requested in the requested form and manner," Commerce shall consider the ability of the interested party and may modify the requirements to avoid imposing an unreasonable burden on that party.

Section 782(d) of the Act provides that, if Commerce determines that a response to a request for information does not comply with the request, Commerce shall promptly inform the person submitting the response of the nature of the deficiency and shall, to the extent practicable, provide that person an opportunity to remedy or explain the deficiency.  If that person submits further information that continues to be unsatisfactory, or this information is not submitted within the applicable time limits, Commerce may, subject to section 782(e), disregard all or part of the original and subsequent responses, as appropriate.

Section 782(e) of the Act states that Commerce shall not decline to consider information that is submitted by an interested party and is necessary to the determination but does not meet all the applicable requirements established by the administering authority if:  (1) the information is submitted by the established deadline; (2) the information can be verified; (3) the information is not so incomplete that it cannot serve as a reliable basis for reaching the applicable determination; (4) the interested party has demonstrated that it acted to the best of its ability; and (5) the information can be used without undue difficulties.

---

[12] *See* Memorandum, "Wooden Cabinets and Vanities and Components thereof from the People's Republic of China:  Scope Comments Decision Memorandum for the Preliminary Determinations," dated October 3, 2019 (Preliminary Scope Memorandum).

[13] *See* Memorandum, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Final Scope Comments Decision Memorandum," dated concurrently with this memorandum (Final Scope Memorandum).

[14] *See Preliminary Determination*, 84 FR at 54113.

Filed By: Eliza Siordia, Filed Date: 2/24/20 12:29 PM, Submission Status: Approved

Section 776(b) of the Act provides that Commerce may use an adverse inference in applying the facts otherwise available when a party fails to cooperate by not acting to the best of its ability to comply with a request for information.[15]  In doing so, Commerce is not required to determine, or make any adjustments to, a weighted average dumping margin based on any assumptions about information an interested party would have provided if the interested party had complied with the request for information.  Section 776(b)(2) provides that an adverse inference may include reliance on information derived from the petition, the final determination from the investigation, a previous administrative review, or other information placed on the record.  In addition, the SAA accompanying the URAA explains that Commerce may employ an adverse inference "to ensure that the party does not obtain a more favorable result by failing to cooperate than if it had cooperated fully."[16]

In *Nippon Steel*, the U.S. Court of Appeals for the Federal Circuit (Federal Circuit) held that, while the statute does not provide an express definition of the "failure to act to the best of its ability" standard, the ordinary meaning of "best" is "one's maximum effort."[17]  Thus, according to the Federal Circuit, the statutory mandate that a respondent act to the "best of its ability" requires the respondent to do the maximum it is able to do.  The Federal Circuit indicated that inadequate responses to an agency's inquiries would suffice to find that a respondent did not act to the best of its ability.  While the Federal Circuit noted that the "best of its ability" standard does not require perfection, it does not condone inattentiveness, carelessness, or inadequate record keeping.[18]  The "best of its ability" standard recognizes that mistakes sometimes occur; however, it requires a respondent to, among other things, "have familiarity with all of the records it maintains," and "conduct prompt, careful, and comprehensive investigations of all relevant records that refer or relate to the imports in question to the full extent of" its ability to do so.[19]  Moreover, further, affirmative evidence of bad faith on the part of a respondent is not required before Commerce may make an adverse inference.[20]

Section 776(c) of the Act provides that, when Commerce relies on secondary information rather than on information obtained in the course of an investigation, it shall, to the extent practicable, corroborate that information from independent sources that are reasonably at its disposal.  Secondary information is defined as information derived from the petition that gave rise to the investigation or review, the final determination concerning the subject merchandise, or any previous review under section 751 of the Act concerning the subject merchandise.[21]  Further, Commerce is not required to corroborate any dumping margin applied in a separate segment of the same proceeding.

---

[15] *See* section 776(b)(1)(B) of the Act.

[16] *See* Statement of Administrative Action Accompanying the Uruguay Round Agreements Act (URAA), H.R. Doc. 103-316, vol. 1 (1994) (SAA) at 870.

[17] *See Nippon Steel Corp. v. United States*, 337 F. 3d 1373, 1382-83 (Fed. Cir. 2003) (*Nippon Steel*).

[18] *Id.*, 377 F. 3d at 1382.

[19] *Id.*

[20] *See, e.g., Notice of Final Determination of Sales at Less Than Fair Value:  Circular Seamless Stainless Steel Hollow Products from Japan*, 65 FR 42985 (July 12, 2000); *Antidumping Duties; Countervailing Duties:  Final Rule*, 62 FR 27296, 27340 (May 19, 1997); and *Nippon Steel*, 337 F. 3d at 1382-83.

[21] *See* SAA at 870.

Finally, under section 776(d) of the Act, Commerce may use any dumping margin from any segment of a proceeding under an antidumping duty (AD) order when applying an adverse inference, including the highest of such margins.  When selecting an AFA margin, Commerce is not required to estimate what the dumping margin would have been if the interested party failing to cooperate had cooperated or to demonstrate that the dumping margin reflects an "alleged commercial reality" of the interested party.

*Application of Partial AFA:  Foremost*

As explained in more detail at Comments 13, 15, and 17, and 20, we find that the application of partial AFA to Foremost is appropriate for this final determination.  Specifically, we determine that Foremost withheld information, failed to provide information in a timely manner, significantly impeded the investigation, and/or provided information that could not be verified, pursuant to section 776(a)(2)(A)-(D) of the Act.  In particular, we found that Foremost failed to report certain U.S. sales, discounts, and product information, and its responses contained contradictory, and difficult for Commerce to locate, information with respect to one inland freight expense.  Because the missing information was within Foremost's possession and it was within Foremost's ability to report and/or present its data accurately, pursuant to section 776(b) of the Act, we find that Foremost failed to cooperate by not acting to the best of its ability.  Thus, we find that an adverse inference is warranted in selecting from the facts available with the respect to the information in question.

*Application of Total AFA:  Meisen*

As explained in more detail at Comment 22, below, we continue to find that the application of total AFA to Meisen is appropriate for this final determination.  Specifically, we determine that Meisen withheld information, failed to provide such information in a timely manner, and significantly impeded the investigation, pursuant to section 776(a)(2)(A)-(C) of the Act.  This was information that Meisen had in its possession and could have voluntarily presented to Commerce; however, instead, Meisen chose not to disclose essential information until after the *Preliminary Determination* and only after Commerce had suspended verification.  Accordingly, we find that Meisen failed to cooperate by not acting to the best of its ability and that an adverse inference is warranted in selecting from the facts available.  As a result, we are assigning a final margin to Meisen based on total AFA, in accordance with section 776(a)-(b) of the Act.

*Application of AFA:  China-wide Entity*

In the *Preliminary Determination*, we found that the China-wide entity did not respond to Commerce's requests for information, withheld information requested by Commerce, failed to provide information in a timely manner, and significantly impeded this proceeding by not submitting the requested information.[22]  We further determined that because non-responsive Chinese companies had not demonstrated their eligibility for separate rate status, Commerce considered them part of the China-wide entity.  Because this information was within the China-wide entity's possession, we continue to assign a China-wide rate based on the facts otherwise

---

[22] *See Preliminary Determination* PDM at 22-23.

available, pursuant to sections 776(a)(1) and (a)(2)(A)-(C) of the Act, using an adverse inference, pursuant to 776(b) of the Act.

*Selection and Corroboration of the China-Wide and Meisen AFA Rate*

As discussed above, when using facts otherwise available, section 776(c) of the Act provides that, where Commerce relies on secondary information (such as the Petition) rather than information obtained in the course of an investigation, it must corroborate, to the extent practicable, information from independent sources that are reasonably at its disposal. Secondary information is defined as information derived from the Petition that gave rise to the investigation or review, the final determination concerning the subject merchandise, or any previous review under section 751 of the Act concerning the subject merchandise.[23] The SAA clarifies that "corroborate" means that Commerce will satisfy itself that the secondary information to be used has probative value,[24] although Commerce is not required to corroborate any dumping margin applied in a separate segment of the same proceeding.[25] To corroborate secondary information, Commerce will, to the extent practicable, examine the reliability and relevance of the information to be used, although Commerce is not required to estimate what the dumping margin would have been if the interested party failing to cooperate had cooperated or to demonstrate that the dumping margin reflects an "alleged commercial reality" of the interested party.[26]

In selecting an AFA rate, Commerce selects a rate that is sufficiently adverse to ensure that the uncooperative party does not obtain a more favorable result by failing to cooperate than if it had fully cooperated.[27] In an investigation, Commerce's practice with respect to the assignment of an AFA rate is to select the higher of: (1) the highest dumping margin alleged in the Petition; or (2) the highest calculated dumping margin of any respondent in the investigation.[28]

In the *Preliminary Determination*, when selecting an appropriate rate to apply as AFA, we found that we were able to corroborate the highest dumping margin found in the Petition. Based on the information on the record, we continue to corroborate the 262.18 percent rate in this final determination. In corroborating this rate, we compared the highest petition rate of 262.18 percent to the individually-investigated respondents' highest control number (CONNUM)-specific dumping margins and found that both Foremost's and Ancientree's highest calculated

---

[23] *See* SAA at 870.
[24] *Id.*; *see also* 19 CFR 351.308(d).
[25] *See* section 776(c)(2) of the Act.
[26] *See* section 776(d)(3) of the Act; *see also, e.g.*, *Tapered Roller Bearings and Parts Thereof, Finished and Unfinished from Japan, and Tapered Roller Bearings, Four Inches or Less in Outside Diameter, and Components Thereof, from Japan; Preliminary Results of Antidumping Duty Administrative Reviews and Partial Termination of Administrative Reviews*, 61 FR 57391, 57392 (November 6, 1996), unchanged in *Tapered Roller Bearings and Parts Thereof, Finished and Unfinished, from Japan; Final Results of Antidumping Duty Administrative Reviews and Termination in Part*, 62 FR 11825 (March 13, 1997).
[27] *Id.*
[28] *See, e.g.*, *Certain Uncoated Paper from Indonesia: Final Determination of Sales at Less Than Fair Value*, 81 FR 3101 (January 20, 2016), and accompanying Issues and Decision Memorandum (IDM) at Comment 1; *Welded Line Pipe from the Republic of Turkey: Final Determination of Sales at Less Than Fair Value*, 80 FR 61362 (October 13, 2015), and accompanying IDM at Comment 20.

CONNUM-specific dumping margins exceed the highest petition rate.[29]  Because we were able to corroborate the highest dumping margin contained in the Petition, we assigned to the China-wide entity, and to Meisen, a dumping margin of 262.18 percent.  We continue to do so for this final determination.

## VII.   CHANGES SINCE THE PRELIMINARY DETERMINATION

We calculated constructed export price (CEP), export price (EP), and normal value (NV) for the respondents using the same methodology as stated in the *Preliminary Determination*,[30] except as follows:[31]

*Ancientree:*

- We made adjustments to Ancientree's electricity consumption to incorporate the total electricity quantity provided as a minor correction at verification.[32]

- We based the SV for brokerage and handling (B&H) expenses on Malaysian data.  *See* Comment 6.

*Foremost:*

- We revised our calculations based on our findings at verification.[33]

- We based the SV for B&H expenses on Malaysian data.  *See* Comment 6.

- We adjusted the reported sales and expense data for Foremost's sales of combination kits to account for certain unreported non-subject components, using partial AFA, and to remove overhead expenses from the ratio used to allocate these data to subject merchandise.  We made similar adjustments to the data reported for sales of products that Commerce discovered at verification were combination kits.  *See* Comment 13.

- We made adjustments for early payment discounts, inland freight expenses to the U.S. warehouse, and section 301 duties.  *See* Comments 15, 16, and 17.

- We recalculated the following values and expenses for all combination kits to remove the portion of the value/expense related to the non-subject components:  entered value, bank charges, direct selling expenses, commissions, early payment discounts, and other discounts.  *See* Comment 21.

---

[29] *See* Ancientree Final Analysis Memorandum and Foremost Final Analysis Memorandum.
[30] *See Preliminary Determination* PDM at 34-46; *see also* Memorandum, "Preliminary Results Analysis Memorandum for Rizhao Foremost Woodwork Manufacturing Company Ltd.," dated October 2, 2019 (Foremost Prelim Analysis Memo); and Memorandum, "Preliminary Determination Analysis Memorandum for the Ancientree Cabinet Co., Ltd.," dated October 2, 2019.
[31] *See* Ancientree Final Analysis Memorandum; and Foremost Final Analysis Memorandum.
[32] *See* Ancientree Final Analysis Memorandum.
[33] *See* Foremost Worldwide Verification Report; *see also* Foremost Woodwork Verification Report; FGI Verification Report; and Comment 21.

- We recalculated U.S. customs duties (USDUTYU) as a percentage of entered value, rather than as of gross unit price. *See* Comment 21.

- We revised our conversion of Foremost's glass inputs by converting the input from kilograms (kg) to square meters ($M^2$). *See* comment 21.

## VIII.   ADJUSTMENT UNDER SECTION 777A(f) OF THE ACT

As discussed in the *Preliminary Determination*,[34] in applying section 777A(f) of the Act, Commerce examines:  (1) whether a countervailable subsidy (other than an export subsidy) has been provided with respect to a class or kind of merchandise; (2) whether such countervailable subsidy has been demonstrated to have reduced the average price of imports of the class or kind of merchandise during the relevant period; and (3) whether Commerce can reasonably estimate the extent to which that countervailable subsidy, in combination with the use of NV determined pursuant to section 773(c) of the Act, has increased the weighted-average dumping margin for the class or kind of merchandise.[35]  For a subsidy meeting these criteria, the statute requires Commerce to reduce the dumping margin by the estimated amount of the increase in the weighted-average dumping margin due to a countervailable subsidy, subject to a specified cap.[36] In conducting this analysis, Commerce has not concluded that concurrent application of non-market economy (NME) dumping duties and countervailing duties necessarily and automatically results in overlapping remedies.  Rather, a finding that there is an overlap in remedies, and any resulting adjustment, is based on a case-by-case analysis of the totality of facts on the administrative record for that segment of the proceeding as required by the statute.[37]

In our *Preliminary Determination*, upon consideration of the responses from Ancientree and Foremost and the relevant statutory criteria, we concluded that an adjustment under section 777A(f) of the Act was not warranted in this investigation.[38]  No party challenged Commerce's preliminary determination not to grant an offset to parties' cash deposit rates.  Therefore, consistent with our *Preliminary Determination*, we have not made any adjustment under section 777A(f) of the Act to the rates assigned to any of the mandatory respondents, the separate rate respondents, or the China-wide entity in this final determination.

## IX.   ADJUSTMENTS TO CASH DEPOSIT RATES FOR EXPORT SUBSIDIES

As we stated in the *Preliminary Determination*, in an LTFV investigation, where there is a concurrent CVD investigation, it is Commerce's normal practice to calculate the cash deposit rate for each respondent by adjusting the respondent's estimated weighted-average dumping margin to account for export subsidies found for each respective respondent in the concurrent

---

[34] *See Preliminary Determination* PDM at 46-49.
[35] *See* sections 777A(f)(1)(A)-(C) of the Act.
[36] *See* sections 777A(f)(1)-(2) of the Act.
[37] *See, e.g.*, *Fine Denier Polyester Staple Fiber from the People's Republic of China:  Final Affirmative Determination of Sales at Less Than Fair Value*, 83 FR 24740 (May 30, 2018), and accompanying IDM at Comment 2.
[38] *See Preliminary Determination* PDM at 48-49.

CVD investigation.[39]  Doing so is in accordance with section 772(c)(1)(C) of the Act, which states that U.S. price "shall be increased by the amount of any countervailing duty imposed on the subject merchandise … to offset an export subsidy."

Commerce determined in the final determination of the concurrent CVD investigation that two of the mandatory respondents (*i.e.*, Foremost and Ancientree), the non-selected respondents (*i.e.*, the "All Others" companies), and the companies receiving subsidy rates based upon total AFA, each benefitted from the Export Buyer's Credit subsidy program, which is export contingent, and whose subsidy rate equals 10.54 percent.[40]  Accordingly, in order to avoid a double remedy as a result of export subsidies which are collected as part of the companion CVD proceeding, and pursuant to section 772(c)(1)(C) of the Act, we must adjust the estimated weighted-average dumping margins by the amount of export subsidies that are countervailed as a result of the companion CVD proceeding.  Therefore, we are adjusting each of the estimated weighted-average dumping margins for this final determination by 10.54 percent to determine the cash deposit rate for the mandatory respondents, the non-examined companies which are eligible for a separate rate, and the China-wide entity.

# X.    DISCUSSION OF THE ISSUES

General Comments

## Comment 1:  Initiation of the Investigation

*Fabuwood Case Brief* [41]
- Commerce improperly initiated this investigation, based on an improper finding that the Petition has adequate industry support.
- The petitioner's estimated U.S. market size fails to adequately capture all U.S. shipments of residential and non-residential wooden cabinets and vanities that are covered by the scope of the investigation.  Commerce relied on the petitioner's faulty methodology and underestimated the size of the U.S. market, while improperly rejecting Fabuwood's proposed alternative market size.  The petitioner's numbers distorted the measure of industry support required to initiate an investigation.
- The shipment numbers provided by the petitioners included shipments of non-subject merchandise and imported cabinets or parts resold by domestic producers; thus, the shipment numbers were overvalued.  This further distorted industry support.
- Although the petitioner adjusted its U.S. domestic market measurement to exclude subject merchandise and imports, it performed no such adjustment for the shipment numbers of its members, thereby dramatically inflating the shipments that were supportive of the Petition.

---

[39] *Id*. at 49-50.
[40] *See Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Final Affirmative Countervailing Duty Determination*, dated concurrently with this notice, and accompanying IDM.
[41] *See* Fabuwood's Case Brief, "Case Brief of Fabuwood (General Issues)," dated December 18, 2019 (Fabuwood Case Brief).

- Because of the distortion, Commerce was required under the Act to conduct its own analysis of industry support. However, Commerce neglected its statutory duty and initiated an investigation based on a legally-insufficient petition. Thus, the investigation was initiated under improper circumstances and should be terminated.

*Petitioner Rebuttal Brief*[42]

- Commerce already found that the petitioner has standing as an interested party, and it met the required domestic industry support to file the petition.[43] Many of Fabuwood's arguments are the same arguments Commerce rejected in its decision to initiate this investigation.[44]
- Fabuwood entirely ignores section 732(c)(4)(E) of the Act, which provides that, once Commerce makes a decision regarding industry support, the agency's determination cannot be reconsidered.[45]
- Commerce's regulations also prohibit Commerce from reconsidering industry support after the initiation of an investigation.[46] Commerce maintains significant discretion in determining industry support, and it exercised this discretion based on substantial record evidence in this case.[47]
- The International Trade Commission (ITC) determined in its accompanying investigation that a total value of U.S. shipments of subject merchandise was closer to the petitioner's estimate than Fabuwood's, and, thus, the petitioner's market estimate was reasonable.[48]

**Commerce's Position**: Section 732(c)(4)(E) of the Act directs Commerce as follows regarding the consideration of comments with respect to industry support:

> Before the administering authority makes a determination with respect to initiating an investigation, any person who would qualify as an interested party under section 771(9) if an investigation were initiated, may submit comments or information on the issue of industry support. <u>After the administering authority makes a determination with respect to initiating an investigation, the determination regarding industry support shall not be reconsidered.</u>[49]

---

[42] *See* Petitioner's Rebuttal Brief, "Rebuttal Brief Regarding General and Ancientree-Specific Issues," dated December 26, 2019 (Petitioner December 26 Rebuttal Brief).

[43] *Id.* at 30 (citing "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China," March 26, 2019 (Initiation Checklist) at Attachment II, 6-20).

[44] *Id.*

[45] *See* section 732(c)(4)(E) of the Act.

[46] *See* Petitioner December 26 Rebuttal Brief at 32 (citing *PT Pindo Deli Pulp & Paper Mills v. United States*, 825 F. Supp. 2d 1310, 1323 (CIT 2012)).

[47] *Id.* at 32 (citing Initiation Checklist at Attachment II: Analysis of Industry Support for the Antidumping and Countervailing Duty Petitions Covering Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China).

[48] *Id.* at 38 (citing *Wooden Cabinets and Vanities from China*, Inv. Nos 701-TA-620 and 731-TA-1445, USITC Pub 4891 (April 2019) at I-3 (USITC Pub 4891)).

[49] *See* section 732(c)(4)(E) of the Act (emphasis added).

12

Therefore, Commerce is statutorily precluded from reconsidering its industry support determination at this stage of the investigation.[50]  As a result, we continue to rely on our determination of industry support provided in the Initiation Checklist.[51]

Based on information provided in the Petition, the share of total estimated U.S. production of the domestic like product in calendar year 2018 represented by the petitioner was more than 50 percent of the production of the domestic like product.[52]  Pursuant to section 732(c)(4)(D)(i) of the Act, if the petition does not establish the support of domestic producers accounting for more than 50 percent of the total production of the domestic like product, Commerce is required to poll the industry or rely on other information to determine industry support.  However, because at the time of the filing of the Petition, we determined that the Petition did establish the support of domestic producers accounting for more than 50 percent of the total production of the domestic like product, we found no need to poll the U.S. industry to establish industry support.[53]  Thus, we reiterate below our analysis from the Initiation Checklist.

> The petitioner has provided, with extensive supporting documentation, a reasonable estimate of total 2018 production of wooden cabinets and vanities in the United States, starting with U.S. demand and making adjustments for annual U.S. market segment and overall market growth, U.S. demand in non-residential/commercial applications, imports and exports.  We further note that the petitioner provided a detailed explanation of the methodology used to estimate total U.S. production in 2018 and provided supporting declarations from an individual …{producer of} wooden cabinets and vanities in the United States.  {…}In addition, we note that the petitioner's methodology considers annual growth in the replace and remodel market segment and new construction segment, demand for nonresidential/commercial applications, U.S. imports of wooden cabinets and vanities, U.S. exports of wooden cabinets and vanities and components thereof, and annual growth for the overall U.S. cabinet market.  {…}Accordingly, we conclude that the petitioner's estimate using data on U.S. cabinet demand {from a business proprietary source} as the starting point is reasonable.

> While Fabuwood contends that the NKBA data it provided on the U.S. market for residential kitchen and bathroom cabinetry for the new residential and remodeling segments should be used as the denominator, we agree with the petitioner that the NKBA data on the record do not represent the value of production or shipments of wooden cabinets and vanities.  Based on information on the record, the NKBA data reflect retail values and installed values of kitchen and bathroom cabinets, which include built-in costs for commissions, delivery fees, {…certain other fees}, and customized treatments, and which have been sold once or twice before being sold{…}.  Accordingly, we find that the petitioner has provided a reasonable estimate of total U.S. production that accounts for all production of the domestic like product.  As a result, the petitioner has demonstrated that

---

[50] See *PT Pindo Deli Pulp*, 825 F. Supp. 2d at 1323 ("Commerce is prohibited from reconsidering industry support after the initiation of an investigation").
[51] See Initiation Checklist at Attachment II.
[52] *Id.* at Attachment II at 9.
[53] *Id.* at Attachment II at 18.

13

it has adequate industry support for initiating the investigations; therefore, it is unnecessary to poll the industry to determine support for the Petitions.[54]

**Comment 2:  Respondent Selection**

### A.  Mandatory Respondent Selection Methodology

*Wen Bo Case Brief*[55]
- Commerce should have relied on import value, rather than volume, data for mandatory respondent selection.
- Both the petitioner and U.S. Customs and Border Protection (CBP) collected import data on a value, not a volume, basis to calculate industry support.[56]  This demonstrates value as a reliable metric.
- Commerce unreasonably used an unreliable metric and ignored the fact that CBP's data and the Petition itself relied on value.[57]

*Petitioner Rebuttal Brief*[58]
- Commerce correctly determined its mandatory respondent selection using import volumes.
- Wen Bo fails to provide any additional reasoning supporting its argument that import values would have been a "reliable metric" and Commerce previously specifically addressed and rejected the same argument.
- Regardless of the metric utilized by Commerce, the mandatory respondents selected would remain representative of the Chinese industry.

**Commerce's Position:**  We disagree with Wen Bo's claim that Commerce should have based respondent selection on import values, rather than import volume, during the POI.  There is no evidence on the record to demonstrate that values are more accurate or consistent than reported volumes.[59]  Commerce's longstanding practice is to find that volume provides a consistent and reliable metric by which to rank the largest exporters during the POI.[60]  Indeed, the statute indicates that, where we limit our examination of respondents in an investigation, we may limit our examination to "exporters and producers accounting for the largest *volume* of the subject merchandise from the exporting country that can be reasonably examined."[61]

---

[54] *See* Initiation Checklist at Attachment II at 17-18 (footnotes omitted).
[55] *See* Shanghai Wen Bo Industries Co., Ltd.'s (Wen Bo's) and Dalian Jiaye Wood Products Co. Ltd.'s (JY's) Case Brief, "Case Brief," dated December 17, 2019 (Wen Bo Case Brief).
[56] *Id.* at 2.
[57] *Id.* (citing Memorandum, "Less-Than-Fair-Value Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Respondent Selection," dated June 4, 2019 (Respondent Selection Memo) at 6-7).
[58] *See* Petitioner December 26 Rebuttal Brief at 27.
[59] *See* Respondent Selection Memo at 6.
[60] *See Hardwood and Decorative Plywood from the People's Republic of China:  Final Determination of Sales at Less Than Fair Value*, 78 FR 58273 (September 23, 2013) (*Decorative Plywood*), and accompanying IDM at Comment 2.
[61] *See* section 777A(c)(2)(B) of the Act (emphasis added).

We further note that Wen Bo did not cite any precedent to support the proposition that Commerce should adjust its respondent selection methodology.  Further, Wen Bo failed to demonstrate that the mandatory respondents selected on the basis of import volume are unrepresentative of the Chinese wooden cabinet and vanity industry.[62]  Therefore, we continue to find Wen Bo's argument to be without merit.

### B.  Voluntary Respondents

On June 4, 2019, we selected the three largest exporters/producers of subject merchandise by volume, Ancientree, Foremost, and Meisen, for individual examination as mandatory respondents.[63]  Wen Bo requested to participate in this investigation as a voluntary respondent,[64] and it submitted timely responses to Commerce's AD questionnaire by the due dates specified for the mandatory respondents.[65]  On October 2, 2019, we determined not to select Wen Bo as a voluntary respondent because doing so would continue to be unduly burdensome and would inhibit the timely completion of this investigation.[66]

*Wen Bo Case Brief*[67]
- Commerce stated it would consider any request for voluntary respondent status, yet it declined Wen Bo's voluntary respondent request.
- Meisen's uncooperativeness opened a spot for Wen Bo to be selected as a voluntary respondent.  Thus, to meet the targeted three mandatory respondent companies, Commerce should examine Wen Bo's response.
- In LTFV investigations, Commerce is under the obligation to calculate dumping margins as accurately as possible.[68]
- Representativeness plays a central role in calculating the all-others rate.  In *National Knitwear,* the Court of International Trade (CIT) upheld Commerce's decision to exclude a mandatory respondent from the calculation of the all others rate on the grounds that the rate was not "representative of the pricing practices of the non-investigated companies."[69]

---

[62] Indeed, the U.S. Court of Appeals for the Federal Circuit (Federal Circuit) stated that "the very fact that the statute contemplates using data from the largest volume of exporters suggests an assumption that those data can be viewed as representative of all exporters."  *See Albemarle Corp v. United States*, 821 F. 3d 1345, 1353 (Fed. Cir. 2016) (*Albemarle*).

[63] *Id.* at 1.

[64] *See* Wen Bo's Letter, "Wooden Cabinets and Vanities From People Republic of China:  Entry of Appearance; Request to Be a Voluntary Respondent," dated March 26, 2019.

[65] *See* Wen Bo's Letter, "Section A Questionnaire Response," dated July 3, 2019; Wen Bo's Letter, "Section D Questionnaire Response," dated July 19, 2019; and Wen Bo's Letter, "Section C and E Questionnaire Responses," dated July 22, 2019.

[66] *See* Memorandum, "Antidumping Duty Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Selection of Voluntary Respondent," dated October 2, 2019 (Voluntary Respondent Memo); *see also Preliminary Determination* PDM at 7-8.

[67] *See* Wen Bo Case Brief.

[68] *Id.* at 4 (citing *Lasko Metal Prods. v United States*, 43 F. 3d 1442, 1446 (Fed. Cir. 1994) (quoting *Rhone-Poulenc Inc. v United States*, 899 F. 2d 1185, 1191 (Fed. Cir. 1990)); *Albemarle*, 821 F. 3d at 1354; and *Mueller Commercial de Mexico v. United States*, 753 F. 3d 1227, 1235 (Fed. Cir. 2014) (*Mueller*)).

[69] *Id.* at 4-5 (citing *National Knitwear & Sportswear Ass'n v. United States*, 15 CIT 548 (1991) (*National Knitwear*)).

The timely, complete response provided by Wen Bo would yield an "all others rate" based on record evidence rather than AFA.

- Because Wen Bo requested voluntary treatment and timely submitted a complete questionnaire response, it cannot be said that an "all others rate" calculated on other respondents' rates is representative of Wen Bo's own rate.
- With respect to Wen Bo's own rate, Commerce does not have a basis to assume Wen Bo engaged in unfair pricing. Thus, if Commerce does not analyze Wen Bo's voluntary response, Commerce should assign Wen Bo a zero percent margin and exclude it from the order.

*Petitioner Rebuttal Brief* [70]

- Commerce appropriately declined to investigate voluntary respondent Wen Bo and the company failed to demonstrate that Commerce was unreasonable in declining its examination.
- Wen Bo is mistaken in its presumption that Commerce has the resources to investigate Wen Bo because of its preliminary decision to base Meisen's dumping margin on AFA. Commerce has conducted a full investigation of Meisen, including issuing multiple supplemental questionnaires and evaluating all comments raised by interested parties.
- Ancientree and Foremost account for a significant Chinese production volume for which Commerce could individually calculate dumping margins. Essentially, neither Wen Bo nor other Chinese respondents would be unfairly treated if Commerce continued to use Ancientree's and Foremost's experience as the basis for the separate rate.

**Commerce's Position:**  We disagree that we should have selected Wen Bo as a voluntary respondent in this investigation because it timely submitted voluntary questionnaire responses. On June 4, 2019, we selected the three largest exporters/producers of subject merchandise by volume, Ancientree, Foremost, and Meisen, for individual examination as mandatory respondents.[71]  In the Respondent Selection Memo, we stated that we would reevaluate resource constraints during the course of this investigation and that, if exporters submitted voluntary responses in accordance with the deadlines and other criteria set forth in section 782(a) of the Act, and 19 CFR 351.204(d), we would consider whether resources existed to examine those exporters as voluntary respondents.[72]  In the Voluntary Respondent Memo that accompanied the *Preliminary Determination*, Commerce revisited Wen Bo's request and explained that examining a voluntary respondent would have been an undue burden and would have inhibited the timely completion of this investigation.[73]

Wen Bo itself acknowledges that, after the completion of the *Preliminary Determination*, Commerce delayed verification of mandatory respondent Meisen and issued multiple supplemental questionnaires to it.[74]  Further, Meisen submitted a case brief containing arguments which must be considered and addressed in this final determination.  Thus, contrary to Wen Bo's

---

[70] *See* Petitioner December 26 Rebuttal Brief.
[71] *See* Respondent Selection Memo at 1.
[72] *Id.* at 9-10.
[73] *See* Voluntary Respondent Memo at 3-4.
[74] *See* Wen Bo Case Brief at 3-4.

16

assertions, the assignment of AFA to Meisen in the *Preliminary Determination* did not end the administrative burden placed on Commerce when we selected it as a mandatory respondent. While we agree with Wen Bo that Commerce should accept voluntary respondents when we have the resources to do so, in this case, those resources simply did not – and still do not – exist. Under these circumstances, analyzing Wen Bo's voluntary response "would be unduly burdensome and inhibit the timely completion of the investigation."[75]

With respect to Commerce's current resource constraints, it is important to note that the issues presented in this investigation are complex, and the information submitted by the mandatory respondents and other interested parties has been voluminous. For example, Commerce received 221 applications from companies seeking to qualify for separate rates, an extraordinarily large number by any measure, and we expended considerable resources in reviewing each of these applications to ensure that it met Commerce's standards. Further, Meisen and the other respondents submitted thousands of pages of documentation in response to Commerce's questionnaires, all of which had to be analyzed and acted upon within the statutory deadlines set forth in the Act. In addition, this was the first time that any of the examined companies were investigated as mandatory respondents before Commerce and, thus we had to expend additional resources to become familiar with these companies' corporate structures, record-keeping, and business practices. Indeed, we issued multiple supplemental questionnaires to the mandatory respondents, which included numerous questions concerning their FOP and sales reporting methodologies, their costing and selling practices, and the multitude of individual calculations performed when presenting their reported data. We also encountered numerous issues during the verifications conducted for these respondents, giving rise to a large number of comments to be addressed in this final determination.

Equally significant, interested parties have raised numerous issues related to the scope of this investigation, many of which are novel and highly complex. For this reason, and the reasons stated above, we find that this case already requires the devotion of significant resources by Commerce, which prohibits the examination of an additional respondent. Accepting Wen Bo as a voluntary respondent would have required additional resources not currently at our disposal in order to review and analyze its questionnaire responses, issue potential multiple additional supplemental questionnaires, and conduct verification of those questionnaire responses. Further, a full examination of Wen Bo would have required the preparation of an additional margin program specific to Wen Bo, as well as analysis memoranda and verification reports. Moreover, the uncertain nature of any investigation allows for the possibility that additional complex situations may have arisen, requiring even more time for the case team to analyze and address novel issues. We further note that Commerce was conducting numerous investigations and

---

[75] *See* section 782(a)(1) of the Act.

Filed By: Eliza Siordia, Filed Date: 2/24/20 12:29 PM, Submission Status: Approved

reviews during the preliminary phase of this investigation,[76] and the number of new administrative segments has only increased since then.[77]

Notwithstanding the issues described above, we disagree with Wen Bo that Commerce, in the alternative, should assign it a final margin of zero percent and exclude it from any potential order since Commerce declined its review.  First, contrary to Wen Bo's assumption, Commerce has not included Meisen's AFA rate in the calculation of the rate assigned to the non-selected companies eligible for separate rates.[78]

Second, our decision to assign Wen Bo a separate rate based on a weight-average of the mandatory respondents' rates that were not zero, *de minimis*, or based entirely on facts available, is consistent with our past practice.[79]  Further, we disagree with Wen Bo that this rate is not representative of Wen Bo's own rate.  While Wen Bo argues that Meisen's assigned AFA rate is not usable for purposes of calculating the rate for separate rate companies, Wen Bo failed to explain why the rate that Commerce did assign to the separate rate companies is not representative of Wen Bo's rate.  The rate assigned to the separate rate companies is a weighted average of the dumping margins calculated for two of the largest Chinese subject merchandise producers, using the publicly-ranged quantities of each producer, whose rates are not zero, *de minimis*, or based entirely on facts available.[80]  Our use of these rates to determine the separate rate for non-selected respondents in this investigation is consistent with long-standing Commerce

---

[76] *See* Voluntary Respondent Memo at 4, noting in the preliminary phase of this investigation, Office V was also assigned to the following investigations and reviews:  AD and CVD investigations of wooden cabinets and vanities from the People's Republic of China; AD and CVD investigation of carbon and alloy steel threaded rod from India; AD changed circumstances review and administrative review of certain steel nails from China; AD investigation of carbon and alloy steel threaded rod from Thailand; AD administrative review of certain frozen fish fillets from Vietnam; AD administrative review of magnesia carbon bricks from China; AD and CVD administrative reviews of 1-Hydroxyethylidene-1, 1-Diphosphonic Acid from China; AD administrative review of hot-rolled steel flat products from Australia and South Korea; AD administrative review of uncoated paper from Portugal and Brazil; AD administrative review of honey from China; CVD administrative review of cold drawn mechanical tubing from India; AD administrative review of uncovered innerspring units from China; AD administrative review of certain frozen warmwater shrimp from China; AD administrative review of steel wire garment hangers from China; AD administrative review of ESB rubber from Korea; AD administrative review of circular welded steel pipe and tubes from Taiwan; AD administrative review of certain cut-to-length plate from China; AD and CVD administrative reviews of hardwood plywood products from China; AD and CVD circumvention inquiries of certain uncoated paper from Australia, Brazil, China, Indonesia, and Portugal; and AD and CVD circumvention inquiries of hardwood plywood products from China.
[77] Since the date of the *Preliminary Determination*, Commerce has initiated AD and/or CVD investigations on at least four different products covering numerous countries, in addition to receiving multiple new anti-circumvention inquiries, scope inquires, and initiating multiple new administrative reviews.  *See http://enforcement.trade.gove/ia-highlights-and-news.html*.
[78] *See* Memorandum, "Final Determination of the Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Calculation of the Final Margin for Separate Rate Companies," dated concurrently with this memorandum.
[79] *See, e.g., Certain Fabricated Structural Steel from the People's Republic of China:  Final Affirmative Determination of Sales at Less Than Fair Value*, 85 FR 5376, 5378 (January 30, 2020), and accompanying IDM.
[80] *See* Memorandum, "Preliminary Determination of the Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Calculation of the Preliminary Margin for Separate Rate Companies," dated October 2, 2019.

18

practice in NME LTFV investigations,[81] in which we look to section 735(c)(5) of the Act, which pertains to the calculation of the all others rate in market economy LTFV investigations.[82]  Wen Bo made no attempt in its arguments to explain how these two other subject merchandise producers are not representative of the dumping that is occurring beyond stating that "where WB and JY have requested voluntary treatment and submitted a complete questionnaire response on a timely basis, it cannot be said that a rate calculated based on other respondents' rates is representative of WB and JY."[83]  Wen Bo provides no further elaboration on why the rate assigned to it is not representative of its own.  Indeed, Wen Bo notes that the Federal Circuit has elaborated on what is required of Commerce in calculating antidumping rates, and the separate rate, or all-others rate, in particular. "{A}ccuracy and fairness must be Commerce's primary objectives in calculating a separate rate for cooperating exporters."[84]  As explained above in Comment 1(A), when we determine to limit respondents, section 735(c)(5)(A) of the Act – which, again, we look to for guidance in determining the separate rate for non-selected companies such as Wen Bo in NME AD investigations – "contemplates using data from the largest volume exporters suggestions an assumption that those data can be viewed as representative of all exporters."[85]  Therefore, Wen Bo's contention that Commerce should assign a zero percent margin to Wen Bo and exclude it from the AD Order is unreasonable and unsupported by the record evidence or any precedent.[86]

For the reasons discussed in the Voluntary Respondent Memo, and reiterated above, we continue to find that we did not have sufficient resources, or time, to individually examine Wen Bo in this investigation.  Consequently, we continue to assign Wen Bo the separate rate margin determined in this final determination.

## Comment 3:  Separate Rate Applicants

### A.  Brentridge and Harbin

In the *Preliminary Determination*, we found that both Brentridge and Harbin failed to cooperate by not providing information requested from them related to their application for separate rate status, including a request to publicly identify the producers for which they are requesting combination rates.[87]

---

[81] *See, e.g.*, *Cast Iron Soil Pipe Fittings from the People's Republic of China:  Preliminary Affirmative Determination of Sales at Less Than Fair Value, Preliminary Affirmative Determination of Critical Circumstances, in Part, Postponement of Final Determination and Extension of Provisional Measures*, 83 FR 7145 (February 20, 2018), and accompanying PDM at 13-14, unchanged *Cast Iron Soil Pipe Fittings from the People's Republic of China:  Final Affirmative Determination of Sales at Less Than Fair Value and Final Determination of Critical Circumstances, in Part*, 83 FR 33205 (July 17, 2018), and accompanying IDM.

[82] *Id.*  Separately, we disagree with Wen Bo's reference to an "all others rate" in its case brief.  Commerce does not calculate an "all others rate" in NME LTFV investigations.  Rather, where Commerce determines to limit its examination to particular respondents, it determines a rate for non-selected respondents who demonstrate that they are entitled to a "separate rate."

[83] *See* Wen Bo Case Brief at 5.

[84] *See* Wen Bo Case Brief at 4 (citing *Albemarle*, 821 F. 3d at 1354).

[85] *See Albemarle*, 821 F. 3d at 1353.

[86] *See* Wen Bo Case Brief at 5.

[87] *See Preliminary Determination* PDM at 18.

*Brentridge Case Brief*[88]
- Brentridge timely filed a full and complete separate rate application (SRA) but did not file an entry of appearance.  Therefore, Brentridge is not an interested party in this investigation.
- Although Commerce issued a supplemental questionnaire to "Interested Parties,"[89] this questionnaire did not cover Brentridge nor did Commerce specifically name Brentridge in the supplemental questionnaire.
- The first question of the August SRA Supplemental requested an excel file from "Interested Parties," but did not request any information that was not already in Brentridge's SRA.
- Since the *Preliminary Determination*, Brentridge has publicly identified its producer for which it is requesting a combination rate.[90]

*Harbin Case Brief*[91]
- This is Harbin's first time participating in a proceeding and the company has no experience with ACCESS.  It was not until Harbin saw Commerce's *Preliminary Determination* that it realized there was a supplemental questionnaire that required its attention.
- Because the Public Release Digest email message and ACCESS website did not identify Harbin's name, the company believed the supplemental was irrelevant to Harbin.
- The August SRA Supplemental did not request any new information not already in Harbin's timely SRA or information in Harbin's possession.

*Petitioner Rebuttal Brief*[92]
- Both Brentridge and Harbin should have been aware that a supplemental questionnaire regarding their SRA submissions would be applicable to them.
- The August SRA Supplemental clearly applied to all "Interested Parties" and only certain attachments applied to specific applicants.
- Despite the argument by both companies that any information submitted would not have been of use to Commerce, that is not justification for failing to submit any response and it is not for respective parties to decide what information is required and which companies necessitate questionnaire response submissions.
- The use of AFA does not require a finding of intent on behalf of an interested party, and may be applied where a party's failure is based on inadvertence or neglect.  Therefore, Commerce should continue denying a separate rate to these companies.[93]

---

[88] *See* Brentridge's Case Brief, "Brentridge Case Brief," dated November 8, 2019 (Brentridge Case Brief) at 1.
[89] *See* Memorandum, "Separate Rate Application Supplemental Questionnaire," dated August 22, 2019 (August SRA Supplemental).
[90] *See* Brentridge Case Brief at Attachment.
[91] *See* Harbin's Case Brief, "Case Brief," dated December 16, 2019 (Harbin Case Brief) at 2.
[92] *See* Petitioner December 26 Rebuttal Brief at 25-27.
[93] *Id.* (citing *Nippon Steel*, 337 F. 3d 1373, 1382-83).

20

**Commerce's Position:** We disagree with Brentridge and Harbin that their respective SRA filings were full and complete. With respect to Brentridge, Commerce preliminarily found that this exporter was ineligible for a separate rate because it failed in its SRA to disclose publicly the name of the entity that supplied it with subject merchandise. The public disclosure of this information is essential to the proper administration of this proceeding because the identity of exporter-producer combinations requested by Commerce in separate rate applications must be publicly published in the *Federal Register*. However, since the *Preliminary Determination*, Brentridge has publicly identified its producer,[94] such that Commerce is now able to publicly publish the exporter-producer combination for Brentridge. Therefore, because this deficiency has been remedied, and Brentridge's SRA otherwise meets our requirements for granting a separate rate, we are granting Brentridge a separate rate in this final determination.

We disagree with Harbin that it should be considered eligible for a separate rate despite its failure to respond to the August SRA Supplemental, which it concedes it was aware of but disregarded. In its case brief, Harbin described working with Commerce employees to register for the ACCESS system,[95] suggesting that Harbin was aware that Commerce had resources available to provide Harbin technical assistance with its filings if Harbin required clarification. Further, Commerce identified deficiencies in Harbin's SRA that required Harbin's attention on three out of three requested action lists in the August SRA Supplemental.[96] Specifically Harbin's SRA did not identify its ultimate owners, it did not provide a U.S. Customs Form 7501, and it did not provide a business license with an accompanying English language version.[97] With respect to the first of these deficiencies, Harbin claimed in its case brief that exhibits 7 and 9 of its SRA showed the names of its individual shareholders and their percentages owned;[98] however, those documents are Chinese-language documents with no accompanying English-language translations,[99] and, thus, Harbin failed to comply with the requirements of 19 CFR 351.303(e) in submitting them.[100] With respect to the second deficiency, Harbin claimed in its case brief that it did not have a Form 7501;[101] however, it stated in its SRA that it was submitting the U.S. Customs 7501 Entry Summary in exhibit 4.[102] Even if this statement were in error and Harbin did not have the Form 7501 in its possession, it was required by the SRA to submit an explanation as to why submission of that document was not possible.[103] Finally, with respect to the third deficiency, Harbin argues in its case brief that it provided a business license in exhibit 5 of its SRA, and an English translation of its export certificate of approval in exhibit 6, where "{t}he basic content of exhibit 6 such as company name, address and company nature are similar to that of business license";[104] however, Harbin failed to submit a translated copy of its most fundamental of documents, its business license, again in violation of 19 CFR 351.303(e).

---

[94] *See* Brentridge Case Brief at 2.
[95] *See* Harbin Case Brief at 2.
[96] *See* August SRA Supplemental at Appendices I, II, and III.
[97] *See* Harbin's Letter, "Separate Rate Application," dated May 10, 2019 (Harbin SRA).
[98] *See* Harbin Case Brief at 3.
[99] *See* Harbin SRA at Exhibits 7 and 9.
[100] *See* August SRA Supplemental at Appendices I, II, and III.
[101] *See* Harbin Case Brief at 3-4.
[102] *See* Harbin SRA at 7.
[103] *Id.* at 6, fn. 7.
[104] *See* Harbin Case Brief at 3-4.

Filed By: Eliza Siordia, Filed Date: 2/24/20 12:29 PM, Submission Status: Approved

We are sympathetic to the position of small companies that are unfamiliar with our process, and in particular that of *pro se* companies.  However, in this instance, Harbin's case brief raises additional concerns regarding the potential for serious misrepresentations of its reported information.  Specifically, Harbin notes that its filings were all completed by itself and it wrote a law firm's name on those files because "we saw other companies also wrote a law firm's name in their files" and because "Heilongjiang ShanXing Law Firm is a local law firm in Harbin" that "generally gives legal advices (*sic*) to our company about other Chinese law matters."[105]  However, the cover letter of Harbin's SRA is signed by "GuXiangGuo," purportedly of "Heilongjiang ShanXing Law Firm," and the "Representative Certification" is purportedly completed and signed by the same counsel at exhibit 3 of the SRA.  Thus, Harbin either misstates the facts of its representation in its case brief or committed severe misrepresentations in its SRA by claiming to have secured representation and fraudulently completing a representative certification by said counsel.

The SRA itself provides the following:

> If the applicant does not provide the required documentation in the appropriately required form or is unable or unwilling to make the requested certifications, the applicant will not have demonstrated its eligibility for a separate rate.  If necessary, {Commerce} will issue questionnaires for the purpose of clarifying fully responsive answers.  {Commerce} retains the right to require additional information concerning the representations made in your firm's application.  All information submitted and representations made by applicants are subject to verification.[106]

Accordingly, we continue to find that Harbin did not provide the requested information that was required of it to be considered eligible for a separate rate and it is, therefore, ineligible for a separate rate in this final determination.

### B.  Zhong Shan

In the *Preliminary Determination*, we did not grant Zhong Shan a separate rate because we found that it did not separately submit an application for each company included in its application.[107]

*Zhong Shan Case Brief*[108]
- In its initial SRA response, Zhong Shan reported its own name as the exporter and producer, indicating it applied for a separate rate only on its own behalf.
- After not receiving the separate rate in the *Preliminary Determination*, Zhong Shan filed preliminary ministerial error comments definitively proving Zhong Shan's sale to an unaffiliated U.S. customer.

---

[105] *Id.* at 2.
[106] *See* Commerce's Letter, "People's Republic of China Separate Rate Application and Required Supporting Documentation," available on Enforcement and Compliance's website at *https://enforcement.trade.gov/nme/nme-sep-rate.html* (SRA Template).
[107] *See Preliminary Determination* PDM at 18.
[108] *See* Zhong Shan's Case Brief, "Case Brief," dated November 28, 2019 (Zhong Shan Case Brief).

22

Barcode:3946193-01 A-570-106 INV - Investigation  -

- Chin-Shu Wooden is a paper company registered in the market economy Samoa.  It did not apply for a separate rate nor is it seeking one.
- Commerce's mistaking Chin-Shu Wooden as a company requiring its own separate rate submission, and subsequent denial of Zhong Shan's separate rate, constitutes an abuse of discretion and must be corrected.

No other interested party provided comments on this issue.

**Commerce's Position:**  We continue to disagree with Zhong Shan that the record evidence clearly supports its qualification for a separate rate.  In the *Preliminary Determination*, we stated:

> The SRA posted on E&C's website states that "Each applicant seeking separate rate status must submit a separate and complete individual application regardless of any common ownership or affiliation between firms and regardless of foreign ownership.  Each firm must apply for a separate rate by submitting an individual application.  Only one firm per application is permitted."[109]

In its SRA, Zhong Shan noted in certain places that it was also known as (or "AKA") Chin-Shu Wooden, but it did not identify this AKA name in other places.[110]  The SRA instructed companies to:

> Ensure that each applicant seeking separate rate status is submitting a separate and complete individual application regardless of any common ownership or affiliation between firms and regardless of foreign ownership.  Your response to this question should have only one company name.[111]

The SRA also stated:

> Trade names are other names under which the company does business.  It does not include product brand names or the names of any other entities in the applicant's "group," affiliated or otherwise.  If your firm is assigned separate rate status, your firm will only be able to ship under your separate rate under names that are included on your business license/registration documents, or are otherwise permitted, as explained in your response to this question.[112]

Despite the above instructions, Zhong Shan did not consistently indicate that Chin-Shu Wooden was actually an AKA name and its assertions that it is so now are belied by the record.  Zhong Shan answered "no" when asked if the disregard the instructions under Section II requesting; "applicant identified by any other names, such a trade names or 'doing-business-as.' ('d.b.a.') names, as a legal matter in the home market, in third countries or in the United States'." [113]

---

[109] *See Preliminary Determination* PDM at 18.
[110] *See* Zhong Shan SRA at 10-11.
[111] *Id*. at 10.
[112] *Id.*
[113] *See* SRA Template at 10.

23

Arguably, this question affords applicants the opportunity to distinguish any "AKA" and provide documentation demonstrating the AKA.  Although Zhong Shan erroneously addresses its AKA within the context of its selling practices, none of Zhong Shan's underlying documentation indicates that this company is an AKA company.  We reviewed Zhong Shan's business license, articles of association, capital verification report and financial statements, and none of these documents indicated that Chin-Shu Wooden is an AKA of Zhong Shan.[114]  Furthermore, later in the SRA, Zhong Shan states that Chin-Shu wooden is actually a close affiliated company.[115]  Because the record does not support Zhong Shan's claim that Chin-Shu Wooden is an "AKA" company, and instead indicates that Chin-Shu Wooden is a company distinct from Zhong Shan, we find that Chin-Shu Wooden is not an AKA company of Zhong Shan, and therefore, it was required to file a separate and complete application in order to be considered eligible for a separate rate.  Because Chin-Shu Wooden did not file an SRA, we are continuing to not grant Chin-Shu Wooden a separate rate.

In light of our finding that Chin-Shu Wooden was a distinct company, and that the SRA was for Zhong Shan, and not Chin-Shu Wooden, in the *Preliminary Determination*, we did not grant Zhong Shan a separate rate given that its application was for two companies.[116]  However, even if we examined the SRA filed on behalf of Zhong Shan only, we would reach the same conclusion that Zhong Shan is not eligible for a separate rate.  Zhong Shan noted that "all subject merchandise exported to the United States were (*sic*) produced by Zhong Shan King Yuandun itself."[117]  In its SRA, Zhong Shan noted that "Chin-Shu Wooden issued the sales documents such as invoice and packing list to the unaffiliated US customer and received payment from it."[118]  Zhong Shan then provided a commercial invoice, packing list, bill of lading, and bank notice of payment receipt purportedly demonstrating one of its sales of subject merchandise to the United States.[119]  None of the underlying documentation supported Zhong Shan's claim that it had produced or exported subject merchandise to the United States.  Indeed, the documentation clearly indicated that its self-identified affiliated company Chin-Shu Wooden was actually the company that made the sale.[120]  However, as discussed above, Chin-Shu Wooden did not, either separately or in Zhong Shan's SRA, request separate rate status.

We find Zhong Shan's argument that Commerce's separate rate denial constitutes an abuse of discretion to be misplaced.  As explained above, Zhong Shan's SRA contained substantial inconsistencies.  The record evidence simply does not support that Zhong Shan is the exporter, nor do we have verifiable information on which to rely to confirm its eligibility for a separate rate.  Zhong Shan's SRA ambiguity, combined with evidence demonstrating Chin-Shu as the exporter, forecloses our ability to grant Zhong Shan a separate rate.  We continue finding Zhong Shan ineligible for a separate rate and we, therefore, continue to find that it is part of the China-wide entity.  Moreover, to the extent Zhong Shan is arguing that Chin-Shu Wooden is located in a market economy, we require an SRA providing ultimate ownership information in NME

---

[114] *Id*. at Exhibits 2, and 4-7.
[115] *Id.* at 12.
[116] *See Preliminary Determination* PDM at 18.
[117] *See* Zhong Shan SRA at 14.
[118] *Id.* at 13.
[119] *Id*. at Exhibit 1.
[120] *Id.*

Barcode:3946193-01 A-570-106 INV - Investigation   -

proceedings.[121]  In any case, Zhong Shan omitted documentation supporting Chin Shu's Samoan domicile.[122]

## Comment 4:  Company Name for Supree

*Supree Case Brief*[123]
- Commerce granted Supree a separate rate using the name reported by Supree in response to the August SRA Supplemental.  However, Commerce should instead grant Supree a separate rate under the name "Supree (Fujian) Wood Co., Ltd.," which was provided in the company's SRA filing.
- It is Commerce's practice to correct errors in original information submitted by a respondent where the error is obvious from the administrative record.  Supree spelled its name correctly in both its SRA and quantity and value response.
- The spelling, "Fuijian," is obviously a misspelling of the Chinese province Fujian.

No other interested party provided comments on this issue.

**Commerce's Position:**  We have examined the information on the record and agree that we should grant Supree a separate rate under the name Supree (Fujian) Wood Co., Ltd., as stated in its SRA and quantity and value submissions.  We have corrected the company's name in our final determination.

## Comment 5:  Calculation of the Separate Rate Assigned to Non-Selected Companies

*Separate Rate Respondents Case Briefs*[124]
- If Commerce reduces the mandatory respondents' rates, it should also recalculate and reduce the separate rate companies' rate.
- If Meisen receives an AFA rate in the final determination, that AFA rate should be excluded from the separate rate calculation in continuance with the *Preliminary Determination*.

**Commerce's Position**:  We made changes to the margins calculated for Ancientree and Foremost for purposes of this final determination.  Because the dumping margin assigned to the companies who have received separate rates in this investigation is based on the weighted-average of these rates (excluding any rates based on AFA), we have also recalculated the margin assigned to the separate rates companies in accordance with our practice.[125]

---

[121] *See* SRA Template at 3.
[122] *See* Zhong Shan SRA at Exhibit 2.
[123] *See* Supree's Case Brief, "General Issues Case Brief," dated December 17, 2019, at 1-4.
[124] *See* Weihai Adornus Cabinetry Manufacturing Co., Ltd., *et. al.*,'s Letter, "Letter in Lieu of Brief," dated December 17, 2019; and Ronbow Hong Kong Limited's and Wuxi YuSheng Kitchen Bathroom Equipment Co., Ltd.'s Case Brief, "Case Brief," dated December 17, 2019.
[125] *See Decorative Plywood* IDM at Comment 1.

25

SV Comments

## Comment 6:  Surrogate Country

In the *Preliminary Determination*, we selected Romania as the primary surrogate country on the basis that Romania is at the same level of economic development as China, is a significant producer of comparable merchandise, and has reliable and useable SV data.[126]  In making this determination, we relied, in part, on the fact that the record contains financial statements from a producer of wooden furniture and wood products that separately identify energy expenses.[127]  These financial statements are from a Romanian company, S.C. Sigstrat S.A.  (Sigstrat).

*Ancientree Case Brief*[128]
- Commerce erred in its selection of Romania as the primary surrogate country in this investigation.  For purposes of the final determination, Commerce should rely on SVs from Malaysia instead.
- Commerce chose Romania as the surrogate country solely because Sigstrat's financial statements separately identify energy costs.  In so doing, Commerce failed to properly weigh other – even more important – factors, such as the fact that the record contains multiple financial statements from Malaysian producers of identical merchandise, higher import volumes into Malaysia for two of the most significant raw material inputs, and more specific SVs for labor costs and B&H expenses.
- With respect to the ten Malaysian financial statements on the record, Commerce declined to rely on four because they were from large investment companies involved in a variety of activities.  However, in the past, Commerce has relied on financial statements from companies with even more variety in their activities; therefore, Commerce can rely upon the statements from the four investment companies here.[129]
- Commerce declined to rely on three financial statements because they do not break out energy costs.  Given that Commerce often relies on financial statements which do not separately break out energy, Commerce's reasoning again was flawed.[130]  Commerce's decision was also unreasonable because the financial statements were from producers of identical merchandise (wooden furniture) or of products with very similar production

---

[126] *See Preliminary Determination* PDM at 14.
[127] *Id*.
[128] *See* Ancientree's Letter, "Case Brief, "dated December 17, 2019 (Ancientree Case Brief) at 1-11.
[129] *Id*. at 2-3 (citing *Chlorinated Isocyanurates Final Results of Antidumping Duty Administrative Review; 2014-2015*, 82 FR 4852 (January 17, 2017) (*2014-2015 Chlorinated Isos*), and accompanying IDM at Comment 2; and *Chlorinated Isocyanurates Final Results of Antidumping Duty Administrative Review; 2016-2017*, 84 FR 5053 (February 20, 2019) (*2016-2017 Chlorinated Isos*), and accompanying IDM at Comment 3).
[130] *See* Ancientree Case Brief at 1-2 (citing *Refillable Stainless Steel Kegs from the People's Republic of China: Final Affirmative Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances, in Part*, 84 FR 57010 (October 24, 2019); *see also Mattresses from the People's Republic of China: Final Affirmative Determination of Sales at Less Than Fair Value, and Final Affirmative Determination of Critical Circumstances, in Part*, 84 FR 56761 (October 23, 2019); *Fine Denier PSF; Certain Passenger Vehicle and Light Truck Tires from the People's Republic of China:  Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2016-2017*, 84 FR 17781 (April 26, 2019); and *Xanthan Gum Final from the People's Republic of China:  Results of the Antidumping Duty Administrative Review and Final Determination of No Shipments; 2015-2016*, 83 FR 6513 (February 14, 2018)).

processes (wooden table sets or beds).  In contrast, the information on the record shows that Sigstrat's primary activity is the manufacturing of plywood and veneer.

- There is substantial other evidence on the record to show that Malaysia is a significant producer of identical merchandise.  On the other hand, the record contains no information showing that Romania produces more than comparable merchandise, given that Sigstrat's financial statements are only for comparable products and the Romanian export data on the record are for a basket HTS category covering wooden furniture.

- With respect to raw materials, Romania's imports of birch and poplar sawn wood (two main inputs into the production of subject merchandise) were of uncommercial quantities, given that they were only 196 cubic meters ($M^3$) and 320 $M^3$, respectively.  These quantities are particularly low when considered in relation to both a containerload and Ancientree's own consumption.  Specifically, Ancientree consumed approximately 248 percent and 1,078 percent as much poplar and birch, respectively, during the POI than was imported into all of Romania, whereas Malaysia imported 691 percent and 369 percent more.  The CIT found in *Juancheng Kangtai* that Commerce must consider the respondent's actual purchasing and consumption in surrogate country selection.[131]

- To remedy lack of commercial import quantities of poplar and birch sawn wood into Romania, Commerce resorted to the use of imports under a six-digit level for the same HTS categories.  This was an inappropriate fix because it sacrificed specificity, the most critical factor in Commerce's analysis.[132]

- With respect to labor, the record contains only a general overall manufacturing rate in Romania, whereas the Malaysian labor rate on the record is for a "manufacturer of wooden and cane furniture."  Similarly, the record contains no information on Romanian B&H expenses, and, thus, Commerce relied on B&H values from "Europe and Central Asia" (countries that were not economically comparable to China).  Thus, the Malaysian data on the record are clearly superior.

*Foremost Case Brief*[133]

- Commerce should reconsider its selection of Romania as the primary surrogate country because it is not the source of best available information within the meaning of section 773(c)(1) of the Act.  Commerce should instead select Malaysia as the primary surrogate country.

- The record contains only one set of Romanian financial statements, from Sigstrat, a producer of plywood and molded wood products (neither of which is comparable merchandise).  Nothing on the record suggests that producers of plywood or molded wood have operations, capital structures, overhead, or expected profits similar to the experience of companies in the cabinets industry.

---

[131] *Id*. at 6-7 (citing *Juancheng Kantai Chem. Co. v. United States*, 2015 Ct. Intl. Trade LEXIS 94, *65-66, 78 (CIT 2015) (*Juancheng Kangtai*).

[132] *Id*. at 8-9 (citing *Taian Food Co. v. United States*, 783 F. Supp. 2d, 1292, 1330 (CIT 2011); *Qingdao Sea-Line*, 766 F. 3d at 1386 (Fed. Cir. 2014); *Ad Hoc Shrimp Trade Action Comm. v. United States*, 618 F. 3d 1316, 1320 (Fed. Cir. 2010); and *Certain Steel Threaded Rod; Final Results of Antidumping Duty Administrative Review; 2014-2015*, 81 FR 83800 (November 22, 2016), and accompanying IDM at 8.

[133] *See* Foremost's General Case Brief, "Foremost's General Issues Brief," dated December 17, 2019, at 1.

Filed By: Eliza Siordia, Filed Date: 2/24/20 12:29 PM, Submission Status: Approved

- The Malaysian financial statements are usable.  The petitioner acknowledges that the record contains financial statements from one Malaysian producer of identical merchandise (*i.e.*, Sin Heng Furniture Industries Sdn. Bhd. (Sin Heng)), and the fact that these financial statements are slightly outside the POI does not render them obsolete.[134]
- Commerce's practice is to consider the physical characteristics, end uses, and production processes of the various products when making a comparability determination.  Because assembly is required, the respondents' production process for subject merchandise is more similar to that of furniture than it is to the production process for plywood.
- The level of vertical integration and whether the financial statements allow Commerce to segregate indirect production expenses and the "production experience" are not material to Commerce's analysis, given that Commerce is not required to duplicate the exact production experience of the respondent or undertake an "item-by-item" analysis when computing factory overhead.[135]

*Petitioner Rebuttal Brief*[136]
- Commerce properly chose Romania as the primary surrogate country because it offered the best financial statements for calculating financial ratios. The Malaysian financial statements have serious flaws which render them unusable.
- Importantly, the Malaysian financial statements do not permit Commerce to calculate an accurate factory overhead ratio because they provide no breakout for any overhead expenses except depreciation.  Similarly, the Malaysian financial statements also do not separately identify energy costs, so Commerce would also have to disregard the respondents' energy FOPs.  This latter point alone renders the Malaysian financial statements inferior to Sigstrat's.
- Commerce correctly disregarded certain non-contemporaneous Malaysian financial statements because the record contained contemporaneous financial statements.  *Fish Fillets* is not on point, given that Commerce rejected non-contemporaneous financial statements, in preference for contemporaneous ones, in that case.
- Commerce correctly disregarded the Malaysian financial statements from large holding/investment companies.  *2014–2015 Chlorinated Isos* and *2016–2017 Chlorinated Isos* are also not on point, because Commerce did not consider the producers' level of integration in those cases but instead looked to whether the financial statements were the best available information overall.  Further, Commerce has a strong preference not to use financial statements from consolidated companies which reflect production of numerous non-comparable products.[137]
- There is no evidence indicating that any of the other Malaysian financial statements are for producers of identical merchandise, despite the respondents' claims to the contrary.  Rather, the Malaysian producers make only comparable merchandise, which Commerce

---

[134] *Id.* at 4 (citing *Certain Fish Fillets from the Socialist Republic of Vietnam:  Final Results of Antidumping Duty Administrative Review and New Shipper Reviews; 2010-2011*, 78 FR 38002 (March 21, 2013) (*Fish Fillets*), and accompanying IDM at Comment 2).
[135] *Id.* at 5 (citing *Fish Fillets* IDM at Comment II).
[136] *See* Petitioner December 26 Rebuttal Brief at 4.
[137] *Id.* at 10-12 (citing *Pure Magnesium from the People's Republic of China:  Final Results of Antidumping Duty Review*, 73 FR 76336 (December 16, 2008) (*Pure Magnesium*), and accompanying IDM at Comment 6).

28

defined in the *Preliminary Determination* as "wooden furniture and wood products" as well as plywood and veneers.

- The record also shows that Sigstrat produces a large volume of wooden furniture, and not just plywood. Therefore, even under the respondents' definition, Sigstrat also produces comparable merchandise.
- Commerce's determination that plywood and veneers are comparable merchandise is supported by Foremost's own production, because Foremost reported that it performs its own veneering. Sigstrat's and Foremost's production processes are remarkably similar.
- There is no basis to conclude that furniture is more comparable to wooden cabinets than is plywood. Wooden furniture covers a wide range of products, a large number of which (unlike cabinets) are complex and require special tooling to produce. Further, many cabinets producers (including Foremost) also produce plywood. It is immaterial that Foremost consumes the plywood as an input instead of selling it.[138]
- The Malaysian financial statements appear to cover a wide range of business operations, including all types of wooden furniture, such that there would be little correlation between the profit experience of the respondents and the Malaysian producers. Further, Ancientree and Foremost have different levels of integration, which makes integration level a less important factor to consider; that said, Foremost's level of integration appears to be similar to Sigstrat's.[139]
- With respect to raw materials, Malaysia is incapable of producing almost all of the wood inputs used by respondents to make subject merchandise because these wood species cannot grow in the tropics (as they can in Romania). This renders Romania's SVs for wood more of a broad-market average because Romania's imports compete with domestic production (whereas Malaysia's imports cannot). The lack of domestic competition in Malaysia undoubtedly affects the pricing and availability of the inputs.
- Finally, the Romanian import values for birch and poplar sawn wood are comparable to the values into Malaysia, and Commerce correctly found in its *Preliminary Determination* that their import quantities were commercial. Because Ancientree has offered no new facts, Commerce should continue to disregard this argument.[140]

**Commerce's Position:** In the *Preliminary Determination*, we selected Romania as the primary surrogate country. As detailed below, we continue to find that Romania is the appropriate surrogate country by which to value the respondents' FOPs in this investigation.

As explained in the *Preliminary Determination*,[141] when Commerce is investigating imports from an NME country, section 773(c)(1) of the Act directs it to base NV, in most circumstances, on the NME producer's FOPs, valued in a surrogate market economy (ME) country or countries considered to be appropriate by Commerce. Specifically, in accordance with section 773(c)(4) of the Act, in valuing the FOPs, Commerce shall utilize, "to the extent possible, the prices or costs of FOPs in one or more {ME} countries that are: (A) at level of economic development comparable to that of the {NME} country; and (B) significant producers of comparable

---

[138] *Id*. at 14.
[139] *Id*. at 14-15.
[140] *Id*. at 8.
[141] *See Preliminary Determination* PDM at 9.

29

merchandise."[142]   As a general rule, Commerce selects a surrogate country that is at the same level of economic development as the NME unless it is determined that none of the countries are viable options because:  (a) they either are not significant producers of comparable merchandise; (b) do not provide sufficiently reliable sources of publicly available SV data; or (c) are not suitable for use based on other reasons.[143]   Surrogate countries that are not at the same level of economic development as the NME country, but still at a level of economic development comparable to the NME country, are selected only to the extent that data considerations outweigh the difference in levels of economic development.  To determine which countries are at a similar level of economic development, Commerce generally relies solely on per capita Gross National Income (GNI) from the World Bank's World Development Report.[144]   In addition, if more than one country satisfies the two criteria noted above, Commerce narrows the field of potential surrogate countries to a single country (pursuant to 19 CFR 351.408(c)(2), Commerce "normally will value all factors in a single surrogate country") based on data availability and quality.

Consistent with our practice, and section 773(c)(4)(A) of the Act, we determined that Brazil, Kazakhstan, Malaysia, Mexico, Romania, and Russia were countries at the same level of economic development as China, based on the most current annual issue of World Development Report.[145]   No party asserts that we should use a country not on this list.

Section 773(c)(4)(B) of the Act requires Commerce, to the extent possible, to value FOPs in a surrogate country that is a significant producer of comparable merchandise.  Neither the Act nor Commerce's regulations provide further guidance on what may be considered comparable merchandise.  Among the factors we consider in determining whether a country is a significant producer of comparable merchandise is whether the country is an exporter of comparable merchandise.[146]   In order to determine whether the above-referenced countries are significant producers of comparable merchandise, we examined which countries on the surrogate country list exported merchandise comparable to the subject merchandise.[147]   Consistent with our *Preliminary Determination*, we continue to find that information on the record indicates that all of the six countries listed above are significant exporters of merchandise covered by the HTSUS categories identified in the scope of this investigation, and are, thus, significant exporters of

---

[142] *See* Policy Bulletin 04.1:  Non-Market Economy Surrogate Country Selection Process (March 1, 2004) (Policy Bulletin 04.1) available on Commerce's website at *http://enforcement.trade.gov/policy/bull04-1.html*.
[143] *See, e.g.*, *Certain Quartz Surface Products from the People's Republic of China:  Final Affirmative Determination of Sales at Less Than Fair Value, and Final Affirmative Determination of Critical Circumstances*, 84 FR 23767 (May 23, 2019), and accompanying IDM at Comment 8.
[144] *See* Policy Bulletin 04.1.
[145] *See Preliminary Determination* PDM at 9; *see also* Commerce's Letter to All Interested Parties, "Antidumping Duty Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Request for Economic Development, Surrogate Country and Surrogate Value Comments and Information," dated June 17, 2019, which contains the Memorandum, "List of Surrogate Countries for Antidumping Investigations and Reviews from the People's Republic of China ('China')," dated August 2, 2018 (*i.e.*, the surrogate country list).
[146] *See, e.g.*, *Certain Fabricated Structural Steel from the People's Republic of China:  Final Affirmative Determination of Sales at Less Than Fair Value*, 85 FR 5376 (January 30, 2020), and accompanying IDM at Comment 2.
[147] *See Preliminary Determination* PDM at 11.

Filed By: Eliza Siordia, Filed Date: 2/24/20 12:29 PM, Submission Status: Approved

comparable merchandise.[148]  Accordingly, consistent with our *Preliminary Determination*, we find that Brazil, Kazakhstan, Malaysia, Mexico, Romania, and Russia meet the significant producer of comparable merchandise prong of the surrogate country selection criteria, as provided in section 773(c)(4)(B) of the Act.[149]

If more than one potential surrogate country satisfy the statutory requirements for selection as a surrogate country, Commerce selects the primary surrogate country based on data availability and reliability.[150]  When evaluating SV data, Commerce considers several factors, including whether the SVs are publicly available, contemporaneous with the POI, representative of a broad market average, tax- and duty-exclusive, and specific to the inputs being valued.[151]  There is no hierarchy among these criteria.[152]  It is Commerce's practice to carefully consider the available evidence in light of the particular facts of each industry when undertaking its analysis.[153]

In the *Preliminary Determination*, we found that parties placed complete data for Malaysia and Romania on the record;[154] and that no party provided complete SV information for the other

---

[148] *Id.*; *see also* Memorandum, "Surrogate Value Memorandum for the Preliminary Determination," dated October 2, 2019 (Preliminary SV Memorandum) at Attachment 4.

[149] *See Preliminary Determination* PDM at 11.

[150] *See* Policy Bulletin 04.1; *see also*, *e.g.*, *Citric Acid and Certain Citrate Salts from the People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2013-2014*, 80 FR 77323 (December 14, 2015).

[151] *See* Policy Bulletin 04.1; *see also SolarWorld Americas, Inc. v. United States*, 910 F. 3d 1216, 1222 (Fed. Cir. 2018) *citing Qingdao Sea-Line Trading Co. v. United States*, 766 F. 3d 1378, 1386 (Fed. Cir. 2014) (*Qingdao Sea-Line*).

[152] *See*, *e.g.*, *Certain Preserved Mushrooms from the People's Republic of China: Final Results and Final Partial Rescission of the Sixth Administrative Review*, 71 FR 40477 (July 17, 2006), and accompanying IDM at Comment 1.

[153] *See* Policy Bulletin 04.1.

[154] *See Preliminary Determination* PDM at 12; *see also* Petitioner's Letter, "Wooden Cabinets and Vanities and Components, Thereof from the People's Republic of China: Petitioner's Initial Surrogate Value Comments," dated August 7, 2019 (Petitioner SV Comments); Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Petitioner's Initial Rebuttal Surrogate Value Comments," dated August 19, 2019; Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Petitioner's Final Surrogate Value Comments," dated September 3, 2019; Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Petitioner's Comments on Respondents' Final Surrogate Value Comments," dated September 13, 2019; Ancientree's Letter, "Wooden Cabinets and Vanities from the People's Republic of China: Preliminary Surrogate Value Submission," dated August 7, 2019 (Ancientree SV Comments); Ancientree's Letter, "Wooden Cabinets and Vanities from the People's Republic of China: Rebuttal Preliminary Surrogate Value Submission," dated August 19, 2019; Ancientree's Letter, "Wooden Cabinets and Vanities from the People's Republic of China: Final Surrogate Value Submission," September 3, 2019 (Ancientree Pre-prelim SV Comments); Meisen's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Surrogate Value Comments," dated August 7, 2019; Meisen's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Rebuttal Surrogate Value Comments," dated August 19, 2019; Foremost's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Foremost's Affirmative Surrogate Value Submission," dated August 7, 2019; Foremost's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Foremost's Rebuttal Surrogate Value Submission," dated August 19, 2019 (Foremost Rebuttal SV Comments); Foremost's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Foremost's Final Surrogate Value Submission," dated September 3, 2019 (Foremost Pre-prelim SV Comments); Wen Bo's Letter, "Wooden Cabinets and Vanities from the People's Republic of China: Surrogate Value Selection Comments," dated August 7, 2019; Wen Bo's Letter, "Wooden Cabinets and Vanities from the People's Republic of China: Surrogate Value Selection Rebuttal

31

countries on the list (*i.e.*, for Brazil, Kazakhstan, or Russia), or argued in favor of using SV information for any of the other countries.

In the *Preliminary Determination*, we found that the Romanian data constitutes the best available data for valuing respondents' FOPs because:  (1) we have complete, contemporaneous Romanian Global Trade Atlas (GTA) data for each input used by the respondents; and (2) the Romanian surrogate financial statements on the record are preferable to the Malaysian financial statements because these statements specifically break out energy costs from other manufacturing costs. Further, these statements are from a producer of wooden furniture (*i.e.*, chairs and tables), which is merchandise comparable to the merchandise under consideration in this investigation, and other wooden products (*i.e.*, plywood).[155]  Therefore, because complete SV information is available from Romania and the financial statements from Romania are reliable and more detailed than the Malaysian statements, we determined that the Romanian data are the best available source of SV data.[156]  The factual record in this case has not changed.  Nor have parties pointed to record evidence which is contrary to our findings for the *Preliminary Determination*. Therefore, we continue to find that Romania meets the criteria in section 773(c)(4) of the Act as being:  (1) at a similar level of economic development to China; and (2) a significant producer of comparable merchandise.  Furthermore, we find that Romania has the best data availability. Thus, we continue to find that Romania is the best choice for the surrogate country in this investigation.

We disagree with Ancientree and Foremost that Malaysia is a more suitable surrogate country because record evidence shows that it is a producer of identical merchandise.  Issues of contemporaneity and diversity of activities aside, while certain Malaysian financial statements cover the production and sale of wooden furniture (which is comparable to wooden cabinets and vanities), none of these financial statements, or any other record information, explicitly identify financial data for production or sales of in-scope wooden cabinets or vanities (the identical product).  For example, the website of Lii Hen Industries Bhd. (Lii Hen) contains images of items such as bed frames, nightstands, and dressers (items that appear to meet the description of the scope of the wooden bedroom furniture order instead),[157] and television stands.[158]  Similarly, the website of Poh Huat Resources Holdings Berhad (Poh Huat Resources) also contains images of wooden bedroom furniture and standalone tables and television stands that appear to contain as much metal as they do wood components.[159]  The website of Sin Heng clearly states that it specializes in "flat packed furniture such as Wardrobe, bedroom set, computer table, bookcase, office table, shoes rack and *etc.*"[160]  The website of CT Heng Furniture Sdn., Bhd. (CT Heng) contains numerous images of the very types of furniture produced by the Romanian company,

---

Comments," dated August 19, 2019; and Wen Bo's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Factual Information to Value Factors of Production," dated September 3, 2019.

[155] *See Preliminary Determination* PDM at 14; *see also* Petitioner SV Comments at Exhibit 10B.

[156] *Id.*

[157] *See, e.g.*, *Wooden Bedroom Furniture from the People's Republic of China:  Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments in Part; 2017*, 84 FR 24749 (May 29, 2019), and accompanying IDM.

[158] *See* Ancientree Pre-prelim SV Comments at Exhibit 3.

[159] *Id.* at Exhibit 4.

[160] *See* Ancientree SV Comments at Exhibit 10.

32

tables and chairs, in addition to bed frames,[161] as do the websites of Yeo Aik Wood Sdn. Bhd. (Yeo Aik) and Latitude Tree Furniture Sdn. Bhd (Latitude).[162]  For these latter three companies, in addition to the absence of any record evidence that they produce identical merchandise, the lack of contemporaneity further detracts from their suitability as potential sources of surrogate financial ratios.  Indeed, the only information provided by Ancientree for companies that could potentially represent Malaysian producers of kitchen cabinets is limited to website information for those companies, rather than their financial statements.[163]  Thus, contrary to Ancientree's claims that the financial statements from Malaysia demonstrate that Malaysia is a significant producer of identical merchandise, none of the financial statements submitted by Ancientree appear to support its claim.  To the contrary, the Malaysian financial statements merely demonstrate that the Malaysian producers in question make wooden furniture such as tables and chairs, the very products produced by Sigstrat, and those products are comparable merchandise.  As a consequence, we find that none of the financial statements on the record are from producers of identical merchandise and all of these financial statements are, therefore, of equal suitability in terms of comparability of products produced.

Given that the record does not support the claim that the Malaysian financial statements are from producers of identical merchandise, and notwithstanding Ancientree's apparent concession that wooden tables and chairs represent comparable merchandise,[164] we look to the record information regarding Sigstrat to determine whether its statements continue to be a suitable source for valuation of the financial ratios in this investigation.  In the *Preliminary Determination*, Commerce stated that Sigstrat's financial statements represent the financial position of a profitable Romanian producer of comparable wooden products (*i.e.*, wooden furniture) that explicitly identify energy costs, are contemporaneous and cover the entire POI, and contain no evidence of countervailable subsidies.[165]

While the record does contain three contemporaneous financial statements from Malaysian producers of comparable merchandise, we find that Sigstrat's financial statements offer a higher level of data quality than do the Malaysian statements.  Significantly, Sigstrat's financial statements completely segregate two costs important to Commerce's analysis – energy and manufacturing overhead – whereas the Malaysian financial statements do not.

Although we agree with Ancientree that we have relied on financial statements that do not separately break out energy,[166] in instances where the record contains a usable set of SVs from one country, including financial statements that break out energy FOPs, and a comparably useable set of SVs from another country, but with financial statements that do not break out

---

[161] *Id.* at Exhibit 6.
[162] *Id.* at Exhibits 7 and 8.
[163] *Id.* at Exhibit 9.
[164] *See, e.g.*, Ancientree Case Brief at 4 (arguing the "much higher comparability of the Malaysian producers and noting the fact that "Yeo Aik Wood lists its principal activities as manufacturing and selling of furniture, in particularly (*sic*) wooden table sets and beds."); *see also* Ancientree Pre-prelim SV Comments at 1 ("Exhibits SV2-3 through SV2-8 contains financial statements from six Malaysian producers of comparable or identical merchandise." Product information for four of the six companies indicate production/sale of tables and chairs).
[165] *See Preliminary Determination* PDM at 14.
[166] *See* Ancientree Case Brief at 1-2.

33

energy costs, Commerce prefers to select the surrogate country that contains financial statements that break out energy.[167]  When Commerce is unable to segregate and, therefore, exclude energy costs from the calculation of the surrogate financial ratios, as is the case with the Malaysian financial statements on this record, it is Commerce's practice to disregard the respondents' energy inputs in the calculation of NV in order to avoid double counting energy costs which have necessarily been captured in the surrogate financial ratios.[168]  Disregarding the Romanian set of SVs and financial statements that break out energy would require that we sacrifice the accuracy of our calculations by not separately valuing multiple energy FOPs reported by respondents, and that were verified by Commerce, simply because we cannot determine where those energy FOPs are accounted for in the financial statements.  Thus, disregarding the respondents' actual energy FOPs would introduce uncertainty into our calculations.

With respect to manufacturing overhead, as noted by the petitioner, the Malaysian financial statements contain a level of detail that severely limits our ability to confidently calculate accurate financial ratios.[169]  As explained below in Comment 8, the Romanian financial statements contain a single item for production overhead, which represents all manufacturing costs that are not direct materials or direct labor and are indirect to the manufacturing operations of the company.  Because those statements also contain an itemized expense for energy costs, we are able to reduce the total amount of production overhead expenses by the value of Sigstrat's energy costs,[170] a calculation we cannot make using the Malaysian financial statements.  By contrast, not only do the Malaysian financial statements lack a detailed breakout of energy, but the manufacturing overhead they do identify is extremely limited, which raises the question of where energy and other indirect expenses are accounted for at all.  For example, the financial statements of Lii Hen only account for "Land and Buildings" and "Plant, machinery and equipment," and none of the other itemized expenses could conceivably include the cost of energy and other manufacturing costs that are not direct materials or direct labor and are indirect to the manufacturing operation of the company.[171]  Similarly, the financial statements of Yeo Aik only identify depreciation and rental expenses as overhead items and none of the other line-items appear to be related to indirect production expenses.[172]  The financial statements of Poh Huat

---

[167] *See, e.g.*, *Antidumping Duty Investigation of Certain Passenger Vehicle and Light Truck Tires from the People's Republic of China:  Final Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances, In Part*, 80 FR 34893 (June 18, 2015), and accompanying IDM at Comment 9 ("The Department's practice is to reject those financial statements that are not sufficiently detailed, and specifically, that do not contain a breakout for energy costs, when there are alternative financial statements on the record that contain a line item for energy costs.").

[168] *See, e.g.*, *Citric Acid and Certain Citrate Salts from the People's Republic of China:  Final Affirmative Determination of Sales at Less Than Fair Value*, 74 FR 16838, 16839 (April 13, 2009), and accompanying IDM at Comment 2; *see also Certain Frozen Warmwater Shrimp from the People's Republic of China:  Preliminary Results, Partial Rescission, Extension of Time Limits for the Final Results, and Intent to Revoke, in Part, of the Sixth Antidumping Duty Administrative Review*, 77 FR 12801, 12809 (March 2, 2012), unchanged in *Administrative Review of Certain Frozen Warmwater Shrimp From the People's Republic of China:  Final Results, Partial Rescission of Sixth Antidumping Duty Administrative Review and Determination Not To Revoke in Part*, 77 FR 53856 (September 4, 2012).

[169] *See, e.g.*, Ancientree Pre-prelim SV Comments at Exhibits 3-8; Foremost Pre-prelim SV Comments at Exhibits 1-5.

[170] *See* Preliminary SV Memorandum.

[171] *See* Foremost Pre-prelim SV Comments at Exhibit 1.

[172] *See* Ancientree Pre-prelim SV Comments at Exhibit 7.

34

Furniture Industries Sdn Bhd (Poh Huat Furniture) only contain overhead items identified as "depreciation of property, plant and equipment," "direct operating expenses on investment properties," and "loss on disposal of property, plant, and equipment."[173]  Accordingly, we cannot determine whether all of the manufacturing overhead expenses are accounted for in these financial statements, or where those expenses are reflected in the financial ratios calculated by interested parties.  Thus, we find that reliance on the Malaysian financial statements to value manufacturing overhead would result in the undercounting of these costs.

We disagree with Ancientree that Commerce should disregard Sigstrat's financial statements because Sigstrat's primary activity may be the manufacturing of plywood and veneer.  Sigstrat's financial statements indicate that the company produces wood plywood, veneering, seats and backrests, chairs, tables, and other wooden products.[174]  As explained below, it is unclear whether Sigstrat's production is primarily wooden furniture or plywood, but the record indicates that wooden furniture has been the increasing focus of the company.  In addition, Foremost's production process includes elements that are very similar to Sigstrat's plywood, veneering, and wooden furniture processes.[175]

Accordingly, Sigstat's financial statements are at least an equally valid source of SV information as the Malaysian statements.  First, all parties recognize that Sigstat is a significant producer of wooden furniture, making its financial statements a legitimate source of financial ratios on this point alone.  Second, while it is true that 50 percent of Sigstrat's sales in 2018 were of plywood and 47.3 percent of its sales were of molded products (*i.e.*, chairs, tables, *etc.*),[176] those figures represent a proportion of sales rather than costs.  Accordingly, we cannot determine whether a majority of Sigstrat's production was of plywood products or wooden furniture.  However, Sigstrat's financial statements also state that the "objectives of the company continue to focus on the (*sic*) increasing the share of the production of molded elements in the total production."[177]  Indeed, the statements indicate that the relative share of furniture products has increased year over year since 2016 and that Sigstrat's development strategy is mainly based on increasing the production capacity and expanding production of wooden furniture.[178]  By contrast, of the Malaysian financial statements that are contemporaneous and are not from large conglomerates with diversified operations (*i.e.*, for Lii Hen, Poh Huat Resources, and Yeo Aik), the record contains no information regarding the relative production amounts by product for either Yeo Aik or Poh Huat Furniture.  In fact, the financial statements of Poh Huat Furniture state that it is "principally engaged in the businesses of manufacturing and sale of furniture and investment holding,"[179] but there is no breakdown in the statements regarding the costs and revenues of these different business units.  Similarly, the financial statements of Lii Hen state that "{t}here are six major subsidiary companies that are involved in the manufacture of a vast range of wood

---

[173] *Id.* at Exhibit 5.
[174] *See* Petitioner SV Comments at Exhibit 10B (Sigstrat Statements) at 1.1.a and 1.1.2.
[175] *See, e.g.*, Foremost's September 23, 2019 Supplemental Section D Questionnaire Response (Foremost September 23, 2019 SDQR) at 20 (noting labor hours for veneering related to "pasting veneers onto wooden board and semi-finished parts").
[176] *Id.* at 1.1.4. and Note 10.
[177] *Id.* at 1.1.2.a.
[178] *Id.* at 1.1.2.b.
[179] *See* Ancientree Pre-prelim SV Comments at Exhibit 5, page 1.

Filed By: Eliza Siordia, Filed Date: 2/24/20 12:29 PM, Submission Status: Approved

based products, namely bedroom sets, solid dinettes, office furniture, upholstery sofa set, utilities shelves, occasional items and kiln drying timber processing,"[180] but the statements do not indicate what proportion of production or sales is related to upholstered furniture, utility shelves, and office furniture, products that may or may not be considered comparable. The statements also indicate that Lii Hen, in addition to furniture manufacturing, is also engaged in cultivation of rubber trees and investments, which could have further effects on the cost structure of the company that would adversely affect their suitability for calculating financial ratios in this investigation.[181] Accordingly, although the Sigstrat statements identify the relative proportion of revenue earned in 2018 by product type, we do not find that those proportions necessarily render the statements any less appropriate for valuing surrogate financial ratios than the Malaysian statements, given that: (1) we cannot determine based on the record whether Sigstrat primarily produced furniture or plywood; and (2) none of the Malaysian statements offer a superior level of detail.

We also disagree with Foremost that Sigstrat's financial statements are unsuitable because the respondents' production process for subject merchandise is more similar to that of furniture than to the production process for plywood. As noted by the petitioner, Foremost's production process includes stages that are comparable to plywood production, indicating that the mix of products manufactured by Sigstrat involves a reasonably-comparable production process to the mandatory respondents.

Further, we disagree that we improperly disregarded each of the financial statements of the Malaysian producers, in preference to those of Sigstrat, a profitable Romanian producer of comparable wooden products (*i.e.*, chairs and tables). As stated in the *Preliminary Determination*, four of these financial statements (*i.e.*, for Jay Corp Berhad, Latitude, Poh Huat Resources, and Sern Kou Resources Berhad) were from large holding/investment companies with numerous subsidiaries engaged in various activities that would not necessarily reflect the cost structure of a manufacturer of wood products.[182] Further, an additional three financial statements (*i.e.*, for CT Heng, Latitude, and Sin Heng) are for periods prior to the POI.[183] It is Commerce's practice to reject such financial statements, where other, more preferable, contemporaneous financial statements are on the record.[184] Ancientree argues that Sin Heng is a producer of identical merchandise, and Commerce should accord this fact more weight than whether its financial statements cover the POI. However, as explained above, there is nothing on the record to support the claim that any of the Malaysian financial statements are for companies that produce identical merchandise.

[180] *See* Ancientree Pre-prelim SV Comments at Exhibit 3, p 2.
[181] *Id.* at note 37.
[182] *See Preliminary Determination* PDM at 13; *see also Pure Magnesium* IDM at Comment 6 ('We agree with Petitioner and Datuhe that it is inappropriate to use Sterlite's audited financial statements to determine the surrogate financial ratios in this review. Sterlite is a multinational corporation with operations in a number of countries. It is the Department's practice to reject such financial statements, where other viable financial statements are on the record").
[183] *See Preliminary Determination* PDM at 13.
[184] *See, e.g.*, *Pure Magnesium* IDM at Comment 6 ("The Department also selects surrogate financial statements that are publicly available, comparable to the respondent's experience, and contemporaneous with the review period or period of investigation"); *see also* Policy Bulletin 04.1 ("In assessing data and data sources, it is the Department's stated practice to use,,, prices that are contemporaneous with the period of investigation or review").

36

With respect to the remaining three Malaysian financial statements on the record (*i.e.*, for Lii Hen, Poh Huat Furniture, and Yeo Aik),[185] while these financial statements could be potentially valid sources of information for surrogate financial ratios absent any other more preferable statements on the record, as noted above, we continue to have concerns regarding the manufacturing overhead expenses reported in these statements.  Although we agree in principle that it is our preference to rely on multiple financial statements to determine the surrogate financial ratios in NME cases,[186]  section 773(c)(1)(B) of the Act requires Commerce to value FOPs based "on the best available information regarding the values of such factors in a market economy country or countries considered to be appropriate by the administering authority." Because the record contains a set of financial statements that are contemporaneous, profitable, from a producer of comparable merchandise that identify the relative sales by product, and that do not suffer the same deficiencies regarding manufacturing overhead, and also break out energy, we do not find it preferable to resort to the Malaysian statements merely because there are more statements from Malaysian companies than there are from Romanian ones.  Instead, based on the foregoing, we find that Sigstrat's financial statements represent the best available information by which to value financial ratios in this investigation, in accordance with section 773(c)(1) of the Act.

We also disagree with the respondents that the remaining Malaysian SV data on the record are necessarily better than the Romanian SV data.  While Ancientree argues that the Malaysian GTA data for wood is more robust than the Romanian data, this argument hinges on the premise that small quantities are by definition "uncommercial" (and by implication unrepresentative or distortive).  However, neither the record in this case, nor Commerce's practice in general, supports this premise.  In making its argument, Ancientree fails to connect the <u>quantity</u> of the imports in question to their average unit <u>value</u> (AUV).  Absent such a connection, Ancientree's argument is not meaningful.  It is of no moment that Ancientree itself purchases wood in greater quantities.  In the *Preliminary Determination*, we stated that Ancientree's claim is based solely on a comparison of the Romanian and Malaysian import quantities, an analysis, which alone, we find to be of limited value, and that "information on the import quantities or values for other countries on the surrogate country list would be more probative."[187]  We further stated that no parties submitted such data for us to evaluate.[188]  In light of the complete lack of evidence in this regard, as also discussed in Comment 7, below, Commerce has no basis to conclude that the AUVs computed using those quantities are unreliable.

---

[185] *See Preliminary Determination* PDM at 13.
[186] *See, e.g.*, *Pure Magnesium* IDM at Comment 6 ("We agree in principal with Petitioner that it is our preference to rely on multiple financial statements to determine the surrogate financial ratios in NME cases.  (citation omitted) However, section 773(c)(1)(B) of the Act requires the Department to value FOPs based 'on the best available information regarding the values of such factors in a market economy country or countries considered to be appropriate by the administering authority.'").
[187] *See Preliminary Determination* PDM at 13.
[188] *Id.*

37

Further, Commerce does not use quantity *per se* to determine whether a small import quantity necessarily results in an aberrational import value.[189]  When Commerce undertakes an analysis as to whether certain SVs are aberrational or unreliable for purposes of calculating an AD margin, it applies certain criteria in making a decision.  First, Commerce's practice is to compare the SVs in question to the GTA AUVs calculated for the same period using data from the other potential surrogate countries on the surrogate country list, to the extent that such data are available.[190]  Commerce has also examined data from the same HTS subheading for the surrogate country over multiple years to determine if the current data appear aberrational with respect to historical values.[191]  The record of this investigation contains SV data for Malaysia and Romania, but no data for the other countries on the surrogate country list, Brazil, Kazakhstan, Mexico, and Russia.[192]  Nor did interested parties submit any data for any of the potential surrogate countries for any period outside of the POI.  Accordingly, a comparison between two data points, Malaysia and Romania import values, only during the POI, without any historical context, does not allow us to conclude that the import values associated with the import quantities for Romania are aberrational values or otherwise unusable.  In any dataset there will inevitably be a highest and lowest value, but pointing to the lowest value in a dataset alone is insufficient grounds to conclude that the value is somehow distortive or unreasonable.[193]  No parties submitted wood import data for the POI for Brazil, Kazakhstan, Mexico, or Russia, which prevents us from determining whether the Malaysian AUV is within the range of AUVs from those countries or whether it is an outlier relative to those AUVs.  Similarly, absent any historical context for the AUVs from Romania, or any of the other countries on the surrogate country list, we cannot determine whether there was a sharp drop in the Romanian data during the POI that could impugn the reliability of the POI data.  For those same reasons, we cannot draw any conclusions as to the commercial significance of the Romanian import quantities relative to any country other than Malaysia, which, as a single data point, is too limited to permit a meaningful analysis.

Although Ancientree points to *Juancheng Kangtai* for the proposition that Commerce must consider the respondent's actual purchasing and consumption in surrogate country selection,[194] we disagree that the decision in *Juancheng Kangtai* compels a one-dimensional comparison between a respondent's consumption and the import quantities under consideration.  Specifically,

---

[189] *See, e.g.*, *Shakeproof Assembly Components Div. of Ill. Tool Works, Inc. v. United States*, 23 CIT 479, 485, 59 F. Supp. 2d 1354, 1360 (CIT 1999).

[190] *See, e.g.*, *Carbazole Violet Pigment 23 from the People's Republic of China:  Final Results of Antidumping Administrative Review*, 75 FR 36630 (June 28, 2010) (*Carbazole Violet Pigment*), and accompanying IDM at Comment 4, and *Notice of Final Determination of Sales at Less Than Fair Value, and Affirmative Critical Circumstances, In Part:  Certain Lined Paper Products from the People's Republic of China*, 71 FR 53079 (September 8, 2006) (*Lined Paper Products*), and accompanying IDM at Comment 5.

[191] *See, e.g.*, *Lightweight Thermal Paper from the People's Republic of China:  Final Determination of Sales at Less Than Fair Value*, 73 FR 57329 (October 2, 2008) (*Lightweight Thermal Paper*), and accompanying IDM at Comment 10; and *Saccharin from the People's Republic of China:  Final Results and Partial Rescission of Antidumping Duty Administrative Review*, 71 FR 7515 (February 13, 2006) (*Saccharin*), and accompanying IDM at Comment 5.

[192] *See Preliminary Determination* PDM at 12.

[193] *See Jinan Farmlady Trading Co. v. United States*, 228 F. Supp. 3d 1351, 1356 (CIT 2017) ("First, Farmlady focuses on the data for Indian imports of packaging tape from Nepal, asserting broadly that this data was 'aberrational and low' because it reflects a value that is lower than the average value.  But merely showing that a price is low is not enough").

[194] *See* Ancientree Case Brief at 6-9.

38

the record in *Juancheng Kangtai* included comprehensive data regarding various AUVs for each country on the surrogate country list in the underlying review, which allowed a detailed discussion and analysis of the prices and quantities traded among countries on the surrogate country list.[195]  Importantly, those facts allowed Commerce to analyze whether an allegedly non-commercial quantity was consistent with other import volumes and whether the input in question was often traded in smaller quantities.[196]  On remand, Commerce was able to conclude, based on a detailed analysis of price and quantity, that transactions are made at commercial quantities when they are competitive commercial transactions, either large or small, and that a finding that import volumes are commercial is not exclusively tied to a respondent's consumption levels.[197]  The CIT ultimately sustained Commerce's conclusion in *Juancheng Kangtai II* that an allegedly small quantity was, in fact, a commercial quantity, but Ancientree has failed to provide the requisite data for Commerce to conduct such an analysis.[198]  Accordingly, and as further discussed below at Comment 7, Ancientree's claim that the Romanian import values for birch and poplar are associated with commercially insignificant quantities and somehow not reliable SVs by which to value FOPs in this investigation is not supported by the record and does not persuade us that Romania is a less suitable primary surrogate country than Malaysia.

Ancientree also contends that valuing birch and poplar sawn wood using the Romanian six-digit level HTS subheading sacrifices specificity, which is a crucial factor in our analysis.[199]  As explained below at Comment 7, however, the record does, in fact, support the valuation of birch and poplar using the Romanian six-digit level HTS without sacrificing specificity (*i.e.*, the SV is specific to the input consumed by the respondents, birch and poplar sawn wood).

Finally, with respect to Ancientree's argument that the Malaysian data are superior to that of Romania because the labor rate is for "manufacture of wooden and cane furniture"[200] and because the brokerage and handling SV is more specific, we disagree that the selection of the primary surrogate country in this investigation is most appropriately decided by the suitability of these two factors.  With respect to labor, we note that Ancientree's suggested SV is for "manufacture of wooden and cane furniture," but Ancientree did not provide a definition of "cane furniture" and the source data does not provide any information as to the relative proportion that "cane furniture" comprises of the overall industry.  Thus, it is unclear that this SV

---

[195] *See Juancheng Kangtai*, 2015 CIT LEXIS 94, *66-69 ("Kangtai lists the import data for each country on the OP list (Indonesia, Costa Rica, the Philippines, Colombia, South Africa, and Thailand), the total US$ value and total quantities in kilograms, the AUV, and the percentage out of total kilograms for all listed country's import data. Of those, the Philippines' AUV is the lowest at US$0.21/kg (or US$210 per metric ton), while Indonesia and Costa Rica, with total imports in metric tons of 2,305.6 and 1,887.2, respectively, both show AUVs of US$0.54/kg (US$ 540 per metric ton).  Colombia, South Africa, and Thailand, with total imports in metric tons of 84.0 9.7 and 3.0, respectively, display AUVs of US$0.50, US$ 3.54, and US$ 3.40, respectively.").

[196] *See Juancheng Kangtai Chem. Co. v. United States*, 2017 CIT LEXIS 3, *26-31 (CIT 2017) (*Juancheng Kangtai II*) ("Commerce explained that transactions are made at 'commercial quant{ities}' when they 'reflect market values', '*i.e.*, competitive commercial transactions, either large or small.'", ". . . these examples indicated that the chemical was commercially traded in quantities smaller than Kangtai's annual consumption.").

[197] *Id.*

[198] *See, e.g.*, *QVD Food v. United States*, 658 F. 3d 1318, 1324 (Fed. Cir. 2011) (*QVD Food*) ("{T}he burden of creating an adequate record lies with {interested parties} and not with Commerce.").

[199] *See* Ancientree Case Brief at 8-9.

[200] *See* Ancientree Case Brief at 9; *see also* Ancientree SV Comments at Exhibit 4.

Filed By: Eliza Siordia, Filed Date: 2/24/20 12:29 PM, Submission Status: Approved

is more representative of the respondents' own labor rates than the Romanian SV, based on general manufacturing operations.  (For example, cane furniture may represent a woven product that is manufactured without the various hardware components required to produce the subject merchandise.)  Although it is true that the labor rate used in the *Preliminary Determination* was for manufacturing generally,[201] the record also contains a Romanian labor rate for wages in general.[202]  It is evident that the manufacturing wage rate is lower than the general wage rate and there is no evidence on the record that would suggest a wage rate specific to furniture manufacturing would necessarily be any more precise, or that the Romanian manufacturing wage rate is any less specific to labor associated with merchandise under consideration than a wage rate for "cane furniture."

With regard to the Malaysian SV for brokerage and handling, we agree with Ancientree that the Romanian SV used in the *Preliminary Determination* was not specific to Romania and, therefore, the Malaysian SV is superior to the Romanian SV.  While it is true that we have a regulatory preference for valuing all FOPs in a single surrogate country,[203] the CIT has held that such a preference must still yield to reason and the sourcing of particular SVs from outside the primary surrogate country.[204]  Accordingly, we have used the Malaysian SV for B&H for this final determination.[205]  However, based on the totality of circumstances, and in consideration of the analysis of record information related to financial ratios, birch and poplar wood inputs, and labor, above, we do not find that the superiority of an SV for B&H warrants a departure from our conclusion in the *Preliminary Determination* that Romania is the superior selection as the primary surrogate country for this final determination.

**Comment 7:  SVs for Birch and Poplar**

Prior to the *Preliminary Determination*, Ancientree argued that Romanian imports for birch and poplar sawn wood, its primary inputs, were based on insignificant and uncommercial quantities for purposes of use as surrogate values.[206]  Commerce acknowledged this, and in response, "noted that Ancientree merely asserted the import volume was insignificant and non-commercial rather than identifying a basis of this evaluation."[207]  We then relied on the Romanian GTA data for imports of birch and poplar sawn wood, at the HTS six-digit (for Ancientree) or eight-digit (for Foremost) level, in our margin calculations.

---

[201] *See* Preliminary SV Memorandum.

[202] *See* Petitioner SV Comments at exhibit 5.

[203] *See* 19 CFR 351.408(c)(2).

[204] *See, e.g.*, *Juancheng Kangtai*, 2015 CIT LEXIS 94, *71.

[205] *See* Ancientree SV Comments at Exhibit 7, page 44; *see also* Memorandum, "Surrogate Value Memorandum for the Final Determination," dated February 21, 2020 (Final SV Memorandum).

[206] *See* Ancientree Case Brief at 6 (citing Ancientree's Letter, "Pre-Preliminary Comments," dated September 19, 2019 (Ancientree Pre-Preliminary Comments).

[207] *See* Ancientree Case Brief at 6 (citing *Preliminary Determination* PDM at 12).

40

*Petitioner Case and Rebuttal Briefs*[208]
- There does not appear to be a reason why Commerce used the six-digit HTS code to value Ancientree's birch and poplar inputs since all other inputs were valued at the HTS eight-digit level.
- Commerce used the eight-digit categories to value birch and poplar reported by Foremost; there is no reason to treat the respondents differently.
- The Malaysian and Romanian import statistics for the wood inputs are equivalent, except that the Romanian data represent broad-market averages, whereas the Malaysian data do not.  In particular, Malaysia lacks domestic production for the temperate-climate hardwoods consumed by respondents, resulting in import values that do not compete with a domestic industry.[209]
- Even though there are HTS values for these wood inputs from Malaysia, they must be considered inferior in terms of their availability and reliability in comparison with Romania, which has vast forests located in the growing region of these wood species.
- The Romania HTS values are comparable to the Malaysian HTS for birch and poplar and constitute commercial quantities.

*Ancientree Case and Rebuttal Brief*[210]
- Commerce should base the SV for birch and poplar sawn wood on Malaysia GTA data for the final determination.  The Romanian values are insignificant and uncommercial when viewed in the context of a common commercial quantity of a container load and Ancientree's own commercial consumption and purchasing.[211]
- Commerce sacrificed specificity in resorting to the six-digit level, as the categories cover "wood sawn or chipped lengthwise, sliced or peeled, whether or not planed, sanded, or end-jointed."  This is dissimilar to Ancientree's consumed sawn wood.  However, the Malaysian HTS numbers at the eight-digit level specifically cover "Other than Planed, sanded or end-jointed:  Other than Sawn lengthwise and sliced or peeled" and are more specific to the inputs that Ancientree consumes.[212]
- The quantities for the SVs at the Romanian six-digit level are still too small to be reliable.[213]  Ancientree consumed 1,072 percent as much birch sawn wood during the POI than was imported by Romania overall.[214]
- While Ancientree agrees specificity is a critical component in SV selection, Commerce chose not to rely on the Romanian eight-digit HTS category because it considered the import volume too small to be commercial.
- Commerce should not rely upon the eight-digit HTS category suggested by the petitioner as it contains an even a smaller volume than the six-digit category.  If Commerce must

---

[208] *See* Petitioner's Case Brief, "Case Brief Regarding General and Ancientree-Specific Issues," dated December 17, 2019 (Petitioner December 17 Case Brief) at 33; *see also* Petitioner's December 26 Rebuttal Brief at 5-8.
[209] *See* Petitioner December 26 Rebuttal Brief at 8.
[210] *See* Ancientree Case Brief at 1-10; and Ancientree's Rebuttal Brief, "Rebuttal Brief," dated December 26, 2019 (Ancientree Rebuttal Brief).
[211] *See* Ancientree Case Brief (citing Ancientree Pre-Preliminary Comments at 5).
[212] *Id.* at 8.
[213] *See* Ancientree Case Brief at 7 (citing Preliminary SV Memorandum at 3e).
[214] *See* Ancientree Case Brief at 7 (citing Ancientree's Letter, "Section C & D Questionnaire Response," dated July 19, 2019 (Ancientree July 19, 2019 DQR) at exhibit D-2.1).

Filed By: Eliza Siordia, Filed Date: 2/24/20 12:29 PM, Submission Status: Approved

rely upon Romanian values, it must proceed with the six-digit HTS level due to the import quantity.

**Commerce's Position**:  We agree with the petitioner that there is no basis for using different SVs for the mandatory respondents in this proceeding to value the same input.  However, we note that we inadvertently valued the birch and poplar inputs for Foremost at the eight-digit level when we stated in the *Preliminary Determination* that we intended to value poplar and birch sawn wood inputs at the six-digit level.[215]  We have corrected this error for the final determination.

As explained above in Comment 6, Commerce applies certain criteria in determining whether certain SVs are aberrational or unreliable for purposes of calculating an AD margin. Specifically, our practice is to compare the SVs in question to the GTA AUVs calculated for the same period in other potential surrogate countries, to the extent that such data are available, and also to examine data from the same HTS category for the surrogate country over multiple years to assess whether the data are aberrational in a historical context.[216]  No interested party provided such data so that we may undertake an informed and reasonable analysis of the reliability of these particular Romanian SVs.  Furthermore, the CIT has held that, "…when faced with a choice between two imperfect options, it is within Commerce's discretion to determine which choice represents the best available information."[217]  Accordingly, we cannot conclude that the Romanian import values are aberrational or otherwise unusable for this final determination. Consequently, when presented with these two choices (Romania or Malaysia data to value the FOP), we find it appropriate to select the option from our primary surrogate country, which is Romania.

In the *Preliminary Determination*, we stated that "Ancientree merely asserts that the Romanian import values are based on insignificant and non-commercial quantities, but does not identify a basis for evaluating when an import volume becomes an insignificant or no longer commercial quantity."[218]  In its case brief, Ancientree averred that in its pre-preliminary comments it "also explained that the import volume into Romania was non-commercial (1) based on the common commercial quantity of a container load and (2) based on its own commercial consumption and purchasing."[219]  However, Ancientree's pre-preliminary comments were based on the quantities suggested by the petitioner at the eight-digit HTS subheading and not the six-digit level that we used in the *Preliminary Determination*.  Moreover, merely pointing to the relative difference between an import quantity and an interested party's own consumption or the common commercial quantity of a standard container load does not necessarily make a quantity commercially insignificant, nor does it speak to the reliability of such an import value.[220]

---

[215] *See Preliminary Determination* PDM at 13.

[216] *See, e.g.*, *Carbazole Violet Pigment* IDM at Comment 4; *Lined Paper Products* IDM at Comment 5; *Lightweight Thermal Paper* IDM at Comment 10; and *Saccharin* IDM at Comment 5.

[217] *See CS Wind Vietnam Co., Ltd. and CS Wind Corporation v. United States*, Slip Op. 14-33 at 26 (CIT 2014) (citing *Dorbest Ltd. v. United States*, 30 CIT 1671, 1687, 462 F. Supp. 2d 1262, 1277 (CIT 2006)).

[218] *See Preliminary Determination* PDM at 12.

[219] *See* Ancientree Case Brief at 6 (citing Ancientree Pre-Preliminary Comments at 5).

[220] *See, e.g.*, *Certain Frozen Warmwater Shrimp from the People's Republic of China:  Final Results of Administrative Review; 2011-2012*, 78 FR 56209 (September 12, 2013), and accompanying IDM at Comment 4; and

42

Although Ancientree points to *Juancheng Kangtai* for the proposition that Commerce must consider the respondent's actual purchasing and consumption in surrogate country selection,[221] as explained above in Comment 6, we disagree that the decision in *Juancheng Kangtai* compels a one-dimensional comparison between a respondent's consumption and the import quantities under consideration.  Rather, the record in *Juancheng Kangtai* allowed Commerce to conduct a detailed analysis of the quantities, and AUVs, in other countries on the surrogate country list,[222] and the CIT ultimately sustained Commerce's conclusion in *Juancheng Kangtai II* that an allegedly small quantity was, in fact, a commercial quantity.[223]

We acknowledge Ancientree's argument that valuing birch and poplar at the Romanian HTS six-digit level does not cure the perceived problem because the import quantities at that level remain small.[224]  However, using the average wood densities of birch and poplar reported by Ancientree,[225] the Romanian quantities at the six-digit level for birch and poplar were equal to 173,530 kg and 137,700 kg, respectively, which do not appear to be immaterial, nor has Ancientree explained by what metric, other than relative to its own consumption, such volumes would be considered insignificant.  In the *Preliminary Determination*, we stated that Ancientree's claim is based solely on a comparison of the Romanian and Malaysian import quantities, an analysis, which alone, we find to be of limited value, and that "information on the import quantities or values for other countries on the surrogate country list would be more probative."[226]  We further stated that no parties submitted such data for us to evaluate.[227]  In light of the complete lack of evidence in this regard, Commerce has no basis to conclude that the AUVs computed using those quantities are unreliable.  That said, it is important to recognize that Commerce does not directly use the import quantities at issue in its SV calculations, other than as the denominators when computing per-unit values.  As noted above, Ancientree has not argued, nor has it provided any reason for Commerce to believe, that the values associated with those quantities are in any way unrepresentative of the prices that Ancientree itself would pay, were it located in an ME country at a comparable level of economic development to China.

Finally, Ancientree argues that Commerce sacrificed specificity in resorting to the six-digit level HTS subheading because such subheadings include wood that is "sawn or chipped lengthwise, sliced or peeled, whether or not planed, sanded, or end-jointed of a thickness exceeding 6 mm."[228]  However, after examining the data on the record, we disagree.  Although Ancientree asserts that its "wood inputs are not planed or end-jointed" (and, therefore, reliance on such HTS subheadings includes dissimilar wood products)[229] Ancientree cites to no record evidence to support this claim, nor does the record appear to describe Ancientree's wood inputs in any detail

---

*Certain Preserved Mushrooms from the People's Republic of China:  Final Results of Antidumping Duty Administrative Review*, 77 FR 55808 (September 11, 2012), and accompanying IDM at Comment 3.

[221] *See* Ancientree Case Brief at 6-9.

[222] *See Juancheng Kangtai*, 2015 CIT LEXIS 94, *66-69.

[223] *See Juancheng Kangtai II*, 2017 CIT LEXIS 3, *26-31.

[224] *See* Ancientree Case Brief at 6-7.

[225] *See* Ancientree's September 6, 2019 Supplemental Questionnaire Response (Ancientree's September 6, 2019 SQR) at Exhibit 15.

[226] *See Preliminary Determination* PDM at 13.

[227] *Id.*

[228] *See* Ancientree Case Brief at 8.

[229] *Id.*

greater than "birch sawnwood" or "poplar sawnwood."[230]  In any event, there is no requirement that Commerce needs to perfectly replicate a NME respondent's production experience.[231]  Given the lack of detail provided by Ancientree in its questionnaire responses regarding the physical characteristics of its wood inputs, the record lacks support for Ancientree's assertions and there is no basis for Commerce to rely on them here.  The burden to develop the record lies with the respondent,[232] and to accept Ancientree's claim as to the description of its wood input at face value without any support at this late stage would be inappropriate.  On the other hand, Foremost reported that it purchased both poplar sawnwood and semi-finished wood components (*e.g.*, cut-to-length poplar),[233] and it provided no additional detail regarding its birch sawnwood input.  Therefore, we find that the six-digit level poplar HTS subheading is, in fact, the most appropriate subheading by which to value Foremost's poplar input and, absent any additional detail, we cannot conclude that an eight-digit level HTS subheading would be any more specific or appropriate than the six-digit HTS subheading level for Foremost.

Accordingly, we are making no changes to the valuation of wood inputs at the six-digit level as stated in *Preliminary Determination*.  However, because we inadvertently valued Foremost's birch and poplar inputs using the eight-digit HTS numbers, we are revising the valuation of Foremost's birch and poplar inputs to conform with our decision in the *Preliminary Determination* for this final determination.[234]

## Comment 8:  Calculation of Financial Ratios

In the *Preliminary Determination* we valued the respondents' financial ratios using the audited financial statements of Sigstrat because we found its statements to "represent the financial position of a profitable Romanian producer of comparable wooden products (*i.e.*, plywood, chairs, tables) that explicitly identify energy costs, are contemporaneous and cover the entire POI, and contain no evidence of countervailable subsidies."[235]  In order to segregate energy costs, and thereby ensure that we did not double count when valuing the respondents' energy FOPs, we deducted energy expenses identified in Sigstrat's profit and loss statement from its indirect production expenses identified in Note 7 to the statements.[236]

*Petitioner Case Brief*[237]
- Commerce should not have deducted "Other outside expenses (with energy and water)" of 1,534,472 Romanian lei from the factory overhead category.

---

[230] *See, e.g.*, Ancientree's September 18, 2019 Supplemental Questionnaire Response at Exhibit 12; and Ancientree July 19, 2019 DQR at Exhibits 3 (production flowchart) and 4 (FOP Spreadsheet).
[231] *See Juancheng Kangtai II*, 2017 Ct. Intl. Trade LEXIS 3, at 31 (citing *Nation Ford Chem. v. United States*, 166 F. 3d 1373, 1378 (Fed. Cir. 1999)).
[232] *See, e.g.*, *QVD Food*, 658 F. 3d at 1324 ("{T}he burden of an adequate record lies with {interested parties} and not with Commerce.").
[233] *See* Foremost July 22, 2019 CDQR, section D, at 14-15.
[234] *See* Final SV Memorandum.
[235] *See Preliminary Determination* PDM at 13-14.
[236] *See* Preliminary SV Memorandum at Attachment 12; *see also* Sigstrat Statements.
[237] *See* Petitioner December 17 Case Brief at 32-33.

- There is no reason to assume that energy costs formed part of "Indirect Production Costs" because these two categories of expenses came from different calculations in the statements.
- "Indirect Production Costs" are identified in Note 7, while "Other outside expenses (with energy and water)" are located in the profit and loss statement.
- Based on the category name, "Other outside expenses (with energy and water)" seem to include other costs in addition to energy and water.

No other interested party provided comments on this issue.

**Commerce's Position:**  We disagree with the petitioner and continue to find that we calculated the financial ratios used in the *Preliminary Determination* correctly and that we appropriately reduced "Indirect Production Costs" by an amount for energy expenses.[238]

Although the petitioner argues that our adjustment was inappropriate because the energy costs in question did not come from the same schedule in Sigstrat's financial statements as the indirect production expenses (*i.e.*, energy was identified in the profit and loss statement while indirect production expenses were in note 7),[239] our calculations are nearly identical to those proposed by the petitioner but for the deduction of energy costs from indirect production costs.[240]  However, because the petitioner's own calculation utilized data from the profit and loss statement, the balance sheet, and Note 7 of the Sigstrat statements, the fact that we deducted energy expenses identified in the profit and loss statement from indirect production expenses identified in a note to the statements in and of itself does not render the calculation inappropriate.

The petitioner appears to argue against our adjustment simply on the grounds that we deducted one value from the profit and loss statement from a value located in a separate note to the financial statements.  However, the petitioner ignores the fact that its own calculations also incorporated values from various schedules of the statements.  In order to determine how Sigstrat presented these expenses and how they should be treated in our calculation, we examined the statements as a whole, a process also used by the petitioner when it pulled data from various schedules in order to calculate financial ratios.  The only difference between the petitioner's calculation and Commerce's calculation is the treatment of energy expenses.

Specifically, a line item described as "Other outside expenses (with energy and water)" is set forth in Note 7 of the financial statements.  These expenses are also identified in the same amount elsewhere in the statements specifically as "Energy costs."[241]  Accordingly, we disagree with the petitioner that this expense item necessarily includes costs other than energy because the cash flow statement explicitly identifies this item as "Energy costs."  Moreover, the amount identified as "Indirect Production Costs" from which we deducted the energy costs is also identified elsewhere in the statements in the same amount as "Production overheads."[242]  Accordingly, record evidence indicates that we appropriately categorized indirect production

---

[238] *See* Preliminary SV Memorandum.
[239] *See* Sigstrat Statements.
[240] *Id.* at Exhibit 10A; compare to Preliminary SV Memorandum at Attachment 12.
[241] *See* Sigstrat Statements at 12 (Situation of Cash Flows).
[242] *Id.* at Exhibit page 64 (Note 4, Operating Result Analysis).

45

expenses as manufacturing overhead, which represent all manufacturing costs that are not direct materials or direct labor and are indirect to the manufacturing operation of the company, and appropriately reduced that amount by Sigstrat's energy costs. Therefore, we are not making any changes to our calculation of the financial ratios for this final determination.

## Comment 9:  Labor Rate Calculation

In our *Preliminary Determination*, we calculated the hourly labor rate using manufacturing-specific data from Romania.[243]  We relied on manufacturing-specific labor data from the website Trading Economics.  We calculated a manufacturing-specific labor rate of 20.97 Lei per hour.

*Petitioner Case Brief*[244]
- In order to calculate an hourly labor rate in the *Preliminary Determination*, Commerce divided the monthly wages reported for Romania on the website Trading Economics by 24 days and eight hours per day.
- Data submitted from the Organization for Economic Cooperation and Development (OECD) data indicate that the actual number of hours worked in Romania is much less.
- Commerce's calculation overestimates the average number of hours worked per month because it does not account for vacation days, sick days, idle time, or holidays.
- Commerce should revise its labor calculation using the number of hours worked reported by the OECD.

*Ancientree Rebuttal Brief*[245]
- It is not Commerce's practice to use a secondary, unrelated source to determine an hourly conversion.  Commerce should not depart from its established practice of using the typical working hours of 24 days a month and eight hours day.
- The proposed OECD annual labor hours are not specific to Romania; instead, they are from a basket category of OECD countries.
- Relying on the OECD source would be inaccurate and imprecise.

**Commerce's Position:**  Our labor rate calculation was appropriate and in accordance with our normal practice.  In *Labor Methodologies*, Commerce announced a change in our methodology for valuing the cost of labor in NME cases.[246]  Although Commerce stated a preference for data from the International Labor Organization, it did not preclude reliance on data from another source.[247]  Notably, Commerce explained that "{w}here data is not available on a per-hour basis, {Commerce} converts that data to an hourly basis based on the premise that there are 8 working hours per day, 5.5 working days a week and 24 working days per month."[248]  Accordingly, in the *Preliminary Determination*, we divided the monthly manufacturing labor rate in Romania by 24

---

[243] *See* Preliminary SV Memorandum at 4.
[244] *See* Petitioner December 17 Case Brief at 30-32.
[245] *See* Ancientree Rebuttal Brief at 14-15.
[246] *See Antidumping Methodologies in Proceedings Involving Non-Market Economies:  Valuing the Factor of Production:  Labor*, 76 FR 36092 (June 21, 2011) (*Labor Methodologies*).
[247] *Id.*
[248] *Id.* at 36094, fn. 11.

days and eight hours per day, in accordance with our practice.[249]  Using the OECD data suggested by the petitioner for "countries not otherwise mentioned" would substitute our methodology for a methodology that is not specific to Romania and that utilizes secondary sources that are unrelated to the source used to value labor.  In *Labor Methodologies*, Commerce announced a change in our methodology for valuing the cost of labor in NME cases.[250] Although Commerce stated a preference for data from the International Labor Organization, it did not preclude reliance on data from another source.[251]  Notably, Commerce explained that "{w}here data is not available on a per-hour basis, {Commerce} converts that data to an hourly basis based on the premise that there are 8 working hours per day, 5.5 working days a week and 24 working days per month."[252]  Accordingly, in the *Preliminary Determination*, we divided the monthly manufacturing labor rate in Romania by 24 days and eight hours per day, in accordance with our practice.[253]  Using the OECD data suggested by the petitioner for "countries not otherwise mentioned"[254] would substitute our methodology for a methodology that is not specific to Romania and that utilizes secondary sources that are unrelated to the source used to value labor.  Furthermore, the petitioner has not demonstrated that the labor rate reported by Trading Economics does not account for vacation days, sick days, or holidays, or that workers are not paid for such days.

Therefore, we continue to find that our calculation of the hourly labor rate applied in the *Preliminary Determination* using monthly manufacturing labor data published by Trading Economics was the appropriate calculation and in accordance with our normal practice. Accordingly, we are not making any changes to our labor rate calculation for this final determination.

---

[249] *See, e.g.*, *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China:  Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2015-2016*, 83 FR 35616 (July 27, 2018), and accompanying IDM at Comment 11.
[250] *See Labor Methodologies*.
[251] *Id.*
[252] *Id.* at 36094, fn. 11.
[253] *See, e.g.*, *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China:  Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2015-2016*, 83 FR 35616 (July 27, 2018), and accompanying IDM at Comment 11.
[254] Although the petitioner claims that the number of hours worked is on the record of this investigation, it cites to data for "OECD countries not individually mentioned," not to data specific to Romania and no data exist for Romania in the petitioner's cited comments.  *See* Petitioner December 17 Case Brief at 31; *see also* Petitioner SV Comments at Exhibit 5C.

<u>Company-Specific Comments</u>

*Ancientree*

## Comment 10: Whether to Apply AFA to Ancientree

### A. Usage Rates

*Petitioner Case Brief*[255]
- The stark differences between the NVs calculated for Ancientree and Foremost – especially with respect to labor and wood input usage rates – demonstrate that Ancientree failed to provide complete and accurate information.
- It is unclear how Ancientree produces cabinets and vanities using the reported number of labor hours.  The marked disparity between Foremost's and Ancientree's reported per-unit labor hours holds consistent at comparable production stages of completeness.
- Similarly, Ancientree's solid wood input usage is strikingly different when compared to Foremost's solid wood input usage at comparable production completeness levels.
- Ancientree's misrepresentation of its production process and material inputs warrants the application of total AFA, consistent with Commerce's established practice.[256]

*Ancientree Rebuttal Brief*[257]
- The petitioner's argument is fundamentally flawed because Ancientree and Foremost reported FOP consumption on a per piece basis.  Thus, comparing the products produced by Ancientree and Foremost merely demonstrates the differing input consumption levels for their respectively different products.
- Ancientree primarily produces parts or components or small ready-to-assemble kits instead of fully assembled large cabinets.  Foremost primarily produces fully-assembled bathroom vanities, a highly labor-intensive activity.  Foremost's vanities are much larger, more decorative, and complicated than Ancientree's.  The inclusion of decorative parts adds correspondingly more labor hours.
- Foremost's consumption of veneers required a separate, time-consuming production process.  Ancientree purchased veneered plywood so it did not have this step.[258]
- Commerce observed that Ancientree's production process was mostly automatic, with the extensive reliance on production equipment.  Laborers primarily direct materials through the machinery rather than manually adding parts or decorative pieces.
- At verification, Commerce found no discrepancies or concerns with Ancientree's labor consumption and Commerce examined all source documentation for direct and indirect labor.

---

[255] *See* Petitioner December 17 Case Brief.
[256] *Id.* at 7 (citing *Certain Kitchen Appliance Shelving and Racks from the People's Republic of China*, 74 FR 36656 (July 24, 2009) (*Kitchen Racks from China*), and accompanying IDM).
[257] *See* Ancientree Rebuttal Brief at 2-5.
[258] *Id.* at 4.

**Commerce's Position**: We disagree with the petitioner.  Although the petitioner and Ancientree agree that the record demonstrates marked differences between Ancientree's and Foremost's usage rates and processes,[259] these companies have distinct production processes and end products.[260]  As a result, such differences are to be expected.  The fundamental question before Commerce is whether Ancientree's FOP reporting understates the consumption of its labor and wood inputs.  In this regard, the record does not support the petitioner's claim.

The record shows that Ancientree reported its material input consumption on a net weight basis of finished goods.[261]  Ancientree also reported FOPs for a substantial number of ready-to-assemble products, which by definition, do not require full assembly by Ancientree.[262]  We conducted a comprehensive on-site facility visit and found that Ancientree had accurately described its factory layout and production stages in its questionnaire responses.[263]  Further, Commerce verified Ancientree's allocation of material inputs to subject merchandise,[264] as well as its reported FOPs for plywood and birch sawn wood used to produce various individual products.  During this exercise, we found no discrepancies between the source documentation examined at verification and the information Ancientree had reported to Commerce.[265]

We disagree that the facts in *Kitchen Racks from China* are analogous.  In that case, Commerce found inconsistencies with the respondent's bills of materials and production note reporting at verification.[266]  In this investigation, we found no inconsistencies at verification that lead us to believe the application of AFA is similarly warranted.

As discussed above, it is unsurprising that Ancientree and Foremost reported differences in their material and labor FOPs, given their differing production processes.  Because the petitioner provides no record evidence to contradict Ancientree's reported FOP consumption, we find that AFA is not warranted here.

### B.  Wood Veneer

*Petitioner Case Brief*[267]
- Ancientree failed to report the usage of wood veneer in its production process and this omission could explain the outlying labor and wood usage rates.  Ancientree also failed to report any usage of veneered MDF.
- Commerce verified the delivery state of Ancientree's plywood.  This observation contradicts Ancientree's questionnaire responses reporting the use of plywood, not plywood with specific finished face veneers.  Sales documentation also supports the non-reporting of veneered inputs.

---

[259] *Id.* at 2-5; *see also* Petitioner December 17 Case Brief at 9-16.
[260] *See* Ancientree Verification Report at 8; *see also* Foremost Woodwork Verification Report at 11 and Exhibit 13.
[261] *See* Ancientree September 6, 2019 SQR at 22.
[262] *See* Ancientree September 6, 2019 SQR at Exhibit SQ3-1.1.
[263] *See* Ancientree Verification Report at 8.
[264] *Id.* at 18.
[265] *Id.* at 15.
[266] *See Kitchen Racks from China* IDM at Comment 16.A.
[267] *See* Petitioner December 17 Case Brief at 17-27.

49

- The cost for a wood product varies considerably by the species of the wood input.[268] Ancientree's failure to separately report the cost of wood veneers prevents Commerce from accounting for the substantial differences across wood veneer species by selecting an appropriate SV.
- In the event that total AFA is not applied to Ancientree, Commerce should use facts available and adjust the NV calculation to include wood veneer as an input. This adjustment to Ancientree's SVs will properly account for the used veneered inputs separately from plywood or MDF.

*Ancientree Rebuttal Brief*[269]
- Plywood is defined as a generally flat, multilayered plywood or other veneered panel, consisting of two or more layers or plys of wood veneers and a core, with the face and/or back veneer made of wood. The veneers, along with the core, may be glued or otherwise bonded together.[270]
- Ancientree purchased plywood (including some veneer plywood and some veneered MDF); it did not purchase plywood and apply veneers to that plywood. Contrary to the petitioner's argument that Ancientree failed to separately report veneered MDF, Ancientree reported veneered MDF as plywood.
- To argue that Ancientree necessarily consumes wood veneer in order to sell a veneer-finished product is the same as arguing that a company selling galvanized steel products must consume galvanized powder (instead of already galvanized steel). Similarly, Ancientree purchased and consumed plywood with a face veneer when the merchandise required a veneer finish.[271]
- The petitioner misinterprets the definition of plywood; there is no distinction between plywood and veneered plywood. Plywood normally contains a face and back veneer, with a core in the middle.
- Heading HTS 4412 includes "plywood, veneered panels and similar laminated wood," and Commerce applied the SV including plywood with an outside veneer of various species of wood including birch, poplar or walnut.
- Contrary to the petitioner's argument that Ancientree failed to separately report veneered MDF, Ancientree reported veneered MDF as plywood.

**Commerce's Position**: We are not adjusting Ancientree's FOPs to account for veneers separately from plywood or MDF. The petitioner alleges that Ancientree failed to report that it uses "wood veneer" as an input in its production process. However, the record contains no evidence that Ancientree purchased veneers separately from its purchases of plywood as alleged

---

[268] *See* Petitioner December 17 Case Brief at 20 (citing Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Pre-Preliminary Comments for Meisen," dated September 26, 2019 (Petitioner Meisen Pre-prelim Comments) at Exhibit 7).

[268] *Id.* (citing Exhibit 7).

[269] *See* Ancientree Rebuttal Brief at 6.

[270] *Id.* (citing *Certain Hardwood Plywood Products from the People's Republic of China: Final Determination of Sales at Less Than Fair Value, and Final Affirmative Determination of Critical Circumstances, in part,* 82 FR 53460 (November 16, 2017) (*Certain Hardwood Plywood Products*), and accompanying IDM at 3).

[271] *Id.*

by the petitioner.  The record also does not support the petitioner's claim that Ancientree's manufacturing process involves a veneering procedure.

In its response, Ancientree indicated it used plywood of a type that could be imported under HTS category 4412.33.[272]  In its initial, and various supplemental, questionnaire responses, Ancientree consistently reported its plywood FOP without separately indicating that it used veneers in its production process.[273]  The SV used to value Ancientree's plywood FOP in the *Preliminary Determination*, taken from HTS category 4412.33.00, was suggested by the petitioner.[274]  The heading for this HTS reads, "Plywood, veneered panels, and similar laminated wood."[275]  Thus, the definition of plywood in the HTS includes veneers as an integral characteristic of plywood.[276]  That the petitioner would request Commerce to separately value Ancientree's veneers, which are by definition part of the plywood input it purchases, is not supported by the record or the definition of plywood in the applicable HTS category.

During verification, we carefully reviewed Ancientree's production process; we found no evidence that Ancientree adds veneers separately to its plywood input during the production process of subject merchandise.[277]  Further, during our review of Ancientree's FOP consumption at verification, we reviewed documentation supporting Ancientree's September 2018 plywood purchases, as well as Ancientree's consumption of plywood in August 2018.[278]  We similarly found no evidence that Ancientree separately purchased or consumed veneers during the POI.

The petitioner argues that the species of veneer is an integral part of cost, and Ancientree's failure to separately report wood veneers prevents Commerce from capturing substantial differences across wood veneer species in its analysis.  However, HTS category 4412.33.00, the category suggested by the petitioner to value Ancientree's plywood FOPs, is described as "Other, with at least one outer ply of non-coniferous wood of the species alder (Alnus spp.), ash (Fraxinus spp.), beech (Fiigus spp.), birch (Betula spp.), cherry (Prunus spp.) chestnut (Castintea spp.), elm (Uhnus spp.), eucalyptus (Eucalyptus spp.), hickory (Carya spp.), horse chestnut (Aesculus spp.), lime (Tilia spp.), maple (Acer spp.) oak (Quercus spp.), plane tree (Platitnu,c spp.), poplar and aspen (Populus spp.) robinia (Robinia spp.) tulipwood (Liriodendron spp.) or walnut (Juglans Slip.)."[279]  This HTS subheading matches the description of Ancientree's plywood inputs on its source documentation; this documentation provides the wood species of the veneer used on the plywood.[280]  Therefore, contrary to the petitioner's arguments, the wood

---

[272] *See* Ancientree September 18, 2019 SDQR at Exhibit SQ 4-12.
[273] *Id.* at SQ4-10 and Exhibit SQ4-12; *see also* Ancientree Rebuttal Brief at 5-10.
[274] *See* Petitioner SV Comments at exhibit 1.
[275] *See* Petitioner SV Comments at exhibit 3.
[276] This definition is also consistent with the definition adopted by Commerce in *Certain Hardwood Plywood Products*.  *See Certain Hardwood Plywood Products* IDM at 6-7, which states that "the face veneer of hardwood plywood may be sanded; smoothed, or given a "distressed" appearance through such methods as hand-scraping or wire brushing."  *See also Certain Hardwood Plywood Products*, 82 FR at 53470.
[277] *See* Ancientree Verification Report at 8.
[278] *Id.* at 15 and 18.
[279] *See* Petitioner SV Comments at exhibit 3.
[280] *See* Ancientree September 6, 2019 SQR at exhibit SQ3-1.1.

51

species of the veneered plywood is taken into account by Commerce's reliance on this HTS subheading.[281]

For the final determination, we find that the record evidence does not support that Ancientree omitted consuming wood veneer separately from plywood.  Therefore, we have accepted Ancientree's FOPs for this input as reported.

## Comment 11: Treatment of Jiangsu Hongjia as an Affiliate

*Petitioner Case Brief*[282]
- Commerce found a close relationship between Ancientree and Jiangsu Hongjia, the entity from which Ancientree rents its facility and production equipment and purchases wood materials, and with whom Ancientree shares management.
- Ancientree self-describes its relationship with Jiangsu Hongjia as "closely affiliated companies."  Ancientree filed company certifications on behalf of all of its affiliated companies including Jiangsu Hongjia.
- It appears that Jiangsu Hongjia simply purchases wood materials and hands them over to Ancientree.  This arrangement could exist to hide Ancientree's purchases of inputs from ME countries.
- Commerce erred in preliminarily determining that Ancientree and Jiangsu Hongjia are not affiliated and should reverse its decision, consistent with section 771(33) of the Act.

No other interested party commented on this issue.

**Commerce's Position**:  We have reconsidered the evidence on the record and find that affiliation exists between Ancientree and Jiangsu Hongjia.  Section 771(33) of the Act provides that the following persons shall be considered to be "affiliated" or "affiliated persons":

(A)   Members of a family, including brothers and sisters (whether by the whole or half-blood), spouse, ancestors, and lineal descendants;

(B)   Any officer or director of an organization and such organization;

(C)   Partners;

(D)   Employer and employee;

(E)   Any person directly or indirectly owning, controlling, or holding with power to vote, 5 percent or more of the outstanding voting stock or shares of any organization and such organization;

(F)   Two or more persons directly or indirectly controlling, controlled by, or under common control with, any person; or,

(G)   Any person who controls any other person and such other person.

The Act further states that "a person shall be considered to control another person if the person is legally or operationally in a position to exercise restraint or direction over the other person."[283]

---

[281] *See* Petitioner December 17 Case Brief at 18-20.
[282] *Id.* at 27-30.
[283] *See* section 771(33) of the Act.

52

"Person" is defined to include "any interested party as well as any other individual, enterprise, or entity, as appropriate."[284]

The SAA states the following:

> The traditional focus on control through stock ownership fails to address adequately modern business arrangements, which often find one firm 'operationally in a position to exercise restraint or direction' over another in the absence of an equity relationship. A company may be in a position to exercise restraint or direction, for example, through corporate or family groupings, franchise or joint venture agreements, debt financing, or close supplier relationships in which the supplier or buyer becomes reliant upon the other.[285]

Section 351.102(b)(3) of Commerce's regulations defines affiliated persons and affiliated parties as having the same meaning as in section 771(33) of the Act.  In determining whether control over another person exists, within the meaning of section 771(33) of the Act, Commerce will consider the following factors, among others:  corporate or family groupings; franchise or joint venture agreements; debt financing; and close supplier relationships.  Commerce will not find that control exists on the basis of these factors unless the relationship has the potential to impact decisions concerning the production, pricing, or cost of the subject merchandise or foreign like product.  Commerce will consider the temporal aspect of a relationship in determining whether control exists; normally, temporary circumstances will not suffice as evidence of control.[286]

As an initial matter, we note that we based our *Preliminary Determination* on record evidence at the time.[287]  On October 10, 2019, after the *Preliminary Determination*, we issued a supplemental questionnaire to Ancientree requesting further information regarding the familial relationship between Ancientree and Jiangsu Hongjia.[288]  In its response, Ancientree provided further details on the familial relationship between the owners and managers of Ancientree and Jiangsu Hongjia.[289]  The CIT has upheld Commerce's interpretation of "any person"  in section 771(33)(A) of the Act as encompassing "family," and the position that "family" is not limited to the roles enumerated in section 771(33)(A) of the Act, but rather is subject to Commerce's interpretation.[290]  Commerce may interpret the definition of "family" in section 771(33)(A) of

---

[284] *See* 19 CFR 351.102(b)(37).
[285] *See* SAA at 838.
[286] *See* 19 CFR 351.102(b)(3).
[287] *See Preliminary Determination* PDM at 26-27.
[288] *See* Commerce's Letter, "Supplemental Questionnaire," dated October 10, 2019.
[289] *See* Ancientree's October 17, 2019 Fifth Questionnaire Response (Ancientree October 17, 2019 Response) at 1-3. The details of the familial relationship are considered business proprietary in nature.  For further discussion *see* Ancientree Final Analysis Memorandum.
[290] *See Ferro Union Inc. v. United States*, 44 F. Supp. 2d 1310, 1325-1326 (CIT 1999) (*Ferro Union*) ("The intent of {section 771(33) of the Act} was to identify control exercised through 'corporate' or 'family' groupings.  By interpreting 'family' as a control person {Commerce} was giving effect to that intent."); *see also Dongkuk Steel Mill Co., v. United States*, 29 C.I.T. 724, 731 (CIT 2005).

the Act in a reasonable manner.[291]  For this final determination, we find that the record of this investigation, developed since the *Preliminary Determination*, shows that due to a close familial relationship, Ancientree and Jiangsu Hongjia are affiliated pursuant to section 771(33)(A) of the Act.[292]

Given that we did not find the companies to be affiliated parties until this final determination, the record does not contain information on Jiangsu Hongjia's purchases of raw materials, including the source of those materials.  However, if an AD order is issued in this proceeding and Ancientree is involved in subsequent reviews of this order, we intend to collect such information and evaluate it within the context of Commerce's NME practice.

**Comment 12:  SV Selections**

### A.  Glue

*Ancientree Case Brief*[293]
- In the *Preliminary Determination*, Commerce valued Ancientree's glue input based on Romanian import prices entered under HTS 3506.10.00, a value for glue sold at the retail level, not exceeding a net weight of 1 kg.  Valuing glue used for industrial purposes using an HTS category specific to retail is inherently illogical.  Commerce observed Ancientree's industrial glue consumption during verification and saw that its consumption of glue was over 1 kg.
- Commerce should value its glue input using HTS category 3506.91.90, covering glues not otherwise specified, *i.e.* glue not for retail sale and in quantities larger than 1 kg.
- Commerce used HTS category 3506.91.90 to value Foremost's glue input used in its assembly operations, yet Foremost consumes this glue in the same manner as Ancientree.

No other interested party provided comments on this issue.

**Commerce's Position**:  We have relied on Romanian GTA data under subcategory HTS 3506.91.90 to value Ancientree's glue input because the data in this HTS subcategory represents the best available information on the record.  Specifically, Ancientree's suggested subheading HTS 3506.91 is specific to "adhesives based on polymers of headings 3901 to 3913 or on rubber."[294]  The notes to chapter 39 of the HTS state that:

> 3.  Headings 3901 to 3911 apply only to goods of a kind produced by chemical synthesis, falling in the following categories:  a) liquid synthetic polyolefins of which less than 60

---

[291] *See Ferro Union*, 44 F. Supp. 2d 1310,1325 ("The word 'including' in section (A) of 19 U.S.C. § 1677(33) is an indication that Congress did not intend to limit the definition of 'family' to the members listed in this section.  Had Congress intended this list to be definitive, it would have chosen different wording.  The wording it did choose evinces an illustrative intent. Commerce's interpretation of this section is reasonable and therefore not subject to reversal by the court.").

[292] Given that the particular familial relationship constitutes business proprietary information, we discuss this separately in the Ancientree Final Analysis Memorandum.  *See* Ancientree Final Analysis Memorandum.

[293] *See* Ancientree Case Brief at 12-13.

[294] *See* Petitioner SV Comments at Exhibit 3.

% by volume distils at 300 °C, after conversion to 1 013 mbar when a reduced pressure distillation method is used (headings 3901 and 3902); (b) resins, not highly polymerised, of the coumarone-indene type (heading 3911); (c) other synthetic polymers with an average of at least five monomer units; (d) silicones (heading 3910); (e) resols (heading 3909) and other prepolymers.[295]

Therefore, based on the information provided by Ancientree on its glue input, and the SV data on the record, we find that the record supports changing the SV to value Ancientree's glue input using HTS subheading 3506.91.90.

However, we disagree with Ancientree that we should rely on this HTS category simply because we valued Foremost's glue input.[296]  As discussed in Comment 10.A above, Ancientree and Foremost have different production process and produce different products.  Ancientree provided no record evidence that the glue it uses is the same glue used by Foremost.  Our basis for changing the HTS subheading to value Ancientree's glue is based on Ancientree's production process only and the information provided with respect to Ancientree.

### B.  MDF

*Ancientree Case Brief*[297]
- Commerce relied on HTS category 4411.14.90 to value Ancientree's MDF input.  This category is the basket "other" category covering MDF, not specified earlier under HTS category 4411.14.
- The HTS more specific to Ancientree's input, and which Commerce should use to value its MDF input, is HTS category 4411.14.10, covering "medium density fiberboard of wood, of a thickness > 9 Mm, not mechanically worked or surface-covered."  Ancientree consumes unworked or merely surface covered MDF that undergoes further processing during its production process.  The HTS category 4411.14.90 technically excludes Ancientree's MDF since it covers those not already specified.
- Foremost also provided the same HTS category, 4411.14.10, indicating this is a normal industry standard.

*Petitioner Rebuttal Brief*[298]
- Ancientree fails to cite to source documentation on the record supporting its assertion that its MDF is unprocessed at the time of acquisition.
- Ancientree's product brochure indicates that its MDF cabinets include a "matching laminate exterior."[299]  If this laminate overlay exists, then the assumption is that fiberboard and MDF are sold in a laminated state to Ancientree.  Thus, Commerce's use

---

[295] *Id*. at Chapter 39, note 3.
[296] *See* Ancientree Case Brief at 13.
[297] *Id.*
[298] *See* Petitioner December 26 Rebuttal Brief at 18-21.
[299] *Id.* at 20 (citing Ancientree's July 3, 2019 Section A Questionnaire Response (Ancientree July 3, 2019 AQR) at Exhibit A-5).

55

of the Romanian HTS category 4411.14.90 is appropriate since it covers products which have had processing imparted to them.

**Commerce's Position:**  An examination of the record does not support Ancientree's argument that HTS category 4411.14.10 is the most accurate HTS category with which to value Ancientree's MDF input.  Ancientree reported that its MDF input falls under HTS category 4411.14.[300]  Ancientree claims that the MDF consumed during the production of subject merchandise is unworked or merely surface covered, and that it undergoes further processing.[301]  Ancientree concedes that the MDF it consumes in the production of subject merchandise *is* surfaced covered.[302]  Therefore, the HTS category Ancientree is suggesting, which specifically excludes MDF that is surface-covered, is not the appropriate HTS category to value Ancientree's MDF input.  Ancientree failed to provide documentation demonstrating that HTS category 4411.14.10 specifically applies to the MDF input it consumes (*i.e.*, through input descriptions, purchase invoices, or photographs of the input on the record).

Furthermore, as noted in Comment 12.A above, it would be inappropriate to change the HTS category for Ancientree's MDF inputs based on the fact that Foremost provided the same HTS category to value its own MDF inputs, given that the production process for these two companies is dissimilar.[303]  Because the record does not provide further detail on Ancientree's MDF input characteristics, and because the record indicates that Ancientree's MDF inputs have "had processing imparted to them," we have continued using HTS category 4411.14.90 for our final determination.

### C.  Paint

*Ancientree Case Brief*[304]

- In the *Preliminary Determination*, Commerce relied on data under HTS 3208.10.90, covering paints and varnishes dispersed or dissolved in a non-aqueous medium, to value Ancientree's paint inputs.
- Since Ancientree consumed paint that is dissolved in an aqueous medium, its paint input should be valued using HTS 3209.10, covering paints and varnishes "dispersed or dissolve in an aqueous medium."
- While conducting verification, Commerce observed Ancientree's paint type and also verified purchase invoices for "water-based paint."[305]

*Petitioner Rebuttal Brief*[306]

- The exhibit Ancientree cites to does not exclusively support Ancientree's claim that it uses water-based paint.

---

[300] *See* Ancientree September 18, 2019 SDQR at Exhibit SQ 4-12.
[301] *See* Ancientree Case Brief at 12.
[302] *Id.*
[303] *See* Foremost July 22, 2019 CDQR, at section D, Exhibits D-1 and D-6.1.
[304] *See* Ancientree Case Brief at 13.
[305] *Id.* (citing Ancientree's Verification Report at Exhibit 15).
[306] *See* Petitioner December 26 Rebuttal Brief at 21-22.  The Ancientree Final Analysis Memorandum provides the specifics of this argument, which rely on Ancientree's proprietary information.

- The totality of evidence should support Commerce's continued use of HTS 3208.10.90 in the final determination to value Ancientree's paint input.

**Commerce's Position:**  We are continuing to value Ancientree's paint input using HTS category 3208.10.90.  At verification, we tied the painting materials worksheet provided in Ancientree's response to the Ancientree's accounting ledgers and corresponding vouchers for September 2018.[307]  We found no discrepancies between the information Ancientree had reported in its responses and the source documentation reviewed at verification.  However, during verification, we did not observe any third-party source documentation or any other documentation regarding the chemical composition for Ancientree's paint input (*e.g.*, ingredient lists).  The documentation on the record, specifically the translated portions, do not indicate which proportion, if any, of Ancientree's paint is water-based.[308]  Therefore, because the record does not support Ancientree's claim that its paint is water based, we continue to find HTS category 3208.10.90 is the most appropriate HTS category to value Ancientree's paint input.

### D.  Particleboard

*Ancientree Case Brief*[309]
- The SV used for Ancientree's particleboard input for the *Preliminary Determination*, HTS category 4410.11.90, represents the "other" category covering particleboard not specified earlier under HTS category 4410.11.[310]
- The more specific HTS category is actually 4410.11.10, covering, "Particle Board Of Wood, Whether Or Not Agglomerated With Resins Or Other Organic Binding Substances, Unworked Or Not Further Worked Than Sanded (Excl. Oriented Strand Board And Waferboard, Fiberboard And Cellular Wood Panels)."[311]
- Foremost also provided HTS category 4410.11.10 as specific to its consumed particleboard, indicating the HTS is an industry standard.
- Commerce should value Ancientree's particleboard using Romanian HTS category 4410.11.10 in its final determination.

*Petitioner Rebuttal Brief*[312]
- Ancientree does not cite to record source documentation to support its argument that HTS category 4410.11.10 is more appropriate for its particleboard input, given its assertion that particleboard is not processed at the time of acquisition.
- The particleboard input Ancientree uses may have a laminate overlay, which creates the assumption that the product input is more advanced than Ancientree alleges.[313]

---

[307] *See* Ancientree Verification Report at 18.
[308] *Id.* at Exhibit 15.
[309] *See* Ancientree Case Brief at 11.
[310] *Id.* (citing Preliminary SV Memorandum at Attachment 3b).
[311] *See* Ancientree Case Brief at 11 (citing Foremost Rebuttal SV Comments)).
[312] *See* Petitioner December 26 Rebuttal Brief at 18-21.
[313] *Id.* at 20 (citing Ancientree July 3, 2019 AQR at Exhibit A-5).

57

**Commerce's Position:** The record evidence does not support valuing Ancientree's particleboard using HTS category 4410.11.10.  Ancientree did not cite record documentation supporting HTS 4410.10.10 as the category most specific to the input it used in its production process.  The proposed HTS category, 4410.11.10, "unworked or not further worked than sanded,"[314] is inappropriate, in light of Ancientree's statement that a characteristic of its particleboard is that it has a laminate overlay.[315]  Finally, as noted previously, it is immaterial that Commerce used a different HTS category to value Foremost's particleboard FOPs, given its different production process and product mix.[316]  Accordingly, we have continued to value Ancientree's particleboard using the Romanian GTA data for HTS category 4410.11.10.

*Foremost*

## Comment 13:  Combination Kits

Foremost reported that it sold "combination kits" in the United States during the POI.  Combination kits are wooden cabinets and vanities that include components that are explicitly excluded from the scope of this investigation (such as sinks, quartz countertops, *etc.*).  In the *Preliminary Determination*, we removed the portion of the price related to the non-subject components from our analysis using the relative material costs of the subject and non-subject components (also known as the "RATIO").[317]

At verification, we found that Foremost had made a number of mistakes when calculating the RATIO,[318] and it also failed to identify certain reported U.S. sales as combination kits.[319]

*Petitioner Case and Rebuttal Briefs*[320]
- Foremost failed to accurately calculate the price of combination kits because it:  (1) reversed the labels of its non-subject and subject components in the calculation worksheet used to compute the RATIO; (2) included subject components in its calculation of the non-subject component costs; (3) calculated the RATIO using total cost of manufacturing, not total cost of material inputs (as Commerce had requested in its supplemental questionnaire); and (4) failed to include all non-subject component parts in its calculations.  These errors are significant and demonstrate that the submitted data are unreliable.
- Due to the serious and pervasive nature of the issues, the information reported for combination kits cannot be considered verified.  Though Commerce did not observe errors when verifying transactions from the corrected worksheet at verification, it can be

---

[314] *See* Petitioner SV Comments at Exhibit 3.
[315] *See* Ancientree July 3, 2019 AQR at Exhibit A-5.
[316] *See* Foremost July 22, 2019 CDQR, at section D, Exhibits D-1 and D-6.1.
[317] For example, if Foremost sold a combination kit consisting of a vanity and a sink for $100, with the vanity materials costing $30 and the sink costing $10, we would use a price for the vanity in our analysis of $75 (or 100*30/40).
[318] *See* Foremost Woodwork Verification Report at 19-20.
[319] *See* Foremost Worldwide Verification Report at 9-10.
[320] *See* Petitioner's Case Brief, "Case Brief Regarding Foremost," dated January 20, 2020 (Petitioner January 20 Case Brief) at 3-10; and Petitioner's Rebuttal Brief, "Petitioner's Rebuttal Brief Regarding Foremost," dated January 27, 2020 (Petitioner January 27 Rebuttal Brief) at 8-12.

58

assumed that the corrected worksheet contains errors in the combination kit data not selected for examination.

- Further, reviewing only two products in a new worksheet provided at verification does not establish that all costs in the new worksheet are accurate because the dataset is permeated with errors. Thus, the record does not indicate that Commerce verified the completeness and accuracy of the cost data and ratios for combination kits.

- In fact, Commerce should not accept the new worksheet provided at verification because it amounts to new factual information. Additionally, it is not clear that the new worksheet corrected all of the errors identified at verification, *i.e.*, that not all non-subject components were included in the calculations, or that the ratio was calculated using total manufacturing costs and not just total raw material input costs.

- Commerce should base the margin for all sales of combination kits, including the ones identified for the first time as combination kits at verification, on AFA. As AFA, Commerce should apply the highest dumping margin to all sales of combination kits in the U.S. sales database. Foremost did not put forth its maximum effort in reporting combination kits and it should not benefit from its failure to cooperate.

- Commerce should reject the new methodologies provided by Foremost in its brief for calculating RATIO for EP sales (*see* below).

*Foremost Case and Rebuttal Briefs*[321]

- Commerce's initial questionnaire did not provide instructions for reporting pricing data for combination kits. Even so, Foremost provided three potential methodologies for Commerce to use to determine the prices of combination kits.

- All of the errors Commerce found with respect to combination kits were minor, and Commerce verified both the complete list of combination kit product codes and the completeness and accuracy of the cost data used to calculate the RATIO for all CEP combination kits. Commerce has all of the information it needs on the record to adjust its calculations to account for these errors.

- At verification, Foremost discovered that it had erroneously reported certain EP sales as non-combination kits. In its final determination, Commerce should apply an average RATIO to the combination kits sold to EP customers.

- Commerce may only use FA to fill gaps in the record and there are no gaps in the record for Commerce to fill, much less to fill with adverse information.

- Commerce may only apply AFA when it is applying FA and the respondent has not cooperated to the best of its ability. Foremost cooperated to the best of its ability throughout this investigation with respect to combination kit reporting.

- The best of its ability standard "does not condone inattentiveness, carelessness, or inadequate record keeping," but it also "does not require perfection."[322]

- This was Foremost's first time participating in an AD/CVD proceeding. It had to provide responses with very little time while simultaneously participating in the parallel CVD investigation, and it had to coordinate between three separate entities.

---

[321] *See* Foremost's Case Brief, "Case Brief of Foremost," dated January 17, 2020 (Foremost Case Brief) at 2-6 and Foremost's Rebuttal Brief, "Rebuttal Brief of Foremost," dated January 24, 2020 (Foremost Rebuttal Brief) at 4-8.
[322] *See* Foremost Rebuttal Brief at 6 (citing *Nippon Steel*, 377 F. 3d at 1382).

Filed By: Eliza Siordia, Filed Date: 2/24/20 12:29 PM, Submission Status: Approved

**Commerce's Position**:  For the final determination, we find the revised combination kit worksheet provided by Foremost at verification to be reliable and verified.  Foremost's calculation worksheet corrects for a labeling error, as well as the inadvertent inclusion of subject inputs in the non-subject input calculations.  Foremost included overhead expenses and labor in its calculation of subject inputs; however, and consistent with the *Preliminary Determination*, we find that we must revise Foremost calculations of total subject inputs to these expenses.  Finally, we are adjusting Foremost's reported data using AFA to account for:  (1) unreported backsplashes (*i.e.*, non-subject inputs) sold in combination kits; and (2) EP sales of combination kits which Foremost incorrectly identified as non-combination kits.

Errors in Foremost's Combination Kit RATIO Data

At verification, Commerce found that Foremost's combination kit data, as reported in Foremost Price Supp Part 2, contained several issues.[323]  First, we noted that Foremost's calculation worksheet contained the columns which were mislabeled, so that the cost of subject inputs was reported as the cost of non-subject inputs, and vice versa.[324]  At verification, we found this error clerical and minor and requested that Foremost correct it in a revised calculation worksheet.[325]  The steps Foremost took to reverse the labels did not involve reporting new information because all of the input costs were already on the record.

We also noted at verification that Foremost included Foremost Worldwide's cost of purchasing subject inputs from Foremost Woodwork in its calculation of Foremost Worldwide's non-subject input costs.  At verification, Commerce requested that Foremost additionally revise its worksheet to recalculate non-subject input costs.  Foremost provided this calculation worksheet with both the revised cost of non-subject inputs and corrected labels, as discussed above.  Commerce selected product codes from this calculation worksheet and verified the accuracy of the data reported.

The petitioner argues that this calculation worksheet contains new factual information, and, therefore, Commerce should reject it.  However, Commerce's regulations at 19 CFR 351.301(a) state that, "the Secretary may request any person to submit factual information at any time during a proceeding."  In addition, all of the verification outlines placed on the record of this investigation notified interested parties that "{n}ew information will be accepted at verification when…the information makes minor corrections to information already on the record."[326]  At verification, Commerce found these errors to be minor, and, as such, properly exercised its discretion in requesting that Foremost provide revised calculations of the combination kit ratios to remove subject input costs from the non-subject input costs and to label the columns correctly.  Commerce's ability to accept information at verification has been upheld by the CIT.[327]

---

[323] *See* Foremost's September 24, 2019 price reporting supplemental questionnaire response (part 2) (Foremost Price Supp Part 2) at Exhibit SCAP2-3.
[324] *See* Foremost Letter, "Verification Exhibits from FWM Verification," dated November 8, 2019, at VE-21.
[325] *Id.* at VE-28
[326] *See, e.g.*, Commerce's Letter, "Verification Agenda," dated October 16, 2019.
[327] *See, e.g.*, *Maui Pineapple Co. v. United States*, 264 F. Supp. 2d 1244, 1257 (CIT 2003) (where the CIT found that Commerce properly accepted sales data as minor corrections because Commerce "enjoys very broad…discretion with regard to the propriety of its use of facts available.").

Additionally, the petitioner suggests that Foremost's corrected worksheet is not verified because Commerce only reviewed a small number of transactions in the corrected worksheet, and the large number of errors in the original worksheet implies that the corrected worksheet contained still more errors.  However, Commerce verified Foremost's worksheet in the same manner it verified all of the other information reported by Foremost, and the minor errors initially found in Foremost's calculations of combination kits do not detract from this fact.  In *Schafer*, the CIT confirmed that verification is a "spot check" and that Commerce has the discretion to accept the credibility of documentation:

> A verification is a spot check and is not intended to be an exhaustive examination of the respondent's business.  Commerce has considerable latitude in picking and choosing which items it will examine in detail...In the absence of evidence in the record suggesting that the need to examine further the supporting evidence itself, the agency may accept the credibility of the document at face value.  To conclude otherwise would leave every verification effort vulnerable to successive subsequent attacks, no matter how credible the evidence and no how burdensome on the agency further inquiry would be.[328]

The Federal Circuit has held that the "basic purpose of the statute:…{is} determining current margins as accurately as possible."[329]  Given this basic purpose and in light of  the specific circumstances of this case, our acceptance of Foremost's corrections is appropriate.

Finally, the petitioner asserts that it is unclear as to which corrections are included in this worksheet.  However, each of the corrections is discussed above.  That said, we agree with the petitioner that the data on the worksheet does not account for all necessary adjustments.  These additional adjustments are noted further below.

Total Cost of Manufacturing Included in Foremost's RATIO Calculations

In a supplemental questionnaire, Commerce requested that Foremost, "calculate the total cost of subject inputs for each combination kit and the total cost of non-subject inputs for each combination kit…then calculate the ratio of the cost of subject merchandise to the total cost of the combination kit."[330]  Commerce provided a table as an example and the column for the requested calculated ratio was labeled "Ratio (cost of subject inputs/total cost of inputs)" as an attachment to the supplemental questionnaire.[331]

In the *Preliminary Determination*, because the combination kit data for all combination kits were submitted too close to the issuance of the *Preliminary Determination*, we used the RATIOs calculated for the three combination kits that represented the highest values of the U.S. sales database to calculate RATIOs for the remaining combination kits reported in the U.S. sales database, and to adjust all combination kits to remove non-subject inputs from the

---

[328] *See Fag Kugelfischer Georg Schafer Ag. v. United States*, 25 CIT 74, 105 (*Schafer*).
[329] *See Rhone-Poulec*, 899 F. 2d at 1191.
[330] *See* Commerce's Letter, "Adjusted Gross United Price Supplemental Questionnaire," dated September 9, 2019.
[331] *Id*. at Attachment 1.

prices/expenses associated with these sales.[332]  For the *Preliminary Determination*, we recalculated Foremost's reported RATIO for the three combination kits because Foremost included total cost of manufacturing in its "total cost of subject inputs," which was not what Commerce intended.[333]  Foremost provided all of the required information necessary in order to recalculate RATIO for the three combination kits.[334]  At verification, we determined that Foremost's combination kit data, that included a table for all combination kit RATIO calculations, included overhead and labor expenses in Foremost's calculations of total subject inputs for all combination kits.[335]

For the final determination, we are modifying the way we calculate the RATIOs to remove Foremost's overhead and labor expenses from the total cost of inputs it reported.  Accordingly, for all combination kits other than the three reported with Foremost Price Supp Part 1, we have adjusted all of Foremost's "total cost of subject inputs" by an average of the percentage differences between Foremost's reported total material costs and reported total cost of manufacturing of the three combination kits reported at Foremost Price Supp Part 1, as facts available under section 776(a)(1) of the Act.[336]

Unreported Non-Subject Inputs

During verification, Commerce found that Foremost sold a combination kit with a backsplash.  Therefore, Commerce requested that Foremost explain how it accounted for backsplashes in its calculation of non-subject inputs, to which Foremost responded that backsplashes were not accounted for.[337]  As noted above, Commerce included in its analysis only the portion of the combination kits related to subject products.  Thus, we find that Foremost's failure to properly segregate the subject and non-subject components of the kits renders its RATIO calculations inaccurate, potentially resulting in the overstatement of U.S. prices.  Further, unlike the above issues which can be resolved by record information, the record in this case lacks information on the number of combination kits with backsplashes or the cost of those backsplashes.[338]  This makes it impossible for Commerce to ascertain the impact of Foremost's omission or to determine the amount by which Foremost under-reported its non-subject inputs or over-reported its subject inputs.

In accordance with sections 776(a)(2)(B)-(D) of the Act, because Foremost failed to report all non-subject inputs in calculating its combination kit ratios, we must apply facts otherwise available for our final determination.  Specifically, because Foremost failed to include backsplashes in its RATIO calculations, Foremost withheld necessary information, significantly

---

[332] *See* Foremost Prelim Analysis Memo at 6.

[333] *Id*. at 5.

[334] *See* Foremost's September 17, 2019 price reporting supplemental questionnaire response (part 1) at Exhibit SCAP1-2.

[335] *See* Foremost Woodwork Verification Report at 19.

[336] *See* Foremost's Price Supp Part 1 at Exhibits SCAP1-1 and SCAP1-2; *see also* Foremost Final Analysis Memorandum for a complete description of our calculation of RATIO for combination kits.

[337] *See* Foremost Woodwork Verification Report at 10; and Foremost Verification Exhibits at VE-3.

[338] We note that Foremost did not address this error nor provide Commerce with any suggestion on how to calculate accurate combination kit ratios that include Foremost's unreported backsplashes.  *See* Foremost Rebuttal Brief.

impeded this investigation by preventing Commerce from performing accurate margin calculations, and provided incomplete information that could not be verified.

Foremost argues that Commerce should not apply AFA with respect to its combination kits because "{t}he best of its ability standard, of course, 'does not condone inattentiveness, carelessness, or inadequate record keeping,' but it also 'does not require perfection.'"[339] Foremost then discusses the two-step analysis that Commerce must apply when determining whether a respondent has acted to the best of its ability:  whether the respondent failed "to keep and maintain all required records" or failed "to put forth its maximum efforts to investigate and obtain the requested information from its records."[340]

We agree with Foremost that Commerce does not require respondents to submit data that are perfect in all respects.  Indeed, Commerce's acceptance of the corrections discussed above demonstrates that Commerce did not hold Foremost to such a standard in this investigation.  However, Commerce's willingness to correct Foremost's errors is not unbounded, and in this instance, Foremost's failure to investigate its own records and obtain the information requested by Commerce impacts the dumping margin computed for Foremost in a manner which is potentially significant.  At verification, Foremost confirmed that it did not include the cost of backsplashes in reported non-subject inputs, despite the fact that it possessed the records to have done so.[341]  Therefore, Foremost possessed the information Commerce requested on non-subject inputs, but did not provide it to Commerce.  Accordingly, we find that Foremost failed to put forth its maximum efforts to obtain the requested information from its records."[342]

Section 776(b) of the Act provides that, if Commerce finds that an interested party has failed to cooperate by not acting to the best of its ability to comply with a request for information, it may use an inference that is adverse to the interests of that party in selecting from the facts otherwise available.  Such an adverse inference may include drawing from any information placed on the record.  As discussed above, in this case, we find Foremost did not act to the best of its ability in reporting its non-subject input costs because the information necessary to report backsplashes was in Foremost's possession, but it did not report this information to Commerce.  Therefore, Commerce finds that facts available with an adverse inference are warranted to account for Foremost's omission.

We note that the only information on the record providing guidance to Commerce as to which sales of combination kits could contain a backsplash is Commerce's verification of the FOPs for particular CONNUMs at Foremost Woodwork, where Commerce noted that a vanity, with a countertop and sink, had a backsplash.  Accordingly, in applying AFA to Foremost's combination kits, Commerce is assigning the lowest calculated RATIO, after making the adjustment described above, to all combination kits that are described in their product descriptions as vanities and reported with Foremost Worldwide sink costs included on Foremost's ratio calculation worksheet, which indicate the vanity may have a backsplash.[343]

---

[339] *See* Foremost Rebuttal Brief at 6 (citing *Nippon Steel*, 377 F. 3d at 1382).
[340] *Id*. at 6-7.
[341] *See* Foremost Woodwork Verification Report at 10.
[342] *See Nippon Steel*, 377 F. 3d at 1382.
[343] *See* Foremost Verification Exhibits at VE-28; *see also* Foremost Final Analysis Memorandum for complete description of our calculation of RATIO for combination kits.

Unreported Combination Kits

At verification, we found that Foremost sold 14 combination kit products to EP customers during the POI.  Foremost claimed that this was an inadvertent error, stating that the company mistakenly assumed that it only made CEP sales of combination kits.  Foremost provided a list of the product codes that could be found in the U.S. sales database for EP sales, but were reported as non-combination kits (*i.e.*, the RATIO equaled 100 percent subject inputs).[344]

Foremost did not sell any of the misreported product codes to CEP customers, and, thus, the record does not contain RATIO calculations for them.  Therefore, we find that Commerce must resort to facts available for the missing RATIO information.  In accordance with sections 776(a)(2)(B),(C) and D of the act, we find that Foremost failed to provide information requested within the deadline prescribed by Commerce and that it impeded this investigation by not providing the information necessary to calculate accurate RATIOs for these products.[345]

As noted above, section 776(b) of the Act provides that, if Commerce finds that an interested party has failed to cooperate by not acting to the best of its ability to comply with a request for information, Commerce may use an inference that is adverse to the interests of that party in selecting from the facts otherwise available.  Such adverse inference may include any information placed on the record.  In this case, we find that Foremost did not act to the best of its ability to comply with Commerce's requests.  For example, in a supplemental questionnaire, Commerce requested a list of all components within combination kits that Foremost sold to the United States during the POI.[346]  In reporting this information, Foremost had the opportunity to review its records and determine that it had failed to identify certain products as combination kits, but it did not do so.[347]  Foremost had ample opportunity to assess its records, rather than make assumptions, and to determine that many sales were incorrectly reported.

For the final determination, we are applying facts available, with an adverse inference, to Foremost's EP sales of combination kits.  To adjust Foremost's combination kits that were reported as non-combination kits, we are applying the lowest RATIO to calculate an adjusted gross unit price.[348]

In sum, Commerce will continue to accept Foremost's revised calculation worksheet, which corrected for Foremost's labeling error and Foremost's inclusion of subject inputs in its calculation of non-subject inputs.  Commerce is applying facts otherwise available to Foremost's calculations of total inputs to adjust for Foremost's inclusion of overhead and labor expenses when calculating the RATIOs.  Finally, Commerce is applying facts otherwise available, with

---

[344] *See* Foremost's Letter, "Verification Exhibits from FWW Verification," dated November 1, 2019, at VE-12.
[345] *See* Commerce's Letter, "Section C Supplemental Questionnaire," dated August 30, 2019, at 8.
[346] *Id*. at 8.
[347] *See* Foremost's September 17, 2019 supplemental section C questionnaire response (Foremost September 17, 2019 SCQR) at Exhibit SC-22a-A.
[348] *See* Foremost Final Analysis Memorandum for a complete description of our calculation of RATIO for combination kits.

64

adverse inference to Foremost's sales combination kits that could have contained a backsplash as well as Foremost's sales of EP sale combination kits.

## Comment 14:  Exempted Sales

*Petitioner Case Brief*[349]

- Commerce should apply partial AFA to Foremost's sales of custom kitchens and merchandise produced by certain unaffiliated suppliers because the information in Foremost's request to not report these sales was inaccurate and misleading.[350]
- In particular, Foremost's initial section D response references a higher number of custom kitchen projects than Foremost reported in its exemption request.  Foremost later explained that the difference between the figures in the exemption request and questionnaire response was due to the fact that Foremost had produced a higher number of custom kitchens than it sold during the POI.
- During the verification at Foremost Woodwork, Foremost reported that it sold yet another number of custom kitchen projects.  Foremost provided no documentation to support its explanations of the inconsistencies.
- Further, after receiving the exemption, Foremost disclosed that sales of kitchen projects involved a large number of pieces of subject merchandise.  Thus, by citing only projects in its exemption request, Foremost misled Commerce as to the actual magnitude of the exemption.
- With respect to unaffiliated suppliers, Commerce found at verification that Foremost sold several hundred more units of merchandise produced by these companies than the quantity reported in Foremost's exemption request.
- Foremost was required to submit sales data and FOPs for merchandise produced by one unaffiliated supplier but stated that it was unable to compel it to participate.  That Foremost purchased several material inputs from this supplier, in addition to subject merchandise, suggests that Foremost had more ability to induce cooperation than it claimed.
- In the 2018 administrative review of *Stainless Steel Bar from India*, Commerce applied AFA to a respondent because it failed to demonstrate that it lacked the power to induce cooperation from non-responding parties.  Commerce based this decision on the fact that the respondent's communications with the unresponsive entity did not indicate a "robust refusal to do business in the future."[351]
- The application of partial AFA to the missing unaffiliated supplier's FOP data will encourage the cooperation of the unaffiliated supplier and companies in future proceedings.

---

[349] *See* Petitioner January 20 Case Brief at 11-18.

[350] *Id.* at 12 (citing Foremost's Letter, "Notice of Reporting Difficulties and Reporting Exemption Request," dated June 19, 2019 (Foremost's Exemption Request)).

[351] *Id*. at 17 (citing *Stainless Steel Bar from India:  Preliminary Results of Antidumping Duty Administrative Review; 2017-2018*, 84 FR 15582 (April 16, 2019), unchanged in *Stainless Steel Bar from India:  Final Results of Administrative Review of the Antidumping Duty Order; 2017-2018*, 84 FR 56179 (October 21, 2019) (*Stainless Steel Bar from India*), and accompanying IDM).

Filed By: Eliza Siordia, Filed Date: 2/24/20 12:29 PM, Submission Status: Approved

*Foremost Rebuttal Brief*[352]
- Foremost has been clear throughout this proceeding that a project may contain any number of units and that the units that make up a project may not be subject merchandise.
- The error with respect to the number of units produced by the unaffiliated supplier is harmless. The quantity of pieces was still small and the reason for the request remains: Reporting FOPs for subject merchandise sold as part of custom kitchens would unnecessarily burden both Foremost and Commerce.

**Commerce's Position**: We disagree that Commerce was misled by the information in Foremost's exemption request. While the record contains several sales figures related to custom kitchens and products produced by unaffiliated suppliers, the differences are not significant. Further, the facts underlying Commerce's decision to grant these exemptions remain: requiring Foremost to report sales of subject merchandise made as part of custom kitchen projects would have been burdensome – not only in terms of data collection for Foremost, but also in terms of analysis time for Commerce – and this burden would have been heightened by the strict statutory time constraints of this investigation.

In addition, the verified number of pieces of merchandise produced by the exempted unaffiliated supplier is relatively small in comparison to the total number of pieces sold in the United States during the POI. With respect to the other unaffiliated supplier, we continue to find that Foremost made significant efforts to compel that company to provide the necessary information. Thus, the use of AFA is not appropriate for any of the unreported information.

Custom Kitchens

In Foremost's Exemption Request, Foremost described the complexities involved in reporting its sales of subject merchandise made as part of custom kitchen projects.[353] It explained that "each kitchen is a separate project, containing a combination of products that is different from every other kitchen…customized kitchen projects {may contain a} myriad {of} different combinations{.}"[354] In Commerce's response to Foremost's exemption request, with respect to custom kitchens, we noted, "Foremost cites to the burdens of reporting the FOPs of custom kitchens" and then explained that "{f}or the reasons detailed in Foremost's request," and we granted this request.[355]

We note that, throughout the proceeding, Foremost provided more information about its custom kitchens at Commerce's request, including the number of pieces that make up a project, and the fact that the number of custom kitchens produced, sold, and "booked" did not exactly tie to the exemption request.[356] Specifically the quantity sold as reported in Foremost's exemption request

---

[352] *See* Foremost Rebuttal Brief at 8-9.
[353] *See* Foremost's Exemption Request at 2-3.
[354] *Id*. at 3.
[355] *See* Memorandum, "Reporting Exemption Request," dated June 26, 2019.
[356] *See* Foremost's July 22, 2019 sections C and D questionnaire response (Foremost July 22, 2019 CDQR) at 7-8; and Foremost September 24, 2019 SDQR at 5-6; *see also* FGI Verification Report at 8; and Foremost Woodwork Verification Report at 12.

and reviewed at verification differed by under fifty projects, and projects, in general, contain various quantities of subject and non-subject components.[357]

However, the reasons for Commerce's decision to grant the exemption remain and were supported at verification.  At verification, Foremost demonstrated how each custom kitchen project unit in its system "represented an entire custom kitchen project (with an unknown number of cabinets making up each project)."[358]  Foremost explained that the only way to determine the actual quantity of each unit would be to look at individual invoices, and we confirmed this explanation, stating that "FGI's system only reported the quantity of custom kitchen order, and not the number of cabinets each order was comprised of."[359]  Our verification findings support our initial decision to exempt Foremost from reporting subject cabinets sold in custom kitchens, given the complexity of the projects, the short time both Commerce and Foremost had to develop a method for reporting these sales, and the relatively small number of sales that these cabinets represented compared to the total sales in the U.S. sales database.[360]

Unaffiliated Supplier Sales and FOPs

In Foremost's Exemption Request, Foremost also asked that Commerce permit it to not report the sales of subject merchandise produced by several unaffiliated suppliers and the suppliers' corresponding FOPs.  In making this request, Foremost stated, that it "has no ability to compel these unaffiliated suppliers to provide all of the required factors of production or otherwise participate in the Department's proceeding."[361]  In Commerce's response to Foremost's exemption request with respect to unaffiliated suppliers, we noted how Foremost, "cite{d} its inability to coerce suppliers to comply with Commerce's investigation" and then explained that "{f}or the reasons detailed in Foremost's request," and we granted this request.[362]

At verification, Commerce found that, for one of the exempted unaffiliated suppliers of subject merchandise, Foremost had underreported the quantity of merchandise supplied.[363]  While the quantity of subject merchandise produced by this unaffiliated supplier was not correctly provided in the exemption request, the underlying reason for Commerce's decision to exempt these sales and FOPs from reporting remains.  Foremost was exempted from reporting the sales and FOPs for two out of the three of its unaffiliated suppliers because the total quantity of these sales was less than five percent of the U.S. sales database.[364]  The minor discrepancies found at verification with respect to the figures initially reported does not change this reasoning, and the total quantity of sales of merchandise for both unaffiliated suppliers exempted from reporting remains at less than five percent, which we find to be small.

---

[357] *See* Foremost's Exemption Request at 3.
[358] *See* FGI Verification Report at 8.
[359] *Id.*
[360] *See* Foremost September 24, 2019 SDQR at SD-6.
[361] *See* Foremost's Exemption Request at 5.
[362] *See* Memorandum, "Reporting Exemption Request," dated June 26, 2019.
[363] Foremost Woodwork Verification Report at 12.
[364] *See* Foremost's Exemption Request at 5.

In *Pure Magnesium from the Russian Federation*, Commerce stated that it "is not required to examine all sales transactions in the United States.  For this reason, our practice has been to disregard unusual transactions when they represent a small percentage (*i.e.*, typically less than five percent) of a respondent's total sales."[365]  In *Color Television Receivers from China*, Commerce also excluded sales because the represented less than give percent of the respondent's total sales.[366]  In this case, the sales exempted either represent less than five percent of the respondent's total sales, or as discussed above represent unusual transactions.  Despite small variations between the information in Foremost's Exemption Request and our verification findings, these unaffiliated supplier sales represent a small, less than five percent, amount of Foremost's total U.S. sales during the POI.

Commerce did require Foremost to report the sales and FOPs from the unaffiliated supplier who provided the highest quantity of subject merchandise in Foremost's exemption request.[367]  However, Foremost provided documentation to show that it was unable to compel this supplier to provide its FOPs, despite its efforts to do so.  For the *Preliminary Determination*, Commerce examined Foremost's relationship with its uncooperative unaffiliated supplier and noted several facts:  Foremost is a major exporter of subject merchandise from China; the record does not indicate that Foremost is affiliated with this supplier; and the supplier supplied raw material inputs in addition to subject merchandise to Foremost.[368]  These facts remain unchanged for this final determination, and their relevance is explained below.

The Federal Circuit, in *Mueller*, held that Commerce may, under certain circumstances, apply AFA in calculating a cooperative respondent's AD margin where it finds that the respondent could have induced an uncooperative supplier's cooperation.[369]  While the petitioner makes the argument that Foremost had the ability to compel its supplier to provide the information, the record does not support this assertion.  In contrast, the record demonstrates that Foremost attempted to collect and report the information but was prevented by the supplier's refusal to provide it.[370]

In *Canadian Solar*, the CIT held, based on the facts in the administrative review at issue, that the Commerce failed to show that the respondent had the type of long-standing relationship with its suppliers that would give it leverage in the marketplace to compel its suppliers to provide the information requested, in order to justify relying on partial AFA.[371]  With respect to Foremost's relationship with its supplier, the record remains the same since the *Preliminary Determination*.  As discussed in Foremost Prelim Analysis Memo, the communications between Foremost and its

---

[365] *See Notice of Final Determination of Sales at Not Less Than Fair Value:  Pure Magnesium from the Russian Federation,* 66 FR 49347 (September 21, 2001) (*Pure Magnesium from the Russian Federation*), and accompanying IDM at Comment 10.
[366] *See Notice of Final Determination of Sales at Less Than Fair Value and Negative Final Determination of Critical Circumstances:  Certain Color Television Receivers from the People's Republic of China*, 69 FR 20594 (April 16, 2004) (*Color Television Receivers from China*), and accompanying IDM at Comment 27.
[367] *Id.*
[368] *See* Foremost July 22, 2019 CDQR at section D, page 3 and Exhibit D-11.
[369] *See Mueller*, 753 F. 3d at 1233-34.
[370] *See* Foremost September 23, 2019 SDQR at Exhibit SD-4.
[371] *See Canadian Solar International et al. and Shanghai Byd Co. Ltd. et al. v. United States*, 378 F. Supp. 3d 1292, 1320 (CIT 2019) (*Canadian Solar*).

68

supplier showed no evidence that Foremost had any leverage over its supplier.[372]  Commerce continues to find, as it did in the *Preliminary Determination*, that the supplier's responses to Foremost's outreach indicate that Foremost did not have a long-standing relationship with this supplier and that Foremost was unable to induce its supplier's cooperation.[373]

We disagree with the petitioner that the facts in *Stainless Steel Bar from India* are analogous here.  In *Stainless Steel Bar from India*, Commerce found that the documentation provided by the respondent failed to meet Commerce's standard for demonstrating the inability of a company to compel its supplier to provide information.[374]  In that case, the respondent had many years of experience in being a respondent in AD cases, and all of its suppliers for which it was unable to report FOPs for were known exporters of merchandise subject to the order.[375]  Given those circumstances, Commerce found that the respondent understood its responsibilities as an exporter, and as a respondent, to collect costs from its suppliers, and, therefore, the documentation it provided Commerce failed to demonstrate that it had done everything in its power to compel its suppliers to provide those costs.

In contrast, in this investigation, Foremost is a first-time respondent and we find on this record that it has provided sufficient documentation to demonstrate that it acted to the best of its ability to compel its supplier to supply the missing FOPs.[376]  However, we note that Commerce has the same expectations of Foremost for wooden cabinets and vanities from China as it did of the respondent in *Stainless Steel Bar from India*, in that Foremost is now aware of its responsibility to collect the FOPs from all of its suppliers, and respondents in this case have been placed on notice about the importance of reporting FOPs for all of the subject merchandise sold in the United States.

The petitioner also argues that applying partial AFA is a way to discourage non-cooperation on the part of suppliers in the future, and we agree with this premise, as does the law.[377]  While we agree that the application of AFA is a tool used to induce cooperation from respondents and their suppliers, we find that the facts of this record do not support making such a determination in this segment of the proceeding, as discussed above.

Accordingly, because necessary FOP information is not available on the record, we continue to determine that facts available is warranted, pursuant to section 776(a)(1) of the Act, and for the final determination we have continued to use Foremost's reported FOPs for all of Foremost's sales of merchandise produced by its uncooperative supplier.[378]

---

[372] *See* Foremost Prelim Analysis Memo at 4-5.
[373] *See Preliminary Determination* PDM at 21.
[374] *See* Petitioner January 20 Case Brief at 17.
[375] *See Stainless Steel Bar from India* IDM at Comment 2.
[376] *See* Foremost September 24, 2019 SDQR at Exhibit SD-4.
[377] *See* SAA at 870.
[378] *See* Foremost Prelim Analysis Memo for a discussion of the facts available calculation.

Barcode:3946193-01 A-570-106 INV - Investigation  -

**Comment 15:  Early Payment Discounts**

*Petitioner Case and Rebuttal Briefs*[379]
- Foremost did not report an early payment discount granted to a customer during the POI for the sale of subject merchandise.  Foremost conceded that it could not determine whether this was a customer-specific issue, and that it could not identify on which transactions it may have incurred early payment discounts.  It is not possible for Commerce to confirm which sales had early payment discounts incorrectly reported.
- Foremost stated that even customers who did not qualify for early payment discounts could have taken one.
- The solution offered by Foremost (*see* below) is inadequate.  Foremost's suggestion would not even include one of the transactions Commerce found as an example of Foremost's early payment omission, *i.e.*, at verification, Commerce identified a customer with missing early payment discounts, but this customer was not in Foremost's proposed universe of customers that may have taken this discount.
- Foremost admits that there may be an undefined number of additional unreported early payment discounts.
- Commerce should apply an early payment discount to all sales where one was not reported.

*Foremost Case and Rebuttal Briefs*[380]
- Foremost did not have a mechanism in place to track certain early payment discounts on a transaction-specific basis, and therefore, it overlooked reporting early payment discounts taken when they were not earned.
- In the U.S. sales database, Foremost identified customers who had qualified for discounts and reported early payment discount by customer.  Commerce confirmed that Foremost correctly reported early payment discounts for the three customers reported with this discount in the U.S. sales database.
- Commerce did not identify early payment discounts for customers who were not offered such discounts.  Commerce should apply the percentage reported under PAYTERMU (*i.e.* two percent of GRSUPRU for a sale reported with "2% 15 days") for the customers with payment terms that contain early payment incentives.
- There is no gap in the record that Commerce would need to fill with AFA.  The complete universe of customers that may have taken unauthorized discounts is in the U.S. sales database (*i.e.*, CEP customers of inventory merchandise where PAYTERMU contains a percentage of a discount).
- Foremost provided programming language and its suggestion is conservative.

**Commerce's Position**:  We find that Foremost failed to report all early payment discounts as Commerce requested, and we find that this error warrants the application of facts otherwise available, with an adverse inference, to all sales with early payment incentives where no early

---

[379] *See* Petitioner January 20 Case Brief at 19-20; and Petitioner January 27 Rebuttal Brief at 15-18.
[380] *See* Foremost Case Brief at 7-9; and Foremost Rebuttal Brief at 9-11.

Filed By: Eliza Siordia, Filed Date: 2/24/20 12:29 PM, Submission Status: Approved

payment discount was reported (and where Commerce did not verify that early payment discounts were not granted).

In Foremost's July 22, 2019 CDQR, Foremost asserted that it "did not grant any early payment discounts in the U.S. market during the POI."[381]  In Foremost's September 17, 2019 SCQR, Foremost stated that it had "reviewed its records and made an error with respect to sales to {certain customers}."[382]  As such, Foremost revised its U.S. sales database to report early payment discounts for these specific customers.

At verification, we found that Foremost had failed to report early payment discounts for certain sales.[383]  Foremost explained that it reported early payment discounts by reviewing its records for customers that had qualified for an early payment discount (including those that had qualified but had not taken one).  Foremost admitted, though, that it had not checked its records for customers who had taken an early payment discount, despite not qualifying for it.  As a result, Foremost acknowledged that it had not reported all early payment discounts taken during the POI, and that it had no method of determining which customers and sales in the U.S. sales database this impacted.

Foremost states that Commerce "may use facts otherwise available only 'to fill gaps when Commerce must rely on other sources of information to complete the factual record.'"[384]  Foremost then asserts that there is no gap in the record with respect to the early payments taken during the POI.  We disagree with the claim that there is no gap for Commerce to fill in ensuring we accurately account for Foremost's early payment discounts.  As Commerce noted its verification report, "FGI stated that it could not determine whether this {early payment issue} was a customer specific issue, and that it could not identify which transactions may have incurred early payment discounts that had not been reported in the U.S. sales database."[385]  Therefore, it is not possible for Commerce to specifically identify the sales impacted by this reporting error.  Moreover, while Foremost attempted to fill this gap with its suggestion,[386] this suggestion fails to remedy all sales where Foremost may not have reported an early discount, as evidenced by the fact that its list did not include the sales Commerce found at verification with this issue.  Additionally, as discussed below, we disagree with Foremost's assertion that its early payment discount reporting failure does not amount to the situation set forth by section 776(b) of the Act.[387]

---

[381] *See* Foremost July 22, 2019 CDQR, section C, at 23-24.

[382] *See* Foremost September 17, 2019 SCQR at 16.

[383] *See* FGI Verification Report at 10.

[384] *See* Foremost Rebuttal Brief at 10 (quoting *Zhejiang DunAn Heitan Metal Co. v. United States*, 652 F. 3d 1333, 1346 (Fed. Cir. 2011).

[385] *See* FGI Verification Report at 10.

[386] *See* Foremost Case Brief at 8 (Foremost provided a list of customers and payment terms and stated, "the following customers represents the universe of customers that may have taken unauthorized early payment discounts.").

[387] *See* Foremost Rebuttal Brief at 10 (citing *JSW Steel Ltd. v. United States*, No. 16-00165, slip op. at 5 (CIT May 9, 2018).

71

In *CORE from Italy*, Commerce applied partial AFA because Commerce discovered at verification that the respondent failed to report complete information regarding its sales, as requested by Commerce in its questionnaire responses, and this information was not discovered until verification.[388]  Similarly, we find that Foremost did not report the complete information regarding its early payment discounts and Commerce only found this information as a result of selecting certain sales for examination at verification.  Foremost failed to report all early payment discounts in its questionnaire responses,[389] and they were discovered by Commerce during verification, as described in the verification report.[390]  At verification, Foremost acknowledged that it had failed to review all of its U.S. sales for early payment discounts, and as a result it did not identify all sales where an early payment discount was taken.[391]  Accordingly, for the final determination, we are applying facts available, with an adverse inference, to Foremost's sales where the customer had payment terms with an early payment incentive, but no reported early payment discount.  Therefore, pursuant to section 776(a)(2)(B) and (C) of the Act, we are applying facts available to Foremost's sales reported without early payment discounts.

Under such circumstances, the Federal Circuit has upheld Commerce's ability to make an adverse inference in selecting from the facts available, stating that Commerce:

> assumes that importers are familiar with the rules and regulations that apply to the import activities and requires that importers, to avoid a risk of an adverse inference determination in responding to Commerce's inquiries:  (a) take reasonable steps to keep and maintain full and complete records documenting the information that a reasonable importer should anticipate being called upon to produce; …(b) have familiarity with all of the records it maintains in its possession, custody, or control; and (c) conduct prompt, careful, and comprehensive investigations of all relevant records{.} [392]

Accordingly, pursuant to section 776(b) of the Act, we are applying facts available with an adverse inference, because Foremost did not act to the best of its ability when reporting its early payment discounts.  As the petitioner correctly notes and Commerce addressed above, Foremost provides a methodology to adjust for this reporting failure, which identifies sales by customer and then by payment terms,[393] but this methodology does not account for all sales reported in the U.S. sales database with a payment incentive.[394]  As such, we will not use the methodology proposed by Foremost, and instead, for the final determination, for all sales unexamined at verification where Foremost did not report an early payment discount and where Foremost's payment terms with that customer included a payment incentive, we will apply the highest early payment discount Foremost granted that is on the record.

---

[388] *See Certain Corrosion-Resistant Steel Products from Italy:  Final Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances*, in Part, 81 FR 35320 (June 2, 2016) (*CORE from Italy*), and accompanying IDM at Comment 3

[389] *See* Foremost July 22, 2019 CDQR, section C, at 23-24; and Foremost September 17, 2019 SCQR at 16.

[390] *See* FGI Verification Report at 10.

[391]*Id.*

[392] *See Nippon Steel*, 337 F. 3d at 1382.

[393] *See* Petitioner January 27 Rebuttal Brief at 17.

[394] *See* Foremost Case Brief at 8.

**Comment 16:  Section 301 Duties**

*Petitioner Case and Rebuttal Briefs*[395]
- The methodology employed by Foremost results in its reporting section 301 duties on none of its inventory sales in its U.S. sales database.  Foremost has not provided support for its assertion that it did not incur section 301 duties on the majority of its CEP inventory sales.
- Commerce found evidence of subject merchandise sold out of inventory on which FGI incurred section 301 duties, and, therefore, Commerce's findings raise questions as to whether reporting section 301 duties using an estimated entry date for CEP (that uses average inventory days) is accurate and reasonable.  It is improper to estimate what duties were incurred on a product based on inventory turnover calculations.
- Commerce should take the total amount of section 301 duties paid by Foremost during the POI and allocate that amount across all U.S. inventory sales.
- Foremost's reporting was inaccurate, regardless of whether the inaccuracy was intentional.

*Foremost Case and Rebuttal Briefs*[396]
- Section 301 duties were imposed for the first time on September 21, 2018; therefore, it was impossible for Foremost to incur these duties on any sale that occurred prior to September 21, 2018.  Foremost did not incur section 301 duties on the vast majority of its CEP inventory sales.
- Commerce found a single unit sold in late December 2018 on which Foremost incurred section 301 duties.  This does not detract from the reasonableness of Foremost's reporting methodology; Commerce verified that inventory products remain there for a period of time.
- If Commerce needs to adjust CEP inventory sales to account for section 301 duties, it should only do so for sales that occurred on or after the date the unit Commerce found at verification was sold.
- The petitioner's suggestion is equivalent to partial AFA.

**Commerce's Position**:  For the final determination, we are changing our calculation of Foremost's section 301 duties for CEP inventory sales.[397]  CBP began collecting section 301 duties on September 24, 2018, during the POI.[398]  Foremost explained that it does not track the entry dates of its inventory sales, and, as a consequence, it was unable to report section 301 duties on a transaction-specific basis.  However, because Foremost's average inventory carrying

---

[395] *See* Petitioner January 20 Case Brief at 21-22; and Petitioner January 27 Rebuttal Brief at 22-24.
[396] *See* Foremost Case Brief at 12-13; and Foremost Rebuttal Brief at 11-12.
[397] *See* Foremost July 22, 2019 CDQR, section C, at 34.
[398] *See Notice of Modification in Section 301 Action:  China Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation*, 83 FR 47974 (September 21, 2018) (effective as of September 24, 2018).

Filed By: Eliza Siordia, Filed Date: 2/24/20 12:29 PM, Submission Status: Approved

period was 131 days,[399]  Foremost concluded that it had no CEP inventory sales with section 301 duties.[400]

At verification at FGI, we confirmed the accuracy of Foremost's reported average inventory carrying days and that entry date cannot be tracked in FGI's accounting system.[401]  However, we also noted that FGI booked a sale toward the end of the POI on which it incurred these duties. Therefore, we find that Foremost's methodology did not completely capture all section 301 duties on FGI's reported U.S. sales.  To account for this potential underreporting, for the final determination, we are changing the amount of section 301 duties calculated for Foremost's CEP inventory sales, from zero to ten percent of entered value, when the date of sale is equal to, or after, the "booking" date of the inventory sale with section 301 duties found at verification.[402]

We disagree with the petitioner that it is appropriate to allocate all section 301 duties that FGI incurred during the POI to the reported sales.  Foremost could not have incurred section 301 duties prior to September 21, 2018 (the date the duties were imposed), and, therefore, calculating section 301 duties for sales with sale dates prior to September 21, 2018, is not warranted. Additionally, we verified Foremost's inventory carrying days and confirmed that, on average, Foremost's merchandise was in inventory for more than four months prior to sale.  Therefore, the section 301 duties that FGI paid during the POI should apply overwhelmingly to sales made from inventory after the POI.  As a result, we find using the earliest date on the record where Foremost incurred these duties is reasonable, for purposes of adjusting CEP under section 772(c)(2)(A) of the Act.

**Comment 17:  Foremost's U.S. Inland Freight Charges from the Port to the Warehouse**

*Petitioner Case and Rebuttal Briefs*[403]
- At verification, Commerce determined that Foremost did not include U.S. inland freight, from port to warehouse, in its U.S. sales database for its CEP inventory sales.
- Although Foremost claimed that it had intended to include this expense in its calculation of international freight, it did not do so.
- Commerce did not verify the U.S. inland freight that Foremost included in its exhibit.
- Commerce should account for these freight expenses by applying the highest inland freight reported and applying it to all inventory sales, instead of relying on unverified information.
- Alternatively, Commerce should use the ratio calculated that combined international freight and inland freight for Foremost's delivered, duty paid (DDP) sales for calculating a new freight expense for Foremost's CEP inventory sales.

---

[399] *Id*. at 33-34.
[400] *Id*. at 34.
[401] *Id*. at 12-13.
[402] We note that the SALEDATU is different from the date in which the sale was booked in Foremost's electronic records system (ERP).  For this change, we are using the booking date in Foremost's ERP because this was the date the sale was entered into Foremost's system and recorded as having incurred this expense.
[403] *See* Petitioner January 20 Case Brief at 24; and Petitioner January 27 Rebuttal Brief at 20-21.

*Foremost Case and Rebuttal Briefs*[404]

- Foremost prepared separate worksheets to calculate and report international freight expense ratios for CEP DDP and CEP inventory sales. These worksheets were structured identically and include both international freight expenses and movement expenses associated with moving products from the U.S. port to the U.S. warehouse.
- In the CEP worksheet, Foremost inadvertently referenced only the international freight costs in the international freight formula. As a result, Foremost omitted port to warehouse freight expenses for CEP inventory sales from its U.S. sales listing.
- Commerce has the information necessary to calculate the relevant freight amount. Specifically, Commerce can adjust international freight (INTNFRU) or calculate a new inland freight variable (INLFPWU) by applying a ratio calculated by dividing the total amount of the inadvertently-omitted expense by the total value of Kitchen and Bath Division sales.

**Commerce's Position**: For the final determination, because Foremost failed to cooperate to the best of its ability with respect to these expenses, we are basing the amount of the expenses for all of Foremost's CEP inventory sales on AFA.

In Foremost's questionnaire response, Foremost stated that "international freight fees include delivery to Foremost's U.S. warehouse."[405]  Along with its narrative response, Foremost provided two worksheets to demonstrate its calculation of international freight expenses, one for sales made out of inventory, and the other for Foremost's DDP sales, or in other words, sales where Foremost was responsible for freight expenses, but the merchandise did not go through inventory.[406]  Despite Foremost's assertion that it "structured the two worksheets identically,"[407] in Foremost's worksheet for DDP sales, Foremost calculated INTNFRU so that it included both ocean and inland freight; however, in Foremost's worksheet of inventory sales, it reported freight in two separate fields:  "Ocean Freight" and "Inland Freight," where the former represents the amount Foremost reported as INTNFRU, and the latter field is not incorporated into the U.S sales listing.  Foremost never explained why it provided "Inland Freight" as a separate amount in its worksheet instead of including the amount in INTNFRU (as it had clearly stated in its narrative).

At verification, Commerce was reviewing Foremost's method for determining its vendors for completeness when it requested that Foremost discuss the transactions booked under a particular freight vendor.  During this exercise, Commerce learned that Foremost booked payments to this company for port to warehouse inland freight (INLFPWU) for inventory sales,[408] which directly contradicted its prior claim that it incurred these expenses as part of international freight.  The verification report discussed this finding as follows:

> During completeness test #1, we noted that FGI had paid for freight services to move merchandise from Chicago to its warehouse in Indiana.  We asked FGI officials whether

---

[404] *See* Foremost Case Brief at 9-11; and Foremost Rebuttal Brief at 13.
[405] *See* Foremost July 22, 2019 CDQR, section C, at 31.
[406] *Id*. at Exhibits C-20.1(A) and (B).
[407] *See* Foremost Case Brief at 10.
[408] *See* FGI Verification Report at 8-9.

subject merchandise was ever shipped using {this company}, to which they said yes, but that it is hard for them to identify which specific sales because the merchandise is tracked by container, which makes it harder to track in its system.

In reviewing the record and freight documentation provided, FGI concluded that its U.S. sales database did not include inland freight from the port to the warehouse for its inventory sales, but that it had intended to include the expense in its calculation of international freight.  FGI pointed to Exhibit C-20.1 of its section C questionnaire response, dated July 22, 2019 (CQR), where it provided the inland freight expense for each purchase order, but explained that it accidentally did not end up including it in its calculations of international freight.  We did not verify the U.S. inland freight reported at Exhibit C-20.1.[409]

Foremost did not reference the freight exhibit when discussing U.S. inland freight expenses in the narrative portion of its response and the information Foremost pointed to was buried in this exhibit attached to its response.  Because Commerce was unaware, prior to verification, that Foremost included data related to these expenses in an exhibit, we were faced with the choice of reviewing them for the first time at verification or deciding not to examine them further.  Ultimately, Commerce decided not to verify this information because we found that Foremost had not provided sufficient notification to Commerce regarding the U.S. inland freight expenses for its CEP inventory sales.  Prior to verification, as mentioned above, Foremost specifically stated its CEP inventory sales' "international freight fees include delivery to Foremost's U.S. warehouse."[410]  Accordingly, Commerce accepted Foremost's narrative response at face value.

In similar situations, Commerce has acted similarly.  For example, in *HFCs from China*, the respondent buried information material to Commerce's analysis in exhibits attached to a response and Commerce was unaware, until verification, that a problem existed.[411]  In its final determination, Commerce found that the mere fact that the information existed on the record was insufficient notification to Commerce about the specifics of the problem.[412]  Similarly, at verification, Commerce discovered for the first time that, for its CEP inventory sales, Foremost had not reported international freight expenses inclusive of U.S. inland freight to the warehouse.  Consistent with Commerce's practice in *HFCs from China*, and because Foremost provided affirmative statements to the contrary, we find this exhibit to provide insufficient notification to Commerce that Foremost separately incurred the U.S inland freight expenses in question.

Section 776(a)(2)(B) of the Act states that if an interested party fails to provide information in the manner requested, Commerce may use facts otherwise available in reaching its determination.  Further, section 776(a)(2)(C) states that Commerce may also resort to facts available if an interested party significantly impedes a proceeding.  In this case, Commerce requested that Foremost report all inland freight expenses in its U.S. sales database, but it did

---

[409] *Id.* at 11-12.
[410] *See* Foremost July 22, 2019 CDQR, section C, at 31.
[411] *See Hydrofluorocarbon Blends and Components Thereof from the People's Republic of China:  Final Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances*, 81 FR 42314 (June 29, 2016) (*HFCs from China*), and accompanying IDM at Comment 13.
[412] *Id.*

76

not, despite its assertions to the contrary.  Moreover, section 782(d) of the Act states that if Commerce "determines that a response to a request for information under this title does not comply with the request {Commerce} shall promptly inform the person submitting the response of the nature of the deficiency and shall, to the extent practicable, provide that person with an opportunity to remedy or explain the deficiency…"  In this case, as Commerce found in *HFCs from China*,[413] because we were unaware that a problem existed prior to verification, we find that we were not obligated under section 782(d) of the Act to notify Foremost of this issue prior to our final determination. [414]

Foremost's narrative response was incorrect and misleading because Foremost unequivocally stated in its section C questionnaire response that its international freight fees for CEP inventory sales included delivery to the U.S. warehouse.  In other words, that Foremost used a different vendor for its port to warehouse freight, was completely new information found at verification, and that Foremost's reported INTNFRU for its CEP inventory sales did not include inland delivery to the port was also new information discovered at verification.  As a result of Foremost's characterization of these expenses, Commerce was unable to analyze the information pertaining to INLFPWU prior to verification, and it also did not calculate an accurate preliminary dumping margin.

The Federal Circuit held in *Nippon Steel* that "the best of its ability" requires the respondent to do the maximum it is able to do[415] and clarified that adverse inferences should be applied when "under circumstances {when} …it is reasonable for Commerce to expect that more forthcoming responses should have been made."  The Federal Circuit also discusses intent with respect to the application of adverse inference:  "the statute does not contain an intent element.  'Inadequate inquiries' may suffice."[416]  Though Foremost stated that its omission was inadvertent, it made factually incorrect statements, which it failed to correct until Commerce discovered contradictory information at verification.

Accordingly, pursuant to section 776(b) of the Act, we find that Foremost failed to act to the best of its ability because Foremost failed to include inland freight from port to warehouse expenses for inventory sales in its U.S. sales database, and we are applying facts available, with adverse inference, to all U.S. inventory sales.  For the final determination, we are applying the highest ratio, on the record, of Foremost's reported CEP inventory freight expense to inventory value to calculate a new INLFPWU variable.  The only other U.S. inland freight expense information on the record is from the port to the customer for direct CEP and EP sales, and we find that using this information would not be reasonable or an accurate replacement for inland freight from the port to warehouse.

---

[413] *Id*.
[414] *See Certain Hot-Rolled Carbon Steel Flat Products from Thailand:  Final Results of Antidumping Duty Administrative Review and Partial Rescission of Antidumping Duty Administrative Review*, 73 FR 33396 (June 12, 2008), and accompanying IDM at Comment 1.
[415] *See Nippon Steel*, 337 F. 3d at 1382.
[416] *Id*. at 1383.

**Comment 18:  Foremost's U.S. Inland Freight Charges to the Customer**

*Petitioner Case and Rebuttal Briefs*[417]
- Foremost's method of calculating the distance component of this freight expense resulted in distorted freight expenses because Foremost used the same distance for sales shipped to Maine, Florida, and New York.

*Foremost Case and Rebuttal Briefs*[418]
- Commerce's verification report suggests that Foremost's methodology for determining distance when reporting inland freight expenses, from the warehouse to the customer (INLFWCU), was distortive.  However, freight rates are impacted by a number of various factors, so given the circumstances, Foremost's methodology was accurate and reasonable.
- Commerce tested the accuracy of Foremost's reporting and did not find any errors.

**Commerce's Position**:  For the final determination we find that Foremost's methodology for reporting INLFWCU is reasonable, and as such, are not making a change to this expense for our final determination.  In particular, while the method Foremost used is not necessarily exact, there is no record information to suggest that Foremost's methodology is clearly distortive.  Specifically, while the methodology for calculating the distances Foremost used in its calculation of INLFWCU potentially results in disparate locations with the same delivery costs per kilogram, the record does not provide any insight into whether this calculation is distortive, nor does any party point to an example of how this distance calculation distorts Foremost's calculation of inland freight.  Further, Foremost computed this expense in response to a request from Commerce, and we did not require Foremost to adjust this expense.[419]

We recognize the petitioner's concerns with respect to this methodology, and we agree that it requires further consideration.  However, we disagree that the information is unusable in this segment of the proceeding or that any of the conditions for facts available (much less AFA) have been met here.  As discussed above, Commerce requested that Foremost "recalculate {its} movement expenses so that they are based on weight of the transaction {and}…so that distance is considered."  Foremost timely responded to Commerce's request in the form and manner requested, and Commerce verified that information.  Further, Foremost's actions did not impede this investigation.  Additionally, while it is true that Foremost's inland freight expense calculation incorporates the same distance for cities geographically far apart, the record does not indicate that the results of this calculation are unrepresentative of Foremost's actual freight expense.  Accordingly, we are not making any changes for the final determination with respect to INLFWCU, but we will carefully review this methodology in an administrative review, should

---

[417] *See* Petitioner January 27 Rebuttal Brief at 18-20.
[418] *See* Foremost Case Brief at 9-10.
[419] *See* Foremost September 17, 2019 SCQR at 30 (citing Commerce's instruction, which stated:
   Please recalculate your movement expenses so that they are based on weight of the transaction.
   Please also revise your INLFWCU expense so that distance is considered or explain why distance
   is not relevant to the actual inland freight expense you incurred during the POI).

Filed By: Eliza Siordia, Filed Date: 2/24/20 12:29 PM, Submission Status: Approved

Commerce issue an AD order in this proceeding, and should such a review be requested of Foremost.

## Comment 19:  FGI's Acquisition Cost

*Foremost Case Brief*[420]
- Commerce should calculate FGI's acquisition costs where it is not reported, or where it needs to be revised, by adding Foremost Worldwide's standard markup to its acquisition price, so that it can recalculate entered value where necessary.

*Petitioner Rebuttal Brief*[421]
- Commerce should use the formula provided by Foremost to calculate FGI's acquisition costs as necessary.

**Commerce's Position**:  We agree that Commerce should recalculate FGI's acquisition costs (which are used to derive Foremost's entered values), where possible.[422]  Accordingly, for the final determination we are recalculating FGI's acquisition cost to equal Foremost Worldwide's purchase price plus Foremost Worldwide's standard mark up.

We note that both Foremost and the petitioner proposed a formula where Commerce would calculate FGI's acquisition price by adding Foremost Worldwide's standard markup to it.[423] However, we find this calculation mathematically infeasible, considering that Foremost did not report FGIACQU for all applicable sales.[424]  Accordingly, we are determining these costs using the methodology above instead.[425]

## Comment 20:  Labor Hours

*Foremost Case Brief*[426]
- In response to a supplemental questionnaire, Foremost updated its calculation of its direct labor hours, but inadvertently did not incorporate the update into its FOP database.
- This error was minor and resulted in Foremost overstating the direct labor hours. Commerce can reasonably disregard this discrepancy.
- If Commerce chooses to make an adjustment for this error, Commerce can use information on the record to reduce Foremost's reported labor hours.

---

[420] *See* Foremost Rebuttal Brief at 11-12.
[421] *See* Petitioner January 27 Rebuttal Brief at 21-22.
[422] *See* FGI Verification Report at 3; *see also* Foremost's Letter, "Minor Corrections Presented at Foremost's CEP Sales Verification," dated December 18, 2019 (FGI Minor Corrections) at 2.
[423] *See* Foremost Case Brief at 11.
[424] *Id*.
[425] *See* Foremost Final Analysis Memorandum.
[426] *See* Foremost Case Brief at 13-14.

Filed By: Eliza Siordia, Filed Date: 2/24/20 12:29 PM, Submission Status: Approved

*Petitioner Rebuttal Brief*[427]
- The petitioner agrees that Foremost's error was minor and that Foremost's reported labor data do not need to be adjusted.

**Commerce's Position:**  At verification, Commerce learned that Foremost corrected its direct labor hours in response to a supplemental questionnaire but did not update its reported FOPs.[428] We agree with both the petitioner and Foremost that this error was minor and, consistent with section 777A(a)(2) of the Act, we are not making any changes to Foremost's direct labor FOP for the final determination.

**Comment 21:   Calculation and Programing Revisions**

*Foremost Case and Rebuttal Briefs*[429]
- Commerce should make the minor corrections presented at verification.[430]
- Commerce should disregard one unreported U.S. sale because the error is so minor.  If Commerce does incorporate this sale into the analysis, Commerce should apply the average margin it calculates for other transactions.
- Commerce should calculate VATTAX using entered value and not gross unit price.
- Commerce should adjust the following variables to remove the portion of the value/expenses attributable to non-subject inputs from its calculations:  ENTVALU (and then Commerce should recalculate USDUTYU), BANKCHARU, DIRSELU, COMMU, EARLYPYU, and OTHDIS4U.
- Commerce should convert the glass SV to the units reported in Foremost's FOP file, *i.e.*, from kg/unit to M$^2$/Unit.
- Commerce should reject the petitioner's suggestion (*see* below) that an unreported quality claim referenced in Commerce's verification report should be allocated across all of one customer's sales.  Commerce found no issues with this claim at verification.

*Petitioner Case and Rebuttal Briefs*[431]
- Commerce should make the minor corrections submitted by Foremost at verification.[432]
- Foremost failed to report one sale of subject merchandise because it was sold to a "sales rep."  Commerce should add this sale to Foremost's U.S. sales database and use the average sales adjustments from other U.S. sales.  Alternatively, Commerce should apply AFA to this one sale to be consistent with Commerce's practice.[433]

---

[427] *See* Petitioner January 27 Rebuttal Brief at 24-25.
[428] *See* Foremost September 24, 2019 SDQR at Exhibit SD-27c; *see also* Foremost Woodwork Verification Report at 22.
[429] *See* Foremost Case Brief at 7 and 14-17.
[430] *See* Foremost Case Brief at 12 (citing Foremost Woodwork Verification Report at 2-3; Foremost Worldwide Verification Report at 3; and FGI Verification Report at 2-3)).
[431] *See* Petitioner January 20 Case Brief at 23-24; and Petitioner January 27 Rebuttal Brief at 15.
[432] *See* Petitioner January 20 Case Brief at 23 (citing FGI Minor Corrections; Foremost Woodwork Minor Corrections; and Foremost Worldwide Minor Corrections).
[433] *See* Petitioner January 27 Rebuttal Brief at 15 (citing *Certain New Pneumatic Off-the-Road Tires from the People's Republic of China:  Final Results of Antidumping Duty Administrative Review; 2012-2013*, 80 FR 2019 (April 15, 2015), and accompanying IDM at Comment 5; and *Final Determination of Sales at Less Than Fair*

Filed By: Eliza Siordia, Filed Date: 2/24/20 12:29 PM, Submission Status: Approved

- Commerce only relied on Foremost Worldwide's short-term interest rate in the *Preliminary Determination*, but for the final determination, Commerce should use FGI's short-term interest rate.
- Foremost was unable to provide documentation to support its claim that it reduced the payment for one transaction to compensate for a quality issue related to a non-subject sale. Commerce should allocate this payment reduction across all of this customer's sales as a warranty expense.

**Commerce's Position**: For the final determination, we have made the corrections presented at the start of Foremost's verifications. We are also changing certain parts of the calculation for Foremost's U.S. price. We are removing the portion of the value/expenses related to non-subject inputs when sales are combination kits for the following variables: ENTVALU, BANKCHARU, DIRSELU, COMMU, EARLYPYU, and OTHDIS4U, and we are revising our calculation of VATTAX to base it on a percentage of ENTVALU, and not of gross unit price. We have used the revised ENTVALU to calculate both VATTAX and USDUTYU.[434]

With respect to calculating NV, Foremost notified Commerce that the correct conversion for its glass FOPs was from kg to $M^2$, but Commerce inadvertently did not convert these FOPs.[435] Accordingly, for the final determination we are converting Foremost's glass FOPs (HW3MMGLS, HW5MMGSL, HW8MMGLS) from kg/unit to $M^2$/unit.

With respect to the short-term interest rate used in calculating CREDITU, we are revising our calculation to use FGI's short-term interest rate for CEP sales, in accordance with our practice to use the U.S. interest rate as outlined in Policy Bulletin 98.2.[436] It is Commerce's practice to calculate the U.S. credit expense using a short-term interest rate tied to the currency in which the sales are denominated and this interest rate should be based on the respondent's weighted-average short-term borrowing experience in the currency of the transaction. Additionally, Policy Bulletin 98.2 states, "{t}he short-term borrowing rate realized by the respondent in the relevant currency is the best measure of the time value of money and the cost incurred by the respondent in extending credit to its customers."[437] With respect to Foremost's CEP sales, FGI is the company incurring the cost by extending credit to its customers, as it is the U.S. affiliate making these sales. Accordingly, because it is Commerce's practice to calculate credit expenses using a short-term interest rate tied to the currency in which the sales are denominated and to use the interest rate incurred by the respondent in extending credit to its customers, Commerce is

---

*Value: Silica Bricks and Shapes from the People's Republic of China*, 78 FR 70918 (November 27, 2013), and accompanying IDM at Comment 7).

[434] *See* Foremost Final Analysis Memorandum for a detailed description of the changes made for the final determination.

[435] *See* Foremost September 24, 2019 SDQR at 27.

[436] *See* Import Administration Bulletin 98.2: Imputed Credit Expenses and Interest Rate (February 23, 1998) (Policy Bulletin 98.2); *see also Certain Tapered Roller Bearings from the Republic of Korea: Final Determination of Sales at Less Than Fair Value*, 83 FR 29092 (June 22, 2018), and accompanying IDM at Comment 19.

[437] *See* Policy Bulletin 98.2.

revising its calculation of CREDITU for all CEP sales to use FGI's short-term interest rate, consistent with its practice.[438]

We are not making any adjustments with respect to the petitioner's suggestion for the sale Commerce examined at verification with a quality claim. We find that Foremost provided all of the information requested by Commerce, and the record does not contradict Foremost's assertion that its adjustment was for a sale of non-subject merchandise. [439]

In accordance with section 776(a)(2)(A) of the Act, we are applying facts otherwise available to Foremost's one unreported sale because it withheld information requested by Commerce. Specifically, we found at verification that Foremost had made one U.S. sale to a "sales rep," but Foremost chose not to report it.[440]  Foremost was not able to explain why it did not report this sale.  Moreover, pursuant to section 776(b)(1) of the Act, we find that Foremost failed to cooperate to the best of its ability in reporting this sale, because it simply chose not to report it.[441] Accordingly, we are applying facts available, with adverse inference, to Foremost's sale of subject merchandise at issue.  Although Foremost had the necessary information in its possession, it failed to report this sale in its U.S. sales database, and it provided no reasonable explanation as to why it chose to not report this sale.  Therefore, for the final determination, we are basing the dumping margin for this sale on the highest non-aberrational margin computed for any reported U.S. transaction.

## Comment 22:  Total AFA for Meisen

*Meisen Case Brief*[442]
- In the *Preliminary Determination*, Commerce accurately noted that Meisen only reported consumption of birch in its production and Commerce confirmed that point in a supplemental response.  There was no evidence on the record that Meisen ever produced or sold maple products.
- Because Commerce's conclusion in the *Preliminary Determination* that Meisen failed to provide complete and accurate information about its production process and FOPs was based only on marketing materials, that finding lacked any connection to the record.
- Instead of proceeding to verification in order to test the accuracy of Meisen's statements, Commerce issued two supplemental questionnaires.  In its responses, Meisen reiterated that its FOPs had been reported correctly and provided detailed documentation and other data to support its claims.

---

[438] *See Certain Orange Juice from Brazil:  Final Results of Antidumping Duty Administrative Review and Notice of Intent Not to Revoke Antidumping Duty Order in Part*, 74 FR 40167 (August 11, 2009), and accompanying IDM at Comment 12 (stating that "we find that {the U.S. affiliate's} borrowings more closely measure the opportunity cost associated with extending credit to CNA's U.S. customers").
[439] *See* Foremost Worldwide Verification Report at 13.
[440] *See* FGI Verification Report at 7; *see also* FGI Verification Exhibits at VE-6.
[441] *See Nippon Steel*, 337 F. 3d at 1382 (explaining that "the best of its ability" standard in section 776(b) of the Act "does not condone inattentiveness, carelessness, or inadequate record keeping").
[442] *See* Meisen's Case Brief, "Wooden Cabinets and Vanities from the People's Republic of China:  Case Brief," dated January 9, 2020 (Meisen Case Brief).

- When Commerce cancelled verification in its December 27 Letter, it noted a difference between the marketing materials and the record information establishing the use of only birch as inputs and the absence of maple but did not identify any inaccurate statement by Meisen regarding its FOPs or misrepresentation regarding its reported sales.[443]
- Although verification is the part of the investigation process in which any continuing concerns are to be addressed, the December 27 Letter offered no explanation why cancelling verification was the appropriate response to any concerns Commerce continued to have.
- Meisen has consistently reported that it does not use any wood input other than birch and that it does not sell merchandise to the United States using any other input.
- Commerce faults Meisen for not immediately responding to the petitioner's pre-preliminary comments but neglects to consider that Meisen already reported that it did not use any other inputs. The claim that Meisen failed to reply to the petitioner's comments is not a valid basis for resorting to AFA, and it is tantamount to delegating Commerce's fact-finding authority to the petitioner.
- Commerce's claim that it expended considerable time and resources to issue multiple questionnaires and review thousands of pages of documentation is ironic given that it was Commerce, not Meisen, that chose to delay verification and issue supplemental questionnaires. Commerce cannot complain on one hand that it had too little information on the maple-birch issue, then complain that it had too much information, while also refusing to verify the information.
- The regulations are unambiguous that, in the investigation phase of a case, verifications will be conducted. To the extent that Commerce is not certain whether information is accurate, the verification process becomes more important, not less.
- In the parallel CVD investigation, Meisen was assigned a calculated rate, not a rate based on AFA, and Commerce conducted a verification. Because the information received in that parallel case is relevant to the usage of birch or maple, and the use of AFA, Commerce should place the full verification outline and report on the record of this investigation and allow parties to comment.
- None of the statutory provisions for application of AFA applies to Meisen; it has met the deadlines set by Commerce and there is ample information on the record showing that Meisen did not use anything other than birch to produce the products sold, it answered every supplemental request fully and completely, and because Commerce decided to cancel verification there has been no failure of Meisen to verify its information.[444]
- Commerce must calculate a dumping margin for Meisen based on information it submitted and must treat all such information as if it had been verified.

*Petitioner Rebuttal Brief*[445]
- Commerce's decision to cancel verification and apply total AFA is supported by the record and consistent with its regulations and established practice.

---

[443] *Id.* at 5 (citing Commerce's Letter, "Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Verification," dated December 27, 2019 (December 27 Letter)).

[444] Although Meisen referred to AFA in making this argument, we understand that Meisen is referencing section 776(a)(2) of the Act.

[445] *See* Petitioner's Meisen Rebuttal Brief, "Rebuttal Brief Regarding Meisen-Specific Issues," dated January 14, 2020, at 3-22.

Filed By: Eliza Siordia, Filed Date: 2/24/20 12:29 PM, Submission Status: Approved

Barcode:3946193-01 A-570-106 INV - Investigation -

- The record shows definitively that Meisen produces subject cabinets and vanities using birch wood yet markets those cabinets and vanities in the United States as maple. Meisen does not deny this fundamental discrepancy and attempts to shift focus to the narrow question of whether Meisen accurately reported the species of its wood FOPs.

- The inconsistency between Meisen's reported FOPs and the merchandise priced, marketed, and sold in the United States, causes the reported cost and sales information to be wholly unreliable and, thus, it is not possible to calculate an accurate dumping margin. This inconsistency could not be resolved at verification.

- Even if Meisen's reported information were verified as accurate, Meisen's cost and sales information would continue to be unreliable. Meisen asks Commerce to set aside this contradiction and to believe that all other information is accurate. However, the fact that Meisen submitted such false and contradictory information itself renders the remaining information submitted unreliable.

- Despite being afforded multiple opportunities to address the discrepancy between the FOPs reported and the species marketed in the United States, Meisen has not provided any argument that explains this fundamental flaw. Instead, Meisen acknowledges that it marketed and sold cabinets as being made of maple yet maintains that all such cabinets were actually made of birch.

- Given the importance of wood species to the production of cabinets and vanities, Commerce properly concluded that Meisen's cost and sales reporting was so unreliable that it must rely on total AFA. Because maple wood is substantially more expensive than birch wood, Meisen is not only misleading its customers, it is distorting its U.S. sales information and preventing an apples-to-apples comparison of costs and prices.

- If the alleged birch cabinets were sold as birch cabinets, then they would be sold at much lower prices; thus, Meisen's U.S. prices are artificially high and using such data would result in a margin that significantly underestimates the actual amount of dumping.

- Meisen submitted significant amounts of information that it knew was inaccurate and falsely described the cabinets sold in the United States, but it made no effort to explain the discrepancy until it was raised by the petitioner and Commerce, despite being afforded multiple opportunities to do so.

- Meisen attempted to explain its marketing materials by claiming that those materials refer to the "look" of the cabinets, but an overwhelming amount of evidence indicates the materials refer specifically to the wood used to produce the cabinets.

- Meisen later claimed that it marketed its cabinets as made of solid maple because there is no optical difference in the finished good between maple and birch, thereby undermining its claim that maple refers to the "look" of the cabinets.

- Meisen's reporting in this investigation falls squarely within the legal framework for total AFA because Meisen routinely provided contradictory information that calls into question the veracity of all the information provided.

- In similar situations where the respondent provided contradictory information to Commerce and to its customers, Commerce has applied total AFA because reliable information necessary to calculate a margin was not available on the record.[446]

---

[446] *Id.* at 20-22 (citing *Certain Steel Grating from the People's Republic of China: Final Determination of Sales at Less Than Fair Value*, 75 FR 32366 (June 8, 2010), and accompanying IDM at 11; *see also Certain Oil Country*

- In other cases, Commerce has found certain deficiencies in the respondent's reporting to be significant enough to render their reported sales information entirely unreliable.[447]
- Meisen argues that it has been forthcoming and answered all of Commerce's questions, but it ignores the fact that it knew that the information it provided to its customers contradicted the information provided to Commerce and it did not inform Commerce of that fact.  Further, Meisen failed to explain why this inconsistency does not distort the reported sales information.
- Commerce's practice in *Certain Hardwood Plywood Products*, *Galvanized Steel Wire*, and *OCTG* establishes that where a respondent has failed to provide cost and sales information that can be reliably compared, Commerce must apply total AFA.
- Commerce is under no obligation to verify the information provided by Meisen in light of the unreliability of Meisen's information.  No information Meisen could have provided at verification would have resolved the flaws in Meisen's reported data; further, verification is not an opportunity for the respondent to fill gaps or cure deficiencies in its responses, but rather its purpose is to verify the information already submitted.
- Meisen's claim that verification is not optional is false, and Commerce has a consistent practice of not conducting verification of a respondent's data where failures of the respondent warrant application of total AFA.[448]

**Commerce's Position:**  We disagree with Meisen that Commerce erred in its decision to apply AFA in the *Preliminary Determination* and, consequently, delay and, ultimately, cancel verification.  We also disagree with Meisen that the continued application of total AFA to Meisen is not warranted for this final determination.

In the *Preliminary Determination*, we found that Meisen did not accurately represent and report the FOPs it consumed in the production of merchandise under consideration, it withheld information, failed to provide information in the form or manner requested, and significantly impeded this investigation.  Further, because the missing information was within Meisen's possession and also because Meisen had the ability not to misrepresent its reported data, it failed to cooperate to the best of its ability and, thus, the application of total AFA was appropriate.[449]  These findings were based largely on record information indicating that Meisen marketed and had sales of merchandise under consideration during the POI that were produced using maple wood, a primary raw material that Meisen failed to report.[450]  The finding was also based on information submitted by the petitioner, including online and print marketing materials, and a sworn affidavit from an individual with extensive experience in the wooden cabinets and vanities industry who, through direct discussions and information provided on the J&K Companies'

---

*Tubular Goods from the People's Republic of China:  Final Determination of Sales at Less Than Fair Value, Affirmative Final Determination of Critical Circumstances and Final Determination of Targeted Dumping*, 75 FR 20335 (April 19, 2010) (*OCTG*), and accompanying IDM at Comment 30).
[447] *Id.* at 23-24 (citing *Certain Hardwood Plywood Products* IDM at 13-16).
[448] *Id.* at 30-31 (citing *Certain Hardwood Plywood Products*; and *Galvanized Steel Wire from the People's Republic of China:  Final Determination of Sales at Less Than Fair Value*, 77 FR 17430 (March 26, 2012) (*Galvanized Steel Wire*), and accompanying IDM at 10).
[449] *See Preliminary Determination* PDM at 23-24.
[450] *Id.* at 24.

websites,[451] stated that the merchandise in question was represented to him to be made from solid maple wood.[452]  However, we also stated in the *Preliminary Determination* that, due to the fact that the issue was raised in close proximity to the *Preliminary Determination*, we would continue to consider whether the application of AFA to Meisen was warranted in light of any rebuttal factual information provided by Meisen and, if appropriate, any further information requested by Commerce after the issuance of the preliminary determination.[453]

Between October 8, 2019, and October 17, 2019, Meisen and the petitioner submitted comments regarding Commerce's *Preliminary Determination*.[454]  On October 18, 2019, Commerce notified parties that, in order to consider the comments submitted, it was suspending the planned verification of Meisen but that it might have sought to reschedule the verification at a later date.[455]  On October 25, 2019, Commerce issued Meisen a supplemental questionnaire,[456] to which Meisen responded on November 6, 2019.[457]  On November 18, 2019, Commerce issued an additional supplemental questionnaire to Meisen,[458] to which Meisen responded on November 21, 2019.[459]  On December 27, 2019, Commerce notified Meisen that it would not conduct verification and continued to find that the application of AFA was warranted for Meisen because the "admission that Meisen marketed and sold its cabinets as maple cabinets when, in fact, Meisen claims that they were made of birch, highlights continued concerns regarding the data reported in the CONNUMs for the normal value and the reported U.S. prices."[460]  In its letter, Commerce also noted the following:

> The dissonance between what Meisen marketed to its customers and what Meisen reported to Commerce was information that Meisen had in its possession and could have voluntarily presented to Commerce early in the investigation.  Instead, Meisen chose not to disclose this information until after the petitioner raised it in its comments and Commerce issued an adverse preliminary determination, suspended verification, and expended considerable time and resources to issue multiple supplemental questionnaires and review thousands of pages of documentation in response to those questionnaires.[461]

---

[451] Meisen reported 16 affiliated U.S. resellers (collectively, the "J&K Companies").  *See Preliminary Determination* PDM at 24, fn. 143.

[452] *See* Petitioner Meisen Pre-prelim Comments at Exhibit 7.

[453] *See Preliminary Determination* PDM at 25.

[454] *See* Meisen's Letter, "Meisen Preliminary Determination Rebuttal Letter," dated October 8, 2019 (Meisen Post-prelim Rebuttal Letter); *see also* Petitioner's Letter, "Petitioner's Response to Meisen's October 8th Letter," dated October 15, 2019.

[455] *See* Meisen Verification Memo.

[456] *See* Commerce's Letter, "Post-Prelim Supplemental Questionnaire," dated October 24, 2019.

[457] *See* Meisen's November 7, 2019 Post-Prelim Supplemental Questionnaire Response (Meisen November 7, 2019, PPQR).

[458] *See* Commerce's Letter, "Second Post-Prelim Supplemental Questionnaire," dated November 18, 2019 (Second Post-Prelim Questionnaire).

[459] *See* Meisen's November 21, 2019 Second Post-Prelim Supplemental Questionnaire Response, dated November 21, 2019.

[460] *See* December 27 Letter.

[461] *Id.*

86

To determine whether subject merchandise is being, or is likely to be, sold in the United States at LTFV, Commerce must make an appropriate comparison between the export price or constructed export price and NV.[462]  Where the subject merchandise is exported from an NME country, Commerce is directed by statute to calculate NV on the basis of the value of the FOPs utilized in producing the merchandise.[463]  In order to make such a comparison, a CONNUM is assigned to each unique product reported in the U.S. sales database based on a set of physical characteristics and matched to a corresponding CONNUM in the FOP database.  Accordingly, Commerce set aside a period of time after the initiation of this investigation for interested parties to comment on the appropriate physical characteristics of wooden cabinets and vanities to be reported in response to Commerce's AD questionnaire.[464]  We further stated that the comments solicited from interested parties would be used to identify the key physical characteristics of the subject merchandise in order to report the relevant FOPs accurately, as well as to develop appropriate product-comparison criteria.[465]

In its comments, Meisen opposed the petitioner's proposal to group wood species used as the face material in broad groupings of solid wood products, stating that the "reporting of the type of wood used as the face material is plainly an important characteristic, and thus must be reported precisely."[466]  Meisen argued that the petitioner's "suggestion to report a vague grouping of products is not tenable as it will allow for manipulation and distortion of surrogate values," and that the petitioner's proposal, "rather than collecting data based on the individual species themselves," is contrary to the way {Commerce} has collected data on wood species . . . and would result in a less accurate margin calculation than if {Commerce} followed its prior practice."[467]  Specifically, Meisen advocated for "collecting data based on individual wood species rather than broad categories of species," because the petitioner's proposal would create a "commingled reporting hierarchy which would result in an 'apples-to-oranges' comparison."[468]  In other words, Meisen argued, at the early stages of this investigation, that failure to compare the exact species sold in the U.S. market with the exact species used in production would result in an unfair comparison.  As explained below, the data that Meisen reported resulted in the same unfair "apples-to-oranges" comparison between CEP and NV as the one Meisen cautioned against in its comments.

Commerce ultimately issued the AD questionnaire with instructions for mandatory respondents to construct the CONNUM using codes for wood species grouped into general categories of "Solid wood – common-grade hardwood species" and "Solid wood – mid-grade hardwood species," where common grade (Code 4)  included "Birch (Betula)" and mid-grade (Code 5) included "Maple (all varieties)."[469]  Given these facts, there is absolutely no scenario where a U.S. sale priced for maple wood could ever be compared to the NV of a product made with birch

---

[462] *See* 19 CFR 351.401(a).
[463] *See* section 773(c) of the Act.
[464] *See Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Initiation of Less-Than-Fair-Value Investigation*, 84 FR 12587, 12588 (April 2, 2019).
[465] *Id.*
[466] *See* Meisen's Letter, "Rebuttal Comments on Product Characteristics," dated April 25, 2019, at 3.
[467] *Id.* at 3-4.
[468] *Id.* at 4-5.
[469] *See, e.g.*, Commerce's Letter, "Antidumping Duty Questionnaire," dated June 5, 2019.

87

wood, a comparison Meisen argues that Commerce should now make.  We note that this would also have been the case had we followed Meisen's recommendation of separately coding each wood species out of a concern for perfectly identical matching criteria.

In a post-preliminary questionnaire response, Meisen reiterated that it "only sold cabinets produced from birch," that "the J&K Companies only sold the cabinets produced by Meisen," and that "{t}herefore, by extension the J&K Companies only sold cabinets that were produced by Meisen using birch wood."[470]  In its second post-preliminary questionnaire response, Meisen clarified that the price lists that were a source of concern in the *Preliminary Determination* are simply generic and basic price lists that are used as pricing guides for the sales persons and do not include the final descriptions.[471]  Meisen went on to compare such price lists to a brochure a sales person might present to a purchaser at a home improvement store with basic descriptions that serve as the starting point.[472]  The implicit admission is that, in Meisen's scenario, the customer would have seen the description in the price list and would have a reasonable basis to assume that the wood species and price listed in that document was the starting point and, even if the dimensions were adjusted slightly for the final design, the species of wood presented would be the species provided, which, in this case, was maple.  Meisen's online and print marketing materials are so replete with references to its cabinets being made of solid maple wood, and completely devoid of any reference to the alleged actual species of wood, birch, that its customers would have no reason to believe that the cabinets they purchased were made from any wood species other than maple wood.[473]  In other words, Meisen's customers would have clearly believed that the products they were purchasing were made of solid maple wood, a species of wood that is considered to be of more premium value than common grade birch wood, as a result of online and print marketing, and in-store price lists presented by Meisen's sales people.

Meisen's attempts to alternatively construe any references to maple as a reference to the "look" of the cabinets because Meisen's birch cabinets look like maple, and then on the same page claim that it advertises its cabinets as solid maple wood because "there is no optical difference in the finished good between maple and birch once the cabinet is finished,"[474] is a disingenuous and illogical rationalization as to why Meisen exclusively markets its cabinets as "the finest solid maple."[475]  Indeed, given the wealth of online and print marketing materials on the record, as well as Meisen's own statements identifying Meisen's cabinets as solid maple cabinets,[476] and Meisen's admission that it does not advertise any birch products, there can be no question that Meisen is intentionally misleading its customers into believing they are purchasing maple cabinets and that Meisen's customers believe they are paying for products made of maple wood.

Evidence on the record of this investigation indicates that maple is significantly more expensive than birch, showing that maple solid wood or veneers can be as much as twice as expensive as

---

[470] *See* Meisen November 7, 2019 PPQR at 2.
[471] *See* Meisen November 21, 2019 PPQR2 at 2.
[472] *Id.*
[473] *See* Second Post-Prelim Questionnaire at 4 and Attachment II.
[474] *Id.*
[475] *See* Meisen November 21, 2019 PPQR2 at 2-3.
[476] *See, e.g.*, Meisen November 7, 2019 PQR at 1-2; and Post-Prelim Questionnaire at 3-5 and Attachment II.

birch.[477]  Indeed, the SV used to value maple and birch in the *Preliminary Determination* was 912 Euros and 622 Euros, respectively.[478]  Given that both parties acknowledge the importance of wood species in the production of cabinets, and that the SVs are significantly different, it is reasonable to infer that higher costs lead to higher selling prices when the cabinets are produced using maple rather than birch and that cabinets sold as maple products would command a higher price than cabinets made of birch.  This is implicit in Meisen's product characteristics comments in which it proposed breaking out wood species for Commerce's CONNUMs.

A consequence of Meisen's misrepresentations is the potential masking of dumped sales.  The question before Commerce is simple:  what is the "fair" value of the products Meisen sold in the United States during the POI?  By comparing Meisen's cabinets that are priced as though they were produced with maple, (and which may or may not have been sold at prices below NV for maple cabinets) to an NV based on a non-maple wood species, the degree to which Meisen may be selling at LTFV is effectively obscured.  The purpose of soliciting comments and making a reasoned decision on how respondents are to report physical characteristics in construction of the CONNUM is to avoid the very scenario we are presented with here.  Commerce intentionally separated certain species by grade into separate codes in order to match similar prices to similar costs.  Meisen has subverted Commerce's intent and process by misrepresenting the product being sold, thereby distorting the comparison that Commerce is tasked with making.

Although Meisen provided significant amounts of documentation supporting its reported FOPs,[479] its U.S. sales database is comprised of sales of merchandise priced under CONNUMs that are not included in its FOP database.  Moreover, Meisen's U.S. CONNUMs do not represent the maple cabinets it purported to sell and the record does not contain FOP data for the products Meisen represented selling in the U.S. market.  As a result, U.S. prices for purported maple cabinets and NV for birch cabinets introduces a significant mismatch between the two pillars of our AD margin calculation.  Given the above, we cannot calculate an accurate dumping margin with the data reported by Meisen, nor would verification of the accuracy of Meisen's reported data resolve the discrepancy such that the distortion could be remedied.  Accordingly, we conclude that the rejection of Meisen's data is appropriate for this final determination.

Meisen argues that because the record developed in the companion CVD investigation is relevant to the usage of birch or maple, and the use of AFA, Commerce should place the full CVD verification outline and report on the record of this investigation and allow parties to comment.  As an initial matter, the record of this investigation, and that of the CVD investigation, are separate records.[480]  Moreover, it is not clear how information from the CVD investigation would shed any light on the deficiencies in Meisen's reported information in this AD investigation.  Meisen itself admits that it represented its products to U.S. customers as products made from maple but claims that its products were actually produced using birch wood.  Accordingly, we do

---

[477] *See* Petitioner Meisen Pre-prelim Comments at Exhibit 7.
[478] *See* Preliminary SV Memorandum.
[479] *See* Meisen November 7, 2019, PPQR at Exhibits 2, 3, 8, and 9.
[480] *See, e.g.*, *Tri Union Frozen Prods. v. United States*, 163 F. Supp. 3d 1255, 1274 n.14 (CIT 2016) (explaining that "the agency must make its determinations based on the record before it.  Each of Commerce's proceedings are treated 'as independent proceedings with separate records that lead to independent determinations'") (quoting *E.I. Du Pont de Nemours & Co. v. United States*, 22 C.I.T. 19 (CIT 1998)).

89

not find that placing information from the CVD investigation on the record of this AD investigation would serve any purpose at this stage of this investigation.

With regard to Meisen's contention that Commerce is required to verify the information it submitted; we disagree.  According to section 782(i)(1) of the Act and 19 CFR 351.307(b)(1)(i), Commerce will verify factual information upon which the Secretary relies in, *inter alia*, a final determination in an AD investigation.  However, for the reasons described herein, we are not relying upon any of Meisen's reported information for this final determination and, therefore, there is no information that must be verified.  Moreover, as a result of the dissonance between Meisen's reported U.S. sales data and its FOP data, its questionnaire responses contain fundamental discrepancies that were not directly addressed until well after the *Preliminary Determination* and that remain unresolved even after Meisen's belated attempt at clarification.  When a party submits substantially deficient responses, Commerce is under no obligation to use this information.[481]  Under these circumstances, there is no requirement to verify the information.[482]  If a respondent provides substantially incomplete questionnaire responses and Commerce must then base the company's rate entirely on facts available, as in this case, then verification is "meaningless."[483]

As discussed above, section 776(a)(1) and (2) of the Act provides that, if necessary information is missing from the record, or if an interested party:  (A) withholds information that has been requested by Commerce, (B) fails to provide such information in a timely manner or in the form or manner requested, subject to subsections 782(c)(1) and (e) of the Act, (C) significantly impedes a proceeding under the statute, or (D) provides such information but the information cannot be verified, Commerce shall, subject to subsection 782(d) of the Act, use facts otherwise available in reaching the applicable determination.

Where Commerce determines that a response to a request for information does not comply with the request, section 782(d) of the Act provides that Commerce will so inform the party submitting the response and will, to the extent practicable, provide that party an opportunity to remedy or explain the deficiency.  If the party fails to remedy or satisfactorily explain the deficiency within the applicable time limits, subject to section 782(e) of the Act, Commerce may disregard all or part of the original and subsequent responses, as appropriate.

Section 776(b) of the Act provides that Commerce may use an adverse inference in applying the facts otherwise available when a party fails to cooperate by not acting to the best of its ability to comply with a request for information.  In doing so, Commerce is not required to determine, or make any adjustments to, a weighted-average dumping margin based on any assumptions about information an interested party would have provided if the interested party had complied with the request for information.  Further, section 776(b)(2) states that an adverse inference may include reliance on information derived from the petition, the final determination from the AD investigation, a previous administrative review, or other information placed on the record.

---

[481] *See* section 782(e) of the Act which provides that Commerce should use information submitted by interested parties even if the information does not meet all applicable requirements but only when, *inter alia*, "the information is not so incomplete that it cannot serve as a reliable basis for reaching the applicable determination …."
[482] *See Galvanized Steel Wire* IDM at 11.
[483] *Id*.

90

Section 776(c) of the Act provides that, in general, when Commerce relies on secondary information rather than on information obtained in the course of an investigation, it shall, to the extent practicable, corroborate that information from independent sources that are reasonably at its disposal.  Secondary information is defined as information derived from the petition that gave rise to the investigation or review, the final determination concerning the subject merchandise, or any previous review under section 751 of the Act concerning the subject merchandise.[484]  Further, Commerce is not required to estimate what the dumping margin would have been if the interested party failing to cooperate had cooperated or to demonstrate that the dumping margin reflects an "alleged commercial reality" of the interested party.[485]

Commerce first became aware of the discrepancy between Meisen's reported U.S. sales and its marketing materials on September 26, 2019,[486] which was less than two weeks prior to the *Preliminary Determination*.[487]  Given the proximity to the *Preliminary Determination*, we based our preliminary decision for Meisen based on total AFA but announced that we intended to continue to examine the issue after the *Preliminary Determination*.[488]  Meisen's claims that Commerce faulted Meisen for not responding to the petitioner's allegations or that Meisen's lack of response was our basis for AFA are misplaced.[489]  Instead, our decision was rooted firmly in the record of this investigation, as it had been developed at the time of the *Preliminary Determination*, and in no way was the result of mere allegations or a lack of response from Meisen.[490]  However, given the importance of the information to Commerce's analysis and gravity of the evidence cited in the petitioner's September 26 letter,[491] it is notable that Meisen had the opportunity to respond with factual information and explanation of its own but chose not to and, instead, waited until after the *Preliminary Determination* to request that Commerce allow Meisen to clarify the record.[492]

Although it is true that Meisen had previously reported to Commerce on more than one occasion that it did not consume any wood species other than birch,[493] the discrepancies cited in the *Preliminary Determination* were not limited to the type of wood that Meisen consumed but also were related to the manner in which Meisen's products were marketed and sold in the United States.[494]  If Meisen believed that it had already addressed the matter of wood species consumed in its production, it still had an obligation to explain to Commerce the numerous instances of marketing materials, and a sworn affidavit, that identified its products as being made of solid maple.  Instead Meisen was utterly silent regarding the discrepancy between its wood consumption and its marketing materials that appeared to directly contradict its consumption

---

[484] *See* SAA at 870.

[485] *See* sections 776(d)(3)(A) and (B) of the Act.

[486] *See* Petitioner Meisen Pre-prelim Comments.

[487] *See Preliminary Determination*.

[488] *See Preliminary Determination* PDM at 23-25.

[489] *See* Meisen Case Brief at 6.

[490] *See Preliminary Determination* PDM at 23-25.

[491] *See* Petitioner Meisen Pre-prelim Comments.

[492] *See* Meisen Post-prelim Rebuttal Letter.

[493] *See* Meisen's section D questionnaire response, dated July 19, 2019, at 12, 14, and Exhibits 1 and 2; and Meisen's supplemental Section D questionnaire response, dated September 16, 2019, at 7.

[494] *See Preliminary Determination* PDM at 23-25.

claims.  As a result of Meisen's failure to clarify the record, Commerce was forced to delay verification and issue two supplemental questionnaires before Meisen directly addressed the issue.[495]  However, even in its second post-preliminary questionnaire response, Meisen gave conflicting and unconvincing reasons as to why its marketing materials misrepresented the species of wood used in its cabinets.[496]

Accordingly, we determine that Meisen withheld information, failed to provide such information in a timely manner, and significantly impeded the investigation, pursuant to section 776(a)(2)(A)-(C) of the Act.  Meisen could have raised the issue of the discrepancies between the products that it marketed to its customers and those it reported to Commerce early in the investigation, especially given Meisen's concerns of properly capturing the wood species in the CONNUM and how it could affect product matches and, ultimately, the dumping margin.  This was information that Meisen had in its possession and could have voluntarily presented to Commerce.  Instead, Meisen chose not to disclose this information until after the *Preliminary Determination* and only after Commerce suspended verification and expended considerable time and resources to issue multiple supplemental questionnaires and review thousands of pages of documentation in response to those questionnaires.  Accordingly, we also find that Meisen failed to cooperate by not acting to the best of its ability and that an adverse inference is warranted is assigning a final margin to Meisen, in accordance with section 776(b) of the Act.  We recognize the petitioner's concerns that the record of this investigation indicates that Meisen is engaged in advertising and selling its materials in an untruthful manner to consumers in the United States.  Such business practices fall within the expertise of the U.S. Federal Trade Commission, and we have therefore shared relevant public information with that agency for further investigation and, if appropriate, enforcement action.

---

[495] *See* Meisen November 21, 2019 PPQR2 at 2-5.
[496] *Id.* at 3 ("The marketing materials are not a reflection of the actual material used in the production of the wooden cabinets during the POI but rather a reflection of the 'look' of the cabinets.  They have been marketed as maple because they look like maple), 5 ("The J&K companies advertise their cabinets as solid maple wood as there is no optical difference in the finished good between maple and birch once the cabinet is finished"), and Attachment II ("all our cabinets are made of solid maple wood door and frames with plywood constructed box" . . . "solid maple wood is the main wood species we use for cabinet door, frames, molding decoration parts, and drawers.").

92

Barcode:3946193-01 A-570-106 INV - Investigation  -

## XI.    RECOMMENDATION

We recommend approving all the above positions.  If these positions are accepted, we will publish the final determination in the *Federal Register* and will notify the ITC of our determination.

☒                               ☐

_____          _____

Agree                            Disagree

2/21/2020

X _____

Signed by: JEFFREY KESSLER

_____
Jeffrey I. Kessler
Assistant Secretary
  for Enforcement and Compliance

Filed By: Eliza Siordia, Filed Date: 2/24/20 12:29 PM, Submission Status: Approved

JA 3

Corrected Final Determination (March 31, 2020)
PR 1575


## IV. Request for Comments

Comments are invited on: (a) Whether the proposed collection of information is necessary for the proper performance of the functions of the agency, including whether the information will have practical utility; (b) the accuracy of the agency's estimate of the burden (including hours and cost) of the proposed collection of information; (c) ways to enhance the quality, utility, and clarity of the information to be collected; and (d) ways to minimize the burden of the collection of information on respondents, including through the use of automated collection techniques or other forms of information technology.

Comments submitted in response to this notice will be summarized and/or included in the request for OMB approval of this information collection; they also will become a matter of public record.

Dated: March 25, 2020.

**Sheleen Dumas,**
*Department PRA Clearance Officer, Office of the Chief Information Officer, Commerce Department.*

[FR Doc. 2020–06597 Filed 3–30–20; 8:45 am]

**BILLING CODE 3510–13–P**

---

## DEPARTMENT OF COMMERCE

### Foreign-Trade Zones Board

#### [B–73–2019]

#### Foreign-Trade Zone (FTZ) 18—San Jose, California; Authorization of Production Activity; Tesla, Inc. (Electric Passenger Vehicles and Components), Fremont, Livermore, and Oakland, California

On November 26, 2019, Tesla, Inc. submitted a notification of proposed production activity to the FTZ Board for its facilities within Subzone 18G, in Fremont, Livermore, and Oakland, California.

The notification was processed in accordance with the regulations of the FTZ Board (15 CFR part 400), including notice in the **Federal Register** inviting public comment (84 FR 66651, December 5, 2019). On March 25, 2020, the applicant was notified of the FTZ Board's decision that no further review of the activity is warranted at this time. The production activity described in the notification was authorized, subject to the FTZ Act and the FTZ Board's regulations, including Section 400.14.

Dated: March 25, 2020.

**Andrew McGilvray,**
*Executive Secretary.*

[FR Doc. 2020–06637 Filed 3–30–20; 8:45 am]

**BILLING CODE 3510–DS–P**

---

## DEPARTMENT OF COMMERCE

### Foreign-Trade Zones Board

#### [Order No. 2094]

#### Approval of Subzone Status; Frank's International, LLC, New Iberia and Lafayette, Louisiana

Pursuant to its authority under the Foreign-Trade Zones Act of June 18, 1934, as amended (19 U.S.C. 81a–81u), the Foreign-Trade Zones Board (the Board) adopts the following Order:

*Whereas*, the Foreign-Trade Zones (FTZ) Act provides for ''. . . the establishment . . . of foreign-trade zones in ports of entry of the United States, to expedite and encourage foreign commerce, and for other purposes,'' and authorizes the Foreign-Trade Zones Board to grant to qualified corporations the privilege of establishing foreign-trade zones in or adjacent to U.S. Customs and Border Protection ports of entry;

*Whereas*, the Board's regulations (15 CFR part 400) provide for the establishment of subzones for specific uses;

*Whereas*, the Port of South Louisiana, grantee of Foreign-Trade Zone 124, has made application to the Board for the establishment of a subzone at the facilities of Frank's International, LLC, located in New Iberia and Lafayette, Louisiana (FTZ Docket B–69–2019, docketed October 29, 2019);

*Whereas*, notice inviting public comment has been given in the **Federal Register** (84 FR 59351–59352, November 4, 2019) and the application has been processed pursuant to the FTZ Act and the Board's regulations; and,

*Whereas*, the Board adopts the findings and recommendations of the examiner's memorandum, and finds that the requirements of the FTZ Act and the Board's regulations are satisfied;

*Now, therefore*, the Board hereby approves subzone status at the facilities of Frank's International, LLC, located in New Iberia and Lafayette, Louisiana (Subzone 124U), as described in the application and **Federal Register** notice, subject to the FTZ Act and the Board's regulations, including Section 400.13.

Dated: March 25, 2020.

**Jeffrey I. Kessler,**
*Assistant Secretary for Enforcement and Compliance, Alternate Chairman, Foreign-Trade Zones Board.*

[FR Doc. 2020–06636 Filed 3–30–20; 8:45 am]

**BILLING CODE 3510–DS–P**

---

## DEPARTMENT OF COMMERCE

### International Trade Administration

#### [A–570–106]

#### Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Corrected Notice of Final Affirmative Determination of Sales at Less Than Fair Value

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**SUMMARY:** On February 28, 2020, the Department of Commerce (Commerce) published its final determination in the sales at less-than-fair-value investigation of wooden cabinets and vanities and components thereof from the People's Republic of China (China). However, the notice was not printed in the **Federal Register** as Commerce intended. This notice corrects the resultant punctuation errors in company names that occurred in the publication.

**DATES:** Applicable March 31, 2020.

**FOR FURTHER INFORMATION CONTACT:** Rachel Greenberg, AD/CVD Operations, Office V, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC 20230; telephone: (202) 482–0652.

**SUPPLEMENTARY INFORMATION:**

### Background

On February 28, 2020, Commerce published the *Final Determination*.[1] However, the **Federal Register** notice stating the names of the producer-exporter combination rates was not printed as Commerce intended. Various company names contained inadvertent punctuation errors. Commerce is hereby correcting the *Final Determination* to include the correct punctuation in certain company names.

### Scope of the Investigation

The scope of this investigation has not changed from that stated in the *Final Determination*.

---

[1] *See Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Final Affirmative Determination of Sales at Less Than Fair Value*, 85 FR 11953 (February 28, 2020) (*Final Determination*), and accompanying Issues and Decision Memorandum.

**17856**     **Federal Register** / Vol. 85, No. 62 / Tuesday, March 31, 2020 / Notices

## Correction to Final Determination

The corrected producer-exporter combination rates are as follows:

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| The Ancientree Cabinet Co., Ltd | The Ancientree Cabinet Co., Ltd | 4.37 | 0.00 |
| Dalian Meisen Woodworking Co., Ltd | Dalian Meisen Woodworking Co., Ltd | 262.18 | 251.64 |
| Foremost Worldwide Company Limited | Rizhao Foremost Woodwork Manufacturing Company, Ltd. | 101.46 | 90.92 |
| Foremost Worldwide Company Limited | Henan AiDiJia Furniture Co., Ltd | 101.46 | 90.92 |
| Foremost Worldwide Company Limited | Suzhou Weiye Furniture Co., Ltd | 101.46 | 90.92 |
| Foremost Worldwide Company Limited | Changsha Minwan Furniture Manufacturing Co., Ltd. | 101.46 | 90.92 |
| ANHUI JIANLIAN WOOD PRODUCTS CO., LTD | ANHUI JIANLIAN WOOD PRODUCTS CO., LTD | 48.50 | 37.96 |
| Anhui Swanch Cabinetry Co., Ltd | Anhui Swanch Cabinetry Co., Ltd | 48.50 | 37.96 |
| ANHUI XINYUANDA CUPBOARD CO., LTD | ANHUI XINYUANDA CUPBOARD CO., LTD | 48.50 | 37.96 |
| Beijing Oulu Jinxin International Trade Co., Ltd | Beijing Oulu Jinxin International Trade Co., Ltd | 48.50 | 37.96 |
| Boloni Smart Home Decor (Beijing) Co., LTD | Boloni Smart Home Decor (Beijing) Co., LTD | 48.50 | 37.96 |
| BRENTRIDGE HOLDING CO., LTD | ZHOUSHAN FOR–STRONG WOOD CO., LTD | 48.50 | 37.96 |
| Caoxian Brothers Hengxin Wood Industry Co., Ltd | Caoxian Brothers Hengxin Wood Industry Co., Ltd | 48.50 | 37.96 |
| Changyi Zhengheng Woodwork Co., Ltd | Changyi Zhengheng Woodwork Co., Ltd | 48.50 | 37.96 |
| CHAOZHOU YAFENG BATHROOM EQUIPMENT CO., LTD. | CHAOZHOU YAFENG BATHROOM EQUIPMENT CO., LTD. | 48.50 | 37.96 |
| China Friend Limited | Dongming Sanxin Wood Industry Co., Ltd | 48.50 | 37.96 |
| Dalian Jiaye Wood Products Co., Ltd | Dalian Jiaye Wood Products Co., Ltd | 48.50 | 37.96 |
| Dalian Xingsen Wooden Products Co., Ltd | Dalian Xingsen Wooden Products Co., Ltd | 48.50 | 37.96 |
| Dandong City Anmin Wooden Products Group Co., Ltd. | Dandong City Anmin Wooden Products Group Co., Ltd. | 48.50 | 37.96 |
| Dandong Laroyal Cabinetry Co., Ltd | Dandong Laroyal Cabinetry Co., Ltd | 48.50 | 37.96 |
| DEHK LIMITED | DIAM DISPLAY (CHINA) CO., LTD | 48.50 | 37.96 |
| Deqing China-Africa Foreign Trade Port Co., Ltd | Suqian Welcomewood Products Co., Ltd | 48.50 | 37.96 |
| Dewell Wooden Products Haian Co., Ltd | Dewell Wooden Products Haian Co., Ltd | 48.50 | 37.96 |
| Dongguan American Parts Supplier Co., Ltd | Dongguan American Parts Supplier Co., Ltd | 48.50 | 37.96 |
| Dongguan Niusaiqu Wood Industry Co., Ltd | Dongguan Niusaiqu Wood Industry Co., Ltd | 48.50 | 37.96 |
| Dongguan Unique Life Furniture Co., Ltd. also known as Unique Life Furniture Co., Ltd (trade name). | Dongguan Unique Life Furniture Co., Ltd | 48.50 | 37.96 |
| Dorbest Ltd | Rui Feng Woodwork (Dongguan) Co., Ltd | 48.50 | 37.96 |
| EZIDONE DISPLAY CORPORATION LTD | EZIDONE DISPLAY CORPORATION LTD | 48.50 | 37.96 |
| EZIDONE DISPLAY CORPORATION LTD | EZIDONE DISPLAY INC | 48.50 | 37.96 |
| Forcer International Limited | QUFU XINYU FURNITURE CO., LTD | 48.50 | 37.96 |
| Forcer International Limited | LINYI RUNKANG CABINET CO., LTD | 48.50 | 37.96 |
| Forcer International Limited | BEIJING OULU JINXIN INTERNATIONAL TRADE CO., LTD. | 48.50 | 37.96 |
| Foshan City Shunde District Refined Furniture Co., Ltd. also known as Refined Furniture Co., Ltd. (trade name). | Foshan City Shunde District Refined Furniture Co., Ltd. also known as Refined Furniture Co., Ltd (trade name). | 48.50 | 37.96 |
| Foshan Liansu building material trading Co., Ltd | Guangdong Lesso Home Furnishing Co., Ltd | 48.50 | 37.96 |
| FOSHAN NANHAI HONGZHOU WOOD CO., LTD | FOSHAN NANHAI HONGZHOU WOOD CO., LTD | 48.50 | 37.96 |
| Foshan Shunde Yajiasi Kitchen Cabinet Co., Ltd | Foshan Shunde Yajiasi Kitchen Cabinet Co., Ltd | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED | FOSHAN DIBIAO BATHROOM CO., LTD | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED | FOSHAN MK HOME FURISHING CO., LTD | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED | PROUDER INDUSTRIAL LIMITED | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED | FOSHAN DEMAX SANITARY WARE CO., LTD | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED | HEBEI SHUANGLI FURNITURE CO., LTD | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED | ZHANGZHOU GUOHUI INDUSTRIAL & TRADE CO., LTD. | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED | SHOUGUANG FUSHI WOOD CO., LTD | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED | Foshan Virtu Bathroom Furniture Ltd | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED | Guangdong Purefine Kitchen & Bath Technology Co., LTD. | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED | KAIPING HONGITARYWARE TECHNOLOGY LTD | 48.50 | 37.96 |
| Foshan Sourcever Company Limited | FOSHAN DIBIAO BATHROOM CO., LTD | 48.50 | 37.96 |
| Foshan Sourcever Company Limited | FOSHAN MK HOME FURISHING CO., LTD | 48.50 | 37.96 |
| Foshan Sourcever Company Limited | PROUDER INDUSTRIAL LIMITED | 48.50 | 37.96 |
| Foshan Sourcever Company Limited | FOSHAN DEMAX SANITARY WARE CO., LTD | 48.50 | 37.96 |
| Foshan Sourcever Company Limited | HEBEI SHUANGLI FURNITURE CO., LTD | 48.50 | 37.96 |
| Foshan Sourcever Company Limited | ZHANGZHOU GUOHUI INDUSTRIAL & TRADE CO., LTD. | 48.50 | 37.96 |
| Foshan Sourcever Company Limited | SHOUGUANG FUSHI WOOD CO., LTD | 48.50 | 37.96 |
| Foshan Sourcever Company Limited | Foshan Virtu Bathroom Furniture Ltd | 48.50 | 37.96 |

**Federal Register** / Vol. 85, No. 62 / Tuesday, March 31, 2020 / Notices          **17857**

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| Foshan Sourcever Company Limited ...................... | Guangdong Purefine Kitchen & Bath Technology Co., LTD. | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ...................... | KAIPING HONGITARYWARE TECHNOLOGY LTD | 48.50 | 37.96 |
| Foshan Xinzhongwei Economic & Trade Co., Ltd .... | Foshan Lihong Furniture Sanitary Ware Co., Ltd  ... | 48.50 | 37.96 |
| FUJIAN DUSHI WOODEN INDUSTRY CO., LTD  ... | FUJIAN DUSHI WOODEN INDUSTRY CO., LTD  .. | 48.50 | 37.96 |
| FUJIAN LEIFENG CABINETRY CO., LTD ............... | FUJIAN LEIFENG CABINETRY CO., LTD ............... | 48.50 | 37.96 |
| Fujian Panda Home Furnishing Co., Ltd .................. | Fujian Panda Home Furnishing Co., Ltd .................. | 48.50 | 37.96 |
| Fujian Senyi Kitchen Cabinet Co., Ltd .................... | Fujian Senyi Kitchen Cabinet Co., Ltd .................... | 48.50 | 37.96 |
| Fuzhou Biquan Trading Co., Ltd ............................. | Biquan (Fujian) Group Co., Ltd ............................... | 48.50 | 37.96 |
| Fuzhou CBM Import & Export Co., Ltd ................... | Fuzhou CBM Import & Export Co., Ltd ................... | 48.50 | 37.96 |
| Fuzhou Desource Home Décor Co., Ltd ................. | Fuzhou Desource Home Decor Co., Ltd ................. | 48.50 | 37.96 |
| FUZHOU LIMIN STONE PRODUCTS CO., LTD ..... | Fuzhou YST Cabinet Co., Ltd ................................ | 48.50 | 37.96 |
| FUZHOU MASTONE IMPORT & EXPORT CO., LTD. | Fuzhou Yuansentai Cabinet Co., Ltd ...................... | 48.50 | 37.96 |
| Fuzhou Minlian Wood Industry Co., Ltd .................. | Fuzhou Minlian Wood Industry Co., Ltd .................. | 48.50 | 37.96 |
| FUZHOU SUNRISING HOME DECO MANUFAC-TURING CO., LTD. | FUZHOU SUNRISING HOME DECO MANUFAC-TURING CO., LTD. | 48.50 | 37.96 |
| FUZHOU XINRUI CABINET CO., LTD ................... | FUZHOU XINRUI CABINET CO., LTD ................... | 48.50 | 37.96 |
| Gaomi City Haitian Wooden Ware Co., Ltd ............. | Gaomi City Haitian Wooden Ware Co., Ltd ............. | 48.50 | 37.96 |
| GAOMI HONGTAI HOME FURNITURE CO., LTD  .. | GAOMI HONGTAI HOME FURNITURE CO., LTD | 48.50 | 37.96 |
| Guangde Bozhong Trade Company, Ltd .................. | Guangde Bozhong Trade Company, Ltd .................. | 48.50 | 37.96 |
| GUANGDONG CACAR KITCHEN TECHNOLOGY CO., LTD. | GUANGDONG CACAR KITCHEN TECHNOLOGY CO., LTD. | 48.50 | 37.96 |
| Guangdong G-Top Import and Export Co., Ltd ........ | Foshan Shunde Rongao Furniture CO., LTD ......... | 48.50 | 37.96 |
| Guangzhou Nuolande Import and Export Co., Ltd ... | Guangzhou Nuolande Import and Export Co., Ltd .. | 48.50 | 37.96 |
| Haiyang Kunlun Wood Co., Ltd .............................. | Haiyang Kunlun Wood Co., Ltd .............................. | 48.50 | 37.96 |
| Hangzhou Bestcraft Sanitary Equipments Co., Ltd .. | Hangzhou Bestcraft Sanitary Equipments Co., Ltd | 48.50 | 37.96 |
| Hangzhou Entop Houseware Co., Ltd ..................... | Jinhua Aonika Sanitary Ware Co., Ltd ................... | 48.50 | 37.96 |
| Hangzhou Entop Houseware Co., Ltd ..................... | Hangzhou Bestcraft Sanitary Equipments Co., Ltd | 48.50 | 37.96 |
| Hangzhou Hansen Sanitary Ware Co., Ltd ............. | Hangzhou Hansen Sanitary Ware Co., Ltd ............. | 48.50 | 37.96 |
| Hangzhou Hoca Kitchen & Bath Products Co., Ltd .. | Hangzhou Hoca Kitchen & Bath Products Co., Ltd | 48.50 | 37.96 |
| Hangzhou Home Dee Sanitary Ware Co., Ltd ........ | Hangzhou Home Dee Sanitary Ware Co., Ltd ........ | 48.50 | 37.96 |
| Hangzhou Oulang Bathroom Equipment Co., Ltd .... | Hangzhou Oulang Bathroom Equipment Co., Ltd ... | 48.50 | 37.96 |
| Hangzhou Royo Import & Export Co., Ltd ............... | Jinhua Aonika Sanitary Ware Co., Ltd ................... | 48.50 | 37.96 |
| Hangzhou Royo Import & Export Co., Ltd ............... | Hangzhou Yuxin Sanitary Ware Co., Ltd ............... | 48.50 | 37.96 |
| Hangzhou Royo Import & Export Co., Ltd ............... | Hangzhou Fuyang Beautiful Sanitary Ware Co., Ltd | 48.50 | 37.96 |
| Hangzhou Sunlight Sanitary Co., Ltd ..................... | Hangzhou Sunlight Sanitary Co., Ltd ..................... | 48.50 | 37.96 |
| Hangzhou Weinuo Sanitary Ware Co., Ltd ............. | PINGHU AIPA SANITARY WARE CO., LTD .......... | 48.50 | 37.96 |
| Hangzhou Weinuo Sanitary Ware Co., Ltd ............. | HANGZHOU QILONG SANITARY WARE CO., LTD. | 48.50 | 37.96 |
| Hangzhou Xinhai Sanitary Ware Co., Ltd ............... | Hangzhou Xinhai Sanitary Ware Co., Ltd ............... | 48.50 | 37.96 |
| Hangzhou Yewlong Import & Export Co., Ltd .......... | Hangzhou Yewlong Industry Co., Ltd ..................... | 48.50 | 37.96 |
| Hangzhou Zhuangyu Import & Export Co., Ltd ....... | Hangzhou Zhuangyu Import & Export Co., Ltd ....... | 48.50 | 37.96 |
| Henan Aotin Home Furnishing Co., Ltd .................. | Henan Aotin Home Furnishing Co., Ltd .................. | 48.50 | 37.96 |
| Heyond Cabinet Co., Ltd ........................................ | Heyond Cabinet Co., Ltd ........................................ | 48.50 | 37.96 |
| Homestar Corporation ............................................ | Homestar Corporation ............................................ | 48.50 | 37.96 |
| HONG KONG JIAN CHENG TRADING CO., LIM-ITED. | ZHONGSHAN YAYUE FURNITURE CO., LTD ...... | 48.50 | 37.96 |
| Xiamen Honglei Imp. & Exp. Co., Ltd. also known as Honglei (Xiamen) Stone Co., Ltd. | Changtai Guanjia Industry & Trade Company Co., Ltd. | 48.50 | 37.96 |
| Xiamen Honglei Imp. & Exp. Co., Ltd. also known as Honglei (Xiamen) Stone Co., Ltd. | Zhangzhou Huihua Industry and Trade Co., Ltd ..... | 48.50 | 37.96 |
| Xiamen Honglei Imp. & Exp. Co., Ltd. also known as Honglei (Xiamen) Stone Co., Ltd. | Fujian Xinanlong Wood Industry Co., Ltd ............... | 48.50 | 37.96 |
| Honsoar New Building Material Co., Ltd .................. | Shandong Honsoar Cabinet Materials Co., Ltd ....... | 48.50 | 37.96 |
| Hua Yin Trading Development Co., Ltd of Jiangmen City. | Jianfa Wooden Co., Ltd .......................................... | 48.50 | 37.96 |
| Hua Yin Trading Development Co., Ltd of Jiangmen City. | Heshan Yingmei Cabinets Co., Ltd ........................ | 48.50 | 37.96 |
| Hua Yin Trading Development Co., Ltd of Jiangmen City. | Hesha Feiqiu Cabinet Co., Ltd .............................. | 48.50 | 37.96 |
| Huimin Hanlong Furniture Co., Ltd ......................... | Huimin Hanlong Furniture Co., Ltd ......................... | 48.50 | 37.96 |
| HUISEN FURNITURE (LONG NAN) CO., LTD. also known as HUISEN FURNITURE (LONGNAN) CO., LTD. | HUISEN FURNITURE (LONG NAN) CO., LTD. also known as HUISEN FURNITURE (LONGNAN) CO., LTD. | 48.50 | 37.96 |
| HUIZHOU MANDARIN FURNITURE CO., LTD ...... | HUIZHOU MANDARIN FURNITURE CO., LTD ...... | 48.50 | 37.96 |
| Jiang Su Rongxin Cabinets Ltd ............................... | Jiang Su Rongxin Cabinets Ltd ............................... | 48.50 | 37.96 |
| Jiangmen Kinwai Furniture Decoration Co., Ltd ....... | Jiangmen Kinwai Furniture Decoration Co., Ltd ...... | 48.50 | 37.96 |
| Jiangmen Kinwai International Furniture Co., Ltd ..... | Jiangmen Kinwai International Furniture Co., Ltd .... | 48.50 | 37.96 |
| Jiangsu Beichen Wood Co., Ltd ............................. | Jiangsu Beichen Wood Co., Ltd ............................. | 48.50 | 37.96 |

Barcode:3959649-01 A-570-106 INV - Investigation  -

**17858**  **Federal Register** / Vol. 85, No. 62 / Tuesday, March 31, 2020 / Notices

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| Jiangsu Meijun Intelligent Home Co., Ltd ................ | Jiangsu Meijun Intelligent Home Co., Ltd ................ | 48.50 | 37.96 |
| Jiangsu Pusite Furniture Co., Ltd .............................. | Jiangsu Pusite Furniture Co., Ltd .............................. | 48.50 | 37.96 |
| Jiangsu Roc Furniture Industrial Co., Ltd ................. | Jiangsu Roc Furniture Industrial Co., Ltd ................. | 48.50 | 37.96 |
| JIANGSU SUNWELL CABINETRY CO., LTD ......... | JIANGSU SUNWELL CABINETRY CO., LTD ......... | 48.50 | 37.96 |
| JIANGSU WEISEN HOUSEWARE CO., LTD .......... | JIANGSU WEISEN HOUSEWARE CO., LTD .......... | 48.50 | 37.96 |
| Jiangsu Xiangsheng Bedtime Furniture Co., Ltd ...... | Jiangsu Xiangsheng Bedtime Furniture Co., Ltd ..... | 48.50 | 37.96 |
| Jiayuan (Xiamen) Industrial Co., Ltd ......................... | Jiayuan (Xiamen) Industrial Co., Ltd ......................... | 48.50 | 37.96 |
| JINJIANG PERFECT GENERATION IMP. & EXP. CO., LTD. | Homebi Technology Co., LTD ................................... | 48.50 | 37.96 |
| King's Group Furniture (Enterprises) Co., Ltd .......... | Zhongshan King's Group Furniture (ENTER-PRISES) Co., Ltd. | 48.50 | 37.96 |
| KM Cabinetry Co., Limited ....................................... | Zhongshan KM Cabinetry Co., Ltd .......................... | 48.50 | 37.96 |
| Kunshan Baiyulan Furniture Co., Ltd ........................ | Kunshan Baiyulan Furniture Co., Ltd ........................ | 48.50 | 37.96 |
| Kunshan Home Right Trade Corporation ................. | Kunshan Fangs Furniture Co., Ltd ........................... | 48.50 | 37.96 |
| LIANYUNGANG SUN RISE TECHNOLOGY CO., LTD. | LIANYUNGANG SUN RISE TECHNOLOGY CO., LTD. | 48.50 | 37.96 |
| Linshu Meibang Furniture Co., Ltd ........................... | Linshu Meibang Furniture Co., Ltd ........................... | 48.50 | 37.96 |
| Linyi Bomei Furniture Co., Ltd ................................. | Linyi Bomei Furniture Co., Ltd ................................. | 48.50 | 37.96 |
| LINYI BONN FLOORING MANUFACTURING CO., LTD. | LINYI BONN FLOORING MANUFACTURING CO., LTD. | 48.50 | 37.96 |
| Linyi Kaipu Furniture Co., Ltd .................................. | Linyi Kaipu Furniture Co., Ltd .................................. | 48.50 | 37.96 |
| Linyi Runkang Cabinet Co., Ltd ............................... | Linyi Runkang Cabinet Co., Ltd ............................... | 48.50 | 37.96 |
| Liu Shu Woods Product (Huizhou) Co., Ltd also known as Liu Shu Wood Products Co., Ltd (trade name) and Liu Shu Woods Product Co., Ltd (trade name). | Liu Shu Woods Product (Huizhou) Co., Ltd ........... | 48.50 | 37.96 |
| Master Door & Cabinet Co., Ltd ............................. | Master Door & Cabinet Co., Ltd ............................. | 48.50 | 37.96 |
| Masterwork Cabinetry Company Limited ................. | Shandong Compete Wood Co., Ltd ........................ | 48.50 | 37.96 |
| Masterwork Cabinetry Company Limited ................. | Linyi Zhongsheng Jiaju Zhuangshi Co., Ltd ............ | 48.50 | 37.96 |
| MEILIN WOOD PRODUCTS(DALIAN)CO., LTD ..... | MEILIN WOOD PRODUCTS(DALIAN)CO., LTD .... | 48.50 | 37.96 |
| Minhou Beite Home Decor Co., Ltd ........................ | Minhou Beite Home Decor Co., Ltd ........................ | 48.50 | 37.96 |
| MJB Supply (Dalian) Co., Ltd .................................. | Mulin City Bamiantong Linyeju Jisen Wood ........... | 48.50 | 37.96 |
| MOREWOOD CABINETRY CO., LTD ..................... | MOREWOOD CABINETRY CO., LTD ..................... | 48.50 | 37.96 |
| Nanjing Kaylang Co., Ltd ......................................... | Nanjing Kaylang Co., Ltd ......................................... | 48.50 | 37.96 |
| Nantong Aershin Cabinets Co., Ltd ......................... | Nantong Aershin Cabinets Co., Ltd ......................... | 48.50 | 37.96 |
| Nantong Ouming Wood Co., Ltd., also known as Nantong Ouming Wood Industry Co., Ltd. | Nantong Ouming Wood Co., Ltd., also known as Nantong Ouming Wood Industry Co., Ltd. | 48.50 | 37.96 |
| NANTONG YANGZI FURNITURE CO., LTD ........... | NANTONG YANGZI FURNITURE CO., LTD ......... | 48.50 | 37.96 |
| NINGBO KINGWOOD FURNITURE CO., LTD ....... | NINGBO KINGWOOD FURNITURE CO., LTD ...... | 48.50 | 37.96 |
| NINGBO ROVSA HOME FURNISHING CO., LTD .. | NINGBO ROVSA HOME FURNISHING CO., LTD | 48.50 | 37.96 |
| Ojans Company Limited ........................................... | Foshan Shunde Ojans Intelligent Sanitary Ware Co., Ltd. | 48.50 | 37.96 |
| Oppein Home Group Inc ......................................... | Oppein Home Group Inc ......................................... | 48.50 | 37.96 |
| PIZHOU OUYME IMPORT & EXPORT TRADE CO., LTD. | XUZHOU OUMEC WOOD–BASED PANEL CO., LTD. | 48.50 | 37.96 |
| Pneuma Asia Sourcing & Trading Co. LIMITED ...... | Dalian Tianxin Home Product Co., Ltd .................... | 48.50 | 37.96 |
| Pneuma Asia Sourcing & Trading Co. LIMITED ...... | Qingdao Haiyan Drouot Household Co., Ltd ............ | 48.50 | 37.96 |
| Putian Jinggong Furniture Co., Ltd .......................... | Putian Jinggong Furniture Co., Ltd .......................... | 48.50 | 37.96 |
| Qingdao Coomex Sources Co., Ltd. also known as Coomex Sources Co., Ltd. | Nantong Aershin Cabinets Co., Ltd ......................... | 48.50 | 37.96 |
| Qingdao Haiyan Drouot Household Co., Ltd ............ | Qingdao Haiyan Drouot Household Co., Ltd ............ | 48.50 | 37.96 |
| Qingdao Liangmu Hongye Co., Ltd .......................... | Qingdao Liangmu Hongye Co., Ltd .......................... | 48.50 | 37.96 |
| Qingdao Liangmu Jinshan Woodwork Co., Ltd ........ | Qingdao Liangmu Jinshan Woodwork Co., Ltd ........ | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Lankao Sanqiang Wooden Products Co., Ltd ......... | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Linyi Lanshan Chengxinli Woods Co., Ltd ............... | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Shouguang Shi Qifeng Woods Co., Ltd ................. | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Linyi Mingzhu Woods Co., Ltd ................................ | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Yichun Senhai Woods Industry Co., Ltd ................. | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Linyi Jinde Arts&Crafts Co., Ltd ............................. | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Qingdao Ruirong Woods Co., Ltd ........................... | 48.50 | 37.96 |
| Qingdao Shousheng Industry Co., Ltd .................... | Qingdao Shousheng Industry Co., Ltd .................... | 48.50 | 37.96 |
| Qingdao Yimei Wood Work Co., Ltd ........................ | Qingdao Yimei Wood Work Co., Ltd ........................ | 48.50 | 37.96 |
| QINGDAOHONGXINCHENGDA WOOD INDUS-TRY CO., LTD. | QINGDAOHONGXINCHENGDA WOOD INDUS-TRY CO., LTD. | 48.50 | 37.96 |

**Federal Register** / Vol. 85, No. 62 / Tuesday, March 31, 2020 / Notices **17859**

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| QUFU XINYU FURNITURE CO., LTD .................. | QUFU XINYU FURNITURE CO., LTD .................. | 48.50 | 37.96 |
| Ronbow Hong Kong Limited ...................................... | Wuxi Yusheng Kitchen-Bathroom Equipment Co., Ltd. | 48.50 | 37.96 |
| Sagarit Bathroom Manufacturer Limited .................. | Shouguang Fushi Wood Co., Ltd .............................. | 48.50 | 37.96 |
| Sagarit Bathroom Manufacturer Limited .................. | Zhangzhou Guohui Industrial & Trade Co., Ltd ...... | 48.50 | 37.96 |
| Sagarit Bathroom Manufacturer Limited .................. | Qingdao Runpeng Wood Industrial Co., Ltd .......... | 48.50 | 37.96 |
| Sankok Arts Co., Ltd ................................................. | Sankok Arts Co., Ltd ................................................. | 48.50 | 37.96 |
| Senke Manufacturing Company ................................ | Qindao Yimei Wood Work Co., Ltd .......................... | 48.50 | 37.96 |
| Senke Manufacturing Company ................................ | Linyi Kaipu Furniture Co., Ltd ................................. | 48.50 | 37.96 |
| Senke Manufacturing Company ................................ | Shandon Honsoar Cabinetry Co., Ltd .................... | 48.50 | 37.96 |
| Senke Manufacturing Company ................................ | Huimin Hanlong Furniture Co, Ltd ........................... | 48.50 | 37.96 |
| Shandong Cubic Alpha Timber Co., Ltd .................. | Shandong Cubic Alpha Timber Co., Ltd .................. | 48.50 | 37.96 |
| Shandong Fusheng Wood Co., Ltd ........................... | Shandong Fusheng Wood Co., Ltd ........................... | 48.50 | 37.96 |
| Shandong Huanmei Wood Co., Ltd .......................... | Shandong Huanmei Wood Co., Ltd .......................... | 48.50 | 37.96 |
| SHANDONG JINGYAO HOME DECORATION PRODUCTS CO., LTD. | SHANDONG JINGYAO HOME DECORATION PRODUCTS CO., LTD. | 48.50 | 37.96 |
| Shandong Longsen Woods Co., Ltd .......................... | Shandong Longsen Woods Co., Ltd .......................... | 48.50 | 37.96 |
| Shandong Sanfortune Home and Furniture Co., Ltd | Shandong Sanfortune Home and Furniture Co., Ltd | 48.50 | 37.96 |
| Shanghai Aiwood Home Supplies Co., Ltd ............... | Jiangsu Gangxing Kitchen Cabinet Co., Ltd ........... | 48.50 | 37.96 |
| Shanghai Aiwood Home Supplies Co., Ltd ............... | Shanghai Homebase SanSheng Household Prod-uct Co., Ltd. | 48.50 | 37.96 |
| Shanghai Baiyulan Furniture Co., Ltd ...................... | Kunshan Baiyulan Furniture Co., Ltd ...................... | 48.50 | 37.96 |
| Shanghai Beautystar Cabinetry Co., Ltd .................. | Jiangsu Sunwell Cabinetry Co., Ltd ........................ | 48.50 | 37.96 |
| Shanghai Beautystar Cabinetry Co., Ltd .................. | Nantong Jiegao Furniture Co., Ltd .......................... | 48.50 | 37.96 |
| Shanghai Jiang Feng Furniture Co., Ltd .................. | Shanghai Jiang Feng Furniture Co., Ltd .................. | 48.50 | 37.96 |
| SHANGHAI LINE KING INTERNATIONAL TRAD-ING CO., LTD. | SHANGHAI YAZHI WOODEN INDUSTRY CO., LTD. | 48.50 | 37.96 |
| Shanghai Mebo Industry Co. Ltd .............................. | Shanghai Mebo Industry Co. Ltd .............................. | 48.50 | 37.96 |
| Shanghai Qingzhou Woodenware Co., Ltd ............... | Shanghai Qingzhou Woodenware Co., Ltd ............... | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd ................................. | Anhui GeLun Wood Industry Co., Ltd ..................... | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd ................................. | Ning'an City Jiude Wood Co., Ltd ........................... | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd ................................. | Muling City Bamiantong Forestry Bureau Jisen Wood Co., Ltd. | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd ................................. | Dalian Ruiyu Mountain Wood Co., Ltd .................... | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd ................................. | Linshu Meibang Furniture Co., Ltd .......................... | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd ................................. | Jiamusi City Quanhong Wood Industry Co., Ltd ..... | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd ................................. | Kunshan Fangs Furniture Co., Ltd .......................... | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd ................................. | Dalian Chunyao Wood Industry Co., Ltd ................. | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd ................................. | Anhui Juxin Wood Industry Co., Ltd ........................ | 48.50 | 37.96 |
| Shanghai Wang Lei Industries- Taicang Branch ...... | Shanghai Wang Lei Industries- Taicang Branch ...... | 48.50 | 37.96 |
| Shanghai Wen Bo Industries Co. Ltd ....................... | Shanghai Yinbo Manufacturing Co. Ltd ................... | 48.50 | 37.96 |
| Shanghai Wen Bo Industries Co. Ltd ....................... | Dalian Jiaye Wood Products Co., Ltd ...................... | 48.50 | 37.96 |
| Shanghai Wen Bo Industries Co. Ltd ....................... | Shanghai Baiyulan Furniture Co., Ltd ...................... | 48.50 | 37.96 |
| Shanghai Xietong (Group) Co., Ltd .......................... | Nantong Jiegao Furniture Co., Ltd .......................... | 48.50 | 37.96 |
| Shanghai Xietong (Group) Co., Ltd .......................... | Jiangsu Senwei Smart Home Co., Ltd .................... | 48.50 | 37.96 |
| SHANGHAI ZIFENG INTERNATIONAL TRADING CO., LTD. | SHANDONG GAINVAST WOODEN PRODUCTS CO., LTD. | 48.50 | 37.96 |
| SHANGHAI ZIFENG INTERNATIONAL TRADING CO., LTD. | SHANGHAI WENYI WOODEN CO., LTD .............. | 48.50 | 37.96 |
| SHANGHAI ZIFENG INTERNATIONAL TRADING CO., LTD. | NAN TONG DI LIN FURNITURE CO., LTD ........... | 48.50 | 37.96 |
| SHANGHAI ZIFENG INTERNATIONAL TRADING CO., LTD. | JIANGSU YANAN WOODEN CO., LTD ................. | 48.50 | 37.96 |
| Sheen Lead International Trading (Shanghai)Co., Ltd. | SHANGHAI RUIYING FURNITURE CO., LTD ........ | 48.50 | 37.96 |
| Shouguang Fushi Wood Co., Ltd .............................. | Shouguang Fushi Wood Co., Ltd .............................. | 48.50 | 37.96 |
| Shouguang Honsoar Imp. & Exp. Trading Co., Ltd .. | Shandong Honsoar Cabinet Materials Co., Ltd ....... | 48.50 | 37.96 |
| SHOUGUANG JIAXIU WOOD CO., LTD ................ | SHOUGUANG JIAXIU WOOD CO., LTD ................ | 48.50 | 37.96 |
| SHOUGUANG JIAXIU WOOD CO., LTD ................ | SHOUGUANG JIAXIU WOOD CO., LTD ................ | 48.50 | 37.96 |
| Shouguang Jinxiangyuan Home Furnishing Co., Ltd | Shouguang Jinxiangyuan Home Furnishing Co., Ltd. | 48.50 | 37.96 |
| Shouguang Sanyang Wood Industry Co., Ltd .......... | Shouguang Sanyang Wood Industry Co., Ltd .......... | 48.50 | 37.96 |
| Silver Stone Group Co., Ltd ..................................... | QINGDAO FAMILY CRAFTS CO., LTD ................. | 48.50 | 37.96 |
| Silver Stone Group Co., Ltd ..................................... | QingDao XiuZhen Furniture Co., Ltd ...................... | 48.50 | 37.96 |
| Smart Gift International .............................................. | Anhui GeLun Wood Industry Co., Ltd ..................... | 48.50 | 37.96 |
| Smart Gift International .............................................. | Ning'an City Jiude Wood Co., Ltd ........................... | 48.50 | 37.96 |
| Smart Gift International .............................................. | Muling City Bamiantong Forestry Bureau Jisen Wood Co., Ltd. | 48.50 | 37.96 |
| Smart Gift International .............................................. | Dalian Ruiyu Mountain Wood Co., Ltd .................... | 48.50 | 37.96 |
| Smart Gift International .............................................. | Jiamusi City Quanhong Wood Industry Co., Ltd ..... | 48.50 | 37.96 |

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| Smart Gift International ............................................ | Dalian Chunyao Wood Industry Co., Ltd ................ | 48.50 | 37.96 |
| SUNCO TIMBER(KUNSHAN) CO., LTD .................. | SUNCO TIMBER(KUNSHAN) CO., LTD .................. | 48.50 | 37.96 |
| Supree (Fujian) Wood Co., Ltd .............................. | Supree (Fujian) Wood Co., Ltd .............................. | 48.50 | 37.96 |
| Supree (Fujian) Construction Materials Co., Ltd ...... | Supree (Fujian) Construction Materials Co., Ltd ..... | 48.50 | 37.96 |
| SUZHOU BAOCHENG INDUSTRIES CO., LTD ...... | WALLBEYOND (SHUYANG) HOME DECOR CO., LTD. | 48.50 | 37.96 |
| Suzhou Five Cubic Wood Co., Ltd .......................... | Suzhou Geda Office Equipment Manufacturing Co., Ltd. | 48.50 | 37.96 |
| Suzhou Oriental Dragon Import and Export Co., Ltd. also known as Suzhou Oriental Dragon Import and Export Corp., Ltd. | Lingbi Xianghe Wood Co., Ltd ................................ | 48.50 | 37.96 |
| Tai Yuan Trading Co., Ltd also known as Heshan Tai Yuan Trading Co., Ltd. | Heshan Yingmei Cabinet Co., Ltd ........................... | 48.50 | 37.96 |
| Taishan Changfa Wood Industry Co., Ltd ................ | Taishan Changfa Wood Industry Co., Ltd ................ | 48.50 | 37.96 |
| TAISHAN HONGXIANG TRADING CO., LTD .......... | Chang He Xing Wood Manufacturer Co., Ltd .......... | 48.50 | 37.96 |
| TAISHAN HONGXIANG TRADING CO., LTD .......... | Heshan Yingmei Cabinets Co., Ltd ......................... | 48.50 | 37.96 |
| TAISHAN HONGXIANG TRADING CO., LTD .......... | Heshan Feiqiu Cabinet Co., Ltd ............................. | 48.50 | 37.96 |
| TAISHAN HONGXIANG TRADING CO., LTD .......... | Yuanwang Wood Product Factory Dajiang Taishan .... | 48.50 | 37.96 |
| TAISHAN HONGXIANG TRADING CO., LTD .......... | Can-Am Cabinet Ltd ............................................... | 48.50 | 37.96 |
| Taishan Hongzhou Cabinet Co., Ltd ....................... | Taishan Hongzhou Cabinet Co., Ltd ....................... | 48.50 | 37.96 |
| Taishan Jiahong Trade Co., Ltd .............................. | Taishan Dajiang Town Dutou Wood Furniture Factory. | 48.50 | 37.96 |
| Taishan Jiahong Trade Co., Ltd .............................. | Foshan Nanhai Jinwei Cabinet Furniture Co., Ltd .. | 48.50 | 37.96 |
| Taishan Jiahong Trade Co., Ltd .............................. | Taishan Huali Kitchen Cabinet Co., Ltd ................. | 48.50 | 37.96 |
| Taishan Jiahong Trade Co., Ltd .............................. | Taishan Empire Wood Co., Ltd .............................. | 48.5 | 37.96 |
| TAISHAN OVERSEA TRADING COMPANY LTD ... | TAISHAN GANHUI STONE KITCHEN CO., LTD ... | 48.50 | 37.96 |
| TAISHAN OVERSEA TRADING COMPANY LTD ... | Can-Am Cabinet Ltd ............................................... | 48.50 | 37.96 |
| TAISHAN OVERSEA TRADING COMPANY LTD ... | TAISHAN QUANMEI KITCHEN WARE CO., LTD .. | 48.50 | 37.96 |
| TAISHAN OVERSEA TRADING COMPANY LTD ... | TAISHAN JIAFU CABINET CO., LTD ..................... | 48.50 | 37.96 |
| TAISHAN OVERSEA TRADING COMPANY LTD ... | TAISHAN DAJIANG TOWN DUTOU FURNITURE FACTORY. | 48.50 | 37.96 |
| TAISHAN OVERSEA TRADING COMPANY LTD ... | Feiteng Kitchen Cabinets Taishan Corporation ....... | 48.50 | 37.96 |
| Taizhou Overseas Int'l Ltd ...................................... | Zhejiang Royal Home Co., Ltd ............................... | 48.50 | 37.96 |
| TANGSHAN BAOZHU FURNITURE CO., LTD ....... | TANGSHAN BAOZHU FURNITURE CO.FF0C;LTD | 48.50 | 37.96 |
| Tech Forest Cabinetry Co., Ltd .............................. | Tech Forest Cabinetry Co., Ltd .............................. | 48.50 | 37.96 |
| The Frame Manufacturing Co. Ltd .......................... | HUIZHOU DIWEIXIN JIATINGYONGPIN CO., LTD | 48.50 | 37.96 |
| Top Goal International Group Ltd. (Hong Kong) ...... | Dongguan City Top Goal Furniture Co., Ltd ........... | 48.50 | 37.96 |
| Tradewinds Furniture Ltd ........................................ | Tradewinds Furniture Ltd ........................................ | 48.50 | 37.96 |
| Wa Fok Art Craft Furniture (MACAO) Co., Ltd ........ | Zhongshan Huafu Art Craft Furniture Co., Ltd ........ | 48.50 | 37.96 |
| Weifang Fuxing Wood Co., Ltd ............................... | Weifang Fuxing Wood Co., Ltd ............................... | 48.50 | 37.96 |
| WEIFANG KITCHINET CORPORATION ................. | WEIFANG KITCHINET CORPORATION ................. | 48.50 | 37.96 |
| Weifang Lan Gu Wood Industry Co., Ltd ................ | Weifang Lan Gu Wood Industry Co., Ltd ................ | 48.50 | 37.96 |
| Weifang Master Wood Industry Co., Ltd ................. | Weifang Master Wood Industry Co., Ltd ................. | 48.50 | 37.96 |
| Weifang Yuanlin Woodenware Co., Ltd ................... | Weifang Yuanlin Woodenware Co., Ltd ................... | 48.50 | 37.96 |
| Weihai Adornus Cabinetry Manufacturing Co., Ltd .. | Weihai Adornus Cabinetry Manufacturing Co., Ltd .. | 48.50 | 37.96 |
| WEIHAI JARLIN CABINETRY MANUFACTURE CO., LTD. | WEIHAI JARLIN CABINETRY MANUFACTURE CO., LTD. | 48.50 | 37.96 |
| Wellday International Company Limited also known as Dongguan Wellday Household Co., Ltd. | Wellday International Company Limited also known as Dongguan Wellday Household Co., Ltd. | 48.50 | 37.96 |
| Wenzhou Youbo Industrial Co., Ltd ........................ | Wenzhou Youbo Industrial Co., Ltd ........................ | 48.50 | 37.96 |
| Wuxi Yushea Furniture Co., Ltd ............................. | Wuxi Yushea Furniture Co., Ltd ............................. | 48.50 | 37.96 |
| Wuxi Yusheng Kitchen-Bathroom Equipment Co., Ltd. | Wuxi Yusheng Kitchen-Bathroom Equipment Co., Ltd. | 48.50 | 37.96 |
| Xiamen Adler Cabinetry Co., Ltd ........................... | Xiamen Adler Cabinetry Co., Ltd ........................... | 48.50 | 37.96 |
| XIAMEN GOFOR STONE CO., LTD ...................... | KAICHENG (FUJIAN) KITCHEN CABINET CO., LTD. | 48.50 | 37.96 |
| XIAMEN GOLDEN HUANAN IMP.& EXP. CO., LTD | Changtai Guanjia Industrial Co., Ltd ...................... | 48.50 | 37.96 |
| XIAMEN GOLDENHOME CO., LTD ....................... | XIAMEN GOLDENHOME CO., LTD ....................... | 48.50 | 37.96 |
| XIAMEN KAICHENG TRADING LIMITED COMPANY. | KAICHENG (FUJIAN) KITCHEN CABINET CO., LTD. | 48.50 | 37.96 |
| Xiamen Sintop Display Fixtures Co., Ltd ................. | Xiamen Sintop Display Fixtures Co., Ltd ................. | 48.50 | 37.96 |
| XINGZHI INTERNATIONAL TRADE LIMITED ......... | XUZHOU YIHE WOOD CO., LTD .......................... | 48.50 | 37.96 |
| XUZHOU JIA LI DUO IMPORT&EXPORT CO., LTD | XUZHOU OUMEC WOOD–BASED PANEL CO., LTD. | 48.50 | 37.96 |
| XUZHOU YIHE WOOD CO., LTD ........................... | XUZHOU YIHE WOOD CO., LTD ........................... | 48.50 | 37.96 |
| YEKALON INDUSTRY, INC ................................... | DONGGUAN TODA FURNITURE CO., LTD ........... | 48.50 | 37.96 |
| YEKALON INDUSTRY, INC ................................... | GUANGZHOUSHI BAISEN DECORATIVE MATERIALS COMPANY LIMITED. | 48.50 | 37.96 |
| YEKALON INDUSTRY, INC ................................... | DONGGUAN FANYANUO FURNITURE CO. LTD | 48.50 | 37.96 |
| YEKALON INDUSTRY, INC ................................... | DONGGUANSHI ANKE BUILDING MATERIALS CO., LTD. | 48.50 | 37.96 |

Filed By: Rachel Greenberg, Filed Date: 3/31/20 8:37 AM, Submission Status: Approved

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| YEKALON INDUSTRY, INC ..................................... | Oriental Chic Furniture Company Limited ............... | 48.50 | 37.96 |
| YEKALON INDUSTRY, INC ..................................... | DONGGUAN FRANCISS FURNITURE CO., LTD .. | 48.50 | 37.96 |
| YEKALON INDUSTRY, INC ..................................... | SHANGHAI YUANYANG WOODEN CO., LTD ....... | 48.50 | 37.96 |
| Yi Sen Wood Industry Limited Company of Ning An City. | Yi Sen Wood Industry Limited Company of Ning An City. | 48.50 | 37.96 |
| Yichun Dongmeng Wood Co., Ltd ........................... | Yichun Dongmeng Wood Co., Ltd ........................... | 48.50 | 37.96 |
| Yichun Dongmeng Wood Co., Ltd ........................... | Qingdao Dimei Wood Co., Ltd ................................ | 48.50 | 37.96 |
| Yichun Sunshine Wood Products Co., Ltd ............... | Yichun Sunshine Wood Products Co., Ltd ............... | 48.50 | 37.96 |
| Yixing Pengjia Cabinetry Co. Ltd ............................ | Yixing Pengjia Cabinetry Co. Ltd ............................ | 48.50 | 37.96 |
| Zhangjiagang Daye Hotel Furniture Co., Ltd ........... | Zhangjiagang Daye Hotel Furniture Co., Ltd ........... | 48.50 | 37.96 |
| ZHANGJIAGANG PRO–FIXTURE CO., LTD ........... | Zhangjiagang Yuanjiahe Home Furniture Co., Ltd .. | 48.50 | 37.96 |
| ZHANGZHOU CITY XIN JIA HUA FURNITURE CO., LTD. | ZHANGZHOU CITY XIN JIA HUA FURNITURE CO., LTD. | 48.50 | 37.96 |
| Zhangzhou Guohui Industrial & Trade Co., Ltd ........ | Zhangzhou Guohui Industrial & Trade Co., Ltd ...... | 48.50 | 37.96 |
| Zhangzhou OCA Furniture Co., Ltd ........................ | Zhangzhou OCA Furniture Co., Ltd ........................ | 48.50 | 37.96 |
| Zhaoqing Centech Decorative Material Company Ltd. | Zhaoqing Centech Decorative Material Company Ltd. | 48.50 | 37.96 |
| Zhejiang Jindi Holding Group Co., Ltd .................... | Zhejiang Jindi Holding Group Co., Ltd .................... | 48.50 | 37.96 |
| Zhong Shan Shi Yicheng Furniture & Craftwork Co., Ltd. | Zhong Shan Shi Yicheng Furniture & Craftwork Co., Ltd. | 48.50 | 37.96 |
| Zhong Shan Yue Qin Imp. & Exp. Co., Ltd .............. | Zhongshan Jinpeng Furniture Co., Ltd .................... | 48.50 | 37.96 |
| Zhongshan City Shenwan Meiting Furniture Factory | Zhongshan City Shenwan Meiting Furniture Fac-tory. | 48.50 | 37.96 |
| Zhongshan Fookyik Furniture Co., Ltd .................... | Zhongshan Fookyik Furniture Co., Ltd .................... | 48.50 | 37.96 |
| ZHONGSHAN GAINWELL FURNITURE CO., LTD | ZHONGSHAN GAINWELL FURNITURE CO., LTD | 48.50 | 37.96 |
| Zhongshan Guanda Furniture Manufacturing Co., Ltd also known as Guanda Furniture Co., Ltd. | Zhongshan Guanda Furniture Manufacturing Co., Ltd. | 48.50 | 37.96 |
| ZHONGSHAN HENGFU FURNITURE COMPANY LIMITED. | ZHONGSHAN HENGFU FURNITURE COMPANY LIMITED. | 48.50 | 37.96 |
| Zhongshan King's Group Furniture (ENTER-PRISES) Co., Ltd. | Zhongshan King's Group Furniture (ENTER-PRISES) Co., Ltd. | 48.50 | 37.96 |
| Zhoushan For-strong Wood Co., Ltd ...................... | Zhoushan For-strong Wood Co., Ltd ...................... | 48.50 | 37.96 |
| Zhoushan For-strong Wood Co., Ltd ...................... | Shanghai Wanmuda Furniture Co., Ltd .................... | 48.50 | 37.96 |
| Zhucheng Tonghe Woodworks Co., ltd ................... | Zhucheng Tonghe Woodworks Co., ltd ................... | 48.50 | 37.96 |
| Zhuhai Seagull Kitchen and Bath Products Co., Ltd | Zhuhai Seagull Kitchen and Bath Products Co., Ltd | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED ..................... | DONGGUAN FANG CHENG FURNITURE LTD ..... | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED ..................... | ZhongShan PRO–YEARN Crafts Product Co., Ltd | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED ..................... | FUJIAN NEWMARK INDUSTRIAL CO., LTD .......... | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED ..................... | Fuzhou Zhonghe Houseware CO., LTD .................. | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED ..................... | MING LIANG FURNITURE PRODUCT CO., LTD .. | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED ..................... | XIANJU JUNYANG HOUSEHOLD PRODUCTS CO., LTD. | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED ..................... | DongGuan HeTai Homewares CO., LTD ................ | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED ..................... | CHENG TONG HARDWARE PRODUCT LTD ........ | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED ..................... | Nantong Jon Ergonomic Office Co., Ltd ................. | 48.50 | 37.96 |
| China-Wide Entity .................................................. | ............................................................................... | 262.18 | 251.64 |

## Suspension of Liquidation

Suspension of liquidation and cash deposit rates for all producers and exporters of subject merchandise from China unaffected by this correction notice. Refer to the *Final Determination* for the suspension instructions in effect at the time of the issuance of this notice.

## Public Comment

Commerce is not accepting public comments in response to this corrected final determination.

## International Trade Commission Notification

In accordance with section 735(d) of the Act, Commerce will notify the International Trade Commission of this correction notice.

## Notification to Interested Parties

This corrected final determination is issued and published in accordance with sections 735(d) and 777(i)(1) of the Tariff Act of 1930, as amended, and 19 CFR 351.210(c).

Dated: March 25, 2020.

**Jeffrey I. Kessler,**

*Assistant Secretary for Enforcement and Compliance.*

[FR Doc. 2020–06645 Filed 3–30–20; 8:45 am]

**BILLING CODE 3510–DS–P**

## DEPARTMENT OF COMMERCE

## International Trade Administration

**[A–580–907]**

## Ultra-High Molecular Weight Polyethylene From the Republic of Korea: Initiation of Less-Than-Fair-Value Investigation

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**DATES:** Applicable March 24, 2020.

**FOR FURTHER INFORMATION CONTACT:** Darla Brown or Ian Hamilton, AD/CVD Operations, Office II, Enforcement and Compliance, International Trade Administration, U.S. Department of

JA 4

Preliminary Determination (October 9, 2019)
PR 1426

**54106**     **Federal Register** / Vol. 84, No. 196 / Wednesday, October 9, 2019 / Notices

Dated: October 3, 2019.

**Joan Nagielski,**

*Human Resources Specialist, Office of Employment and Compensation, Department of Commerce Human Capital Client Services, Office of Human Resources Management, Office of the Secretary, Department of Commerce.*

[FR Doc. 2019–21987 Filed 10–8–19; 8:45 am]

**BILLING CODE 3510–24–P**

---

## DEPARTMENT OF COMMERCE

### International Trade Administration

**[A–570–106]**

### Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Preliminary Affirmative Determination of Sales at Less Than Fair Value, Postponement of Final Determination and Extension of Provisional Measures

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**SUMMARY:** The Department of Commerce (Commerce) preliminarily determines that wooden cabinets and vanities and components thereof (wooden cabinets and vanities) from the People's Republic of China (China) are being, or are likely to be, sold in the United States at less than fair value (LTFV). The period of investigation (POI) is July 1, 2018 through December 31, 2018. Interested parties are invited to comment on this preliminary determination.

**DATES:** Applicable October 9, 2019.

**FOR FURTHER INFORMATION CONTACT:** Kabir Archuletta, Rachel Greenberg, or Eliza Siordia, AD/CVD Operations, Office V, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC 20230; telephone: (202) 482–2593, (202) 482–0652, or (202) 482–3878, respectively.

**SUPPLEMENTARY INFORMATION:**

### Background

This preliminary determination is made in accordance with section 733(b) of the Tariff Act of 1930, as amended (the Act). Commerce published the notice of initiation of this investigation

on April 2, 2019.[1] On August 5, 2019, Commerce postponed the preliminary determination of this investigation and the revised deadline is now October 2, 2019.[2] For a complete description of the events that followed the initiation of this investigation, *see* the Preliminary Decision Memorandum.[3] A list of topics included in the Preliminary Decision Memorandum is included as Appendix II to this notice. The Preliminary Decision Memorandum is a public document and is on file electronically via Enforcement and Compliance's Antidumping and Countervailing Duty Centralized Electronic Service System (ACCESS). ACCESS is available to registered users at *https:// access.trade.gov,* and to all parties in the Central Records Unit, room B8024 of the main Commerce building. In addition, a complete version of the Preliminary Decision Memorandum can be accessed directly at *http://enforcement.trade.gov/ frn/.* The signed and the electronic versions of the Preliminary Decision Memorandum are identical in content.

### Scope of the Investigation

The product covered by this investigation is wooden cabinets and vanities from China. For a complete description of the scope of this investigation, *see* Appendix I.

### Scope Comments

In accordance with the preamble to Commerce's regulations,[4] the *Initiation Notice* set aside a period of time for parties to raise issues regarding product coverage (scope).[5] Certain interested parties commented on the scope of the investigation as it appeared in the *Initiation Notice.* For a summary of the

product coverage comments and rebuttal responses submitted to the record for this investigation, and accompanying discussion and analysis of all comments timely received, *see* the Preliminary Scope Decision Memorandum.[6] Commerce is preliminarily modifying the scope language as it appeared in the *Initiation Notice. See* the revised scope in Appendix I to this notice.

### Methodology

Commerce is conducting this investigation in accordance with section 731 of the Act. Commerce has calculated export prices in accordance with section 772(a) of the Act. Because China is a non-market economy, within the meaning of section 771(18) of the Act, Commerce has calculated normal value (NV) in accordance with section 773(c) of the Act. In addition, pursuant to section 776(a) and (b) of the Act, Commerce preliminarily has relied on facts otherwise available, with adverse inferences, for Dalian Meisen Woodworking Co., Ltd. (Meisen), certain separate rate applicants, and the China-wide entity. For a full description of the methodology underlying Commerce's preliminary determination, *see* the Preliminary Decision Memorandum.

### Combination Rates

In the *Initiation Notice,*[7] Commerce stated that it would calculate producer/ exporter combination rates for the respondents that are eligible for a separate rate in this investigation. Policy Bulletin 05.1 describes this practice.[8] In this investigation, we calculated producer/exporter combination rates for respondents eligible for separate rates.

### Preliminary Determination

Commerce preliminarily determines that the following estimated weighted-average dumping margins exist:

---

[1] *See Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Initiation of Less-Than-Fair-Value Investigation,* 84 FR 12587 (April 2, 2019) (*Initiation Notice*).

[2] *See Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Postponement of Preliminary Determination in the Less-Than-Fair-Value Investigation,* 84 FR 37988 (August 5, 2019).

[3] *See* Memorandum, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Decision Memorandum for Preliminary Affirmative Determination of Sales at Less-Than-Fair Value," dated concurrently with, and hereby adopted by, this notice (Preliminary Decision Memorandum).

[4] *See Antidumping Duties; Countervailing Duties, Final Rule,* 62 FR 27296, 27323 (May 19, 1997).

[5] *See Initiation Notice.*

[6] *See* Memorandum, "Certain Hardwood Plywood Products from the People's Republic of China: Scope Comments Decision Memorandum for the Preliminary Determinations," dated October 2, 2019 (Preliminary Scope Decision Memorandum).

[7] *See Initiation Notice,* 84 FR at 12590–91.

[8] *See* Enforcement and Compliance's Policy Bulletin No. 05.1, regarding, "Separate-Rates Practice and Application of Combination Rates in Antidumping Investigations involving Non-Market Economy Countries," dated April 5, 2005 (Policy Bulletin 05.1), available on Commerce's website at *http://enforcement.trade.gov/policy/bull05-1.pdf.*

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| The Ancientree Cabinet Co., Ltd .................................. | The Ancientree Cabinet Co., Ltd .................................. | 4.49 | 0.00 |
| Dalian Meisen Woodworking Co., Ltd .......................... | Dalian Meisen Woodworking Co., Ltd .......................... | 262.18 | 251.64 |
| Foremost Worldwide Company Limited ........................ | Rizhao Foremost Woodwork Manufacturing Company, Ltd. | 80.96 | 70.42 |
| Foremost Worldwide Company Limited ........................ | Henan AiDiJia Furniture Co., Ltd ................................. | 80.96 | 70.42 |
| Foremost Worldwide Company Limited ........................ | Suzhou Weiye Furniture Co., Ltd ................................. | 80.96 | 70.4 |
| Foremost Worldwide Company Limited ........................ | Changsha Minwan Furniture Manufacturing Co., Ltd .. | 80.96 | 70.4 |
| ANHUI JIANLIAN WOOD PRODUCTS CO., LTD ......... | ANHUI JIANLIAN WOOD PRODUCTS CO., LTD& .... | 39.25 | 28.7 |
| Anhui Swanch Cabinetry Co., Ltd ............................... | Anhui Swanch Cabinetry Co., Ltd ............................... | 39.25 | 28.71 |
| ANHUI XINYUANDA CUPBOARD CO., LTD ................ | ANHUI XINYUANDA CUPBOARD CO., LTD ................ | 39.25 | 28.71 |
| Beijing Oulu Jinxin International Trade Co., Ltd .......... | Beijing Oulu Jinxin International Trade Co., Ltd .......... | 39.25 | 28.71 |
| Boloni Smart Home Decor (Beijing) Co., LTD ............. | Boloni Smart Home Decor (Beijing) Co., LTD ............. | 39.25 | 28.71 |
| Caoxian Brothers Hengxin Wood Industry Co., Ltd .... | Caoxian Brothers Hengxin Wood Industry Co., Ltd ..... | 39.25 | 28.71 |
| Changyi Zhengheng Woodwork Co., Ltd ..................... | Changyi Zhengheng Woodwork Co., Ltd ..................... | 39.25 | 28.71 |
| CHAOZHOU YAFENG BATHROOM EQUIPMENT CO., LTD. | CHAOZHOU YAFENG BATHROOM EQUIPMENT CO., LTD. | 39.25 | 28.71 |
| China Friend Limited ................................................... | Dongming Sanxin Wood Industry Co., Ltd ................... | 39.25 | 28.71 |
| Dalian Jiaye Wood Products Co., Ltd .......................... | Dalian Jiaye Wood Products Co., Ltd .......................... | 39.25 | 28.71 |
| Dalian Xingsen Wooden Products Co., Ltd ................. | Dalian Xingsen Wooden Products Co., Ltd ................. | 39.25 | 28.71 |
| Dandong City Anmin Wooden Products Group Co., Ltd. | Dandong City Anmin Wooden Products Group Co., Ltd. | 39.25 | 28.71 |
| Dandong Laroyal Cabinetry Co., Ltd ........................... | Dandong Laroyal Cabinetry Co., Ltd ........................... | 39.25 | 28.71 |
| DEHK LIMITED ............................................................ | DIAM DISPLAY (CHINA) CO., LTD ............................. | 39.25 | 28.71 |
| Deqing China-Africa Foreign Trade Port Co., Ltd ....... | Suqian Welcomewood Products Co., Ltd .................... | 39.25 | 28.71 |
| Dewell Wooden Products Haian Co., Ltd .................... | Dewell Wooden Products Haian Co., Ltd .................... | 39.25 | 28.71 |
| Dongguan American Parts Supplier Co., Ltd .............. | Dongguan American Parts Supplier Co., Ltd .............. | 39.25 | 28.71 |
| Dongguan Niusaiqu Wood Industry Co., Ltd .............. | Dongguan Niusaiqu Wood Industry Co., Ltd .............. | 39.25 | 28.71 |
| Dongguan Unique Life Furniture Co., Ltd. also known as Unique Life Furniture Co., Ltd (trade name). | Dongguan Unique Life Furniture Co., Ltd .................... | 39.25 | 28.71 |
| Dorbest Ltd ................................................................. | Rui Feng Woodwork (Dongguan) Co., Ltd .................. | 39.25 | 28.71 |
| EZIDONE DISPLAY CORPORATION LTD ................. | EZIDONE DISPLAY CORPORATION LTD ................. | 39.25 | 28.71 |
| EZIDONE DISPLAY CORPORATION LTD ................. | EZIDONE DISPLAY INC ............................................. | 39.25 | 28.71 |
| Forcer International Limited ........................................ | QUFU XINYU FURNITURE CO., LTD ......................... | 39.25 | 28.71 |
| Forcer International Limited ........................................ | LINYI RUNKANG CABINET CO., LTD ........................ | 39.25 | 28.71 |
| Forcer International Limited ........................................ | BEIJING OULU JINXIN INTERNATIONAL TRADE CO., LTD. | 39.25 | 28.71 |
| Foshan City Shunde District Refined Furniture Co., Ltd. also known as Refined Furniture Co., Ltd. (trade name). | Foshan City Shunde District Refined Furniture Co., Ltd. also known as Refined Furniture Co., Ltd. (trade name). | 39.25 | 28.71 |
| Foshan Liansu building material Trading Co., Ltd ....... | Guangdong Lesso Home Furnishing Co., Ltd ............. | 39.25 | 28.71 |
| FOSHAN NANHAI HONGZHOU WOOD CO., LTD .... | FOSHAN NANHAI HONGZHOU WOOD CO., LTD .... | 39.25 | 28.71 |
| Foshan Shunde Yajiasi Kitchen Cabinet Co., Ltd ........ | Foshan Shunde Yajiasi Kitchen Cabinet Co., Ltd ........ | 39.25 | 28.71 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............. | FOSHAN DIBIAO BATHROOM CO., LTD ................. | 39.25 | 28.71 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............. | FOSHAN MK HOME FURISHING CO., LTD ............... | 39.25 | 28.71 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............. | PROUDER INDUSTRIAL LIMITED ............................ | 39.25 | 28.71 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............. | FOSHAN DEMAX SANITARY WARE CO., LTD ......... | 39.25 | 28.71 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............. | HEBEI SHUANGLI FURNITURE CO., LTD ................ | 39.25 | 28.71 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............. | ZHANGZHOU GUOHUI INDUSTRIAL & TRADE CO., LTD. | 39.25 | 28.71 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............. | SHOUGUANG FUSHI WOOD CO., LTD ................... | 39.25 | 28.71 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............. | Foshan Virtu Bathroom Furniture Ltd ......................... | 39.25 | 28.71 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............. | Guangdong Purefine Kitchen & Bath Technology Co., LTD. | 39.25 | 28.71 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............. | KAIPING HONGITARYWARE TECHNOLOGY LTD ... | 39.25 | 28.71 |
| Foshan Sourcever Company Limited ........................... | FOSHAN DIBIAO BATHROOM CO., LTD ................. | 39.25 | 28.71 |
| Foshan Sourcever Company Limited ........................... | FOSHAN MK HOME FURISHING CO., LTD ............... | 39.25 | 28.71 |
| Foshan Sourcever Company Limited ........................... | PROUDER INDUSTRIAL LIMITED ............................ | 39.25 | 28.71 |
| Foshan Sourcever Company Limited ........................... | FOSHAN DEMAX SANITARY WARE CO., LTD ......... | 39.25 | 28.71 |
| Foshan Sourcever Company Limited ........................... | HEBEI SHUANGLI FURNITURE CO., LTD ................ | 39.25 | 28.71 |
| Foshan Sourcever Company Limited ........................... | ZHANGZHOU GUOHUI INDUSTRIAL & TRADE CO., LTD. | 39.25 | 28.71 |
| Foshan Sourcever Company Limited ........................... | SHOUGUANG FUSHI WOOD CO., LTD ................... | 39.25 | 28.71 |
| Foshan Sourcever Company Limited ........................... | Foshan Virtu Bathroom Furniture Ltd ......................... | 39.25 | 28.71 |
| Foshan Sourcever Company Limited ........................... | Guangdong Purefine Kitchen & Bath Technology Co., LTD. | 39.25 | 28.71 |
| Foshan Sourcever Company Limited ........................... | KAIPING HONGITARYWARE TECHNOLOGY LTD ... | 39.25 | 28.71 |
| Foshan Xinzhongwei Economic & Trade Co., Ltd ....... | Foshan Lihong Furniture Sanitary Ware Co., Ltd ........ | 39.25 | 28.71 |
| FUJIAN DUSHI WOODEN INDUSTRY CO., LTD ...... | FUJIAN DUSHI WOODEN INDUSTRY CO., LTD ...... | 39.25 | 28.71 |
| FUJIAN LEIFENG CABINETRY CO., LTD. ................ | FUJIAN LEIFENG CABINETRY CO., LTD. ................ | 39.25 | 28.71 |
| Fujian Panda Home Furnishing Co., Ltd ..................... | Fujian Panda Home Furnishing Co., Ltd ..................... | 39.25 | 28.71 |

Barcode:3898836-01 A-570-106 INV - Investigation -

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| Fujian Senyi Kitchen Cabinet Co., Ltd ........................ | Fujian Senyi Kitchen Cabinet Co., Ltd ........................ | 39.25 | 28.71 |
| Fuzhou Biquan Trading Co., Ltd ................................. | Biquan (Fujian) Group Co., Ltd ................................. | 39.25 | 28.71 |
| Fuzhou CBM Import & Export Co., Ltd ........................ | Fuzhou CBM Import & Export Co., Ltd ........................ | 39.25 | 28.71 |
| Fuzhou Desource Home Décor Co., Ltd ...................... | Fuzhou Desource Home Decor Co., Ltd ...................... | 39.25 | 28.71 |
| FUZHOU LIMIN STONE PRODUCTS CO., LTD ........ | Fuzhou YST Cabinet Co., Ltd ................................. | 39.25 | 28.71 |
| FUZHOU MASTONE IMPORT & EXPORT CO., LTD | Fuzhou Yuansentai Cabinet Co., Ltd ........................ | 39.25 | 28.71 |
| Fuzhou Minlian Wood Industry Co., Ltd ...................... | Fuzhou Minlian Wood Industry Co., Ltd ...................... | 39.25 | 28.71 |
| FUZHOU SUNRISING HOME DECO MANUFAC-TURING CO., LTD. | FUZHOU SUNRISING HOME DECO MANUFAC-TURING CO., LTD. | 39.25 | 28.71 |
| FUZHOU XINRUI CABINET CO., LTD ...................... | FUZHOU XINRUI CABINET CO., LTD ...................... | 39.25 | 28.71 |
| Gaomi City Haitian Wooden Ware Co., Ltd ................ | Gaomi City Haitian Wooden Ware Co., Ltd ................ | 39.25 | 28.71 |
| GAOMI HONGTAI HOME FURNITURE CO., LTD ...... | GAOMI HONGTAI HOME FURNITURE CO., LTD ...... | 39.25 | 28.71 |
| Guangde Bozhong Trade Company, Ltd ...................... | Guangde Bozhong Trade Company, Ltd ...................... | 39.25 | 28.71 |
| GUANGDONG CACAR KITCHEN TECHNOLOGY CO., LTD. | GUANGDONG CACAR KITCHEN TECHNOLOGY CO., LTD. | 39.25 | 28.71 |
| Guangdong G-Top Import and Export Co., Ltd ............ | Foshan Shunde Rongao Furniture Co., LTD ................ | 39.25 | 28.71 |
| Guangzhou Nuolande Import and Export Co., Ltd ...... | Guangzhou Nuolande Import and Export Co., Ltd ...... | 39.25 | 28.71 |
| Haiyang Kunlun Wood Co., Ltd ................................. | Haiyang Kunlun Wood Co., Ltd ................................. | 39.25 | 28.71 |
| Hangzhou Bestcraft Sanitary Equipments Co., Ltd ...... | Hangzhou Bestcraft Sanitary Equipments Co., Ltd ..... | 39.25 | 28.71 |
| Hangzhou Entop Houseware Co., Ltd .......................... | Jinhua Aonika Sanitary Ware Co., Ltd ........................ | 39.25 | 28.71 |
| Hangzhou Entop Houseware Co., Ltd .......................... | Hangzhou Bestcraft Sanitary Equipments Co., Ltd ..... | 39.25 | 28.71 |
| Hangzhou Hansen Sanitary Ware Co., Ltd .................. | Hangzhou Hansen Sanitary Ware Co., Ltd .................. | 39.25 | 28.71 |
| Hangzhou Hoca Kitchen & Bath Products Co., Ltd ..... | Hangzhou Hoca Kitchen & Bath Products Co., Ltd ..... | 39.25 | 28.71 |
| Hangzhou Home Dee Sanitary Ware Co., Ltd ............ | Hangzhou Home Dee Sanitary Ware Co., Ltd ............ | 39.25 | 28.71 |
| Hangzhou Oulang Bathroom Equipment Co., Ltd ........ | Hangzhou Oulang Bathroom Equipment Co., Ltd ........ | 39.25 | 28.71 |
| Hangzhou Royo Import & Export Co., Ltd ................... | Jinhua Aonika Sanitary Ware Co., Ltd ........................ | 39.25 | 28.71 |
| Hangzhou Royo Import & Export Co., Ltd ................... | Hangzhou Yuxin Sanitary Ware Co., Ltd .................... | 39.25 | 28.71 |
| Hangzhou Royo Import & Export Co., Ltd ................... | Hangzhou Fuyang Beautiful Sanitary Ware Co., Ltd ... | 39.25 | 28.71 |
| Hangzhou Sunlight Sanitary Co., Ltd .......................... | Hangzhou Sunlight Sanitary Co., Ltd .......................... | 39.25 | 28.71 |
| Hangzhou Weinuo Sanitary Ware Co., Ltd .................. | PINGHU AIPA SANITARY WARE CO., LTD ................ | 39.25 | 28.71 |
| Hangzhou Weinuo Sanitary Ware Co., Ltd .................. | HANGZHOU QILONG SANITARY WARE CO., LTD .. | 39.25 | 28.71 |
| Hangzhou Xinhai Sanitary Ware Co., Ltd .................... | Hangzhou Xinhai Sanitary Ware Co., Ltd .................... | 39.25 | 28.71 |
| Hangzhou Yewlong Import&Export Co., Ltd ................ | Hangzhou Yewlong Industry Co., Ltd ........................ | 39.25 | 28.71 |
| Hangzhou Zhuangyu Import & Export Co., Ltd ............ | Hangzhou Zhuangyu Import & Export Co., Ltd ............ | 39.25 | 28.71 |
| Henan Aotin Home Furnishing Co., Ltd ...................... | Henan Aotin Home Furnishing Co., Ltd ...................... | 39.25 | 28.71 |
| Heyond Cabinet Co., Ltd ............................................ | Heyond Cabinet Co., Ltd ............................................ | 39.25 | 28.71 |
| Homestar Corporation ................................................ | Homestar Corporation ................................................ | 39.25 | 28.71 |
| HONG KONG JIAN CHENG TRADING CO., LIMITED | ZHONGSHAN YAYUE FURNITURE CO., LTD ............ | 39.25 | 28.71 |
| Xiamen Honglei Imp.&Exp. Co., Ltd. also known as Honglei (Xiamen) Stone Co., Ltd. | Changtai Guanjia Industry & Trade Company Co., Ltd | 39.25 | 28.71 |
| Xiamen Honglei Imp.&Exp. Co., Ltd. also known as Honglei (Xiamen) Stone Co., Ltd. | Zhangzhou Huihua Industry and Trade Co., Ltd ......... | 39.25 | 28.71 |
| Xiamen Honglei Imp.&Exp. Co., Ltd. also known as Honglei (Xiamen) Stone Co., Ltd. | Fujian Xinanlong Wood Industry Co., Ltd .................... | 39.25 | 28.71 |
| Honsoar New Building Material Co., Ltd ...................... | Shandong Honsoar Cabinet Materials Co., Ltd .......... | 39.25 | 28.71 |
| Hua Yin Trading Development Co., Ltd of Jiangmen City. | Jianfa Wooden Co., Ltd ............................................ | 39.25 | 28.71 |
| Hua Yin Trading Development Co., Ltd of Jiangmen City. | Heshan Yingmei Cabinets Co., Ltd ............................ | 39.25 | 28.71 |
| Hua Yin Trading Development Co., Ltd of Jiangmen City. | Hesha Feiqiu Cabinet Co., Ltd .................................. | 39.25 | 28.71 |
| Huimin Hanlong Furniture Co., Ltd .............................. | Huimin Hanlong Furniture Co., Ltd .............................. | 39.25 | 28.71 |
| HUISEN FURNITURE (LONG NAN) CO., LTD. also known as HUISEN FURNITURE (LONGNAN) CO., LTD. | HUISEN FURNITURE (LONG NAN) CO., LTD. also known as HUISEN FURNITURE (LONGNAN) CO., LTD. | 39.25 | 28.71 |
| HUIZHOU MANDARIN FURNITURE CO., LTD .......... | HUIZHOU MANDARIN FURNITURE CO., LTD .......... | 39.25 | 28.71 |
| Jiang Su Rongxin Cabinets Ltd ................................. | Jiang Su Rongxin Cabinets Ltd ................................. | 39.25 | 28.71 |
| Jiangmen Kinwai Furniture Decoration Co., Ltd .......... | Jiangmen Kinwai Furniture Decoration Co., Ltd .......... | 39.25 | 28.71 |
| Jiangmen Kinwai International Furniture Co., Ltd ......... | Jiangmen Kinwai International Furniture Co., Ltd ........ | 39.25 | 28.71 |
| Jiangsu Beichen Wood Co., Ltd ................................. | Jiangsu Beichen Wood Co., Ltd ................................. | 39.25 | 28.71 |
| Jiangsu Meijun Intelligent Home Co., Ltd .................. | Jiangsu Meijun Intelligent Home Co., Ltd .................. | 39.25 | 28.71 |
| Jiangsu Pusite Furniture Co., Ltd .............................. | Jiangsu Pusite Furniture Co., Ltd .............................. | 39.25 | 28.71 |
| Jiangsu Roc Furniture Industrial Co., Ltd .................. | Jiangsu Roc Furniture Industrial Co., Ltd .................. | 39.25 | 28.71 |
| JIANGSU SUNWELL CABINETRY CO., LTD .......... | JIANGSU SUNWELL CABINETRY CO., LTD .......... | 39.25 | 28.71 |
| JIANGSU WEISEN HOUSEWARE CO., LTD ........... | JIANGSU WEISEN HOUSEWARE CO., LTD ........... | 39.25 | 28.71 |
| Jiangsu Xiangsheng Bedtime Furniture Co., Ltd ......... | Jiangsu Xiangsheng Bedtime Furniture Co., Ltd ......... | 39.25 | 28.71 |
| Jiayuan (Xiamen) Industrial Co., Ltd .......................... | Jiayuan (Xiamen) Industrial Co., Ltd .......................... | 39.25 | 28.71 |
| JINJIANG PERFECT GENERATION IMP. & EXP. CO., LTD. | Homebi Technology Co., LTD .................................... | 39.25 | 28.71 |

**Federal Register** / Vol. 84, No. 196 / Wednesday, October 9, 2019 / Notices

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| King's Group Furniture (Enterprises) Co., Ltd ............. | Zhongshan King's Group Furniture (ENTERPRISES) Co., Ltd. | 39.25 | 28.71 |
| KM Cabinetry Co., Limited ......................................... | Zhongshan KM Cabinetry Co., Ltd .............................. | 39.25 | 28.71 |
| Kunshan Baiyulan Furniture Co., Ltd .......................... | Kunshan Baiyulan Furniture Co., Ltd .......................... | 39.25 | 28.71 |
| Kunshan Home Right Trade Corporation ...................... | Kunshan Fangs Furniture Co., Ltd .............................. | 39.25 | 28.71 |
| LIANYUNGANG SUN RISE TECHNOLOGY CO., LTD. | LIANYUNGANG SUN RISE TECHNOLOGY CO., LTD. | 39.25 | 28.71 |
| Linshu Meibang Furniture Co., Ltd .............................. | Linshu Meibang Furniture Co., Ltd .............................. | 39.25 | 28.71 |
| Linyi Bomei Furniture Co., Ltd ................................... | Linyi Bomei Furniture Co., Ltd ................................... | 39.25 | 28.7 |
| LINYI BONN FLOORING MANUFACTURING CO., LTD. | LINYI BONN FLOORING MANUFACTURING CO., LTD. | 39.25 | 28.71 |
| Linyi Kaipu Furniture Co., Ltd ................................... | Linyi Kaipu Furniture Co., Ltd ................................... | 39.25 | 28.71 |
| Linyi Runkang Cabinet Co., Ltd ................................. | Linyi Runkang Cabinet Co., Ltd ................................. | 39.25 | 28.71 |
| Liu Shu Woods Product (Huizhou) Co., Ltd also known as Liu Shu Wood Products Co., Ltd (trade name) and Liu Shu Woods Product Co., Ltd (trade name). | Liu Shu Woods Product (Huizhou) Co., Ltd ................. | 39.25 | 28.71 |
| Master Door & Cabinet Co., Ltd ................................ | Master Door & Cabinet Co., Ltd ................................ | 39.25 | 28.7 |
| Masterwork Cabinetry Company Limited ..................... | Shandong Compete Wood Co., Ltd ............................ | 39.25 | 28.71 |
| Masterwork Cabinetry Company Limited ..................... | Linyi Zhongsheng Jiaju Zhuangshi Co., Ltd ................ | 39.25 | 28.71 |
| MEILIN WOOD PRODUCTS(DALIAN)CO., LTD ......... | MEILIN WOOD PRODUCTS(DALIAN)CO., LTD ......... | 39.25 | 28.71 |
| Minhou Beite Home Decor Co., Ltd ............................ | Minhou Beite Home Decor Co., Ltd ............................ | 39.25 | 28.71 |
| MJB Supply (Dalian) Co., Ltd .................................... | Mulin City Baimiantong Linyeju Jisen Wood ............... | 39.25 | 28.71 |
| MOREWOOD CABINETRY CO., LTD ....................... | MOREWOOD CABINETRY CO., LTD ....................... | 39.25 | 28.71 |
| Nanjing Kaylang Co., Ltd .......................................... | Nanjing Kaylang Co., Ltd .......................................... | 39.25 | 28.71 |
| Nantong Aershin Cabinets Co., Ltd ............................ | Nantong Aershin Cabinets Co., Ltd ............................ | 39.25 | 28.71 |
| Nantong Ouming Wood Co., Ltd. ................................ | Nantong Ouming Wood Co., Ltd. ................................ | 39.25 | 28.71 |
| NANTONG YANGZI FURNITURE CO., LTD ................ | NANTONG YANGZI FURNITURE CO., LTD ................ | 39.25 | 28.71 |
| NINGBO KINGWOOD FURNITURE CO., LTD ........... | NINGBO KINGWOOD FURNITURE CO., LTD ........... | 39.25 | 28.71 |
| NINGBO ROVSA HOME FURNISHING CO., LTD ..... | NINGBO ROVSA HOME FURNISHING CO., LTD ..... | 39.25 | 28.71 |
| Ojans Company Limited ............................................. | Foshan Shunde Ojans Intelligent Sanitary Ware Co., Ltd. | 39.25 | 28.71 |
| Oppein Home Group Inc ............................................ | Oppein Home Group Inc ............................................ | 39.25 | 28.71 |
| PIZHOU OUYME IMPORT & EXPORT TRADE CO., LTD. | XUZHOU OUMEC WOOD–BASED PANEL CO., LTD | 39.25 | 28.71 |
| Pneuma Asia Sourcing & Trading Co. LIMITED .......... | Dalian Tianxin Home Product Co., Ltd ........................ | 39.25 | 28.71 |
| Pneuma Asia Sourcing & Trading Co. LIMITED .......... | Qingdao Haiyan Drouot Household Co., Ltd ................ | 39.25 | 28.71 |
| Putian Jinggong Furniture Co., Ltd ............................ | Putian Jinggong Furniture Co., Ltd ............................ | 39.25 | 28.71 |
| Qingdao Coomex Sources Co., Ltd. also known as Coomex Sources Co., Ltd. | Nantong Aershin Cabinets Co., Ltd ............................ | 39.25 | 28.71 |
| Qingdao Haiyan Drouot Household Co., Ltd ............... | Qingdao Haiyan Drouot Household Co., Ltd ............... | 39.25 | 28.71 |
| Qingdao Liangmu Hongye Co., Ltd ............................ | Qingdao Liangmu Hongye Co., Ltd ............................ | 39.25 | 28.71 |
| Qingdao Liangmu Jinshan Woodwork Co., Ltd ........... | Qingdao Liangmu Jinshan Woodwork Co., Ltd ........... | 39.25 | 28.71 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Lankao Sanqiang Wooden Products Co., Ltd .............. | 39.25 | 28.71 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Linyi Lanshan Chengxinli Woods Co., Ltd .................. | 39.25 | 28.71 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Shouguang Shi Qifeng Woods Co., Ltd ...................... | 39.25 | 28.71 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Linyi Mingzhu Woods Co., Ltd ................................... | 39.25 | 28.71 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Yichun Senhai Woods Industry Co., Ltd ..................... | 39.25 | 28.71 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Linyi Jinde Arts & Crafts Co., Ltd .............................. | 39.25 | 28.71 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Qingdao Ruirong Woods Co., Ltd ............................... | 39.25 | 28.71 |
| Qingdao Shousheng Industry Co., Ltd ........................ | Qingdao Shousheng Industry Co., Ltd ........................ | 39.25 | 28.71 |
| Qingdao Yimei Wood Work Co., Ltd ........................... | Qingdao Yimei Wood Work Co., Ltd ........................... | 39.25 | 28.71 |
| QINGDAOHONGXINCHENGDA WOOD INDUSTRY CO., LTD. | QINGDAOHONGXINCHENGDA WOOD INDUSTRY CO., LTD. | 39.25 | 28.71 |
| QUFU XINYU FURNITURE CO., LTD ........................ | QUFU XINYU FURNITURE CO., LTD ........................ | 39.25 | 28.71 |
| Ronbow Hong Kong Limited ....................................... | Wuxi Yusheng Kitchen-Bathroom Equipment Co., Ltd | 39.25 | 28.71 |
| Sagarit Bathroom Manufacturer Limited ..................... | Shouguang Fushi Wood Co., Ltd ............................... | 39.25 | 28.71 |
| Sagarit Bathroom Manufacturer Limited ..................... | Zhangzhou Guohui Industrial & Trade Co., Ltd .......... | 39.25 | 28.71 |
| Sagarit Bathroom Manufacturer Limited ..................... | Qingdao Runpeng Wood Industrial Co., Ltd ............... | 39.25 | 28.71 |
| Sankok Arts Co., Ltd ................................................ | Sankok Arts Co., Ltd ................................................ | 39.25 | 28.71 |
| Senke Manufacturing Company .................................. | Qindao Yimei Wood Work Co., Ltd ............................ | 39.25 | 28.71 |
| Senke Manufacturing Company .................................. | Linyi Kaipu Furniture Co., Ltd ................................... | 39.25 | 28.71 |
| Senke Manufacturing Company .................................. | Shandon Honsoar Cabinetry Co., Ltd ........................ | 39.25 | 28.71 |

**54110**      **Federal Register** / Vol. 84, No. 196 / Wednesday, October 9, 2019 / Notices

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| Senke Manufacturing Company ................................. | Huimin Hanlong Furniture Co, Ltd ................................ | 39.25 | 28.71 |
| Shandong Cubic Alpha Timber Co., Ltd ...................... | Shandong Cubic Alpha Timber Co., Ltd ...................... | 39.25 | 28.71 |
| Shandong Fusheng Wood Co., Ltd .............................. | Shandong Fusheng Wood Co., Ltd .............................. | 39.25 | 28.71 |
| Shandong Huanmei Wood Co., Ltd .............................. | Shandong Huanmei Wood Co., Ltd .............................. | 39.25 | 28.71 |
| SHANDONG JINGYAO HOME DECORATION PRODUCTS CO., LTD. | SHANDONG JINGYAO HOME DECORATION PRODUCTS CO., LTD. | 39.25 | 28.71 |
| Shandong Longsen Woods Co., Ltd .............................. | Shandong Longsen Woods Co., Ltd .............................. | 39.25 | 28.71 |
| Shandong Sanfortune Home and Furniture Co., Ltd ... | Shandong Sanfortune Home and Furniture Co., Ltd ... | 39.25 | 28.7 |
| Shanghai Aiwood Home Supplies Co., Ltd ................... | Jiangsu Gangxing Kitchen Cabinet Co., Ltd ............... | 39.25 | 28.71 |
| Shanghai Aiwood Home Supplies Co., Ltd ................... | Shanghai Homebase SanSheng Household Product Co., Ltd. | 39.25 | 28.71 |
| Shanghai Baiyulan Furniture Co., Ltd .......................... | Kunshan Baiyulan Furniture Co., Ltd .......................... | 39.25 | 28.71 |
| Shanghai Beautystar Cabinetry Co., Ltd ...................... | Jiangsu Sunwell Cabinetry Co., Ltd ............................ | 39.25 | 28.71 |
| Shanghai Beautystar Cabinetry Co., Ltd ...................... | Nantong Jiegao Furniture Co., Ltd .............................. | 39.25 | 28.71 |
| Shanghai Jiang Feng Furniture Co., Ltd ...................... | Shanghai Jiang Feng Furniture Co., Ltd ...................... | 39.25 | 28.71 |
| SHANGHAI LINE KING INTERNATIONAL TRADING CO., LTD. | SHANGHAI YAZHI WOODEN INDUSTRY CO., LTD | 39.25 | 28.71 |
| Shanghai Mebo Industry Co. Ltd .................................. | Shanghai Mebo Industry Co. Ltd .................................. | 39.25 | 28.71 |
| Shanghai Qingzhou Woodenware Co., Ltd ................... | Shanghai Qingzhou Woodenware Co., Ltd ................... | 39.25 | 28.71 |
| Shanghai S&M Trade Co., Ltd ...................................... | Anhui GeLun Wood Industry Co., Ltd .......................... | 39.25 | 28.71 |
| Shanghai S&M Trade Co., Ltd ...................................... | Ning'an City Jiude Wood Co., Ltd ................................ | 39.25 | 28.71 |
| Shanghai S&M Trade Co., Ltd ...................................... | Muling City Bamiantong Forestry Bureau Jisen Wood Co., Ltd. | 39.25 | 28.71 |
| Shanghai S&M Trade Co., Ltd ...................................... | Dalian Ruiyu Mountain Wood Co., Ltd ......................... | 39.25 | 28.71 |
| Shanghai S&M Trade Co., Ltd ...................................... | Linshu Meibang Furniture Co., Ltd .............................. | 39.25 | 28.71 |
| Shanghai S&M Trade Co., Ltd ...................................... | Jiamusi City Quanhong Wood Industry Co., Ltd .......... | 39.25 | 28.71 |
| Shanghai S&M Trade Co., Ltd ...................................... | Kunshan Fangs Furniture Co., Ltd .............................. | 39.25 | 28.71 |
| Shanghai S&M Trade Co., Ltd ...................................... | Dalian Chunyao Wood Industry Co., Ltd ..................... | 39.25 | 28.71 |
| Shanghai S&M Trade Co., Ltd ...................................... | Anhui Juxin Wood Industry Co., Ltd ............................ | 39.25 | 28.71 |
| Shanghai Wang Lei Industries—Taicang Branch .......... | Shanghai Wang Lei Industries—Taicang Branch .......... | 39.25 | 28.71 |
| Shanghai Wen Bo Industries Co. Ltd ........................... | Shanghai Yinbo Manufacturing Co., Ltd ...................... | 39.25 | 28.71 |
| Shanghai Wen Bo Industries Co. Ltd ........................... | Dalian Jiaye Wood Products Co., Ltd .......................... | 39.25 | 28.71 |
| Shanghai Wen Bo Industries Co. Ltd ........................... | Shanghai Baiyulan Furniture Co., Ltd .......................... | 39.25 | 28.71 |
| Shanghai Xietong (Group) Co., Ltd .............................. | Nantong Jiegao Furniture Co., Ltd .............................. | 39.25 | 28.71 |
| Shanghai Xietong (Group) Co., Ltd .............................. | Jiangsu Senwei Smart Home Co., Ltd ......................... | 39.25 | 28.71 |
| SHANGHAI ZIFENG INTERNATIONAL TRADING CO., LTD. | SHANDONG GAINVAST WOODEN PRODUCTS CO., LTD. | 39.25 | 28.71 |
| SHANGHAI ZIFENG INTERNATIONAL TRADING CO., LTD. | SHANGHAI WENYI WOODEN CO., LTD | 39.25 | 28.71 |
| SHANGHAI ZIFENG INTERNATIONAL TRADING CO., LTD. | NAN TONG DI LIN FURNITURE CO., LTD ................ | 39.25 | 28.71 |
| SHANGHAI ZIFENG INTERNATIONAL TRADING CO., LTD. | JIANGSU YANAN WOODEN CO., LTD ..................... | 39.25 | 28.71 |
| Sheen Lead International Trading (Shanghai)Co., Ltd ... | SHANGHAI RUIYING FURNITURE CO., LTD ............ | 39.25 | 28.71 |
| Shouguang Fushi Wood Co., Ltd .................................. | Shouguang Fushi Wood Co., Ltd .................................. | 39.25 | 28.71 |
| Shouguang Honsoar Imp. & Exp. Trading Co., Ltd ...... | Shouguang Honsoar Imp. & Exp. Trading Co., Ltd ...... | 39.25 | 28.71 |
| SHOUGUANG JIAXIU WOOD CO., LTD .................... | SHOUGUANG JIAXIU WOOD CO., LTD .................... | 39.25 | 28.71 |
| SHOUGUANG JIAXIU WOOD CO., LTD .................... | SHOUGUANG JIAXIU WOOD CO., LTD .................... | 39.25 | 28.71 |
| Shouguang Jinxiangyuan Home Furnishing Co., Ltd .. | Shouguang Jinxiangyuan Home Furnishing Co., Ltd .. | 39.25 | 28.71 |
| Shouguang Sanyang Wood Industry Co., Ltd .............. | Shouguang Sanyang Wood Industry Co., Ltd .............. | 39.25 | 28.71 |
| Silver Stone Group Co., Ltd ......................................... | QINGDAO FAMILY CRAFTS CO., LTD .................... | 39.25 | 28.71 |
| Silver Stone Group Co., Ltd ......................................... | QingDao XiuZhen Furniture Co., Ltd .......................... | 39.25 | 28.71 |
| Smart Gift International ................................................. | Anhui GeLun Wood Industry Co., Ltd .......................... | 39.25 | 28.71 |
| Smart Gift International ................................................. | Ning'an City Jiude Wood Co., Ltd ................................ | 39.25 | 28.71 |
| Smart Gift International ................................................. | Muling City Bamiantong Forestry Bureau Jisen Wood Co., Ltd. | 39.25 | 28.71 |
| Smart Gift International ................................................. | Dalian Ruiyu Mountain Wood Co., Ltd ......................... | 39.25 | 28.71 |
| Smart Gift International ................................................. | Jiamusi City Quanhong Wood Industry Co., Ltd .......... | 39.25 | 28.71 |
| Smart Gift International ................................................. | Dalian Chunyao Wood Industry Co., Ltd ..................... | 39.25 | 28.71 |
| SUNCO TIMBER(KUNSHAN) CO., LTD .................... | SUNCO TIMBER(KUNSHAN) CO., LTD .................... | 39.25 | 28.71 |
| Supree (Fuijian) Wood Co., Ltd .................................... | Supree (Fuijian) Wood Co., Ltd .................................... | 39.25 | 28.71 |
| Supree (Fujian) Construction Materials Co., Ltd .......... | Supree (Fujian) Construction Materials Co., Ltd .......... | 39.25 | 28.71 |
| SUZHOU BAOCHENG INDUSTRIES CO., LTD ......... | WALLBEYOND (SHUYANG) HOME DECOR CO., LTD. | 39.25 | 28.71 |
| Suzhou Five Cubic Wood Co., Ltd ................................ | Suzhou Geda Office Equipment Manufacturing Co., Ltd. | 39.25 | 28.71 |
| Suzhou Oriental Dragon Import and Export Co., Ltd. also known as Suzhou Oriental Dragon Import and Export Corp., Ltd. | Lingbi Xianghe Wood Co., Ltd ..................................... | 39.25 | 28.71 |

Case 1:20-cv-00114-GSK   Document 39   Filed 02/04/21   Page 123 of 1562

Barcode:3898836-01 A-570-106 INV - Investigation -
**Federal Register** / Vol. 84, No. 196 / Wednesday, October 9, 2019 / Notices   **54111**

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| Tai Yuan Trading Co., Ltd also known as Heshan Tai Yuan Trading Co., Ltd. | Heshan Yingmei Cabinet Co., Ltd | 39.25 | 28.71 |
| Taishan Changfa Wood Industry Co., Ltd | Taishan Changfa Wood Industry Co., Ltd | 39.25 | 28.71 |
| TAISHAN HONGXIANG TRADING CO., LTD | Chang He Xing Wood Manufacturer Co., Ltd | 39.25 | 28.71 |
| TAISHAN HONGXIANG TRADING CO., LTD | Heshan Yingmei Cabinets Co., Ltd | 39.25 | 28.71 |
| TAISHAN HONGXIANG TRADING CO., LTD | Heshan Feiqiu Cabinet Co., Ltd | 39.25 | 28.71 |
| TAISHAN HONGXIANG TRADING CO., LTD | Yuanwang Wood Product Factory Dajiang Taishan | 39.25 | 28.71 |
| TAISHAN HONGXIANG TRADING CO., LTD | Can-Am Cabinet Ltd | 39.25 | 28.71 |
| Taishan Hongzhou Cabinet Co., Ltd | Taishan Hongzhou Cabinet Co., Ltd | 39.25 | 28.71 |
| Taishan Jiahong Trade Co., Ltd | Taishan Dajiang Town Dutou Wood Furniture Factory | 39.25 | 28.71 |
| Taishan Jiahong Trade Co., Ltd | Foshan Nanhai Jinwei Cabinet Furniture Co., Ltd | 39.25 | 28.71 |
| Taishan Jiahong Trade Co., Ltd | Taishan Huali Kitchen Cabinet Co., Ltd | 39.25 | 28.71 |
| Taishan Jiahong Trade Co., Ltd | Taishan Empire Wood Co., Ltd | 39.25 | 28.71 |
| TAISHAN OVERSEA TRADING COMPANY LTD | TAISHAN GANHUI STONE KITCHEN CO., LTD | 39.25 | 28.71 |
| TAISHAN OVERSEA TRADING COMPANY LTD | Can-Am Cabinet Ltd | 39.25 | 28.71 |
| TAISHAN OVERSEA TRADING COMPANY LTD | TAISHAN QUANMEI KITCHEN WARE CO., LTD | 39.25 | 28.71 |
| TAISHAN OVERSEA TRADING COMPANY LTD | TAISHAN JIAFU CABINET CO., LTD | 39.25 | 28.71 |
| TAISHAN OVERSEA TRADING COMPANY LTD | TAISHAN DAJIANG TOWN DUTOU FURNITURE FACTORY. | 39.25 | 28.71 |
| TAISHAN OVERSEA TRADING COMPANY LTD | Feiteng Kitchen Cabinets Taishan Corporation | 39.25 | 28.71 |
| Taizhou Overseas Int'l Ltd | Zhejiang Royal Home Co., Ltd | 39.25 | 28.71 |
| TANGSHAN BAOZHU FURNITURE CO., LTD | TANGSHAN BAOZHU FURNITURE CO., LTD | 39.25 | 28.71 |
| Tech Forest Cabinetry Co., Ltd | Tech Forest Cabinetry Co., Ltd | 39.25 | 28.71 |
| The Frame Manufacturing Co. Ltd | HUIZHOU DIWEIXIN JIATINGYONGPIN CO., LTD | 39.25 | 28.71 |
| Top Goal International Group Ltd. (Hong Kong) | Dongguan City Top Goal Furniture Co., Ltd | 39.25 | 28.71 |
| Tradewinds Furniture Ltd | Tradewinds Furniture Ltd | 39.25 | 28.71 |
| Wa Fok Art Craft Furniture (MACAO) Co., Ltd | Zhongshan Huafu Art Craft Furniture Co., Ltd | 39.25 | 28.71 |
| Weifang Fuxing Wood Co., Ltd | Weifang Fuxing Wood Co., Ltd | 39.25 | 28.71 |
| WEIFANG KITCHINET CORPORATION | WEIFANG KITCHINET CORPORATION | 39.25 | 28.71 |
| Weifang Lan Gu Wood Industry Co., Ltd | Weifang Lan Gu Wood Industry Co., Ltd | 39.25 | 28.71 |
| Weifang Master Wood Industry Co., Ltd | Weifang Master Wood Industry Co., Ltd | 39.25 | 28.71 |
| Weifang Yuanlin Woodenware Co., Ltd | Weifang Yuanlin Woodenware Co., Ltd | 39.25 | 28.71 |
| Weihai Adornus Cabinetry Manufacturing Co., Ltd | Weihai Adornus Cabinetry Manufacturing Co., Ltd | 39.25 | 28.71 |
| WEIHAI JARLIN CABINETRY MANUFACTURE CO., LTD. | WEIHAI JARLIN CABINETRY MANUFACTURE CO., LTD. | 39.25 | 28.71 |
| Wellday International Company Limited also known as Dongguan Wellday Household Co., Ltd. | Wellday International Company Limited also known as Dongguan Wellday Household Co., Ltd. | 39.25 | 28.71 |
| Wenzhou Youbo Industrial Co., Ltd | Wenzhou Youbo Industrial Co., Ltd | 39.25 | 28.71 |
| Wuxi Yushea Furniture Co., Ltd | Wuxi Yushea Furniture Co., Ltd | 39.25 | 28.71 |
| Wuxi Yusheng Kitchen-Bathroom Equipment Co., Ltd | Wuxi Yusheng Kitchen-Bathroom Equipment Co., Ltd | 39.25 | 28.71 |
| Xiamen Adler Cabinetry Co., Ltd | Xiamen Adler Cabinetry Co., Ltd | 39.25 | 28.71 |
| XIAMEN GOFOR STONE CO., LTD | KAICHENG (FUJIAN) KITCHEN CABINET CO., LTD | 39.25 | 28.71 |
| XIAMEN GOLDEN HUANAN IMP. & EXP. CO., LTD | Changtai Guanjia Industrial Co., Ltd | 39.25 | 28.71 |
| XIAMEN GOLDENHOME CO., LTD | XIAMEN GOLDENHOME CO., LTD | 39.25 | 28.71 |
| XIAMEN KAICHENG TRADING LIMITED COMPANY | KAICHENG (FUJIAN) KITCHEN CABINET CO., LTD | 39.25 | 28.71 |
| Xiamen Sintop Display Fixtures Co., Ltd | Xiamen Sintop Display Fixtures Co., Ltd | 39.25 | 28.71 |
| XINGZHI INTERNATIONAL TRADE LIMITED | XUZHOU YIHE WOOD CO., LTD | 39.25 | 28.71 |
| XUZHOU JIA LI DUO IMPORT&EXPORT CO., LTD | XUZHOU OUMEC WOOD–BASED PANEL CO., LTD | 39.25 | 28.71 |
| XUZHOU YIHE WOOD CO., LTD | XUZHOU YIHE WOOD CO., LTD | 39.25 | 28.71 |
| YEKALON INDUSTRY, INC | DONGGUAN TODA FURNITURE CO., LTD | 39.25 | 28.71 |
| YEKALON INDUSTRY, INC | GUANGZHOUSHI BAISEN DECORATIVE MATE-RIALS COMPANY LIMITED. | 39.25 | 28.71 |
| YEKALON INDUSTRY, INC | DONGGUAN FANYANUO FURNITURE CO., LTD | 39.25 | 28.71 |
| YEKALON INDUSTRY, INC | DONGGUANSHI ANKE BUILDING MATERIALS CO., LTD. | 39.25 | 28.71 |
| YEKALON INDUSTRY, INC | Oriental Chic Furniture Company Limited | 39.25 | 28.71 |
| YEKALON INDUSTRY, INC | DONGGUAN FRANCISS FURNITURE CO., LTD | 39.25 | 28.71 |
| YEKALON INDUSTRY, INC | SHANGHAI YUANYANG WOODEN CO., LTD | 39.25 | 28.71 |
| Yi Sen Wood Industry Limited Company of Ning An City. | Yi Sen Wood Industry Limited Company of Ning An City. | 39.25 | 28.71 |
| Yichun Dongmeng Wood Co., Ltd | Yichun Dongmeng Wood Co., Ltd | 39.25 | 28.71 |
| Yichun Dongmeng Wood Co., Ltd | Qingdao Dimei Wood Co., Ltd | 39.25 | 28.71 |
| Yichun Sunshine Wood Products Co., Ltd | Yichun Sunshine Wood Products Co., Ltd | 39.25 | 28.71 |
| Yixing Pengjia Cabinetry Co. Ltd | Yixing Pengjia Cabinetry Co. Ltd | 39.25 | 28.71 |
| Zhangjiagang Daye Hotel Furniture Co., Ltd | Zhangjiagang Daye Hotel Furniture Co., Ltd | 39.25 | 28.71 |
| ZHANGJIAGANG PRO-FIXTURE CO., LTD | Zhangjiagang Yuanjiahe Home Furniture Co., Ltd | 39.25 | 28.71 |
| ZHANGZHOU CITY XIN JIA HUA FURNITURE CO., LTD. | ZHANGZHOU CITY XIN JIA HUA FURNITURE CO., LTD. | 39.25 | 28.71 |
| Zhangzhou Guohui Industrial & Trade Co., Ltd | Zhangzhou Guohui Industrial & Trade Co., Ltd | 39.25 | 28.71 |
| Zhangzhou OCA Furniture Co., Ltd | Zhangzhou OCA Furniture Co., Ltd | 39.25 | 28.71 |

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| Zhaoqing Centech Decorative Material Company Ltd | Zhaoqing Centech Decorative Material Company Ltd | 39.25 | 28.71 |
| Zhejiang Jindi Holding Group Co., Ltd | Zhejiang Jindi Holding Group Co., Ltd | 39.25 | 28.71 |
| Zhong Shan Shi Yicheng Furniture & Craftwork Co., Ltd. | Zhong Shan Shi Yicheng Furniture & Craftwork Co., Ltd. | 39.25 | 28.71 |
| Zhong Shan Yue Qin Imp. & Exp. Co., Ltd | Zhongshan Jinpeng Furniture Co., Ltd | 39.25 | 28.71 |
| Zhongshan City Shenwan Meiting Furniture Factory | Zhongshan City Shenwan Meiting Furniture Factory | 39.25 | 28.71 |
| Zhongshan Fookyik Furniture Co., Ltd | Zhongshan Fookyik Furniture Co., Ltd | 39.25 | 28.71 |
| ZHONGSHAN GAINWELL FURNITURE CO., LTD | ZHONGSHAN GAINWELL FURNITURE CO., LTD | 39.25 | 28.71 |
| Zhongshan Guanda Furniture Manufacturing Co., Ltd also known as Guanda Furniture Co., Ltd. | Zhongshan Guanda Furniture Manufacturing Co., Ltd | 39.25 | 28.71 |
| ZHONGSHAN HENGFU FURNITURE COMPANY LIMITED. | ZHONGSHAN HENGFU FURNITURE COMPANY LIMITED. | 39.25 | 28.71 |
| Zhongshan King's Group Furniture (ENTERPRISES) Co., Ltd. | Zhongshan King's Group Furniture (ENTERPRISES) Co., Ltd. | 39.25 | 28.71 |
| Zhoushan For-strong Wood Co., Ltd | Zhoushan For-strong Wood Co., Ltd | 39.25 | 28.71 |
| Zhoushan For-strong Wood Co., Ltd | Shanghai Wanmuda Furniture Co., Ltd | 39.25 | 28.71 |
| Zhucheng Tonghe Woodworks Co., ltd | Zhucheng Tonghe Woodworks Co., ltd | 39.25 | 28.71 |
| Zhuhai Seagull Kitchen and Bath Products Co., Ltd | Zhuhai Seagull Kitchen and Bath Products Co., Ltd | 39.25 | 28.71 |
| ZIEL INTERNATIONAL CO., LIMITED | DONGGUAN FANG CHENG FURNITURE LTD | 39.25 | 28.71 |
| ZIEL INTERNATIONAL CO., LIMITED | ZhongShan PRO–YEARN Crafts Product Co., Ltd | 39.25 | 28.71 |
| ZIEL INTERNATIONAL CO., LIMITED | FUJIAN NEWMARK INDUSTRIAL CO., LTD | 39.25 | 28.71 |
| ZIEL INTERNATIONAL CO., LIMITED | Fuzhou Zhonghe Houseware CO., LTD | 39.25 | 28.71 |
| ZIEL INTERNATIONAL CO., LIMITED | MING LIANG FURNITURE PRODUCT CO., LTD | 39.25 | 28.71 |
| ZIEL INTERNATIONAL CO., LIMITED | XIANJU JUNYANG HOUSEHOLD PRODUCTS CO., LTD. | 39.25 | 28.71 |
| ZIEL INTERNATIONAL CO., LIMITED | DongGuan HeTai Homewares CO., LTD | 39.25 | 28.71 |
| ZIEL INTERNATIONAL CO., LIMITED | CHENG TONG HARDWARE RPODUCT LTD | 39.25 | 28.71 |
| ZIEL INTERNATIONAL CO., LIMITED | Nantong Jon Ergonomic office Co., Ltd | 39.25 | 28.71 |
| China-Wide Entity [9] | | 262.18 | 251.64 |

## Suspension of Liquidation

In accordance with section 733(d)(2)[9] of the Act, Commerce will direct U.S. Customs and Border Protection (CBP) to suspend liquidation of entries of subject merchandise as described in Appendix I, entered, or withdrawn from warehouse, for consumption on or after the date of publication of this notice in the **Federal Register**, as discussed below.

Further, pursuant to section 733(d)(1)(B) of the Act and 19 CFR 351.205(d), Commerce will instruct CBP to require a cash deposit equal to the estimated weighted average amount by which normal value exceeds U.S. price, as indicated in the chart above as follows: (1) For the producer/exporter combinations listed in the table above, the cash deposit rate is equal to the estimated weighted-average dumping margin listed for that combination in the table; (2) for all combinations of Chinese producers/exporters of merchandise under consideration that have not established eligibility for their own separate rates, the cash deposit rate will be equal to the estimated weighted-average dumping margin established for the China-wide entity; and (3) for all third-country exporters of merchandise under consideration not listed in the table above, the cash deposit rate is the cash deposit rate applicable to the Chinese producer/exporter combination (or the China-wide entity) that supplied that third-country exporter.

To determine the cash deposit rate, Commerce normally adjusts the estimated weighted-average dumping margin by the amount of domestic subsidy pass-through and export subsidies determined in a companion countervailing duty (CVD) proceeding when CVD provisional measures are in effect. Accordingly, Commerce has made a preliminary affirmative determination for an export subsidy adjustment; however, Commerce has not made a preliminary affirmative determination for a domestic subsidy pass-through adjustment in this investigation.[10] Commerce has offset the calculated estimated weighted-average dumping margin by the appropriate rate(s). Any such adjusted rates may be found in the chart of estimated weighted-average dumping margins in the Preliminary Determination section above.

Should provisional measures in the companion CVD investigation expire prior to the expiration of provisional measures in this LTFV investigation, Commerce will direct CBP to begin collecting cash deposits at a rate equal to the estimated weighted-average dumping margins calculated in this preliminary determination unadjusted for the export subsidies at the time the CVD provisional measures expire.

These suspension of liquidation instructions will remain in effect until further notice.

## Disclosure

Commerce intends to disclose to interested parties the calculations performed in connection with this preliminary determination within five days of its public announcement or, if there is no public announcement, within five days of the date of publication of this notice in the **Federal**

---

[9] Commerce preliminarily determined that BRENTRIDGE HOLDING CO., LTD., Harbin Hongsen Wood Co., Ltd., SAICG International Trading Co., Ltd, Shanghai East Best Foreign Trade Co., Ltd., SHANGHAI TIMBER IMPORT & EXPORT CORP., and ZHONG SHAN KING YUANDUN WOOD PRODUCTS CO., LTD. also known as CHIN–SHU WOODEN LTD each failed to establish their eligibility for a separate rate and, therefore, we preliminarily determined that these companies are part of the China-wide entity. See Preliminary Decision Memorandum.

[10] See sections titled, "Adjustment Under Section 777A(F) of the Act" and "Adjustment to Cash Deposit Rate for Export Subsidies" in the Preliminary Decision Memorandum.

**Register**, in accordance with 19 CFR 351.224(b).

## Verification

As provided in section 782(i)(1) of the Act, Commerce intends to verify certain information relied upon in making its final determination.

## Public Comment

Case briefs or other written comments may be submitted to the Assistant Secretary for Enforcement and Compliance no later than seven days after the date on which the last final verification report is issued in this investigation. Rebuttal briefs, limited to issues raised in case briefs, may be submitted no later than five days after the deadline date for case briefs.[11] Pursuant to 19 CFR 351.309(c)(2) and (d)(2), parties who submit case briefs or rebuttal briefs in this investigation are encouraged to submit with each argument: (1) A statement of the issue; (2) a brief summary of the argument; and (3) a table of authorities.

Pursuant to 19 CFR 351.310(c), interested parties who wish to request a hearing, limited to issues raised in the case and rebuttal briefs, must submit a written request to the Assistant Secretary for Enforcement and Compliance, U.S. Department of Commerce, within 30 days after the date of publication of this notice. Requests should contain the party's name, address, and telephone number, the number of participants, whether any participant is a foreign national, and a list of the issues to be discussed. If a request for a hearing is made, Commerce intends to hold the hearing at the U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC, 20230, at a time and date to be determined. Parties should confirm by telephone the date, time, and location of the hearing two days before the scheduled date.

## Postponement of Final Determination and Extension of Provisional Measures

Section 735(a)(2) of the Act provides that a final determination may be postponed until not later than 135 days after the date of the publication of the preliminary determination if, in the event of an affirmative preliminary determination, a request for such postponement is made by exporters who account for a significant proportion of exports of the subject merchandise, or in the event of a negative preliminary determination, a request for such postponement is made by the petitioners. Pursuant to 19 CFR 351.210(e)(2), Commerce requires that requests by respondents for postponement of a final antidumping determination be accompanied by a request for extension of provisional measures from a four-month period to a period not more than six months in duration.

Pursuant to 19 CFR 351.210(e), The Anciertree Cabinet Co., Ltd., Dalian Meisen Woodworking Co., Ltd., and Rizhao Foremost Woodwork Manufacturing Company Ltd. requested that Commerce postpone the final determination and that provisional measures be extended to a period not to exceed six months.[12] In accordance with section 735(a)(2)(A) of the Act and 19 CFR 351.210(b)(2)(ii), because (1) the preliminary determination is affirmative; (2) the requesting exporters account for a significant proportion of exports of the subject merchandise; and (3) no compelling reasons for denial exist, Commerce is postponing the final determination and extending the provisional measures from a four-month period to a period not greater than six months. Accordingly, Commerce's final determination will be issued no later than 135 days after the date of publication of this preliminary determination.

## International Trade Commission Notification

In accordance with section 733(f) of the Act, Commerce will notify the International Trade Commission (ITC) of its preliminary determination of sales at LTFV. If the final determination is affirmative, the ITC will determine before the later of 120 days after the date of this preliminary determination or 45 days after the final determination whether these imports of the subject merchandise are materially injuring, or threaten material injury to, the U.S. industry.

## Notification to Interested Parties

This determination is issued and published in accordance with sections 733(f) and 777(i)(1) of the Act and 19 CFR 351.205(c).

Dated: October 2, 2019.

**P. Lee Smith,**
*Deputy Assistant Secretary for Policy and Negotiations, Enforcement and Compliance.*

## Appendix I

### Scope of the Investigation

The merchandise subject to this investigation consists of wooden cabinets and vanities that are for permanent installation (including floor mounted, wall mounted, ceiling hung or by attachment of plumbing), and wooden components thereof. Wooden cabinets and vanities and wooden components are made substantially of wood products, including solid wood and engineered wood products (including those made from wood particles, fibers, or other wooden materials such as plywood, strand board, block board, particle board, or fiberboard), or bamboo. Wooden cabinets and vanities consist of a cabinet box (which typically includes a top, bottom, sides, back, base blockers, ends/end panels, stretcher rails, toe kicks, and/or shelves) and may or may not include a frame, door, drawers and/or shelves. Subject merchandise includes wooden cabinets and vanities with or without wood veneers, wood, paper or other overlays, or laminates, with or without non-wood components or trim such as metal, marble, glass, plastic, or other resins, whether or not surface finished or unfinished, and whether or not completed.

Wooden cabinets and vanities are covered by the investigation whether or not they are imported attached to, or in conjunction with, faucets, metal plumbing, sinks and/or sink bowls, or countertops. If wooden cabinets or vanities are imported attached to, or in conjunction with, such merchandise, only the wooden cabinet or vanity is covered by the scope.

Subject merchandise includes the following wooden component parts of cabinets and vanities: (1) Wooden cabinet and vanity frames (2) wooden cabinet and vanity boxes (which typically include a top, bottom, sides, back, base blockers, ends/end panels, stretcher rails, toe kicks, and/or shelves), (3) wooden cabinet or vanity doors, (4) wooden cabinet or vanity drawers and drawer components (which typically include sides, backs, bottoms, and faces), (5) back panels and end panels, (6) and desks, shelves, and tables that are attached to or incorporated in the subject merchandise.

Subject merchandise includes all unassembled, assembled and/or "ready to assemble" (RTA) wooden cabinets and vanities, also commonly known as "flat packs," except to the extent such merchandise is already covered by the scope of antidumping and countervailing duty orders on *Hardwood Plywood from the People's Republic of China. See Certain Hardwood Plywood Products from the People's Republic of China: Amended Final Determination of Sales at Less Than Fair Value, and Antidumping Duty Order,* 83 FR 504 (January 4, 2018); *Certain Hardwood Plywood Products from the People's Republic of China: Countervailing Duty Order,* 83 FR 513 (January 4, 2018). RTA wooden cabinets and vanities are defined as cabinets or

---

[11] *See* 19 CFR 351.309; *see also* 19 CFR 351.303 (for general filing requirements).

[12] *See* Letter from The Ancientree Cabinet Co., Ltd., "Wooden Cabinets and Vanities from China: Ancientree Request to Extend Final Determination," dated September 13, 2019; *see also* Letter from Dalian Meisen Woodworking Co., Ltd., "Wooden Cabinets and Vanities from the People's Republic of China: Request for Postponement of the Final Determination," dated September 12, 2019; Letter from Rizhao Foremost Woodwork Manufacturing Company Ltd., "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Request to Postpone Final Determination and Extend Provisional Measures," dated September 17, 2019.

vanities packaged so that at the time of importation they may include: (1) Wooden components required to assemble a cabinet or vanity (including drawer faces and doors); and (2) parts (e.g., screws, washers, dowels, nails, handles, knobs, adhesive glues) required to assemble a cabinet or vanity. RTAs may enter the United States in one or in multiple packages.

Subject merchandise also includes wooden cabinets and vanities and in-scope components that have been further processed in a third country, including but not limited to one or more of the following: Trimming, cutting, notching, punching, drilling, painting, staining, finishing, assembly, or any other processing that would not otherwise remove the merchandise from the scope of the investigation if performed in the country of manufacture of the in-scope product.

Excluded from the scope of this investigation, if entered separate from a wooden cabinet or vanity are:

(1) Aftermarket accessory items which may be added to or installed into an interior of a cabinet and which are not considered a structural or core component of a wooden cabinet or vanity. Aftermarket accessory items may be made of wood, metal, plastic, composite material, or a combination thereof that can be inserted into a cabinet and which are utilized in the function of organization/accessibility on the interior of a cabinet; and include:

• Inserts or dividers which are placed into drawer boxes with the purpose of organizing or dividing the internal portion of the drawer into multiple areas for the purpose of containing smaller items such as cutlery, utensils, bathroom essentials, etc.

• Round or oblong inserts that rotate internally in a cabinet for the purpose of accessibility to foodstuffs, dishware, general supplies, etc.

(2) Solid wooden accessories including corbels and rosettes, which serve the primary purpose of decoration and personalization.

(3) Non-wooden cabinet hardware components including metal hinges, brackets, catches, locks, drawer slides, fasteners (nails, screws, tacks, staples), handles, and knobs.

(4) Medicine cabinets that meet all of the following five criteria are excluded from the scope: (1) Wall mounted; (2) assembled at the time of entry into the United States; (3) contain one or more mirrors; (4) be packaged for retail sale at time of entry; and (5) have a maximum depth of seven inches.

Also excluded from the scope of this investigation are:

(1) All products covered by the scope of the antidumping duty order on *Wooden Bedroom Furniture from the People's Republic of China. See Notice of Amended Final Determination of Sales at Less Than Fair Value and Antidumping Duty Order: Wooden Bedroom Furniture from the People's Republic of China,* 70 FR 329 (January 4, 2005).

(2) All products covered by the scope of the antidumping and countervailing duty orders on *Hardwood Plywood from the People's Republic of China. See Certain Hardwood Plywood Products from the People's Republic of China: Amended Final Determination of Sales at Less Than Fair Value, and Antidumping Duty Order,* 83 FR 504 (January 4, 2018); *Certain Hardwood Plywood Products from the People's Republic of China: Countervailing Duty Order,* 83 FR. 513 (January 4, 2018).

Imports of subject merchandise are classified under Harmonized Tariff Schedule of the United States (HTSUS) statistical numbers 9403.40.9060 and 9403.60.8081. The subject component parts of wooden cabinets and vanities may be entered into the United States under HTSUS statistical number 9403.90.7080. Although the HTSUS subheadings are provided for convenience and customs purposes, the written description of the scope of this investigation is dispositive.

### Appendix II

#### List of Topics Discussed in the Preliminary Decision Memorandum

I. Summary
II. Background
III. Period of Investigation
IV. Scope Comments
V. Product Characteristics
VI. Selection of Respondents
VII. Determination Not to Select Wen Bo As A Voluntary Respondent
VIII. Discussion of the Methodology
IX. Currency Conversion
X. Adjustment Under Section 777(A)(f) of the Act
XI. Adjustments to Cash Deposit Rates for Export Subsidies
XII. Recommendation

[FR Doc. 2019–21998 Filed 10–8–19; 8:45 am]

**BILLING CODE 3510–DS–P**

---

## DEPARTMENT OF COMMERCE

### International Trade Administration

**[A–588–869]**

### Diffusion-Annealed, Nickel-Plated Flat-Rolled Steel Products From Japan: Continuation of Antidumping Order

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**SUMMARY:** As a result of the determinations by the Department of Commerce (Commerce) and the International Trade Commission (ITC) that revocation of the antidumping duty (AD) order on diffusion-annealed, nickel-plated flat-rolled steel products from Japan would lead to continuation or recurrence of dumping and material injury to an industry in the United States, Commerce is publishing a notice of continuation of this AD order.

**DATES:** Applicable October 9, 2019.

**FOR FURTHER INFORMATION CONTACT:** Ian Hamilton, Office II, AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC 20230; telephone: (202) 482–4798.

**SUPPLEMENTARY INFORMATION:**

### Background

On May 29, 2014, Commerce published its antidumping duty order on diffusion-annealed, nickel-plated flat-rolled steel products from Japan in the **Federal Register**.[1] On April 1, 2019, the ITC instituted,[2] and Commerce initiated,[3] the first sunset review of the antidumping duty order on diffusion-annealed, nickel-plated flat-rolled steel products from Japan, pursuant to section 751(c) of the Tariff Act of 1930, as amended (the Act). As a result of its review, Commerce determined that revocation of the *Order* on diffusion-annealed, nickel-plated flat-rolled steel products from Japan would likely lead to continuation or recurrence of dumping and notified the ITC of the magnitude of the margins of dumping likely to prevail were the orders revoked.[4]

On October 2, 2019, the ITC published its determination, pursuant to sections 751(c) and 752(a) of the Act, that revocation of the *Order* would likely lead to continuation or recurrence of material injury to an industry in the United States within a reasonably foreseeable time.[5]

### Scope of the Order

The diffusion-annealed, nickel-plated flat-rolled steel products included in this order are flat-rolled, cold-reduced steel products, regardless of chemistry; whether or not in coils; either plated or coated with nickel or nickel-based alloys and subsequently annealed (i.e., "diffusion-annealed"); whether or not painted, varnished or coated with plastics or other metallic or nonmetallic substances; and less than or equal to 2.0 mm in nominal thickness. For purposes

---

[1] *See Diffusion-Annealed, Nickel-Plated Flat-Rolled Steel Products from Japan: Antidumping Duty Order,* 79 FR 30816 (May 29, 2014) (*Order*).

[2] *See Diffusion-Annealed Nickel-Plated Flat-Rolled Steel Products from Japan: Institution of Five-Year Review,* 84 FR 12282 (April 1, 2019).

[3] *See Initiation of Five-Year (Sunset) Review,* 84 FR 12227 (April 1, 2019).

[4] *See Diffusion-Annealed Nickel-Plated Flat-Rolled Steel Products from Japan: Final Results of the Expedited First Five-Year Sunset Review of the Antidumping Duty Order,* 84 FR 38001 (August 5, 2019), and accompanying Issues and Decision Memorandum.

[5] *See Diffusion-Annealed Nickel-Plated Flat-Rolled Steel Products from Japan (Inv. No. 731–TA–1206 (Review)),* 84 FR 52534 (October 2, 2019); *see also Diffusion-Annealed, Nickel-Plated Flat-Rolled Steel Products from Japan (Inv. No. 731–TA–1206 (Review)),* USITC Publication 4971, September 2019).

JA 5

Preliminary IDM (October 2, 2019)
PR 1407

UNITED STATES DEPARTMENT OF COMMERCE
International Trade Administration
Washington, D.C. 20230

A-570-106
Investigation
POI: 07/01/2018-12/31/2018
**Public Document**
E&C/OV: Team

October 2, 2019

| | |
|---|---|
| **MEMORANDUM TO:** | P. Lee Smith<br>Deputy Assistant Secretary<br> for Policy and Negotiations<br>Enforcement and Compliance |
| **FROM:** | Scot T. Fullerton<br>Director, Office VI<br> Antidumping and Countervailing Duty Operations |
| **SUBJECT:** | Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Decision Memorandum for the Preliminary Affirmative Determination of Sales at Less Than Fair Value |

# I.    SUMMARY

The Department of Commerce (Commerce) preliminarily determines that imports of wooden cabinets and vanities and components thereof (wooden cabinets and vanities) from the People's Republic of China (China) are being, or are likely to be, sold in the United States at less than fair value (LTFV), as provided in section 733 of the Tariff Act of 1930, as amended (the Act). The preliminary estimated weighted-average dumping margins are shown in the "Preliminary Determination" section of the accompanying *Federal Register* notice.

# II.    BACKGROUND

On March 6, 2019, we received an antidumping duty (AD) petition covering imports of wooden cabinets and vanities from China,[1] which was filed in proper form on behalf of the American Kitchen Cabinet Alliance (the petitioner). On March 26, 2019, Commerce initiated this investigation.[2]

---

[1] *See* Petitioner's Letter, "Petitions for the Imposition of Antidumping and Countervailing Duties on Wooden Cabinets and Vanities from the People's Republic of China," dated March 6, 2019 (the Petition); *see also* Memorandum, "Phone Call with Counsel to the Petitioner," dated March 26, 2019.

[2] *See Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Initiation of Less-Than-Fair-Value Investigation*, 84 FR 12587 (April 2, 2019) (*Initiation Notice*).



INTERNATIONAL
**T R A D E**
ADMINISTRATION

In the "Respondent Selection" section of the *Initiation Notice*, Commerce stated that, after considering the large number of producers and exporters identified in the Petition,[3] and considering the resources required to mail quantity and value (Q&V) questionnaires to all 727 companies named in the Petition, Commerce intended to limit the number of Q&V questionnaires based on the U.S. Customs and Border Protection (CBP) data for entries of wooden cabinets and vanities from China made under the Harmonized Tariff Schedule of the United States (HTSUS) subheadings 9403.40.9060, 9403.60.8081, and 9403.90.7080 during the period of investigation (POI).[4]  On March 26, 2019, and April 2, 2019, Commerce released CBP data to all interested parties under an administrative protective order, and requested comments regarding the data and respondent selection.[5]  On April 8, 2019, Commerce issued Q&V questionnaires to the top 30 exporters/producers identified in the CBP data and that were also identified with complete contact information by the petitioner in the Petition.[6]  Additionally, Commerce posted the Q&V questionnaire, along with filing instructions, on the Enforcement and Compliance (E&C) website.[7]  On or before April 22, 2019, the deadline for submission of the Q&V questionnaires, Commerce received timely filed responses from 231 exporters/producers.[8]  Of the 30 companies that were sent Q&V questionnaires, three companies did not respond to the questionnaire.[9]

In the *Initiation Notice*, Commerce notified parties of an opportunity to comment on the scope of the investigations, as well as the appropriate physical characteristics of wooden cabinets and vanities to be reported in response to Commerce's AD questionnaire.[10]  We received comments and rebuttal comments from interested parties concerning the scope of the investigations.[11]  We also received comments and rebuttal comments regarding the appropriate physical characteristics to be used for the purpose of reporting sales of the subject merchandise.[12]

---

[3] *See* Petition Volume I at Exhibit I–9; *see also* Petitioner's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Petitioner's Responses to Supplemental Questions Regarding Petition Volume I Injury," dated March 12, 2019, at Exhibit I–Supp–1.

[4] *See Initiation Notice*, 84 FR at 12590.

[5] *See* Memorandum, "Less-Than-Fair-Value Investigation of Wooden Cabinets and Vanities from China:  Release of U.S. Customs and Border Protection Data," dated March 26, 2019; *see also* Memorandum, "Less-Than-Fair-Value Investigation of Wooden Cabinets and Vanities and Components Thereof from China:  Release of U.S. Customs and Border Protection Data," dated April 2, 2019.

[6] *See* Memorandum, "Parties Required to Respond to the Q&V Questionnaire," dated April 8, 2019; *see also* Petition at Volume I, Exhibit I-9.

[7] *See* Memorandum, "Less-Than-Fair-Value Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Respondent Selection," dated June 4, 2019 (Respondent Selection Memo) at "Background."

[8] *Id*.

[9] *See* Memorandum, "Delivery of Q&V Questionnaires," dated April 17, 2019.

[10] *See Initiation Notice*, 84 FR at 12587-88.

[11] For a detailed discussion, *see* Memorandum, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Scope Comments Decision Memorandum for the Preliminary Determinations," dated October 2, 2019 (Preliminary Scope Decision Memorandum).

[12] *See* Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Petitioner's Comments on Model Match and Physical Characteristics," dated April 15, 2019; Dalian Meisen Woodworking Co., Ltd. (Meisen) Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Comments on Product Characteristics," dated April 15, 2019; Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Petitioner's Rebuttal Comments on Model Match and Physical Characteristics," dated April 25, 2019; Meisen's Letter, "Wooden Cabinets and Vanities from the

On April 22, 2019, the U.S. International Trade Commission (ITC) preliminarily determined that there is a reasonable indication that an industry in the United States is materially injured by reason of imports of wooden cabinets and vanities from China.[13]

Commerce timely received a separate rate application (SRA) from 221 companies, including those selected for individual examination.[14]  Commerce provided all interested parties the opportunity to comment on any punctuation, spacing, or grammatical issues on a provisional list of company names and combination rates.[15]

On June 17, 2019, we placed on the record a list of potential surrogate countries and we invited interested parties to comment on the selection of the primary surrogate country and provide surrogate value (SV) information.[16]  We received comments and rebuttal comments on the selection of the primary surrogate country and SVs from the petitioner,[17] The Ancientree Cabinet

---

People's Republic of China:  Rebuttal Comments on Product Characteristics," dated April 25, 2019.

[13] *See Wooden Cabinets and Vanities from China*, 84 FR 17890 (April 26, 2019), and Wooden Cabinets and Vanities from China:  Investigation Nos. 701-TA-620 and 731-TA-1445 (April 2019) (Preliminary ITC Report).

[14] *See* Memorandum, "Antidumping Duty Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Complete List of Separate Rate Applicants," dated September 19, 2019.

[15] *Id.*

[16] *See* Letter to All Interested Parties, "Antidumping Duty Investigation of Wooden Cabinets and Components Thereof from the People's Republic of China:  Request for Economic Development, Surrogate Country and Surrogate Value Comments and Information," dated April 15, 2019 (Surrogate Country Letter).

[17] *See* Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Surrogate Country Comments," dated July 16, 2019; Petitioner's Letter, "Wooden Cabinets and Vanities and Components, Thereof from the People's Republic of China:  Petitioner's Initial Surrogate Value Comments," dated August 7, 2019 (Petitioner SV Comments); Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Petitioner's Initial Rebuttal Surrogate Value Comments," dated August 19, 2019; Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Petitioner's Final Surrogate Value Comments," dated September 3, 2019 (Petitioner's Pre-prelim SV Comments); and Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Petitioner's Comments on Respondents' Final Surrogate Value Comments," dated September 13, 2019 (Petitioner Pre-prelim SV Rebuttal Comments).

Co., Ltd (Ancientree),[18] Meisen,[19] Rizhao Foremost Woodwork Manufacturing Company Ltd. (Foremost),[20] and Shanghai Wen Bo Industries Co., Ltd (Wen Bo).[21]

We received comments in advance of the preliminary determination from the petitioner and Ancientree.[22]

Commerce is conducting this investigation in accordance with section 733(b) of the Act.

## III.  PERIOD OF INVESTIGATION

The POI is July 1, 2018 through December 31, 2018.  This period corresponds to the two most recent fiscal quarters prior to the month of the filing of the Petition, which was March 2019.[23]

---

[18] See Ancientree's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Surrogate Country Comments," dated July 16, 2019; Ancientree's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Preliminary Surrogate Value Submission," dated August 7, 2019; Ancientree's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Rebuttal Preliminary Surrogate Value Submission," dated August 19, 2019 (Ancientree Rebuttal SV Comments); and Ancientree's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Final Surrogate Value Submission," September 3, 2019 (Ancientree Pre-prelim SV Comments).

[19] See Meisen's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Surrogate Country Comments," dated July 5, 2019 (Meisen SC Comments); Meisen's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Surrogate Value Comments," dated August 7, 2019 (Meisen SV Comments); and Meisen's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Rebuttal Surrogate Value Comments," dated August 19, 2019.

[20] See Foremost's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Foremost's Surrogate Country Selection Comments," dated July 16, 2019; Foremost's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Foremost's Affirmative Surrogate Value Submission," dated August 7, 2019; Foremost's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Foremost's Rebuttal Surrogate Value Submission," dated August 19, 2019; and Foremost's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Foremost's Final Surrogate Value Submission," dated September 3, 2019 (Foremost Pre-prelim SV Comments).

[21] See Wen Bo's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Surrogate Country Comments," dated July 16, 2019; Wen Bo's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Surrogate Value Selection Comments," dated August 7, 2019; Wen Bo's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Surrogate Value Selection Rebuttal Comments," dated August 19, 2019 (Wen Bo Rebuttal SV Comments); and Wen Bo's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Factual Information to Value Factors of Production," dated September 3, 2019 (Wen Bo Pre-prelim SV Comments).

[22] See Ancientree's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Pre-Preliminary Comments," dated September 19, 2019; Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China:  Petitioner's Pre-Preliminary Determination Comments Regarding Kunshan Baiyulan's and Shanghai Baiyulan's Separate Rate Applications," dated September 18, 2019; Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof From the People' Republic of China: Petitioner's Pre-Preliminary Determination Comments Regarding Surrogate Values and Foremost," dated September 26, 2019; Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Pre-Preliminary Comments for Meisen," dated September 26, 2019.  We have taken these comments under consideration to the extent practicable given the close proximity of the submission of these comments to this preliminary determination.

[23] See 19 CFR 351.204(b)(1).

## IV.    SCOPE COMMENTS

In accordance with the *Preamble* to Commerce's regulations,[24] we set aside a period of time until April 15, 2019, for parties to comment on product coverage (*i.e.*, the scope of this investigation) and encouraged all parties to submit comments within 20 calendar days of publication of the *Initiation Notice*.[25]  We received comments concerning the scope of the AD and countervailing duty (CVD) investigations of wooden cabinets and vanities.  For a summary of the product coverage comments and rebuttal responses submitted on the record of this investigation, and accompanying discussion and analysis of all comments timely received, *see* the Preliminary Scope Decision Memorandum.

Based on our analysis of the comments received, we have preliminarily modified the scope of the investigations.[26]  For a full description of the scope of this investigation, *see* the accompanying *Federal Register* notice at Appendix I.

## V.    PRODUCT CHARACTERISTICS

In the *Initiation Notice*, we set aside a period of time for parties to raise issues regarding product characteristics.[27]  The petitioner and Meisen provided comments and rebuttal comments,[28] which we took into consideration in determining the physical characteristics outlined in the AD questionnaire.[29]

## VI.    SELECTION OF RESPONDENTS

In the *Initiation Notice*, Commerce stated its intent to base respondent selection on the responses to Q&V questionnaires.[30]  On April 8, 2019, Commerce issued Q&V questionnaires to the top 30 exporters/producers identified in the CBP data and that were also identified with complete contact information by the petitioner in the Petition.[31]  Of these 30 companies, nine received the Q&V questionnaire through E&C's Antidumping and Countervailing Duty Centralized Electronic Service System (ACCESS), while the remaining 21 companies received the

---

[24] *See Antidumping Duties; Countervailing Duties*, 62 FR 27296, 27323 (May 19, 1997) (*Preamble*).

[25] *See Initiation Notice*, 84 FR at 12587-88.

[26] *See* Preliminary Scope Decision Memorandum.

[27] *See Initiation Notice*, 84 FR at 12588.

[28] *See* Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Petitioner's Comments on Model Match and Physical Characteristics," dated April 15, 2019; Meisen's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Comments on Product Characteristics," dated April 15, 2019; Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China:  Petitioner's Rebuttal Comments on Model Match and Physical Characteristics," dated April 25, 2019; Meisen's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Rebuttal Comments on Product Characteristics," dated April 25, 2019.

[29] *See* Commerce's Letter, Antidumping Duty Questionnaire, dated June 5, 2019.

[30] *See Initiation Notice*, 84 FR at 12590.

[31] *See* Memorandum, "Parties Required to Respond to the Q&V Questionnaire," dated April 8, 2019; *see also* Petition at Volume I, Exhibit I-9.

questionnaire via FedEx shipment.[32]   Additionally, Commerce posted the Q&V questionnaire, along with filing instructions, on the E&C website.[33]   On April 17, 2019, Commerce confirmed that all 30 Q&V questionnaires were delivered to their intended recipients.[34]   On or before April 22, 2019, the deadline for submission of the Q&V questionnaires, Commerce received timely filed responses from 231 exporters/producers.[35]   Of the 30 companies that were sent Q&V questionnaires, three companies did not respond to the questionnaire.[36]

On June 4, 2019, in accordance with section 777A(c)(2)(B) of the Act, we selected the three exporters accounting for the largest volume of wooden cabinets and vanities from China during the POI, *i.e.*, Ancientree, Foremost, and Meisen, for individual examination.[37]   On June 5, 2019, we issued the AD questionnaire to Ancientree, Foremost, and Meisen.[38]   We received questionnaire responses from Ancientree,[39] Foremost,[40] and Meisen.[41]   Between July 2019, and September 2019, we issued supplemental questionnaires to Ancientree, Foremost, and Meisen, and received responses to those supplemental questionnaires between August 2019, and

---

[32] *See* Memorandum, "Delivery of Quantity and Value Questionnaires," dated April 17, 2019 (Q&V Delivery Confirmation Memo).

[33] *See* Respondent Selection Memo at "Background."

[34] *See* Q&V Delivery Confirmation Memo.

[35] *See* Respondent Selection Memo, at "Background."

[36] *Id*.

[37] *Id.*

[38] *See* the AD questionnaires to Ancientree, Foremost, and Meisen, dated June 5, 2019.

[39] *See* Ancientree's section A questionnaire response, dated July 3, 2019 (Ancientree AQR); Ancientree's section C and D questionnaire response, dated July 19, 2019 (Ancientree CDQR).

[40] *See* Foremost's section A questionnaire response, dated July 3, 2019 (Foremost AQR); Foremost's section C and D questionnaire response, dated July 22, 2019 (Foremost CDQR).

[41] *See* Meisen's section A questionnaire response, dated July 3, 2019 (Meisen AQR); Meisen's section C and D questionnaire responses, dated July 19, 2019 (Meisen CQR, Meisen DQR); and Meisen's section E questionnaire response, dated July 22, 2019.

September 2019.[42]  The petitioner submitted comments with respect to the responses submitted by Ancientree, Foremost, and Meisen.[43]

## VII.   DETERMINATION NOT TO SELECT WEN BO AS A VOLUNTARY RESPONDENT

On March 26, 2019, we received a request for treatment as a voluntary respondent from Wen Bo in the event that it was not selected as a mandatory respondent.[44]  Wen Bo timely filed its questionnaire responses by the deadlines established for the mandatory respondents.[45]

Section 777A(c)(1) of the Act directs Commerce to calculate an individual weighted-average dumping margin for each known exporter or producer of the subject merchandise.  However, section 777A(c)(2) of the Act gives Commerce the discretion to limit its examination to a reasonable number of exporters and producers if it is not practicable to make individual weighted-average dumping margin determinations because of the large number of exporters and producers involved in the investigation.  When Commerce limits the number of exporters or producers examined in an investigation pursuant to section 777A(c)(2) of the Act, section 782(a)(1) of the Act directs Commerce to calculate individual weighted-average dumping

---

[42] *See* Ancientree's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Section A Supplemental Questionnaire Response," dated August 7, 2019; Ancientree's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Response to Second Supplemental Questionnaire (Sales Reconciliation Supplemental)," dated August 21, 2019; Ancientree's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Response to Third Supplemental Questionnaire," dated September 6, 2019; Ancientree's Letter "Wooden Cabinets and Vanities from the People's Republic of China:  Response to Fourth Supplemental Questionnaire," dated September 18, 2019; Foremost's Letter, "Foremost's Section A Supplemental Questionnaire Response," dated August 15, 2019; Foremost's Letter, "Foremost's FWW Organization Response," dated August 28, 2019 (Foremost Org Structure Supp); Foremost's Letter, "Foremost's Price Reporting Supplemental Response – Part 1," dated September 16, 2019; Foremost's Letter, "Foremost's Supplemental Section C Questionnaire Response," dated September 17, 2019 (Foremost SCQR); Foremost's Letter, "Foremost's Supplemental Section D Questionnaire Response," dated September 23, 2019 (Foremost SDQR); Foremost's Letter, "Foremost's Price Reporting Supplemental Questionnaire Response (Part 2)," dated September 24, 2019; Foremost's Letter, "Foremost's Second Section D Supplemental Questionnaire Response," dated September 25, 2019; Meisen's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Supplemental Section A Questionnaire Response," dated August 13, 2019 (Meisen SuppA); Meisen's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Supplemental Section C Questionnaire Response," dated August 27, 2019 (Meisen SuppC); Meisen's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:  Supplemental Section D-E Questionnaire Response," dated September 16, 2019.

[43] *See* Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China:  Comments on Ancientree's Section A Response," dated July 17, 2019; Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China:  Comments on Ancientree's Sections C-D Responses," dated August 8, 2019; Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Comments on Ancientree's Section A Supplemental Response," dated August 19, 2019; Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China:  Deficiency Comments on Meisen's Section A Response," dated July 17, 2019; Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China:  Deficiency Comments on Meisen's Sections C-D Responses," dated August 8, 2019.

[44] *See* Wen Bo's Letter, "Wooden Cabinets and Vanities From People Republic of China – Entry Of Appearance; Request To Be Voluntary Respondent," dated March 26, 2019.

[45] *See* Wen Bo's section A questionnaire response dated July 3, 2019; Wen Bo's section D questionnaire response, dated July 19, 2019; Wen Bo's section C and E questionnaire response, dated July 22, 2019.

margins for companies not initially selected for individual examination that voluntarily provide the information requested of the mandatory respondents if:  1) the information is submitted by the due date specified for exporters or producers initially selected for examination; and 2) the number of companies subject to the investigation is not so large that any additional individual examination of companies that have voluntarily provided information would be unduly burdensome and inhibit the timely completion of the investigation.

Under section 782(a)(2) of the Act, in determining whether it would be unduly burdensome to examine a voluntary respondent, Commerce may consider:  1) the complexity of the issues or information presented in the proceeding, including questionnaires and any responses thereto; 2) any prior experience of Commerce in the same or similar proceedings; 3) the total number of investigations or reviews being conducted by Commerce; and 4) such other factors relating to the timely completion of those investigations and reviews.  In *Grobest*, the U.S. Court of International Trade (CIT) remanded to Commerce its decision not to review a voluntary respondent in light of the administrative burden associated with reviewing the number of mandatory respondents selected.[46]  The CIT held that "Commerce {must} separately determine whether reviewing the voluntary respondents would be unduly burdensome and inhibit the timely completion of the investigation."[47]

Commerce has considered the criteria in section 782(a)(2) of the Act to determine whether it would be unduly burdensome to review a voluntary respondent.  Pursuant to section 782(a) of the Act, we determine that examining Wen Bo as a voluntary respondent would be unduly burdensome and would inhibit the timely completion of the investigation.  In coming to our determination, we considered the following factors:  (1) the complexity of the issues or information presented in this investigation; (2) any prior experience of Commerce in the same or similar proceedings; (3) the total number of investigations or reviews being conducted by Commerce; and (4) such other factors relating to the timely completion of those investigations and reviews.[48]  Based on these criteria, Commerce determines that, because of the complexity of the information presented in this proceeding, the ongoing participation of three mandatory respondents, and the total number of investigations and reviews being conducted as of the date of the determination, it only has sufficient resources to examine the three current mandatory respondents.  Thus, consistent with section 782(a) of the Act, Commerce has not considered Wen Bo's unsolicited questionnaire responses and has not selected Wen Bo as a voluntary respondent.

---

[46] *See Grobest & I-Mei Industrial (Vietnam) Co. v. United States*, 815 F. Supp. 2d 1342, 1362 (CIT 2012) (*Grobest*).
[47] *Id.* (citation omitted).
[48] *See* Memorandum, "Less-Than-Fair-Value Investigation of Wooden Cabinets and Vanities from the People's Republic of China:  Selection of Voluntary Respondent," dated October 2, 2019.

## VIII.   DISCUSSION OF THE METHODOLOGY

### A.  Non-Market Economy Country

Commerce considers China to be a non-market economy (NME) country.[49]  In accordance with section 771(18)(C)(i) of the Act, any determination that a foreign country is an NME country shall remain in effect until revoked by Commerce.  Therefore, we continue to treat China as an NME country for purposes of this preliminary determination.

### B.  Surrogate Country

When Commerce is investigating imports from an NME country, section 773(c)(1) of the Act directs it to base normal value (NV), in most circumstances, on the NME producer's factors of production (FOPs), valued in a surrogate market economy (ME) country or countries considered to be appropriate by Commerce.  Specifically, in accordance with section 773(c)(4) of the Act, in valuing the FOPs, Commerce shall utilize, "to the extent possible, the prices or costs of {FOPs} in one or more ME countries that are:  (A) at a level of economic development comparable to that of the {NME} country; and (B) significant producers of comparable merchandise."[50]  As a general rule, Commerce selects a surrogate country that is at the same level of economic development as the NME, unless it is determined that none of the countries are viable options because they either:  (a) are not significant producers of comparable merchandise, (b) do not provide sufficient reliable sources of publicly available SV data, or (c) are not suitable for use based on other reasons.  Surrogate countries that are not at the same level of economic development as the NME country, but still at a level of economic development comparable to the NME country, are selected only to the extent that data considerations outweigh the difference in levels of economic development.  To determine which countries are at the same level of economic development as the NME, Commerce generally relies on per capita gross national income (GNI) data from the World Bank's World Development Report.[51]  Further, Commerce normally values all FOPs in a single surrogate country.[52]

On June 17, 2019, Commerce identified Brazil, Kazakhstan, Malaysia, Mexico, Romania, and Russia as countries that are at the same level of economic development as China based on per capita 2017 GNI data, and issued a letter to interested parties soliciting comments regarding the appropriate surrogate country and SVs for use in the preliminary determination.[53]  In response,

---

[49] *See Antidumping Duty Investigation of Certain Aluminum Foil from the People's Republic of China:  Affirmative Preliminary Determination of Sales at Less-Than-Fair Value and Postponement of Final Determination,* 82 FR 50858, 50861 (November 2, 2017) and accompanying Preliminary Decision Memorandum (PDM) (citing Memorandum, "China's Status as a Non-Market Economy," dated October 26, 2017), unchanged in *Certain Aluminum Foil from the People's Republic of China:  Final Determination of Sales at Less Than Fair Value,* 83 FR 9282 (March 5, 2018).
[50] For a description of our practice, *see* Policy Bulletin No. 04.1:  Non-Market Economy Surrogate Country Selection Process (March 1, 2004) (Policy Bulletin 04.1) available on Commerce's website at http://enforcement.trade.gov/policy/bull04-1.html.
[51] *Id*.
[52] *See* 19 CFR 351.408(c)(2).
[53] *See* Surrogate Country Letter.

Ancientree, Foremost, Meisen, and Wen Bo argued that Malaysia should be selected as the primary surrogate country,[54] while the petitioner argued that Romania should be selected as the primary surrogate country in this investigation.[55]

*Economic Comparability*

Consistent with our practice, and section 773(c)(4)(A) of the Act, and as stated above, we identified Brazil, Kazakhstan, Malaysia, Mexico, Romania, and Russia as countries at the same level of economic development as China based on the per capita GNI data from the World Bank's World Development Report.[56]  Therefore, we consider all six countries as having met this prong of the surrogate country selection criteria.  The countries identified are not ranked and are considered equivalent in terms of economic comparability.

*Significant Producer of Comparable Merchandise*

Section 773(c)(4)(B) of the Act requires Commerce, to the extent possible, to value FOPs in a surrogate country that is a significant producer of comparable merchandise.  Neither the statute nor Commerce's regulations provide further guidance on what may be considered comparable merchandise.  Given the absence of any definition in the statute or regulations, Commerce looks to other sources such as Policy Bulletin 04.1 for guidance on defining comparable merchandise.  Policy Bulletin 04.1 states that "in all cases, if identical merchandise is produced, the country qualifies as a producer of comparable merchandise."[57]  Conversely, if identical merchandise is not produced, then a country producing comparable merchandise is sufficient in selecting a surrogate country.[58]  Further, when selecting a surrogate country, the statute requires Commerce to consider the comparability of the merchandise, not the comparability of the industry.[59]  "In cases where the identical merchandise is not produced, Commerce must determine if other merchandise that is comparable is produced.  How Commerce does this depends on the subject merchandise."[60]  In this regard, Commerce recognizes that any analysis of comparable merchandise must be done on a case-by-case basis:

> In other cases, however, where there are major inputs, *i.e.*, inputs that are specialized or dedicated or used intensively, in the production of the subject merchandise, *e.g.*, processed agricultural, aquatic and mineral products,

---

[54] *See* Ancientree Pre-Prelim SV Comments; Foremost Pre-prelim SV Comments; Meisen SV Comments; and Wen Bo Pre-prelim SV Comments.

[55] *See* Petitioner's Pre-prelim SV Comments.

[56] *See* Surrogate Country Letter, at Attachment.

[57] *See* Policy Bulletin 04.1 at 2.

[58] Policy Bulletin 04.1 also states that "if considering a producer of identical merchandise leads to data difficulties, the operations team may consider countries that produce a broader category of reasonably comparable merchandise."  *Id.* at note 6.

[59] *See Sebacic Acid from the People's Republic of China; Final Results of Antidumping Duty Administrative Review*, 62 FR 65674, 65675-76 (December 15, 1997) ("{T}o impose a requirement that merchandise must be produced by the same process and share the same end uses to be considered comparable would be contrary to the intent of the statute.").

[60] *See* Policy Bulletin 04.1 at 2.

10

comparable merchandise should be identified narrowly, on the basis of a comparison of the major inputs, including energy, where appropriate.[61]

Further, the statute grants Commerce discretion to examine various data sources for determining the best available information.[62]  Moreover, while the legislative history provides that the term "significant producer" includes any country that is a significant "net exporter,"[63] it does not preclude reliance on additional or alternative metrics.  It is Commerce's practice to evaluate whether production is significant based on characteristics of world production of, and trade in, comparable merchandise (subject to the availability of data on these characteristics).[64]

A comparison of production quantities of the comparable merchandise from each potential surrogate country in relation to world production was not possible because the record does not contain production quantities of comparable merchandise from each potential surrogate country. Thus, we sought evidence of production of comparable merchandise in the form of exports of comparable merchandise from the six potential surrogate countries identified above, as a proxy for production data.  Export data is one of the sources of data Commerce will consider in determining whether a country is a significant producer of comparable merchandise.  Based on trade data submitted on the record for HTS numbers identified in the scope of this investigation,[65] all six potential surrogate countries reported export volumes of comparable merchandise during the POI.  Therefore, we find that all six potential surrogate countries meet the "significant producer" requirement of section 773(c)(4) of the Act.

*Data Availability*

If more than one potential surrogate country satisfies the statutory requirements for selection as a surrogate country, Commerce selects the primary surrogate country based on data availability and reliability.[66]  When evaluating SV data, Commerce considers several criteria including whether the SV data are publicly available, contemporaneous with the period under consideration, broad-market averages, tax and duty-exclusive, and specific to the inputs being valued.[67]  There is no hierarchy among these criteria.[68]  Commerce's preference is to satisfy the

---

[61] *Id.*, at 3.

[62] *See* section 773(c) of the Act.  *See also Nation Ford Chem. Co. v. United States*, 166 F.3d 1373, 1377 (Fed. Cir. 1990).

[63] *See* Conference Report to the 1988 Omnibus Trade & Competitiveness Act, H.R. Rep. No. 100-576, at 590 (1988).

[64] *See Xanthan Gum from the People's Republic of China:  Preliminary Determination of Sales at Less Than Fair Value and Postponement of Final Determination*, 78 FR 2252 (January 10, 2013) and accompanying PDM at 4-7, unchanged in *Xanthan Gum from the People's Republic of China:  Final Determination of Sales at Less Than Fair Value*, 78 FR 33350 (June 4, 2013).

[65] *See* Meisen SC Comments at Exhibit 1 (reflecting import/export data for HS 9403.40 -Wooden Furniture (Except Seats) Of A Kind Used In The Kitchen; HS 9403.60 - Wooden Furniture, Nesoi; and HS 9403.90 - Parts Of Furniture, Nesoi).

[66] *See* Policy Bulletin 04.1; *see also* section 773(c)(1) of the Act.

[67] *See* Policy Bulletin 04.1

[68] *See, e.g., Certain Preserved Mushrooms from the People's Republic of China:  Final Results and Final Partial Rescission of the Sixth Administrative Review*, 71 FR 40477 (July 17, 2006) (*Mushrooms China*) and accompanying Issues and Decision Memorandum (IDM) at Comment 1.

breadth of these aforementioned selection criteria.[69]  Moreover, it is Commerce's practice to carefully consider the available evidence in light of the particular facts of each industry when undertaking its analysis of valuing the FOPs.[70]  Commerce must weigh the available information with respect to each input value and make a product-specific and case-specific decision as to what constitutes the "best" available SV for each input.[71]  Additionally, pursuant to 19 CFR 351.408(c)(2), Commerce has a preference for valuing all FOPs in a single surrogate country.

As an initial matter, we preliminarily determine that we only have complete and usable SV data on the record for Romania and Malaysia that are publicly available, contemporaneous with the POI, and generally include tax-exclusive broad market average prices.[72]  Accordingly, because we did not have complete and usable data from the other countries found to be economically comparable to China, we did not consider whether suitable data for valuation of FOPs is available for the other countries found to be economically comparable to China (*i.e.*, Brazil, Kazakhstan, Mexico, and Russia).

Wen Bo argues that we should select Malaysia as the primary surrogate country because "Malaysia is superior to Romania in terms of significant production of comparable merchandise and data quality."[73]  However, as explained above, we consider all countries on the surrogate country list to be significant exporters of comparable merchandise and it is not our practice to weigh relative degrees of significance in evaluating whether a country is a significant exporter. Moreover, the record indicates that Malaysia and Romania had exports valued at 487 million U.S. dollars (USD) and 289 million USD, respectively, which are both significantly high values of exports.[74]

With respect to the Romanian data, Ancientree argues that the import values submitted by the petitioner for birch and poplar woods were based on an "insignificant and uncommercial quantity" and compares those import volumes to purchase quantities of respondents and the Malaysia import quantity to demonstrate that they are not based on commercial quantities.[75]  In response, the petitioner provided documentation indicating that the Romanian import values for birch and poplar fit within the band of average unit values of imports into other proximate European Union (EU) countries (*i.e.*, Austria, Bulgaria, the Czech Republic, Greece, Slovakia, and Slovenia).[76]  We find that Ancientree has not established that the Romanian import values are not usable in our calculation.  Notably, Ancientree merely asserts that the Romanian import values are based on insignificant and non-commercial quantities, but does not identify a basis for evaluating when an import volume becomes an insignificant or no longer commercial quantity.

---

[69] *See, e.g.*, *Certain Frozen Fish Fillets from the Socialist Republic of Vietnam:  Final Results of Antidumping Duty Administrative Review and New Shipper Reviews*, 2010-2011, 78 FR 17350 (March 21, 2013) and accompanying IDM at Comment I(C).

[70] *See Mushrooms China* and accompanying IDM at Comment 1.

[71] *Id.*

[72] *See* Petitioner Pre-prelim SV Comments; Ancientree Pre-prelim SV Comments; Foremost Pre-prelim SV Comments; Meisen SV Comments; and Wen Bo Pre-prelim SV Comments.

[73] *See* Wen Bo Rebuttal SV Comments, at 2.  Although Wen Bo claimed that the petitioner failed to provide SV data for several of Foremost's FOPs, the petitioner submitted those SVs in its Pre-prelim SV comments.

[74] *See* Meisen SC Comments, at Exhibit 1.  Even if we were to consider net exports, Malaysia and Romania reported significant values of exports, 375 million USD and 112 million USD, respectively, during the POI.

[75] *See* Ancientree Rebuttal SV Comments, at 2.

[76] *See* Petitioner Pre-prelim SV Rebuttal Comments, at 2-3 and Exhibit 1.

Moreover, Ancientree's claim is based solely on a comparison of the Romanian and Malaysian import quantities and values to each other, an analysis, which alone, we find to be of limited probative value. Although the petitioner provided certain documentation regarding the average unit values of imports into other EU countries, we find this information to have little probative value in assessing whether the Romanian import values are aberrational. In accordance with section 773(c)(4) of the Act, Commerce's preference to value FOPs using data from an ME country that is at a level of economic development comparable to the NME country; as such, information on the import quantities or values for other countries on the surrogate country list would be more probative. However, no parties submitted such data for Commerce to evaluate. In light of the above, we find there is no basis to conclude that the Romanian import values are aberrational or otherwise not usable in our calculation. Furthermore, because the record contains the EU HTS and descriptions for these inputs, the record supports finding that birch and poplar wood inputs can be valued using the six-digit level HTS subheadings with higher import volumes but without sacrificing any apparent specificity to the inputs being valued.[77]

Interested parties have submitted ten financial statements from Malaysia, and the petitioner has submitted one set of financial statements from Romania. With respect to the Malaysian financial statements, we note that the statements of Jay Corp Berhad,[78] Latitude Tree Holdings Berhad,[79] Poh Huat Resources Holdings Berhad,[80] and Sern Kou Resources Berhad,[81] each represent large holding/investment companies with numerous subsidiaries engaged in various activities that would not necessarily reflect the cost structure of a manufacturer of wood products. Moreover, the statements of Sern Kou Resources Berhad and Latitude Tree Holdings Berhad are not contemporaneous with our POI.[82] Of the remaining six Malaysian financial statements, we note that the statements of CT Heng Furniture Sdn. Bhd.,[83] Latitude Tree Furniture Sdn. Bhd.,[84] and Sin Heng Furniture Industries Sdn. Bhd.[85] are for the year-ending June 30, 2018, and, therefore, are also not contemporaneous with our POI. Because the preceding seven financial statements from Malaysia are unsuitable for purposes of valuing respondents' financial ratios, there are only three remaining financial statements on the record for Malaysia that are contemporaneous with the POI from manufacturers of comparable merchandise: Lii Hen Industries Bhd,[86] Poh Huat Furniture Industries Sdn Bhd,[87] and Yeo Aik Wood Sdn. Bhd.[88] However, each of these financial statements suffer from the same deficiency. Specifically, none of the aforementioned statements specifically break out energy costs from other manufacturing costs. When Commerce is unable to segregate and, therefore, exclude energy costs from the calculation of the surrogate financial ratios, as is the case with these financial statements, it is Commerce's practice to

---

[77] *See*, *e.g.*, Petitioner SV Comments, at Exhibit 3.

[78] *See* Foremost Pre-prelim SV Comments, at Exhibit FSV-2-b.

[79] *Id.* at Exhibit FSV-4-b.

[80] *Id.* at Exhibit FSV-5-b; *see also* Ancientree Pre-prelim SV Comments, at Exhibit SV2-4.

[81] *See* Ancientree Pre-prelim SV Comments, at Exhibit FSV-3-b.

[82] *See* Foremost Pre-prelim SV Comments, at Exhibit FSV-4-b; Ancientree Pre-prelim SV Comments, at Exhibit FSV-3-b.

[83] *See* Ancientree Pre-prelim SV Comments, at Exhibit SV2-6.

[84] *Id.* at Exhibit SV2-8.

[85] *See* Ancientree SV Comments, at Exhibit SV-9.

[86] *See* Ancientree Pre-prelim SV Comments, at Exhibit SV2-3.

[87] *Id.* at Exhibit SV2-5.

[88] *Id.* at Exhibit SV2-7.

disregard the respondent's energy inputs in the calculation of NV in order to avoid double-counting energy costs which have necessarily been captured in the surrogate financial ratios.[89] Although this deficiency does not preclude Commerce from calculating financial ratios using these statements, and disregarding the respondents' energy FOPs, the record contains a financial statement that separately identifies energy costs.  Specifically, the financial statements of S.C. Sigstrat S.A. (Sigstrat) represent the financial position of a profitable Romanian producer of comparable wooden products (*i.e.*, plywood, chairs, tables) that explicitly identify energy costs, are contemporaneous and cover the entire POI, and contain no evidence of countervailable subsidies.[90]  Moreover, the Sigstrat financial statements have been used by Commerce in other proceedings involving wooden products.[91]

Given the above factors, we have preliminarily selected Romania as the primary surrogate country for this investigation.  Romania is at the same level of economic development as China, is a significant producer of comparable merchandise, and has reliable and usable SV data, including financial statements from a producer of comparable merchandise (*i.e.*, wooden furniture and wood products) that also separately identifies energy expenses.  A detailed description of the SVs selected by Commerce is provided in the "Factor Valuation Methodology" section and the Preliminary SV Memorandum.[92]

### C.  Separate Rates

In proceedings involving NME countries, Commerce maintains a rebuttable presumption that all companies within the country are subject to government control and, therefore, should be assessed a single weighted-average dumping margin.[93]  In the *Initiation Notice*, Commerce notified parties of the application process by which exporters may obtain separate rate status in this investigation.[94]  The process requires exporters to submit an SRA and to demonstrate an

---

[89] *See, e.g., Citric Acid and Certain Citrate Salts from the People's Republic of China:  Final Affirmative Determination of Sales at Less Than Fair Value*, 74 FR 16838, 16839 (April 13, 2009), and accompanying IDM at Comment 2; *see also Certain Frozen Warmwater Shrimp from the People's Republic of China:  Preliminary Results, Partial Rescission, Extension of Time Limits for the Final Results, and Intent to Revoke, in Part, of the Sixth Antidumping Duty Administrative Review*, 77 FR 12801, 12809 (March 2, 2012), unchanged in *Administrative Review of Certain Frozen Warmwater Shrimp From the People's Republic of China:  Final Results, Partial Rescission of Sixth Antidumping Duty Administrative Review and Determination Not To Revoke in Part*, 77 FR 53856 (September 4, 2012).

[90] *See* Petitioner SV Comments, at Exhibit 10B

[91] *See, e.g., Multilayered Wood Flooring From the People's Republic of China:  Final Results of Antidumping Duty Administrative Review, Final Determination of No Shipments, and Final Partial Rescission of Antidumping Duty Administrative Review; 2014-2015*, 82 FR 25766 (June 5, 2017) and accompanying IDM at Comment 1; *Certain Hardwood Plywood Products From the People's Republic of China:  Preliminary Affirmative Determination of Sales at Less Than Fair Value, Preliminary Affirmative Determination of Critical Circumstances, in Part*, 82 FR 28629 (June 23, 2017) and accompanying PDM at 37-38, unchanged in *Certain Hardwood Plywood Products from the People's Republic of China:  Final Determination of Sales at Less Than Fair Value, and Final Affirmative Determination of Critical Circumstances, in Part*, 82 FR 53460 (November 16, 2017).

[92] *See* Memorandum, "Surrogate Value Memorandum for the Preliminary Determination," dated October 2, 2019 (Preliminary SV Memorandum).

[93] *See, e.g., Polyethylene Terephthalate Film, Sheet, and Strip from the People's Republic of China:  Final Determination of Sales at Less Than Fair Value*, 73 FR 55039, 55040 (September 24, 2008).

[94] *See Initiation Notice*, 84 FR at 12590.

absence of both *de jure* and *de facto* government control over their export activities.  In the *Initiation Notice*, Commerce required that "respondents submit a response to both the Q&V questionnaire and the separate-rate application by their respective deadlines in order to receive consideration for separate-rate status."[95]

Commerce's policy is to assign all exporters of merchandise under consideration that are in an NME country a single rate unless an exporter can demonstrate that it is sufficiently independent so as to be entitled to a separate rate.[96]  Commerce analyzes whether each entity exporting the merchandise under consideration is sufficiently independent under a test established in *Sparklers*[97] and further developed in *Silicon Carbide*.[98]  According to this separate rate test, Commerce will assign a separate rate in NME proceedings if a respondent can demonstrate the absence of both *de jure* and *de facto* government control over its export activities.  If, however, Commerce determines that a company is wholly foreign-owned, then a separate rate analysis is not necessary to determine whether that company is independent from government control and eligible for a separate rate.

Commerce continues to evaluate its practice with regard to the separate rate analysis in light of the diamond sawblades from China AD proceeding, and its determinations therein.[99]  In particular, in litigation involving the diamond sawblades from China proceeding, the CIT found Commerce's existing separate rate analysis deficient in light of the circumstances of that case, in which a government-owned and controlled entity exercised control over the respondent exporter.[100]  Following the CIT's reasoning, in recent proceedings, we have concluded that where a government entity holds a majority equity ownership, either directly or indirectly, in the respondent exporter, this interest in and of itself means that the government exercises or has the

---

[95] *Id.*

[96] *See Final Determination of Sales at Less Than Fair Value:  Sparklers from the People's Republic of China*, 56 FR 20588, 20589 (May 6, 1991) (*Sparklers*).

[97] *Id.*

[98] *See Notice of Final Determination of Sales at Less Than Fair Value:  Silicon Carbide from the People's Republic of China*, 59 FR 22585 (May 2, 1994) (*Silicon Carbide*).

[99] *See* Final Results of Redetermination pursuant to *Advanced Technology & Materials Co., Ltd., et al. v. United States,* 885 F. Supp. 2d 1343 (CIT 2012) (*Advanced Technology I*), and available at http://enforcement.trade.gov/remands/12-147.pdf, *aff'd Advanced Technology & Materials Co., Ltd., et al. v. United States*, 938 F. Supp. 2d 1342 (CIT 2013), *aff'd Advanced Technology & Materials Co., Ltd., et al. v. United States*, Case No. 2014-1154 (Fed. Cir. 2014) (*Advanced Technology II*).  *See also Diamond Sawblades and Parts Thereof from the People's Republic of China:  Preliminary Results of Antidumping Duty Administrative Review; 2011-2012*, 78 FR 77098 (December 20, 2013) and accompanying PDM at 7, unchanged in *Diamond Sawblades and Parts Thereof from the People's Republic of China:  Final Results of Antidumping Duty Administrative Review; 2011-2012*, 79 FR 35723 (June 24, 2014), and accompanying IDM at Comment 1.

[100] *See, e.g.*, *Advanced Technology I*, 885 F. Supp. 2d at 1351 ("Further substantial evidence of record does not support the inference that SASAC's {state-owned assets supervision and administration commission} 'management' of its 'state-owned assets' is restricted to the kind of passive-investor de jure 'separation' that Commerce concludes.") (footnotes omitted); *id.* at 1355 ("The point here is that 'governmental control' in the context of the separate rate test appears to be a fuzzy concept, at least to this court, since a 'degree' of it can obviously be traced from the controlling shareholder, to the board, to the general manager, and so on along the chain to 'day-to-day decisions of export operations,' including terms, financing, and inputs into finished product for export."); *id.* at 1357 ("AT&M itself identifies its 'controlling shareholder' as CISRI {owned by SASAC} in its financial statements and the power to veto nomination does not equilibrate the power of control over nomination.") (footnotes omitted).

15

potential to exercise control over the company's operations generally.[101]  This may include control over, for example, the selection of board members and management, key factors in determining whether a company has sufficient independence in its export activities to merit a separate rate.  Consistent with normal business practices, we would expect that a majority shareholder, including a government, to have the ability to control, and an interest in controlling, the operations of the company, including the selection of management and the profitability of the company.  Accordingly, we have considered the level of government ownership, where necessary.

In the *Initiation Notice*, we stated that SRAs would be due 30 days after publication of the notice, *i.e.*, May 2, 2019.  We received timely filed SRAs from 221 companies, including those selected for individual examination.

1.  Separate Rate Analysis

We are preliminarily granting the companies identified in Appendix I of this memorandum a separate rate, as explained below.

a.  Wholly Foreign Owned

Certain companies identified in Appendix I.a reported that they are wholly owned by market-economy companies located in market economy countries.  Therefore, as there is no Chinese ownership of these companies, and because Commerce has no evidence otherwise indicating that these companies are under the control of the Chinese government, further analyses of the *de jure* and *de facto* criteria are not necessary to determine whether they are independent from government control of their export activities.[102]  Therefore, we preliminarily determine that these companies are eligible for separate rates.[103]

b.  Absence of *De Jure* Control

Commerce considers the following *de jure* criteria in determining whether an individual company may be granted a separate rate:  (1) an absence of restrictive stipulations associated with an individual exporter's business and export licenses; (2) legislative enactments decentralizing control over export activities of the companies; and (3) other formal measures by the government decentralizing control over export activities of companies.[104]

---

[101] *See Carbon and Certain Alloy Steel Wire Rod from the People's Republic of China:  Preliminary Determination of Sales at Less Than Fair Value and Preliminary Affirmative Determination of Critical Circumstances, in Part*, 79 FR 53169 (September 8, 2014), and accompanying PDM at 5-9.

[102] *See, e.g., Brake Rotors from the People's Republic of China:  Preliminary Results and Partial Rescission of the Fourth New Shipper Review and Rescission of the Third Antidumping Duty Administrative Review*, 66 FR 1303, 1306 (January 8, 2001), unchanged in *Brake Rotors from the People's Republic of China:  Final Results and Partial Rescission of Fourth New Shipper Review and Rescission of Third Antidumping Duty Administrative Review*, 66 FR 27063 (May 16, 2001); *Notice of Final Determination of Sales at Less Than Fair Value:  Creatine Monohydrate from the People's Republic of China*, 64 FR 71104, 71104-05 (December 20, 1999).

[103] *See* Appendix I.a., at "Wholly Foreign Owned Companies."

[104] *See Sparklers*, 56 FR at 20589.

The evidence placed on the record of this investigation with respect to the companies identified in Appendix I.b. supports a preliminary finding of an absence of *de jure* government control for each of these companies based on the following:  (1) an absence of restrictive stipulations associated with the individual exporter's business and export licenses; (2) the existence of applicable legislative enactments decentralizing control of companies; and (3) the implementation of formal measures by the government decentralizing control of Chinese companies.[105]

   c.   Absence of *De Facto* Control

Typically, Commerce considers four factors in evaluating whether a respondent is subject to *de facto* government control of its export functions:  (1) whether the prices are set by, or are subject to the approval of, a government agency; (2) whether the respondent has authority to negotiate and sign contracts and other agreements; (3) whether the respondent has autonomy from the government in making decisions regarding the selection of management; and (4) whether the respondent retains the proceeds of its export sales and makes independent decisions regarding the disposition of profits or financing of losses.[106]  Commerce has determined that an analysis of *de facto* control is critical in determining whether respondents are, in fact, subject to a degree of government control which would preclude Commerce from assigning separate rates.

The evidence placed on the record of this investigation with respect to the wholly or partially Chinese-owned companies listed in Appendix I.b. supports a preliminary finding of an absence of *de facto* government control based on record statements and supporting documentation showing that the companies:  (1) set their own prices independent of the government and without the approval of a government authority; (2) have the authority to negotiate and sign contracts and other agreements; (3) maintain autonomy from the government in making decisions regarding the selection of management; and (4) retain the proceeds of their respective export sales and make independent decisions regarding disposition of profits or financing of losses. [107]

Therefore, the evidence placed on the record of this investigation with respect to the companies identified in Appendix I.b. demonstrates an absence of *de jure* and *de facto* government control under the criteria identified in *Sparklers* and *Silicon Carbide*.  Accordingly, we preliminarily grant separate rates to the separate rate applicants identified in Appendix I.b.

   d.   Companies Not Receiving a Separate Rate

Companies preliminarily not receiving a separate rate in this investigation fall under four categories.[108]

---

[105] *See* Appendix I.b., at "Absence of De Jure and De Facto Control."
[106] *See Silicon Carbide*, 59 FR at 22586-87, and *Notice of Final Determination of Sales at Less Than Fair Value: Furfuryl Alcohol from the People's Republic of China*, 60 FR 22544, 22545 (May 8, 1995).
[107] *See* Appendix I.b.
[108] *See* Appendix I.c.

i.  Companies that failed to cooperate include Brentridge Holding Co., Ltd. and Harbin Hongsen Wood Co., Ltd., each of whom were requested to submit information related to their application for separate rate status but failed to do so, including a request to publicly identify the producers for which they are requesting combination rates,[109] as identified in Appendix I.c.[110]

ii.  Companies owned by the Chinese government:  As explained above, where a government entity holds a majority equity ownership, either directly or indirectly, in the respondent exporter, this interest in and of itself means that the government exercises or has the potential to exercise control over the company's operations generally.  Accordingly, companies identified in Appendix I.c. that reported a majority state ownership are considered part of the China-wide entity and are not eligible for a separate rate.

iii.  Companies that did not separately submit an application:  The SRA posted on E&C's website states that "Each applicant seeking separate rate status must submit a separate and complete individual application regardless of any common ownership or affiliation between firms and regardless of foreign ownership.  Each firm must apply for a separate rate by submitting an individual application.  Only one firm per application is permitted."[111] Accordingly, companies identified in Appendix I.c. that responded to Commerce's requests for information but failed to separately submit a complete application for itself are not eligible for a separate rate.

iv.  Certain companies identified "also known as" or "formerly known as" trade names:  In order for Commerce to recognize these designations, companies are requested to "Please note that the applicant must provide documentary evidence that the trade name or d.b.a. name was used during the relevant period."[112]  Because these companies were not able to document that the trade names were in use during the relevant period to sell subject merchandise, these trade names are not eligible for a separate rate.[113]

---

[109] *See* Memorandum, "Antidumping Duty Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Separate Rate Application Supplemental Questionnaire," dated August 22, 2019; *see also* Memorandum, "Extension for Separate Rate Application (SRA) Supplemental Questionnaire," dated August 26, 2019.

[110] *See* Memorandum, "Antidumping Duty Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Separate Rate Application Supplemental Questionnaire," dated August 22, 2019.

[111] *See*, "Separate Rate Application," available at *https://enforcement.trade.gov/nme/nme-sep-rate.html*.

[112] *Id.*

[113] These include an also known as name for Dorbest Ltd.'s producer, and a formerly known as name for Huisen Furniture (Long Nan) Co., Ltd.

18

2.   Dumping Margin for the Separate Rate Companies

Generally, Commerce looks to section 735(c)(5) of the Act, which provides instructions for calculating the all-others rate in an investigation, for guidance when calculating the rate for separate rate respondents that we did not individually examine.  Section 735(c)(5)(A) of the Act articulates a preference that we not calculate an all-others rate using rates that are zero, *de minimis* or based entirely on facts available.  Accordingly, Commerce's usual practice has been to average the weighted-average dumping margins for the individually examined companies, excluding rates that are zero, *de minimis*, or based entirely on facts available.[114]  Section 735(c)(5)(B) of the Act also provides that, where the estimated dumping margins for all exporters and producers individually investigated are zero or *de minimis* margins or are determined entirely under section 776 of the Act, Commerce may use any reasonable method to establish the rate for exporters and producers not individually examined.[115]

In this investigation, we calculated rates for Ancientree and Foremost that are not zero, *de minimis*, or based entirely on facts available.  Therefore, the rates calculated for Ancientree and Foremost are applicable to companies not selected for individual examination and eligible for a separate rate.  In order to strike a balance between our duty to safeguard parties' business proprietary information and our attempt to adhere to the guidance set forth in section 735(c)(5)(A) of the Act, we calculated a weighted-average margin for non-selected separate rate respondents using the publicly available, ranged total U.S. sales values of the selected respondents, compared the resulting public, weighted-average margin to the simple average of the antidumping duty margins, and used the amount which is closer to the actual weighted-average margin of the selected respondents as the margin for the non-selected respondents.[116]  Accordingly, for the preliminary determination of this investigation, we are assigning the weighted average of Ancientree and Foremost's rates based on their publicly available, ranged U.S. sales values and dumping margins to eligible non-selected respondents.  The separate rate for the eligible non-selected respondents is 39.25 percent.[117]

D.   Combination Rates

Consistent with the *Initiation Notice*, we calculated combination rates for the respondents that are eligible for a separate rate in this investigation.[118]  This practice is described in Policy Bulletin 05.1.

---

[114] *See Ball Bearings and Parts Thereof from France, Germany, Italy, Japan, and the United Kingdom:  Final Results of Antidumping Duty Administrative Reviews and Rescission of Reviews in Part*, 73 FR 52823, 52824 (September 11, 2008), and accompanying IDM at Comment 16.
[115] *See* the Statement of Administrative Action, H.R. Rep. No. 103-316, Vol. 1 (1994) (SAA) at 870-873.
[116] *See Ball Bearings and Parts Thereof from France, et al.:  Final Results of Antidumping Duty Administrative Reviews, Final Results of Changed-Circumstances Review, and Revocation of an Order in Part*, 75 FR 53661, 53662 (September 1, 2010), and the accompanying IDM at Comment 1.
[117] *See* Memorandum, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Preliminary Calculation of Separate Rate for Eligible Non-Selected Respondents," dated October 2, 2019.
[118] *See Initiation Notice*, 84 FR at 12590-91.

19

E.  China-Wide Entity

As discussed above, certain companies did not respond to our Q&V, and other companies failed to submit requested information or failed to submit requested information in the form or manner requested, and, therefore did not establish their eligibility for a separate rate.  Because the companies identified in Appendix I.c. have not demonstrated that they are eligible for separate rate status, Commerce considers them part of the China-wide entity.  Furthermore, as explained below, we preliminarily determine to calculate the China-wide rate based on adverse facts available (AFA).  In addition, as explained below, we are preliminarily assigning a rate based entirely on AFA to Meisen and a rate based partially on facts available to Foremost.

1.  Application of Facts Available and Adverse Inferences

Section 776(a)(1) and (2) of the Act provides that, if necessary information is missing from the record, or if an interested party:  (A) withholds information that has been requested by Commerce, (B) fails to provide such information in a timely manner or in the form or manner requested, subject to subsections 782(c)(1) and (e) of the Act, (C) significantly impedes a proceeding under the statute, or (D) provides such information but the information cannot be verified, Commerce shall, subject to subsection 782(d) of the Act, use facts otherwise available in reaching the applicable determination.

Where Commerce determines that a response to a request for information does not comply with the request, section 782(d) of the Act provides that Commerce will so inform the party submitting the response and will, to the extent practicable, provide that party an opportunity to remedy or explain the deficiency.  If the party fails to remedy or satisfactorily explain the deficiency within the applicable time limits, subject to section 782(e) of the Act, Commerce may disregard all or part of the original and subsequent responses, as appropriate.

Section 776(b) of the Act provides that Commerce may use an adverse inference in applying the facts otherwise available when a party fails to cooperate by not acting to the best of its ability to comply with a request for information.  In doing so, Commerce is not required to determine, or make any adjustments to, a weighted-average dumping margin based on any assumptions about information an interested party would have provided if the interested party had complied with the request for information.  Further, section 776(b)(2) states that an adverse inference may include reliance on information derived from the petition, the final determination from the AD investigation, a previous administrative review, or other information placed on the record.

Section 776(c) of the Act provides that, in general, when Commerce relies on secondary information rather than on information obtained in the course of an investigation, it shall, to the extent practicable, corroborate that information from independent sources that are reasonably at its disposal.  Secondary information is defined as information derived from the petition that gave rise to the investigation or review, the final determination concerning the subject merchandise, or any previous review under section 751 of the Act concerning the subject merchandise.[119] Further, Commerce is not required to estimate what the dumping margin would have been if the

---

[119] *See* SAA at 870.

interested party failing to cooperate had cooperated or to demonstrate that the dumping margin reflects an "alleged commercial reality" of the interested party.[120]

### 2.   Use of Facts Available

Foremost reports that it has three unaffiliated suppliers, and requested that it be exempt from reporting the sales and FOPs for the sales of subject merchandise produced by its suppliers. Commerce granted Foremost's request, with the exception of the unaffiliated producer that supplied the largest percentage of subject merchandise during the POI.[121]   In its questionnaire responses, Foremost reported that this supplier was unwilling to provide its FOP database and provided documentation to support its claim.[122]

According to section 776(a)(1) the Act, where information necessary to calculate a respondent's dumping margin is not available on the record, Commerce applies facts otherwise available in place of missing information.

#### a.   Application of Facts Available: Foremost

The U.S. Court of Appeals for the Federal Circuit (CAFC), in *Mueller*, held that Commerce may, under certain circumstances, apply AFA in calculating a cooperative respondent's antidumping margin where it finds that the respondent could have induced an uncooperative supplier's cooperation.[123]   Subsequently, in *Canadian Solar*, the CIT held, based on the facts in the administrative review at issue, that the respondent failed to show that it had the type of long-standing relationship with its suppliers that would give it leverage in the marketplace, in order to justify relying on partial adverse facts available.[124]

Commerce examined Foremost's relationship with its uncooperative unaffiliated supplier and notes that it provided both subject merchandise and raw material inputs to Foremost during the POI.[125]   Additionally, this supplier was one of several suppliers, and Foremost's sales of this supplier's subject merchandise represent a small share of Foremost's overall POI sales to the United States.[126]   Foremost reports that this supplier is unaffiliated, and nothing on the record contradicts this assertion or indicates that Foremost and the supplier have been doing business for a long period of time.   The record also includes correspondence by Foremost demonstrating its earnest attempt to obtain the requested information from the supplier.[127]

---

[120] *See* sections 776(d)(3)(A) and (B) of the Act.

[121] *See* Memorandum, "Reporting Exemption Request," dated June 26, 2019 (Foremost Exemption Request).

[122] *See* Foremost CDQR at Section D pages 3-4; *see also* Foremost SDQR at SD-2-SD-4 and Exhibit SD-4.

[123] *See Mueller Comercial de Mexico S. De R.L. de C.V. v. United States*, 753 F.3d 1227, 1233-34 (Fed. Cir. 2014) (*Mueller*).

[124] *See Canadian Solar International et al. and Shanghai Byd Co. Ltd. et al. v. United States*, Slip Op. 19-47 (April 16, 2019) (*Canadian Solar*) at 46.

[125] *See* Foremost CDQR, at section D page 3 and Exhibit D-11.

[126] *See* Memorandum, "Preliminary Results Analysis Memorandum for Rizhao Foremost Woodwork Company Ltd.," dated October 2, 2019 (Foremost Prelim Analysis Memo); Foremost Exemption Request.

[127] *See* Foremost SDQR at Exhibit SD-4.

Based on this information, we preliminarily find that Foremost was not in the position to induce the cooperation of its supplier and that Foremost has cooperated to the best of its ability. Accordingly, because necessary FOP information is not available on the record, we determine that facts available is warranted, pursuant to section 776(a)(1) of the Act, and are preliminarily applying facts available to value the unreported FOPs for the U.S. sales of subject merchandise produced by Foremost's uncooperative supplier.[128]  Commerce will continue to examine this issue and subsequently verify any additional information gathered before the planned verification of Foremost and its supplier.

### b.  Application of Facts Available: China-wide Entity

Furthermore, we preliminarily find that the China-wide entity, which includes certain China exporters and/or producers that did not respond to, or properly comply with, our requests for information, withheld information requested and significantly impeded this proceeding by not submitting the requested information.  Specifically, three companies that we preliminarily consider to be part of the China-wide entity failed to respond to our request for Q&V information.[129]  Additionally, the companies identified at Appendix I.c. failed to provide supplemental information Commerce requested or failed to provide such information in the form or manner requested.[130]  Thus, necessary information is not on the record and the China-wide entity, which encompasses the parties that failed to respond to the request for Q&V information and the companies listed in Appendix I.c., has withheld requested information, failed to provide such information in a timely manner or in the form or manner requested, and significantly impeded the proceeding.  Therefore, we preliminarily determine that the use of facts available is warranted in determining the rate of the China-wide entity, pursuant to sections 776(a)(1) and (a)(2)(A)-(C) of the Act.[131]

### 3.  Application of Facts Available with an Adverse Inference

Section 776(b) of the Act provides that in selecting from among the facts otherwise available, Commerce may use an inference that is adverse to the interests of a party if that party has failed to cooperate by not acting to the best of its ability to comply with a request for information.

### a.  Application of AFA: China-wide Entity

Commerce finds that the China-wide entity's failure to submit Q&V information, and to provide requested information, constitutes circumstances under which it is appropriate to conclude that the China-wide entity failed to cooperate to the best of its ability to comply with Commerce's

---

[128] *See* Foremost Prelim Analysis Memo for a discussion of the facts available calculation.

[129] *See* Q&V Delivery Confirmation Memo.  *See also* Respondent Selection Memo at 2.

[130] *See* "Companies Not Receiving a Separate Rate" section, above, and Appendix I.c.

[131] *See, e.g.*, *Notice of Preliminary Determination of Sales at Less Than Fair Value, Affirmative Preliminary Determination of Critical Circumstances and Postponement of Final Determination:  Certain Frozen Fish Fillets from the Socialist Republic of Vietnam*, 68 FR 4986, 4991 (January 31, 2003), unchanged in *Notice of Final Determination of Sales at Less Than Fair Value and Affirmative Critical Circumstances:  Certain Frozen Fish Fillets from the Socialist Republic of Vietnam*, 68 FR 37116 (June 23, 2003).

requests for information.[132]  With respect to the missing information, the China-wide entity did not file any document indicating difficulty providing the information or any request to allow the information to be submitted in an alternate form.  Therefore, we preliminarily find that an adverse inference is warranted in selecting from among the facts otherwise available with respect to the China-wide entity, in accordance with section 776(b) of the Act and 19 CFR 351.308(a).[133]

### b. Application of AFA: Meisen

Commerce preliminarily determines, based on information indicating that Meisen did not accurately represent and report the FOPs it consumed in the production of merchandise under consideration and thus failed to cooperate to the best of its ability, the application of total AFA is appropriate.

In its initial section D response, Meisen reported that during the POI, "Meisen produced the subject merchandise using birch boards and plywood board"[134] and the only reported solid wood FOP was "Sawn birch wood boards (cut timber)."[135]  Moreover, Meisen stated that for the production of cabinet faces the "primary input is sawn birch wood boards."[136]  In a supplemental questionnaire response, Meisen continued to report birch as the only solid wood consumed in the production of merchandise under consideration.[137]  In that supplemental questionnaire, Commerce also asked Meisen to "confirm that Meisen only consumed birch boards during the POI and did not consume any other species of boards."[138]  In response, Meisen confirmed that "it only consumed birch boards in the production of the {merchandise under consideration} during the POI and did not consume any other species of boards."[139]  Meisen also reported that the "species of the outer veneer of plywood used by Meisen during the POI is birch which is a hardwood."[140]  We requested that Meisen submit documentation supporting its consumption of birch wood for August 2018 and Meisen provided untranslated material withdrawal slips on which the word "birch" cannot be identified.[141]

On September 26, 2019, the petitioner submitted comments and documentation alleging that Meisen failed to accurately report its FOPs because Meisen marketed its cabinets as being made of solid maple wood before, during, and after the POI, but only reported to Commerce that it consumed birch wood.[142]  In support of these allegations, the petitioner submitted marketing

---

[132] See Nippon Steel Corporation v. United States, 337 F.3d 1373, 1383 (Fed. Cir. 2003) (noting that Commerce need not show intentional conduct existed on the part of the respondent, but merely that a "failure to cooperate to the best of a respondent's ability" existed (i.e., information was not provided "under circumstances in which it is reasonable to conclude that less than full cooperation has been shown.")).

[133] Id.

[134] See Meisen DQR, at 14.

[135] Id. at 12 and Exhibits 1 and 2.

[136] Id. at 5.

[137] See Meisen supplemental Section D questionnaire response, dated September 16, 2019, at 7.

[138] Id. at 15.

[139] Id.

[140] Id. at 20.

[141] Id. at Exhibit 14.1.

[142] See Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Pre-Preliminary Comments for Meisen," dated September 26, 2019 (Petitioner Meisen Pre-prelim

23

materials obtained directly from Meisen's affiliated U.S. companies, J&K Companies,[143] that repeatedly described their cabinet doors and drawers as made of solid maple wood.[144]  Notably, Meisen reported that "J&K Companies do not sell the merchandise to any resellers and do not purchase the merchandise under investigation from any company other than {Meisen}."[145]  In addition to excerpts of J&K Companies' websites, the petitioner submitted product catalogs and online brochures that describe the J&K Companies' cabinets as being made of maple since at least 2013 and describe the characteristics and grain of maple wood, and that advertise Meisen's production as starting with solid maple wood.[146]  In addition, the petitioner submitted a sworn affidavit from an individual with extensive experience in the wooden cabinets and vanities industry who, through direct discussions and information provided on the J&K Companies' websites, alleged that the merchandise in question was represented to be made from solid maple wood.[147]  The petitioner concluded by arguing that the documentation demonstrates that Meisen uses maple in its production process and it failed to report that FOP to Commerce, and such failure merits the application of total AFA.[148]

We have reviewed the petitioner's submission, and Meisen's questionnaire responses, and have preliminarily determined based on this information that Meisen did not accurately report its FOPs, and that this failure to cooperate to the best of its ability warrants the use of AFA in determining Meisen's antidumping duty margin for this preliminary determination.  Specifically, we preliminarily determine that the record information indicates that Meisen marketed and had sales of merchandise under consideration during the POI that were produced using maple wood, a primary raw material that Meisen failed to report.  For example, Meisen submitted product brochures that stated its cabinets are made from "the finest solid maple wood,"[149] price lists that indicated that maple was a material used,[150] and commercial invoices that suggested that cabinets constructed of maple wood were sold during the POI.[151]  Further discussion of the business proprietary information related to this issue can be found in the Meisen Prelim Decision Memo.[152]

Because the record indicated that Meisen failed to provide complete and accurate information regarding its production process and FOPs, withheld information, failed to provide information in the form or manner requested, and significantly impeded this investigation, we conclude that the application of facts available is warranted for Meisen, pursuant to sections 776(a)(2)(A)-(C) of the Act.  Moreover, we preliminarily determine that Meisen failed to cooperate by not acting to the best of its ability to comply with our requests for information regarding its inputs, pursuant to section 776(b) of the Act.  Consequently, an adverse inference is warranted in the application

---

Comments), at 2.

[143] Meisen reported 16 affiliated U.S. resellers.  *See* Meisen AQR, at 18.

[144] *See* Petitioner Meisen Pre-prelim Comments, at 5-7 and Exhibits 1-5.

[145] *See* Meisen AQR, at 19.

[146] *See* Petitioner Meisen Pre-prelim Comments, at 2.

[147] *Id.* at Exhibit 7.

[148] *Id.* at 7-8.

[149] *See* Meisen SuppA, at Exhibit 41, J&K Cabinetry Catalog 2019 Edition, at 63, July 2019 Product Specifications, at 4.

[150] *See* Meisen AQR, at Exhibit 3.

[151] *See, e.g.*, Meisen SuppA at Exhibit A-10; Meisen SuppC, at Exhibits 3, 4, 7, 10, 12, 13, 15, and 18.

[152] *See* Memorandum, "Meisen Preliminary Decision Memorandum," dated October 2, 2019.

of facts available pursuant to section 776(b) of the Act.  We have determined that it would be inappropriate to rely upon the FOP data submitted by Meisen to calculate NV, because Meisen's response only includes FOP data for the consumption of birch wood.  A complete and accurate accounting of all FOPs used in the production of the merchandise under consideration is required for the calculation of NV, and so we cannot calculate NV.  Because NV is in turn required for the calculation of an AD margin, we also cannot calculate Meisen's weighted-average dumping margin using the data it reported.  Accordingly, as AFA and because we preliminarily determine that Meisen demonstrated an absence of *de facto* and *de jure* control, we are preliminarily assigning to Meisen a margin based on total AFA.  However, due to the proximity to the preliminary determination that this issue was raised in the investigation, we will continue to consider the application of AFA to Meisen based on any rebuttal factual information provided by Meisen and, if appropriate, any further information requested by Commerce after the issuance of this preliminary determination.[153]

   4.   Selection and Corroboration of the AFA Rate

In applying an adverse inference, Commerce may rely on information derived from the petition, the final determination in the investigation, any previous review, or any other information placed on the record.[154]  In selecting an AFA rate, Commerce selects a rate that is sufficiently adverse to ensure that the uncooperative party does not obtain a more favorable result by failing to cooperate than if it had fully cooperated.[155]  Consistent with sections 776(b)(2) and 776(d)(2) of the Act, in an investigation, Commerce's practice with respect to the assignment of an AFA rate is to select the higher of:  (1) the highest dumping margin alleged in the petition; or (2) the highest calculated dumping margin of any respondent in the investigation.[156]  In this case the higher margin is the highest dumping margin alleged in the petition, 262.18 percent.

Based on the information on the record, we are able to corroborate the 262.18 percent rate. In attempting to corroborate that rate, we compared the highest petition rate of 262.18 percent to the individually-investigated respondents' highest CONNUM-specific dumping margins (*see* section J.2 below) and found that both Foremost and Ancientree's highest calculated CONNUM-specific dumping margins exceed the highest petition rate.[157]  Because we were able to corroborate the highest dumping margin contained in the Petition, we assigned to the China-wide entity, and to Meisen, a dumping margin of 262.18 percent.

---

[153] In addition to our concerns regarding Meisen's failure to disclose all of its FOPs, we continue to have strong reservations regarding the quality and accuracy of Meisen's reported data, generally.  Specifically, we note that Meisen's initial Section C response was replete with clerical errors and omissions that required significant revisions in its supplemental response.  Moreover, Meisen's initial section D response adopted a woefully inaccurate methodology that also required wholesale revision.  Accordingly, Commerce was hindered from conducting a meaningful analysis of any data until close to this preliminary determination.
[154] *See* section 776(b) of the Act.
[155] *See* SAA at 870.
[156] *See*, *e.g.*, *Certain Uncoated Paper from Indonesia:  Final Determination of Sales at Less Than Fair Value*, 81 FR 3101 (January 20, 2016).
[157] *See* Foremost Prelim Analysis Memo; *see also* Memorandum, "Preliminary Results Analysis Memorandum for The Ancientree Cabinet Co., Ltd," dated October 2, 2019 (Ancientree Prelim Analysis Memo).

F. Affiliation and Collapsing

We have considered the evidence on the record and preliminarily determine that affiliation exists between Foremost Worldwide Company Limited (Foremost Worldwide), a trader of subject merchandise, and Foremost, the wholly-owned subsidiary of Foremost Worldwide and producer of subject merchandise.[158]  Based on the record evidence, we also preliminarily determine that affiliation does not exist among Ancientree, a producer of subject merchandise, and Jiangsu Hongjia Wood Co., Ltd. (Jiangsu Hongjia), a trader of wood inputs.[159]

1. Affiliation

Section 771(33) of the Act provides that the following persons shall be considered to be "affiliated" or "affiliated persons":

(A)    Members of a family, including brothers and sisters (whether by the whole or half blood), spouse, ancestors, and lineal descendants;
(B)    Any officer or director of an organization and such organization;
(C)    Partners;
(D)    Employer and employee;
(E)    Any person directly or indirectly owning, controlling, or holding with power to vote, 5 percent or more of the outstanding voting stock or shares of any organization and such organization;
(F)    Two or more persons directly or indirectly controlling, controlled by, or under common control with, any person; or,
(G)    Any person who controls any other person and such other person.

The Act further states that "a person shall be considered to control another person if the person is legally or operationally in a position to exercise restraint or direction over the other person."[160] "Person" is defined to include "any interested party as well as any other individual, enterprise, or entity, as appropriate."[161]

The Statement of Administrative Action (SAA) accompanying the Uruguay Round Agreement Act states the following:

> The traditional focus on control through stock ownership fails to address adequately modern business arrangements, which often find one firm 'operationally in a position to exercise restraint or direction' over another in the absence of an equity relationship. A company may be in a position to exercise restraint or direction, for example, through corporate or family groupings, franchise or joint

---

[158] *See* Foremost AQR, at 6 and Exhibit Q3A.
[159] *See* Ancientree AQR, at A-4.
[160] *See* section 771(33) of the Act.
[161] *See* 19 CFR 351.102(b)(37).

26

venture agreements, debt financing, or close supplier relationships
in which the supplier or buyer becomes reliant upon the other.[162]

Section 351.102(b)(3) of Commerce's regulations defines affiliated persons and affiliated parties
as having the same meaning as in section 771(33) of the Act.  In determining whether control
over another person exists, within the meaning of section 771(33) of the Act, Commerce will
consider the following factors, among others:  corporate or family groupings; franchise or joint
venture agreements; debt financing; and close supplier relationships.  Commerce will not find
that control exists on the basis of these factors unless the relationship has the potential to impact
decisions concerning the production, pricing, or cost of the subject merchandise or foreign like
product.  Commerce will consider the temporal aspect of a relationship in determining whether
control exists; normally, temporary circumstances will not suffice as evidence of control.[163]

Section 771(33)(E) of the Act considers affiliated entities to be any person, directly or indirectly
owning, controlling, or holding with power to vote, five percent or more of the outstanding
voting stock or shares of any organization and such organization.  Section 771(33)(F) of the Act
considers entities affiliated if they are directly or indirectly controlling, controlled, by, or under
common control with, any person.  Section 771(33)(G) of the Act considers affiliated entities to
be any person who controls any other person and such other person.  For purposes of statutory
construction, the term "person" can be construed in the singular or plural and can include a
corporate entity or group.[164]  Moreover, the statute does not require evidence of actual control; it
is the ability to control that is dispositive.[165]  A company may be in a position to exercise
restraint or direction, for example, through "corporate . . . groupings {and} . . . joint venture
agreements."[166]  Additionally, Commerce will not consider control to exist unless the
relationship has the potential to impact decisions concerning production, pricing, or cost of the
subject merchandise or foreign like product.[167]

*Foremost*

In Foremost's separate rate application, submitted collectively for Foremost and Foremost
Worldwide, Foremost explained that Foremost Worldwide and Foremost are "both subsidiaries
of Foremost Groups, Ltd…and {Foremost Worldwide} purchased subject merchandise from its
affiliate, {Foremost.}"[168]  On July 3, 2019, Foremost submitted its response to the section A
questionnaire, in which it identified its ownership/corporate structure and the various affiliates
that play roles in the sale, marketing, and production of the subject merchandise.[169]  In
Foremost's AQR, Foremost reported that it is the wholly owned subsidiary of Foremost

---

[162] *See* SAA, H.R. Doc. No. 316, Vol. 1, 103d Cong., 2d Sess. (1994) (SAA) at 838.
[163] *See* 19 CFR 351.102(b)(3).
[164] *See Dongkuk Steel Mill Co. v. United States*, 29 CIT 724 (June 22, 2005) (*Dongkuk*).
[165] *See Antidumping Duties; Countervailing Duties; Final Rule*, 62 FR 27296, 27297-98 (May 19, 1997)
(*Preamble*).
[166] *See* SAA at 838; *see also* 19 CFR 351.102(b)(3).
[167] *See* 19 CFR 351.102(b)(3); *see also Certain Welded Carbon Standard Steel Pipe and Tubes from India; Final
Results of New Shippers Antidumping Duty Administrative Review*, 62 FR 47632, 47638 (September 10, 1997).
[168] *See* Foremost's May 14, 2019 separate rate application (Foremost SRA) at 1 and 4.
[169] *See* Foremost AQR, at 4-12 and Exhibit Q3A.

Worldwide.[170]  On August 28, 2019, Foremost and Foremost Worldwide submitted a response regarding the companies' organizational structure, in which Foremost states that "Foremost Worldwide has four main locations…all involved in various capacities in the production, sale, distribution or development of subject merchandise{.}"[171]  The record does not indicate that Foremost Worldwide produces or is able to produce subject merchandise.

Based on the evidence on the record, we preliminarily find that Foremost and Foremost Worldwide are affiliated within the meaning of sections 771(33)(E), (F) and (G) of the Act. Because during the POI Foremost was a wholly owned subsidiary of Foremost Worldwide, Foremost Worldwide directly owns more than five percent of Foremost and the companies are therefore affiliated pursuant to section 771(33)(E) of the Act.  Because Foremost and Foremost Worldwide are both wholly-owned  subsidiaries of Foremost Groups, Ltd., they are under the common control of the same entity and therefore affiliated pursuant to section 771(33)(F) of the Act.  Furthermore, Foremost Worldwide is in a position to control Foremost, via its ownership of 100 percent of the shares in Foremost, and thus the companies are affiliated pursuant to section 771(33)(G) of the Act.

   *Ancientree*

We do not find that Ancientree and Jiangsu Hongjia are affiliated parties within the meaning of section 771(33) of the Act.[172]

   2.  Collapsing

Section 351.401(f) of Commerce's regulations, which outlines the criteria for treating affiliated producers as a single entity for purposes of AD proceedings, states:

   (1)  In general. In an antidumping proceeding under this part, the Secretary will treat two or more affiliated producers as a single entity where those producers have production facilities for similar or identical products that would not require substantial retooling of either facility in order to restructure manufacturing priorities and the Secretary concludes that there is a significant potential for the manipulation of price or production.
   (2)  Significant potential for manipulation. In identifying a significant potential for the manipulation of price or production, the factors the Secretary may consider include:
      (i)      The level of common ownership;
      (ii)     The extent to which managerial employees or board members of one firm sit on the board of directors of an affiliated firm; and
      (iii)    Whether operations are intertwined, such as through the sharing of sales information, involvement in production and pricing decisions, the sharing

---

[170] *Id.* at 8.
[171] *See* Foremost Org Structure Supp at 1.
[172] For further details, including a discussion of the relevant business proprietary information, Ancientree Prelim Analysis Memo.

of facilities or employees, or significant transactions between the affiliated producers.[173]

The *Preamble* to Commerce's regulations clarifies how Commerce should apply this section in its collapsing analysis, explaining that this list of factors is "non-exhaustive."[174]   The *Preamble* also states that "{Commerce} has not adopted the suggestion that it will collapse only in 'extraordinary' circumstances.  A determination of whether to collapse should be based upon an evaluation of the factors listed in paragraph (f), and not upon whether fact patterns calling for collapsing are commonly or rarely encountered."[175]   The *Preamble* states, however, that Commerce must still find that the potential for manipulation of price and production is significant.[176]

Commerce's determination in *Colombian Flowers* details Commerce's practice of collapsing affiliates:[177]

> Because {Commerce} calculates margins on a company-by-company basis, it must ensure that it reviews the entire producer or reseller, not merely part of it. {Commerce} reviews the entire entity due to its concerns regarding price and cost manipulation.  Because of this concern, {Commerce} normally examines the question of whether reviewed companies "constitute separate manufacturers or exporters for purposes of the dumping law."[178]

---

[173] *See* 19 CFR 351.401(f).

[174] *See Preamble*, 62 FR at 27345.

[175] *Id.*

[176] *Id.* at 27345-46.  Commerce's practice is consistent with the statement in the *Preamble* that the "significant potential" criteria provided in section 351.401(f) are non-exhaustive.  For instance, in *Certain Welded Carbon Standard Steel Pipes and Tubes from India; Final Results of New Shippers Antidumping Duty Administration Review*, 62 FR 47632, 47638 (September 10, 1997), Commerce stated that "{n}ot all of these criteria must be met in a particular case; the requirement is that {Commerce} determine that the affiliated companies are sufficiently related to create the potential of price or production manipulation."  Similarly, in *Notice of Final Determination of Sales at Less Than Fair Value:  Collated Roofing Nails from Taiwan*, 62 FR 51427, 51436 (October 1, 1997), while it addressed the section 351.401(f) criteria, Commerce made its determination to collapse based on the "totality of the circumstances":

> The totality of the circumstances presented by these facts indicate that the two companies operate under common control of the same individual/family with respect to sales and production decisions.  Although both S&J's General Manager and New Lan Luang's Chairman {a father and son} are only minority shareholders in both companies, we conclude that their positions of legal and operational control in their respective companies create a significant potential for price or production manipulation.  We therefore have treated S&J and New Lan Luang as a single entity for purposes of calculating a dumping margin in this investigation.

[177] *See Certain Fresh Cut Flowers from Colombia; Final Results of Antidumping Duty Administrative Reviews*, 61 FR 42833, 42853 (August 19, 1996) (*Colombian Flowers*).

[178] *See Certain Fresh Cut Flowers from Colombia; Final Results of Antidumping Duty Administrative Reviews,* 61 FR 42833, 42853 (August 19, 1996) (*Colombian Flowers*) (citing *Final Determination of Sales at Less than Fair Value; Certain Granite Products from Spain*, 53 FR 24335, 24337 (June 28, 1988)).  While 19 CFR 351.401(f) uses the term "producers," Commerce's practice is to apply this regulation to resellers and other affiliated companies, as well.  *See, e.g.*, *Colombian Flowers*, 61 FR at 42853 (citing *Final Determination of Sales at Less than Fair Value; Certain Granite Products from Spain*, 53 FR 24335, 24337 (June 28, 1988)); *see also Hontex Enters. v. United States*, 342 F. Supp. 2d 1225, 1234 (CIT 2004) (*Hontex II*) (upholding Commerce's analysis going beyond the

In proceedings involving NME countries, Commerce begins with the rebuttable presumption that all companies within the country are subject to government control.[179] Companies subject to government control are treated as part of the NME entity and assigned the same weighted-average dumping margin.[180]  Commerce, however, has recognized that NME companies separate from the NME entity may be connected and such connections could provide a potential for manipulation affecting dumping margins.[181]  Thus, to the extent that section 771(33) of the Act does not conflict with Commerce's application of separate rates and the enforcement of the NME provision of section 773(c) of the Act, Commerce may determine that affiliated exporters and/or producers should be treated as a single entity if the facts of the case support such a finding.[182] The CIT has upheld Commerce's practice of determining whether to treat two or more companies as a single entity for antidumping purposes based on a consideration of whether there exists a significant potential for manipulation of prices and/or export decisions.[183]

Furthermore, Commerce notes that the factors listed in 19 CFR 351.401(f)(2) are not exhaustive, and in the context of an NME investigation, other factors unique to the relationship of business entities in the NME may lead Commerce to determine that collapsing is either warranted or unwarranted, depending on the facts of the case.[184]  Further, in *Hontex II*, the CIT affirmed Commerce's ability to expand the market-economy inquiry into the potential for manipulation to include NME exporters' export decisions, rather than simply relying on whether or not the companies share production facilities.[185]

The CIT has recognized that when determining whether there is a significant potential for manipulation 19 CFR 351.401(f)(2)(i), (ii), and (iii) are considered by Commerce in light of the

---

traditional regulatory analysis to address significant potential for manipulation through other means, such as collapsing exporters, other than those listed in the regulations).

[179] *See, e.g., Certain New Pneumatic Off-The-Road Tires from the People's Republic of China:  Final Affirmative Determination of Sales at Less Than Fair Value and Partial Affirmative Determination of Critical Circumstances*, 73 FR 40485, 40487 (July 15, 2008) (citing *Final Determination of Sales at Less Than Fair Value:  Sparklers from the People's Republic of China*, 56 FR 20588 (may 6, 1991), as amplified by *Notice of Final Determination of Sales at Less Than Fair Value:  Silicon Carbide from the People's Republic of China*, 59 FR 22585 (May 2, 1994)).

[180] *Id.*

[181] *See Certain Steel Nails from the People's Republic of China:  Preliminary Determination of Sales at Less Than Fair Value and Partial Affirmative Determination of Critical Circumstances and Postponement of Final Determination*, 73 FR 3928, 3932 (January 23, 2008) (unchanged in *Certain Steel Nails from the People's Republic of China:  Amended Preliminary Determination of Sales at Less Than Fair Value*, 73 FR 7254 (February 7, 2008)), and *Certain Steel Nails from the People's Republic of China:  Final Determination of Sales at Less Than Fair Value and Partial Affirmative Determination of Critical Circumstances*, 73 FR 33977 (June 16, 2008).

[182] *See Certain Preserved Mushrooms from the People's Republic of China:  Preliminary Results of Sixth New Shipper Review and Preliminary Results and Partial Rescission of Fourth Antidumping Duty Administrative Review*, 69 FR 10410, 10413 (March 5, 2004) (*Mushrooms*), unchanged in *Final Results and Final Rescission, in Part, of Antidumping Duty Administrative Review:  Certain Preserved Mushrooms from the People's Republic of China*, 70 FR 54361 (September 14, 2005).

[183] *See Hontex II*, 342 F. Supp. 2d 1225, 1230-34.

[184] *See Mushrooms*, 69 FR at 10413, 10414 (citing *Hontex Enterprises v. United States*, 248 F. Supp. 2d 1323, 1342-43 (CIT 2003) (*Hontex*) (noting that the application of collapsing in the NME context may differ from the standard factors listed in the regulation)).

[185] *See Hontex II*, 342 F. Supp. 2d at 1233-1234.

totality of the circumstances; no one factor is dispositive in determining whether to collapse the producers.[186]

Additionally, Commerce looks for "relatively unusual situations, where the type and degree of relationship is so significant that {it} finds that there is a strong possibility of price manipulation."[187]  The CIT has upheld Commerce's practice of taking into account one such unique factor, namely export decisions, in applying the collapsing provisions in NME proceedings.[188]  Thus, although Commerce's regulations do not address the treatment of non-producing entities (*e.g.*, exporters), where non-producing entities are affiliated, and there exists a significant potential for manipulation of prices and/or export decisions, Commerce has considered such entities, as well as other affiliated entities (where appropriate), as a single entity.[189]  Moreover, in examining these factors as they pertain to a significant potential for manipulation, Commerce considers both actual manipulation in the past and the possibility of future manipulation.[190]  The *Preamble* underscores the importance of considering the possibility of future manipulation:  "a standard based on the potential for manipulation focuses on what may transpire in the future."[191]  We have therefore, in accordance with 19 CFR 351.401(f)(2), examined all three factors with respect to the potential for future manipulation.

Commerce thus interprets 19 CFR 351.401(f) to include three criteria for a collapsing analysis: (1) whether two or more producers affiliated; (2) whether they have similar production facilities that would not require substantial retooling in order to restructure manufacturing priorities; and (3) whether there is a significant potential for manipulation of price or production.

       *a)*    *Affiliation*

As analyzed above, we find that Foremost and Foremost Worldwide are affiliated with each other because during the POI they were indirectly owned and/or controlled by the same entity, Foremost was a wholly owned subsidiary of Foremost Worldwide, and Foremost Worldwide is

---

[186] *See Koyo Seiko Co., Ltd. v. United States*, 516 F. Supp. 2d 1323, 1346 (CIT 2007) (citing *Light Walled Rectangular Pipe and Tube from Turkey; Notice of Final Determination of Sales at Less Than Fair Value*, 69 FR 53675 (September 2, 2004) and accompanying Issues and Decision Memorandum (IDM) at Comment 10).

[187] *See Koyo Seiko citing Nihon Cement Co. v. United States*, 17 C.I.T. 400, 426 (CIT 1993) (quoting *Final Determination of Sales at Less than Fair Value:  Antifriction Bearings (Other than Tapered Roller Bearings) and Parts Thereof from the Federal Republic of Germany*, 54 FR 18992, 19089 (May 3, 1989)).

[188] *See Hontex II*, 342 F. Supp. 2d at 1230-34 (in which the CIT affirmed Commerce's ability to expand the market-economy inquiry into the potential for manipulation to include NME exporters' export decisions, rather than whether or not the companies share production facilities).

[189] *See, e.g.*, *Certain Cold-Rolled Flat-Rolled Carbon-Quality Steel Products from Brazil; Notice of Final Determination at Sales at Less Than Fair Value*, 65 FR 5554 (February 4, 2000); *Certain Welded Carbon Steel Pipes and Tubes from Thailand:  Final Results of Antidumping Duty Administrative Review*, 63 FR 55578 (October 16, 1998) and accompanying IDM at Comment 2*; Automotive Replacement Glass Windshields from the People's Republic of China; Preliminary Results of Antidumping Duty Administrative Review*, 69 FR 25545 (May 7, 2004); *Automotive Replacement Glass Windshields from the People's Republic of China; Final Results of Antidumping Duty Administrative Review*, 69 FR 61790 (October 21, 2004); and *Mushrooms* and accompanying IDM at Comment 1; *see also Hontex*, 248 F. Supp. 2d at 1343.

[190] *See Preamble*, 62 FR 27296, 27346.

[191] *Id.*

in a position to control Foremost, via its ownership of 100 percent of the shares in Foremost. Consequently, the first collapsing criterion has been satisfied.

### b)   Similarity of Production Facilities and Substantial Retooling

The second collapsing criterion in 19 CFR 351.401(f)(1) requires that the affiliated producers have "production facilities for similar or identical products that would not require substantial retooling of either facility in order to restructure manufacturing priorities." Foremost states that it is a producer and exporter of subject merchandise, while Foremost Worldwide functions as a non-producing exporter.[192]

Neither the statute nor the regulations contain specific guidelines for determining when two or more exporters should receive the same antidumping duty rate. Commerce's practice of collapsing companies recognizes that it is appropriate to treat certain groups of companies as a single entity, and to determine a single weighted-average margin for that entity, in order to determine margins accurately and to prevent manipulation that would undermine the effectiveness of the antidumping duty law.[193] With respect to Foremost Worldwide, Commerce finds that it is an exporter, and thus similarity of production facilities and whether substantial retooling is required are inapplicable to Commerce's analysis.

### c)   Significant Potential for Manipulation of Price or Production

With respect to the final criterion of the collapsing analysis, 19 CFR 351.401(f)(2) provides a non-exhaustive list of three factors that Commerce may consider in determining whether a significant potential for manipulation of price or production exists:  (i) the level of common ownership; (ii) the extent to which managerial employees or board members of one firm sit on the board of directors of an affiliated firm; and (iii) whether operations are intertwined, such as through the sharing of sales information, involvement in production and pricing decisions, the sharing of facilities or employees, or significant transactions between the affiliated producers. We consider the totality of the circumstances particular to the case at hand in analyzing the factors, as no one factor is more important than another and not all three factors listed in the regulations are required.[194]

### i.   Level of Common Ownership

We analyzed the level of common ownership in the affiliation section above. As noted above, Foremost and Foremost Worldwide are wholly owned by Foremost Groups, Ltd. Because these

---

[192] *See* Foremost's May 14, 2019 separate rate application (Foremost SRA) at 1 and 4.
[193] *See, e.g., Notice of Final Determination of Sales at Less Than Fair Value: Certain Frozen and Canned Warmwater Shrimp from Brazil,* 69 FR 76910 (December 23, 2004), and accompanying IDM at Comment 5.
[194] *See Final Determination of Less-Than-Fair Value Investigation:  Steel Concrete Reinforcing Bars from the Republic of Korea,* 69 FR 19399 (April 13, 2004), and accompanying IDM; *see also, e.g., Final Determination of Sales at Less Than Fair Value; Certain Hot-Rolled Flat-Rolled Carbon-Quality Steel Products from Brazil,* 64 FR 38756, 38778 (July 19, 1999) (*Hot-Rolled Steel from Brazil*); *see also Dongkuk,* 29 CIT at 733-35.

companies are owned by the same company, we find that there was significant common ownership between Foremost and Foremost Worldwide during the POI.

    ii.    Interlocking Board and Managers

Foremost provided a list of management for both Foremost and Foremost Worldwide, showing overlap between the two entities.[195]  Commerce finds that the boards and managers of these two entities are significantly interlocked.[196]

    iii.    Intertwined operations

Section 351.401(f)(2)(iii) of Commerce's regulations directs Commerce to consider whether operations are intertwined, such as through the sharing of sales information, involvement in production and pricing decisions, the sharing of facilities or employees, or significant transactions between the affiliated producers.

Information on the record shows that there is significant intertwining of operations between Foremost and Foremost Worldwide and that Foremost does not operate independently from Foremost Worldwide.  Throughout Foremost's questionnaire responses, Foremost noted that certain expenses related to the production and movement of subject merchandise and its inputs were arranged for, resold through, and/or paid by Foremost Worldwide.[197]

Although Foremost Worldwide is not a producer, we nonetheless find that there exists a significant potential for manipulation of prices pursuant to 19 CFR 351.401(f)(2).  Specifically, as detailed above, Foremost and Foremost Worldwide are under common ownership, have interlocking boards and managers, and intertwined operations.  The result is that Foremost Worldwide not only acts as a conduit for sales, but the potential exists for Foremost and Foremost Worldwide to collectively determine prices, negotiate with customers, and manage the sales and distribution process and to otherwise act in unison with one another.  Thus, while Foremost Worldwide is not a producer, Commerce's practice is to extend this analysis to resellers and other affiliated parties, where applicable.[198]  After analyzing all of the record evidence, we find that Foremost Worldwide is an affiliated reseller acting in coordination with the primary producer (who is also an exporter).  Therefore, we find that there exists a significant potential between the two entities to manipulate price.

Thus, because we have found that Foremost and Foremost Worldwide are affiliated and the record evidence demonstrates a significant potential for the manipulation of price or production, the criteria outlined in 19 CFR 351.401(f) have been met and we are preliminarily collapsing Foremost and Foremost Worldwide.

---

[195] See Foremost SAQR at Exhibit SA-4.
[196] See Foremost Prelim Analysis for further discussion on the intertwined boards and managers of Foremost and Foremost Worldwide.
[197] See e.g., Foremost CDQR at section C page 4-5; Foremost SDQR at SD-17.
[198] See Colombian Flowers, 62 FR at 42853; Hontex II, 342 F. Supp. 2d at 1234.  See also SAA at 838.

### F.   Date of Sale

In identifying the date of sale of the subject merchandise, Commerce normally will use the date of invoice, as recorded in the exporter or producer's records kept in the ordinary course of business.[199]  Additionally, Commerce may use a date other than the date of invoice if it is satisfied that a different date better reflects the date on which the exporter or producer establishes the material terms of sale.[200]  Furthermore, we have a long-standing practice of finding that, where shipment date precedes invoice date, shipment date better reflects the date on which the material terms of sale are established.[201]

Ancientree reported the earlier of the sales invoice date or the date of shipment as the date of sale for its U.S. sales.[202]  Ancientree explained that "{o}n occasion, the company generated commercial invoices slightly later than the date of shipment" and, "during the POI, there were no circumstances in which the material terms of sale changed after the shipment."[203]

Foremost reported the earlier of the sales invoice date or the date of shipment as the date of sale for its U.S. sales.[204]  Foremost reported that the material terms of sale may change after the issuance of a purchase order and that in "the vast majority of cases shipment and invoice dates are identical."[205]  Foremost also acknowledged that in a small number of cases the difference between invoice data and shipment date may differ by one or two days.  As such, in accordance with Commerce's practice, we are preliminarily using the earlier of invoice date or date of shipment as the date of sale.

Consistent with 19 CFR 351.401(i), we preliminarily determine to use the earlier of the sales invoice date or the date of shipment as the date of sale for all POI sales by Ancientree and Foremost.

### G.   Comparisons to Fair Value

Pursuant to section 773(a) of the Act and 19 CFR 351.414(c)(1) and (d), in order to determine whether the respondents' sales of the subject merchandise from China to the United States were made at less than fair value, Commerce compared the export price (EP) or constructed export price (CEP) to the NV as described in the "Export Price" and "Normal Value" sections of this memorandum.

---

[199] *See* 19 CFR 351.401(i).

[200] *Id.  See also Allied Tube & Conduit Corp. v. United States*, 132 F. Supp. 2d 1087, 1090-92 (CIT 2001) (*Allied Tube & Conduit Corp.*) ("As elaborated by Department practice, a date other than invoice date 'better reflects' the date when 'material terms of sale' are established if the party shows that the 'material terms of sale' undergo no meaningful change (and are not subject to meaningful change) between the proposed date and the invoice date.").

[201] *See, e.g., Certain Cut-to-Length Carbon-Quality Steel Plate Products from the Republic of Korea:  Preliminary Results of Antidumping Duty Administrative Review; 2016-2017*, 83 FR 10670 (March 12, 2018), and accompanying PDM at 6-7, unchanged in *Certain Cut-to-Length Carbon-Quality Steel Plate Products from the Republic of Korea: Final Results of Antidumping Duty Administrative Review; 2016-2017*, 83 FR 32629 (July 13, 2018).

[202] *See* Ancientree CDQR, at C-14.

[203] *Id.*; *See also* Ancientree's section A supplemental questionnaire response, dated August 7, 2019, at 9.

[204] *See* Foremost SCQR at 8.

[205] *See* Foremost SAQR at 12.

1.  Determination of Comparison Method

Pursuant to 19 CFR 351.414(c)(1), Commerce calculates weighted-average dumping margins by comparing weighted-average NVs to weighted-average EPs (or CEPs) (*i.e.*, the average-to-average method) unless the Secretary determines that another method is appropriate in a particular situation.  In AD investigations, Commerce examines whether to compare weighted-average NVs with the EPs (or CEPs) of individual sales (*i.e.*, the average-to-transaction method) as an alternative comparison method using an analysis consistent with section 777A(d)(1)(B) of the Act.

In recent investigations, Commerce has applied a "differential pricing" analysis for determining whether application of the average-to-transaction method is appropriate in a particular situation pursuant to 19 CFR 351.414(c)(1) and section 777A(d)(1)(B) of the Act.[206]  Commerce finds that the differential pricing analysis used in recent investigations may be instructive for purposes of examining whether to apply an alternative comparison method in this investigation.  Commerce will continue to develop its approach in this area based on comments received in this and other proceedings, and on Commerce's additional experience with addressing the potential masking of dumping that can occur when Commerce uses the average-to-average method in calculating a respondent's weighted-average dumping margin.

The differential pricing analysis used in this preliminary determination examines whether there exists a pattern of export prices (or constructed export prices) for comparable merchandise that differ significantly among purchasers, regions, or time periods.  The analysis evaluates all export sales by purchasers, regions and time periods to determine whether a pattern of prices that differ significantly exists.  If such a pattern is found, then the differential pricing analysis evaluates whether such differences can be taken into account when using the average-to-average method to calculate the weighted-average dumping margin.  The analysis incorporates default group definitions for purchasers, regions, time periods, and comparable merchandise.  Purchasers are based on the reported customer codes.  Regions are defined using the reported destination code (*i.e.*, zip code) and are grouped into regions based upon standard definitions published by the U.S. Census Bureau.  Time periods are defined by the quarter within the period of investigation based upon the reported date of sale.  For purposes of analyzing sales transactions by purchaser, region and time period, comparable merchandise is defined using the product control number and all characteristics of the U.S. sales, other than purchaser, region and time period, that Commerce uses in making comparisons between export price (or constructed export price) and normal value for the individual dumping margins.

---

[206] *See, e.g., Polyethylene Terephthalate Resin from Taiwan:  Preliminary Affirmative Determination of Sales at Less Than Fair Value, Postponement of Final Determination, and Extension of Provisional Measures,* 83 FR 19696 (May 4, 2018), unchanged in *Polyethylene Terephthalate Resin from Taiwan:  Final Determination of Sales at Less Than Fair Value, and Final Affirmative Determination of Critical Circumstances, in Part,* 83 FR 48287 (September 24, 2018); *Large Diameter Welded Pipe from Canada: Preliminary Determination of Sales at Less Than Fair Value, Postponement of Final Determination, and Extension of Provisional Measures,* 83 FR 43649 (August 27, 2018), unchanged in *Large Diameter Welded Pipe from Canada:  Final Affirmative Determination of Sales at Less Than Fair Value,* 84 FR 6378 (February 27, 2019); and *Cast Iron Soil Pipe from the People's Republic of China: Preliminary Affirmative Determination of Sales at Less Than Fair Value and Postponement of Final Determination,* 83 FR 44567 (August 31, 2018), unchanged in *Cast Iron Soil Pipe from the People's Republic of China:  Final Affirmative Determination of Sales at Less Than Fair Value,* 84 FR 6767 (February 28, 2019).

In the first stage of the differential pricing analysis used here, the "Cohen's *d* test" is applied. The Cohen's *d* coefficient is a generally recognized statistical measure of the extent of the difference between the mean (*i.e.*, weighted-average price) of a test group and the mean (*i.e.*, weighted-average price) of a comparison group.  First, for comparable merchandise, the Cohen's *d* coefficient is calculated when the test and comparison groups of data for a particular purchaser, region or time period each have at least two observations, and when the sales quantity for the comparison group accounts for at least five percent of the total sales quantity of the comparable merchandise.  Then, the Cohen's *d* coefficient is used to evaluate the extent to which the prices to the particular purchaser, region or time period differ significantly from the prices of all other sales of comparable merchandise.  The extent of these differences can be quantified by one of three fixed thresholds defined by the Cohen's *d* test:  small, medium or large (0.2, 0.5 and 0.8, respectively).  Of these thresholds, the large threshold provides the strongest indication that there is a significant difference between the mean of the test and comparison groups, while the small threshold provides the weakest indication that such a difference exists.  For this analysis, the difference is considered significant, and the sales in the test group are found to pass the Cohen's *d* test, if the calculated Cohen's *d* coefficient is equal to or exceeds the large (*i.e.*, 0.8) threshold.

Next, the "ratio test" assesses the extent of the significant price differences for all sales as measured by the Cohen's *d* test.  If the value of sales to purchasers, regions, and time periods that pass the Cohen's *d* test account for 66 percent or more of the value of total sales, then the identified pattern of prices that differ significantly supports the consideration of the application of the average-to-transaction method to all sales as an alternative to the average-to-average method.  If the value of sales to purchasers, regions, and time periods that pass the Cohen's *d* test accounts for more than 33 percent and less than 66 percent of the value of total sales, then the results support consideration of the application of an average-to-transaction method to those sales identified as passing the Cohen's *d* test as an alternative to the average-to-average method, and application of the average-to-average method to those sales identified as not passing the Cohen's *d* test.  If 33 percent or less of the value of total sales passes the Cohen's *d* test, then the results of the Cohen's *d* test do not support consideration of an alternative to the average-to-average method.

If both tests in the first stage (*i.e.,* the Cohen's *d* test and the ratio test) demonstrate the existence of a pattern of prices that differ significantly such that an alternative comparison method should be considered, then in the second stage of the differential pricing analysis, Commerce examines whether using only the average-to-average method can appropriately account for such differences.  In considering this question, Commerce tests whether using an alternative comparison method, based on the results of the Cohen's *d* and ratio tests described above, yields a meaningful difference in the weighted-average dumping margin as compared to that resulting from the use of the average-to-average method only.  If the difference between the two calculations is meaningful, then this demonstrates that the average-to-average method cannot account for differences such as those observed in this analysis, and, therefore, an alternative comparison method would be appropriate.  A difference in the weighted-average dumping margins is considered meaningful if 1) there is a 25 percent relative change in the weighted-average dumping margins between the average-to-average method and the appropriate alternative method where both rates are above the *de minimis* threshold, or 2) the resulting

weighted-average dumping margins between the average-to-average method and the appropriate alternative method move across the *de minimis* threshold.

Interested parties may present arguments and justifications in relation to the above-described differential pricing approach used in these preliminary results, including arguments for modifying the group definitions used in this proceeding.[207]

### 2. Results of the Differential Pricing Analysis

For Foremost, based on the results of the differential pricing analysis, Commerce preliminarily finds that 47.10 percent of the value of U.S. sales pass the Cohen's d test, and confirms the existence of a pattern of prices that differ significantly among purchasers, regions, or time periods. Further, Commerce preliminarily determines that there is no meaningful difference between the weighted-average dumping margin calculated using the average-to-average method and the weighted-average dumping margin calculated using an alternative comparison method based on applying the average-to-transaction method to those U.S. sales which passed the Cohen's d test and the average-to-average method to those sales which did not pass the Cohen's d test. Thus, for this preliminary determination, Commerce is applying the average-to-average method for all U.S. sales to calculate the weighted-average dumping margin for Foremost.[208]

For Ancientree, based on the results of the differential pricing analysis, Commerce preliminarily finds that 33.80 percent of the value of U.S. sales pass the Cohen's *d* test, which confirms the existence of a pattern of prices that differ significantly among purchasers, regions, or time periods. Further, Commerce preliminarily determines that the average-to-average method cannot account for such differences because there is a 25 percent relative change between the weighted-average dumping margin calculated using the average-to-average method and the weighted-average dumping margin calculated using an alternative comparison method based on applying the average-to-transaction method to those U.S. sales which passed the Cohen's *d* test and the average-to-average method to those sales which did not pass the Cohen's *d* test. Thus, for this preliminary determination, Commerce is applying the average-to-transaction method to those U.S. sales which passed the Cohen's *d* test and the average-to-average method to those sales which did not pass the Cohen's *d* test to calculate the weighted-average dumping margin for Ancientree.[209]

### H. U.S. Prices

For all sales made by Ancientree and certain of Foremost's sales, we used EP methodology, in accordance with section 772(a) of the Act, because the subject merchandise was sold to the first unaffiliated purchaser in the United States prior to importation and CEP methodology was not otherwise warranted based on the facts on the record. For the remainder of Foremost's sales, we used CEP methodology, in accordance with section 772(b) of the Act, because the subject

---

[207] The Court of Appeals for the Federal Circuit (CAFC) has affirmed much of Commerce's differential pricing methodology. *See, e.g., Apex Frozen Foods v. United States*, 862 F.3d 1322 (Fed. Cir. 2017). We ask that interested parties present only arguments on issues which have not already been decided by the CAFC.
[208] *See* Foremost Prelim Analysis Memo.
[209] *See* Ancientree Prelim Analysis Memo.

merchandise was sold in the United States by a U.S. seller affiliated with the respondent and EP methodology was not otherwise warranted.

1. Ancientree

For Ancientree's reported sales, in accordance with section 772(a) of the Act, we based the U.S. price of subject merchandise on EP. We calculated EP based on the prices at which subject merchandise was sold to unaffiliated purchasers in the United States. We made deductions, as appropriate, from the reported U.S. price for movement expenses for Ancientree, *e.g.*, foreign inland freight expenses and foreign brokerage and handling expenses.[210] We based movement expenses on SVs where the service was purchased from a company located in a country considered to be an NME.[211] Ancientree recoded sales as non-subject merchandise in a supplemental response, claiming that they were aftermarket accessory items or separately sold, thereby excluded from the scope of the investigation.[212] However, Ancientree did not provide documentation to support its claim. For the preliminary determination, Commerce is treating these sales as subject merchandise.[213]

2. Foremost

For Foremost's EP sales, we calculated EPs based on the sales price to the unaffiliated purchaser(s) in the United States. In accordance with section 772(c)(2)(A) of the Act, as appropriate, Commerce deducted from the sales price certain foreign inland freight, brokerage and handling (B&H), and international movement costs. Because the inland freight and B&H services were either provided by an NME vendor or paid for using an NME currency, Commerce based the deduction of these charges on SVs.[214] For the international freight provided by an ME provider and paid in U.S. dollars, Commerce used the reported expense.[215]

For Foremost's CEP sales, we calculated CEP based on prices to unaffiliated purchasers in the United States. In accordance with sections 772(c)(2)(A) and 772(d)(1) and of the Act, Commerce made deductions from the starting price (gross unit price) for foreign movement expenses, international movement expenses, and U.S. movement expenses. Where foreign movement expenses, international movement expenses, or U.S. movement expenses were provided by NME service providers or paid for in an NME currency, Commerce valued these services using SVs.[216] For those expenses that were provided by an ME provider and paid for in an ME currency, Commerce used the reported expense, or a weighted average of the SV and ME price where the ME purchases do not represent substantially all of the input.[217] In accordance

---

[210] *See* section 772(c)(2)(A) of the Act.
[211] *See* "Factor Valuation Methodology" section.
[212] *See* letter from Ancientree, "Response to Third Supplemental Questionnaire," dated September 6, 2019, at 5-9.
[213] *See* Ancientree Prelim Analysis Memo.
[214] *See* Foremost SCQR at *22; see also* Prelim Surrogate Value Memo for details regarding the SVs for movement expenses.
[215] *See* Foremost CDQR at section C pages 28-29; *see also* Foremost Prelim Analysis Memo for further information related to calculation of movement expenses.
[216] *See* Prelim Surrogate Value Memo.
[217] *See Use of Market Economy Input Prices in Nonmarket Economy Proceedings*, 78 FR 46799 (August 2, 2013).

with section 772(d)(1) of the Act, Commerce also deducted those selling expenses associated with economic activities occurring in the United States.  Commerce deducted, where appropriate, commissions, inventory carrying costs, interest revenue, credit expenses, warranty expenses, and indirect selling expenses.

Foremost reported that some sales included non-subject components such as faucets, countertops, sinks, and/or sink bowls (which Foremost refers to as "combination kits").[218]  For all of Foremost's combination kits, we calculated an adjusted price, in order to only include the price of subject merchandise in our analysis.[219]

   3.   Value-Added Tax

Commerce's recent practice in NME cases is to adjust EP (or the CEP) for the amount of any unrefunded, (herein irrecoverable) value-added tax (VAT) in certain non-market economies in accordance with section 772(c)(2)(B) of the Act.[220]  In changing the practice, Commerce explained that, when an NME government imposes an export tax, duty, or other charges on subject merchandise, or on inputs used to produce subject merchandise, from which the respondent was not exempted, Commerce will reduce the respondent's EP and CEP prices accordingly, by the amount of the tax, duty or charge paid, but not rebated.[221]  Where the irrecoverable VAT is a fixed percentage of EP or CEP, Commerce explained that the final step in arriving at a tax neutral dumping comparison is to reduce the U.S. EP or CEP downward by this same percentage.[222]

VAT is an indirect, *ad valorem* consumption tax imposed on the purchase (sale) of goods.  It is levied on the purchase (sale) price of the good, *i.e.*, it is paid by the buyer and collected by the seller.  For example, if the purchase price is $100 and the VAT rate is 15 percent, the buyer pays $115 to the seller, $100 for the good and $15 in VAT.  VAT is typically imposed at every stage of production.  Thus, under a typical VAT system, firms:  (1) pay VAT on their purchases of production inputs and raw materials ("input VAT") as well as (2) collect VAT on sales of their output ("output VAT").

Firms calculate input VAT and output VAT for tax purposes on a company-wide (not transaction-specific) basis, *i.e.*, in the case of input VAT, on the basis of *all input purchases* regardless of whether used in the production of goods for export or domestic consumption, and in the case of output VAT, on the basis of *all sales to all markets*, foreign and domestic.  Thus, a firm might pay the equivalent of $60 million in total input VAT across all input purchases and collect $100 million in total output VAT across all sales.  In this situation, however, the firm would remit to the government only $40 million of the $100 million in output VAT collected on

---

[218] *See* Foremost CDQR at section C pages 22-23 and Exhibit C-14.1.

[219] Further information related to the calculation of the adjusted price of combination kits can be found in Foremost's Prelim Analysis Memo.

[220] *See Methodological Change for Implementation of Section 772(c)(2)(B) of the Tariff Act of 1930, as Amended, In Certain Non-Market Economy Antidumping Proceedings*, 77 FR 36481 (June 19, 2012).

[221] *Id.*; *see also Chlorinated Isocyanurates from the People's Republic of China:  Final Results of Antidumping Duty Administrative Review; 2011-2012*, 79 FR 4875 (January 30, 2014), and accompanying IDM at Comment 5.A.

[222] *Id.*

its sales because of a $60 million credit for input VAT paid that the firm can claim against output VAT.[223]  As result, the firm bears no "VAT burden (cost)":  the firm through the credit is refunded or recovers <u>all</u> of the $60 million in input VAT it paid, and the $40 million remittance to the government is simply a transfer to the government of VAT paid by (collected from) the buyer with the firm acting only as an intermediary.  Thus, the cost of output VAT falls on the buyer or the good, not on the firm.

This would describe the situation under Chinese law except that producers in China, in most cases, do not recover (*i.e.*, are not refunded) the total input VAT they paid.  Instead, Chinese tax law requires a *reduction in or offset to* the input VAT that can be credited against output VAT.  This formula for this reduction/offset is provided in Article 5 of the 2012 Chinese government tax regulation, *Circular on Value-Added Tax and Consumption Tax Policies on Exported Goods and Services* (*2012 VAT Notice*):[224]

$$\text{Reduction/Offset} = (P - c) \times (T_1 - T_2),$$

where,
P = (VAT-free) FOB value of export sales;
c = value of bonded (duty- and VAT-free) imports of inputs used in the production of goods for export;
$T_1$ = VAT rate; and,
$T_2$ = refund rate specific to the export good.
Using the example above, if P = $200 million, c = 0, $T_1$ = 17% and $T_2$ = 10%, then the reduction/offset = ($200 million - $0) x (17% - 10%) = $200 million x 7% = $14 million.  Chinese law then requires that the firm in this example calculate creditable input VAT by subtracting the $14 million from total input VAT, as specified in Article 5.1(1) of the *2012 VAT Notice*:

$$\text{Creditable input VAT} = \text{Total input VAT} - \text{Reduction/Offset}$$

Using again the example above, the firm can credit only $60 million – $14 million = $46 million of the $60 million in input VAT against output VAT.  Since the $14 million is not creditable (legally recoverable), it is not refunded to the firm.  Thus, the firm incurs a cost equal to $14 million, which is calculated on the basis of FOB export value at the *ad valorem* rate of $T_1 - T_2$.  This cost therefore functions as an "export tax, duty, or other charge" because the firm does not incur it *but for* exportation of the subject merchandise, and under Chinese law must be recorded as a cost of exported goods.[225]  It is for this "export tax, duty, or other charge" that Commerce makes a downward adjustment to U.S. price under section 772(c) of the Act.[226]

---

[223] The credit, if not exhausted in the current period, can be carried forward.

[224] *See, e.g.*, Meisen's supplemental section C questionnaire Response, dated May 31, 2019 at Exhibit 32 (*2012 VAT Notice*).

[225] Article 5(3) of the *2012 VAT Notice* states:  "If the tax refund rate is lower than the applicable tax rate, the tax for the difference calculated accordingly shall be included in the cost of exported goods and labor services."

[226] Because the $14 million is the amount of input VAT that is not refunded to the firm, it is sometimes referred to as "irrecoverable input VAT."  However, that phrase is perhaps misleading because the $14 million is not a fraction or percentage of the VAT the firm paid on purchases of inputs used in the production of exports.  If that were the case,

It is important to note that under Chinese law, the reduction/offset described above is defined in terms of, and applies to, total (company-wide) input VAT across purchases of all inputs, whether used in the production of goods for export or domestic consumption. The reduction/offset does not distinguish the VAT treatment of export sales from the VAT treatment of domestic sales from an input VAT recovery standpoint for the simple reason that such treatment under Chinese law applies to the company as a whole, not specific markets or sales. At the same time, however, the reduction/offset is calculated on the basis of the FOB value of exported goods, so it can be thought of as a tax on the company (*i.e.*, a reduction in the input VAT credit) that the company would not incur but for the export sales it makes, a tax fully allocable to export sales because the firm under Chinese law must book it as cost of exported goods.

The VAT treatment under Chinese law of exports of goods described above concerns only export sales that are *not* subject to output VAT, the situation where the firm collects no VAT from the buyer, which applies to most exports from China. However, the *2012 VAT Notice* provides for a limited exception in which export sales of certain goods are, under Chinese law, deemed domestic sales for tax purposes and are thus subject to output VAT at the full rate.[227] The formulas discussed above from Article 5 of the *2012 VAT Notice* do not apply to firms that export these goods, and there is therefore no reduction in or offset to their creditable input VAT. For these firms creditable input VAT = total input VAT, *i.e.*, these firms recover all of their input VAT. At the same time, export sales of these firms are subject to an explicit output VAT at the full rate, $T_1$.[228] Commerce must therefore deduct this tax from U.S. price[229] under section 772(c) of the Act to ensure tax-neutral dumping margin calculations.[230]

As such, in the initial questionnaires, Commerce instructed mandatory respondents to report VAT on the subject merchandise sold to the United States during the POI and to identify which taxes are unrefunded upon export.[231] Information placed on the record of this investigation indicates that according to China VAT schedule, the standard VAT levy during the period July 1, 2018, through December 31, 2018, was 16 percent and the rebate rates for the subject merchandise were 15 percent before November 1, 2018, and sixteen percent on or after November 1, 2018, respectively.[232] Consistent with our standard methodology, for purposes of

---

the value of production inputs, not FOB export value, would appear somewhere in the formula in Article 5 of the *2012 VAT Notice* as the tax basis for the calculation. The value of production inputs does not appear in the formula. Instead, as explained above, the $14 million is simply a cost imposed on firms that is tied to export sales, as evidenced by the formula's reliance on the FOB export value as the tax basis for the calculation. The $14 million is a reduction in or offset to what is essentially a tax credit, and it is calculated based on and is proportional to the value of a company's export sales. Thus, "irrecoverable input VAT" is in fact, despite its name, an export tax within the meaning of section 772(c) of the Act.

[227] *See 2012 VAT Notice*, Article 7. For these goods, the VAT refund rate on export is zero.

[228] *See 2012 VAT Notice*, Article 7.2(1).

[229] Commerce will divide the VAT-inclusive export price by (1 + T), where T is the applicable VAT rate.

[230] Pursuant to sections 772(c) and 773(c) of the Act, the calculation of normal value based on factors of production in NME antidumping cases is calculated on a VAT-exclusive basis, so U.S. price must also be calculated on a VAT-exclusive basis to ensure tax neutrality.

[231] *See* AD questionnaires to Ancientree and Foremost dated June 5, 2019.

[232] *See* Ancientree CDQR, at C-30 and Exhibit C-4 ; *see also* Foremost CDQR, at section D pages 45-46 and Exhibits C-45-4 and C-45-5.

this preliminary determination we based the calculation of irrecoverable VAT on the difference between those standard rates, applied to a free-on-board price at the time of exportation.[233]  Thus, because the VAT levy and VAT rebate rates on exports are different for a portion of the POI, we adjusted Ancientree and Foremost's U.S. sales for irrecoverable VAT.

### I.   Normal Value

Section 773(c)(1) of the Act provides that Commerce shall determine NV using the FOP methodology if the merchandise is exported from an NME and the information does not permit the calculation of NV using home market prices, third-country prices, or constructed value under section 773(a) of the Act.  Commerce bases NV on FOPs because the presence of government controls on various aspects of NMEs renders price comparisons and the calculation of production costs invalid under Commerce's normal methodologies.[234]  Therefore, in accordance with sections 773(c)(3) and (4) of the Act and 19 CFR 351.408(c), we calculated NV based on FOPs. Under section 773(c)(3) of the Act, FOPs include, but are not limited to:  (1) hours of labor required; (2) quantities of raw materials used; (3) amounts of energy and other utilities consumed; and (4) representative capital costs.[235]

### J.   Factor Valuation Methodology

In accordance with section 773(c) of the Act, we calculated NV based on FOP data reported by Ancientree and Foremost.  To calculate NV, we multiplied the reported per-unit FOP consumption rates by publicly available SVs.  When selecting SVs, we considered, among other factors, the quality, specificity, and contemporaneity of the SV data.[236]  As appropriate, we adjusted FOP costs by including freight costs to make them delivered values.  Specifically, we added a surrogate freight cost, where appropriate, to surrogate input values using the shorter of the reported distance from the domestic supplier to the respondent's factory or the distance from the nearest seaport to the respondent's factory.[237]  A detailed description of the SVs used can be found in the Preliminary SV Memorandum.

### 1.   Direct and Packing Materials

For the preliminary determination, we used Romanian import data, as published by the GTA, and other publicly available sources from Romania to calculate SVs for FOPs.  In accordance with

---

[233] See, e.g., Polyethylene Terephthalate Film, Sheet, and Strip from the People's Republic of China:  Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2012-2013, 80 FR 33241 (June 11, 2015), and accompanying IDM at Comment 5.
[234] See, e.g., Preliminary Determination of Sales at Less Than Fair Value, Affirmative Critical Circumstances, In Part, and Postponement of Final Determination:  Certain Lined Paper Products from the People's Republic of China, 71 FR 19695, 19703 (April 17, 2006), unchanged in Notice of Final Determination of Sales at Less Than Fair Value, and Affirmative Critical Circumstances, In Part:  Certain Lined Paper Products from the People's Republic of China, 71 FR 53079 (September 8, 2006).
[235] See section 773(c)(3)(A)-(D) of the Act.
[236] See, e.g., Certain New Pneumatic Off-the-Road Tires from the People's Republic of China:  Final Affirmative Determination of Sales at Less Than Fair Value and Partial Affirmative Determination of Critical Circumstances, 73 FR 40485 (July 15, 2008), and accompanying IDM at Comment 9.
[237] See Sigma Corp. v. United States, 117 F.3d 1401, 1407-08 (Fed. Cir. 1997) (Sigma Corp.).

section 773(c)(1) of the Act, we used the best available information for valuing FOPs by selecting, to the extent practicable, SVs which are:  (1) broad market averages, (2) product-specific, (3) tax-exclusive, non-export average values, and (4) contemporaneous with, or closest in time to the POI.[238]

As noted in the "Surrogate Country" section, the parties made several submissions regarding the appropriate surrogate valuation of the respondents' reported material FOPs.  In instances where the parties disagree with respect to the particular HTS subheading under which a particular material input should be valued, we used an HTS subheading selection method based on the best match between the reported physical description and function of the input and the HTS subheading description.[239]

Pursuant to 19 CFR 351.408(c)(1), where a factor is produced in one or more market economy countries, purchased from one or more market economy suppliers and paid for in a market economy currency, Commerce normally will use the prices paid to the market economy suppliers if substantially all (*i.e.*, 85 percent or more) of the total volume of the factor is purchased from the market economy suppliers.  Alternatively, when the volume of an NME firm's purchases of an input from ME suppliers during the period is below 85 percent of its total volume of purchases of the input during the period, Commerce will weight-average the ME purchase price with an appropriate SV, according to their respective shares of the total volume of purchases.  When a firm has made ME input purchases that may have been dumped or subsidized, are not *bona fide*, or are otherwise not acceptable for use in a dumping calculation, Commerce will exclude them from the numerator of the ratio to ensure a fair determination of whether valid ME purchases meet the 85 percent threshold.[240]  Only Foremost had raw material ME purchases, although none of those purchases met the 85 percent threshold.  In accordance with 19 CFR 351.408(c)(1), because Foremost had less than 85 percent of its raw material purchases from ME suppliers, Commerce weight-averaged Foremost's raw material ME purchase prices with its raw material NME purchase price in calculating the SVs for the raw material inputs purchased from ME sources.[241]

The record shows that for the remaining inputs, Romanian import data obtained through GTA, are broad market averages, product-specific, tax and duty-exclusive, and contemporaneous with the POI.[242]

Pursuant to section 773(c)(5) of the Act and Commerce's long-standing practice, Commerce disregards SVs if it has a reason to believe or suspect the source data may comprise dumped or

---

[238] *See, e.g.*, *Notice of Preliminary Determination of Sales at Less Than Fair Value, Negative Preliminary Determination of Critical Circumstances and Postponement of Final Determination:  Certain Frozen and Canned Warmwater Shrimp from the Socialist Republic of Vietnam*, 69 FR 42672, 42682 (July 16, 2004), unchanged in *Final Determination of Sales at Less Than Fair Value:  Certain Frozen and Canned Warmwater Shrimp from the Socialist Republic of Vietnam*, 69 FR 71005 (December 8, 2004).
[239] *See* Preliminary SV Memorandum for further discussion.
[240] *See Market Economy Input Prices in NME Proceedings.*
[241] *See* Foremost Prelim Analysis Memo for a proprietary discussion of Foremost's raw material ME purchases.
[242] *See* Preliminary SV Memorandum.

subsidized prices.[243]  In this regard, Commerce has previously found that it is appropriate to disregard such prices from India, Indonesia, South Korea, and Thailand because we have determined that these countries maintain broadly available, non-industry specific export subsidies.[244]  Based on the existence of the subsidy programs that were generally available to all exporters and producers in these countries at the time of the POI, Commerce finds that it is reasonable to infer that all exporters from India, Indonesia, South Korea, and Thailand may have benefitted from these subsidies.  Therefore, we have not used prices from these four countries in calculating the Romanian import-based SVs.

Additionally, we disregarded data from NME countries when calculating Romanian import-based per-unit SVs.  We also excluded from the calculation of Romanian import-based per-unit SVs imports labeled as originating from an "unidentified" country because we could not be certain that these imports were not from either an NME country or a country with generally available export subsidies.[245]

    2.  Energy

We preliminarily valued electricity at the utility cost of 0.0925 Euro per kWh based on the POI data from Eurostat.[246]  Because the electricity data are contemporaneous with the POI, we did not adjust the data for inflation.

We preliminarily valued natural gas using the POI data from Eurostat.  The preliminary SV is 0.20463 Euro per cubic meter (m3).[247]

We preliminarily valued water at 3.808 Lei per $m^3$ based on data from ANRSC, the Romanian National Authority for the Regulation of Public Utility Community Services, using rates applicable during the POI.[248]

---

[243] See section 773(c)(5) of the Act; see also Dates of Application of Amendments to the Antidumping and Countervailing Duty Laws Made by the Trade Preferences Extension Act of 2015, 80 FR 46793, 46795 (August 6, 2015).

[244] See, e.g., Certain Frozen Warmwater Shrimp from India:  Final Results of Antidumping Duty Administrative Review and Final No Shipment Determination; 2011-2012, 78 FR 42492 (July 16, 2013), and accompanying IDM at 7-19; see also Certain Lined Paper Products from Indonesia:  Final Results of the Expedited Sunset Review of the Countervailing Duty Order, 76 FR 73592 (November 29, 2011), and accompanying IDM at 1, Cut-to-Length Carbon-Quality Steel Plate from the Republic of Korea:  Final Results of Countervailing Duty Administrative Review; 2012, 79 FR 46770 (August 11, 2014), and accompanying IDM at 4, Certain Frozen Warmwater Shrimp from Thailand:  Final Negative Countervailing Duty Determination, 78 FR 50379 (August 19, 2013), and accompanying IDM at IV.

[245] See Notice of Preliminary Determination of Sales at Less Than Fair Value and Postponement of Final Determination:  Chlorinated Isocyanurates from the People's Republic of China, 69 FR 75294, 75301 (December 16, 2004), unchanged in Notice of Final Determination of Sales at Less Than Fair Value:  Chlorinated Isocyanurates from the People's Republic of China, 70 FR 24502 (May 10, 2005).

[246] See Preliminary SV Memorandum, at Attachments 1 and 2.  See also Petitioner SV Comments, at Exhibits 1 and 4.

[247] See Preliminary SV Memorandum, at Attachment 2. See also Petitioner Pre-prelim SV Comments, at Exhibits 1 and 3.

[248] See Preliminary SV Memorandum, at Exhibits 1 and 2.  See also Petitioner Pre-prelim SV Comments, at Exhibits 1 and 6.

We preliminarily valued steam at 0.03 Euro per m[3].[249]  To value steam, Commerce calculated 14.52 percent of the SV of natural gas (obtained as described above), consistent with prior practice.[250]

### 3.  Movement Expenses

As appropriate, we added freight costs to SVs.  Specifically, we added surrogate inland freight costs to import values used as SVs.  We calculated freight SVs using the shorter of the reported distance from the domestic supplier to the factory that produced the subject merchandise or the distance from the nearest port to the factory that produced the subject merchandise, where appropriate.[251]

We valued brokerage and handling and inland freight expenses using data from the World Bank Group's *Doing Business – Romania* (*Doing Business*).[252]  The value for truck freight in *Doing Business* is publicly available and current as of 2018.[253]

### 4.  Labor

We calculated an hourly labor rate using industry-specific data from the primary surrogate country, Romania.  In particular, we relied on manufacturing-specific labor data from the website Trading Economics.[254]  We calculated a manufacturing-specific labor cost rate of 20.97 Lei per hour.

### 5.  Financial Ratios

According to 19 CFR 351.408(c)(4), Commerce is directed to value overhead, selling, general and administrative (SG&A) expenses, and profit using non-proprietary information gathered from producers of merchandise that is identical or comparable to the merchandise under consideration in the primary surrogate country.  Commerce's preference is to derive surrogate overhead expenses, SG&A expenses, and profit using financial statements covering a period that is contemporaneous with the POI, that show a profit, from companies with a production experience similar to the respondents' production experience, and that are not distorted or

---

[249] *See* Preliminary SV Memorandum, at Attachment 1.  *See also* Petitioner Pre-prelim SV Comments, at Exhibits 1 and 5.
[250] *See Certain Steel Wheels from the People's Republic of China:  Notice of Preliminary Determination of Sales at Less Than Fair Value, Partial Affirmative Preliminary Determination of Critical Circumstances, and Postponement of Final Determination*, 76 FR 67703, 67714 (November 2, 2011), unchanged in *Certain Steel Wheels From the People's Republic of China: Notice of Final Determination of Sales at Less Than Fair Value and Partial Affirmative Final Determination of Critical Circumstances*, 77 FR 17021 (March 23, 2012).
[251] *See Sigma Corp.*, 117 F.3d at 1407-08.
[252] *See* Preliminary SV Memorandum, at Attachments 1 and 2.
[253] *Id.*
[254] *See* Preliminary SV Memorandum, at Attachments 1 and 2.  *See also* Wen Bo Rebuttal SV Comments, at Exhibit 1.

otherwise unreliable, such as financial statements that indicate the company received subsidies.[255]

To value factory overhead, SG&A, and profit, we used the 2018 audited public financial statements of S.C. Sigstrat S.A.  We preliminarily determine that this company best satisfies Commerce's criteria for selection of financial statements by which to value respondents' financial ratios because it represents the only record financial statements for a producer of wooden products and furniture that are contemporaneous, profitable, contain no evidence of countervailable subsidies, and specifically break out energy as a production expense.[256]

### 6.  By-Product Offset

Commerce's practice is to grant respondents an offset to reported FOPs for by-product generated during the production of the subject merchandise if evidence is provided that such by-product has commercial value.[257]  We valued the respondent's reported by-product offsets using Romanian import statistics.[258]

## IX.   CURRENCY CONVERSION

Where appropriate, we made currency conversions into U.S. dollars, in accordance with section 773A(a) of the Act and 19 CFR 351.415, based on the exchange rates in effect on the dates of the U.S. sales, as certified by the Federal Reserve Bank.

## X.   ADJUSTMENT UNDER SECTION 777A(F) OF THE ACT

In applying section 777A(f)(1) of the Act, Commerce examines:  (A) whether a countervailable subsidy (other than an export subsidy) has been provided with respect to a class or kind of merchandise; (B) whether such countervailable subsidy has been demonstrated to have reduced the average price of imports of the class or kind of merchandise during the relevant period; and (C) whether Commerce can reasonably estimate the extent to which that countervailable subsidy, in combination with the use of NV determined pursuant to section 773(c) of the Act, has increased the weighted-average dumping margin for the class or kind of merchandise.[259]  As part of its analysis under section 777A(f)(1)(C) of the Act, Commerce examines whether the

---

[255] See Hand Trucks and Certain Parts Thereof from the People's Republic of China:  Final Results of Antidumping Duty Administrative Review; 2010-2011, 78 FR 28801 (May 16, 2013), and accompanying IDM at Comment 2; Certain Kitchen Appliance Shelving and Racks from the People's Republic of China; 2010-2011; Final Results of Antidumping Duty Administrative Review, 78 FR 5414 (January 25, 2013), and accompanying IDM at Comment 1.
[256] See Preliminary SV Memorandum at Attachments 1, 2, and 11.  See also Petitioner SV Comments, at Attachment 10B.
[257] See Forged Steel Fittings from the People's Republic of China:  Affirmative Preliminary Determination of Sales at Less Than Fair Value, Postponement of Final Determination and Extension of Provisional Measures, 83 FR 22948 (May 17, 2018), and accompanying PDM at "Factor Valuation Methodology."  See also Heavy Forged Hand Tools, Finished or Unfinished, With or Without Handles, from the People's Republic of China:  Final Results of Antidumping Duty Administrative Reviews and Final Rescission and Partial Rescission of Antidumping Duty Administrative Reviews, 70 FR 54897 (September 19, 2005), and accompanying IDM at "Scrap Offset."
[258] See Preliminary SV Memorandum.
[259] See section 777A(f)(1)(A)-(C) of the Act.

respondent demonstrated:  (1) a subsidies-to-cost link, *e.g.*, subsidy impact on cost of manufacture (COM); and (2) a cost-to-price link, *e.g.*, respondent's prices changed as a result of changes in the COM.[260]  For a subsidy meeting these criteria, the statute requires Commerce to reduce the AD rate by the estimated amount of the increase in the weighted-average dumping margin subject to a specified cap.[261]

In conducting this analysis, Commerce has not concluded that concurrent application of NME dumping duties and countervailing duties necessarily and automatically results in overlapping remedies.  Rather, a finding that there is an overlap in remedies, and any resulting adjustment, is based on a case-by-case analysis of the totality of facts on the administrative record for that segment of the proceeding as required by the statute.[262]

As a result of our analysis, Commerce is preliminarily not making any adjustments to the calculation of the cash deposit rate for antidumping duties for Ancientree and Foremost and companies that are not being individually examined but preliminarily are being granted separate-rate status in this investigation, pursuant to section 777A(f) of the Act, in the manner described below.

In order to examine the effects of concurrent countervailable subsidies in calculating margins for Ancientree and Foremost, Commerce provided the respondent with an opportunity to submit information with respect to subsidies relevant to their eligibility for an adjustment to the calculated weighted-average dumping margins.[263]  Ancientree and Foremost timely submitted their double remedy questionnaire responses.[264]  A finding that there is an overlap in remedies and any resulting adjustments are based on a case-by-case analysis of the totality of facts on the administrative record for that segment of the proceeding as required by the statute.[265]

As discussed above, section 777A(f)(1)(B) of the Act requires consideration of whether the countervailable subsidy programs noted above have been demonstrated to have reduced the average price of imports of the class or kind of merchandise during the relevant period.  In *Passenger Vehicle and Light Truck Tires from China*, we examined the preliminary report issued by the ITC in order to conduct an analysis under section 777A(f)(1)(B) of the Act and found

---

[260] *See*, *e.g.*, *Certain Iron Mechanical Transfer Drive Components from the People's Republic of China: Preliminary Determination of Sales at Less Than Fair Value and Postponement of Final Determination*, 81 FR 36876 (June 8, 2016), and accompanying PDM at 36, unchanged in *Certain Iron Mechanical Transfer Drive Components from the People's Republic of China:  Final Affirmative Determination of Sales at Less Than Fair Value*, 81 FR 75032 (October 28, 2016).
[261] *See* section 777A(f)(1)-(2) of the Act.
[262] *See Drawn Stainless Steel Sinks from the People's Republic of China:  Final Results of the Antidumping Duty Administrative Review; 2012-2014,* 80 FR 26227 (May 7, 2015) and accompanying PDM.
[263] *See* Letters to Ancientree, Foremost, and Meisen, dated August 16, 2019.
[264] *See* Ancientree's domestic subsidy response, dated August 26, 2019 (Ancientree DS Response); Foremost's domestic subsidy response, dated August 29, 2019 (Foremost DS Response).
[265] *See*, *e.g.*, *Certain Hardwood Plywood Products from the People's Republic of China:  Preliminary Affirmative Determination of Sales at Less Than Fair Value, Preliminary Affirmative Determination of Critical Circumstances, in Part*, 82 FR 28629 (June 23, 2017), and accompanying PDM at 43.

prices of imports of the class or kind of merchandise decreased during the relevant period.[266]  In *Steel Racks from China*, we also examined U.S. import data in the preliminary report issued by the ITC and did not find a decrease in import prices during the relevant period.[267]  Thus, we have examined the preliminary report issued by the ITC to determine whether section 777A(f)(1)(B) of the Act has been satisfied.[268]

The preliminary report issued by the ITC concluded that prices for U.S. imports from China of five of six types of wooden cabinets and vanities decreased by between seven percent and 37.2 percent from 2016 to 2018.[269]  Based on this information, Commerce preliminarily finds that import prices of the class or kind of merchandise at issue during that relevant period decreased.  Accordingly, we preliminarily find that the requirement under section 777A(f)(1)(B) of the Act has been met.

In accordance with section 777A(f)(1)(C) of the Act, Commerce examined whether Ancientree, and Foremost demonstrated:  (1) a subsidies-to-cost link, *i.e.*, a subsidy effect on the COM of the merchandise under consideration; and (2) a cost-to-price link, *i.e.*, respondent's prices were dependent on changes in the COM.  With respect to the subsidies-to-cost link, Ancientree and Foremost reported that they consumed electricity, water, plywood, veneers, urea, and/or sawn wood in the production of subject merchandise.  However, the mandatory respondents failed to demonstrate that the subsidies received resulted in a change to their COM during the relevant period and that a change in their COM during the relevant period resulted in a change to the prices charged to their customers.

Ancientree only provided charts with the monthly prices of electricity and plywood.[270]  However, no additional documents were provided, such as company accounting records, to demonstrate a connection between subsidies received and COM.  Moreover, Ancientree reported if there is a "{s}ignificant change… in costs of manufacturing, the company would adjust and offer a new selling prices with its customers for the new purchase orders."[271]

---

[266] *See Certain Passenger Vehicle and Light Truck Tires from the People's Republic of China: Preliminary Determination of Sales at Less Than Fair Value; Preliminary Affirmative Determination of Critical Circumstances; In Part and Postponement of Final Determination*, 80 FR 4250 (January 27, 2015) and accompanying PDM at 33, unchanged in *Antidumping Duty Investigation of Certain Passenger Vehicle and Light Truck Tires From the People's Republic of China: Final Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances, In Part*, 80 FR 34893 (June 18, 2015) and accompanying IDM; *see also Antidumping Duty Investigation of Certain Passenger Vehicle and Light Truck Tires from the People's Republic of China: Final Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances, In Part*, 80 FR 34893 (June 18, 2015) and accompanying IDM.

[267] *See Certain Steel Racks and Parts Thereof from the People's Republic of China:  Final Affirmative Determination of Sales at Less Than Fair Value*, 84 FR 35595 (July 24, 2019) and accompanying IDM at Comment 5.

[268] *See, e.g., Forged Steel Fittings from the People's Republic of China:  Affirmative Preliminary Determination of Sales at Less Than Fair Value, Postponement of Final Determination and Extension of Provisional Measures*, 83 FR 22948 (May 17, 2018), and accompanying PDM at "IX. Adjustment Under Section 777A(f) of the Act," unchanged in *Forged Steel Fittings from the People's Republic of China:  Final Determination of Sales at Less Than Fair Value*, 83 FR 50339 (October 5, 2018).

[269] *See* Preliminary ITC Report, at Table V-18.

[270] *See* Ancientree DS Response.

[271] *See* Ancientree DS Response, at 6.

48

However, they did not demonstrate that this occurred during the POI. Therefore, Ancientree has not satisfied the subsidies-to-cost linkage for this preliminary determination. Additionally, because Ancientree failed to identify a subsidies-to-cost link, it also failed to identify a cost-to-price linkage, as no price fluctuations were shown to result from a change in cost during the relevant period. Accordingly, Commerce is not making any adjustment under section 777A(f) of the Act for this preliminary determination with respect to Ancientree.

Foremost provided several charts and tables with the monthly prices of electricity, water, plywood, and veneers.[272] Foremost also provided a chart and table with the monthly "AUSP."[273] These tables do not indicate or demonstrate any connection between price, the cost of the inputs, and any subsidies the company received. Foremost provided no explanation as to how these tables/charts would demonstrate a subsidies-to-cost link. Commerce notes that in the tables provided by Foremost for plywood and veneers, the changes in prices contrast the changes in costs, while the tables for water and electricity demonstrate no fluctuation in cost at all.[274] Moreover, in its efforts to demonstrate that changes in COM could impact changes in price, Foremost provided e-mails discussing the changes in price that resulted from tariffs, which Commerce finds is not a demonstration of a subsidy-to-cost linkage. Ultimately, in support of Commerce's interpretation of the documentation provided by Foremost, it states, "there are no recent examples of Foremost lowering its prices in response to a decrease in an input cost or the overall cost of manufacturing."[275] Accordingly, Commerce is not making any adjustment under section 777A(f) of the Act for this preliminary determination with respect to Foremost.

## XI.    ADJUSTMENT TO CASH DEPOSIT RATE FOR EXPORT SUBSIDIES

In AD investigations where there is a concurrent CVD investigation, it is Commerce's normal practice to calculate the cash deposit rate for each respondent by adjusting the respondent's weighted-average dumping margin to account for export subsidies found for each respective respondent in the concurrent CVD investigation. Doing so is in accordance with section 772(c)(1)(C) of the Act, which states that U.S. price "shall be increased by the amount of any countervailing duty imposed on the subject merchandise… to offset an export subsidy."[276]

Commerce determined in the preliminary determination of the companion CVD investigation that Ancientree and Foremost each benefitted from certain subsidy programs contingent on exports totaling 10.54 percent.[277] With respect to the separate rate companies, we find that an average of the export subsidy adjustment of 10.54 percent for Ancientree and Foremost is

---

[272] See Foremost DS Response at DS-9a.
[273] Id. Commerce notes that Foremost did not define AUSP but based on the source of the AUSP table, AUSP is presumed to mean "price."
[274] Id.
[275] See Foremost DS Response at 7.
[276] See Carbazole Violet Pigment 23 from India: Final Results of Antidumping Duty Administrative Review, 75 FR 38076, 38077 (July 1, 2010), and accompanying IDM at Comment 1.
[277] See Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Preliminary Affirmative Countervailing Duty Determination, and Alignment of Final Determination With Final Antidumping Duty Determination, 84 FR 39798 (August 12, 2019) and accompanying PDM at 45-46 relating to the Export Buyer's Credit Program.

warranted because this is the export subsidy rate included in the CVD all-others rate, to which the separate rate companies are subject in the companion CVD proceeding.  For the China-wide entity, Commerce has adjusted the China-wide entity's AD cash deposit rate by the only export subsidy rate determined for any party in the companion CVD proceeding, which is the 10.54 percent rate applicable to Ancientree and Foremost.

## XII.    RECOMMENDATION

We recommend applying the above methodology for this preliminary determination.

☒                              ☐

_____      _____
Agree                        Disagree

10/2/2019

X _____

Signed by: PRENTISS SMITH

_____
P. Lee Smith
Deputy Assistant Secretary
 for Policy and Negotations
Enforcement and Compliance

JA 6

Corrections to Preliminary Determination
(October 22, 2019)
PR 1442

in the **Federal Register**, unless otherwise extended.[15]

## Notification to Importers

This notice also serves as a preliminary reminder to importers of their responsibility under 19 CFR 351.402(f) to file a certificate regarding the reimbursement of antidumping duties prior to liquidation of the relevant entries during this review period. Failure to comply with this requirement could result in Commerce's presumption that reimbursement of antidumping duties occurred and the subsequent assessment of double antidumping duties.

We are issuing and publishing these results in accordance with sections 751(a)(1) and 777(i)(1) of the Act, and 19 CFR 351.213(h)(1).

Dated: October 9, 2019.

**Jeffrey I. Kessler,**

*Assistant Secretary for Enforcement and Compliance.*

## Appendix

**List of Topics Discussed in the Preliminary Decision Memorandum**

I. Summary
II. Background
III. Scope of the Order
IV. Discussion of the Methodology
V. Product Comparisons
VI. U.S. Price
VII. Normal Value
VIII. Currency Conversion
IX. Recommendation

[FR Doc. 2019–22913 Filed 10–21–19; 8:45 am]
**BILLING CODE 3510–DS–P**

## DEPARTMENT OF COMMERCE

## International Trade Administration

**[A–570–106]**

**Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Preliminary Affirmative Determination of Sales at Less Than Fair Value, Postponement of Final Determination and Extension of Provisional Measures**

*Corrections*

In Notice document 2019–21998, appearing on pages 54106–54114, in the issue of Wednesday, October 9, 2019, make the following corrections:

1. On page 54107, on the fifth line, in the fourth column of the table, the Cash deposit rate entry that reads "70.4" should read "70.42".

2. On the same page, on the sixth line, in the same table, the Cash deposit rate

[15] *See* Section 751(a)(3)(A) of the Act.

entry that reads "70.4" should read "70.42".

3. On the same page, on the seventh line, in the fourth column of the same table, the Cash deposit rate entry that reads "28.7" should read "28.71".

4. On page 54109, on the seventh line, in the fourth column of the same table, the Cash deposit rate entry that reads "28.7" should read "28.71".

5. On the same page, on the twelfth line, in the fourth column of the same table, the Cash deposit rate entry that reads "28.7" should read "28.71".

6. On page 54110, on the seventh line, in the fourth column of the same table, the Cash deposit rate entry that reads "28.7" should read "28.71".

[FR Doc. C1–2019–21998 Filed 10–21–19; 8:45 am]
**BILLING CODE 1301–00–D**

## DEPARTMENT OF COMMERCE

## International Trade Administration

**[A–552–801]**

**Certain Frozen Fish Fillets From the Socialist Republic of Vietnam: Preliminary Results of the Antidumping Duty Administrative Review and Preliminary Determination of No Shipments; 2017–2018**

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**SUMMARY:** The Department of Commerce (Commerce) preliminarily determines that certain frozen fish fillets (fish fillets) from the Socialist Republic of Vietnam (Vietnam) are not being, or are not likely to be, sold in the United States at less than normal value (NV) during the period of review (POR), August 1, 2017 through July 31, 2018.

**DATES:** Applicable October 22, 2019.

**FOR FURTHER INFORMATION CONTACT:** Javier Barrientos, AD/CVD Operations, Office V, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington DC 20230; telephone: (202) 482–2243.

**SUPPLEMENTARY INFORMATION:**

## Background

On October 4, 2018, Commerce published in the **Federal Register** the notice of initiation of an administrative review of the antidumping duty (AD) order on fish fillets from Vietnam.[1]

[1] *See Initiation of Antidumping and Countervailing Duty Administrative Reviews,* 83 FR 50077 (October 4, 2018) (*Initiation Notice*); *see* also Appendix II for the complete list of all companies upon which Commerce initiated an administrative review.

Commerce initiated a review with respect to 76 companies,[2] and selected three of these companies: Bien Dong Seafood Co., Ltd. (Bien Dong); Hung Vuong Group (HVG); [3] and Vinh Hoan Corporation (Vinh Hoan), as mandatory respondents.[4] Petitioners withdrew their request for review of Bien Dong and Bien Dong Hau Giang Seafood Joint Stock Company (Bien Dong HG) on December 20, 2018,[5] and respondent Bien Dong also withdrew its request for review for itself and for Bien Dong HG on that date.[6] On December 27, 2018, Vinh Hoan withdrew its review request.[7] On December 31, 2018, the petitioners withdrew their request with regard to Vinh Hoan and several other companies.[8] On February 4, 2019, NTSF Seafoods Joint Stock Company (NTSF) was selected as a replacement mandatory respondent.[9] On January 2, 2019, and February 8, 2019, the petitioners withdrew their request for additional companies.[10] On March 13, 2019, Commerce rescinded the review on 52 companies including Bien Dong, Vinh Hoan, and HVG.[11]

[2] *Id.*

[3] The Hung Vuong Group (HVG), includes: An Giang Fisheries Import & Export Joint Stock Company, Asia Pangasius Company Limited, Europe Joint Stock Company, Hung Vuong Ben Tre Seafood Processing Co., Ltd., Hung Vuong Joint Stock Company, Hung Vuong Mascato Company Limited, Hung Vuong—Vinh Long Co., Ltd., and Hung Vuong—Sa Dec Co., Ltd. *See* Certain Frozen Fish Fillets From the Socialist Republic of Vietnam: Preliminary Results of the Antidumping Duty Administrative Review, Preliminary Determination of No Shipments and Partial Rescission of the Antidumping Duty Administrative Review; *2016–2017,* 83 FR 46479 (September 13, 2018), and accompanying Preliminary Decision Memorandum at 4 unchanged in *Certain Frozen Fish Fillets from the Socialist Republic of Vietnam: Final Results, and Final Results of No Shipments of the Antidumping Duty Administrative Review; 2016–2017,* 84 FR 18007 (April 29, 2019).

[4] *See* Memorandum, "Selection of Respondents for Individual Review," dated October 31, 2018.

[5] *See* Petitioners' Letter, "Partial Withdrawal of Request for Administrative Review of Antidumping Duty Order," dated December 20, 2018.

[6] *See* Bien Dong's Letter, "Withdrawal of Request for Administrative Review," dated December 20, 2018.

[7] *See* Vinh Hoan's Letter, "Withdrawal of Request for Administrative Review," dated December 27, 2018.

[8] *See* Petitioners' Letter, "Partial Withdrawal of Request for Administrative Review of Antidumping Duty Order," dated December 31, 2018.

[9] *See* Memorandum, "Selection of Replacement Respondent for Individual Review," dated February 4, 2019.

[10] *See* Petitioners' Letters, "Partial Withdrawal of Request for Administrative Review of Antidumping Duty Order," dated January 2, 2019; and "Partial Withdrawal of Request for Administrative Review of Antidumping Duty Order," dated February 8, 2019.

[11] *See* Certain Frozen Fish Fillets From the Socialist Republic of Vietnam; 2017– 2018; Rescission of the Antidumping Duty Administrative Review in Part, 84 FR 9087 (March 13, 2019),

JA 7

Amended Preliminary Determination
(November 14, 2019)
PR 1485



has been exported from the United States;

D. Obtain from the Denied Person in the United States any item subject to the Regulations with knowledge or reason to know that the item will be, or is intended to be, exported from the United States, or

E. Engage in any transaction to service any item subject to the Regulations that has been or will be exported from the United States and which is owned, possessed or controlled by the Denied Person, or service any item, of whatever origin, that is owned, possessed or controlled by the Denied Person if such service involves the use of any item subject to the Regulations that has been or will be exported from the United States. For purposes of this paragraph, servicing means installation, maintenance, repair, modification or testing.

*Third,* any licenses issued under the Regulations in which Arrowtronic has an interest as of the date of this Order shall be revoked by BIS.

*Fourth,* after notice and opportunity for comment as provided in Section 766.23 of the Regulations, any person, firm, corporation, or business organization related to the Denied Person by affiliation, ownership, control, or position of responsibility in the conduct of trade or related services may also be made subject to the provisions of this Order.

*Fifth,* Arrowtronic shall not take any action or make or permit to be made any public statement, directly or indirectly, denying the allegations in the Charging Letter or this Order.

*Sixth,* the Charging Letter, the Settlement Agreement, and this Order shall be made available to the public.

*Seventh,* this Order shall be served on Arrowtronic and shall be published in the **Federal Register**.

This *order,* which constitutes the final agency action in this matter related to Arrowtronic, is effective immediately.

Issued this 30th day of October, 2019.

**Douglas R. Hassebrock,**

*Director, Office of Export Enforcement, performing the non-exclusive functions and duties of the Assistant Secretary of Commerce for Export Enforcement.*

[FR Doc. 2019–24741 Filed 11–13–19; 8:45 am]

BILLING CODE P

## DEPARTMENT OF COMMERCE

### International Trade Administration

[A–570–106]

### Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Amended Preliminary Determination of Sales at Less Than Fair Value

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**SUMMARY:** The Department of Commerce (Commerce) is amending the preliminary determination of the less-than-fair-value investigation of wooden cabinets and vanities and components thereof (wooden cabinets and vanities) from the People's Republic of China (China) to correct significant ministerial errors.

**DATES:** Applicable November 14, 2019.

**FOR FURTHER INFORMATION CONTACT:** Kabir Archuletta, Rachel Greenberg, or Eliza Siordia, AD/CVD Operations, Office V, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC 20230; telephone: (202) 482–2593, (202) 482–0652, or (202) 482–3878, respectively.

**SUPPLEMENTARY INFORMATION:**

#### Background

On October 9, 2019, Commerce published in the **Federal Register** the *Preliminary Determination,*[1] and completed the disclosure of all calculation materials to interested parties. On October 8, 2019, MJB Supply (Dalian) Co., Ltd, Shouguang Honsoar Imp. & Exp. Trading Co., Ltd, and Nantong Ouming Wood Co., Ltd. (collectively, D&H SRA Companies), and Zhong Shan King Yuandun Wood Products Co., Ltd. (Zhong Shan) timely filed ministerial error allegations regarding the *Preliminary Determination.*[2]

#### Period of Investigation

The period of investigation is July 1, 2018 through December 31, 2018.

#### Scope of Investigation

The product covered by this investigation is wooden cabinets and vanities from China. For a complete description of the scope of this investigation, *see* the appendix to this notice.

#### Legal Authority

Commerce will analyze any comments received and, if appropriate, correct any significant ministerial error by amending the preliminary determination according to 19 CFR 351.224(e). A ministerial error is defined in 19 CFR 351.224(f) as "an error in addition, subtraction, or other arithmetic function, clerical error resulting from inaccurate copying, duplication, or the like, and any other similar type of unintentional error which the Secretary considers ministerial."[3] A significant ministerial error is defined as a ministerial error, the correction of which, either singly or in combination with other errors, would result in: (1) A change of at least five absolute percentage points in, but not less than 25 percent of, the weighted-average dumping margin calculated in the original (erroneous) preliminary determination; or (2) a difference between a weighted-average dumping margin of zero or *de minimis* and a weighted-average dumping margin of greater than *de minimis* or vice versa.[4]

#### Analysis of Ministerial Error Allegation

On October 8, 2019, certain separate rate respondents submitted ministerial error allegations. The respondents claim that Commerce should have granted Zhong Shan a separate rate; that clerical errors were made with respect to the names of the producers for exporters MJB Supply (Dalian) Co., Ltd, and Shouguang Honsoar Imp. & Exp. Trading Co., Ltd; and an "also known as" company name for the exporter/producer combination Nantong Ouming Wood Co., Ltd should have been included. Commerce has reviewed the record and finds that Zhong Shan's allegation is not ministerial in nature as the *Preliminary Determination* demonstrates our intent and our reasoning as to why Zhong Shan was not eligible for a separate rate.[5] However, we do agree that we made certain clerical errors on the producer/

[1] *See Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Preliminary Affirmative Determination of Sales at Less than Fair Value, Postponement of Final Determination and Extension of Provisional Measures,* 84 FR 54106 (October 9, 2019) (*Preliminary Determination*), and accompanying Preliminary Decision Memorandum (PDM).

[2] *See* D&H SRA Companies' Letter, "Wooden Cabinets and Vanities from the People's Republic of China: Ministerial Error Comments to Correct Spelling of Company Names," dated October 8, 2019; *see also* Zhong Shan's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Ministerial Error Comments—Prelim Determination," dated October 8, 2019.

[3] *See also* section 735(e) of the Tariff Act of 1930, as amended (the Act).

[4] *See* 19 CFR 351.224(g).

[5] *See Preliminary Determination* PDM at 17–19.

exporter list for separate rate recipients constituting significant ministerial errors within the meaning of 19 CFR 351.224(f) and (g).[6] These errors are significant because the rate applicable to these separate rate respondents, as a result of the errors, is the China-wide rate of 262.18 percent, rather than the separate rate of 39.25 percent. The difference in these two rates exceeds the significant ministerial error threshold established in 19 CFR 351.224(g)(1) because correction of these errors results in a change of at least five absolute percentage points.

**Amended Preliminary Determination**

Commerce preliminarily determines that the following amended weighted-average dumping margins exist for the period July 1, 2018 through December 31, 2018:

| Exporter | Producer | Estimated weighted average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| MJB Supply (Dalian) Co., Ltd ................................. | Mulin City Bamiantong Linyeju Jisen Wood .......... | 39.25 | 28.71 |
| Shouguang Honsoar Imp. & Exp. Trading Co., Ltd | Shandong Honsoar Cabinet Materials Co., Ltd ..... | 39.25 | 28.71 |
| Nantong Ouming Wood Co., Ltd., also known as Nantong Ouming Wood Industry Co., Ltd. | Nantong Ouming Wood Co., Ltd., also known as Nantong Ouming Wood Industry Co., Ltd. | 39.25 | 28.71 |

**Amended Cash Deposits and Suspension of Liquidation**

The collection of cash deposits and suspension of liquidation will be revised according to the rates calculated in this amended preliminary determination, in accordance with sections 733(d) and (f) of the Act, and 19 CFR 351.224. Because the rates are decreasing from the *Preliminary Determination,* the amended cash deposit rates will be effective retroactively to October 9, 2019, the date of publication of the *Preliminary Determination.* Parties will be notified of this determination, in accordance with sections 733(d) and (f) of the Act.

**International Trade Commission Notification**

In accordance with section 733(f) of the Act, we will notify the International Trade Commission of our amended preliminary determination.

**Notification to Interested Parties**

This amended preliminary determination is issued and published in accordance with sections 733(f) and 777(i)(1) of the Act and 19 CFR 351.224(e).

Dated: November 6, 2019.

**Jeffrey I. Kessler,**

*Assistant Secretary for Enforcement and Compliance.*

**Appendix**

**Scope of the Investigation**

The merchandise subject to this investigation consists of wooden cabinets and vanities that are for permanent installation (including floor mounted, wall mounted, ceiling hung or by attachment of plumbing), and wooden components thereof.

Wooden cabinets and vanities and wooden components are made substantially of wood products, including solid wood and engineered wood products (including those made from wood particles, fibers, or other wooden materials such as plywood, strand board, block board, particle board, or fiberboard), or bamboo. Wooden cabinets and vanities consist of a cabinet box (which typically includes a top, bottom, sides, back, base blockers, ends/end panels, stretcher rails, toe kicks, and/or shelves) and may or may not include a frame, door, drawers and/or shelves. Subject merchandise includes wooden cabinets and vanities with or without wood veneers, wood, paper or other overlays, or laminates, with or without non-wood components or trim such as metal, marble, glass, plastic, or other resins, whether or not surface finished or unfinished, and whether or not completed.

Wooden cabinets and vanities are covered by the investigation whether or not they are imported attached to, or in conjunction with, faucets, metal plumbing, sinks and/or sink bowls, or countertops. If wooden cabinets or vanities are imported attached to, or in conjunction with, such merchandise, only the wooden cabinet or vanity is covered by the scope.

Subject merchandise includes the following wooden component parts of cabinets and vanities: (1) Wooden cabinet and vanity frames (2) wooden cabinet and vanity boxes (which typically include a top, bottom, sides, back, base blockers, ends/end panels, stretcher rails, toe kicks, and/or shelves), (3) wooden cabinet or vanity doors, (4) wooden cabinet or vanity drawers and drawer components (which typically include sides, backs, bottoms, and faces), (5) back panels and end panels, (6) and desks, shelves, and tables that are attached to or incorporated in the subject merchandise.

Subject merchandise includes all unassembled, assembled and/or "ready to assemble" (RTA) wooden cabinets and vanities, also commonly known as "flat packs," except to the extent such merchandise is already covered by the scope of antidumping and countervailing duty orders on *Hardwood Plywood from the People's Republic of China. See Certain Hardwood Plywood Products from the People's Republic of China: Amended Final Determination of Sales at Less Than Fair Value, and Antidumping Duty Order,* 83 FR 504 (January 4, 2018); *Certain Hardwood Plywood Products from the People's Republic of China: Countervailing Duty Order,* 83 FR 513 (January 4, 2018). RTA wooden cabinets and vanities are defined as cabinets or vanities packaged so that at the time of importation they may include: (1) Wooden components required to assemble a cabinet or vanity (including drawer faces and doors); and (2) parts (*e.g.,* screws, washers, dowels, nails, handles, knobs, adhesive glues) required to assemble a cabinet or vanity. RTAs may enter the United States in one or in multiple packages.

Subject merchandise also includes wooden cabinets and vanities and in-scope components that have been further processed in a third country, including but not limited to one or more of the following: Trimming, cutting, notching, punching, drilling, painting, staining, finishing, assembly, or any other processing that would not otherwise remove the merchandise from the scope of the investigation if performed in the country of manufacture of the in-scope product.

Excluded from the scope of this investigation, if entered separate from a wooden cabinet or vanity are:

(1) Aftermarket accessory items which may be added to or installed into an interior of a cabinet and which are not considered a structural or core component of a wooden cabinet or vanity. Aftermarket accessory items may be made of wood, metal, plastic, composite material, or a combination thereof that can be inserted into a cabinet and which are utilized in the function of organization/ accessibility on the interior of a cabinet; and include:

• Inserts or dividers which are placed into drawer boxes with the purpose of organizing

---

[6] *See* Memorandum, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Ministerial Error Allegations in the Preliminary Determination," dated concurrently with this notice (Ministerial Error Memorandum).

or dividing the internal portion of the drawer into multiple areas for the purpose of containing smaller items such as cutlery, utensils, bathroom essentials, *etc.*

• Round or oblong inserts that rotate internally in a cabinet for the purpose of accessibility to foodstuffs, dishware, general supplies, *etc.*

(2) Solid wooden accessories including corbels and rosettes, which serve the primary purpose of decoration and personalization.

(3) Non-wooden cabinet hardware components including metal hinges, brackets, catches, locks, drawer slides, fasteners (nails, screws, tacks, staples), handles, and knobs.

(4) Medicine cabinets that meet all of the following five criteria are excluded from the scope: (1) Wall mounted; (2) assembled at the time of entry into the United States; (3) contain one or more mirrors; (4) be packaged for retail sale at time of entry; and (5) have a maximum depth of seven inches.

Also excluded from the scope of this investigation are:

(1) All products covered by the scope of the antidumping duty order on *Wooden Bedroom Furniture from the People's Republic of China. See Notice of Amended Final Determination of Sales at Less Than Fair Value and Antidumping Duty Order: Wooden Bedroom Furniture from the People's Republic of China,* 70 FR 329 (January 4, 2005).

(2) All products covered by the scope of the antidumping and countervailing duty orders on *Hardwood Plywood from the People's Republic of China. See Certain Hardwood Plywood Products from the People's Republic of China: Amended Final Determination of Sales at Less Than Fair Value, and Antidumping Duty Order,* 83 FR 504 (January 4, 2018); *Certain Hardwood Plywood Products from the People's Republic of China: Countervailing Duty Order,* 83 FR 513 (January 4, 2018).

Imports of subject merchandise are classified under Harmonized Tariff Schedule of the United States (HTSUS) statistical numbers 9403.40.9060 and 9403.60.8081. The subject component parts of wooden cabinets and vanities may be entered into the United States under HTSUS statistical number 9403.90.7080. Although the HTSUS subheadings are provided for convenience and customs purposes, the written description of the scope of this investigation is dispositive.

[FR Doc. 2019–24732 Filed 11–13–19; 8:45 am]

**BILLING CODE 3510–DS–P**

## DEPARTMENT OF COMMERCE

### International Trade Administration

[A–570–108]

### Ceramic Tile From the People's Republic of China: Preliminary Affirmative Determination of Sales at Less Than Fair Value, Preliminary Negative Critical Circumstances Determination, and Postponement of Final Determination

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**SUMMARY:** The Department of Commerce (Commerce) preliminarily determines that ceramic tile from the People's Republic of China (China) is being, or is likely to be, sold in the United States at less than fair value (LTFV). The period of investigation (POI) is October 1, 2018 through March 31, 2019. Interested parties are invited to comment on this preliminary determination.

**DATES:** Applicable November 14, 2019.

**FOR FURTHER INFORMATION CONTACT:** Heather Lui or Paul Walker, AD/CVD Operations, Office VI, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC 20230; telephone: (202) 482–0016 or (202) 482–0413, respectively.

**SUPPLEMENTARY INFORMATION:**

### Background

This preliminary determination is made in accordance with section 733(b) of the Tariff Act of 1930, as amended (the Act). Commerce published the notice of initiation of this investigation on May 8, 2019.[1] On September 5, 2019, Commerce postponed the preliminary determination of this investigation and the revised deadline is now November 6, 2019.[2] For a complete description of the events that followed the initiation of this investigation, *see* the Preliminary Decision Memorandum.[3] A list of topics included in the Preliminary Decision Memorandum is included as Appendix II to this notice. The Preliminary

---

[1] *See Ceramic Tile from the People's Republic of China: Initiation of Less-Than-Fair-Value Investigation,* 84 FR 20093 (May 8, 2019) (*Initiation Notice*).

[2] *See Ceramic Tile from the People's Republic of China: Postponement of Preliminary Determinations in the Less-Than-Fair-Value Investigations,* 84 FR 46711 (September 5, 2019).

[3] *See* Memorandum, "Decision Memorandum for the Preliminary Determination in the Less Than Fair Value Investigation of Ceramic Tile from the People's Republic of China," (dated concurrently with, and hereby adopted by, this notice (Preliminary Decision Memorandum).

Decision Memorandum is a public document and is on file electronically via Enforcement and Compliance's Antidumping and Countervailing Duty Centralized Electronic Service System (ACCESS). ACCESS is available to registered users at *https://access.trade.gov,* and to all parties in the Central Records Unit, room B8024 of the main Commerce building. In addition, a complete version of the Preliminary Decision Memorandum can be accessed directly at *http://enforcement.trade.gov/frn/.*

### Scope of the Investigation

The product covered by this investigation is ceramic tile from China. For a complete description of the scope of this investigation, *see* Appendix I.

### Scope Comments

In accordance with the preamble to Commerce's regulations,[4] the *Initiation Notice* set aside a period of time for parties to raise issues regarding product coverage (*i.e.,* scope).[5] Certain interested parties commented on the scope of the investigation as it appeared in the *Initiation Notice.* For a summary of the product coverage comments and rebuttal responses submitted to the record for this investigation, and accompanying discussion and analysis of all comments timely received, *see* the Preliminary Scope Decision Memorandum.[6] The scope case briefs were due on October 15, 2019, 30 days after the publication of the *Ceramic Tile from China Preliminary CVD Determination.*[7] There will be no further opportunity for comments on scope-related issues.[8]

---

[4] *See Antidumping Duties; Countervailing Duties, Final Rule,* 62 FR 27296, 27323 (May 19, 1997).

[5] *See Initiation Notice.*

[6] *See* Memorandum, "Ceramic Tile from the People's Republic of China: Scope Comments Decision Memorandum for the Preliminary Determinations," dated September 6, 2019 (Preliminary Scope Decision Memorandum).

[7] The scope case briefs were due 30 days after the publication of *Ceramic Tile from the People's Republic of China: Preliminary Affirmative Countervailing Duty Determination, Preliminary Negative Critical Circumstances Determination, and Alignment of Final Determination with Final Antidumping Duty Determination,* 84 FR 48125 (September 12, 2019) (*Ceramic Tile from China Preliminary CVD Determination*). See the Preliminary Scope Decision Memorandum at 3. In accordance with Commerce's practice, where a deadline falls on a weekend or federal holiday, the appropriate deadline is the next business day. *See Notice of Clarification: Application of "Next Business Day" Rule for Administrative Determination Deadlines Pursuant to the Tariff Act of 2930, As Amended,* 70 FR 24533 (May 10, 2005).

[8] Parties were already permitted the opportunity to file scope case briefs. Case briefs, other written comments, and rebuttal briefs should not include scope-related issues. *See* Preliminary Scope Decision Memorandum at 3.

JA 8

Department, Initiation FR Notice (April 2, 2019)
PR 67



## Notification to Importers

This notice serves as a preliminary reminder to importers of their responsibility under 19 CFR 351.402(f)(2) to file a certificate regarding the reimbursement of antidumping duties prior to liquidation of the relevant entries during these PORs. Failure to comply with this requirement could result in Commerce's presumption that reimbursement of antidumping duties occurred and the subsequent assessment of double antidumping duties.

## Notification Regarding Administrative Protective Orders

This notice also serves as a reminder to parties subject to administrative protective order (APO) of their responsibility concerning the disposition of proprietary information disclosed under APO in accordance with 19 CFR 351.305(a)(3). Timely written notification of the return or destruction of APO materials or conversion to judicial protective order is hereby requested. Failure to comply with the regulations and the terms of an APO is a sanctionable violation.

Commerce is issuing and publishing the preliminary results of this new shipper review in accordance with sections 751(a)(2)(B) and 777(i) of the Act, and 19 CFR 351.214 and 351.221(b)(4).

Dated: March 27, 2019.

**Gary Taverman,**

*Deputy Assistant Secretary for Antidumping and Countervailing Duty Operations, performing the non-exclusive functions and duties of the Assistant Secretary for Enforcement and Compliance.*

## Appendix

### List of Topics Discussed in the Preliminary Decision Memorandum

I. Summary
II. Background
III. Scope of the Order
IV. *Bona Fides* Analysis
V. Discussion of the Methodology
  A. Non-Market-Economy Country Status
  B. Surrogate Country
  C. Separate Rate
  D. Absence of *De Jure* Control
    1. Absence of *De Facto* Control
  D. Fair Value Comparisons
    1. Determination of Comparison Method
    2. Results of the Differential Pricing Analysis
  E. U.S. Price
  F. Date of Sale
  G. Normal Value
  H. Surrogate Values
VI. Currency Conversion
VII. Recommendation

[FR Doc. 2019–06314 Filed 4–1–19; 8:45 am]

**BILLING CODE 3510–DS–P**

## DEPARTMENT OF COMMERCE

### International Trade Administration

[A–570–106]

### Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Initiation of Less-Than-Fair-Value Investigation

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**DATES:** Applicable March 26, 2019.

**FOR FURTHER INFORMATION CONTACT:** Amanda Brings at (202) 482–3927 or Rachel Greenberg at (202) 482–0652, AD/CVD Operations, Office V, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC 20230.

**SUPPLEMENTARY INFORMATION:**

#### The Petition

On March 6, 2019, the U.S. Department of Commerce (Commerce) received an antidumping duty (AD) Petition concerning imports of wooden cabinets and vanities and components thereof (wooden cabinets and vanities) from the People's Republic of China (China), filed in proper form on behalf of the American Kitchen Cabinet Alliance (the petitioner).[1] The AD Petition was accompanied by a countervailing duty (CVD) Petition concerning imports of wooden cabinets and vanities from China.

Between March 11 and 20, 2019, Commerce requested supplemental information pertaining to certain aspects of the Petition.[2] The petitioner filed responses to these requests between March 12 and 22, 2019.[3]

---

[1] *See* Petitioner's Letter, "Petitions for the Imposition of Antidumping and Countervailing Duties on Wooden Cabinets and Vanities from the People's Republic of China," dated March 6, 2019 (the Petition); *see also* Memorandum, "Phone Call with Counsel to the Petitioner," dated March 26, 2019.

[2] *See* Commerce's Letters, "Re: Petitions for the Imposition of Antidumping and Countervailing Duties on Imports of Wooden Cabinets and Vanities from the People's Republic of China: Supplemental Questions," dated March 11, 2019 (General Issues Supplemental Questionnaire) and "Re: Petitions for the Imposition of Antidumping and Countervailing Duties on Imports of Wooden Cabinets and Vanities from the People's Republic of China: Supplemental Questions," dated March 11, 2019 (AD Supplemental Questionnaire). *See also* Memorandum, "Phone Call with Counsel to the Petitioner," dated March 18, 2019 (March 18, 2019 Memorandum) and Memorandum, "Phone Call with U.S. Customs and Border Protection Officials and Counsel to the Petitioner," dated March 20, 2019 (March 20, 2019 Memorandum).

[3] *See* Petitioner's Letter, "Wooden Cabinets and Vanities from the People's Republic of China:

In accordance with section 732(b) of the Tariff Act of 1930, as amended (the Act), the petitioner alleges that imports of wooden cabinets and vanities from China are being, or are likely to be, sold in the United States at less-than-fair value (LTFV) within the meaning of section 731 of the Act, and that such imports are materially injuring, or threatening material injury to, the domestic industry producing wooden cabinets and vanities in the United States. Consistent with section 732(b)(1) of the Act, the Petition is accompanied by information reasonably available to the petitioner supporting its allegations.

Commerce finds that the petitioner filed this Petition on behalf of the domestic industry because the petitioner is an interested party as defined in section 771(9)(E) of the Act. Commerce also finds that the petitioner demonstrated sufficient industry support with respect to the initiation of the requested AD investigation.[4]

#### Period of Investigation

Because the Petition was filed on March 6, 2019, the period of investigation (POI) is July 1, 2018, through December 31, 2018.

#### Scope of the Investigation

The merchandise covered by this investigation consists of wooden cabinets and vanities from China. For a full description of the scope of this investigation, *see* the Appendix to this notice.

#### Comments on Scope of the Investigation

During our review of the Petition, we contacted the petitioner regarding the proposed scope to ensure that the scope language in the Petition is an accurate

---

Petitioner's Responses to Supplemental Questions Regarding Petition Volume I Injury," dated March 12, 2019 (General Issues Supplement); Petitioner's Letter, "Wooden Cabinets and Vanities from the People's Republic of China: Petitioner's Responses to Supplemental Questions Regarding Petition Volume II China AD," dated March 12, 2019 (AD Supplement); Petitioner's Letter, "Wooden Cabinets and Vanities from the People's Republic of China: Second Supplemental Responses—Volume I Injury," dated March 20, 2019 (Second General Issues Supplement); Petitioner's Letter, "Wooden Cabinets and Vanities from the People's Republic of China: Second Supplemental Responses—Volume II Injury," dated March 20, 2019 (Second AD Supplement); and Petitioner's Letter, "Wooden Cabinets and Vanities from the People's Republic of China: Petitioner's Response to Department of Commerce's March 20, 2019 Memorandum," dated March 22, 2019 (Scope Clarification).

[4] *See* "Antidumping Duty Investigation Initiation Checklist: Wooden Cabinets and Vanities from the People's Republic of China," (AD Initiation Checklist). This checklist is dated concurrently with, and hereby adopted by, this notice and on file electronically via ACCESS. Access to documents filed via ACCESS is also available in the Central Records Unit, Room B8024 of the main Department of Commerce building.

reflection of the products for which the domestic industry is seeking relief.[5] As a result, the scope of the Petition was modified to clarify the description of the merchandise covered by the Petition. The description of the merchandise covered by this investigation, as described in the Appendix to this notice, reflects these clarifications.

As discussed in the *Preamble* to Commerce's regulations, we are setting aside a period for interested parties to raise issues regarding product coverage (scope).[6] Commerce will consider all comments received from interested parties and, if necessary, will consult with interested parties prior to the issuance of the preliminary determination. If scope comments include factual information,[7] all such factual information should be limited to public information. To facilitate preparation of its questionnaires, Commerce requests that all interested parties submit scope comments by 5:00 p.m. Eastern Time (ET) on April 15, 2019, which is 20 calendar days from the signature date of this notice. Any rebuttal comments, which may include factual information, must be filed by 5:00 p.m. ET on April 25, 2019, which is 10 calendar days from the initial comment deadline.[8]

Commerce requests that any factual information the parties consider relevant to the scope of the investigation be submitted during this time period. However, if a party subsequently finds that additional factual information pertaining to the scope of the investigation may be relevant, the party may contact Commerce and request permission to submit the additional information. All such comments must also be filed on the record of the concurrent CVD investigation.

**Filing Requirements**

All submissions to Commerce must be filed electronically using Enforcement and Compliance's Antidumping Duty and Countervailing Duty Centralized Electronic Service System (ACCESS).[9]

An electronically filed document must be received successfully in its entirety by the time and date it is due. Documents exempted from the electronic submission requirements must be filed manually (*i.e.*, in paper form) with Enforcement and Compliance's APO/Dockets Unit, Room 18022, U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC 20230, and stamped with the date and time of receipt by the applicable deadlines.

**Comments on Product Characteristics for AD Questionnaires**

Commerce is providing interested parties an opportunity to comment on the appropriate physical characteristics of wooden cabinets and vanities to be reported in response to Commerce's AD questionnaire. This information will be used to identify the key physical characteristics of the subject merchandise in order to report the relevant factors of production (FOPs) accurately, as well as to develop appropriate product-comparison criteria.

Interested parties may provide any information or comments that they feel are relevant to the development of an accurate list of physical characteristics. In order to consider the suggestions of interested parties in developing and issuing the AD questionnaire, all comments must be filed by 5:00 p.m. ET on April 15, 2019, which is 20 calendar days from the signature date of this notice.[10] Any rebuttal comments must be filed by 5:00 p.m. ET on April 25, 2019. All comments and submissions to Commerce must be filed electronically using ACCESS, as explained above, on the record of this AD investigation.

**Determination of Industry Support for the Petition**

Section 732(b)(1) of the Act requires that a petition be filed on behalf of the domestic industry. Section 732(c)(4)(A) of the Act provides that a petition meets this requirement if the domestic producers or workers who support the petition account for: (i) At least 25 percent of the total production of the domestic like product; and (ii) more than 50 percent of the production of the domestic like product produced by that portion of the industry expressing support for, or opposition to, the petition. Moreover, section 732(c)(4)(D) of the Act provides that, if the petition does not establish support of domestic

producers or workers accounting for more than 50 percent of the total production of the domestic like product, Commerce shall: (i) Poll the industry or rely on other information in order to determine if there is support for the petition, as required by subparagraph (A); or (ii) determine industry support using a statistically valid sampling method to poll the "industry."

Section 771(4)(A) of the Act defines the "industry" as the producers as a whole of a domestic like product. Thus, to determine whether a petition has the requisite industry support, the statute directs Commerce to look to producers and workers who produce the domestic like product. The International Trade Commission (ITC), which is responsible for determining whether "the domestic industry" has been injured, must also determine what constitutes a domestic like product in order to define the industry. While both Commerce and the ITC must apply the same statutory definition regarding the domestic like product,[11] they do so for different purposes and pursuant to a separate and distinct authority. In addition, Commerce's determination is subject to limitations of time and information. Although this may result in different definitions of the like product, such differences do not render the decision of either agency contrary to law.[12]

Section 771(10) of the Act defines the domestic like product as "a product which is like, or in the absence of like, most similar in characteristics and uses with, the article subject to an investigation under this title." Thus, the reference point from which the domestic like product analysis begins is "the article subject to an investigation" (*i.e.*, the class or kind of merchandise to be investigated, which normally will be the scope as defined in the petition).

With regard to the domestic like product, the petitioner does not offer a definition of the domestic like product distinct from the scope of the Petition.[13] Based on our analysis of the information submitted on the record, we have determined that wooden cabinets and vanities, as defined in the scope, constitute a single domestic like product, and we have analyzed industry support in terms of that domestic like product.[14]

---

[5] *See* General Issues Supplement; *see also* March 18, 2019 Memorandum, March 20, 2019 Memorandum, and Scope Clarification; *see also* Memorandum, "Phone Call with Counsel to the Petitioner," dated March 21, 2019.

[6] *See Antidumping Duties; Countervailing Duties,* 62 FR 27296, 27323 (May 19, 1997).

[7] *See* 19 CFR 351.102(b)(21) (defining "factual information").

[8] *See* 19 CFR 351.303(b).

[9] *See Antidumping and Countervailing Duty Proceedings: Electronic Filing Procedures; Administrative Protective Order Procedures,* 76 FR 39263 (July 6, 2011); *see also Enforcement and Compliance; Change of Electronic Filing System Name,* 79 FR 69046 (November 20, 2014) for details of Commerce's electronic filing requirements, effective August 5, 2011. Information on help using

ACCESS can be found at *https://access.trade.gov/ help.aspx* and a handbook can be found at *https:// access.trade.gov/help/Handbook%20 on%20Electronic%20Filling%20Procedures.pdf.*

[10] *See* 19 CFR 351.303(b).

[11] *See* section 771(10) of the Act.

[12] *See USEC, Inc.* v. *United States,* 132 F. Supp. 2d 1, 8 (CIT 2001) (citing *Algoma Steel Corp., Ltd.* v. *United States,* 688 F. Supp. 639, 644 (CIT 1988), *aff'd* 865 F.2d 240 (Fed. Cir. 1989)).

[13] *See* Volume I of the Petition, at 18–20; *see also* General Issues Supplement, at 6–7.

[14] For a discussion of the domestic like product analysis as applied to this case and information regarding industry support, *see* AD Initiation

In determining whether the petitioner has standing under section 732(c)(4)(A) of the Act, we considered the industry support data contained in the Petition with reference to the domestic like product as defined in the ''Scope of the Investigation,'' in the Appendix to this notice. To establish industry support, the petitioner provided 2018 shipments of the domestic like product for the U.S. producers that support the Petition.[15] The petitioner estimated the production of the domestic like product for the entire domestic industry based on shipment value data, because production quantity data for the entire domestic industry are not available, and shipments are a close approximation of production in the wooden cabinets and vanities industry.[16] The petitioner compared the shipments of the companies supporting the Petition to the estimated total 2018 shipments of the domestic like product for the entire domestic industry.[17] We relied on data provided by the petitioner for purposes of measuring industry support.[18]

On March 20, 2019, we received comments on industry support from American Home Furnishings Alliance (AHFA), an alliance representing the U.S. residential furniture industry, and Fabuwood Cabinetry Corp. (Fabuwood), a U.S. importer.[19] On March 22, 2019, we received industry support comments from Huisen Furniture Longnan Co. Ltd. (Huisen), a Chinese producer and exporter of living room floor-standing furniture, and Kimball Hospitality Inc. (Kimball), a U.S. producer and importer of hospitality furniture.[20] The petitioner

responded to the industry support comments from AHFA, Fabuwood, Huisen, and Kimball on March 25, 2019.[21]

Our review of the data provided in the Petition, the General Issues Supplement, the Petitioner's Letter, and other information readily available to Commerce indicates that the petitioner has established industry support for the Petition.[22] First, the Petition established support from domestic producers (or workers) accounting for more than 50 percent of the total production of the domestic like product and, as such, Commerce is not required to take further action in order to evaluate industry support (*e.g.*, polling).[23] Second, the domestic producers (or workers) have met the statutory criteria for industry support under section 732(c)(4)(A)(i) of the Act because the domestic producers (or workers) who support the Petition account for at least 25 percent of the total production of the domestic like product.[24] Finally, the domestic producers (or workers) have met the statutory criteria for industry support under section 732(c)(4)(A)(ii) of the Act because the domestic producers (or workers) who support the Petition account for more than 50 percent of the production of the domestic like product produced by that portion of the industry expressing support for, or opposition to, the Petition.[25] Accordingly, Commerce determines that the Petition was filed on behalf of the domestic industry within the meaning of section 732(b)(1) of the Act.

## Allegations and Evidence of Material Injury and Causation

The petitioner alleges that the U.S. industry producing the domestic like product is being materially injured, or is threatened with material injury, by reason of the imports of the subject merchandise sold at LTFV. In addition, the petitioner alleges that subject imports exceed the negligibility threshold provided for under section 771(24)(A) of the Act.[26]

The petitioner contends that the industry's injured condition is illustrated by a significant and increasing volume of subject imports; reduced market share; underselling and

price depression or suppression; lost sales and revenues; closure of manufacturing facilities and hindered planned expansion efforts due to market conditions caused by subject imports; a decline in the domestic industry's U.S. production, capacity utilization, commercial shipments, employment, and financial performance; and the magnitude of the alleged dumping margins.[27] We have assessed the allegations and supporting evidence regarding material injury, threat of material injury, causation, as well as negligibility, and we have determined that these allegations are properly supported by adequate evidence, and meet the statutory requirements for initiation.[28]

## Allegations of Sales at Less Than Fair Value

The following is a description of the allegation of sales at LTFV upon which Commerce based its decision to initiate an AD investigation of imports of wooden cabinets and vanities from China. The sources of data for the deductions and adjustments relating to U.S. price and normal value (NV) are discussed in greater detail in the AD Initiation Checklist.

### Export Price

The petitioner based export price (EP) on an offer for sale for wooden cabinets produced in China and offered for sale to a customer in the United States.[29] The petitioner made deductions from U.S. price for foreign inland freight and foreign brokerage and handling charges.[30]

### Normal Value

With respect to China, Commerce considers China to be an NME country.[31] In accordance with section

---

Checklist, at Attachment II, Analysis of Industry Support for the Antidumping and Countervailing Duty Petitions Covering Wooden Cabinets and Vanities from the People's Republic of China (Attachment II).

[15] *See* Volume I of the Petition, at 2–4 and Exhibits I–3, I–5, and I–7; *see also* General Issues Supplement, at 10–14 and Exhibits I–Supp–5, I–Supp–8 and I–Supp–12.

[16] *See* Volume I of the Petition at 3 and Exhibits I–3, I–4 and I–15; *see also* General Issues Supplement, at 9.

[17] *See* General Issues Supplement, at 10, 13, and 14.

[18] *See* Volume I of the Petition, at 2–4 and Exhibits I–3, I–4, I–5, and I–7; *see also* General Issues Supplement, at 9–14 and Exhibits I–Supp–5, I–Supp–8, I–Supp–10, I–Supp–11, and I–Supp–12. For further discussion, *see* AD Initiation Checklist, at Attachment II.

[19] *See* AHFA's Letter, ''Wooden Cabinets and Vanities from the People's Republic of China: Comments on Industry Support,'' dated March 20, 2019 (AHFA's Letter). *See* Fabuwood's Letter, ''Wooden Cabinets and Vanities from the People's Republic of China: Request to Dismiss Petitions or Otherwise Postpone Initiation,'' dated March 20, 2019 (Fabuwood's Letter).

[20] *See* Huisen's Letter, ''Wooden Cabinets and Vanities from the People's Republic of China: Comments on Industry Support,'' dated March 22, 2019 (Huisen's Letter).

[21] *See* Petitioner's Letter, ''Wooden, Cabinets and Vanities from the People's Republic of China: Petitioners Response to Request to Various Parties' Requests to Dismiss or Postpone,'' dated March 25, 2019 (Petitioner's Letter).

[22] *See* AD Initiation Checklist, at Attachment II.

[23] *See* section 732(c)(4)(D) of the Act; *see also* AD Initiation Checklist, at Attachment II.

[24] *See* AD Initiation Checklist, at Attachment II.

[25] *Id.*

[26] *See* General Issues Supplement, at 15–16 and Exhibits I–Supp–10 and I–Supp–13.

[27] *See* Volume I of the Petitions, at 15–18, 21–35 and Exhibits I–4, I–11 through I–29; *see also* General Issues Supplement, at 14–16 and Exhibits I–Supp–10 and I–Supp–12.

[28] *See* AD Initiation Checklist, at Attachment III, Analysis of Allegations and Evidence of Material Injury and Causation for the Antidumping and Countervailing Duty Petitions Covering Wooden Cabinets and Vanities from the People's Republic of China (Attachment III).

[29] *See* Volume II of the Petition, at 3 and Exhibit II–2; *see also* AD Supplement, at 1 and Exhibit II–Supp–2.

[30] *See* Volume II of the Petition, at 5–7 and Exhibit II–3, Exhibit II–7, Exhibit II–12; *see also* AD Supplement, at 3 and Exhibit II–Supp–3, Exhibit II–Supp–4, Exhibit II–Supp–5.

[31] *See Antidumping Duty Investigation of Certain Aluminum Foil from the People's Republic of China: Affirmative Preliminary Determination of Sales at Less-Than-Fair Value and Postponement of Final Determination,* 82 FR 50858, 50861 (November 2, 2017), and accompanying decision memorandum, *China's Status as a Non-Market*

Continued

771(18)(C)(i) of the Act, any determination that a foreign country is an NME country shall remain in effect until revoked by Commerce. Therefore, we continue to treat China as an NME country for purposes of the initiation of this investigation. Accordingly, NV in China is appropriately based on FOPs valued in a surrogate market economy country, in accordance with section 773(c) of the Act.[32]

The Petition claims that Brazil is an appropriate surrogate country for China because it is a market economy that is at a level of economic development comparable to that of China and it is a significant producer of comparable merchandise.[33] The petitioner provided publicly available information from Brazil to value all FOPs. Based on the information provided by the petitioner, we determine that it is appropriate to use Brazil as a surrogate country for initiation purposes.

Interested parties will have the opportunity to submit comments regarding surrogate country selection and, pursuant to 19 CFR 351.301(c)(3)(i), will be provided an opportunity to submit publicly available information to value FOPs within 30 days before the scheduled date of the preliminary determination.

### Factors of Production

Because information regarding the volume of inputs consumed by the Chinese producer/exporter was not reasonably available, the Petition used the product-specific consumption rates of a U.S. wooden cabinets and vanities producer as a surrogate to estimate the Chinese manufacturer's FOPs.[34] The Petition valued the estimated FOPs using surrogate values from Brazil, as noted above.[35] The Petition used an average exchange rate to convert the data to U.S. dollars, where applicable. The petitioner calculated factory overhead, selling, general and administrative expenses, and profit based on the experience of a Brazilian producer of wooden cabinets.[36]

### Fair Value Comparisons

Based on the data provided by the Petition, there is reason to believe that imports of wooden cabinets and vanities from China are being, or are likely to be,

sold in the United States at LTFV. Based on comparisons of EP to NV, in accordance with sections 772 and 773 of the Act, the estimated dumping margins for wooden cabinets and vanities from China range from 177.36 to 262.18 percent.[37]

### Initiation of LTFV Investigation

Based upon the examination of the Petition on wooden cabinets and vanities from China, we find that the Petition meets the requirements of section 732 of the Act. Therefore, we are initiating an AD investigation to determine whether imports of wooden cabinets and vanities from China are being, or are likely to be, sold in the United States at LTFV. In accordance with section 733(b)(1)(A) of the Act and 19 CFR 351.205(b)(1), unless postponed, we will make our preliminary determination no later than 140 days after the date of this initiation.

### Respondent Selection

The petitioner named 727 companies in China as producers/exporters of wooden cabinets and vanities.[38] After considering our resources, Commerce has determined that we do not have sufficient administrative resources to issue quantity and value (Q&V) questionnaires to all 727 identified producers and exporters. Therefore, Commerce has determined to limit the number of Q&V questionnaires we will send out to exporters and producers identified in U.S. Customs and Border Protection (CBP) data for U.S. imports of wooden cabinets and vanities during the POI under the appropriate Harmonized Tariff Schedule of the United States numbers listed in the ''Scope of the Investigation,'' in the Appendix. Accordingly, Commerce will send Q&V questionnaires to the largest producers and exporters that are identified in the CBP data for which there is address information on the record.

On March 26, 2019, Commerce released CBP data on imports of wooden cabinets and vanities from China under APO to all parties with access to information protected by APO and indicated that interested parties wishing to comment on the CBP data must do so within three business days of the publication date of the notice of initiation of this investigation.[39] We

further stated that we will not accept rebuttal comments.

In addition, Commerce will post the Q&V questionnaire along with filing instructions on the Enforcement and Compliance website at *http://www.trade.gov/enforcement/news.asp.* In accordance with our standard practice for respondent selection in AD cases involving NME countries, we intend to base respondent selection on the responses to the Q&V questionnaire that we receive.

Producers/exporters of wooden cabinets and vanities from China that do not receive Q&V questionnaires by mail may still submit a response to the Q&V questionnaire and can obtain a copy from the Enforcement & Compliance website. The Q&V response must be submitted by the relevant China exporters/producers no later than April 15, 2019. All Q&V responses must be filed electronically via ACCESS.

### Separate Rates

In order to obtain separate-rate status in an NME investigation, exporters and producers must submit a separate-rate application.[40] The specific requirements for submitting a separate-rate application in the China investigation are outlined in detail in the application itself, which is available on Commerce's website at *http://enforcement.trade.gov/nme/nme-sep-rate.html.* The separate-rate application will be due 30 days after publication of this initiation notice.[41] Exporters and producers who submit a separate-rate application and have been selected as mandatory respondents will be eligible for consideration for separate-rate status only if they respond to all parts of Commerce's AD questionnaire as mandatory respondents. Commerce requires that companies from China submit a response to both the Q&V questionnaire and the separate-rate application by the respective deadlines in order to receive consideration for separate-rate status. Companies not filing a timely Q&V response will not receive separate rate consideration.

### Use of Combination Rates

Commerce will calculate combination rates for certain respondents that are eligible for a separate rate in an NME

---

[32] See AD Initiation Checklist.

[33] *Id.* at 9–10 and Exhibit II–9, Exhibit II–10.

[34] *Id.* at 2, 10–11 and Exhibit II–11, Exhibit II–12.

[35] *Id.* at 14–17.

[36] See Volume II of the Petition at 15–17 and Exhibit II–21 and Exhibit II–22.

*Economy,* unchanged in *Certain Aluminum Foil from the People's Republic of China: Final Determination of Sales at Less Than Fair Value,* 83 FR 9282 (March 5, 2018).

[37] *See* Second AD Supplement at Exhibit II–Supp–2–3; *see also* AD Initiation Checklist.

[38] *See* Petition Volume I at Exhibit I–9; *see also* General Issues Supplement at Exhibit I–Supp–1.

[39] *See* Memorandum, ''Less-Than-Fair-Value Investigation of Wooden Cabinets and Vanities from China: Release of U.S. Customs and Border Protection Data;'' dated March 26, 2019.

[40] *See* Policy Bulletin 05.1: Separate-Rates Practice and Application of Combination Rates in Antidumping Investigation involving Non-Market Economy Countries (April 5, 2005), available at *http://enforcement.trade.gov/policy/bull05-1.pdf* (Policy Bulletin 05.1).

[41] Although in past investigations this deadline was 60 days, consistent with 19 CFR 351.301(a), which states that ''the Secretary may request any person to submit factual information at any time during a proceeding,'' this deadline is now 30 days.

investigation. The Separate Rates and Combination Rates Bulletin states:

{w}hile continuing the practice of assigning separate rates only to exporters, all separate rates that the Department will now assign in its NME Investigation will be specific to those producers that supplied the exporter during the period of investigation. Note, however, that one rate is calculated for the exporter and all of the producers which supplied subject merchandise to it during the period of investigation. This practice applies both to mandatory respondents receiving an individually calculated separate rate as well as the pool of non-investigated firms receiving the weighted-average of the individually calculated rates. This practice is referred to as the application of ''combination rates'' because such rates apply to specific combinations of exporters and one or more producers. The cash-deposit rate assigned to an exporter will apply only to merchandise both exported by the firm in question *and* produced by a firm that supplied the exporter during the period of investigation.[42]

### Distribution of Copies of the Petition

In accordance with section 732(b)(3)(A) of the Act and 19 CFR 351.202(f), a copy of the public version of the Petition has been provided to the government of China via ACCESS. Because of the particularly large number of producers/exporters identified in the Petition, Commerce considers the service of the public version of the Petition to the foreign producers/ exporters satisfied by delivery of the public version to the government of China, consistent with 19 CFR 351.203(c)(2).

### ITC Notification

We will notify the ITC of our initiation, as required by section 732(d) of the Act.

### Preliminary Determinations by the ITC

The ITC will preliminarily determine, within 45 days after the date on which the Petition was filed, whether there is a reasonable indication that imports of wooden cabinets and vanities from China are materially injuring or threatening material injury to a U.S. industry.[43] A negative ITC determination will result in the investigation being terminated.[44] Otherwise, this investigation will proceed according to statutory and regulatory time limits.

### Submission of Factual Information

Factual information is defined in 19 CFR 351.102(b)(21) as: (i) Evidence submitted in response to questionnaires; (ii) evidence submitted in support of

allegations; (iii) publicly available information to value factors under 19 CFR 351.408(c) or to measure the adequacy of remuneration under 19 CFR 351.511(a)(2); (iv) evidence placed on the record by Commerce; and (v) evidence other than factual information described in (i)–(iv). Any party, when submitting factual information, must specify under which subsection of 19 CFR 351.102(b)(21) the information is being submitted [45] and, if the information is submitted to rebut, clarify, or correct factual information already on the record, to provide an explanation identifying the information already on the record that the factual information seeks to rebut, clarify, or correct.[46] Time limits for the submission of factual information are addressed in 19 CFR 351.301, which provides specific time limits based on the type of factual information being submitted. Please review the regulations prior to submitting factual information in this investigation.

### Extensions of Time Limits

Parties may request an extension of time limits before the expiration of a time limit established under 19 CFR 351.301, or as otherwise specified by the Secretary. In general, an extension request will be considered untimely if it is filed after the expiration of the time limit established under 19 CFR 351.301. For submissions that are due from multiple parties simultaneously, an extension request will be considered untimely if it is filed after 10:00 a.m. ET on the due date. Under certain circumstances, we may elect to specify a different time limit by which extension requests will be considered untimely for submissions which are due from multiple parties simultaneously. In such a case, we will inform parties in a letter or memorandum of the deadline (including a specified time) by which extension requests must be filed to be considered timely. An extension request must be made in a separate, stand-alone submission; under limited circumstances we will grant untimely-filed requests for the extension of time limits. Parties should review *Extension of Time Limits; Final Rule,* 78 FR 57790 (September 20, 2013), available at *http://www.gpo.gov/fdsys/pkg/FR-2013-09-20/html/2013-22853.htm,* prior to submitting factual information in these investigations.

### Certification Requirements

Any party submitting factual information in an AD or CVD

proceeding must certify to the accuracy and completeness of that information.[47] Parties must use the certification formats provided in 19 CFR 351.303(g).[48] Commerce intends to reject factual submissions if the submitting party does not comply with the applicable certification requirements.

### Notification to Interested Parties

Interested parties must submit applications for disclosure under administrative protective order (APO) in accordance with 19 CFR 351.305. On January 22, 2008, Commerce published *Antidumping and Countervailing Duty Proceedings: Documents Submission Procedures; APO Procedures,* 73 FR 3634 (January 22, 2008). Parties wishing to participate in this investigation should ensure that they meet the requirements of these procedures (*e.g.,* the filing of letters of appearance as discussed in 19 CFR 351.103(d)).

This notice is issued and published pursuant to sections 732(c)(2) and 777(i) of the Act, and 19 CFR 351.203(c).

Dated: March 28, 2019.

**Gary Taverman,**

*Deputy Assistant Secretary for Antidumping and Countervailing Duty Operations, performing the non-exclusive functions and duties of the Assistant Secretary for Enforcement and Compliance.*

### Appendix

#### Scope of the Investigation

The merchandise subject to this investigation consists of wooden cabinets and vanities that are for permanent installation (including floor mounted, wall mounted, ceiling hung or by attachment of plumbing), and wooden components thereof. Wooden cabinets and vanities and wooden components are made substantially of wood products, including solid wood and engineered wood products (including those made from wood particles, fibers, or other wooden materials such as plywood, strand board, block board, particle board, or fiberboard), or bamboo. Wooden cabinets and vanities consist of a cabinet box (which typically includes a top, bottom, sides, back, base blockers, ends/end panels, stretcher rails, toe kicks, and/or shelves) and may or may not include a frame, door, drawers and/ or shelves. Subject merchandise includes wooden cabinets and vanities with or without wood veneers, wood, paper or other overlays, or laminates, with or without non-wood components or trim such as metal, marble, glass, plastic, or other resins,

---

[42] *See* Policy Bulletin 05.1 at 6 (emphasis added).

[43] *See* section 733(a) of the Act.

[44] *Id.*

[45] *See* 19 CFR 351.301(b).

[46] *See* 19 CFR 351.301(b)(2).

[47] *See* section 782(b) of the Act.

[48] *See* also *Certification of Factual Information to Import Administration During Antidumping and Countervailing Duty Proceedings,* 78 FR 42678 (July 17, 2013) (*Final Rule*). Answers to frequently asked questions regarding the *Final Rule* are available at *http://enforcement.trade.gov/tlei/notices/factual_info_final_rule_FAQ_07172013.pdf.*

whether or not surface finished or unfinished, and whether or not completed.

Wooden cabinets and vanities are covered by the investigation whether or not they are imported attached to, or in conjunction with, faucets, metal plumbing, sinks and/or sink bowls, or countertops. If wooden cabinets or vanities are imported attached to, or in conjunction with, such merchandise, only the wooden cabinet or vanity is covered by the scope.

Subject merchandise includes the following wooden component parts of cabinets and vanities: (1) Wooden cabinet and vanity frames (2) wooden cabinet and vanity boxes (which typically include a top, bottom, sides, back, base blockers, ends/end panels, stretcher rails, toe kicks, and/or shelves), (3) wooden cabinet or vanity doors, (4) wooden cabinet or vanity drawers and drawer components (which typically include sides, backs, bottoms, and faces), (5) back panels and end panels, (6) and desks, shelves, and tables that are attached to or incorporated in the subject merchandise.

Subject merchandise includes all unassembled, assembled and/or ''ready to assemble'' (RTA) wooden cabinets and vanities, also commonly known as ''flat packs,'' except to the extent such merchandise is already covered by the scope of antidumping and countervailing duty orders on *Hardwood Plywood from the People's Republic of China. See Certain Hardwood Plywood Products from the People's Republic of China: Amended Final Determination of Sales at Less Than Fair Value, and Antidumping Duty Order,* 83 FR 504 (January 4, 2018); *Certain Hardwood Plywood Products from the People's Republic of China: Countervailing Duty Order,* 83 FR 513 (January 4, 2018). RTA wooden cabinets and vanities are defined as cabinets or vanities packaged so that at the time of importation they may include: (1) Wooden components required to assemble a cabinet or vanity (including drawer faces and doors); and (2) parts (*e.g.,* screws, washers, dowels, nails, handles, knobs, adhesive glues) required to assemble a cabinet or vanity. RTAs may enter the United States in one or in multiple packages.

Subject merchandise also includes wooden cabinets and vanities and in-scope components that have been further processed in a third country, including but not limited to one or more of the following: trimming, cutting, notching, punching, drilling, painting, staining, finishing, assembly, or any other processing that would not otherwise remove the merchandise from the scope of the investigation if performed in the country of manufacture of the in-scope product.

Excluded from the scope of this investigation, if entered separate from a wooden cabinet or vanity are:

(1) Aftermarket accessory items which may be added to or installed into an interior of a cabinet and which are not considered a structural or core component of a wooden cabinet or vanity. Aftermarket accessory items may be made of wood, metal, plastic, composite material, or a combination thereof that can be inserted into a cabinet and which are utilized in the function of organization/accessibility on the interior of a cabinet; and include:

• Inserts or dividers which are placed into drawer boxes with the purpose of organizing or dividing the internal portion of the drawer into multiple areas for the purpose of containing smaller items such as cutlery, utensils, bathroom essentials, etc.

• Round or oblong inserts that rotate internally in a cabinet for the purpose of accessibility to foodstuffs, dishware, general supplies, etc.

(2) Solid wooden accessories including corbels and rosettes, which serve the primary purpose of decoration and personalization.

(3) Non-wooden cabinet hardware components including metal hinges, brackets, catches, locks, drawer slides, fasteners (nails, screws, tacks, staples), handles, and knobs.

Also excluded from the scope of this investigation are:

(1) All products covered by the scope of the antidumping duty order on *Wooden Bedroom Furniture from the People's Republic of China. See Notice of Amended Final Determination of Sales at Less Than Fair Value and Antidumping Duty Order: Wooden Bedroom Furniture From the People's Republic of China,* 70 FR 329 (January 4, 2005).

(2) All products covered by the scope of the antidumping and countervailing duty orders on *Hardwood Plywood from the People's Republic of China. See Certain Hardwood Plywood Products from the People's Republic of China: Amended Final Determination of Sales at Less Than Fair Value, and Antidumping Duty Order,* 83 FR 504 (January 4, 2018); *Certain Hardwood Plywood Products from the People's Republic of China: Countervailing Duty Order,* 83 FR 513 (January 4, 2018).

Imports of subject merchandise are classified under Harmonized Tariff Schedule of the United States (HTSUS) statistical numbers 9403.40.9060 and 9403.60.8081. The subject component parts of wooden cabinets and vanities may be entered into the United States under HTSUS statistical number 9403.90.7080. Although the HTSUS subheadings are provided for convenience and customs purposes, the written description of the scope of this investigation is dispositive.

[FR Doc. 2019–06388 Filed 4–1–19; 8:45 am]

**BILLING CODE 3510–DS–P**

# DEPARTMENT OF COMMERCE

## National Oceanic and Atmospheric Administration

### RIN 0648–XG920

### North Pacific Fishery Management Council; Public Meeting

**AGENCY:** National Marine Fisheries Service (NMFS), National Oceanic and Atmospheric Administration (NOAA), Commerce.

**ACTION:** Notice of public workshop.

**SUMMARY:** The North Pacific Fishery Management Council (Council) Salmon Bycatch Workshop will meet April 15, 2019 through April 16, 2019.

**DATES:** The meeting will be held on Monday, April 15, 2019, from 8:30 a.m. to 5 p.m. and Tuesday, April 16, 2019, from 8 a.m. to 12 p.m., Pacific Standard Time.

**ADDRESSES:** The meeting will be held in the Traynor Room, Building 4 at the Alaska Fisheries Science Center, 7600 Sand Point Way NE, Seattle, WA 98115.

*Council address:* North Pacific Fishery Management Council, 605 W 4th Ave., Suite 306, Anchorage, AK 99501–2252; telephone: (907) 271–2809.

**FOR FURTHER INFORMATION CONTACT:** Diana Stram, Council staff; telephone: (907) 271–2806.

**SUPPLEMENTARY INFORMATION:**

### Agenda

*Monday, April 15, 2019 to Tuesday, April 16, 2019*

The agenda will include a review and discussion of existing salmon bycatch genetics evaluations and discussion of and plan for proposed improvements to facilitate better use of information by stakeholders for bycatch avoidance. The Agenda is subject to change, and the latest version will be posted at *https://meetings.npfmc.org/Meeting/Details/603* prior to the meeting, along with meeting materials.

### Public Comment

Public comment letters will be accepted and should be submitted either electronically to *https://meetings.npfmc.org/Meeting/Details/603* or through the mail: North Pacific Fishery Management Council, 605 W 4th Ave., Suite 306, Anchorage, AK 99501–2252. In-person oral public testimony will be accepted at the discretion of the chair.

### Special Accommodations

These meetings are physically accessible to people with disabilities. Requests for sign language interpretation or other auxiliary aids should be directed to Shannon Gleason at (907) 271–2809 at least 7 working days prior to the meeting date.

Dated: March 27, 2019.

**Rey Israel Marquez,**

*Acting Deputy Director, Office of Sustainable Fisheries, National Marine Fisheries Service.*

[FR Doc. 2019–06315 Filed 4–1–19; 8:45 am]

**BILLING CODE 3510–22–P**

JA 9

Department, Respondent Selection
Memorandum (June 4, 2019)
PR 838; CR 948

Barcode:3843446-01 A-570-106 INV - Investigation -

UNITED STATES DEPARTMENT OF COMMERCE
International Trade Administration
Washington, D.C. 20230

A-570-106
Investigation
~~Proprietary Document~~
E&C/V:  JM
**Public Version**

June 4, 2019

| | |
|---|---|
| **MEMORANDUM TO:** | James Maeder<br>Associate Deputy Assistant Secretary<br> for Antidumping and Countervailing Duty Operations |
| **THROUGH:** | James C. Doyle<br>Director, Office V<br>Antidumping and Countervailing Duty Operations |
| **FROM:** | Jasun Moy<br>International Trade Compliance Analyst, Office V<br>Antidumping and Countervailing Duty Operations |
| **RE:** | Less-Than-Fair-Value Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Respondent Selection |

**Summary**

For the reasons detailed below, we recommend selecting, in alphabetical order, The Ancientree Cabinet Co., Ltd. (Ancientree), Dalian Meisen Woodworking Co. Ltd. (Meisen), and Rizhao Foremost Woodwork Manufacturing Company Ltd. (Foremost) as the mandatory respondents in this less-than-fair-value (LTFV) investigation.

**Background**

On March 6, 2019, the Department of Commerce (Commerce) received an LTFV petition concerning imports of wooden cabinets and vanities and components thereof (cabinets) from the People's Republic of China (China), filed on behalf of the American Kitchen Cabinet Alliance (the petitioner).[1]  The period of investigation (POI) is July 1, 2018, through December 31, 2018.

On March 26, 2019, Commerce initiated an LTFV investigation of cabinets from China.[2]  In the "Respondent Selection" section of the *Initiation Notice*, Commerce stated that it intended to select respondents based on responses to quantity and value (Q&V) questionnaires.[3]

---

[1] *See* Petitioner's Letter, "Petitions for the Imposition of Antidumping and Countervailing Duties on Wooden Cabinets and Vanities from the People's Republic of China," dated March 6, 2019 (Petition).
[2] *See Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Initiation of Less-Than-Fair-Value Investigation*, 84 FR 12587 (April 2, 2019) (*Initiation Notice*).
[3] *Id*. at 12590.



INTERNATIONAL
TRADE
ADMINISTRATION

Barcode:3843446-01 A-570-106 INV - Investigation -

On April 8, 2019, Commerce issued Q&V questionnaires to the top 30 exporters/producers identified in the U.S. Customs and Border Protection (CBP) data and that were also identified with complete contact information by the petitioner in the Petition.[4]  Additionally, Commerce posted the Q&V questionnaire, along with filing instructions, on the Enforcement and Compliance (E&C) website.[5]  On April 17, 2019, Commerce confirmed that all 30 Q&V questionnaires were delivered to their intended recipients.[6]  On or before April 22, 2019, the deadline for submission of the Q&V questionnaires, Commerce received timely filed Q&V questionnaire responses from 231 exporters/producers.[7]  Of the 30 companies that were sent Q&V questionnaires, three companies did not respond to the questionnaire.[8]  Commerce intends to address the treatment of the non-responsive companies in the preliminary determination of this investigation.

On or before May 8, 2019, we received comments from the petitioner, Ancientree, Dalian Jiaye Wood Products Co., Ltd. (Jiaye), Kunshan Baiyulan Furniture Co., Ltd (Kunshan Baiyulan), Foremost, Shanghai Baiyulan Furniture Co., Ltd. (Shanghai Baiyulan), and Shanghai Wenbo Industries Co., Ltd. (Wenbo).[9]  We address the comments below.

Four companies filed timely requests for treatment as voluntary respondents.[10]  The four companies that submitted requests for voluntary respondent treatment are:  (1) Ancientree, (2) Kunshan Baiyulan, (3) Foremost, and (4) Wenbo.

## Issue 1:  Limiting Examination to a Reasonable Number of Companies

The Petitioner's Comments:[11]

- Commerce should select three mandatory respondents to ensure the investigation is representative of the industry and to assess a substantial portion of the subject merchandise from China.

---

[4] *See* Memorandum, "Parties Required to Respond to the Q&V Questionnaire," dated April 8, 2019; *see also* the Petition at Volume I, Exhibit I-9.

[5] *See* http://trade.gov/enforcement/news.asp.

[6] *See* Memorandum, "Delivery of Q&V Questionnaires," dated April 17, 2019 (Delivery Memo).

[7] *See* Attachment.

[8] *See* Delivery Memo.

[9] *See* Petitioner's Letter, "Comments on Q&V Questionnaire Responses and Respondent Selection," dated April 29, 2019 (Petitioner's Comments); *see also* Ancientree's Letter, "Comments on Q&V Response," dated April 29, 2018 (Ancientree's Comments); Wenbo and Jiaye's Letter, "Comments on the Q&V Questionnaire Responses," dated April 29, 2019 (Wenbo and Jiaye's Comments); Kunshan Baiyulan's and Shanghai Baiyulan's Letter, "Baiyulan Comments on Q&V Submission," dated April 29, 2019 (Baiyulan's Comments); Foremost's Letter, "Foremost's Q&V Clarification," dated May 8, 2019 (Foremost's Clarification).

[10] *See* Ancientree's Letter, "Request for Treatment as Mandatory Respondent or Request for Voluntary Respondent Treatment as an Alternative," dated March 27, 2019; *see also* Kunshan Baiyulan's Letter, "Request to Appear as a Voluntary Respondent," dated March 27, 2019; Foremost's Letter, "Request for Voluntary Respondent Treatment," dated March 28, 2019; and Wenbo's Letter, "Entry of Appearance; Request to be Voluntary Respondent," dated March 26, 2019.

[11] *See* Petitioner's Comments.

2

Kunshan Baiyulan & Shanghai Baiyulan's Comments:[12]

- Commerce should select the four largest exporters/producers as mandatory respondents.
- Selecting only two respondents has led to abnormal "all other" and "separate rate" results causing unnecessary litigation.

Ancientree's Comments:[13]

- Commerce should select three or four mandatory respondents.  This will allow Commerce to account for the large number of exporters, as well as the differences due to the variety of producers.

Applicable Statutory Provision:

Section 777A(c)(1) of the Act, directs Commerce to determine an individual weighted-average dumping margin for each known exporter and producer of the subject merchandise.  As noted above, where it is not practicable to examine all known exporters and/or producers of merchandise under consideration, section 777A(c)(2) of the Act and 19 CFR 351.204(c)(2), permits us to investigate a reasonable number of exporters and/or producers by examining (1) a sample of exporters or producers that the administering authority determines is statistically valid based on the information available to the administering authority at the time of selection, or (2) exporters and producers accounting for the largest volume of the merchandise under consideration from the exporting country that the administering authority determines can be reasonably examined.

*Analysis:*

The Petition named 727 exporters and/or producers of cabinets from China.[14]  The Q&V questionnaire responses identify 231 exporters/producers of subject merchandise during the POI.[15]

Ideally, in an investigation, Commerce would examine all known exporters and producers.  However, in instances where Commerce must limit its examination due to the large number of potential respondents relative to its resource constraints, Commerce will examine as many exporters and producers as is practicable, consistent with its statutory obligation.

While section 777A(c)(2) of the Act does not define a "large number of exporters or producers," we find that the number of exporters and producers included in the petition constitutes a large number.  Accordingly, we conclude that it would not be practicable in this investigation to examine each known exporter and producer individually and determine an individual weighted-average dumping margin for each.  Examining all known exporters and producers would require

---

[12] *See* Baiyulan's Comments.
[13] *See* Ancientree's Comments.
[14] *See* the Petition.
[15] *See* Attachment.

Filed By: Jason Moy, Filed Date: 6/4/19 2:55 PM, Submission Status: Approved

significant resources because it would require Commerce to analyze each company's corporate structure, accounting and selling practices, and production information.

In addition to this investigation, Office V is conducting numerous concurrent antidumping (AD) and countervailing duty (CVD) proceedings.[16]  Further, because this is an investigation, verification will be mandatory.[17]  The complexity of the above factors, combined with overlapping statutory deadlines of other AD and CVD proceedings, as well as Office V's additional workload, place a significant constraint on the number of analysts that can be assigned to this case and, thus, limit the number of respondents Commerce can reasonably examine. Moreover, because of the significant workload throughout all of E&C, Office V does not anticipate receiving any additional resources to devote to this investigation.

In light of the large number of known exporters and/or producers of cabinets from China, Commerce's current resource constraints and practical considerations outlined above, and after careful consideration, we find that it is not practicable to individually examine all known exporters or producers of cabinets from China as directed by section 777A(c)(1) of the Act.

*Recommendation:*

For the reasons discussed above, we recommend limiting Commerce's examination of respondents in this investigation to a reasonable number of exporters and/or producers, consistent with section 777A(c)(1) of the Act and 19 CFR 351.204(c)(2).

☒                          ☐
_____            _____
Agree                    Disagree

## Issue 2:  Selection of Respondents by Quantity or Value

Petitioner's Comments:[18]

- Commerce should select mandatory respondents based on the methodology consistent with Commerce's typical practice, which is by volume, *i.e.*, quantity.
- Reporting quantity on a container basis is a consistent and uniform unit of measure that will most accurately identify the largest exporters/producers of subject merchandise.
- The average unit value (AUV) per container ranged from less than $10,000 per container to more than $100,000 per container.  Thus, some of the values reported appear to be aberrational.

---

[16] Examples include, but are not limited to:  the AD investigation of cast iron soil pipe from China; the AD and CVD investigations of wooden cabinets and vanities and components thereof from China; the AD and CVD investigations of steel threaded rod from India; AD and CVD administrative reviews of 1-Hydroxyethylidene-1, 1-Diphosphonic Acid from China; AD administrative review of hot-rolled steel flat products from Australia; AD administrative review of frozen fish fillets from Vietnam; AD administrative review of uncoated paper from Portugal; CVD administrative review of cold-drawn mechanical tubing from India; AD administrative review of certain corrosion resistant steel products from India; AD administrative review of butt-weld pipe fittings from China; and AD and CVD circumvention inquiries of hardwood plywood products from China.
[17] *See* section 782(i)(1) of the Act.
[18] *See* Petitioner's Comments.

4

Wenbo & Jiaye's Comments:[19]

- Commerce should select mandatory respondents based on the value reported in the Q&V responses because it is the best, and most accurate, data available.
- CBP does not require importers to report any import volumes under the Harmonized Tariff Schedule (HTS) subheadings identified in the Petition.  This demonstrates the unreliability of selecting respondents based on quantity.
- Containers hold different amounts of unassembled and assembled products which would significantly alter the value of the containers.  Therefore, containers do not accurately reflect the level of imports.
- Any company with an affiliated importer that further manufactures in the United States would not have container data available since shipments within the United States are not done on a container load.
- Companies may have used different conversion factors to arrive at the container equivalent and therefore make the quantity reported inaccurate.

Baiyulan's Comments:[20]

- The quantity data collected in the Q&V responses is not an accurate reflection of the total number of cabinets sold in the United States because some companies may ship in Ready-to-Assemble (RTA) condition.
- Kunshan Baiyulan ships its cabinets [                    ].  Alternatively, the top two companies, according to Q&V responses, appear to ship fully assembled cabinets—which takes up much more space in containers.  If Kunshan Baiyulan reported quantity on a fully assembled basis, then combined they would have been the largest exporter.
- Commerce should ask the leading exporters/producers whether the quantities they reported were on an RTA or fully assembled basis and then compare the data.

Ancientree's Comments:[21]

- The Q&V data implies that merchandise is shipped/produced in different manners, *i.e.*, some companies' merchandise may have occupied more space in containers than others.
- Commerce should select mandatory respondents based on both the quantity and value reported in the Q&V responses.

Applicable Statutory Provision:

Where it is not practicable to examine all known exporters and/or producers of subject merchandise, section 777A(c)(2) of the Tariff Act of 1930, as amended (the Act), directs Commerce to investigate either (1) a sample of exporters, producers or types of products that is statistically valid based on the information available at the time of selection, or (2) exporters

---

[19] *See* Wenbo and Jiaye's Comments.
[20] *See* Baiyulan's Comments.
[21] *See* Ancientree's Comments.

and/or producers accounting for the largest volume of the subject merchandise that Commerce determines can reasonably be examined. The Act does not express a preference for either methodology.

*Analysis:*

Section 777A(c)(2) of the Act provides Commerce with two alternative methods for its respondent selection. In this investigation, we recommend selecting respondents accounting for the largest volume of subject merchandise imports that can be reasonably examined, consistent with section 777A(c)(2)(B) of the Act. This methodology is transparent and consistent with the methodology used in other proceedings and we find no evidence here to deviate from our normal practice.[22] Furthermore, no party has argued that Commerce should select respondents pursuant to section 777A(c)(2)(A) of the Act (*i.e.*, based on sampling).

To determine the total and relative volume data for each potential respondent, Commerce reviewed the Q&V responses for each exporter and/or producer. The Q&V questionnaire precisely defined a container as "one full 40-foot container" to create consistency for respondents when reporting volume.[23] We find that there is nothing on the record to support the notion that the values reported will be more accurate or consistent than the volumes reported.

Regarding Wenbo and Jiaye's argument that Commerce should select respondents based on value, we disagree.[24] Although Wenbo and Jiaye indicate that CBP does not require importers to report import volumes under the HTS subheadings, they provide no supporting documentation to support its claim that selecting respondents based on quantity is unreliable. Additionally, Commerce finds the argument that containers are inaccurate because they hold different amounts of unassembled and assembled products to be without merit. There is nothing on the record to suggest that companies reported volume on a fully assembled or RTA basis. Commerce also provided a precise definition of a container and clear guidance on how companies should convert their quantities to match our guidelines. Therefore, we do not find that there is sufficient evidence on the record to deviate from our normal practice.

Ancientree, Kunshan Baiyulan, and Shanghai Baiyulan argue that, in some instances, quantity was reported on a fully assembled basis, or on a basis when the cabinets took up more space, but we find this argument to be without merit. There is nothing on the record to suggest that companies reported volume on a fully assembled basis. Therefore, these arguments are moot.

Ancientree also indicated that Commerce should select mandatory respondents based on both the quantity and value. However, it did not provide any methodology for doing so. Therefore, we have disregarded its comment.

---

[22] *See, e.g.*, *Truck and Bus Tires from the People's Republic of China: Preliminary Affirmative Countervailing Duty Determination, Preliminary Affirmative Critical Circumstances Determination, in Part, and Alignment of Final Determination With Final Antidumping Determination*, 81 FR 43577 (July 5, 2016), unchanged in *Truck and Bus Tires from the People's Republic of China: Final Affirmative Countervailing Duty Determination, Final Affirmative Critical Circumstances Determination, in Part*, 82 FR 8606 (January 27, 2017).
[23] Commerce Letter re: Q&V Questionnaire, dated April 8, 2019.
[24] *See* Wenbo and Jiaye's Comments.

6

*Recommendation:*

For the reasons discussed above, we recommend selecting mandatory respondents using the volume reported in the Q&V data.

☒                          ☐
_____              _____
Agree                      Disagree

## Issue 3:  Respondent Selection

Kunshan Baiyulan and Shanghai Baiyulan's Comments:[25]

- Merchandise sold through Kunshan Baiyulan's affiliate, Shanghai Baiyulan, to SAICG International Trading Co., Ltd. (SAICG) should be considered Kunshan Baiyulan's sales.

Ancientree's Comments:

- Commerce should not consider the sales made by Shanghai Baiyulan to SAICG, to be sales made by Kunshan Baiyulan.
- Foremost also appears to have included affiliate sales in its Q&V response and did not indicate which sales were sold by which company.  Moreover, Foremost's sales value is very low in comparison to its reported quantity.

Foremost's Comments:

- Foremost did not consolidate its Q&V response.  Foremost was the only physical exporter of all subject merchandise from China to the United States.
- Foremost invoiced its Hong Kong affiliate Foremost Worldwide Co., Ltd. (FWW). FWW in turn invoiced the products to unaffiliated U.S. customers or to the U.S. affiliate Foremost Groups, Inc.

Applicable Statutory Provision

Where it is not practicable to examine all known exporters and producers of the subject merchandise, section 777A(c)(2) of the Act permits Commerce to determine the weighted-average dumping margins for a reasonable number of exporters or producers, by limiting its examination to (1) a sample of exporters, producers, or types of products that it determines is statistically valid based on the information available to it at the time of selection, or (2) the exporters or producers accounting for the largest volume of the subject merchandise from the exporting country that Commerce determines can be reasonably examined.[26]  The Statement of Administrative Action accompanying the Uruguay Round Agreements Act (SAA) interprets this

---

[25] *See* Baiyulan's Comments.
[26] *See* Section 777A(c)(2)(A) and (B) of the Act.

7

provision to mean that the authority to select respondents, whether by using a statistically valid sample or by examining respondents accounting for the largest volume of subject merchandise, rests exclusively with Commerce.[27]  Further, section 777A(c)(2) of the Act does not require Commerce to meet a minimum threshold in determining the number of mandatory respondents.

*Analysis:*

In this investigation, we recommend selecting respondents accounting for the largest volume of subject merchandise that can be reasonably examined, consistent with section 777A(c)(2)(B) of the Act.  This methodology is transparent and consistent with the methodology used in other AD proceedings.  Furthermore, no party has argued that Commerce should select respondents for limited examination pursuant to 777A(c)(2)(A) (*i.e.*, based on sampling)

To determine the total and relative volume data for each potential respondent, Commerce reviewed the Q&V questionnaire responses for each exporter and/or producer.  After carefully considering these Q&V questionnaire data, our resource constraints, as well as the complexity of the issues involved in an investigation, we find that the office responsible for this investigation has the resources to examine individually three mandatory respondents.  An individual examination of the three largest exporters and producers by volume of entries of subject merchandise during the POI will allow Commerce to capture the largest volume of exports Commerce can reasonably examine, in light of resource constraints and in compliance with the statutory requirements.  Based on our analysis of the Q&V questionnaire data submitted by exporters and producers, the three exporters and producers with the largest volume of entries of subject merchandise are, in alphabetical order:  The Ancientree Cabinet Co., Ltd., Dalian Meisen Woodworking Co. Ltd., and Rizhao Foremost Woodwork Manufacturing Company Ltd.

Regarding Kunshan Baiyulan's argument that its affiliate, Shanghai Baiyulan, should be collapsed with its sales, we disagree.  In general, Commerce has found that determinations concerning whether particular companies should be "collapsed" (*i.e.*, treated as a single entity for purposes of calculating AD rates), require a substantial amount of detailed information and analysis, which often require follow-up questions and analysis.  Accordingly, in the Q&V questionnaire, Commerce explicitly stated that we will not conduct collapsing analyses at the respondent selection phase and that companies should report quantity and value data separately for affiliates.  Therefore, we will not collapse the sales of Kunshan Baiyulan and Shanghai Baiyulan.

Regarding Ancientree's argument that Foremost was collapsing its Q&V response, Commerce requested that Foremost clarify on the record whether it had provided collapsed Q&V data.[28]  According to Foremost, it was the only exporter of subject merchandise and none of Foremost Groups, Ltd.'s other affiliates and subsidiaries' exports were collapsed in Foremost's Q&V response.[29]  Based on this clarification, Commerce will consider Foremost's Q&V response as reported.

*Recommendation:*

---

[27] *See* SAA, H.R. Doc. 103-316, vol. 1 (1994) at 872.

[28] *See* Commerce Letter, "Quantity and Value Questionnaire Response Clarification Request," dated May 7, 2019.

[29] *See* Foremost's Clarification.

8

For the reasons discussed above, we recommend selecting, in alphabetical order, The Ancientree Cabinet Co., Ltd., Dalian Meisen Woodworking Co. Ltd., and Rizhao Foremost Woodwork Manufacturing Company Ltd., the three exporters or producers that account for the largest volume of subject merchandise, for individual examination as mandatory respondents in this investigation.

☒                              ☐
_____             _____
Agree                         Disagree

## Issue 4:  Voluntary Respondents

Applicable Statutory Provision:

When Commerce limits the number of exporters examined in an investigation, section 782(a) of the Act directs Commerce to calculate individual weighted average dumping margins for any exporter or producer not initially selected for individual examination that voluntarily submits the information requested from mandatory respondents, if:  1) the information is submitted by the due date specified for exporters or producers initially selected for examination; and 2) the number of exporters and producers subject to the investigation or review is not so large that any additional individual examination of such exporters and producers would be unduly burdensome and inhibit the timely completion of the investigation.[30]

*Analysis:*

Commerce, thus far, has received requests for voluntary respondent treatment from four companies.  As noted above, two of these companies have reported some of the highest volumes of imported subject merchandise during the POI, and we have recommended that they be selected as mandatory respondents.  If any company, including those which submitted voluntary respondent requests, wishes to be considered as a voluntary respondent and meets the requirements of section 782(a) of the Act and 19 CFR 351.204(d), Commerce will consider whether to examine a voluntary respondent at that time.

---

[30] *See* Section 782(a)(A) and (B) of the Act.

9

*Recommendation:*

If a voluntary response is submitted in accordance with section 782(a) of the Act and 19 CFR 351.204(d), we recommend evaluating the circumstances during the course of this investigation to determine whether Commerce may examine another respondent or respondents in addition to the three mandatory respondents identified in Issue 3, above.

☒                    ☐
_____             _____
Agree                Disagree

6/4/2019

X   *James Maeder*
_____

Signed by: JAMES MAEDER

_____
James Maeder
Associate Deputy Assistant Secretary
  for Antidumping and Countervailing Duty Operations

10

Barcode:3843446-01 A-570-106 INV - Investigation  -

**ATTACHMENT**

*Business Proprietary Information Subject to an Administrative Protective Order*

1. Exporters/Producers Total Export Quantity:  [          ] containers

2. The following chart identifies the entry volume (%) of exports of cabinets from the top 10 China companies during the POI, in alphabetical order.

| Obs | Company Name | Total Quantity | Entry Volume (%) |
|---|---|---|---|
| 1 | The Ancientree Cabinet Co., Ltd | [          ] | ] |
| 2 | Dalian Meisen Woodworking Co. Ltd | [          ] | ] |
| 3 | Huizhou Mandarin Furniture Co., Ltd | [          ] | ] |
| 4 | Jiangsu Weisen Houseware Co., Ltd | [          ] | ] |
| 5 | Pizhou Ouyme Import & Export Trade Co., Ltd | [          ] | ] |
| 6 | Qufu Xinyu Furniture Co., Ltd | [          ] | ] |
| 7 | Rizhao Foremost Woodwork Manufacturing Company Ltd | [          ] | ] |
| 8 | Shanghai Baiyulan Furniture Co., Ltd | [          ] | ] |
| 9 | Shouguang Fushi Wood Co., Ltd | [          ] | ] |
| 10 | Shouguang Jinxiangyuan Home Furnishing Co., Ltd | [          ] | ] |

Filed By: Jasun Moy, Filed Date: 6/4/19 2:55 PM, Submission Status: Approved

JA 10

Department, Antidumping Questionnaire (April 25, 2019)
PR 842

UNITED STATES DEPARTMENT OF COMMERCE
International Trade Administration
Washington, D.C. 20230

A-570-106
Investigation
**Public Document**
E&C/V:  JM

June 5, 2019

**The Ancientree Cabinet Co., Ltd**
c/o Gregory S. Menegaz, Esq.
deKieffer & Horgan, PLLC
1090 Vermont Ave NW, Suite 410
Washington, DC 20005

Dear Sir:

I am writing to you on behalf of Enforcement and Compliance, a unit of the United States
Department of Commerce (Commerce).  On March 26, 2019, we initiated an investigation in
order to determine whether imports into the United States of wooden cabinets and vanities and
components thereof (cabinets) from the People's Republic of China (China) are being sold at
less-than-fair-value, *i.e.* dumped prices.[1]  Dumping occurs when imported merchandise is sold
in, or for export to, the United States at less than the normal value of the merchandise.  We began
the investigation based on a petition filed by the American Kitchen Cabinet Alliance (the
petitioner) on behalf of the United States industry producing the merchandise under
investigation.

On April 22, 2019, the United States International Trade Commission (Commission)
preliminarily determined that there is a reasonable indication that imports of the product under
investigation are materially injuring the United States industry.  We will now determine whether
sales of the subject merchandise in, or to, the United States are being dumped.  If so, the
Commission will decide whether those dumped imports are injuring the United States industry.
If we find that sales are made at dumped prices, and the Commission finds that the dumped
imports are a cause of injury, we will issue an antidumping order.

On June 4, 2019, we selected The Ancientree Cabinet Co., Ltd as a mandatory respondent.

In past cases, Commerce has treated China as a non-market-economy (NME) country.  In
accordance with section 771(18)(c) of the Tariff Act of 1930, as amended (the Act), any
determination that a foreign country is an NME shall remain in effect until revoked.  Because
China is an NME country and normal value cannot be calculated under section 773(a) of the Act
for purposes of this investigation, we will compute normal value by valuing the China
producer's factors of production in a market-economy country.  Specifically, section 773(c) of
the Act provides that the factors of production will be valued in one or more market-economy

---

[1] *See Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Initiation of
Less-Than-Fair-Value Investigation*, 84 FR 12587 (April 2, 2019).



countries (surrogates) that are at a level of economic development comparable to China and are significant producers of comparable merchandise.

We are soliciting the information requested in the enclosed questionnaire to determine whether subject merchandise that you produced or exported was in fact sold in, or to, the United States at dumped prices.  General instructions for responding to the questionnaire follow immediately after this cover letter.  We have divided the questionnaire itself into four sections (A, C, D and E), and attached supplemental information, including a glossary of terms, in Appendices I through XI.  Appendix V requests information regarding section 232 duties (if applicable).  Moreover, Appendix VI requests that you provide certain reconciliations as part of your questionnaire response.

In Appendix VII, we are requesting that you submit spreadsheets summarizing your factors of production and market-economy purchases.  You are responsible for ensuring that these spreadsheets are consistent with the accompanying narrative response and the accompanying databases submitted on electronic media.  In the event of unexplained discrepancies among these items, Commerce retains the authority to determine, under its discretion, the most appropriate information given the facts of the case.  Appendix VII also includes a spreadsheet for suggested surrogates.

All documents submitted with your questionnaire response must be, to the maximum extent possible, direct unaltered photocopies of the original documents (*i.e.*, no copies of copies, and the documents must not be altered in any way, including tracing).  In case the direct photocopy is not legible, or if submitting a direct photocopy is not possible, you must supply the most legible unaltered photocopy available.   If you are not able to submit completely legible copies of all the documents required in the application, or are unable to submit a required document, you must complete the additional certification in Appendix IX and include an explanation of why the submission of completely legible documents is not possible.  In addition, you must provide supplemental information explaining the contents of any documents that are not fully legible.  Illegible or altered documents cannot be considered evidence of the points for which they are required if not accompanied by the requisite certifications and explanations.

All exporters and producers are requested to respond to section A (General Information), only exporters are required to respond to section C (Sales to the United States), and only producers are required to respond to section D (Factors of Production).  Companies are not currently required to respond to section E (Cost of Further Manufacturing or Assembly Performed in the United States).  However, we may request a response to this section if we determine, based on the response to section A, that we require the information requested to account for further processing expenses incurred in the United States.

Exporters are required to provide the sales reconciliation requested in Appendix VI, while producers are required to provide the factors-of-production reconciliation requested in Appendix VI.  The surrogate value spreadsheet included in Appendix VII may be completed by the

2

exporter and filed with the questionnaire response, or later in accordance with the deadlines set forth in section 351.301(c) of Commerce's regulations.

Commerce presumes that a single antidumping margin is appropriate for all exporters in an NME country.  Commerce may, however, consider requests for separate rates from individual exporters.  The appropriate questions are contained in section A of the questionnaire. The separate rates section in Section A requests information to establish whether your company's export activities are sufficiently independent of the government to be eligible for separate rate status.  Because your company was selected as a mandatory respondent in this investigation, you have several options with regard to the manner in which to support your request for a separate rate:

1)  If you have already submitted a Separate Rate Application you may rely on that as the basis to support your request for a separate rate by stating this intention in your questionnaire response;

2)  You may respond to the separate rate section of this questionnaire and agree to withdraw your earlier Separate Rate Application from the record of this proceeding (if you select this option, please include with your questionnaire response the letter in Appendix XI of this questionnaire regarding the withdrawal of information); or

3)  If you have not already submitted a Separate Rate Application, you must respond to the separate rate section in Section A of the attached questionnaire.

Commerce may, if requested, consider whether the cabinet industry in China is a market-oriented industry.  Exporters that can provide evidence that the cabinet industry in China is market oriented should immediately contact the official(s) in charge, as listed on the cover page of the questionnaire.

Please refer to the cover page and general instructions of the enclosed questionnaire for the time period covered by this investigation, the due dates for responding to the questionnaire, and the instructions for filing the response.  We remind you that, beginning August 5, 2011, with certain, limited exceptions, all submissions for all proceedings must be filed electronically using Enforcement and Compliance's ACCESS.  An electronically filed document must be received successfully in its entirety by Commerce's electronic records system, ACCESS, by 5 p.m. Eastern Time (ET) on the date indicated on the cover page of the enclosed questionnaire. Documents excepted from the electronic submission requirements must be filed manually (*i.e.*, in paper form) with the APO/Dockets Unit in Room 18022 and stamped with the date and time of receipt by 5 p.m. ET on the due date established here within.

For your convenience, Commerce has the following resources available online to assist you in complying with these electronic filing procedures:

ACCESS:  Help Link
https://access.trade.gov/help.aspx

ACCESS:  External User Guide
https://access.trade.gov/help/ACCESS%20User%20Guide.pdf

ACCESS:  Handbook on Electronic Filing Procedures
https://access.trade.gov/help/Handbook%20on%20Electronic%20Filling%20Procedures.pdf

*Federal Register notice:  Antidumping and Countervailing Duty Proceedings: Electronic Filing Procedures; Administrative Protective Order Procedures*, 76 FR 39263 (July 6, 2011) http://www.gpo.gov/fdsys/pkg/FR-2011-07-06/pdf/2011-16352.pdf and *Enforcement and Compliance:  Change of Electronic Filing System Name,* 79 FR 69046 (November 20, 2014) http://www.gpo.gov/fdsys/pkg/FR-2014-11-20/pdf/2014-27530.pdf

Please note that revised certification requirements are in effect for company/government officials as well as their representatives.  In all segments of antidumping duty or countervailing duty proceedings initiated on or after August 16, 2013, parties submitting factual information must use the formats for the revised certifications provided at the end of the *Final Rule*.[2]  Templates for these certifications are included as an appendix to this questionnaire.

Commerce must conduct this investigation in accordance with statutory and regulatory deadlines. If you are unable to respond completely to every question in the attached questionnaire by the established deadline, or are unable to provide all requested supporting documentation by the same date, you must notify the official in charge and submit a request for an extension of the deadline for all or part of the questionnaire response.  If you require an extension for only part of your response, such a request should be submitted separately from the portion of your response filed under the current deadline.  Statements included within a questionnaire response regarding a respondent's ongoing efforts to collect part of the requested information, and promises to supply such missing information when available in the future, do not substitute for a written extension request.  Section 351.302(c) of Commerce's regulations requires that all extension requests be in writing and state the reasons for the request.  Any extension granted in response to your request will be in writing; otherwise the original deadline will apply.

If Commerce does not receive either the requested information or a written extension request before 5 p.m. ET on the established deadline, we may conclude that your company has decided not to cooperate in this proceeding.  Commerce will not accept any requested information submitted after the deadline.  As required by section 351.302(d) of our regulations, we will reject such submissions as untimely.  Therefore, failure to properly request extensions for all or part of a questionnaire response may result in the application of partial or total facts available, pursuant to section 776(a) of the Act, which may include adverse inferences, pursuant to section 776(b) of the Act.

---

[2] *See Certification of Factual Information To Import Administration During Antidumping and Countervailing Duty Proceedings*, 78 FR 42678 (July 17, 2013) (*Final Rule*); *see also* the frequently asked questions regarding the *Final Rule*, available at http://enforcement.trade.gov/tlei/notices/factual_info_final_rule_FAQ_07172013.pdf. Templates for these certifications are included as an appendix to this questionnaire.

4

Should you have any questions about this matter, please contact Rachel Greenberg at (202) 482-0652.

Sincerely,

Kabir Archuletta
Acting Program Manager
 AD/CVD Operations, Office V

Enclosure

5

Barcode:3843733-01 A-570-106 INV - Investigation  -

# UNITED STATES DEPARTMENT OF COMMERCE
## ENFORCEMENT AND COMPLIANCE
## ANTIDUMPING AND
## COUNTERVAILING DUTY OPERATIONS

### OFFICE V

### REQUEST FOR INFORMATION

### ANTIDUMPING DUTY INVESTIGATION

#### THE ANCIENTREE CABINET CO., LTD

#### THE PEOPLE'S REPUBLIC OF CHINA

#### WOODEN CABINETS AND VANITIES AND COMPONENTS THEREOF

**PERIOD OF REVIEW:** 7/1/2018 – 12/31/2018

**RESPONSE DUE DATE:  Section A – June 26, 2019**
                              **Section C, D, & E – July 12, 2019**

**OFFICIALS IN CHARGE:**

**NAME:**  Rachel Greenberg                  **NAME:**   Kabir Archuletta
**PHONE:**  (202) 482-0652                   **PHONE:**  (202) 482-2593
**E-MAIL:**  Rachel.Greenberg@trade.gov      **E-MAIL:**  Kabir.Archuletta@trade.gov

**A response must be submitted electronically using Enforcement and Compliance's
ACCESS at** http://access.trade.gov.

For the electronic filing regulations, please refer to:  *Antidumping and Countervailing Duty
Proceedings:  Electronic Filing Procedures; Administrative Protective Order Procedures*, 76 FR
39263 (July 6, 2011) and *Enforcement and Compliance:  Change of Electronic Filing System
Name,* 79 FR 69046 (November 20, 2014).  You may also obtain the following electronic filing
guidelines on the ACCESS website (http://access.trade.gov):  ACCESS External User Guide,
ACCESS Handbook.

CONTENTS

General Instructions

Section A            Organization, Accounting Practices, Markets and Merchandise

Section B            Not Applicable

Section C            Sales to the United States

Section D            Factors of Production

Section E            Cost of Further Manufacture or Assembly Performed in the United States

Appendix I           Glossary of Terms

Appendix II          Instructions for Submitting Computer Databases and Spreadsheets

Appendix III         Description of Products Under Investigation

Appendix IV          Certifications of Factual Accuracy and Certificate of Service

Appendix V           Questions Regarding Section 232 Duties

Appendix VI          Reconciliations

Appendix VII         Factors of Production, Market-Economy Purchases, By-Product or Co-
                     Product Offsets, and Surrogate Values Spreadsheets

Appendix VIII        Sample Chart of Affiliation Structure

Appendix IX          Certification Regarding Photocopies

Appendix X           Sigma Freight

Appendix XI          Letter Regarding the Withdrawal of Information

# JA 11

# Department, Request for Economic Development, Surrogate Country and Surrogate Value Comments and Information (June 17, 2019)
# PR 850

Barcode:3849555-01 A-570-106 INV - Investigation

UNITED STATES DEPARTMENT OF COMMERCE
International Trade Administration
Washington, D.C. 20230

A-570-106
Investigation
**Public Document**
E&C/V:  RG

June 17, 2019

TO ALL INTERESTED PARTIES:

Re:     <u>Antidumping Duty Investigation of Wooden Cabinets and Vanities and Components
Thereof from the People's Republic of China:  Request for Economic Development,
Surrogate Country and Surrogate Value Comments and Information</u>

Because the Department of Commerce (Commerce) continues to consider the People's Republic
of China (China) a non-market economy country in the context of antidumping duty proceedings,
it is necessary, for purposes of this review, for Commerce to select an appropriate surrogate
market economy country as provided by section 773(c)(4) of the Tariff Act of 1930, as amended
(the Act).  Commerce is providing all interested parties the opportunity to comment on the
surrogate country list, the selection of a surrogate country and the selection of surrogate values
for the above-referenced proceeding.

## 1.   <u>List of Certain Countries at the Same Level of Economic Development</u>

The attached memorandum provides a non-exhaustive list of countries that Commerce has
determined, based on per capita Gross National Income (GNI), is at the same level of economic
development as China.  *See* Attachment.  Because it is Commerce's practice to determine
economic comparability early in a proceeding, we are providing interested parties an opportunity
to comment on the list as a starting point for surrogate country selection pursuant to 773(c)(4) of
the Act, and to propose for consideration other countries that are at a level of economic
development comparable to China.  Comments on the list itself and information to rebut, clarify
or correct it are due by **July 5, 2019**.  Rebuttal comments are due by **July 10, 2019**.  **Please note
that no new factual information will be accepted in rebuttal comments.**

## 2.   <u>Selection of the Primary Surrogate Country</u>

Section 773(c)(4)(B) of the Act requires, to the extent possible, that Commerce select a surrogate
country that is a significant producer of comparable merchandise.  Policy Bulletin 04.1, entitled
"Non-Market Economy Surrogate Country Selection Process," further outlines Commerce's
policy that the surrogate country should also be a significant producer of merchandise
comparable to the merchandise under review.  Policy Bulletin 04.1 is available on Commerce's
website at http://trade.gov/enforcement.

Parties may submit information regarding the selection of a surrogate country by providing the
following information regarding that country:

(1) Information on whether the country is a significant producer of merchandise comparable to
the merchandise subject to this review;

(2) Information regarding data availability and quality of the data available within that single
country for the major factors of production used to produce the merchandise subject to this
review; and

(3) Information regarding data availability and quality of financial statements available within

INTERNATIONAL
**T R A D E**
ADMINISTRATION

that country for producers of merchandise identical or comparable to the merchandise subject to this review.

Commerce intends to announce the identification of its surrogate country selection in its preliminary results.  Therefore, comments on surrogate country selection must be submitted to Commerce no later than **July 16, 2019**, so that Commerce may have an opportunity to consider these comments for the preliminary results.  Rebuttal comments, limited to information submitted by parties on surrogate country selection, are due no later than **July 20, 2019**.

### 3.  Selection of Surrogate Values

Additionally, Commerce will identify publicly-available information to value the factors of production in its preliminary results.  For information to be considered in the preliminary results, you must submit the information to Commerce no later than **July 26, 2019**.  Rebuttal comments, limited to information submitted by parties, are due no later than **July 31, 2019**.  Notwithstanding the above deadlines, in accordance with 19 CFR 351.301(c)(3), interested parties may submit publicly-available information to value factors of production no later than 30 days before the scheduled date of the preliminary results.

In accordance with 351.301(c)(3)(iv), an interested party is permitted one opportunity to submit publicly-available information to rebut, clarify, or correct such factual information submitted pursuant to section 351.408(c), 10 days after the date such factual information is served on the interested party.  An interested party may not submit additional, previously absent-from-the-record alternative surrogate value information under this subsection.  Furthermore, all factual information submitted under this subsection must be accompanied by a written explanation identifying what information already on the record of the ongoing proceeding the factual information is intended to rebut, clarify, or correct.  Information submitted to rebut, clarify, or correct factual information submitted pursuant to section 351.408(c) will not be used to value factors under section 351.408(c).

Should you have any questions about this matter, please contact Rachel Greenberg at (202) 482-0652.

Sincerely,

Kabir Archuletta
Acting Program Manager, Office V
Enforcement and Compliance

Barcode:3849555-01 A-570-106 INV - Investigation  -

# ATTACHMENT

Barcode:3849555-01 A-570-106 INV - Investigation

**UNITED STATES DEPARTMENT OF COMMERCE**
International Trade Administration
Washington, D.C. 20230

August 2, 2018

**MEMORANDUM TO:**         James Maeder
                          Acting Deputy Assistant Secretary
                          AD/CVD Operations
                          Enforcement and Compliance

**FROM:**                 Carole Showers
                          Executive Director
                          Office of Policy
                          Enforcement and Compliance

**SUBJECT:**              List of Surrogate Countries for Antidumping Investigations and
                          Reviews from the People's Republic of China ("China")

---

If you base normal value on surrogate country factor prices, then section 773(c)(4) of the statute
requires, to the extent possible, that you use a surrogate country that (1) is at a level of economic
development comparable to that of China and (2) is a significant producer of merchandise
comparable to the subject merchandise.

With regard to the first statutory requirement, the six countries on the non-exhaustive list below
are at the same level of economic development as China in terms of per capita gross national
income (GNI). GNI is the primary indicator of a country's level of economic development.

For purposes of selecting a surrogate country, you should, following *Magnesium from China* (59
FR 55424) and *Saccharin from China* (59 FR 58818), treat the six countries listed below as being
at the same level of economic development as China. Next, determine which, if any, is a
significant producer of comparable merchandise. The statute does not define "significant" or
"comparable," although "comparable" encompasses a larger set of products than "like product."
We have in past cases identified comparable merchandise on the basis of similarities in
production factors (physical and non-physical) and factor intensities (*see, e.g.*, *Magnesium*). *See*
Import Administration Policy Bulletin 04.1 for further guidance.



Barcode:3849555-01 A-570-106 INV - Investigation  -

If you find that more than one of the six countries satisfies both statutory requirements then you should, if possible, narrow the field to a single country on the basis of data availability and quality. *See Pencils from China* (59 FR 55625). Following the practice specified in *Certain Butt-Weld Carbon Steel Pipe Fittings from China* (57 FR 21062), all else being equal and to the extent possible, you should use broad, publicly available price measures. You should use, to the extent possible, factor prices reported on a duty- and tax-exclusive basis, giving due consideration, of course, to aggregation, small-quantity, contemporaneity, and data-source concerns.

This list provides you countries that are at the same level of economic development as China. In general, the countries listed below are likely to have good data availability and quality, *i.e.*, the specificity of these countries' data are more likely to assist the team in its valuation of inputs. However, you may also consider other countries on the case record that are significant producers of comparable merchandise if the record provides you adequate information to evaluate them. Countries on the case record that are at the same level of economic development as China should be given equal consideration for the purposes of selecting a surrogate country. Countries that are not at the same level of economic development as China's, but still at a level of economic development comparable to China, should be selected only to the extent that data considerations outweigh the difference in levels of economic development. As noted above, GNI is the primary indicator of a country's level of economic development.

In exceptional cases, you may not be able to find an appropriate market economy country or countries that provide adequate factor data for the determination of normal value. If that is the case, you will have to rely on the price of comparable merchandise that is produced in a surrogate country and sold in other countries, including the United States. *See* section 773(c)(2) of the statute and Import Administration Policy Bulletin 04.1 for further guidance.

| Country | Per Capita GNI, 2017 ($USD)[1] |
|---|---|
| China | 8,690 |
| Romania | 9,970 |
| Malaysia | 9,650 |
| Russia | 9,232 |
| Mexico | 8,610 |
| Brazil | 8,580 |
| Kazakhstan | 7,890 |

[1] World Bank, *World Bank Development Indicators*, http://data.worldbank.org/indicator/NY.GNP.PCAP.CD (accessed July 6, 2018).

Filed By: Rachel Greenberg, Filed Date: 6/17/19 12:02 PM, Submission Status: Approved

## Gross national income per capita 2017, Atlas method and PPP

| Ranking | Economy | Atlas methodology (US dollars) | Ranking | Economy | Purchasing power parity (international dollars) |
|---|---|---|---|---|---|
| 1 | Isle of Man | 82,650 a | 1 | Qatar | 128,060 |
| 2 | Switzerland | 80,560 | 2 | Macao SAR, China | 96,570 a |
| 3 | Norway | 75,990 | 3 | Singapore | 90,570 |
| 4 | Luxembourg | 70,260 | 4 | Brunei Darussalam | 83,760 |
| 5 | Macao SAR, China | 65,130 a | 5 | Kuwait | 83,310 |
| 6 | Qatar | 61,070 | 6 | United Arab Emirates | 74,410 |
| 7 | Iceland | 60,830 | 7 | Luxembourg | 72,640 |
| 8 | United States | 58,270 | 8 | Switzerland | 65,910 |
| 9 | Ireland | 55,290 | 9 | Hong Kong SAR, China | 64,100 |
| 10 | Denmark | 55,220 | 10 | Norway | 63,530 |
| 11 | Singapore | 54,530 | 11 | Ireland | 62,440 |
| 12 | Sweden | 52,590 | 12 | United States | 60,200 |
| 13 | Australia | 51,360 | 13 | Saudi Arabia | 54,770 |
| 14 | Hong Kong SAR, China | 46,310 | 14 | Iceland | 53,640 |
| 15 | Netherlands | 46,180 | 15 | Austria | 52,660 |
| 16 | Austria | 45,440 | 16 | Netherlands | 52,640 |
| 17 | Finland | 44,580 | 17 | Germany | 51,760 |
| 18 | Germany | 43,490 | 18 | Denmark | 51,560 |
| 19 | Canada | 42,870 | 19 | Sweden | 50,840 |
| 20 | Belgium | 41,790 | 20 | Belgium | 47,960 |
| 21 | United Kingdom | 40,530 | 21 | Australia | 45,780 |
| 22 | United Arab Emirates | 39,130 | 22 | Canada | 45,750 |
| 23 | New Zealand | 38,970 | 23 | Finland | 45,730 |
| 24 | Japan | 38,550 | 24 | Japan | 45,470 |
| 25 | France | 37,970 | 25 | France | 43,720 |
| 26 | Israel | 37,270 | 26 | United Kingdom | 43,160 |
| 27 | Kuwait | 31,430 | 27 | Bahrain | 42,930 |
| 28 | Italy | 31,020 | 28 | Oman | 40,240 |
| 29 | Brunei Darussalam | 29,600 | 29 | Italy | 40,030 |
| 30 | Bahamas, The | 29,170 | 30 | New Zealand | 39,560 |
| 31 | Korea, Rep. | 28,380 | 31 | Korea, Rep. | 38,260 |
| 32 | Spain | 27,180 | 32 | Spain | 38,090 |
| 33 | Malta | 23,810 | 33 | Israel | 38,060 |
| 34 | Cyprus | 23,719 b | 34 | Malta | 36,740 |
| 35 | Slovenia | 22,000 | 35 | Czech Republic | 35,010 |
| 36 | Bahrain | 20,240 | 36 | Slovenia | 33,910 |
| 37 | Saudi Arabia | 20,080 | 37 | Cyprus | 33,609 b |
| 38 | Portugal | 19,820 | 38 | Portugal | 31,490 |
| 39 | Puerto Rico | 19,460 | 39 | Slovak Republic | 31,360 |
| 40 | Estonia | 18,190 | 40 | Lithuania | 31,030 |
| 41 | Czech Republic | 18,160 | 41 | Estonia | 31,000 |
| 42 | Greece | 18,090 | 42 | Trinidad and Tobago | 30,520 |
| 43 | Slovak Republic | 16,610 | 43 | Bahamas, The | 29,790 |
| 44 | St. Kitts and Nevis | 16,030 | 44 | Malaysia | 28,650 |
| 45 | Barbados | 15,540 | 45 | Poland | 28,170 |
| 46 | Trinidad and Tobago | 15,350 | 46 | Greece | 27,820 |
| 47 | Uruguay | 15,250 | 47 | Turkey | 27,550 |
| 48 | Lithuania | 15,200 | 48 | Latvia | 27,400 |
| 49 | Latvia | 14,740 | 49 | Hungary | 27,220 |
| 50 | Oman | 14,440 | 50 | Seychelles | 26,860 |
| 51 | Seychelles | 14,180 | 51 | St. Kitts and Nevis | 26,300 |
| 52 | Antigua and Barbuda | 14,170 | 52 | Puerto Rico | 25,240 a |
| 53 | Chile | 13,610 | 53 | Romania | 25,150 |
| 54 | Panama | 13,100 | 54 | Russian Federation | 24,893 |
| 55 | Argentina | 13,040 d | 55 | Croatia | 24,700 |
| 56 | Hungary | 12,870 | 56 | Kazakhstan | 23,440 |
| 57 | Poland | 12,710 | 57 | Chile | 23,150 |
| 58 | Palau | 12,530 | 58 | Antigua and Barbuda | 22,980 |
| 59 | Croatia | 12,430 | 59 | Mauritius | 22,570 |
| 60 | Costa Rica | 11,040 | 60 | Panama | 21,890 |
| 61 | Turkey | 10,930 | 61 | Uruguay | 21,870 |
| 62 | Nauru | 10,220 | 62 | Iran, Islamic Rep. | 21,010 |
| 63 | Mauritius | 10,140 | 63 | Bulgaria | 20,500 |
| 64 | Romania | 9,970 | 64 | Argentina | 20,270 c |
| 65 | Grenada | 9,650 | 65 | Libya | 19,940 |

## Gross national income per capita 2017, Atlas method and PPP

| Ranking | Economy | Atlas methodology (US dollars) | Ranking | Economy | Purchasing power parity (international dollars) |
|---|---|---|---|---|---|
| 66 | Malaysia | 9,650 | 66 | Equatorial Guinea | 19,380 |
| 67 | Maldives | 9,570 | 67 | Montenegro | 19,150 |
| 68 | Russian Federation | 9,232 e | 68 | Belarus | 18,140 |
| 69 | St. Lucia | 8,780 | 69 | Nauru | 17,960 |
| 70 | China | 8,690 | 70 | Barbados | 17,830 |
| 71 | Mexico | 8,610 | 71 | Mexico | 17,740 |
| 72 | Brazil | 8,580 | 72 | Turkmenistan | 17,320 c |
| 73 | Lebanon | 8,310 | 73 | Thailand | 17,090 |
| 74 | Kazakhstan | 7,890 | 74 | Gabon | 17,010 |
| 75 | Bulgaria | 7,760 | 75 | Iraq | 17,010 |
| 76 | Montenegro | 7,350 | 76 | Botswana | 16,990 |
| 77 | Equatorial Guinea | 7,060 | 77 | China | 16,760 |
| 78 | Dominica | 6,990 | 78 | Azerbaijan | 16,650 |
| 79 | St. Vincent and the Grenadines | 6,990 | 79 | Costa Rica | 16,100 |
| 80 | Botswana | 6,820 | 80 | Maldives | 15,350 |
| 81 | Turkmenistan | 6,650 | 81 | Dominican Republic | 15,290 |
| 82 | Dominican Republic | 6,630 | 82 | Brazil | 15,160 |
| 83 | Gabon | 6,610 | 83 | Algeria | 15,050 |
| 84 | Libya | 6,540 j | 84 | Lebanon | 14,690 c |
| 85 | Suriname | 6,020 | 85 | Macedonia, FYR | 14,590 |
| 86 | Peru | 5,970 | 86 | Grenada | 14,410 |
| 87 | Thailand | 5,960 | 87 | Suriname | 14,290 |
| 88 | Ecuador | 5,890 | 88 | Colombia | 14,170 |
| 89 | Colombia | 5,830 | 89 | Serbia | 14,040 |
| 90 | South Africa | 5,430 | 90 | Palau | 13,950 c |
| 91 | Iran, Islamic Rep. | 5,400 | 91 | St. Lucia | 13,230 |
| 92 | Belarus | 5,280 | 92 | South Africa | 13,090 |
| 93 | Serbia | 5,180 | 93 | Peru | 12,890 |
| 94 | Fiji | 4,970 | 94 | Bosnia and Herzegovina | 12,880 |
| 95 | Tuvalu | 4,970 | 95 | Sri Lanka | 12,470 |
| 96 | Bosnia and Herzegovina | 4,940 | 96 | Albania | 12,120 |
| 97 | Macedonia, FYR | 4,880 | 97 | Indonesia | 11,900 |
| 98 | Marshall Islands | 4,800 | 98 | St. Vincent and the Grenadines | 11,770 |
| 99 | Iraq | 4,770 | 99 | Tunisia | 11,490 |
| 100 | Jamaica | 4,750 | 100 | Egypt, Arab Rep. | 11,360 |
| 101 | Namibia | 4,600 | 101 | Ecuador | 11,350 |
| 102 | Guyana | 4,460 | 102 | Mongolia | 11,170 |
| 103 | Belize | 4,390 | 103 | Kosovo | 11,050 c |
| 104 | Albania | 4,320 | 104 | Namibia | 10,320 |
| 105 | Samoa | 4,100 | 105 | Dominica | 10,170 |
| 106 | Azerbaijan | 4,080 | 106 | Georgia | 10,120 f |
| 107 | Guatemala | 4,060 | 107 | Armenia | 10,060 |
| 108 | Tonga | 4,010 | 108 | Philippines | 10,030 |
| 109 | Armenia | 4,000 | 109 | Paraguay | 9,180 |
| 110 | Jordan | 3,980 | 110 | Jordan | 9,110 |
| 111 | Algeria | 3,960 | 111 | Fiji | 9,090 |
| 112 | Paraguay | 3,920 | 112 | Ukraine | 8,900 |
| 113 | Kosovo | 3,890 | 113 | Bhutan | 8,850 |
| 114 | Sri Lanka | 3,840 | 114 | Jamaica | 8,690 |
| 115 | Georgia | 3,790 f | 115 | Swaziland | 8,520 |
| 116 | Philippines | 3,660 | 116 | Guyana | 8,120 c |
| 117 | Micronesia, Fed. Sts. | 3,590 | 117 | Morocco | 8,063 g |
| 118 | El Salvador | 3,560 | 118 | Guatemala | 8,000 |
| 119 | Indonesia | 3,540 | 119 | Belize | 7,890 |
| 120 | Tunisia | 3,500 | 120 | El Salvador | 7,540 |
| 121 | Angola | 3,330 | 121 | Bolivia | 7,330 |
| 122 | Mongolia | 3,290 | 122 | Uzbekistan | 7,130 c |
| 123 | West Bank and Gaza | 3,180 | 123 | India | 7,060 |
| 124 | Bolivia | 3,130 | 124 | Lao PDR | 6,650 |
| 125 | Egypt, Arab Rep. | 3,010 | 125 | Cabo Verde | 6,570 |
| 126 | Cabo Verde | 2,990 | 126 | Vietnam | 6,450 |
| 127 | Swaziland | 2,960 | 127 | Samoa | 6,390 c |
| 128 | Vanuatu | 2,920 | 128 | Timor-Leste | 6,330 c |
| 129 | Morocco | 2,863 g | 129 | Angola | 6,060 |
| 130 | Kiribati | 2,780 | 130 | Moldova | 6,060 h |

World Development Indicators database, World Bank, 1 July 2018

## Gross national income per capita 2017, Atlas method and PPP

| Ranking | Economy | Atlas methodology (US dollars) | Ranking | Economy | Purchasing power parity (international dollars) |
|---|---|---|---|---|---|
| 131 | Bhutan | 2,720 | 131 | Tonga | 6,050 c |
| 132 | Papua New Guinea | 2,410 m | 132 | Myanmar | 5,830 c |
| 133 | Ukraine | 2,388 e | 133 | Pakistan | 5,830 |
| 134 | Sudan | 2,379 | 134 | Tuvalu | 5,780 c |
| 135 | Lao PDR | 2,270 | 135 | Nicaragua | 5,680 |
| 136 | Honduras | 2,250 | 136 | Nigeria | 5,680 |
| 137 | Moldova | 2,180 h | 137 | Marshall Islands | 5,560 |
| 138 | Vietnam | 2,170 | 138 | West Bank and Gaza | 5,560 |
| 139 | Nicaragua | 2,130 | 139 | Congo, Rep. | 4,880 |
| 140 | Nigeria | 2,080 | 140 | Honduras | 4,630 |
| 141 | Uzbekistan | 1,980 | 141 | Ghana | 4,490 |
| 142 | Solomon Islands | 1,920 | 142 | Sudan | 4,482 |
| 143 | Djibouti | 1,880 m | 143 | Micronesia, Fed. Sts. | 4,210 c |
| 144 | India | 1,820 | 144 | Bangladesh | 4,040 |
| 145 | Timor-Leste | 1,790 | 145 | Papua New Guinea | 4,040 c |
| 146 | São Tomé and Principe | 1,770 | 146 | Zambia | 3,920 |
| 147 | Pakistan | 1,580 | 147 | Mauritania | 3,900 |
| 148 | Côte d'Ivoire | 1,540 | 148 | Kiribati | 3,850 c |
| 149 | Ghana | 1,490 | 149 | Côte d'Ivoire | 3,820 |
| 150 | Bangladesh | 1,470 | 150 | Cambodia | 3,760 |
| 151 | Kenya | 1,440 | 151 | Tajikistan | 3,670 |
| 152 | Cameroon | 1,360 | 152 | Cameroon | 3,640 |
| 153 | Congo, Rep. | 1,360 | 153 | Kyrgyz Republic | 3,620 |
| 154 | Zambia | 1,300 | 154 | Lesotho | 3,510 |
| 155 | Lesotho | 1,280 | 155 | São Tomé and Principe | 3,370 |
| 156 | Cambodia | 1,230 | 156 | Kenya | 3,250 |
| 157 | Myanmar | 1,190 | 157 | Vanuatu | 3,170 c |
| 158 | Kyrgyz Republic | 1,130 | 158 | Tanzania | 2,916 i |
| 159 | Mauritania | 1,100 | 159 | Nepal | 2,710 |
| 160 | Yemen, Rep. | 1,030 a | 160 | Senegal | 2,620 |
| 161 | Tajikistan | 990 | 161 | Yemen, Rep. | 2,380 |
| 162 | Senegal | 950 | 162 | Guinea | 2,270 |
| 163 | Zimbabwe | 910 | 163 | Solomon Islands | 2,270 |
| 164 | Tanzania | 905 i | 164 | Benin | 2,260 |
| 165 | Guinea | 820 | 165 | Mali | 2,160 |
| 166 | Benin | 800 | 166 | Afghanistan | 2,000 |
| 167 | Nepal | 790 | 167 | Rwanda | 1,990 |
| 168 | Mali | 770 | 168 | Chad | 1,920 |
| 169 | Comoros | 760 | 169 | Ethiopia | 1,890 |
| 170 | Haiti | 760 | 170 | Zimbabwe | 1,850 |
| 171 | Ethiopia | 740 | 171 | Haiti | 1,830 |
| 172 | Rwanda | 720 | 172 | Uganda | 1,820 |
| 173 | Guinea-Bissau | 660 | 173 | Burkina Faso | 1,810 |
| 174 | Chad | 630 | 174 | Guinea-Bissau | 1,700 |
| 175 | Burkina Faso | 610 | 175 | Gambia, The | 1,670 |
| 176 | Togo | 610 | 176 | Togo | 1,620 |
| 177 | Uganda | 600 | 177 | Comoros | 1,570 |
| 178 | Afghanistan | 570 | 178 | Madagascar | 1,510 |
| 179 | Sierra Leone | 510 | 179 | Sierra Leone | 1,480 |
| 180 | Congo, Dem. Rep. | 450 | 180 | South Sudan | 1,440 a |
| 181 | Gambia, The | 450 | 181 | Mozambique | 1,200 |
| 182 | Mozambique | 420 | 182 | Malawi | 1,180 |
| 183 | Madagascar | 400 | 183 | Niger | 990 |
| 184 | Central African Republic | 390 | 184 | Congo, Dem. Rep. | 870 |
| 185 | South Sudan | 390 a | 185 | Burundi | 770 |
| 186 | Liberia | 380 | 186 | Central African Republic | 730 |
| 187 | Niger | 360 | 187 | Liberia | 710 |
| 188 | Malawi | 320 | | | |
| 189 | Burundi | 290 | | | |
| | American Samoa | .. j | | American Samoa | .. |
| | Andorra | .. k | | Andorra | .. |
| | Aruba | .. k | | Aruba | .. |
| | Bermuda | .. k | | Bermuda | .. |
| | British Virgin Islands | .. k | | British Virgin Islands | .. |

## Gross national income per capita 2017, Atlas method and PPP

| Ranking | Economy | Atlas methodology (US dollars) | | Ranking | Economy | Purchasing power parity (international dollars) |
|---|---|---|---|---|---|---|
| | Cayman Islands | .. | k | | Cayman Islands | .. |
| | Channel Islands | .. | k | | Channel Islands | .. |
| | Cuba | .. | j | | Cuba | .. |
| | Curaçao | .. | k | | Curaçao | .. |
| | Eritrea | .. | l | | Djibouti | .. |
| | Faroe Islands | .. | k | | Eritrea | .. |
| | French Polynesia | .. | k | | Faroe Islands | .. |
| | Gibraltar | .. | k | | French Polynesia | .. |
| | Greenland | .. | k | | Gibraltar | .. |
| | Guam | .. | k | | Greenland | .. |
| | Korea, Dem. People's Rep. | .. | l | | Guam | .. |
| | Liechtenstein | .. | k | | Isle of Man | .. |
| | Monaco | .. | k | | Korea, Dem. People's Rep. | .. |
| | New Caledonia | .. | k | | Liechtenstein | .. |
| | Northern Mariana Islands | .. | k | | Monaco | .. |
| | San Marino | .. | k | | New Caledonia | .. |
| | Sint Maarten (Dutch part) | .. | k | | Northern Mariana Islands | .. |
| | Somalia | .. | l | | San Marino | .. |
| | St. Martin (French part) | .. | k | | Sint Maarten (Dutch part) | .. |
| | Syrian Arab Republic | .. | l | | Somalia | .. |
| | Turks and Caicos Islands | .. | k | | St. Martin (French part) | .. |
| | Venezuela, RB | .. | j | | Syrian Arab Republic | .. |
| | Virgin Islands (U.S.) | .. | k | | Turks and Caicos Islands | .. |
| | | | | | Venezuela, RB | .. |
| | | | | | Virgin Islands (U.S.) | .. |
| | **World** | **10,366** | | | **World** | **16,927** |
| | East Asia & Pacific | 10,170 | | | East Asia & Pacific | 18,184 |
| | Europe & Central Asia | 22,651 | | | Europe & Central Asia | 32,541 |
| | Latin America & Caribbean | 8,200 | | | Latin America & Caribbean | 15,273 |
| | Middle East & North Africa | 7,246 | | | Middle East & North Africa | 20,007 |
| | North America | 56,722 | | | North America | 58,737 |
| | South Asia | 1,743 | | | South Asia | 6,538 |
| | Sub-Saharan Africa | 1,454 | | | Sub-Saharan Africa | 3,683 |
| | Low income | 744 | | | Low income | 2,088 |
| | Lower middle income | 2,118 | | | Lower middle income | 7,191 |
| | Upper middle income | 8,192 | | | Upper middle income | 17,559 |
| | High income | 40,136 | | | High income | 47,657 |

.. Not available. PPP is purchasing power parity; an international dollar has the same purchasing power over GNI as a U.S. dollar has in the United States.
Note: Rankings include all World Bank Atlas economies. Countries without a data point from last three years are not ranked.
Figures in italics are for 2016 or 2015.

a. 2017 data not available; ranking is approximate.  b. Data are for the area controlled by the government of Cyprus.  c. Based on regression; other PPP figures are extrapolated from the 2011 International Comparison Program benchmark estimates.  d.  Based on data officially reported by the National Statistics and  Censuses Institute of Argentina. The International Monetary Fund (IMF) has called on Argentina to adopt measures to address the quality of official GDP and consumer price index data, and issued an updated statement on Argentina's progress on August 31, 2016: http://www.imf.org/en/News/Articles/2016/08/31/PR16389-Statement-by-the-IMF-Executive-Board-on-Argentina. The World Bank systematically assesses the appropriateness of official exchange rates as conversion factors. For Argentina, an alternative conversion factor has been calculated using a weighted average method for the period from 2012 to 2015.  e. Based on data from official statistics of Ukraine and Russian Federation; by relying on these data, the World Bank does not intend to make any judgment on the legal or other status of the territories concerned or to prejudice the final determination of the parties' claims. f. Excludes Abkhazia and South Ossetia. g. Includes Former Spanish Sahara. h. Excludes Transnistria. i. Covers mainland Tanzania only. j. Estimated to be upper middle income ($3,896 to $12,055). k. Estimated to be high income ($12,056 or more). l. Estimated to be low income ($995 or less). m. Estimated to be lower middle income ($996 to $3,895).

http://data.worldbank.org/data-catalog/world-development-indicators

World Development Indicators database, World Bank, 1 July 2018

JA 12

Ancientree, Section A Questionnaire Response
(July 3, 2019)
PR 870

LAW OFFICES OF

# deKieffer & Horgan, pllc
## 1090 VERMONT AVENUE, N.W.
## SUITE 410
## WASHINGTON, D.C. 20005

GREGORY S. MENEGAZ
TEL 202-783-6900

AFFILIATED OFFICE:
SAARBRÜCKEN, GERMANY

GMENEGAZ@DHLAW.COM
DHLAW.COM

July 3, 2019

Electronic Filing

Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
Room 18022
U.S. Dept. of Commerce
Washington, D.C. 20230

A-570-106
Investigation
POI: 07/01/2018-12/31/2018
AD/CVD Operations

**Public Version**
Business proprietary information
contained within brackets deleted or
ranged on pages A-4, 5 & 12 and in
Exhibits A-1 through A-4.

**May be released under APO**

*RE:*    ***Wooden Cabinets and Vanities from the People's Republic of China*:**
**Section A Questionnaire Response**

Dear Mr. Secretary:

On behalf of The Ancientree Cabinet Co., Ltd, a Chinese exporter of wooden cabinets

and vanities, we hereby submit its response to the Department's Section A Questionnaire.

*        *        *

Certain information contained herein is business confidential data that is proprietary.

This information is enclosed with brackets ("[ ]").  Disclosure of this information would cause

substantial competitive and commercial harm to the parties.  Such data is marked "Contains

Proprietary Information."  Confidential treatment, subject to administrative protective order, is

requested pursuant to 19 C.F.R. §351.105(c).

Information marked as business proprietary has been so marked for one or more of the

**Wooden Cabinets and Vanities from the PRC**

**A-570-106**

**POI: 07/01/2018-12/31/2018**

## THE ANCIENTREE CABINET CO., LTD.

### ("ANCIENTREE")

**SECTION A RESPONSE**

**July 3, 2019 (as extended)**

**Organization, Accounting Practices, Markets and Merchandise**

1.   Quantity and Value of Sales

    a.   State the total quantity and value of the merchandise under consideration1 that you sold during the period of investigation (POI) in the United States. A chart for reporting the sales quantity and value can be found at the end of this section. Complete a chart for all merchandise under consideration produced and sold by your company.

    b.   Exclude your U.S. sales to **affiliated resellers**. Report instead the resales to the first unaffiliated customer.

    c.   If you export merchandise for entry into a foreign trade zone (FTZ) or into a bonded warehouse in the United States, this may affect the way we treat these sales. Please contact the official in charge to discuss the reporting requirements.

**Response:  The Ancientree Cabinet Co., Ltd ("Ancientree") has reported the total quantity and value of the subject merchandise sold to the United States in the POI at the end of this section.**

**The company did not have US sales to affiliated resellers in the POI, nor exported**

> *Note:* Commerce presumes that a single weighted-average dumping margin is appropriate for all exporters in a non-market economy country. Commerce may, however, consider requests for separate rates from individual exporters. Individual exporters requesting a separate rate must respond to the following questions in order for Commerce to consider fully the issue of separate rates.

A-1

Barcode:3856920-01 A-570-106 INV - Investigation  -

**Wooden Cabinets and Vanities from the PRC**
**A-570-106**
**POI: 07/01/2018-12/31/2018**

# THE ANCIENTREE CABINET CO., LTD.

### SECTION A RESPONSE
### July 3, 2019

| | |
|---|---|
| Exhibit A-1 | Internal Organization Structure Chart |
| Exhibit A-2 | Legal Structure Chart |
| Exhibit A-3 | Chart of Accounts |
| Exhibit A-4 | Audited Financial Statements |
| Exhibit A-5 | Product Brochure |
| Exhibit A-6 | Website Printouts |

Filed By: sbomberger@dhlaw.com, Filed Date: 7/3/19 11:50 AM, Submission Status: Approved

Barcode:3856920-01 A-570-106 INV - Investigation  -

# Exhibit A-5

# Product Brochure

Filed By: sbomberger@dhlaw.com, Filed Date: 7/3/19 11:50 AM, Submission Status: Approved

Barcode:3816920-01 A-570-106 INV - Investigati...

JiangSu Hongjia kitchen and Bath Company (Factory)
Add: highway 328 east, the 5th east road north, Hongze, Jiangsu, China
Tel: +86-517-87266910  Fax: +86-517-87266810
Email: marketing@ancientree.com
Website: www.ancientree.com

The Ancientree Cabinet Co.,Ltd (Office)
Add: RM 1404 No 60 Mudan Road,Pudong district,Shanghai,China.201204
Tel:+86-21-60930636,60930637,60930635,60930639
Fax:+86-21-60930633
Email: marketing@ancientree.com
Website: www.ancientree.com



Barcode:3856920-01-A-570-106 | GSK - Investigation -



## Introduction



Ltd) is a professional manufacturer specialized in kitchen cabinets, bath vanities, wardrobes and over 15 years of wood industry, Jiangsu Hongja Kitchen and Bath Co., Ltd (The Ancientree Cabinet wine cabinets for North American and European country.

Based at Jiangsu, China. Fully automatic production line equipment and Professional staff make us confident to guarantee our customer high quality, competitive cost, short lead time, Warm service. If choose us as your supplier.

precious saying "How happy we are, to meet friends from afar!" Looking forward to working with you in the very near future.











# AVALON



Filed By: shoukewooduk.co.jp.com Filed Date: 7/3/19 12:50 AM Submission Status: Approved

## STYLE INTEGRITY

The combination of Avalon's simple yet substantial door details make it the perfect choice for today's clean‑lined aesthetic preference.

» Full overlay door
» Flat veneer center door panel
» Slab drawer front
» 5‑Piece drawer front upgrade
» Available in Maple and Cherry



### FREESTANDING WOOD HOOD

Freestanding wood hoods offer a seamless way to integrate this appliance into a variety of design styles.

### MICROWAVE/OVEN CABINET

This tall combination cabinet offers built‑in convenience for a high end look without the high end price tag.



03/                                                                   /04





### WARM WELCOME

Radford's classic styling reflects the warmth of tradition. Now make it your own with our selection of finishes and accents. Choose details like crown moulding, glass doors, and decorative island legs to create a one-of-a-kind kitchen that only you could design.

» Partial overlay door
» Mitered construction
» Raised veneer center door panel
» Profiled slab drawer front
» 5-Piece drawer front upgrade
» Available in Maple

### MESSAGE CENTER

Keep the hub and heart of your home clutter-free and user friendly for all.

### WALL EASY REACH

Let no space go unused. With creative shelving, every inch becomes efficient.

# RADFORD

# DURHAM



Filed By: skbomberger@hhlaw.com, Filed Date: 7/3/19 11:50 AM, Submission Status: Approved

### DISTINGUISHED CHARACTER

Tailored, subtle details make Durham beautiful — the PureStyle finish makes it functional. Now available in three colors to suit a variety of styles.

» Full overlay door
» Mitered construction
» Flat laminate center door panel
» 5-Piece drawer front
» Available in PureStyle Glacier Gray, Toasted Antique and White



### MICROWAVE OPEN WALL SHELF
Seamlessly integrate the microwave while preserving precious counter space.



### TRAY DIVIDER CABINET
Give baking sheets, oversized platters, casserole dishes and pizza pans a place to call home.



Barcode:38565820-01 A 38565820 INV - Investigation

Barcode:3856920-01 A-570-106 INV - Investigation

**ANCIENTREE**
MANUFACTURER OF FINE CABINETRY







**COOL SIMPLICITY**

White color let a room become a pure space where anything is possible.Modern and cloassic tastes alike discover how this simple design choice quickly creates the foundation for a dramatic look.

* European Full overlay
* White glossy laminated door
* Soft closing door and drawer
* Various door and color available to choose

DULEX SOFT CLOSING METALLIC DRAWER BOX

EASY SOFT CLOSING METAL SPICE RACK TRAY OUT

# MASCA EVO

eSt…e| G| …er Gra



**ANCIENTREE**
MANUFACTURER OF FINE CABINETRY

### DISTINGUISHED CHARACTER

The range of smooth Acrylic kitchen cabinetfinishes paired with trendsetting textured Melamines,takes cabinet design to a newheight of contemporary ambiance. Families and fashionistas alike will love the interplay of color and texture when it's combined with form and function inthis ummit kitchen.

» Full overlay door
» Glossy white slab door and drawer front,Available in other colors

### MICROWAVE OPEN WALL SHELF

Door Pulls
Subtle Lines
Understated and Stylish
Our Brushed Satin Nickel Hardware expands your choices forcontemporary looks

### SIMPLICITY ALWAYS IN STYLES

Our White Doors create crisp, sleek lines,providing a clean but comfortable look where personality shines through.

# MAGISTRA



Barcode: 3817281-01 A-570-106 INV - Investigation



Glass Cabinet



Décor Door Panel



Molding



Corbel



Corbel

# MOLDINGS & DECOR



Décor Door Panel

Bates No: 0156920-01 A-570-108 PR4 - Investigation





**STORAGE SAVVY**
A well-organized home is helpful in our effort to streamline and simplify. Put these ideas to work in your space.

**A. CHROME TRAY DIVIDER CABINET**
Store cutting boards, baking sheets and pizza pans.

**B. ROLL TRAYS**
Reduce bending and stooping by bringing cabinet contents to you.

**C. UTILITY CABINET WITH ROLL TRAYS**
Adjustable roll trays offer customizable storage.

**D. 6-INCH BASE PANTRY PULLOUT**
Store small but often used items close at hand.

**E. PEGGED DISH ORGANIZER**
Customize peg placement for your storage needs.

**F. TIPOUT TRAYS**
Keep sponges and scrubbers at the ready.

**G. WOOD CUTLERY TRAY**
A quality tray that is trimmable to fit several drawer widths.

**H. PLASTIC CUTLERY TRAY**
Store cutlery with style in this durable, easy to clean tray available in several sizes.





# ORGANIZATION













Filed By: sbomberger@snlaw.com, Filed Date: 7/3/19 11:... AM Submission Status: Approved

# Solidwood Doors



ANCIENTREE
MANUFACTURER OF FINE CABINETRY

Filed by: skomberger@dklaw.com, Filed Date: 7/3/19 (GSK), Submission Status: Approved

Barcode:3856920-01 A-570-106 INV Investigation -












Slab door（SB-01）

Slab door（SB-02）

Slab door（SB-03）

Slab door（SB-04）

Solid Raised panel door（RP-01）

Solid Raised panel door（RP-02）

Solid Raised panel door（RP-03）

Solid Raised panel door（RP-04）

Solid Raised panel door（RP-05）














Recess panel and Solid Shaker door (WS—05)

Recess panel and Solid Shaker door (WS—06)

Recess panel and Solid Shaker door (WS—07)

Recess panel and Solid Shaker door (WS—08)

Recess panel and Solid Shaker door (WS—09)

Moulding Raised panel door (MP-01)

Moulding Raised panel door (MP-02)

Moulding Raised panel door (MP-03)

Moulding Raised panel door (MP-04)

Moulding Raised panel door (MP-05)












Shaker Door（S-01）

Shaker Door（S-02）

Shaker Door（S-03）

Shaker Door（S-04）

Shaker Door（S-05）

Shaker Door（S-06）

Shaker Door（S-07）

Moulding Raised panel door (MP-06)

Moulding Raised panel door (MP-07)

# Laminated Doors



Filed By: sbomberger@chlaw.com, Filed Date: 7/3/19 11:50 AM, Submission Status: Approved

Barcode: 856920-01 A-570-106 INV - Investigation -



Thermofoil door style (HJPT-01)



Thermofoil door style (HJPT-02)



Thermofoil door style (HJPT-03)




Thermofoil door style (HJPT-04)



Thermofoil door style (HJPT-05)



Thermofoil door style (HJPT-06)



Thermofoil door style (HJPT-07)



Thermofoil door style (HJPT-08)



Thermofoil door style (HJPT-09)



Thermofoil door style (HJPT-10)



Thermofoil door style (HJPT-11)



Thermofoil door style (HJPT-12)



Thermofoil door style (HJPT-13)




Thermofoil door style (HJPT-14)



high glossy PVC door (HJHG-01)



high glossy PVC door (HJHG-02)



high glossy PVC door (HJHG-03)



high glossy PVC door (HJHG-04)

high glossy PVC door (HJHG-05)




Filed By: sbomberger@dhilaw.com, Filed Date: 7/3/19 11:50 AM, Submission Status: Approved

Barcode:3856920-01 A-570-106 INV - Investigation

# Superior construction



**ANCIENTREE**
MANUFACTURER OF FINE CABINETRY

## CABINET CONSTRUCTION OPTIONS

| | STANDARD | SELECT | ALL PLYWOOD* |
|---|---|---|---|
| Hinges | 6-Way adjustable hinge | NEW Quiet, 6-way adjustable Smart Stop™ self-closing hinge | NEW Quiet, 6-way adjustable Smart Stop self-closing hinge |
| Sides | 3/8" Thick furniture board with matching laminate exterior | 3/8" plywood with finished veneer exterior | |
| Back | 3/8" Thick furniture board | 3/8" Thick plywood | |
| Top/Bottom | 1/2" Thick furniture board top and bottom on wall cabinets. 3/8" Thick furniture board bottom on base cabinets | 1/2" Thick plywood top and bottom on wall cabinets 3/8" Thick plywood bottom on base cabinets | |
| Corners | Four furniture board corner braces on base cabinets | Two lineal plywood front-to-back stretcher rails on base cabinets | |
| Wall/Tall Shelves | Adjustable 3/4" thick furniture board | Adjustable 3/4" thick plywood | |
| Base Shelves | Fixed 1/2" thick half-depth furniture board, and adjustable 3/4" thick full-depth furniture board on open and full-height base cabinets | Fixed 1/2" thick half-depth plywood, and adjustable 3/4" thick full-depth plywood in open and full-height base cabinets | |

## DRAWER CONSTRUCTION OPTIONS

| | STANDARD | SELECT | ALL PLYWOOD* |
|---|---|---|---|
| Box | 1/2" Thick furniture board sides, front and back | 3/4" Nominal thick all wood sides, front and back with clear topcoat | |
| Bottom | 3/8" Thick furniture board, fastened into four sides | 1/4" plywood, fully captured on four sides | |
| Guides | 3/4 Extension, side-mount epoxy-coated | NEW Concealed, full-extension drawer guides with Smart Stop quiet closing mechanism | |
| Joinery | Stapled butt joint | Dovetail joint | |
| Depth | 20" on base cabinets | 21" on base cabinets | |

*All plywood components meet ANSI/HPVA HP-1 standards, and may contain MDF or particleboard.








### 6-way Adjustable Hinge
fully concealed, lifetime warranty cup hinge that adjusts and self-closes

### Full-Extension QuietClose Guides
Undermounted, concealed guides extend the drawer fully,complete with closing mechanism that prevents drawer from slamming.

### Drawer Construction

Standard Drawer Construction
3/4"all-wood sides; dovetail joinery
*Prior to processing
Drawer bottom is 1/4"with birch clear-coated plywood, fully captured in box sides, front and back.

QuietClose Guides fully concealed, nylon roller runners, self-aligning guides.
Our QuietClose premium full-extension guide provides a gentle, controlled self-closing that engages when the drawer is 2 inches from the cabinet, The drawer features smooth ball-bearing operation with a 70lb load capacity.

Value Deawer Option
5/8"melamine drawer box is standard on the following door
styles:Batton,Carlisle Woodgrain, Cavette, Kane, Marshall, Murphy,Nelson and Newton.
Fully concealed nylon roller runners and self-aligning guieds

Tandem Metal Drawer Option
Double-walled metal sides.
Melamine back and bottom.
Drawer front attaches directly to the drawer box sides,
Concealed, undermounted, full-extension guides and QuietClose self-closing mechanism.






### I-Beam Braces
1/2"thick I-beam braces integrate sides, back and face frame for construction, shipping and optimal installation stability.

### Captured,Dovetail Drawer
Clear-coated 3/4" nominal thick solid wood box constructed with furniture-quality dovetail joinery andfully captured, laminated bottom.

# Drawing and specification



Filed By: Rsbomberger@dhia.com; Filed Date: 7/3/19 11:51:50 AM; Submission Status: Approved

Barcode:3856920-01-A-570-106 INV - Investigation -

The cabinet specifcations combines product information, illustrations and features all into one easy–to–use reference manual.

How to read CaBinet iteM Code

**W36**1872

wall Cabinet
width
depth
height

*Example:*

**B30** 34-1/2 24

Base Cabinet
width
Height and/or depth not listed in the code of standard cabinets



## KiTCHen  CaBineT diMension

Thermofoil door style (HJPT-09)

- 1 – Standard 34–1/2"
- 2 - 6" on K10, M01, A7, K8, K3
  7" on J5, CO66, S1, S8
- 3 - 23" on K10, M01, A7, K8, K3
  22" on J5, CO66, S1, S8
- 4 - Standard 4-1/2"
- 5 - Standard 2-1/2"
- 6 - Standard 24" (To the face frame)
- 7 – Standard 3/4"
- 8 - 11-3/8" on K10, M01, A7, K8, K3
  10-7/8" on J5, CO66, S1, S8
- 9 - 11-3/8" on K10, M01, A7, K8, K3
  10-7/8" on J5, CO66, S1, S8

## VaniTY  CaBineT diMension



- 1 – Standard 33"
- 2 - 6" on K10, M01, A7, K8, K3
  20" on J5, CO66, S1, S8
- 3 - 21-3/8" on K10, M01, A7, K8, K3
  20" on J5, CO66, S1, S8
- 4 - Standard 4-1/2"
- 5 - Standard 2-1/2"
- 6 - Standard 21" (To the face frame)
- 7 – Standard 3/4"
- 8 - 10-5/8" on K10, M01, A7, K8, K3
  10-3/16" on J5, CO66, S1, S8
- 9 - 10-5/8" on K10, M01, A7, K8, K3
  10-3/16" on J5, CO66, S1, S8

## Wall  CaBineT diMension

- a - 36"
- b - 35-1/2" (Door dim.)
- c – 18"
- d – 17–3/4"  ( Door dim.)

**noTe**

Vanity FA#### Cabinets, 1/8" – 1/2" deviation expected.

**door opening direction: flip the w** all Cabinet to change the hinge side,
unscrew the Base Cabinet door to switch hinge side.

# Drawing and specification



**ANCIENTREE** — MANUFACTURER OF FINE CABINETRY

## BASE CABINET WITH ONE DOOR,ONE DRAWER
- B09
- B12
- B15
- B18
- B21

1 Drawer 1 Door 1 Adj. Shelf

## BASE CABINET WITH TWO DOORS,ONE DRAWER
- B24
- B27

1 Drawer 2 Doors 1 Adj. Shelf

## BASE CABINET WITH TWO DOORS, TWO DRAWERS
- B30
- B33
- B36
- B42

2 Drawers 2 Doors 1 Adj. Shelf

## BASE CABINET WITH THREE DRAWERS
- DB12-3
- DB15-3
- DB18-3
- DB21-3
- DB24-3
- DB30-3
- DB36-3

1 Small Drawer 2 Large Drawers

## BASE CORNERDIAGONAL CABINET
- CBD36

1 Full Door: 14 3/4" x 29-1/4"
2 Wooden Round Susans

## BASE SUPER SUSAN CABINET
- Ls3612

2 Doors: 10-1/2"W x 29-1/4"H
2 Wooden Kidney Shaped Susans

## BASE DIAGONAL SINK CABINET
- CSB36

Note! Back panel Not cut for Plumbing

1 Full door: 14-3/4" x 29-1/4"

## BASE BLIND CORNER CABINET (L/R)
- BBC42

1 Drawer
1 Door
No Shelf

## SINK BASE CABINET
- SB30
- SB33
- SB36
- SB42

Note! Mix 2" Pull off of the Wall When Install

2 Dummy drawers
2 Doors
No Shelf

## SPICE PULL - OUT BASE
- SP09

Note! Back panel already cut for Plumbing

Door: 8-3/4" x 29-1/4"H
3 Wooden Shelves
Standard Ball Bearing Side Glide

## SPICE DRAWER BASE CABINET
- BWRC6

5 Square Drawers: 5-3/4" x 5-1/2"
No Shelves

## WASTE BIN BASE CABINET
- BWBK18-2

1 Drawer
1 Door
1 Bin Cut-out

## BASE END CORNER CABINET
- BEC24

2 Dummy Drawers
2 Doors
1 Adj. Shelf

## WALL CABINET 12"H
- W3012
- W3612

2 Doors
No Shelf

## WALL CABINET 15"H
- W3015
- W3615

2 Doors
No Shelf

## WALL CABINET 18"H
- W3018
- W3618

2 Doors
No Shelf

## WALL CABINET 21"H
- W3021
- W3621

2 Doors
No Shelf

## WALL CABINET 24"H
- W3024
- W3624

2 Doors
1 Adj. Shelf

## WALL CABINET 30"H
- W0930
- W1230
- W1530
- W1830
- W2130

9"-21"W: 1 Door
24"-42" W: 2 Doors
2 Adj.Shelves

- W2430
- W2730
- W3030
- W3330
- W3630
- W4230

## WALL CABINET 36"H
- W0936
- W1236
- W1536
- W3336
- W2136

9"-21" W: 1 Door
24"-42"W: 2 Doors
2 Adj. Shelves

- W2436
- W2736
- W3036
- W3336
- W3636
- W4236

## WALL CABINET 42"H
- W0942
- W1242
- W1542
- W1842
- W2142

9"-21"W: 1 Door
24"-42"W: 2 Doors
3 Adj.Shelves

- W2442
- W2742
- W3042
- W3342
- W3642
- W4242

## WALL CABINET - GLASS INSERT READY - 30"H
- WM1530H
- WM1830H
- WM2436H
- WM2736H
- WM3036H

15"-18"W: 1 Door
24"-30"W: 2 Doors
2 Adj. Shelves Not Included
Matching Color interior

## WALL CABINET - GLASS INSERT - READY - 42"H
- WM1542H
- WM1842H
- WM2442H
- WM2742H
- WM3042H

15"-18"W: 1 Door
24"-30"W: 2 Doors
Matching Color Interior

## REFRIGERATOR WALL CABINET
- W361227
- W361527
- W361827
- W362127
- W362427

27"Deep
12"-21"H: No Shelf
24"High: 1 Adj Shelf

## WALL BLIND CORNER CABINET - L/R
- WCC3030
- WCC3036
- WCC3042

1 Door
30" & 36"H: 2 adj. Shelves
42"H: 3 Adj. Shelves

## WALL DIAGONAL CABINET
- WDC2430
- WDC2430
- WDC2442

1 Door: 14-3/4" W
30" & 36"H: 2 Adj. Shelves
42" High: 3 Adj. Shelves

## WALL DIAGONAL CABINET - GLASS INSERT READY
- WMDC2430H
- WMDC2436H
- WMDC2434H
- WMDC2736019H
- WMDC2742191

1 Door: 14-3/4" W
30" & 36"H: 2 adj. Shelves Not Included
42" High: 3 adj. Shelves NotIndudaed
Matching Color Interior
Shown In 42" High x 15" Deep

## APPLIANCE GARAGE / COUNTER TAMBOUR
- AG2418
- AG2718

All-wood
Standard 18" High
24", 27" Deep

## WALL END CORNER CABINET
- WEC1230
- WEC1236
- WEC1242

2 Doors: 8-3/4"W
30" & 36" High: 2 Adj. Shelves
42"High: 3 Adj. Shelves

## MICROWAVE CABINET - OPEN SHELF
- WBL2730
- WBL2736
- WBL2742

2 Doors
1 Open Shelf
Opening: 24" W x 16"H
Shelf Overhang: 5-1/4"

## BASE END OPEN SHELF (L/R)
- BE509

9"W X 24"D
3 Fixed Shelves
Matching Color Finish
Specify Left or Righ When ordering Assembly

## WALL END OPENSHELF (L/R)
- WES0930
- WES0936
- WES0942

9"W X 12"D
30" & 36" High: 3 Fixed Shelves
42" High: 4 Fixed Shelves
Matching Color Finish

## WALL SPICE DRAWER CABINET
- WWRC6

5 Drawers: 5-3/4" x 5-1/2"
30" Wide
6" HIGH
12" DEEP

## TAPERED WOOD HOOD
- RHE3624
- RHE4224

36", 42" Wide
24" High
9" Deep

## WINE RACK
- 30WR
- 36WR

15"High
30WR: 10 compartments
36WR: 14 compartments

## GLASS RACK
- 30GR
- 36GR

ALL-wood
1-1/2" high
Matching Color Finish

## PLATE RACK CABINET
- WDC3018
- WDC3618

All-Wood
18"H with 15"H Opening
WCD3018: 10 Plates
WCD3618: 12 Plates

## KNEE DRAWER
- FD24
- FD30

21"Deep

## ROLL-OUT TRAY STANDARD SIDE GLIDE
- RD15
- RD18
- RD21
- RD24
- RD27
- RD30
- RD33
- Rd36

## PANTRY CABINET - WITH ROLL-OUT TRAYS
- WP188427
- WP189027
- WP189627

- WP248427
- WP249027
- WP249627

- WP308427
- WP309027
- WP309627

18"Wide: 2 Doors
24" & 30" Wide: 4 Doors
3 Roll outs with Ball Bearing Glide
1 Shelf in the bottom box

84" & 90"H: 2 Adj. Shelves in the Top Box
96"H 3 Adj. Shelves in the Top Box
Upper Door: 30",36",42"H
Lower Door: 49-1/2"H

## OVEN CABINET-SINGLE
- OC308427
- WP309027
- OC309627
- OC338427
- OC339027
- OC339627

27"Deep
2 Doors: 12", 18", 24" H

## OVEN CABINET - DOUBLE
- OC308427WO
- OC309027WO
- OC309627WO
- OC338427WO
- OC339027WO
- OC339627WO

27"Deep
1 Drawer: 7-1/2"H
2 Doors: 12", 18",24"H

## DUMMY DOOR - FULL DOOR
- W1230F
- W1236F
- W1242F
- W1536F
- W1542F

- BDD21
- BDD24

21"W x 28".H (Vanity)
Predrilled Hinge Holes
3/4" Thick

## DUMMY DOOR - TALL DOORS
- BDD8424
- BDD9024
- BDD9624
- BDD8427
- BDD9027
- BDD9627

4 Dummy Doors
84", 90",96"High
24",27" Deep
3/4" Thick

No Face-frame
Use it for Tall Cabinets
Predrilled high Holes

## DISHWASHER RETURN PANEL
- DWR (L/R)

3" Return Filler
23-1/4" Deep Panel
34-1/2" High

# Drawing and specification

**AncienTree** — MANUFACTURER OF FINE CABINETRY





**REFRIGERATOR RETURN PANEL**
- RRP8427
- RRP9027
- RRP9627
- RRP9627*3/4

2 Return Filler
26-1/2" Deep Panel
84"&96" High
Option 1-1/2" Return Filler
Sold separately

**FINISHED SKIN PANEL**
- BP3696
- BP9636

1/4" Thick
36" Wide
96" High
BP3696: Short Grain
BP9636: Long Grain

**FILLER RETURN PANEL**
- DER30F
- DER36F
- DER42F

3" Wide Return Filler
15" Deep
30",36",42"High

**WALL FILLER**
- WF330
- WF336
- WF342
- WF630
- WF636
- WF642
- WF1236

All-Wood
3",6,12" Wide
30",36",42"High
Matching Finish One Side

**BASE FILLER**
- BF3
- BF6

All-wood
3" or 6" Filler
Toe-Kick Attached

**TOE-KICK**
- TK8

4-1/2" High
1/4" Thick
96" Long

**SCRIBE MOLDING**
- SM8

3/4" Wide
1/4" Thick
96" Long

**OUTSIDE CORNER MOLDING**
- OCM8

3/4" Deep
3/4" Wide
1/4" Thick
96" Long

**QUARTER ROUND MOLDING**
- QRM10

Q3/4" Deep
3/4" Wide
96" Long

**TALL FILLER**
- CM34-3
- CM34-6
- CM34-9

3",6" Wide
3/4" Thick
96" Long

**COVE MOLDING**
- ST8

Standing Height: 2-1/4"
Standing Depth: 2-1/8"

**CROWN MOLDING**
- CM8

Standing Height: 2-1/8"
Standing Depth: 1-5/8"

**CROWN MOLDING - WITH BASE -SMALL**
- ACM8 3-1/4

Standing Height: 2-1/8"
Standing Depth: 3-3/4"

**CROWN MOLDING - WITH BASE - LARGE**
- ACM8 5-1/4

Standing Height: 3-3/4"
Standing Depth: 5-1/4"

**CROWN DENTIL MOLDING - WITH BASE - SMALL**
- CCM8-B

Standing Height: 3"
Standing Depth: 3-1/4"

**CROWN DETIL MOLDING - WITH BASE - LARGE**
- CCM8-A

Starting Height: 4"
Starting Depth: 4"
96" Long

**DENTIL MOLDING**
- WDM8

2-1/4 Wide
3/4" Thick
96" Long

**OGEE MOLDING**
- OGM8

3" Wide
3/4" Thick
96" Long

**BASE MOLDING**
- BM8

3/4" Thick
96" Long

**LIGHT RAIL MOLDING**
- TLR8-A

1-1/2" Wide
2-1/4" Deep
96" Long

**CHAIR RAIL MOLDING - 1/4**
- CR8

1-1/8" Wide
3/4" Thick
96" Long

**FLUTED FILLER**
- PCVFF3

3" Wide
3/4" Thick
96" Long

**FLUTED BLOCK**
- BB3*4
- FB3*3

Plinth - BB3*4: 3"W x 4"H
Rosette- FB3*3: 3"W x 3" H

**FRIEZE VALANCE**
- V30A
- V36A
- V42A
- V54A
- V60A

4-1/2" Deep
3/4" Thick
30"-60" Long

**ARCH VALANCE**
- V30B
- V36B
- V42B
- V48B
- V54B
- V60B

4-1/2" Deep
3/4" Thick
30"-60" Long

**ARCH VALANCE - FLATE LARGE**
- RPV38
- RPV42
- RPV54
- RPV60

36"-60" Wide
8"High
3/4" Thick
15"High

**CORBEL - TALL GRAPE**
- OLC318

3-1/2 Wide
3" Deep
18"High

**CORBEL - WIDE GRAPE**
- GC58

4-1/2" Wide
5" Deep
10" High

**CORBEL -WIDE ACANTHUS**
- RC58

4-1/2" Wide
5" Deep
10" High

**CORBEL - WIDE MISSION**
- SC58

3-1/2 Wide
5" Deep
10" High

**CORBEL - NARROW ACANTHUS**
- RC313

3-1/2" Wide
8-1/4" Deep
13" High

**CORBEL - LARGE ACANTHUS**
- RC530

5-1/2" Wide
7 - 1/2" Deep
30" High

**CORBEL - LARGE MISSION**
- SC530

5 - 1/2" Wide
7" Deep
30"High

**CORBEL - EXTRA LARGE ACANTHUS**
- CB34 1/2A

6-1/4" Wide
8-1/2" Deep
34-1/2" High

**POST - FULL TRADITIONAL**
3" × 34 1/2

3" Wide
3" Deep
34-1/2" High

**POST - FULL ROPE**
- Rp34 ½

3" Wide
3" Deep
34-1/2" High

**POST - SPLIT ROPE**
- RPS18
- RPS24
- RPS30
- RPS36
- RPS42

2" Wide
3/4" Thick
18"-42"High

**ONLAY - GRAPE**
- GRPO

20" Wide
3" Thick
4"-12" High

**ONLAY - LEAF**
- RRPO

20" Wide
3" Thick
4"-12" High

**ONLAY - SMALL GRAPE ORNAMENT**
- SGO

3" Wide
3" Deep
3/4" Thick

**ONLAY - SMALL LEAF ORNAMENT**
- RGO

3" Wide
4" High
3/4" Thick

**KEY STONE**
- Rp34 ½

Top 6" W & Bottom 4" W
12" High
3/4" Thick

**Vanity Cabinets**
- CO12

33"High
21"Deep
2 Doors: 27 3/4"H
1 Shelf

**VANITY - BASE CABINET**
- VA09
- VA12
- VA15
- VA18
- Va21

33"High
21"Deep
1 Drawer
1 Door
1 Adj.shelf

**VANITY- BASE CABINET**
- VDB09
- VDB12
- VDB15
- VDB18
- VDB21
- VDB24

20" Wide
3/4" Thick
4-1/2" High

**VANITY SINK CABINET**
- VA2421
- VA3021

33" High
21" Deep
1 Dummy Drawer
2 Doors
No Shelf

**ONLAY - SMALL LEAF ORNAMENT**
- VD3021 L
- VD3021 R

33" High
21" Deep
1 Dummy Drawer
2 Drawers: 12"W
2 Doors: 18"W
No Shelf
Door on Right

**VANITY SINK BASE COMBO**
- VAD3621L
- VAD3021R

33" High
21"Deep
1 Dummy Drawer
2 Drawers: 12"W

2 Doors: 12" W
No Shelf
Door on Right

**VANITY SINK CABINET COMBO**
- VAD4821
- VAD6021

33" High
21" Deep
1 Dummy Drawer
6 Drawers: 12"W

2 Doors: 12" on VAD4821
18" on VAD6021
No Shelf

**VANITY SINK CABINET COMBO**
- VAD6021DD

33"High
21" Deep
2 Dummy Drawers
3 Drawers: 12" W
4 Doors: 12" W
No Shelf

**VANITY LINEN CABINET**
- VL188124P

18" Wide
81" High
24" Deep
2 Doors: 47-7/8" & 27-3/4"
4 Shelves

**VANITY MIRROR**
- VAM2427
- VAM3027

Wooden Frame
Beveled Edge Mirror
Not Tempered

27 | /28

Barcode:3856920-01 A-570-106 INV - Investigation -



# F Q A

**1. Where is your factory? What's your nearest port?**
A. Our factory is located in Hongze County, Jiang Su Province. The nearest port is Lianyungang port and shanghai port.

**2. How could arrive your factory. (map)**
A. flight: Shanghai PVG airport -- Lianshui Airport
1 hour via flight and 30 min from airport to factory via car
B. Fast speed train: Shanghai HongQiao fast train station -- NanJing station 1.5 hour via fast train and 1.5 hour from Nanjing to factory via car
C. Car: Shanghai -- HongZe, JiangSu 5 hours

**3. How about the land area? How is the factory equipment?**
A. The factory coverage is 35,000m2.

**4. How long have you been in the Kitchen cabinet manufacturing business?**
A. We started cabinet manufacturing & exporting from 2001 and move to the new location in 2017. We have our own exporting license.

**5. What's the minimum quantity from your side?**
A. As a manufacturer, Our minimum quantity is one full container of 40FT.

**6. How many cabinets can be put into a 40HC container?**
A. As for Ready-To-Assemble (RTA) cabinet, we can put 800pcs. If it's assembled in the factory, we can put 200 pcs.

**7. What's the wood material you're using?**
A. We have big material inventory of Oak, Maple, Birch, Beech, Rubberwood and Bamboo. We can also work on PVC, Melamine and HPL orders for our customers.

**8. Can you manufacture frameless cabinets?**
A. In addition to US standard framed cabinet line, we manufacture frameless cabinets each month.

**9. Do you sell cabinets to your domestic market?**
A. All of our cabinets are exported to foreign markets now that US & Canada are our main markets.

**10. How is production process constructed ?**
A. 1. stock material warehouse ( we normally have 3 month in stock for material)
2. wood preparation workshop
3. door front manufacturing workshop
4. cabinet carcass manufacturing workshop
5. painting stain workshop
6. package workshop

# F Q A

**11. How do you control the quality of production ?? How to keep the goods consistence for each shipment?**
A. We have quality control department and the manager is our vie-president. each workshop has on site Q/C to check the product quality full time for each order. each shipment has the recorder sample and information of color, door profile, construction for next shipment comparison to meet the consistence.

**12. How is the production lead-time and payment term?**
A. The production lead-time is 60 days for initial order and 30-45days for repeat order.
Our payment term is 1. 30% T/T wire after Sales contract approval and 70% balance wire after copy of shipping documents
2. 100% L/C at sight

**13. How long is the warrnity time ? How is the?**
A. The warranty time is one year. If customer received the inferior parts and send us the pictures. We will make free replacement immediately and send it via sea delivery.

**14. What's your factory advantage than other competitor ?**
A. stable material supplier and enough stock material in warehouse. The stable material supplier make sure the quality consistence enough material make sure customer order delivery on time as agreed.
more than 10 years experience on kitchen cabinet industry
experienced workers. the management stuff all have more than 5 years experience on this industry laboratory to control the material quality standard.
On site quality control team in each workshop
Continous training for different quality standard, customer complaints and new workers training

JA 13

Petitioner, Surrogate Country Comments (July 16, 2019)
PR 898

Barcode:3863793-01 A-570-106 INV - Investigation -



**PUBLIC DOCUMENT**

July 16, 2019

| |
|---|
| Case No. A-570-106 |
| Total Pages: 7 |
| Investigation |
| AD/CVD Operations, E&C Office V |
| **PUBLIC DOCUMENT** |

The Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
Attn: Enforcement and Compliance
APO/Dockets Unit, Room 18022
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

> Re:   ***Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China:*** Surrogate Country Comments

Dear Secretary Ross:

On behalf of the American Kitchen Cabinet Alliance ("Petitioner"), we hereby submit the following surrogate country comments for the Department of Commerce's ("Department") consideration in the above-referenced investigation. This submission is timely filed.[1]

On June 17, 2019, the Department provided a list of six countries identified by the Office of Policy as economically comparable to China and likely to have good data availability and quality for the purposes of this administrative review.[2] The list includes Brazil, Mexico, Romania, Malaysia, Russia, and Kazakhstan.[3] With respect to the first element of the

---

[1]    Letter from Sec'y Commerce to All Interested Parties, re: *Antidumping Duty Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Request for Economic Development, Surrogate Country and Surrogate Value Comments and Information* (June 17, 2019).

[2]    *Id.* at Attachment.

[3]    *Id.*

Barcode:3863793-01 A-570-106 INV - Investigation -

The Honorable Wilbur L. Ross, Jr.
July 16, 2019                                                     **PUBLIC DOCUMENT**
Page 2

Department's surrogate country analysis – that a surrogate country be "at a level of economic

development comparable" as the subject country – the Department's June 17th letter found that

the six countries "are at the same level of economic development as China in terms of per capita

gross national income (GNI)."[4] Thus, this first element appears to be settled.

The Department requested that parties submit comments on surrogate country selection

addressing the remaining criteria outlined in Policy Bulletin 04.1, *Non-Market Economy*

*Surrogate Country Selection Process*:[5]

> (1) Information on whether the country is a significant producer of merchandise
>     comparable to the merchandise subject to this review;
>
> (2) Information regarding data availability and quality of the data available within
>     that single country for the major factors of production used to produce the
>     merchandise subject to this review; and
>
> (3) Information regarding data availability and quality of financial statements
>     available within that country for producers of merchandise identical or
>     comparable to the merchandise subject to this review.

Pursuant to the Department's instructions and solicitation, Petitioner presents the following

information and comments with respect to these criteria.

Petitioner cannot at this time take a position regarding which country represents the

"best" option for the primary surrogate country in this proceeding because the factors of

production from the three mandatory respondents have not yet been submitted. Consequently,

although known by respondents, the availability and quality of the surrogate data from these

countries cannot yet be determined by Petitioner. However, Petitioner can comment on whether

the listed countries are significant producers of comparable merchandise.

---

4        *Id.* at 1.

5        *See id.* at 1-2.

Barcode:3863793-01 A-570-106 INV - Investigation -

The Honorable Wilbur L. Ross, Jr.
July 16, 2019                                                    **PUBLIC DOCUMENT**
Page 3

The Department has found that "{t}he legislative history provides that the term 'significant producer' includes any country that is a significant 'net exporter' and it does not preclude reliance on additional or alternative metrics."[6]   The Department should use HTS categories 9403.40, 9403.60, and 9403.90 to determine net exporters as these HTS categories are used for entries of subject merchandise.[7]   As already demonstrated in Dalian Meisen Woodworking Co., Ltd.'s comments on the surrogate country list, Brazil, Mexico, Romania, Malaysia, and Russia are net exporters of comparable merchandise by quantity when all three HTS categories are combined, and each of these countries has substantial exports of subject merchandise.[8]   Consequently, all five countries should be considered significant producers of comparable merchandise.  On the other hand, Kazakhstan is a huge net importer with hardly any exports and, therefore, should be excluded from the list of viable surrogate countries.[9]

Petitioner is continuing to assess the viability of these countries as they relate to the suitability of surrogate values.  Preliminary research on the likely surrogate values indicates that there could be significant differences in quality and availability of data among the various countries on the list.  However, because section D responses have not been filed and the surrogate values are not due until July 26, 2019, it is impossible to determine which country

---

[6]      *Certain Activated Carbon From the People's Republic of China: Preliminary Results of the Fourth Antidumping Duty Administrative Review, and Intent To Rescind in Part*, 77 Fed. Reg. 26,496, 26,499 (May 4, 2012) (footnote omitted) ("The GTA data demonstrates that Indonesia, the Philippines, and Thailand were significant net exporters of identical merchandise in 2010. Accordingly, because Colombia, South Africa and Ukraine are not significant net exporters of activated carbon under HTS 3802.10, these countries will not be considered for primary surrogate country selection purposes at this time." (footnote omitted)).

[7]      *See Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Initiation of Less-Than-Fair-Value Investigation*, 84 Fed. Reg. 12,587 (Apr. 2, 2019) at Appendix (Scope).

[8]      *See* Letter from Husch Blackwell to Sec'y Commerce, re: *Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:  Surrogate Country Comments* (July 5, 2019) at Exhibit 1.

[9]      *Id.*

The Honorable Wilbur L. Ross, Jr.
July 16, 2019                                                    **PUBLIC DOCUMENT**
Page 4

offers the best and most reliable data at this time.   Nonetheless, Brazil, Mexico, Romania,

Malaysia, and Russia are all market economy countries at a level of economic development that

is comparable to China and are significant producers of comparable merchandise.   Therefore,

pursuant to the Department's practice, the country which offers the best quality data available

should be selected as the primary surrogate country in this investigation.

<p style="text-align:center">*        *        *</p>

If you have any questions regarding this submission, please do not hesitate to contact us.

Respectfully submitted,

Timothy C. Brightbill, Esq.
Laura El-Sabaawi, Esq.
Jeffrey O. Frank, Esq.

*Counsel to the American Kitchen Cabinet Alliance*

JA 14

Ancientree, Surrogate Country Comments (July 16, 2019)
PR 899

LAW OFFICES OF

deKIEFFER & HORGAN, PLLC
1090 VERMONT AVENUE, N.W.
SUITE 410
WASHINGTON, D.C. 20005

| | | |
|---|---|---|
| GREGORY S. MENEGAZ<br>TEL 202-783-6900 | AFFILIATED OFFICE:<br>SAARBRÜCKEN, GERMANY | GMENEGAZ@DHLAW.COM<br>DHLAW.COM |

July 16, 2019

<u>Electronic Filing</u>

Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
Room 18022
U.S. Dept. of Commerce
Washington, D.C. 20230

A-570-106
Investigation
POI: 07/01/2018-12/31/2018
AD/CVD Operations

**Public Document**

> **RE:** ***Wooden Cabinets and Vanities from the People's Republic of China:***
> **Surrogate Country Comments**

Dear Mr. Secretary:

On behalf of The Ancientree Cabinet Co., Ltd ("Ancientree"), a Chinese exporter of

wooden cabinets and vanities, we hereby comment on the surrogate country in the above-

captioned investigation. *See* Dep't SC SV Deadline Memorandum (June 17, 2019).

As the Department's letter and attached memorandum indicate, the Department's

"economic comparability" determination, *i.e.*, the list of countries most comparable to China, is

the result of the ranking of per capita "Gross National Income" published in the World

Development Report. *Id.* The Department's list is a selection of countries with closest *per*

*capita* GNI to China that the Department purports are most likely to have good data and

availability. These countries are Romania, Malaysia, Russia, Mexico, Brazil, and Kazakhstan.

Ancientree submits that Malaysia or Romania are suitable choices for a surrogate country

in this proceeding.  Romania and Malaysia are on the Department's list of economically

comparable countries.  *Id.* at Attachment 1 (World Bank Indicators – *per capita* GNI 2017).

Barcode:3863835-01 A-570-106 INV - Investigation -

After economic comparability, the Department considers a country's significant production of comparable merchandise.  The Department normally considers this factor by looking at whether a country exports identical or comparable merchandise.  **Attachment 1** contains world export data for HTS 9403.40 and 9403.60, which include subject merchandise.  Romania and Malaysia are top world exporters of comparable merchandise and significant exporters among the listed surrogate countries.

Finally, the Department also considers the quality and availability of data in selecting a primary surrogate country.  The Department has relied upon Romania and Malaysia as the primary surrogate country in other proceedings, finding both countries have available quality data.  As the record develops, the data quality and data availability in the potential surrogate countries will be made evident.

Please let us know if you have any questions regarding this submission.

Sincerely,

Gregory S. Menegaz
J. Kevin Horgan
Judith L. Holdsworth
Alexandra Salzman

2

# The Ancientree Cabinet Co.,Ltd

Add: highway 328 east, the 5th east road north, Hongze, Jiangsu, China
Tel: +86-517-87266910 Fax:+86-517-87266810 Email:jenny@ancientree.com
Website: www.ancientree.com

## COMPANY CERTIFICATION

I, **Jenny Shen, Export Manager**, currently employed by **The Ancientree Cabinet Co., Ltd.,** certify that I prepared or otherwise supervised the preparation of the attached **Surrogate Country Comments dated July 16, 2019**, pursuant to the **Antidumping Duty Investigation on Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China, A-570-106**.   I certify that the public information and any business proprietary information of **The Ancientree Cabinet Co., Ltd.** contained in this submission is accurate and complete to the best of my knowledge.   I am aware that the information contained in this submission may be subject to verification or corroboration (as appropriate) by the U.S. Department of Commerce. I am also aware that U.S. law (including, but not limited to, 18 U.S.C. 1001) imposes criminal sanctions on individuals who knowingly and willfully make material false statements to the U.S. Government.   In addition, I am aware that, even if this submission may be withdrawn from the record of the AD/CVD proceeding, the U.S. Department of Commerce may preserve this submission, including a business proprietary submission, for purposes of determining the accuracy of this certification.   I certify that a copy of this signed certification will be filed with this submission to the U.S. Department of Commerce.

Signature: *Jenny Shen*

Date: 7/16/19

## REPRESENTATIVE CERTIFICATION

I, **Alexandra H. Salzman** with **deKieffer & Horgan, PLLC,** Counsel to **The Ancientree Cabinet Co., Ltd,** certify that I have read the attached submission of **Surrogate Country Comments** filed on **July 16, 2019** pursuant to the **Antidumping Duty Investigation on Wooden Cabinets and Vanities from the People's Republic of China, A-570-106.** In my capacity as Representative of this submission, I certify that the information contained in this submission is accurate and complete to the best of my knowledge. I am aware that U.S. law (including, but not limited to, 18 U.S.C. 1001) imposes criminal sanctions on individuals who knowingly and willfully make material false statements to the U.S. Government. In addition, I am aware that, even if this submission may be withdrawn from the record of the AD/CVD proceeding, the U.S. Department of Commerce may preserve this submission, including a business proprietary submission, for purposes of determining the accuracy of this certification. I certify that a copy of this signed certification will be filed with this submission to the U.S. Department of Commerce.

Signature:

Date: 7/16/19

# PUBLIC CERTIFICATE OF SERVICE

**Wooden Cabinets & Vanities**
**from the People's Republic of China**
**A-570-106**
**Investigation**

The undersigned hereby certifies that a copy of the foregoing submission was served upon the following parties by electronic mail on July 16, 2019:

Timothy C. Brightbill, Esq.
**Wiley Rein LLP**
1776 K Street, NW
Washington, DC 20006

Jeffrey S. Neeley, Esq.
**Husch Blackwell LLP**
750 17th Street, NW
Suite 900
Washington, DC 20006

Bruce M. Mitchell, Esq.
**Grunfeld Desiderio Lebowitz Silverman Klestadt, LLP**
1201 New York Avenue NW
Suite 650
Washington DC 20005

Matthew R. Nicely, Esq.
**Hughes Hubbard & Reed LLP**
1775 I Street, NW
Suite 600
Washington, DC 20006-2401

Kristin H. Mowry, Esq.
**Mowry & Grimson PLLC**
5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015

Jaehong David Park, Esq.
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave., N.W.
Washington, DC 20001

Matthew T. McGrath, Esq.
**Barnes Richardson & Colburn**
1200 New Hampshire Ave., NW
Suite 725-B
Washington, DC 20036

Kristen Smith, Esq.
**Sandler, Travis & Rosenberg, P.A.**
1300 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20004-3002

Mark Ludwikowski, Esq.
**Clark Hill PLC**
1001 Pennsylvania Ave., NW
Suite 1300 South
Washington, DC 20004

Adams Lee, Esq.
**Harris Bricken McVay Sliwoski, LLP**
600 Stewart Street,
Suite 1200
Seattle, WA 98101

Peggy A. Clarke, Esq.
**Law Offices of Peggy A. Clarke**
1325 G Street, NW
Suite 500
Washington, DC 20005

Matthew J. McConkey, Esq.
**Mayer Brown, LLP**
1999 K Street, NW
Washington, DC 20006-1101

Robert George Gosselink, Esq.
**Trade Pacific PLLC**
660 Pennsylvania Avenue, SE
Suite 401
Washington, DC 20002

Chunlian Yang, Esq.
**Alston & Bird, LLP**
950 F Street, NW
Washington, DC 20004-1404

1

Jiaxi Jiang
**Jurisino Law Group**
Global Finance & News Center,
2nd Floor, Tower B, 1A Xuanwumenwai Avenue,
Xicheng District, Beijing 100052, China

Gregory Ewing
**CKR Law LLP**
700 12th Street NW
Suite 700
Washington, DC 20005

Ronald M. Wisla, Esq.
**Fox Rothschild LLP**
1030 15th Street, NW
Suite 380
Washington, DC 20005

George Tuttle
**Law Offices of George R. Tuttle**
1100 Larkspur Landing Circle
Suite 385
Larkspur, CA 94939

Nathan Garrett Bush, Esq.
**DLA Piper LLP (US)**
500 8th Street, NW
Washington, DC 20004

Rosa S. Jeong, Esq.
**Greenberg Traurig, LLP**
2101 L Street NW
Suite 1000
Washington DC 20037

David Craven, Esq
**Craven Trade Law LLC**
3744 N Ashland
Chicago, IL 60613

Richard F. O'Neill
**Neville Peterson LLP**
500 Yale Ave. N.
Suite 221
Seattle, WA 98109

Hui Han
**Beijing Chang An Law Firm**
F9/10, Zhongjian Building,
No. 18 Xibahe Dongli,
Chaoyang District, Beijing, China

Matthew L. Kanna, Esq.
**Arent Fox LLP**
1717 K Street, NW
Washington, DC 20006-5344

Shengxing Yu
**Hiways Law Offices**
69 Dongfang Road, Tower A, 15th Floor,
Eton Place, Pudong, Shanghai, 200120

Harbin Hongsen
**Harbin Hongsen Wood Co. Ltd.**
Kaoshan Villiage, Nangang District,Harbin,China

Mark B. Lehnardt
**Baker & Hostetler LLP**
1050 Connecticut Ave., NW
Suite 1100
Washington, DC 20036-5304

Xue Rong Yuan
**Shanghai New Union Textra Import & Export
Co., Ltd.**
No. 1341 Yuyuan Road
Shanghai, China

---

/s/ Betsy Baber

**Betsy Baber**

Filed By: bbaber@dhlaw.com, Filed Date: 7/16/19 2:40 PM, Submission Status: Approved

Barcode:3863835-01 A-570-106 INV - Investigation  -

# Attachment 1

Filed By: bbaber@dhlaw.com, Filed Date: 7/16/19 2:40 PM, Submission Status: Approved

UN Comtrade Export Data

Barcode:3863835-01 A-570-106 INV - Investigation -

| Year | Trade Flow | Reporter | Partner | Commodity Code | Commodity | Alt Qty Unit | Alt Qty | Netweight (kg) |
|---|---|---|---|---|---|---|---|---|
| 2017 | Export | China | World | 940360 | Furniture; woode | Number of items | 108564945 | 2,440,993,892 |
| 2018 | Export | Poland | World | 940360 | Furniture; woode | Number of items | 25663400 | 1,317,057,136 |
| 2017 | Export | Poland | World | 940360 | Furniture; woode | Number of items | 32525986 | 1,249,998,163 |
| 2017 | Export | China | World | 940340 | Furniture; woode | Number of items | 35407158 | 602,646,026 |
| 2018 | Export | Germany | World | 940340 | Furniture; woode | Number of items | 49260750 | 459,242,325 |
| 2017 | Export | Germany | World | 940340 | Furniture; woode | Number of items | 48470600 | 437,749,780 |
| 2018 | Export | Lithuania | World | 940360 | Furniture; woode | Number of items | 6033177 | 376,656,576 |
| 2017 | Export | Lithuania | World | 940360 | Furniture; woode | Number of items | 8243628 | 369,236,728 |
| 2017 | Export | Germany | World | 940360 | Furniture; woode | Number of items | 21044237 | 363,495,400 |
| 2018 | Export | Germany | World | 940360 | Furniture; woode | Number of items | 13632822 | 352,789,879 |
| 2018 | Export | Italy | World | 940360 | Furniture; woode | No Quantity | 0 | 349,888,286 |
| 2017 | Export | Viet Nam | World | 940360 | Furniture; woode | Number of items | 23556094 | 329,423,196 |
| 2017 | Export | Italy | World | 940360 | Furniture; woode | No Quantity | 0 | 320,995,396 |
| 2018 | Export | Sweden | World | 940360 | Furniture; woode | Number of items | 4128183 | 315,485,520 |
| 2017 | Export | Sweden | World | 940360 | Furniture; woode | Number of items | 6051520 | 306,721,609 |
| 2017 | Export | Indonesia | World | 940360 | Furniture; woode | Number of items | 11900474 | 257,873,111 |
| 2018 | Export | Indonesia | World | 940360 | Furniture; woode | Number of items | 7989418 | 243,011,597 |
| 2018 | Export | Austria | World | 940360 | Furniture; woode | Number of items | 633758 | 209,494,772 |
| 2017 | Export | Denmark | World | 940360 | Furniture; woode | Number of items | 7542828 | 179,378,608 |
| 2018 | Export | Denmark | World | 940360 | Furniture; woode | Number of items | 5104644 | 174,583,362 |
| 2018 | Export | Romania | World | 940360 | Furniture; woode | Number of items | 4988626 | 172,477,836 |
| 2017 | Export | Romania | World | 940360 | Furniture; woode | Number of items | 6695558 | 172,308,177 |
| 2018 | Export | Italy | World | 940340 | Furniture; woode | Number of items | 19861590 | 152,939,995 |
| 2018 | Export | Belarus | World | 940360 | Furniture; woode | Number of items | 2136588 | 144,830,727 |
| 2017 | Export | Italy | World | 940340 | Furniture; woode | No Quantity | 0 | 143,237,332 |
| 2017 | Export | France | World | 940360 | Furniture; woode | Number of items | 7575814 | 126,925,218 |
| 2018 | Export | Malaysia | World | 940360 | Furniture; woode | Number of items | 26482007 | 124,886,225 |
| 2017 | Export | Malaysia | World | 940360 | Furniture; woode | Number of items | 22973513 | 123,663,677 |
| 2018 | Export | Turkey | World | 940360 | Furniture; woode | Number of items | 3869150 | 123,655,545 |
| 2018 | Export | Portugal | World | 940360 | Furniture; woode | Number of items | 4668405 | 113,728,080 |
| 2017 | Export | Belarus | World | 940360 | Furniture; woode | Number of items | 2673396 | 111,993,820 |
| 2017 | Export | Portugal | World | 940360 | Furniture; woode | Number of items | 6670904 | 111,367,605 |
| 2017 | Export | Spain | World | 940360 | Furniture; woode | Number of items | 8864129 | 106,321,780 |
| 2018 | Export | France | World | 940360 | Furniture; woode | Number of items | 5313466 | 106,012,818 |
| 2018 | Export | India | World | 940360 | Furniture; woode | Number of items | 6715244 | 105,508,661 |
| 2018 | Export | Spain | World | 940360 | Furniture; woode | Number of items | 5767675 | 103,538,951 |
| 2018 | Export | Slovakia | World | 940360 | Furniture; woode | Number of items | 2966486 | 100,935,868 |
| 2018 | Export | Netherlands | World | 940360 | Furniture; woode | Number of items | 5048395 | 99,226,948 |
| 2017 | Export | Turkey | World | 940360 | Furniture; woode | Number of items | 5033118 | 98,529,503 |
| 2018 | Export | Thailand | World | 940360 | Furniture; woode | Number of items | 10988108 | 96,368,650 |
| 2017 | Export | Spain | World | 940340 | Furniture; woode | Number of items | 3105919 | 92,255,764 |
| 2017 | Export | Netherlands | World | 940360 | Furniture; woode | Number of items | 7058835 | 88,899,241 |
| 2018 | Export | Brazil | World | 940360 | Furniture; woode | Number of items | 5461406 | 83,816,948 |
| 2018 | Export | Spain | World | 940340 | Furniture; woode | Number of items | 3142294 | 83,445,333 |
| 2017 | Export | Brazil | World | 940360 | Furniture; woode | Number of items | 5553089 | 81,800,256 |
| 2017 | Export | India | World | 940360 | Furniture; woode | Number of items | 6733596 | 81,207,718 |
| 2018 | Export | Austria | World | 940340 | Furniture; woode | Number of items | 247332 | 72,271,864 |
| 2018 | Export | Mexico | World | 940360 | Furniture; woode | Number of items | 5295709 | 72,102,487 |
| 2017 | Export | Poland | World | 940340 | Furniture; woode | Number of items | 2633680 | 71,033,650 |
| 2018 | Export | Ukraine | World | 940360 | Furniture; woode | Number of items | 951068 | 66,262,084 |
| 2018 | Export | Russian Federation | World | 940360 | Furniture; woode | Number of items | 1631815 | 62,910,737 |
| 2017 | Export | Czechia | World | 940360 | Furniture; woode | Number of items | 3214184 | 58,958,019 |
| 2017 | Export | Mexico | World | 940360 | Furniture; woode | Number of items | 5905070 | 56,314,527 |
| 2017 | Export | Russian Federation | World | 940360 | Furniture; woode | Number of items | 1520308 | 55,411,171 |
| 2018 | Export | Czechia | World | 940360 | Furniture; woode | Number of items | 2048093 | 54,734,452 |
| 2018 | Export | Egypt | World | 940360 | Furniture; woode | Number of items | 2732700 | 54,522,088 |
| 2017 | Export | Ukraine | World | 940360 | Furniture; woode | Number of items | 1135312 | 54,151,479 |
| 2017 | Export | Poland | World | 940340 | Furniture; woode | Number of items | 1633853 | 52,684,665 |
| 2018 | Export | United Kingdom | World | 940360 | Furniture; woode | Number of items | 2942142 | 52,653,516 |
| 2017 | Export | Egypt | World | 940360 | Furniture; woode | Number of items | 4636081 | 51,607,420 |
| 2018 | Export | Denmark | World | 940340 | Furniture; woode | Number of items | 5375070 | 51,548,918 |
| 2018 | Export | Serbia | World | 940360 | Furniture; woode | Number of items | 1046237 | 50,784,342 |
| 2017 | Export | United Kingdom | World | 940360 | Furniture; woode | Number of items | 4246797 | 48,105,959 |
| 2017 | Export | Serbia | World | 940360 | Furniture; woode | Number of items | 1417830 | 46,629,679 |
| 2017 | Export | Denmark | World | 940340 | Furniture; woode | Number of items | 4404226 | 43,715,378 |

UN Comtrade Export Data

Barcode:3863835-01 A-570-106 INV - Investigation -

| Year | Type | Country | Partner | Code | Commodity | Quantity Type | Quantity | Value |
|---|---|---|---|---|---|---|---|---|
| 2017 | Export | Viet Nam | World | 940340 | Furniture; woode | Number of items | 4295501 | 42,533,815 |
| 2017 | Export | Other Asia, nes | World | 940360 | Furniture; woode | Number of items | 1653451 | 41,914,418 |
| 2017 | Export | Austria | World | 940360 | Furniture; woode | Number of items | 3408967 | 40,225,491 |
| 2018 | Export | Latvia | World | 940360 | Furniture; woode | Number of items | 1122430 | 37,726,053 |
| 2017 | Export | Malaysia | World | 940340 | Furniture; woode | Number of items | 4244192 | 35,410,265 |
| 2017 | Export | United Arab Emirates | World | 940360 | Furniture; woode | No Quantity | 0 | 34,329,154 |
| 2017 | Export | Sweden | World | 940340 | Furniture; woode | Number of items | 1892012 | 33,709,855 |
| 2018 | Export | Malaysia | World | 940340 | Furniture; woode | Number of items | 4269491 | 33,254,470 |
| 2018 | Export | Sweden | World | 940340 | Furniture; woode | Number of items | 1751302 | 32,063,805 |
| 2017 | Export | Bosnia Herzegovina | World | 940360 | Furniture; woode | Number of items | 1275133 | 31,659,049 |
| 2017 | Export | Portugal | World | 940340 | Furniture; woode | Number of items | 1885629 | 30,801,734 |
| 2018 | Export | Bosnia Herzegovina | World | 940360 | Furniture; woode | Number of items | 898715 | 30,750,981 |
| 2018 | Export | Brazil | World | 940340 | Furniture; woode | Number of items | 967580 | 28,740,227 |
| 2017 | Export | Brazil | World | 940340 | Furniture; woode | No Quantity | 0 | 24,814,720 |
| 2018 | Export | Slovenia | World | 940360 | Furniture; woode | Number of items | 1205109 | 22,152,569 |
| 2018 | Export | Slovakia | World | 940360 | Furniture; woode | Number of items | 587863 | 20,563,709 |
| 2017 | Export | Switzerland | World | 940360 | Furniture; woode | Number of items | 1234190 | 20,079,789 |
| 2017 | Export | Slovakia | World | 940340 | Furniture; woode | Number of items | 567230 | 19,912,847 |
| 2018 | Export | Switzerland | World | 940360 | Furniture; woode | Number of items | 851125 | 19,846,829 |
| 2018 | Export | Bulgaria | World | 940360 | Furniture; woode | Number of items | 738152 | 19,368,608 |
| 2018 | Export | Russian Federation | World | 940360 | Furniture; woode | Number of items | 948616 | 18,939,047 |
| 2018 | Export | United Kingdom | World | 940340 | Furniture; woode | Number of items | 1263040 | 18,794,988 |
| 2017 | Export | France | World | 940340 | Furniture; woode | Number of items | 2152515 | 18,547,878 |
| 2017 | Export | Bulgaria | World | 940360 | Furniture; woode | Number of items | 1038088 | 18,072,102 |
| 2018 | Export | France | World | 940340 | Furniture; woode | Number of items | 1943773 | 17,552,707 |
| 2018 | Export | Ukraine | World | 940360 | Furniture; woode | Number of items | 347947 | 16,738,838 |
| 2018 | Export | Hungary | World | 940360 | Furniture; woode | Number of items | 705222 | 15,227,296 |
| 2018 | Export | Thailand | World | 940360 | Furniture; woode | Number of items | 916999 | 15,145,980 |
| 2017 | Export | Indonesia | World | 940340 | Furniture; woode | Number of items | 667779 | 15,077,072 |
| 2017 | Export | Hungary | World | 940360 | Furniture; woode | Number of items | 927348 | 14,969,415 |
| 2018 | Export | United Rep. of Tanzania | World | 940360 | Furniture; woode | Number of items | 918263 | 14,822,440 |
| 2017 | Export | Ukraine | World | 940340 | Furniture; woode | Number of items | 280227 | 14,704,085 |
| 2017 | Export | United Kingdom | World | 940340 | Furniture; woode | Number of items | 1096466 | 14,302,062 |
| 2018 | Export | Belarus | World | 940340 | Furniture; woode | Number of items | 755511 | 13,643,705 |
| 2018 | Export | Croatia | World | 940360 | Furniture; woode | Number of items | 502483 | 13,187,226 |
| 2017 | Export | Czechia | World | 940340 | Furniture; woode | Number of items | 959998 | 12,985,573 |
| 2017 | Export | United Arab Emirates | World | 940340 | Furniture; woode | No Quantity | 0 | 12,211,127 |
| 2018 | Export | Philippines | World | 940360 | Furniture; woode | Number of items | 872872 | 12,075,046 |
| 2018 | Export | Czechia | World | 940340 | Furniture; woode | Number of items | 792344 | 11,638,345 |
| 2018 | Export | Indonesia | World | 940340 | Furniture; woode | Number of items | 469296 | 11,442,771 |
| 2017 | Export | Belarus | World | 940340 | Furniture; woode | Number of items | 647391 | 11,297,764 |
| 2017 | Export | Philippines | World | 940360 | Furniture; woode | Number of items | 1149403 | 11,192,022 |
| 2018 | Export | Estonia | World | 940360 | Furniture; woode | Number of items | 645860 | 11,106,099 |
| 2018 | Export | China, Hong Kong SAR | World | 940360 | Furniture; woode | Number of items | 272208 | 10,485,721 |
| 2017 | Export | Estonia | World | 940360 | Furniture; woode | Number of items | 853786 | 10,377,859 |
| 2017 | Export | Turkey | World | 940340 | Furniture; woode | Number of items | 686431 | 10,284,727 |
| 2018 | Export | Romania | World | 940340 | Furniture; woode | Number of items | 645737 | 9,973,699 |
| 2017 | Export | Austria | World | 940340 | Furniture; woode | Number of items | 1690295 | 9,901,557 |
| 2017 | Export | Romania | World | 940340 | Furniture; woode | Number of items | 610073 | 9,515,320 |
| 2017 | Export | China, Hong Kong SAR | World | 940360 | Furniture; woode | Number of items | 299663 | 9,362,736 |
| 2018 | Export | Mexico | World | 940360 | Furniture; woode | Number of items | 672241 | 9,038,381 |
| 2018 | Export | Turkey | World | 940340 | Furniture; woode | Number of items | 686334 | 8,786,171 |
| 2018 | Export | Singapore | World | 940360 | Furniture; woode | Number of items | 371218 | 7,406,447 |
| 2018 | Export | Serbia | World | 940340 | Furniture; woode | Number of items | 311265 | 7,297,615 |
| 2018 | Export | South Africa | World | 940360 | Furniture; woode | Number of items | 604193 | 7,084,069 |
| 2017 | Export | Mexico | World | 940360 | Furniture; woode | Number of items | 534003 | 6,827,174 |
| 2017 | Export | South Africa | World | 940360 | Furniture; woode | Number of items | 683891 | 6,611,253 |
| 2017 | Export | Serbia | World | 940340 | Furniture; woode | Number of items | 299508 | 6,373,107 |
| 2017 | Export | Russian Federation | World | 940340 | Furniture; woode | Number of items | 191539 | 6,025,288 |
| 2018 | Export | Ireland | World | 940360 | Furniture; woode | Number of items | 260432 | 5,979,042 |
| 2017 | Export | Singapore | World | 940360 | Furniture; woode | Number of items | 531385 | 5,915,215 |
| 2018 | Export | Japan | World | 940360 | Furniture; woode | Number of items | 204963 | 5,776,463 |
| 2017 | Export | Ireland | World | 940360 | Furniture; woode | Number of items | 344480 | 5,696,192 |
| 2018 | Export | Hungary | World | 940340 | Furniture; woode | Number of items | 197271 | 5,650,944 |
| 2018 | Export | Rep. of Korea | World | 940360 | Furniture; woode | Number of items | 181535 | 5,434,019 |
| 2017 | Export | Hungary | World | 940340 | Furniture; woode | Number of items | 193555 | 5,184,752 |

Barcode:3863835-01 A-570-106 INV - Investigation -

| 2018 | Export | Colombia | World | 940360 | Furniture; woode | Number of items | 230058 | 5,163,939 |
|------|--------|----------|-------|--------|------------------|-----------------|---------|-----------|
| 2017 | Export | Japan | World | 940360 | Furniture; woode | Number of items | 275844 | 5,059,304 |
| 2018 | Export | Bosnia Herzegovina | World | 940340 | Furniture; woode | Number of items | 237211 | 4,388,410 |
| 2017 | Export | Netherlands | World | 940340 | Furniture; woode | Number of items | 682446 | 4,336,189 |
| 2017 | Export | Estonia | World | 940340 | Furniture; woode | Number of items | 280838 | 4,266,460 |
| 2017 | Export | Rep. of Korea | World | 940360 | Furniture; woode | Number of items | 276712 | 4,251,548 |
| 2017 | Export | Philippines | World | 940340 | Furniture; woode | Number of items | 849552 | 4,215,629 |
| 2018 | Export | Netherlands | World | 940340 | Furniture; woode | Number of items | 558244 | 4,172,221 |
| 2017 | Export | Belgium | World | 940340 | Furniture; woode | Number of items | 409548 | 4,034,660 |
| 2018 | Export | Estonia | World | 940340 | Furniture; woode | Number of items | 271986 | 3,931,537 |
| 2018 | Export | Lithuania | World | 940340 | Furniture; woode | Number of items | 412721 | 3,878,970 |
| 2017 | Export | Lithuania | World | 940340 | Furniture; woode | Number of items | 364326 | 3,706,714 |
| 2017 | Export | Jordan | World | 940360 | Furniture; woode | Weight in kilograms | 3611724 | 3,611,724 |
| 2018 | Export | Greece | World | 940360 | Furniture; woode | Number of items | 251223 | 3,581,091 |
| 2017 | Export | Rep. of Korea | World | 940340 | Furniture; woode | Number of items | 192577 | 3,377,089 |
| 2018 | Export | Rep. of Korea | World | 940340 | Furniture; woode | Number of items | 154653 | 3,340,900 |
| 2017 | Export | Bosnia Herzegovina | World | 940340 | Furniture; woode | Number of items | 179631 | 3,322,457 |
| 2018 | Export | Slovenia | World | 940340 | Furniture; woode | Number of items | 225070 | 3,307,424 |
| 2018 | Export | Kuwait | World | 940360 | Furniture; woode | Number of items | 22789 | 2,718,252 |
| 2017 | Export | Greece | World | 940360 | Furniture; woode | Number of items | 271361 | 2,659,369 |
| 2017 | Export | Kuwait | World | 940360 | Furniture; woode | Number of items | 55417 | 2,462,743 |
| 2017 | Export | Rep. of Moldova | World | 940340 | Furniture; woode | Number of items | 98339 | 2,461,377 |
| 2018 | Export | Rep. of Moldova | World | 940340 | Furniture; woode | Number of items | 97888 | 2,416,152 |
| 2017 | Export | Lebanon | World | 940360 | Furniture; woode | Number of items | 281163 | 2,399,554 |
| 2018 | Export | North Macedonia | World | 940360 | Furniture; woode | Number of items | 51048 | 2,288,182 |
| 2017 | Export | North Macedonia | World | 940360 | Furniture; woode | Number of items | 60506 | 2,124,353 |
| 2017 | Export | Greece | World | 940340 | Furniture; woode | Number of items | 117737 | 2,070,031 |
| 2017 | Export | Finland | World | 940360 | Furniture; woode | Number of items | 287650 | 1,962,749 |
| 2018 | Export | Colombia | World | 940340 | Furniture; woode | Number of items | 34085 | 1,685,830 |
| 2018 | Export | Finland | World | 940360 | Furniture; woode | Number of items | 130125 | 1,662,008 |
| 2018 | Export | Australia | World | 940360 | Furniture; woode | Number of items | 81644 | 1,628,940 |
| 2017 | Export | Morocco | World | 940360 | Furniture; woode | Number of items | 122071 | 1,568,624 |
| 2017 | Export | Colombia | World | 940340 | Furniture; woode | Number of items | 31000 | 1,480,175 |
| 2018 | Export | China, Hong Kong SAR | World | 940340 | Furniture; woode | Number of items | 2093 | 1,389,306 |
| 2017 | Export | Iran | World | 940360 | Furniture; woode | Number of items | 49206 | 1,320,021 |
| 2017 | Export | Morocco | World | 940340 | Furniture; woode | Number of items | 116084 | 1,318,420 |
| 2018 | Export | Greece | World | 940340 | Furniture; woode | Number of items | 92366 | 1,311,205 |
| 2018 | Export | Albania | World | 940360 | Furniture; woode | Number of items | 33737 | 1,300,748 |
| 2017 | Export | Guatemala | World | 940360 | Furniture; woode | Number of items | 58965 | 1,237,929 |
| 2017 | Export | Kuwait | World | 940340 | Furniture; woode | Number of items | 37528 | 1,234,049 |
| 2017 | Export | Australia | World | 940360 | Furniture; woode | No Quantity | 0 | 1,199,456 |
| 2018 | Export | Kuwait | World | 940340 | Furniture; woode | Number of items | 68539 | 1,163,978 |
| 2018 | Export | South Africa | World | 940340 | Furniture; woode | Number of items | 182971 | 1,106,625 |
| 2018 | Export | Latvia | World | 940360 | Furniture; woode | Number of items | 128704 | 1,068,297 |
| 2018 | Export | Norway | World | 940360 | Furniture; woode | Number of items | 77720 | 1,067,441 |
| 2017 | Export | Albania | World | 940360 | Furniture; woode | Number of items | 25125 | 1,067,213 |
| 2017 | Export | North Macedonia | World | 940340 | Furniture; woode | Number of items | 34891 | 1,062,910 |
| 2018 | Export | North Macedonia | World | 940340 | Furniture; woode | Number of items | 24340 | 988,206 |
| 2018 | Export | Rep. of Moldova | World | 940360 | Furniture; woode | Number of items | 20459 | 964,878 |
| 2017 | Export | Rep. of Moldova | World | 940360 | Furniture; woode | Number of items | 20663 | 913,729 |
| 2017 | Export | Norway | World | 940360 | Furniture; woode | Number of items | 72175 | 893,867 |
| 2018 | Export | Saudi Arabia | World | 940360 | Furniture; woode | No Quantity | 0 | 876,235 |
| 2017 | Export | Oman | World | 940360 | Furniture; woode | No Quantity | 0 | 865,866 |
| 2017 | Export | Saudi Arabia | World | 940340 | Furniture; woode | No Quantity | 0 | 865,858 |
| 2017 | Export | Bulgaria | World | 940340 | Furniture; woode | Number of items | 59298 | 819,527 |
| 2018 | Export | Israel | World | 940360 | Furniture; woode | Number of items | 40646 | 810,966 |
| 2017 | Export | South Africa | World | 940340 | Furniture; woode | Number of items | 68540 | 807,724 |
| 2018 | Export | Philippines | World | 940340 | Furniture; woode | Number of items | 308757 | 707,998 |
| 2017 | Export | Costa Rica | World | 940360 | Furniture; woode | Number of items | 35343 | 702,827 |
| 2017 | Export | Saudi Arabia | World | 940360 | Furniture; woode | No Quantity | 0 | 696,294 |
| 2018 | Export | Croatia | World | 940340 | Furniture; woode | Number of items | 41743 | 691,404 |
| 2017 | Export | China, Hong Kong SAR | World | 940340 | Furniture; woode | Number of items | 13384 | 617,103 |
| 2017 | Export | Tunisia | World | 940360 | Furniture; woode | Number of items | 35436 | 612,091 |
| 2018 | Export | Bulgaria | World | 940340 | Furniture; woode | Number of items | 37322 | 611,445 |
| 2018 | Export | Saudi Arabia | World | 940340 | Furniture; woode | No Quantity | 0 | 582,341 |
| 2017 | Export | CÃ´te d'Ivoire | World | 940360 | Furniture; woode | Number of items | 18723 | 573,025 |

Barcode:3863835-01 A-570-106 INV - Investigation -

| 2018 | Export | Ecuador | World | 940360 | Furniture; woode | No Quantity | 0 | 540,444 |
|---|---|---|---|---|---|---|---|---|
| 2017 | Export | Namibia | World | 940360 | Furniture; woode | No Quantity | 0 | 540,434 |
| 2018 | Export | Pakistan | World | 940360 | Furniture; woode | Number of items | 95566 | 532,673 |
| 2017 | Export | Israel | World | 940360 | Furniture; woode | Number of items | 39963 | 507,447 |
| 2017 | Export | Iran | World | 940340 | Furniture; woode | Number of items | 46334 | 498,586 |
| 2017 | Export | Switzerland | World | 940340 | Furniture; woode | Number of items | 56599 | 497,184 |
| 2017 | Export | Jordan | World | 940340 | Furniture; woode | Weight in kilograms | 485754 | 485,754 |
| 2017 | Export | Dominican Rep. | World | 940360 | Furniture; woode | Number of items | 41782 | 485,421 |
| 2017 | Export | Namibia | World | 940340 | Furniture; woode | No Quantity | 0 | 480,157 |
| 2017 | Export | Argentina | World | 940340 | Furniture; woode | Number of items | 2811 | 475,856 |
| 2018 | Export | Nicaragua | World | 940360 | Furniture; woode | Number of items | 15945 | 470,314 |
| 2017 | Export | Guatemala | World | 940340 | Furniture; woode | Number of items | 18544 | 463,352 |
| 2017 | Export | Zimbabwe | World | 940360 | Furniture; woode | Number of items | 28362 | 460,352 |
| 2018 | Export | Zimbabwe | World | 940360 | Furniture; woode | Number of items | 22620 | 459,859 |
| 2017 | Export | Tunisia | World | 940360 | Furniture; woode | Number of items | 10547 | 433,447 |
| 2017 | Export | Ecuador | World | 940360 | Furniture; woode | Number of items | 40751 | 430,239 |
| 2017 | Export | El Salvador | World | 940360 | Furniture; woode | Number of items | 28802 | 417,251 |
| 2018 | Export | Switzerland | World | 940340 | Furniture; woode | Number of items | 53914 | 391,413 |
| 2017 | Export | Kenya | World | 940360 | Furniture; woode | Number of items | 29044 | 385,614 |
| 2017 | Export | Peru | World | 940360 | Furniture; woode | Number of items | 34613 | 348,435 |
| 2018 | Export | Japan | World | 940340 | Furniture; woode | Number of items | 52198 | 337,228 |
| 2018 | Export | Zambia | World | 940360 | Furniture; woode | Number of items | 2643 | 333,517 |
| 2017 | Export | Oman | World | 940340 | Furniture; woode | No Quantity | 0 | 333,466 |
| 2017 | Export | Botswana | World | 940340 | Furniture; woode | Number of items | 12130 | 333,081 |
| 2017 | Export | Togo | World | 940360 | Furniture; woode | No Quantity | 0 | 312,974 |
| 2017 | Export | Luxembourg | World | 940360 | Furniture; woode | Weight in kilograms | 297176 | 297,176 |
| 2017 | Export | Suriname | World | 940360 | Wooden furnitur | Number of items | 787 | 291,601 |
| 2017 | Export | Nicaragua | World | 940360 | Furniture; woode | Number of items | 19460 | 289,516 |
| 2018 | Export | Kazakhstan | World | 940360 | Furniture; woode | Number of items | 9805 | 286,269 |
| 2018 | Export | Cyprus | World | 940360 | Furniture; woode | No Quantity | 0 | 285,227 |
| 2017 | Export | Australia | World | 940340 | Furniture; woode | No Quantity | 0 | 276,907 |
| 2017 | Export | Benin | World | 940360 | Furniture; woode | Number of items | 11375 | 276,531 |
| 2018 | Export | Peru | World | 940360 | Furniture; woode | Number of items | 11091 | 275,933 |
| 2018 | Export | El Salvador | World | 940360 | Furniture; woode | Number of items | 9017 | 270,838 |
| 2017 | Export | Argentina | World | 940360 | Furniture; woode | Number of items | 12853 | 260,889 |
| 2018 | Export | Bolivia (Plurinational State | World | 940360 | Furniture; woode | Number of items | 10538 | 254,524 |
| 2017 | Export | Japan | World | 940340 | Furniture; woode | Number of items | 47154 | 253,577 |
| 2018 | Export | Kenya | World | 940360 | Furniture; woode | Number of items | 33081 | 252,159 |
| 2018 | Export | Botswana | World | 940360 | Furniture; woode | Number of items | 8733 | 252,073 |
| 2018 | Export | Finland | World | 940340 | Furniture; woode | Number of items | 56823 | 246,701 |
| 2018 | Export | India | World | 940340 | Furniture; woode | Number of items | 19158 | 245,822 |
| 2017 | Export | Bolivia (Plurinational State | World | 940360 | Furniture; woode | Number of items | 9395 | 241,931 |
| 2017 | Export | Azerbaijan | World | 940360 | Furniture; woode | Number of items | 5021 | 234,809 |
| 2017 | Export | Finland | World | 940340 | Furniture; woode | Number of items | 43014 | 231,107 |
| 2017 | Export | Zambia | World | 940360 | Furniture; woode | Number of items | 1063 | 225,388 |
| 2018 | Export | Australia | World | 940340 | Furniture; woode | Number of items | 24045 | 217,137 |
| 2017 | Export | Other Asia, nes | World | 940340 | Furniture; woode | Number of items | 30458 | 217,004 |
| 2017 | Export | United Rep. of Tanzania | World | 940360 | Furniture; woode | Number of items | 137090 | 216,727 |
| 2017 | Export | Costa Rica | World | 940340 | Furniture; woode | Number of items | 29988 | 216,673 |
| 2017 | Export | Chile | World | 940360 | Furniture; woode | Number of items | 54999 | 216,057 |
| 2018 | Export | Chile | World | 940360 | Furniture; woode | Number of items | 23223 | 215,781 |
| 2017 | Export | Myanmar | World | 940360 | Furniture; woode | Number of items | 22270 | 213,911 |
| 2018 | Export | Myanmar | World | 940360 | Furniture; woode | Number of items | 28925 | 213,724 |
| 2017 | Export | Malawi | World | 940360 | Furniture; woode | Number of items | 11357 | 208,730 |
| 2017 | Export | Honduras | World | 940360 | Furniture; woode | Number of items | 85581 | 190,041 |
| 2018 | Export | Ghana | World | 940360 | Furniture; woode | Number of items | 3057 | 179,421 |
| 2018 | Export | Argentina | World | 940360 | Furniture; woode | Number of items | 4516 | 179,009 |
| 2018 | Export | Armenia | World | 940360 | Furniture; woode | Number of items | 9141 | 175,386 |
| 2017 | Export | Dominican Rep. | World | 940340 | Furniture; woode | Number of items | 21353 | 174,980 |
| 2017 | Export | India | World | 940340 | Furniture; woode | Number of items | 38748 | 170,855 |
| 2018 | Export | Botswana | World | 940340 | Furniture; woode | Number of items | 12458 | 168,364 |
| 2017 | Export | Burkina Faso | World | 940360 | Furniture; woode | Number of items | 27792 | 157,554 |
| 2018 | Export | Uruguay | World | 940360 | Furniture; woode | Number of items | 23390 | 155,385 |
| 2018 | Export | Luxembourg | World | 940340 | Furniture; woode | No Quantity | 0 | 149,097 |
| 2018 | Export | Azerbaijan | World | 940360 | Furniture; woode | Number of items | 2909 | 147,083 |
| 2017 | Export | Chile | World | 940340 | Furniture; woode | Number of items | 8675 | 141,427 |

Barcode:3863835-01 A-570-106 INV - Investigation -

| 2018 | Export | Luxembourg | World | 940360 | Furniture; woode | No Quantity | 0 | 138,860 |
|------|--------|------------|-------|--------|------------------|-------------|---|---------|
| 2017 | Export | Uruguay | World | 940360 | Furniture; woode | Number of items | 23776 | 135,828 |
| 2017 | Export | Kazakhstan | World | 940360 | Furniture; woode | Number of items | 5753 | 133,848 |
| 2017 | Export | Luxembourg | World | 940340 | Furniture; woode | Weight in kilograms | 133091 | 133,091 |
| 2017 | Export | Madagascar | World | 940360 | Furniture; woode | Number of items | 1288 | 132,400 |
| 2018 | Export | Singapore | World | 940340 | Furniture; woode | Number of items | 14515 | 131,078 |
| 2017 | Export | Egypt | World | 940340 | Furniture; woode | Number of items | 13952 | 128,701 |
| 2018 | Export | Uganda | World | 940360 | Furniture; woode | Number of items | 62768 | 127,852 |
| 2017 | Export | Chile | World | 940340 | Furniture; woode | Number of items | 8785 | 127,140 |
| 2018 | Export | Montenegro | World | 940360 | Furniture; woode | Number of items | 3211 | 126,897 |
| 2017 | Export | Georgia | World | 940360 | Furniture; woode | Number of items | 1452 | 125,504 |
| 2018 | Export | Argentina | World | 940340 | Furniture; woode | Number of items | 596 | 125,489 |
| 2018 | Export | Albania | World | 940340 | Furniture; woode | Number of items | 1913 | 123,652 |
| 2017 | Export | Montenegro | World | 940360 | Furniture; woode | Number of items | 5506 | 122,200 |
| 2017 | Export | Guyana | World | 940360 | Wooden furnitur | Number of items | 321 | 120,864 |
| 2018 | Export | Mauritius | World | 940360 | Furniture; woode | Number of items | 2126 | 117,611 |
| 2017 | Export | Ireland | World | 940340 | Furniture; woode | Number of items | 8055 | 117,267 |
| 2017 | Export | Singapore | World | 940340 | Furniture; woode | Number of items | 12612 | 116,340 |
| 2018 | Export | Egypt | World | 940340 | Furniture; woode | Number of items | 12654 | 114,276 |
| 2017 | Export | Mauritius | World | 940360 | Furniture; woode | Number of items | 4444 | 111,016 |
| 2018 | Export | Norway | World | 940340 | Furniture; woode | Number of items | 4570 | 99,495 |
| 2017 | Export | Norway | World | 940340 | Furniture; woode | Number of items | 3147 | 96,259 |
| 2017 | Export | Botswana | World | 940360 | Furniture; woode | Number of items | 2101 | 95,826 |
| 2017 | Export | Mali | World | 940360 | Furniture; woode | Number of items | 12974 | 95,573 |
| 2017 | Export | Antigua and Barbuda | World | 940340 | Wooden furnitur | Number of items | 4256 | 95,410 |
| 2017 | Export | Lebanon | World | 940360 | Furniture; woode | Number of items | 10466 | 93,494 |
| 2018 | Export | Mozambique | World | 940360 | Furniture; woode | No Quantity | 0 | 93,190 |
| 2017 | Export | Albania | World | 940340 | Furniture; woode | Number of items | 1498 | 91,135 |
| 2017 | Export | Uganda | World | 940360 | Furniture; woode | Number of items | 22313 | 89,452 |
| 2018 | Export | Ireland | World | 940340 | Furniture; woode | Number of items | 14880 | 82,007 |
| 2017 | Export | Armenia | World | 940360 | Furniture; woode | Number of items | 2676 | 79,635 |
| 2018 | Export | Georgia | World | 940360 | Furniture; woode | Number of items | 1115 | 76,501 |
| 2018 | Export | Israel | World | 940340 | Furniture; woode | Number of items | 7480 | 67,548 |
| 2018 | Export | Peru | World | 940340 | Furniture; woode | Number of items | 822 | 64,168 |
| 2017 | Export | Andorra | World | 940360 | Furniture; woode | Number of items | 4763 | 61,614 |
| 2017 | Export | Jamaica | World | 940360 | Furniture; woode | No Quantity | 0 | 61,072 |
| 2017 | Export | Israel | World | 940340 | Furniture; woode | Number of items | 7261 | 59,503 |
| 2018 | Export | Guyana | World | 940360 | Wooden furnitur | Number of items | 421 | 58,364 |
| 2018 | Export | Nicaragua | World | 940340 | Furniture; woode | Number of items | 3778 | 56,077 |
| 2018 | Export | Malta | World | 940340 | Furniture; woode | Number of items | 2444 | 54,974 |
| 2017 | Export | Honduras | World | 940340 | Furniture; woode | Number of items | 52725 | 54,173 |
| 2017 | Export | Cameroon | World | 940360 | Furniture; woode | Number of items | 2434 | 51,840 |
| 2018 | Export | Paraguay | World | 940360 | Furniture; woode | Number of items | 909 | 49,644 |
| 2018 | Export | Senegal | World | 940360 | Furniture; woode | Number of items | 1833 | 47,079 |
| 2018 | Export | Andorra | World | 940360 | Furniture; woode | Number of items | 2644 | 47,010 |
| 2017 | Export | Kyrgyzstan | World | 940360 | Furniture; woode | Number of items | 731 | 46,443 |
| 2017 | Export | Lesotho | World | 940360 | Furniture; woode | Number of items | 160 | 42,492 |
| 2017 | Export | Nicaragua | World | 940340 | Furniture; woode | Number of items | 3216 | 39,521 |
| 2017 | Export | El Salvador | World | 940340 | Furniture; woode | Number of items | 1698 | 38,523 |
| 2017 | Export | Senegal | World | 940340 | Furniture; woode | Number of items | 2645 | 37,686 |
| 2017 | Export | Cyprus | World | 940340 | Furniture; woode | No Quantity | 0 | 36,405 |
| 2017 | Export | Paraguay | World | 940360 | Furniture; woode | Number of items | 1701 | 35,937 |
| 2018 | Export | Armenia | World | 940340 | Furniture; woode | Number of items | 99 | 34,182 |
| 2017 | Export | Ghana | World | 940340 | Furniture; woode | Number of items | 440 | 33,096 |
| 2017 | Export | Mozambique | World | 940360 | Furniture; woode | Number of items | 1555 | 31,327 |
| 2018 | Export | El Salvador | World | 940340 | Furniture; woode | Number of items | 1233 | 30,926 |
| 2018 | Export | Kyrgyzstan | World | 940360 | Furniture; woode | Number of items | 647 | 30,643 |
| 2017 | Export | Montenegro | World | 940340 | Furniture; woode | Number of items | 3548 | 30,395 |
| 2017 | Export | Sierra Leone | World | 940360 | Wooden furnitur | No Quantity | 0 | 30,041 |
| 2017 | Export | Senegal | World | 940360 | Furniture; woode | Number of items | 2011 | 28,614 |
| 2018 | Export | Aruba | World | 940360 | Furniture; woode | Number of items | 1629 | 28,377 |
| 2018 | Export | Pakistan | World | 940340 | Furniture; woode | Number of items | 3170 | 22,594 |
| 2018 | Export | Kenya | World | 940340 | Furniture; woode | Number of items | 505 | 22,305 |
| 2018 | Export | Montenegro | World | 940340 | Furniture; woode | Number of items | 1460 | 21,908 |
| 2018 | Export | Bolivia (Plurinational State | World | 940340 | Furniture; woode | Number of items | 971 | 21,817 |
| 2017 | Export | Peru | World | 940340 | Furniture; woode | Number of items | 710 | 21,727 |

Filed By: bbaber@dhlaw.com, Filed Date: 7/16/19 2:40 PM, Submission Status: Approved

Barcode:3863835-01 A-570-106 INV - Investigation -

| 2017 | Export | Burundi | World | 940360 | Furniture; woode | Number of items | 602 | 18,784 |
|---|---|---|---|---|---|---|---|---|
| 2017 | Export | Bolivia (Plurinational State | World | 940340 | Furniture; woode | Number of items | 4367 | 18,697 |
| 2018 | Export | Belize | World | 940360 | Furniture; woode | Number of items | 536 | 18,023 |
| 2018 | Export | Ecuador | World | 940340 | Furniture; woode | Number of items | 414 | 17,819 |
| 2017 | Export | Nepal | World | 940360 | Furniture; woode | Number of items | 5465 | 17,227 |
| 2018 | Export | Mauritius | World | 940340 | Furniture; woode | No Quantity | 0 | 16,263 |
| 2018 | Export | Zimbabwe | World | 940340 | Furniture; woode | Number of items | 849 | 16,107 |
| 2017 | Export | Saint Kitts and Nevis | World | 940360 | Wooden furniture | No Quantity | 0 | 15,263 |
| 2017 | Export | Armenia | World | 940340 | Furniture; woode | Number of items | 20 | 13,461 |
| 2017 | Export | Pakistan | World | 940340 | Furniture; woode | Number of items | 1612 | 12,567 |
| 2017 | Export | Eswatini | World | 940360 | Furniture; woode | Number of items | 516 | 12,275 |
| 2017 | Export | Ghana | World | 940340 | Furniture; woode | Number of items | 8074 | 11,941 |
| 2017 | Export | Barbados | World | 940360 | Wooden furniture | Weight in kilograms | 11427 | 11,427 |
| 2018 | Export | Mongolia | World | 940360 | Furniture; woode | Number of items | 435 | 11,324 |
| 2018 | Export | Malta | World | 940340 | Furniture; woode | Number of items | 801 | 11,236 |
| 2018 | Export | Mozambique | World | 940340 | Furniture; woode | Number of items | 543 | 11,190 |
| 2018 | Export | Antigua and Barbuda | World | 940360 | Wooden furniture | Number of items | 166 | 10,696 |
| 2017 | Export | Mongolia | World | 940360 | Furniture; woode | Number of items | 471 | 10,567 |
| 2017 | Export | Brunei Darussalam | World | 940360 | Furniture; woode | Number of items | 2487 | 10,526 |
| 2017 | Export | Belize | World | 940360 | Furniture; woode | Weight in kilograms | 10404 | 10,404 |
| 2017 | Export | Cô te d'Ivoire | World | 940340 | Furniture; woode | Number of items | 313 | 9,706 |
| 2017 | Export | Georgia | World | 940340 | Furniture; woode | Number of items | 85 | 9,533 |
| 2017 | Export | Andorra | World | 940340 | Furniture; woode | Number of items | 2555 | 9,403 |
| 2017 | Export | Azerbaijan | World | 940340 | Furniture; woode | Number of items | 98 | 9,165 |
| 2018 | Export | Saint Vincent and the Gre | World | 940360 | Wooden furniture | No Quantity | 0 | 8,966 |
| 2017 | Export | Zimbabwe | World | 940340 | Furniture; woode | Number of items | 644 | 8,775 |
| 2017 | Export | Kenya | World | 940340 | Furniture; woode | Number of items | 4453 | 8,751 |
| 2017 | Export | Saint Vincent and the Gre | World | 940360 | Wooden furniture | No Quantity | 0 | 8,689 |
| 2017 | Export | Aruba | World | 940360 | Furniture; woode | Number of items | 1869 | 8,622 |
| 2018 | Export | Cyprus | World | 940340 | Furniture; woode | No Quantity | 0 | 8,139 |
| 2017 | Export | Seychelles | World | 940360 | Wooden furniture | Number of items | 147 | 7,787 |
| 2018 | Export | Kazakhstan | World | 940340 | Furniture; woode | Number of items | 333 | 7,748 |
| 2017 | Export | Kazakhstan | World | 940340 | Furniture; woode | Number of items | 435 | 7,010 |
| 2018 | Export | Zambia | World | 940340 | Furniture; woode | Number of items | 1161 | 6,624 |
| 2018 | Export | Paraguay | World | 940340 | Furniture; woode | Number of items | 328 | 6,228 |
| 2017 | Export | Ecuador | World | 940340 | Furniture; woode | Number of items | 213 | 5,913 |
| 2018 | Export | Barbados | World | 940340 | Wooden furniture | Number of items | 895 | 5,524 |
| 2018 | Export | Ghana | World | 940340 | Furniture; woode | Number of items | 59 | 5,311 |
| 2018 | Export | Azerbaijan | World | 940340 | Furniture; woode | Number of items | 78 | 4,703 |
| 2018 | Export | Suriname | World | 940340 | Wooden furniture | Number of items | 40 | 4,660 |
| 2017 | Export | Mauritius | World | 940340 | Furniture; woode | Number of items | 46 | 4,183 |
| 2017 | Export | Mongolia | World | 940340 | Furniture; woode | Number of items | 127 | 3,812 |
| 2017 | Export | Uganda | World | 940340 | Furniture; woode | Number of items | 1245 | 3,805 |
| 2017 | Export | Mozambique | World | 940340 | Furniture; woode | Number of items | 544 | 3,539 |
| 2017 | Export | Eswatini | World | 940340 | Furniture; woode | Number of items | 531 | 3,317 |
| 2017 | Export | Congo | World | 940360 | Furniture; woode | Number of items | 122 | 3,238 |
| 2018 | Export | Uganda | World | 940340 | Furniture; woode | Number of items | 1610 | 3,226 |
| 2017 | Export | Paraguay | World | 940340 | Furniture; woode | Number of items | 133 | 2,885 |
| 2017 | Export | Guyana | World | 940340 | Wooden furniture | Number of items | 34 | 2,876 |
| 2017 | Export | Kyrgyzstan | World | 940340 | Furniture; woode | Number of items | 58 | 2,810 |
| 2018 | Export | Andorra | World | 940340 | Furniture; woode | Number of items | 381 | 2,572 |
| 2018 | Export | Mongolia | World | 940340 | Furniture; woode | Number of items | 110 | 2,569 |
| 2018 | Export | Uruguay | World | 940340 | Furniture; woode | Number of items | 31 | 2,560 |
| 2017 | Export | Nigeria | World | 940360 | Furniture; woode | Number of items | 220 | 2,451 |
| 2018 | Export | Georgia | World | 940340 | Furniture; woode | Number of items | 18 | 2,151 |
| 2017 | Export | United Rep. of Tanzania | World | 940340 | Furniture; woode | Number of items | 59 | 2,044 |
| 2018 | Export | Seychelles | World | 940360 | Furniture; woode | No Quantity | 0 | 2,043 |
| 2017 | Export | Palau | World | 940360 | Furniture; woode | Number of items | 25 | 1,993 |
| 2017 | Export | Belize | World | 940340 | Furniture; woode | Weight in kilograms | 1943 | 1,943 |
| 2017 | Export | Malawi | World | 940340 | Furniture; woode | Number of items | 55 | 1,847 |
| 2018 | Export | Samoa | World | 940360 | Furniture; woode | Number of items | 84 | 1,681 |
| 2018 | Export | Guyana | World | 940340 | Wooden furniture | Number of items | 216 | 1,652 |
| 2017 | Export | Algeria | World | 940360 | Furniture; woode | Number of items | 228 | 1,562 |
| 2018 | Export | Iceland | World | 940360 | Furniture; woode | Number of items | 200 | 1,547 |
| 2017 | Export | Benin | World | 940340 | Furniture; woode | Number of items | 50 | 1,500 |
| 2018 | Export | Saint Vincent and the Gre | World | 940340 | Wooden furniture | Number of items | 126 | 1,500 |

Filed By: bbaber@dhlaw.com, Filed Date: 7/16/19 2:40 PM, Submission Status: Approved

Barcode:3863835-01 A-570-106 INV - Investigation -

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2017 | Export | Iceland | World | 940360 | Furniture; woode | Number of items | 436 | 1,431 |
| 2017 | Export | Saint Lucia | World | 940360 | Furniture; woode | Number of items | 414 | 1,239 |
| 2017 | Export | Madagascar | World | 940340 | Furniture; woode | Number of items | 21 | 1,225 |
| 2017 | Export | Gambia | World | 940360 | Furniture; woode | Number of items | 8 | 1,200 |
| 2017 | Export | Sao Tome and Principe | World | 940360 | Wooden furniture | Number of items | 176 | 1,140 |
| 2017 | Export | Jamaica | World | 940360 | Furniture; woode | No Quantity | 0 | 1,132 |
| 2018 | Export | Antigua and Barbuda | World | 940340 | Wooden furniture | Number of items | 14 | 1,060 |
| 2018 | Export | Sao Tome and Principe | World | 940360 | Wooden furniture | Number of items | 34 | 857 |
| 2017 | Export | Brunei Darussalam | World | 940340 | Furniture; woode | Number of items | 55 | 807 |
| 2017 | Export | Antigua and Barbuda | World | 940340 | Wooden furniture | Number of items | 19 | 796 |
| 2017 | Export | Saint Lucia | World | 940340 | Furniture; woode | Number of items | 68 | 758 |
| 2017 | Export | Samoa | World | 940360 | Furniture; woode | Number of items | 63 | 712 |
| 2017 | Export | Uruguay | World | 940340 | Furniture; woode | Number of items | 5 | 711 |
| 2017 | Export | Nepal | World | 940340 | Furniture; woode | Number of items | 14 | 691 |
| 2018 | Export | Myanmar | World | 940340 | Furniture; woode | Number of items | 323 | 643 |
| 2017 | Export | Mali | World | 940340 | Furniture; woode | Number of items | 2 | 527 |
| 2017 | Export | Zambia | World | 940340 | Furniture; woode | Number of items | 2 | 500 |
| 2018 | Export | Senegal | World | 940340 | Furniture; woode | Number of items | 92 | 426 |
| 2017 | Export | Myanmar | World | 940340 | Furniture; woode | Number of items | 1 | 360 |
| 2017 | Export | Saint Vincent and the Gre | World | 940340 | Wooden furniture | No Quantity | 0 | 350 |
| 2017 | Export | Timor-Leste | World | 940360 | Wooden furniture | Number of items | 12 | 240 |
| 2017 | Export | Sao Tome and Principe | World | 940340 | Wooden furniture | Number of items | 8 | 223 |
| 2017 | Export | Palau | World | 940340 | Furniture; woode | Number of items | 9 | 218 |
| 2018 | Export | Iceland | World | 940340 | Furniture; woode | Number of items | 27 | 151 |
| 2017 | Export | Burundi | World | 940340 | Furniture; woode | Number of items | 51 | 150 |
| 2018 | Export | Sao Tome and Principe | World | 940340 | Wooden furniture | Number of items | 0 | 150 |
| 2017 | Export | Burkina Faso | World | 940340 | Furniture; woode | Number of items | 7 | 114 |
| 2017 | Export | Lesotho | World | 940340 | Furniture; woode | Number of items | 0 | 100 |
| 2017 | Export | Iceland | World | 940340 | Furniture; woode | Number of items | 102 | 98 |
| 2017 | Export | Sierra Leone | World | 940340 | Wooden furniture | Weight in kilograms | 84 | 84 |
| 2017 | Export | Solomon Isds | World | 940340 | Furniture; woode | Number of items | 1 | 81 |
| 2018 | Export | Belize | World | 940340 | Furniture; woode | Weight in kilograms | 64 | 64 |
| 2018 | Export | Bermuda | World | 940360 | Furniture; woode | Number of items | 27 | 16 |
| 2017 | Export | Algeria | World | 940340 | Furniture; woode | Number of items | 0 | 5 |
| 2018 | Export | Aruba | World | 940340 | Furniture; woode | Number of items | 0 | 1 |
| 2017 | Export | Bermuda | World | 940360 | Furniture; woode | Number of items | 6 | 1 |
| 2018 | Export | Barbados | World | 940360 | Wooden furniture | No Quantity | 0 | - |
| 2018 | Export | Brunei Darussalam | World | 940340 | Furniture; woode | Number of items | 2303 | - |
| 2018 | Export | Brunei Darussalam | World | 940360 | Furniture; woode | Number of items | 71 | - |
| 2017 | Export | Canada | World | 940340 | Furniture; woode | No Quantity | 0 | - |
| 2017 | Export | Canada | World | 940360 | Furniture; woode | No Quantity | 0 | - |
| 2018 | Export | Canada | World | 940340 | Furniture; woode | No Quantity | 0 | - |
| 2018 | Export | Canada | World | 940360 | Furniture; woode | No Quantity | 0 | - |
| 2017 | Export | Cyprus | World | 940360 | Furniture; woode | No Quantity | 0 | - |
| 2017 | Export | Fiji | World | 940340 | Furniture; woode | Number of items | 78 | - |
| 2017 | Export | Fiji | World | 940360 | Furniture; woode | Number of items | 682 | - |
| 2018 | Export | Fiji | World | 940340 | Furniture; woode | Number of items | 119 | - |
| 2018 | Export | Fiji | World | 940360 | Furniture; woode | Number of items | 1469 | - |
| 2018 | Export | Namibia | World | 940340 | Furniture; woode | No Quantity | 0 | - |
| 2018 | Export | Namibia | World | 940360 | Furniture; woode | No Quantity | 0 | - |
| 2018 | Export | New Zealand | World | 940340 | Furniture; woode | No Quantity | 0 | - |
| 2018 | Export | New Zealand | World | 940360 | Furniture; woode | No Quantity | 0 | - |
| 2017 | Export | Pakistan | World | 940360 | Furniture; woode | Number of items | 49951 | - |
| 2017 | Export | Sri Lanka | World | 940340 | Furniture; woode | Number of items | 2141 | - |
| 2017 | Export | Sri Lanka | World | 940360 | Furniture; woode | Number of items | 79050 | - |
| 2017 | Export | USA | World | 940340 | Furniture; woode | No Quantity | 0 | - |
| 2017 | Export | USA | World | 940360 | Furniture; woode | No Quantity | 0 | - |
| 2018 | Export | USA | World | 940340 | Furniture; woode | No Quantity | 0 | - |
| 2018 | Export | USA | World | 940360 | Furniture; woode | No Quantity | 0 | - |
| 2017 | Export | Belgium | World | 940360 | Furniture; woode | Number of items | 4607847 | |
| 2018 | Export | Belgium | World | 940340 | Furniture; woode | Number of items | 464195 | |
| 2018 | Export | Belgium | World | 940360 | Furniture; woode | Number of items | 3189740 | |
| 2017 | Export | Colombia | World | 940360 | Furniture; woode | No Quantity | 0 | |
| 2017 | Export | Croatia | World | 940340 | Furniture; woode | Number of items | 53021 | |
| 2017 | Export | Croatia | World | 940360 | Furniture; woode | Number of items | 692021 | |
| 2017 | Export | New Zealand | World | 940340 | Furniture; woode | No Quantity | 0 | |

Filed By: bbaber@dhlaw.com, Filed Date: 7/16/19 2:40 PM, Submission Status: Approved

UN Comtrade Export Data

Barcode:3863835-01 A-570-106 INV - Investigation -

| 2017 | Export | New Zealand | World | 940360 | Furniture; woode | No Quantity | 0 | |
|------|--------|-------------|-------|--------|------------------|----------------|---------|---|
| 2018 | Export | Portugal | World | 940340 | Furniture; woode | Number of items | 2133326 | |
| 2017 | Export | Slovakia | World | 940360 | Furniture; woode | Number of items | 4245738 | |
| 2017 | Export | Slovenia | World | 940340 | Furniture; woode | No Quantity | 0 | |
| 2017 | Export | Slovenia | World | 940360 | Furniture; woode | Number of items | 1682088 | |
| 2018 | Export | United Rep. of Tanzania | World | 940340 | Furniture; woode | Number of items | 79694 | |

Filed By: bbaber@dhlaw.com, Filed Date: 7/16/19 2:40 PM, Submission Status: Approved

JA 15

Foremost, Surrogate Country Selection
Comments (July 16, 2019)
PR 900

Barcode:3863982-01 A-570-106 INV - Investigation -

# Arnold & Porter

**J. David Park**
+1 202.942.5646 Direct
David.Park@arnoldporter.com

July 16, 2019

Case No. A-570-106
Total Pages:  83
Investigation
ITA/EC/Office V

<u>**PUBLIC DOCUMENT**</u>

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
International Trade Administration
Enforcement & Compliance
APO/Dockets Unit, Room 18022
14th Street & Constitution Avenue, NW
Washington, DC  20230

Re:    <u>**Wooden Cabinets and Vanities and Components Thereof from the People's**</u>
       <u>**Republic of China:  Foremost's Surrogate Country Selection Comments**</u>

Dear Secretary Ross:

On behalf of Rizhao Foremost Woodwork Manufacturing Company Ltd. ("Foremost"),

we hereby submit comments concerning the selection of the primary surrogate country in the

above-referenced investigation pursuant to the Department's June 17, 2019.  Foremost is a

Chinese producer and exporter of the merchandise under investigation and is participating as a

mandatory respondent in this investigation.

Pursuant to Section 773(c)(1) of the Tariff Act of 1930, as amended (the "Act"), in

nonmarket economy ("NME") antidumping duty proceedings, the Department is required to

value the factors of production ("FOPs") based on the "best available information" in one or

more suitable market economy countries.  Further, in accordance with section 773(c)(4) of the

# Arnold&Porter

July 16, 2019
Page 2

Act, in valuing the FOPs, the statute provides that the Department "shall utilize, to the extent possible, the prices or costs of factors of production in one or more market economy countries that are - (A) at a level of economic development comparable to that of the non-market economy country, and (B) significant producers of comparable merchandise."

Under its stated policy, as confirmed by its longstanding practice, the Department selects an appropriate surrogate country based primarily on the availability and reliability of data.  *See Import Administration Policy Bulletin 04.1: Non-Market Economy Surrogate Country Selection Process* (Mar. 1, 2004).

In its June 17, 2019 letter seeking Surrogate Country and Surrogate Value Comments, the Department issued a non-exhaustive list of six countries – Romania, Malaysia, Russia, Mexico, Brazil, and Kazakhstan – it believes are economically comparable to China.  Thus, according to the Department, all of these six countries satisfy the first statutory criterion.  With respect to the second statutory criterion – significant production of comparable merchandise – the Department's standard practice is to analyze the trade data under the Harmonized Tariff Schedule ("HTS") tariff headings mentioned in the scope of the investigation, and to compare import and export quantities and values from the various potential surrogate countries under consideration.

**Exhibit 1** provides a summary of and source data for contemporaneous export-import data under the six-digit HTS number 9403.40 (Wooden Furniture (Except Seats) Of A Kind Used In The Kitchen) with respect to all six countries listed in the Department's June 17 letter.

# Arnold&Porter

July 16, 2019
Page 3

This data covers kitchen cabinets.  While the scope of the investigation is broader than kitchen cabinets, and includes items such as bathroom vanities, and this HTS subheading may include other non-subject wooden furniture used in the kitchen, we believe that the data for HTS subheading 9403.40 is reasonable for purposes of surrogate country selection.  Although imperfect, the comparative export-import data show that Russia and Kazakhstan are net importers of comparable merchandise (by value).[1]

Finally, when confronted with two or more countries that are both economically comparable and significant producers of comparable merchandise, the Department's standard practice in selecting the primary surrogate country is to examine the relative merits of the competing surrogate values, i.e., quality of price data available for valuing significant inputs as well as financial statements.  At this point, Foremost is still analyzing the competing surrogate value data from the countries on the Department's surrogate country list, as well as other market economy countries, in order to identify the most appropriate choices for primary and secondary surrogate countries, and will provide the Department with further comment on these issues at the appropriate time, and submits that the Department should analyze the data as the record develops to ensure the Department uses the most reasonable and accurate surrogate value data from an appropriate surrogate country.  Foremost appreciates the opportunity to provide these comments on surrogate country selection.  Foremost intends to address additional surrogate value and

---

[1] Value appears to be the most reasonable way to compare the data given that data pertaining to Romania is aggregated on a weight basis, and there may be distortions in the unit data given differences in the merchandise covered by the HTS subheading.

# Arnold&Porter

July 16, 2019
Page 4

country selection issues according to the schedule established in the Department's June 17, 2019

letter.

<div align="center">*       *       *       *       *</div>

In accordance with the Department's regulations, we are filing this submission

electronically through ACCESS at http://access.trade.gov and are serving copies today on parties

indicated on the attached certificate of service.  If you have any questions or desire any

additional information, please feel free to contact the undersigned.

Respectfully submitted,

/s/ J. David Park_____

J. David Park
Phyllis L. Derrick
Henry D. Almond
Rick Johnson
Daniel R. Wilson
Leslie Bailey
Jean Chang
Kang Woo Lee
Henry B. Morris*

ARNOLD & PORTER KAYE SCHOLER LLP
**Counsel to Foremost**

*Admitted in Virginia only; practicing law in the District of Columbia during the pendency of his application for admission to the D.C. Bar under the supervision of lawyers of the firm who are members in good standing of the D.C. Bar.*

JA 16

Ancientree, Section C and D Questionnaire
Response (July 19, 2019)
PR 911; CR 1023

LAW OFFICES OF

deKIEFFER & HORGAN, PLLC
1090 VERMONT AVENUE, N.W.
SUITE 410
WASHINGTON, D.C.  20005

GREGORY S. MENEGAZ
TEL 202-783-6900

AFFILIATED OFFICE:
SAARBRÜCKEN, GERMANY

GMENEGAZ@DHLAW.COM
DHLAW.COM

July 19, 2019

Electronic Filing

Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
Room 18022
U.S. Dept. of Commerce
Washington, D.C. 20230

A-570-106
Investigation
POI: 07/01/2018-12/31/2018
AD/CVD Operations

**Public Version**
Business proprietary information
deleted/ranged within brackets on pages
C-12, C-14, C-16, C-17, C-35, D-5 and
in Exhibits C-1, C-4, C-5, and Exhibits
D-1 through D-7.

**May be released under APO**

RE:   *Wooden Cabinets and Vanities from the People's Republic of China*:
Section C & D Questionnaire Response

Dear Mr. Secretary:

On behalf of The Ancientree Cabinet Co., Ltd, a Chinese exporter of wooden cabinets

and vanities, we hereby submit its response to the Department's Section C & D Questionnaire.

\*        \*        \*

Certain information contained herein is business confidential data that is proprietary.

This information is enclosed with brackets ("[ ]").  Disclosure of this information would cause

substantial competitive and commercial harm to the parties.  Such data is marked "Contains

Proprietary Information."  Confidential treatment, subject to administrative protective order, is

requested pursuant to 19 C.F.R. §351.105(c).

Barcode:3866295-01 A-570-106 INV - Investigation  -

Wooden Cabinets and Vanities from the PRC

A-570-106

POI: 07/01/2018-12/31/2018

### The Ancientree Cabinet Co., Ltd.

### ("Ancientree")

### SECTION C RESPONSE

### July 19, 2019, as extended

### Sales to the United States

## I.   General Explanation

This section of the questionnaire provides instructions for reporting your sales of the merchandise under consideration in or to the United States. We will compare the prices at which this merchandise was sold in or to the United States with a constructed value using the **factors of production** to determine whether the merchandise was sold at less than **normal value** in the United States during the POI.

If your company did not produce the merchandise under consideration, we request that you send section D to the company that produced the merchandise under consideration and supplied it to you or to your customers.

## II.   Computer File of U.S. Sales

In accordance with the instructions provided in this section, prepare a separate computer data file containing each sale made during the POI of the merchandise under consideration, including sales of further manufactured merchandise. Do not report cancelled sales. This file format has been designed to accommodate **export price** (EP) and **constructed export price** (CEP) transactions.

If you had sample transactions, please provide the following information thereon: CONNUM, customer code, invoice date, quantity, and gross unit price (if the sample transaction was at zero value, please list zero as the unit price). Explain the circumstances under which the sample transactions were made.

For sales of merchandise that have been shipped to the customer and invoiced by the time this response is prepared, each "record" in the computer data file should correspond to an invoice line item (*i.e.*, each unique product included on the invoice). For sales of

Filed By: sbomberger@dhlaw.com, Filed Date: 7/19/19 3:41 PM, Submission Status: Approved

Wooden Cabinets and Vanities from the PRC

A-570-106

POI: 07/01/2018-12/31/2018

THE ANCIENTREE CABINET CO., LTD.

("ANCIENTREE")

SECTION D RESPONSE
July 19, 2019, as extended

Factors of Production Questionnaire

I.      <u>General Explanation</u>

This section of the antidumping questionnaire instructs you on how to report the **factors of production** (factors) of the merchandise under consideration. Please refer to the cover letter to determine your reporting requirements.

A.      Factors of Production

Factors of production are used to construct the value of the product sold by your company in the United States. Commerce will use the input amounts you report, along with the appropriate price from the chosen **surrogate country**, to construct the **normal value** of the merchandise under consideration sold by your company to the U.S. market. Surrogate values for overhead, selling, general and administrative (SG&A) expenses and profit will also be added. Unless otherwise instructed by Commerce, you should report factors information for all models or product types in the U.S. market sales listing submitted by you (or the exporter) in response to Section C of the questionnaire, including that portion of the production that was not destined for the United States. The reported amounts should reflect the factors of production used to produce one unit of the merchandise under consideration.

If you believe that your company uses any raw materials that should be classified as factory overhead expenses rather than valued as factors of production and directly included in normal value, please: (1) notify Commerce official in charge, and (2) identify these materials in your first Section D questionnaire response. Your first Section D questionnaire response should contain a comprehensive list of all such materials you consider to be part of factory overhead. Please provide this information to Commerce immediately, as this will afford your company and Commerce sufficient time to evaluate your company's specific use of the raw material and to determine the most appropriate manner in which the raw material should be valued.

D-1

Barcode:3866295-01 A-570-106 INV - Investigation  -

**Wooden Cabinets and Vanities from the PRC**
**A-570-106**
**POI: 07/01/2018-12/31/2018**

**THE ANCIENTREE CABINET CO., LTD.**

**SECTION C RESPONSE**
**July 19, 2019**

| | |
|---|---|
| Exhibit C-1 | U.S. Sales Database |
| Exhibit C-2 | VAT Regulations |
| Exhibit C-3 | VAT Refund Rate |
| Exhibit C-4 | VAT Tax Returns |
| Exhibit C-5 | Sales Reconciliation |

Barcode:3866295-01 A-570-106 INV - Investigation  -

**Wooden Cabinets and Vanities from the PRC**
**A-570-106**
**POI: 07/01/2018-12/31/2018**

**THE ANCIENTREE CABINET CO., LTD.**

**SECTION D RESPONSE**
**July 19, 2019**

| | |
|---|---|
| Exhibit D-1 | CONNUM Unit FOP Database |
| Exhibit D-2.1 | Production & Materials FOP |
| Exhibit D-2.2 | Materials CONNUM Per Unit FOP |
| Exhibit D-2.3 | Standard parts & Packing materials FOP |
| Exhibit D-2.4 | Standard Parts & Packing materials CONNUM per unit FOP |
| Exhibit D-3 | Production Flowchart |
| Exhibit D-4 | FOP Spreadsheet |
| Exhibit D-5 | By-product Sales Chart as per Appendix VI |
| Exhibit D-6 | By-product Sale Document |
| Exhibit D-7 | Cost Reconciliation |

Exhibit D-2.1

Production & Materials FOP

Exhibit 2.1_Output_and_consumption_in_POI
Ancientree

Standard_unit_wood_consumption

| OBS | CONNUM | Product description In Chinese | Product description in English | Output | Birch_Sawnwood | Oak_Sawnwood |
|---|---|---|---|---|---|---|
| 1.0 | | 1.1 | 1.2 | | 2.1 BIRSW | 2.2 OAKSW |
| | | | | PCS | M3 | M3 |
| 1 | | | | 22 | <1 | <1 |
| 2 | | | | 27.5 | <1 | <1 |
| 3 | | | | 5.5 | <1 | <1 |
| 4 | | | | 22 | <1 | <1 |
| 5 | | | | 5.5 | <1 | <1 |
| 6 | | | | 55 | <1 | <1 |
| 7 | | | | 5.5 | <1 | <1 |
| 8 | | | | 22 | <1 | <1 |
| 9 | | | | 5.5 | <1 | <1 |
| 10 | | | | 5.5 | <1 | <1 |
| 11 | | | | 5.5 | <1 | <1 |
| 12 | | | | 250.8 | <1 | <1 |
| 13 | | | | 44 | <1 | <1 |
| 14 | | | | 6.6 | <1 | <1 |
| 15 | | | | 33 | <1 | <1 |
| 16 | | | | 33 | <1 | <1 |
| 17 | | | | 22 | <1 | <1 |
| 18 | | | | 1.1 | <1 | <1 |
| 19 | | | | 69.3 | <1 | <1 |
| 20 | | | | 7.7 | <1 | <1 |
| 21 | | | | 8.8 | <1 | <1 |
| 22 | | | | 163.9 | <1 | <1 |
| 23 | | | | 176 | <1 | <1 |
| 24 | | | | 97.9 | <1 | <1 |
| 25 | | | | 107.8 | <1 | <1 |
| 26 | | | | 237.6 | <1 | <1 |
| 27 | | | | 271.7 | <1 | <1 |
| 28 | | | | 49.5 | <1 | <1 |
| 29 | | | | 22 | <1 | <1 |
| 30 | | | | 51.7 | <1 | <1 |
| 31 | | | | 182.6 | <1 | <1 |
| 32 | | | | 6.6 | <1 | <1 |
| 33 | | | | 55 | <1 | <1 |
| 34 | | | | 8.8 | <1 | <1 |
| 35 | | | | 26.4 | <1 | <1 |
| 36 | | | | 22 | <1 | <1 |
| 37 | | | | 11 | <1 | <1 |
| 38 | | | | 44 | <1 | <1 |
| 39 | | | | 62.7 | <1 | <1 |

Page 1 of 850

Exhibit
Ancieni

Standard_total_consumption

| OBS | 2.3 Fraxinus_mandshurica_Sawnwood FRASW M3 | 2.4 Basswood_Sawnwood BASSW M3 | 2.5 Poplar_Sawnwood POPSW M3 | 2.6 Plywood PLWD M3 | 2.7 Particleboard PLBU M3 | 2.8 MDF MDF M3 | | 2.1 Birch_Sawnwood BIRSW M3 | 2.2 Oak_Sawnwood OAKSW M3 | 2.3 Fraxinus_mandshurica_Sawnwood FRASW M3 | 2.4 Basswood_Sawnwood BASSW M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 2 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 3 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 4 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 5 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 6 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 7 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 8 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 9 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 10 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 11 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 12 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 13 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 14 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 15 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 16 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 17 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 18 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 19 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 20 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 21 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 22 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 23 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 24 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 25 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 26 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 27 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 28 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 29 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 30 | √ | √ | √ | √ | √ | √ | | 1.2609 | √ | √ | √ |
| 31 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 32 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 33 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 34 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 35 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 36 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 37 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 38 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |
| 39 | √ | √ | √ | √ | √ | √ | | √ | √ | √ | √ |

Filed By: sbomberger@dhlaw.com, Filed Date: 7/19/19 3:41 PM, Submission Status: Approved

Exhibit
Ancien

check
total consumption
sum

Actual_consumption allocation

| OBS | 2.5 Poplar_Sawnwood POPSW M3 | 2.6 Plywood PLWD M3 | 2.7 Particleboard PLBU M3 | 2.8 MDF MDF M3 | Total_Wood | 2.1 Birch_Sawnwood BIRSW M3 | 2.2 Oak_Sawnwood OAKSW M3 | 2.3 Fraximus_manfshurica_S awnwood FRASW M3 | 2.4 Basswood Sawnwood BASSW M3 | 2.5 Poplar_Saw nwood POPSW M3 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | √ | √ | √ | √ |  | · | · | · | · | · |
| 2 | √ | √ | √ | √ |  | · | · | · | · | · |
| 3 | √ | √ | √ | √ |  | · | · | · | · | · |
| 4 | √ | √ | √ | √ |  | · | · | · | · | · |
| 5 | √ | √ | √ | √ |  | · | · | · | · | · |
| 6 | √ | √ | √ | √ |  | √ | · | · | · | · |
| 7 | √ | √ | √ | √ |  | √ | · | · | · | √ |
| 8 | √ | √ | √ | √ |  | √ | · | · | · | √ |
| 9 | √ | √ | √ | √ |  | √ | · | · | · | √ |
| 10 | √ | √ | √ | √ |  | √ | · | · | · | √ |
| 11 | √ | √ | √ | √ |  | √ | · | · | · | √ |
| 12 | √ | √ | √ | √ | 3.4296 | · | · | · | · | · |
| 13 | √ | √ | √ | √ |  | · | · | · | · | · |
| 14 | √ | √ | √ | √ |  | · | · | · | · | · |
| 15 | √ | √ | √ | √ |  | · | · | · | · | · |
| 16 | √ | √ | √ | √ |  | · | · | · | · | · |
| 17 | √ | √ | √ | √ |  | · | · | · | · | · |
| 18 | √ | √ | √ | √ |  | · | · | · | · | · |
| 19 | √ | √ | √ | √ |  | · | · | · | · | · |
| 20 | √ | √ | √ | √ |  | · | · | · | · | · |
| 21 | √ | √ | √ | √ |  | · | · | · | · | · |
| 22 | √ | √ | 1.5493 | √ | 2.2539 | · | · | · | · | · |
| 23 | √ | √ | 1.6637 | √ | 2.4203 | · | · | · | · | · |
| 24 | √ | √ | √ | √ | 1.3463 | · | · | · | · | · |
| 25 | √ | √ | 1.0190 | √ | 1.4825 | · | · | · | · | · |
| 26 | √ | √ | 2.9618 | 1.2217 | 4.1834 | · | · | · | · | · |
| 27 | √ | √ | 3.3868 | 1.3970 | 4.7838 | · | · | · | · | · |
| 28 | √ | √ | √ | √ |  | √ | · | · | · | · |
| 29 | √ | √ | √ | √ |  | √ | · | · | · | · |
| 30 | √ | 2.1067 | √ | √ |  | √ | · | 1.3985 | · | · |
| 31 | √ | √ | √ | √ | 3.3677 | √ | · | · | · | · |
| 32 | √ | √ | √ | √ |  | √ | · | · | · | · |
| 33 | √ | √ | √ | √ | 1.0144 | √ | · | · | · | · |
| 34 | √ | √ | √ | √ |  | √ | · | · | · | · |
| 35 | √ | √ | √ | √ |  | √ | · | · | · | · |
| 36 | √ | √ | √ | √ |  | √ | · | · | · | · |
| 37 | √ | √ | √ | √ |  | √ | · | · | · | · |
| 38 | √ | √ | √ | √ |  | √ | · | · | · | · |
| 39 | √ | √ | √ | √ |  | √ | · | · | · | · |

Exhibit
Ancient

| OBS | 2.6 Plywood PLWD M3 | 2.7 Particleboard PTBD M3 | 2.8 MDF M3 | Total_consumption_wood M3 | allocation Rate | 2.9 Sand_paper SPPU KG | 2.10 Sand_cloth SCLU KG | 2.11 Gun_nail GNLU KG | 2.12 Edge_band EBDU KG | 2.13 Tape TPEU KG | 2.14 Glue GLUU KG | 2.15 Paint PATU KG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | √ | - | - | √ | √ | √ | | √ | √ | √ | √ | 5.9864 |
| 2 | √ | - | - | √ | √ | √ | | √ | √ | √ | √ | 7.4830 |
| 3 | √ | - | - | √ | √ | √ | | √ | √ | √ | √ | 1.7567 |
| 4 | √ | - | - | √ | √ | √ | | √ | √ | √ | √ | 5.9864 |
| 5 | √ | - | - | √ | √ | √ | | √ | √ | √ | √ | 1.7567 |
| 6 | √ | - | - | √ | √ | √ | | √ | √ | √ | 1.5434 | 14.2522 |
| 7 | √ | - | √ | √ | √ | √ | | √ | √ | √ | √ | 2.2116 |
| 8 | √ | - | √ | √ | √ | √ | | √ | √ | √ | √ | 8.7863 |
| 9 | √ | - | - | √ | √ | √ | | √ | √ | √ | √ | 2.0844 |
| 10 | √ | - | - | √ | √ | √ | | √ | √ | √ | √ | 2.2122 |
| 11 | √ | - | - | √ | √ | √ | | √ | √ | √ | √ | 2.1970 |
| 12 | 3.7334 | - | - | 3.7334 | √ | √ | 1.0439 | √ | 3.9407 | √ | 7.1407 | 65.9399 |
| 13 | √ | - | - | √ | √ | √ | | √ | √ | √ | 1.4915 | 13.7731 |
| 14 | √ | - | - | √ | √ | √ | | √ | √ | √ | √ | 2.3967 |
| 15 | √ | - | - | √ | √ | √ | | √ | √ | √ | √ | 8.6763 |
| 16 | √ | - | - | √ | √ | √ | | √ | √ | √ | 1.1186 | 10.3298 |
| 17 | √ | - | - | √ | √ | √ | | √ | √ | √ | √ | 7.9889 |
| 18 | √ | 0.0159 | - | √ | √ | √ | | √ | √ | √ | √ | √ |
| 19 | - | - | 1.0260 | 1.0260 | √ | √ | | √ | 1.0830 | √ | 1.9624 | 18.1216 |
| 20 | - | - | √ | √ | √ | √ | | √ | √ | √ | √ | 2.3972 |
| 21 | - | √ | √ | √ | √ | √ | | √ | √ | √ | √ | 3.1782 |
| 22 | - | 1.6501 | √ | 2.4130 | √ | √ | | √ | 2.5470 | √ | 4.6152 | 42.6187 |
| 23 | - | 1.7719 | √ | 2.5912 | √ | √ | | √ | 2.7350 | √ | 4.9559 | 45.7650 |
| 24 | - | 0.9856 | √ | 1.4413 | √ | √ | | √ | 1.5214 | √ | 2.2567 | 25.4568 |
| 25 | - | 1.0853 | - | 1.5871 | √ | √ | 1.2519 | √ | 1.6752 | √ | 3.0355 | 28.0311 |
| 26 | - | 3.1545 | 1.3227 | 4.4772 | √ | √ | | √ | 4.7258 | √ | 8.5631 | 79.0755 |
| 27 | - | 3.6072 | 1.5125 | 5.1197 | √ | √ | 1.4315 | √ | 5.4040 | √ | 9.7921 | 90.4243 |
| 28 | √ | - | - | √ | √ | √ | | √ | √ | √ | 1.5295 | 14.1240 |
| 29 | √ | - | - | √ | √ | √ | | √ | √ | √ | √ | 7.8561 |
| 30 | √ | - | - | 1.0453 | √ | √ | | √ | 1.1033 | √ | 1.9993 | 18.4619 |
| 31 | √ | - | - | 3.6919 | √ | √ | 1.0323 | √ | 3.8969 | √ | 7.0612 | 65.2059 |
| 32 | √ | - | - | √ | √ | √ | | √ | √ | √ | √ | 1.8832 |
| 33 | √ | - | - | 1.1120 | √ | √ | | √ | 1.1738 | √ | 2.1269 | 19.6403 |
| 34 | √ | - | - | √ | √ | √ | | √ | √ | √ | √ | 3.1425 |
| 35 | √ | - | - | √ | √ | √ | | √ | √ | √ | 1.0209 | 9.4274 |
| 36 | √ | - | - | √ | √ | √ | | √ | √ | √ | √ | 7.6742 |
| 37 | √ | - | - | √ | √ | √ | | √ | √ | √ | √ | 3.1387 |
| 38 | √ | - | - | √ | √ | √ | | √ | 1.0029 | √ | 1.7015 | 15.7123 |
| 39 | √ | - | √ | √ | √ | √ | | √ | √ | √ | 1.8172 | 16.7806 |

Filed By: sbomberger@dhlaw.com, Filed Date: 7/19/19 3:41 PM, Submission Status: Approved

Exhibit
Ancien

| OBS | 2.16 Color_concentrate CLCTU KG | 2.17 Thinner THINU KG | 2.18 Putty PUTU KG | 2.19 Alcoholic ALCU KG | 3.0 Direct_Labor DRLB HOUR | 4.0 Indirect_Labor INDLB HOUR | 5.1 Electricity ELEC KWH | 5.2 Steam STEAM MT | 5.3 Water WATER KG | 6.0 Wood_Scrap WDSCRP KG | 8.0 Packing_Labor PACLB HOUR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | √ | 3.2114 √ | √ | √ | 4.4664 √ | | 70.8870 √ | √ | √ | √ | 1.0376 |
| 2 | √ | 4.0143 √ | √ | √ | 5.5830 √ | | 88.6087 √ | √ | √ | √ | 1.2971 |
| 3 | √ | √ | √ | √ | 1.3106 √ | | 20.8016 √ | √ | √ | √ | |
| 4 | √ | 3.2114 √ | √ | √ | 4.4664 √ | | 70.8870 √ | √ | √ | √ | 1.0376 |
| 5 | √ | √ | √ | √ | 1.3106 √ | | 20.8016 √ | √ | √ | √ | |
| 6 | √ | 7.6456 √ | 1.0093 | √ | 10.6333 √ | | 168.7640 √ | √ | √ | √ | 2.4704 |
| 7 | √ | 1.1864 √ | | √ | 1.6500 √ | | 26.1883 √ | √ | √ | √ | |
| 8 | √ | 4.7134 √ | | √ | 6.6553 √ | | 104.0405 √ | √ | √ | √ | 1.5229 |
| 9 | √ | 1.1182 √ | | √ | 1.5551 √ | | 24.6819 √ | √ | √ | √ | |
| 10 | √ | 1.1867 √ | | √ | 1.6505 √ | | 26.1948 √ | √ | √ | √ | |
| 11 | √ | 1.1786 √ | | √ | 1.6391 √ | | 26.0148 √ | √ | √ | √ | |
| 12 | √ | 35.3738 √ | 4.6696 | √ | 49.1967 √ | 4.4310 | 780.8123 √ | √ | 1.3972 | √ | 11.4295 |
| 13 | √ | 7.3886 √ | | √ | 10.2759 √ | | 163.0907 √ | √ | √ | √ | 2.3873 |
| 14 | √ | 1.2857 √ | | √ | 1.7881 √ | | 28.3795 √ | √ | √ | √ | |
| 15 | √ | 4.6544 √ | | √ | 6.4732 √ | | 102.7385 √ | √ | √ | √ | 1.5039 |
| 16 | √ | 5.5415 √ | | √ | 7.7069 √ | | 122.3180 √ | √ | √ | √ | 1.7905 |
| 17 | √ | 4.2857 √ | | √ | 5.9604 √ | | 94.5984 √ | √ | √ | √ | 1.3847 |
| 18 | √ | √ | √ | √ | √ | | 4.4017 √ | √ | √ | √ | |
| 19 | √ | 9.7214 √ | 1.2833 | √ | 13.5202 √ | 1.2177 | 214.5825 √ | √ | √ | √ | 3.1411 |
| 20 | √ | 1.2860 √ | | √ | 1.7885 √ | | 28.3863 √ | √ | √ | √ | |
| 21 | √ | 1.7050 √ | | √ | 2.3712 √ | | 37.6344 √ | √ | √ | √ | |
| 22 | √ | 22.8630 √ | 3.0181 | √ | 31.7971 √ | 2.8639 | 504.6595 √ | √ | √ | √ | 7.3872 |
| 23 | √ | 24.4509 √ | 3.2409 | √ | 34.1445 √ | 3.0753 | 541.9162 √ | √ | √ | √ | 7.9326 |
| 24 | √ | 13.6564 √ | 1.8027 | √ | 18.9929 √ | 1.7106 | 301.4409 √ | √ | √ | √ | 4.4125 |
| 25 | √ | 15.0374 √ | 1.9850 | √ | 20.9135 √ | 1.8836 | 331.9237 √ | √ | √ | √ | 4.8587 |
| 26 | √ | 42.4204 √ | 5.5998 | √ | 58.9969 √ | 5.3137 | 936.3543 √ | √ | 1.6755 | √ | 13.7064 |
| 27 | √ | 48.5985 √ | 6.4035 | √ | 67.4641 √ | 6.0763 | 1,070.7385 √ | √ | 1.9159 | √ | 15.6735 |
| 28 | √ | 7.5769 √ | 1.0002 | √ | 10.5377 √ | | 167.2463 √ | √ | √ | √ | 2.4482 |
| 29 | √ | 4.2145 √ | | √ | 5.8613 √ | 1.2406 | 93.0266 √ | √ | √ | √ | 1.3617 |
| 30 | √ | 9.9040 √ | 1.3074 | √ | 13.7741 √ | | 218.6125 √ | √ | √ | √ | 3.2001 |
| 31 | √ | 34.9800 √ | 4.6176 | √ | 48.6490 √ | 4.3817 | 772.1208 √ | √ | 1.3816 | √ | 11.3023 |
| 32 | √ | 1.0103 √ | | √ | 1.4050 √ | | 22.2995 √ | √ | √ | √ | |
| 33 | √ | 10.5361 √ | 1.3908 | √ | 14.6533 √ | 1.3198 | 232.5665 √ | √ | √ | √ | 3.4043 |
| 34 | √ | 1.6858 √ | | √ | 2.3445 √ | | 37.2106 √ | √ | √ | √ | |
| 35 | √ | 5.0573 √ | | √ | 7.0536 √ | | 111.6319 √ | √ | √ | √ | 1.6341 |
| 36 | √ | 4.1169 √ | | √ | 5.7256 √ | | 90.8727 √ | √ | √ | √ | 1.3302 |
| 37 | √ | 1.6838 √ | | √ | 2.3417 √ | | 37.1659 √ | √ | √ | √ | |
| 38 | √ | 8.4289 √ | 1.1127 | √ | 11.7227 √ | 1.0558 | 186.0532 √ | √ | √ | √ | 2.7234 |
| 39 | √ | 9.0020 √ | 1.1883 | √ | 12.5197 √ | 1.1276 | 198.7037 √ | √ | √ | √ | 2.9086 |

Page 5 of 850

| OBS | CONNUM | Product description In Chinese | Product description in English | Output | Birch_Sawnwood BIRSW | Oak_Sawnwood OAKSW |
|---|---|---|---|---|---|---|
| 40 | | | | 77 | < | < |
| 41 | | | | 55 | < | < |
| 42 | | | | 1122 | < | < |
| 43 | | | | 310.2 | < | < |
| 44 | | | | 1069.2 | < | < |
| 45 | | | | 55 | < | < |
| 46 | | | | 92.4 | < | < |
| 47 | | | | 39.6 | < | < |
| 48 | | | | 33 | < | < |
| 49 | | | | 22 | < | < |
| 50 | | | | 50.6 | < | < |
| 51 | | | | 33 | < | < |
| 52 | | | | 5.5 | < | < |
| 53 | | | | 22 | < | < |
| 54 | | | | 11 | < | < |
| 55 | | | | 33 | < | < |
| 56 | | | | 38.5 | < | < |
| 57 | | | | 22 | < | < |
| 58 | | | | 1.1 | < | < |
| 59 | | | | 38.5 | < | < |
| 60 | | | | 22 | < | < |
| 61 | | | | 1887.6 | < | < |
| 62 | | | | 389.4 | < | < |
| 63 | | | | 110 | < | < |
| 64 | | | | 110 | < | < |
| 65 | | | | 1.1 | < | < |
| 66 | | | | 23.1 | < | < |
| 67 | | | | 22 | < | < |
| 68 | | | | 5.5 | < | < |
| 69 | | | | 16.5 | < | < |
| 70 | | | | 176 | < | < |
| 71 | | | | 22 | < | < |
| 72 | | | | 333.3 | < | < |
| 73 | | | | 66 | < | < |
| 74 | | | | 22 | < | < |
| 75 | | | | 16.5 | < | < |
| 76 | | | | 5.5 | < | < |
| 77 | | | | 17.6 | < | < |
| 78 | | | | 5.5 | < | < |
| 79 | | | | 13.2 | < | < |
| 80 | | | | 303.6 | < | < |
| 81 | | | | 114.4 | < | < |
| 82 | | | | 5.5 | < | < |
| 83 | | | | 77 | < | < |
| 84 | | | | 33 | < | < |
| 85 | | | | 88 | < | < |
| 86 | | | | 66 | < | < |

Filed By: sbomberger@dhlaw.com, Filed Date: 7/19/19 3:41 PM, Submission Status: Approved

| OBS | Fraxinus_mandshurica_Sawnwood FRASW | Basswood_Sawnwood BASSW | Poplar_Sawnwood POPSW | Plywood PLWD | Particleboard PLBU | MDF | Birch_Sawnwood BIRSW | Oak_Sawnwood OAKSW | Fraxinus_mandshurica_Sawnwood FRASW | Basswood_Sawnwood BASSW |
|---|---|---|---|---|---|---|---|---|---|---|
| 40 | <1 | <1 | <1 | | | - | - | <1 | | <1 |
| 41 | <1 | <1 | <1 | | | <1 | <1 | <1 | <1 | <1 |
| 42 | <1 | <1 | <1 | | | <1 | 3.8914 | <1 | <1 | <1 |
| 43 | <1 | <1 | <1 | | | <1 | 1.1777 | <1 | <1 | <1 |
| 44 | <1 | <1 | <1 | | | <1 | | <1 | <1 | <1 |
| 45 | <1 | <1 | <1 | | | <1 | 4.4103 | <1 | <1 | <1 |
| 46 | <1 | <1 | <1 | | | <1 | <1 | <1 | <1 | <1 |
| 47 | <1 | <1 | <1 | | | <1 | <1 | <1 | <1 | <1 |
| 48 | <1 | <1 | <1 | | | <1 | <1 | <1 | <1 | <1 |
| 49 | <1 | <1 | <1 | | | <1 | <1 | <1 | <1 | <1 |
| 50 | <1 | <1 | <1 | | | <1 | <1 | <1 | <1 | <1 |
| 51 | <1 | <1 | <1 | | | <1 | <1 | <1 | <1 | <1 |
| 52 | <1 | <1 | <1 | | | <1 | <1 | <1 | <1 | <1 |
| 53 | <1 | <1 | <1 | | | <1 | <1 | <1 | <1 | <1 |
| 54 | <1 | <1 | <1 | | | <1 | <1 | <1 | <1 | <1 |
| 55 | <1 | <1 | <1 | | | <1 | <1 | <1 | <1 | <1 |
| 56 | <1 | <1 | <1 | | | <1 | <1 | <1 | <1 | <1 |
| 57 | <1 | <1 | <1 | | | <1 | <1 | <1 | <1 | <1 |
| 58 | <1 | <1 | <1 | | | <1 | <1 | <1 | <1 | <1 |
| 59 | <1 | <1 | <1 | | | <1 | <1 | <1 | <1 | <1 |
| 60 | <1 | <1 | <1 | | | <1 | <1 | <1 | <1 | <1 |
| 61 | <1 | <1 | <1 | | | - | 8.4557 | - | - | - |
| 62 | <1 | <1 | <1 | | | - | 2.0000 | - | - | - |
| 63 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 64 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 65 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 66 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 67 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 68 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 69 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 70 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 71 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 72 | <1 | <1 | <1 | | | - | 1.1494 | - | - | - |
| 73 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 74 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 75 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 76 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 77 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 78 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 79 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 80 | <1 | <1 | <1 | | | - | 1.0470 | - | - | - |
| 81 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 82 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 83 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 84 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 85 | <1 | <1 | <1 | | | - | <1 | - | - | - |
| 86 | <1 | <1 | <1 | | | - | <1 | - | - | - |

| OBS | Poplar_Sawnwood POPSW | Plywood PLWD | Particleboard PLBU | MDF | Total_Wood | Birch_Sawnwood BIRSW | Oak_Sawnwood OAKSW | Fraximus_mandshurica_Sawnwood FRASW | Basswood_Sawnwood BASSW | Poplar_Saw nwood POPSW |
|---|---|---|---|---|---|---|---|---|---|---|
| 40 | √ | √ | √ | - | 1.2102 | - | - | - | - | |
| 41 | √ | √ | √ | √ | 1.0085 | - | - | - | - | |
| 42 | - | 1.6015 | 13.2598 | √ | 18.7526 | 4.3158 | - | - | - | |
| 43 | - | √ | 4.1680 | √ | √ | 1.3062 | - | - | - | |
| 44 | √ | 2.8592 | 16.0966 | √ | 23.3662 | 4.8914 | - | - | - | |
| 45 | √ | √ | √ | √ | √ | √ | - | - | - | |
| 46 | √ | √ | √ | √ | 1.4523 | √ | - | - | - | |
| 47 | √ | √ | √ | √ | √ | √ | - | - | - | |
| 48 | √ | √ | √ | √ | √ | √ | - | - | - | |
| 49 | √ | √ | √ | √ | √ | √ | - | - | - | |
| 50 | √ | √ | √ | √ | √ | √ | - | - | - | |
| 51 | √ | √ | √ | √ | √ | √ | - | - | - | |
| 52 | √ | √ | √ | √ | √ | √ | - | - | - | |
| 53 | √ | √ | √ | √ | √ | √ | - | - | - | |
| 54 | √ | √ | √ | √ | √ | √ | - | - | - | |
| 55 | √ | √ | √ | √ | √ | √ | - | - | - | |
| 56 | √ | √ | √ | √ | √ | √ | - | - | - | |
| 57 | √ | √ | √ | √ | √ | √ | - | - | - | |
| 58 | √ | √ | √ | √ | √ | √ | - | - | - | |
| 59 | √ | √ | √ | √ | √ | √ | - | - | - | |
| 60 | √ | √ | √ | √ | √ | √ | - | - | - | |
| 61 | - | 3.0588 | 18.5446 | - | 30.0590 | 9.3780 | - | - | - | |
| 62 | - | √ | 4.4012 | - | 7.2054 | 2.2182 | - | - | - | |
| 63 | - | 1.7617 | - | - | 2.3312 | √ | - | - | - | |
| 64 | - | 1.7244 | - | - | 2.2532 | √ | - | - | - | |
| 65 | - | √ | - | - | √ | √ | - | - | - | |
| 66 | √ | √ | √ | √ | √ | √ | - | - | - | √ |
| 67 | √ | √ | √ | √ | √ | √ | - | - | - | √ |
| 68 | √ | √ | √ | √ | √ | √ | - | - | - | √ |
| 69 | √ | √ | √ | √ | √ | √ | - | - | - | √ |
| 70 | 1.4256 | 3.2140 | √ | √ | 5.4926 | √ | - | - | - | 1.5537 |
| 71 | √ | √ | √ | √ | √ | √ | - | - | - | √ |
| 72 | 3.4387 | 7.6977 | √ | √ | 12.3752 | 1.2748 | - | - | - | 3.7476 |
| 73 | √ | √ | √ | √ | √ | √ | - | - | - | √ |
| 74 | - | √ | √ | - | √ | √ | - | - | - | √ |
| 75 | √ | √ | √ | - | √ | √ | - | - | - | √ |
| 76 | √ | √ | √ | - | √ | √ | - | - | - | √ |
| 77 | √ | √ | √ | - | √ | √ | - | - | - | √ |
| 78 | - | √ | √ | - | √ | √ | - | - | - | √ |
| 79 | - | √ | - | - | √ | √ | - | - | - | |
| 80 | 3.1323 | 7.0932 | - | - | 11.2724 | √ | - | - | - | 3.4137 |
| 81 | √ | √ | - | - | 1.3556 | √ | - | - | - | |
| 82 | √ | √ | - | - | √ | √ | - | - | - | √ |
| 83 | √ | 1.7990 | - | - | 2.8590 | √ | - | - | - | √ |
| 84 | √ | √ | - | - | √ | √ | - | - | - | √ |
| 85 | √ | 1.7093 | - | - | 2.7545 | √ | - | - | - | √ |
| 86 | √ | 1.2454 | - | - | 2.0674 | √ | - | - | - | √ |

Filed By: sbomberger@dhlaw.com, Filed Date: 7/19/19 3:41 PM, Submission Status: Approved

| OBS | Plywood PLWD | Particleboard PTBD | MDF MDF | Total_consumption_wood | allocation Rate | Sand_paper SPPU | Sand_cloth SCLU | Gun_nail GNLU | Edge_band EBDU | Tape TPEU | Glue GLUU | Paint PATU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | √ | - | √ | 1.3256 | √ | √ | √ | √ | 1.3992 | √ | 2.5354 | 23.4130 |
| 41 | √ | - | √ | 1.1043 | √ | √ | √ | √ | 1.1656 | √ | 2.1122 | 19.9046 |
| 42 | 1.7434 | 14.1225 | - | 20.1817 | √ | 2.8783 | 5.6430 | √ | 21.3022 | 2.3143 | 38.6000 | 356.4478 |
| 43 | √ | 4.4391 | - | 6.4378 | √ | | 1.8001 | √ | 6.7953 | | 12.3131 | 113.7043 |
| 44 | 3.1126 | 17.1439 | - | 25.1479 | √ | 3.5866 | 7.0316 | √ | 26.5441 | | 48.0984 | 444.1603 |
| 45 | √ | - | | √ | √ | √ | √ | √ | | 0.0956 | 1.5945 | 14.7247 |
| 46 | 1.0300 | - | | 1.5913 | √ | √ | √ | √ | 1.6797 | | 3.0436 | 28.1058 |
| 47 | √ | - | | √ | √ | √ | √ | √ | | | 1.5213 | 14.0485 |
| 48 | √ | - | | √ | √ | √ | √ | √ | √ | √ | √ | 8.8348 |
| 49 | √ | - | | √ | √ | √ | √ | √ | √ | √ | √ | 6.8740 |
| 50 | √ | - | | √ | √ | √ | √ | √ | √ | √ | 1.7121 | 15.8102 |
| 51 | √ | - | | √ | √ | √ | √ | √ | √ | √ | √ | 9.0359 |
| 52 | √ | - | | √ | √ | √ | √ | √ | √ | √ | √ | 1.5084 |
| 53 | √ | - | | √ | √ | √ | √ | √ | √ | √ | √ | 7.4168 |
| 54 | √ | - | | √ | √ | √ | √ | √ | √ | √ | √ | 4.3376 |
| 55 | √ | - | | √ | √ | √ | √ | √ | √ | √ | √ | 8.8348 |
| 56 | √ | - | | √ | √ | √ | √ | √ | | | 1.2682 | 11.7108 |
| 57 | √ | - | | √ | √ | √ | √ | √ | √ | √ | √ | 7.8047 |
| 58 | √ | - | | √ | √ | √ | √ | √ | √ | √ | √ | |
| 59 | √ | - | | √ | √ | √ | √ | √ | | | 1.6820 | 15.5323 |
| 60 | √ | - | | √ | √ | √ | √ | √ | √ | √ | 1.0607 | 9.7951 |
| 61 | 3.3298 | 19.7511 | - | 32.4589 | √ | 4.6292 | 9.0758 | √ | 34.2611 | 3.7221 | 62.0816 | 573.2872 |
| 62 | √ | 4.6876 | - | 7.7812 | √ | 1.1097 | 2.1757 | √ | 8.2132 | | 14.8825 | 137.4308 |
| 63 | 1.9178 | - | | 2.5494 | √ | | | √ | 2.6910 | | 4.8761 | 45.0276 |
| 64 | 1.8772 | - | | 2.4637 | √ | | | √ | 2.6605 | | 4.7121 | 43.5138 |
| 65 | √ | - | | √ | √ | √ | √ | √ | √ | | √ | |
| 66 | √ | √ | | √ | √ | √ | √ | √ | √ | √ | 1.6391 | 15.1361 |
| 67 | √ | √ | | √ | √ | √ | √ | √ | √ | √ | 1.4436 | 13.3308 |
| 68 | √ | √ | | √ | √ | √ | √ | √ | | | 0.3429 | 3.1668 |
| 69 | √ | √ | | √ | √ | √ | √ | √ | | | 1.0748 | 9.9253 |
| 70 | 3.4988 | √ | | 5.9942 | √ | √ | 1.6761 | √ | | | 11.4647 | 105.8699 |
| 71 | √ | √ | | √ | √ | √ | √ | √ | | | 1.3543 | 12.5066 |
| 72 | 8.3797 | | | 13.4989 | √ | 1.9252 | 3.7744 | √ | 14.2484 | 1.5479 | 25.8183 | 238.4170 |
| 73 | √ | √ | | √ | √ | √ | √ | √ | √ | √ | 1.6425 | 15.1679 |
| 74 | √ | √ | | √ | √ | √ | √ | √ | | | 1.2206 | 11.2719 |
| 75 | √ | √ | | √ | √ | √ | √ | √ | √ | √ | 1.0829 | 10.0001 |
| 76 | √ | - | | √ | √ | √ | √ | √ | | √ | √ | 3.1679 |
| 77 | √ | - | | √ | √ | √ | √ | √ | | √ | 1.1467 | 10.5887 |
| 78 | √ | - | | √ | √ | √ | √ | √ | | √ | √ | 3.1275 |
| 79 | √ | - | | √ | √ | √ | √ | √ | | √ | √ | 7.3625 |
| 80 | 7.7216 | - | | 12.2965 | √ | 1.7537 | 3.4382 | √ | 12.9792 | 1.4101 | 23.5186 | 217.1804 |
| 81 | √ | - | | 1.4826 | √ | √ | √ | √ | 1.5649 | | 2.8357 | 26.1859 |
| 82 | √ | - | | √ | √ | √ | √ | √ | | √ | √ | 1.3280 |
| 83 | 1.9584 | - | | 3.1187 | √ | √ | √ | √ | 3.2918 | | 5.9649 | 55.0820 |
| 84 | √ | - | | √ | √ | √ | √ | √ | | √ | √ | 7.5854 |
| 85 | 1.8607 | - | | 3.0052 | √ | √ | √ | √ | 3.1721 | | 5.7479 | 53.0784 |
| 86 | 1.3557 | - | | 2.2563 | √ | √ | √ | √ | 2.3816 | √ | 4.3155 | 39.8514 |

| OBS | Color_concentrate CLCTU | Thinner THINU | Putty PUTU | Alcoholic ALCU | Direct_Labor DRLB | Indirect_Labor INDLB | Electricity ELEC | Steam STEAM | Water WATER | Wood_Scrap WDSCRP | Packing_Labor PACLB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | √ | 12.5600 | 1.6580 | √ | 17.4681 | 1.5733 | 277.2397 | √ | √ | √ | 4.0582 |
| 41 | √ | 10.4633 | 1.3812 | √ | 14.5520 | 1.3107 | 230.9588 | √ | √ | √ | 3.3808 |
| 42 | 3.3705 | 191.2180 | 25.2422 | 1.9079 | 265.9398 | 23.9525 | 4,220.7944 | 2.9813 | √ | √ | 61.7840 |
| 43 | 1.0752 | 60.9972 | 8.0521 | √ | 84.8329 | 7.6407 | 1,346.4036 | √ | 2.4092 | √ | 19.7087 |
| 44 | 4.1999 | 238.2718 | 31.4536 | 2.3773 | 331.3806 | 29.8466 | 5,259.4218 | 3.7150 | 9.4111 | √ | 76.9874 |
| 45 | √ | 7.8991 | 1.0427 | √ | 10.9859 | √ | 174.3594 | √ | √ | 1.1536 | 2.5523 |
| 46 | √ | 15.0775 | 1.9903 | √ | 20.9693 | 1.8886 | 332.8087 | √ | √ | √ | 4.8717 |
| 47 | √ | 7.5364 | √ | √ | 10.4814 | √ | 166.3524 | √ | √ | √ | 2.4351 |
| 48 | √ | 4.7395 | √ | √ | 6.5915 | √ | 104.6157 | √ | √ | √ | 1.5314 |
| 49 | √ | 3.6876 | √ | √ | 5.1286 | √ | 81.3970 | √ | √ | √ | 1.1915 |
| 50 | √ | 8.4815 | 1.1196 | √ | 11.7957 | 1.0624 | 187.2131 | √ | √ | √ | 2.7404 |
| 51 | √ | 4.8473 | √ | √ | 6.7415 | √ | 106.9963 | √ | √ | √ | 1.5662 |
| 52 | √ | √ | √ | √ | 1.1254 | √ | 17.8615 | √ | √ | √ | √ |
| 53 | √ | 3.9787 | √ | √ | 5.5335 | √ | 87.8238 | √ | √ | √ | 1.2856 |
| 54 | √ | 2.3269 | √ | √ | 3.2362 | √ | 51.3623 | √ | √ | √ | √ |
| 55 | √ | 4.7395 | √ | √ | 6.5915 | √ | 104.6157 | √ | √ | √ | 1.5314 |
| 56 | √ | 6.2823 | √ | √ | 8.7372 | √ | 138.6703 | √ | √ | √ | 2.0299 |
| 57 | √ | 4.1869 | √ | √ | 5.8230 | √ | 92.4180 | √ | √ | √ | 1.3528 |
| 58 | √ | √ | √ | √ | √ | √ | 5.1974 | √ | √ | √ | √ |
| 59 | √ | 8.3324 | 1.0999 | √ | 11.5884 | 1.0437 | 183.9219 | √ | √ | √ | 2.6922 |
| 60 | √ | 5.2546 | √ | √ | 7.3080 | √ | 115.9865 | √ | √ | √ | 1.6978 |
| 61 | 5.4210 | 307.5425 | 40.5979 | 3.0685 | 427.7201 | 38.5236 | 6,788.4484 | 4.7950 | 12.1470 | 1.4890 | 99.3693 |
| 62 | 1.2995 | 73.7253 | 9.7323 | √ | 102.5348 | 9.2350 | 1,627.3547 | 1.1495 | 2.9119 | √ | 23.8212 |
| 63 | √ | 24.1553 | 3.1887 | √ | 33.5944 | 3.0258 | 533.1840 | √ | √ | √ | 7.8047 |
| 64 | √ | 23.3432 | 3.0815 | √ | 32.4649 | 2.9240 | 515.2587 | √ | √ | √ | 7.5424 |
| 65 | √ | √ | √ | √ | √ | √ | 5.0209 | √ | √ | √ | √ |
| 66 | √ | 8.1198 | 1.0719 | √ | 11.2928 | 1.0171 | 179.2309 | √ | √ | √ | 2.6236 |
| 67 | √ | 7.1513 | √ | √ | 9.9459 | √ | 157.8531 | √ | √ | √ | 2.3107 |
| 68 | √ | 1.6988 | √ | √ | 2.3627 | √ | 37.4985 | √ | √ | √ | √ |
| 69 | √ | 5.3245 | √ | √ | 7.4051 | √ | 117.5282 | √ | √ | √ | 1.7204 |
| 70 | 1.0011 | 56.7944 | 7.4973 | √ | 78.9878 | 7.1142 | 1,253.6339 | √ | 2.2432 | √ | 18.3507 |
| 71 | √ | 6.7092 | √ | √ | 9.3310 | √ | 148.0941 | √ | √ | √ | 2.1678 |
| 72 | 2.2545 | 127.8998 | 16.8837 | 1.2761 | 177.8789 | 16.0211 | 2,823.1593 | 1.9941 | 5.0517 | √ | 41.3254 |
| 73 | √ | 8.1369 | √ | √ | 11.3165 | 1.0192 | 179.6072 | √ | √ | √ | 2.6291 |
| 74 | √ | 6.0469 | √ | √ | 8.4098 | √ | 133.4738 | √ | √ | √ | 1.9538 |
| 75 | √ | 5.3646 | √ | √ | 7.4609 | √ | 118.4133 | √ | √ | √ | 1.7333 |
| 76 | √ | 1.6994 | √ | √ | 2.3635 | √ | 37.5115 | √ | √ | √ | √ |
| 77 | √ | 5.6803 | √ | √ | 7.9000 | √ | 125.3834 | √ | √ | √ | 1.8354 |
| 78 | √ | 1.6778 | √ | √ | 2.3334 | √ | 37.0339 | √ | √ | √ | √ |
| 79 | √ | 3.9497 | √ | √ | 5.4931 | √ | 87.1818 | √ | √ | √ | 1.2762 |
| 80 | 2.0536 | 116.5074 | 15.3798 | √ | 162.0347 | 14.5940 | 2,571.6910 | 1.8165 | 4.6017 | √ | 37.6444 |
| 81 | √ | 14.0475 | 1.8544 | √ | 19.5368 | 1.7596 | 310.0740 | √ | √ | √ | 4.5389 |
| 82 | √ | √ | √ | √ | √ | √ | 15.7253 | √ | √ | √ | √ |
| 83 | √ | 29.5490 | 3.9007 | √ | 41.0957 | 3.7014 | 652.2405 | √ | 1.1671 | √ | 9.5475 |
| 84 | √ | 4.0692 | √ | √ | 5.6594 | √ | 89.8211 | √ | √ | √ | 1.3148 |
| 85 | √ | 28.4742 | 3.7588 | √ | 39.6009 | 3.5668 | 628.5159 | √ | 1.1246 | √ | 9.2002 |
| 86 | √ | 21.3784 | 2.8221 | √ | 29.7324 | 2.6779 | 471.8906 | √ | √ | √ | 6.9075 |

Filed By: sbomberger@dhlaw.com, Filed Date: 7/19/19 3:41 PM, Submission Status: Approved

# REMAINING PAGES NOT SUSCEPTIBLE TO PUBLIC SUMMARY

Exhibit D-3

Production Flowchart

**Exhibit D-3 Production Flowchart**

**Ancientree**

Exhibit D-4

FOP Spreadsheet

**Factors of Production and U.S. Price Adjustment Spreadsheet**

Exhibit D-4 FOP Spreadsheets as per Appendix VI
Ancientree

| Date of current filing: | |
|---|---|
| Case #: | A-570-106 |
| Case Name: | ooden Cabinets and Vanity from China |
| Segment and POR/POI: | 07/01/2019-12/31/2018 |
| Respondent Name: | The Ancientree Cabinet Co.Ltd |
| Production Facility: | The Ancientree Cabinet Co.Ltd |

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| | | | | | Variable |
| Category | Variable name | Full Name | HTS | NME, ME, Both, or N/A (Where Applicable for U.S. Price Adjustments) | NME POI/POR Purchase Quantity | ME POI/POR Purchase Quantity |
| 2.1 | BIRSW | Birch_Sawnwood | 440796 | | | |
| 2.2 | OAKSW | Oak_Sawnwood | 4407919090 | | | |
| 2.3 | FRASW | Fraxinus_mandshurica_Sawnwood | 44079910 | | | |
| 2.4 | BASSW | Basswood_Sawnwood | 44079910 | | | |
| 2.5 | POPSW | Poplar_Sawnwood | 4407979090 | | | |
| 2.6 | PLWD | Plywood | 441233 | | | |
| 2.7 | PTBU | Particleboard | 441011 | | | |
| 2.8 | MDF | MDF | 441114 | | | |
| 2.9 | SDPU | Sand paper | 6805.20 | | | |
| 2.10 | SCLU | Sand cloth | 6805.10 | | | |
| 2.11 | NALU | Nails | 7317.00 | | | |
| 2.12 | EBDU | Edge band | 3926.90.20 | | | <1 |
| 2.13 | TPEU | Tape | 3920.10 | | | |
| 2.14 | GLUU | Glue | 35069100 | | | |
| 2.15 | PATU | Paint | 3209.10 | | | |
| 2.16 | CLCTU | Color concentrate | 3204.17 | | | |
| 2.17 | THINU | Thinner | 3814.00 | | | |
| 2.18 | PUTU | Putty | 3214.10 | | | |
| 2.19 | ALCU | Alcoholic | 2905.59 | | | |
| 2.20 | SLRU | Slide rail | 8302.42 | | | |
| 2.21 | HINU | Hinge | 8302.10 | | | |
| 2.22 | MTCNU | Metal connectors | 7318.24 | | | |
| 2.23 | PLCNU | Plastic connectors | 3926.90 | | | |
| 2.24 | WDCNU | Wood connectors | 4419.90 | | | |
| 2.25 | SCRU | Screw | 7318.12 | | | |
| 2.26 | NRPU | Noise reduction pad | 3921.19 | | | |
| 2.27 | GLSU | Glass | 7009.91 | | | |
| Material Inputs ("_MAT") | | | | | | |

Page 1 of 6

Filed By: sbamberger@dhlaw.com, Filed Date: 7/19/19 3:41 PM, Submission Status: Approved

**Factors of Production and U.S. Price Adjustment Spreadsheet**

Exhibit D-4 FOP Spreadsheets as per Appent
Ancientree

Date of current filing:
Case #:
Case Name: ooden Cab
Segment and POR/POI: 07/(
Respondent Name: The An
Production Facility: The An

Summary Sheet

| | A | G | H | I | J | K |
|---|---|---|---|---|---|---|
| Category | | Column E Percentage of Total During the POI/POR | Column F Percentage of Total During the POI/POR | Reported Units of Measure[1] (FOP consumption or U.S. price adjustment) | Conversion Factor to Weight Basis from Column I, if Applicable | Variable Value - Record cite[2] (cite to most updated variable value on the record) |
| | 2.1 | | | | | |
| | 2.2 | | | | | |
| | 2.3 | | | | | |
| | 2.4 | | <1% | | | |
| | 2.5 | | | | | |
| | 2.6 | | | | | |
| | 2.7 | | | | | |
| | 2.8 | | | | | |
| | 2.9 | | | | | |
| | 2.10 | | | | | |
| | 2.11 | | | | | |
| | 2.12 | | | | | |
| | 2.13 | | | | | |
| | 2.14 | | | | | |
| | 2.15 | | | | | |
| | 2.16 | | | | | |
| | 2.17 | | <1% | | | |
| | 2.18 | | | | | |
| | 2.19 | | | | | |
| | 2.20 | | | | | |
| | 2.21 | | | | | |
| | 2.22 | | | | | |
| | 2.23 | | | | | |
| | 2.24 | | | | | |
| | 2.25 | | | | | |
| | 2.26 | | | | | |
| Material Inputs ("_MAT") | 2.27 | | | | | |

Page 2 of 6

Factors of Production and U.S. Price Adjustment Spreadsheet

Exhibit D-4 FOP Spreadsheets as per Appent Ancientree

**Date of current filing:**
Case #:
Case Name: ooden Cab
Segment and POR/POI: 07/(
Respondent Name: The An
Production Facility: The An

| A | Category | L | Variable Description - Record cite[2] (cite to most recent discussion of variable description) |
|---|---|---|---|
| | 2.1 | | |
| | 2.2 | | |
| | 2.3 | | |
| | 2.4 | | |
| | 2.5 | | |
| | 2.6 | | |
| | 2.7 | | |
| | 2.8 | | |
| | 2.9 | | |
| | 2.10 | | |
| | 2.11 | | |
| | 2.12 | | |
| | 2.13 | | |
| Material Inputs ("_MAT") | 2.14 | | |
| | 2.15 | | |
| | 2.16 | | |
| | 2.17 | | |
| | 2.18 | | |
| | 2.19 | | |
| | 2.20 | | |
| | 2.21 | | |
| | 2.22 | | |
| | 2.23 | | |
| | 2.24 | | |
| | 2.25 | | |
| | 2.26 | | |
| | 2.27 | | |

Page 3 of 6

**Factors of Production and U.S. Price Adjustment Spreadsheet**

| Category | | Variable name | Full Name | HTS | NME, ME, Both, or N/A (Where Applicable for U.S. Price Adjustments) | NME POI/POR Purchase Quantity | ME POI/POR Purchase Quantity |
|---|---|---|---|---|---|---|---|
| **Labor ("_LBR")** | 3.0 | DRLB | Direct_Labor | N/A | | | |
| | 4.0 | INDLB | Indirect_Labor | N/A | | | <1 |
| **Energy ("_ENE")** | 5.1 | ELEC | Electricity | N/A | | | |
| | 5.2 | STEAM | Steam | 271111 | | | |
| | 5.3 | WATER | Water | N/A | | | |
| **By-Products ("_BPD")** | 6.0 | WDSCRP | Wood_Scrap | 440139 | | | |
| | | | | | | | |
| | 7.1 | EPEU | EPE | 3921.19 | | | |
| | 7.2 | PLFU | Poly Foam | 3903.1190 | | | |
| | 7.3 | CORPAPU | Corrugate_Paperboard | 4808.10 | | | |
| | 7.4 | BFMU | Bubble film | 392329 | | | |
| | 7.5 | PAPLU | Paper_Label | 4802.56 | | | |
| | 7.6 | PLBU | Plastic bag | 392329 | | | |
| | 7.7 | PMNU | Paper_Manual | 4901.10 | | | |
| **Packing Labor ("_LBR")** | 8.0 | PACLB | Packing_Labor | N/A | | | <1 |
| | | | | | | | |
| **Transportation ("_TRK"," RAL"," BRG"," _SHP"," _OTH")** | | | | | | | |
| | | | | | | | |

Filed By: sbomberger@dhlaw.com, Filed Date: 7/19/19 3:41 PM, Submission Status: Approved

PUBLIC VERSION

## Factors of Production and U.S. Price Adjustment Spreadsheet

| Category | | Column E Percentage of Total During the POI/POR | Column F Percentage of Total During the POI/POR | Reported Units of Measure[1] (FOP consumption or U.S. price adjustment) | Conversion Factor to Weight Basis from Column I, If Applicable | Variable Value – Record cite[2] (cite to most updated variable value on the record) |
|---|---|---|---|---|---|---|
| Labor ("_LBR") | 3.0 | | | | | |
| | 4.0 | | <1% | | | |
| Energy ("_ENE") | 5.1 | | | | | |
| | 5.2 | | | | | |
| | 5.3 | | | | | |
| By-Products ("_BPD") | 6.0 | | | | | |
| | 7.1 | | | | | |
| | 7.2 | | | | | |
| | 7.3 | | | | | |
| | 7.4 | | | | | |
| | 7.5 | | | | | |
| | 7.6 | | | | | |
| | 7.7 | | | | | |
| Packing Labor ("_LBR") | 8.0 | | <1% | | | |
| Transportation ("_TRK"," RAL"," BRG"," SHP"," OTH") | | | | | | |
| | | | | | | |
| | | | | | | |

Page 5 of 6

**Factors of Production and U.S. Price Adjustment Spreadsheet**

| Category | | Variable Description - Record cite[2] (cite to most recent discussion of variable description) |
|---|---|---|
| Labor ("_LBR") | 3.0 | |
| | 4.0 | |
| Energy ("_ENE") | 5.1 | |
| | 5.2 | |
| | 5.3 | |
| By-Products ("_BPD") | 6.0 | |
| | 7.1 | |
| | 7.2 | |
| | 7.3 | |
| | 7.4 | |
| | 7.5 | |
| | 7.6 | |
| | 7.7 | |
| Packing Labor ("_LBR") | 8.0 | |
| Transportation ("_TRK"," RAL"," BRG"," SHP"," OTH") | | |

Page 6 of 6

# JA 17

# Foremost, Section C and D Questionnaire Response (July 22, 2019) PR 912

# Arnold & Porter

**J. David Park**
+1 202.942.5646 Direct
David.Park@arnoldporter.com

July 22, 2019

Case No. A-570-106
Total Pages:  280
Investigation

ITA/EC/Office V

Business proprietary information of Foremost has
been removed from pages C-2, C-4-5, C-15, C-20,
C-23-28, C-30-31, C-36, C-38, C-40-42, C-48, C-51,
Section C Exhibits, pages D-3-4, D-7, D-15-16, and
Section D Exhibits.

**Public Version**

**VIA ELECTRONIC FILING**

The Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
International Trade Administration
Enforcement & Compliance
APO/Dockets Unit, Room 18022
14th Street & Constitution Avenue, NW
Washington, DC  20230

Re:     **Wooden Cabinets and Vanities and Components Thereof from the People's
Republic of China:  Foremost's Sections C-D Response**

Dear Secretary Ross:

On behalf of Rizhao Foremost Woodwork Manufacturing Company Ltd. ("Foremost"),

we hereby submit Foremost's Sections C-D response to the Department's June 5, 2019

Antidumping Duty Questionnaire in the above-referenced proceeding.  This response is timely

filed in accordance with the Department's July 9, 2019 memorandum.

Barcode:3866707-01 A-570-106 INV - Investigation  -

Case No.: A-570-106
Investigation
POI: 07/01/18 – 12/31/18
AD/CVD Office II

**Public Version**

**BEFORE THE
UNITED STATES DEPARTMENT OF COMMERCE
INTERNATIONAL TRADE ADMINISTRATION**

**INVESTIGATION
WOODEN CABINETS AND VANITIES AND COMPONENTS
THEREOF (CABINETS) FROM THE PEOPLE'S REPUBLIC OF CHINA**

**RIZHAO FOREMOST WOODWORK MANUFACTURING COMPANY LTD.'s
SECTION C QUESTIONNAIRE RESPONSE**

**J. David Park
Michael T. Shor
Phyllis L. Derrick
Rick Johnson
Lynn Fischer Fox
Daniel R. Wilson
Henry Almond
Henry Morris
Jean Chang
Kang Woo Lee
Leslie C. Bailey**

**ARNOLD & PORTER KAYE SCHOLER LLP**
**601 Massachusetts Ave., NW**
**Washington, DC 20001**
**(202) 942-5000**

**Date Submitted:  July 22, 2019**

# LIST OF EXHIBITS

**Description**                                                    **Exhibit Number**

Revised Quantity and Value Table ............................................................... I

U.S. Sales File ............................................................................................... II

      Database Summary ............................................................................. 1*

      Sample Printout ................................................................................. 2

      Samples .............................................................................................. 3

CONNUMs ..................................................................................................... 2

      Comprehensive List of Product Codes and Assigned CONNUMs ...... A

      Illustrative Sample Materials ........................................................... B

Customer Codes ............................................................................................ 5

Allocated Gross Price ................................................................................... 14.1

Discounts and Rebates Rates ....................................................................... 16.3

Rebate: Agreement with Customer ............................................................... 17.1

International Movement Expenses ................................................................ 20.1

      DDP calculation worksheet .............................................................. A

      CEP Inventory sales worksheet ........................................................ B

      Sample brokerage invoice ................................................................. C

      Sample ocean freight invoice ........................................................... D

Marine Insurance Policy .............................................................................. 23

U.S. Warehousing .......................................................................................... 25

Commissions ................................................................................................. 31

      Agreement .......................................................................................... A

      Selling Rep Codes ............................................................................. B

Short-Term Interest Rates ............................................................................ 34

Filed By: henry.morris@apks.com, Filed Date: 7/22/19 3:11 PM, Submission Status: Approved

Warranty .................................................................................................................37

Bank Charges and Factoring .............................................................................40.1

Indirect Selling Expenses - FGI ...............................................41 (remove one page)

Indirect Selling Expenses - FWW.....................................................................41.1

Inventory Turns....................................................................................................42

VAT    .................................................................................................................45

    Laws....................................................................................................................1

    Regulations ........................................................................................................2

    Applicable Rates ...............................................................................................3

    Recovery Rate ..................................................................................................4

    Adjustment to Recovery Rate ..........................................................................5

    VAT Returns .....................................................................................................6

301 GL Entry ................................................................................................. 301-1

FWW Reconciliation ........................................................................................ VI-1

FGI Reconciliation............................................................................................ VI-2

Non-subject Product Codes .............................................................................. VI-5

Filed By: henry.morris@apks.com, Filed Date: 7/22/19 3:11 PM, Submission Status: Approved

Barcode:3866707-01 A-570-106 INV - Investigation  -

Case No.: A-570-106
Investigation
POI: 07/01/18 – 12/31/18

Public Version

BEFORE THE
UNITED STATES DEPARTMENT OF COMMERCE
INTERNATIONAL TRADE ADMINISTRATION

INVESTIGATION
WOODEN CABINETS AND VANITIES AND COMPONENTS
THEREOF (CABINETS) FROM THE PEOPLE'S REPUBLIC OF CHINA

RIZHAO FOREMOST WOODWORK MANUFACTURING COMPANY LTD.'s
SECTION D QUESTIONNAIRE RESPONSE

J. David Park
Michael T. Shor
Phyllis L. Derrick
Rick Johnson
Lynn Fischer Fox
Daniel R. Wilson
Henry Almond
Henry Morris
Jean Chang
Kang Woo Lee
Leslie C. Bailey

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000

Date Submitted:  July 22, 2019

Step 3:

Calculate and average variance ratio for each input by dividing the actual aggregate input (consumption) quantity of the factor in the POI (based on raw material inventory ledger) by the aggregate standard input quantity (obtained in Step 2) in order to account for the loss experienced in the production process.  The variance calculations for solid wood, boards and veneers are provided in **Exhibit D-9**.  Please note that these ratios reflect the yield loss for the entire production process, from the initial withdrawal at the cut-to-size process to the finished sanding process.

Step 4:

Apply the relevant variance ratio for solid wood, boards or veneers obtained in Step 3 to the standard input quantity of the given factor of solid wood, boards and veneers to obtain the actual input quantity of such factors used to produce a given SKU.

Step 5:

As stated above in the answer to Field 1.0 Matching Control Number, the CONNUM raw material amount is calculated by weight-averaging the respective input quantities of each factor by their respective production quantities of constituent SKUs in that CONNUM. When a constituent SKU was not produced during the POI, but sold and reported in Section C data file, the CONNUM weight-average input quantity is calculated based on the remaining constituent SKUs produced during the POI that fall within that CONNUM.

Step 6:

For SKUs using semi-finished parts purchased from a local supplier during the POI, FWM converted the input quantity of the factors into a kilogram basis for the factors that were used to produce that SKU.  During the POI, FWM purchased Sawn Timber – Poplar

(cut to spec) from [                                              ], Paulownia Timber

Jointed Board from [                                        ], SKU parts from

[              ], SKU before finishing from [                                        ] and

carvings from [                                        ].  FWM has converted

the carvings in pieces to kilograms in the FOP database, and included in the FOP database its

suppliers' FOPs for these semi-finished inputs.

In addition, a portion of FWM's veneering was subcontracted to outside suppliers.  In

these cases, FWM has also reported the veneer input quantity based on standard usage as

specified in the BOM because the veneers outside suppliers purchased were already cut in

regular dimension of wooden boards (4 feet x 8 feet).

Step 7:

FWM used the conversion ratios listed in **Exhibit D-7** to convert the units of

measurement used in BOMs (if different from those used in the CV data files) to report the

input quantity in the CV data files.

FWM reports the means of transport and the distance of each material traveled from

suppliers to FWM, and provides the distance of each supplier to FWM, in the case of

multiple suppliers, together with the percentage amounts purchased from each supplier in

**Exhibit D-10**.

Lastly, as stated in the Commerce's letter on June 26, 2019, Commerce has exempted

Foremost from reporting FOPs and sales of products produced by [

] and [                                        ].

Foremost is still required to report FOPs and sales of products produced by [

].

15

## LIST OF EXHIBITS

| **Description** | **Exhibit Number** |
|---|---|
| Production Flowchart and Equipment | D-1 |
| Production Documents | D-2 |
| MEP Spreadsheet | D-3* |
| ME Input Purchases Supporting Documents | D-4 |
| Purchase Percentages from ME and NME Suppliers | D-5* |
| FOP Spreadsheet | D-6-1* |
| FOP Database | D-6-2 |
| FOP Database Pre-POI | D-6-3* |
| Raw Material Conversion Ratios | D-7 |
| Product Code / CONNUM Concordance | D-8 |
| Variance Ratio | D-9 |
| Sigma Distance Capping | D-10 |
| Direct and Indirect Labor Hours Allocation Worksheet | D-11 |
| Energy Allocation Worksheet | D-12 |
| Packing Labor Hours Allocation Worksheet | D-13 |
| Reconciliation COGS and COM | D-14-1 |
| Reconciliation COM and Reported FOP | D-14-2 |

*Submitted in electronic spreadsheet format*

Barcode:3866707-01 A-570-106 INV - Investigation  -

# EXHIBIT D-1

Barcode:3866707-01 A-570-106 INV - Investigation  -  **PUBLIC VERSION**

# 1 PAGE
# NOT SUSCEPTIBLE TO
# PUBLIC SUMMARIZATION

## Production Flowchart

Barcode:3866707-01 A-570-106 INV - Investigation  -

Production Flowchart and Equipment

| Production Stage | Processing Time | Process No | Process name | Step | Equipment | Material Input | As of POI average worker |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**PUBLIC VERSION**

Barcode:3866707-01 A-570-106 INV - Investigation  -

Production Flowchart and Equipment

| | | Production Process | | | | | |
|---|---|---|---|---|---|---|---|
| Production Stage | Processing Time | Process No | Process name | Step | Equipment | Material Input | As of POI average worker |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |
| [ | | | | | | | ] |

Barcode:3866707-01 A-570-106 INV - Investigation  -

# EXHIBIT D-6-1

Barcode:3866707-01 A-570-106 INV - Investigation -

## FOP Spreadsheet

### Variable Summary Sheet

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| Category | Variable name | Full Name | NME, ME, Both, or N/A (Where Applicable for U.S. Price Adjustments) | NME POI/POR Purchase Quantity | ME POI/POR Purchase Quantity | Column E Percentage of Total During the POI/POR | Column F Percentage of Total During the POI/POR | Reported Units of Measure[1] (FOP consumption or U.S. price adjustment) | Conversion Factor to Weight Basis from Column I, if Applicable |
| | | | | 1,000.00 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | 2,500.00 | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | 500,000.00 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Barcode:3866707-01 A-570-106 INV - Investigation  -

# EXHIBIT D-6-2

Factors of Production
Rizhao Foremost Woodwork Manufacturing Co., Ltd.

PUBLIC VERSION
LTFV of Wooden Cabinets and Vanities and Components Thereof from China
RANGED DATA

Barcode:3866707-01 A-570-106 INV - Investigation  -
FWMFOP01

| Obs | CONNUM | SWASH | SWASHMOD | SWASHDIS | SWPOPLAR | SWPOPLARMOD | SWPOPLARDIS | SWWTEOAK | SWWTEOAKMOD | SWWTEOAKDIS | SWMISWOD | SWMISWODMOD | SWMISWODDIS | SWMAPLE | SWMAPLEMOD | SWMAPLEDIS | SWBIRCH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | SWBIRCHMOD | SWBIRCHDIS | SWYLPLAR | SWYLPLARMOD | SWYLPLARDIS | SWELM | SWELMMOD | SWELMDIS | SWPAUWNA | SWPAUWNAMOD | SWPAUWNADIS | SWCHERRY | SWCHERRYMOD | SWCHERRYDIS | SWRUBWOD | SWRUBWODMOD | SWRUBWODDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | BDPTCLBOD | BDPTCLBODMOD | BDPTCLBODDIS | BDPLYWOD | BDPLYWODMOD | BDPLYWODDIS | BDMDFFRD | BDMDFFRDMOD | BDMDFFRDDIS | VRPVC | VRPVCMOD | VRPVCDIS | VRASH | VRASHMOD | VRASHDIS | VRBAMBOO | VRBAMBOOMOD | VRBAMBOODIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | VRREDOAK | VRREDOAKMOD | VRREDOAKDIS | VRPOPLAR | VRPOPLARMOD | VRPOPLARDIS | VRMAPLE | VRMAPLEMOD | VRMAPLEDIS | VRBIRCH | VRBIRCHMOD | VRBIRCHDIS | VROKOUME | VROKOUMEMOD | VROKOUMEDIS | VRBASWOD | VRBASWODMOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | . | . | . | . | . | . | . | . | . | . | . | . | . | . | 1871.77 | . | . |

| Obs | VRBASWODDIS | VRCTALPA | VRCTALPAMOD | VRCTALPADIS | VRCHERRY | VRCHERRYMOD | VRCHERRYDIS | VRELM | VRELMMOD | VRELMDIS | VRRATTAN | VRRATTANMOD | VRRATTANDIS | DCRVTRIM | DCRVTRIMMOD | DCRVTRIMDIS | WDCARVDR | WDCARVDRMOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | WDCARVDRDIS | RESINDCR | RESINDCRMOD | RESINDCRDIS | HWEVASPN | HWEVASPNMOD | HWEVASPNDIS | HWDORSTP | HWDORSTPMOD | HWDORSTPDIS | HWSTPART | HWSTPARTMOD | HWSTPARTDIS | HWWODKNB | HWWODKNBMOD | HWWODKNBDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | . | . | . | . | . | . | . | . | 251.39 | . | . | . | . | . | . | . |

| Obs | HWWDDWEL | HWWDDWELMOD | HWWDDWELDIS | HWFAUCET | HWFAUCETMOD | HWFAUCETDIS | HWFABRIC | HWFABRICMOD | HWFABRICDIS | HWWASHER | HWWASHERMOD | HWWASHERDIS | HWHINGE | HWHINGEMOD | HWHINGEDIS | HWHNGSFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | HWHNGSFTMOD | HWHNGSFTDIS | HWSPGHGE | HWSPGHGEMOD | HWSPGHGEDIS | HWSPHGSF | HWSPHGSFMOD | HWSPHGSFDIS | HWALOKNO | HWALOKNOMOD | HWALOKNODIS | HWANLSTL | HWANLSTLMOD | HWANLSTLDIS | HWSTLPAR | HWSTLPARMOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | . | 1716.92 | . | . | . | . | . | 1275.80 | . | . | . | . | . | . | . | . |

| Obs | HWSTLPARDIS | HWALMPAR | HWALMPARMOD | HWALMPARDIS | HWCNECTR | HWCNECTRMOD | HWCNECTRDIS | HWFLANEL | HWFLANELMOD | HWFLANELDIS | HWSTLWRK | HWSTLWRKMOD | HWSTLWRKDIS | HWSTSCRW | HWSTSCRWMOD | HWSTSCRWDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | HWSDESFT | HWSDESFTMOD | HWSDESFTDIS | HWPLTPAR | HWPLTPARMOD | HWPLTPARDIS | HWMGTATR | HWMGTATRMOD | HWMGTATRDIS | HWNUT | HWNUTMOD | HWNUTDIS | HWSCREW | HWSCREWMOD | HWSCREWDIS | HWSLIDE | HWSLIDEMOD | HWSLIDEDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | HWSTLSHT | HWSTLSHTMOD | HWSTLSHTDIS | HWMAGSTK | HWMAGSTKMOD | HWMAGSTKDIS | HW3MMGLS | HW3MMGLSMOD | HW3MMGLSDIS | HW3MMMOR | HW3MMMORMOD | HW3MMMORDIS | HW5MMGLS | HW5MMGLSMOD | HW5MMGLSDIS | HW5MMMOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | HW5MMMMOR | HW5MMMORMOD | HW5MMMORDIS | HW8MMGLS | HW8MMGLSMOD | HW8MMGLSDIS | PNTCROLA | PNTCROLAMOD | PNTCROLADIS | PNTSTAIN | PNTSTAINMOD | PNTSTAINDIS | PNTSEALR | PNTSEALRMOD | PNTSEALRDIS | PNTLACQR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | PNTLACQRMOD | PNTLACQRDIS | PNTEXFLA | PNTEXFLAMOD | PNTEXFLADIS | PNTHARDR | PNTHARDRMOD | PNTHARDRDIS | PNTTHNER | PNTTHNERMOD | PNTTHNERDIS | SPASMGLU | SPASMGLUMOD | SPASMGLUDIS | SPWODGLU | SPWODGLUMOD | SPWODGLUDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | SPHARDER | SPHARDERMOD | SPHARDERDIS | SPFILLER | SPFILLERMOD | SPFILLERDIS | HWMGO | DIRLAB | INDLAB | ELECTRY | NATLGAS | PKEPESHT | PKEPESHTMOD | PKEPESHTDIS | PKDESCNT | PKDESCNTMOD | PKDESCNTDIS | PKWODFRM | PKWODFRMMOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | . | . | . | . | . | . | . | 1.420000 | . | . | . | . | . | . | . | . | . | . | . |

| Obs | PKWODFRMDIS | PKRIBBON | PKRIBBONMOD | PKRIBBONDIS | PKPALLET | PKPALLETMOD | PKPALLETDIS | PKADNTPE | PKADNTPEMOD | PKADNTPEDIS | PKBAG | PKBAGMOD | PKBAGDIS | PKBELT | PKBELTMOD | PKBELTDIS | PKPRCRPR | PKPRCRPRMOD | PKPRCRPRDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

Factors of Production
Rizhao Foremost Woodwork Manufacturing Co., Ltd.

PUBLIC VERSION
LTFV of Wooden Cabinets and Vanities and Components Thereof from China
RANGED DATA

Barcode:3866707-01 A-570-106 INV - Investigation -
FWMFOP01

| Obs | CONNUM | SWASH | SWASHMOD | SWASHDIS | SWPOPLAR | SWPOPLARMOD | SWPOPLARDIS | SWWTEOAK | SWWTEOAKMOD | SWWTEOAKDIS | SWMISWOD | SWMISWODMOD | SWMISWODDIS | SWMAPLE | SWMAPLEMOD | SWMAPLEDIS | SWBIRCH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | | | . | . | . | . | . | . | . | . | . | . | . | . | 576.43 | . |

| Obs | SWBIRCHMOD | SWBIRCHDIS | SWYLPLAR | SWYLPLARMOD | SWYLPLARDIS | SWELM | SWELMMOD | SWELMDIS | SWPAUWNA | SWPAUWNAMOD | SWPAUWNADIS | SWCHERRY | SWCHERRYMOD | SWCHERRYDIS | SWRUBWOD | SWRUBWODMOD | SWRUBWODDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | BDPTCLBOD | BDPTCLBODMOD | BDPTCLBODDIS | BDPLYWOD | BDPLYWODMOD | BDPLYWODDIS | BDMDFFRD | BDMDFFRDMOD | BDMDFFRDDIS | VRPVC | VRPVCMOD | VRPVCDIS | VRASH | VRASHMOD | VRASHDIS | VRBAMBOO | VRBAMBOOMOD | VRBAMBOODIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | . | . | . | 112.46 | . | . | . | . | . | . |

| Obs | VRREDOAK | VRREDOAKMOD | VRREDOAKDIS | VRPOPLAR | VRPOPLARMOD | VRPOPLARDIS | VRMAPLE | VRMAPLEMOD | VRMAPLEDIS | VRBIRCH | VRBIRCHMOD | VRBIRCHDIS | VROKOUME | VROKOUMEMOD | VROKOUMEDIS | VRBASWOD | VRBASWODMOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | . | . | . | 6.270000 | . | . | . | . | . |

| Obs | VRBASWODDIS | VRCTALPA | VRCTALPAMOD | VRCTALPADIS | VRCHERRY | VRCHERRYMOD | VRCHERRYDIS | VRELM | VRELMMOD | VRELMDIS | VRRATTAN | VRRATTANMOD | VRRATTANDIS | DCRVTRIM | DCRVTRIMMOD | DCRVTRIMDIS | WDCARVDR | WDCARVDRMOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | WDCARVDRDIS | RESINDCR | RESINDCRMOD | RESINDCRDIS | HWEVASPN | HWEVASPNMOD | HWEVASPNDIS | HWDORSTP | HWDORSTPMOD | HWDORSTPDIS | HWSTPART | HWSTPARTMOD | HWSTPARTDIS | HWWODKNB | HWWODKNBMOD | HWWODKNBDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | 614.85 | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | HWWDDWEL | HWWDDWELMOD | HWWDDWELDIS | HWFAUCET | HWFAUCETMOD | HWFAUCETDIS | HWFABRIC | HWFABRICMOD | HWFABRICDIS | HWWASHER | HWWASHERMOD | HWWASHERDIS | HWHINGE | HWHINGEMOD | HWHINGEDIS | HWHNGSFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | HWHNGSFTMOD | HWHNGSFTDIS | HWSPGHGE | HWSPGHGEMOD | HWSPGHGEDIS | HWSPHGSF | HWSPHGSFMOD | HWSPHGSFDIS | HWALOKNO | HWALOKNOMOD | HWALOKNODIS | HWANLSTL | HWANLSTLMOD | HWANLSTLDIS | HWSTLPAR | HWSTLPARMOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | 1407.84 | . | . | . | . | . | . | . | . |

| Obs | HWSTLPARDIS | HWALMPAR | HWALMPARMOD | HWALMPARDIS | HWCNECTR | HWCNECTRMOD | HWCNECTRDIS | HWFLANEL | HWFLANELMOD | HWFLANELDIS | HWSTLWRK | HWSTLWRKMOD | HWSTLWRKDIS | HWSTSCRW | HWSTSCRWMOD | HWSTSCRWDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | . | 1412.24 | . | . | . | . | . | . |

| Obs | HWSDESFT | HWSDESFTMOD | HWSDESFTDIS | HWPLTPAR | HWPLTPARMOD | HWPLTPARDIS | HWMGTATR | HWMGTATRMOD | HWMGTATRDIS | HWNUT | HWNUTMOD | HWNUTDIS | HWSCREW | HWSCREWMOD | HWSCREWDIS | HWSLIDE | HWSLIDEMOD | HWSLIDEDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | 1820.55 | . | . | . | . | . | . | . | . | . |

| Obs | HWSTLSHT | HWSTLSHTMOD | HWSTLSHTDIS | HWMAGSTK | HWMAGSTKMOD | HWMAGSTKDIS | HW3MMGLS | HW3MMGLSMOD | HW3MMGLSDIS | HW3MMMOR | HW3MMMORMOD | HW3MMMORDIS | HW5MMGLS | HW5MMGLSMOD | HW5MMGLSDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | HW5MMMOR | HW5MMMORMOD | HW5MMMORDIS | HW8MMGLS | HW8MMGLSMOD | HW8MMGLSDIS | PNTCROLA | PNTCROLAMOD | PNTCROLADIS | PNTSTAIN | PNTSTAINMOD | PNTSTAINDIS | PNTSEALR | PNTSEALRMOD | PNTSEALRDIS | PNTLACQR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | 531.27 | . | . | 614.20 | . | . | . | . |

| Obs | PNTLACQRMOD | PNTLACQRDIS | PNTEXFLA | PNTEXFLAMOD | PNTEXFLADIS | PNTHARDR | PNTHARDRMOD | PNTHARDRDIS | PNTTHNER | PNTTHNERMOD | PNTTHNERDIS | SPASMGLU | SPASMGLUMOD | SPASMGLUDIS | SPWODGLU | SPWODGLUMOD | SPWODGLUDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | SPHARDER | SPHARDERMOD | SPHARDERDIS | SPFILLER | SPFILLERMOD | SPFILLERDIS | HWMGO | DIRLAB | INDLAB | ELECTRY | NATLGAS | PKEPESHT | PKEPESHTMOD | PKEPESHTDIS | PKDESCNT | PKDESCNTMOD | PKDESCNTDIS | PKWODFRM | PKWODFRMMOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | 4.040000 | . | . | . | . | . | . | . | . | . | . |

| Obs | PKWODFRMDIS | PKRIBBON | PKRIBBONMOD | PKRIBBONDIS | PKPALLET | PKPALLETMOD | PKPALLETDIS | PKADNTPE | PKADNTPEMOD | PKADNTPEDIS | PKBAG | PKBAGMOD | PKBAGDIS | PKBELT | PKBELTMOD | PKBELTDIS | PKPRCRPR | PKPRCRPRMOD | PKPRCRPRDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

Factors of Production
Rizhao Foremost Woodwork Manufacturing Co., Ltd.

PUBLIC VERSION
LTFV of Wooden Cabinets and Vanities and Components Thereof from China
RANGED DATA

Barcode:3866707-01 A-570-106 INV - Investigation  -

FWMFOP01

| Obs | CONNUM | SWASH | SWASHMOD | SWASHDIS | SWPOPLAR | SWPOPLARMOD | SWPOPLARDIS | SWWTEOAK | SWWTEOAKMOD | SWWTEOAKDIS | SWMISWOD | SWMISWODMOD | SWMISWODDIS | SWMAPLE | SWMAPLEMOD | SWMAPLEDIS | SWBIRCH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | SWBIRCHMOD | SWBIRCHDIS | SWYLPLAR | SWYLPLARMOD | SWYLPLARDIS | SWELM | SWELMMOD | SWELMDIS | SWPAUWNA | SWPAUWNAMOD | SWPAUWNADIS | SWCHERRY | SWCHERRYMOD | SWCHERRYDIS | SWRUBWOD | SWRUBWODMOD | SWRUBWODDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | BDPTCLBOD | BDPTCLBODMOD | BDPTCLBODDIS | BDPLYWOD | BDPLYWODMOD | BDPLYWODDIS | BDMDFFRD | BDMDFFRDMOD | BDMDFFRDDIS | VRPVC | VRPVCMOD | VRPVCDIS | VRASH | VRASHMOD | VRASHDIS | VRBAMBOO | VRBAMBOOMOD | VRBAMBOODIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | . | . | . | 101.35 | . | . | . | . | . | . |

| Obs | VRREDOAK | VRREDOAKMOD | VRREDOAKDIS | VRPOPLAR | VRPOPLARMOD | VRPOPLARDIS | VRMAPLE | VRMAPLEMOD | VRMAPLEDIS | VRBIRCH | VRBIRCHMOD | VRBIRCHDIS | VROKOUME | VROKOUMEMOD | VROKOUMEDIS | VRBASWOD | VRBASWODMOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | 1888.89 | . | . | . | . | . | . | . | . |

| Obs | VRBASWODDIS | VRCTALPA | VRCTALPAMOD | VRCTALPADIS | VRCHERRY | VRCHERRYMOD | VRCHERRYDIS | VRELM | VRELMMOD | VRELMDIS | VRRATTAN | VRRATTANMOD | VRRATTANDIS | DCRVTRIM | DCRVTRIMMOD | DCRVTRIMDIS | WDCARVDR | WDCARVDRMOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | WDCARVDRDIS | RESINDCR | RESINDCRMOD | RESINDCRDIS | HWEVASPN | HWEVASPNMOD | HWEVASPNDIS | HWDORSTP | HWDORSTPMOD | HWDORSTPDIS | HWSTPART | HWSTPARTMOD | HWSTPARTDIS | HWWODKNB | HWWODKNBMOD | HWWODKNBDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | 1016.60 |

| Obs | HWWDDWEL | HWWDDWELMOD | HWWDDWELDIS | HWFAUCET | HWFAUCETMOD | HWFAUCETDIS | HWFABRIC | HWFABRICMOD | HWFABRICDIS | HWWASHER | HWWASHERMOD | HWWASHERDIS | HWHINGE | HWHINGEMOD | HWHINGEDIS | HWHNGSFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | 332.20 | . | . | . | . | . | . | . |

| Obs | HWHNGSFTMOD | HWHNGSFTDIS | HWSPGHGE | HWSPGHGEMOD | HWSPGHGEDIS | HWSPHGSF | HWSPHGSFMOD | HWSPHGSFDIS | HWALOKNO | HWALOKNOMOD | HWALOKNODIS | HWANLSTL | HWANLSTLMOD | HWANLSTLDIS | HWSTLPAR | HWSTLPARMOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | 1704.62 | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | HWSTLPARDIS | HWALMPAR | HWALMPARMOD | HWALMPARDIS | HWCNECTR | HWCNECTRMOD | HWCNECTRDIS | HWFLANEL | HWFLANELMOD | HWFLANELDIS | HWSTLWRK | HWSTLWRKMOD | HWSTLWRKDIS | HWSTSCRW | HWSTSCRWMOD | HWSTSCRWDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | HWSDESFT | HWSDESFTMOD | HWSDESFTDIS | HWPLTPAR | HWPLTPARMOD | HWPLTPARDIS | HWMGTATR | HWMGTATRMOD | HWMGTATRDIS | HWNUT | HWNUTMOD | HWNUTDIS | HWSCREW | HWSCREWMOD | HWSCREWDIS | HWSLIDE | HWSLIDEMOD | HWSLIDEDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | HWSTLSHT | HWSTLSHTMOD | HWSTLSHTDIS | HWMAGSTK | HWMAGSTKMOD | HWMAGSTKDIS | HW3MMGLS | HW3MMGLSMOD | HW3MMGLSDIS | HW3MMMOR | HW3MMMORMOD | HW3MMMORDIS | HW5MMGLS | HW5MMGLSMOD | HW5MMGLSDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

| Obs | HW5MMMOR | HW5MMMORMOD | HW5MMMORDIS | HW8MMGLS | HW8MMGLSMOD | HW8MMGLSDIS | PNTCROLA | PNTCROLAMOD | PNTCROLADIS | PNTSTAIN | PNTSTAINMOD | PNTSTAINDIS | PNTSEALR | PNTSEALRMOD | PNTSEALRDIS | PNTLACQR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | 44.73 | 108.68 | . | . | 565.92 | . | . | . | . | . | 615.90 | . |

| Obs | PNTLACQRMOD | PNTLACQRDIS | PNTEXFLA | PNTEXFLAMOD | PNTEXFLADIS | PNTHARDR | PNTHARDRMOD | PNTHARDRDIS | PNTTHNER | PNTTHNERMOD | PNTTHNERDIS | SPASMGLU | SPASMGLUMOD | SPASMGLUDIS | SPWODGLU | SPWODGLUMOD | SPWODGLUDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | 552.80 | . | . | . | . | . | . | . | . | . | . | . | 2.540000 | . | . | . |

| Obs | SPHARDER | SPHARDERMOD | SPHARDERDIS | SPFILLER | SPFILLERMOD | SPFILLERDIS | HWMGO | DIRLAB | INDLAB | ELECTRY | NATLGAS | PKEPESHT | PKEPESHTMOD | PKEPESHTDIS | PKDESCNT | PKDESCNTMOD | PKDESCNTDIS | PKWODFRM | PKWODFRMMOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | 1333.73 | . | . |

| Obs | PKWODFRMDIS | PKRIBBON | PKRIBBONMOD | PKRIBBONDIS | PKPALLET | PKPALLETMOD | PKPALLETDIS | PKADNTPE | PKADNTPEMOD | PKADNTPEDIS | PKBAG | PKBAGMOD | PKBAGDIS | PKBELT | PKBELTMOD | PKBELTDIS | PKPRCRPR | PKPRCRPRMOD | PKPRCRPRDIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

Barcode:3866707-01 A-570-106 INV - Investigation  -
**FWMFOP01**

| Obs | CONNUM | SWASH | SWASHMOD | SWASHDIS | SWPOPLAR | SWPOPLARMOD | SWPOPLARDIS | SWWTEOAK | SWWTEOAKMOD | SWWTEOAKDIS | SWMISWOD | SWMISWODMOD | SWMISWODDIS | SWMAPLE | SWMAPLEMOD | SWMAPLEDIS | SWBIRCH |
| | | | | | | | | | | | | | | | | | . |

| Obs | SWBIRCHMOD | SWBIRCHDIS | SWYLPLAR | SWYLPLARMOD | SWYLPLARDIS | SWELM | SWELMMOD | SWELMDIS | SWPAUWNA | SWPAUWNAMOD | SWPAUWNADIS | SWCHERRY | SWCHERRYMOD | SWCHERRYDIS | SWRUBWOD | SWRUBWODMOD | SWRUBWODDIS |
| | | | | | | | | | | | | | | | | | . |

| Obs | BDPTCLBOD | BDPTCLBODMOD | BDPTCLBODDIS | BDPLYWOD | BDPLYWODMOD | BDPLYWODDIS | BDMDFFRD | BDMDFFRDMOD | BDMDFFRDDIS | VRPVC | VRPVCMOD | VRPVCDIS | VRASH | VRASHMOD | VRASHDIS | VRBAMBOO | VRBAMBOOMOD | VRBAMBOODIS |
| | . | | | | | | | | | | | | | | | | | . |

| Obs | VRREDOAK | VRREDOAKMOD | VRREDOAKDIS | VRPOPLAR | VRPOPLARMOD | VRPOPLARDIS | VRMAPLE | VRMAPLEMOD | VRMAPLEDIS | VRBIRCH | VRBIRCHMOD | VRBIRCHDIS | VROKOUME | VROKOUMEMOD | VROKOUMEDIS | VRBASWOD | VRBASWODMOD |
| | | | | | | | | | | | | | | | | | . |

| Obs | VRBASWODDIS | VRCTALPA | VRCTALPAMOD | VRCTALPADIS | VRCHERRY | VRCHERRYMOD | VRCHERRYDIS | VRELM | VRELMMOD | VRELMDIS | VRRATTAN | VRRATTANMOD | VRRATTANDIS | DCRVTRIM | DCRVTRIMMOD | DCRVTRIMDIS | WDCARVDR | WDCARVDRMOD |
| | | | | | | | | | | | | | | | | | | . |

| Obs | WDCARVDRDIS | RESINDCR | RESINDCRMOD | RESINDCRDIS | HWEVASPN | HWEVASPNMOD | HWEVASPNDIS | HWDORSTP | HWDORSTPMOD | HWDORSTPDIS | HWSTPART | HWSTPARTMOD | HWSTPARTDIS | HWWODKNB | HWWODKNBMOD | HWWODKNBDIS |
| | | | | | | | | | | | | | | | | . |

| Obs | HWWDDWEL | HWWDDWELMOD | HWWDDWELDIS | HWFAUCET | HWFAUCETMOD | HWFAUCETDIS | HWFABRIC | HWFABRICMOD | HWFABRICDIS | HWWASHER | HWWASHERMOD | HWWASHERDIS | HWHINGE | HWHINGEMOD | HWHINGEDIS | HWHNGSFT |
| | . | | | | | | | | | | | | | | | . |

| Obs | HWHNGSFTMOD | HWHNGSFTDIS | HWSPGHGE | HWSPGHGEMOD | HWSPGHGEDIS | HWSPHGSF | HWSPHGSFMOD | HWSPHGSFDIS | HWALOKNO | HWALOKNOMOD | HWALOKNODIS | HWANLSTL | HWANLSTLMOD | HWANLSTLDIS | HWSTLPAR | HWSTLPARMOD |
| | | | | | | | | | | | | | | | | . |

| Obs | HWSTLPARDIS | HWALMPAR | HWALMPARMOD | HWALMPARDIS | HWCNECTR | HWCNECTRMOD | HWCNECTRDIS | HWFLANEL | HWFLANELMOD | HWFLANELDIS | HWSTLWRK | HWSTLWRKMOD | HWSTLWRKDIS | HWSTSCRW | HWSTSCRWMOD | HWSTSCRWDIS |
| | | | | | | | | | | | | | | | | . |

| Obs | HWSDESFT | HWSDESFTMOD | HWSDESFTDIS | HWPLTPAR | HWPLTPARMOD | HWPLTPARDIS | HWMGTATR | HWMGTATRMOD | HWMGTATRDIS | HWNUT | HWNUTMOD | HWNUTDIS | HWSCREW | HWSCREWMOD | HWSCREWDIS | HWSLIDE | HWSLIDEMOD | HWSLIDEDIS |
| | | | | | | | | | | | | | | | | | | . |

| Obs | HWSTLSHT | HWSTLSHTMOD | HWSTLSHTDIS | HWMAGSTK | HWMAGSTKMOD | HWMAGSTKDIS | HW3MMGLS | HW3MMGLSMOD | HW3MMGLSDIS | HW3MMMOR | HW3MMMORMOD | HW3MMMORDIS | HW5MMGLS | HW5MMGLSMOD | HW5MMGLSDIS |
| | | | | | | | | | 69.94 | | | | | | . |

| Obs | HW5MMMOR | HW5MMMORMOD | HW5MMMORDIS | HW8MMGLS | HW8MMGLSMOD | HW8MMGLSDIS | PNTCROLA | PNTCROLAMOD | PNTCROLADIS | PNTSTAIN | PNTSTAINMOD | PNTSTAINDIS | PNTSEALR | PNTSEALRMOD | PNTSEALRDIS | PNTLACQR |
| | | | | | | | | | | | | | | | | . |

| Obs | PNTLACQRMOD | PNTLACQRDIS | PNTEXFLA | PNTEXFLAMOD | PNTEXFLADIS | PNTHARDR | PNTHARDRMOD | PNTHARDRDIS | PNTTHNER | PNTTHNERMOD | PNTTHNERDIS | SPASMGLU | SPASMGLUMOD | SPASMGLUDIS | SPWODGLU | SPWODGLUMOD | SPWODGLUDIS |
| | | | | | | | | | | | | | | | | | . |

| Obs | SPHARDER | SPHARDERMOD | SPHARDERDIS | SPFILLER | SPFILLERMOD | SPFILLERDIS | HWMGO | DIRLAB | INDLAB | ELECTRY | NATLGAS | PKEPESHT | PKEPESHTMOD | PKEPESHTDIS | PKDESCNT | PKDESCNTMOD | PKDESCNTDIS | PKWODFRM | PKWODFRMMOD |
| | | | | | | | | | | | | | | | | | | | . |

| Obs | PKWODFRMDIS | PKRIBBON | PKRIBBONMOD | PKRIBBONDIS | PKPALLET | PKPALLETMOD | PKPALLETDIS | PKADNTPE | PKADNTPEMOD | PKADNTPEDIS | PKBAG | PKBAGMOD | PKBAGDIS | PKBELT | PKBELTMOD | PKBELTDIS | PKPRCRPR | PKPRCRPRMOD | PKPRCRPRDIS |
| | | | | | | | | | | | | | | | | | | | . |

Barcode:3866707-01 A-570-106 INV - Investigation -

**SAS Dataset FWMFOP01.SAS7BDAT  -  [    ] Observations**

| Num | Field Name | Field Type | SAS Format | Description |
|---|---|---|---|---|
| 1 | CONNUM | Char | $16. | CONNUM |
| 2 | SWASH | Num | 8.6 | SWASH |
| 3 | SWASHMOD | Char | $1. | SWASHMOD |
| 4 | SWASHDIS | Num | 8.2 | SWASHDIS |
| 5 | SWPOPLAR | Num | 8.6 | SWPOPLAR |
| 6 | SWPOPLARMOD | Char | $1. | SWPOPLARMOD |
| 7 | SWPOPLARDIS | Num | 8.2 | SWPOPLARDIS |
| 8 | SWWTEOAK | Num | 8.6 | SWWTEOAK |
| 9 | SWWTEOAKMOD | Char | $1. | SWWTEOAKMOD |
| 10 | SWWTEOAKDIS | Num | 8.2 | SWWTEOAKDIS |
| 11 | SWMISWOD | Num | 8.6 | SWMISWOD |
| 12 | SWMISWODMOD | Char | $1. | SWMISWODMOD |
| 13 | SWMISWODDIS | Num | 8.2 | SWMISWODDIS |
| 14 | SWMAPLE | Num | 8.6 | SWMAPLE |
| 15 | SWMAPLEMOD | Char | $1. | SWMAPLEMOD |
| 16 | SWMAPLEDIS | Num | 8.2 | SWMAPLEDIS |
| 17 | SWBIRCH | Num | 8.6 | SWBIRCH |
| 18 | SWBIRCHMOD | Char | $1. | SWBIRCHMOD |
| 19 | SWBIRCHDIS | Num | 8.2 | SWBIRCHDIS |
| 20 | SWYLPLAR | Num | 8.6 | SWYLPLAR |
| 21 | SWYLPLARMOD | Char | $1. | SWYLPLARMOD |
| 22 | SWYLPLARDIS | Num | 8.2 | SWYLPLARDIS |
| 23 | SWELM | Num | 8.6 | SWELM |
| 24 | SWELMMOD | Num | best12. | SWELMMOD |
| 25 | SWELMDIS | Num | 8.2 | SWELMDIS |
| 26 | SWPAUWNA | Num | 8.6 | SWPAUWNA |
| 27 | SWPAUWNAMOD | Char | $1. | SWPAUWNAMOD |
| 28 | SWPAUWNADIS | Num | 8.2 | SWPAUWNADIS |
| 29 | SWCHERRY | Num | 8.6 | SWCHERRY |
| 30 | SWCHERRYMOD | Char | $1. | SWCHERRYMOD |
| 31 | SWCHERRYDIS | Num | 8.2 | SWCHERRYDIS |
| 32 | SWRUBWOD | Num | 8.6 | SWRUBWOD |
| 33 | SWRUBWODMOD | Char | $1. | SWRUBWODMOD |
| 34 | SWRUBWODDIS | Num | 8.2 | SWRUBWODDIS |
| 35 | BDPTCLBOD | Num | 8.6 | BDPTCLBOD |
| 36 | BDPTCLBODMOD | Char | $1. | BDPTCLBODMOD |
| 37 | BDPTCLBODDIS | Num | 8.2 | BDPTCLBODDIS |
| 38 | BDPLYWOD | Num | 8.6 | BDPLYWOD |
| 39 | BDPLYWODMOD | Char | $1. | BDPLYWODMOD |
| 40 | BDPLYWODDIS | Num | 8.2 | BDPLYWODDIS |
| 41 | BDMDFFRD | Num | 8.6 | BDMDFFRD |
| 42 | BDMDFFRDMOD | Char | $1. | BDMDFFRDMOD |
| 43 | BDMDFFRDDIS | Num | 8.2 | BDMDFFRDDIS |
| 44 | VRPVC | Num | 8.6 | VRPVC |
| 45 | VRPVCMOD | Char | $1. | VRPVCMOD |
| 46 | VRPVCDIS | Num | 8.2 | VRPVCDIS |
| 47 | VRASH | Num | 8.6 | VRASH |
| 48 | VRASHMOD | Char | $1. | VRASHMOD |
| 49 | VRASHDIS | Num | 8.2 | VRASHDIS |
| 50 | VRBAMBOO | Num | 8.6 | VRBAMBOO |
| 51 | VRBAMBOOMOD | Char | $1. | VRBAMBOOMOD |
| 52 | VRBAMBOODIS | Num | 8.2 | VRBAMBOODIS |
| 53 | VRREDOAK | Num | 8.6 | VRREDOAK |
| 54 | VRREDOAKMOD | Char | $1. | VRREDOAKMOD |
| 55 | VRREDOAKDIS | Num | 8.2 | VRREDOAKDIS |
| 56 | VRPOPLAR | Num | 8.6 | VRPOPLAR |
| 57 | VRPOPLARMOD | Char | $1. | VRPOPLARMOD |
| 58 | VRPOPLARDIS | Num | 8.2 | VRPOPLARDIS |
| 59 | VRMAPLE | Num | 8.6 | VRMAPLE |
| 60 | VRMAPLEMOD | Char | $1. | VRMAPLEMOD |
| 61 | VRMAPLEDIS | Num | 8.2 | VRMAPLEDIS |
| 62 | VRBIRCH | Num | 8.6 | VRBIRCH |
| 63 | VRBIRCHMOD | Char | $1. | VRBIRCHMOD |
| 64 | VRBIRCHDIS | Num | 8.2 | VRBIRCHDIS |
| 65 | VROKOUME | Num | 8.6 | VROKOUME |
| 66 | VROKOUMEMOD | Char | $1. | VROKOUMEMOD |
| 67 | VROKOUMEDIS | Num | 8.2 | VROKOUMEDIS |
| 68 | VRBASWOD | Num | 8.6 | VRBASWOD |
| 69 | VRBASWODMOD | Char | $1. | VRBASWODMOD |
| 70 | VRBASWODDIS | Num | 8.2 | VRBASWODDIS |

Filed By: henry.morris@apks.com, Filed Date: 7/22/19 3:11 PM, Submission Status: Approved

Barcode:3866707-01 A-570-106 INV - Investigation -

**SAS Dataset FWMFOP01.SAS7BDAT - [     ] Observations**

| Num | Field Name | Field Type | SAS Format | Description |
|---|---|---|---|---|
| 71 | VRCTALPA | Num | 8.6 | VRCTALPA |
| 72 | VRCTALPAMOD | Char | $1. | VRCTALPAMOD |
| 73 | VRCTALPADIS | Num | 8.2 | VRCTALPADIS |
| 74 | VRCHERRY | Num | 8.6 | VRCHERRY |
| 75 | VRCHERRYMOD | Char | $1. | VRCHERRYMOD |
| 76 | VRCHERRYDIS | Num | 8.2 | VRCHERRYDIS |
| 77 | VRELM | Num | 8.6 | VRELM |
| 78 | VRELMMOD | Char | $1. | VRELMMOD |
| 79 | VRELMDIS | Num | 8.2 | VRELMDIS |
| 80 | VRRATTAN | Num | 8.6 | VRRATTAN |
| 81 | VRRATTANMOD | Char | $1. | VRRATTANMOD |
| 82 | VRRATTANDIS | Num | 8.2 | VRRATTANDIS |
| 83 | DCRVTRIM | Num | 8.6 | DCRVTRIM |
| 84 | DCRVTRIMMOD | Char | $1. | DCRVTRIMMOD |
| 85 | DCRVTRIMDIS | Num | 8.2 | DCRVTRIMDIS |
| 86 | WDCARVDR | Num | 8.6 | WDCARVDR |
| 87 | WDCARVDRMOD | Char | $1. | WDCARVDRMOD |
| 88 | WDCARVDRDIS | Num | 8.2 | WDCARVDRDIS |
| 89 | RESINDCR | Num | 8.6 | RESINDCR |
| 90 | RESINDCRMOD | Char | $1. | RESINDCRMOD |
| 91 | RESINDCRDIS | Num | 8.2 | RESINDCRDIS |
| 92 | HWEVASPN | Num | 8.6 | HWEVASPN |
| 93 | HWEVASPNMOD | Char | $1. | HWEVASPNMOD |
| 94 | HWEVASPNDIS | Num | 8.2 | HWEVASPNDIS |
| 95 | HWDORSTP | Num | 8.6 | HWDORSTP |
| 96 | HWDORSTPMOD | Char | $1. | HWDORSTPMOD |
| 97 | HWDORSTPDIS | Num | 8.2 | HWDORSTPDIS |
| 98 | HWSTPART | Num | 8.6 | HWSTPART |
| 99 | HWSTPARTMOD | Char | $1. | HWSTPARTMOD |
| 100 | HWSTPARTDIS | Num | 8.2 | HWSTPARTDIS |
| 101 | HWWODKNB | Num | 8.6 | HWWODKNB |
| 102 | HWWODKNBMOD | Char | $1. | HWWODKNBMOD |
| 103 | HWWODKNBDIS | Num | 8.2 | HWWODKNBDIS |
| 104 | HWWDDWEL | Num | 8.6 | HWWDDWEL |
| 105 | HWWDDWELMOD | Char | $1. | HWWDDWELMOD |
| 106 | HWWDDWELDIS | Num | 8.2 | HWWDDWELDIS |
| 107 | HWFAUCET | Num | 8.6 | HWFAUCET |
| 108 | HWFAUCETMOD | Char | $1. | HWFAUCETMOD |
| 109 | HWFAUCETDIS | Num | 8.2 | HWFAUCETDIS |
| 110 | HWFABRIC | Num | 8.6 | HWFABRIC |
| 111 | HWFABRICMOD | Char | $1. | HWFABRICMOD |
| 112 | HWFABRICDIS | Num | 8.2 | HWFABRICDIS |
| 113 | HWWASHER | Num | 8.6 | HWWASHER |
| 114 | HWWASHERMOD | Char | $1. | HWWASHERMOD |
| 115 | HWWASHERDIS | Num | 8.2 | HWWASHERDIS |
| 116 | HWHINGE | Num | 8.6 | HWHINGE |
| 117 | HWHINGEMOD | Char | $1. | HWHINGEMOD |
| 118 | HWHINGEDIS | Num | 8.2 | HWHINGEDIS |
| 119 | HWHNGSFT | Num | 8.6 | HWHNGSFT |
| 120 | HWHNGSFTMOD | Char | $1. | HWHNGSFTMOD |
| 121 | HWHNGSFTDIS | Num | 8.2 | HWHNGSFTDIS |
| 122 | HWSPGHGE | Num | 8.6 | HWSPGHGE |
| 123 | HWSPGHGEMOD | Char | $1. | HWSPGHGEMOD |
| 124 | HWSPGHGEDIS | Num | 8.2 | HWSPGHGEDIS |
| 125 | HWSPHGSF | Num | 8.6 | HWSPHGSF |
| 126 | HWSPHGSFMOD | Char | $1. | HWSPHGSFMOD |
| 127 | HWSPHGSFDIS | Num | 8.2 | HWSPHGSFDIS |
| 128 | HWALOKNO | Num | 8.6 | HWALOKNO |
| 129 | HWALOKNOMOD | Char | $1. | HWALOKNOMOD |
| 130 | HWALOKNODIS | Num | 8.2 | HWALOKNODIS |
| 131 | HWANLSTL | Num | 8.6 | HWANLSTL |
| 132 | HWANLSTLMOD | Char | $1. | HWANLSTLMOD |
| 133 | HWANLSTLDIS | Num | 8.2 | HWANLSTLDIS |
| 134 | HWSTLPAR | Num | 8.6 | HWSTLPAR |
| 135 | HWSTLPARMOD | Char | $1. | HWSTLPARMOD |
| 136 | HWSTLPARDIS | Num | 8.2 | HWSTLPARDIS |
| 137 | HWALMPAR | Num | 8.6 | HWALMPAR |
| 138 | HWALMPARMOD | Char | $1. | HWALMPARMOD |
| 139 | HWALMPARDIS | Num | 8.2 | HWALMPARDIS |
| 140 | HWCNECTR | Num | 8.6 | HWCNECTR |

Filed By: henry.morris@apks.com, Filed Date: 7/22/19 3:11 PM, Submission Status: Approved

Barcode:3866707-01 A-570-106 INV - Investigation -

**SAS Dataset FWMFOP01.SAS7BDAT  -  [        ] Observations**

| Num | Field Name | Field Type | SAS Format | Description |
|---|---|---|---|---|
| 141 | HWCNECTRMOD | Char | $1. | HWCNECTRMOD |
| 142 | HWCNECTRDIS | Num | 8.2 | HWCNECTRDIS |
| 143 | HWFLANEL | Num | 8.6 | HWFLANEL |
| 144 | HWFLANELMOD | Char | $1. | HWFLANELMOD |
| 145 | HWFLANELDIS | Num | 8.2 | HWFLANELDIS |
| 146 | HWSTLWRK | Num | 8.6 | HWSTLWRK |
| 147 | HWSTLWRKMOD | Char | $1. | HWSTLWRKMOD |
| 148 | HWSTLWRKDIS | Num | 8.2 | HWSTLWRKDIS |
| 149 | HWSTSCRW | Num | 8.6 | HWSTSCRW |
| 150 | HWSTSCRWMOD | Char | $1. | HWSTSCRWMOD |
| 151 | HWSTSCRWDIS | Num | 8.2 | HWSTSCRWDIS |
| 152 | HWSDESFT | Num | 8.6 | HWSDESFT |
| 153 | HWSDESFTMOD | Char | $1. | HWSDESFTMOD |
| 154 | HWSDESFTDIS | Num | 8.2 | HWSDESFTDIS |
| 155 | HWPLTPAR | Num | 8.6 | HWPLTPAR |
| 156 | HWPLTPARMOD | Char | $1. | HWPLTPARMOD |
| 157 | HWPLTPARDIS | Num | 8.2 | HWPLTPARDIS |
| 158 | HWMGTATR | Num | 8.6 | HWMGTATR |
| 159 | HWMGTATRMOD | Char | $1. | HWMGTATRMOD |
| 160 | HWMGTATRDIS | Num | 8.2 | HWMGTATRDIS |
| 161 | HWNUT | Num | 8.6 | HWNUT |
| 162 | HWNUTMOD | Char | $1. | HWNUTMOD |
| 163 | HWNUTDIS | Num | 8.2 | HWNUTDIS |
| 164 | HWSCREW | Num | 8.6 | HWSCREW |
| 165 | HWSCREWMOD | Char | $1. | HWSCREWMOD |
| 166 | HWSCREWDIS | Num | 8.2 | HWSCREWDIS |
| 167 | HWSLIDE | Num | 8.6 | HWSLIDE |
| 168 | HWSLIDEMOD | Char | $1. | HWSLIDEMOD |
| 169 | HWSLIDEDIS | Num | 8.2 | HWSLIDEDIS |
| 170 | HWSTLSHT | Num | 8.6 | HWSTLSHT |
| 171 | HWSTLSHTMOD | Char | $1. | HWSTLSHTMOD |
| 172 | HWSTLSHTDIS | Num | 8.2 | HWSTLSHTDIS |
| 173 | HWMAGSTK | Num | 8.6 | HWMAGSTK |
| 174 | HWMAGSTKMOD | Char | $1. | HWMAGSTKMOD |
| 175 | HWMAGSTKDIS | Num | 8.2 | HWMAGSTKDIS |
| 176 | HW3MMGLS | Num | 8.6 | HW3MMGLS |
| 177 | HW3MMGLSMOD | Char | $1. | HW3MMGLSMOD |
| 178 | HW3MMGLSDIS | Num | 8.2 | HW3MMGLSDIS |
| 179 | HW3MMMOR | Num | 8.6 | HW3MMMOR |
| 180 | HW3MMMORMOD | Char | $1. | HW3MMMORMOD |
| 181 | HW3MMMORDIS | Num | 8.2 | HW3MMMORDIS |
| 182 | HW5MMGLS | Num | 8.6 | HW5MMGLS |
| 183 | HW5MMGLSMOD | Char | $1. | HW5MMGLSMOD |
| 184 | HW5MMGLSDIS | Num | 8.2 | HW5MMGLSDIS |
| 185 | HW5MMMOR | Num | 8.6 | HW5MMMOR |
| 186 | HW5MMMORMOD | Char | $1. | HW5MMMORMOD |
| 187 | HW5MMMORDIS | Num | 8.2 | HW5MMMORDIS |
| 188 | HW8MMGLS | Num | 8.6 | HW8MMGLS |
| 189 | HW8MMGLSMOD | Char | $1. | HW8MMGLSMOD |
| 190 | HW8MMGLSDIS | Num | 8.2 | HW8MMGLSDIS |
| 191 | PNTCROLA | Num | 8.6 | PNTCROLA |
| 192 | PNTCROLAMOD | Char | $1. | PNTCROLAMOD |
| 193 | PNTCROLADIS | Num | 8.2 | PNTCROLADIS |
| 194 | PNTSTAIN | Num | 8.6 | PNTSTAIN |
| 195 | PNTSTAINMOD | Char | $1. | PNTSTAINMOD |
| 196 | PNTSTAINDIS | Num | 8.2 | PNTSTAINDIS |
| 197 | PNTSEALR | Num | 8.6 | PNTSEALR |
| 198 | PNTSEALRMOD | Char | $1. | PNTSEALRMOD |
| 199 | PNTSEALRDIS | Num | 8.2 | PNTSEALRDIS |
| 200 | PNTLACQR | Num | 8.6 | PNTLACQR |
| 201 | PNTLACQRMOD | Char | $1. | PNTLACQRMOD |
| 202 | PNTLACQRDIS | Num | 8.2 | PNTLACQRDIS |
| 203 | PNTEXFLA | Num | 8.6 | PNTEXFLA |
| 204 | PNTEXFLAMOD | Char | $1. | PNTEXFLAMOD |
| 205 | PNTEXFLADIS | Num | 8.2 | PNTEXFLADIS |
| 206 | PNTHARDR | Num | 8.6 | PNTHARDR |
| 207 | PNTHARDRMOD | Char | $1. | PNTHARDRMOD |
| 208 | PNTHARDRDIS | Num | 8.2 | PNTHARDRDIS |
| 209 | PNTTHNER | Num | 8.6 | PNTTHNER |
| 210 | PNTTHNERMOD | Char | $1. | PNTTHNERMOD |

Filed By: henry.morris@apks.com, Filed Date: 7/22/19 3:11 PM, Submission Status: Approved

Barcode:3866707-01 A-570-106 INV - Investigation -

**SAS Dataset FWMFOP01.SAS7BDAT - [ ] Observations**

| Num | Field Name | Field Type | SAS Format | Description |
|-----|-----------|-----------|-----------|-------------|
| 211 | PNTTHNERDIS | Num | 8.2 | PNTTHNERDIS |
| 212 | SPASMGLU | Num | 8.6 | SPASMGLU |
| 213 | SPASMGLUMOD | Char | $1. | SPASMGLUMOD |
| 214 | SPASMGLUDIS | Num | 8.2 | SPASMGLUDIS |
| 215 | SPWODGLU | Num | 8.6 | SPWODGLU |
| 216 | SPWODGLUMOD | Char | $1. | SPWODGLUMOD |
| 217 | SPWODGLUDIS | Num | 8.2 | SPWODGLUDIS |
| 218 | SPHARDER | Num | 8.6 | SPHARDER |
| 219 | SPHARDERMOD | Char | $1. | SPHARDERMOD |
| 220 | SPHARDERDIS | Num | 8.2 | SPHARDERDIS |
| 221 | SPFILLER | Num | 8.6 | SPFILLER |
| 222 | SPFILLERMOD | Char | $1. | SPFILLERMOD |
| 223 | SPFILLERDIS | Num | 8.2 | SPFILLERDIS |
| 224 | HWMGO | Num | 8.6 | HWMGO |
| 225 | DIRLAB | Num | 8.6 | DIRLAB |
| 226 | INDLAB | Num | 8.6 | INDLAB |
| 227 | ELECTRY | Num | 8.6 | ELECTRY |
| 228 | NATLGAS | Num | 8.6 | NATLGAS |
| 229 | PKEPESHT | Num | 8.6 | PKEPESHT |
| 230 | PKEPESHTMOD | Char | $1. | PKEPESHTMOD |
| 231 | PKEPESHTDIS | Num | 8.2 | PKEPESHTDIS |
| 232 | PKDESCNT | Num | 8.6 | PKDESCNT |
| 233 | PKDESCNTMOD | Char | $1. | PKDESCNTMOD |
| 234 | PKDESCNTDIS | Num | 8.2 | PKDESCNTDIS |
| 235 | PKWODFRM | Num | 8.6 | PKWODFRM |
| 236 | PKWODFRMMOD | Num | best12. | PKWODFRMMOD |
| 237 | PKWODFRMDIS | Num | 8.2 | PKWODFRMDIS |
| 238 | PKRIBBON | Num | 8.6 | PKRIBBON |
| 239 | PKRIBBONMOD | Char | $1. | PKRIBBONMOD |
| 240 | PKRIBBONDIS | Num | 8.2 | PKRIBBONDIS |
| 241 | PKPALLET | Num | 8.6 | PKPALLET |
| 242 | PKPALLETMOD | Char | $1. | PKPALLETMOD |
| 243 | PKPALLETDIS | Num | 8.2 | PKPALLETDIS |
| 244 | PKADNTPE | Num | 8.6 | PKADNTPE |
| 245 | PKADNTPEMOD | Char | $1. | PKADNTPEMOD |
| 246 | PKADNTPEDIS | Num | 8.2 | PKADNTPEDIS |
| 247 | PKBAG | Num | 8.6 | PKBAG |
| 248 | PKBAGMOD | Char | $1. | PKBAGMOD |
| 249 | PKBAGDIS | Num | 8.2 | PKBAGDIS |
| 250 | PKBELT | Num | 8.6 | PKBELT |
| 251 | PKBELTMOD | Char | $1. | PKBELTMOD |
| 252 | PKBELTDIS | Num | 8.2 | PKBELTDIS |
| 253 | PKPRCRPR | Num | 8.6 | PKPRCRPR |
| 254 | PKPRCRPRMOD | Char | $1. | PKPRCRPRMOD |
| 255 | PKPRCRPRDIS | Num | 8.2 | PKPRCRPRDIS |

Filed By: henry.morris@apks.com, Filed Date: 7/22/19 3:11 PM, Submission Status: Approved

JA 18

Ancientree, Preliminary Surrogate Value
Submission (August 7, 2019)
PR 952-953

LAW OFFICES OF
deKIEFFER & HORGAN, PLLC
1090 VERMONT AVENUE, N.W.
SUITE 410
WASHINGTON, D.C. 20005

GREGORY S. MENEGAZ
TEL 202-783-6900

AFFILIATED OFFICE:
SAARBRÜCKEN, GERMANY

GMENEGAZ@DHLAW.COM
DHLAW.COM

August 7, 2019

Electronic Filing

Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
Room 18022
U.S. Dept. of Commerce
Washington, D.C. 20230

A-570-106
Investigation
POI: 07/01/2018-12/31/2018
AD/CVD Operations

**Public Document**

> RE:   *Wooden Cabinets and Vanities from the People's Republic of China*:
>        **Preliminary Surrogate Value Submission**

Dear Mr. Secretary:

On behalf of The Ancientree Cabinet Co., Ltd ("Ancientree"), a Chinese exporter of
wooden cabinets and vanities, we hereby provide publicly available surrogate value information
to value Ancientree's FOPs. *See* Dep't SC SV Deadline Memorandum (June 17, 2019).

As submitted in Ancientree's surrogate country comment, Ancientree submits that
Malaysia is a suitable choice for the primary surrogate country.  Accordingly, Ancientree is
submitting a full Malaysian surrogate value record. Exhibit SV-1 contains a summary sheet of
Malaysian surrogate values.  Exhibit SV-2 contains the underlying import data.  Exhibit SV-3
contains information to value steam.  Exhibits SV-4 contains information to value labor.  Exhibit
SV-5 and Exhibit SV-6 contain information to value electricity and water.  Information to value
moving expenses is contained in Exhibits SV-7 and SV-8.  Exhibits SV-8 and SV-9 contain the
financial statement and information on Sing Heng, a Malaysian producer of identical and
comparable merchandise.

Barcode:3875842-01 A-570-106 INV - Investigation  -

Wooden Cabinets and Vanities from the PRC
A-570-106
POI: 07/01/2018-12/31/2018

THE ANCIENTREE CABINET CO., LTD.

Preliminary Surrogate Value Submission
August 7, 2019

## List of Exhibits

| Exhibit SV-1 | Malaysia SV Summary |
| Exhibit SV-2 | Malaysia Import Data – *submitted electronically only* |
| Exhibit SV-3 | Steam Conversions |
| Exhibit SV-4 | Malaysia Labor Rate |
| Exhibit SV-5 | Malaysia Electricity |
| Exhibit SV-6 | Malaysia Water |
| Exhibit SV-7 | Doing Business in Malaysia - excerpt |
| Exhibit SV-8 | Trucking & B&H Calculations |
| Exhibit SV-9 | Sin Heng YE June 2018 Financial Statement |
| Exhibit SV-10 | Information on Sin Heng |

Barcode:3875842-01 A-570-106 INV - Investigation  -

# Exhibit SV-1

# Malaysia SV Summary

Factors of Production and U.S. Price Adjustment Spreadsheet

| Date of current filing: | | | |
|---|---|---|---|
| Case #: | A-570-106 | | |
| Case Name: | Wooden Cabinets and Vanity from China | | |
| Segment and POI/POR: | 07/2019/12/31/2018 | | |
| Respondent Name: | The Ancienmee Cabinet Co.,Ltd | | |

**SV Summary Sheet - Malaysia**

| A | B | C | | D | E | F | | G |
|---|---|---|---|---|---|---|---|---|
| Category | Variable name | | Full Name | HTS | Source | Period | AUV | Unit |
| | 2.1 | BIRSW | Birch_Sawnwood | 4407.96.9090 | TDM - Malaysia | 07/2018-12/2018 | $ 253.54 | USD/M3 |
| | 2.2 | OAKSW | Oak_Sawnwood | 4407.91.9090 | TDM - Malaysia | 07/2018-12/2018 | $ 614.32 | USD/M3 |
| | 2.3 | FRASW | Fraxinus_manidsburica_Sawnwood | 4407.99.1000 | TDM - Malaysia | 07/2018-12/2018 | $ 338.20 | USD/M3 |
| | 2.4 | BASSW | Basswood_Sawnwood | 4407.99.1000 | TDM - Malaysia | 07/2018-12/2018 | $ 338.20 | USD/M3 |
| | 2.5 | POPSW | Poplar_Sawnwood | 4407.97.9090 | TDM - Malaysia | 07/2018-12/2018 | $ 351.90 | USD/M3 |
| | 2.6 | PLWD | Plywood | 4412.33.0000 | TDM - Malaysia | 07/2018-12/2018 | $ 289.54 | USD/M3 |
| | 2.7 | PTBU | Particleboard | 4410.11.0000 | TDM - Malaysia | 07/2018-12/2018 | $ 305.90 | USD/M3 |
| Material Inputs ("_MAT") | 2.8 | MDF | MDF | 4411.14.0000 | TDM - Malaysia | 07/2018-12/2018 | $ 336.43 | USD/M3 |
| | 2.9 | SDPU | Sand paper | 6805.20 | TDM - Malaysia | 07/2018-12/2018 | $ 7.43 | USD/KG |
| | 2.10 | SCLU | Sand cloth | 6805.10 | TDM - Malaysia | 07/2018-12/2018 | $ 10.15 | USD/KG |
| | 2.11 | NALU | Nails | 7317.00 | TDM - Malaysia | 07/2018-12/2018 | $ 2.11 | USD/KG |
| | 2.12 | EBDU | Edge band | 3926.90 | TDM - Malaysia | 07/2018-12/2018 | $ 2.25 | USD/KG |
| | 2.13 | TPEU | Tape | 3920.10 | TDM - Malaysia | 07/2018-12/2018 | $ 3.77 | USD/KG |
| | 2.14 | GLUU | Glue | 3506.91.00 | TDM - Malaysia | 07/2018-12/2018 | $ 7.08 | USD/KG |
| | 2.15 | PATU | Paint | 3209.10 | TDM - Malaysia | 07/2018-12/2018 | $ 2.31 | USD/KG |
| | 2.16 | CLCTU | Color concentrate | 3204.17 | TDM - Malaysia | 07/2018-12/2018 | $ 9.13 | USD/KG |
| | 2.17 | THNU | Thinner | 3814.00 | TDM - Malaysia | 07/2018-12/2018 | $ 0.76 | USD/KG |
| | 2.18 | PUTU | Putty | 3214.10 | TDM - Malaysia | 07/2018-12/2018 | $ 7.41 | USD/KG |
| | 2.19 | ALCU | Alcoholic | 2905.59 | TDM - Malaysia | 07/2018-12/2018 | $ 3.43 | USD/KG |
| | 2.20 | SLRU | Slide rail | 8302.42 | TDM - Malaysia | 07/2018-12/2018 | $ 6.61 | USD/KG |
| | 2.21 | HINU | Hinge | 8302.10 | TDM - Malaysia | 07/2018-12/2018 | $ 8.36 | USD/KG |
| | 2.22 | MTCNU | Metal connectors | 7318.24 | TDM - Malaysia | 07/2018-12/2018 | $ 6.22 | USD/KG |
| | 2.23 | PLCNU | Plastic connectors | 3926.90 | TDM - Malaysia | 07/2018-12/2018 | $ 2.25 | USD/KG |
| | 2.24 | WDCNU | Wood connectors | 4419.90 | TDM - Malaysia | 07/2018-12/2018 | $ 6.66 | USD/KG |
| | 2.25 | SCRU | Screw | 7318.12 | TDM - Malaysia | 07/2018-12/2018 | $ 3.34 | USD/KG |
| | 2.26 | NRPU | Noise reduction pad | 3921.19 | TDM - Malaysia | 07/2018-12/2018 | $ 9.78 | USD/KG |
| | 2.27 | GLSU | Glass | 7009.91 | TDM - Malaysia | 07/2018-12/2018 | $ 6.70 | USD/KG |
| Labor ("_LBR") | 3.0 | DRLB | Direct_Labor | 31001 Manufacture of wooden and care furniture | Malaysia Dep't Statistics | 07/2018-12/2018 | 10.76 | RM/HR |
| | 4.0 | INDLB | Indirect_Labor | N/A | Malaysia Dep't Statistics | 07/2018-12/2018 | 10.76 | RM/HR |
| Energy ("_ENE") | 5.1 | ELEC | Electricity | N/A | MIDA | effective 2017 onwards | 0.28 | RM/KWH |
| | 5.2 | STEAM | Steam | 2711.11 Natural Gas, Liquefied (converted to steam) | TDM - Malaysia | 07/2018-12/2018 | $ 0.09 | RM/M3 |
| | 5.3 | WATER | Water | N/A | National Water Services Commission | 2018 | 1.62 | RM/M3 |
| By-Products ("_BPD") | 6.0 | WDSCRP | Wood_Scrap | 4401.39.00 | TDM - Malaysia | 07/2018-12/2018 | $ 0.41 | USD/KG |
| | 7.1 | EPEU | EPE | 3921.19 | TDM - Malaysia | 07/2018-12/2018 | $ 9.78 | USD/KG |
| | 7.2 | PLFU | Poly Foam | 3903.1190 | TDM - Malaysia | 07/2018-12/2018 | $ 1.33 | USD/KG |
| Packing Labor ("_BPD") | 7.3 | CORPAPU | Corrugate_Paperboard | 4808.10 | TDM - Malaysia | 07/2018-12/2018 | $ 0.74 | USD/KG |
| | 7.4 | BFMU | Bubble film | 3923.29 | TDM - Malaysia | 07/2018-12/2018 | $ 0.83 | USD/KG |
| | 7.5 | PAPLU | Paper_Label | 4802.56 | TDM - Malaysia | 07/2018-12/2018 | $ 1.31 | USD/KG |
| | 7.6 | PLBU | Plastic bag | 3923.29 | TDM - Malaysia | 07/2018-12/2018 | $ 0.83 | USD/KG |
| | 7.7 | PMNU | Paper Manual | 4901.10 | TDM - Malaysia | 07/2018-12/2018 | $ 4.34 | USD/KG |
| Packing Labor ("_LBR") | 8.0 | PACLB | Packing_Labor | 31001 Manufacture of wooden a | Malaysia Dep't Statistics | 07/2018-12/2018 | 10.76 | RM/HR |
| Moving Expenses | | Track Freight | Track Freight | | Doing Business Malaysia 2019 | 2018 | $ 0.00024 | USD/Kg/Km |
| | | DBROKU | DBROKU | | Doing Business Malaysia 2019 | 2018 | $ 0.016533 | USD/Kg |
| | | | Overhead | | | | 8.16% | percent |
| Financial Ratios | | | SG&A | | Sing Heng YE2018-06-30 | | 12.44% | percent |
| | | | Profit | | | | 4.43% | percent |

Page 1 of 1

Barcode:3875842-01 A-570-106 INV - Investigation  -

Exhibit SV-2

Malaysia Import Data – submitted electronically only

Barcode:3875842-01 A-570-106 INV - Investigation  -

Exhibit SV-4

Malaysia Labor Rate

Barcode:3875842-01 A-570-106 INV - Investigation  -

DEPARTMENT OF STATISTICS, MALAYSIA

Table 1.1 : Principal Statistics of Manufacturing Industries

### 31001    Pembuatan perabot kayu dan rotan
*Manufacture of wooden and cane furniture*

| 2018 | Number of employees engaged at end of period | salaries and wages paid | MYR/HR |
|---|---|---|---|
| July | 28,673 | 59,747,000 | 10.853 |
| August | 28,529 | 59,149,000 | 10.798 |
| September | 28,443 | 58,557,000 | 10.723 |
| October | 28,714 | 59,786,000 | 10.844 |
| November | 28,800 | 58,590,000 | 10.596 |
| December | 28,713 | 59,171,000 | 10.733 |
| | | average | 10.758 |

assumption:   24 working days a month
8 working hours a day

Barcode:3875842-01 A-570-106 INV - Investigation -



**MALAYSIA**

# PERANGKAAN PEMBUATAN BULANAN

# *MONTHLY MANUFACTURING STATISTICS*

# JANUARI 2019

**Dikeluarkan pada :**     **14 MAC 2019**
*Released on*

---

**PEMAKLUMAN /** *ANNOUNCEMENT*

Dimaklumkan bahawa Kerajaan Malaysia telah mengisytiharkan Hari Statistik Negara (MyStats Day) pada 20 Oktober setiap tahun. Tema sambutan MyStats Day adalah "Data Berkualiti, Kehidupan Sejahtera".

*Please be informed that the Government of Malaysia has declared National Statistics Day (MyStats Day) on 20th October each year. MyStats Day theme is "Better Data, Better Lives".*

Barcode:3875842-01 A-570-106 INV - Investigation  -

Diterbitkan dan dicetak oleh/ *Published and printed by*:
**Jabatan Perangkaan Malaysia**
Blok C6, Kompleks C,
Pusat Pentadbiran Kerajaan Persekutuan
62514 Putrajaya,
**MALAYSIA**

Tel.         : 03-8885 7000
Faks       : 03-8888 9248
Portal      : https://www.dosm.gov.my
Facebook  : www.facebook.com/StatsMalaysia
Twitter     : https://twitter.com/StatsMalaysia

Harga /*Price*   :    RM10.00

Diterbitkan pada Mac 2019/*Published on March 2019*

**Hakcipta terpelihara**/ *All rights reserved.*

Tiada bahagian daripada terbitan ini boleh diterbitkan semula, disimpan untuk pengeluaran atau ditukar dalam apa-apa bentuk atau alat apa jua pun kecuali setelah mendapat kebenaran daripada Jabatan Perangkaan Malaysia. Pengguna yang mengeluarkan sebarang maklumat dari terbitan ini sama ada yang asal atau diolah semula hendaklah meletakkan kenyataan berikut:

"Sumber : Jabatan Perangkaan Malaysia."

*No part of this publication may be reproduced or distributed in any form or by any means or stored in database without the prior written permission from Department of Statistics, Malaysia. Users reproducing content of this publication with or without adaptation should quote the following.*

*"Source: Department of Statistics, Malaysia."*

**ISSN 0128-3499**

Barcode:3875842-01 A-570-106 INV - Investigation -



# KATA PENGANTAR

Penerbitan ini membentangkan perangkaan nilai jualan, bilangan pekerja dan gaji & upah secara bulanan berdasarkan Survei Pembuatan Bulanan. Objektif utama penerbitan ini adalah untuk menyediakan data aliran terkini sektor pembuatan bagi membantu dalam  perancangan dan penggubalan dasar serta pembuat keputusan.

Ringkasan penemuan dan jadual perangkaan yang terperinci dipaparkan masing-masing pada bahagian pertama dan kedua penerbitan ini. Sementara itu, aspek teknikal seperti skop dan liputan, konsep dan definisi yang digunakan disediakan pada bahagian ketiga, manakala, klasifikasi industri pembuatan dimuatkan di bahagian terakhir penerbitan ini bagi membantu pengguna memahami statistik yang diterbitkan.

Jabatan Perangkaan Malaysia merakamkan penghargaan atas kerjasama yang diberikan oleh responden dan juga semua pihak yang telah menyumbang secara langsung dan tidak langsung dalam menjayakan penerbitan ini. Setiap maklum balas dan cadangan untuk penambahbaikan penerbitan ini pada masa akan datang amat dihargai.

**Dato' Sri Dr. Mohd Uzir Mahidin**

Ketua Perangkawan Malaysia

Mac 2019



Barcode:3875842-01 A-570-106 INV - Investigation  -



# PREFACE

*This publication presents monthly statistics on sales value, number of employees and salaries & wages based on the Monthly Manufacturing Survey. The main objective of this publication is to provide statistics on the latest trends of the manufacturing sector to assist in the planning and formulation of policies and decision making.*

*The summary findings and detailed statistical tables are highlighted in the first and second part of this publication. Meanwhile, the technical aspects on scope and coverage, concepts and definitions used are provided in the third part while the classifications of manufacturing industries are included in the final part to assist users to understand the published statistics.*

*The Department of Statistics, Malaysia gratefully acknowledges the co-operation rendered by the respondents as well as all parties who have contributed directly and indirectly in making this publication a success. Every feedback and suggestion towards improving future publication is highly appreciated.*

**Dato' Sri Dr. Mohd Uzir Mahidin**

*Chief Statistician Malaysia*

*March 2019*



Barcode:3079042-01 A-570-106 INV - Investigation

# KANDUNGAN / *CONTENT*

MUKA SURAT / *PAGES*

| | | |
|---|---|---|
| **Kata Pengantar /** *Preface* | | i - ii |
| **Kalendar Awalan Keluaran 2019 /** *Advance Release Calendar Year 2019* | | iii |
| **Ringkasan Penemuan Perangkaan Pembuatan Bulanan (PPB), Januari 2019 /** *Summary of Findings Monthly Manufacturing Statistics (MMS), January 2019* | | 1 - 6 |
| **Jadual-Jadual /** *Tables* | | |
| **Jadual 1** : **Ringkasan Perangkaan Utama bagi Industri Pembuatan Yang Terpilih** | | 7 |
| *Table 1* | *Summary of Principal Statistics of Selected Manufacturing Industries* | |
| **Jadual 1.1** : **Perangkaan Utama bagi Industri Pembuatan** | | 8 - 61 |
| *Table 1.1* | *Principal Statistics of Manufacturing Industries* | |
| **Jadual 1.2** : **Ringkasan Perangkaan Utama Bagi Sub Sektor Makanan, Minuman Dan Tembakau** | | 62 |
| *Table 1.2* | *Summary Of Principal Statistics For Sub Sector Food, Beverages And Tobacco* | |
| **Jadual 1.3** : **Ringkasan Perangkaan Utama Bagi Sub Sektor Tekstil,Pakaian, Kulit Dan Kasut** | | 63 |
| *Table 1.3* | *Summary Of Principal Statistics For Sub Sector Textiles, Wearing Apparel, Leather Products And Footwear* | |
| **Jadual 1.4** : **Ringkasan Perangkaan Utama Bagi Sub Sektor Kayu, Perabot, Keluaran Kertas Dan Percetakan** | | 64 |
| *Table 1.4* | *Summary Of Principal Statistics For Sub Sector Wood Products, Furniture,Paper Products, And Printing* | |
| **Jadual 1.5** : **Ringkasan Perangkaan Utama Bagi Sub Sektor Petroleum, Kimia, Getah Dan Plastik** | | 65 |
| *Table 1.5* | *Summary Of Principal Statistics For Sub Sector Petroleum, Chemical, Rubber And Plastic Products* | |
| **Jadual 1.6** : **Ringkasan Perangkaan Utama Bagi Sub Sektor  Mineral Bukan Logam, Logam Asas Dan Produk Logam Yang Direka** | | 66 |
| *Table 1.6* | *Summary Of Principal Statistics For Sub Sector Non-Metallic Mineral Products, Basic Metal And Fabricated Metal Products* | |
| **Jadual 1.7** : **Ringkasan Perangkaan Utama Bagi Sub Sektor Elektrik Dan Elektronik** | | 67 |
| *Table 1.7* | *Summary Of Principal Statistics For Sub Sector Electrical And Electronics Products* | |
| **Jadual 1.8** : **Ringkasan Perangkaan Utama Bagi Sub Sektor Kelengkapan Pengangkutan Dan Pembuatan Lain** | | 68 |
| *Table 1.8* | *Summary Of Principal Statistics For Sub Sector Transport Equipment  And Other Manufactures* | |
| **Jadual 2** : **Pengeluaran Produk Utama dalam Industri Pembuatan yang Terpilih** | | 69 - 83 |
| *Table 2* | *Production of Major Products in Selected Manufacturing Industries* | |
| **Nota Teknikal /** *Technical Notes* | | 84 – 91 |
| **Lampiran** : **Senarai Industri dan Keterangan bagi 155 MSIC berdasarkan Piawaian Klasifikasi Industri Malaysia (MSIC) 2008 ver. 1.0** | | 92 - 99 |
| *Appendix* | *List of Industry and Description for 155 MSIC based on the Malaysia Standard Industrial Classification (MSIC) 2008 ver 1.0* | |

Barcode:3875842-01 A-570-106 INV - Investigation  -

**KALENDAR KELUARAN AWALAN 2019**

**PERANGKAAN PEMBUATAN BULANAN MALAYSIA**

**ADVANCE RELEASE CALENDAR YEAR 2019**

**MONTHLY MANUFACTURING STATISTICS MALAYSIA**

| Bulan rujukan  / *Reference month* | Tarikh / *Date* |
|---|---|
| **Januari 2019** / January 2019 | 14.03.2019 |
| **Februari 2019** / February 2019 | 11.04.2019 |
| **Mac 2019** / March 2019 | 10.05.2019 |
| **April 2019** / April 2019 | 11.06.2019 |
| **Mei 2019** / May 2019 | 12.07.2019 |
| **Jun 2019** / June 2019 | 09.08.2019 |
| **Julai 2019** / July 2019 | 11.09.2019 |
| **Ogos 2019** / August 2019 | 11.10.2019 |
| **September 2019** / September 2019 | 11.11.2019 |
| **Oktober 2019** / October 2019 | 12.12.2019 |
| **November 2019** / November 2019 | 10.01.2020 |
| **Disember 2019** / December 2019 | 11.02.2020 |

**Nota /** *Notes* **:**

**Merujuk kepada tarikh data disebarkan kepada media atau dalam penerbitan khusus.**

*Refers to the date of release of the data to the media or in the specific publication.*

**Tarikh siaran tertakluk kepada pindaan.**

*Release dates are subject to change.*

# RINGKASAN PENEMUAN

# *SUMMARY OF FINDINGS*

Barcode:3875842-01 A-570-106 INV - Investigation -

**Jabatan Perangkaan Malaysia**
https://www.dosm.gov.my

     

@StatsMalaysia



**PEMBUATAN**

**JANUARI 2019**

Jualan sektor Pembuatan Malaysia meningkat 7.0 peratus pada Januari 2019 kepada RM72.5 bilion

NILAI JUALAN
7 SUBSEKTOR

**RM72.5 bilion**
**7.0%**
Dis. 2018: 7.5%

NILAI JUALAN

**1,091,560 orang**
**2.0%**
Dis. 2018: 1.7%

BILANGAN PEKERJA

NILAI JUALAN PER PEKERJA

GAJI & UPAH

**RM66,392**
**4.9%**
Dis. 2018: 5.7%

**RM4,072.7 juta**
**8.9%**
Dis. 2018: 10.1%

| Makanan, Minuman & Tembakau Dis. 2018: 2.7% |  7.0% | 9.2% | Petroleum, Kimia, Getah & Plastik Dis. 2018: 5.0% |
| Tekstil, Pakaian, Kulit & Kasut Dis. 2018: 2.6% | 5.6% | 3.3% | Produk Mineral Bukan Logam, Logam Asas & Produk Logam yang Direka Dis. 2018: 3.2% |
| Kayu, Perabot, Produk Kertas & Percetakan Dis. 2018: 4.9% | 3.7% | 6.3% | Peralatan Elektrik & Elektronik Dis. 2018: 12.0% |

Kelengkapan Pengangkutan & Pembuatan Lain
Dis. 2018: 9.1%
**7.7%**

Nota : Peratus pertumbuhan berasaskan
perubahan Tahun ke Tahun

Sumber : Perangkaan Pembuatan Bulanan, Malaysia
Januari 2019

**Department of Statistics, Malaysia**
https://www.dosm.gov.my

Barcode 3875842 01  A-570-106 INV - Investigation -

@StatsMalaysia

    



# MANUFACTURING

## JANUARY 2019

**Malaysia's Manufacturing sales grew 7.0 per cent in January 2019 to RM72.5 billion**

SALES VALUE OF
7 SUB-SECTORS

### SALES VALUE
RM72.5 billion
**7.0%**
Dec. 2018: 7.5%

### NUMBER OF EMPLOYEES
1,091,560 persons
**2.0%**
Dec. 2018: 1.7%

### SALES VALUE PER EMPLOYEE
RM66,392
**4.9%**
Dec. 2018: 5.7%

### SALARIES & WAGES
RM4,072.7 million
**8.9%**
Dec. 2018: 10.1%

| Sub-sector | Value | | Sub-sector | Value |
|---|---|---|---|---|
| **Food, Beverages & Tobacco** Dec. 2018: 2.7% | **7.0%** | **9.2%** | **Petroleum, Chemical, Rubber & Plastic** Dec. 2018: 5.0% | |
| **Textile, Wearing Apparel, Leather & Footwear** Dec. 2018: 2.6% | **5.6%** | **3.3%** | **Non-Metallic Mineral Products, Basic Metal & Fabricated Metal Products** Dec. 2018: 3.2% | |
| **Wood, Furniture, Paper Products & Printing** Dec. 2018: 4.9% | **3.7%** | **6.3%** | **Electrical & Electronics Products** Dec. 2018: 12.0% | |
| **Transport Equipment & Other Manufactures** Dec. 2018: 9.1% | **7.7%** | | | |

Filed By: bbaber@dhlaw.com, Filed Date: 8/7/19 3:30 PM, Submission Status: Approved

Note : Percentage growth refers to Year-on-Year (YoY) changes

Source : Monthly Manufacturing Statistics, Malaysia
January 2019



# PERANGKAAN PEMBUATAN BULANAN, MALAYSIA JANUARI 2019*

**PRESTASI BULAN JANUARI 2019**



**1   NILAI JUALAN**

Nilai jualan sektor Pembuatan Malaysia pada Januari 2019 mencatatkan peningkatan **7.0 peratus (RM4.7 bilion)** dengan nilai jualan **RM72.5 bilion** berbanding RM67.8 bilion yang dilaporkan tahun sebelumnya (Carta 1). Berasaskan bulan ke bulan, nilai jualan meningkat sebanyak **0.2 peratus (RM0.1 bilion)**. Bagi terma pelarasan musim, nilai jualan pada bulan Januari 2019 mencatatkan peningkatan sebanyak **0.6 peratus**.

Tahun ke tahun, pertumbuhan yang direkodkan dalam nilai jualan pada bulan Januari 2019 adalah didorong oleh kenaikan dalam Produk Petroleum, Kimia, Getah dan Plastik **(9.2%)**, Produk Kelengkapan Pengangkutan & Pembuatan Lain **(7.7%)** dan Produk Peralatan Elektrik dan Elektronik **(6.3%)**.

**Carta 1 : Nilai Jualan Sektor Pembuatan**



* Nota :
1.   Laporan ini boleh diperoleh daripada laman portal Jabatan Perangkaan Malaysia (https://www.dosm.gov.my  di bawah ruangan: **Siaran Terkini**.
2.   Data bagi bulan Januari 2019 merupakan data **awalan**. Data ini akan dikemaskini berdasarkan data terkini yang diperoleh dan akan diterbitkan dalam penerbitan bulan Februari 2019.

**2  BILANGAN PEKERJA**

Jumlah pekerja sektor Pembuatan pada bulan Januari 2019 adalah seramai **1,091,560** orang, meningkat sebanyak **2.0 peratus** atau **21,011** orang berbanding **1,070,549** orang pada Januari 2018 (Carta 2). Dalam tempoh rujukan tersebut, bilangan pekerja meningkat **1.5** peratus berbanding **1,075,635** orang dicatatkan pada bulan sebelumnya.

**3  GAJI DAN UPAH**

Jumlah gaji & upah yang dibayar pada bulan Januari 2019 meningkat sebanyak **8.9 peratus** (**RM332.7 juta**) kepada **RM4,072.7 juta** berbanding bulan yang sama tahun sebelumnya. Pada masa yang sama, nilai gaji & upah yang dibayar pada bulan Januari 2019 menurun sebanyak **2.0 peratus** (**RM82.7 juta**) berbanding Disember 2018.

**Carta 2 : Bilangan Pekerja dan Gaji & Upah Sektor Pembuatan**



**4  PURATA GAJI & UPAH SETIAP PEKERJA**

Purata gaji & upah yang dibayar bagi setiap pekerja adalah sebanyak **RM3,731** pada bulan Januari 2019, meningkat sebanyak **6.8 peratus** berbanding bulan yang sama tahun 2018. Sementara itu, purata gaji & upah bagi setiap pekerja menurun **3.4 peratus** berbanding bulan sebelumnya.

Barcode:3875842-01 A-570-106 INV - Investigation  -

## 5 NILAI JUALAN PER PEKERJA

Purata nilai jualan bagi setiap pekerja pada Januari 2019 meningkat sebanyak **4.9 peratus** kepada **RM66,392** berbanding bulan yang sama tahun sebelumnya. Sementara itu, bulan ke bulan, purata nilai jualan bagi setiap pekerja menurun sebanyak **1.3 peratus** (Carta 3).

### Carta 3 : Prestasi Nilai Jualan Per Pekerja Sektor Pembuatan



Filed By: bbaber@dhlaw.com, Filed Date: 8/7/19 3:30 PM, Submission Status: Approved

Barcode:3875842-01 A-570-106 INV - Investigation  -



# MONTHLY MANUFACTURING STATISTICS, MALAYSIA JANUARY 2019*

## PERFORMANCE IN JANUARY 2019

**1  SALES VALUE**

Malaysia's January 2019 Manufacturing sales posted an increase of **7.0 per cent (RM4.7 billion)**, rising to **RM72.5 billion** as compared to RM67.8 billion reported a year ago (Chart 1). On monthly basis, the sales value increased by **0.2 per cent (RM0.1 billion)**. On a seasonally adjusted terms, the sales value in January 2019 increased by **0.6 per cent**.

Year-on-year, the growth registered in sales value in January 2019 was driven by the increase in Petroleum, Chemical, Rubber and Plastic Products **(9.2%)**, Transport Equipment & Other Manufactures Products **(7.7%)** and Electrical and Electronics Products **(6.3%)**.

**Chart 1 : Sales Value of the Manufacturing Sector**



*Notes:
1. This report can be accessed through the web portal of the Department of Statistics, Malaysia (https://www.dosm.gov.my) under the section: **Latest Releases**.
2. Data for January 2019 is **provisional.** The data will be updated based on the latest available figures and subsequently published in the February 2019 publication.

Barcode:3875842-01 A-570-106 INV - Investigation  -

## 2  NUMBER OF EMPLOYEES

Total employees engaged in the Manufacturing sector in January 2019 was **1,091,560** persons, an increase of **2.0 per cent** or **21,011** persons as compared to **1,070,549** persons in January 2018 (Chart 2). During the reference period, the number of employees increased **1.5 per cent** as compared to **1,075,635** persons registered in the preceding month.

## 3  SALARIES & WAGES

The salaries & wages paid in January 2019 increased by **8.9 per cent (RM332.7 million)** to register **RM4,072.7 million** as compared with the corresponding month of the previous year. Simultaneously, the total amount paid in January 2019, decreased by **2.0 per cent (RM82.7 million)** compared to December 2018.

**Chart 2 : Number of Employees and Salaries & Wages in Manufacturing Sector**



## 4  AVERAGE SALARIES & WAGES PER EMPLOYEE

The average salaries & wages paid per employee was **RM3,731** in January 2019, increased by **6.8 per cent** as compared to the same month in 2018. Whilst**,** average salaries & wages paid per employee decreased **3.4 per cent** compared to previous month.

Barcode:3875842-01 A-570-106 INV - Investigation  -

## 5  SALES VALUE PER EMPLOYEE

*The average sales value per employee in January 2019 increased by **4.9 per cent** to register **RM66,392** as compared with the same month of the previous year. Meanwhile, on month-on-month basis, the average sales value per employee decreased by **1.3 per cent** (Chart 3).*

### Chart 3 : Sales Value per Employee Performance in Manufacturing Sector



Barcode:3875842-01 A-570-106 INV - Investigation  -

# JADUAL

# *TABLES*

JADUAL 1 : RINGKASAN PERANGKAAN UTAMA BAGI INDUSTRI PEMBUATAN YANG TERPILIH
*Table 1   : Summary of Principal Statistics of Selected Manufacturing Industries*

| TEMPOH / *Period* | | NILAI JUALAN PRODUK YANG DIBUAT SENDIRI (DI KILANG) *Sales value of own (Ex-factory) (RM'000)* | | | | BILANGAN PEKERJA BERGAJI PADA AKHIR TEMPOH *Number of employees engaged at end of period* | | | | GAJI & UPAH YANG DIBAYAR *Salaries & wages paid (RM'000)* | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Data Asal (Original Data) | % YoY | Pelarasan Musim (*Seasonally Adjusted*) | % MoM | Data Asal (Original Data) | % YoY | Pelarasan Musim (*Seasonally Adjusted*) | % MoM | Data Asal (Original Data) | % YoY | Pelarasan Musim (*Seasonally Adjusted*) | % MoM |
| 2015 | | 664,283,230 | 1.2 | | | 1,027,044 | -0.4 | | | 36,320,620 | 5.8 | | |
| 2016 | | 673,222,108 | 1.3 | | | 1,032,897 | 0.6 | | | 38,570,604 | 6.2 | | |
| 2017 | | 765,772,453 | 13.7 | | | 1,057,591 | 2.4 | | | 41,881,378 | 8.6 | | |
| 2018 | | 824,839,857 | 7.7 | | | 1,075,635 | 1.7 | | | 46,410,145 | 10.8 | | |
| 2017 | Q1 | 186,522,654 | 13.3 | | | 1,046,040 | 2.1 | | | 9,974,070 | 3.2 | | |
| | Q2 | 184,665,305 | 15.4 | | | 1,048,220 | 2.5 | | | 10,435,965 | 11.2 | | |
| | Q3 | 194,367,719 | 16.2 | | | 1,054,682 | 2.5 | | | 10,625,647 | 10.6 | | |
| | Q4 | 200,216,775 | 10.4 | | | 1,057,591 | 2.4 | | | 10,845,696 | 9.4 | | |
| 2018 | Q1 | 198,572,542 | 6.5 | | | 1,068,116 | 2.1 | | | 11,362,191 | 13.9 | | |
| | Q2 | 197,922,755 | 7.2 | | | 1,070,776 | 2.2 | | | 11,493,470 | 10.1 | | |
| | Q3 | 211,160,891 | 8.6 | | | 1,074,292 | 1.9 | | | 11,650,849 | 9.6 | | |
| | Q4 | 217,183,669 | 8.5 | | | 1,075,635 | 1.7 | | | 11,903,635 | 9.8 | | |
| 2018 | Jan. | 67,757,265 | 10.8 | 66,645,057 | 1.2 | 1,070,549 | 2.5 | 1,064,634 | 0.4 | 3,739,974 | 13.3 | 3,721,535 | 2.6 |
| | Feb. | 62,346,286 | 4.9 | 65,975,045 | -1.0 | 1,065,849 | 2.2 | 1,064,037 | -0.1 | 3,758,841 | 16.7 | 3,748,062 | 0.7 |
| | Mac | 68,468,991 | 3.9 | 64,714,731 | -1.9 | 1,068,116 | 2.1 | 1,067,185 | 0.3 | 3,863,376 | 11.9 | 3,777,831 | 0.8 |
| | Apr. | 65,475,796 | 8.2 | 68,179,546 | 5.4 | 1,069,410 | 2.1 | 1,068,902 | 0.2 | 3,825,767 | 10.2 | 3,832,506 | 1.4 |
| | Mei | 65,346,331 | 5.5 | 68,374,158 | 0.3 | 1,070,000 | 1.7 | 1,069,233 | 0.0 | 3,811,032 | 10.0 | 3,853,274 | 0.5 |
| | Jun | 67,100,628 | 7.8 | 68,874,781 | 0.7 | 1,070,776 | 2.2 | 1,073,185 | 0.4 | 3,856,671 | 10.2 | 3,851,793 | 0.0 |
| | Jul. | 70,008,956 | 9.6 | 71,017,673 | 3.1 | 1,075,163 | 2.0 | 1,074,809 | 0.2 | 3,874,855 | 10.1 | 3,911,868 | 1.6 |
| | Ogos | 70,383,432 | 8.1 | 70,020,556 | -1.4 | 1,074,099 | 1.9 | 1,074,582 | 0.0 | 3,872,694 | 9.7 | 3,918,706 | 0.2 |
| | Sept. | 70,768,503 | 8.2 | 68,963,989 | -1.5 | 1,074,292 | 1.9 | 1,075,513 | 0.1 | 3,903,300 | 9.1 | 3,920,179 | 0.0 |
| | Okt. | 73,074,270 | 10.2 | 70,497,050 | 2.2 | 1,076,377 | 2.2 | 1,078,126 | 0.2 | 3,901,553 | 10.2 | 3,947,764 | 0.7 |
| | Nov. | 71,774,196 | 7.7 | 70,684,151 | 0.3 | 1,075,925 | 2.0 | 1,078,100 | 0.0 | 3,846,614 | 9.0 | 3,935,567 | -0.3 |
| | Dis. | 72,335,203 | 7.5 | 70,856,031 | 0.2 | 1,075,635 | 1.7 | 1,077,990 | 0.0 | 4,155,468 | 10.1 | 3,992,584 | 1.4 |
| 2019 | Jan. | 72,471,323 | 7.0 | 71,259,905 | 0.6 | 1,091,560 | 2.0 | 1,085,050 | 0.7 | 4,072,734 | 8.9 | 4,052,472 | 1.5 |

JADUAL 1.1 : PERANGKAAN UTAMA BAGI INDUSTRI PEMBUATAN

Table 1.1 : Principal Statistics of  Manufacturing Industries

Barcode:3875842-01 A-570-106  INV - Investigation -

| BIL. KOD MSIC | KETERANGAN INDUSTRI | TEMPOH | NILAI JUALAN PRODUK YANG DIBUAT SENDIRI (DI KILANG) Sales value of own manufactured products (Ex-factory) (RM '000) | % PERUBAHAN TAHUN KE TAHUN % change year on year | BILANGAN PEKERJA BERGAJI PADA AKHIR TEMPOH Number of paid employees engaged at end of period | % PERUBAHAN TAHUN KE TAHUN % change year on year | GAJI & UPAH YANG DIBAYAR Salaries & wages paid (RM '000) | % PERUBAHAN TAHUN KE TAHUN % change year on year |
|---|---|---|---|---|---|---|---|---|
| **103 31001** | **Pembuatan perabot kayu dan rotan** | **2015** | 4,462,270 | 4.6 | 32,101 | -0.3 | 587,717 | -1.6 |
|  | *Manufacture of wooden and cane furniture* | **2016** | 4,922,367 | 10.3 | 29,106 | -9.3 | 653,730 | 11.2 |
|  |  | **2017** | 5,321,405 | 8.1 | 28,336 | -2.6 | 674,180 | 3.1 |
|  |  | **2018** | 5,433,761 | 2.1 | 28,713 | 1.3 | 709,952 | 5.3 |
|  |  | **2017 Q1** | 1,439,390 | 15.9 | 28,379 | -2.5 | 168,038 | 0.7 |
|  |  | **Q2** | 1,252,256 | 10.4 | 27,482 | -5.9 | 165,436 | 1.4 |
|  |  | **Q3** | 1,282,088 | 6.9 | 28,454 | -3.4 | 169,727 | 3.6 |
|  |  | **Q4** | 1,347,671 | 0.1 | 28,336 | -2.6 | 170,979 | 6.9 |
|  |  | **2018 Q1** | 1,304,937 | -9.3 | 28,993 | 2.2 | 177,551 | 5.7 |
|  |  | **Q2** | 1,292,885 | 3.2 | 28,789 | 4.8 | 177,401 | 7.2 |
|  |  | **Q3** | 1,381,699 | 7.8 | 28,443 | 0.0 | 177,453 | 4.6 |
|  |  | **Q4** | 1,454,240 | 7.9 | 28,713 | 1.3 | 177,547 | 3.8 |
|  |  | **2018** Jan. | 420,557 | -15.0 | 28,822 | -0.3 | 58,980 | 4.3 |
|  |  | Feb. | 389,289 | -15.7 | 29,023 | 2.7 | 60,469 | 8.9 |
|  |  | Mac | 495,091 | 2.6 | 28,993 | 2.2 | 58,102 | 3.7 |
|  |  | April | 438,159 | 5.8 | 28,848 | 9.8 | 58,566 | 7.3 |
|  |  | Mei | 418,257 | -1.0 | 28,876 | 3.5 | 59,444 | 6.9 |
|  |  | Jun | 436,469 | 5.1 | 28,789 | 4.8 | 59,391 | 7.6 |
|  |  | Julai | 448,292 | 6.2 | 28,673 | 3.4 | 59,747 | 6.1 |
|  |  | Ogo. | 463,690 | 4.9 | 28,529 | 1.6 | 59,149 | 5.1 |
|  |  | Sept. | 469,717 | 12.4 | 28,443 | 0.0 | 58,557 | 2.4 |
|  |  | Okt. | 502,597 | 9.2 | 28,714 | 0.5 | 59,786 | 4.5 |
|  |  | Nov. | 479,176 | 2.4 | 28,800 | 0.3 | 58,590 | 2.2 |
|  |  | Dis. | 472,467 | 12.7 | 28,713 | 1.3 | 59,171 | 4.8 |
|  |  | **2019** Jan. | 482,310 | 14.7 | 28,996 | 0.6 | 61,301 | 3.9 |
| **104 32110** | **Pembuatan barang kemas dan artikel berkaitan** | **2015** | 1,648,327 | 5.0 | 1,673 | -6.9 | 52,977 | -2.0 |
|  |  | **2016** | 1,985,907 | 20.5 | 1,732 | 3.5 | 51,214 | -3.3 |
|  | *Manufacture of jewellery and related articles* | **2017** | 2,062,522 | 3.9 | 1,339 | -22.7 | 56,312 | 10.0 |
|  |  | **2018** | 2,151,143 | 4.3 | 1,595 | 19.1 | 57,870 | 2.8 |
|  |  | **2017 Q1** | 515,896 | 1.6 | 1,521 | -8.6 | 14,875 | 17.5 |
|  |  | **Q2** | 536,398 | 4.6 | 1,423 | -12.2 | 13,691 | 11.2 |
|  |  | **Q3** | 508,603 | 8.4 | 1,419 | -11.3 | 13,819 | 16.4 |
|  |  | **Q4** | 501,625 | 1.0 | 1,339 | -22.7 | 13,927 | -3.1 |
|  |  | **2018 Q1** | 514,686 | -0.2 | 1,539 | 1.2 | 13,917 | -6.4 |
|  |  | **Q2** | 536,387 | 0.0 | 1,584 | 11.3 | 14,562 | 6.4 |
|  |  | **Q3** | 554,612 | 9.0 | 1,605 | 13.1 | 14,645 | 6.0 |
|  |  | **Q4** | 545,458 | 8.7 | 1,595 | 19.1 | 14,746 | 5.9 |
|  |  | **2018** Jan. | 169,477 | -10.4 | 1,541 | -7.9 | 4,549 | -11.6 |
|  |  | Feb. | 162,528 | 4.7 | 1,582 | 3.7 | 4,545 | -5.8 |
|  |  | Mac | 182,681 | 6.6 | 1,539 | 1.2 | 4,823 | -1.6 |
|  |  | April | 185,161 | -0.7 | 1,601 | 12.9 | 4,872 | 1.9 |
|  |  | Mei | 171,088 | -2.7 | 1,590 | 12.7 | 4,823 | 4.8 |
|  |  | Jun | 180,138 | 3.5 | 1,584 | 11.3 | 4,867 | 13.0 |
|  |  | Julai | 176,549 | 12.6 | 1,588 | 11.3 | 4,891 | 7.7 |
|  |  | Ogo. | 186,710 | 6.4 | 1,608 | 13.2 | 4,915 | 4.5 |
|  |  | Sept. | 191,353 | 8.6 | 1,605 | 13.1 | 4,839 | 5.7 |
|  |  | Okt. | 182,023 | 6.2 | 1,601 | 13.2 | 4,929 | 8.3 |
|  |  | Nov. | 180,458 | 5.9 | 1,597 | 14.2 | 4,845 | 7.0 |
|  |  | Dis. | 182,977 | 14.5 | 1,595 | 19.1 | 4,972 | 2.6 |
|  |  | **2019** Jan. | 198,870 | 17.3 | 1,769 | 14.8 | 4,950 | 8.8 |

Barcode:3875842-01 A-570-106 INV - Investigation  -

# NOTA TEKNIKAL

# TECHNICAL NOTES

## NOTA TEKNIKAL

1.  PENGENALAN

Penerbitan ini memaparkan data meliputi industri terpilih dalam sektor pembuatan yang dipungut melalui Survei Pembuatan Bulanan. Sektor Pembuatan dikelaskan di bawah Kategori C dalam Piawaian Klasifikasi Industri Malaysia (MSIC), 2008 Ver. 1.0. Secara amnya, klasifikasi MSIC 2008 Ver. 1.0 adalah selaras dengan 'International Standard Industrial Classification of All Economic Activities (ISIC), Rev. 4, dengan penyesuaian mengikut keadaan tempatan. Piawaian Klasifikasi Industri Malaysia 2008 (MSIC 2008), Ver 1.0. telah digunakan bermula pada penerbitan rujukan Januari 2014.

2.  OBJEKTIF

Objektif utama Survei Pembuatan Bulanan ialah untuk memberikan data aliran terkini bagi indikator utama di sektor pembuatan, khasnya data **nilai jualan, bilangan pekerja bergaji, gaji & upah** serta **produk utama yang dibuat** agar dapat membantu pengguna dalam merangka dasar serta membuat        keputusan.

3.  SKOP DAN LIPUTAN

Data yang dipungut dalam Survei Pembuatan Bulanan meliputi seluruh Malaysia. Penerbitan ini memaparkan statistik dengan pendekatan deskriptif (tidak diunjurkan kepada populasi) bagi 155 industri daripada sejumlah 259 Industri dalam sektor Pembuatan. Data bagi industri yang mempunyai perwakilan pertubuhan kurang daripada tiga pertubuhan telah digabungkan kepada industri terhampir. Ianya perlu untuk memelihara kerahsiaan responden seperti mana yang termaktub dalam 'Akta Perangkaan 1965 (Disemak - 1989)'.

4.  KONSEP DAN DEFINISI

Konsep dan definisi yang digunakan adalah selari dengan International Recommendations for Industrial Statistics, United Nations Statistical Division. Takrif pembuatan yang digunakan dalam survei ini adalah selaras dengan "Piawaian Klasifikasi Industri Malaysia (MSIC) 2008 Ver.1.0.

Pembuatan ditakrifkan sebagai "penukaran secara mekanikal atau kimia bagi bahan bukan organik atau organik kepada produk baru sama ada pekerjaan itu dilakukan oleh jentera yang digerakkan oleh kuasa atau tangan, sama ada dilakukan di kilang atau di rumah pekerja, dan sama ada produk dijual secara borong atau runcit." Pemasangan bahagian komponen produk dianggap sebagai pembuatan kecuali dalam kes yang mana kegiatan itu sesuai      dikelaskan di bawah 'Pembinaan'. Pertubuhan yang kegiatan utamanya ialah kerja pembaikan turut dimasukkan dan dikelaskan mengikut jenis produk yang diperbaiki.

5.   UNIT MELAPOR

Unit melapor bagi survei ini ialah pertubuhan. Sesebuah pertubuhan dita-krifkan sebagai "satu unit ekonomi yang bergiat di bawah satu hak milik atau penguasaan tunggal, iaitu di bawah satu entiti yang sah. Ia menjalankan satu jenis aktiviti ekonomi utama di satu     tempat /   lokasi fizikal". Setiap pertubuhan diberikan klasifikasi industri berdasarkan aktiviti utamanya. Bagi pertubuhan yang menjalankan pelbagai aktiviti, unit yang bergiat dalam ak-tiviti yang berasingan dalam satu lokasi yang sama adalah terdiri daripada entiti        pertubuhan yang berbeza. Oleh itu, setiap cawangan daripada organisasi  yang  mempunyai pelbagai cawangan di lokasi yang berbeza dari segi konsep dianggap sebagai pertubuhan yang berlainan. Pertubuhan berke-naan diminta memberikan penyata yang berasingan bagi setiap kegiatannya dari segi nilai. Walau bagaimanapun, dari  segi  praktisnya  akaun  biasanya disediakan   secara   berpusat   kerana kesukaran untuk memperoleh data yang berasingan bagi setiap unit atau cawangan. Entiti atau enterpris ini akan dianggap  sebagai  satu  unit  pelapor  dan  dibenarkan  mengemukakan  soal selidik yang            menggabungkan semua unit atau cawangannya.

6.   NILAI JUALAN

Nilai   jualan   yang   dilaporkan merujuk kepada nilai jualan   produk sendiri sahaja.  Ini  bermaksud  jualan  produk  yang  berlaku  dalam  bulan laporan, sama ada produk tersebut telah dibuat/dihasilkan oleh pertubuhan pada bulan tersebut atau bulan-bulan sebelumnya. Nilai  jualan  hendaklah berdasarkan kepada nilai  di kilang dan berkaitan dengan kuantiti yang dijual-kan. Penilaian hendaklah berdasarkan kepada  harga  yang  dikenakan  kepa-da  pelanggan  tolak  semua perbelanjaan pengagihan yang dibayar seperti:

(a) diskaun atau rebat;

(b)  bayaran untuk pengangkutan keluar;

(c) komisen kepada wakil-wakil penjual; dan

(d) bayaran  lain  seperti cukai  eksais  yang  dibayar  atau cukai  jualan yang dipungut oleh kilang bagi pihak kerajaan.

Barcode:3875842-01 A-570-106 INV - Investigation  -

7.   BILANGAN PEKERJA        Data  tentang  bilangan pekerja meliputi pekerja bergaji sepenuh masa  dan pekerja sambilan.

 

(a)    Pekerja Sepenuh Masa

Ia ditakrifkan sebagai semua pekerja bergaji yang bekerja sekurang - kurangnya 6 jam sehari dan sekurang-kurangnya 20 hari sebulan.

(b)    Pekerja Sambilan

Ia ditakrifkan sebagai semua pekerja bergaji yang bekerja kurang dari 6 jam sehari dan/atau kurang dari 20 hari sebulan.

8.   GAJI DAN UPAH DIBAYAR     Gaji & upah yang dibayar merujuk kepada pembayaran tunai, termasuk bonus, komisen, bayaran lebih masa, elaun kos sara hidup dan elaun lain yang dibayar kepada semua pekerja bergaji dalam bulan rujukan. Caruman pekerja kepada Kumpulan Wang Simpanan Pekerja (KWSP) dan Pertubuhan Keselamatan Sosial (PERKESO) turut dimasukkan, tetapi caruman oleh majikan dikecualikan. Elaun kepada pemilik yang bekerja, rakan niaga yang bekerja dan pekerja keluarga tidak bergaji juga

9.   KEPERLUAN KERAHSIAAN     Survei ini dijalankan di bawah peruntukan 'Akta Perangkaan 1965 (Disemak - 1989). Akta ini mensyaratkan bahawa kandungan penyata individu adalah SULIT. Selaras  dengan peruntukan dalam Akta tersebut, hanya angka agregat akan diterbitkan.

10.  PINDAAN                 Pindaan akan dibuat ke atas angka yang telah diterbitkan berdasarkan kepada data terkini yang diperoleh.

11.  SIMBOL DAN SINGKATAN     Simbol-simbol berikut telah digunakan dalam keseluruhan penerbitan:-

t.t.t.l. : tidak terkelas di tempat lain

RM  : Ringgit Malaysia

Barcode:3875842-01 A-570-106 INV - Investigation  -

12.  PELARASAN MUSIM

Data siri masa adalah amat berguna untuk ahli ekonomi, pembuat dasar & keputusan serta penganalisis siri masa untuk mengenal pasti ciri-ciri penting siri ekonomi seperti arah aliran, turning point dan konsistensi antara penunjuk ekonomi yang lain. Kadangkala ciri ini sukar untuk diperhatikan kerana pergerakan bermusim. Oleh itu, sekiranya kesan bermusim boleh disingkirkan, arah aliran data siri ini dapat dilihat dengan lebih baik. Anggaran dan penyingkiran kesan bermusim dipanggil pelarasan bermusim.

Pelarasan bermusim adalah satu proses untuk mengenal pasti dan menyingkirkan bentuk pola bermusim yang biasa berlaku dalam tempoh satu tahun, yang mungkin juga merangkumi pengaruh dari kesan cuti yang bergerak dan hari bekerja/berdagang bagi suatu tempoh. Objektif utama proses ini adalah untuk menyerlahkan arah aliran dan pergerakan-pergerakan jangka pendek dalam siri ini.

Di Malaysia, kebanyakan data siri masa dipengaruhi oleh kesan bermusim. Oleh itu, untuk menghapus dan melaras kesan bermusim data siri masa ekonomi Malaysia, pakej standard pelarasan bermusim, X-12 ARIMA telah digunakan oleh Jabatan Perangkaan, Malaysia. Data siri masa ekonomi Malaysia juga kerap dipengaruhi oleh perayaan agama utama seperti Aidil Fitri bagi umat Islam, Tahun Baru Cina untuk kaum Cina dan Deepavali untuk kaum India. Tarikh perayaan-perayaan ini tetap mengikut tahun lunar tetapi berbeza-beza mengikut calendar Gregorian. Oleh itu, untuk menganggar dan menyingkirkan kesan cuti yang bergerak dari data siri masa, satu prosedur telah dibangunkan iaitu Seasonal Adjustment For Malaysia (SEAM).

## *Technical Notes*

1. INTRODUCTION

*This publication presents data for selected industries in the manufacturing sector collected from the Monthly Manufacturing Survey. Manufacturing sector are classified under Category C in the Malaysia Standard Industrial Classification (MSIC), 2008 Ver. 1.0.  MSIC, 2008 Ver. 1.0  were conforms with the International Standard Industrial Classification of All Economic Activities, (ISIC), Rev. 4, with some modifications to suit local conditions. Malaysian Industrial Classification Standards 2008 (MSIC 2008), Ver 1.0. has been used for the first time in the reference month of January 2014 publication.*

2. OBJECTIVE

*The main objective of Monthly Manufacturing Survey is  to provide data on   the  latest  trends  of  main  indicators  in  the  manufacturing  sector, specifically on sales value, number of employees, salaries &  wages and the main products  manufactured, hence assisting users in policy formulation and decision making.*

2. SCOPE AND COVERAGE

*The data collected in the Monthly Manufacturing Survey covered the whole of Malaysia.*

*This publication presents statistics with a descriptive approach (not projected to population) for 155 industries  out  of   a  total 259 industries in  the manufacturing sector. Data for industries with less than three establishments will  be  combined  to  the  nearest  industry.  It  is  necessary  to  ensure  the confidentiality of the respondents as stipulated under the Statistics Act 1965 (Revised-1989).*

4. CONCEPT AND DEFINTION

*The concepts and definitions used are based on the recommendations of the United Nations Statistical Division. The definition of manufacturing used  in this  survey are in line with Malaysia Standard Industrial Classification (MSIC) 2008  Ver. 1.0.*

*Manufacturing is defined as "the mechanical or chemical transformation of inorganic  or  organic  substances  into  new  products  whether  the  work  is performed by power driven machines or by hand, whether it is done by the factory  or  in  the worker's home,  and  whether  the  products  are  sold  at wholesale or retail". Assembly of the  component parts  of  manufactured products  is  considered as manufacturing except in cases where the activity is  appropriately  classified  under  'Construction'.  Establishments  primarily engaged in repair work are included and classified according to the type of product  repaired.*

Barcode:3875842-01 A-570-106 INV - Investigation  -

5.  REPORTING UNIT    *The reporting unit used in the survey was the establishment. An establishment is defined as "an economic unit engaged in one activity, under a single legal entity and operating in a single physical location". Each establishment was assigned an industry classification based on its principal activity. In the case of a multi-activity entity, units engaged in separate activities in the same location constituted distinct establishments. Thus, each branch of a multi-branch organization at a different location was conceptually treated as a different establishment. The establishment was requested to give separate returns for each activity in terms of value. However in practice, the accounts were centrally kept such that it was not possible to obtain separate data for each individual unit or branch. The entity or enterprise was treated as a single reporting unit and allowed to submit a consolidated questionnaire covering all the units or branches.*

6.  VALUE OF SALES    *The sales value reported refers to the value of sales of own manufactured goods only. This relates to sales of goods made during the reporting month, whether the products was produced/manufactured by the establishment during the month or in the previous months. The sales value should be ex-factory value relating to the quantity sold. The valuation should be on the basis of price charged to customers less all distributive expenses actually incurred, such as:*

(a)    *discounts or rebates;*

(b)    *Charges for carriage outwards;*

(c)    *commissions to selling agents; and*

(d)    *all other charges such as excise duties paid, sales tax collected by the factory on behalf of the government.*

7.  EMPLOYMENT                  The employment data cover full-time and part-time employees.

(a)  Full-time Employees
     This is defined to include all paid workers who work for at least 6 hours a day and for at least 20 days a month.

(b)  Part-time Employees
     This is defined to include all paid workers who work for less than 6 hours a day and/or less than 20 days a month.

8.  SALARIES & WAGES PAID        Salaries & wages paid refer to cash payments, including bonuses, commissions, overtime wages, cost of living allowances and other allowances made to all employees during the reference month. The employees' contribution to Employees' Provident Fund (EPF) and Social Security Organisation (SOCSO) is included but the employer's contribution is excluded. Allowances to working proprietors, working partners and unpaid family workers are not included.

9.  CONFIDENTIALITY             The Survey is conducted under the provisions of the Statistics Act 1965
    REQUIRED                    (Revised-1989). The Act stipulates that the contents of individual returns are confidential. In conformity with the stipulations of this Act, only aggregated figures are published.

10. REVISIONS                   Revisions will be made to the published figures based on the latest data available.

11. SYMBOLS AND                 The following symbols have been used throughout the publication:-
    ABBREVIATIONS               n.e.c.:   not elsewhere classified
                                RM  :   Malaysian Ringgit

12. SEASONAL ADJUSTMENT

Time-series data are very useful for economists, policy & decision makers and time-series analysts to identify the important features of economic series such as direction, turning point and consistency between other economic indicators. Sometimes this feature is difficult to observe because of seasonal movements. Thus, if the seasonal effect can be removed, the behaviour of the series would be better viewed. The estimation and removal of the seasonal effects is called seasonal adjustment.

Seasonal adjustment is a process to identify and to remove the regular within-a-year seasonal pattern, which may also include the influences of moving holidays and working/trading days effect in each period. The ultimate objective of the process is to highlight the underlying trends and short-term movements in the series.

In Malaysia, most of the time series data are affected by seasonal effects. Hence, to eliminate the seasonal effect as well as to seasonally adjust the Malaysian economic time series data, a standard seasonal adjustment package, X-12 ARIMA was used by Department of Statistics, Malaysia. Malaysian economic time series data also often affected by major religious festivals such as Eid-ul Fitr for Muslims, Chinese New Year to the Chinese and the Indian Deepavali. These festivals' dates are fixed according to the lunar year but vary according to the Gregorian calendar. Therefore, to estimate and remove moving holiday effect from time-series data, a procedure was developed, namely Seasonal Adjustment for Malaysia (SEAM).

JA 19

Petitioner, Initial Surrogate Value Comments
(August 7, 2019)
PR 956-961

Barcode:3875858-01 A-570-106 INV - Investigation -



**PUBLIC DOCUMENT**

August 7, 2019

| | |
|---|---|
| Case No. A-570-106 |
| Total Pages: 513 |
| Investigation |
| AD/CVD Operations, E&C Office II |
| **PUBLIC DOCUMENT** |

The Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
Attn: Enforcement and Compliance
APO/Dockets Unit, Room 18022
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Re:     ***Wooden Cabinets and Vanities and Components Thereof From the People's
       Republic of China:*** Petitioner's Initial Surrogate Value Comments

On behalf of the American Kitchen Cabinet Alliance ("Petitioner"), we hereby submit
initial surrogate value comments to Department of Commerce (the "Department") in the above-
captioned administrative review. This submission contains new factual information within the
meaning of 19 C.F.R. § 351.102(b)(21)(iii), *i.e.*, information submitted to value factors of
production ("FOPs"). These comments are timely filed pursuant to the Department's August 1,
2019 letter extending the deadline to submit information relating to surrogate values to August 7,
2019.

For the reasons enumerated in Petitioner's July 16, 2019 comments, Petitioner believes at
this time that Romania would be an appropriate selection as the primary surrogate country.[1] As
such, Petitioner submits information, as described below, on costs in Romania. However, as an
initial matter, Petitioner reiterates that information necessary to accurately determine the all

---

[1]     *See* Letter from Wiley Rein LLP to Sec'y Commerce, re: *Certain Fabricated Structural Steel from the
People's Republic of China: Comments on Surrogate Country Selection* (June 14, 2019).

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:33 PM, Submission Status: Approved

Barcode:3875858-02 A-570-106 INV - Investigation  -

# EXHIBIT 3

31.10.2018    EN    Barcode:3875868-02 A-570-106 INV - Investigation    Official Journal of the European Union    L 273/1

II

*(Non-legislative acts)*

# REGULATIONS

## COMMISSION IMPLEMENTING REGULATION (EU) 2018/1602

### of 11 October 2018

amending Annex I to Council Regulation (EEC) No 2658/87 on the tariff and statistical nomenclature and on the Common Customs Tariff

THE EUROPEAN COMMISSION,

Having regard to the Treaty on the Functioning of the European Union,

Having regard to Council Regulation (EEC) No 2658/87 of 23 July 1987 on the tariff and statistical nomenclature and on the Common Customs Tariff ([1]), and in particular Article 9(1) and Article 12(1) thereof,

Whereas:

(1) Regulation (EEC) No 2658/87 established a goods nomenclature (hereinafter referred to as the 'Combined Nomenclature' or the 'CN') to meet, at one and the same time, the requirements of the Common Customs Tariff, the external trade statistics of the Union, and other Union policies concerning the importation or exportation of goods.

(2) In the interests of legislative simplification, it is appropriate to modernise the CN and to adapt its structure.

(3) It is necessary to amend the CN in order to implement the gradual reduction of duty rates for fresh bananas, as required by Council Decision 2011/194/EU ([2]), and of products covered by the agreement in the form of the Declaration on the Expansion of Trade in Information Technology Products (ITA2), as required by Council Decision (EU) 2016/971 ([3]).

(4) It is also necessary to amend the CN in order to take account of changes in requirements relating to statistics, to commercial policy and technological and commercial developments, by deleting obsolete codes, by introducing new subheadings to facilitate monitoring of specific goods; it is also necessary to adapt the list of international non-proprietary names (Annex 3 to Section II of Part Three (Tariff Annexes) of the CN) and the list of pharmaceutical intermediates, i.e. compounds of a kind used for the manufacture of finished pharmaceutical products (Annex 6 to Section II of Part Three (Tariff Annexes) of the CN), which are free of duty.

(5) In order to better monitor the growing market of 'beverage can body stock', 'beverage can end stock and tab stock', it is necessary to create new CN codes under subheading 7606 12 and to define these products under a new Additional note 2 to Chapter 76.

(6) In the interest of clarity, it is also appropriate to make certain minor changes in order to align the different language versions of the text.

(7) With effect from 1 January 2019, Annex I to Regulation (EEC) No 2658/87 should be replaced by a complete and up-to-date version of the CN, together with the autonomous and conventional rates of duty resulting from measures adopted by the Council or by the Commission.

---

([1]) OJ L 256, 7.9.1987, p. 1.
([2]) Council Decision 2011/194/EU of 7 March 2011 on the conclusion of a Geneva Agreement on Trade in Bananas between the European Union and Brazil, Colombia, Costa Rica, Ecuador, Guatemala, Honduras, Mexico, Nicaragua, Panama, Peru and Venezuela and of an Agreement on Trade in Bananas between the European Union and the United States of America (OJ L 88, 4.4.2011, p. 66).
([3]) Council Decision (EU) 2016/971 of 17 June 2016 on the conclusion, on behalf of the European Union, of an agreement in the form of the Declaration on the Expansion of Trade in Information Technology Products (ITA) (OJ L 161, 18.6.2016, p. 2).

Barcode:3875868-02 A-570-106 INV - Investigation -

(8)     The measures provided for in this Regulation are in accordance with the opinion of the Customs Code Committee,

HAS ADOPTED THIS REGULATION:

*Article 1*

Annex I to Regulation (EEC) No 2658/87 is replaced by the text set out in the Annex to this Regulation.

*Article 2*

This Regulation shall enter into force on the twentieth day following that of its publication in the *Official Journal of the European Union*.

It shall apply from 1 January 2019.

This Regulation shall be binding in its entirety and directly applicable in all Member States.

Done at Brussels, 11 October 2018.

*For the Commission*
*The President,*
Jean-Claude JUNCKER

———

Barcode:3875868-03 A-570-106 INV - Investigation  -

PART ONE


**PRELIMINARY PROVISIONS**

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:33 PM, Submission Status: Approved

Barcode:3875868-03 A-570-106 INV - Investigation -

## CHAPTER 32

## TANNING OR DYEING EXTRACTS; TANNINS AND THEIR DERIVATIVES; DYES, PIGMENTS AND OTHER COLOURING MATTER; PAINTS AND VARNISHES; PUTTY AND OTHER MASTICS; INKS

**Notes**

1. This chapter does not cover:

    (a) separate chemically defined elements or compounds (except those of heading 3203 or 3204, inorganic products of a kind used as luminophores (heading 3206), glass obtained from fused quartz or other fused silica in the forms provided for in heading 3207, and also dyes and other colouring matter put up in forms or packings for retail sale of heading 3212);

    (b) tannates or other tannin derivatives of products of headings 2936 to 2939, 2941 or 3501 to 3504; or

    (c) mastics of asphalt or other bituminous mastics (heading 2715).

2. Heading 3204 includes mixtures of stabilised diazonium salts and couplers for the production of azo dyes.

3. Headings 3203, 3204, 3205 and 3206 apply also to preparations based on colouring matter (including, in the case of heading 3206, colouring pigments of heading 2530 or Chapter 28, metal flakes and metal powders), of a kind used for colouring any material or used as ingredients in the manufacture of colouring preparations. The headings do not apply, however, to pigments dispersed in non-aqueous media, in liquid or paste form, of a kind used in the manufacture of paints, including enamels (heading 3212), or to other preparations of headings 3207, 3208, 3209, 3210, 3212, 3213 or 3215.

4. Heading 3208 includes solutions (other than collodions) consisting of any of the products specified in headings 3901 to 3913 in volatile organic solvents when the weight of the solvent exceeds 50 % of the weight of the solution.

5. The expression 'colouring matter' in this chapter does not include products of a kind used as extenders in oil paints, whether or not they are also suitable for colouring distempers.

6. The expression 'stamping foils' in heading 3212 applies only to thin sheets of a kind used for printing, for example, book covers or hat bands, and consisting of:

    (a) metallic powder (including powder of precious metal) or pigment, agglomerated with glue, gelatin or other binder; or

    (b) metal (including precious metal) or pigment, deposited on a supporting sheet of any material.

| CN code | Description | Conventional rate of duty (%) | Supplementary unit |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| **3201** | **Tanning extracts of vegetable origin; tannins and their salts, ethers, esters and other derivatives:** | | |
| 3201 10 00 | – **Quebracho extract** ........................................................... | Free | — |
| 3201 20 00 | – **Wattle extract** ........................................................... | 6,5 ($^1$) | — |
| 3201 90 | – **Other:** | | |
| 3201 90 20 | – – Sumach extract, vallonia extract, oak extract or chestnut extract ..................... | 5,8 | — |
| 3201 90 90 | – – Other ........................................................... | 5,3 | — |
| **3202** | **Synthetic organic tanning substances; inorganic tanning substances; tanning preparations, whether or not containing natural tanning substances; enzymatic preparations for pre-tanning:** | | |
| 3202 10 00 | – **Synthetic organic tanning substances** ........................................................... | 5,3 | — |
| 3202 90 00 | – **Other** ........................................................... | 5,3 | — |

---

($^1$)   *Ad valorem* duty rate reduced to 3 % (autonomous suspension) for an indefinite period.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:33 PM, Submission Status: Approved

Barcode:3875868-03 A-570-106 INV - Investigation -

| CN code | Description | Conventional rate of duty (%) | Supplementary unit |
|---------|-------------|-------------------------------|--------------------|
| 1 | 2 | 3 | 4 |
| 3203 00 | Colouring matter of vegetable or animal origin (including dyeing extracts but excluding animal black), whether or not chemically defined; preparations as specified in note 3 to this chapter based on colouring matter of vegetable or animal origin: | | |
| 3203 00 10 | – Colouring matter of vegetable origin and preparations based thereon ................. | Free | — |
| 3203 00 90 | – Colouring matter of animal origin and preparations based thereon ................... | 2,5 | |
| 3204 | Synthetic organic colouring matter, whether or not chemically defined; preparations as specified in note 3 to this chapter based on synthetic organic colouring matter; synthetic organic products of a kind used as fluorescent brightening agents or as luminophores, whether or not chemically defined: | | |
| | – Synthetic organic colouring matter and preparations based thereon as specified in note 3 to this chapter: | | |
| 3204 11 00 | – – Disperse dyes and preparations based thereon ............................... | 6,5 | — |
| 3204 12 00 | – – Acid dyes, whether or not premetallised, and preparations based thereon; mordant dyes and preparations based thereon ..................... | 6,5 | — |
| 3204 13 00 | – – Basic dyes and preparations based thereon ............................... | 6,5 | — |
| 3204 14 00 | – – Direct dyes and preparations based thereon ............................ | 6,5 | — |
| 3204 15 00 | – – Vat dyes (including those usable in that state as pigments) and preparations based thereon ................................................. | 6,5 | — |
| 3204 16 00 | – – Reactive dyes and preparations based thereon ................... | 6,5 | — |
| 3204 17 00 | – – Pigments and preparations based thereon ....................... | 6,5 | — |
| 3204 19 00 | – – Other, including mixtures of colouring matter of two or more of the subheadings 3204 11 to 3204 19 ............................... | 6,5 | — |
| 3204 20 00 | – Synthetic organic products of a kind used as fluorescent brightening agents .. | 6 | — |
| 3204 90 00 | – Other ................................................. | 6,5 | — |
| 3205 00 00 | Colour lakes; preparations as specified in note 3 to this chapter based on colour lakes ................................................. | 6,5 | — |
| 3206 | Other colouring matter; preparations as specified in note 3 to this chapter, other than those of heading 3203, 3204 or 3205; inorganic products of a kind used as luminophores, whether or not chemically defined: | | |
| | – Pigments and preparations based on titanium dioxide: | | |
| 3206 11 00 | – – Containing 80 % or more by weight of titanium dioxide calculated on the dry matter ................................................. | 6 | — |
| 3206 19 00 | – – Other ................................................. | 6,5 | — |
| 3206 20 00 | – Pigments and preparations based on chromium compounds ...................... | 6,5 | — |
| | – Other colouring matter and other preparations: | | |
| 3206 41 00 | – – Ultramarine and preparations based thereon .......................... | 6,5 | — |

Barcode:3875868-03 A-570-106 INV - Investigation -

| CN code | Description | Conventional rate of duty (%) | Supplementary unit |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| 3206 42 00 | – – Lithopone and other pigments and preparations based on zinc sulphide ..... | 6,5 | — |
| 3206 49 | – – Other: | | |
| 3206 49 10 | – – – Magnetite ................................................... | 4,9 ($^1$) | — |
| 3206 49 70 | – – – Other ....................................................... | 6,5 | — |
| 3206 50 00 | – Inorganic products of a kind used as luminophores ................. | 5,3 | — |
| 3207 | Prepared pigments, prepared opacifiers and prepared colours, vitrifiable enamels and glazes, engobes (slips), liquid lustres and similar preparations, of a kind used in the ceramic, enamelling or glass industry; glass frit and other glass, in the form of powder, granules or flakes: | | |
| 3207 10 00 | – Prepared pigments, prepared opacifiers, prepared colours and similar preparations ...................................................... | 6,5 | — |
| 3207 20 | – Vitrifiable enamels and glazes, engobes (slips) and similar preparations: | | |
| 3207 20 10 | – – Engobes (slips) ................................................ | 5,3 | — |
| 3207 20 90 | – – Other ......................................................... | 6,3 | — |
| 3207 30 00 | – Liquid lustres and similar preparations ........................... | 5,3 | — |
| 3207 40 | – Glass frit and other glass, in the form of powder, granules or flakes: | | |
| 3207 40 40 | – – Glass in the form of flakes of a length of 0,1 mm or more but not exceeding 3,5 mm and of a thickness of 2 micrometres or more but not exceeding 5 micrometres; glass, in the form of powder or granules, containing by weight 99 % or more of silicon dioxide | Free | — |
| 3207 40 85 | – – Other ......................................................... | 3,7 | — |
| 3208 | Paints and varnishes (including enamels and lacquers) based on synthetic polymers or chemically modified natural polymers, dispersed or dissolved in a non-aqueous medium; solutions as defined in note 4 to this chapter: | | |
| 3208 10 | – Based on polyesters: | | |
| 3208 10 10 | – – Solutions as defined in note 4 to this chapter ................... | 6,5 | — |
| 3208 10 90 | – – Other ......................................................... | 6,5 | — |
| 3208 20 | – Based on acrylic or vinyl polymers: | | |
| 3208 20 10 | – – Solutions as defined in note 4 to this chapter ................... | 6,5 | — |
| 3208 20 90 | – – Other ......................................................... | 6,5 | — |
| 3208 90 | – Other: | | |
| | – – Solutions as defined in note 4 to this chapter: | | |
| 3208 90 11 | – – – Polyurethane of 2,2′-(tert-butylimino)diethanol and 4,4′-methylenedicyclohexyl diisocyanate, in the form of a solution in N,N-dimethylacetamide, containing by weight 48 % or more of polymer ...................................... | Free | — |

($^1$)   Autonomous rate of duty: Free.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:33 PM, Submission Status: Approved

| EN | Barcode:3875868-03 A-570-106 INV - Investigation - Official Journal of the European Union |

| CN code | Description | Conventional rate of duty (%) | Supplementary unit |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| 3208 90 13 | – – – Copolymer of *p*-cresol and divinylbenzene, in the form of a solution in N,N-dimethylacetamide, containing by weight 48 % or more of polymer ............... | Free | — |
| 3208 90 19 | – – – Other ............................... | 6,5 | — |
| | – – Other: | | |
| 3208 90 91 | – – – Based on synthetic polymers ........................... | 6,5 | — |
| 3208 90 99 | – – – Based on chemically modified natural polymers ...................... | 6,5 | — |
| 3209 | **Paints and varnishes (including enamels and lacquers) based on synthetic polymers or chemically modified natural polymers, dispersed or dissolved in an aqueous medium:** | | |
| 3209 10 00 | – Based on acrylic or vinyl polymers ........................ | 6,5 | — |
| 3209 90 00 | – Other ............................... | 6,5 | — |
| 3210 00 | **Other paints and varnishes (including enamels, lacquers and distempers); prepared water pigments of a kind used for finishing leather:** | | |
| 3210 00 10 | – Oil paints and varnishes (including enamels and lacquers) ................. | 6,5 | — |
| 3210 00 90 | – Other ............................... | 6,5 | — |
| 3211 00 00 | **Prepared driers** ........................... | 6,5 | — |
| 3212 | **Pigments (including metallic powders and flakes) dispersed in non-aqueous media, in liquid or paste form, of a kind used in the manufacture of paints (including enamels); stamping foils; dyes and other colouring matter put up in forms or packings for retail sale:** | | |
| 3212 10 00 | – Stamping foils ........................... | 6,5 | — |
| 3212 90 00 | – Other ............................... | 6,5 | — |
| 3213 | **Artists', students' or signboard painters' colours, modifying tints, amusement colours and the like, in tablets, tubes, jars, bottles, pans or in similar forms or packings:** | | |
| 3213 10 00 | – Colours in sets ........................... | 6,5 | — |
| 3213 90 00 | – Other ............................... | 6,5 | — |
| 3214 | **Glaziers' putty, grafting putty, resin cements, caulking compounds and other mastics; painters' fillings; non-refractory surfacing preparations for façades, indoor walls, floors, ceilings or the like:** | | |
| 3214 10 | – Glaziers' putty, grafting putty, resin cements, caulking compounds and other mastics; painters' fillings: | | |
| 3214 10 10 | – – Glaziers' putty, grafting putty, resin cements, caulking compounds and other mastics .............................. | 5 | — |
| 3214 10 90 | – – Painters' fillings ........................... | 5 | — |
| 3214 90 00 | – Other ............................... | 5 | — |

Barcode:3875868-03 A-570-106 INV - Investigation -

| CN code | Description | Conventional rate of duty (%) | Supplementary unit |
|---------|-------------|-------------------------------|--------------------|
| 1 | 2 | 3 | 4 |
| **3215** | **Printing ink, writing or drawing ink and other inks, whether or not concentrated or solid:** | | |
| | **– Printing ink:** | | |
| **3215 11 00** | – – Black ............................................................ | 6,5 | — |
| **3215 19 00** | – – Other ............................................................ | 6,5 | — |
| **3215 90** | **– Other:** | | |
| **3215 90 20** | – – Ink cartridges (without an integrated print head) for insertion into apparatus of subheadings 8443 31, 8443 32 or 8443 39, and incorporating mechanical or electrical components: solid ink in engineered shapes for insertion into apparatus of subheadings 8443 31, 8443 32 or 8443 39 ............................................................ | Free | — |
| **3215 90 70** | – – Other ............................................................ | 6,5 | — |

Barcode:3875868-03 A-570-106 INV - Investigation -

*SECTION IX*

**WOOD AND ARTICLES OF WOOD; WOOD CHARCOAL; CORK AND ARTICLES OF CORK; MANUFACTURES OF STRAW, OF ESPARTO OR OF OTHER PLAITING MATERIALS; BASKETWARE AND WICKERWORK**

*CHAPTER 44*

**WOOD AND ARTICLES OF WOOD; WOOD CHARCOAL**

**Notes**

1. This chapter does not cover:

    (a) wood, in chips, in shavings, crushed, ground or powdered, of a kind used primarily in perfumery, in pharmacy, or for insecticidal, fungicidal or similar purposes (heading 1211);

    (b) bamboos or other materials of a woody nature of a kind used primarily for plaiting, in the rough, whether or not split, sawn lengthwise or cut to length (heading 1401);

    (c) wood, in chips, in shavings, ground or powdered, of a kind used primarily in dyeing or in tanning (heading 1404);

    (d) activated charcoal (heading 3802);

    (e) articles of heading 4202;

    (f) goods of Chapter 46;

    (g) footwear or parts thereof of Chapter 64;

    (h) goods of Chapter 66 (for example, umbrellas and walking sticks and parts thereof);

    (ij) goods of heading 6808;

    (k) imitation jewellery of heading 7117;

    (l) goods of Section XVI or XVII (for example, machine parts, cases, covers, cabinets for machines and apparatus and wheelwrights' wares);

    (m) goods of Section XVIII (for example, clock cases and musical instruments and parts thereof);

    (n) parts of firearms (heading 9305);

    (o) articles of Chapter 94 (for example, furniture, lamps and lighting fittings, prefabricated buildings);

    (p) articles of Chapter 95 (for example, toys, games, sports requisites);

    (q) articles of Chapter 96 (for example, smoking pipes and parts thereof, buttons, pencils, and monopods, bipods, tripods and similar articles) excluding bodies and handles, of wood, for articles of heading 9603; or

    (r) articles of Chapter 97 (for example, works of art).

2. In this chapter, the expression 'densified wood' means wood which has been subjected to chemical or physical treatment (being, in the case of layers bonded together, treatment in excess of that needed to ensure a good bond), and which has thereby acquired increased density or hardness together with improved mechanical strength or resistance to chemical or electrical agencies.

3. Headings 4414 to 4421 apply to articles of the respective descriptions of particle board or similar board, fibreboard, laminated wood or densified wood as they apply to such articles of wood.

4. Products of heading 4410, 4411 or 4412 may be worked to form the shapes provided for in respect of the goods of heading 4409, curved, corrugated, perforated, cut or formed to shapes other than square or rectangular or submitted to any other operation, provided it does not give them the character of articles of other headings.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:33 PM, Submission Status: Approved

EN Barcode:3875868-03 A-570-106 INV - Investigation - Official Journal of the European Union

5. Heading 4417 does not apply to tools in which the blade, working edge, working surface or other working part is formed by any of the materials specified in note 1 to Chapter 82.

6. Subject to note 1 above and except where the context otherwise requires, any reference to 'wood' in a heading of this chapter applies also to bamboos and other materials of a woody nature.

**Subheading note**

1. For the purposes of subheading 4401 31, the expression 'wood pellets' means by-products, such as cutter shavings, sawdust or chips, of the mechanical wood-processing industry, furniture-making industry or other wood-transformation activities, which have been agglomerated either directly by compression or by the addition of a binder in a proportion not exceeding 3 % by weight. Such pellets are cylindrical, with a diameter not exceeding 25 mm and a length not exceeding 100 mm.

**Additional notes**

1. *For the purposes of heading 4405, 'wood flour' means wood powder of which not more than 8 % by weight is retained by a sieve with an aperture of 0,63 mm.*

2. *For the purposes of subheadings 4414 00 10, 4418 10 10, 4418 20 10, 4419 90 10, 4420 10 11 and 4420 90 91, 'tropical wood' means the following tropical woods: acajou d'Afrique, alan, azobé, balsa, dark red meranti, dibétou, ilomba, imbuia, iroko, jelutong, jongkong, kapur, kempas, keruing, light red meranti, limba, mahogany (Swietenia spp.), makoré, mansonia, meranti bakau, merbau, obeche, okoumé, palissandre de Para, palissandre de Rio, palissandre de Rose, ramin, sapelli, sipo, teak, tiama, virola, white lauan, white meranti, white seraya and yellow meranti.*

| CN code | Description | Conventional rate of duty (%) | Supplementary unit |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| **4401** | **Fuel wood, in logs, in billets, in twigs, in faggots or in similar forms; wood in chips or particles; sawdust and wood waste and scrap, whether or not agglomerated in logs, briquettes, pellets or similar forms:** | | |
| | – **Fuel wood, in logs, in billets, in twigs, in faggots or in similar forms:** | | |
| 4401 11 00 | – – Coniferous ............................................ | Free | — |
| 4401 12 00 | – – Non-coniferous ...................................... | Free | — |
| | – **Wood in chips or particles:** | | |
| 4401 21 00 | – – Coniferous ............................................ | Free | — |
| 4401 22 00 | – – Non-coniferous ...................................... | Free | — |
| | – **Sawdust and wood waste and scrap, agglomerated in logs, briquettes, pellets or similar forms:** | | |
| 4401 31 00 | – – Wood pellets ......................................... | Free | — |
| 4401 39 00 | – – Other .................................................. | Free | — |
| 4401 40 | – **Sawdust and wood waste and scrap, not agglomerated:** | | |
| 4401 40 10 | – – Sawdust | Free | — |
| 4401 40 90 | – – Other | Free | — |

Barcode:3875868-03 A-570-106 INV - Investigation -

| CN code | Description | Conventional rate of duty (%) | Supplementary unit |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| **4402** | **Wood charcoal (including shell or nut charcoal), whether or not agglomerated:** | | |
| 4402 10 00 | – Of bamboo ................................................................ | Free | — |
| 4402 90 00 | – Other ...................................................................... | Free | — |
| **4403** | **Wood in the rough, whether or not stripped of bark or sapwood, or roughly squared:** | | |
| | – Treated with paint, stains, creosote or other preservatives: | | |
| 4403 11 00 | – – Coniferous ............................................................. | Free | m³ |
| 4403 12 00 | – – Non-coniferous ....................................................... | Free | m³ |
| | – Other, coniferous: | | |
| 4403 21 | – – Of pine (*Pinus* spp.), of which any cross-sectional dimension is 15 cm or more: | | |
| 4403 21 10 | – – – Sawlogs ............................................................. | Free | m³ |
| 4403 21 90 | – – – Other ............................................................... | Free | m³ |
| 4403 22 00 | – – Of pine (*Pinus* spp.), other ...................................... | Free | m³ |
| 4403 23 | – – Of fir (*Abies* spp.) and spruce (*Picea* spp.), of which any cross-sectional dimension is 15 cm or more: | | |
| 4403 23 10 | – – – Sawlogs ............................................................. | Free | m³ |
| 4403 23 90 | – – – Other ............................................................... | Free | m³ |
| 4403 24 00 | – – Of fir (*Abies* spp.) and spruce (*Picea* spp.), other .............. | Free | m³ |
| 4403 25 | – – Other, of which any cross-sectional dimension is 15 cm or more: | | |
| 4403 25 10 | – – – Sawlogs ............................................................. | Free | m³ |
| 4403 25 90 | – – – Other ............................................................... | Free | m³ |
| 4403 26 00 | – – Other ................................................................. | Free | m³ |
| | – Other, of tropical wood: | | |
| 4403 41 00 | – – Dark red meranti, light red meranti and meranti bakau ............ | Free | m³ |
| 4403 49 | – – Other: | | |
| 4403 49 10 | – – – Acajou d'Afrique, iroko and sapelli ............................. | Free | m³ |
| 4403 49 35 | – – – Okoumé and sipo .................................................. | Free | m³ |
| 4403 49 85 | – – – Other ............................................................... | Free | m³ |
| | – Other: | | |
| 4403 91 00 | – – Of oak (*Quercus* spp.) ............................................. | Free | m³ |
| 4403 93 00 | – – Of beech (*Fagus* spp.), of which any cross-sectional dimension is 15 cm or more | Free | m³ |
| 4403 94 00 | – – Of beech (*Fagus* spp.), other ..................................... | Free | m³ |
| 4403 95 | – – Of birch (*Betula* spp.), of which any cross-sectional dimension is 15 cm or more: | | |
| 4403 95 10 | – – – Sawlogs ............................................................. | Free | m³ |
| 4403 95 90 | – – – Other ............................................................... | Free | m³ |
| 4403 96 00 | – – Of birch (*Betula* spp.), other .................................... | Free | m³ |

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:33 PM, Submission Status: Approved

Barcode:3875868-03 A-570-106 INV - Investigation -

EN Official Journal of the European Union

| CN code | Description | Conventional rate of duty (%) | Supplementary unit |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| 4403 97 00 | – – Of poplar and aspen (*Populus* spp.) .......................................... | Free | m³ |
| 4403 98 00 | – – Of eucalyptus (*Eucalyptus* spp.) .......................................... | Free | m³ |
| 4403 99 00 | – – Other .......................................... | Free | m³ |
| 4404 | Hoopwood; split poles; piles, pickets and stakes of wood, pointed but not sawn lengthwise; wooden sticks, roughly trimmed but not turned, bent or otherwise worked, suitable for the manufacture of walking sticks, umbrellas, tool handles or the like; chipwood and the like: | | |
| 4404 10 00 | – Coniferous .......................................... | Free | — |
| 4404 20 00 | – Non-coniferous .......................................... | Free | — |
| 4405 00 00 | Wood wool; wood flour .......................................... | Free | — |
| 4406 | Railway or tramway sleepers (cross-ties) of wood: | | |
| | – Not impregnated: | | |
| 4406 11 00 | – – Coniferous .......................................... | Free | m³ |
| 4406 12 00 | – – Non-coniferous .......................................... | Free | m³ |
| | – Other: | | |
| 4406 91 00 | – – Coniferous .......................................... | Free | m³ |
| 4406 92 00 | – – Non-coniferous .......................................... | Free | m³ |
| 4407 | Wood sawn or chipped lengthwise, sliced or peeled, whether or not planed, sanded or end-jointed, of a thickness exceeding 6 mm: | | |
| | – Coniferous: | | |
| 4407 11 | – – Of pine (*Pinus* spp.): | | |
| 4407 11 10 | – – – End-jointed, whether or not planed or sanded .......................................... | Free | m³ |
| 4407 11 20 | – – – Planed .......................................... | Free | m³ |
| 4407 11 90 | – – – Other .......................................... | Free | m³ |
| 4407 12 | – – Of fir (*Abies* spp.) and spruce (*Picea* spp.): | | |
| 4407 12 10 | – – – End-jointed, whether or not planed or sanded .......................................... | Free | m³ |
| 4407 12 20 | – – – Planed .......................................... | Free | m³ |
| 4407 12 90 | – – – Other .......................................... | Free | m³ |
| 4407 19 | – – Other: | | |
| 4407 19 10 | – – – End-jointed, whether or not planed or sanded .......................................... | Free | m³ |
| 4407 19 20 | – – – Planed .......................................... | Free | m³ |
| 4407 19 90 | – – – Other .......................................... | Free | m³ |
| | – Of tropical wood: | | |
| 4407 21 | – – Mahogany (*Swietenia* spp.): | | |
| 4407 21 10 | – – – Sanded; end-jointed, whether or not planed or sanded .......................................... | 4,9 (¹) | m³ |
| | – – – Other: | | |

(¹)   Autonomous rate of duty: 2,5.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:33 PM, Submission Status: Approved

Barcode:3875868-03 A-570-106 INV - Investigation -

| CN code | Description | Conventional rate of duty (%) | Supplementary unit |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| 4407 21 91 | – – – – Planed ................................................. | 4 ($^1$) | m$^3$ |
| 4407 21 99 | – – – – Other | Free | m$^3$ |
| 4407 22 | – – Virola, imbuia and balsa: | | |
| 4407 22 10 | – – – Sanded; end-jointed, whether or not planed or sanded .......................... | 4,9 ($^2$) | m$^3$ |
| | – – – Other: | | |
| 4407 22 91 | – – – – Planed ................................................. | 4 ($^1$) | m$^3$ |
| 4407 22 99 | – – – – Other | Free | m$^3$ |
| 4407 25 | – – Dark red meranti, light red meranti and meranti bakau: | | |
| 4407 25 10 | – – – End-jointed, whether or not planed or sanded ............................. | 4,9 ($^2$) | m$^3$ |
| | – – – Other: | | |
| 4407 25 30 | – – – – Planed ................................................. | 4 ($^1$) | m$^3$ |
| 4407 25 50 | – – – – Sanded | 4,9 ($^2$) | m$^3$ |
| 4407 25 90 | – – – – Other | Free | m$^3$ |
| 4407 26 | – – White lauan, white meranti, white seraya, yellow meranti and alan: | | |
| 4407 26 10 | – – – End-jointed, whether or not planed or sanded ............................. | 4,9 ($^2$) | m$^3$ |
| | – – – Other: | | |
| 4407 26 30 | – – – – Planed ................................................. | 4 ($^1$) | m$^3$ |
| 4407 26 50 | – – – – Sanded | 4,9 ($^2$) | m$^3$ |
| 4407 26 90 | – – – – Other | Free | m$^3$ |
| 4407 27 | – – Sapelli: | | |
| 4407 27 10 | – – – Sanded; end-jointed, whether or not planed or sanded .......................... | 4,9 ($^2$) | m$^3$ |
| | – – – Other: | | |
| 4407 27 91 | – – – – Planed ................................................. | 4 ($^1$) | m$^3$ |
| 4407 27 99 | – – – – Other | Free | m$^3$ |
| 4407 28 | – – Iroko: | | |
| 4407 28 10 | – – – Sanded; end-jointed, whether or not planed or sanded .......................... | 4,9 ($^2$) | m$^3$ |
| | – – – Other: | | |
| 4407 28 91 | – – – – Planed ................................................. | 4 ($^1$) | m$^3$ |
| 4407 28 99 | – – – – Other | Free | m$^3$ |
| 4407 29 | – – Other: | | |

($^1$)    Autonomous rate of duty: 2.
($^2$)    Autonomous rate of duty: 2,5.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:33 PM, Submission Status: Approved

| EN | Barcode:3875868-03 A-570-106 INV - Investigation - Official Journal of the European Union |

| CN code | Description | Conventional rate of duty (%) | Supplementary unit |
|---------|-------------|-------------------------------|--------------------|
| 1 | 2 | 3 | 4 |
| | − − − Abura, acajou d'Afrique, afrormosia, ako, andiroba, aningré, avodiré, azobé, balau, bossé clair, bossé foncé, cativo, cedro, dabema, dibétou, doussié, framiré, freijo, fromager, fuma, geronggang, ilomba, ipé, jaboty, jelutong, jequitiba, jongkong, kapur, kempas, keruing, kosipo, kotibé, koto, limba, louro, maçaranduba, makoré, mandioqueira, mansonia, mengkulang, merawan, merbau, merpauh, mersawa, moabi, niangon, nyatoh, obeche, okoumé, onzabili, orey, ovengkol, ozigo, padauk, paldao, palissandre de Guatemala, palissandre de Para, palissandre de Rio, palissandre de Rose, pau Amarelo, pau marfim, pulai, punah, quaruba, ramin, saqui-saqui, sepetir, sipo, sucupira, suren, tauari, teak, tiama, tola: | | |
| 4407 29 15 | − − − − End-jointed, whether or not planed or sanded .................... | 4,9 (¹) | m³ |
| | − − − − Other: | | |
| 4407 29 20 | − − − − − Palissandre de Para, palissandre de Rio and palissandre de Rose, planed ....... | 4,9 (²) | m³ |
| | − − − − − Other: | | |
| 4407 29 83 | − − − − − Planed ................................................. | 4 (²) | m³ |
| 4407 29 85 | − − − − − Sanded ................................................. | 4,9 (¹) | m³ |
| 4407 29 95 | − − − − − Other ................................................. | Free | m³ |
| | − − − Other tropical wood: | | |
| 4407 29 96 | − − − − Planed; end-jointed, whether or not planed or sanded ............... | Free | m³ |
| | − − − − Other: | | |
| 4407 29 97 | − − − − − Sanded ................................................. | 2,5 | m³ |
| 4407 29 98 | − − − − − Other ................................................. | Free | m³ |
| | − Other: | | |
| 4407 91 | − − Of oak (*Quercus* spp.): | | |
| 4407 91 15 | − − − Sanded; end-jointed, whether or not planed or sanded ............... | Free | m³ |
| | − − − Other: | | |
| | − − − − Planed: | | |
| 4407 91 31 | − − − − − Blocks, strips and friezes for parquet or wood block flooring, not assembled | Free | m² |
| 4407 91 39 | − − − − Other ................................................. | Free | m³ |
| 4407 91 90 | − − − − Other ................................................. | Free | m³ |

_____

(¹)  Autonomous rate of duty: 2,5.
(²)  Autonomous rate of duty: 2.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:33 PM, Submission Status: Approved

| CN code | Description | Conventional rate of duty (%) | Supplementary unit |
|---------|-------------|-------------------------------|--------------------|
| 1 | 2 | 3 | 4 |
| **4407 92 00** | **– – Of beech (*Fagus* spp.)** ........................................................ | Free | m³ |
| **4407 93** | **– – Of maple (*Acer* spp.):** | | |
| 4407 93 10 | – – – Planed; end-jointed, whether or not planed or sanded ................. | Free | m³ |
| | – – – Other: | | |
| 4407 93 91 | – – – – Sanded ........................................................................... | 2,5 | m³ |
| 4407 93 99 | – – – – Other ............................................................................. | Free | m³ |
| **4407 94** | **– – Of cherry (*Prunus* spp.):** | | |
| 4407 94 10 | – – – Planed; end-jointed, whether or not planed or sanded ................. | Free | m³ |
| | – – – Other: | | |
| 4407 94 91 | – – – – Sanded ........................................................................... | 2,5 | m³ |
| 4407 94 99 | – – – – Other ............................................................................. | Free | m³ |
| **4407 95** | **– – Of ash (*Fraxinus* spp.):** | | |
| 4407 95 10 | – – – Planed; end-jointed, whether or not planed or sanded ................. | Free | m³ |
| | – – – Other: | | |
| 4407 95 91 | – – – – Sanded ........................................................................... | 2,5 | m³ |
| 4407 95 99 | – – – – Other ............................................................................. | Free | m³ |
| **4407 96** | **– – Of birch (*Betula* spp.):** | | |
| 4407 96 10 | – – – Planed; end-jointed, whether or not planed or sanded ................. | Free | m³ |
| | – – – Other: | | |
| 4407 96 91 | – – – – Sanded ........................................................................... | 2,5 | m³ |
| 4407 96 99 | – – – – Other ............................................................................. | Free | m³ |
| **4407 97** | **– – Of poplar and aspen (*Populus* spp.):** | | |
| 4407 97 10 | – – – Planed; end-jointed, whether or not planed or sanded ................. | Free | m³ |
| | – – – Other: | | |
| 4407 97 91 | – – – – Sanded ........................................................................... | 2,5 | m³ |
| 4407 97 99 | – – – – Other ............................................................................. | Free | m³ |
| **4407 99** | **– – Other:** | | |
| 4407 99 27 | – – – Planed; end-jointed, whether or not planed or sanded ................. | Free | m³ |
| | – – – Other: | | |
| 4407 99 40 | – – – – Sanded ........................................................................... | 2,5 | m³ |
| 4407 99 90 | – – – – Other ............................................................................. | Free | m³ |

Barcode:3875868-03 A-570-106 INV - Investigation -

| CN code | Description | Conventional rate of duty (%) | Supplementary unit |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| **4408** | **Sheets for veneering (including those obtained by slicing laminated wood), for plywood or for similar laminated wood and other wood, sawn lengthwise, sliced or peeled, whether or not planed, sanded, spliced or end-jointed, of a thickness not exceeding 6 mm:** | | |
| **4408 10** | **–  Coniferous:** | | |
| 4408 10 15 | – –  Planed; sanded; end-jointed, whether or not planed or sanded .................. | 3 | m³ |
| | – –  Other: | | |
| 4408 10 91 | – – –  Small boards for the manufacture of pencils (¹) .................. | Free | m³ |
| 4408 10 98 | – – –  Other .................. | 4 | m³ |
| | **–  Of tropical wood:** | | |
| **4408 31** | **– –  Dark red meranti, light red meranti and meranti bakau:** | | |
| 4408 31 11 | – – –  End-jointed, whether or not planed or sanded .................. | 4,9 | m³ |
| | – – –  Other: | | |
| 4408 31 21 | – – – –  Planed .................. | 4 | m³ |
| 4408 31 25 | – – – –  Sanded .................. | 4,9 | m³ |
| 4408 31 30 | – – – –  Other .................. | 6 | m³ |
| **4408 39** | **– –  Other:** | | |
| | – – –  Acajou d'Afrique, limba, mahogany (*Swietenia* spp.), obeche, okoumé, palissandre de Para, palissandre de Rio, palissandre de Rose, sapelli, sipo, virola and white lauan: | | |
| 4408 39 15 | – – – –  Sanded; end-jointed, whether or not planed or sanded .................. | 4,9 | m³ |
| | – – – –  Other: | | |
| 4408 39 21 | – – – – –  Planed .................. | 4 | m³ |
| 4408 39 30 | – – – – –  Other .................. | 6 | m³ |
| | – – –  Other: | | |
| 4408 39 55 | – – – –  Planed; sanded; end-jointed, whether or not planed or sanded .................. | 3 | m³ |
| | – – – –  Other: | | |
| 4408 39 70 | – – – – –  Small boards for the manufacture of pencils (¹) .................. | Free | m³ |
| | – – – – –  Other: | | |
| 4408 39 85 | – – – – – –  Of a thickness not exceeding 1 mm .................. | 4 | m³ |
| 4408 39 95 | – – – – – –  Of a thickness exceeding 1 mm .................. | 4 | m³ |

---

(¹)    Entry under this subheading is subject to the conditions laid down in the relevant provisions of the European Union (see Article 254 of Regulation (EU) No 952/2013 of the European Parliament and of the Council (OJ L 269, 10.10.2013, p. 1)).

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:33 PM, Submission Status: Approved

EN

Barcode:3875868-04 A-570-106 INV - Investigation -

| CN code | Description | Conventional rate of duty (%) | Supplementary unit |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| **4408 90** | – **Other:** | | |
| 4408 90 15 | – – Planed; sanded; end-jointed, whether or not planed or sanded ..................... | 3 | m³ |
| | – – Other: | | |
| 4408 90 35 | – – – Small boards for the manufacture of pencils (¹) ..................................... | Free | m³ |
| | – – – Other: | | |
| 4408 90 85 | – – – – Of a thickness not exceeding 1 mm ............................................. | 4 | m³ |
| 4408 90 95 | – – – – Of a thickness exceeding 1 mm .................................................. | 4 | m³ |
| **4409** | **Wood (including strips and friezes for parquet flooring, not assembled) continuously shaped (tongued, grooved, rebated, chamfered, V-jointed, beaded, moulded, rounded or the like) along any of its edges, ends or faces, whether or not planed, sanded or end-jointed:** | | |
| **4409 10** | – **Coniferous:** | | |
| 4409 10 11 | – – Mouldings for frames for paintings, photographs, mirrors or similar objects ....... | Free | m |
| 4409 10 18 | – – Other ........................................................................ | Free | — |
| | – **Non-coniferous:** | | |
| **4409 21 00** | – – **Of bamboo** ................................................................... | Free | — |
| **4409 22 00** | – – **Of tropical wood** ............................................................. | Free | — |
| **4409 29** | – – **Other:** | | |
| 4409 29 10 | – – – Mouldings for frames for paintings, photographs, mirrors or similar objects ..... | Free | m |
| | – – – Other: | | |
| 4409 29 91 | – – – – Blocks, strips and friezes for parquet or wood block flooring, not assembled .. | Free | m² |
| 4409 29 99 | – – – – Other ..................................................................... | Free | — |
| **4410** | **Particle board, oriented strand board (OSB) and similar board (for example, waferboard) of wood or other ligneous materials, whether or not agglomerated with resins or other organic binding substances:** | | |
| | – **Of wood:** | | |
| **4410 11** | – – **Particle board:** | | |
| 4410 11 10 | – – – Unworked or not further worked than sanded ...................................... | 7 | m³ |
| 4410 11 30 | – – – Surface-covered with melamine-impregnated paper ................................ | 7 | m³ |
| 4410 11 50 | – – – Surface-covered with decorative laminates of plastics ........................... | 7 | m³ |
| 4410 11 90 | – – – Other ........................................................................ | 7 | m³ |
| **4410 12** | – – **Oriented strand board (OSB):** | | |
| 4410 12 10 | – – – Unworked or not further worked than sanded ...................................... | 7 | m³ |
| 4410 12 90 | – – – Other ........................................................................ | 7 | m³ |
| **4410 19 00** | – – **Other** ...................................................................... | 7 | m³ |
| **4410 90 00** | – **Other** ........................................................................ | 7 | m³ |

(¹)  Entry under this subheading is subject to the conditions laid down in the relevant provisions of the European Union (see Article 254 of Regulation (EU) No 952/2013 of the European Parliament and of the Council (OJ L. 269, 10.10.2013, p. 1)).

L 273/340   EN   Official Journal of the European Union   31.10.2018

Barcode:3875868-04 A-570-106 INV - Investigation -

| CN code | Description | Conventional rate of duty (%) | Supplementary unit |
|---------|-------------|-------------------------------|--------------------|
| 1 | 2 | 3 | 4 |
| **4411** | **Fibreboard of wood or other ligneous materials, whether or not bonded with resins or other organic substances:** | | |
| | **– Medium density fibreboard (MDF):** | | |
| 4411 12 | – – Of a thickness not exceeding 5 mm: | | |
| 4411 12 10 | – – – Not mechanically worked or surface covered ..................................... | 7 | $m^3$ |
| 4411 12 90 | – – – Other ................................................................ | 7 | $m^3$ |
| 4411 13 | – – Of a thickness exceeding 5 mm but not exceeding 9 mm: | | |
| 4411 13 10 | – – – Not mechanically worked or surface covered ..................................... | 7 | $m^3$ |
| 4411 13 90 | – – – Other ................................................................ | 7 | $m^3$ |
| 4411 14 | – – Of a thickness exceeding 9 mm: | | |
| 4411 14 10 | – – – Not mechanically worked or surface covered ..................................... | 7 | $m^3$ |
| 4411 14 90 | – – – Other ................................................................ | 7 | $m^3$ |
| | **– Other:** | | |
| 4411 92 | – – Of a density exceeding 0,8 $g/cm^3$: | | |
| 4411 92 10 | – – – Not mechanically worked or surface covered ..................................... | 7 | $m^3$ |
| 4411 92 90 | – – – Other ................................................................ | 7 | $m^3$ |
| 4411 93 | – – Of a density exceeding 0,5 $g/cm^3$ but not exceeding 0,8 $g/cm^3$: | | |
| 4411 93 10 | – – – Not mechanically worked or surface covered ..................................... | 7 | $m^3$ |
| 4411 93 90 | – – – Other ................................................................ | 7 | $m^3$ |
| 4411 94 | – – Of a density not exceeding 0,5 $g/cm^3$: | | |
| 4411 94 10 | – – – Not mechanically worked or surface covered ..................................... | 7 | $m^3$ |
| 4411 94 90 | – – – Other ................................................................ | 7 | $m^3$ |
| **4412** | **Plywood, veneered panels and similar laminated wood:** | | |
| 4412 10 00 | – Of bamboo ................................................................ | 10 | $m^3$ |
| | **– Other plywood consisting solely of sheets of wood (other than bamboo), each ply not exceeding 6 mm thickness:** | | |
| 4412 31 | – – With at least one outer ply of tropical wood: | | |
| 4412 31 10 | – – – Of acajou d'Afrique, dark red meranti, light red meranti, limba, mahogany (*Swietenia* spp.), obeche, okoumé, palissandre de Para, palissandre de Rio, palissandre de Rose, sapelli, sipo, virola or white lauan ..................................... | 10 | $m^3$ |

| EN | Barcode:3875868-04 A-570-106 INV - Investigation -
Official Journal of the European Union | L 273/341

| CN code | Description | Conventional rate of duty (%) | Supplementary unit |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| 4412 31 90 | – – – Other ................................................................ | 7 | m³ |
| 4412 33 00 | – – Other, with at least one outer ply of non-coniferous wood of the species alder (*Alnus* spp.), ash (*Fraxinus* spp.), beech (*Fagus* spp.), birch (*Betula* spp.), cherry (*Prunus* spp.) chestnut (*Castanea* spp.), elm (*Ulmus* spp.), eucalyptus (*Eucalyptus* spp.), hickory (*Carya* spp.), horse chestnut (*Aesculus* spp.), lime (*Tilia* spp.), maple (*Acer* spp.) oak (*Quercus* spp.), plane tree (*Platanus* spp.), poplar and aspen (*Populus* spp.) robinia (*Robinia* spp.) tulipwood (*Liriodendron* spp.) or walnut (*Juglans* spp.) ................................................................ | 7 | m³ |
| 4412 34 00 | – – Other, with at least one outer ply of non-coniferous wood not specified under subheading 4412 33 ................................................................ | 7 | m³ |
| 4412 39 00 | – – Other, with both outer plies of coniferous wood ................................ | 7 (¹) | m³ |
| | – Other: | | |
| 4412 94 | – – Blockboard, laminboard and battenboard: | | |
| 4412 94 10 | – – – With at least one outer ply of non-coniferous wood ................ | 10 | m³ |
| 4412 94 90 | – – – Other ................................................................ | 6 | m³ |
| 4412 99 | – – Other: | | |
| 4412 99 30 | – – – Containing at least one layer of particle board ........................ | 6 | m³ |
| | – – – Other: | | |
| | – – – – With at least one outer ply of non-coniferous wood: | | |
| 4412 99 40 | – – – – – Of alder, ash, beech, birch, cherry, chestnut, elm, hickory, hornbeam, horse chestnut, lime, maple, oak, plane tree, poplar, robinia, walnut or yellow poplar | 10 | m³ |
| 4412 99 50 | – – – – – Other ................................................................ | 10 | m³ |
| 4412 99 85 | – – – – Other ................................................................ | 10 (¹) | m³ |
| **4413 00 00** | **Densified wood, in blocks, plates, strips or profile shapes** ................ | Free | m³ |
| **4414 00** | **Wooden frames for paintings, photographs, mirrors or similar objects:** | | |
| 4414 00 10 | – Of tropical wood specified in additional note 2 to this chapter ................ | 5,1 (²) | — |
| 4414 00 90 | – Of other wood ................................................................ | Free | — |
| **4415** | **Packing cases, boxes, crates, drums and similar packings, of wood; cable-drums of wood; pallets, box pallets and other load boards, of wood; pallet collars of wood:** | | |
| 4415 10 | – Cases, boxes, crates, drums and similar packings; cable-drums: | | |
| 4415 10 10 | – – Cases, boxes, crates, drums and similar packings ........................ | 4 | — |
| 4415 10 90 | – – Cable-drums ................................................................ | 3 | — |

---
(¹)   WTO tariff quota.
(²)   Autonomous rate of duty: 2,5.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:33 PM, Submission Status: Approved

EN Official Journal of the European Union

| CN code | Description | Conventional rate of duty (%) | Supplementary unit |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| **4415 20** | **–  Pallets, box pallets and other load boards; pallet collars:** | | |
| **4415 20 20** | – –  Flat pallets; pallet collars  ......................................... | 3 | p/st |
| **4415 20 90** | – –  Other  ..................................................................... | 4 | — |
| **4416 00 00** | **Casks, barrels, vats, tubs and other coopers' products and parts thereof, of wood, including staves** ........................................... | Free | — |
| **4417 00 00** | **Tools, tool bodies, tool handles, broom or brush bodies and handles, of wood; boot or shoe lasts and trees, of wood** ..................... | Free | — |
| **4418** | **Builders' joinery and carpentry of wood, including cellular wood panels, assembled flooring panels, shingles and shakes:** | | |
| **4418 10** | **–  Windows, French windows and their frames:** | | |
| **4418 10 10** | – –  Of tropical wood specified in additional note 2 to this chapter  ................. | 3 | p/st ($^1$) |
| **4418 10 50** | – –  Coniferous  ............................................................ | 3 | p/st ($^1$) |
| **4418 10 90** | – –  Of other wood  ....................................................... | 3 | p/st ($^1$) |
| **4418 20** | **–  Doors and their frames and thresholds:** | | |
| **4418 20 10** | – –  Of tropical wood specified in additional note 2 to this chapter  ................. | 6 ($^2$) | p/st ($^3$) |
| **4418 20 50** | – –  Coniferous  ............................................................ | Free | p/st ($^3$) |
| **4418 20 80** | – –  Of other wood  ....................................................... | Free | p/st ($^3$) |
| **4418 40 00** | **–  Shuttering for concrete constructional work**  ..................... | Free | — |
| **4418 50 00** | **–  Shingles and shakes**  ............................................... | Free | — |
| **4418 60 00** | **–  Posts and beams**  .................................................... | Free | — |
| | **–  Assembled flooring panels:** | | |
| **4418 73** | **– –  Of bamboo or with at least the top layer (wear layer) of bamboo:** | | |
| **4418 73 10** | – – –  For mosaic floors  ................................................ | 3 | m$^2$ |
| **4418 73 90** | – – –  Other  ............................................................... | Free | m$^2$ |
| **4418 74 00** | **– –  Other, for mosaic floors**  ........................................ | 3 | m$^2$ |
| **4418 75 00** | **– –  Other, multilayer**  ............................................... | Free | m$^2$ |
| **4418 79 00** | **– –  Other**  ............................................................... | Free | m$^2$ |
| | **–  Other:** | | |
| **4418 91 00** | **– –  Of bamboo**  ........................................................ | Free | — |
| **4418 99** | **– –  Other:** | | |
| **4418 99 10** | – – –  Glue-laminated timber  ......................................... | Free | — |
| **4418 99 90** | – – –  Other  ............................................................... | Free | — |

($^1$)   A window or French window with or without its frame is considered as one piece.
($^2$)   Autonomous rate of duty: 3.
($^3$)   A door or window with or without its frame or threshold is considered as one piece.

Barcode:3875868-04 A-570-106 INV - Investigation -

| CN code | Description | Conventional rate of duty (%) | Supplementary unit |
|---------|-------------|------------------------------|-------------------|
| 1 | 2 | 3 | 4 |
| **4419** | **Tableware and kitchenware, of wood:** | | |
| | – Of bamboo: | | |
| 4419 11 00 | – – Bread boards, chopping boards and similar boards ............................. | Free | — |
| 4419 12 00 | – – Chopsticks ........................................................ | Free | — |
| 4419 19 00 | – – Other ............................................................. | Free | — |
| 4419 90 | – Other: | | |
| 4419 90 10 | – – Of tropical wood specified in additional note 2 to this chapter ..................... | 3 ($^1$) | — |
| 4419 90 90 | – – Of other wood ................................................... | Free | — |
| **4420** | **Wood marquetry and inlaid wood; caskets and cases for jewellery or cutlery, and similar articles, of wood; statuettes and other ornaments, of wood; wooden articles of furniture not falling in Chapter 94:** | | |
| 4420 10 | – Statuettes and other ornaments, of wood: | | |
| 4420 10 11 | – – Of tropical wood specified in additional note 2 to this chapter ..................... | 6 ($^2$) | — |
| 4420 10 19 | – – Of other wood ................................................... | Free | — |
| 4420 90 | – Other: | | |
| 4420 90 10 | – – Wood marquetry and inlaid wood ....................................... | 4 | m$^3$ |
| | – – Other: | | |
| 4420 90 91 | – – – Of tropical wood specified in additional note 2 to this chapter .................... | 6 ($^2$) | — |
| 4420 90 99 | – – – Other ......................................................... | Free | — |
| **4421** | **Other articles of wood:** | | |
| 4421 10 00 | – Clothes hangers ..................................................... | Free | p/st |
| | – Other: | | |
| 4421 91 00 | – – **Of bamboo** ...................................................... | Free | — |
| 4421 99 | – – Other: | | |
| 4421 99 10 | – – – Of fibreboard ................................................... | 4 | — |
| | – – – Other: | | |
| 4421 99 91 | – – – – Coffins ....................................................... | Free | p/st |
| 4421 99 99 | – – – – Other ........................................................ | Free | — |

<hr>

($^1$)  Autonomous rate of duty: Free.
($^2$)  Autonomous rate of duty: 3.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:33 PM, Submission Status: Approved

Barcode:3875858-04 A-570-106 INV - Investigation  -

# EXHIBIT 5A

Barcode:3875858-04 A-570-106 INV - Investigation  -

**Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China**

Inv. No A-570-106

POI: 07/01/2018 - 12/31/2018

Exhibit 5A

Calculation of Wages

Source: *Trading Economics*  - Romania

| Monthly Wages (RoN) | |
|---|---|
| July-18 | 4,510.00 |
| August-18 | 4,449.00 |
| September-18 | 4,482.00 |
| October-18 | 4,532.00 |
| November-18 | 4,658.00 |
| December-18 | 4,938.00 |
| POI Average | 4,594.83 |
| | |
| Average Working Hours/Year | 1,734.00 |
| | |
| Average Hourly Wage | 31.80 |

Barcode:3875858-04 A-570-106 INV - Investigation  -

# EXHIBIT 5B

**Romania Average Gross Monthly Wages**

Summary   Forecast   Download ▾ ()   Alerts

Wages in Romania decreased to 5078 RON/Month in May from 5105 RON/Month in April of 2019. Wages in Romania averaged 1306,09 RON/Month from 1991 until 2019, reaching an all time high of 5105 RON/Month in April of 2019 and a record low of 1.02 RON/Month in August of 1991.



Historical   Data   API



SOURCE: TRADINGECONOMICS.COM | INSTITUTUL NATIONAL DE STATISTICA

▤   1Y   5Y   10Y   MAX   ▥▾   ⤢ Compare                    ⧉ Embed

| Romania Labour | Last | Previous | Highest | Lowest | Unit | |
|---|---|---|---|---|---|---|
| Unemployment Rate (/romania/unemployment-rate) | 3.90 | 4.00 | 8.70 | 3.90 | percent | [+] (/romania/unemployment-rate) |
| Employed Persons (/romania/employed-persons) | 4978.70 | 4978.60 | 8496.00 | 4095.60 | Thousand | [+] (/romania/employed-persons) |
| Unemployed Persons (/romania/unemployed-persons) | 254,60 | 261,90 | 1291,30 | 65,30 | Thousand | [+] (/romania/unemployed-persons) |
| Long Term Unemployment Rate (/romania/long-term-unemployment-rate) | 2,00 | 1,90 | 5,30 | 1,70 | percent | [+] (/romania/long-term-unemployment-rate) |
| Youth Unemployment Rate (/romania/youth-unemployment-rate) | 15.40 | 15.40 | 25.50 | 15.30 | percent | [+] (/romania/youth-unemployment-rate) |
| Labour Costs (/romania/labour-costs) | 161,30 | 108,00 | 161,30 | 2,30 | Index Points | [+] (/romania/labour-costs) |
| Job Vacancies (/romania/job-vacancies) | 1.18 | 1.20 | 2.14 | 0.50 | percent | [+] (/romania/job-vacancies) |
| Wages (/romania/wages) | 5078.00 | 5105.00 | 5105.00 | 1.02 | RON/Month | [+] (/romania/wages) |
| Wages in Manufacturing (/romania/wages-in-manufacturing) | 4370.00 | 4401.00 | 4401.00 | 203.00 | RON/Month | [+] (/romania/wages-in-manufacturing) |
| Minimum Wages (/romania/minimum-wages) | 446.02 | 407.45 | 446.02 | 24.53 | EUR/Month | [+] (/romania/minimum-wages) |
| Population (/romania/population) | 19.52 | 19.64 | 23.21 | 18.32 | Million | [+] (/romania/population) |

Barcode:3875858-04 A-570-106 INV - Investigation -

| Romania Labour | Last | Previous | Highest | Lowest | Unit | |
|---|---|---|---|---|---|---|
| Retirement Age Women (/romania/retirement-age-women) | 60.92 | 60.67 | 60.92 | 57.92 | | [+] (/romania/retirement-age-women) |
| Retirement Age Men (/romania/retirement-age-men) | 65.00 | 65.00 | 65.00 | 62.92 | | [+] (/romania/retirement-age-men) |
| Labor Force Participation Rate (/romania/labor-force-participation-rate) | 54.40 | 56.00 | 67.80 | 52.70 | percent | [+] (/romania/labor-force-participation-rate) |
| Living Wage Family (/romania/living-wage-family) | 2160.00 | 2200.00 | 2200.00 | 2100.00 | RON/Month | [+] (/romania/living-wage-family) |
| Living Wage Individual (/romania/living-wage-individual) | 1300.00 | 1330.00 | 1330.00 | 1250.00 | RON/Month | [+] (/romania/living-wage-individual) |
| Productivity (/romania/productivity) | 123.40 | 172.40 | 172.40 | 47.30 | Index Points | [+] (/romania/productivity) |
| Part Time Employment (/romania/part-time-employment) | 496.90 | 495.80 | 1458.10 | 495.80 | Thousand | [+] (/romania/part-time-employment) |
| Wages High Skilled (/romania/wages-high-skilled) | 2880.00 | 2290.00 | 2880.00 | 1860.00 | RON/Month | [+] (/romania/wages-high-skilled) |
| Wages Low Skilled (/romania/wages-low-skilled) | 1430.00 | 1240.00 | 1430.00 | 1060.00 | RON/Month | [+] (/romania/wages-low-skilled) |
| Employment Change (/romania/employment-change) | 0.10 | 0.00 | 8.10 | -11.60 | percent | [+] (/romania/employment-change) |
| Employment Rate (/romania/employment-rate) | 64.20 | 64.50 | 69.10 | 55.40 | percent | [+] (/romania/employment-rate) |
| Full Time Employment (/romania/full-time-employment) | 7732.50 | 7807.40 | 8640.40 | 7228.10 | Thousand | [+] (/romania/full-time-employment) |

**Romania Average Gross Monthly Wages**

Summary    Forecast    Download ▾ ()    Alerts

+ (indicators)

## Romania Average Gross Monthly Wages

In Romania, wages are benchmarked using average gross salaries. This page provides the latest reported value for - Romania Average Gross Monthly Wages - plus previous releases, historical high and low, short-term forecast and long-term prediction, economic calendar, survey consensus and news. Romania Average Gross Monthly Wages - actual data, historical chart and calendar of releases - was last updated on July of 2019.

| Actual | Previous | Highest | Lowest | Dates | Unit | Frequency | |
|---|---|---|---|---|---|---|---|
| 5078.00 | 5105.00 | 5105.00 | 1.02 | 1991 - 2019 | RON/Month | Monthly | Current Prices, NSA |

⬇ Export Data (https://tradingeconomics.com/analytics/features.aspx?source=summary)

⇄ API (https://tradingeconomics.com/api/?source=summary)

World (https://tradingeconomics.com/country-list/wages)

Europe (https://tradingeconomics.com/country-list/wages?continent=europe)

America (https://tradingeconomics.com/country-list/wages?continent=america)

Asia (https://tradingeconomics.com/country-list/wages?continent=asia)

Africa (https://tradingeconomics.com/country-list/wages?continent=africa)

Feedback

Barcode:3875858-04 A-570-106 INV - Investigation  -

# EXHIBIT 5C

Barcode:3875858-04 A-570-106 INV - Investigation  -

**Dataset: Average annual hours actually worked per worker**

| Employment status | | | | | | |
|---|---|---|---|---|---|---|
| Frequency | | | | | | |
| Unit | | | | | | |
| Time | | 2014 | 2015 | 2016 | 2017 | 2018 |
| **Country** | | | | | | |
| Australia | | 1,683 | 1,684 | 1,673 | 1,675 | 1,665 |
| Austria | | 1,516 | 1,500 | 1,512 | 1,511 | 1,511 |
| Belgium | i | 1,545 | 1,545 | 1,545 | 1,545 | 1,545 |
| Canada | | 1,710 | 1,712 | 1,706 | 1,695 | 1,708 |
| Chile | | 1,990 | 1,988 | 1,974 | 1,954 | 1,941 |
| Czech Republic | i | 1,777 | 1,756 | 1,779 | 1,784 | 1,792 |
| Denmark | | 1,414 | 1,407 | 1,412 | 1,405 | 1,392 |
| Estonia | | 1,795 | 1,788 | 1,791 | 1,792 | 1,748 |
| Finland | | 1,562 | 1,563 | 1,560 | 1,556 | 1,555 |
| France | i | 1,518 | 1,519 | 1,526 | 1,522 | 1,520 |
| Germany | | 1,367 | 1,370 | 1,363 | 1,360 | 1,363 |
| Greece | | 1,933 | 1,943 | 1,942 | 1,956 | 1,956 |
| Hungary | | 1,752 | 1,749 | 1,760 | 1,741 | 1,741 |
| Iceland | | 1,503 | 1,504 | 1,494 | 1,483 | 1,469 |
| Ireland | | 1,731 | 1,741 | 1,739 | 1,738 | 1,782 |
| Israel | | 1,895 | 1,895 | 1,922 | 1,918 | 1,910 |
| Italy | | 1,717 | 1,718 | 1,722 | 1,719 | 1,723 |
| Japan | | 1,729 | 1,719 | 1,714 | 1,709 | 1,680 |
| Korea | | 2,067 | 2,083 | 2,068 | 2,018 | 2,005 |
| Latvia | | 1,741 | 1,708 | 1,709 | 1,695 | 1,699 |
| Lithuania | | 1,599 | 1,622 | 1,644 | 1,608 | 1,616 |
| Luxembourg | | 1,506 | 1,514 | 1,513 | 1,507 | 1,506 |
| Mexico | | 2,134 | 2,140 | 2,146 | 2,148 | 2,148 |
| Netherlands | | 1,426 | 1,426 | 1,438 | 1,435 | 1,433 |
| New Zealand | | 1,762 | 1,757 | 1,752 | 1,753 | 1,756 |
| Norway | | 1,427 | 1,424 | 1,424 | 1,419 | 1,416 |
| Poland | | 1,827 | 1,834 | 1,836 | 1,815 | 1,792 |
| Portugal | | 1,714 | 1,722 | 1,725 | 1,727 | 1,722 |
| Slovak Republic | | 1,760 | 1,754 | 1,740 | 1,714 | 1,698 |
| Slovenia | | 1,682 | 1,688 | 1,653 | 1,622 | 1,603 |
| Spain | | 1,695 | 1,700 | 1,702 | 1,690 | 1,701 |
| Sweden | | 1,470 | 1,471 | 1,482 | 1,470 | 1,474 |
| Switzerland | | 1,575 | 1,590 | 1,590 | 1,570 | 1,459 |
| Turkey | i | 1,832 | 1,832 | .. | .. | .. |
| United Kingdom | | 1,547 | 1,531 | 1,545 | 1,543 | 1,538 |
| United States | | 1,784 | 1,785 | 1,781 | 1,780 | 1,786 |
| OECD countries | | 1,742 | 1,743 | 1,743 | 1,737 | 1,734 |
| Costa Rica | | 2,122 | 2,148 | 2,205 | 2,179 | 2,121 |
| Russian Federation | | 1,985 | 1,978 | 1,974 | 1,980 | 1,972 |

Data extracted on 27 Jul 2019 16:49 UTC (GMT) from OECD.Stat

# EXHIBIT 6A

Barcode:3875858-04 A-570-106 INV - Investigation  -

**Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China**

Inv. No A-570-106

POI: 07/01/2018 - 12/31/2018

Exhibit 6A

Calculation of Brokerage and Handling Expense

Source: *Doing Business in Romania*

<u>**Exported Product**</u>

| | | |
|---|---|---|
| Border Compliance Cost (US$) | $ | 157.50 |
| Documentary Compliance Cost (US$) | $ | 97.90 |
| Total Cost (US$) | $ | 255.40 |
| | | |
| Cargo Container Weight (MT) | | 15.00 |
| | | |
| Cost per Metric Ton (US$) | $ | 17.03 |
| Cost per Net Ton (US$) | $ | 15.45 |

# EXHIBIT 6B

Doing Business 2019    Romania

Barcode:3875858-04 A-570-106 INV - Investigation -



Doing Business 2019    Romania

Barcode:3875858-04 A-570-106 INV - Investigation -

### Economy Profile of Romania

*Doing Business 2019 Indicators*
*(in order of appearance in the document)*

| | |
|---|---|
| **Starting a business** | Procedures, time, cost and paid-in minimum capital to start a limited liability company |
| **Dealing with construction permits** | Procedures, time and cost to complete all formalities to build a warehouse and the quality control and safety mechanisms in the construction permitting system |
| **Getting electricity** | Procedures, time and cost to get connected to the electrical grid, and the reliability of the electricity supply and the transparency of tariffs |
| **Registering property** | Procedures, time and cost to transfer a property and the quality of the land administration system |
| **Getting credit** | Movable collateral laws and credit information systems |
| **Protecting minority investors** | Minority shareholders' rights in related-party transactions and in corporate governance |
| **Paying taxes** | Payments, time, total tax and contribution rate for a firm to comply with all tax regulations as well as post-filing processes |
| **Trading across borders** | Time and cost to export the product of comparative advantage and import auto parts |
| **Enforcing contracts** | Time and cost to resolve a commercial dispute and the quality of judicial processes |
| **Resolving insolvency** | Time, cost, outcome and recovery rate for a commercial insolvency and the strength of the legal framework for insolvency |
| **Labor market regulation** | Flexibility in employment regulation and aspects of job quality |

Doing Business 2016       Romania

Barcode:3875858-04 A-570-106 INV - Investigation  -

**About Doing Business**

The *Doing Business* project provides objective measures of business regulations and their enforcement across 190 economies and selected cities at the subnational and regional level.

The *Doing Business* project, launched in 2002, looks at domestic small and medium-size companies and measures the regulations applying to them through their life cycle.

*Doing Business* captures several important dimensions of the regulatory environment as it applies to local firms. It provides quantitative indicators on regulation for starting a business, dealing with construction permits, getting electricity, registering property, getting credit, protecting minority investors, paying taxes, trading across borders, enforcing contracts and resolving insolvency. *Doing Business* also measures features of labor market regulation. Although *Doing Business* does not present rankings of economies on the labor market regulation indicators or include the topic in the aggregate ease of doing business score or ranking on the ease of doing business, it does present the data for these indicators.

By gathering and analyzing comprehensive quantitative data to compare business regulation environments across economies and over time, *Doing Business* encourages economies to compete towards more efficient regulation; offers measurable benchmarks for reform; and serves as a resource for academics, journalists, private sector researchers and others interested in the business climate of each economy.

In addition, *Doing Business* offers detailed subnational reports, which exhaustively cover business regulation and reform in different cities and regions within a nation. These reports provide data on the ease of doing business, rank each location, and recommend reforms to improve performance in each of the indicator areas. Selected cities can compare their business regulations with other cities in the economy or region and with the 190 economies that *Doing Business* has ranked.

The first *Doing Business* report, published in 2003, covered 5 indicator sets and 133 economies. This year's report covers 11 indicator sets and 190 economies. Most indicator sets refer to a case scenario in the largest business city of each economy, except for 11 economies that have a population of more than 100 million as of 2013 (Bangladesh, Brazil, China, India, Indonesia, Japan, Mexico, Nigeria, Pakistan, the Russian Federation and the United States) where *Doing Business* also collected data for the second largest business city. The data for these 11 economies are a population-weighted average for the 2 largest business cities. The project has benefited from feedback from governments, academics, practitioners and reviewers. The initial goal remains: to provide an objective basis for understanding and improving the regulatory environment for business around the world.

More about Doing Business (PDF, 5MB)



**Barcode:3875858-04 A-570-106 INV - Investigation -**

### 🚢 Trading across Borders

*Doing Business* records the time and cost associated with the logistical process of exporting and importing goods. *Doing Business* measures the time and cost (excluding tariffs) associated with three sets of procedures—documentary compliance, border compliance and domestic transport—within the overall process of exporting or importing a shipment of goods. The most recent round of data collection for the project was completed in May 2018. See the methodology for more information.

| What the indicators measure | Case study assumptions |
|---|---|

**Documentary compliance**

- Obtaining, preparing and submitting documents during transport, clearance, inspections and port or border handling in origin economy
- Obtaining, preparing and submitting documents required by destination economy and any transit economies
- Covers all documents required by law and in practice, including electronic submissions of information

**Border compliance**

- Customs clearance and inspections
- Inspections by other agencies (if applied to more than 20% of shipments)
- Handling and inspections that take place at the economy's port or border

**Domestic transport**

- Loading or unloading of the shipment at the warehouse or port/border
- Transport between warehouse and port/border
- Traffic delays and road police checks while shipment is en route

To make the data comparable across economies, a few assumptions are made about the traded goods and the transactions:

**Time:** Time is measured in hours, and 1 day is 24 hours (for example, 22 days are recorded as 22×24=528 hours). If customs clearance takes 7.5 hours, the data are recorded as is. Alternatively, suppose documents are submitted to a customs agency at 8:00a.m., are processed overnight and can be picked up at 8:00a.m. the next day. The time for customs clearance would be recorded as 24 hours because the actual procedure took 24 hours.

**Cost:** Insurance cost and informal payments for which no receipt is issued are excluded from the costs recorded. Costs are reported in U.S. dollars. Contributors are asked to convert local currency into U.S. dollars based on the exchange rate prevailing on the day they answer the questionnaire. Contributors are private sector experts in international trade logistics and are informed about exchange rates.

**Assumptions of the case study:**

- For all 190 economies covered by *Doing Business*, it is assumed a shipment is in a warehouse in the largest business city of the exporting economy and travels to a warehouse in the largest business city of the importing economy.
- It is assumed each economy imports 15 metric tons of containerized auto parts (HS 8708) from its natural import partner—the economy from which it imports the largest value (price times quantity) of auto parts. It is assumed each economy exports the product of its comparative advantage (defined by the largest export value) to its natural export partner—the economy that is the largest purchaser of this product. Shipment value is assumed to be $50,000.
- The mode of transport is the one most widely used for the chosen export or import product and the trading partner, as is the seaport or land border crossing.
- All electronic information submissions requested by any government agency in connection with the shipment are considered to be documents obtained, prepared and submitted during the export or import process.
- A port or border is a place (seaport or land border crossing) where merchandise can enter or leave an economy.
- Relevant government agencies include customs, port authorities, road police, border guards, standardization agencies, ministries or departments of agriculture or industry, national security agencies and any other government authorities.

Doing Business 2019    **Romania**

Barcode:3875858-04 A-570-106 INV - Investigation  -

**Trading across Borders - Romania**

| Indicator | Romania | Europe & Central Asia | OECD high income | Best Regulatory Performance |
|---|---|---|---|---|
| Time to export: Border compliance (hours) | 0 | 22.1 | 12.5 | 1 (19 Economies) |
| Cost to export: Border compliance (USD) | 0 | 157.5 | 139.1 | 0 (19 Economies) |
| Time to export: Documentary compliance (hours) | 1 | 24.3 | 2.4 | 1 (26 Economies) |
| Cost to export: Documentary compliance (USD) | 0 | 97.9 | 35.2 | 0 (20 Economies) |
| Time to import: Border compliance (hours) | 0 | 21.1 | 8.5 | 0 (25 Economies) |
| Cost to import: Border compliance (USD) | 0 | 162.3 | 100.2 | 0 (28 Economies) |
| Time to import: Documentary compliance (hours) | 1 | 24.7 | 3.4 | 1 (30 Economies) |
| Cost to import: Documentary compliance (USD) | 0 | 93.9 | 24.9 | 0 (30 Economies) |

**Figure – Trading across Borders in Romania and comparator economies - Ranking and Score**



DB 2019 Trading Across Borders Score

0 ——————————————————→ 100

97.41: Bulgaria (Rank: 21)
92.32: Moldova (Rank: 35)
86.17: Regional Average (Europe & Central Asia)
100.00: Czech Republic (Rank: 1)
100.00: Hungary (Rank: 1)
**100.00: Romania (Rank: 1)**

Note: The ranking of economies on the ease of trading across borders is determined by sorting their scores for trading across borders. These scores are the simple average of the scores for the time and cost for documentary compliance and border compliance to export and import.

**Figure – Trading across Borders in Romania - Time and Cost**



Doing Business 2017  Romania

Barcode:3875858-04 A-570-106 INV - Investigation -

**Details - Trading across Borders in Romania**

| Characteristics | Export | Import |
|---|---|---|
| Product | HS 85 : Electrical machinery and equipment and parts thereof; sound recorders and reproducers, television image and sound recorders and reproducers, and parts and accessories of such articles | HS 8708: Parts and accessories of motor vehicles |
| Trade partner | Germany | Germany |
| Border | Romania- Hungary border crossing | Romania- Hungary border crossing |
| Distance (km) | 610 | 610 |
| Domestic transport time (hours) | 9 | 9 |
| Domestic transport cost (USD) | 650 | 650 |

**Details - Trading across Borders in Romania – Components of Border Compliance**

| | Time to Complete (hours) | Associated Costs (USD) |
|---|---|---|
| Export: Clearance and inspections required by customs authorities | 0.0 | 0.0 |
| Export: Clearance and inspections required by agencies other than customs | 0.4 | 0.0 |
| Export: Port or border handling | 0.4 | 0.0 |
| Import: Clearance and inspections required by customs authorities | 0.0 | 0.0 |
| Import: Clearance and inspections required by agencies other than customs | 0.4 | 0.0 |
| Import: Port or border handling | 0.4 | 0.0 |

Doing business 2017 **Romania**

**Barcode:3875858-04 A-570-106 INV - Investigation -**

**Details - Trading across Borders in Romania - Trade Documents**

| Export | Import |
|--------|--------|
| CMR waybill | CMR waybill |
| Commercial invoice | Commercial invoice |
| Packing list | Packing list |
| Intrastat | Intrastat |

# EXHIBIT 6C

Methodology for Doing Business https://www.doingbusiness.org/en/methodology)
Barcode:3875635-04 A-570-106 INV - Investigation -

# Trading Across Borders Methodology

*Doing Business* records the time and cost associated with the logistical process of exporting and importing goods. *Doing Business* measures the time and cost (excluding tariffs) associated with three sets of procedures— documentary compliance, border compliance and domestic transport—within the overall process of exporting or importing a shipment of goods. Figure 1, using the example of Brazil (as exporter) and China (as importer), shows the process of exporting a shipment from a warehouse in the origin economy to a warehouse in an overseas trading partner through a port. Figure 2, using the example of Kenya (as exporter) and Uganda (as importer), shows the process of exporting a shipment from a warehouse in the origin economy to a warehouse in a regional trading partner through a land border. The ranking of economies on the ease of trading across borders is determined by sorting their scores for trading across borders. These scores are the simple average of the scores for the time and cost for documentary compliance and border compliance to export and import (Figure 3).





Although *Doing Business* collects and publishes data on the time and cost for domestic transport, it does not use these data in calculating the score for trading across borders or the ranking on the ease of trading across borders. The main reason for this is that the time and cost for domestic transport are affected by many external factors—such as the geography and topography of the transit territory, road capacity and general infrastructure, proximity to the nearest port or border, and the location of warehouses where the traded goods are stored—and so are not directly influenced by an economy's trade policies and reforms.

Figure 3 - Trading across borders: time and cost to export and import

The data on trading across borders are gathered through a questionnaire administered to local freight forwarders, customs brokers, port authorities and traders.

If an economy has no formal, large-scale, private sector cross-border trade taking place as a result of government restrictions, armed conflict or a natural disaster, it is considered a "no practice" economy. A "no practice" economy receives a score of 0 for all the trading across borders indicators.

## Assumptions of the case study

To make the data comparable across economies, several assumptions are made about the traded goods and the transactions:

- For each of the 190 economies covered by *Doing Business*, it is assumed that a shipment is located in a warehouse in the largest business city of the exporting economy and travels to a warehouse in the largest business city of the importing economy. For 11 economies the data are also collected, under the same case study assumptions, for the second largest business city.

Barcode:3875858-04 A-570-106 INV - Investigation -

- The import and export case studies assume different traded products. It is assumed that each economy imports a standardized shipment of 15 metric tons of containerized auto parts (HS 8708) from its natural import partner—the economy from which it imports the largest value (price times quantity) of auto parts. It is assumed that each economy exports the product of its comparative advantage (defined by the largest export value) to its natural export partner—the economy that is the largest purchaser of this product. Precious metal and gems, mineral fuels, oil products, live animals, residues and waste of foods and products as well as pharmaceuticals are excluded from the list of possible export products, however, and in these cases the second largest product category is considered as needed. (1)

- A shipment is a unit of trade. Export shipments do not necessarily need to be containerized, while import shipments of auto parts are assumed to be containerized.

- If fees are determined by the value of the shipment, the value is assumed to be $50,000.

- The product is new, not secondhand or used merchandise.

- The exporting/importing firm hires and pays for a freight forwarder or customs broker (or both) and pays for all costs related to domestic transport, clearance and mandatory inspections by customs and other agencies, port or border handling, documentary compliance fees and the like.

- The mode of transport is the one most widely used for the chosen export or import product and the trading partner, as is the seaport or land border crossing.

- All electronic submissions of information requested by any government agency in connection with the shipment are considered to be documents obtained, prepared and submitted during the export or import process.

- A port or border is defined as a place (seaport or land border crossing) where merchandise can enter or leave an economy.

- Government agencies considered relevant are agencies such as customs, port authorities, road police, border guards, standardization agencies, ministries or departments of agriculture or industry, national security agencies, central banks and any other government authorities.

**Time**

Time is measured in hours, and 1 day is 24 hours (for example, 22 days are recorded as 22 × 24 = 528 hours). If customs clearance takes 7.5 hours, the data are recorded as is. Alternatively, suppose that documents are submitted to a customs agency at 8:00 a.m., are processed overnight and can be picked up at 8:00 a.m. the next day. In this case the time for customs clearance would be recorded as 24 hours because the actual procedure took 24 hours.

**Cost**

Insurance cost and informal payments for which no receipt is issued are excluded from the costs recorded. Costs are reported in U.S. dollars. Contributors are asked to convert local currency into U.S. dollars based on the exchange rate prevailing on the day they answer the questionnaire. Contributors are private sector experts in international trade logistics and are informed about exchange rates and their movements.

**Documentary compliance**

Barcode:3875858-04 A-570-106 INV - Investigation

Documentary compliance captures the time and cost associated with compliance with the documentary requirements of all government agencies of the origin economy, the destination economy and any transit economies (table 1). The aim is to measure the total burden of preparing the bundle of documents that will enable completion of the international trade for the product and partner pair assumed in the case study. As a shipment moves from Mumbai to New York City, for example, the freight forwarder must prepare and submit documents to the customs agency in India, to the port authorities in Mumbai and to the customs agency in the United States.

The time and cost for documentary compliance include the time and cost for obtaining documents (such as time spent to get the document issued and stamped); preparing documents (such as time spent gathering information to complete the customs declaration or certificate of origin); processing documents (such as time spent waiting for the relevant authority to issue a phytosanitary certificate); presenting documents (such as time spent showing a port terminal receipt to port authorities); and submitting documents (such as time spent submitting a customs declaration to the customs agency in person or electronically).

All electronic or paper submissions of information requested by any government agency in connection with the shipment are considered to be documents obtained, prepared and submitted during the export or import process. All documents prepared by the freight forwarder or customs broker for the product and partner pair assumed in the case study are included regardless of whether they are required by law or in practice. Any documents prepared and submitted so as to get access to preferential treatment—for example, a certificate of origin—are included in the calculation of the time and cost for documentary compliance. Any documents prepared and submitted because of a perception that they ease the passage of the shipment are also included (for example, freight forwarders may prepare a packing list because in their experience this reduces the probability of physical or other intrusive inspections).

In addition, any documents that are mandatory for exporting or importing are included in the calculation of time and cost. Documents that need to be obtained only once are not counted, however. And *Doing Business* does not include documents needed to produce and sell in the domestic market—such as certificates of third-party safety standards testing that may be required to sell toys domestically—unless a government agency needs to see these documents during the export process.

### Border compliance

Border compliance captures the time and cost associated with compliance with the economy's customs regulations and with regulations relating to other inspections that are mandatory in order for the shipment to cross the



| Documentary compliance | | |
|---|---|---|
| Obtaining, preparing and submitting documents during transport, clearance, inspections and port or border handling in origin economy | | |
| Obtaining, preparing and submitting documents required by destination economy and any transit economies | | |
| Covers all documents required by law and in practice, including electronic submissions of information as well as non-shipment-specific documents necessary to complete the trade | | |
| **Border compliance** | | |
| Customs clearance and inspections by customs | | |
| Inspections by other agencies (if applied to more than 20% of shipments) | | |
| Port or border handling at most widely used port or border of economy | | |
| **Domestic transport** | | |
| Loading and unloading of shipment at warehouse, dry port or border | | |
| Transport by most widely used mode between warehouse and terminal or dry port | | |
| Transport by most widely used mode between terminal or dry port and most widely used border or port | | |
| Traffic delays and road police checks while shipment is en route | | |

Table 1 - What do the indicators on the time and cost to export and import cover?

economy's border, as well as the time and cost for handling that takes place at its port or border. The time and cost for this segment include time and cost for customs clearance and inspection procedures conducted by other agencies. For example, the time and cost for conducting a phytosanitary inspection would be included here.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:33 PM, Submission Status: Approved

Barcode:3875858-04 A-570-108 INV - Investigation -

The computation of border compliance time and cost depends on where the border compliance procedures take place, who requires and conducts the procedures and what is the probability that inspections will be conducted. If all customs clearance and other inspections take place at the port or border at the same time, the time estimate for border compliance takes this simultaneity into account. It is entirely possible that the border compliance time and cost could be negligible or zero, as in the case of trade between members of the European Union or other customs unions.

If some or all customs or other inspections take place at other locations, the time and cost for these procedures are added to the time and cost for those that take place at the port or border. In Kazakhstan, for example, all customs clearance and inspections take place at a customs post in Almaty that is not at the land border between Kazakhstan and China. In this case border compliance time is the sum of the time spent at the terminal in Almaty and the handling time at the border.

*Doing Business* asks contributors to estimate the time and cost for clearance and inspections by customs agencies— defined as documentary and physical inspections for the purpose of calculating duties by verifying product classification, confirming quantity, determining origin and checking the veracity of other information on the customs declaration. (This category includes all inspections aimed at preventing smuggling.) These are clearance and inspection procedures that take place in the majority of cases and thus are considered the "standard" case. The time and cost estimates capture the efficiency of the customs agency of the economy.

*Doing Business* also asks contributors to estimate the total time and cost for clearance and inspections by customs and all other agencies for the specified product. These estimates account for inspections related to health, safety, phytosanitary standards, conformity and the like, and thus capture the efficiency of agencies that require and conduct these additional inspections.

If inspections by agencies other than customs are conducted in 20% or fewer cases, the border compliance time and cost measures take into account only clearance and inspections by customs (the standard case). If inspections by other agencies take place in more than 20% of cases, the time and cost measures account for clearance and inspections by all agencies. Different types of inspections may take place with different probabilities—for example, scanning may take place in 100% of cases while physical inspection occurs in 5% of cases. In situations like this, *Doing Business* would count the time only for scanning because it happens in more than 20% of cases while physical inspection does not. The border compliance time and cost for an economy do not include the time and cost for compliance with the regulations of any other economy.

**Domestic transport**

Domestic transport captures the time and cost associated with transporting the shipment from a warehouse in the largest business city of the economy to the most widely used seaport or land border of the economy. For 11 economies the data are also collected for the second largest business city. This set of procedures captures the time for (and cost of) the actual transport; any traffic delays and road police checks; as well as time spent on loading or unloading at the warehouse or border. For a coastal economy with an overseas trading partner, domestic transport captures the time and cost from the loading of the shipment at the warehouse until the shipment reaches the economy's port (figure 1). For an economy trading through a land border, domestic transport captures the time and cost from the loading of the shipment at the warehouse until the shipment reaches the economy's land border (figure 2).

The time and cost estimates are based on the most widely used mode of transport (truck, train) and the most widely used route (road, border posts) as reported by contributors. The time and cost estimates are based on the mode and route chosen

Barcode:3875858-04 A-570-106 INV - Investigation -

by the majority of contributors. For the 11 economies for which data are collected for both the largest and the second largest business city, *Doing Business* allows the most widely used route and the most widely used mode of transport to be different for the two cities. For example, shipments from Delhi are transported by train to Mundra port for export, while shipments from Mumbai travel by truck to Nhava Sheva port to be exported.

In the export case study, as noted, *Doing Business* does not assume a containerized shipment, and time and cost estimates may be based on the transport of 15 tons of noncontainerized products. In the import case study auto parts are assumed to be containerized. In the cases where cargo is containerized, the time and cost for transport and other procedures are based on a shipment consisting of homogeneous cargo belonging to a single Harmonized System (HS) classification code. This assumption is particularly important for inspections, because shipments of homogeneous products are often subject to fewer and shorter inspections than shipments of products belonging to various HS codes.

In some cases the shipment travels from the warehouse to a customs post or terminal for clearance or inspections and then travels onward to the port or border. In these cases the domestic transport time is the sum of the time for both transport segments. The time and cost for clearance or inspections are included in the measures for border compliance, however, not in those for domestic transport.

**Reforms**

The trading across borders indicator set records the time and cost associated with the logistical process of exporting and importing goods every year. Depending on the impact on the data, certain changes are classified as reforms and listed in the summaries of *Doing Business* reforms in 2017/18 section of the report in order to acknowledge the implementation of significant changes. Reforms are divided into two types: those that make it easier to do business and those changes that make it more difficult to do business. The trading across borders indicator set uses a standard criterion to recognize a reform.

The aggregate gap on the overall score of the indicator set is used to assess the impact of data changes. Any data update that leads to a change of 2% or more on the score gap is classified as a reform, except when the change is the result of automatic official fee indexation to a price or wage index (for more details, see the chapter on the ease of doing business score and ease of doing business ranking). For example, if the implementation of a single window system reduces time or cost in a way that the overall gap decreases by 2% or more, such change is classified as a reform. Minor fee updates or other small changes on the indicators that have an aggregate impact of less than 2% on the gap are not classified as a reform, yet, but their impact is still reflected on the most updated indicators for this indicator set.

*This methodology was initially developed by Djankov and others (2008) and was revised in 2015.*

--------------------

1. To identify the trading partners and export product for each economy, *Doing Business* collected data on trade flows for the most recent four-year period from international databases such as the United Nations Commodity Trade Statistics Database (UN Comtrade). For economies for which trade flow data were not available, data from ancillary government sources (various ministries and departments) and World Bank Group country offices were used to identify the export product and natural trading partners.

**DOING BUSINESS METHODOLOGIES**

Barcode:3875858-04 A-570-106 INV - Investigation -

Starting a business (https://www.doingbusiness.org/en/methodology/starting-a-business)

Dealing with construction permits (https://www.doingbusiness.org/en/methodology/dealing-with-construction-permits)

Getting electricity (https://www.doingbusiness.org/en/methodology/getting-electricity)

Registering property (https://www.doingbusiness.org/en/methodology/registering-property)

Getting credit (https://www.doingbusiness.org/en/methodology/getting-credit)

Protecting minority investors (https://www.doingbusiness.org/en/methodology/protecting-minority-investors)

Paying taxes (https://www.doingbusiness.org/en/methodology/paying-taxes)

Show More +

**ADDITIONAL TOPICS**

Labor market regulation (/en/methodology/labor-market-regulation)

Legal (http://www.worldbank.org/legal) REPORT FRAUD OR CORRUPTION Access to
Information (http://www.worldbank.org/en/access-to-information) (HTTPS://WBGEPROD.SERVICE-NOW.ETHICSPOINTVP.COM/CUSTOM/IBRD/_CRF/ENGLISH/FORM_DATA.ASP)
Jobs (http://www.worldbank.org/jobs)
Contact (http://www.worldbank.org/en/about/contacts)

(http://www.worldbank.org/)

IBRD (HTTP://WWW.WORLDBANK.ORG/EN/ABOUT/WHAT-WE-DO/BRIEF/IBRD)     IDA
(HTTP://WWW.WORLDBANK.ORG/IDA)     IFC (HTTP://WWW.IFC.ORG/)     MIGA (HTTP://WWW.MIGA.ORG/)     ICSID
(HTTP://ICSID.WORLDBANK.ORG/)

© 2019 The World Bank Group, All Rights Reserved.

# EXHIBIT 10A

**Calculation of Surrogate Financial Ratios: Manufacturing Overhead, SG&A and Profit**

SOURCE: *S.C. Sigstrate (Romania) FY2018*

| Items in Romanian Leu | Schedule | Income Statement Amounts | Breakout | Category | Materials, Labor, and Energy | | | Mfg Overhead (MOH) | Traded / Finished Goods (TFG) | SG&A and Interest (SGA) | Profit & Profit Adjustments | Exclude |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE:** | | | | | | | | | | | | |
| Net Turnover + Stocks Fluctuation | 7 | 34,682,935 | | Exclude | | | | | | | | 34,682,935 |
| Other operating revenues | 7 | 2,489,925 | | SGA | | | | | | 2,489,925 | | |
| Interest Income | P&L | 38 | | SGA | | | | | | 38 | | |
| Financial income | P&L | 193,953 | | SGA | | | | | | 193,953 | | |
| Total Income | | 37,366,851 | | a | - | - | - | - | - | 2,683,916 | - | 34,682,935 |
| **EXPENSE:** | | | | | | | | | | | | |
| *Cost of Goods Sold* | 7 | 30,703,287 | | MLE | 30,703,287 | | | | | | | |
| | | | | | | | | | | | | |
| Beginning FG Inventory | BS | | 3,664,861 | TFG | (3,664,861) | | | | 3,664,861 | | | |
| Ending FG Inventory | BS | | 3,843,275 | TFG | 3,843,275 | | | | (3,843,275) | | | |
| Indirect Production Expenses | 7 | | 8,512,590 | MOH | | | | 8,512,590 | | | | |
| Total of MOH Items Above (remove from MLE Denom) | | | 8,512,590 | MLE | (8,512,590) | | | | | | | |
| | | | | | | | | | | | | |
| *Expenditure on Sales* | 7 | 109,792 | | SGA | | | | | | 109,792 | | |
| *General Administrative Expenses* | 7 | 4,383,473 | | SGA | | | | | | 4,383,473 | | |
| *other operating expenses* | 7 | 1,337,915 | | SGA | | | | | | 1,337,915 | | |
| *finance costs* | P&L | 358,610 | | SGA | | | | | | 358,610 | | |
| | | | | | | | | | | | | |
| **Calculate Sub Totals** | | 36,893,077 | | b | 22,369,111 | - | - | 8,512,590 | (178,414) | 6,189,790 | - | - |
| *Pre-tax Profit from Income Statement (Is pu)* | | 473,774 | | Profit c | | | | | | | 473,774 | |
| Total For Calculations | | | | d = b + c - a | 22,369,111 | - | - | 8,512,590 | (178,414) | 3,505,874 | 473,774 | (34,682,935) |
| Calculate (Revenue - Expenditures - Profit = zero) | Check Total | - | | | d1 | d2 | d3 | d4 | d5 | d6 | d7 | d8 |

| | | | |
|---|---|---|---|
| Total Material, Labor, and Energy | | e = d1+d2+d3 | 22,369,111 |
| Overhead as % of Material, Labor & Energy | | =d4/e | 38.06% |
| Total Material, Labor, Energy, Mfg Overhead, and Traded & Finished Goods | | f = d4+d5+e | 30,703,287 |
| SG&A/Interest as % of Material, Labor, Energy, Mfg Overhead, and Traded & Finished Goods | | =d6/f | 11.42% |
| Total Material, Labor, Energy, Mfg Overhead, Traded & Finished Goods, and SG&A/Interest | | g=d6+f | 34,209,161 |
| Profit as % of Material, Labor, Energy, Mfg Overhead, SG&A/Interest, and Traded & Finished Goods | | =d7/g | 1.38% |

Barcode:3875858-04 A-570-106 INV - Investigation  -

# EXHIBIT 10B



Produces and Sells Plywood, Moulded Plywood, Chairs, Chairs Elements

Barcode:3875858 ... investigation -

# S.C. SIGSTRAT S.A.



Tel: 0040–262–317575, 311117
Fax: 0040 – 262  315464
Ro 435500  Sighetu Marmaţiei  str.Unirii nr.40

e–mail: sigstrat @ sigstrat.ro ; web: www.sigstrat.ro
TRADE REG. J-24-13-1993 ;  VAT No: RO 2954386

ISO 9001 Certificat  7275 C
ISO 14001 Certificat  3384 M
OHSAS 18001 Certificat  2540 SS

2847/ 30.04.2019

Catre,
    ASF Bucuresti
    BVB - AeRO Bucuresti

Alaturat va transmitem Raportul Anual,aferent anului 2018,in conformitate cu prevederile legale in

viguare aprobate in Adunarea Generala Ordinara a Actionarilor,care a avut loc in data de 25.04.2019

Documentele anexate sunt:

    Raportul Anual al Consiliului de Administratie.

    Raportul Auditorului Financiar

    Bilantul contabil la 31.12.2018 , inregistrat la DGF

    Declaratia Directorului General,Presedintele C.A.

    Comunicatul de presa,privind disponibilitatea Raportului Anual.

Director General,
Ing. Kertesz Stefan

Intrec.T.S,

Barcode:3875858-04 A-570-106 INV - Investigation -

# RAPORT ANUAL
## CONFORM LEGII 297/2004 SI A REGULAMENTULUI CNVM
## NR.1/2006

**PENTRU EXERCITIUL FINANCIAR 2018**

Nr....*1976*.........din...*20.03*......2019

S.C. SIGSTRAT S.A. Sighetu Marmatiei
Sediul : str.Unirii nr.40, Sighetu Marmatiei, jud.Maramures
Telefon : 0262 311117/ 317575, fax : 0262 315464
Cod unic de inregistrare fiscala : RO 2954386
Nr.de ordine in Registrul Comertului : J 24/13/05.01.1993
Piata reglementata pe care se tranzactioneaza Valorile Mobiliare
emise : BVB - AeRO
Capitalul subscris si varsat : 2.325.077 lei
Tipul actiunilor : comune , nominative, dematerializate. Nr.total de actiuni
emise : 23.250.770
Valoarea nominala a unei actiuni : 0,1 lei

**Analiza activitatii societatii comerciale**
**1.1. a) Descrierea activitatii de baza a societatii comerciale**
    Obiectul principal de activitate potrivit Clasificarii Activitatilor din Economia
Nationala este "Fabricarea de furnire si a panourilor de lemn", cod CAEN 1621. Produse
fabricate si comercializate de SC SIGSTRAT SA sunt : placaje din lemn, furnire, sezuturi
si spatare, scaune, mese, brichete din aschii de lemn si alte produse din lemn.

    **b) Infiintarea societatii**
Societatea comerciala Sigstrat SA a fost infiintata ca societate pe actiuni la data de
19.11.1992, prin Hotararea Guvernului nr.753/1992 Privind aprobarea divizarii societatii
comerciale SIGMOB SA Sighetu Marmatiei.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:33 PM, Submission Status: Approved

**c) Fuziuni sau reorganizari semnificative a societatii comerciale, a filialelor sale sau a societatilor controlate, realizate in timpul exercitiului financiar**

In cursul exercitiului financiar 2018 societatea nu a fost divizata, nu a fuzionat si nu a fost reorganizata semnificativ. Societatea nu are filiale si nu detine actiuni la alte societati.

**d) Achizitii si/sau instrainari de active**

Investitiile efectuate in anul 2018 au fost in suma de 546.621 lei, finantate din surse propii. S-au concretizat in urmatoarele obiective:

|   |   |
|---|---|
| - constructii si amenajari de constructii | 199.545 lei |
| - echipamente tehnologice | 277.087 lei |
| - mijloace de transport | 55.923 lei |
| - aparate si instalatii de masurare, control | 14.066 lei |

Investitiile au fost realizate in proportie de 88,13 % in regie proprie.

Iesirile de active se refera la vanzarile de active si casarile de mijloace fixe aprobate de AGA.

### 1.1.1. Elemente de evaluare generala

**a)** In exercitiul financiar 2018 societatea a inregistrat un **profit brut** in valoare de 473.774 lei, pentru care s-a calculat impozit pe profit in suma de 112.891 lei, rezultand un profit net de 360.883 lei. Cresterea profitului net in anul 2018 comparativ cu anul 2017 se datoreaza veniturilor obtinute din alte activitati de exploatare decat cele de baza.

**b) Cifra de afaceri** aferenta anului 2018 a fost in valoare de 27.093.475 lei si s-a concretizat in urmatoarele venituri :

|   |   |
|---|---|
| - venituri din vanzarea produselor finite | 24.374.676 lei |
| - venituri din vanzarea semifabricatelor | 471.284 lei |
| - venituri din vanzarea produselor reziduale | 747.671 lei |
| - venituri din servicii prestate | 1.194.913 lei |
| - venituri din chirii | 139.046 lei |
| - venituri din vanzarea marfurilor | 165.885 lei |

Diminuarea cifrei de afaceri fata de anul precedent s-a datorat pe de o parte scaderii volumului de comenzi de pe piata araba, iar pe de alta parte majorarii preturilor de vanzare a produselor finite destinate pietei interne in urma careia cererea a scazut.

Barcode:3875858-04 A-570-106 INV - Investigation -

| Indicatori | Formula | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| Rata de lichiditate curenta | Active circulante/Datorii pe termen scurt | 1,60 | 1,81 | 1,99 |
| Rata de lichiditate rapida | ( Creante +disponibilitati banesti)/Datorii pe termen scurt | 0,68 | 0,87 | 0,90 |
| Rata de lichiditate imediata | Disponibilitati banesti/Datorii pe termen scurt | 0,12 | 0,19 | 0,15 |

Structura elementelor de activ influenteaza lichiditatea si echilibrul financiar.

Lichiditatea curenta reflecta masura in care activele circulante se pot transforma intr-un termen scurt in lichiditati, pentru a onora platile curente exigibile. Se observa ca in ultimii trei ani acest indicator a avut o tendinta de crestere.

Lichiditatea rapida arata capacitatea societatii de a-si plati datoriile pe termen scurt din creante si disponibilitati. In comparatie cu anii trecuti se inregistreaza o crestere la acest indicator.

Lichiditatea imediata masoara capacitatea firmei de a-si acoperi datoriile pe termen scurt cu ajutorul disponibilitatilor banesti proprii. Un raport de unu la unu este foarte greu de realizat deoarece societatea nu poate sa mentina un nivel atat de ridicat de active in numerar pentru a putea acoperi datoriile curente.

## 1.1.2. Evaluarea nivelului tehnic al societatii comerciale

a) Produsele comercializate de SC SIGSTRAT SA sunt: placaje din lemn, furnire, sezuturi si spatare, scaune, mese, brichete din lemn si alte produse din lemn. Obiectivele societatii vizeaza in continuare cresterea ponderii productiei de elemente mulate in totalul productiei, datorita faptului ca aceste produse au o plusvaloare net superioara produselor standard.

b) Ponderea produselor si a serviciilor in veniturile si in totalul cifrei de afaceri a societatii

Barcode:3875858-04 A-570-106 INV - Investigation  -

| Produse/servicii | 2016 | | 2017 | | 2018 | |
|---|---|---|---|---|---|---|
| | Cifra de afaceri % | Venituri % | Cifra de afaceri % | Venituri % | Cifra de afaceri % | Venituri % |
| Placaj uz interior | 57,37 | 44,44 | 52,17 | 43,28 | 45,02 | 32,64 |
| Placaj uz exterior | 0,05 | 0,04 | - | - | - | - |
| Furnire | 1,40 | 1,08 | 1,73 | 1,44 | 2,16 | 1,57 |
| Produse mulate | 31,41 | 24,33 | 36,87 | 30,59 | 42,59 | 30,88 |
| Brichete | 0,36 | 0,28 | 0,51 | 0,42 | 0,20 | 0,14 |
| Semifabricate | 1,81 | 1,40 | 2,07 | 1,72 | 1,74 | 1,26 |
| Produse reziduale | 2,39 | 1,85 | 1,96 | 1,63 | 2,76 | 2,00 |
| Servicii prestate | 3,13 | 2,43 | 3,76 | 3,12 | 4,41 | 3,20 |
| Chirii | 1,85 | 1,44 | 0,56 | 0,46 | 0,51 | 0,37 |
| Marfuri | 0,23 | 0,18 | 0,37 | 0,30 | 0,61 | 0,44 |

**c)** Strategia de dezvoltare a societatii se bazeaza in principal pe cresterea capacitatilor de productie, pe extinderea productiei de elemente mulate in detrimentul placajelor standard si pe imbunatatirea structurii calitatii produselor finite.

## 1.1.3. Evaluarea activitatii de aprovizionare

Materiile prime si materialele au fost achizitionate atat de pe piata interna,  cat si de pe cea externa, in proportie de 8,7%.

La dimensionarea stocurilor de materii prime si materiale directe s-a tinut cont de graficul de productie si de consumurile specifice, astfel incat continuitatea productiei sa fie asigurata, evitand totodata blocarea activelor si generarea de  cheltuieli inutile de stocare.

Totodata, specificul activitatii impune asigurarea permanenta a unei cantitati de piese de schimb pentru mentenanta preventiva si corectiva a echipamentelor tehnologice din dotare.

Societatea negociaza permanent contractele cu furnizorii, tinand cont de costul de cumparare dat de raportul pret/calitate.

S-a tinut cont si in acest an de ciclurile sezoniere de exploatare a materiei prime lemnoase.

Nu exista o dependenta semnificativa fata de un singur furnizor, a carui pierdere ar afecta activitatea societatii.

Barcode:3875858-04 A-570-106 INV - Investigation -

## 1.1.4. Evaluarea activitatii de vanzare

Analizand ultimii trei ani, se observa o scadere permanenta a cifrei de afaceri, in special la placajele standard, datorita lipsei cererii de pe piata araba si de pe piata interna, in urma cresterii preturilor de vanzare al acestor produse.

In ceea ce priveste asigurarea desfacerii pe termen mediu si lung, anticipam o revenire a pietei interne pentru placajele standard, cat si gasirea de clienti interni noi pentru elementele mulate pentru mobila.

In anul 2018 cifra de afaceri a inregistrat o scadere de 6% fata de nivelul inregistrat in anul 2017, respectiv 1.741.726 lei. Ponderea vanzarilor de produse mulate in totalul cifrei de afaceri a crescut in ultimii trei ani, ceea ce este in concordanta cu politica de marketing a firmei.

**a)** Veniturile din vanzarea produselor finite, care reprezinta 89,97% din cifra de afaceri inregistrata, au avut urmatoarea structura pe produse :

| DENUMIRE PRODUS | 2016 | 2017 | 2018 |
|---|---|---|---|
| - placaj uz interior | 18.797.432 | 15.043.357 | 12.196.526 |
| - placaj uz exterior | 17.135 | - | - |
| - furnir | 457.516 | 499.432 | 584.842 |
| - elemente mulate | 10.292.013 | 10.632.753 | 11.539.443 |
| - brichete | 117.666 | 146.228 | 53.865 |
| TOTAL | 29.681.762 | 26.321.770 | 24.374.676 |

In anul 2018, ponderea exportului in totalul cifrei de afaceri a fost de 54,11%.

**b) Societati cu domenii de activitate similare sunt : Stratusmob Blaj, Silvarom Bucuresti, Sortilemn Gherla, Gamoni Satu Mare, Beker Slovacia.**

**c)** Societatea nu depinde semnificativ de un client sau de un grup de clienti.

## 1.1.5. Evaluarea aspectelor legate de angajatii/ personalul societatii

**a)** Numarul mediu de angajati in anul 2018 a fost de 333 persoane. Structura si nivelul de pregatire al acestora fiind : 28 persoane cu studii superioare, 5 persoane cu studii postliceale, 7 persoane cu pregatire de specialitate ( maistrii ), 88 persoane cu studii liceale, 73 persoane cu scoli profesionale, 13 persoane cu scoala de ucenici, 106 persoane cu scoala generala, 13 persoane cu mai putin de 8 clase.

Nu exista sindicat in cadrul societatii.

Barcode:3875858-05 A-570-106 INV - Investigation  -

**b)** Raporturile de munca dintre angajator si angajati sunt reglementate prin Contractul colectiv de munca la nivel de societate, incheiat intre angajator si reprezentantii salariatiilor, precum si prin contractele individuale de munca ale salariatilor, conform Codului Muncii.

Pe parcursul anului 2018 nu s-au inregistrat evenimente sau stari conflictuale intre salariati si conducerea societatii.

### 1.1.6. Evaluarea aspectelor legate de impactul activitatii de baza asupra mediului inconjurator

Societatea gestioneaza eficient aspectele de mediu vizavi de activitatea desfasurata . In acest sens se asigura intretinerea si exploatarea adecvata a echipamentelor tehnologice, a instalatiilor si amenajarilor pentru protectia mediului, colectarea, sortarea si valorificarea deseurilor.

Societatea detine autorizatie de mediu eliberata de APM Maramures si are implementat un sistem de management al calitatii, al sanatatii si securitatii ocupationale si de mediu, conform ISO 9001 : 2018, OHSAS 18001 : 2008, ISO 14001 : 2015, respectand cerintele legale in vigoare.

Nu exista litigii si nici nu se preconizeaza litigii cu privire la incalcarea legislatiei privind protectia mediului inconjurator.

### 1.1.7. Evaluarea activitatii de cercetare – dezvoltare

Obiectivele activitatii de cercetare – dezvoltare in cadrul societatii au vizat elaborarea de tehnologii pentru fabricarea de produse noi, asimilarea si introducerea in fabricatie a unor produse noi, optimizarea celor existente, executarea si omologarea prototipurilor.

### 1.1.8. Evaluarea activitatii societatii comerciale privind managementul riscului

Exista o monitorizare permanenta a riscurilor semnificative la care societatea poate fi expusa, cu scopul de a reduce impactul acestora asupra fluxului de trezorerie :

- **riscul de lichiditate** – este tinut sub control prin aplicarea unei politici de asigurare permanenta a lichiditatilor necesare onorarii obligatiilor financiare scadente ;
- **riscul valutar** – societatea este expusa riscului fluctuatiilor cursului de schimb valutar datorita incasarilor in valuta, imprumuturilor in valuta sau datoriilor comerciale in valuta ;
- **riscul de dobanda** – poate fi influentat de componenta variabila a ratei dobanzii, respectiv de evolutia indicilor EURIBOR si ROBOR.
- **riscul de creditare** – poate fi generat de creantele din activitatea de baza, din acest motiv s-a urmarit diversificarea pietelor de desfacere si a clientilor, stabilirea unei limite de creditare pentru fiecare client si un termen de plata prin care sa se evite un eventual blocaj financiar;

- **riscul de preț** – este greu de controlat datorita cresterii continue a preturilor la materii prime, indeosebi la busteni, la materiale, a salariului minim pe economie impus de politica financiara a statului. Pentru a remedia efectele negative ale acestora suntem nevoiti sa majoram preturile de vanzare a produselor fabricate si/sau sa crestem volumul cifrei de afaceri cu clientii existenti, sa incercam plafonarea preturilor furnizorilor daca este posibil.
- **riscuri de natura legislativa** – sunt riscuri care nu pot fi prevazute , iar impactul lor este foarte greu de combatut. Rezultatele financiare au de suferit de pe urma instabilitatii legislative din Romania, consecintele acesteia fiind scaderea cererii de produse sau chiar renuntarea din partea unor clienti la produsele noastre. Costurile suplimentare care sunt generate de aceste masuri fiscale, care au un ritm alert, nu pot fi acoperite de majorarile preturilor de vanzare, iar eforturile societatii pentru gasirea de solutii sunt din ce in ce mai anevoioase .

**Elemente de perspectiva privind activitatea societatii comerciale**

**a)** Lichiditatea societatii poate fi afectata de :
- fluctuatia cursului valutar, acesta avand influenta atat asupra incasarilor din export, cat si asupra imprumuturilor contractate in valuta ;
- incidentele de plata si neincasarea creantelor datorita intrarii in insolventa a clientilor ;
- lipsa comenzilor ;
- politica fiscala a statului ;
- cresterea necontrolabila a preturilor la materia prima lemnoasa.

**b)** In exercitiul financiar 2018 societatea a realizat investitii in valoare totala de 546.621 lei efectuate in vederea extinderii capacitatilor de productie, pentru diversificarea productiei de elemente mulate, reducerea consumurilor specifice. Valoarea investitiilor realizate in anul 2017 a fost in suma de 574.949 lei.

**c)** Veniturile din activitatea de baza sunt direct influentate de urmatorii factori : cresterea preturilor la materii prime, in special la busteni, cresterea salariului minim pe economie, cererea de pe piata, nivelul si dinamica preturilor de vanzare, politica fiscala a statului.

## 2.   **Active corporale ale societatii comerciale**

**2.1.** Activele si capacitatile de productie aflate in proprietatea societatii sunt amplasate in Sighetu Marmatiei, str.Unirii nr.40.
Societatea mai are in proprietate constructii si terenuri situate in judetul Satu Mare, sat Nisipeni.

Barcode:3875858-05 A-570-106 INV - Investigation  -

Structura imobilizarilor corporale la 31.12.2018 a fost  urmatoarea :
- Terenuri, amenajari                                                     417.309 lei
- Constructii                                                              8.460.107 lei
- Echipamente tehnologice                                   13.172.817 lei
- Aparate si instalatii de masurare, control             280.474 lei
- Mijloace de transport                                           3.624.423 lei
- Mobilier, aparatura  birotica                                   307.067 lei
- Avansuri si imobilizari corporale in curs de executie    1.224.800 lei

Productia se desfasoara  in doua sectii de activitate, in sectia placaj si in sectia mulate, ambele fiind supuse unui regim de intretinere si dezvoltare continua.
Echipamentele de productie sunt exploatate corespunzator si intretinute permanent, astfel incat sa se asigure o functionare corespunzatoare a lor.

**2.2. Gradul de uzura** scriptica  al activelor corporale pe grupe de imobilizari la
31.12.2018 se prezinta astfel :
- constructii                          22,18%
- instalatii, mijloace transport    72,87%
- alte imobilizari corporale        71,11%

Pentru a beneficia de o durata de functionare cat mai lunga a echipamentelor tehnologice si a mijloacelor de transport, se asigura exploatarea si intretinerea lor corecta, executarea reparatiilor la timp, prin operatii de control si revizii, care sa permita depistarea din timp a eventualelor defectiuni.

**2.3.** Societatea nu are niciun fel de probleme privind dreptul de proprietate asupra
imobilizarilor corporale sau asupra terenurilor din patrimoniu.

**3. Piata valorilor mobiliare emise de societatea comerciala**

**3.1.** Valorile mobiliare emise de societatea Sigstrat S.A. sunt tranzactionate pe BVB - AeRO. Numarul detinatorilor de actiuni ale societatii este de 5.037 , din care actionari persoane fizice 5.023 si juridice 14. Ponderea detinerii capitalului social este urmatoarea : persoane fizice 34,86 %, persoane juridice 12,86 %, Asociatia SIGSTRAT PAS 52,28 %.

**3.2.** Societatea  a inregistrat profit atat in anul 2016, cat si in anul 2017, profit care a fost repartizat conform hotararii AGA la surse proprii de finantare. Din profitul contabil al anului 2018 a fost calculat si repartizat 5% pentru cresterea rezervei legale, respectiv suma de 23.688,68 lei, urmand ca AGA sa stabileasca modul de repartizare a profitului ramas.

**3.3.** Societatea nu a rascumparat actiuni proprii in cursul anului 2018.

Barcode:3875858-05 A-570-106 INV - Investigation  -

**3.4.** Societatea nu are filiale.

**3.5.** Societatea nu a emis obligatiuni sau alte titluri de creanta.

## 4. Conducerea societatii comerciale

### 4.1. Prezentarea administratorilor societatii comerciale

**a) Lista administratorilor :**
    1. ing.Kertesz Stefan, nascut la 10.07.1949, de profesie inginer, angajat din 1972 ca inginer in cadrul CPL-ului Sighetu Marmatiei. Din 1976 este sef de sectie PAL, iar din 1992 si pana in prezent, director general al S.C. Sigstrat S.A. Sighetu Marmatiei, administrator - Presedinte CA.
    2. ec.Tivadar Stefan – nascut la 24.12.1966, de profesie economist, angajat din 1985 pana in 2001 in diferite functii, din 2001 pana in octombrie 2008 sef serviciu administrativ - protocol, din octombrie 2008  administrator - secretar CA, vicepresedinte CA.
    3. ing.Gavris Mircea – nascut la 25.06.1948, de profesie inginer, din 28.04.2009 administrator - membru CA.
    4. ec.Petrovan Sorin – nascut la 12.10.1977, de profesie economist, angajat din 2004  pana in 2012 in cadrul serviciului aprovizionare, din noiembrie 2012  administrator - membru CA.
    5. ec.Tiran Florin – nascut la data de 19.04.1982, de profesie inginer, angajat din 2009 pana 2011 SC Ecocenter Serv SRL, din 2011 pana in 2016 in cadrul s serviciului mecano - energetic la SC Sigstrat SA, din mai 2016 administrator - membru CA.

    **b)** Nu exista niciun acord, intelegere sau legatura de familie pentru care ar fi fost numita vreo persoana ca administrator.

    **c)** Numarul de actiuni detinute nominal de catre administratorii societatii :
    – ing.Kertesz Stefan                              2.598.687 actiuni
    – ec.Tivadar Stefan                                  14.956 actiuni
    – ec.Petrovan Sorin                                    1.550 actiuni
    – ing.Tiran Florin                                          500 actiuni
    – ing.Gavris Mircea                                      560 actiuni

Majoritatea administratorilor detin actiuni in cadrul Asociatiei Sigstrat PAS.

    **d)** Nu sunt persoane afiliate SC SIGSTRAT SA.

Barcode:3875858-05 A-570-106 INV - Investigation -

**4.2. Prezentarea conducerii executive a societatii :**

1. ing.Kertesz Stefan, director general, avand incheiat contract de management pana la data de 02.05.2020.

2. ing.Ilicsuk Adalbert, director tehnic, avand incheiat contract de management pana la data de 02.05.2020. Numarul de actiuni detinute este de 1.680, adica 0,007226%.

3. ec.Tivadar Stefan, director comercial, avand incheiat contract de management pana la data de 02.05.2020.

4. ing.Kokenyesdi Mihai, director de productie pana in data data de 01.03.2018. Numarul de actiuni detinute este de 840, adica 0,003613%.

5. ec.Mujdar Erika, director economic, avand incheiat contract de management pana la data 02.05.2020. Numarul de actiuni detinute este de 1.680, adica 0,007226%.

Nu exista niciun acord, intelegere sau legatura de familie pentru care ar fi fost numita vreo persoana ca membru al conducerii executive.

Nici membrii consiliului de administratie si nici membrii conducerii executive a societatii nu au avut litigii si nici proceduri administrative privind activitatea lor in cadrul SC SIGSTRAT SA.

**5. Situatia financiar – contabila**
**a) Elemente de bilant**

| Denumirea indicatorului | Sold la | | |
|---|---|---|---|
| | 31.12.2016 | 31.12.2017 | 31.12.2018 |
| I.Active imobilizate – total | 15.702.433 | 14.345.045 | 13.118.130 |
| 1.Imobilizari necorporale | 169.099 | 169.895 | 164.002 |
| 2.Imobilizari corporale | 15.516.375 | 14.160.536 | 12.940.772 |
| - Terenuri si constructii | 7.488.763 | 7.267.405 | 6.993.320 |
| - Instalatii tehnice si masini | 6.395.380 | 5.553.017 | 4.633.929 |
| - Alte instalatii, utilaje | 121.741 | 106.764 | 88.723 |
| - Avansuri si imobilizari corporale in curs de executie | 1.510.491 | 1.233.350 | 1.224.800 |
| 3.Imobilizari financiare | 16.959 | 14.614 | 13.356 |
| II.Active circulante – total | 15.422.681 | 14.055.621 | 14.875.608 |
| 1.Stocuri | 8.848.378 | 7.293.513 | 8.178.249 |
| 2.Creante | 5.419.600 | 5.262.049 | 5.560.695 |
| 3.Casa si conturi la banci | 1.154.703 | 1.500.059 | 1.136.664 |
| III.Cheltuieli in avans | 58.292 | 57.908 | 106.682 |
| TOTAL ACTIV | 31.183.406 | 28.458.574 | 28.100.420 |
| IV.Datorii : sumele care trebuie platite intr-o perioada de pana la un an | 9.647.180 | 7.760.046 | 7.461.386 |

| | | | |
|---|---|---|---|
| V.Datorii : sume care trebuie platite intr-o perioada mai mare de un an | 1.176.816 | 420.375 | - |
| VI.Provizioane | 140.000 | - | - |
| VII.Subventii pentru investitii | - | - | - |
| VIII.Capital si rezerve | 17.845.425 | 20.262.498 | 20.141.867 |
| Actiuni proprii | - | - | - |
| Pierderi legate de instrumentele de capitalui proprii | 65.117 | 65.117 | 65.117 |
| IX. Profit reportat | 749.556 | 27.362 | 225.090 |
| X.Profitul exercitiului financiar | 1.792.528 | 58.744 | 360.883 |
| XI. Repartizarea profitului | 102.982 | 5.334 | 23.689 |
| TOTAL PASIV | 31.183.406 | 28.458.574 | 28.100.420 |

**Elemente de activ care depasesc 10% din total active sunt :**

| Denumire indicator | Valoare la 31.12.2016 | Pondere in total active | Valoare la 31.12.2017 | Pondere in total active | Valoare la 31.12.2018 | Pondere in total active |
|---|---|---|---|---|---|---|
| Imobilizari corporale | 15.516.375 | 49,76% | 14.160.536 | 49,76% | 12.940.772 | 46,05 |
| Stocuri | 8.848.378 | 28,38% | 7.293.513 | 25,63% | 8.178.249 | 29,10 |
| Creante | 5.419.600 | 17,38% | 5.262.049 | 18,49% | 5.560.695 | 19,79 |

Din analiza elementelor de bilant se constata urmatoarele:
- imobilizarile corporale s-au diminuat cu 8,61% in anul 2018 comparativ cu anul 2017, datorita vanzarii unor active;
- stocurile au crescut cu 12,13% fata de anul 2017, respectiv de la 7.293.513 lei la 8.178.249 lei;
- creantele au crescut comparativ cu anul 2017, reprezentand 19,79% din total active in anul 2018, in timp ce in anul 2017 au reprezentat 18,49%.

Casa si conturile la banci la sfarsitul exercitiului financiar 2018 au fost in valoare de 1.136.664 lei.

In anul 2018 valoarea activelor curente a fost in suma de 14.875.608 lei, in timp ce in anul 2017 se cifrau la suma de 14.055.621 lei, cresterea lor fiind influentata de valoarea stocurilor.

Total pasive curente in anul 2018 au fost in valoare de 7.461.386 lei, in timp ce in anul 2017 au fost in suma de 7.760.046 lei.

In cursul anului 2018 capitalul social nu a suferit modificari. La data de 31.12.2018, capitalul social subscris si varsat a fost in valoare de 2.325.077 lei, reprezentat de 23.250.770 actiuni, cu valoare nominala de 0,1 lei/actiune.

Rezervele au inregistrat o crestere ca urmare a repartizarii profitului net al anului 2017 la surse proprii de finantare, conform hotararii AGA. Rezervele din reevaluare s-au diminuat datorita scoaterii din evidenta a unei cladiri reevaluate, in urma vanzarii acesteia.

La sfarsitul anului 2018 s-a majorat rezerva legala cu suma de 23.688,68 lei, prin aplicarea unui procent de 5% asupra profitului brut contabil, conform reglementarilor legislative in vigoare.

**b) Contul de profit si pierdere**

| INDICATORI | EXERCITIUL FINANCIAR | | |
|---|---|---|---|
| | 2016 | 2017 | 2018 |
| 1.Venituri din exploatare – total, din care: | 41.827.773 | 34.526.026 | 37.172.860 |
| - Cifra de afaceri neta | 32.768.096 | 28.835.201 | 27.093.475 |
| 2.Cheltuieli de exploatare – total, din care : | 39.505.981 | 34.069.239 | 36.534.467 |
| - Cheltuieli cu materii prime si materiale | 18.661.096 | 15.891.758 | 18.689.846 |
| - Cheltuieli cu personalul | 13.156.346 | 12.492.778 | 12.458.240 |
| - Cheltuieli cu energia | 1.707.117 | 1.451.981 | 1.534.472 |
| - Cheltuieli privind amortizarea | 1.980.076 | 1.863.557 | 1.587.412 |
| - Ajustari privind activele circulante | - | - | 49.497 |
| - Ajustari privind provizioanele | - | -140.000 | - |
| - Alte cheltuieli de exploatare | 4.001.346 | 2.509.165 | 2.313.994 |
| 3. Profitul din exploatare | 2.321.792 | 456.787 | 638.393 |
| 4.Venituri financiare | 470.653 | 234.248 | 193.991 |
| 5.Cheltuieli financiare | 732.797 | 584.361 | 358.610 |
| 6.Pierderea financiara | 262.144 | 350.113 | 164.619 |
| 7.Venituri totale | 42.298.426 | 34.760.274 | 37.366.851 |
| 8.Cheltuieli totale | 40.238.778 | 34.653.600 | 36.893.077 |
| 9.Profitul sau pierderea brut(a) | 2.059.648 | 106.674 | 473.774 |
| 10.Impozitul pe profit | 267.120 | 47.930 | 112.891 |
| 11.Profitul sau pierderea net(a) | 1.792.528 | 58.744 | 360.883 |

Barcode:3875858-05 A-570-106 INV - Investigation -

In anul 2018 cifra de afaceri realizata a fost in suma de 27.093.475 lei, cu 1.741.726 lei mai putin decat cea inregistrata in anul 2017. Veniturile obtinute din activitatea de baza au contribuit in proportie de 94,46 % la realizarea cifrei de afaceri.

Societatea a inregistrat in anul 2018 un rezultat net de 360.883 lei fata de 58.744 lei realizat in anul 2017.

**Cheltuielile cu o pondere de cel putin 20% din cifra de afaceri sunt :**

| Denumire indicator | Valoare la 31.12.2016 | Pondere in cifra de afaceri | Valoare la 31.12.2017 | Pondere in cifra de afaceri | Valoare la 31.12.2018 | Pondere in cifra de afaceri |
|---|---|---|---|---|---|---|
| Cheltuieli cu materii prime si materiale | 18.661.096 | 56,95% | 15.891.758 | 55,11% | 18.689.846 | 68,98% |
| Cheltuieli cu personalul | 13.156.346 | 40,15% | 12.492.778 | 43,32% | 12.458.240 | 45,98% |

Nu au fost constituite provizioane in anul 2018.

In anul 2018 nu a fost oprit niciun segment de activitate si nici nu se preconizeaza a se efectua in urmatorul an.

Nu au fost acordate dividende, profitul anilor 2016 si 2017 a fost repartizat la surse proprii de finantare.

**c) Fluxul de trezorerie**

| INDICATORI | 31.12.2016 | 31.12.2017 | 31.12.2018 |
|---|---|---|---|
| Fluxul de numerar din activitatea de exploatare | 4.601.465 | 4.418.894 | 105.025 |
| Fluxul de numerar din activitatea de investitii | -1.531.480 | -444.652 | -63.221 |
| Fluxul de numerar din activitatea financiara | -2.226.501 | -3.628.886 | -405.199 |
| Disponibilitati banesti la inceputul perioadei | 311.219 | 1.154.703 | 1.500.059 |
| Flux de numerar net | 843.484 | 345.356 | -363.395 |

| Disponibiliati banesti la sfarsitul perioadei | 1.154.703 | 1.500.059 | 1.136.664 |
|---|---|---|---|

Fluxul de numerar din activitatea de exploatare reprezinta intrarile si iesirile de numerar care provin din activitatile principale ale societatii. Fiind pozitiv    inseamna ca din exploatare se degaja suficienta trezorerie pentru a face fata nevoilor de finantare.

Fluxul de numerar provenit din activitatea de investitii apreciaza efortul investitional a societatii si include banii investiti in imobilizari corporale si necorporale.

Fluxul de numerar din activitatea financiara este negativ, datorandu-se platilor determinate de rambursarea creditelor angajate in anii precedenti.

**Semnaturi**

**Presedinte CA - director general,**
**ing.Kertesz Stefan**

**Director economic,**
**ec.Mujdar Erika**

Barcode:3875858-05 A-570-106 INV - Investigation  -

# R A P O R T UL

## AUDITORULUI INDEPENDENT

## PENTRU SITUATIILE FINANCIARE

## LA 31 DECEMBRIE 2018

## INTOCMIT LA SOCIETATEA COMERCIALA

## SIGSTRAT S.A.

SIGHETU MARMATIEI
Str.Unirii, Nr 40
R.C. J24/13/1993

C.I.F. RO  2954386

**AUDITOR FINANCIAR**
**S.C. GDV AUDIT CONSULT  S.R.L.**
**CAMERA AUDITORILOR FINANCIARI DIN ROMANIA**
**AUTORIZATIE nr.481/2004**

Barcode:3875858-05 A-570-106 INV - Investigation  -

## GDV AUDIT CONSULT SRL

Bucuresti Sector 2 Sos. Mihai Bravu nr.172 bl.230 sc.1 et.3 ap.9 - Tel/Fax 021.322.88.42/ tel
031.804.33.67 RC J40/9297/2003 – CIF RO 15574257 - Capital social 2.000 Lei - Cont
Bancar BCR SECTOR 3 IBAN RO71RNCB0074029234840001 - Auditor Financiar
Autorizatie Camera Auditorilor Financiari din Romania nr.481/2004

---

### RAPORTUL AUDITORULUI INDEPENDENT

Catre
ACTIONARII SOCIETATII  SIGSTRAT SA

*Opinie*

1. Am auditat situațiile financiare individuale anexate ale societății SIGSTRAT SA
   (**"Societatea"**), cu sediul social în Sighetu Marmatiei,Judet Maramures,Str Unirii,Nr
   40, identificata prin codul unic de înregistrare fiscală 2954386, care cuprind bilanțul la
   data de 31 decembrie 2018, contul de profit și pierdere, situația  modificarilor
   capitalului propriu si situatia fluxurilor de trezorerie pentru exercitiul financiar
   incheiat la aceasta data, precum si un sumar al politicilor contabile semnificative si
   notele explicative.

2. Situatiile financiare individuale la 31 decembrie 2018 se identifica astfel:

   - Total capitaluri proprii:                                    20.639.034  lei
   - Profitul net al exercitiului financiar:                        360.883  lei


3. In opinia noastra, situatiile financiare individuale anexate ofera o imagine fidela a
   pozitiei financiare a Societatii la data de 31 decembrie 2018 precum si a performantei
   financiare si a fluxurilor de trezorerie pentru exercitiul financiar incheiat la aceasta
   data,  in conformitate cu OMFP nr. 1802/2014 pentru aprobarea Reglementarilor
   contabile privind situatiile financiare anuale individuale si situatiile financiare anuale
   consolidate, cu modificarile ulterioare ("OMFP nr. 1802/2014").

**Baza pentru opinie**

4. Am desfasurat auditul nostru  in conformitate cu Standardele Internationale de Audit
   ("ISA") si Legea nr.162/2017 ("Legea"). Responsabilitatile noastre in baza acestor
   standarde sunt descrise detaliat in sectiunea "Responsabilitatile auditorului intr-un
   audit al situatiilor financiare" din raportul nostru. Suntem independenti fata de
   Societate, conform Codului Etic al Profesionistilor Contabili emis de Consiliul pentru
   Standarde Internationale de Etica pentru Contabili (codul IESBA), conform cerintelor
   etice care sunt relevante pentru auditul situatiilor financiare in Romania, inclusiv
   Legea, si ne-am indeplinit responsabilitatile etice conform acestor cerinte si conform
   Codului IESBA. Credem ca probele de audit pe care le-am obtinut sunt suficiente si
   adecvate pentru a furniza o baza pentru opinia noastra.

1

Barcode:3875858-05 A-570-106 INV - Investigation  -

### Alte informatii-Raportul administratorilor

5. Administratorii sunt responsabili pentru întocmirea si prezentarea altor informatii. Acele alte informatii cuprind Raportul administratorilor, dar nu cuprind situatiile financiare si raportul auditorului cu privire la acestea și nici declarația nefinanciară.

Opinia noastra cu privire la situatiile financiare nu acopera si aceste alte informatii si cu exceptia cazului in care se mentioneaza explicit in raportul nostru, nu exprimam nici un fel de concluzie de asigurare cu privire la acestea.

In legătura cu auditul situatiilor financiare pentru exercitiul financiar încheiat la 31 decembrie 2018, responsabilitatea noastră este sa citim acele alte informatii si, in acest demers, sa apreciem daca acele alte informatii sunt semnificativ inconsecvente cu situatiile financiare, sau cu cunostintele pe care noi le-am obtinut in timpul auditului, sau daca ele par a fi denaturate semnificativ.

In ceea ce priveste Raportul administratorilor, am citit si raportam daca acesta a fost intocmit, in toate aspectele semnificative, in conformitate cu OMFP nr. 1802/2014 punctele 489-492 .

In baza exclusiv a activitatilor care trebuie desfasurate in cursul auditului situatiilor financiare, in opinia noastra:

a) Informatiile prezentate in Raportul administratorilor pentru exercitiul financiar pentru care au fost intocmite situatiile financiare sunt in concordanta, in toate aspectele semnificative, cu situatiile financiare;

b) Raportul administratorilor a fost intocmit, in toate aspectele semnificative, in conformitate cu OMFP nr. 1802/2014 punctele 489-492 .

In plus, in baza cunostintelor si intelegerii noastre cu privire la Societate si la mediul acesteia, dobandite in cursul auditului situatiilor financiare pentru exercitiul financiar incheiat la data de 31 decembrie 2018, ni se cere sa raportam daca am identificat denaturari semnificative in Raportul administratorilor. Nu avem nimic de raportat cu privire la acest aspect.

### Responsabilitatile conducerii si ale persoanelor responsabile cu guvernanta pentru situatiile financiare

6. Conducerea Societatii este responsabila pentru intocmirea situatiilor financiare care sa ofere o imagine fidela in conformitate cu OMFP nr. 1802/2014 si pentru acel control intern pe care conducerea il considera necesar pentru a permite intocmirea de situatii financiare lipsite de denaturari semnificative, cauzate fie de frauda, fie de eroare.

7. In intocmirea situatiilor financiare, conducerea este responsabila pentru evaluarea capacitatii Societatii de a-si continua activitatea, pentru prezentarea, daca este cazul, a aspectelor referitoare la continuitatea activitatii si pentru utilizarea contabilitatii pe baza continuitatii activitatii, cu exceptia cazului in care conducerea fie intentioneaza

2

Barcode:3875858-05 A-570-106 INV - Investigation -

sa lichideze Societatea sau sa opreasca operatiunile, fie nu are nicio alta alternativa realista in afara acestora.

8. Persoanele responsabile cu guvernanta sunt responsabile pentru supravegherea procesului de raportare financiara al Societatii.

***Responsabilitatile auditorului intr-un audit al situatiilor financiare***

9. Obiectivele noastre constau in obtinerea unei asigurari rezonabile privind masura in care situatiile financiare, in ansamblu, sunt lipsite de denaturari semnificative, cauzate fie de frauda, fie de eroare, precum si in emiterea unui raport al auditorului care include opinia noastra. Asigurarea rezonabila reprezinta un nivel ridicat de asigurare, dar nu este o garantie a faptului ca un audit desfasurat in conformitate cu ISA va detecta intotdeauna o denaturare semnificativa, daca aceasta exista. Denaturarile pot fi cauzate fie de frauda, fie de eroare si sunt considerate semnificative daca se poate preconiza, in mod rezonabil, ca acestea, individual sau cumulat, vor influenta deciziile economice ale utilizatorilor, luate in baza acestor situatii financiare.

10. Ca parte a unui audit in conformitate cu ISA, exercitam rationamentul profesional si mentinem scepticismul profesional pe parcursul auditului. De asemenea:

- Identificam si evaluam riscurile de denaturare semnificativa a situatiilor financiare, cauzate fie de frauda, fie de eroare, proiectam si executam proceduri de audit ca raspuns la respectivele riscuri si obtinem probe de audit suficiente si adecvate pentru a furniza o baza pentru opinia noastra. Riscul de nedetectare a unei denaturari semnificative cauzate de frauda este mai ridicat decat cel de nedetectare a unei denaturari semnificative cauzate de eroare, deoarece frauda poate presupune intelegeri secrete, fals, omisiuni intentionate, declaratii false si evitarea controlului intern.

- Intelegem controlul intern relevant pentru audit, in vederea proiectarii de proceduri de audit adecvate circumstantelor, dar fara a avea scopul de a exprima o opinie asupra eficacitatii controlului intern al Societatii.

- Evaluam gradul de adecvare a politicilor contabile utilizate si caracterul rezonabil al estimarilor contabile si al prezentarilor aferente de informatii realizate de catre conducere.

- Formulam o concluzie cu privire la gradul de adecvare a utilizarii de catre conducere a contabilitatii pe baza continuitatii activitatii si determinam, pe baza probelor de audit obtinute, daca exista o incertitudine semnificativa cu privire la evenimente sau conditii care ar putea genera indoieli semnificative privind capacitatea Societatii de a-si continua activitatea. In cazul in care concluzionam ca exista o incertitudine semnificativa, trebuie sa atragem atentia in raportul auditorului asupra prezentarilor aferente din situatiile financiare sau, in cazul în care aceste prezentari sunt neadecvate, sa ne modificam opinia. Concluziile noastre se bazeaza pe probele de audit obtinute pana la data raportului auditorului. Cu toate acestea, evenimente sau conditii viitoare pot determina Societatea sa nu isi mai desfasoare activitatea in baza principiului continuitatii activitatii.

3

Barcode:3875858-05 A-570-106 INV - Investigation -

- Evaluam prezentarea, structura si continutul situatiilor financiare, inclusiv al prezentarilor de informatii, si masura in care situatiile financiare reflecta tranzactiile si evenimentele care stau la baza acestora intr-o maniera care sa rezulte intr-o prezentare fidela.

11. Comunicam persoanelor responsabile cu guvernanta, printre alte aspecte, aria planificata si programarea in timp a auditului, precum si principalele constatari ale auditului, inclusiv orice deficiente semnificative ale controlului intern, pe care le identificam pe parcursul auditului.

28.03.2019

*In numele societatii*

*GDV AUDIT CONSULT SRL*

*Membra CAFR (Nr. 481/2004)*

*OLIVIU TRAISTARU*

*Membru CAFR ( Nr. 452/2001)*



4

Barcode:3875858-05 A-570-106 INV - Investigation  -

S.C. SIGSTRAT S.A.

# SOCIETATEA COMERCIALA SIGSTRAT SA.

## SITUATIILE FINANCIARE
## PENTRU EXERCITIUL FINANCIAR 01.01 – 31.12.2018

Intocmite in conformitate cu Legea 82/1991 si
OMFP nr. 1802/2014 cu modificarile si completarile ulterioare

S.C GDV AUDIT CONSULT S.R.L.                          AUDIT EXTERN

Barcode:3875858-05 A-570-106 INV - Investigation  -

S.C. SIGSTRAT SA

# CUPRINS

**Pagina**

RAPORTUL AUDITORULUI INDEPENDENT

SITUATIILE FINANCIARE

Bilantul                                                    7

Contul de profit si pierdere                               9

Situatia modificarilor capitalurilor proprii              11

Situatia fluxurilor de trezorerie                         12

Note anexe la situatiile financiare                    14-23

Notele de la paginile 11la 23 fac parte integranta din situatiile financiare prezentate in paginile     6
de la 7 la 10.

S.C. SIGSTRAT SA

*BILANT CONTABIL LA  31.12.2018(exprimat in  Lei)*

| DENUMIRE INDICATOR | 31-dec-2018 | 1-ian-2018 |
|---|---|---|
| Concesiuni, brevete, licente, marci, drepturi si valori similare imob.necorp. | 164.002 | 169.895 |
| TOTAL IMOBILIZARI NECORPORALE | 164.002 | 169.895 |
| Terenuri si constructii | 6.993.320 | 7.267.405 |
| Instalatii tehnice si masini | 4.633.929 | 5.553.017 |
| Alte instalatii, utilaje si mobilier | 88.723 | 106.764 |
| imobilizari corporale in curs de executie | 1.170.528 | 1.179.078 |
| Avansuri | 54.272 | 54.272 |
| TOTAL IMOBILIZARI CORPORALE | 12.940.772 | 14.160.536 |
| Alte imprumuturi | 13.356 | 14.614 |
| TOTAL IMOBILIZARI FINANCIARE | 13.356 | 14.614 |
| **ACTIVE IMOBILIZATE - TOTAL** | **13.118.130** | **14.345.045** |
| Materii prime si materiale consumabile | 2.680.300 | 2.236.808 |
| Productie in curs de executie | 1.188.774 | 961.327 |
| Produse finite si marfuri | 3.843.275 | 3.664.861 |
| Avansuri pentru cumparari de stocuri | 465.900 | 430.517 |
| **TOTAL STOCURI** | **8.178.249** | **7.293.513** |
| Creante comerciale | 5.235.446 | 4.990.592 |
| Alte creante | 325.249 | 271.457 |
| **TOTAL CREANTE** | **5.560.695** | **5.262.049** |
| Casa si conturi la banci | 1.136.664 | 1.500.059 |
| **ACTIVE CIRCULANTE - TOTAL** | **14.875.608** | **14.055.621** |
| CHELTUIELI IN AVANS-sume de reluat intr-o perioada de pana la un an | 106.682 | 57.908 |
| Sume datorate institutiilor de credit | 2.594.968 | 2.579.792 |
| Avansuri incasate in contul comenzilor | 1.611.087 | 1.648.872 |
| Datorii comerciale | 2.086.228 | 2.442.901 |
| Alte datorii, inclusiv datorii fiscale si alte datorii pt.asigurarile sociale | 1.169.103 | 1.088.481 |
| **TOTAL DATORII CE TREBUIE PLATITE INTR-O PERIOADA DE UN AN** | **7.461.386** | **7.760.046** |
| ALTE ACTIVE CIRCULANTE, RESPECTIV DATORII CURENTE NETE | 7.520.904 | 6.353.483 |
| **TOTAL ACTIVE MINUS DATORII CURENTE** | **20.639.034** | **20.698.528** |
| Sume datorate institutiilor de credit | - | 420.375 |
| **TOTAL DATORII CE TREBUIE PLATITE INTR-O PERIOADA MAI MARE DE UN AN** | **-** | **420.375** |

Notele de la paginile 11la 23 fac parte integranta din situatiile financiare prezentate in paginile de la 7 la 10.

7

Barcode:3875858-05 A-570-106 INV - Investigation -

S.C SIGSTRAT SA

| | | |
|---|---|---|
| Capital din care: | 2.325.077 | 2.325.077 |
| Capital subscris varsat | 2.325.077 | 2.325.077 |
| Rezerve din reevaluare | 4.176.106 | 4.401.197 |
| **Rezerve** | **13.640.684** | **13.536.224** |
| Rezerve legale | 435.584 | 411.896 |
| Alte rezerve | 13.205.100 | 13.124.328 |
| Pierderi legate de instrumentle de capitaluri proprii | 65.117 | 65.117 |
| REZULTATUL REPORTAT          Profitul nerepartizat | 225.090 | 27.362 |
| **REZULTATUL EXERCITIULUI**   Profit | **360.883** | **58.744** |
| Repartizarea profitului | 23.689 | 5.334 |
| **CAPITALURI PROPRII - TOTAL** | 20.639.034 | 20.278.153 |
| **CAPITALURI  - TOTAL** | **20.639.034** | **20.278.153** |

Notele de la paginile 11la 23 fac parte integranta din situatiile financiare prezentate in paginile de la 7 la 10.

8

Barcode:3875858-05 A-570-106 INV - Investigation -

S.C. SIGSTRAT SA

*CONTUL DE PROFIT SI PIERDERE*
*PENTRU EXERCITIUL FINANCIAR 01.01 – 31.12.2018(exprimat in Lei)*

| Denumirea indicatorului | 31.12.2018 | 31.12.2017 |
|---|---|---|
| **Cifra de afaceri neta** | **27.093.475** | **28.835.201** |
| Venituri din activitatea curenta | 26.928.966 | 28.729.957 |
| Venituri din vanzarea marfurilor | 165.885 | 105.244 |
| Reduceri comerciale acordate | 1.376 | - |
| Venituri aferente costului productiei in curs(sold creditor) | 7.589.460 | 3.511.935 |
| Venituri din productia de imobilizari necorporale si corporale | 308.107 | 319.851 |
| Alte venituri din exploatare | 2.181.818 | 1.859.039 |
| **VENITURI DIN EXPLOATARE - TOTAL** | **37.172.860** | **34.526.026** |
| Cheltuieli cu materiile prime si materialele consumabile | 18.581.300 | 15.791.056 |
| Alte cheltuieli materiale | 26.641 | 29.578 |
| Alte cheltuieli din afara (cu energie si apa) | 1.534.472 | 1.451.981 |
| Cheltuieli privind marfurile | 81.905 | 71.124 |
| **Cheltuieli cu personalul -total** | **12.458.240** | **12.492.778** |
| Salarii | 12.083.321 | 10.207.608 |
| Cheltuieli cu asigurarile si protectia sociala | 374.919 | 2.285.170 |
| *Ajustarea valorii imobilizarilor corporale si necorporale* | *1.587.412* | *1.863.557* |
| Cheltuieli | 1.587.412 | 1.863.557 |
| *Ajustarea valorii activelor circulante* | *-49.497* | - |
| Venituri | 49.497 | - |
| *Alte cheltuieli de exploatare* | *2.313.994* | *2.509.165* |
| Cheltuieli privind prestatiile externe | 1.852.500 | 2.113.680 |
| Cheltuieli cu alte impozite, taxe si varsaminte asimilate | 217.653 | 224.108 |
| Alte cheltuieli | 243.841 | 171.377 |
| *Ajustari privind provizioanele* | - | *-140.000* |
| Venituri | | 140.000 |
| **CHELTUIELI DE EXPLOATARE - TOTAL** | **36.534.467** | **34.069.239** |
| **REZULTATUL DIN EXPLOATARE Profit** | **638.393** | **456.787** |
| Venituri din dobanzi | 38 | 64 |
| Alte venituri financiare | 193.953 | 234.184 |
| **VENITURI FINANCIARE - TOTAL** | **193.991** | **234.248** |
| Cheltuieli privind dobanzile | 120.344 | 127.043 |
| Alte cheltuieli financiare | 238.266 | 457.318 |
| **CHELTUIELI FINANCIARE -TOTAL** | **358.610** | **584.361** |
| **REZULTATUL FINANCIAR Pierdere** | **164.619** | **350.113** |

Notele de la paginile 11la 23 fac parte integranta din situatiile financiare prezentate in paginile   9
de la 7 la 10.

Barcode:3875858-05 A-570-106 INV - Investigation  -

S.C. SIGSTRAT SA

| | | |
|---|---|---|
| *VENITURI TOTALE* | *37.366.851* | *34.760.274* |
| *CHELTUIELI TOTALE* | *36.893.077* | *34.653.600* |
| *REZULTATUL BRUT AL EXERCITIULUI     Profit* | *473.774* | *106.674* |
| Impozitul pe profit | 112.891 | 47.930 |
| *REZULTATUL NET AL EXERCITIULUI   Profit* | *360.883* | *58.744* |

Notele de la paginile 11la 23 fac parte integranta din situatiile financiare prezentate in paginile     10
de la 7 la 10.

Barcode:3875858-05 A-570-106 INV - Investigation -

S.C. SIGSTRAT SA

*SITUATIA MODIFICARILOR CAPITALULUI PROPRIU* PENTRU EXERCITIUL FINANCIAR
01.01 – 31.12.2018(exprimat in Lei)

| Denumirea elementului | Sold la inceputul exercitiului financiar 2018 | Cresteri | Reduceri | Sold la sfarsitul exercitiului financiar 2018 |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| Capital subscris | 2.325.077 | | | 2.325.077 |
| Rezerve din reevaluare | 4.401.197 | | 225.091 | 4.176.106 |
| Rezerve legale | 411.896 | 23.688 | | 435.584 |
| Alte rezerve | 13.124.328 | 80.772 | | 13.205.100 |
| Rezultat reportat reprezentand surplusul realizat din rezerve din reevaluare | 27.362 | 225.090 | 27.362 | 225.090 |
| Pierderi legate de instrumentele de capitaluri proprii | 65.117 | | | 65.117 |
| Profitul exercitiului financiar | 58.744 | 360.883 | 58.744 | 360.883 |
| Repartizarea profitului | 5.334 | 23689 | 5.334 | 23.689 |
| Total capitaluri proprii | 20.278.153 | 666.744 | 305.863 | 20.639.034 |

Notele de la paginile 11la 23 fac parte integranta din situatiile financiare prezentate in paginile     11
de la 7 la 10.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:33 PM, Submission Status: Approved

Barcode:3875858-05 A-570-106 INV - Investigation  -

S.C. SIGSTRAT SA

*SITUATIA FLUXURILOR DE TREZORERIE*
*PENTRU EXERCITIUL FINANCIAR 01.01 – 31.12.2018(exprimat in  Lei)*

| DENUMIREA  ELEMENTULUI | EXERCITIUL  FINANCIAR | |
|---|---|---|
| | Precedent | Curent |
| Cifra de afaceri | 28.835.201 | 27.093.475 |
| Productia stocata | 3.511.935 | 7.589.460 |
| Productia imobilizata | 319,851 | 308.107 |
| Alte venituri din exploatare | 1.859.039 | 2.181.818 |
| *Total venituri din exploatare* | **34.526.026** | **37.172.860** |
| Cheltuieli privind materiile prime, materialele consumabile si marfurile | 15.891.758 | 18.689.846 |
| Cheltuieli cu energia | 1.451.981 | 1.534.472 |
| Cheltuieli cu personalul | 12.492.778 | 12.458.240 |
| Amortizari | 1.863.557 | 1.587.412 |
| Alte cheltuieli de exploatare | 2.509.165 | 2.313.994 |
| Ajustari privind provizioanele | -140,000 | - |
| *Total cheltuieli din exploatare* | **34.069.239** | **36.534.467** |
| *Rezultatul din exploatare* | **456,787** | **638.393** |
| Venituri financiare | 234,248 | 193.991 |
| Cheltuieli financiare | 584,361 | 358.610 |
| *Rezultatul financiar* | **-350,113** | **-164.619** |
| *Rezultatul brut al exercitiului* | **106,674** | **473.774** |
| Impozit pe profit | 47,930 | 112.891 |
| *Rezultatul net al exercitiului* | **58,744** | **360.883** |
| *Flux de numerar* | | |
| + Profit | 58,744 | 360.883 |
| + Amortizare | 1.863.557 | 1.587.412 |
| - Variatia stocurilor | -1.554.865 | 884.736 |
| - Variatia creantelor | -157,551 | 298.646 |
| + Variatia furnizorilor si clientilor creditori | 977,340 | -394.458 |
| - Variatia altor elemente de activ | -1.932.720 | -1.527.762 |
| + Variatia altor pasive | -2.125.883 | -1.793.192 |
| *Flux de numerar din activitatea de exploatare (A)* | **4.418.894** | **105.025** |
| + Sume din vanzarea activelor si mijloacelor fixe | 130.297 | 286.400 |
| - Achizitii de imobilizari corporale | 255.098 | 41.514 |

Notele de la paginile 11la 23 fac parte integranta din situatiile financiare prezentate in paginile     12
de la 7 la 10.

Barcode:3875858-05 A-570-106 INV - Investigation  -

S.C. SIGSTRAT SA

| | | |
|---|---|---|
| - Cheltuieli pentru imobilizari corporale executate in regie proprie | 319.851 | 308.107 |
| *Flux de numerar din activitatea de investitii (B)* | **-444.652** | **-63.221** |
| + Variatia imprumuturilor | -3.628.886 | -405.199 |
| *Flux de numerar din activitatea financiara ( C )* | **-3.628.886** | **-405.199** |
| *Disponibilitati banesti la inceputul perioadei* | **1.154.703** | **1.500.059** |
| *Flux de numerar net     (A+B+C)* | **345,356** | **-363.395** |
| *Disponibilitati banesti la sfarsitul perioadei* | **1.500.059** | **1.136.664** |

Notele de la paginile 11la 23 fac parte integranta din situatiile financiare prezentate in paginile    13
de la 7 la 10.

Barcode:3875858-05 A-570-106 INV - Investigation -

S.C. SIGSTRAT SA

## NOTE LA SITUATIILE FINANCIARE
## PENTRU EXERCITIUL FINANCIAR 01.01 – 31.12.2018 ( Lei)

### 1. Prezentarea situatiilor financiare

Situatiile financiare ale S.C. SIGSTRAT S.A. pentru anul 2018 au fost intocmite in conformitate cu OMF 1802/2014 cu modificarile si completarile ulterioare.

Societatea efectuează înregistrările contabile în lei românești , în conformitate cu Reglementările Contabile și de Raportare ("RCR") emise de Ministerul Finanțelor Publice al Guvernului României.

### 2. Sinteza politicilor contabile semnificative aplicate

**Imobilizari corporale**

Imobilizările corporale sunt inițial înregistrate în contabilitate la cost istoric minus amortizarea cumulată.

Întreținerea și reparațiile mijloacelor fixe se trec pe cheltuieli la momentul efectuarii lor, iar îmbunătățirile aduse activelor, care cresc valoarea sau durata de viață a acestora, sunt capitalizate.

Activele imobilizate de natura obiectelor de inventar, inclusiv uneltele și sculele, sunt trecute pe cheltuieli în momentul achiziționării și nu sunt incluse în valoarea contabilă a imobilizărilor.

Elementele de imobilizări corporale care sunt casate sau cesionate sunt eliminate din bilanț împreună cu amortizarea cumulată corespunzătoare. Profitul sau pierderea rezultate dintr-o asemenea operațiune se determină ca diferență între suma obținută și valoarea contabilă netă și sunt incluse în profitul din exploatare al perioadei.

Modernizările semnificative sunt capitalizate dacă acestea extind durata de viață a activului sau dacă măresc semnificativ capacitatea de generare a unor beneficii economice de către acestea.
Terenurile sunt înregistrate la valoare dată de evaluare. Terenurile nu se amortizează deoarece se considera ca au o durata de viata indefinita.

Notele de la paginile 11la 23 fac parte integranta din situatiile financiare prezentate in paginile   14
de la 7 la 10.

Barcode:3875858-05 A-570-106 INV - Investigation -

S.C SIGSTRAT SA

## NOTE LA SITUATIILE FINANCIARE
## PENTRU EXERCITIUL FINANCIAR 01.01 – 31.12.2018 ( Lei)

### 2. Sinteza politicilor contabile semnificative aplicate – Continuare

Costul initial al mijloacelor fixe include pretul de cumparare, inclusiv taxele nerecuperabile generate de achizitionarea mijloacelor fixe si alte costuri direct atribuite aducerii activului in stare de functionare si la locul utilizarii acestuia.

Cheltuielile suportate dupa ce mijloacele fixe au fost puse in functiune, cum ar fi costurile cu reparatiile si intretinerea, sunt incluse in contul de profit si pierdere in perioada in care sunt angajate.

Amortizarea imobilizarilor corporale a fost calculata pe baza metodei liniare  în cursul anului 2018 de la momentul intrarii in functiune si pana la recuperarea integrala a valorii lor de intrare conform duratelor normale de functionare în conformitate cu normele legale in vigoare .

### Stocuri

Stocurile sunt înregistrate la cea mai mica valoare dintre cost şi valoarea neta realizabila. Costul produselor finite şi în curs de execuţie include materialele, forţa de muncă şi cheltuielile de producţie indirecte aferente. Valoarea netă realizabilă este preţul normal de vânzare mai puţin costurile de finalizare şi cheltuielile de vânzare.

### Creante

Creanţele sunt înregistrate la valoarea realizabila anticipata.  Fluxurile de numerar aferente creanţelor pe termen scurt nu sunt actualizate. Societatea a avut provizioane constituite pentru clienti incerti.

### Disponibilitati

Numerarul şi echivalentele de numerar sunt înregistrate în bilanţ la cost. Disponibilitatile cuprind casa, conturile curente si depozitele la banci. Pentru conversia in Lei a sumelor in devize, s-au utilizat cursurile de schimb valabile la 31.12.2018 comunicate de BNR.

Notele de la paginile 11la 23 fac parte integranta din situatiile financiare prezentate in paginile de la 7 la 10.    15

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:33 PM, Submission Status: Approved

S.C. SIGSTRAT SA

## NOTE LA SITUATIILE FINANCIARE
## PENTRU EXERCITIUL FINANCIAR 01.01 – 31.12.2018 ( Lei)

### 2. Sinteza politicilor contabile semnificative aplicate – Continuare

### Capital social

Capitalul social este prezentat la valoarea nominala.

### Imprumuturi

Societatea a utilizat surse atrase de la institutii de credit.

### Datorii

Datoriile sunt înregistrate la cost, care este valoarea justă a sumelor ce urmează a fi plătite pentru bunurile sau serviciile primite.

### Recunoasterea cheltuielilor si veniturilor

Veniturile sunt recunoscute daca este probabil ca beneficiile economice, asociate cu tranzactia respectiva vor intra in societate si marimea acestor beneficii poate fi determinata in mod credibil. Veniturile din vânzări sunt înregistrate în momentul în care bunurile sunt livrate la client la o valoare care nu include rabaturile comerciale sau discount-urile oferite.

Cheltuielile si veniturile sunt incluse in contul de profit si pierdere la data la care proprietatea legala asupra bunurilor se schimba. In contabilitate se inregistreaza valoarea totala a tranzactiei la data transferului proprietatii pentru bunurile in cauza.

### Cheltuieli financiare

Cheltuielile financiare sunt inregistrate in contul de profit si pierdere in momentul efectuarii, pe masura ce operatiunile sunt incheiate.

Notele de la paginile 11la 23 fac parte integranta din situatiile financiare prezentate in paginile    16
de la 7 la 10.

Barcode:3875858-05 A-570-106 INV - Investigation  -

S.C. SIGSTRAT SA

## NOTE LA SITUATIILE FINANCIARE
## PENTRU EXERCITIUL FINANCIAR 01.01 – 31.12.2018 ( Lei)

### 2. Sinteza politicilor contabile semnificative aplicate – Continuare

### Cifra de afaceri
Cifra de afaceri reprezintă sumele facturate terților, exclusiv TVA.
Cifra de afaceri este obținută ca urmare a activității din domeniul " Fabricarea de furnire si panouri din lemn" cod CAEN 1621.

### Impozitul pe profit
Societatea inregistreaza impozitul pe profit in conformitate cu situatiile financiare intocmite conform reglementarilor legislatiei romane.

### 3. Imobilizari corporale si necorporale
Imobilizarile corporale sunt inregistrate la valorile obtinute prin aplicarea prevederilor HG 1553/2003   , tratament contabil alternativ permis de OMFP 1802/2014, mai putin amortizarea cumulata, dupa cum urmeaza:

| Denumirea elementului de imobilizare | Sold la 01.01.2018 | Cumparari | Cresteri Productie proprie | Cedari, casari si alte reduceri | Sold la 31.12.2018 |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 6 | 7 |
| Imobilizari necorporale | 314.928 | 21.397 | - | - | 336.325 |
| Terenuri, amenajari terenuri | 426.869 | - | - | 9.560 | 417.309 |
| Constructii | 8.501.707 | 197.000 | - | 238.600 | 8.460.107 |
| Echipamente tehnologice | 12.821.008 | 12.864 | 339.085 | 140 | 13.172.817 |
| Aparate si instalatii de masurare, control si reglare | 282.815 | 3.399 | - | 5.740 | 280.474 |
| Mijloace de transport | 3.664.678 | - | - | 40.255 | 3.624.423 |
| Mobilier, aparatura birotica | 304.418 | 2.824 | - | 175 | 307.067 |
| Imobilizari corporale in curs de executie | 1.233.350 | 41.514 | 308.107 | 358.171 | 1.224.800 |
| Alte creante imobilizate | 14.614 | 2.000 | - | 3.258 | 13.356 |
| TOTAL | 27.564.387 | 280.998 | 647.192 | 655.899 | 27.836.678 |

Notele de la paginile 11la 23 fac parte integranta din situatiile financiare prezentate in paginile de la 7 la 10.                                                                                                    17

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:33 PM, Submission Status: Approved

Barcode:3875858-05 A-570-106 INV - Investigation  -

S.C. SIGSTRAT SA

## NOTE LA SITUATIILE FINANCIARE
## PENTRU EXERCITIUL FINANCIAR 01.01 – 31.12.2018 ( Lei)
### 3. Imobilizari corporale si necorporale(continuare)

Deprecieri

| Elemente de imobilizare | Sold la 01.01.2018 | Amortizare | Amortizare aferenta imobiliz. scoase din evid./reeval. | Amortizare la 31.12.2018 |
|---|---|---|---|---|
| Alte imobilizari | 145,033 | 27.290 | - | 172.323 |
| Constructii,amenajari terenuri | 1.661.171 | 264.822 | 41.897 | 1.884.096 |
| Instalatii tehnice si masini | 11.215.484 | 1.274.435 | 46.134 | 12.443785 |
| Alte instalatii, utilaje si mobilier | 197,654 | 20.865 | 175 | 218.344 |
| TOTAL | 13.219.342 | 1.587.412 | 88.206 | 14.718.548 |

### 4.Provizioane

| Denumirea provizionului | Sold la 01.01.2018 | Transferuri | | Sold la 31.12.2018 |
|---|---|---|---|---|
| | | in cont | din cont | |
| Provizioane pentru clienti neincasati | 584.346 | - | 49.497 | 534.849 |

### 5.Repartizarea profitului

| | |
|---|---|
| PROFIT BRUT | 473.774 |
| Impozit pe profit | 112.891 |
| PROFIT NET DE REPARTIZAT | 360.883 |
| Rezultat reportat reprezentand surplusul realizat din rezerve din reevaluare | 225.090 |
| Majorare rezerva legala datorata majorarii capitalului social | 23.689 |
| Rezerve pentru surse proprii de finantare | 562.284 |

Notele de la paginile 11la 23 fac parte integranta din situatiile financiare prezentate in paginile de la 7 la 10.

18

Barcode:3875858-05 A-570-106 INV - Investigation -

S.C. SIGSTRAT SA

## NOTE LA SITUATIILE FINANCIARE
## PENTRU EXERCITIUL FINANCIAR 01.01 – 31.12.2018( Lei)
### 6.Creante si datorii

| CREANTE | Sold la 31.12.2018 | Termen de lichiditate | |
|---|---|---|---|
| | | sub 1 an | peste 1 an |
| **Total, din care:** | 6.095.544 | 6.095.544 | |
| Clienti | 4.387.674 | 4.387.674 | |
| Clienti incerti | 1.188.934 | 1.188.934 | |
| Furnizori debitori | 193.687 | 193.687 | |
| Alte creante in legatura cu personalul | 31.427 | 31.427 | |
| Contributia angajator concedii | 241.775 | 241.775 | |
| Debitori diversi | 39.876 | 39.876 | |
| Alte Creante | 5.079 | 5.079 | |
| TVA neexigibil | 7.092 | 7.092 | |

| DATORII | Sold la 31.12.2018 | Termen de exigibilitate | | |
|---|---|---|---|---|
| | | sub 1 an | 1-5 ani | peste 5 ani |
| **Total, din care:** | 7.461.386 | 7.461.386 | | |
| Furnizori | 2.062.081 | 2.062.081 | | |
| Furnizori imobilizari | 24.147 | 24.147 | | |
| Clienti creditori | 1.611.087 | 1.611.087 | | |
| Contributii pt.asigurari sociale | 300.617 | 300.617 | | |
| Contributii somaj | 19.551 | 19.551 | | |
| Impozit salarii | 45.482 | 45.482 | | |
| Datorii cu personalul | 540.825 | 540.825 | | |
| Alte impozite si taxe | 7.653 | 7.653 | | |
| Linie credit in lei | 1.647.072 | 1.647.072 | | |
| Linie credit in valuta | 527.143 | 527.143 | | |
| Impozit pe profit | 112.891 | 112.891 | | |
| Credite bancare pe termen mediu | 420.753 | 420.753 | | |
| TVA de plata | 24.608 | 24.608 | | |
| Creditori diversi | 1.589 | 1.589 | | |
| Alte imprumuturi | 7.957 | 7.957 | | |
| Datorii fata de alti creditori | 107.930 | 107.930 | | |

Notele de la paginile 11la 23 fac parte integranta din situatiile financiare prezentate in paginile de la 7 la 10.   19

Barcode:3875858-05 A-570-106 INV - Investigation -

S.C. SIGSTRAT SA

## NOTE LA SITUATIILE FINANCIARE
## PENTRU EXERCITIUL FINANCIAR 01.01 – 31.12.2018( Lei

### 7.Analiza rezultatului din exploatare

| Nr. crt. | INDICATOR | EXERCITIUL PRECEDENT (2017) | EXERCITIUL CURENT (2018) |
|---|---|---|---|
| 1 | Cifra de afaceri neta + variatia stocurilor | 32.347.136 | 34.682.935 |
| 2 | Costul bunurilor vandute si al serviciilor prestate (3+4+5) | 27.626.962 | 30.703.287 |
| 3 | Cheltuielile activitatii de baza | 18.568.260 | 21.270.123 |
| 4 | Cheltuielile activitatilor auxiliare | 864.543 | 920.574 |
| 5 | Cheltuielile indirecte de productie | 8.194.159 | 8.512.590 |
| 6 | Rezultatul brut aferent cifrei de afaceri nete (1-2) | 4.720.174 | 3.979.648 |
| 7 | Cheltuielile de desfacere | 298.664 | 109.792 |
| 8 | Cheltuielile generale de administratie | 4.918.639 | 4.383.473 |
| 9 | Alte venituri din exploatare | 2.178.890 | 2.489.925 |
| 10 | Alte cheltuieli de exploatare | 1.224.974 | 1.337.915 |
| 11 | Rezultatul din exploatare (6-7-8+9-10) | 456.787 | 638.393 |

### 8.Capital social

La data de 31.12.2018, capitalul social subscris si varsat al SC SIGSTRAT SA este de 2.325.077 lei, reprezentat de 23.250.770 actiuni, cu valoare nominala de 0,1 lei/actiune.

Acţiunile sunt comune, nominative şi dematerializate.

Notele de la paginile 11la 23 fac parte integranta din situatiile financiare prezentate in paginile de la 7 la 10.

20

Barcode:3875858-05 A-570-106 INV - Investigation   -

S.C. SIGSTRAT SA

## NOTE LA SITUATIILE FINANCIARE
## PENTRU EXERCITIUL FINANCIAR 01.01 – 31.12.2018( Lei)
### 9.Indicatori economici

| Denumire indicator | Formula de calcul | U.M. | 31.12.2018 | 31.12.2017 |
|---|---|---|---|---|
| Cifra de afaceri | | lei | 27.093.475 | 28.835.201 |
| Activul net | Total activ-Datorii totale | lei | 20.639.034 | 20.278.153 |
| Profit din exploatare | | lei | 638.393 | 456.787 |
| Rata profitului din exploatare | (Profit din exploatare/Cifra de afaceri)*100 | % | 2,36 | 1,58 |
| Rentabilitatea costurilor | (Profit din exploatare/Cheltuieli totale)*100 | % | 2,75 | 1,24 |
| Profit brut | | lei | 473.774 | 106.674 |
| Marja bruta a profitului | (Profit brut/Cifra de afaceri)*100 | % | 1,75 | 0,37 |
| Impozitul pe Profit | | lei | 112.891 | 47.930 |
| Profit net | | lei | 360.883 | 58.744 |
| Marja neta a profitului | (Profit net/Cifra de afaceri)*100 | % | 1,33 | 0,20 |
| Rata rentabilitatii financiare | (Profit net/Capital propriu)*100 | % | 1,75 | 0,29 |
| Rata rentabilitatii activului total | (Profit net/Activ Total)*100 | % | 1,28 | 0,21 |
| Rata rentabilitatii activului circulant | (Profit net/Activ circulant)*100 | % | 2,43 | 0,42 |
| Gradul de lichiditate al activului total | (Activ circulant/Activ Total)*100 | % | 52,94 | 49,39 |
| Viteza de rotatie a activelor totale | Cifra de afaceri/Total active | | 0,96 | 1,01 |
| Viteza de rotatie a activelor imobilizate | Cifra de afaceri/Active imobilizate | | 2,07 | 2,01 |
| Lichiditatea generala | (Activ circulant/Datorii curente)*100 | % | 199,37 | 181,13 |
| Lichiditatea curenta | (Activ circulant - Stocuri)/Datorii curente *100 | % | 89,76 | 87,14 |
| Lichiditatea imediata | (Disponibilitati/Datorii curente)*100 | % | 15,23 | 19,33 |
| Solvabilitatea patrimoniala | (Capital propriu/Total pasiv)*100 | % | 73,45 | 71,25 |
| Solvabilitatea generala | (Total activ/Obligatii terti)*100 | % | 376,61 | 366,73 |

Notele de la paginile 11la 23 fac parte integranta din situatiile financiare prezentate in paginile   21
de la 7 la 10.

Barcode:3875858-05 A-570-106 INV - Investigation  -

S C SIGSTRAT SA

| Gradul de indatorare | (Datorii curente/Total activ)*100 | % | 26,55 | 27,27 |
|---|---|---|---|---|
| Durata medie de incasare a creantelor | (Total creante/Total venituri)*360 | zile | 53,57 | 54,50 |
| Durata medie de plata a datoriilor | (Total datorii/Venituri totale)*360 | zile | 71,88 | 80,37 |
| Numarul de rotatii al stocurilor | Cifra de afaceri/Total stocuri | | 3,31 | 3,95 |
| Gradul de utilizare al stocurilor | (Venituri totale/Total stocuri)*100 | % | 456,91 | 476,59 |
| Rata generala a indatorarii | (Datorii totale/Capital propriu)*100 | % | 36,15 | 40,34 |
| Gradul de risc | (Imprumuturi/Capital propriu)*100 | % | 0,00 | 0,02 |

**10.Alte Informatii**

SC SIGSTRAT SA a fost inființată ca societate pe acțiuni prin HG nr. 753/1992, isi desfasoara activitatea in conformitate cu legislatia romana aplicabila coroborat cu prevederile Actului constitutiv.
Obiectul principal de activitate potrivit CAEN este "Fabricarea de furnire si a panourilor din lemn"(cod CAEN 1621).
Sediul societății se află în Sighetu Marmației, str. Unirii nr.40, jud. Maramures.Societatea nu detine sedii secundare si nici puncte de lucru.
Tranzacțiile în valută au fost contabilizate la cursurile de schimb valutar de la data tranzacției. Pierderile sau câștigurile din diferențe de curs valutar au fost recunoscute în contul de profit și pierdere. La finele fiecarei luni, creantele si datoriile in valuta au fost evaluate la cursul de schimb al pietei valutare, comunicat de BNR din ultima zi bancara a lunii in cauza, iar diferențele de curs valutar înregistrate au fost recunoscute in contabilitate la venituri sau cheltuieli din diferente de curs valutar, dupa caz.
La stabilirea profitului impozabil si a impozitului pe profit pe anul 2018 s-au avut in vedere prevederile  Legii nr.227/2015 privind Codul fiscal, cota de impozitare in vigoare la 31.12.2018 fiind de 16%, iar impozitul pe profit rezultat la sfarsitul anului 2018 a fost in suma de  112.891 lei.

Notele de la paginile 11la 23 fac parte integranta din situatiile financiare prezentate in paginile   22
de la 7 la 10.

S.C. SIGSTRAT SA

## NOTE LA SITUATIILE FINANCIARE
## PENTRU EXERCITIUL FINANCIAR 01.01 – 31.12.2018( Lei

### 10.Alte Informatii(continuare)

Cifra de afaceri în valoare totală de 27.093.475 lei s-a concretizat în următoarele venituri:

a) Venituri din vânzarea produselor în valoare de 24.376.052 lei, cu următoarea structură pe produse:

- lei -

| DENUMIRE  PRODUS | VALOARE |
|---|---|
| - placaj uz interior | 12.197.902 |
| - furnir | 584.842 |
| - produse mulate | 11.539.443 |
| - brichete | 53.865 |
| TOTAL | 24.376.052 |

| | |
|---|---|
| b) Venituri din vânzarea semifabricatelor | 471.284 lei |
| c) Venituri din vânzarea produselor reziduale | 747.671 lei |
| d) Venituri din lucrări executate şi servicii prestate | 1.194.913 lei |
| e) Venituri din chirii | 139.046 lei |
| f) Venituri din vânzarea mărfurilor | 165.885 lei |
| g) Reduceri comerciale acordate | -1.376 lei |

Societatea nu a inregistrat in cursul anului 2018 venituri sau cheltuieli extraordinare.

Soldul contului 471 in suma de 106.682 lei, reprezinta cheltuieli efectuate in avans, pentru exercitiul financiar urmator, cum ar fi abonamente, asigurari aferente cladirilor, utilajelor, mijloacelor de transport, etc.

Nu au fost inregistrate venituri in avans.

Notele de la paginile 11la 23 fac parte integranta din situatiile financiare prezentate in paginile de la 7 la 10.                                                                     23

Barcode:3875858-05 A-570-106 INV - Investigation  -

# MINISTERUL FINANȚELOR PUBLICE
# AGENȚIA NAȚIONALĂ DE ADMINISTRARE FISCALĂ

**Index încărcare: 172650123 din 25.04.2019**

Ați depus un formular tip S1002  cu numărul de înregistrare **INTERNT-172650123-2019** din data de **25.04.2019** pentru perioada de raportare 12 2018 pentru CIF: **2954386**

Nu există erori de validare.

Barcode:3875858-05 A-570-106 INV - Investigation  -

| Bifati numai dacă este cazul : | Mari Contribuabili care depun bilanţul la Bucuresti |
|---|---|
| | Sucursala |
| | GIE - grupuri de interes economic |
| | Activ net mai mic de 1/2 din valoarea capitalului subscris |

Tip situaţie financiară :  BL

(•) An    ( ) Semestru    Anul  2018

Suma de control          2.325.077

**Entitatea**  SC SIGSTRAT SA

**Adresa**

| Judeţ | Sector | Localitate |
|---|---|---|
| Maramures | | SIGHETU MARMATIEI |

| Strada | Nr. | Bloc | Scara | Ap. | Telefon |
|---|---|---|---|---|---|
| UNIRII | 40 | | | | 0262311117 |

Număr din registrul comerţului    J 24 13 1993        Cod unic de inregistrare  2 9 5 4 3 8 6

Forma de proprietate

34--Societati pe actiuni

Activitatea preponderenta (cod si denumire clasa CAEN)

1621 Fabricarea de furnire şi a panourilor din lemn

Activitatea preponderenta efectiv desfasurata (cod si denumire clasa CAEN)

1621 Fabricarea de furnire şi a panourilor din lemn

| (•) **Situatii financiare anuale** | ( ) **Raportări anuale** |
|---|---|
| ( entitaţi al căror exerciţiu financiar coincide cu anul calendaristic ) | |

| (•) **Entităţi mijlocii, mari şi entităţi de interes public** | **Entităţi de interes public** | ? | ☐ 1. entităţile care au optat pentru un exerciţiu financiar diferit de anul calendaristic, cf.art. 27 din *Legea contabilităţii nr. 82/1991* |
|---|---|---|---|
| ( ) **Entităţi mici** | | | ☐ 2. persoanele juridice aflate in lichidare, *potrivit legii* |
| ( ) **Microentităţi** | | | ☐ 3. subunităţile deschise in România de *societăţi rezidente in state apartinând Spaţiului Economic European* |

Situaţiile financiare anuale încheiate la 31.12.2018 de către entităţile de interes public si de entităţile prevazute la pct.9 alin.(4) din Reglementarile contabile, aprobate prin OMFP nr. 1.802/2014, cu modificarile şi completarile ulterioare, al caror exerciţiu financiar corespunde cu anul calendaristic

**F10 - BILANT**
**F20 - CONTUL DE PROFIT ŞI PIERDERE**
**F30 - DATE INFORMATIVE**
**F40 - SITUATIA ACTIVELOR IMOBILIZATE**

**Indicatori :**

| Capitaluri - total | 20.639.034 |
|---|---|
| Capital subscris | 2.325.077 |
| Profit/ pierdere | 360.883 |

**ADMINISTRATOR,**                    **INTOCMIT,**

Numele si prenumele
ING.KERTESZ STEFAN

Numele si prenumele
EC.MUJDAR ERIKA

Calitatea
11--DIRECTOR ECONOMIC

Semnatura _____

Semnatura _____

Nr.de inregistrare in organismul profesional

SEMNATURA DEVINE VIZIBILA DUPA O
VALIDARE CORECTA

| Entitatea are obligaţia legală de auditare a situatiilor financiare anuale? | ( ) DA  ( ) NU |
|---|---|
| Entitatea a optat voluntar pentru auditarea situatiilor financiare anuale? | ( ) DA  (•) NU |

Situatiile financiare anuale au fost aprobate potrivit legii  ☒

**AUDITOR**

Nume si prenume auditor persoana fizică/ Denumire firma de audit
SC GDV AUDIT CONSULT SRL

| Nr.de inregistrare in Registrul CAFR | CIF/ CUI |
|---|---|
| 481/2004 | 1 5 5 7 4 2 5 7 |

**Formular VALIDAT**

Barcode:3875858-05 A-570-106 INV - Investigation -

F10 - pag. 1

**BILANT**
la data de 31.12.2018

Cod 10

- lei -

| Denumirea elementului | Nr.rd. OMFP nr.10/ 03.01.19 | Nr. rd. | Sold la: 01.01.2018 | Sold la: 31.12.2018 |
|---|---|---|---|---|
| A | | B | 1 | 2 |
| **A. ACTIVE IMOBILIZATE** | | | | |
| I. IMOBILIZĂRI NECORPORALE | | | | |
| 1.Cheltuieli de constituire  (ct.201-2801) | 01 | 01 | | |
| 2.Cheltuielile de dezvoltare (ct.203-2803-2903) | 02 | 02 | | |
| 3. Concesiuni, brevete, licențe, mărci comerciale, drepturi și active similare și alte imobilizări necorporale (ct. 205 + 208 - 2805 - 2808 - 2905 - 2908) | 03 | 03 | 169.895 | 164.002 |
| 4. Fond comercial (ct.2071-2807) | 04 | 04 | | |
| 5.Active necorporale de explorare si evaluare a resurselor minerale (ct. 206-2806-2906) | 05 | 05 | | |
| 6. Avansuri (ct.4094) | 06 | 06 | | |
| TOTAL (**rd.01 la 06**) | 07 | 07 | 169.895 | 164.002 |
| II. IMOBILIZĂRI CORPORALE | | | | |
| 1. Terenuri și construcții (ct. 211 + 212 - 2811 - 2812 - 2911 - 2912) | 08 | 08 | 7.267.405 | 6.993.320 |
| 2. Instalații tehnice și mașini (ct. 213 + 223 - 2813 - 2913) | 09 | 09 | 5.553.017 | 4.633.929 |
| 3. Alte instalații, utilaje și mobilier (ct. 214 + 224 - 2814 - 2914) | 10 | 10 | 106.764 | 88.723 |
| 4. Investiții imobiliare (ct. 215 - 2815 - 2915) | 11 | 11 | | |
| 5. Imobilizari corporale in curs de executie (ct. 231-2931) | 12 | 12 | 1.179.078 | 1.170.528 |
| 6.Investitii imobiliare in curs de executie (ct. 235-2935) | 13 | 13 | | |
| 7.Active corporale de explorare si evaluare a resurselor minerale (ct. 216-2816-2916) | 14 | 14 | | |
| 8.Active biologice productive (ct.217+227-2817-2917) | 15 | 15 | | |
| 9. Avansuri (ct. 4093) | 16 | 16 | 54.272 | 54.272 |
| **TOTAL (rd. 08 la 16)** | 17 | 17 | 14.160.536 | 12.940.772 |
| III. IMOBILIZĂRI FINANCIARE | | | | |
| 1. Acțiuni deținute la filiale (ct. 261 - 2961) | 18 | 18 | | |
| 2. Împrumuturi acordate entităților din grup (ct. 2671 + 2672 - 2964) | 19 | 19 | | |
| 3. Actiunile detinute la entitatile asociate si la entitatile controlate in comun  (ct. 262+263 - 2962) | 20 | 20 | | |
| 4. Împrumuturi acordate entităților asociate si entitatilor controlate in comun (ct. 2673 + 2674 - 2965) | 21 | 21 | | |
| 5. Alte titluri imobilizate (ct. 265 + 266 - 2963) | 22 | 22 | | |
| 6. Alte împrumuturi (ct. 2675* + 2676* + 2677 + 2678* + 2679* - 2966* - 2968*) | 23 | 23 | 14.614 | 13.356 |
| **TOTAL (rd. 18 la 23)** | 24 | 24 | 14.614 | 13.356 |
| **ACTIVE IMOBILIZATE - TOTAL (rd. 07 + 17 + 24)** | 25 | 25 | 14.345.045 | 13.118.130 |
| **B. ACTIVE CIRCULANTE** | | | | |
| I. STOCURI | | | | |

Barcode:3875858-05 A-570-106 INV - Investigation -

F10 - pag. 2

| | | | | |
|---|---|---|---|---|
| 1. Materii prime și materiale consumabile (ct. 301 + 302 + 303 +/- 308 +321 + 322 + 323 + 328 + 351 + 358 + 381 +/- 388 - 391 - 392 - 3951 - 3958 - 398) | 26 | 26 | 2.236.808 | 2.680.300 |
| 2. Producția în curs de execuție (ct. 331 + 332 + 341 +/- 348* - 393 - 3941 - 3952) | 27 | 27 | 961.327 | 1.188.774 |
| 3. Produse finite și mărfuri (ct. 345 + 346 + 347 +/- 348* + 354 + 356 + 357 + 361 + 326 +/-368 + 371 +327 +/- 378 - 3945 - 3946 - 3947 - 3953 - 3954 - 3955 - 3956 - 3957 - 396 - 397 - din ct. 4428) | 28 | 28 | 3.664.861 | 3.843.275 |
| 4. Avansuri (ct. 4091) | 29 | 29 | 430.517 | 465.900 |
| **TOTAL (rd. 26 la 29)** | 30 | 30 | 7.293.513 | 8.178.249 |
| **II. CREANȚE** (Sumele care urmează să fie încasate după o perioadă mai mare de un an trebuie prezentate separat pentru fiecare element.) | | | | |
| 1. Creanțe comerciale 1) (ct. 2675* + 2676 *+ 2678* + 2679* - 2966* - 2968* + 4092 + 411 + 413 + 418 - 491) | 31 | 31 | 4.990.592 | 5.235.446 |
| 2. Sume de încasat de la entitățile afiliate (ct. 451** - 495*) | 32 | 32 | | |
| 3. Sume de încasat de la entitățile asociate si entitatile controlate in comun (ct. 453** - 495*) | 33 | 33 | | |
| 4. Alte creanțe (ct. 425+4282+431**+436**+ 437**+ 4382+ 441**+4424+ din ct.4428**+ 444**+445+446**+447**+4482+4582+4662+ 461 + 473** - 496 + 5187) | 34 | 34 | 271.457 | 325.249 |
| 5. Capital subscris și nevărsat (ct. 456 - 495*) | 35 | 35 | | |
| 6. Creanțe reprezentând dividende repartizate în cursul exercițiului financiar (ct. 463) | 36 | 35a (301) | | |
| **TOTAL (rd. 31 la 35 +35a)** | 37 | 36 | 5.262.049 | 5.560.695 |
| **III. INVESTIȚII PE TERMEN SCURT** | | | | |
| 1. Acțiuni deținute la entitățile afiliate (ct. 501 - 591) | 38 | 37 | | |
| 2. Alte investiții pe termen scurt (ct. 505 + 506 + 507 + din ct. 508 - 595 - 596 - 598 + 5113 + 5114) | 39 | 38 | | |
| **TOTAL (rd. 37 + 38)** | 40 | 39 | | |
| **IV. CASA ȘI CONTURI LA BĂNCI** (din ct. 508+ct. 5112 + 512 + 531 + 532 + 541 + 542) | 41 | 40 | 1.500.059 | 1.136.664 |
| **ACTIVE CIRCULANTE - TOTAL (rd. 30 + 36 + 39 + 40)** | 42 | 41 | 14.055.621 | 14.875.608 |
| **C. CHELTUIELI ÎN AVANS** (ct. 471) (rd.43+44) | 43 | 42 | 57.908 | 106.682 |
| Sume de reluat intr-o perioada de pana la un an (din ct. 471*) | 44 | 43 | 57.908 | 106.682 |
| Sume de reluat intr-o perioada mai mare de un an (din ct. 471*) | 45 | 44 | | |
| **D. DATORII: SUMELE CARE TREBUIE PLĂTITE ÎNTR-O PERIOADĂ DE PÂNĂ LA 1 AN** | | | | |
| 1. Împrumuturi din emisiunea de obligațiuni, prezentându-se separat împrumuturile din emisiunea de obligațiuni convertibile (ct. 161 + 1681 - 169) | 46 | 45 | | |
| 2. Sume datorate instituțiilor de credit (ct. 1621 + 1622 + 1624 + 1625 + 1627 + 1682 + 5191 + 5192 + 5198) | 47 | 46 | 2.579.792 | 2.594.968 |
| 3. Avansuri încasate în contul comenzilor (ct. 419) | 48 | 47 | 1.648.872 | 1.611.087 |
| 4. Datorii comerciale - furnizori (ct. 401 + 404 + 408) | 49 | 48 | 2.442.901 | 2.086.228 |
| 5. Efecte de comerț de plătit (ct. 403 + 405) | 50 | 49 | | |
| 6. Sume datorate entităților din grup (ct. 1661 + 1685 + 2691 + 451***) | 51 | 50 | | |
| 7. Sume datorate entităților asociate si entitatilor controlate in comun (ct. 1663+1686+2692+2693+ 453***) | 52 | 51 | | |

Barcode:3875858-05 A-570-106 INV - Investigation -

FIO - pag. 3

| | | | | |
|---|---|---|---|---|
| 8. Alte datorii, inclusiv datoriile fiscale şi datoriile privind asigurările sociale (ct. 1623 + 1626 + 167 + 1687 + 2695 + 421 + 423 + 424 + 426 + 427 + 4281 + 431*** + 436***+ 437*** + 4381 + 441*** + 4423 +4428*** + 444*** + 446*** + 447*** + 4481 + 455 + 456*** + 457 + 4581 + 462 + 4661+ 473*** + 509 + 5186 + 5193 + 5194 + 5195 + 5196 + 5197) | 53 | 52 | 1.088.481 | 1.169.103 |
| **TOTAL (rd. 45 la 52)** | 54 | 53 | 7.760.046 | 7.461.386 |
| **E. ACTIVE CIRCULANTE NETE/DATORII CURENTE NETE (rd. 41+43-53-70-73-76)** | 55 | 54 | 6.353.483 | 7.520.904 |
| **F. TOTAL ACTIVE MINUS DATORII CURENTE (rd. 25+44+54)** | 56 | 55 | 20.698.528 | 20.639.034 |
| **G. DATORII: SUMELE CARE TREBUIE PLĂTITE ÎNTR-O PERIOADA MAI MARE DE 1 AN** | | | | |
| 1. Împrumuturi din emisiunea de obligaţiuni, prezentându-se separat împrumuturile din emisiunea de obligaţiuni convertibile (ct. 161 + 1681 – 169) | 57 | 56 | | |
| 2. Sume datorate instituţiilor de credit (ct. 1621 + 1622 + 1624 + 1625 + 1627 + 1682 + 5191 + 5192 + 5198) | 58 | 57 | 420.375 | |
| 3. Avansuri încasate în contul comenzilor (ct. 419) | 59 | 58 | | |
| 4. Datorii comerciale - furnizori (ct. 401 + 404 + 408) | 60 | 59 | | |
| 5. Efecte de comerţ de plătit (ct. 403 + 405) | 61 | 60 | | |
| 6. Sume datorate entităţilor din grup (ct. 1661 + 1685 + 2691 + 451***) | 62 | 61 | | |
| 7. Sume datorate entităţilor asociate si entităţilor controlate in comun (ct. 1663 + 1686 + 2692 +2693+ 453***) | 63 | 62 | | |
| 8. Alte datorii, inclusiv datoriile fiscale şi datoriile privind asigurările sociale (ct. 1623 + 1626 + 167 + 1687 + 2695 + 421 + 423 + 424 + 426 + 427 + 4281 + 431*** + 436*** +437*** + 4381 + 441*** + 4423 +4428*** + 444*** + 446*** + 447*** + 4481 + 455 + 456*** + 4581+462+4661+ 473*** + 509 + 5186 + 5193 + 5194 + 5195 + 5196 + 5197) | 64 | 63 | | |
| **TOTAL (rd.56 la 63)** | 65 | 64 | 420.375 | |
| **H. PROVIZIOANE** | | | | |
| 1. Provizioane pentru beneficiile angajatilor (ct. 1515+1517) | 66 | 65 | | |
| 2. Provizioane pentru impozite (ct. 1516) | 67 | 66 | | |
| 3. Alte provizioane (ct. 1511 + 1512 + 1513 + 1514 + 1518) | 68 | 67 | | |
| **TOTAL (rd. 65 la 67)** | 69 | 68 | | |
| **I. VENITURI ÎN AVANS** | | | | |
| 1. Subvenţii pentru investiţii (ct. 475)(rd. 70+71) | 70 | 69 | | |
| Sume de reluat intr-o perioada de pana la un an (ct. 475*) | 71 | 70 | | |
| Sume de reluat intr-o perioada mai mare de un an (ct. 475*) | 72 | 71 | | |
| 2. Venituri înregistrata în avans (ct. 472) (rd.73 + 74) | 73 | 72 | | |
| Sume de reluat intr-o perioada de pana la un an (ct. 472*) | 74 | 73 | | |
| Sume de reluat intr-o perioada mai mare de un an (ct. 472*) | 75 | 74 | | |
| 3. Venituri in avans aferente activelor primite prin transfer de la clienţi (ct. 478)(rd.76+77) | 76 | 75 | | |
| Sume de reluat intr-o perioada de pana la un an (ct. 478*) | 77 | 76 | | |
| Sume de reluat intr-o perioada mai mare de un an (ct. 478*) | 78 | 77 | | |
| **Fond comercial negativ (ct.2075)** | 79 | 78 | | |
| **TOTAL (rd. 69 + 72 + 75 + 78)** | 80 | 79 | | |
| **J. CAPITAL ŞI REZERVE** | | | | |
| **I. CAPITAL** | | | | |
| 1. Capital subscris vărsat (ct. 1012) | 81 | 80 | 2.325.077 | 2.325.077 |

Barcode:3875858-05 A-570-106 INV - Investigation -

F10 - pag. 4

| | | | | |
|---|---|---|---|---|
| 2. Capital subscris nevărsat (ct. 1011) | 82 | 81 | | |
| 3. Patrimoniul regiei (ct. 1015) | 83 | 82 | | |
| 4. Patrimoniul institutelor naționale de cercetare-dezvoltare (ct. 1018) | 84 | 83 | | |
| 5.Alte elemente de capitaluri proprii (1031) | 85 | 84 | | |
| **TOTAL (rd. 80 la 84)** | 86 | 85 | 2.325.077 | 2.325.077 |
| **II. PRIME DE CAPITAL** (ct. 104) | 87 | 86 | | |
| **III. REZERVE DIN REEVALUARE** (ct. 105) | 88 | 87 | 4.401.197 | 4.176.106 |
| **IV. REZERVE** | | | | |
| 1. Rezerve legale (ct. 1061) | 89 | 88 | 411.896 | 435.584 |
| 2. Rezerve statutare sau contractuale (ct. 1063) | 90 | 89 | | |
| 3. Alte rezerve (ct. 1068) | 91 | 90 | 13.124.328 | 13.205.100 |
| **TOTAL (rd. 88 la 90)** | 92 | 91 | 13.536.224 | 13.640.684 |
| Acțiuni proprii (ct. 109) | 93 | 92 | | |
| Câștiguri legate de instrumentele de capitaluri proprii (ct. 141) | 94 | 93 | | |
| Pierderi legate de instrumentele de capitaluri proprii (ct. 149) | 95 | 94 | 65.117 | 65.117 |
| **V. PROFITUL SAU PIERDEREA REPORTAT(Ă)**       **SOLD C** (ct. 117) | 96 | 95 | 27.362 | 225.090 |
| **SOLD D** (ct. 117) | 97 | 96 | 0 | 0 |
| **VI. PROFITUL SAU PIERDEREA EXERCIȚIULUI FINANCIAR** | | | | |
| **SOLD C** (ct. 121) | 98 | 97 | 58.744 | 360.883 |
| **SOLD D** (ct. 121) | 99 | 98 | 0 | 0 |
| Repartizarea profitului (ct. 129) | 100 | 99 | 5.334 | 23.689 |
| **CAPITALURI PROPRII - TOTAL (rd. 85+86+87+91-92+93-94+95-96 +97-98-99)** | 101 | 100 | 20.278.153 | 20.639.034 |
| Patrimoniul public (ct. 1016) | 102 | 101 | | |
| Patrimoniul privat (ct. 1017) 2) | 103 | 102 | | |
| **CAPITALURI - TOTAL (rd.100+101+102) (rd.25+41+42-53-64-68-79** | 104 | 103 | 20.278.153 | 20.639.034 |

Suma de control F10 :     408268369 / 1274160645

\*) Conturi de repartizat după natura elementelor respective.
\*\*) Solduri debitoare ale conturilor respective.
\*\*\*) Solduri creditoare ale conturilor respective.

1) Sumele înscrise la acest rând și preluate din contul 2675 la 2679 reprezintă creanțele aferente contractelor de leasing financiar și altor contracte asimilate, precum și alte creanțe imobilizate, scadente într-o perioadă mai mică de 12 luni.
2) Se va completa de către entitățile cărora le sunt incidente prevederile Ordinului ministrului finanțelor publice și al ministrului delegat pentru buget nr. 668/2014 pentru aprobarea Precizărilor privind întocmirea și actualizarea inventarului centralizat al bunurilor imobile proprietate privată a statului și a drepturilor reale supuse inventarierii, cu modificările și completările ulterioare

## ADMINISTRATOR,                                    INTOCMIT,

Numele si prenumele                              Numele si prenumele

ING.KERTESZ STEFAN                              EC.MUJDAR ERIKA

Semnătura _____                        Calitatea

                                                 11--DIRECTOR ECONOMIC

*(round stamp: SOCIETATEA COMERCIALA SIGSTRAT ★★★ SIGHETU MARMATIEI)*

                                                 Semnătura _____

Formular                                          Nr.de inregistrare in organismul profesional:
VALIDAT

Barcode:3875858-05 A-570-106 INV - Investigation -

F20 – pag. 1

# CONTUL DE PROFIT ŞI PIERDERE

la data de 31.12.2018

Cod 20

- lei -

| Denumirea indicatorilor | Nr. rd. | Exerciţiul financiar | |
|---|---|---|---|
| | | 2017 | 2018 |
| A | B | 1 | 2 |
| 1. Cifra de afaceri netă (rd. 02+03-04+05+06) | 01 | 28.835.201 | 27.093.475 |
| Producţia vândută (ct.701+702+703+704+705+706+708) | 02 | 28.729.957 | 26.928.966 |
| Venituri din vânzarea mărfurilor (ct. 707) | 03 | 105.244 | 165.885 |
| Reduceri comerciale acordate (ct. 709) | 04 | | 1.376 |
| Venituri din dobânzi înregistrate de entităţile radiate din Registrul general si care mai au in derulare contracte de leasing  (ct.766* ) | 05 | | |
| Venituri din subvenţii de exploatare aferente cifrei de afaceri nete (ct.7411) | 06 | | |
| 2. Venituri aferente costului producţiei în curs de execuţie  (ct.711+712) | | | |
| Sold C | 07 | 3.511.935 | 7.589.460 |
| Sold D | 08 | 0 | 0 |
| 3. Venituri din producţia de imobilizari necorporale si corporale  (ct.721+ 722) | 09 | 319.851 | 308.107 |
| 4. Venituri din reevaluarea imobilizărilor corporale (ct. 755) | 10 | | |
| 5. Venituri din producţia de investiţii imobiliare (ct. 725) | 11 | | |
| 6. Venituri din subvenţii de exploatare (ct. 7412 + 7413 + 7414 + 7415 + 7416 + 7417 + 7419) | 12 | | |
| 7. Alte venituri din exploatare (ct.751+758+7815) | 13 | 1.859.039 | 2.181.818 |
| -din care, venituri din fondul comercial negativ (ct.7815) | 14 | | |
| -din care, venituri din subvenţii pentru investiţii (ct.7584) | 15 | | |
| VENITURI DIN EXPLOATARE – TOTAL (rd. 01+ 07 - 08 + 09 + 10 + 11 + 12 + 13) | 16 | 34.526.026 | 37.172.860 |
| 8. a)  Cheltuieli cu materiile prime şi materialele consumabile (ct.601+602) | 17 | 15.791.056 | 18.581.300 |
| Alte cheltuieli materiale (ct.603+604+606+608) | 18 | 29.578 | 26.641 |
| b) Alte cheltuieli externe (cu energie şi apă)(ct.605) | 19 | 1.451.981 | 1.534.472 |
| c) Cheltuieli privind mărfurile (ct.607) | 20 | 71.124 | 81.905 |
| Reduceri comerciale primite (ct. 609) | 21 | | |
| 9. Cheltuieli cu personalul (rd. 23+24) | 22 | 12.492.778 | 12.458.240 |
| a) Salarii şi indemnizaţii (ct.641+642+643+644) | 23 | 10.207.608 | 12.083.321 |
| b) Cheltuieli cu asigurările şi protecţia socială (ct.645+646) | 24 | 2.285.170 | 374.919 |
| 10.a) Ajustări de valoare privind imobilizările corporale şi necorporale (rd. 26 - 27) | 25 | 1.863.557 | 1.587.412 |
| a.1) Cheltuieli (ct.6811+6813+6817) | 26 | 1.863.557 | 1.587.412 |
| a.2) Venituri (ct.7813) | 27 | | |
| b) Ajustări de valoare privind activele circulante (rd. 29 - 30) | 28 | | -49.497 |

Barcode:3875858-05 A-570-106 INV - Investigation -

F20 - pag. 2

| | | | |
|---|---|---|---|
| b.1) Cheltuieli (ct.654+6814) | 29 | | |
| b.2) Venituri (ct.754+7814) | 30 | | 49.497 |
| 11. Alte cheltuieli de exploatare (rd. 32 la 38) | 31 | 2.509.165 | 2.313.994 |
| 11.1. Cheltuieli privind prestaţiile externe (ct.611+612+613+614+615+621+622+623+624+625+626+627+628) | 32 | 2.113.680 | 1.852.500 |
| 11.2. Cheltuieli cu alte impozite, taxe şi vărsăminte asimilate; cheltuieli reprezentând transferuri şi contribuţii datorate în baza unor acte normative speciale(ct. 635 + 6586*) | 33 | 224.108 | 217.653 |
| 11.3. Cheltuieli cu protecţia mediului înconjurător (ct. 652) | 34 | | |
| 11.4 Cheltuieli din reevaluarea imobilizărilor corporale (ct. 655) | 35 | | |
| 11.5. Cheltuieli privind calamităţile şi alte evenimente similare (ct. 6587) | 36 | | |
| 11.6. Alte cheltuieli (ct.651+ 6581+ 6582 + 6583 + 6584 + 6588) | 37 | 171.377 | 243.841 |
| Cheltuieli cu dobânzile de refinanţare înregistrate de entităţile radiate din Registrul general si care mai au in derulare contracte de leasing (ct.666*) | 38 | | |
| Ajustări privind provizioanele (rd. 40 - 41) | 39 | -140.000 | |
| - Cheltuieli (ct.6812) | 40 | | |
| - Venituri (ct.7812) | 41 | 140.000 | |
| CHELTUIELI DE EXPLOATARE – TOTAL (rd. 17 la 20 - 21 +22 + 25 + 28 + 31 + 39) | 42 | 34.069.239 | 36.534.467 |
| PROFITUL SAU PIERDEREA DIN EXPLOATARE: | | | |
| - Profit (rd. 16 - 42) | 43 | 456.787 | 638.393 |
| - Pierdere (rd. 42 - 16) | 44 | 0 | 0 |
| 12. Venituri din interese de participare (ct.7611+7612+7613) | 45 | | |
| - din care, veniturile obţinute de la entităţile afiliate | 46 | | |
| 13. Venituri din dobânzi (ct. 766*) | 47 | 64 | 38 |
| - din care, veniturile obţinute de la entităţile afiliate | 48 | | |
| 14. Venituri din subvenţii de exploatare pentru dobânda datorată (ct. 7418) | 49 | | |
| 15. Alte venituri financiare (ct.762+764+765+767+768+7615) | 50 | 234.184 | 193.953 |
| - din care, venituri din alte imobilizări financiare ( ct. 7615) | 51 | | |
| VENITURI FINANCIARE – TOTAL (rd. 45+47+49+50) | 52 | 234.248 | 193.991 |
| 16. Ajustări de valoare privind imobilizările financiare şi investiţiile financiare deţinute ca active circulante (rd. 54 - 55) | 53 | | |
| - Cheltuieli (ct.686) | 54 | | |
| - Venituri (ct.786) | 55 | | |
| 17. Cheltuieli privind dobânzile (ct.666*) | 56 | 127.043 | 120.344 |
| - din care, cheltuielile în relaţia cu entităţile afiliate | 57 | | |
| Alte cheltuieli financiare (ct.663+664+665+667+668) | 58 | 457.318 | 238.266 |
| CHELTUIELI FINANCIARE – TOTAL (rd. 53+56+58) | 59 | 584.361 | 358.610 |
| PROFITUL SAU PIERDEREA FINANCIAR(Ă): | | | |
| - Profit (rd. 52 - 59) | 60 | 0 | 0 |
| - Pierdere (rd. 59 - 52) | 61 | 350.113 | 164.619 |

Barcode:3875858-05 A-570-106 INV - Investigation -

F20 - pag. 3

| | | | |
|---|---|---|---|
| **VENITURI TOTALE (rd. 16 + 52)** | 62 | 34.760.274 | 37.366.851 |
| **CHELTUIELI TOTALE (rd. 42 + 59)** | 63 | 34.653.600 | 36.893.077 |
| 18. PROFITUL SAU PIERDEREA BRUT(Ă): | | | |
|     - Profit **(rd. 62 - 63)** | 64 | 106.674 | 473.774 |
|     - Pierdere **(rd. 63 - 62)** | 65 | 0 | 0 |
| 19.  Impozitul pe profit (ct.691) | 66 | 47.930 | 112.891 |
| 20. Impozit specific unor activități (ct. 695) | 67 | | |
| 21.  Alte impozite nereprezentate la elementele de mai sus (ct.698) | 68 | | |
| **22.  PROFITUL SAU PIERDEREA NET(Ă) A EXERCIȚIULUI FINANCIAR:** | | | |
|     - Profit **(rd. 64 - 65 - 66 - 67 - 68)** | 69 | 58.744 | 360.883 |
|     - Pierdere **(rd. 65 + 66 + 67 + 68 - 64)** | 70 | 0 | 0 |

Suma de control F20 :  523138285 / 1274160645

*) Conturi de repartizat după natura elementelor respective.
    La rândul 23 - se cuprind și drepturile colaboratorilor, stabilite potrivit legislației muncii, care se preiau din rulajul debitor al contului 621 „Cheltuieli cu colaboratorii", analitic „Colaboratori persoane fizice".

**ADMINISTRATOR,**                                    **INTOCMIT,**

Numele si prenumele                          Numele si prenumele

| ING.KERTESZ STEFAN |
|---|

| EC.MUJDAR ERIKA |
|---|

Semnătura _____

Calitatea

| 11--DIRECTOR ECONOMIC |
|---|

Semnătura _____

| Formular VALIDAT |
|---|

Nr.de inregistrare in organismul profesional:

| |
|---|

Barcode:3875858-05 A-570-106 INV - Investigation  -

# DATE INFORMATIVE

F30 - pag. 1

la data de 31.12.2018

Cod 30

- lei -

| I. Date privind rezultatul inregistrat | Nr.rd. OMFP nr.10/ 03.01.19 | Nr. rd. | Nr.unitati | Sume |
|---|---|---|---|---|
| A | B | 1 | | 2 |
| Unitaţi care au inregistrat profit | 01 | 01 | 1 | 360.883 |
| Unitaţi care au inregistrat pierdere | 02 | 02 | | |
| Unitaţii care nu au inregistrat nici profit nici pierdere | 03 | 03 | | |

| II Date privind platile restante | | Nr. rd. | Total, din care: | Pentru activitatea curenta | Pentru activitatea de investitii |
|---|---|---|---|---|---|
| A | | B | 1=2+3 | 2 | 3 |
| Plati restante – total (rd.05 + 09 + 15 la 17 + 18) | 04 | 04 | 1.270.275 | 1.246.129 | 24.146 |
| Furnizori restanţi – total (rd. 06 la 08) | 05 | 05 | 1.162.345 | 1.138.199 | 24.146 |
| - peste 30 de zile | 06 | 06 | 150.868 | 150.868 | |
| - peste 90 de zile | 07 | 07 | 144.650 | 144.650 | |
| - peste 1 an | 08 | 08 | 866.827 | 842.681 | 24.146 |
| Obligatii restante fata de bugetul asigurarilor sociale – total(rd.10 la 14) | 09 | 09 | | | |
| - contributii pentru asigurari sociale de stat datorate de angajatori, salariati si alte persoane asimilate | 10 | 10 | | | |
| - contributii pentru fondul asigurarilor sociale de sanatate | 11 | 11 | | | |
| - contribuţia pentru pensia suplimentară | 12 | 12 | | | |
| - contributii pentru  bugetul asigurarilor pentru somaj | 13 | 13 | | | |
| - alte datorii sociale | 14 | 14 | | | |
| Obligatii restante fata de bugetele fondurilor speciale si alte fonduri | 15 | 15 | | | |
| Obligatii restante fata de alti creditori | 16 | 16 | 107.930 | 107.930 | |
| Impozite, contributii  si taxe neplatite la termenul stabilit la bugetul de stat, din care: | 17 | 17 | | | |
| - contributia asiguratorie pentru munca | 18 | 17a (301) | | | |
| Impozite si taxe neplatite la termenul stabilit la bugetele locale | 19 | 18 | | | |

| III. Numar mediu de salariati | | Nr. rd. | 31.12.2017 | 31.12.2018 |
|---|---|---|---|---|
| A | | B | 1 | 2 |
| Numar mediu de salariati | 20 | 19 | 364 | 333 |
| Numarul efectiv de salariati existenti la sfarsitul perioadei, respectiv la data de 31 decembrie | 21 | 20 | 335 | 326 |

| IV. Redevenţe plătite în cursul perioadei de raportare, subvenţii   încasate şi creanţe restante | | Nr. rd. | Sume (lei) |
|---|---|---|---|
| A | | B | 1 |
| Redevenţe plătite în cursul perioadei de raportare pentru bunurile din domeniul public, primite în concesiune, din care: | 22 | 21 | |
| - redevenţe pentru bunurile din domeniul public plătite la bugetul de stat | 23 | 22 | |
| Redevenţă minieră plătită la bugetul de stat | 24 | 23 | |

Barcode:3875858-05 A-570-106 INV - Investigation -

F3O - pag. 2

| | | | |
|---|---|---|---|
| Redevență petrolieră plătită la bugetul de stat | 25 | 24 | |
| Chirii plătite în cursul perioadei de raportare pentru terenuri i) | 26 | 25 | |
| Venituri brute din **servicii** plătite către **persoane nerezidente**, din care: | 27 | 26 | |
| - impozitul datorat la bugetul de stat | 28 | 27 | |
| Venituri brute din **servicii** plătite către **persoane nerezidente** din statele membre ale Uniunii Europene, din care: | 29 | 28 | |
| - impozitul datorat la bugetul de stat | 30 | 29 | |
| **Subvenții** încasate în cursul perioadei de raportare, din care: | 31 | 30 | |
| - subvenții încasate în cursul perioadei de raportare aferente activelor | 32 | 31 | |
| - subvenții aferente veniturilor, din care: | 33 | 32 | |
| - subvenții pentru stimularea ocupării forței de muncă *) | 34 | 33 | |
| **Creanțe restante**, care nu au fost încasate la termenele prevăzute în contractele comerciale și/sau în actele normative în vigoare, din care: | 35 | 34 | |
| - creanțe restante de la entități din sectorul majoritar sau integral de stat | 36 | 35 | |
| - creanțe restante de la entități din sectorul privat | 37 | 36 | |

| V. Tichete acordate salariaților | | Nr. rd. | Sume (lei) |
|---|---|---|---|
| A | | B | 1 |
| Contravaloarea tichetelor acordate salariaților | 38 | 37 | 788.133 |
| Contravaloarea tichetelor acordate altor categorii de beneficiari, alții decat salariații | 39 | 37a (302) | 1.020 |

| VI. Cheltuieli efectuate pentru activitatea de cercetare - dezvoltare **) | | Nr. rd. | 31.12.2017 | 31.12.2018 |
|---|---|---|---|---|
| A | | B | 1 | 2 |
| Cheltuieli de cercetare - dezvoltare : | 40 | 38 | | |
| - dupa surse de finanțare (rd. 40+41) | 41 | 39 | 0 | 0 |
| - din fonduri publice | 42 | 40 | | |
| - din fonduri private | 43 | 41 | | |
| - dupa natura cheltuielilor (rd. 43+44) | 44 | 42 | 0 | 0 |
| - cheltuieli curente | 45 | 43 | | |
| - cheltuieli de capital | 46 | 44 | | |

| VII.  Cheltuieli de inovare ***) | | Nr. rd. | 31.12.2017 | 31.12.2018 |
|---|---|---|---|---|
| A | | B | 1 | 2 |
| Cheltuieli de inovare | 47 | 45 | | |

| VIII. Alte informații | | Nr. rd. | 31.12.2017 | 31.12.2018 |
|---|---|---|---|---|
| A | | B | 1 | 2 |
| Avansuri acordate pentru imobilizări necorporale (ct. 4094),  din care: | 48 | 46 | | |
| - avansuri acordate entităților neafiliate nerezidente pentru imobilizări necorporale (din ct. 4094) | 49 | 46a (303) | | |
| - avansuri acordate entităților afiliate nerezidente pentru imobilizări necorporale (din ct. 4094) | 50 | 46b (304) | | |
| Avansuri acordate pentru imobilizări corporale (ct. 4093), din care: | 51 | 47 | 54.272 | 54.272 |
| - avansuri acordate entităților neafiliate nerezidente pentru imobilizări corporale (din ct. 4093) | 52 | 47a (305) | | |
| - avansuri acordate entităților afiliate nerezidente pentru imobilizări corporale (din ct. 4093) | 53 | 47b (306) | | |
| Imobilizări financiare, în sume brute (**rd. 49+54**) | 54 | 48 | 14.614 | 13.356 |

Barcode:3875858-05 A-570-106 INV - Investigation -

F30 - pag. 3

| | | | | |
|---|---|---|---|---|
| Acțiuni deținute la entitățile afiliate, interese de participare, alte titluri imobilizate și obligațiuni, în sume brute (**rd. 50 + 51 + 52 + 53**) | 55 | 49 | | |
| acțiuni necotate emise de rezidenți | 56 | 50 | | |
| - părți sociale emise de rezidenți | 57 | 51 | | |
| - actiuni si parti sociale emise de nerezidenti,din care: | 58 | 52 | | |
| - detineri de cel putin 10% | 59 | 52a (307) | | |
| - obligatiuni emise de nerezidenti | 60 | 53 | | |
| Creanțe imobilizate, în sume brute (**rd. 55+56**) | 61 | 54 | 14.614 | 13.356 |
| - creanțe imobilizate in lei si exprimate in lei, a caror decontare se face in functie de cursul unei valute (din ct. 267) | 62 | 55 | 14.614 | 13.356 |
| - creanțe imobilizate în valută (din ct. 267) | 63 | 56 | | |
| Creanțe comerciale, avansuri pentru cumpărări de bunuri de natura stocurilor și pentru prestări de servicii acordate furnizorilor și alte conturi asimilate, în sume brute (ct. 4091 + 4092 + 411 + 413 + 418), din care: | 64 | 57 | 6.005.455 | 6.236.195 |
| - creanțe comerciale în relația cu entitățile neafiliate nerezidente, avansuri pentru cumpărări de bunuri de natura stocurilor și pentru prestări de servicii acordate furnizorilor neafiliați nerezidenți și alte conturi asimilate, în sume brute in relatie cu neafiliatii nerezidenti (din ct. 4091 + din ct. 4092 + din ct. 411 + din ct. 413 + din ct. 418) | 65 | 58 | 2.216.142 | 2.550.824 |
| - creanțe comerciale in relația cu entitățile afiliate nerezidente, avansuri pentru cumpărări de bunuri de natura stocurilor și pentru prestări de servicii acordate furnizorilor afiliați nerezidenți și alte conturi asimilate, în sume brute in relatie cu afiliatii nerezidenti (din ct. 4091 + din ct. 4092 + din ct. 411 + din ct. 413 + din ct. 418) | 66 | 58a (308) | | |
| Creanțe neîncasate la termenul stabilit (din ct. 4091 + din ct. 4092 + din ct. 411 + din ct. 413) | 67 | 59 | 4.539.195 | 4.517.477 |
| Creanțe în legătură cu personalul și conturi asimilate (ct. 425 + 4282) | 68 | 60 | 47.261 | 31.427 |
| Creanțe în legătură cu bugetul asigurărilor sociale și bugetul statului (din ct. 431+436+437+4382+ 441 + 4424 + 4428 + 444 + 445 + 446 + 447 + 4482) , (**rd.62 la 66**) | 69 | 61 | 175.475 | 248.867 |
| - creante in legatura cu bugetul asigurarilor sociale (ct.431+437+4382) | 70 | 62 | 165.138 | 241.775 |
| - creante fiscale in legatura cu bugetul statului (ct.436+441+4424+4428+444+446) | 71 | 63 | 10.337 | 7.092 |
| - subventii de incasat(ct.445) | 72 | 64 | | |
| - fonduri speciale - taxe si varsaminte asimilate (ct.447) | 73 | 65 | | |
| - alte creante in legatura cu bugetul statului(ct.4482) | 74 | 66 | | |
| Creanțele entității în relațiile cu entitățile afiliate (ct. 451), din care: | 75 | 67 | | |
| - creanțe cu entități afiliate nerezidente (din ct. 451), din care: | 76 | 68 | | |
| - creanțe comerciale cu entități afiliate nerezidente (din ct. 451) | 77 | 69 | | |
| Creanțe în legătură cu bugetul asigurărilor sociale și bugetul statului neîncasate la termenul stabilit (din ct. 431+ din ct. 436 + din ct. 437 + din ct. 4382 + din ct. 441 + din ct. 4424 + din ct. 4428 + din ct. 444 + din ct. 445 + din ct. 446 + din ct. 447 + din ct. 4482) | 78 | 70 | | |

Barcode:3875858-05 A-570-106 INV - Investigation -

F30 - pag. 4

| | | | | |
|---|---|---|---|---|
| Alte creanțe (ct. 453 + 456 + 4582 + 461 + 4662 + 471 + 473), **(rd.72 la 74)** | 79 | 71 | 106.629 | 151.637 |
| - decontari privind interesele de participare ,decontari cu actionarii/ asociatii privind  capitalul ,decontari din operatiuni in participatie (ct.453+456+4582) | 80 | 72 | | |
| - alte creante in legatura cu persoanele fizice si persoanele juridice, altele decat creantele in legatura cu institutiile publice (institutiile statului) (din ct. 461 + din ct. 471 + din ct.473+4662) | 81 | 73 | 106.629 | 151.637 |
| - sumele preluate din contul 542 'Avansuri de trezorerie' reprezentând avansurile de trezorerie, acordate potrivit legii și nedecontate până la data de raportare (din ct. 461) | 82 | 74 | | |
| Dobânzi de incasat (ct. 5187)  , din care: | 83 | 75 | | |
| - de la nerezidenti | 84 | 76 | | |
| Valoarea imprumuturilor acordate operatorilor economici ****) | 85 | 77 | | |
| Investiții pe termen scurt, în sume brute (ct. 501 + 505 + 506 + 507 + din ct.508), **(rd.79 la 82)** | 86 | 78 | | |
| - acțiuni necotate emise de rezidenti | 87 | 79 | | |
| - părți sociale emise de rezidenti | 88 | 80 | | |
| - actiuni emise de nerezidenti | 89 | 81 | | |
| - obligatiuni emise de nerezidenti | 90 | 82 | | |
| Alte valori de incasat (ct. 5113 + 5114) | 91 | 83 | | |
| Casa în lei și în valută **(rd.85+86 )** | 92 | 84 | | |
| - în lei (ct. 5311) | 93 | 85 | | |
| - în valută (ct. 5314) | 94 | 86 | | |
| Conturi curente la bănci în lei și în valută **(rd.88+90)** | 95 | 87 | 1.481.000 | 1.104.788 |
| - în lei (ct. 5121), din care: | 96 | 88 | 1.071.000 | 1.072.840 |
| - conturi curente în lei deschise la bănci nerezidente | 97 | 89 | | |
| - în valută (ct. 5124), din care: | 98 | 90 | 410.000 | 31.948 |
| - conturi curente în valută deschise la bănci nerezidente | 99 | 91 | | |
| Alte conturi curente la bănci și acreditive, **(rd.93+94)** | 100 | 92 | 5.011 | 13.954 |
| - sume în curs de decontare, acreditive și alte valori de incasat, în lei (ct. 5112 + din ct. 5125 + 5411) | 101 | 93 | 5.011 | 13.954 |
| - sume în curs de decontare și acreditive în valută (din ct. 5125 + 5414) | 102 | 94 | | |
| Datorii **(rd. 96 + 99 + 102 + 103 + 106 + 108 + 110 + 111 + 116 + 119 + 122 + 128)** | 103 | 95 | 5.163.395 | 4.866.418 |
| Credite bancare externe pe termen lung (credite primite de la instituții financiare pentru care durata contractului de credit este mai mare sau egală cu 1 an) (din ct. 162), **(rd .97+98)** | 104 | 96 | | |
| - în lei | 105 | 97 | | |
| - în valută | 106 | 98 | | |
| Credite bancare externe pe termen lung  (ct. 1623 + 1624 + 1625 ) **(rd.100+101)** | 107 | 99 | | |
| - în lei | 108 | 100 | | |
| - în valută | 109 | 101 | | |
| Credite de la trezoreria statului si dobanzile aferente (ct. 1626 + din ct. 1682) | 110 | 102 | | |

Barcode:3875858-05 A-570-106 INV - Investigation -

F30 - pag.5

| | | | | |
|---|---|---|---|---|
| Alte împrumuturi şi dobânzile aferente (ct. 166 + 1685 + 1686 + 1687) **(rd. 104+105)** | 111 | 103 | | |
| - în lei si exprimate in lei, a caror decontare se face in functie de cursul unei valute | 112 | 104 | | |
| - în valută | 113 | 105 | | |
| Alte împrumuturi şi datorii asimilate (ct. 167), din care: | 114 | 106 | 7.957 | 7.957 |
| - valoarea concesiunilor primite (din ct. 167) | 115 | 107 | | |
| Datorii comerciale, avansuri primite de la clienţi şi alte conturi asimilate, in sume brute (ct. 401 + 403 + 404 + 405 + 408 + 419), din care: | 116 | 108 | 4.074.914 | 3.697.315 |
| - datorii comerciale în relaţia cu entităţile neafiliate nerezidente, avansuri primite de la clienţi neafiliaţi nerezidenţi şi alte conturi asimilate, în sume brute în relaţie cu neafiliaţii nerezidenţi (din ct. 401 + din ct. 403 + din ct. 404 + din ct. 405 + din ct. 408 + din ct. 419) | 117 | 109 | 413.195 | 159.195 |
| - datorii comerciale în relaţia cu entităţile afiliate nerezidente, avansuri primite de la clienţi afiliaţi nerezidenţi şi alte conturi asimilate, în sume brute în relaţie cu afiliaţii nerezidenţi (din ct. 401 + din ct. 403 + din ct. 404 + din ct. 405 + din ct. 408 + din ct. 419) | 118 | 109a (309) | | |
| Datorii în legătură cu personalul şi conturi asimilate (ct. 421 + 423 + 424 + 426 + 427 + 4281) | 119 | 110 | 543.693 | 540.825 |
| Datorii în legătură cu bugetul asigurărilor sociale şi bugetul statului (ct. 431+436 + 437 + 4381 + 441 + 4423 + 4428 + 444 + 446 + 447 + 4481) **(rd.112 la 115)** | 120 | 111 | 427.212 | 510.802 |
| - datorii in legatura cu bugetul asigurarilor sociale (ct.431+437+4381) | 121 | 112 | 238.224 | 300.617 |
| - datorii fiscale in legatura cu bugetul statului(ct.436 +441+4423+4428+444+446) | 122 | 113 | 185.380 | 202.532 |
| - fonduri speciale - taxe si varsaminte asimilate (ct.447) | 123 | 114 | 3.608 | 7.653 |
| - alte datorii in legatura cu bugetul statului (ct.4481) | 124 | 115 | | |
| Datoriile entităţii în relaţiile cu entităţile afiliate (ct. 451), din care: | 125 | 116 | | |
| - datorii cu entităţi afiliate nerezidente 2) (din ct. 451), din care: | 126 | 117 | | |
| - cu scadenţa iniţială mai mare de un an | 127 | 118 | | |
| - datorii comerciale cu entităţile afiliate nerezidente indiferent de scadenţă (din ct. 451) | 128 | 118a (310) | | |
| Sume datorate actionarilor / asociatilor (ct.455), din care: | 129 | 119 | | |
| - sume datorate actionarilor / asociatilor pers.fizice | 130 | 120 | | |
| - sume datorate actionarilor / asociatilor pers.juridice | 131 | 121 | | |
| Alte datorii (ct. 269 + 453 + 456 + 457 + 4581 + 4661 + 462 + 472 + 473 + 478 + 509)   **(rd.123 la 127)** | 132 | 122 | 109.619 | 109.519 |
| -decontari privind interesele de participare , decontari cu actionarii /asociatii privind  capitalul, decontari din operatii in participatie (ct.453+456+457+4581) | 133 | 123 | 108.430 | 107.930 |
| -alte datorii in legatura cu persoanele fizice si persoanele juridice, altele decat datoriile in legatura cu institutiile publice (institutiile statului ) 3) (din ct.462+4661+din ct.472+din ct.473) | 134 | 124 | 1.189 | 1.589 |
| - subventii nereluate la venituri (din ct. 472) | 135 | 125 | | |
| - varsaminte de efectuat pentru imobilizari financiare si investitii pe termen  scurt (ct.269+509) | 136 | 126 | | |

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:33 PM; Submission Status: Approved

Barcode:3875858-05 A-570-106 INV - Investigation -

F30 - pag.6

| | | | 31.12.2017 | 31.12.2018 |
|---|---|---|---|---|
| - venituri în avans aferente activelor primite prin transfer de la clienți (ct. 478) | 137 | 127 | | |
| Dobânzi de plătit (ct. 5186), din care: | 138 | 128 | | |
| - către nerezidenți | 139 | 128a (311) | | |
| Valoarea împrumuturilor primite de la operatorii economici ⁴⁴⁴⁴) | 140 | 129 | | |
| Capital subscris vărsat (ct. 1012), din care: | 141 | 130 | 2.325.077 | 2.325.077 |
| - acțiuni cotate 4) | 142 | 131 | 2.325.077 | 2.325.077 |
| - acțiuni necotate 5) | 143 | 132 | | |
| - părți sociale | 144 | 133 | | |
| - capital subscris varsat de nerezidenti (din ct. 1012) | 145 | 134 | | |
| Brevete si licente (din ct.205) | 146 | 135 | | |

| **IX. Informatii privind cheltuielele cu colaboratorii** | | Nr. rd. | **31.12.2017** | **31.12.2018** |
|---|---|---|---|---|
| A | | B | 1 | 2 |
| Cheltuieli cu colaboratorii (ct. 621) | 147 | 136 | 507.286 | 601.616 |

| **X. Informații privind bunurile din domeniul public al statului** | | Nr. rd. | **31.12.2017** | **31.12.2018** |
|---|---|---|---|---|
| A | | B | 1 | 2 |
| Valoarea bunurilor din domeniul public al statului aflate în administrare | 148 | 137 | | |
| Valoarea bunurilor din domeniul public al statului aflate în concesiune | 149 | 138 | | |
| Valoarea bunurilor din domeniul public al statului închiriate | 150 | 139 | | |

| **XI. Informații privind bunurile din proprietatea privată a statului supuse inventarierii cf. OMFP nr. 668/2014** | | Nr. rd. | **31.12.2017** | **31.12.2018** |
|---|---|---|---|---|
| A | | B | 1 | 2 |
| Valoarea contabilă netă a bunurilor 6) | 151 | 140 | | |

| **XII. Capital social vărsat** | | Nr. rd. | **31.12.2017** | | **31.12.2018** | |
|---|---|---|---|---|---|---|
| | | | Suma (lei) | % 7) | Suma (lei) | % 7) |
| A | | B | Col.1 | Col.2 | Col.3 | Col.4 |
| **Capital social vărsat (ct. 1012) 7), (rd. 142 + 145 + 149 + 150 + 151 + 152)** | 152 | 141 | 2.325.077 | X | 2.325.077 | X |
| - deținut de instituții publice, (rd. 143+144) | 153 | 142 | | | | |
| - deținut de instituții publice de subord. centrală | 154 | 143 | | | | |
| - deținut de instituții publice de subord. locală | 155 | 144 | | | | |
| - deținut de societățile cu capital de stat, din care: | 156 | 145 | | | | |
| - cu capital integral de stat | 157 | 146 | | | | |
| - cu capital majoritar de stat | 158 | 147 | | | | |
| - cu capital minoritar de stat | 159 | 148 | | | | |
| - deținut de regii autonome | 160 | 149 | | | | |
| - deținut de societăți cu capital privat | 161 | 150 | 301.101 | 12,95 | 298.901 | 12,86 |
| - deținut de persoane fizice | 162 | 151 | 808.426 | 34,77 | 810.626 | 34,86 |
| - deținut de alte entități | 163 | 152 | 1.215.550 | 52,28 | 1.215.550 | 52,28 |

Barcode:3875858-05 A-570-106 INV - Investigation -

F3O - pag. 7

| A | Nr. rd. | Sume | |
|---|---|---|---|
| | B | 2017 | 2018 |
| **XIII. Dividende/vărsăminte cuvenite bugetului de stat sau local, de repartizat din profitul exercițiului financiar de către companiile naționale, societățile naționale, societățile și regiile autonome, din care:** 164 | 153 | | |
| - către instituții publice centrale; 165 | 154 | | |
| - către instituții publice locale; 166 | 155 | | |
| - către alți acționari la care statul/unitățile administrativ teritoriale/instituțiile publice dețin direct/indirect acțiuni sau participații indiferent de ponderea acestora. 167 | 156 | | |

| A | Nr. rd. | Sume | |
|---|---|---|---|
| | B | 2017 | 2018 |
| **XIV. Dividende/vărsăminte cuvenite bugetului de stat sau local, virate în perioada de raportare din profitul companiilor naționale, societăților naționale, societăților și al regiilor autonome, din care:** 168 | 157 | | |
| - dividende/vărsăminte din profitul exercițiului financiar al anului precedent, din care virate: 169 | 158 | | |
| - către instituții publice centrale 170 | 159 | | |
| - către instituții publice locale 171 | 160 | | |
| - către alți acționari la care statul/ unitățile administrativ teritoriale /instituțiile publice dețin direct/indirect acțiuni sau participații indiferent de ponderea acestora. 172 | 161 | | |
| - dividende/vărsăminte din profitul exercițiilor financiare anterioare anului precedent, din care virate: 173 | 162 | | |
| - către instituții publice centrale 174 | 163 | | |
| - către instituții publice locale 175 | 164 | | |
| - către alți acționari la care statul/ unitățile administrativ teritoriale /instituțiile publice dețin direct/indirect acțiuni sau participații indiferent de ponderea acestora 176 | 165 | | |

| A | Nr. rd. | Sume (lei) | |
|---|---|---|---|
| **XV. Repartizări interimare de dividende potrivit Legii nr. 163/2018** | B | 2017 | 2018 |
| - dividendele interimare repartizate  8) 177 | 165a (312) | | |

| A | Nr. rd. | Sume (lei) | |
|---|---|---|---|
| **XVI. Creanțe preluate prin cesionare de la persoane juridice *****)** | B | 2017 | 2018 |
| Creanțe preluate prin cesionare de la persoane juridice (la valoarea nominală), din care: 178 | 166 | | |
| - creanțe preluate prin cesionare de la persoane juridice afiliate 179 | 167 | | |
| Creanțe preluate prin cesionare de la persoane juridice (la cost de achiziție), din care: 180 | 168 | | |
| - creanțe preluate prin cesionare de la persoane juridice afiliate 181 | 169 | | |

| A | Nr. rd. | Sume (lei) | |
|---|---|---|---|
| **XVII. Venituri obținute din activități  agricole ******)** | B | 2017 | 2018 |
| Venituri obținute din activități agricole 182 | 170 | | |

Barcode:3875858-05 A-570-106 INV - Investigation -

Suma de control F30 :  82967023 / 1274160645

F30 - pag.8

## ADMINISTRATOR,

Numele si prenumele

ING.KERTESZ STEFAN

Semnatura _____

*(stamp: SOCIETATEA COMERCIALA SIGSTRAT SIGHETU-MARMATIEI)*

Formular
VALIDAT

## INTOCMIT,

Numele si prenumele

EC.MUJDAR ERIKA

Calitatea

11--DIRECTOR ECONOMIC

Semnatura _____

Nr.de inregistrare in organismul profesional:

---

*) Subvenții pentru stimularea ocupării forței de muncă (transferuri de la bugetul statului către angajator) – reprezintă sumele acordate angajatorilor pentru plata absolvenților instituțiilor de învățământ, stimularea șomerilor care se încadrează în muncă înainte de expirarea perioadei de șomaj, stimularea angajatorilor care încadrează în muncă pe perioadă nedeterminată șomeri în vârsta de peste 45 ani, șomeri întreținători unici de familie sau șomeri care în termen de 3 ani de la data angajării îndeplinesc condițiile pentru a solicita pensia anticipată parțială sau de acordare a pensiei pentru limita de vârstă, ori pentru alte situații prevăzute prin legislația în vigoare privind sistemul asigurărilor pentru șomaj și stimularea ocupării forței de muncă.

**) Se va completa cu cheltuielile efectuate pentru activitatea de cercetare-dezvoltare, respectiv cercetarea fundamentală, cercetarea aplicativă, dezvoltarea tehnologică și inovarea, stabilite potrivit prevederilor Ordonanței Guvernului nr. 57/2002 privind cercetarea științifică și dezvoltarea tehnologică, aprobată cu modificări și completări prin Legea nr. 324/2003, cu modificările și completările ulterioare. Cheltuielile se vor completa conform Regulamentului de punere în aplicare (UE) nr. 995/2012 al Comisiei din 26 octombrie 2012 de stabilire a normelor de punere în aplicare a Deciziei nr. 1.608/2003/CE a Parlamentului European și a Consiliului privind producția și dezvoltarea statisticilor comunitare în domeniul științei și al tehnologiei, publicat în Jurnalul Oficial al Uniunii Europene, seria L, nr. 299/27.10.2012.

***) Se va completa cu cheltuielile efectuate pentru activitatea de inovare conform Regulamentului de punere în aplicare (UE) nr. 995/2012 al Comisiei din 26 octombrie 2012 de stabilire a normelor de punere în aplicare a Deciziei nr. 1.608/2003/CE a Parlamentului European și a Consiliului privind producția și dezvoltarea statisticilor comunitare în domeniul științei și al tehnologiei, publicat în Jurnalul Oficial al Uniunii Europene, seria L, nr. 299/27.10.2012.

****) În categoria operatorilor economici nu se cuprind entitățile reglementate și supravegheate de Banca Națională a României, respectiv Autoritatea de Supraveghere Financiară, societățile reclasificate în sectorul administrației publice și întreținute fără scop lucrativ în serviciul gospodăriilor populației.

*****) Pentru creanțele preluate prin cesionare de la persoane juridice se va completa atât valoarea nominală a acestora, cât și costul lor de achiziție. Pentru statutul de 'persoane juridice afiliate' se vor avea în vedere prevederile art. 7 pct. 26 lit. c) și d) din Legea nr.227/2015 privind Codul fiscal, cu modificările și completările ulterioare.

******) Conform art. 11 din Regulamentul Delegat (UE) nr. 639/2014 al Comisiei din 11 martie 2014 de completare a Regulamentului (UE) nr. 1307/2013 al Parlamentului European și al Consiliului de stabilire a unor norme privind plățile directe acordate fermierilor prin scheme de sprijin în cadrul politicii agricole comune și de modificare a anexei X la regulamentul menționat, '(1) ... veniturile obținute din activitățile agricole sunt veniturile care au fost obținute de un fermier din activitatea sa agricolă în sensul articolului 4 alineatul (1) litera (c) din regulamentul menționat (R (UE) 1307/2013), în cadrul exploatației sale, inclusiv sprijinul din partea Uniunii din Fondul european de garantare agricolă (FEGA) și din Fondul european agricol pentru dezvoltare rurală (FEADR), precum și orice ajutor național acordat pentru activități agricole, cu excepția plăților directe naționale complementare în temeiul articolelor 18 și 19 din Regulamentul (UE) nr. 1307/2013.

Veniturile obținute din prelucrarea produselor agricole în sensul articolului 4 alineatul (1) litera (d) din Regulamentul (UE) nr. 1307/2013 ale exploatației sunt considerate venituri din activități agricole cu condiția ca produsele prelucrate să rămână proprietatea fermierului și ca o astfel de prelucrare să aibă ca rezultat un alt produs agricol în sensul articolului 4 alineatul (1) litera (d) din Regulamentul (UE) nr. 1307/2013.

Orice alte venituri sunt considerate venituri din activități neagricole.

(2)   În sensul alineatului (1), 'venituri' înseamnă veniturile brute, înainte deducerii costurilor și impozitelor aferente. ...'.

1) Se vor include chiriile plătite pentru terenuri ocupate (culturi agricole, pășuni, fânețe etc.) și aferente spațiilor comerciale (terase etc.) aparținând proprietarilor privați sau unor unități ale administrației publice, inclusiv chiriile pentru folosirea luciului de apă în scop recreativ sau în alte scopuri (pescuit etc.).

2) Valoarea înscrisă la rândul 'datorii cu entitățile afiliate nerezidente (din ct.451), din care:' NU se calculează prin însumarea valorilor de la rândurile „cu scadența inițială mai mare de un an' și 'datorii comerciale cu entitățile afiliate nerezidente indiferent de scadență (din ct.451)'.

3) În categoria 'Alte datorii în legătură cu persoanele fizice și persoanele juridice, altele decât datoriile în legătură cu instituțiile publice (instituțiile statului)' nu se vor înscrie subvențiile aferente veniturilor existente în soldul contului 472.

4) Titluri de valoare care conferă drepturi de proprietate asupra societăților, care sunt negociabile și tranzacționate, potrivit legii.

5) Titluri de valoare care conferă drepturi de proprietate asupra societăților, care nu sunt tranzacționate.

6) Se va completa de către operatorii economici cărora le sunt incidente prevederile Ordinului ministrului finanțelor publice și al ministrului delegat pentru buget nr. 668/2014 pentru aprobarea Precizărilor privind întocmirea și actualizarea inventarului centralizat al bunurilor imobile proprietate privată a statului și a drepturilor reale supuse inventarierii, cu modificările și completările ulterioare.

7) La secțiunea 'XII Capital social vărsat' la rd. 153 - 163 în col. 2 și col. 4 entitățile vor înscrie procentul corespunzător capitalului social deținut în totalul capitalului social vărsat  înscris la rd. 152.

8) La acest rând se cuprind dividendele repartizate potrivit Legii nr. 163/2018 pentru modificarea și completarea Legii contabilității nr. 82/1991, modificarea și completarea Legii societăților nr. 31/1990, precum și modificarea Legii nr. 1/2005 privind organizarea și funcționarea cooperației. Nu se raportează dividendele prezentate la rd. 164.

Barcode:3875858-05 A-570-106 INV - Investigation  -

F40 - pag. 1

# SITUATIA ACTIVELOR IMOBILIZATE
## la data de  31.12.2018

Cod 40                                                                                      - lei -

| Elemente de imobilizari | Nr. rd. | Valori brute | | | | |
|---|---|---|---|---|---|---|
| | | Sold initial | Cresteri | Reduceri | | Sold final (col.5=1+2-3) |
| | | | | Total | Din care: dezmembrari si casari | |
| A | B | 1 | 2 | 3 | 4 | 5 |
| **I.Imobilizari necorporale** | | | | | | |
| Cheltuieli de constituire si cheltuieli de dezvoltare | 01 | | | | X | |
| Alte imobilizari | 02 | 314.928 | 21.397 | | X | 336.325 |
| Avansuri acordate pentru imobilizari necorporale | 03 | | | | X | |
| Active necorporale de explorare si evaluare a resurselor minerale | 04 | | | | X | |
| TOTAL (rd. 01 la 04) | 05 | 314.928 | 21.397 | | X | 336.325 |
| **II.Imobilizari corporale** | | | | | | |
| Terenuri | 06 | 426.869 | | 9.560 | X | 417.309 |
| Constructii | 07 | 8.501.707 | 197.000 | 238.600 | | 8.460.107 |
| Instalatii tehnice si masini | 08 | 16.768.501 | 355.348 | 46.135 | 7.895 | 17.077.714 |
| Alte instalatii , utilaje si mobilier | 09 | 304.418 | 2.824 | 175 | 175 | 307.067 |
| Investitii imobiliare | 10 | | | | | |
| Active corporale de explorare si evaluare a resurselor minerale | 11 | | | | | |
| Active biologice productive | 12 | | | | | |
| Imobilizari corporale in curs de executie | 13 | | | | | |
| Investitii imobiliare in curs de executie | 14 | 1.179.078 | 349.621 | 358.171 | | 1.170.528 |
| Avansuri acordate pentru imobilizari corporale | 15 | 54.272 | | | | 54.272 |
| TOTAL (rd. 06 la 15) | 16 | 27.234.845 | 904.793 | 652.641 | 8.070 | 27.486.997 |
| **III.Imobilizari financiare** | 17 | 14.614 | 2.000 | 3.258 | X | 13.356 |
| ACTIVE IMOBILIZATE - TOTAL (rd.05+16+17) | 18 | 27.564.387 | 928.190 | 655.899 | 8.070 | 27.836.678 |

Barcode:3875858-05 A-570-106 INV - Investigation  -

F40  - pag. 2

# SITUATIA AMORTIZARII ACTIVELOR IMOBILIZATE

- lei -

| Elemente de imobilizari | Nr. rd. | Sold initial | Amortizare in cursul anului | Amortizare aferenta imobilizarilor scoase din evidenta | Amortizare la sfarsitul anului (col.9=6+7-8) |
|---|---|---|---|---|---|
| A | B | 6 | 7 | 8 | 9 |
| **I.Imobilizari necorporale** | | | | | |
| Cheltuieli de constituire si cheltuieli de dezvoltare | 19 | | | | |
| Alte imobilizari | 20 | 145.033 | 27.290 | | 172.323 |
| Active necorporale de explorare si evaluare a resurselor minerale | 21 | | | | |
| TOTAL (rd.19+20+21) | 22 | 145.033 | 27.290 | | 172.323 |
| **II.Imobilizari corporale** | | | | | |
| Terenuri | 23 | 6.595 | 1.070 | | 7.665 |
| Constructii | 24 | 1.654.576 | 263.752 | 41.897 | 1.876.431 |
| Instalatii tehnice si masini | 25 | 11.215.484 | 1.274.435 | 46.134 | 12.443.785 |
| Alte instalatii ,utilaje si mobilier | 26 | 197.654 | 20.865 | 175 | 218.344 |
| Investitii imobiliare | 27 | | | | |
| Active corporale de explorare si evaluare a resurselor minerale | 28 | | | | |
| Active biologice productive | 29 | | | | |
| TOTAL (rd.23 la 29) | 30 | 13.074.309 | 1.560.122 | 88.206 | 14.546.225 |
| AMORTIZARI - TOTAL (rd.22 +30) | 31 | 13.219.342 | 1.587.412 | 88.206 | 14.718.548 |

Barcode:3875858-05 A-570-106 INV - Investigation -

F40 - pag. 3

# SITUATIA AJUSTARILOR PENTRU DEPRECIERE

- lei -

| Elemente de imobilizari | Nr. rd. | Sold initial | Ajustari constituite in cursul anului | Ajustari reluate la venituri | Sold final (col. 13=10+11-12) |
|---|---|---|---|---|---|
| A | B | 10 | 11 | 12 | 13 |
| I.Imobilizari necorporale | | | | | |
| Cheltuieli de constituire si cheltuieli de dezvoltare | 32 | | | | |
| Alte imobilizari | 33 | | | | |
| Active necorporale de explorare si evaluare a resurselor minerale | 34 | | | | |
| TOTAL (rd.32 la 34) | 35 | | | | |
| II.Imobilizari corporale | | | | | |
| Terenuri | 36 | | | | |
| Constructii | 37 | | | | |
| Instalatii tehnice si masini | 38 | | | | |
| Alte instalatii, utilaje si mobilier | 39 | | | | |
| Investitii imobiliare | 40 | | | | |
| Active corporale de explorare si evaluare a resurselor minerale | 41 | | | | |
| Active biologice productive | 42 | | | | |
| Imobilizari corporale in curs de executie | 43 | | | | |
| Investitii imobiliare in curs de executie | 44 | | | | |
| TOTAL (rd. 36 la 44) | 45 | | | | |
| III.Imobilizari financiare | 46 | | | | |
| AJUSTARI PENTRU DEPRECIERE - TOTAL (rd.35+45+46) | 47 | | | | |

Suma de control F40 :   259786968 / 1274160645

## ADMINISTRATOR,

INTOCMIT,

Numele si prenumele

ING.KERTESZ STEFAN

Semnătura

Numele si prenumele

EC.MUJDAR ERIKA

Calitatea

11--DIRECTOR ECONOMIC

Semnătura

Nr.de inregistrare in organismul profesional:

Formular
VALIDAT

SC SIGSTRAT SA
SIGHETU MARMATIEI

NOTA 1     ACTIVE IMOBILIZATE

- lei -

| Denumirea elementului de imobilizare | Sold la 01.01.2018 | Cumparari | Cresteri Productie proprie | Reevaluare | Cedari, casari si alte reduceri | Sold la 31.12.2018 |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Imobilizari necorporale | 314.928 | 21.397 | - | - | - | 336.325 |
| Terenuri, amenajari terenuri | 426.869 | - | - | - | 9.560 | 417.309 |
| Constructii | 8.501.707 | 197.000 | - | - | 238.600 | 8.460.107 |
| Echipamente tehnologice | 12.821.008 | 12.864 | 339.085 | - | 140 | 13.172.817 |
| Aparate si instalatii de masurare, control si reglare | 282.815 | 3.399 | - | - | 5.740 | 280.474 |
| Mijloace de transport | 3.664.678 | - | - | - | 40.255 | 3.624.423 |
| Mobilier, aparatura birotica | 304.418 | 2.824 | - | - | 175 | 307.067 |
| Imobilizari corporale in curs de executie si avansuri | 1.233.350 | 41.514 | 308.107 | - | 358.171 | 1.224.800 |
| Alte creante imobilizate | 14.614 | 2.000 | - | - | 3.258 | 13.356 |
| TOTAL | 27.564.387 | 280.998 | 647.192 | - | 655.899 | 27.836.678 |

Administrator,
ing. Kertesz Stefan

Intocmit,
ec. Mujdar Erika

Barcode:3875858-05 A-570-106 INV - Investigation  -

Barcode:3875858-05 A-570-106 INV - Investigation  -

SC SIGSTRAT SA
SIGHETU MARMATIEI

## NOTA 1

## SITUATIA AMORTIZARII ACTIVELOR IMOBILIZATE

- lei -

| Elemente de imobilizare | Sold la 01.01.2018 | Amortizare liniara | Amortizare aferenta imobiliz. scoase din evid./reeval. | Amortizare la 31.12.2018 |
|---|---|---|---|---|
| Alte imobilizari | 145.033 | 27.290 | - | 172.323 |
| Constructii,amenajari terenuri | 1.661.171 | 264.822 | 41.897 | 1.884.096 |
| Instalatii tehnice si masini | 11.215.484 | 1.274.435 | 45.134 | 12.443.785 |
| Alte instalatii, utilaje si mobilier | 197.654 | 20.865 | 175 | 218.344 |
| TOTAL | 13.219.342 | 1.587.412 | 83.206 | 14.718.548 |

Administrator,
Numele si prenumele
ing. Kertesz Stefan

Intocmit,
Numele si prenumele
ec Mujdar Erika

Semnatura

Semnatura

Stampila

SOCIETATEA COMERCIALA
SIGSTRAT
SIGHETU MARMATIEI

Barcode:3875858-05 A-570-106 INV - Investigation -

**S.C. SIGSTRAT S.A.**
SIGHETU MARMATIEI

**NOTA 2**

**AJUSTARI PENTRU DEPRECIERE**

- lei -

| Denumirea provizionului | Sold la 01.01.2018 | Transferuri | | Sold la 31.12.2018 |
|---|---|---|---|---|
| | | In cont | din cont | |
| 0 | 1 | 2 | 3 | 4 = 1+2-3 |
| Ajustari pentru deprecierea creantelor | 584.346 | - | 49.497 | 534.849 |

Administrator,
Numele si prenumele
ing.Kertesz Stefar

Semnatura

Intocmit,
Numele si prenumele
ec.Mujdar Erika

Semnatura

Barcode:3875858-05 A-570-106 INV - Investigation -

S.C. SIGSTRAT S.A.
SIGHETU MARMATIEI

NOTA 3

PROPUNERE DE REPARTIZARE A PROFITULUI
AFERENT ANULUI 2018

| PROFIT BRUT | 473.773,63 |
|---|---|
| Impozit pe profit | 112.891 |
| PROFIT NET DE REPARTIZAT | 360.882,63 |
| Rezultat reportat reprezentand surplusul realizat din rezerve din reevaluare | 225.090,31 |
| Majorare rezerva legala datorata majorarii capitalului social | 23.688,68 |
| Rezerve pentru surse proprii de finantare | 562.284,26 |

Administrator,
Numele si prenumele
ing.Kertesz Stefan

Director economic,
Numele si prenumele
ec.Mujdar Erika

Barcode:3875858-05 A-570-106 INV - Investigation  -

SC SIGSTRAT SA
SIGHETU MARMATIEI

NOTA 4

### ANALIZA REZULTATULUI DIN EXPLOATARE

- lei-

| Nr. crt. | INDICATOR | EXERCITIUL PRECEDENT (2017) | EXERCITIUL CURENT (2018) |
|---|---|---|---|
| 1 | Cifra de afaceri neta + variatia stocurilor | 32.347.136 | 34.682.935 |
| 2 | Costul bunurilor vandute si al serviciilor prestate (3+4+5) | 27.626.962 | 30.703.287 |
| 3 | Cheltuielile activitatii de baza | 18.568.260 | 21.270.123 |
| 4 | Cheltuielile activitatilor auxiliare | 864.543 | 920.574 |
| 5 | Cheltuielile indirecte de productie | 8.194.159 | 8.512.590 |
| 6 | Rezultatul brut aferent cifrei de afaceri nete (1-2) | 4.720.174 | 3.979.648 |
| 7 | Cheltuielile de desfacere | 298.664 | 109.792 |
| 8 | Cheltuielile generale de administratie | 4.918.639 | 4.383.473 |
| 9 | Alte venituri din exploatare | 2.178.890 | 2.489.925 |
| 10 | Alte cheltuieli de exploatare | 1.224.974 | 1.337.915 |
| 11 | Rezultatul din exploatare (6-7-8+9-10) | 456.787 | 638.393 |

Administrator,
Numele si prenumele
ing. Kertesz Stefan

Semnatura

Stampila

Intocmit,
Numele si prenumele
ec. Mujdar Erika

Semnatura

S.C. SIGSTRAT S.A.
SIGHETU MARMATIEI

Barcode:3875858-05 A-570-106 INV - Investigation -

**Nota 5**

**SITUATIA CREANTELOR SI DATORIILOR**

lei

| CREANTE | Sold la 31.12.2018 | Termen de lichiditate | |
| --- | --- | --- | --- |
| | | sub 1 an | peste 1 an |
| 0 | 1 = 2 + 3 | 2 | 3 |
| **Total, din care:** | **6.095.544** | **6.095.544** | |
| Clienti | **4.387.674** | **4.387.674** | |
| Clienti incerti | **1.188.934** | **1.188.934** | |
| Furnizori debitori | **193.687** | **193.687** | |
| Alte creante in legatura cu personalul | **31.427** | **31.427** | |
| Contributia angajator concedii | **241.775** | **241.775** | |
| Debitori diversi | **39.876** | **39.876** | |
| TVA neexigibil | **7.092** | **7.092** | |
| Alte creante | **5.079** | **5.079** | |

| DATORII | Sold la 31.12.2018 | Termen de exigibilitate | | |
| --- | --- | --- | --- | --- |
| | | sub 1 an | 1-5 ani | peste 5 ani |
| 0 | 1 = 2 + 3 + 4 | 2 | 3 | 4 |
| **Total, din care:** | **7.461.386** | **7.461.386** | | |
| Furnizori | **2.062.081** | **2.062.081** | | |
| Furnizori imobilizari | **24.147** | **24.147** | | |
| Clienti creditori | **1.611.087** | **1.611.087** | | |
| Contributii pt.asigurari sociale | **300.617** | **300.617** | | |
| Contributii somaj | **19.551** | **19.551** | | |
| Impozit salarii | **45.482** | **45.482** | | |
| Datorii cu personalul | **540.825** | **540.825** | | |
| Alte impozite si taxe | **7.653** | **7.653** | | |
| Linie credit in lei | **1.647.072** | **1.647.072** | | |
| Linie credit in valuta | **527.143** | **527.143** | | |
| Impozit pe profit | **112.891** | **112.891** | | |
| Credite bancare pe termen mediu | **420.753** | **420.753** | | |
| TVA de plata | **24.608** | **24.608** | | |
| Creditori diversi | **1.589** | **1.589** | | |
| Alte imprumuturi | **7.957** | **7.957** | | |
| Datorii fata de alti creditori | **107.930** | **107.930** | | |

Administrator,

Numele si prenumele

ing.Kertesz Stefan

Intocmit,

Numele si prenumele

ec.Mujdar Erika

Barcode:3875858-05 A-570-106 INV - Investigation -

SC SIGSTRAT SA
SIGHETU MARMATIEI

## NOTA 6

## PRINCIPII, POLITICI SI METODE CONTABILE

Situaţiile financiare s-au întocmit în conformitate cu prevederile Reglementărilor contabile privind situatiile financiare anuale individuale si situatiile financiare anuale consolidate, aprobate prin Ordinul Ministrului Finantelor Publice nr. 1802/2014, cu modificarile si completarile ulterioare, Legii Contabilitatii nr. 82/1991 si a reglementarilor Ordinului Ministrului Finantelor Publice nr. 10/2019.

Politicile contabile au fost aplicate in mod consecvent pe perioada 01.01.2018 – 31.12.2018. Nu s-au înregistrat abateri de la principiile şi politicile contabile şi de la alte prevederi din reglementările contabile.

Valorile prezentate in situatiile financiare aferente anului 2018 sunt comparabile. S-au aplicat aceleasi reguli de evaluare, inregistrare si prezentare in contabilitate a elementelor patrimoniale, asigurandu-se comparabilitatea in timp a acestora.

S-au luat in considerare toate cheltuielile si veniturile aferente exercitiului, indiferent de data platilor, respectiv incasarilor.

Cheltuielile cu reparatiile si intretinerea imobilizarilor corporale, efectuate in scopul asigurarii utilizarii continue a acestora, au fost recunoscute in contul de profit si pierdere la data efectuarii lor.

Cheltuielile efectuate pentru modernizarea imobilizarilor corporale au fost recunoscute in valoarea acestora.

Imobilizarile corporale in curs de executie reprezinta investitiile nepuse in functiune. Acestea s-au evaluat la costul de productie sau costul de achizitie, dupa caz. Imobilizarile corporale in curs de executie nu au fost supuse amortizarii.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:33 PM, Submission Status: Approved

Barcode:3875858-05 A-570-106 INV - Investigation -

Pentru amortizarea activelor imobilizate, in anul 2018, societatea a folosit metoda de amortizare liniara.

Stocurile de materii prime si materiale sunt inregistrate in contabilitate la pret de achizitie, iar cele de produse la pret prestabilit. Diferentele de pret fata de costul de achizitie sau de productie sunt evidentiate distinct si se repartizeaza asupra valorii bunurilor iesite din gestiune si asupra stocurilor. La iesirea din gestiune a stocurilor de materii prime si materiale se foloseste metoda costului mediu ponderat, iar a stocurilor de produse metoda FIFO.

Cheltuielile cu salariile personalului sunt inregistrate lunar, conform statelor de plata. Societatea calculeaza si achita in termen datoriile catre salariati si catre bugete.

Tranzactiile societatii in moneda straina sunt inregistrate la cursul de schimb din data tranzactiilor. Castigurile si pierderile rezultate din decontarea unor astfel de tranzactii si din conversia activelor si datoriilor monetare exprimate in moneda straina sunt recunoscute in contul de profit si pierdere.

Veniturile sunt inregistrate in momentul in care riscurile si beneficiile aferente drepturilor de proprietate sunt transferate intr-o proportie semnificativa asupra consumatorilor, respectiv cand a avut loc transferul titlului legal de proprietate. O promisiune de vânzare nu generează contabilizarea de venituri.

Cheltuielile de exploatare sunt inregistrate in momentul in care au fost efectuate. Dobanzile aferente imprumuturilor sunt inregistrate pe cheltuieli in momentul cand apar, dar nu sunt incluse in costurile de productie.

Administrator,
Numele si prenumele
ing. Kertesz Stefan

Semnatura

Stampila

Intocmit,
Numele si prenumele
ec Mujdar Erika

Semnatura

2

Barcode:3875858-05 A-570-106 INV - Investigation -

SC SIGSTRAT SA
SIGHETU MARMATIEI

## NOTA 7

## A C T I U N I

La data de 31.12.2018, capitalul social subscris si varsat al SC SIGSTRAT SA este de 2.325.077 lei, reprezentat de 23.250.770 actiuni, cu valoare nominala de 0,1 lei/actiune.

Acţiunile sunt comune, nominative şi dematerializate.

Administrator,
Numele si prenumele
ing. Kertesz Stefan

Semnatura

Stampila

Intocmit,
Numele si prenumele
ec Mujdar Erika

Semnatura

SC SIGSTRAT SA
SIGHETU MARMATIEI

## NOTA  8

Indemnizațiile membrilor Consiliului de administrație sunt stabilite conform prevederilor Statutului societatii, iar cele ale membrilor conducerii executive a societății sunt negociate cu Consiliul de administrație.

Numărul mediu de salariați în exercițiul 2018 a fost de 333 persoane. Nivelul de pregătire al acestora se prezintă astfel:

- 28 persoane cu studii superioare
- 5 persoane cu studii postliceale
- 7 persoane cu pregătire de specialitate (maistrii)
- 88 persoane cu studii liceale
- 73 persoane cu scoli profesionale
- 13 persoane cu scoala de ucenici
- 106 persoane cu scoala generală
- 13 persoane cu mai puțin de 8 clase

Toti angajatii au salariu peste salariul minim pe economie.

Contributiile angajatilor si angajatorului, aferente salariilor, sunt determinate conform legislatiei in vigoare si au fost platite la scadenta.

Nu au fost acordate credite membrilor organelor de conducere sau de administratie.

Societatea nu are obligatii de genul garantiilor asumate in numele directorilor, administratorilor sau altor categorii de personal.

Administrator,
Numele si prenumele

ing. Kertesz Stefan

Semnatura

Stampila

Intocmit,
Numele si prenumele

ec. Mujdar Erika

Semnatura

Barcode:3875858-05 A-570-106 INV - Investigation  -

SC SIGSTRAT SA
SIGHETU MARMATIEI

NOTA 9

### PRINCIPALII INDICATORI ECONOMICO-FINANCIARI
### 2018

| DENUMIREA | FORMULA DE CALCUL | VALORI DE CALCUL | RATA |
|---|---|---|---|
| 1. Indicatori de lichiditate | | | |
| - Lichiditate curenta | Active circulante / Datorii pe TS | 14.875.608 / 7.461.386 | 1,99 |
| - Lichiditate imediata | Active curente - stocuri / Datorii curente | 14.875.608-8.178.249 / 7.461.386 | 0,90 |
| 2. Indicatori de risc | | | |
| - Gradul de indatorare | Datorii curente x 100 / Total activ | 7.461.386X100 / 28.100.420 | 26,55 |
| - Indicator prin acoperirea dobanzilor | Profit inaintea platii dob.si imp.profit / Cheltuieli cu dobanda | 594.118 / 120.344 | 4,94 |
| 3. Indicatorii de activitate | | | |
| - Viteza de rotatie a stocurilor | Costul vanzarilor / Stocul mediu | 36.534.467 / 7.735.881 | 4,72 |
| - Perioada de recuperare a creantelor (clienti) | Sold mediu clienti x 365 / Cifra de afaceri | 4.763.101X365 / 27.093.475 | 64,17 |
| - Perioada de rambursare a datoriilor (furnizori) | Sold mediu furnizori x 365 / Cifra de afaceri | 2.281.542X365 / 27.093.475 | 30,74 |
| - Viteza de rotatie a activelor imobilizate | Cifra de afaceri / Active imobilizate | 27.093.475 / 13.118.130 | 2,07 |
| - Viteza de rotatie a activelor totale | Cifra de afaceri / Active totale | 27.093.475 / 28.100.420 | 0,96 |
| 4. Indicatori de profitabilitate | | | |
| - Rentabilitatea capitalului angajat | Profit inaintea platii dob.si imp.profit / Capital angajat | 594.118 / 20.639.034 | 0,03 |
| - Marja bruta din vanzari | Profit brut din vanzari x 100 / Cifra de afaceri | 638.393X100 / 27.093.475 | 2,36 |

Administrator,
Numele si prenumele
ing. Kertesz Stefan

Semnatura

Stampila

Intocmit,
Numele si prenumele
ec. Mujdar Erika

Semnatura

Barcode:3875858-05 A-570-106 INV - Investigation -

SC SIGSTRAT SA
SIGHETU MARMATIEI

## NOTA 10

## ALTE INFORMATII

1. SC SIGSTRAT SA a fost inființată ca societate pe acțiuni prin HG nr. 753/1992, isi desfasoara activitatea in conformitate cu legislatia romana aplicabila coroborat cu prevederile Actului constitutiv.

Obiectul principal de activitate potrivit CAEN este "Fabricarea de furnire si a panourilor din lemn"(cod CAEN 1621).

Sediul societății se află în Sighetu Marmației, str. Unirii nr.40, jud. Maramures. Societatea nu detine sedii secundare si nici puncte de lucru.

2. Componența conducerii la 31.12.2018:

- director general – ing. Kertesz Stefan
- director tehnic – ing. Ilicsuk Adalbert
- director comercial – ec. Tivadar Stefan
- director economic – ec. Mujdar Erika
- director de producție – ing. Kokenyesdi Mihai pana in data de 01.03.2018
Membrii Consiliului de Administrație la 31.12.2018:
- ing. Kertesz Stefan – preşedinte
- ec. Tivadar Stefan – secretar
- ec.Petrovan Sorin – membru
- ec.Gavris Mircea – membru
- ing.Tiran Florin – membru

3. Tranzacțiile în valută au fost contabilizate la cursurile de schimb valutar de la data tranzacției. Pierderile sau câştigurile din diferențe de curs valutar au fost recunoscute în contul de profit şi pierdere. La finele fiecarei luni, creantele si datoriile in valuta au fost evaluate la cursul de schimb al pietei valutare, comunicat de BNR din ultima zi bancara a lunii in cauza, iar diferențele de curs valutar înregistrate au fost recunoscute in contabilitate la venituri sau cheltuieli din diferente de curs valutar, dupa caz.

4. La stabilirea profitului impozabil si a impozitului pe profit pe anul 2018 s-au avut in vedere prevederile  Legii nr.227/2015 privind Codul fiscal, cota de impozitare in vigoare la 31.12.2018 fiind 16%, iar impozitul pe profit rezultat la sfarsitul anului 2018 a fost in suma de  112.891 lei.

Barcode:3875858-05 A-570-106 INV - Investigation  -

5. Cifra de afaceri în valoare totală de 27.093.475 lei s-a concretizat în următoarele venituri:

a) Venituri din vânzarea produselor în valoare de 24.376.052 lei, cu următoarea structură pe produse:

- lei -

| DENUMIRE  PRODUS | VALOARE |
|---|---|
| - placaj uz interior | 12.197.902 |
| - furnir | 584.842 |
| - produse mulate | 11.539.443 |
| - brichete | 53.865 |
| TOTAL | 24.376.052 |

b) Venituri din vânzarea semifabricatelor            471.284 lei
c) Venituri din vânzarea produselor reziduale        747.671 lei
d) Venituri din lucrări executate şi servicii prestate 1.194.913 lei
e) Venituri din chirii                                139.046 lei
f) Venituri din vânzarea mărfurilor                   165.885 lei
g) Reduceri comerciale                                 -1.376 lei


Societatea nu a inregistrat in cursul anului 2018 venituri sau cheltuieli extraordinare.

Soldul contului 471 in suma de 106.682 lei, reprezinta cheltuieli efectuate in avans, pentru exercitiul financiar urmator, cum ar fi abonamente, asigurari aferente cladirilor, utilajelor, mijloacelor de transport, etc.

Nu au fost inregistrate venituri in avans.


Administrator,                           Intocmit,
Numele si prenumele                 Numele si prenumele
ing. Kertesz Stefan                   ec Mujdar Erika


Semnatura                              Semnatura

Stampila

Barcode:3875858-05 A-570-106 INV - Investigation  -

SC SIGSTRAT SA
SIGHETU MARMATIEI

## SITUATIA MODIFICARILOR CAPITALULUI PROPRIU
### la data de 31.12.2018

- lei -

| Denumirea elementului | Sold la inceputul exercitiului financiar 2018 | Cresteri | Reduceri | Sold la sfarsitul exercitiului financiar 2018 |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| Capital subscris | 2.325.077 | - | - | 2.325.077 |
| Rezerve din reevaluare | 4.401.197 | - | 225.091 | 4.176.106 |
| Rezerve legale | 411.896 | 23.688 | - | 435.584 |
| Alte rezerve | 13.124.328 | 80.772 | - | 13.205.100 |
| Rezultat reportat reprezentand surplusul realizat din rezerve din reevaluare | 27.362 | 225.090 | 27.362 | 225.090 |
| Pierderi legate de instrumentele de capitaluri proprii | 65.117 | - | - | 65.117 |
| Profitul exercitiului financiar | 58.744 | 360.883 | 58.744 | 360.883 |
| Repartizarea profitului | 5.334 | 23.689 | 5.334 | 23.689 |
| **Total capitaluri proprii** | **20.278.153** | **666.744** | **305.863** | **20.639.034** |

Administrator,
Numele si prenumele
ing. Kertesz Stefan

Semnatura

Intocmit,
Numele si prenumele
ec Mujdar Erika

Semnatura



Barcode:3875858-05 A-570-106 INV - Investigation -

SC SIGSTRAT SA
SIGHETU MARMATIEI

## SITUATIA FLUXURILOR DE TREZORERIE
### la data de 31.12.2018

- lei -

| DENUMIREA ELEMENTULUI | EXERCITIUL FINANCIAR | |
|---|---|---|
| | Precedent | Curent |
| 1 | 2 | 3 |
| Cifra de afaceri | 28.835.201 | 27.093.475 |
| Productia stocata | 3.511.935 | 7.589.460 |
| Productia imobilizata | 319.851 | 308.107 |
| Alte venituri din exploatare | 1.859.039 | 2.181.818 |
| *Total venituri din exploatare* | **34.526.026** | **37.172.860** |
| Cheltuieli privind materiile prime, materialele consumabile si marfurile | 15.891.758 | 18.689.846 |
| Cheltuieli cu energia | 1.451.981 | 1.534.472 |
| Cheltuieli cu personalul | 12.492.778 | 12.458.240 |
| Amortizari | 1.863.557 | 1.587.412 |
| Alte cheltuieli de exploatare | 2.509.165 | 2.313.994 |
| Ajustari privind provizioanele | -140.000 | |
| Ajustari privind activele circulante | - | -49.497 |
| *Total cheltuieli din exploatare* | **34.069.239** | **36.534.467** |
| *Rezultatul din exploatare* | **456.787** | **638.393** |
| Venituri financiare | 234.248 | 193.991 |
| Cheltuieli financiare | 584.361 | 358.610 |
| *Rezultatul financiar* | **-350.113** | **-164.619** |
| *Rezultatul brut al exercitiului* | **106.674** | **473.774** |
| Impozit pe profit | 47.930 | 112.891 |
| *Rezultatul net al exercitiului* | **58.744** | **360.883** |
| *Flux de numerar* | | |
| + Profit | 58.744 | 360.883 |
| + Amortizare | 1.863.557 | 1.587.412 |
| - Variatia stocurilor | -1.554.865 | 884.736 |
| - Variatia creantelor | -157.551 | 298.646 |
| + Variatia furnizorilor si clientilor creditori | 977.340 | -394.458 |
| - Variatia altor elemente de activ | -1.932.720 | -1.527.762 |
| + Variatia altor pasive | -2.125.883 | -1.793.192 |
| *Flux de numerar din activitatea de exploatare (A)* | **4.418.894** | **105.025** |
| + Sume din vanzarea activelor si mijloacelor fixe | 130.297 | 286.400 |
| - Achizitii de imobilizari corporale | 255.098 | 41.514 |
| - Cheltuieli pentru imobilizari corporale executate in regie proprie | 319.851 | 308.107 |
| *Flux de numerar din activitatea de investitii (B)* | **-444.652** | **-63.221** |
| + Variatia imprumuturilor | -3.628.886 | -405.199 |
| *Flux de numerar din activitatea financiara ( C )* | **-3.628.886** | **-405.199** |

Barcode:3875858-05 A-570-106 INV - Investigation  -

| 1 | 2 | 3 |
|---|---|---|
| *Disponibilitati banesti la inceputul perioadei* | 1.154.703 | 1.500.059 |
| *Flux de numerar net    (A+B+C)* | 345.356 | -363.395 |
| *Disponibilitati banesti la sfarsitul perioadei* | 1.500.059 | 1.136.664 |

Administrator,
Numele si prenumele
ing. Kertesz Stefan

Intocmit,
Numele si prenumele
ec Mujdar Erika

Semnatura

Semnatura

Stampila

SIGSTRAT
★ ★
★ ★ ★

Barcode:3875858-05 A-570-106 INV - Investigation -

DECLARATIE

S-au intocmit situatiile financiare anuale la 31/12/2018 pentru :

Entitate: S.C. SIGSTRAT S.A.
Judetul: 24 -  Maramures
Adresa: Sighetu Marmatiei, str.Unirii  nr.40, tel.0262311117
Numar din registrul comertului: J 24/13/1993
Forma de proprietate: 34 – Societati comerciale pe actiuni
Activitatea desfasurata (cod si denumire clasa CAEN): 1621 – Fabricarea de furnire si a panourilor din lemn
Cod unic de inregistrare: RO 2954386

Subsemnatul ing.Kertesz Stefan, in calitate de director general , imi asum raspunderea pentru intocmirea situatiilor financiare anuale la 31/12/2018 si confirm ca:

a) Politicile contabile utilizate la intocmirea situatiilor financiare anuale sunt in conformitate cu reglementarile contabile aplicabile.

b) Situatiile financiare anuale ofera o imagine fidela a pozitiei financiare, performantei financiare si a celorlalte informatii referitoare la activitatea desfasurata.

c) Societatea isi desfasoara activitatea in conditii de continuitate.

Semnatura 



Produces and Sells Plywood, Moulded Plywood, Chairs, Chair Elements

Barcode:38                            stigation -



# S.C. SIGSTRAT s.a.

Tel: 0040–262–317575, 311117

Fax: 0040 – 262 315464

e–mail: sigstrat @ sigstrat.ro ; web: www.sigstrat.ro

Ro 435500 Sighetu Marmatiei **str.Unirii nr.40**          TRADE REG. J-24-13-1993 ; VAT No: RO 2954386

Nr. 2029/25.04.2019

Catre,

Cotidianul Romania Libera

Pentru publicare - Mica publicitate

o aparitie - cat mai curand posibil

COMUNICAT DE PRESA

SC SIGSTRAT SA Sighetu Marmatiei,in conformitate cu Legea 297/2004 art. 227 alin. (1) si Regulamentelor ASF / CNVM,instiinteaza toti actionarii societatii,ca Raportul anual aferent anului 2018 ,poate fi consultat si descarcat de pe pagina de internet a societatii adresa www.sigstrat.ro , sectiunea "Info actionari "sau poate fi consultat sau obtinut in copie de la sediul societatii contra cost. Deasemenea copia raportului anual, poate fi expediata la solicitare scrisa a oricarui actionar prin servicii postale,costurile aferente se vor suporta de catre solicitant.Raportul anual aferent anului 2018 ,va fi disponibil incepand cu data de 30.04.2019.

Director General,

Ing. Kertesz Stefan







Produces and Sells Plywood, Moulded Plywood, Chairs, Chair Elements

# s.c. SIGSTRAT s.a.

Tel: 0040-262-317575, 3T1117
Fax: 0040 – 262  315464

e—mail: sigstrat @ sigstrat.ro ; web: www.sigstrat.ro
TRADE REG. J-24-13-1993 ; VAT No: RO 2954386

Ro 435500  Sighetu Marmației  str.Unirii nr.40

2847/ 30.04.2019

To

ASF Bucharest

BVB – AeRO Bucharest


We will next forward the Annual Report for 2019, in accordance with the legal provisions approved by the Shareholders' Ordinary General Meeting, held on 25.04.2019


The attached documents are:

Annual Report of the Board of Directors.

Financial Auditor's Report

Balance sheet at 31.12.2018, registered with DGF

Statement of the Managing Director, President C.A.

Press release on the availability of the Annual Report.



General Director,

Ing. Kertesz Stefan                          Intec T.S.

[Signature]                                        [Signature]

[Stamp of SIGSTRAT S.A.]

Barcode:3875858-05 A-570-106 INV - Investigation -

# ANNUAL REPORT

# IN ACCORDANCE WITH LAW 297/2004 AND REGULATION OF CNVM

# NO.1/2006

## FOR THE FINANCIAL YEAR 2018

No. 1946 of 2003 2019

SC SIGSTRAT S.A. Sighetu Marmatiei
Headquarters: Unirii Street, no 40, Sighetu Marmatiei, Maramures
Phone: 0262 311117/317575, Fax: 0262 315464
Unique fiscal registration code: RO 2954386
Order Number in the Trade Register: J 24/13/05.01.1993
Regulated market on which the issued Securities are traded: BVB - AeRO
Subscribed and paid-up capital: 2.325.077 lei
Type of shares: common, nominative, dematerialized. Total number of shares issued:
23.250.770
Nominal value of one share: 0.1 lei

## The analysis of the commercial company's activity

### 1.1. a) Description of the basic activity of the commercial company

The main activity objective, according to the Classification of Activities in the National Economy, is "Manufacturing of veneer and wooden panels", CAEN code 1621. The products manufactured and marketed by S.C. SIGSTRAT S.A. are: wooden plywood, veneering, seats and backrests, chairs, tables, wood chips lighters and other wooden products.

### b) Establishment of the company

The trading company SIGSTRAT S.A. was established as a joint stock company on 19.11.1992, by the Government Decision no.753/1992 Concerning the approval of the division of the commercial company SIGMOB SA Sighetu Marmatiei.

Barcode:3875858-05 A-570-106 INV - Investigation -

**c) Significant mergers or reorganisations of the trading company, its subsidiaries or controlled companies during the financial year**

During the financial year 2018, the company was not divided, merged and significantly reorganized. The company has no subsidiaries and no shares in other companies.

**d) Acquisitions and/or disposal of assets**

The investments made in 2018 amounted to 546.621 lei, financed from own sources. The following objectives have been achieved:

| | |
|---|---:|
| - building and building designs | 199.545 lei |
| - technological equipment | 277.087 lei |
| - means of transport | 55.923 lei |
| - measuring instruments and equipment, control | 14.066 lei |

The investments were realized in proportion of 88.13%, without involvement from anyone else.

Asset write-offs refer to asset sales and disposals of fixed assets approved by the AGA.

**1.1.1. General evaluation elements**

**a)** In the financial year 2018, the company registered a **gross profit** of 473.774 lei, a profit tax of 112.891 lei, resulting in a net profit of 360.883 lei. The increase in net profit in 2018 compared to 2017 is due to revenues from other operating activities other than the underlying activities.

**b) The turnover** for the year 2018 amounted to 27.093.475 lei and resulted in the following revenue:

| | |
|---|---:|
| - revenue from the sale of finished products | 24.374.676 lei |
| - revenue from the sale of semi-finished products | 471.284 lei |
| - revenue from the sale of residual products | 747.671 lei |
| - revenue from rendered services | 1.194.913 lei |
| - revenue from rent | 139.046 lei |
| - revenue from the sale of goods | 165.885 lei |

The decrease in turnover, as compared to the previous year, was partly due to the decrease in the volume of orders on the Arab market, and also due to the increase in the selling price of finished products for the domestic market, for which the demand has decreased.

Barcode:3875858-05 A-570-106 INV - Investigation  -

| Indicators | Formula | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| Current liquidity ratio | Current assets / Short-term liquidity | 1,60 | 1,81 | 1,99 |
| Immediate liquidity rate | (Receivables + cash deposits) / Short-term liquidity | 0,68 | 0,87 | 0,90 |
| Immediate liquidity rate | Cash deposits / Short-term liquidity | 0,12 | 0,19 | 0,15 |

The structure of asset items influences liquidity and financial equilibrium.

The current liquidity reflects the extent to which circulating assets can be turned into short-term liquidity to honour current payables. It can be noted that over the last three years, this indicator has had a growing trend.

The rapid liquidity shows the company's ability to pay its short-term debts from receivables and availability. Compared to the previous years, there is an increase in this indicator.

The immediate liquidity measures the company's capacity to cover its short-term debts with its own cash resources. A one-to-one report is very difficult to achieve because the company cannot maintain such a high level of cash assets to cover its current liabilities.

## 1.1.2. Evaluation of the technical level of the commercial company

a) The products sold by S.C. SIGSTRAT S.A. are: wooden plywood, veneering, seats and backrests, chairs, tables, wood chips lighters and other wooden products. The objectives of the company continue to focus on the increasing the share of the production of molded elements in the total production, due to the fact that these products have a net value superior to the standard products.

b) The share of products and services in the revenues and in the total turnover of the commercial company

Barcode:3875858-05 A-570-106 INV - Investigation  -

| Products/services | 2016 | | 2017 | | 2018 | |
|---|---|---|---|---|---|---|
| | Turnover % | Revenue % | Turnover % | Revenue % | Turnover % | Revenue % |
| Plywood interior use | 57,37 | 44,44 | 52,17 | 43,28 | 45,02 | 32,64 |
| Plywood exterior use | 0,05 | 0,04 | - | - | - | - |
| Veneer | 1,40 | 1,08 | 1,73 | 1,44 | 2,16 | 1,57 |
| Molded products | 31,41 | 24,33 | 36,87 | 30,59 | 42,59 | 30,88 |
| Lighters | 0,36 | 0,28 | 0,51 | 0,42 | 0,20 | 0,14 |
| Semi-finished products | 1,81 | 1,40 | 2,07 | 1,72 | 1,74 | 1,26 |
| Residual products | 2,39 | 1,85 | 1,96 | 1,63 | 2,76 | 2,00 |
| Services provided | 3,13 | 2,43 | 3,76 | 3,12 | 4,41 | 3,20 |
| Rent | 1,85 | 1,44 | 0,56 | 0,46 | 0,51 | 0,37 |
| Goods | 0,23 | 0,18 | 0,37 | 0,30 | 0,61 | 0,44 |

**c)** The company's development strategy is based mainly on increasing the production capacities, expanding the production of molded elements to the detriment of standard plywood and improving the quality structure of finished products.

## 1.1.3. Evaluation of the supply activity

The raw materials were purchased on the domestic and foreign market, in the proportion of 8.7%.

In the stocking of raw materials and direct materials, the production schedule and specific consumption were taken into account, to ensure production's continuity, while avoiding asset blocking and unnecessary storage costs.

At the same time, the specificity of the activity requires the permanent supply of a spare parts quantity for the preventive and corrective maintenance of the technological equipment.

The company continuously negotiates contracts with suppliers, taking into account the cost of purchase given by the price/quality ratio.

The seasonal cycles of exploitation of wooden raw materials have also been taken into account this year.

There is no significant dependence on a single supplier whose loss would affect the company's business.

## 1.1.4. Evaluation of sales activity

Analysing the last three years, it can be seen a steady decline in turnover, especially when it comes to standard flat boards, due to a lack of demand in the Arab and domestic markets, as a result of rising sales prices for these products.

With regards to securing medium and long term dismantling, we anticipate a return of the domestic market for standard plywood, as well as finding new domestic customers for molded furniture.

In 2018, the turnover recorded a 6% decrease compared to the level recorded in 2017, respectively 1.741.726 lei. The share of sales of molded products in total turnover has increased over the past three years, which is in line with the company's marketing policy.

  **a)** Revenues from the sale of finished products, which represent 89.97% of the registered turnover, had the following products structure:

| PRODUCT NAME | 2016 | 2017 | 2018 |
|---|---|---|---|
| - plywood interior use | 18.787.432 | 15.043.357 | 12.196.526 |
| - plywood exterior use | 17.135 | - | - |
| - veneer | 457.516 | 499.432 | 584.842 |
| - molded products | 10.292.031 | 10.632.753 | 11.539.443 |
| - lighters | 117.666 | 146.228 | 53.865 |
| TOTAL | 29.681.762 | 26.321.700 | 24.374.676 |

In 2018, the share of export as part of the total turnover was 54.11%.

   **b) Companies with similar fields of activity are: Stratusmob Blaj, Silvarom Bucharest, Sortilemn Gherla, Gamoni Satu Mare, Beker Slovakia.**

   **c)** The company does not depend significantly on a client or a group of clients.

## 1.1.5. Evaluating aspects related to employees/company's staff

   **a)** The average number of employees in 2018 was 333. The structure and level of their training are: 28 people with higher education, 5 people with post-secondary education, 7 people with specialized training (craftsmanship), 88 people with high school education, 73 people with vocational schools, 13 people with apprenticeship, 106 people with secondary school, 13 people who did not graduate secondary school.

There is no union within the company.

**b)** The work relations between the employer and the employees are regulated by the Collective Labour Contract at the company level concluded between the employer and the employees' representatives, as well as by the individual labour contracts of the employees, according to the Labour Code.

During 2018, there were no conflicting events or any type of conflicts between the employees and the management of the company.

### 1.1.6. Evaluating aspects related to the impact of the core activity on the environment

The company manages effectively the environmental aspects of the activity. In this respect, the maintenance and proper exploitation of technological equipment, installations and facilities for environmental protection, collection, sorting and waste recovery are ensured.

The company holds an environmental permit issued by APM Maramures and has implemented a system of quality management, occupational health and safety according to ISO 9001: 2018, OHSAS 18001: 2008, ISO 14001: 2015, respecting the current legal requirements.

There are no litigation and no litigation is envisaged regarding the violation of environmental legislation.

### 1.1.7. Evaluation of research - development activity

The objectives of the research and development activity within the company were to develop technologies for new product manufacturing, assimilation and introduction of new products in the fabrication, optimization of existing ones, execution and approval of prototypes.

### 1.1.8. Evaluating the company's business activity when it comes to risk management

There is a permanent monitoring of the significant risks to which the company could be exposed in order to reduce its impact on the cash flow:

- **liquidity risk -** is under control by applying a policy of permanent liquidity assurance to meet outstanding debt obligations;
- **exchange rate risk -** the society is exposed to the fluctuations of the exchange rate due to foreign currency earnings, foreign currency loans or foreign currency commercial debt;
- **interest rate risk -** may be influenced by the variable component of the interest rate, respectively by the evolution of the EURIBOR and ROBOR indices.
- **the credit risk -** it may be generated by the receivables from the core business, this is the reason for needing the diversification of outlets and customers, the setting of a credit limit for each client and a payment term to avoid a possible financial blockage;

Barcode:3875858-05 A-570-106 INV - Investigation  -

- **the price risk** - is difficult to control due to the continuous increase of the raw material prices, especially the logs, materials, the minimum wage imposed by the state's financial policy. In order to remedy the negative effects of those, we need to reduce the sales prices of manufactured products and/or increase the volume of turnover with existing customers, and try to cap supplier prices if possible.
- **legislative risks** - are risks that cannot be predicted and their impact is difficult to combat. The financial results suffer from the legislative instability in Romania, the consequences of which are the decrease of the demand for products or even customer abandonment of our products. The additional costs that are generated by these fast-track fiscal measures cannot be covered by the increase in sales prices and the commercial company's efforts to find solutions are becoming increasingly difficult.

**Prospective elements regarding the activity of the commercial company**

**a)**  The liquidity of the company may be affected by:
- exchange rate fluctuations, influencing both export receipts and foreign currency loans
- incidents of payment and non-payment of receivables due to insolvency of clients
- insufficient orders
- fiscal policy of the state
- uncontrollable rise in prices for wooden raw materials.

**b)** During the financial year 2018, the company has made investments of 546.621 lei in order to expand the production capacities, to diversify the production of molded elements, to reduce the specific consumption. The value of investments made in 2017 amounted to 574.949 lei.

**c)** Revenues from the core business are directly influenced by the following factors: rising raw material prices, especially logs, rising minimum wages, market demand, sales price level and dynamics, fiscal policy of the state.

## 2. Tangible assets of the commercial company

**2.1.** The assets and production capacities owned by the company are located in Sighetu Marmatiei, No.40, Unirii Street.

The company also owns buildings and lands located in Satu Mare County, Nisipeni village.

The structure of property, plant and equipment at 31.12.2018 was the following:

| | |
|---|---:|
| - Land, landscaping | 417.309 lei |
| - Construction | 8.460.107 lei |
| - Technological equipment | 13.172.817 lei |
| - Measuring and control devices | 280.474 lei |
| - Means of transport | 3,624.423 lei |
| - Furniture, office equipment | 307.067 lei |
| - Advances and tangible assets under construction | 1.224.800 lei |

The production takes place in two sections of activity, in the plywood section and in the mold section, both of which are subject to a maintenance and continuous development regime.

The production equipment is properly operated and permanently maintained, to ensure its proper operation.

**2.2. The degree of wear and tear** of tangible assets, divided by groups of properties at 31.12.2018 is as follows:

| | |
|---|---|
| - construction | 22,18% |
| - installations, means of transport | 72,87% |
| - other tangible assets | 71.11% |

To get the most out of the service life of the technological equipment and of the means of transport, their operation and maintenance needs to be ensured, the repairs are carried out, through control operations and revisions, which allow the early detection of any malfunctions.

**2.3.** The commercial company does not have any issues regarding the property rights of tangible assets or patrimony land.

## 3. Securities market issued by the commercial company

**3.1.** Securities issued by Sigstrat S.A. are traded on BVB AeRO. The number of shareholders of the company is 5.037, of which 5.023 are shareholders and 14 are legal entities. The weight of the share capital is the following: individuals 34,86%, legal people 12,86%, SIGSTRAT PAS Association 52,28%.

**3.2.** The company made a profit in both 2016 and 2017, profit which was distributed according to the AGA decision to its own sources of financing. From the accounting profit of 2018, 5% was calculated and allocated for the increase of the legal reserve, worth 23.688.68 lei, giving the AGA the task of determining the distribution of the remaining profit.

**3.3.** The company did not redeem its own shares in 2018.

Barcode:3875858-05 A-570-106 INV - Investigation -

**3.4.** The company has no subsidiaries.

**3.5.** The company has not issued bonds or other debt securities.

4. **Management of the commercial company**

4. 1. **Presentation of the managers of the company**

**a) Administrators list:**

1. ing. Kertesz Stefan, born on 10.07.1949, engineer, employed since 1972 as engineer at CPL Sighetu Marmatiei. Since 1976, he has been the head of the PAL section and since 1992 to present, he has been the general manager of S.C. Sigstrat S.A. Sighetu Marmatiei - CA President.

2. ec. Tivadar Stefan - born on 24.1 2.1 966, economist, employed from 1985 to 2001 in different positions, head of administrative-protocol service from 2001 to October 2008, and administrator - CA secretary, CA vice-president since October 2008.

3. ing. Gavris Mircea - born on 25.06.1948, engineer, administrator - member CA since 28.04.2009.

4. ec. Petrovan Sorin born on 12.10.1977, economist profession, employed from 2004 to 2012 as part of the supply service, administrator - CA member since November 2012.

5. ec. Tiran Florin - born on 19.04.1982, engineer, employed from 2009 to 2011 SC Ecocenter Serv SRL, within the Inecano - energetic service at S.C. SIGSTRAT S.A. from 2011 to 2016, administrator - CA member since May 2016.

**b)** No person has been appointed in a director role as a result of an agreement, understanding, or family relationship.

**c)** Number of shares held nominally by the company's directors:

| | |
|---|---|
| - ing. Kertesz Stefan | 2.598.687 shares |
| - ec. Tivadar Stefan | 14.956 shares |
| - ec. Petrovan Sorin | 1.550 shares |
| - ing. Tiran Florin | 500 shares |
| - ing. Gavris Mircea | 560 shares |

Most directors hold shares within the Sigstrat PAS Association.

**d)** There are no people affiliated with S.C. SIGSTRAT S.A.

Barcode:3875858-06 A-570-106 INV - Investigation  -

**4.2. Presentation of the executive management of the company:**

    1. ing. Kerttesz Stefan, general manager, having signed a management contract until 02.05.2020.

    2. ing. Ilicsuk Adalbert, technical director, having signed a management contract until 02.05.2020. The number of shares held is 1.680, or 0.007226%.

    3. ec. Tivadar Stefan, commercial director, having signed a management contract until 02.05.2020.

    4. ing. Kokenyesdi Mihai, production director until 01.03.2018. The number of shares held is 840, or 0,003613%.

    5. ec. Mujdar Erika, economic director, having signed a management contract until 02.05.2020. The number of shares held is 1.680, or 0.007226%.

    No person has been appointed as a member of the executive management as a result of an agreement, understanding, or family relationship.

    Neither the members of the board of directors nor the members of the executive management of any company had any disputes or administrative procedures regarding their activity within S.C. SIGSTRAT S.A.

**5. Financial - accounting situation**
**a) Balance sheet items**

| Indicator name | Balance at | | |
|---|---|---|---|
| | 31.12.2016 | 31.12.2017 | 31.12.2018 |
| I. Fixed assets - total | 15.702.433 | 14.345.045 | 13.118.130 |
| 1. Intangible assets | 169.099 | 169.895 | 164.002 |
| 2. Tangible assets | 15.516.375 | 14.160.536 | 12.940.772 |
| - Lands and buildings | 7.488.763 | 7.267.405 | 6.993.320 |
| - Technical installations and machines | 6.395.380 | 5.553.017 | 4.633.929 |
| - Other installations, machinery | 121.741 | 106.764 | 88.723 |
| - Advances and tangible assets under construction | 1.510.491 | 1.233.350 | 1.224.800 |
| 3. Financial leasing | 16.959 | 14.614 | 13.356 |
| II. Circulating assets - total | 15.422.681 | 14.055.621 | 14.875.608 |
| 1. Stocks | 8.848.378 | 7.293.513 | 8.178.249 |
| 2. Claims | 5.419.600 | 5.262.049 | 5.560.695 |
| 3. Bank accounts | 1.154.703 | 1.500.059 | 1.136.664 |
| III. Prepayments | 58.292 | 57.908 | 106.682 |
| TOTAL ACTIVE | 31.183.406 | 28.458.574 | 28.100.420 |
| IV. Liabilities: the amounts to be paid in a period of up to one year | 9.647.180 | 7.760.046 | 7.461.386 |

| | | | |
|---|---|---|---|
| V. Liabilities: the amounts to be paid over a period of one year | 1.176.816 | 420.375 | - |
| VI: Provisions | 140.000 | - | - |
| VII: Investment grants | - | - | - |
| VIII: Capital and reserves | 17.845.425 | 20.262.498 | 20.141.867 |
| Own actions | - | - | - |
| Losses related to equity instruments | 65.117 | 65.117 | 65.117 |
| IX. Profit carried forward | 749.556 | 27.362 | 225.090 |
| X. Profit for the financial year | 1.792.528 | 58.744 | 360.883 |
| XI. Distribution of profit | 102.982 | 5.334 | 23.689 |
| TOTAL PASSIVE | 31.183.406 | 28.458.574 | 28.100.420 |

**Assets that exceed 10% of total assets are:**

| Indicator name | Value at 31.12.2016 | Share in total assets | Value at 31.12.2017 | Share in total assets | Value at 31.12.2018 | Share in total assets |
|---|---|---|---|---|---|---|
| Tangible assets | 15.516.375 | 49,76% | 14.160.536 | 49,76% | 12.940.772 | 46,05 |
| Stocks | 8.848.378 | 28,38% | 7.293.513 | 25,63% | 8.178.249 | 29,10 |
| Receivables | 5.419.600 | 17,38% | 5.262.049 | 18,49% | 5.560.695 | 19,79 |

The analysis of the balance sheet items shows the following:

- tangible assets decreased by 8,61% in 2018 compared to 2017 due to the sale of some assets;
- stocks increased by 12,13% compared to 2017, respectively from 7.293.513 lei to 8.178.249 lei;
- receivables increased compared to 2017, representing 19,79% of the total assets in 2018, while in 2017 they represented 18,49%.

Bank accounts amounted to 1.136.664 lei at the end of the financial year 2018.

In 2018, the current assets value was 14.875.608 lei, while in 2017 they amounted to 14.055.621 lei, their growth being influenced by the stocks value.

Total current liabilities in the year 2018 amounted to 7.461.386 lei, while in 2017 they amounted to 7.760.046 lei.

During the year 2018, the share capital remained the same. As of 31.12.2018, the subscribed and paid up share capital in the amount of 2.325.077 lei represented 23.250.770 shares, with a nominal value of 0,1 lei/share.

Barcode:3875858-06 A-570-106 INV - Investigation  -

Reserves recorded an increase as a result of the distribution of the net profit of 201 7 to own financing sources, according to the AGA decision. Revaluation reserves have diminished as a result of the revaluation of a revalued building following its sale.

At the end of 2018 the legal reserve increased by the amount of 23.688.68 lei, by applying a 5% on the gross profit, according to the legal regulations in force.

**b) Profit and loss account**

| Indicators | FINANCIAL EXERCISE | | |
|---|---|---|---|
| | 2016 | 2017 | 2018 |
| 1. Operating income - total, of which: | 41.827.773 | 34.526.026 | 37.172.860 |
| - Net turnover | 32.768.096 | 28.835.201 | 27.093.475 |
| 2. Operating expenses - total, out of which: | 39.505.981 | 34.069.239 | 36.534.467 |
| - Expenses for raw materials and materials | 18.661.096 | 15.891.758 | 18.689.846 |
| - Staff expenses | 13.156.346 | 12.492.778 | 12.458.240 |
| - Energy expenses | 1.707.117 | 1.451.981 | 1.534.472 |
| - Depreciation expenses | 1.980.076 | 1.863.557 | 1.587.412 |
| - Adjustments for current assets | - | - | 49.497 |
| - Adjustments for provisions | - | -140.000 | - |
| - Other operating expenses | 4.001.346 | 2.509.165 | 2.313.994 |
| 3. Operating profit | 2.321.792 | 456.787 | 638.393 |
| 4. Financial Income | 470.653 | 234.248 | 193.991 |
| 5. Financial expenses | 732.797 | 584.361 | 358.610 |
| 6. Financial loss | 262.144 | 350.113 | 164.619 |
| 7. Total revenues | 42.298.426 | 34.760.274 | 37.366.851 |
| 8. Total expenses | 40.238.778 | 34.653.600 | 36.893.077 |
| 9. Gross profit or loss | 2.059.648 | 106.674 | 473.774 |
| 10. Income tax | 267.120 | 47.930 | 112.891 |
| 11. Net profit or loss | 1.792.528 | 58.744 | 360.883 |

Barcode:3875858-06 A-570-106 INV - Investigation   -

In 2018, the turnover achieved was 27.093.475 lei, which was 1.741.726 lei less than the one registered in 2017. Revenues from basic activity contributed 94.46% to the realization of its business figures.

In 2018, the company recorded a net result of 360.883 lei, whereas the in 2017 this was 58.744 lei.

**Expenses with a weight of at least 20% of turnover are:**

| Indicator name | Value at 31.12.2016 | Share in total assets | Value at 31.12.2017 | Share in total assets | Value at 31.12.2018 | Share in total assets |
|---|---|---|---|---|---|---|
| Expenses for raw materials and materials | 18.661.096 | 56,95% | 15.891.758 | 55,11% | 18.689.846 | 68,98% |
| Staff expenses | 13.156.346 | 40,15% | 12.492.778 | 43,32% | 12.458.240 | 45,98% |

No provisions were made in 2018.

In 2018, no segment of activity was stopped and this is not expected to happen in the next year.

There have been no dividends granted, the profit of 2016 and 2017 was allocated to its own financing sources.

**c) Treasury flow**

| INDICATORS | | 31.12.2016 | 31.12.2017 | 31.12.2018 |
|---|---|---|---|---|
| Cash flow from operating activities | | 4.601.465 | 4.418.894 | 105.025 |
| Cash flow from investment activity | | -1.531.480 | -444.652 | -63.221 |
| Cash flow from financial activity | | -2.226.501 | -3.628.886 | -405.199 |
| Cash availability at the beginning of the period | | 311.219 | 1.154.703 | 1.500.059 |
| Net cash flow | | 843.484 | 345.356 | -363.395 |

Barcode:3875858-06 A-570-106 INV - Investigation  -

| Cash availability at the end of the period | 1.154.703 | 1.500.059 | 1.136.664 |
|---|---|---|---|

The cash flow from operating activities represents the cash inflows and outflows arising from the company's main activities. A positive cash flows means that operations generate sufficient treasury to meet financing needs.

The cash flow from the investment activity appreciates the company's investment effort and includes the money invested in tangible and intangible assets.

The cash flow from the financial activity is negative, due to the payments determined by the reimbursement of the credits committed in the previous years.

**Signatures**

**CA President – general director**　　　　**Economic director,**

**Ing. Kertesz Stefan**　　　　　　　　　　**ec. Mujdar Erika**

[Signature]　　　　　　　　　　　　　　　[Signature]

[Stamp of SIGSTRAT S.A.]

Barcode:3875858-06 A-570-106 INV - Investigation  -

# R E P O R T

## INDEPENDENT AUDITOR

## FOR FINANCIAL SITUATIONS

## AT 31st DECEMBER 2018

## INTRODUCED TO THE COMMERCIAL SOCIETY

## SIGSTRAT S.A.

SIGHETU MARMATIEI
Unirii Street, No.40
R.C. J24/13/1993

C.I.F. RO 2954386

**FINANCIAL OFFICER**
**S.C. GDV AUDIT CONSULT S.R.L.**
**THE ROOM OF FINANCIAL AUDITORS IN ROMANIA**
**AUTHORIZATION no. 481/2004**

Barcode:3875858-06 A-570-106 INV - Investigation  -

## GDV AUDIT CONSULT SRL

Bucharest Sector 2 Sos. Mihai Bravu no.172 bl.230 sc.I et.3 ap.9 – Tel/Fax 021.322.88.42/ tel 031.804.33.67 RC
J40/9297/2003 - CIF RO 15574257 - Social Capital 2.000 Lei - Bank Account BCR SECTOR 3 IBAN
RO71RNCB0074029234840001 – Financial Auditor
Authorization of the Chamber of Financial Auditors in Romania no.481/2004
-------------------------------------------------------------------------------------------------------------------------------------------------------

## INDEPENDENT AUDITOR'S REPORT

To

COMPANY SHAREHOLDERS SIGSTRAT S.A.

### Opinion

1. We have audited the separate financial statements of SIGSTRAT S.A. (**"Commercial Company"),** having its registered office in Sighetu Marmatiei, Maramures County, Unirii Street, No.40, identified by the unique fiscal code 2954386, which comprise the balance sheet as at 31st December 2018, the profit and loss account, the exchanges of equity and the cash flow statement for the financial year ended this date, as well as a summary of significant accounting policies and explanatory notes.

2. The individual financial statements as of 31 December 2018 are identified as follows:

- Total Equity:                                      20.639.034 lei
- Net profit:                                         360.883 lei

3. In our opinion, the accompanying financial statements provide a true and fair view of the financial position of the company as at 31st December 2018, as well as of its financial performance and cash flows for the year in accordance with the OMFP no. 1802/2014 for the approval of the Accounting Regulations on the individual annual financial statements and the consolidated annual financial statements, as amended ("OMFP no. 1802/2014").

### The basis for opinion

4. We conducted our audit in accordance with the International Standards on Auditing ("ISA") and Law no.162/2017 ("The Law"). Our responsibilities under these standards are described in detail in the "Auditor's responsibilities in the financial statements audit" section of our report. We are independent of the company, according to the Ethical Code of Professional Accountants issued by the Board for International Ethics Standards Board for Accountants (IESBA Code), according to the ethical requirements relevant to the audit of financial statements in Romania, including The Law, and we have fulfilled our ethical responsibilities according to these requirements and according to the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

1

***Other information – Directors' Report***

5. Directors are responsible for replacing and presenting other information. This other information includes the Directors' Report, but does not include the auditor's financial statements and reports or the non-financial statement.

Our opinion on the financial statements does not cover this other information and, unless it is explicitly mentioned in our report, we do not express any assurance as to its conclusion.

With regards to the audit of the financial statements for the financial year ended 31st December 2018, it is our responsibility to read that other information and to assess whether that other information is materially inconsistent with the financial statements or with the knowledge that we have obtained during the audit, or if they appear to be significantly distorted.

Regarding the Directors' Report, we read and report on whether it was drafted, in all significant aspects, in accordance with OMFP no. 1802/2014, paragraphs 489-492.

On the sole basis of the activities to be carried out during the audit of the financial statements, in our opinion:

a) The information detailed in the Directors' Report for the financial year for which the financial statements were prepared are in accordance, in all material respects, with the financial statements;

b) The directors' report was drafted in accordance with OMFP no. 1802/2014, paragraphs 489-492.

In addition, based on our knowledge and understanding of the Company and its environment, acquired during the audit of the financial statements for the financial year ended 31st December 2018, we are required to report whether we identified significant distortions in the Directors' Report. We have nothing to say about this aspect.

***Responsibilities of the management and those responsible for the financial statements governance***

6. The Company's management is responsible for preparing the financial statements to provide a true and fair view in accordance with OMFP no. 1802/2014 and for the internal control that management deems necessary to enable it to prepare financial statements free of significant distortions whether due to fraud or error.

7. In the preparation of the financial statements, management is responsible for assessing the Company's ability to continue its business, for presenting, if necessary, business continuity and use-based accounting, unless management intends to liquidate the Company or to stop its operations, or has no realistic alternative outside of it.

2

Barcode:3875858-06 A-570-106 INV - Investigation  -

8. The people responsible for governance are responsible for overseeing the Company's financial reporting process

***Auditor's responsibilities during a financial statements audit***

9. Our objectives are to obtain reasonable assurance that the financial statements are free of significant distortions whether due to fraud or error, and to the issuance of an auditor's report that includes our opinion. Reasonable assurance represents a high level of assurance, but it does not guarantee that an audit conducted in accordance with ISA will always detect significant distortion if it exists. Distortions can be caused by fraud, error and are considered to be significant if it can reasonably be expected that they, individually or cumulatively, will influence the users' economic decisions made on the basis of these financial statements.

10. As part of an audit in accordance with ISA, we exercise our professional judgment and maintain professional scepticism during the audit. Also:

- We identify and evaluate the risks of significant distortions of financial statements due to fraud, mistake, we design and perform audit procedures in response to those risks and we obtain appropriate audit evidence to provide a basis for our opinion. The risk of not detecting a significant distortion caused by fraud is higher than the failure to detect a significant distortion caused by error, as fraud may imply secret, false, deliberate omissions, false statements, and avoidance of internal control.
- We understand the internal audit relevant to the audit in order to design audit procedures appropriate to the circumstances, but without the purpose of expressing an opinion on the effectiveness of the Company's internal control.
- We evaluate the appropriateness of the accounting policies used and the reasonable charts of accounting estimates and related disclosures made by the management.
- We formulate a conclusion on the suitability of management's use of accruals based on the continuity of activity and determine, based on the audit evidence obtained, whether there is significant uncertainty about events or conditions that could generate significant doubts about the Company's ability to continue its activity. If we conclude that there is a significant uncertainty, we must draw attention in the auditor's report to the accompanying financial statements or, if these presentations are inappropriate, change our opinion. Our findings are based on audit evidence obtained by the date of the auditor's report. However, future events or conditions may cause the Company not to continue operating on a business continuity basis.



3

Barcode:3875858-06 A-570-106 INV - Investigation  -

- We evaluate the presentation, structure and content of the financial statements, including disclosures, the extent to which the financial statements reflect the transactions and events underlying them in a manner that results in a fair presentation.

11. We communicate to those responsible for governance, among other things, the planned area and timing of the audit, as well as the main audit findings, including any internal control shortcomings that we identify during the audit.

03/28/2019

*On behalf of the company*

*GDV AUDIT CONSULT SRL*

*CAFR Member (No. 481/2004)*

*OLIVIU TRAISTARU*

*CAFR Member (No. 452/2001)*





4

SIGSTRAT S.A.

# COMMERCIAL SOCIETY

# SIGSTRAT S.A.

FINANCIAL SITUATIONS

FOR THE FINANCIAL YEAR 01.01 - 31.12.2018

Drafted in accordance with Law 82/1991 and OMFP no. 1802/2014 with subsequent amendments and completions

S.C. GDV AUDIT CONSULT S.R.L.                                    EXTERNAL AUDIT

Barcode:3875858-06 A-570-106 INV - Investigation  -

SIGSTRAT S.A.

## CONTENTS

                                                            **Page**

INDEPENDENT AUDITOR'S REPORT

FINANCIAL SITUATIONS

Balance                                                        7

Profit and loss account                                        9

Statement of changes in equity                                11

State of treasury flows                                       12

Notes to the financial statements                          14-23

The notes on pages 11 to 23 are an integral part of the financial statements presented on pages 7 to 10.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:34 PM, Submission Status: Approved

SIGSTRAT S.A.

*BALANCE SHEET AS OF 31.12.2018 (expressed in Lei)*

| INDICATOR NAME | 31-Dec-2018 | 1-Jan-2018 |
|---|---|---|
| Concessions, patents, licenses, trademarks, rights and similar intangible assets | 164.002 | 169.895 |
| TOTAL INTANGIBLE ASSETS | 164.002 | 169.895 |
| Land and construction | 6.993.320 | 7.267.405 |
| Technical installations and machines | 4.633.929 | 5.553.017 |
| Other plant, machinery and furniture | 88.723 | 106.765 |
| Tangible assets under construction | 1.170.528 | 1.179.078 |
| Overtures | 54.272 | 54.272 |
| TOTAL TANGIBLE ASSETS | 12.940.772 | 14.160.536 |
| Other loans | 13.356 | 14.614 |
| TOTAL FINANCIAL ASSETS | 13.356 | 14.614 |
| **ASSETS - TOTAL** | **13.118.130** | **14.345.045** |
| Raw materials and consumables | 2.680.300 | 2.236.808 |
| Production under execution | 1.188.774 | 961.327 |
| Finished goods and merchandise | 3.843.275 | 3.664.861 |
| Advance payments for stock purchases | 465.900 | 430.517 |
| **TOTAL STOCKS** | **8.178.249** | **7.293.513** |
| Commercial receivables | 5.235.446 | 4.990.592 |
| Other receivables | 325.249 | 271.457 |
| **TOTAL RECEIVABLES** | **5.560.695** | **5.262.049** |
| Bank accounts | 1.136.664 | 1.500.059 |
| **CURRENT ASSETS - TOTAL** | **14.875.608** | **14.055.621** |
| PREPAYMENTS in a period of up to one year | 106.682 | 57.908 |
| Amounts owed to credit institutions | 2.594.968 | 2.579.792 |
| Advance payments received in the orders account | 1.611.087 | 1.648.872 |
| Commercial debt | 2.086.228 | 2.442.901 |
| Other debts, including tax and other social security debts | 1.169.103 | 1.088.481 |
| **TOTAL LIABILITIES TO BE PAID IN A YEAR PERIOD** | **7.461.386** | **7.760.046** |
| OTHER ACTIVE ASSETS, RESPECTIVELY NET CURRENT LIABILITIES | 7.520.904 | 6.353.483 |
| **TOTAL ASSETS MINUS CURRENT LIABILITIES** | **20.639.034** | **20.698.528** |
| Amounts owed to credit institutions | - | 420.375 |
| TOTAL DEBTS TO BE PAID IN A PERIOD LONGER THAN ONE YEAR | - | 420.375 |

The notes on pages 11 to 23 are an integral part of the financial statements presented on pages 7 to 10.

Barcode:3875858-06 A-570-106 INV - Investigation  -

SIGSTRAT S.A.

| | | |
|---|---|---|
| Capital of which: | 2.325.077 | 2.325.077 |
| Paid subscribed capital | 2.325.077 | 2.325.077 |
| Revaluation reserves | 4.176.106 | 4.401.197 |
| **Reserves** | **13.640.684** | **13.536.224** |
| Legal reserves | 435.684 | 411.896 |
| Other reserves | 13.205.100 | 13.124.328 |
| Losses related to equity instruments | 65.117 | 65.117 |
| REPORTED RESULT - Non-distributed profit | 225.090 | 27.362 |
| **EXERCISE RESULT Profit** | **360.883** | **58.744** |
| Profit Distribution | 23.689 | 5.334 |
| **OWN CAPITAL - TOTAL** | 20.639.034 | 20.278.158 |
| **CAPITAL - TOTAL** | **20.639.034** | **20.278.153** |

The notes on pages 11 to 23 are an integral part of the financial statements presented on pages 7 to 10.

8

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:34 PM, Submission Status: Approved

Barcode:3875858-06 A-570-106 INV - Investigation  -

SIGSTRAT S.A.

*PROFIT AND LOSS ACCOUNT*

*FOR THE FINANCIAL EXERCISE 01.01 - 31.12.2018 (expressed in Lei)*

| INDICATOR NAME | 31.12.2018 | 31.12.2017 |
|---|---|---|
| **Net turnover** | **27.093.475** | **28.835.201** |
| Income from current activity | 26.928.966 | 28.729.957 |
| Income from the sale of goods | 165.885 | 105.244 |
| Specialized corner discounts | 1.376 | - |
| Income related to current production cost (credit balance) | 7.589.460 | 3.511.935 |
| Income from the production of intangible and tangible assets | 308.107 | 319.851 |
| Other operating revenues | 2.181.818 | 1.859.039 |
| **OPERATING REVENUE - TOTAL** | **37.172.860** | **34.526.026** |
| Expenditure on raw materials and consumables | 18.581.300 | 15.791.056 |
| Other material expenses | 26.641 | 29.578 |
| Other outside expenses (with energy and water) | 1.534.472 | 1.451.981 |
| Expenditure on goods | 81.905 | 71.124 |
| **Staff costs - total** | **12.458.240** | **12.492.778** |
| Wages | 12.083.321 | 10.207.608 |
| Expenditure on insurance and social protection | 374.919 | 2.285.170 |
| Adjustment of value of tangible and intangible assets | 1.587.412 | 1.863.557 |
| Expenses | 1.587.412 | 1.863.557 |
| Adjusting the value of current assets | -49.497 | - |
| Income | 49.497 | - |
| Other operating expenses | 2.313.994 | 2.509.165 |
| Expenditure on external benefits | 1.852.500 | 2.113.680 |
| Expenses with other taxes and similar charges | 217.653 | 224.108 |
| Other expenses | 243.841 | 171.377 |
| Adjustments for provisions | - | -140.000 |
| Income | | 140.000 |
| **OPERATING EXPENDITURE - TOTAL** | **36.534.467** | **34.069.239** |
| **OPERATING RESULTS Profit** | **638.393** | **456.787** |
| Interest income | 38 | 64 |
| Other incomes | 193.953 | 234.184 |
| **FINANCIAL FUNDS - TOTAL** | **193.991** | **234.248** |
| Interest charges | 120.344 | 127.043 |
| Other financial expenses | 238.266 | 457.318 |
| **FINANCIAL EXPENDITURE - TOTAL** | **358.610** | **584.361** |
| **FINANCIAL RESULT Loss** | **164.619** | **350.113** |

The notes on pages 11 to 23 are an integral part of the financial statements presented on pages 7 to 10.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:34 PM, Submission Status: Approved

SIGSTRAT S.A.

| | | |
|---|---:|---:|
| *TOTAL INCOME* | *37.366.851* | *34.760.274* |
| *TOTAL EXPENSES* | *36.893.077* | *34.653.600* |
| *GROSS RESULT OF THE EXERCISE Profit* | *473.774* | *106.674* |
| Profit tax | 112.891 | 47.930 |
| *NET RESULT OF EXERCISE Profit* | *360.883* | *58.744* |

The notes on pages 11 to 23 are an integral part of the financial statements presented on pages 7 to 10.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:34 PM, Submission Status: Approved

Barcode:3875858-06 A-570-106 INV - Investigation  -

SIGSTRAT S.A.

_SITUATION OF THE CHANGES IN OWN CAPITAL FOR THE FINANCIAL YEAR_

_01.01 - 31.12.2018 (expressed in Lei)_

| The element's name | Balance at the beginning of the financial year 2018 | Increases | Discounts | Balance at the end of the financial year 2018 |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| Subscribed capital | 2.325.077 | | | 2.325.077 |
| Revaluation reserves | 4.401.197 | | 225.091 | 4.176.106 |
| Legal reserves | 411.896 | 23.688 | | 435.584 |
| Other reserves | 13.124.328 | 80.772 | | 13.205.100 |
| Retained earnings representing surplus from revaluation reserves | 27.362 | 225.090 | 27.362 | 225.090 |
| Losses related to equity instruments | 65.117 | | | 65.117 |
| Profit of the financial year | 58.744 | 360.883 | 58.744 | 360.883 |
| Distribution of profit | 5.334 | 23.689 | 5.334 | 23.689 |
| Total equity | 20.278.153 | 666.744 | 305.863 | 20.639.034 |

The notes on pages 11 to 23 are an integral part of the financial statements presented on pages 7 to 10.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:34 PM, Submission Status: Approved

Barcode:3875858-06 A-570-106 INV - Investigation  -

SIGSTRAT S.A.

## SITUATION OF CASH FLOWS

FOR THE FINANCIAL YEAR 01.01 - 31.12.2018 (expressed in Leı)

| ELEMENT'S NAME | FINANCIAL EXERCISE | |
|---|---|---|
| | Previous | Current |
| Fiscal value | 28.835.201 | 27.093.475 |
| Production stored | 3.511.935 | 7.589.460 |
| Production immobilized | 319.851 | 308.107 |
| Other operating income | 1.859.039 | 2.181.818 |
| *Total operating income* | **34.526.026** | **37.172.860** |
| Expenditure on raw materials, consumables and goods | 15.891.758 | 18.689.846 |
| Energy costs | 1.451.981 | 1.534.472 |
| Staff costs | 12.492.778 | 12.458.240 |
| Depreciation | 1.863.557 | 1.587.412 |
| Other operating expenses | 2.509.165 | 2.313.994 |
| Adjustments for provisions | -140.000 | - |
| *Total operating expenses* | **34.069.239** | **36.534.467** |
| *Operating result* | **456.787** | **638.393** |
| Financial income | 234.248 | 193.991 |
| Financial expenses | 584.361 | 358.610 |
| *Financial result* | **-350.113** | **-164.619** |
| *The raw result of the exercise* | **106.674** | **473.774** |
| Tax | 47.930 | 112.891 |
| *Net result of the exercise* | **58.744** | **360.883** |
| Cash flow | | |
| + Profit | 58.744 | 360.883 |
| + Liquidation | 1.863.557 | 1.587.412 |
| - Stock changes | -1.554.865 | 884.736 |
| - Variation of receivables | -157.551 | 298.646 |
| + Variance of creditors and suppliers | 977.340 | -394.458 |
| - Variation of other asset items | -1.932.720 | -1.527.762 |
| + Variation of other liabilities | -2.125.883 | -1.793.192 |
| *Cash flow from operating activities (A)* | **4.418.894** | **105.025** |
| + Amounts from the sale of fixed assets and miracles | 130.297 | 286.400 |
| - Acquisitions of tangible assets | 255.098 | 41.514 |

The notes on pages 11 to 23 are an integral part of the financial statements presented on pages 7 to 10.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:34 PM, Submission Status: Approved

SIGSTRAT S.A.

| | | |
|---|---:|---:|
| - Expenditure on tangible fixed assets executed on own account | 319.851 | 308.107 |
| *Cash flow from investment activity (B)* | **-444.652** | **-62.221** |
| + Change in loans | -3.628.886 | -405.199 |
| *Cash flow from financial activity (C)* | **-3.628.886** | **-405.199** |
| *Cash availability at the beginning of the period* | **1.154.703** | **1.500.059** |
| *Net cash flow (A + B + C)* | **345.356** | **-363.395** |
| *Cash availability at the end of the period* | **1.500.059** | **1.136.664** |

The notes on pages 11 to 23 are an integral part of the financial statements presented on pages 7 to 10.

13

Barcode:3875858-06 A-570-106 INV - Investigation  -

SIGSTRAT S.A.

**NOTES TO FINANCIAL SITUATIONS**
**FOR THE FINANCIAL EXERCISE 01.01 - 31.12.2018 (Lei)**

**1. Presentation of financial statements**

The financial statements of S.C. SIGSTRAT S.A. for 2018 were prepared in accordance with OMF 1802/2014 with subsequent amendments and completions.

The Company carries out the accounting records in Romanian Lei in accordance with the Accounting and Reporting Regulations ("RCR") issued by the Ministry of Public Finance of the Government of Romania.

**2. Summary of significant accounting policies applied**

**Tangible assets**

Tangible assets are initially recorded in accounting at historical cost minus cumulative depreciation.

Fixed assets maintenance and repairs are expensed at the time they are performed, and improvements to assets that increase their value or life span are capitalized.

Assets that are unaffected by the nature of inventory items, including tools, are expensed at the time of acquisition and are not included in the carrying amount of property, plant and equipment.

Items of tangible assets that are scrapped or disposed of are removed from the balance sheet, together with the appropriate cumulative depreciation. The gain or loss arising from such an operation is the difference between the amount received and the net carrying amount and are included in the operating profit of the period.

Significant upgrades are capitalized if they extend the life of the asset or significantly increase the ability to generate economic benefits from it.

Land is recorded at the valuation date. Land is not depreciated because it is believed it has an indefinite life.

The notes on pages 11 to 23 are an integral part of the financial statements presented on pages 7 to 10.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:34 PM, Submission Status: Approved

Barcode:3875858-06 A-570-106 INV - Investigation  -

SIGSTRAT S.A.

**NOTES TO FINANCIAL SITUATIONS**
**FOR THE FINANCIAL EXERCISE 01.01 - 31.12.2018 (Lei)**

**2. Summary of significant accounting policies applied – Continued**

The initial cost of fixed assets includes the purchase price, including the unrecoverable fees generated by the purchase of fixed assets and other costs directly attributable to the bringing of the asset into service and at its place of use.

Expenses incurred after fixed assets have been put into operation, such as repairs and maintenance costs, are included in the income statement of the period in which they are incurred.

Depreciation of tangible assets was calculated during 2018, based on the straight line method, starting with the moment of commissioning to the full recovery of the input value, according to the normal operating times of the legal norms in force.

**Stocks**

Inventories are recorded at the lowest cost and net realizable value. The cost of finished and in-process products includes materials, workforce, and related indirect production costs. The net realizable value is the normal selling price less the closing costs and the selling expenses.

**Receivables**

Receivables are recorded at the anticipated realizable amount. Short-term receivables are not updated. The Company had provisions for uncertain clients.

**Availability**

Cash and cash equivalents are recorded in the balance sheet at cost. Availability includes house, current accounts, and bank deposits. There have been used exchange rates valid on 31.12.2018, communicated by the NBR, for the conversion into Lei of the foreign currency amounts.

The notes on pages 11 to 23 are an integral part of the financial statements presented on pages 7 to 10.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:34 PM, Submission Status: Approved

Barcode:3875858-06 A-570-106 INV - Investigation  -

SIGSTRAT S.A.

**NOTES TO FINANCIAL SITUATIONS**
**FOR THE FINANCIAL EXERCISE 01.01 - 31.12.2018 (Lei)**

**2. Summary of significant accounting policies applied – Continued**

**Share capital**

The share capital is presented at nominal value.

**Loans**

The company used sources from credit institutions.

**Liability**

Debts are recorded at cost, which is the fair value of the amounts to be paid for the goods or services received.

**Recognition of expenses and income**

Revenue is recognized as economic benefits associated with that transaction and it will enter into the company and the extent of those benefits can be reliably determined. Sales revenue is recorded when the goods are delivered to the customer at a value that does not include commercial rebates or discounts.

Expenses and income are included in the profit and loss account at the time the property law changes on the property. In accounting, the total value of the transaction is recorded at the date of the transfer of the property for the goods in question.

**Financial expenses**

Financial expenses are recorded in the profit and loss account at the time they are performed, as the operations are completed.

The notes on pages 11 to 23 are an integral part of the financial statements presented on pages 7 to 10.

16

Barcode:3875858-06 A-570-106 INV - Investigation  -

SIGSTRAT S.A.

**NOTES TO FINANCIAL SITUATIONS**
**FOR THE FINANCIAL EXERCISE 01.01 - 31.12.2018 (Lei)**

**2. Summary of significant accounting policies applied – Continued**

**Turnover**
Turnover represents the amounts invoiced to third parties, excluding VAT.
The turnover is obtained as a result of the activity in the field of "Manufacturing of veneers and wooden panels"
CAEN code 1621.

**Profit tax**

The company records the profit tax in accordance with the financial statements prepared based on the Romanian legislation.

**3. Tangible and intangible assets**
Tangible assets are recorded at the values obtained by applying the provisions of GD 1553/2003, alternative accounting treatment allowed by OMFP 1802/2014, less cumulative depreciation, as follows:

| Asset names | Balance at 01.01.2018 | Purchases | Increases Own production | Other discounts | Balance at 31.12.2018 |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| Intangible assets | 314.928 | 21.397 | - | - | 336.325 |
| Land, landscaping | 426.869 | - | - | 9.560 | 417.309 |
| Construction | 8.501.707 | 197.000 | - | 238.600 | 8.460.107 |
| Technological equipment | 12.821.008 | 12.864 | 339.085 | 140 | 13.172.817 |
| Control and measurement devices | 282.815 | 3.399 | - | 5.740 | 280.474 |
| Means of transport | 3.664.678 | - | - | 40.255 | 3.624.423 |
| Furniture, office equipment | 304.418 | 2.824 | - | 175 | 307.067 |
| Tangible assets under construction | 1.233.350 | 41.514 | 308.107 | 358.171 | 1.224.800 |
| Other non-current receivables | 14.614 | 2.000 | - | 3.258 | 13.356 |
| **TOTAL** | **27.564.387** | **280.998** | **647.192** | **655.899** | **27.836.678** |

The notes on pages 11 to 23 are an integral part of the financial statements presented on pages 7 to 10.

17

Barcode:3875858-06 A-570-106 INV - Investigation  -

SIGSTRAT S.A.

**NOTES TO FINANCIAL SITUATIONS**
**FOR THE FINANCIAL EXERCISE 01.01 - 31.12.2018 (Lei)**
**3. Tangible and intangible assets – Continued**

Depreciation

| Immobilizing elements | Balance at 01/01/2018 | Depreciation | Depreciation related to the asset removed/revaluation | Depreciation at 31.12.2018 |
|---|---|---|---|---|
| Other immobilizations | 145,033 | 27.290 | - | 172.323 |
| Construction, landscaping | 1.661.171 | 264.822 | 41.897 | 1.884.096 |
| Technical installations and machinery | 11.215.484 | 1.274.435 | 46.134 | 12.443.785 |
| Other installations, machinery and furniture | 197,654 | 20.865 | 175 | 218.322 |
| TOTAL | 13.219.342 | 1.587.412 | 88.206 | 14.718.548 |

**4. Provisions**

| Provision name | Balance at | Transfers | | Balance at 31.12.2018 |
|---|---|---|---|---|
| | | to account | from account | |
| Provisions for non-incumbent clients | **584.346** | - | 49.497 | 534.849 |

**5. Repartizarea profitului**

| | |
|---|---|
| GROSS PROFIT | 473.774 |
| Tax profit | 112.891 |
| NET PROFIT TO BE DISTRIBUTED | 360.883 |
| Retained earnings representing surplus from revaluation reserves | 225.090 |
| Increasing the legal reserve due to the increase of the share capital | 23.689 |
| Reserves for own financing sources | 562.284 |

The notes on pages 11 to 23 are an integral part of the financial statements presented on pages 7 to 10.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:34 PM, Submission Status: Approved

Barcode:3875858-06 A-570-106 INV - Investigation  -

SIGSTRAT S.A.

**NOTES TO FINANCIAL SITUATIONS**
**FOR THE FINANCIAL EXERCISE 01.01 - 31.12.2018 (Lei)**
**6. Receivables and debts**

| RECEIVABLES | Balance at 31.12.2018 | Liquidity term | |
|---|---|---|---|
| | | Under 1 year | Over 1 year |
| **Total, out of which:** | 6.095.544 | 6.095.544 | |
| Customers | 4.387.674 | 4.387.674 | |
| Uncertain customers | 1.188.934 | 1.188.934 | |
| Debtors | 193.687 | 193.687 | |
| Other receivables related to staff | 31.427 | 31.427 | |
| Employer contribution leaves | 241.775 | 241.775 | |
| Different debitors | 39.876 | 39.876 | |
| Other receivables | 5.079 | 5.079 | |
| VAT under settlement | 7.092 | 7.092 | |

| DEBTS | Balance at 31.12.2018 | Time limit for eligibility | | |
|---|---|---|---|---|
| | | Under 1 year | 1-5 years | Over 5 years |
| Total, out of which: | 7.461.386 | 7.461.386 | | |
| Suppliers | 2.062.081 | 2.062.081 | | |
| Real estate suppliers | 24.147 | 24.147 | | |
| Customer creditors | 1.611.087 | 1.611.087 | | |
| Contributions to social insurance | 300.617 | 300.617 | | |
| Contributions to unemployment | 19.551 | 19.551 | | |
| Payroll tax | 45.482 | 45.482 | | |
| Staff debt | 540.825 | 540.825 | | |
| Other taxes and fees | 7.653 | 7.653 | | |
| Credit line in lei | 1.647.072 | 1.647.072 | | |
| Credit line in foreign currency | 527.143 | 527.143 | | |
| Profit tax | 112.891 | 112.891 | | |
| Medium-term bank loans | 420.753 | 420.753 | | |
| VAT on payment | 24.608 | 24.608 | | |
| Various creditors | 1.589 | 1.589 | | |
| Other loans | 7.957 | 7.957 | | |
| Debts to other creditors | 107.930 | 107.930 | | |

The notes on pages 11 to 23 are an integral part of the financial statements presented on pages 7 to 10.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:34 PM, Submission Status: Approved

Barcode:3875858-06 A-570-106 INV - Investigation  -

SIGSTRAT S.A.


**NOTES TO FINANCIAL SITUATIONS**
**FOR THE FINANCIAL EXERCISE 01.01 - 31.12.2018 (Lei)**

### 7. Analysis of operating result

| No. | INDICATOR | PREVIOUS EXERCISE (2017) | CURRENT EXERCISE (2018) |
|-----|-----------|--------------------------|--------------------------|
| 1 | Net turnover + stocks fluctuation | 32.347.136 | 34.682.935 |
| 2 | Cost of goods sold and services rendered (3+4+5) | 27.626.962 | 30.703.287 |
| 3 | Expenditure on basic activity | 18.568.260 | 21.270.123 |
| 4 | Expenditure on basic activity | 864.543 | 920.574 |
| 5 | Indirect production expenses | 8.194.159 | 8.512.590 |
| 6 | Gross net turnover (1-2) | 4.720.174 | 3.979.648 |
| 7 | Expenditure on sales | 298.664 | 109.792 |
| 8 | General administrative expenses | 4.918.639 | 4.383.473 |
| 9 | Other operating revenues | 2.178.890 | 2.489.925 |
| 10 | Other operating expenses | 1.224.974 | 1.337.915 |
| 11 | Operating result (6-7-8+9-10) | 456.787 | 638.393 |


### 8. Social capital

On 31.12.2018, the subscribed and paid-up share capital of S.C. SIGSTRAT S.A. is worth 2.325.077 lei, representing 23.250.770 shares, with a nominal value of 0.1 lei/share.

Shares are joint, nominative and dematerialized.


The notes on pages 11 to 23 are an integral part of the financial statements presented on pages 7 to 10.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:34 PM, Submission Status: Approved

Barcode:3875858-06 A-570-106 INV - Investigation  -

SIGSTRAT S.A.

**NOTES TO FINANCIAL SITUATIONS**
**FOR THE FINANCIAL EXERCISE 01.01 - 31.12.2018 (Lei)**
**9. Economic indicators**

| Indicator Name | Formula | Unit of measurement | 31.12.2018 | 31.12.2017 |
|---|---|---|---|---|
| Fiscal value | | lei | 27.093.475 | 28.835.201 |
| Net asset | Total Assets-Total Debt | lei | 20.639.034 | 20.278.153 |
| Operating profit | | lei | 638.393 | 456.787 |
| Operating profit rate | (Operating Income / Turnover) * 100 | % | 2,36 | 1,58 |
| Cost-effectiveness | (Operating Income / Total Expenses) * 100 | % | 2,75 | 1,24 |
| Gross profit | | lei | 473.774 | 106.674 |
| Profit gross margin | (Gross Profit / Turnover) * 100 | % | 1,75 | 0,37 |
| Profit tax | | lei | 112.891 | 47.930 |
| Net income | | lei | 360.883 | 58.744 |
| Net profit margin | (Net profit / Turnover) * 100 | % | 1,33 | 0,20 |
| Rate of financial return | (Net profit / equity) * 100 | % | 1,75 | 0,29 |
| Return rate of the total asset | (Net Assets / Total Assets) * 100 | % | 1,28 | 0,21 |
| Ratio of return on the current asset | (Net / Circulating Profit) * 100 | % | 2,43 | 0,42 |
| The liquidity degree of the total asset | (Circulating Assets / Total Assets * 100 | % | 52,94 | 49,39 |
| Speed of rotation of total assets | Turnover / Total assets | | 0,96 | 1,01 |
| Speed of rotation of fixed assets | Turnover / Fixed Assets | | 2,07 | 2,01 |
| General liquidity | (Circulating Asset / Current Debt) * 100 | % | 199,37 | 181,13 |
| Current liquidity | (Circulating Assets) / Current liabilities * 100 | % | 89,76 | 87,14 |
| Immediate liquidity | (Availability / Current Debt) * 100 | % | 15,23 | 19,33 |
| Atrimonial solvency | (Equity / Total liabilities) * 100 | % | 73,45 | 71,25 |
| Overall solvency | (Total Assets / Third Bonds) * 100 | % | 376,61 | 366,73 |

The notes on pages 11 to 23 are an integral part of the financial statements presented on pages 7 to 10.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:34 PM, Submission Status: Approved

SIGSTRAT S.A.

| Degree of indebtedness | (Current / Total Assets) * 100 | % | 26,55 | 27,27 |
|---|---|---|---|---|
| Average debt collection time | (Total Receivables / Total Income) * 360 | days | 53,57 | 54,50 |
| Average payment time for debt | (Total Liabilities / Total Income) * 360 | days | 71,88 | 80,37 |
| Number of rotation of stocks | Turnover / Total stocks | | 3,31 | 3,95 |
| Inventory utilization rate | (Total Income / Total Inventory) * 100 | % | 456,91 | 476,59 |
| Overall rate of indebtedness | (Total Debt / Equity) * 100 | % | 36,15 | 40,34 |
| The degree of risk | (Loans / Equity) * 100 | % | 0,00 | 0,02 |

## 10. Other Information

S.C. SIGSTRAT S.A. was founded as a joint-stock company through HD no. 753/1992 and it performs its activity in accordance with the applicable Romanian legislation, in collaboration with the provisions of the Constitutive Act.

Its main activity, according to CAEN, is "Manufacturing of veneer and wooden panels" (CAEN Code 1621).

The headquarters of the company are in Sighetu Marmatiei, No.40, Unirii Street, Maramures county. The company does not have secondary offices or work points.

Foreign currency transactions have been accounted for at exchange rates at the date of the transaction. Losses or gains on foreign exchange differences have been recognized on the income statement. At the end of each month, foreign currency receivables and debts were valued at the exchange rate of the foreign exchange market communicated by the NBR on the last banking day of the month, and the exchange rate differences recorded were accounted for in income or differences in bookkeeping the exchange rate.

In establishing the taxable profit and profit tax for 2018, the provisions of the Law no. 227/2015 on the Fiscal Code were taken into account, the tax rate at 31.12.2018 being 16% and the profit tax at the end of the year 2018 was worth 112.891 lei.

The notes on pages 11 to 23 are an integral part of the financial statements presented on pages 7 to 10.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:34 PM, Submission Status: Approved

Barcode:3875858-06 A-570-106 INV - Investigation  -

SIGSTRAT S.A.

**NOTES TO FINANCIAL SITUATIONS**
**FOR THE FINANCIAL EXERCISE 01.01 - 31.12.2018 (Lei)**

**10. Other Information (continued)**

The total turnover of 27.093.475 lei resulted in the following revenues:

a)  Revenues from the sale of products amounting to 24.376.052 lei, with the following structure by products:

lei -

| PRODUCT NAME | VALUE (lei) |
|---|---|
| - plywood interior use | 12.197.902 |
| - veneer | 584.842 |
| - molded products | 11.539.443 |
| - lighters | 53.865 |
| TOTAL | 24.376.052 |

b) Revenues from the sale of semi-finished products     471.284 lei
c) Revenues from sale of residual products     747.671 lei
d) Revenues from executed works and rendered services     1.194.913 lei
e) Rent income     139.046 lei
f) Revenues from goods sale     165,885 lei
g) Commercial discounts granted     -1.376 lei

The Company did not record extra income or expenses during 2018.

The balance of account 471, worth 106.682 lei, represents the expenses made in advance for the next financial year, such as subscriptions, buildings insurance, equipment, means of transport, etc.

There were no earnings in advance.

The notes on pages 11 to 23 are an integral part of the financial statements presented on pages 7 to 10.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:34 PM, Submission Status: Approved

# MINISTER OF PUBLIC FINANCE

# NATIONAL FISCAL ADMINISTRATION AGENCY

**Uploading index: 172650123/ 25.04.2019**

You have submitted a S1002 form having the registration no **INTERNT – 172650123 – 2019** from **25.04.2019** for the financial year ended 31st Dec 2018, for CIF (VAT no) **2954386**

There are no validation errors.

Barcode:3875858-06 A-570-106 INV - Investigation  -

F10 – page 1

**BALANCE SHEET**
as at 31.12.2018

Code 10

- lei -

| Description | Row number 10/ 03.01.19 | Row number | Balance at: | |
|---|---|---|---|---|
| | | | 01.01.2018 | 31.12.2018 |
| A | | B | 1 | 2 |
| **A. NON-CURRENT ASSETS** | | | | |
| **I. INTANGIBLES** | | | | |
| 1. Set-up costs (acc 201-2801) | 01 | 01 | | |
| 2. Development expenses (acc 203-2801-2903) | 02 | 02 | | |
| 3. Concessions rights, patents, licenses, trademarks and other similar rights and other intangible assets (acc 205+208-2805-2808-2905-2908) | 03 | 03 | 169.895 | 164.002 |
| 4. Goodwill  (acc 2071-2807) | 04 | 04 | | |
| 5. Intangible assets for exploration and evaluation of mineral resources (acc 206-2806-2906) | 05 | 05 | | |
| 6. Advances (acc 4094) | 06 | 06 | | |
| **TOTAL (rows 01 to 06)** | **07** | **07** | 169.895 | 164.002 |
| **II. PROPERTY, PLANT AND EQUIPMENT** | | | | |
| 1. Land and buildings(acc 211+212-2811-2812-2911-2912) | 08 | 08 | 7.267.405 | 6.993.320 |
| 2. Technical equipment & machinery (acc 213+223-2813-2913) | 09 | 09 | 5.553.017 | 4.633.929 |
| 3. Other equipment & furniture (acc 214+224-2814-2914) | 10 | 10 | 106.764 | 88.723 |
| 4. Investment properties  (acc 215-2815-2915) | 11 | 11 | | |
| 5. Tangible assets in progress  (acc 231-2931) | 12 | 12 | 1.179.078 | 1.170.528 |
| 6. Investment property in progress (acc 235-2935) | 13 | 13 | | |
| 7. Tangible assets for exploration and evaluation of mineral resources  (acc 216-2816-2916) | 14 | 14 | | |
| 8. Bearer biological assets (acc 217+227-2817-2917) | 15 | 15 | | |
| 9. Advances  (acc 4093) | 16 | 16 | 54.272 | 54.272 |
| **TOTAL (rows 08 to 16)** | 17 | 17 | 14.160.536 | 12.940.772 |
| **III. FINANCIAL INVESTMENTS** | | | | |
| 1. Shares in subsidiaries (acc 261-2961) | 18 | 18 | | |
| 2. Intragroup loans  (acc 2671+2672-2964) | 19 | 19 | | |
| 3. Shares in associates and jointly controlled entities (acc 262+263-2962) | 20 | 20 | | |
| 4. Loans given to associates and jointly controlled entities (acc 2673+2674-2965) | 21 | 21 | | |
| 5. Other non-current investments (acc 265+266-2963) | 22 | 22 | | |
| 6. Other loans (acc 2675*+2676*+2677*+2678*+2679*-2966*-2968*) | 23 | 23 | 14.614 | 13.356 |
| **TOTAL (rows 18 to 23)** | 24 | 24 | 14.614 | 13.356 |
| **NON-CURRENT ASSETS – TOTAL (rows 07+17+24)** | 25 | 25 | 14.345.045 | 13.118.130 |

Barcode:3875858-06 A-570-106 INV - Investigation  -

F10 – page 2

| | | | | | |
|---|---|---|---|---|---|
| **B.** | **CURRENT ASSETS** | | | | |
| | **I. INVENTORIES** | | | | |
| | 1. Raw materials and consumables (acc 301+302+303+/-308+321+322+323+328+351+358+381+/-388-391-392-3951-3958-398) | 26 | 26 | 2.236.808 | 2.680.300 |
| | 2. Work in progress (acc331+332+341+/-348*-393-3941-3952) | 27 | 27 | 961.327 | 1.188.774 |
| | 3. Finished goods and merchandise (acc 345+346+347+/-348+354+356+357+361+326+/-368+371+327+/-378-3945-3946-3947-3953-3954-3955-3956-3957-396-397-from acc 4428) | 28 | 28 | 3.664.861 | 3.843.275 |
| | 4. Advances (acc 4091) | 29 | 29 | 430.517 | 465.900 |
| | **TOTAL (rows 26 to 29)** | 30 | 30 | 7.293.513 | 8.178.249 |
| | **II. RECEIVABLES** | | | | |
| | 1. Trade receivables (acc 2675*+2676*+2678*+2679*-2966*-2968*+4092+411+413+418-491) | 31 | 31 | 4.990.592 | 5.235.446 |
| | 2. Receivables from subsidiaries (acc 451**-495*) | 32 | 32 | | |
| | 3. Receivables from associates and jointly controlled entities (acc 453**-495*) | 33 | 33 | | |
| | 4. Other receivables (acc 425+4282+431**+436**+437**+4382+441+4424+from acc 4428**+444*+445+446**+447**+4482+4582+4662+461+473-496+5187)) | 34 | 34 | 271.457 | 325.249 |
| | 5. Share capital called up but not paid up (acc 456-495*) | 35 | 35 | | |
| | 6. Receivables representing dividends distributed during the financial year  (acc 463) | 36 | 35a (301) | | |
| | **TOTAL (rows 31 to 35+35a)** | 37 | 36 | 5,262,049 | 5,560,695 |
| | **III. SHORT-TERM INVESTMENTS** | | | | |
| | 1. Shares in subsidiaries (acc 501-591) | 38 | 37 | | |
| | 2. Other short-term investments (acc 505+506+507+from acc 508-595-596-598+5113+5114) | 39 | 38 | | |
| | **TOTAL (rows 37 to 38)** | 40 | 39 | | |
| | **IV. PETTY CASH AND BANK ACCOUNTS** (from acc508+acc 5112+512+531+532+541+542) | 41 | 40 | 1.500.059 | 1.136.664 |
| | **CURRENT ASSETS (rows 30 + 36 + 39 + 40)** | 42 | 41 | 14.055.621 | 14.875.608 |
| **C.** | **PREPAYMENTS (rows 44 + 43)** (acc 471) | 43 | 42 | 57.908 | 106.682 |
| | Amounts to be reversed in a period below one year  (from acc 471) | 44 | 43 | 57.908 | 106.682 |
| | Amounts to be reversed in a period above one year  (from acc 471) | 45 | 44 | | |
| **D.** | **LIABILITIES: AMOUNTS PAYABLE IN A PERIOD BELOW ONE YEAR** | | | | |
| | 1. Debenture loans  (acc 161+1681-169) | 46 | 45 | | |
| | 2. Bank loans (acc acc 1621+1622+1624+1625+1627+1682+5191+5192+5198) | 47 | 46 | 2.579.792 | 2.594.968 |
| | 3. Advance payments from customers (acc 419) | 48 | 47 | 1.648.872 | 1.611.087 |
| | 4. Trade suppliers (acc 401+404+408) | 49 | 48 | 2.442.901 | 2.086.228 |
| | 5. Trade notes payable  (acc 403+405) | 50 | 49 | | |
| | 6. Intragroup payables  (acc 1661+1685+2691+451***) | 51 | 50 | | |
| | 7. Amounts due to associates and jointly controlled entities (acc 1663+1686+2692+2693+453***) | 52 | 51 | | |

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/7/19 3:34 PM, Submission Status: Approved

F10 – page 3

| | | | | |
|---|---|---|---|---|
| 8. Other payables (including debts to the state budget and social security budget (acc 1623+1626+167+1687+2695+421+423+424+426+427+4281+431***+436***+437***+4381+441***+4423+4428***+444***+446***+447***+4481+455+456***+457+4581+462+4661+473***+509+5186=5193+5194+5195+5196+5197) | 53 | 52 | 1.088.481 | 1.169.103 |
| **TOTAL (rows 45 to 52)** | 54 | 53 | 7.760.046 | 7.461.386 |
| **E. NET CURRENT ASSETS/NET CURRENT LIABILITIES (rows 41+43-53-70-73-76)** | 55 | | | |
| | | 54 | 6.353.483 | 7.520.904 |
| **F. TOTAL ASSETS MINUS CURRENT LIABILITIES (rows 25+44+54)** | 56 | 55 | | |
| | | | 20.698.528 | 20.639.034 |
| **G. LIABILITIES: AMOUNTS PAYABLE IN A PERIOD ABOVE ONE YEAR** | | | | |
| 1. Debenture loans  (acc 161+1681-169) | 57 | 56 | | |
| 2. Bank loans (acc 1621+1622+1624+1625+1627+1682+5191+5192+5198) | 58 | 57 | 420.375 | |
| 3. Advance payments from customers (acc 419) | 59 | 58 | | |
| 4. Trade suppliers (acc 401+404+408) | 60 | 59 | | |
| 5. Trade notes payable  (acc 403+405) | 61 | 60 | | |
| 6. Intragroup payables  (acc 1661+1685+2691+451***) | 62 | 61 | | |
| 7. Payables to associates and jointly controlled entities (acc 1663+1686+2692+2693+453***) | 63 | 62 | | |
| 8. Other payables (including debts to the State Budget and Social Security Budget) (acc 1623+1626+167+1687+2695+421+423+424+426+427+4281+431***+436***+437***+4381+441***+4423+4428***+444***+446***+447***+4481+455+456***+4581+462+473***+509+5186+5193+5194+5195+5196+5197) | 64 | 63 | | |
| **TOTAL (rows 56 to 63)** | 65 | 64 | 420.375 | |
| **H. PROVISIONS** | | | | |
| 1. Provisions for employee benefits  (acc 1515+1517) | 66 | 65 | | |
| 2. Provisions for taxes (acc 1516) | 67 | 66 | | |
| 3. Other provisions (acc 1511+1512+1513+1514+1518) | 68 | 67 | | |
| **TOTAL (rows 65 to 67)** | 69 | 68 | | |
| **I. DEFERRED INCOME** | | | | |
| 1. Investment subsidies  (acc 475) (rows 70+71) | 70 | 69 | | |
| Amounts to be reversed in a period below one year (acc 475*) | 71 | 70 | | |
| Amounts to be reversed in a period above one year (acc 475*) | 72 | 71 | | |
| 2. Deferred income – total (acc 472*) (rows 73 + 74), out of which: | 73 | 72 | | |
| Amounts to be reversed in a period below one year (acc 472*) | 74 | 73 | | |
| Amounts to be reversed in a period above one year (acc 472*) | 75 | 74 | | |
| 3. Deferred income related to assets received from clients  (acc 478) (rows 77 + 76) | 76 | 75 | | |
| Amounts to be reversed in a period below one year (from  acc 478*) | 77 | 76 | | |
| Amounts to be reversed in a period above one year (from  acc 478*)) | 78 | 77 | | |
| Negative goodwill (acc 2075) | 79 | 78 | | |
| **TOTAL (rows 69 + 72 + 75 + 78)** | 80 | 79 | | |
| **J. CAPITAL AND RESERVES** | | | | |
| **I. CAPITAL** | | | | |
| 1. Paid in capital (acc 1012) | 81 | 80 | 2.325.077 | 2.325.077 |

| | | | | | |
|---|---|---|---|---|---|
| F10 – page 4 | | | | | |
| 2. Un-paid capital (acc 1011) | | | 82 | 81 | | |
| 3. State regis patrimony (State-owned shares) (acc 1015) | | | 83 | 82 | | |
| 4. Patrimony of research and development national institutes (Acc. 1018) | | | 84 | 83 | | |
| 5. Other equity items  (acc 1031) | | | 85 | 84 | | |
| TOTAL (rows 80 to 84) | | | 86 | 85 | 2.325.077 | 2.325.077 |
| II. SHARE PREMIUM (acc 104) | | | 87 | 86 | | |
| III. REVALUATION RESERVE (acc 105) | | | 88 | 87 | 4.401.197 | 4.176.106 |
| IV. RESERVES | | | | | | |
| 1. Legal reserves (acc 1061) | | | 89 | 88 | 411.896 | 435.584 |
| 2. Statutory and contractcal reserves (acc 1063) | | | 90 | 89 | | |
| 3. Other reserves (acc 1068) | | | 91 | 90 | 13.124.328 | 13.205.100 |
| TOTAL (rows 88 to 90) | | | 92 | 91 | 13.536.224 | 13.640.684 |
| Own shares  (acc 109) | | | 93 | 92 | | |
| Gains related to own shares instruments  (acc 141) | | | 94 | 93 | | |
| Losses related to own shares instruments  (acc 149) | | | 95 | 94 | 65.117 | 65.117 |
| V. PROFIT OR LOSS CARRIED FORWARD | CR balance (acc117) | | 96 | 95 | 27.362 | 225.090 |
| | DR balance (acc117) | | 97 | 96 | | |
| VI. PROFIT OR LOSS FOR THE YEAR | | | 98 | | | |
| | CR balance (acc121) | | | 97 | 58.744 | 360.883 |
| | DR balance (acc121) | | 99 | 98 | | |
| Profit appropriation  (acc 129) | | | | 99 | | |
| | | | 100 | | 5.334 | 23.689 |
| EQUITY – TOTAL (rows 85+86+87+91+92-93-94+95-96+97-98-99) | | | 101 | 100 | 20.278.153 | 20.639.034 |
| Public patrimony (acc 1016) | | | 102 | 101 | | |
| Private patrimony  (acc 1017[2)] | | | 103 | 102 | | |
| CAPITAL – TOTAL (rows 100+101+102) (rd 25+41+42-53-64-68-79) | | | 104 | 103 | 20.278.153 | 20.639.034 |

Check amount F10:        408268369/1274160645

*)    accounts to classify based on the elements nature

**)  debit balances of the respective accounts

***)  credit balances of the respective accounts

1) The amounts recorded on this row and taken from accounts 2675 to 2679 represent receivables afferent to finance lease contracts plus other similar contracts, as well as other receivables falling due within 1 year.

2) Applicable to the companies which are subject to the provisions of Minister of Public Finance Order 668/2014. The order was issued for approving the indications for setting up and updating the centralized stock count of

| ADMINISTRATOR, | PREPARED BY, |
|---|---|
| Name and surname | Name and surname<br><br>EC. MUJDAR ERIKA |
| ING. KERTESZ STEFAN | Position |
| | 11 - CFO |

Signature _____        Signature_____

Company stamp                              Registration number of professional organization

Barcode:3875858-06 A-570-106 INV - Investigation  -

F20 – page 1

# INCOME STATEMENT
as at 31.12.2018

Code 20                                                                    - lei -

| Description | | Nr. rd. | Year ended | |
|---|---|---|---|---|
| | | | 2017 | 2018 |
| A | | B | 1 | 2 |
| 1. **Net turnover (rows 02+03–04+05+06)** | | 01 | 28.835.201 | 27.093.475 |
| Sold production (acc701+702+703+704+705+706+708) | | 02 | 28.729.957 | 26.928.966 |
| Income from sale of goods (acc707) | | 03 | 105.244 | 165.885 |
| Commercial discounts awarded (acc709) | | 04 | | 1.376 |
| Income from interest carried by the entities erased from the General Records and which still have lease contracts in progress (acc766*) | | 05 | | |
| Income from operating subsidies related to net turnover (acc7411) | | 06 | | |
| 2. Income related to the costs of work in progress  (acc711+712) | Balance C | 07 | 3.511.935 | 7.589.460 |
| | Balance D | 08 | 0 | 0 |
| 3. Income from intangible and tangible assets production  (acc721+722) | | 09 | 319.851 | 308.107 |
| 4. Income from revaluation of tangible assets  (acc755) | | 10 | | |
| 5. Income from production of investment properties (acc725) | | 11 | | |
| 6. Income from operating subsidies (acc7412+7413+7414+7415+7416+7417+7419) | | 12 | | |
| 7. Other operating income (acc751+758+7815) | | 13 | 1.859.039 | 2.181.818 |
| - out of which, revenues from negative goodwill (acc7815) | | 14 | | |
| - out of which, revenues from investment subsidies  (acc7584) | | 15 | | |
| **OPERATING INCOME - TOTAL** **(rows 01 + 07 – 08 + 09 + 10 + 11 + 12 + 13)** | | 16 | 34.526.026 | 37.172.860 |
| 8. a) Raw materials and consumables expenses (acc601+602) | | 17 | 15.791.056 | 18.581.300 |
| Other material expenses (acc603+604+606+608) | | 18 | 29.578 | 26.641 |
| b) Other external expenses (with energy and water) (acc605) | | 19 | 1.451.981 | 1.534.472 |
| c) Cost of goods sold(acc607) | | 20 | 71.124 | 81.905 |
| Commercial discounts received (acc609) | | 21 | | |
| 9. Personnel expenses (rows 23 + 24), out of which: | | 22 | 12.492.778 | 12.458.240 |
| a) Salaries and wages (acc641+642+643+644) | | 23 | 10.207.608 | 12.083.321 |
| b) Social security costs (acc645+646) | | 24 | 2.285.170 | 374.919 |
| 10. a) Adjustment to tangible and intangible assets value (row 26 - 27) | | 25 | 1.863.557 | 1.587.412 |
| a.1) Expenses (acc6811+6813+6817) | | 26 | 1.863.557 | 1.587.412 |
| a.2) Income  (acc7813) | | 27 | | |
| b) Adjustment of the value of current assets (row 29 - 30) | | 28 | | -49.497 |
| b.1) Expenses (acc654+6814) | | 29 | | |

F20 – page 2

| | | | |
|---|---|---|---|
| b.2) Income  (acc754+7814) | 30 | | 49.497 |
| 11. Other operating expenses (rows 32 to 38) | 31 | 2.509.165 | 2.313.994 |
| 11.1. Expenses regarding external services (acc611+612+613+614+615+621+622+623+624+625+626+627+628) | 32 | 2.113.680 | 1.852.500 |
| 11.2. Expenses with other taxes, duties and assimilated payments; expenses representing transfers and contributions payable under specific normative acts (acc635+6586*) | 33 | 224.108 | 217.653 |
| 11.3 Environmental protection expenses  (acc652) | 34 | | |
| 11.4 Expenses from revaluation of tangible assets  (acc655) | 35 | | |
| 11.5 Natural disasters and other similar events expenses  (acc6587) | 36 | | |
| 11.6 Other expenses  (acc651+6581+6582+6583+6584+6588) | 37 | 171.377 | 243.841 |
| Expenses on refinancing interest carried by the entities erased from the General Records and which still have lease contracts in progress  (acc666*) | 38 | | |
| Adjustments related to provisions (row 40-41) | 39 | -140.000 | |
| - Expenses (acc6812) | 40 | | |
| - Income (acc7812) | 41 | 140.000 | |
| OPERATING EXPENSES - TOTAL (acc7 (rows 17 to 20 -21 + 22 + 25 + 28 + 31 + 39) | 42 | 34.069.239 | 36.534.467 |
| OPERATING PROFIT/LOSS | | | |
| - Profit (rows 16 - 42) | 43 | 456.787 | 638.393 |
| - Loss (rows 42 - 16) | 44 | 0 | 0 |
| 12. Income from financial investments (subsidiaries and associates) (acc 7611+7612+7613) | 45 | | |
| - out of which, income from subsidiaries | 46 | | |
| 13. Interest income (acc766) | 47 | 64 | 38 |
| - out of which, income from affiliates | 48 | | |
| 14. Income from operating subsidies for the interest owed (7418) | 49 | | |
| 15. Other financial income (acc762+764+765+767+768+7615) | 50 | 234.184 | 193.953 |
| - out of which, income from other financial investments  (acc7615) | 51 | | |
| FINANCIAL INCOME - TOTAL (rows 45 + 47 + 49 + 50) | 52 | 234.184 | 193.953 |
| 16. Adjustment of the value of financial assets and financial investments held as current assets (row 54 - 55) | 53 | | |
| - Expenses (acc686) | 54 | | |
| - Income (acc786) | 55 | | |
| 17. Expenses on interest (acc666*) | 56 | 127.043 | 120.344 |
| - out of which, expenses in relation with affiliates | 57 | | |
| Other financial expenses (acc663+664+665+667+668) | 58 | 457.318 | 238.266 |
| FINANCIAL EXPENSES - TOTAL (rows 53 + 56 + 58) | 59 | 584.361 | 358.610 |
| FINANCIAL PROFIT / LOSS | | | |
| - Profit (rows 52 - 59) | 60 | 0 | 0 |
| - Loss (rows 59 - 52) | 61 | 350.113 | 164.619 |

Barcode:3875858-06 A-570-106 INV - Investigation  -

|  |  |  | F20 – page 3 | |
|---|---|---|---|---|
|  | **TOTAL INCOME (rows 16 + 52)** | 62 | 34.760.274 | 37.366.851 |
|  | **TOTAL EXPENSES (rows 42 + 59)** | 63 | 34.653.600 | 36.893.077 |
| 18. | **GROSS PROFIT OR LOSS** |  |  |  |
|  | **- Profit (rows 62 - 63)** | 64 | 106.674 | 473.774 |
|  | **- Loss (rows 63 - 62)** | 65 | 0 | 0 |
| 19. | Income tax (acc 691) | 66 | 47.930 | 112.891 |
| 20. | Income tax specific to certain activities (acc695) | 67 |  |  |
| 20. | Other taxes not presented among the above items (acc698) | 68 |  |  |
| 21. | **FINANCIAL YEAR NET PROFIT OR LOSS:** |  |  |  |
|  | **- Profit (rows 64 -66 -67 - 68)** | 69 | 58.744 | 360.883 |
|  | **- Loss (rows 65 + 66 + 67 + 68-64)** | 70 | 0 | 0 |

Check amount F20: 523138285/ 1274160645

*)  Accounts to be classified according to the nature of the respective elements

On row 23 – will be included the collaborators rights, as provided by the labour legislation. They are taken from the debit movement of account 621 "Expenses with collaborators", analytical account "Collaborators – Individuals".

|  |  |
|---|---|
| **ADMINISTRATOR,** | **PREPARED BY,** |
| Name and surname | Name and surname |
|  | Ec. Mujdar Erika |
| Ing. Kertesz Stefan | Position |
|  | CFO |
| Signature | Signature |
| Company stamp | Registration number of professional organization |

F30 – page 1

# INFORMATIVE DATA
### as at 31.12.2018

Code 30-                                                                                          lei -

| I. Data relating to the net result | Row no | Row no | No of units | Amounts | |
|---|---|---|---|---|---|
| **A** | | **B** | **1** | **2** | |
| Units with profit | 01 | 01 | 1 | 360.883 | |
| Units with loss | 02 | 02 | | | |
| Units with neither profit, nor loss | 03 | 03 | | | |

| II. Information on outstanding payments | Row no | Row no | Total | Out of which: | |
|---|---|---|---|---|---|
| | | | | For current activity | For investments |
| **A** | | **B** | **1=2+3** | **2** | **3** |
| Outstanding payments - total (row 05+09+15 to 17+18) of which: | 04 | 04 | 1.270.275 | 1.246.129 | 24.146 |
| Outstanding suppliers - total (row 06 to 08), out of which: | 05 | 05 | 1.162.345 | 1.138.199 | 24.146 |
| - above 30 days | 06 | 06 | 150.868 | 150.868 | |
| - above 90 days | 07 | 07 | 144.650 | 144.650 | |
| - above 1 year | 08 | 08 | 866.827 | 842.681 | 24.146 |
| Outstanding liabilities to social securities budget - total (row 10 to 14), out of which | 09 | 09 | | | |
| - contributions to state social securities due by employers, employees and other persons related | 10 | 10 | | | |
| - contributions to health fund | 11 | 11 | | | |
| - contributions to supplementary pension fund | 12 | 12 | | | |
| - contributions to unemployment fund | 13 | 13 | | | |
| - other social liabilities | 14 | 14 | | | |
| Outstanding liabilities to special funds budgets and other funds | 15 | 15 | | | |
| Outstanding liabilities to other creditors | 16 | 16 | 107.930 | 107.930 | |
| Outstanding taxes to the State Budget not paid at due term, out of which: | 17 | 17 | | | |
| -mandatory labor contribution | 18 | 17a (301) | | | |
| Outstanding taxes to the local budget not paid at due term | 19 | 18 | | | |

| III. Average number of employees | Row no | Row no | 31.12.20172017 | 31.12.2018 |
|---|---|---|---|---|
| **A** | | **B** | **1** | **2** |
| Average number of employees | 20 | 19 | 364 | 333 |
| Average number of employees at period end, 31 December | 21 | 20 | 335 | 326 |

| IV. Royalties paid within the reporting period, grants received and outstanding receivables | Row no | Row no | Amounts (lei) |
|---|---|---|---|
| **A** | | **B** | **1** |
| Royalties paid within the reporting period, for the assets in the public sector, used in concession agreements, out of which: | 22 | 21 | |
| Royalties paid to the state budget for the assets in the public sector, used in concession agreements | 23 | 22 | |
| Mining royalty paid to the state budget | 24 | 23 | |

Barcode:3875858-06 A-570-106 INV - Investigation  -

| | | | | F30 – page 2 |
|---|---|---|---|---|
| Oil royalty paid to the state budget | 25 | 24 | | |
| Leases for land paid within the reporting period [1] | 26 | 25 | | |
| Gross income from services paid to non-resident individuals, out of which: | 27 | 26 | | |
| - tax due to the State Budget | 28 | 27 | | |
| Gross revenues from services paid to non resident from  EU Member States, out of which: | 29 | 28 | | |
| - tax due to the State Budget | 30 | 29 | | |
| Grants received within the reporting period, out of which: | 31 | 30 | | |
| - Grants received within the reporting period related to assets | 32 | 31 | | |
| - Grants related to revenues, out of which: | 33 | 32 | | |
| -      Grants for employment improvement | 34 | 33 | | |
| Outstanding receivables, which were not collected by the due dates stipulated in the commercial contracts and/or in the current legislation, out of which: | 35 | 34 | | |
| -      Outstanding receivables from publc sector companies (either fully or majority owned by te state) | 36 | 35 | | |
| -      Outstanding receivables from private  sector companies | 37 | 36 | | |

| V. Meal tickets given to employees | Row no | Row no | Amounts (lei) | |
|---|---|---|---|---|
| A | | B | 1 | |
| Value of meal tickets given to employees | 38 | 37 | 788.133 | |
| Value of meal tickets given to others than employees | 39 | 37a | 1.020 | |

| VI. R&D Expenses ** | Row no | Row no | 31.12.2017 | 31.12.2018 |
|---|---|---|---|---|
| A | | B | 1 | 2 |
| R&D Expenses: | 40 | 38 | | |
| By financing sources: (row 40+41) | 41 | 39 | 0 | 0 |
| - from publc sources | 42 | 40 | | |
| - from private sources | 43 | 41 | | |
| By the nature of expenses: (row 43+44) | 44 | 42 | 0 | 0 |
| - current expenses | 45 | 43 | | |
| - capital expenses | 46 | 44 | | |

| VII. Innovation expenses *** | Row no. | Row no. | 31.12.2017 | 31.12.2018 |
|---|---|---|---|---|
| A | | B | 1 | 2 |
| Innovation expenses: | 47 | 45 | | |

| VIII. Other information: | Row no. | Row no. | 31.12.2017 | 31.12.201818 |
|---|---|---|---|---|
| A | | B | 1 | 2 |
| Advances for intangible assets (acc 4094), out of which: | 48 | 46 | | |
| -      Advances for intangible assets, granted to unrelated  non-resident entities (acc 4094) | 49 | 46a | | |
| -      Advances for intangible assets, granted to related  non-resident entities (acc 4094) | 50 | 46b | | |
| Advances for tangible assets (acc 4093), out of which: | 51 | 47 | 54.272 | 54.272 |
| -      Advances for tangible assets, granted to unrelated  non-resident entities (acc 4093) | 52 | 47a | | |
| -      Advances for tangible assets, granted to related  non-resident entities (acc 4093) | 53 | 47b | | |
| Long-term financial investments, gross amounts (row 49+54): | 54 | 48 | 14.614 | 13.356 |

Barcode:3875858-06 A-570-106 INV - Investigation  -

F30 – page 3

| | | | | |
|---|---|---|---|---|
| Shares in subsidiaries, Investments in associates and other such investments and bonds, gross amounts (rows 50+51+52+53) | 55 | 49 | | |
| Unquoted shares issued by residents | 56 | 50 | | |
| Social parts issued by residents | 57 | 51 | | |
| Shares and social parts issued by non-residents, out of which: | 58 | 52 | | |
| - Euql or above 10% owned | 59 | 52a | | |
| Other bonds issued by non-residents | 60 | 53 | | |
| Long term receivables, gross amounts (rows 55+56) | 61 | 54 | 14.614 | 13.356 |
| - Long term receivables denominated in LEI, which are settled according to another currency rate (from acc 267) | 62 | 55 | 14.614 | 13.356 |
| - Long term receivables denominated in foreign currency (from acc 267) | 63 | 56 | | |
| Commercial receivables, advances for inventory and advances for services, gross amounts (acc 4091, 4092, 411,413,418), out of which: | 64 | 57 | 6.005.455 | 6.236.195 |
| - Commercial receivables, advances for inventory and advances for services from unrelated, non-resident entities, gross amounts (from acc 4091, 4092, 411,413,418) | 65 | 58 | 2.216.142 | 2.550.824 |
| - Commercial receivables, advances for inventory and advances for services from related, non-resident entities, gross amounts (from acc 4091, 4092, 411,413,418) | 66 | 58a | | |
| Receivables not cashed at due date (from acc 4091,4092,411,413) | 67 | 59 | 4.539.195 | 4.517.477 |
| Receivables related to employees (acc 425,4282) | 68 | 60 | 47.261 | 31.427 |
| Receivables related to social securities budget and state budget (from acc 431, 436, 437, 4382, 441, 4424,4428,444,445,446,447,4482);(rows 62 to 66) | 69 | 61 | 175.475 | 248.867 |
| - Receivables related to social securities budget (acc 431+437+4382)) | 70 | 62 | 165.138 | 241.775 |
| - Fiscal receivables related to the state budget (acc 436, 441, 4424, 4428, 444, 446) | 71 | 63 | 10.337 | 7.092 |
| - Grants to be received (acc 445) | 72 | 64 | | |
| - Special funds – taxes and assimilated payments (acc 447) | 73 | 65 | | |
| - Other receivables related to state budget (acc 4482) | 74 | 66 | | |
| Company's receivables related to affiliates (acc 451), out of which: | 75 | 67 | | |
| - receivables from non-resident afiliates (from acc 451), out of which: | 76 | 68 | | |
| - commercial receivables from non-resident afiliates (from acc 451) | 77 | 69 | | |
| Receivables related to social securities budget and state budget – overdue (from acc 431, 436, 437, 4382, 441, 4424,4428,444,445,446,447,4482) | 78 | 70 | | |

F30 – page 4

| | | | | | |
|---|---|---|---|---|---|
| Other receivables (acc 453, 456, 4582, 461, 4662, 471, 473) **(rows 72 to 74)** | | 79 | 71 | 106.629 | 151.637 |
| - | settlements related to investment in associates, to shareholders/ associates in respect of capital (from acc 453, 456, 4582) | 80 | 72 | | |
| - | other receivables related to individuals and companies, other than those related to state entities (from acc 461, 471, 473, 4662) | 81 | 73 | 106.629 | 151.637 |
| - | amounts taken from account 542, representing Cash advances, provided according to legislation in force and unsettled at year end (from acc 461) | 82 | 74 | | |
| Interest receivable (acc 5187), out of which: | | 83 | 75 | | |
| - | from non-residents | 84 | 76 | | |
| Loans given to economic operators ****) | | 85 | 77 | | |
| Short term investments, gross amounts (acc 501, 505, 506,507,508) **(rows 79 to 82)** | | 86 | 78 | | |
| - | unquoted shares issued by residents | 87 | 79 | | |
| - | social parts issued by residents | 88 | 80 | | |
| - | shares issued by non-residents | 89 | 81 | | |
| - | bonds issued by non-residents | 90 | 82 | | |
| Other amounts to be collected (acc 5113+5114) | | 91 | 83 | | |
| Petty cash, LEI + other currencies **(rows 85+86)** | | 92 | 84 | | |
| - | denominated in LEI (acc5113) | 93 | 85 | | |
| - | denominated in other ccy (acc5114) | 94 | 86 | | |
| Cash in current bank accounts, LEI + other ccy **(rows 88+90):** | | 95 | 87 | 1.481.000 | 1.104.788 |
| - denominated in LEI (acc. 5121), out of which: | | 96 | 88 | 1.071.000 | 1.072.840 |
| - | LEI accounts at non-resident banks | 97 | 89 | | |
| - denominated in other ccy (acc. 5124) | | 98 | 90 | 410.000 | 31.948 |
| - | Other ccy accounts at non-resident banks | 99 | 91 | | |
| Other current bank accounts and accreditives (row 72 + 73), out of which: | | 100 | 92 | 5.011 | 13.954 |
| - collections in progress, accreditives and other amounts to be collected, denominated in LEI (acc. 5112 + 5125 + 5411) | | 101 | 93 | 5.011 | 13.954 |
| - collections in progress and accreditives denominated in other ccy (acc. 5125 + 5412) | | 102 | 94 | | |
| Liabilities (rows 96+99+102+103+106+108+110+111+116+119+122+128), out of which: | | 103 | 95 | 5.163.395 | 4.866.418 |
| - External long term bank loans (loans received from financial institutions with a duration equal or longer than 1 year) (fom acc 162) (row 97 + 98), out of which: | | 104 | 96 | | |
| - denominated in LEI | | 105 | 97 | | |
| - | denominated in other ccy | 106 | 98 | | |
| - External long term bank loans (acc. 1623 + 1624 + 1625), (row 100 + 101), out of which: | | 107 | 99 | | |
| - denominated in LEI | | 108 | 100 | | |
| - | denominated in other ccy | 109 | 101 | | |
| - Loans from public Treasurery, plus related interest (acc. 1626 + from acc. 1682) | | 110 | 102 | | |

F30 – page 5

| | | | | |
|---|---|---|---|---|
| - Other loans plus related interest(acc. 166 + 1685 + 1686 + 1687), **(row 104 + 105)**, out of which: | 111 | 103 | | |
| -  denominated in LEI, which are settled according to another currency rate | 112 | 104 | | |
| - in other ccy | 113 | 105 | | |
| Other loans and related liabilities (acc 167), out of which: | 114 | 106 | 7.957 | 7.957 |
| -      value of concessions received (from acc 167) | 115 | 107 | | |
| - Trade suppliers, advances received from clients and other similar accounts, gross amounts (acc. 401 + 403 + 404 + 405 + 408 + 419) | 116 | 108 | 4.074.914 | 3.697.315 |
| - Trade suppliers with unrelated non-resident entities, advances received from unrelated non-resident client entities and other similar accounts with unrelated non-resident entities, gross amounts (from acc 401 + 403 + 404 + 405 + 408 + 419) | 117 | 109 | 413.195 | 159.195 |
| - Trade suppliers with related non-resident entities, advances received from related non-resident client entities and other similar accounts with related non-resident entities, gross amounts (from acc 401 + 403 + 404 + 405 + 408 + 419) | 118 | 109a | | |
| -Payables related to employees and similar accounts(acc. 421 + 423 + 424 + 426 + 427 + 4281) | 119 | 110 | 543.693 | 540.825 |
| -Payables related to social securities budget and state budget (acc. 431 +436+ 437 + 4381 + 441 + 4423 + 4428 + 444 + 446 + 447 + 4481) (rows 112 to 115) | 120 | 111 | 427.212 | 510.802 |
| -      payables related to social securities budget (ac 431+437+4381) | 121 | 112 | 238.224 | 300.617 |
| -      fiscal payables related to state budget (ac 436+441+4423+4428+4381+446) | 122 | 113 | 185.380 | 202.532 |
| -      special funds – taxes and similar payables (ac 447) | 123 | 114 | 3.608 | 7.653 |
| -      other payables related to state budget (ac 4481) | 124 | 115 | | |
| - Company's payables to affiliates (acc. 451), out of which: | 125 | 116 | | |
| -      payables to non-resident affiliates (from acc 451), out of which: | 126 | 117 | | |
| -      longer than 1 year initial credit term | 127 | 118 | | |
| -      trade payable to non-resident affiliates, regardless the due date (fromacc 451) | 128 | 118a | | |
| -Amounts owed to shareholders/ associates(acc. 455), out of which: | 129 | 119 | | |
| -      owed to shareholders/ associates individuals | 130 | 120 | | |
| -      owed to shareholders/ associates legal entities | 131 | 121 | | |
| - Other payables (acc. 269 + 453 + 456 + 457 + 4581 + 4661 + 462 + 472 + 473 + 478 + 509) (rows 123 to 127) | 132 | 122 | 109.619 | 109.519 |
| -      settlements related to investments in associates, shareholders and associates, affiliates (acc 453, 456, 457, 4581) | 133 | 123 | 108.430 | 107.930 |
| -      other payables related to individual and legal entities, other than payables to public institutions (from acc 462, 4661, 472, 473) | 134 | 124 | 1.189 | 1.589 |
| -      grants not reversed to revenues (from acc 472) | 135 | 125 | | |
| -      payments for financial long term assets and short term investments (acc 269+509) | 136 | 126 | | |

F30 – page 6

| | | | 31.12.2017 | 31.12.2018 |
|---|---|---|---|---|
| - deferred income related to assets acquired through transfers from clients (acc 478) | 137 | 127 | | |
| - Interest payable  (acc. 5186), out of which: | 138 | 128 | | |
| - to non-residents | 139 | 128a | | |
| Value of loans from economic operators ****) | 140 | 129 | | |
| Paid share capital (acc. 1012), out of which: | 141 | 130 | 2.325.077 | 2.325.077 |
| - quoted shares[4)] | 142 | 131 | 2.325.077 | 2.325.077 |
| - unquoted shares [5)] | 143 | 132 | | |
| - părţi sociale | 144 | 133 | | |
| - paid share capital from non-residents (from acc. 1012) | 145 | 134 | | |
| Patents and licences (from acc. 205) | 146 | 135 | | |

| IX. Information related to expenses with collaborators | Row no. | Row no. | 31.12.2017 | 31.12.2018 |
|---|---|---|---|---|
| A | B | | 1 | 2 |
| Expenses with collaborators (acc. 621) | 147 | 136 | 507.286 | 601.616 |

| X. Information related to assets owned by state | Row no. | Row no. | 31.12.2017 | 31.12.2018 |
|---|---|---|---|---|
| A | B | | 1 | 2 |
| Value of assets under state ownership, but administrated by the entity | 148 | 137 | | |
| Value of assets under state ownership, but concessioned by the entity | 149 | 138 | | |
| Value of assets under state ownership, but leased by the entity | 150 | 139 | | |

| XI. Information related to assets under private state ownership, which are subject to physical inspection, according to OMFP no 668/2014 | Row no. | Row no. | 31.12.2017 | 31.12.2018 |
|---|---|---|---|---|
| A | B | B | 1 | 2 |
| Net book value of the assets [6)] | 151 | 140 | | |

| XII. Paid share capital | Row no. | Row no. | 31.12.2017 | | 31.12.2018 | |
|---|---|---|---|---|---|---|
| A | | B | Amount | % | Amount | % |
| Paid share capital (acc. 1012)+ (row 142+145+149+150+151+152): | 152 | 141 | 2.325.077 | X | 2.325.077 | X |
| Owned by public (state) institutions (row 143+144) | 153 | 142 | | | | |
| - owned by central public (state)institutions | 154 | 143 | | | | |
| - owned by local public (state) institutions | 155 | 144 | | | | |
| Owned by state capital entities, out of which: | 156 | 145 | | | | |
| - state as sole shareholder | 157 | 146 | | | | |
| - state as majority shareholder | 158 | 147 | | | | |
| - state as minority shareholder | 159 | 148 | | | | |
| Owned by autonomous administrations | 160 | 149 | | | | |
| Owned by private entities | 161 | 150 | 301.101 | 12.95 | 298.901 | 12.86 |
| Owned by individuals | 162 | 151 | 808.426 | 34.77 | 810.626 | 34.86 |
| Owned by other entities | 163 | 152 | 1.215.550 | 52.28 | 1.215.550 | 52.28 |

F30 – page 7

|  |  | Row no | Amounts (lei) | |
|---|---|---|---|---|
| **A** | | **B** | **2017** | **2018** |
| **XIII. Dividends/payments owed to central state or local state budget, to be distributed out of current period result by the national companies and autonomous administrations, out of which** | 164 | 153 | | |
| - to central state institutions | 165 | 154 | | |
| - to local state institutions | 166 | 155 | | |
| - to other shareholders where the state holds (directly or not) shares, regardless the extent. | 167 | 156 | | |
| | | | Amounts (lei | |
| **A** | | **B** | **2017** | **2018** |
| **XIV. Dividends/payments made to central state or local state budget in the current period from the profit of national companies and autonomous administrations, out of which** | 168 | 157 | | |
| -Dividends/payments from the previous period profit , out of which: | 169 | 158 | | |
| - to central state institutions | 170 | 159 | | |
| - to local state institutions | 171 | 160 | | |
| - to other shareholders where the state holds (directly or not) shares, regardless the extent. | 172 | 161 | | |
| -Dividends/payments from the prior periods profit , out of which: | 173 | 162 | | |
| - to central state institutions | 174 | 163 | | |
| - to local state institutions | 175 | 164 | | |
| - to other shareholders where the state holds (directly or not) shares, regardless the extent. | 176 | 165 | | |
| **XV. Interim dividends distribution according to Law no 163/ 2018** | **Row no.** | **Row no.** | Amounts (lei) | |
| **A** | **B** | **B** | **2017** | **2018** |
| Interim dividends distributed [8)] | 177 | 165a | | |
| **XVI. Receivables acquired through cession from legal entities *****)** | | **Row no.** | Amounts (lei) | |
| **A** | | **B** | **2017** | **2018** |
| Receivables acquired through cession from legal entities (at nominal value), out of which: | 178 | 166 | | |
| - Receivables acquired through cession from affiliate legal entities | 179 | 167 | | |
| Receivables acquired through cession from legal entities (at acquisition cost), out of which: | 180 | 168 | | |
| - Receivables acquired through cession from affiliate legal entities | 181 | 169 | | |
| **XVII. Revenues from agricultural activity ******)** | **Row no.** | **Row no.** | **Amounts (lei)** | **Amounts (lei)** |
| **A** | **B** | **B** | **2017** | **2018** |
| Revenues from agricultural activity | 182 | 170 | | |

Check amount F30: 82967023/1274160645

F30 – page 8

**ADMINISTRATOR,**                                   **PREPARED BY,**

Name and surname                              Name and surname

                                              Ec. Mujdar Erika

Ing. Kertesz Stefan                           Position

                                              CFO

Signature                                     Signature

---

subsidies for stimulating the improvement of unemployment (transfers from state budget to employer) – include the amounts granted to employers for the payments made to the education institution – mulation of unemployed people to get hired before unemployment period ends, stimulation of employers who hire unemployed people older than 45 years, unemployed sole breadwinners or – employed who, within 3 months from hiring date meet the conditions to apply for partial early pension or old age pension, or any other circumstances stated by the legislation in force in respect of – employment securities and unemployment improvement.

to be filled in with the expenses made for R&D activity, respectively the fundamental research, applicable research, technological development and innovation defined by the provisions of the OG – overnment Ordinance) 57/2002 in respect of scientific research and technological development, approved with updates and modifications by Law 324/2003, with subsequent updates. The expenses – filled in according to the Implementing Regulation (EU) no 995/2012 issued on 26th Oct 2012, by the Commission for issuance of implementing rules for the Decision no 1608/2003 by European – rliament and the Council, regarding the creation and development of the Community statistics in the field of science & technology, published in the Official Journal of EU, series L, no 299/ 27th Oct 2

) to be filled in with the expenses made for the innovation activity, according to the Implementing Regulation (EU) no 995/ 2012 issued on 26th Oct 2012, by the Commission for issuance of impleme – es for the Decision no 1608/2003 by European Parliament and the Council, regarding the creation and development of the Community statistics in the field of science & technology, published in the – ficial Journal of EU, series L, no 299/ 27th Oct 2012

*) The category of economic operators does not include the entities ruled and supervised by the National Bank of Romania, respectively FSA (Financial Supervisory Authority), the entities reclassifi – public administration sector and the non for profit organizations serving for the households.

**) For the receivables obtained through cession from legal entities, both the nominal value and acquisition cost will be filled in. The statute of "affiliated legal entity" will be assessed according to the – provisions of art 7 point 26 lit c0 and d) of Law no 227/2015 regarding the Fiscal Code, with its subsequent updates and modifications.

***) According to art 11 of the Delegated Regulation (EU) no 639/2014 of the Commission form March,11 2014 for the completion of the Regulation (EU) no 1307/2013 of the European Parliament a – Commission regarding the establishing of the standards regarding the direct payments made to the farmers through aid schemes within the common agricultural policy and the modification of App – of the above mentioned Regulation, (1)... the revenues from agricultural activity are those revenues which were obtained by a farmer from its agricultural activity by the meaning of the Art 4, paragr – , letter (c) of the mentioned Regulation no (R(UE) 1307/2013), within its agricultural holding, including the aid from EU from the European Agricultural Guarantee Fond (EAGF) and from the Europea – ricultural Fund for Rural Development (EAFRD), as well as any other national aid granted for agricultural activities, except for the direct complimentary national payments under the articles 18 and 1 – m the Regulation (EU) no 1307/2013.

e revenues obtained from processing the agricultural products of the holding, under the article 4 paragraph (1) letter (d) of the Regulation (EU) no 1307/2013 are considered as revenues from – ricultural activities provided that the processed products remain in the farmer's property and the processing will produce agricultural products, as provided by the article 4 paragraph (1) letter (d) of t – gulation (EU) no 1307/2013.

y other revenues are not considered as revenues from agricultural activities.

In the sense of paragraph (1), revenues mean gross revenues, before deducting costs and taxes.

will include the rent paid for used land (crops, pastures, grasslands) and commercial space (terraces etc) owned by private owners or public administration units, including the rent for water luster fo – reational purposes or other (fishing) etc.

the figure filled in the row - payables to non-resident affiliates (from acc 451), out of which is NOT to be calculated as the total of the figures from the rows - longer than 1 year initial credit term and – de payable to non-resident affiliates, regardless the due date (from acc 451).

In the category - other payables related to individual and legal entities, other than payables to public institutions (from acc 462, 4661, 472, 473) to be excluded the grants applicable to the revenues – luded in the balance of 472 account

Securities conferring the property right on the companies, which are negotiable and tradable according to the law.

Securities conferring the property right on the companies, which are not traded.

To be filled in by the economic operators which are subject to the provisions of the Ministerial Order no 668/2014 of the Public Finance Minister and the Minister delegated for Budget, with respect t – proval of the Details regarding the preparation and update of centralized inventory of state private property and of the real rights subject to inventory, with its updates and modifications.

At section XII, 'Paid share capital', on rows 153-163, columns 2 and 4, the entities will fill in the corresponding percentage of that share capital in the total paid share capital filled in row 152.

8) On this row will be included the dividends distributed according to Law 163/2018 for the modification and completion of Accounting Law no 82/1991, modification and completion of – Companies Law 31/1990, as well as the modification of Law 1/2005 regarding the organization and functioning of the cooperative. Not to be included the dividends included on row 164

Barcode:3875858-06 A-570-106 INV - Investigation  -

F40 – page 1

**FIXED ASSETS STATEMENT**
as at 31.12.2018

Code40

- lei -

| ASSETS | Row no. | Gross values | | | | |
|---|---|---|---|---|---|---|
| | | Opening balance | Increases | Decreases | | Closing balance (col.5=1+2-3) |
| | | | | Total | Out of which decommissioning | |
| A | B | 1 | 2 | 3 | 4 | 5 |
| **Intangibles** | | | | | | |
| Set-up and development costs | 1 | | | | X | |
| Other intangibles | 2 | 314.928 | 21.397 | | X | 336.325 |
| Advances and intangibles in progress | 3 | | | | X | |
| Intangibles for exploitation and evaluation of minerals assets | 4 | | | | | |
| **Total (row 1 to 4)** | 5 | 314.928 | 21.397 | | X | 336.325 |
| **Tangible assets** | | | | | | |
| Land | 6 | 426.869 | | 9.560 | X | 417.309 |
| Buildings | 7 | 8.501.707 | 197.000 | 238.600 | | 8.460.107 |
| Technical equipment and machinery | 8 | 16.768.501 | 355.348 | 46.135 | 7.895 | 17.077.714 |
| Other equipment and furniture | 9 | 304.418 | 2.824 | 175 | 175 | 307.067 |
| Investment property | 10 | | | | | |
| Tangible assets for exploitation and evaluation of minerals | 11 | | | | | |
| Productive biological assets | 12 | | | | | |
| Tangible assets in progress | 13 | | | | | |
| Investment property in construction | 14 | 1.179.078 | 349.621 | 358.171 | | 1.170.528 |
| Advances for tangible assets | 15 | 54.272 | | | | 54.272 |
| TOTAL (row. 06 la 15) | 16 | 27.234.845 | 904.793 | 652.641 | 8.070 | 27.486.997 |
| **Long term Financial investments** | 17 | 14.614 | 2.000 | 3.258 | X | 13.356 |
| **NON-CURRENT ASSETS - TOTAL (row 05+16+17)** | 18 | 27.564.387 | 928.190 | 655.899 | 8.070 | 27.836.678 |

F40 - page 2

## NON-CURRENT ASSETS DEPRECIATION STATEMENT

- lei

| Non-current assets | Row no. | Depreciation | | | |
|---|---|---|---|---|---|
| | | Opening balance | Depreciation during the year | Depreciation relating to write-offs | Accumulated depreciation in the closing balance (col.9=6+-8) |
| A | B | 6 | 7 | 8 | 9 |
| Intangibles | | | | | |
| Set-up and development expenses | 19 | | | | |
| Other intangibles | 20 | 145.033 | 27.290 | | 172.323 |
| Intangibles for operating and evaluation of minerals assets | 21 | | | | |
| TOTAL (row 19+20+21) | 22 | 145.033 | 27.290 | | 172.323 |
| Tangible assets | | | | | |
| Land | 23 | 6.595 | 1.070 | | 7.665 |
| Buildings | 24 | 1.654.576 | 263.752 | 41.897 | 1.876.431 |
| Technical equipment and machinery | 25 | 11.215.484 | 1.274.435 | 46.134 | 12.443.785 |
| Other equipment and furniture | 26 | 197.654 | 20.865 | 175 | 218.344 |
| Investment property | 27 | | | | |
| Tangible assets for exploitation and evaluation of minerals | 28 | | | | |
| Productive biological assets | 29 | | | | |
| TOTAL (row 23 to 29) | 30 | 13.074.309 | 1.560.122 | 88.206 | 14.546.225 |
| DEPRECIATION - TOTAL (row 22+30) | 31 | 13.219.342 | 1.587.412 | 88.206 | 14.718.548 |

Barcode:3875858-06 A-570-106 INV - Investigation  -

F40 – page 3

## NON-CURRENT ASSETS IMPAIRMENTS STATEMENT

- lei

| Non-current assets | Nr. rd. / Row no. | Impairment adjustments | | | |
|---|---|---|---|---|---|
| | | Opening balance | Impairment adjustments set during the year | Impairment adjustments charged to income | Closing balance (col. 13=10+11-12) |
| A | B | 10 | 11 | 12 | 13 |
| Intangibles | | | | | |
| Set-up and development expenses | 32 | | | | |
| Other intangibles | 33 | | | | |
| Intangibles for exploitation and evaluation of minerals assets | 34 | | | | |
| Total (row 1 to 4) | 35 | | | | |
| Tangible assets | | | | | |
| Land | 36 | | | | |
| Buildings | 37 | | | | |
| Technical equipment and machinery | 38 | | | | |
| Other equipment and furniture | 39 | | | | |
| Investment property | 40 | | | | |
| Tangible assets for exploitation and evaluation of minerals | 41 | | | | |
| Productive biological assets | 42 | | | | |
| Tangible non-current assets in construction | 43 | | | | |
| Investment property in construction | 44 | | | | |
| TOTAL (row. 06 la 15) | 45 | | | | |
| Long term Financial investments | 46 | | | | |
| IMPAIRMENTS - TOTAL (row 04+10+11) | 47 | | | | |

Check amount F40: 259786968/1274160645

| ADMINISTRATOR, | PREPARED BY, |
|---|---|
| Name and surname | Name and surname |
| | EC. MUJDAR ERIKA |
| ING. KERTESZ STEFAN | Position |
| | CFO |
| Signature | Signature |
| Company stamp | Registration number of professional organization |

Barcode:3875858-06 A-570-106 INV - Investigation  -

S.C. SIGSTRAT S.A.

SIGHETU MARMATIEI

## NOTE 1                                              NON-CURRENT ASSETS

| Asset name | Balance as at 01.01.2018 | Purchases | Own production | Revaluation | Disposals, transfers and other decreases | Balance as at 31.12.2018 |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| **Intangible assets** | 314.928 | 21.397 | | | | 336.325 |
| Land and land improvements | 426.869 | | | | 9.560 | 417.309 |
| Buildings | 8.501.707 | 197.000 | | | 238.600 | 8.460.107 |
| Plant and equipment | 12.821.008 | 12.864 | 339.085 | | 140 | 13.172.817 |
| Other installations, machines and furniture | 282.815 | 3.399 | | | 5.740 | 280.474 |
| Means of transport | 3.664.678 | | | | 40.255 | 3.624.423 |
| Furniture, office | 304.418 | 2.824 | | | 175 | 307.067 |
| Tangible non-current assets in progress | 1.233.350 | 41.514 | 308.107 | | 358.171 | 1.224.800 |
| Other tangible non-current assets | 14.614 | 2.000 | | | 3.258 | 13.356 |
| **TOTAL** | **27.564.387** | **280.998** | **647.192** | | **655.899** | **27.836.678** |

Administrator,                                                              Prepared by,

Ing. Kertesz Stefan

Ec. Mujdar Erika

[Signature] [Stamp]                                        [Signature]

Barcode:3875858-06 A-570-106 INV - Investigation  -

S.C. SIGSTRAT S.A.

SIGHETU MARMATIEI

## NOTE 1          NON-CURRENT ASSETS DEPRECIATION

| Non-current assets | Balance as at 01.01.2018 | Straight line depreciation | Depreciation of disposals | Acc depreciation as at 31.12.2018 |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 7 |
| Intangible assets | 145.033 | 27.290 | | 172.323 |
| Other non-current assets | 1.661.171 | 264.822 | 41.897 | 1.884.096 |
| Buildings, land improvements | 11.215.484 | 1.274.435 | 46.134 | 12.443.785 |
| Plant and equipment | | | | |
| Other installations, machines and furniture | 197.654 | 20.865 | 175 | 218.344 |
| **TOTAL** | **13.219.342** | **1.587.412** | **88.206** | **14.718.548** |

**Administrator,**                                        **Prepared by,**

Name and surname                                Name and surname

Ing. Kertesz Stefan                                Ec. Mujdar Erika

[Signature] [Stamp]                                [Signature]

S.C. SIGSTRAT S.A.

SIGHETU MARMATIEI

## NOTE 2                        IMPAIRMENT FOR DEPRECIATION

| Provision name | Balance as at 01.01.2018 | Increases | Decreases | Balance as at 31.12.2018 |
|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4=1+2-3 |
| Allowance for trade receivables | 584.346 | - | 49.497 | 534.849 |

Administrator,                                          Prepared by,

Name and surname                                 Name and surname

Ing. Kertesz Stefan                                 Ec. Mujdar Erika

[Signature] [Stamp]                                 [Signature]

Barcode:3875858-06 A-570-106 INV - Investigation  -

S.C. SIGSTRAT S.A.

SIGHETU MARMATIEI

## NOTE 3

## PROPOSAL REGARDING THE DISTRIBUTION
## OF PROFIT FOR 2018

| | |
|---|---:|
| GROSS PROFIT | 473.773,63 |
| Income tax | 112.891 |
| Net profit to be distributed | 360.882,63 |
| Retained earnings related to increase from revaluation reserve | 225.090,31 |
| Legal reserve increase due to share capital increase | 23.688,68 |
| Reserves for own equity financing | 562.284,26 |

| Administrator, | CFO, |
|:---:|:---:|
| Name and surname | Name and surname |
| Ing. Kertesz Stefan | Ec. Mujdar Erika |
| [Signature] | [Signature] |

[Stamp of SIGSTRAT]

[Signature]

Barcode:3875858-06 A-570-106 INV - Investigation  -

S.C. SIGSTRAT S.A.

SIGHETU MARMATIEI

**NOTE 4**

### OPERATING RESULT ANALYSIS

| INDICATOR | PREVIOUS FINANCIAL YEAR (2017) | CURRENT FINANCIAL YEAR (2018) |
|---|---|---|
| 1. Net turnover + stocks variation | 32.347.136 | 34.682.935 |
| 2. Cost of sold goods and services rendered (3+4+5) | 27.626.962 | 30.703.287 |
| 3. Main activity expenses | 18.568.260 | 21.270.123 |
| 4. Auxiliary activities | 864.543 | 920.574 |
| 5. Production overheads | 8.194.159 | 8.512.590 |
| 6. Gross result (1-2) | 4.720.174 | 3.979.648 |
| 7. Distribution expenses | 298.664 | 109.792 |
| 8. General administration expenses | 4.918.639 | 4.383.473 |
| 9. Other operating income | 2.178.890 | 2.489.925 |
| 10. Other operating expenses | 1.224.974 | 1.337.915 |
| 11. Operating result  (6-7-8+9-10) | 456.787 | 638.393 |

Administrator,

Name and surname

Ing. Kertesz Stefan

[Signature]

[Stamp of SIGSTRAT]

Prepared by,

Name and surname

Ec. Mujdar Erika

[Signature]

Barcode:3875858-06 A-570-106 INV - Investigation  -

**S.C. SIGSTRAT S.A.**
**SIGHETU MARMATIEI**

## Note 5

## STATEMENT OF RECEIVABLES AND PAYABLES

lei

| RECEIVABLES | Balance as at 31.12.2018 | Liquidity term for balance as at 31.12.2018 | |
|---|---|---|---|
| | | Below 1 year | Above 1 year |
| 0 | 1 = 2 + 3 | 2 | 3 |
| TOTAL, out of which | 6.095.544 | 6.095.544 | |
| Trade receivables | 4.387.674 | 4.387.674 | |
| Trade receivables – doubtful accounts | 1.188.934 | 1.188.934 | |
| Suppliers debit | 193.687 | 193.687 | |
| Other receivables related to personnel | 31.427 | 31.427 | |
| Employer contribution to holiday | 241.775 | 241.775 | |
| Sundry debtors | 39.876 | 39.876 | |
| Not exigible VAT | 7.092 | 7.092 | |
| Other receivables | 5.079 | 5.079 | |

| PAYABLES | Balance as at 31.12.2018 | Maturity for balance as at 31.12.2018 | | |
|---|---|---|---|---|
| | | Below 1 year | 1 - 5 years | Above 5 years |
| 0 | 1 = 2 + 3 + 4 | 2 | 3 | 4 |
| **TOTAL, out of which** | 7.461.386 | 7.461.386 | | |
| Trade payables | 2.062.081 | 2.062.081 | | |
| Long term assets suppliers | 24.147 | 24.147 | | |
| Clients credit | 1.611.087 | 1.611.087 | | |
| Contributions to social securities | 300.617 | 300.617 | | |
| Contributions for unemployment | 19.551 | 19.551 | | |
| Wages tax | 45.482 | 45.482 | | |
| Personnel payables | 540.825 | 540.825 | | |
| Olther fees and taxes | 7.653 | 7.653 | | |
| Loans denominated in LEI | 1.647.072 | 1.647.072 | | |
| Loans denominated in other CCY | 527.143 | 527.143 | | |
| Income tax | 112.891 | 112.891 | | |
| Medium term Bank loans | 420.753 | 420.753 | | |
| VAT payable | 24.608 | 24.608 | | |
| Sundry creditors | 1.589 | 1.589 | | |
| Other loans | 7.957 | 7.957 | | |
| Payables to other creditors | 107.930 | 107.930 | | |

Administrator,
Name and surname
Ing. Kertesz Stefan
[Signature]

[Stamp of SIGSTRAT]

Prepared by,
Name and surname
Ec. Mujdar Erika

[Signature]

Barcode:3875858-06 A-570-106 INV - Investigation  -

**S.C. SIGSTRAT S.A.**

**SIGHETU MARMATIEI**

**NOTE 6**

**SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

The financial statements are prepared by the Company in accordance with the accounting regulations related to stand alone and consolidated financial statements issued by:

- The Accounting Law 82/1991
- The provisions of the Minister of Public Finance Order No. 1802/2014 ("MFO 1802/2014") with subsequent amendments and supplements
- The provisions of the Minister of Public Finance Order No. 10/2019

The accounting policies were applied consistently in the period: 01.01.2018 – 31.12.2018. There were no cases of deviations from accounting policies and principles, or any other accounting regulations.

The figures in the financial statements of the year 2018 are comparable.  The patrimonial items were applied to the same principles for evaluation, registration and presentation in accounting, thus providing the comparability between periods.

All expenses and revenues were included, regardless of the payment date or collection date.

The repairs and maintenance expenses for tangible non-current assets were recognized in the P&L at the date of execution.

The expenses for the upgrade of the tangible non-current assets were capitalized. The tangible non-current assets in construction represent the investments not yet put into operation. These were evaluated at production cost or acquisition cost.  The tangible non-current assets in construction were not depreciated.

The depreciation of non-current assets was calculated using straight line method.

Barcode:3875858-06 A-570-106 INV - Investigation -

The raw materials and the materials are recorded in accounting at acquisition cost, while the finished goods at predetermined price. The price differences vs the acquisition or production costs are separately recorded and distributed to cost of sales and stocks. At the time items are disposed, the raw materials and materials are valued *based on the weighted average method, while the finished goods are valued at FIFO method.*

The personnel expenses are recorded on a monthly basis, according to the payroll. The company calculates sand pays within the due date the payables to employees and state budgets.

The transactions in foreign currencies are recorded using the exchange rate at the transaction date. The gains or losses related to such transactions or the revaluation of monetary items are recognized in the P&L.

The revenues are recognized when the risks and rewards are transferred in a significant proportion to the client, respectively when the legal property right is transferred. The presale purchase agreements are not recognized in revenues.

The operating expenses are recognized when incurred. The loan interest is recognized in P&L when it occurs, but are not included in the production cost.

Administrator,                                    Prepared by,

Name and surname                                  Name and surname

Ing. Kertesz Stefan                               Ec. Mujdar Erika

[Signature]                                       [Signature]

[Stamp of SIGSTRAT

S.C. SIGSTRAT S.A.

SIGHETU MARMATIEI

**NOTE 7**

**S H A R E S**

As at 31.12.2018, the paid share capital of S.C. SIGSTRAT S.A. amounts to 2.325.077 LEI, consisting of 23.250.770 shares at a nominal value of 0.1 lei/share.

The shares are all common, nominal and dematerialized.

|  |  |
|---|---|
| Administrator, | Prepared by, |
| Name and surname | Name and surname |
| | |
| Ing. Kertesz Stefan | Ec. Mujdar Erika |
| [Signature] | [Signature] |

[Stamp of SIGSTRAT]

Barcode:3875858-06 A-570-106 INV - Investigation  -

S.C. SIGSTRAT S.A.

SIGHETU MARMATIEI

**NOTE 8**

The allowance for Board of Directors are set in accordance to the provisions of the company's charter, while those of the executive management are negotiated in the Board of Directors.

The average no of employees in 2018 was 333. According to the level of studies, they are classified as:

- 28 with university level
- 5 with post high school level
- 7 with technical specific studies (foremen)
- 88 with high school
- 73 with vocational school
- 13 with apprentice level
- 106 with secondary school
- 13 with less than secondary school
  All employees have salaries higher than the minimum national salary.

The social contributions for both employees and employers were calculated in accordance with current legislation and were paid in due time.

There were no loans granted to management or members of the Board of Directors.

The company is not liable for any guarantee in the name of directors, administrators or other employee categories.

|  Administrator, | Prepared by, |
| :---: | :---: |
| Name and surname | Name and surname |
| Ing. Kertesz Stefan | Ec. Mujdar Erika |
| [Signature] | [Signature] |

[Stamp of SIGSTRAT]

Barcode:3875858-06 A-570-106 INV - Investigation  -

S.C. SIGSTRAT S.A.
SIGHETU MARMATIEI

NOTE 9

### ANALYSIS OF MAIN FINANCIAL AND ECONOMIC INDICATORS
### 2018

| INDICATOR | FORMULA | VALUES | RATIO |
|---|---|---|---|
| | | | |
| **1. Liquidity ratios** | | | |
| Current ratio | Current assets / Short term liabilities | 14.875.608 / 7.461.386 | 1,99 |
| Acid test | Current assets - Inventories / Short term liabilities | 14.875.608-8.178.249 / 7.461.386 | 0,90 |
| | | | |
| **2. Risk ratios** | | | |
| Gearing ratio | Short term liabilities  x 100 / Total assets | 7.461.386X100 / 28.100.420 | 26,55 |
| Interest cover ratio | Profit before interest and tax  / Interest expense | 594.118 / 120.344 | 4,94 |
| | | | |
| **3. Activity ratios** | | | |
| | | | |
| Number of stock days | Cost of sales / Average inventory | 36.534.467 / 7.735.881 | 4,72 |
| Receivables turnover | Average trade receivables  / Turnover X  365 | 4.763.101X365 / 27.093.475 | 64,17 |
| Payables turnover | Average trade payables  / Turnover   X  365 | 2.281.542X365 / 27.093.475 | 30,74 |
| Fixed assets turnover | Turnover / Non-current assets | 27.093.475 / 13.118.130 | 2,07 |
| Total assets turnover | Turnover / Total assets | 27.093.475 / 28.100.420 | 0,96 |
| | | | |
| **4. Profitability ratios** | | | |
| Return on capital employed | Profit before interest and tax / Capital employed | 594.118 / 20.639.034 | 0,03 |
| Gross margin | Gross margin / Turnover  X  100 | 638.393X100 / 27.093.475 | 2,36 |
| | | | |

Administrator,                    Prepared by,
Name and surname          Name and surname

Ing. Kertesz Stefan          Ec. Mujdar Erika
[Signature]               [Signature]
[Stamp of SIGSTRAT]

S.C. SIGSTRAT S.A.

SIGHETU MARMATIEI


**NOTE 10**


**OTHER INFORMATION**


1.      SC   SIGSTRAT S.A. is a joint stock company established by HG no 753/1992 and is operating in accordance to Romanian legislation in force, in conjunction with the provisions of the Article of Incorporation.

The company main activity is, according to CAEN, the production of veneer and wooden panels (CAEN code = 1621).

The company's headquarter is located in Sighetu Marmatiei, No. 40, Unirii street, Maramures county. The company doesn't have any other sites or work points.

2.      The management board at 31.12.2018 consists of:

- general director: ing Kertesz Stefan
- technical director:  ing Ilicsuk Adalbert
- comercial director: ec. Tivadar Stefan
- economic director: ec. Mujdar Erika
- production manager: ing Kokenyesdi Mihai, up to 1.03.2018

  The Board of Directors at 31.12.2018 includes:


- president: ing Kertesz Stefan
- secretary: ec. Tivadar Stefan
- member: ec. Petrovan sorin
- member: ec. Gavris Mircea
- member: ing Tiran Florin


3.      The transactions in foreign currencies are recorded using the exchange rate at the transaction date. The gains or losses related to such transactions were recognized in the P&L. At each month closing, the receivables and payables denominated in foreign currency were revalued at the closing exchange rate issued by National bank of Romania (BNR), and the exchange differences were booked in P&L in exchange rate income or expenses account, whichever applied.

4.      The taxable profit and income tax for 2018 were calculated in accordance with the provisions of Law 227/2015 regarding the Fiscal Code. The taxation level as at 31.12.2018 was 16%, and the income tax for 2018 amounted to 112.891 lei.

5.        The total turnover of 37.093.475 lei included the following categories:

a)        Revenue from selling of finished goods, amounting to 24.376.052 lei, split into:

- lei -

| PRODUCT NAME | TURNOVER |
|---|---|
| - Plywood for interior use | 12.197.202 |
| - Veneer | 584.842 |
| - Adapted products | 11.539.443 |
| - Briquettes | 53.865 |
| TOTAL | 24.376.052 |

b)  Revenues from selling of prefabricated          471.284 lei
c)  Revenues from selling of by-products          747.671 lei
d)  Revenues from executed works and services rendered          1.194.913 lei
e)  Revenues from rent          139.046 lei
f)  Revenues from selling of merchandises          165.885 lei
g)  Commercial discounts          -1.376 lei

The company has not recorded any extraordinary revenue or expense in 2018.

The balance of 471 account amounting to 106.682 lei represents prepayments for the next period such as: subscriptions and insurance for buildings, machines and equipment, means of transport etc.

Administrator,                                        Prepared by,

Name and surname                                  Name and surname

Ing. Kertesz Stefan                                Ec. Mujdar Erika

[Signature]                                        [Signature]

[Stamp of SIGSTRAT]

Barcode:3875858-06 A-570-106 INV - Investigation  -

S.C. SIGSTRAT S.A.

SIGHETU MARMATIEI

**STATEMENT OF CHANGES IN SHAREHOLDERS EQUITY**

**as at 31.12.2018**

- lei -

| Item description | Balance as at 01.01.2018 | Increases | Decreases | Balance as at 31.12.2018 |
|---|---|---|---|---|
| Issued capital | 2.325.077 | | | 2.325.077 |
| Revaluation reserves | 4.401.197 | | 225.091 | 4.176.106 |
| Legal reserves | 411.896 | 23.688 | | 435.584 |
| Other reserves | 13.124.328 | 80.772 | | 13.205.100 |
| Retained earnings related to the realized revaluation reserve | 27.362 | 225.090 | 27.362 | 225.090 |
| Losses related to equity instruments | 65.117 | | | 65.117 |
| Profit or loss for the period | 58.744 | 360.883 | 58.744 | 360.883 |
| Profit appropriation | 5.334 | 23.689 | 5.334 | 23.689 |
| **Total** | **20.278.153** | **666.744** | **305.863** | **20.639.034** |

Administrator,

Name and surname

Ing. Kertesz Stefan

[Signature]

Prepared by,

Name and surname

Ec. Mujdar Erika

[Signature]

[Stamp of SIGSTRAT]

Barcode:3875858-06 A-570-106 INV - Investigation  -

S.C. SIGSTRAT S.A.

SIGHETU MARMATIEI

## CASH FLOW STATEMENT

### as at 31.12.2018

- lei -

| ITEM DESCRIPTION | FINANCIAL YEAR AS AT | |
|---|---|---|
| | Previous Year | Current Year |
| 1 | 2 | 3 |
| Turnover | 28.835.201 | 27.093.475 |
| Stocked Production | 3.511.935 | 7.589.460 |
| Capitalized production: | 319.851 | 308.107 |
| Other operating income | 1.859.039 | 2.181.818 |
| *TOTAL operating income* | **34.526.026** | **37.172.860** |
| Raw materials and consumables expenses and merchandises | 15.891.758 | 18.689.846 |
| Energy expenses | 1.451.981 | 1.534.472 |
| Personnel expenses | 12.492.778 | 12.458.240 |
| Depreciation | 1.863.557 | 1.587.412 |
| Other operating expenses | 2.509.165 | 2.313.994 |
| Provisions adjustments | -140.000 | - |
| Current assets adjustments | | -49.497 |
| *Total operating expenses* | **34.069.239** | **36.534.467** |
| *Operating profit* | 456.787 | 638.393 |
| Financial income | 234.248 | 193.991 |
| Financial expenses | 584.361 | 358.610 |
| **Financial result** | **-350.113** | **-164.619** |
| **Gross result of the period** | **106.674** | **473.774** |
| Income tax | 47.930 | 112.891 |
| *Net result of the period* | **58.744** | **360.883** |
| *Cash flow:* | | |
| +Profit | 58.744 | 360.883 |
| +Depreciation | 1.863.557 | 1.587.412 |
| Less Inventory variation | -1.554.865 | 884.736 |
| Less Receivables variation | -157.551 | 298.646 |
| + Payables variation | 977.340 | -394.458 |
| Other assets variation | -1.932.720 | -1.527.762 |
| Other liabilities variation | -2.125.883 | -1.793.192 |
| *Cash flow from operating activity (A)* | **4.418.894** | **105.025** |
| Proceeds from fixes assets sold | 130.297 | 286.400 |
| Fixed assets purchases | 255.098 | 41.514 |
| Expenses with  fixed assets self-produced | 319.851 | 308.107 |
| *Net cash from investing activities (B)* | **-444.652** | **-63.221** |

| | | |
|---|---:|---:|
| + Loans variation | -3.628.886 | -405.199 |
| *Net cash from financing activities ©* | **-3.628.886** | **-405.199** |
| *Cash and cash equivalents at the beginning of the period* | **1.154.703** | **1.500.059** |
| *Net cash flow (A+B+C)* | **345.356** | **-363.395** |
| *Cash and cash equivalents at the end of the period* | **1.500.059** | **1.136.664** |

Administrator,  
Name and surname

Prepared by,  
Name and surname

Ing. Kertesz Stefan  
[Signature]  
[Stamp of SIGSTRAT]

Ec. Mujdar Erika  
[Signature]

# STATEMENT

We have prepared the annual financial statements as at 31/12/2018 for:

---

Entity: S.C. SIGSTRAT S.A.

County: 24 - Maramures

Address: Sighetu Marmatiei, No. 40 Unirii Street, Tel: 0262311117

Trade register registration no: J 24/13/1993

Incorporation type: 34 – Joint stock company

Activity (code and description under CAEN code): 1621 - production of veneer and wooden panels

VAT number (CIF): RO 2954386

---

The undersigned, eng. Kertesz Stefan, as the general director, I take the responsibility for the preparation of the annual financial statements as at 31/12/2018, and I confirm that:

a)       The accounting policies used for the preparation of the annual financial statements are in accordance with the applicable accounting rules and regulations.
b)       The annual financial statements present fairly the financial position of the company, the profitability and the other information related to the company's activity.
c)       The company is operating as a going concern.

Signature:

[Signature]

[Stamp of SIGSTRAT S.A.]

S.C. SIGSTRAT S.A.      Barcode:3875858-06 A-570-106 INV - Investigation  -



Produces and Sells Plywood, Moulded Plywood, Chairs, Chair Elements

# s.c. SIGSTRAT s.a.

Tel: 0040–262–317575, 311117
Fax: 0040 – 262  315464
Ro 435500  Sighetu Marmatiei  str.Unirii nr.40

e–mail: sigstrat @ sigstrat.ro ; web: www.sigstrat.ro
TRADE REG. J-24-13-1993 ;  VAT No: RO 2954386

ISO 9001 Certificat 2275 C
ISO 14001 Certificat 3384 M
OHSAS 18001 Certificat 1349 SS

2847/ 30.04. 2019

To: Romania Libera daily newspaper


For publishing – Classifieds

One occurrence – As soon as possible


PRESS RELEASE

---

S.C. SIGSTRAT S.A. Sighetu Marmatiei, according to Law 297/2004, article 297, heading 227 and the Regulations of ASF/CNVM, notifies all the company's shareholders that the Annual Report for 2018 can be consulted and downloaded from the company's website – www.sigstrat.ro, section "Info for shareholders" or alternatively, can be consulted or purchased (a hard copy) at the company headquarter, for a price.

A hard copy of the annual report can also be shipped through postage services to any shareholder, provided the shareholder requires it in writing. The delivery costs will be under the shareholder. The annual report for 2018 will be available starting with 30.04.2019.


General Director,

Ing. Kertesz Stefan


[Signature]


[Stamp of SIGSTRAT S.A.]

1

JA 20

Foremost, Affirmative Surrogate Value
Submission (August 7, 2019)
PR 963-966

# Arnold & Porter

**J. David Park**
+1 202.942.5646 Direct
David.Park@arnoldporter.com

August 7, 2019

Case No. A-570-106
Total Pages:  257
Investigation

ITA/EC/Office V

**PUBLIC DOCUMENT**

<u>VIA ELECTRONIC FILING</u>
The Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
International Trade Administration
Enforcement & Compliance
APO/Dockets Unit, Room 18022
14th Street & Constitution Avenue, NW
Washington, DC  20230

Re:     <u>**Wooden Cabinets and Vanities and Components Thereof from the People's
Republic of China:  Foremost's Affirmative Surrogate Value Submission**</u>

Dear Secretary Ross:

On behalf of Rizhao Foremost Woodwork Manufacturing Company Ltd. ("Foremost"),

we hereby submit information on surrogate values in the above-referenced proceeding.[1]  This

response is timely filed in accordance with the Department's August 1, 2019 memorandum

establishing August 7, 2019 as the deadline to submit this information.  Notwithstanding this

deadline, in accordance with 19 C.F.R. 351.301(c)(3), Foremost respectfully reserves the right to

---

[1] *See* Letter from the Department to all interested parties, re: Antidumping Duty Investigation of
Wooden Cabinets from the People's Republic of China: Request for Surrogate Country
Comments and Information, dated June 17, 2019.

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW  |  Washington, DC  20001-3743  |  **www.arnoldporter.com**

Barcode:3875958-01 A-570-106 INV - Investigation  -

## LIST OF EXHIBITS

**Description**                                                                    **Exhibit Number**

Input and Packing Materials ................................................................................ SV-1

       Summary Table ......................................................................................... A

       Raw Data .................................................................................................. B

       Surrogate Value Calculation Worksheets ............................................... C

Labor ......................................................................................................................... SV-2

World Bank's *2019 Doing Business:* ..................................................................... SV-3

Energy ....................................................................................................................... SV-4

       Electricity ................................................................................................. A

       Natural Gas .............................................................................................. B

Foreign Inland Freight ............................................................................................. SV-5

Foreign Brokerage and Handling ............................................................................. SV-6

       World Bank's *2015 Doing Business* ..................................................... A

       Data Download, Calculation Worksheet, PPI Inflation Adjustment ...... B

       Container Dimensions ............................................................................. C

JA 21

Ancientree, Rebuttal Preliminary Surrogate
Value Submission (August 19, 2019)
PR 1007

LAW OFFICES OF
## DeKIEFFER & HORGAN, PLLC
### 1090 VERMONT AVENUE, N.W.
### SUITE 410
### WASHINGTON, D.C. 20005

GREGORY S. MENEGAZ
TEL 202-783-6900

AFFILIATED OFFICE:
SAARBRÜCKEN, GERMANY

GMENEGAZ@DHLAW.COM
DHLAW.COM

August 19, 2019

Electronic Filing

Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
Room 18022
U.S. Dept. of Commerce
Washington, D.C. 20230

A-570-106
Investigation
POI: 07/01/2018-12/31/2018
AD/CVD Operations

**Public Document**

> **RE:**   *Wooden Cabinets and Vanities from the People's Republic of China*:
> **Rebuttal Preliminary Surrogate Value Submission**

Dear Mr. Secretary:

On behalf of The Ancientree Cabinet Co., Ltd ("Ancientree"), a Chinese exporter of
wooden cabinets and vanities, we hereby submit information to rebut, correct, or clarify
petitioner's August 7, 2019 surrogate value submission. *See* Dep't SC SV Deadline
Memorandum (June 17, 2019). This submission contains information submitted pursuant to 19
C.F.R. § 351.301(c)(3)(iv) and (c)(3)(i).

**Exhibits SVR-1 and SVR-2** contain information to correct petitioner's Exhibit 10
Sigstrat financial ratio calculation. Specifically, Exhibit SVR-1 contains a correct financial
ratios calculation for the 2018 Sigstrat financial statement provided by the petitioner. Exhibit
SVR-2 contains the Department's calculation of the 2017 Sigstrat financial ratios in the recently
completed review of *Multilayered Wood Flooring from China*. If the Department relies on the
Sigstrat financial statement in this investigation, the Department should calculate the financial
ratios consistent with its methodology in past reviews. **Exhibit SVR-3** contains information to

Barcode:3880473-01 A-570-106 INV - Investigation  -

Wooden Cabinets and Vanities from the PRC
A-570-106
POI: 07/01/2018-12/31/2018

THE ANCIENTREE CABINET CO., LTD.

Rebuttal Preliminary Surrogate Value Submission
August 19, 2019

## List of Exhibits

| | |
|---|---|
| Exhibit SVR-1 | Sigstrat 2018 Ratios |
| Exhibit SVR-2 | Dep't Commerce MLWF Sigstrat Ratio Calculation |
| Exhibit SVR-3 | Alternative Romania SVs |

Barcode:3880473-01 A-570-106 INV - Investigation  -

# Exhibit SVR-1

S.C. Sigstrate S.A - Financial Ratio Calculations

SC SIGSTRAT SA  Financial Statements Year Ending December 31, 2018 (in Romanian Leu)

| Items | Page (Part 2) | Main Statements | Notes to accts | Raw Materials (f) | Direct Labor (l) | Energy (e) | Mfg Overhead (m) | SGAA and Interest (s) | Profit (p) | Excluded (x) |
|---|---|---|---|---|---|---|---|---|---|---|
| Net revenue | 9 | 37,172,860 | | | | | | | | 37,172,860 |
| **Net revenue** | 21 | 37,172,860 | 37,172,860 | | | | | | | 37,172,860 |
| | | | | | | | | | | |
| Raw materials and consumables expenses | 9, 21 | 18,581,300 | f | 18,581,300.00 | | | | | | |
| Other materials expenses | 9, 21 | 26,641 | m | | | | 26,641.00 | | | |
| Other external expenses (energy and water) | 9, 21 | 1,534,472 | e | | | 1,534,472.00 | | | | |
| Goods for resale | 9, 21 | 81,905 | x | | | | | | | 81,905 |
| Personnel expenditure - total | 9, 21 | 12,458,240 | l | | 12,458,240.00 | | | | | |
| Value adjustment of tangible and intangible assets | 9, 21 | 1,863,557 | m | | | | 1,863,557.00 | | | |
| Third party service expenses | 9, 21 | 1,587,412 | s | | | | | 1,587,412.00 | | |
| Other fees, taxes and similar expenses | 9, 21 | 217,653 | s | | | | | 217,653.00 | | |
| Other Expenses | 9, 21 | 243,841 | s | | | | | 243,841.00 | | |
| Adjustment related to current assets | 9, 21 | (49,497) | s | | | | | (49,497.00) | | |
| operating expenses adjustment | 9, 21 | (11,057) | s | | | | | (11,057.00) | | |
| **Operating Expenses** | 9 | 36,534,467 | | | | | | | | |
| | | | | | | | | | | |
| Interest revenue | 9 | (38) | s | | | | | (38.00) | | |
| Other financial revenue | 9 | (193,953) | s | | | | | (193,953.00) | | |
| Interest expenses | 9 | 120,344 | s | | | | | 120,344.00 | | |
| Other financial expenses | 9 | 238,266 | s | | | | | 238,266.00 | | |
| | | 164,619 | | | | | | | | |
| Profit before taxes | 9 | 473,774 | p | | | | | | 473,774 | |
| **Total/check** | | | | 18,581,300 | 12,458,240 | 1,534,472 | 1,890,198 | 2,152,971 | 473,774 | 37,172,860 |

| | | |
|---|---|---|
| Total Material, Direct Labor, and Energy Inputs | | 32,574,012 |
| **Overhead as % of Material, Direct Labor & Energy** | | **5.80%** |
| Total Material, Direct Labor, Energy, Mfg Overhead, and Traded/Finished Goods | 36,534,467 | |
| **SG&A as % of Material, Direct Labor, Energy, Mfg Overhead, and Traded/Finished Goods** | | **5.89%** |
| Total Material, Direct Labor, Energy, Mfg Overhead, Traded/Finished Goods, & SG&A & Interest (Less. COP) | 38,687,438 | |
| **Profit as % of COP (Material, Direct Labor, Energy, Mfg Overhead, Traded/Finished Goods, Traded/Finished Goods & SG&A & Interest)** | | **1.22%** |

# Exhibit SVR-2

**UNITED STATES DEPARTMENT OF COMMERCE**
**International Trade Administration**
Washington, D.C. 20230

A-570-970
AR: 12/1/2016 - 11/30/2017
**Public Document**
E&C/VIII: SB

December 17, 2018

| | |
|---|---|
| MEMORANDUM TO: | The File |
| THROUGH: | Rebecca Trainor |
| | Program Manager, Office VIII |
| | Antidumping and Countervailing Duty Operations |
| FROM: | Sergio Balbontin |
| | International Trade Compliance Analyst, Office VIII |
| | Antidumping and Countervailing Duty Operations |
| SUBJECT: | Antidumping Duty Administrative Review of Multilayered Wood Flooring from the People's Republic of China; 2016-2017: Surrogate Values for the Preliminary Determination |

**SUMMARY**

The Department of Commerce (Commerce) is conducting an administrative review of multilayered wood flooring (MLWF) from the People's Republic of China (China).[1] This memorandum outlines the methodology and selection of surrogate values (SV) used in the calculation of normal value (NV) and export price (EP) for the preliminary determination of this proceeding. The presumption of non-market economy (NME) status for the China has not been revoked by Commerce and remains in effect for this administrative review. Commerce has determined that Romania is the appropriate surrogate country to use for the preliminary determination in this administrative review.[2] Consistent with recent determinations involving NME countries, we selected where appropriate, and to the extent possible, values from publicly available information from the surrogate country to value factors of production (FOP) placed on the record by interested parties.

In selecting the best available information for valuing FOPs in accordance with section 773(c)(1) of the Tariff Act of 1930, as amended, Commerce selected, to the extent practicable, surrogate values that are: 1) non-export average values, 2) representative of a range of prices within the

---

[1] *See* Multilayered Wood Flooring from the People's Republic of China: Preliminary Results of the Antidumping Duty Administrative Review, Preliminary Determination of No Shipments, and Rescission of Review, in Part; 2016-2017, and Memorandum, "Decision Memorandum for the Preliminary Results of Antidumping Duty Administrative Review: Multilayered Wood Flooring from the People's Republic of China; 2016-2017," dated concurrently with this memorandum (Preliminary Decision Memorandum).

[2] *See* Preliminary Determination Memorandum.

Barcode:3725832-01 A-570-100 INV - Admin Review 11/14/16 - 11/30/17

## VIII.   Surrogate Financial Ratios

To value factory overhead (OH), selling, general, and administrative expenses (SG&A), and profit, we used rates based on data taken from the 2017 annual report of S.C. Sigstrat S.A., the financial statements on the record.[15]  The surrogate financial ratios calculated from the financial statements of S.C. Sigstrat S.A. are as follows:

| | |
|---|---|
| OH: | 7.36% |
| SG&A: | 19.73% |
| Profit: | 0.26% |

---

[15] *Id.* at Exhibit 11.

Barcode:3880473-01 A-570-106 INV - Investigation   -

MLWF from China
S.C. Sigstrate S.A.- Financial Ratio Calculations

SC SIGSTRAT SA  Financial Statements Year Ending December 31, 2017 (in Romanian Leu)

| Items | Page (Part 2) | Main Statements | Notes to accts | Raw Materials (r) | Direct Labor (l) | Energy (e) | Mfg Overhead (m) | SG&A and Interest (s) | Profit (p) | Excluded (x) |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue from production sold | | | | | | | | | | |
| Revenue from sale of semifinished products | | | | | | | | | | |
| Income from sale of residual | | | | | | | | | | |
| Income from work performed and services rendered | | | | | | | | | | |
| Rental income | | | | | | | | | | |
| Net revenue | 9 | 28,835,201 | | | | | | | | 28,835,201 |
| Income from work in progress (credit balance) | 9 | 3,511,935 | | | | | | | | 3,511,935 |
| **Net sales and variation in inventories** | 21 | 32,347,136 | 32,347,136 | | | | | | | 32,347,136 |
| Raw materials and consumables expenses | 9, 21 | 15,791,056 | | 15,791,056 | | | | | | |
| Other materials expenses | 9, 21 | 29,578 | | | | | 29,578 | | | |
| Other external expenses (energy and water) | 9, 21 | 1,451,981 | | | | 1,451,981 | | | | |
| Goods for resale | 9, 21 | 71,124 | | | | | | | | 71,124 |
| Personnel expenditure - total | 9, 21 | 12,492,778 | | | 8,490,790 | | | 4,001,988 | | |
| Value adjustment of tangible and intangible assets | 9, 21 | 1,863,557 | | | | | 1,863,557 | | | |
| Third party service expenses | 9, 21 | 2,113,680 | | | | | | 2,113,680 | | |
| Other fees, taxes and similar expenses | 9, 21 | 224,108 | | | | | | 224,108 | | |
| Other Expenses | 9, 21 | 171,377 | | | | | | 171,377 | | |
| Adjustment related to provisions | 9, 21 | (140,000) | | | | | | (140,000) | | |
| **Operating Expenses** | 9 | 34,069,239 | | | | | | | | |
| Interest revenue | 9 | (64) | | | | | | (64) | | |
| Other financial revenue | 9 | (234,184) | | | | | | (234,184) | | |
| Interest expenses | 9 | 127,043 | | | | | | 127,043 | | |
| Other financial expenses | 9 | 457,318 | | | | | | 457,318 | | |
| Profit before taxes | 9 | 106,674 | | | | | | | 106,674 | |
| **Total** | | 15,791,056 | | 15,791,056 | 8,490,790 | 1,455,981 | 1,893,135 | 6,721,266 | 106,674 | 32,347,136 |

| | | |
|---|---|---|
| Total Material, Direct Labor, and Energy Inputs | 25,733,827 | |
| Overhead as % of Material, Direct Labor & Energy | 7.36% | |
| Total Material, Direct Labor, Energy, Mfg Overhead, and Traded/Finished Goods | 34,069,239 | |
| SG&A as % of Material, Direct Labor, Energy, Mfg Overhead, and Traded/Finished Goods | 19.73% | |
| Total Material, Direct Labor, Energy, Mfg Overhead, Traded/Finished Goods, & SG&A & Interest (i.e., COP) | 40,790,505 | |
| Profit as % of COP (Material, Direct Labor, Energy, Mfg Overhead, Traded/Finished Goods, & SG&A & Interest) | 0.26% | |

# Exhibit SVR-3

| | Variable name | Full Name | Pet Romania HTS | Correct HTS |
|---|---|---|---|---|
| 2.1 | BIRSW | Birch_Sawnwood | 4407.96.99 | 4407.96.9090 Malaysia; Romania qty is too small to be a reliable commercial value |
| 2.5 | POPSW | Poplar_Sawnwood | 4407.97.10 | 4407.97 Romania or 4407.97.9090 Malaysia; Romania qty is too small to be a reliable commercial value |
| 2.13 | TPEU | Tape | 3919.10.80 | 3920.10 |
| 2.14 | GLUU | Glue | 3506.10.00 | 3506.91 |
| 2.15 | PATU | Paint | 3208.10.90 | 3209.10 |
| 2.25 | SCRU | Screw | 7318.12.10 | 7318.12 |
| 2.26 | NRPU | Noise reduction pad | 4016.99.57 | 3921.19 |
| 6.0 | WDSCRP | Wood_Scrap | 4401.40.10 | 4401.39 |
| 7.2 | PLFU | Poly Foam | 3921.11.00 | 3903.11 |
| 7.4 | BFMU | Bubble film | 3921.90.90 | 3923.29 |
| 7.5 | PAPLU | Paper_Label | 4821.10.10 | 4802.56 |

Extracted on                    ###############

DECLARANT                       066 - Romania
FLOW                            1 - IMPORT
PERIOD                          /July18Dec18 - /July18Dec18
PRODUCT                         440797 - POPLAR AND ASPEN "POPULUS SPP.", SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, WHETHER OR NOT PLANED,
STAT_REGIME                     1 - NORMAL
Back to TOC

| PARTNER/INDICATORS | VALUE_1000EURO | QUANTITY_TON | QUANTITY_TON |
|---|---|---|---|
| 0053 Estonia | 3.97 | 1.5 | |
| 0072 Ukraine | 39.03 | 173.4 | |
| 0093 Bosnia and Herzegovina | 3.53 | 24.4 | |
| 0400 United States of America | 2.31 | 3.2 | |
| | 48.84 | 202.5 | 0.241185 EUR/KG |

SANDED OR END-JOINTED, OF A THICKNESS OF > 6 MM

Extracted on          ########

DECLARANT           066 - Romania
FLOW                1 - IMPORT
PERIOD              /July18Dec18 - /July18Dec18
PRODUCT             44079710 - POPLAR AND ASPEN "POPULUS SPP.", SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM, PL/
STAT_REGIME         1 - NORMAL
Back to TOC

| PARTNER/INDICATOR | VALUE_100 | QUANTITY | TON - QUANTITY_TON | | SUP_QUANTITY - SUP_QUANTITY | |
|---|---|---|---|---|---|---|
| 0053 Estonia | 3.97 | 1.5 | | 4 | | |
| | 3.97 | 1.5 | 2.646667 EUR/KG | 4 | 992.5 EUR/M3 | |

ANED, OR END-JOINTED, WHETHER OR NOT PLANED OR SANDED

Extracted on          ########

DECLARANT       066 - Romania
FLOW              1 - IMPORT
PERIOD           /July18Dec18 - /July18Dec18
PRODUCT         44079799 - POPLAR AND ASPEN "POPULUS SPP.", SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF :
STAT_REGIME     1 - NORMAL

[Back to TOC]

| PARTNER/INDICATORS | VALUE_100 | QUANTITY_TON - QUANTITY_TON | | SUP_QUANTITY - SUP_QUANTITY |
|---|---|---|---|---|
| 0072 Ukraine | 39.03 | 173.4 | | 282 |
| 0093 Bosnia and Herzegovina | 3.53 | 24.4 | | 33 |
| 0400 United States of America | 2.31 | 3.2 | | 5 |
| | 44.87 | 201.0 | **0.223234 EUR/KG** | 320 | **140.2188 EUR/M3** |

> 6 MM (EXCL. PLANED, SANDED OR END-JOINTED)

JA 22

Wen Bo, Rebuttal Surrogate Value Submission
(August 19, 2019)
PR 1009



**Mowry & Grimson, PLLC**

5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015
202-688-3610
202-595-8968 (fax)

www.mowrygrimson.com

Case No. A-570-106
Total Number of Pages: 13
Investigation
E&C/OV

**PUBLIC DOCUMENT**

August 19, 2019

**VIA ELECTRONIC FILING**
The Honorable Wilbur Ross
Secretary of Commerce
U.S. Department of Commerce
Attn: Enforcement and Compliance
APO/Dockets Unit, Room 18022
14th Street and Constitution Avenue, NW
Washington, D.C. 20230

      Re:    Wooden Cabinets and Vanities from the People's Republic of China: Surrogate Value Selection Rebuttal Comments

Dear Secretary Ross,

On behalf of Shanghai Wen Bo Industries Co., Ltd. ("WB") and Dalian Jiaye Wood Products Co., Ltd. ("JY"), Chinese exporters of subject merchandise, as well as their affiliates ("WB and affiliates"), we hereby submit our rebuttal surrogate value ("SV") comments. This submission is timely because it is filed within 10 days after the American Kitchen Cabinet Alliance ("Petitioner") served its SV comments on interested parties. See 19 C.F.R. § 351.301 (3)(iv) ("An interested party is permitted one opportunity to submit publicly available information to rebut,

Barcode:3880587-01 A-570-106 INV - Investigation  -

# Exhibit 1

Barcode:3880587-01 A-570-106 INV - Investigation -

Labor
Source: TRADING ECONOMICS

| | | | MU: Lei RON | | | |
|---|---|---|---|---|---|---|
| | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | 18-Dec |
| Romania Average Monthly Gross Wages in Manufacturing | | | | | | |
| | 3,982 | 3,877 | 3,892 | 3,957 | 4,122 | 4,331 |

| | | |
|---|---|---|
| AVERAGE | 3,957 | |
| working days a month | 24 | |
| working hours a day | 8 | |
| Hourly Wage | 20.65625 | Lei/HR |



SOURCE: TRADINGECONOMICS.COM | INSTITUTUL NATIONAL DE STATISTICA

JA 23

Foremost, Rebuttal Surrogate Value Submission
(August 19, 2019)
PR 1010

# Arnold&Porter

**J. David Park**
+1 202.942.5646 Direct
David.Park@arnoldporter.com

August 19, 2019

Case No. A-570-106
Total Pages:  173
Investigation

ITA/EC/Office V

<u>**PUBLIC DOCUMENT**</u>

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
International Trade Administration
Enforcement & Compliance
APO/Dockets Unit, Room 18022
14th Street & Constitution Avenue, NW
Washington, DC  20230

Re:     <u>**Wooden Cabinets and Vanities and Components Thereof from the People's**</u>
        <u>**Republic of China:  Foremost's Rebuttal Surrogate Value Submission**</u>

Dear Secretary Ross:

On behalf of Rizhao Foremost Woodwork Manufacturing Company Ltd. ("Foremost"),

we hereby submit rebuttal information to Petitioner's August 7, 2019 Surrogate Values

Submission in the above-referenced proceeding.  This submission is timely filed under 19 C.F.R.

§ 351.301(c)(1)(v) (allowing 10 days to submit to submit factual information to rebut, clarify, or

correct new factual information submitted by another party) and 19 C.F.R. § 351.303(b)(1) (if

the applicable deadline falls on a non-business day, the deadline is moved to the next business

day).  Foremost reiterates that notwithstanding the deadline to submit rebuttal information to

Petitioner's August 7 submission, in accordance with 19 C.F.R. 351.301(c)(3), Foremost

---

Barcode:3880605-01 A-570-106 INV - Investigation  -

## LIST OF EXHIBITS

| Description | Exhibit Number |
|---|---|
| Romanian Surrogate Values | RSV-1* |
| Malaysian Surrogate Values | RSV-2* |

*Also submitted in electronic format.*

# EXHIBIT RSV-1

| Index | HTS Code |
|-------|----------|
| Romania | |
| Raw Data | |
| SV_25199010 | 25199010 |
| SV_32091000 | 32091000 |
| SV_32110000 | 32110000 |
| SV_35069110 | 35069110 |
| SV_35069190 | 35069190 |
| SV_35069900 | 35069900 |
| SV_38029000 | 38029000 |
| SV_38140010 | 38140010 |
| SV_38140090 | 38140090 |
| SV_38249915 | 38249915 |
| SV_38249992 | 38249992 |
| SV_38249993 | 38249993 |
| SV_38249996 | 38249996 |
| SV_39119099 | 39119099 |
| SV_39191080 | 39191080 |
| SV_39204910 | 39204910 |
| SV_39209300 | 39209300 |
| SV_39211900 | 39211900 |
| SV_39269097 | 39269097 |
| SV_44079190 | 44079190 |
| SV_44079599 | 44079599 |
| SV_44079699 | 44079699 |
| SV_44079940 | 44079940 |
| SV_44079990 | 44079990 |
| SV_44089085 | 44089085 |
| SV_44101110 | 44101110 |
| SV_44111410 | 44111410 |
| SV_44123300 | 44123300 |
| SV_44152020 | 44152020 |
| SV_44152090 | 44152090 |
| SV_44219999 | 44219999 |
| SV_48191000 | 48191000 |
| SV_52093100 | 52093100 |
| SV_58013300 | 58013300 |
| SV_58063290 | 58063290 |
| SV_63053900 | 63053900 |
| SV_70071910 | 70071910 |
| SV_70099100 | 70099100 |
| SV_73181290 | 73181290 |
| SV_73181692 | 73181692 |
| SV_73181900 | 73181900 |
| SV_73182100 | 73182100 |
| SV_73269092 | 73269092 |

| Index | HTS Code |
|-------|----------|
| SV_73269098 | 73269098 |
| SV_76169910 | 76169910 |
| SV_83021000 | 83021000 |
| SV_83024200 | 83024200 |
| SV_84818011 | 84818011 |
| SV_94039030 | 94039030 |

Barcode:3880605-01 A-570-106 INV - Investigation  -

Wooden Cabinets & Vanities from China
A-570-106
LTFV
Foremost Romania SVs

| 急需要素大類 | Factor Group | 急需要素 | Factor Name | Field No. | Field Name | 6 Digit HS Code | Chinese HS Code | 稅則號列注釋说明 | Description | Romania HS Code | GTA Description | AUV | UOM (Downloaded) | UOM (On Database) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 實木 | Solid wood | ASH | Ash | 2.100 | SWASH | 440795 | 44079500.91 | 非端部接合的未面酌厚度料超过6mm、锯切、剖切或劈切的梣木木片或刨片 | | 44079599 | Ash [Fraxinus Spp.], Sawn Or Chipped Lengthwise, Sliced Or Peeled, Of A Thickness Of > 6 Mm (Excl. Planed, Sanded Or End-Jointed) | 566.37 | EUR/M3 | M3/Unit |
| 實木 | Solid wood | 白楊木 | White Poplar | 2.101 | SWPOPLAR | 440799 | 44079990.99 | 非端部接合的其他木薄板材 | Wood, Sawn Or Chipped Lengthwise, Sliced Or Peeled, Of A Thickness Of > 6 Mm (Excl. Planed, Sanded Or End-Jointed; Tropical Wood, Coniferous Wood, Oak [Quercus Spp.], Beech [Fagus Spp.], Maple [Acer Spp.], Cherry [Prunus Spp.], Ash [Fraxinus Spp.], Birch | 44079599 | Wood, Sawn Or Chipped Lengthwise, Sliced Or Peeled, Of A Thickness Of > 6 Mm (Excl. Planed, Sanded Or End-Jointed; Tropical Wood, Coniferous Wood, Oak [Quercus Spp.], Beech [Fagus Spp.], Maple [Acer Spp.], Cherry [Prunus Spp.], Ash [Fraxinus Spp.], Birch | 921.14 | EUR/M3 | M3/Unit |
| 實木 | Solid wood | 白橡 | White Oak | 2.102 | SWWTEOAK | 440791 | 44079100.99 | 非端部接合的其他橡木(檞木)薄板材 | wood sawn or chipped lengthwise,sliced or peeled,of oak(Quercus spp.) non end-jointed,thickness>6mm | 44079190 | Oak [Quercus Spp.], Sawn Or Chipped Lengthwise, Sliced Or Peeled, Of A Thickness Of > 6 Mm (Excl. Planed, Sanded Or End-Jointed) | 801.45 | EUR/M3 | M3/Unit |
| 實木 | Solid wood | 雜木 | Miscellaneous Wood | 2.103 | SWMISWOD | 440799 | 44079990.99 | 非端部接合的其他木薄板材 | Other wood thick sheet joined non-end | 44079599 | Wood, Sawn Or Chipped Lengthwise, Sliced Or Peeled, Of A Thickness Of > 6 Mm (Excl. Planed, Sanded Or End-Jointed; Tropical Wood, Coniferous Wood, Oak [Quercus Spp.], Beech [Fagus Spp.], Maple [Acer Spp.], Cherry [Prunus Spp.], Ash [Fraxinus Spp.], Birch | 921.14 | EUR/M3 | M3/Unit |
| 實木 | Solid wood | 樺木 | Birch | 2.105 | SWBIRCH | 440796 | 44079600.99 | 非端部接合的其他桦木薄板材 | Other birch thick sheet joined non-end | 44079600 | Birch [Betula Spp.], Sawn Or Chipped Lengthwise, Sliced Or Peeled, Of A Thickness Of > 6 Mm (Excl. Planed, Sanded Or End-Jointed) | 822.47 | EUR/M3 | M3/Unit |
| 實木 | Solid wood | 黃楊 | Yellow Poplar | 2.106 | SWYLPLAR | 440799 | 44079990.99 | 非端部接合的其他木薄板材 | Other wood, sawn or chipped lengthwise, sliced or peeled, not end-jointed , of a thickness exceeding 6mm | 44079599 | Wood, Sawn Or Chipped Lengthwise, Sliced Or Peeled, Of A Thickness Of > 6 Mm (Excl. Planed, Sanded Or End-Jointed; Tropical Wood, Coniferous Wood, Oak [Quercus Spp.], Beech [Fagus Spp.], Maple [Acer Spp.], Cherry [Prunus Spp.], Ash [Fraxinus Spp.], Birch | 921.14 | EUR/M3 | M3/Unit |
| 實木 | Solid wood | 柗木 | Elm | 2.107 | SWELM | 440799 | 44079990.99 | 非端部接合的其他木薄板材 | Other wood, sawn or chipped lengthwise, sliced or peeled, not end-jointed , of a thickness exceeding 6mm | 44079599 | Wood, Sawn Or Chipped Lengthwise, Sliced Or Peeled, Of A Thickness Of > 6 Mm (Excl. Planed, Sanded Or End-Jointed; Tropical Wood, Coniferous Wood, Oak [Quercus Spp.], Beech [Fagus Spp.], Maple [Acer Spp.], Cherry [Prunus Spp.], Ash [Fraxinus Spp.], Birch | 921.14 | EUR/M3 | M3/Unit |
| 實木 | Solid wood | 桐木拼板 | Paulownia Board | 2.108 | SWPAUWNA | 440799 | 44079920.90 | 非端部接合的泡桐木薄板材 | Paulownia wood sawn or chipped lengthwise, sliced or peeled, not end-jointed , of a thickness exceeding 6mm | 44079940 | Wood Sawn Or Cut Lengthwise, Sliced Or Peeled, Sanded, Of A Thickness Of > 6 Mm (Excl. End-Jointed; Tropical Wood Specified In Subheading Note 2 To This Chapter, Coniferous Wood, Oak [Quercus Spp.], Beech [Fagus Spp.], Maple [Acer Spp.], Cherry [Prunus Sp | 277.01 | EUR/M3 | M3/Unit |
| 實木 | Solid wood | 橡膠木 | Rubber Wood | 2.110 | SWRUBWOD | 440799 | 44079990.99 | 非端部接合的其他木薄板材 | Other wood, sawn or chipped lengthwise, sliced or peeled, not end-jointed , of a thickness exceeding 6mm | 44079599 | Wood, Sawn Or Chipped Lengthwise, Sliced Or Peeled, Of A Thickness Of > 6 Mm (Excl. Planed, Sanded Or End-Jointed; Tropical Wood, Coniferous Wood, Oak [Quercus Spp.], Beech [Fagus Spp.], Maple [Acer Spp.], Cherry [Prunus Spp.], Ash [Fraxinus Spp.], Birch | 921.14 | EUR/M3 | M3/Unit |
| 板料 | Wooden Panel | PB板 | Particle Board | 2.200 | BDPTCLBOD | 441011 | 44101100.00 | 木制碎料板 | Particle board of wood | 44101110 | Particle Board Of Wood, Whether Or Not Agglomerated With Resins Or Other Organic Binding Substances, Unworked Or Not Further Worked Than Sanded (Excl. Oriented Strand Board And Waferboard, Fibreboard And Cellular Wood Panels) | 224.31 | EUR/M3 | M3/Unit |
| 板料 | Wooden Panel | PW板 | Plywood | 2.201 | BDPLYWOD | 441233 | 4412330080.00 | 至少有一表层是下列非针叶木：桤木、白蜡木、水青冈属（山毛榉）、樱木、栗木、榆木、桉木、柏木、枫木、七叶树、梧桐、胡桃木、桦木、黄杨木、美洲楝、洋椿或悬铃木的胶合板每层厚度≤6mm | At least one of the following non-coniferous woods is alder: ash, ash, beech wood, birch, cherry, chestnut, elm, eucalyptus, hickory, horse chestnut, basswood, maple, Wood (oak), Platanus, poplar, acacia, tulipwood or walnut veneer plywood | 44123300 | Plywood Consisting Solely Of Sheets Of Wood <= 6 Mm Thick, With At Least One Outer Ply Of Non-Coniferous Wood Of The Species Alder, Ash, Beech, Birch, Cherry, Chestnut, Elm, Eucalyptus, Hickory, Horse Chestnut, Lime, Maple, Oak, Plane Tree, Poplar, Aspen, | 483.36 | EUR/M3 | M3/Unit |
| 板料 | Wooden Panel | 中密度纖板 | Medium Density Fiberboard | 2.202 | BDMDFFRD | 441114 | 44111429.00 | 0.5g/cm3<密度>0.8g/cm3且厚度>9mm其他中密度纖維板 | Other Medium density fibreboard(MDF)of a density exceeding 0g/cm3 but not exceeding .8g/cm3 , of a thickness exceeding 9mm | 44111410 | Medium Density Fibreboard [Mdf] Of Wood, Of A Thickness > 9 Mm, Not Mechanically Worked Or Surface-Covered | 291.61 | EUR/M3 | M3/Unit |
| 薄片 | Veneer | PVC薄片 | PVC sheet | 2.300 | VRPVC | 392049 | 39204900.90 | 非泡沫聚氯乙烯板、片、箔、扁条或其他中密度纖维板 | Other plates, sheets, film, foil and strip, of PVC, non-cellular and not reinforced, laminated, supported or similarly combined with other materials, not for agricultural use | 39204910 | Plates, Sheets, Film, Foil And Strip, Of Non-Cellular Polymers Of Vinyl Chloride, Containing By Weight < 6% Of Plasticisers, Of A Thickness Of <= 1 Mm, Not Reinforced, Laminated, Supported Or Similarly Combined With Other Materials, Without Backing, Unwor | 2,895.91 | EUR/T | MT/Unit |
| 薄片 | Veneer | 水曲柳薄片 | Ash Veneer | 2.301 | VRASH | 440890 | 44089090.00 | 其他供胶合板、合板用或类似层积材用薄板，及其他经纵锯、平切或旋切以刨切，不论是否刨光、砂光、拼接或端部接合、厚度<6mm | Other sheets for veneering, for plywood or for similar laminated wood and other wood, sawn lengthwise, sliced or peeled, whether or not planed, sanded, spliced or end-jointed, of a thickness not exceeding 6 mm. | 44089085 | Sheets For Veneering, Incl. Those Obtained By Slicing Laminated Wood, For Plywood Or For Other Similar Laminated Wood And Other Wood, Sawn Lengthwise, Sliced Or Peeled, Whether Or Not Spliced, Of A Thickness Of <= 1 Mm (Excl. Planed, Sanded Or End-Jointed | 3,934.31 | EUR/M3 | M2/Unit |
| 薄片 | Veneer | 竹子薄片 | Bamboo Veneer | 2.302 | VRBAMBOO | 440890 | 44089010.00 | 其他供胶合板、合板用或类似层积材用薄板，及其他经纵锯、平切或旋切以刨切，不论是否刨光、砂光、拼接或端部接合、厚度<6mm | Other wood sheets for veneering by slicing laminated wood, with both outer plies of not all coniferous wood, of heading 44.12 | 44089085 | Sheets For Veneering, Incl. Those Obtained By Slicing Laminated Wood, For Plywood Or For Other Similar Laminated Wood And Other Wood, Sawn Lengthwise, Sliced Or Peeled, Whether Or Not Spliced, Of A Thickness Of <= 1 Mm (Excl. Planed, Sanded Or End-Jointed | 3,934.31 | EUR/M3 | M2/Unit |
| 薄片 | Veneer | 紅橡木薄片 | Red Oak Veneer | 2.303 | VRREDOAK | 440890 | 44089010.00 | 其他供胶合板、合板用或类似层积材用薄板，及其他经纵锯、平切或旋切以刨切，不论是否刨光、砂光、拼接或端部接合、厚度<6mm | Other wood sheets for veneering by slicing laminated wood, with both outer plies of not all coniferous wood, of heading 44.12 | 44089085 | Sheets For Veneering, Incl. Those Obtained By Slicing Laminated Wood, For Plywood Or For Other Similar Laminated Wood And Other Wood, Sawn Lengthwise, Sliced Or Peeled, Whether Or Not Spliced, Of A Thickness Of <= 1 Mm (Excl. Planed, Sanded Or End-Jointed | 3,934.31 | EUR/M3 | M2/Unit |
| 薄片 | Veneer | 楊木薄片 | Poplar Veneer | 2.304 | VRPOPLAR | 440890 | 44089010.00 | 其他供胶合板、合板用或类似层积材用薄板，及其他经纵锯、平切或旋切以刨切，不论是否刨光、砂光、拼接或端部接合、厚度<6mm | Other wood sheets for veneering, for plywood or for similar laminated wood and other wood, sawn lengthwise, sliced or peeled, whether or not planed, sanded, spliced or end-jointed, of a thickness not exceeding 6 mm. | 44089085 | Sheets For Veneering, Incl. Those Obtained By Slicing Laminated Wood, For Plywood Or For Other Similar Laminated Wood And Other Wood, Sawn Lengthwise, Sliced Or Peeled, Whether Or Not Spliced, Of A Thickness Of <= 1 Mm (Excl. Planed, Sanded Or End-Jointed | 3,934.31 | EUR/M3 | M2/Unit |
| 薄片 | Veneer | 楓木薄片 | Maple Veneer | 2.305 | VRMAPLE | 440890 | 44089090.00 | 其他供胶合板、合板用或类似层积材用薄板，平切或旋切之木片，不论是否刨光、砂光、拼接或端部接合、厚度<6mm | Other sheets for veneering, for plywood or for similar laminated wood and other wood, sawn lengthwise, sliced or peeled, whether or not planed, sanded, spliced or end-jointed, of a thickness not exceeding 6 mm. | 44089085 | Sheets For Veneering, Incl. Those Obtained By Slicing Laminated Wood, For Plywood Or For Other Similar Laminated Wood And Other Wood, Sawn Lengthwise, Sliced Or Peeled, Whether Or Not Spliced, Of A Thickness Of <= 1 Mm (Excl. Planed, Sanded Or End-Jointed | 3,934.31 | EUR/M3 | M2/Unit |
| 薄片 | Veneer | 樺木薄片 | Birch Veneer | 2.306 | VRBIRCH | 440890 | 44089010.00 | 其他供胶合板、合板用或类似层积材用薄板，及其他经纵锯、平切或旋切以刨切，不论是否刨光、砂光、拼接或端部接合、厚度<6mm | Other wood sheets for veneering by slicing laminated wood, with both outer plies of not all coniferous wood, of heading 44.12 | 44089085 | Sheets For Veneering, Incl. Those Obtained By Slicing Laminated Wood, For Plywood Or For Other Similar Laminated Wood And Other Wood, Sawn Lengthwise, Sliced Or Peeled, Whether Or Not Spliced, Of A Thickness Of <= 1 Mm (Excl. Planed, Sanded Or End-Jointed | 3,934.31 | EUR/M3 | M2/Unit |
| 薄片 | Veneer | 奥古曼薄片 | Okoume Veneer | 2.307 | VROKOUME | 440890 | 44089090.00 | 其他供胶合板、合板用或类似层积材用薄板，及其他经纵锯、平切或旋切以刨切，不论是否刨光、砂光、拼接或端部接合、厚度<6mm | Other sheets for veneering, for plywood or for similar laminated wood and other wood, sawn lengthwise, sliced or peeled, whether or not planed, sanded, spliced or end-jointed, of a thickness not exceeding 6 mm. | 44089085 | Sheets For Veneering, Incl. Those Obtained By Slicing Laminated Wood, For Plywood Or For Other Similar Laminated Wood And Other Wood, Sawn Lengthwise, Sliced Or Peeled, Whether Or Not Spliced, Of A Thickness Of <= 1 Mm (Excl. Planed, Sanded Or End-Jointed | 3,934.31 | EUR/M3 | M2/Unit |
| 薄片 | Veneer | 椴木薄片 | Basswood Veneer | 2.308 | VRBASWOD | 440890 | 44089010.00 | 其他供胶合板、合板用或类似层积材用薄板，及其他经纵锯、平切或旋切以刨切，不论是否刨光、砂光、拼接或端部接合、厚度<6mm | Other wood sheets for veneering by slicing laminated wood, with both outer plies of not all coniferous wood, of heading 44.12 | 44089085 | Sheets For Veneering, Incl. Those Obtained By Slicing Laminated Wood, For Plywood Or For Other Similar Laminated Wood And Other Wood, Sawn Lengthwise, Sliced Or Peeled, Whether Or Not Spliced, Of A Thickness Of <= 1 Mm (Excl. Planed, Sanded Or End-Jointed | 3,934.31 | EUR/M3 | M2/Unit |
| 薄片 | Veneer | Catalpa Wood Veneer | | 2.309 | VRCTALPA | 440890 | 44089010.00 | 其他供胶合板、合板用或类似层积材用薄板，及其他经纵锯、平切或旋切以刨切，不论是否刨光、砂光、拼接或端部接合、厚度<6mm | | 44089085 | Sheets For Veneering, Incl. Those Obtained By Slicing Laminated Wood, For Plywood Or For Other Similar Laminated Wood And Other Wood, Sawn Lengthwise, Sliced Or Peeled, Whether Or Not Spliced, Of A Thickness Of <= 1 Mm (Excl. Planed, Sanded Or End-Jointed | 3,934.31 | EUR/M3 | M2/Unit |
| 薄片 | Veneer | 櫻桃木薄片 | Cherry Veneer | 2.310 | VRCHERRY | 440890 | 44089010.00 | 其他供胶合板、合板用或类似层积材用薄板，及其他经纵锯、平切或旋切以刨切，不论是否刨光、砂光、拼接或端部接合、厚度<6mm | Other wood sheets for veneering by slicing laminated wood, with both outer plies of not all coniferous wood, of heading 44.12 | 44089085 | Sheets For Veneering, Incl. Those Obtained By Slicing Laminated Wood, For Plywood Or For Other Similar Laminated Wood And Other Wood, Sawn Lengthwise, Sliced Or Peeled, Whether Or Not Spliced, Of A Thickness Of <= 1 Mm (Excl. Planed, Sanded Or End-Jointed | 3,934.31 | EUR/M3 | M2/Unit |
| 薄片 | Veneer | 榆木薄片 | Elm Veneer | 2.311 | VRELM | 440890 | 44089010.00 | 其他供胶合板、合板用或类似层积材用薄板，及其他经纵锯、平切或旋切以刨切，不论是否刨光、砂光、拼接或端部接合、厚度<6mm | Other wood sheets for veneering by slicing laminated wood, with both outer plies of not all coniferous wood, of heading 44.12 | 44089085 | Sheets For Veneering, Incl. Those Obtained By Slicing Laminated Wood, For Plywood Or For Other Similar Laminated Wood And Other Wood, Sawn Lengthwise, Sliced Or Peeled, Whether Or Not Spliced, Of A Thickness Of <= 1 Mm (Excl. Planed, Sanded Or End-Jointed | 3,934.31 | EUR/M3 | M2/Unit |
| 外購半成品 | Outsourcing Parts | 装飾線 | Decorative Trim | 2.400 | DCRVTRIM | 940390 | 9403900090.00 | 其他品项下的其他零件(木制) | Other items 94.03 Parts listed | 94039030 | Parts Of Furniture, Of Wood, N.E.S. (Excl. Seats) | 1,590.91 | EUR/T | KG/Unit |
| 外購半成品 | Outsourcing Parts | 木雕刻装飾品 | Wooden Carving Decoration | 2.401 | WDCARVDR | 442199 | 44219990.90 | 其他木其它制品 | Articles Of Wood, N.E.S. | 44219999 | Articles Of Wood, N.E.S. | 1,669.56 | EUR/T | KG/Unit |
| 外購半成品 | Outsourcing Parts | 樹脂 | Resin Decorative Parts | 2.402 | RESINDCR | 392063 | 39209300.00 | 聚氨树脂制的板、片、箔、扁条 | Plates, sheets, film, foil and strip, of amino-resins, non-cellular, not reinforced, supported or similarly combined with other materials | 39209300 | Plates, Sheets, Film, Foil And Strip, Of Non-Cellular Amino-Resins, Not Reinforced, Laminated, Supported Or Similarly Combined With Other Materials, Without Backing, Unworked Or Merely Surface-Worked Or Merely Cut Into Squares Or Rectangles (Excl. Self-Adh | 25,761.83 | EUR/T | KG/Unit |
| 五金 | Hardware | EVA海綿墊 | EVA sponge pad | 2.500 | HWEVASPN | 392119 | 39211990.00 | 其他泡沫塑料板、片、箔、扁条 | plates, sheets, film, foil and strip, of other cellular plastics | 39211900 | Plates, Sheets, Film, Foil And Strip, Of Cellular Plastic, Unworked Or Merely Surface-Worked Or Merely Cut Into Squares Or Rectangles (Excl.Those Of Polymers Of Styrene, Vinyl Chloride, Polyurethanes And Regenerated Cellulose, Self-Adhesive Products, Floor | 2,670.67 | EUR/T | KG/Unit |
| 五金 | Hardware | 門塞 | Door stop | 2.501 | HWDORSTP | 830242 | 83024200.00 | 其他贱金属制适用于家具的安装件 | Other mountings, fittings and similar articles suitable for furniture | 83024200 | Base Metal Mountings, Fittings And Similar Articles Suitable For Furniture (Excl. Locks With Keys, Hinges And Castors) | 3,148.36 | EUR/T | KG/Unit |
| 五金 | Hardware | 不锈钢部件 | Stainless parts | 2.502 | HWSTPART | 830242 | 83024200.00 | 其他贱金属制适用于家具的安装件 | Other mountings, fittings and similar articles suitable for furniture | 83024200 | Base Metal Mountings, Fittings And Similar Articles Suitable For Furniture (Excl. Locks With Keys, Hinges And Castors) | 3,148.36 | EUR/T | KG/Unit |
| 五金 | Hardware | 木塞 | Wooden Knob | 2.503 | HWWODKNB | 442190 | 44219990.90 | 未列名其它木制品 | Other articles of wood | 44219999 | Articles Of Wood, N.E.S. | 1,669.56 | EUR/T | KG/Unit |
| 五金 | Hardware | 木桶 | Wood Dowel | 2.504 | HWWDDWEL | 442190 | 44219990.90 | 未列名其它木制品 | Other articles of wood | 44219999 | Articles Of Wood, N.E.S. | 1,669.56 | EUR/T | KG/Unit |
| 五金 | Hardware | 水龍頭 | Faucet | 2.505 | HWFAUCET | 848180 | 84818090.00 | 其他龙头、旋塞及类似装置 | Other taps, cocks and similar appliances | 84818031 | Mixing Valves For Sinks, Washbasins, Bidets, Water Cisterns, Baths And Similar Fixtures | 15,944.40 | EUR/T | KG/Unit |
| 五金 | Hardware | 布料 | Fabric | 2.506 | HWFABRIC | 520931 | 5209310002.00 | 染色的全棉平纹机织布 | Woven fabrics of cotton, dyed | 52093100 | Plain Woven Fabrics Of Cotton, Containing >= 85% Cotton By Weight And Weighing > 200 G/M² | 3.89 | EUR/M2 | M2/Unit |
| 五金 | Hardware | 墊圈 | Washer | 2.507 | HWWASHER | 731821 | 73182100.01 | 弹簧垫圈及其他防松垫圈 | Spring washers and other lock washers | 73182100 | Spring Washers And Other Lock Washers, Of Iron Or Steel | 2,743.08 | EUR/T | KG/Unit |
| 五金 | Hardware | 合頁 | Hinge | 2.508 | HWHINGE | 830210 | 83021000.00 | 铰链(各类) | Hinges | 83021000 | Hinges Of All Kinds, Of Base Metal | 4,080.54 | EUR/T | KG/Unit |
| 五金 | Hardware | 合頁 (緩衝) | Hinge (Soft-closing) | 2.508 | HWHINGSFT | 830210 | 83021000.00 | 铰链(各类) | Hinges | 83021000 | Hinges Of All Kinds, Of Base Metal | 4,080.54 | EUR/T | KG/Unit |

Barcode:3880605-01 A-570-106 INV - Investigation  -

Wooden Cabinets & Vanities from China
A-570-106
LTFV
Foremost Romania SVs

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 五金 | Hardware | 扇手 | Spring Hinge | 2.510 | HWSPGHGE | 830242 | 83024200.00 | 弹簧用铰金属配件及单窗 | Other mountings, fittings and similar articles suitable for furniture | Base Metal Mountings, Fittings And Similar Articles Suitable For Furniture (Excl. Locks With Keys, Hinges And Castors) | 3,148.36 | EUR/T | KG/Unit |
| 五金 | Hardware | 扇手（缓推） | Spring Hinge (Soft-closing) | 2.511 | HWSPHGSF | 830242 | 83024200.00 | 弹簧用铰金属配件及单窗 | Other mountings, fittings and similar articles suitable for furniture | Base Metal Mountings, Fittings And Similar Articles Suitable For Furniture (Excl. Locks With Keys, Hinges And Castors) | 3,148.36 | EUR/T | KG/Unit |
| 五金 | Hardware | 把手(合金) | Knob (Alloy) | 2.512 | HWALOKNO | 830242 | 83024200.00 | 弹簧用铰金属配件及单窗 | Other mountings, fittings and similar articles suitable for furniture | Base Metal Mountings, Fittings And Similar Articles Suitable For Furniture (Excl. Locks With Keys, Hinges And Castors) | 3,148.36 | EUR/T | KG/Unit |
| 五金 | Hardware | 角钢 | Angle Iron | 2.513 | HWANLSTL | 732690 | 73269090.00 | 其他钢铁制品 | Other articles of iron or steel , not for technical use | Articles Of Iron Or Steel, Open-Die Forged, NES | 2,388.55 | EUR/T | KG/Unit |
| 五金 | Hardware | 其他铁部件 | Other Iron Parts | 2.514 | HWSTLPAR | 830242 | 83024200.00 | 弹簧用铰金属配件及单窗 | Other mountings, fittings and similar articles suitable for furniture | Base Metal Mountings, Fittings And Similar Articles Suitable For Furniture (Excl. Locks With Keys, Hinges And Castors) | 3,148.36 | EUR/T | KG/Unit |
| 五金 | Hardware | 其他铝部件 | Other Aluminum Parts | 2.515 | HWALMPAR | 761699 | 76169990.00 | 其他铝制品 | Other articles of aluminum , not for technical use | Articles Of Aluminum, Cast, NES | 7,175.48 | EUR/T | KG/Unit |
| 五金 | Hardware | 连接器 | Connector | 2.516 | HWCNECTR | 830242 | 83024200.00 | 弹簧用铰金属配件及单窗 | Other mountings, fittings and similar articles suitable for furniture | Base Metal Mountings, Fittings And Similar Articles Suitable For Furniture (Excl. Locks With Keys, Hinges And Castors) | 3,148.36 | EUR/T | KG/Unit |
| 五金 | Hardware | 绒布 | Flannel | 2.517 | HWFLANEL | 580133 | 58013300.00 | 其他化纤棉起绒物 | Other weft pile fabrics of man-made fibres | Cut Weft Pile Fabrics, Of Man-Made Fibres (Excl. Terry Towelling And Similar Woven Terry Fabrics, Tufted Textile Fabrics And Narrow Woven Fabrics Of Heading 5806) | 2.78 | EUR/M2 | KG/Unit |
| 五金 | Hardware | 熨花 | Ornamental Work of Iron | 2.518 | HWSTLWRK | 732690 | 73269090.00 | 其他未工业用钢铁制品 | Other articles of iron or steel , not for technical use | Articles Of Iron Or Steel, NES | 4,454.67 | EUR/T | KG/Unit |
| 五金 | Hardware | 圆螺丝钉 | Iron Screws | 2.519 | HWSTSCRW | 731812 | 73181200.01 | 非用于机床加工的非精制钢铁螺钉及木螺钉（不包括不锈钢螺钉） | Other wood screws, not used for the maintenance and repair of Civil Aircraft | Wood Screws Of Iron Or Steel (Other Than Stainless (Excl. Coach Screws) | 3,073.38 | EUR/T | KG/Unit |
| 五金 | Hardware | 玻璃/拼板 | Soft-closing Slide | 2.520 | HWSDESFT | 830242 | 83024200.00 | 弹簧用铰金属配件及单窗 | Other mountings, fittings and similar articles suitable for furniture | Base Metal Mountings, Fittings And Similar Articles Suitable For Furniture (Excl. Locks With Keys, Hinges And Castors) | 3,148.36 | EUR/T | KG/Unit |
| 五金 | Hardware | 塑胶配件 | Plastic Parts | 2.521 | HWPLTPAR | 392690 | 39269090.90 | 其他塑胶制品 | Other articles of plastics | Articles Of Plastics And Articles Of Other Materials Of Heading 3901 To 3914, NES | 8,245.31 | EUR/T | KG/Unit |
| 五金 | Hardware | 磁吸 | Magnetic Attraction | 2.522 | HWMGTATR | 830242 | 83024200.00 | 弹簧用铰金属配件及单窗 | Other mountings, fittings and similar articles suitable for furniture | Base Metal Mountings, Fittings And Similar Articles Suitable For Furniture (Excl. Locks With Keys, Hinges And Castors) | 3,148.36 | EUR/T | KG/Unit |
| 五金 | Hardware | 螺母 | Nut | 2.523 | HWNUT | 731816 | 73181600.00 | 螺母 | Nuts | Nuts Of Iron Or Steel Other Than Stainless, With An Inside Diameter =< 12 Mm (Excl. Blind Rivet Nuts And Self-Locking Nuts) | 3,850.18 | EUR/T | KG/Unit |
| 五金 | Hardware | 螺钉 | Screw | 2.524 | HWSCREW | 731819 | 73181900.00 | 未列名螺纹制品 | Other threaded articles , not elsewhere specified or included | Threaded Articles, Of Iron Or Steel, NES | 5,854.67 | EUR/T | KG/Unit |
| 五金 | Hardware | 滑轨 | Slide | 2.525 | HWSLIDE | 830242 | 83024200.00 | 弹簧用铰金属配件及单窗 | Other mountings, fittings and similar articles suitable for furniture | Base Metal Mountings, Fittings And Similar Articles Suitable For Furniture (Excl. Locks With Keys, Hinges And Castors) | 3,148.36 | EUR/T | KG/Unit |
| 五金 | Hardware | 铁片 | Iron Sheet | 2.526 | HWSTLSHT | 830242 | 83024200.00 | 弹簧用铰金属配件及单窗 | Other mountings, fittings and similar articles suitable for furniture | Base Metal Mountings, Fittings And Similar Articles Suitable For Furniture (Excl. Locks With Keys, Hinges And Castors) | 3,148.36 | EUR/T | KG/Unit |
| 钢镀玻璃 | Mirror & glass | 3MM玻璃 | 3MM Glass | 2.527 | HW3MMGLS | 700719 | 7007.19 | 其他安全玻璃 | Other toughened (tempered) safety glass | Toughened [Tempered] Safety Glass, Enamelled | 8.03 | EUR/M2 | M2/Unit |
| 钢镀玻璃 | Mirror & glass | 3MM镜子 | 3MM Mirror | 2.528 | HW3MMMOR | 700991 | 70099100.90 | 其他未装框玻璃镜(包括后视镜) | Other unframed glass mirror | Glass Mirrors, Unframed (Excl. Rear-View Mirrors For Vehicles, Optical Mirrors, Optically Worked, Mirrors > 100 Years Old) | 728.85 | EUR/T | KG/Unit |
| 钢镀玻璃 | Mirror & glass | 5mm玻璃 | 5mm Glass | 2.530 | HW5MMGLS | 700719 | 7007.19 | 其他安全玻璃 | Other toughened (tempered) safety glass | Toughened [Tempered] Safety Glass, Enamelled | 8.03 | EUR/M2 | M2/Unit |
| 钢镀玻璃 | Mirror & glass | 5MM镜子 | 5MM Mirror | 2.531 | HW5MMMOR | 700991 | 70099100.90 | 其他未装框玻璃镜(包括后视镜) | Other unframed glass mirror | Glass Mirrors, Unframed (Excl. Rear-View Mirrors For Vehicles, Optical Mirrors, Optically Worked, Mirrors > 100 Years Old) | 728.85 | EUR/T | KG/Unit |
| 钢镀玻璃 | Mirror & glass | 8MM玻璃 | 8MM Glass | 2.532 | HW8MMGLS | 700719 | 7007.19 | 其他安全安全玻璃 | Other toughened (tempered) safety glass | Toughened [Tempered] Safety Glass, Enamelled | 8.03 | EUR/M2 | M2/Unit |
| 油漆 | Paint | 交联剂 | Cross-linking Agent | 2.600 | PNTCROLA | 391190 | 39119000.90 | 其他初级形状的聚合物、聚丙烯 | Other polysulphides, polysulphones | Polymer And Prepolymer Plastics Produced By Chemical Synthesis, NES, In Primary Forms (Excl. Copolymer Of P-Cresol And Divinylbenzene In The Form Of A Solution In N,N-Dimethylacetamide Containing By Weight >= 50% Of Polymer And Hydrogenated Copolymers | 3,383.61 | EUR/T | KG/Unit |
| 油漆 | Paint | 色浆 | Stain | 2.601 | PNTSTAIN | 320910 | 32091000.10 | 以丙烯酸或乙烯基聚合物为基料之溶剂（非溶于水介质）；超分散或溶解于水体底者 | Paints (including enamels and lacquers) based on acrylic or vinyl polymers, dispersed or dissolved in a aqueous medium | Paints And Varnishes, Incl. Enamels And Lacquers, Based On Acrylic Or Vinyl Polymers, Dispersed Or Dissolved In An Aqueous Medium | 1,702.61 | EUR/T | KG/Unit |
| 油漆 | Paint | 底漆 | Sealer Coat | 2.602 | PNTSEALR | 320910 | 32091000.10 | 以丙烯酸或乙烯基聚合物为基料之溶剂（非溶于水介质）；超分散或溶解于水体底者 | Paints (including enamels and lacquers) based on acrylic or vinyl polymers, dispersed or dissolved in a aqueous medium | Paints And Varnishes, Incl. Enamels And Lacquers, Based On Acrylic Or Vinyl Polymers, Dispersed Or Dissolved In An Aqueous Medium | 1,702.61 | EUR/T | KG/Unit |
| 油漆 | Paint | 面漆 | Lacquer Coat | 2.603 | PNTLACQR | 320910 | 32091000.10 | 以丙烯酸或乙烯基聚合物为基料之溶剂（非溶于水介质）；超分散或溶解于水体底者 | Paints (including enamels and lacquers) based on acrylic or vinyl polymers, dispersed or dissolved in a aqueous medium | Paints And Varnishes, Incl. Enamels And Lacquers, Based On Acrylic Or Vinyl Polymers, Dispersed Or Dissolved In An Aqueous Medium | 1,702.61 | EUR/T | KG/Unit |
| 油漆 | Paint | 固化剂(Paint用) | Hardener (for paint) | 2.605 | PNTHARDR | 321100 | 32110000.00 | 配制的催乾剂 | Prepared driers | Prepared Driers | 6,357.80 | EUR/T | KG/Unit |
| 油漆 | Paint | 稀释剂 | Thinner | 2.606 | PNTTHNER | 381400 | 38140000.00 | 有机复合溶剂及稀释剂,除溶剂 | Organic composite solvents and thinners, not elsewhere specified or included; prepared paint or varnish removers | Organic Composite Solvents And Thinners And Prepared Paint Or Varnish Removers (Excl. Those Based On Butyl Acetate And Nail Varnish Remover) | 1,690.90 | EUR/T | KG/Unit |
| 油漆 | Paint | 稀释剂 | Thinner | 2.606 | PNTTHNER | 381400 | 38140000.00 | 有机复合溶剂及稀释剂,除溶剂 | Organic composite solvents and thinners, not elsewhere specified or included; prepared paint or varnish removers | Organic Composite Solvents And Thinners And Prepared Paint Or Varnish Removers (Excl. Those Based On Butyl Acetate (Excl. Nail Varnish Remover) | 2,042.55 | EUR/T | KG/Unit |
| 胶水 | Glue | 组立胶 | Assembly Glue | 2.700 | SPASMGLU | 350699 | 35069900.00 | 其他编制和列名的胶黏胶、粘合剂 | Other prepared glues and adhesives, not elsewhere specified or included | Glues, Prepared, And Other Prepared Adhesives, NES | 2,629.80 | EUR/T | KG/Unit |
| 胶水 | Glue | 拼板胶 | Wood Joint Glue | 2.701 | SPWODGLU | 350699 | 35069900.00 | 其他编制和列名的胶黏胶、粘合剂 | Other prepared glues and adhesives, not elsewhere specified or included | Glues, Prepared, And Other Prepared Adhesives, NES | 2,629.80 | EUR/T | KG/Unit |
| 胶水 | Glue | 硬化剂 | Hardener | 2.702 | SPHARDER | 382499 | 38249999.90 | 其他编制和列名化工品 | Other non-listed chemical products | Ion-Exchangers (Excl. Polymers Of Chapter 39) | 349.05 | EUR/T | KG/Unit |
| 胶水 | Glue | 硬化剂 | Hardener | 2.702 | SPHARDER | 382499 | 38249999.90 | 其他编制和列名化工品 | Other non-listed chemical products | Chemical Products Or Preparations, Predominantly Composed Of Organic Compounds, In Liquid Form At 20oC (C, N.E.S. | 1,764.37 | EUR/T | KG/Unit |
| 胶水 | Glue | 硬化剂 | Hardener | 2.702 | SPHARDER | 382499 | 38249999.90 | 其他编制和列名化工品 | Other non-listed chemical products | Chemical Products Or Preparations, Predominantly Composed Of Organic Compounds, N.E.S. (Excl. In Liquid Form At 20oE-C) | 1,992.21 | EUR/T | KG/Unit |
| 胶水 | Glue | 硬化剂 | Hardener | 2.702 | SPHARDER | 382499 | 38249999.90 | 其他编制和列名化工品 | Other non-listed chemical products | Chemical Products And Preparations Of The Chemical Or Allied Industries, Incl. Those Consisting Of Mixtures Of Natural Products, Not Predominantly Composed Of Organic Compounds, N.E.S. | 993.83 | EUR/T | KG/Unit |
| 胶水 | Glue | 填充剂 | Filler | 2.703 | SPFILLER | 350691 | 35069110.00 | 以聚酰胺为基本成分的粘合剂 | Adhesives based on polyamide | Optically Clear Free-Film Adhesives And Optically Clear Curable Liquid Adhesives Of A Kind Used Solely Or Principally For The Manufacture Of Flat Panel Displays Or Touch-Sensitive Screen Panels, Based On Polymers Of Headings 3901 To 3913 Or On Rubber | 1,743.33 | EUR/T | KG/Unit |
| 胶水 | Glue | 填充剂 | Filler | 2.703 | SPFILLER | 350691 | 35069110.00 | 以聚酰胺为基本成分的粘合剂 | Adhesives based on polyamide | Adhesives Based On Polymers Of Headings 3901 To 3913 Or On Rubber (Excl. Put Up For Retail Sale With A Net Weight Of =< 1 Kg, And Those Used Mainly For The Manufacture Of Flat Panel Displays Or Touch-Sensitive Screen Panels) | 2,716.79 | EUR/T | KG/Unit |
| 包材 | Packing materials | EPE | Expandable Polyethylene | 7.01 | PKEPESHT | 392119 | 39211990.00 | 其他泡沫塑料,片,箔,型,板条 | plates, sheets, film, foil and strip, of other cellular plastics | Plates, Sheets, Film, Foil And Strip, Of Cellular Plastic, Unworked Or Merely Surface-Worked Or Merely Cut Into Squares Or Rectangles (Excl.Those Of Polymers Of Styrene, Vinyl Chloride, Polyurethanes And Regenerated Cellulose, Self-Adhesive Products, Floo | 2,670.67 | EUR/T | KG/Unit |
| 包材 | Packing materials | 乾燥剂 | Desiccant | 7.02 | PKDESCNT | 380290 | 38029000.90 | 其他活性天然矿物质及动物质黑 | Activated natural mineral products; other animal black(including spent animal black) | Activated Kieselguhr And Other Activated Natural Mineral Products; Animal Black, Whether Or Not Spent (Excl. Activated Carbon, Calcinated Diatomite Without The Addition Of Sintering Agents And Activated Chemical Products) | 764.21 | EUR/T | KG/Unit |
| 包材 | Packing materials | 木条框 | Wooden frame | 7.03 | PKWODFRM | 441520 | 44152000.90 | 其他木制托板、箱形托盘及类似装载木板 | Pallets, box pallets and other load boards, including pallet collars, of wood | Box Pallets And Other Load Boards, Of Wood (Excl. Containers Specially Designed And Equipped For One Or More Modes Of Transport; Flat Pallets And Pallet Collars) | 414.57 | EUR/T | KG/Unit |
| 包材 | Packing materials | 丝带 | Ribbon | 7.04 | PKRIBBON | 580632 | 58063200.00 | 化纤制窄幅机织物 | Other narrow woven fabric | Narrow Woven Fabrics Of Man-Made Fibres, Without Real Selvedges, With A Width Of =< 30 Cm, NES | 14,738.46 | EUR/T | KG/Unit |
| 包材 | Packing materials | 包装托盘 | Packing Pallet | 7.05 | PKPALLET | 441520 | 44152090.90 | 其他木制托板、箱形托盘及类似装载木板 | Pallets, box pallets and other load boards, including pallet collars, of wood | Pallets And Pallet Collars, Of Wood | 5.96 | EUR/NO | KG/Unit |
| 包材 | Packing materials | 包装胶带 | Packing Adhesive Tape | 7.06 | PKADNTPE | 391910 | 39191010.00 | 宽度不超过20cm的自粘性塑料板片 | Self-adhesive plates, sheets, film, foil, tape, strip and other flat shapes, based on acrylic resin, in rolls of a width not exceeding 20cm | Self-Adhesive Plates, Sheets, Film, Foil, Tape, Strip And Other Flat Shapes, Of Plastics, In Rolls =< 20 Cm Wide (Excl. Plastic Strips Coated With Unvulcanised Natural Or Synthetic Rubber) | 7,454.09 | EUR/T | KG/Unit |
| 包材 | Packing materials | 包装袋 | Packing Bag | 7.07 | PKBAG | 630539 | 63053900.00 | 其他化纤长丝制包装用货袋 | Other sacks and bags of man-made fibres, used for the packing of goods | Sacks And Bags, For The Packing Of Goods, Of Man-Made Textile Materials (Excl. Of Polyethylene Or Polypropylene Strip Or The Like, And Flexible Intermediate Bulk Containers) | 4,546.83 | EUR/T | KG/Unit |
| 包材 | Packing materials | 打包带 | Packing Belt | 7.08 | PKBELT | 392690 | 39269090.90 | 其他塑胶制品 | Other articles of plastics | Articles Of Plastics And Articles Of Other Materials Of Heading 3901 To 3914, NES | 8,245.31 | EUR/T | KG/Unit |
| 包材 | Packing materials | 纸护角 | Paper Corner Protector | 7.10 | PKPRCRPR | 481910 | 48191000.00 | 瓦楞纸或纸板制的盒、盒、箱 | Cartons, boxes and cases, of corrugated paper or paperboard | Cartons, Boxes And Cases, Of Corrugated Paper Or Paperboard | 1,607.54 | EUR/T | KG/Unit |
| 氧化锰 | MgO (Manganese oxide) | MgO (Manganese oxide) | | | HWMGO | 251990 | 25199090 | 其他氧化镁 | Fused magnesia; dead-burned (sintered) magnesia, whether or not containing small quantities of other oxides added before sintering; other magnesium oxide, whether or not pure | Magnesium Oxide, Whether Or Not Pure (Excl. Calcined Natural Magnesium Carbonate) | 1,454.97 | EUR/T | KG/Unit |

Barcode:3880605-01 A-570-106 INV - Investigation  -

**Romania HS Codes      44079190**
**OAK 'QUERCUS SPP.' SAWN OR CHIPPED LENGTHWISE SLICED OR PEELED OF A THICKNESS OF > 6 MM (EXCL. PLANED SANDED OR END-JOINTED)**

| | July - December 2018 | | |
|---|---|---|---|
| | **M3** | **EUR** | **Per Unit (EUR/M3)** |
| **Total Imports** | 6,933 | 5,556,480 | 801.45 |

| | July - December 2018 | | |
|---|---|---|---|
| | **M3** | **EUR** | **Per Unit (EUR/M3)** |
| **Total Included Imports** | 6,933 | 5,556,480 | 801.45 |

| | July - December 2018 | | |
|---|---|---|---|
| | **M3** | **EUR** | **Per Unit (EUR/M3)** |
| **Total Excluded Imports** | 0 | 0 | No Data |

**Included Imports, by Country:**

| Country | M3 | EUR | Per Unit (EUR/M3) |
|---|---|---|---|
| Austria | 406 | 371,308 | 914.55 |
| Belgium | 1 | 1,909 | 1,909.00 |
| Bosnia and Herzegovina | 636 | 548,476 | 862.38 |
| Bulgaria | 293 | 215,518 | 735.56 |
| Croatia | 511 | 239,649 | 468.98 |
| Czech Republic | 0 | 196 | 0.00 |
| Finland | 18 | 31,142 | 1,730.11 |
| France | 52 | 61,208 | 1,177.08 |
| Germany | 57 | 123,624 | 2,168.84 |
| Greece | 13 | 4,747 | 365.15 |
| Hungary | 359 | 441,019 | 1,228.47 |
| Italy | 112 | 156,994 | 1,401.73 |
| Netherlands | 11 | 30,903 | 2,809.36 |
| Poland | 25 | 26,731 | 1,069.24 |
| Russia | 1,381 | 821,234 | 594.67 |
| Serbia | 147 | 109,422 | 744.37 |
| Slovenia | 31 | 31,040 | 1,001.29 |
| Sweden | 1,104 | 1,129,245 | 1,022.87 |
| Turkey | 13 | 4,748 | 365.23 |
| Ukraine | 1,738 | 1,193,122 | 686.49 |
| United States | 25 | 14,245 | 569.80 |

**Excluded Imports, by Country:**

| Country | M3 | EUR | Per Unit (EUR/M3) |
|---|---|---|---|
| | | | 0.00 |

Barcode:3880605-01 A-570-106 INV - Investigation  -

**Romania HS Codes      44079599**
**ASH 'FRAXINUS SPP.' SAWN OR CHIPPED LENGTHWISE SLICED OR PEELED OF A THICKNESS OF > 6 MM (EXCL. PLANED SANDED OR END-JOINTED)**

| | July - December 2018 | | |
|---|---|---|---|
| | M3 | EUR | Per Unit (EUR/M3) |
| Total Imports | 2,199 | 1,245,454 | 566.37 |

| | July - December 2018 | | |
|---|---|---|---|
| | M3 | EUR | Per Unit (EUR/M3) |
| Total Included Imports | 2,199 | 1,245,454 | 566.37 |

| | July - December 2018 | | |
|---|---|---|---|
| | M3 | EUR | Per Unit (EUR/M3) |
| Total Excluded Imports | 0 | 0 | No Data |

**Included Imports, by Country:**

| Country | M3 | EUR | Per Unit (EUR/M3) |
|---|---|---|---|
| Austria | 257 | 275,277 | 1,071.12 |
| Bosnia and Herzegovina | 10 | 6,359 | 635.90 |
| Croatia | 229 | 115,456 | 504.17 |
| France | 64 | 48,203 | 753.17 |
| Germany | 0 | 28,474 | 0.00 |
| Hungary | 183 | 84,928 | 464.09 |
| Italy | 205 | 138,539 | 675.80 |
| Slovenia | 55 | 29,995 | 545.36 |
| Sweden | 32 | 15,267 | 477.09 |
| Ukraine | 1,164 | 502,956 | 432.09 |

**Excluded Imports, by Country:**

| Country | M3 | EUR | Per Unit (EUR/M3) |
|---|---|---|---|
| | | | 0.00 |

Barcode:3880605-01 A-570-106 INV - Investigation  -

**Romania HS Codes      44079699**
**BIRCH 'BETULA SPP.' SAWN OR CHIPPED LENGTHWISE SLICED OR PEELED OF A THICKNESS OF > 6 MM (EXCL. PLANED SANDED OR END-JOINTED)**

| | July - December 2018 | | |
|---|---|---|---|
| | M3 | EUR | Per Unit (EUR/M3) |
| Total Imports | 2,023 | 627,188 | 310.03 |

| | July - December 2018 | | |
|---|---|---|---|
| | M3 | EUR | Per Unit (EUR/M3) |
| Total Included Imports | 2,023 | 627,188 | 310.03 |

| | July - December 2018 | | |
|---|---|---|---|
| | M3 | EUR | Per Unit (EUR/M3) |
| Total Excluded Imports | 0 | 0 | No Data |

**Included Imports, by Country:**

| Country | M3 | EUR | Per Unit (EUR/M3) |
|---|---|---|---|
| Austria | 164 | 111,529 | 680.05 |
| Belarus | 1,827 | 505,183 | 276.51 |
| Croatia | 0 | 182 | 0.00 |
| Germany | 0 | 368 | 0.00 |
| Italy | 6 | 6,239 | 1,039.83 |
| Russia | 26 | 2,760 | 106.15 |
| Sweden | 0 | 927 | 0.00 |

**Excluded Imports, by Country:**

| Country | M3 | EUR | Per Unit (EUR/M3) |
|---|---|---|---|
| | | | 0.00 |

Barcode:3880605-01 A-570-106 INV - Investigation -

**Romania HS Codes        44079940**
**WOOD SAWN OR CUT LENGTHWISE SLICED OR PEELED SANDED OF A THICKNESS OF > 6 MM (EXCL. END-JOINTED;**
**TROPICAL WOOD CONIFEROUS WOOD OAK 'QUERCUS SPP.' BEECH 'FAGUS SPP.' MAPLE 'ACER SPP.' CHERRY 'PRUNUS**

| | July - December 2018 | | |
|---|---|---|---|
| | M3 | EUR | Per Unit (EUR/M3) |
| Total Imports | 366 | 101,386 | 277.01 |

| | July - December 2018 | | |
|---|---|---|---|
| | M3 | EUR | Per Unit (EUR/M3) |
| Total Included Imports | 366 | 101,386 | 277.01 |

| | July - December 2018 | | |
|---|---|---|---|
| | M3 | EUR | Per Unit (EUR/M3) |
| Total Excluded Imports | 0 | 0 | No Data |

**Included Imports, by Country:**

| Country | M3 | EUR | Per Unit (EUR/M3) |
|---|---|---|---|
| Belgium | 0 | 2 | 0.00 |
| Germany | 9 | 22,645 | 2,516.11 |
| Hungary | 8 | 2,678 | 334.75 |
| Italy | 17 | 16,073 | 945.47 |
| Sweden | 332 | 59,988 | 180.69 |

**Excluded Imports, by Country:**

| Country | M3 | EUR | Per Unit (EUR/M3) |
|---|---|---|---|
| | | | 0.00 |

Barcode:3880605-01 A-570-106 INV - Investigation   -

**Romania HS Codes**     **44079990**

**WOOD SAWN OR CHIPPED LENGTHWISE SLICED OR PEELED OF A THICKNESS OF > 6 MM (EXCL. PLANED SANDED OR END-JOINTED; TROPICAL WOOD CONIFEROUS WOOD OAK 'QUERCUS SPP.' BEECH 'FAGUS SPP.' MAPLE 'ACER SPP.' CHERRY 'PRUNUS SPP.' ASH 'FRAXINUS SPP.' B**

| | July - December 2018 | | |
|---|---|---|---|
| | M3 | EUR | Per Unit (EUR/M3) |
| Total Imports | 5,686 | 5,237,613 | 921.14 |

| | July - December 2018 | | |
|---|---|---|---|
| | M3 | EUR | Per Unit (EUR/M3) |
| Total Included Imports | 5,686 | 5,237,613 | 921.14 |

| | July - December 2018 | | |
|---|---|---|---|
| | M3 | EUR | Per Unit (EUR/M3) |
| Total Excluded Imports | 0 | 0 | No Data |

**Included Imports, by Country:**

| Country | M3 | EUR | Per Unit (EUR/M3) |
|---|---|---|---|
| Austria | 361 | 137,639 | 381.27 |
| Belgium | 3,248 | 3,484,573 | 1,072.84 |
| Bosnia and Herzegovina | 113 | 46,209 | 408.93 |
| Bulgaria | 2 | 4,864 | 2,432.00 |
| Croatia | 1,384 | 976,530 | 705.59 |
| Finland | 0 | 499 | 0.00 |
| France | 26 | 11,953 | 459.73 |
| Germany | 20 | 70,584 | 3,529.20 |
| Hungary | 26 | 11,543 | 443.96 |
| Italy | 183 | 267,752 | 1,463.13 |
| Netherlands | 11 | 19,467 | 1,769.73 |
| Poland | 0 | 1,190 | 0.00 |
| Serbia | 152 | 55,127 | 362.68 |
| Slovenia | 2 | 11,551 | 5,775.50 |
| Turkey | 1 | 485 | 485.00 |
| United Kingdom | 0 | 64 | 0.00 |
| Ukraine | 101 | 14,290 | 141.49 |
| United States | 56 | 123,293 | 2,201.66 |

**Excluded Imports, by Country:**

| Country | M3 | EUR | Per Unit (EUR/M3) |
|---|---|---|---|
| | | | 0.00 |

JA 24

Petitioner, Initial Rebuttal Surrogate Value
Comments (August 19, 2019)
PR 1013-1014

Barcode:3880654-01 A-570-106 INV - Investigation -



**PUBLIC DOCUMENT**

August 19, 2019

| | |
|---|---|
| Case No. A-570-106 | |
| Total Pages: 193 | |
| Investigation | |
| AD/CVD Operations, E&C Office II | |
| **PUBLIC DOCUMENT** | |

The Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
Attn: Enforcement and Compliance
APO/Dockets Unit, Room 18022
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Re:     ***Wooden Cabinets and Vanities and Components Thereof From the People's
        Republic of China:*** Petitioner's Initial Rebuttal Surrogate Value Comments

On behalf of the American Kitchen Cabinet Alliance ("Petitioner"), we hereby submit

initial rebuttal surrogate value comments to Department of Commerce (the "Department") in the

above-captioned investigation. This submission contains new factual information within the

meaning of 19 C.F.R. § 351.102(b)(21)(v), *i.e.*, information to rebut, correct, or clarify

information submitted to value factors of production. These comments are being submitted

within ten days of the submission of certain factual information by various respondents, and are

therefore timely filed.[1]

---

[1]     *See* 19 C.F.R. § 351.301(c)(3)(iv) (2019). Various parties filed surrogate value information on August 7,
2019.

Filed By: tbrightbill@wileyrein.com, Filed Date: 8/19/19 4:34 PM, Submission Status: Approved

Barcode:3880654-01 A-570-106 INV - Investigation  -

| EXHIBIT LIST | | |
|---|---|---|
| **Exhibit No.** | **Exhibit** | **Security** |
| 1 | Excerpts from Customs Tariff of Malaysia | Public |
| 2 | Market Conditions in Malaysia | Public |
| 3 | Wood Species Descriptions | Public |

JA 25

Foremost, Final Surrogate Value Submission
(September 3, 2019)
PR 1316-1322

Barcode:3886371-01 A-570-106 INV - Investigation -

# Arnold & Porter

**J. David Park**
+1 202.942.5646 Direct
David.Park@arnoldporter.com

September 3, 2019

Case No. A-570-106
Total Pages: 818
Investigation

ITA/EC/Office V

**PUBLIC DOCUMENT**

<u>VIA ELECTRONIC FILING</u>

The Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
International Trade Administration
Enforcement & Compliance
APO/Dockets Unit, Room 18022
14th Street & Constitution Avenue, NW
Washington, DC  20230

Re:   <u>Wooden Cabinets and Vanities and Components Thereof from the People's</u>
      <u>Republic of China:  Foremost's Final Surrogate Value Submission</u>

Dear Secretary Ross:

On behalf of Rizhao Foremost Woodwork Manufacturing Company Ltd. ("Foremost"),

we hereby submit surrogate value information for the factors of production pursuant to 19 C.F.R.

§ 351.408(c) (valuation of factors of production), 19 C.F.R. § 351.301(c)(3)(ii) (establishing the

deadline to submit publicly-available information to value factors of production at a later date

not later than 30 days before the scheduled date of the preliminary determination of this

investigation), and 19 C.F.R. § 351.303(b)(1) (if the applicable deadline falls on a non-business

day, the deadline is moved to the next business day).

## LIST OF EXHIBITS

**Description**                                                          **Exhibit Number**

Li Hen ...................................................................................................FSV-1

     Products.........................................................................................A
     2018 Annual Report .....................................................................B
     Financial Ratio Calculation Worksheet ......................................C*

Yeo Aik .................................................................................................FSV-2

     Products.........................................................................................A
     2018 Annual Report .....................................................................B
     Financial Ratio Calculation Worksheet ......................................C*

Sern Kou Resources Berhad ..................................................................FSV-3

     Products.........................................................................................A
     2018 Annual Report .....................................................................B
     Financial Ratio Calculation Worksheet ......................................C*

Latitude Tree Holdings ..........................................................................FSV-4

     Products.........................................................................................A
     2018 Annual Report .....................................................................B
     Financial Ratio Calculation Worksheet ......................................C*

Poh Huat................................................................................................FSV-5

     Products.........................................................................................A
     2018 Annual Report .....................................................................B
     Financial Ratio Calculation Worksheet ......................................C*

USDOC Surrogate Value Memoranda, and accompanying Financial Ratio Calculation
Worksheets: Distribution Expenses .......................................................FSV-6

Romania Electricity ...............................................................................FSV-7

*Also submitted in electronic format.*

# EXHIBIT  FSV-1

Barcode:3886371-01 A-570-106 INV - Investigation  -

# EXHIBIT  FSV-1-a

Barcode:3886371-01 A-570-106 INV - Investigation  -



Home   Company Profile   Corporate Governance ▾   Products ▾   Production   Public Relation ▾   Location   Contact Us

We Are Lii Hen

# Making Your Home Shine

Lii Hen Group – an integrated furniture manufacturer
involved in a vast range of wood-base activities under one roof.

## We're Lii Hen
Making Your Home Shine

Leading furniture manufacturer in Malaysia from UV Robotic finishing
product to Solid Dinettes, Buffets & Hutch to Bedroom set, Office
Furniture to Utility Shelves, Occasional to Shoe Rack and etcs.

## We're Passionate
Customer Satisfaction

Enriched our product development intelligence and simultaneously
improvised our manufacturing techniques – in the name of Customer
Satisfaction.

## We're Professional
Malaysia Based

An efficient manufacturing system and people that run it gives us the
edge over our competition.

## High Quality Furniture
Shine Home Living

With our compromise in providing premium quality products that worth
the value downstream activities to enhance quality control.

Barcode:3886371-01 A-570-106 INV - Investigation -



Home    Company Profile    Corporate Governance ▾    Products ▾    Production    Public Relation ▾    Location    Contact Us

## LEADER IN ITS OWN FIELD

Lii Hen Industries Berhad group of companies are customers orientated. Each and every entity is specialize in their own field and always place the customer's need and quality aspects as priority.

Lii Hen Furniture Sdn Bhd and Favourite Design Sdn Bhd are producing solid wood and veneer laminated panel Bedroom sets.

CT Haup Heng Sdn Bhd is specialize in solid wood and veneer laminated panel Dining sets. While EF Furniture Sdn Bhd strong forte is in Decorative panel furniture. It produce creative and beautifully crafted entertainment centre for modern living homes.

Mayteck Kilang Kayu & Perabut Sdn Bhd is in the upstream industry, focused on sawn rubber wood pressure treatment, kiln dry, lamination and mouldings. It is an added advantage by ensuring all companies within the group had continuous supply and self-sufficient in raw materials.

Kejora Juara Sdn Bhd is in the property investment company.

Within a short span of time, Lii Hen Industries Berhad group has turned into a fully integrated wooden furniture entity.

Lii Hen Industries Bhd as part of fulfilling its Social Responsibility, has also ventured into rubber tree plantation. Lii Hen Plantations Sdn Bhd and PPL Plantations Sdn Bhd a joint venture company with PIJ Holdings Sdn Bhd, under the Johor state government, is involved in planting 3,473 hectares of rubber plantation in Kahang, Mersing, Johor. The project will help spur developments in the surrounding areas, provide jobs and improve overall living standards in the vicinity.

## CUSTOMER'S EXPECTATION AND SATISFACTION

Our products are our pride and joy. We feel proud to see out products graced the homes worldwide. With a facility spanning more than 80 acres supported by a 2,200 strong work force, our valued customers can anticipate more exciting happenings to come.

Our close proximity has enable us to have better control over movement and flow of materials, thus help reducing downtime.

Explore the possibilities within Lii Hen Industries Furniture's numerous bedroom collections . Whether you are searching for beds, twin bedroom sets, you are sure to discover numerous options to enhance your home's style, comfort and appearance.



Filed By: leslie.bailey@apks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation  -



Home    Company Profile    Corporate Governance ▾    Products ▾    Production    Public Relation ▾    Location    Contact Us

# Bedroom Set

Showing 1-12 of 28 results

Search Shop 



**033A + 033A Bed + Wardrobe**



**033B + 033B Bed VO00**



**033C + 033F Bed**



**039B + 039P Bed**



**048B + 048D Bed**



**053D + 053D Bed**



**053D + 053I Storage Bed**



**053E + 053D Bed**

## Product Categories

Accent Chair

Accent Table

Bedroom Set

Coffee Table

Dining Set

Entertainment Unit

Occasional

Pub Set

Sofa

Swivel Stool

Utility

Barcode:3886371-01 A-570-106 INV - Investigation -



Home    Company Profile    Corporate Governance ▾    Products ▾    Production    Public Relation ▾    Location    Contact Us

## Product Categories

Accent Chair

Accent Table

Bedroom Set

Coffee Table

Dining Set

Entertainment Unit

Occasional

Pub Set

Sofa

Swivel Stool

Utility



**061C**



**067A +067A Bed**



**072A + 072A Bed**



**076A + 076C Bed**



**079A + 079A Bed**



**080A + 080A Bed**



**086A + 086A Bed**



**087A + 087C Bed**







Filed By: leslie.bailey@apks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



Home   Company Profile   Corporate Governance ▾   Products ▾   Production   Public Relation ▾   Location   Contact Us

Home / Bedroom Set / Page 3

# Bedroom Set

Showing 25-28 of 28 results

Search Shop 



**112A**



**Bedroom Set**



**LH 076A**



**PU Bedding**

## Product Categories

Accent Chair

Accent Table

Bedroom Set

Coffee Table

Dining Set

Entertainment Unit

Occasional

Pub Set

 ← 1 2

# EXHIBIT  FSV-1-b

# ANNUAL REPORT 2018



**LII HEN INDUSTRIES BHD**
301361-U

STATEMENT ON MANAGEMENT
DISCUSSION AND ANALYSIS                          2
GROUP FINANCIAL HIGHLIGHTS                      10
CORPORATE STRUCTURE                            12
NOTICE OF ANNUAL GENERAL MEETING               13
CORPORATE INFORMATION                          18

**PROFILE OF DIRECTORS**                        **19**
**PROFILE OF KEY SENIOR MANAGEMENT**            **23**
**CORPORATE GOVERNANCE OVERVIEW STATEMENT**     **26**
**AUDIT COMMITTEE REPORT**                      **37**
**STATEMENT ON RISK MANAGEMENT AND
INTERNAL CONTROL**                              **41**
**DIRECTORS' RESPONSIBILITY STATEMENT**         **46**

SUSTAINABILITY STATEMENT                        47
FINANCIAL STATEMENTS                            53
LIST OF MATERIAL LANDED PROPERTIES            154
ANALYSIS OF SHAREHOLDINGS                      156
PROXY FORM                                     159





ANNUAL REPORT 2018

# STATEMENT ON MANAGEMENT DISCUSSION AND ANALYSIS

The Group's furniture division continued to be the main contributor for the Group's revenue. In the current year, furniture registered higher production and sales volume for both bedroom and sofa sets whereas growth for office and dining products declined slightly. The total number of containers shipped grew from 13,074 in year 2017 to 15,981 in 2018.



## OBJECTIVE and STRATEGIES

Lii Hen Industries Berhad( the Group)  group of companies' business strategies are customers driven. We continuously place top priority to meeting customers' needs and quality standards to satisfy customers' expectations and strive to be a premier furniture manufacturer that deliver sustainable shareholder value to all stakeholders.

The Group's strategies focus in creating value through (i) enhancing returns on capital invested via sustainable product portfolio from innovation and differentiation and (ii) enhancing profitability from operational excellence with state of art technology.

## GROUP'S BUSINESS and OPERATIONS

Lii Hen Industries Bhd (LHIB) is an investment holding company, a public company listed on the Main Market of Bursa Malaysia Securities Bhd. LHIB's subsidiary companies are involved in the manufacturing and selling of furniture as well as rubber tree plantation. The composition of the Group is shown on page 12 under Corporate Structure.

### Manufacturing of Furniture

The corporate and main office of the Group is located at PLO 43, Kawasan Perindustrian Bukit Pasir, Mukim of Sungai Raya, 84300 Bukit Pasir, Muar, Johor Darul Takzim. The Group's furniture operation occupies about 91 acres of land or 2,654,444 sq feet of built up area in Muar, Johor, of which about 35% are on rented basis.There are six(6) major subsidiary companies that are involved in the manufacture of a vast range of wood based products , namely bedroom sets, solid dinettes, office furniture, upholstery sofa set, utilities shelves, occasional items and kiln drying timber processing.

The furniture products of the Group cater mainly to the oversea market, especially to the US and Canada, which made up 77% of total revenue.The other markets include Middle East region, Asia region, Africa,Latin America, Europe and Australia (16%) and the local market (7%). Our customers comprised of major US furniture importers, wholesellers and retailers. There were top three(3) major customers with revenue in the range of 8% -12% of the Group's total revenue, thus mitigating the risk of single buyer for the Group.

Our manufacturing facilities are equipped with panel based wood working machine, pallet conveyor towed finishing line, overhead conveyor finishing line and kiln dry pressure treatment plant. Our close proximity in Muar district and with the strong support from the subcontractors from Muar area have enabled the Group to have better control over movement and flow of materials thus reducing downtime and operating costs. The Group has a total workforce of about 2,880 (2017: 2,800).

Retrieved from dailybanks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL** REPORT **2018**

## STATEMENT ON MANAGEMENT DISCUSSION AND ANALYSIS

### Plantation

PPL Plantations Sdn Bhd (PPLP), is an 80% owned subsidiary to Lii Hen Plantation Sdn Bhd (LHP). LHP and PPLP have entered into Joint Venture Agreement and Sub-Development Agreement respectively for the right of use over approximately 3,473 hectares of permanent reserve forest land in the State of Johor DarulTakzim for planting and/or cultivation of rubber wood trees of latex timber clone. In 2015, the ROU is impaired by RM4.2 million due to the exclusion of 3,037 hectares of land from the rubber wood tree planting programme. On the same year, PPLP has taken possession of the remaining 436 hectares of land and commenced the development of plantation infrastructure and cultivation activities.

Due to the extensive damage of crops planted at the 436 hectares of land caused by the intrusion of wild animals especially elephants that resulted in the writing down of biological assets amounting to RM1.2 million in year 2017; PPLP has installed three solar electric fencing with a total length of 10.4 km in October 2018 to deter future intrusion. After installation, not a single case of intrusion by wild elephants was reported. As at to date, the carrying value of the development of plantation infrastructure and biological asset stood at RM1,554,772 (2017: RM1,524,181) and RM2,230,426 (2017: RM2,438,965) respectively.

### REVIEW OF BUSINESS OPERATIONS

The Group's furniture division continued to be the main contributor for the Group's revenue. In the current year, furniture registered higher production and sales volume for both bedroom and sofa sets whereas growth for office and dining products declined slightly. The total number of containers shipped grew from 13,074 in year 2017 to 15,981 in 2018. We continue to receive strong orders from the Northern America and Asian regions' customers where sales grew 24% and 74% respectively as compared to the preceding year.In order to keep abreast of the emerging trends and consumers' buying preferences, new range of products continued to developed and showcased in the prominent furniture trade fairs in High Point Furniture Fair and Las Vegas Furniture Show.During the year, we participated in the Malaysian International Furniture Fair(MIFF) in Malaysia which was held on March 2018.

A factory building and production facilities which were destroyed by fire on Oct 2017 had been rebuilt and recommenced operation on July 2018. The new factory blocks and pallet conveyor facilities totaling RM5.2 million, has improved the production capability and efficiency for the bedroom set manufacturing.The restored capacity reduced the workload on the other premises,thus mitigated the risk of machine fatigue and fire hazard.



ANNUAL REPORT 2018

# STATEMENT ON MANAGEMENT DISCUSSION AND ANALYSIS



The Group's revenue was wholly generated from the sales of furniture products. In the current year, the Group's revenue registered at RM801 million, an increase of RM83 million (12%) compared with RM718 million for 2017.

## REVIEW OF BUSINESS OPERATIONS

The Group has anticipated the constraint in the factory operation floor if business continue to grow at the current pace. In view of that, in the current year, three (3) pieces of freehold agricultural lands were acquired by Favourite Design Sdn Bhd and KejoraJuara Sdn Bhd for a cash consideration of RM1,522,422 and RM 6,300,475 respectively. We are currently applying to the relevant authorities for the land conversion from agricultural to light industry use to cater for future expansion.

We worked closely with our major suppliers and subcontractors for the stable supply of raw materials. We made arrangements with suppliers by given advances or enter into contracts for the supply of certain sizes of wood or board to ensure availability and price stability. The production controllers acted as coordinators with suppliers and subcontractors for the delivery of materials or parts based on production schedule to ensure optimize material handling and movement in production floor and minimize storage requirements.

## REVIEW OF FINANCIAL RESULTS

### Financial data at a glance

| REVENUE | | EARNING PER SHARE | |
|---|---|---|---|
| | +12% | | -8 Sen |
| RM801 M | (2017:RM 718 M) | 32 Sen | (2017: 40 Sen) |

| PROFIT BEFORE TAX | | NET ASSETS PER SHARE | |
|---|---|---|---|
| | -22% | | +21 Sen |
| RM73 M | (2017: RM 93 M) | 181 Sen | (2017: 160 Sen) |

| PROFIT AFTER TAX | | RETURN ON EQUITY | |
|---|---|---|---|
| | -18% | | -10% |
| RM 58 M | (2017: RM 71 M) | 22% | (2017: 32%) |

Retrieved from https://dailyranks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation -

**ANNUAL** REPORT 2018

# STATEMENT ON MANAGEMENT DISCUSSION AND ANALYSIS

## REVIEW OF FINANCIAL RESULTS

### Revenue

The Group's revenue was wholly generated from the sales of furniture products. In the current year, the Group's revenue registered at RM801 million, an increase of RM83 million (12%) compared with RM718 million for 2017.

Bedding products and sofa set were the two major product lines that registered strong growth in revenue, with growth of 22% and 335% respectively whereas dining and office furniture declined by 5%. Overall export sales in USD term grew 21% from USD 158 million in 2017 to USD 192 million. However the depreciation of US Dollar against the Ringgit Malaysian in the first half of year 2018 had offset partially the increases in revenue. The average conversion rate in 2018 was at 4.03 as compared to 4.28 in 2017, depreciated 5.8%. Local sales decreased 1.7% against total sales for 2018.

### Manufacturing Costs

The Group's cost of sales for the current year recorded at RM664 million, increased 19% from RM559 million in the previous year. The raw materials cost incurred amounted to RM461 million, increased 20% as compared to last year of RM385 million. This increase was in line with the increase in sales volume and escalation of certain raw materials cost such as board/wood and packing materials. The direct labour and subcontractors charges continued to rise from RM132 million to RM158 million, increased about 20% which was consistent with the growth in revenue and the upward price adjustment from sub-contractors. About 85% of the increase was from the sub-contractors charges as the Group continues to face workers shortage problem.Production overheads were slightly higher, increased RM3 million due to payment of foreign workers levy amounted to RM3.9 million in 2018.

The gross profit for 2018 fell 5% from 22% of last year to 17% were mainly due to depreciation of USD against RM, and higher operating costs due to higher material, labour and overhead costs.

### Other Income

The other income mainly comprises of bank interest income of RM2 million (2017: RM3.2 million).



Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT 2018**

## STATEMENT ON MANAGEMENT DISCUSSION AND ANALYSIS

### REVIEW OF FINANCIAL RESULTS

#### Operating Expenses

The operating costs comprised of administration, selling and  other expenses recorded at RM66 million, decreased 11% as compared to 2017 of RM74 million.  The selling and distribution cost increased from RM 29 million to RM 34 million, up 17% which was in line with the increased in sales volume. However the increase was offset by the lower foreign currency translation loss of RM927,244 (2017:RM7.9 million), fair value changes of biological asset of RM797,589 (2017: RM1.90 million) as well as a 2017 exceptional expense of about RM3.91 million of assets written off due to fire incident.

#### Profit from operations

As a result of the overall impact of the higher operating costs mainly from raw materials and labour cost coupled with the depreciation of USD against RM, the Group's profit before tax recorded at RM73 million which was 22% lower than RM93 millionin 2017.

#### Taxation

The effective tax rate of the Group for the financial year ended 31 December 2018 was at 21%. In the current year, the total export incentive allowance claimed was at RM15 millioncompared to 2017 of RM10 million due to higher export achieved in certain subsidiary companies. As at to date, the Group has the unused agricultural allowances and unused tax losses of RM6 million and RM 3 million respectively.

#### Liquidity and capital resources

The closing cash and cash equivalents amounted to RM73 million, decreased RM12 million from year 2017 of RM85 million. The Group generated higher cash position from operation of RM86 million compared to last year of RM 57 million due to better working capital management especially in the inventory holding period and trade debtors management.The net cash generated from operating activities of RM67million of which RM20 million was used for capital expenditure , purchase of trust fund of RM18 million and RM37 million for payment of dividends.

#### Gearing ratio

The Group total loans and bank borrowings decreased from RM 38 million as at 31 December 2017 to RM 29 million as at 31 December 2018. The decrease was mainly due to the reduction of the Group's trade financing facilities as more surplus cash from operation was used to fund the working capital requirements.

The Group's gearing ratio still maintains at a healthier level of 0.094 (2017:0.13)



LII HEN INDUSTRIES BHD (305471-D)

Filed By: renee@lilygroups.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

**ANNUAL REPORT** 2018

# STATEMENT ON MANAGEMENT DISCUSSION AND ANALYSIS

We will be deployed internally to improve our products quality,
offer innovative product design, timely delivery,
maintain good rapport with customers.
The Group continuously seeks to expand its
customer base to reduce reliance on single
region or single buyer.



### A NTICIPATED OR KNOWN RISKS

The Group has established an ongoing process for identifying, evaluating and managing the significant risks faced by the Group. In view of the current world economic landscape, the Group broadly identified the key risk into external and internal factors. LHIB exports 97% of its products worldwide especially to the Northern America region.Therefore any slow-down in the general economies and any changes in the foreign government laws and regulations of these countries will have a significant impact on the Group's business performance. However the external risk factors are beyond the Group's control. Therefore, more efforts will be deployed internally to improve our products quality, offer innovative product design, timely delivery, maintain good rapport with customers and offer competitive pricing without jeopardizing the Group's bottom line. The Group continuously seeks to expand its customer base to reduce reliance on single region or single buyer.

In the local front, the Group has identified the following risks that might deter the Group from achieving its goal and objective:-

### Labour Shortage

The shortage of man power continued to be the main issue faced by the furniture industry. Any changes in government policy associated with foreign workers eg restrictions on employment of foreign workers or increase in the foreign workers levy could affect the Group's operation and business performance.The Group relies heavily on sub-contractors to provide certain labour intensive services in order to mitigate the risk of labour shortage.

### Foreign Currency Exchange Rate

The Group is exposed to foreign currency risk on sales that are denominated in foreign currency other than the functional currency. The uncertainty on the movement of US Dollar against RM has posed a material impact on the Group's earnings, performance, financial condition and liquidity. However approved hedging policy and costing mechanism are in place to monitor currency fluctuation to maintain the Group's profitability.

### Availability and cost of raw materials

The main raw materials that used in the manufacturing of the furniture products are mainly wood that comprises of solid wood, particleboard, veneers, MDF, plywood, pine wood and oak wood and other materials like finishing materials and carton boxes which are sensitive to the prices of the commodities such as lumber, crude oils and papers.

The Group source the materials from its vendors without any long term supply arrangements, therefore any disruption in the supply chain will affect the Group abilities to meet customer demand. The raw materials constitute the main bulk of our total cost of sales, any substantial increase in price will have an adverse impact on the Group's profitability if we are unable to pass down the cost to our customers.

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## STATEMENT ON MANAGEMENT DISCUSSION AND ANALYSIS



To continue to strengthen our market position through new product development, innovation and adoption of new technologies to enhance operational processes.

### DIVIDENDS

The Group does not have a fixed dividend policy, however, the Group has continued its commitment to pay dividends to its shareholders. In 2018, the Group had declared and paid four quarterly interim single tier dividends amounting to RM21 million. The Board is also pleased to propose a final single tier dividend of 3 sen, amounting to RM5.4 million for the financial year ended 31 December 2018. The total paid and proposed dividends for this financial year represent a distribution of 45% (2017: 58%) of the Group's consolidated net profit after tax.

The final dividend so proposed will be tabled for approval by the shareholders at the forthcoming 25th Annual General Meeting to be convened on 12nd June 2019.



Retrieved from dailystocks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL** REPORT 2018

## STATEMENT ON MANAGEMENT DISCUSSION AND ANALYSIS

### PROSPECTS

The global economy is projected to grow at 3.5 percent in 2019, 0.2 percentage point below the last October's projections. The 2019 global growth forecast had been revised downward, partly because of the negative effects of tariff increases enacted in the United States and China earlier that year and a further downward revision since October in part reflects from the softer momentum in the second half of 2018.

The key sources of risk to the global outlook is the outcome of the trade negotiations and the direction financial conditions will take in months ahead. Due to the difficulties in the negotiation process, the global trade, investment, and output remain under threat from policy uncertainty. Failure to resolve differences would resulting increase in tariff barriers which would lead to higher costs of imported goods and concerns over escalation and retaliation would lower business investment, disrupt supply chains, and slow productivity growth. Another source of risk is a deeper than envisaged slowdown in China, with negative implications for trading partners and global commodity prices.

Against this challenging backdrop, downside risks have become more acute. The Group is mindful of the challenges lying ahead for 2019 especially the pricing of our products due to competitive pricing, particularly the competition from Vietnam intensified.The escalating of production costs especially in materials and wages, coupled with the recent fluctuation of USD against RM will definitely pose uncertainty to the Group's earning.To mitigate the inevitable cost escalation and inflationary pressures, steps will be taken to invest in upgrading on certain automated production line to mitigate labour shortage and improve production efficiency. The Group works closely with customers to explore cost savings designs and construction methodology at the product's development stage to ensure cost effectiveness and maintaining highest quality values.

With the initiatives and efforts to achieve the corporate objective, the Group is expected to continue to be profitable for the years to come.

### MOVING FORWARD

Moving forward into year 2019, the key focus of the Group is to continue to strengthen our market position through new product development, innovation and adoption of new technologies to enhance operational processes.



Barcode:3886371-01 A-570-106 INV - Investigation -

ANNUAL REPORT 2018



REVENUE




PROFIT BEFORE TAXATION



NET EARNINGS PER SHARE



NET ASSETS PER SHARE

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## GROUP FINANCIAL HIGHLIGHTS

| Financial Year | 2014 RM'000 | 2015 RM'000 | 2016 RM'000 | 2017 RM'000 | 2018 RM'000 |
|---|---|---|---|---|---|
| Revenue | 397,928 | 546,866 | 623,460 | 717,535 | 801,219 |
| Profit before taxation | 35,696 | 72,083 | 93,574 | 92,808 | 72,932 |
| Profit after taxation | 28,125 | 57,207 | 73,130 | 70,730 | 57,853 |
| Profit attributable to the owners of the Company | 28,266 | 57,603 | 73,274 | 71,548 | 57,164 |
| | | | | | |
| Total assets | 276,381 | 339,118 | 388,230 | 422,738 | 456,121 |
| Equity attributable to the owners of the Company | 190,643 | 230,228 | 264,024 | 288,773 | 325,993 |
| Net debts | 29,076 | 30,683 | 37,299 | 38,441 | 29,200 |
| Total equity | 190,654 | 229,876 | 264,131 | 288,061 | 325,971 |
| | | | | | |
| Gearing ratio(net debts/total equity) | 0.15 | 0.13 | 0.14 | 0.13 | 0.09 |
| Dividend per share(sen) | 6 | 17 | 22 | 26 | 21 |
| *Net earnings per share (sen) | 16 | 32 | 41 | 40 | 32 |
| *Net assets per share (sen) | 106 | 128 | 147 | 160 | 181 |



Filed By: leslie.bailey@apks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT 2018**

## CORPORATE STRUCTURE



LII HEN INDUSTRIES BHD (Redactedbdailygeeks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL** REPORT **2018**

# NOTICE OF ANNUAL GENERAL MEETING

NOTICE IS HEREBY GIVEN that the Twenty Fifth (25th) Annual General Meeting of Lii Hen Industries Bhd. will be held at Classic 1, Ballroom, Classic Hotel, No.69, Jalan Ali, 84000 Muar, Johor Darul Takzim on Wednesday, 12 June 2019  at 11.30 a.m. for the following purposes:

## AS ORDINARY BUSINESS

1. To lay before the meeting the Audited Financial Statements for the financial year ended 31 December 2018 and the Reports of the Directors and Auditors thereon.
   *(Please refer  to Note 2)*

2. To sanction the declaration of a final single tier dividend of 3 sen per share for the financial year ended 31 December 2018.
   *(Ordinary Resolution 1)*

3. To re-elect the following Directors who retire pursuant to the Company's Articles of Association:

   | | | |
   |---|---|---|
   | (a) | Mr. Tan Bee Eng | Article 83 | *(Ordinary Resolution 2)* |
   | (b) | Mr. Chua Yong Haup | Article 83 | *(Ordinary Resolution 3)* |
   | (c) | Mr. Chik Chan Chee @ Cheok Chan Chee | Article 90 | *(Ordinary Resolution 4)* |

4. To approve the following payments to Directors:

   (a) Directors' fees of RM37,500 in respect of the financial year ended 31 December 2018; and
   *(Ordinary Resolution 5)*

   (b) Directors' benefits (excluding fees) to the Independent Non-Executive Directors up to an amount of RM400,000  from 13 June 2019 until the next Annual General Meeting of the Company.
   *(Ordinary Resolution 6)*

5. To appoint Messrs. Peter Chong & Co. as Auditors of the Company in place of the retiring Auditors, Messrs John Lim & Associates and to authorise the Directors to fix their remuneration. *(Please refer to Note 5)*
   *(Ordinary Resolution 7)*

## AS SPECIAL BUSINESS

To consider and if thought fit, to pass the following resolutions with or without any modifications as **Ordinary Resolutions:**

6. **Power to issue Shares pursuant to Section 75 and 76 of the Companies Act, 2016**

   "THAT subject always to the Companies Act, 2016 ('the Act"), and the approvals of the relevant governmental and/or regulatory authorities, the Directors be and are hereby empowered, pursuant to Section 75 and 76 of the  Act,  to issue shares in the Company from time to time upon such terms and conditions and for such purposes and to such person or persons whomsoever as the Directors may, in their absolute discretion, deem fit, provided that the aggregate number of shares issued pursuant to this resolution in any one financial year does not exceed 10% of the issued share capital of the Company for the time being and that the Directors be and are also empowered to obtain the approval from the Bursa Malaysia Securities  Berhad for the listing of and quotation for the additional shares so issued and that such authority shall continue in force until the conclusion of the next Annual General Meeting of the Company."
   *(Ordinary Resolution 8)*

ANNUAL REPORT 2018

# NOTICE OF ANNUAL GENERAL MEETING

7.  **Proposed Renewal of Shareholders' Mandate for Recurrent Related Party Transactions of a Revenue or Trading Nature pursuant to paragraph 10.09 of the Bursa Securities Main Market Listing Requirements**

"THAT, subject to the Companies Act, 2016 ("the Act"), the Memorandum and Articles of Association of the Company and the Main Market Listing Requirements of Bursa Malaysia, approval be and is hereby given for the subsidiaries of the Company to enter into recurrent related party transactions of a revenue or trading nature as set out in Section 2.2 of the Circular to Shareholders dated 29 April 2019, which are necessary for the day-to-day operations of the Company and/or its subsidiaries in the ordinary course of business, at arm's length, on normal commercial terms and on terms not more favourable to the related parties, than those generally available to the public and which are not detrimental to the minority shareholders of the Company;

AND THAT such approval shall continue to be in force until the conclusion of the next Annual General Meeting ("AGM") of the Company at which time it will lapse unless the authority is renewed by a resolution at the next AGM, or at the expiration of the period within which the next AGM of the Company is required to be held under the Section 340(2) of the Act (excluding any extension of such period as may be allowed under Section 340(4) of the Act), or revoked or varied by resolution passed by the shareholders in a general meeting; whichever is earlier; and

AND FURTHER THAT the Directors of the Company be and are hereby authorised to complete and do all such acts and things (including executing all such documents as may be required) as they may consider expedient or necessary to give effect to the Mandate."

*(Ordinary Resolution 9)*

To consider and if thought fit, to pass the following resolution with or without any modifications as **Special Resolution:**

8.  Proposed Adoption of New Constitution

"THAT approval be and is hereby granted to the Company to revoke its existing Memorandum and Articles of Association with immediate effect and in place thereof, the proposed new Constitution of the Company be and is hereby adopted as the Constitution of the Company.; and

AND FURTHER THAT the Directors of the Company be and are hereby authorised to assent to any modifications, variations and/or amendments as may be required by any relevant authorities, and to all such acts and things and take all such steps as may be considered necessary to give full effect to the foregoing."

*(Special Resolution)*

9.  To consider any other business of which due notice shall have been given in accordance with the Companies Act, 2016 and the Articles of Association of the Company.

Retrieved from dailysparks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

**ANNUAL REPORT 2018**

# NOTICE OF ANNUAL GENERAL MEETING

## NOTICE OF ENTITLEMENT DATE AND DIVIDEND PAYMENT

**NOTICE IS ALSO HEREBY GIVEN** that a final single tier dividend of 3 sen per share in respect of the financial year ended 31 December 2018, if approved by members at the Twenty Fifth (25th) Annual General Meeting on 12 June 2019 will be paid on 19 July 2019 to Depositors registered in the Records of Depositors at the close of business on 05 July 2019.

A Depositor shall qualify for entitlement only in respect of:

(a)     Shares transferred into the Depositor's Securities Account before 4.00 p.m. on 05 July 2019  in respect of ordinary transfers; and

(b)     Shares bought on the Bursa Malaysia Securities Berhad on a cum entitlement basis according to the Rules of the Bursa Malaysia Securities Berhad.


By Order of the Board

Tan Wang Giap (MACS 00523)
Company Secretary

Muar, Johor Darul Takzim
29 April 2019


## Notes:

1.     **Proxy**

a)     A member entitled to attend, participate, speak and vote at the Meeting is entitled to appoint one (1) or more proxies to attend and vote in his/her stead. Where a member appoints more than one (1) proxy, the appointment shall be invalid unless the member specifies the proportions of his/her holding to be represented by each proxy.

b)     A proxy need not be a member of the Company and there shall be no restriction as to the qualification of the proxy.

c)     Where a member of the Company is an exempt authorised nominee as defined under the Securities Industry (Central Depositories) Act, 1991 which holds ordinary shares in the Company for multiple beneficial owners in one securities account ("omnibus account"), there is no limit to the number of proxies which the exempt authorised nominee may appoint in respect of each omnibus account it holds.

d)     The instrument appointing a proxy in the case of any individual shall be signed by the appointor or his/her attorney duly authorised in writing and in the case of a corporation under its common seal or under the hand of an officer or attorney duly authorised.

e)     In the event the member(s) duly exercises the form of proxy but does not name any proxy, such member(s) shall be deemed to have appointed the Chairman of 25th AGM as his/her proxy, provided always that the rest of the form of proxy, other than the particulars of the proxy, have been duly completed by the member(s).

f)     To be valid the proxy form must be duly completed and deposited at the Registered Office of the Company, No. 67, 3rd Floor, Jalan Ali, 84000 Muar, Johor Darul Takzim, not less than twenty four (24) hours before the time for taking of the poll and any alteration to the proxy form must be initialed.

g)     Only members whose names appear in the Record of Depositors on 3 June 2019 (General Meeting Record of Depositors) shall be entitled to attend, participate, speak and vote at this 25th AGM or appoint proxies to attend, participate, speak and vote on their behalf.

Barcode:3886371-01 A-570-106 INV - Investigation   -

**ANNUAL** REPORT 2018

# NOTICE OF ANNUAL GENERAL MEETING

Notes:  - Continued

2.      **Audited Financial Statements for the financial year ended 31 December 2018**

        The audited financial statements are laid for discussion only as it is not a business which requires shareholders' approval pursuant to Section 340(1)(a) of the Companies Act, 2016. Hence, this matter will not be put for voting.

3.      **Ordinary Resolution 2-4**

        Article 83 of the Articles of Association of the Company provides that one-third (1/3) of the Directors of the Company for the time being shall retire by rotation at an AGM of the Company. With the current board size of eight (8), two (2) Directors need to retire at 25th AGM, after excluding Mr. Chik Chan Chee @ Cheok Chan Chee who retires under Article 90 of the Articles of Association.

        For the purpose of determining the eligibility of the Directors to stand for re-election at the 25th AGM, the Nomination Committee ("NC") has assessed each of the retiring Directors. The Board had on 28 March 2019 endorsed NC's recommendation for Messrs. Tan Bee Eng, Chua Yong Haup and Chik Chan Chee @ Cheok Chan Chee to stand for re-election. It is based on Mr. Tan's and Mr. Chua's well experience in furniture industry and Mr. Chik's well experience in accountancy industry and corporate affair.

        And also based on the Directors' Self and Peer Assessment, it is concluded that the above individual Directors met the performance criteria required of an effective and high performance Board.

4.      **Ordinary Resolution 5 & 6**

        Section 230(1) of the Companies Act, 2016 provides amongst others, that the fees of the Directors and any benefits available to the Directors of a listed company shall be approved at a general meeting. In this respect, the Board wishes to seek shareholders' approval for the payments to Directors at the 25th AGM in two (2) separate resolutions.

        Resolution 5      -   A fee of RM5,000 per Director on yearly basis; and

        Resolution 6      - Monthly allowance of RM3,500 per Independent Non-Executive Director ("INED") and  travelling allowance of RM350 to RM500 per meeting per INED, and assuming that all INED will hold office until the conclusion of the next AGM.  The Board is of the view that it is just and equitable for the INED to be paid the Directors' allowance (excluding fees) on monthly basis and/or as and when incurred, particularly after they have discharged their responsibilities and rendered their services to the Company throughout the period.

5.      **Ordinary Resolution 7**

        The Company's existing Auditors, Messrs. John Lim & Associates("JLA"), were re-appointed as the Auditors of the Company at the Twenty Fourth (24th) AGM of the Company held on 13 June 2018 to hold office until the conclusion of the forthcoming 25th AGM. JLA have opted for not to renew their registration with Audit Oversight Board ("AOB")after expiry of their license. It is due  to one of the new criteria for registration with the AOB i.e. The audit firm with the AOB shall ensure that all its audit partners registered with AOB are attached to only one firm at all times.

        The Audit Committee ("AC") had undertaken an assessment of the qualification and capabilities of Messrs. Peter Chong & CO. ("PCC"). Based on the outcome of the assessment, the Board had on 28 March 2019 endorsed AC's recommendation for shareholders' approval to be sought for the appointment of PCC as the Auditors of the Company, at the 25th AGM.

Filed By: hong@dailyworks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

ANNUAL REPORT 2018

Notes:  - Continued

6.      **Ordinary Resolution 8**

This proposed ordinary resolution is pursuant to Section 75 & 76 of the CA, if passed, will empower the Directors of the Company to issue and allot shares in the Company from time to time and for such purpose as the Directors consider would be in the interest of the Company.  This authority, unless revoked or varied by the Company in general meeting, will expire at the next AGM of the Company. This is the renewal of the mandate obtained from the members on the last AGM ("the previous mandate"). The previous mandate was not utilised and accordingly no proceeds were raised. The renewed mandate will provide flexibility to the Company for any possible fund raising activities, including but not limited to placing of shares for purpose of funding future investment project(s), working capital and/ or acquisitions.

7.      **Ordinary Resolution 9**

The proposed ordinary resolution under item 7, if passed, will authorise the subsidiaries of the Company to enter into recurrent related party transactions of a revenue or trading nature which are necessary for day-to-day operations of the subsidiaries of the Company, subject to the transactions being in the ordinary course of business and on normal commercial terms which are not more favourable to the related parties than those generally available to the public and are not  detrimental to  the  minority shareholders of the Company. Further information is set out in Part A of the Circular to Shareholders dated 29 April 2019 which is dispatched together with the Annual Report 2018.

8.      **Special Resolution**

The proposed Special Resolution, if passed, will align the Constitution of the Company with the Act, the updated provisions of the Main Market Listing Requirements of Bursa Malaysia and the prevailing statutory and regulatory requirements applicable to the Company.

Further information is set out in Part B of the Circular to Shareholders dated 29 April 2019 which is dispatched together with the Annual Report 2018.

9.      **Vote by Poll**

Pursuant to Paragraph 8.29A(1) of the Main Market Listing Requirements of Bursa Malaysia,  the resolutions No.1 to No 10 set out in this Notice shall be put to vote by poll.

## Statement Accompanying Notice of annual General Meeting
(Pursuant to Paragraph 8.27(2) of the Bursa Securities Main Market Listing Requirements)

1.      **Further details of individuals who are standing for election as Director (excluding Directors standing for re-election)**

There is no person seeking for election as Director of the Company at the Twenty Fifth (25th) Annual General Meeting.

2.      **General mandate for issue of shares**

Information as prescribed under paragraph 6.03(3) of the Listing Requirements of Bursa Malaysia relating to general mandate for issue of shares is disclosed in note 6 above.

Barcode:3886371-01 A-570-106 INV - Investigation   -

ANNUAL REPORT **2018**

# CORPORATE INFORMATION

**DIRECTORS:**

Lan Haw Chong @ Lau Haw Chong Independent Non-Executive Chairman
Chua Yong Haup Managing Director
Chua Lee Seng Executive Director
Tok Heng Leong Executive Director
Tan Bee Eng Executive Director
Chan Wah Chong Independent Non-Executive Director
Dato' Mustapha Bin Abd Hamid Independent Non-Executive Director
Chik Chan Chee @ Cheok Chan Chee Independent Non-Executive Director

**AUDIT COMMITTEE:**

Chan Wah Chong Committee Chairman
Lan Haw Chong @ Lau Haw Chong
Dato' Mustapha Bin Abd Hamid
Chik Chan Chee @ Cheok Chan Chee

**NOMINATION COMMITTEE:**

Lan Haw Chong @ Lau Haw Chong Committee Chairman
Chan Wah Chong
Dato' Mustapha Bin Abd Hamid
Chik Chan Chee @ Cheok Chan Chee

**REMUNERATION COMMITTEE:**

Dato' Mustapha Bin Abd Hamid Committee Chairman
Chan Wah Chong
Lan Haw Chong @ Lau Haw Chong
Chik Chan Chee @ Cheok Chan Chee

**RISK OVERSIGHT COMMITTEE:**

Chan Wah Chong Committee Chairman
Lan Haw Chong @ Lau Haw Chong
Dato' Mustapha Bin Abdul Hamid
Chik Chan Chee @ Cheok Chan Chee

**SECRETARY:**

Tan Wang Giap MACS 00523

**AUDITORS:**

John Lim & Associates A.F. No. 0393
Chartered Accountants

**PRINCIPAL BANKERS:**

OCBC Bank (Malaysia) Berhad
HSBC Bank Malaysia Berhad
Malayan Banking Berhad

**SOLICITORS:**

Iza Ng Yeoh & Kit
K. H. Tan & Co.

**REGISTRARS:**

Plantation Agencies Sdn Berhad
3rd Floor
2 Lebuh Pantai
10300 Georgetown
Penang
Tel: 04-2625333    Fax: 04-2622018

**REGISTERED OFFICE:**

67, 3rd Floor
Jalan Ali
84000 Muar, Johor Darul Takzim
Tel: 06-9541818    Fax: 06-9525823

**PRINCIPAL PLACE  OF BUSINESS:**

Plo 43, Kawasan Perindustrian Bukit Pasir
Jalan Raja, Mukim Sungai Raya
84300 Bukit Pasir
Muar, Johor Darul Takzim
Tel: 06-9857202    Fax: 06-9857818
Email: lhib@liihenfurniture.com

**STOCK EXCHANGE LISTING:**

Main Market of the Bursa Malaysia Securities Berhad

**WEBSITE:**

www.liihenfurniture.com

18    LII HEN INDUSTRIES BHD
Retrieved from: dailysparks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL** REPORT **2018**

# PROFILE OF DIRECTORS

## MR CHUA LEE SENG
Executive Director

Mr Chua Lee Seng, male, 69 , a Malaysian, was appointed to the Board of Lii Hen Industries Berhad (LHIB) on 24 May 1994 as its Chairman and Managing Director. On 26th August 2006, he was appointed as an Executive Chairman of the Group. To be in line with the recommendations of the Malaysian Code on Corporate Governance 2012 to reinforce the principle of independence, on 23 February 2013, he was re-designated and appointed as the Executive Director of the Board.

Mr Chua was the President of The Muar Furniture Association since 2003 and retired on 28th February 2009.

He began his working career as an apprentice after completing his Senior Middle Three Diploma in Chung Hwa High School, Muar in 1968. He set up Oasis Furniture, a partnership involved in furniture manufacturing in 1976. Thereafter, in 1979, he set up Seng Heng Furniture with three partners to manufacture sofas and dining furniture for the local market. He was the co-founder of Lii Hen Furniture Sdn Bhd and CT Haup Heng Sdn Bhd.

On 30 November 2007, Mr Chua resigned from the Audit Committee in order to comply with the 15.10 of the amended Listing Requirements of Bursa Malaysia Securities Bhd in relation to corporate governance.

He is not a director of any other public company.

He is a brother in law of Mr Tok Heng Leong and uncle of Mr Chua Yong Haup.

## MR CHUA YONG HAUP
Managing Director

Mr Chua Yong Haup, male, aged 52, a Malaysian, was appointed to the Board of LHIB on 30 December 1999. On 26th August 2006, he was appointed as the Managing Director of the Group.

He began his working career as an apprentice in Seng Heng Furniture in 1981. Later he joined Hong Kong Teak, a company principally involving in furniture manufacturing as a supervisor in the Research and Development Division and established Hup Heng Furniture in 1989. He is also the co-founder and Director of CT Haup Heng Sdn Bhd since 12 September 1992. Mr Chua now leads the Group in the areas of strategic planning, business development and he also involves in the daily operation of the Group.

He is not a director of any other public company.

He is a nephew to Mr Chua Lee Seng.

## MR TAN BEE ENG
Executive Director

Mr Tan Bee Eng, male, aged 61, a Malaysian, was appointed to the Board of LHIB on 30 December 1999. He commenced his career as an apprentice with a woodworking company in Singapore in 1971. Upon his return to Muar in 1976, he joined Wong Kam Chin Perabut Sdn Bhd as a production operator. He then entered into partnership under Hup Cheong Furniture in 1980 and subsequently set up Eng Furniture Industries in 1989. He was appointed as Director of EF Furniture Sdn Bhd on 21 November 1992.

He is not a director of any other public company

He has no family relationship with any other Directors or major shareholders of the Company.

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL** REPORT **2018**

# PROFILE OF DIRECTORS

## MR TOK HENG LEONG
Executive Director

Mr Tok Heng Leong, male, aged 62, a Malaysian, was appointed to the Board of LHIB on 24 May 1994. He began his career in 1973 as an apprentice with a company involved in the manufacture of household furniture for government schools. In 1979, he set up Seng Heng Furniture with three partners to manufacture sofas and dining furniture for the local market. He is also the co-founder and Director of Lii Hen Furniture Sdn Bhd.

He is not a director of any other public company.

He is a brother in law to Mr Chua Lee Seng.

## MR LAN HAW CHONG @ LAU HAW CHONG
Independent Non Executive Chairman

Mr Lau Haw Chong, male,  67, a Malaysian, was appointed to the Board of LHIB on 12 September 2013. He is a Chartered Accountant of the Malaysian Institute of Accountants, Fellow member of the Malaysian Association of Company Secretaries, Malaysian Institute of Chartered Company Secretaries and the Chartered Tax Institute of Malaysia.

Mr Lau had been involved in professional association activities and he had represented the various associations in consultative meetings/ dialogues with the Companies Commission of Malaysia, Ministry of Finance Malaysia, Malaysia Department of Insolvency, Inland Revenue Board of Malaysia, Royal Malaysian Customs Department and other Government departments and Agencies. He was formerly a Council member and President of the Malaysian Association of Company Secretaries.

He is a Chairman of the Nomination Committee and member to the Audit Committee, Remuneration Committee and Risk Oversight Committee.

He is not a director of any other public company.

He does not have any family relationship with other Directors or major shareholders of the Company.

Retrieved from dailogapks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

**ANNUAL** REPORT **2018**

# PROFILE OF DIRECTORS

## MR CHAN WAH CHONG
### Independent Non Executive Director

Mr Chan Wah Chong, male, aged 55, a Malaysian, was appointed to the Board of LHIB on 12 September 2013. He has been a qualified member of the Malaysian Institute of Certified Public Accountants since 1994.

He started his career in accountancy with Ernst & Young, an international accounting firm for 6 years before joining a local medium size audit firm as a senior staff for a year. He then joined a local pharmaceutical manufacturing concern as Corporate Finance Manager which he left after one and half years to join a startup medical trading company as its Finance Director. He is presently running his own corporate advisory company. He also holds directorship positions in several other private limited companies.

He is Chairman of the Risk Oversight Committee and during the year he is re-designated as the Chairman of the Audit Committee. He relinquished the Chairmanship of the Remuneration Committee and re-designated as a member. He is a member of the Nomination Committee for the Board of LHIB. He is appointed to be the Senior Independent Director.

He also sits on the Board of SLP Resources Berhad, a public company listed on Main Market of Bursa Malaysia Securities Berhad.

He is appointed to the Board of Tropical Canning (Thailand) Public Company Limited, a Company listed on the Stock Exchange of Thailand on September 23, 2018.

He does not have any family relationship with any other Directors and/or major shareholders of the Company.

## DATO' MUSTAPHA BIN ABD HAMID
### Independent & Non Executive Director

Dato' Mustapha bin Abd Hamid, male, age 66, a Malaysian, was appointed to the Board on 1 September 2016. Dato' started his career as an Administrative and Diplomatic Officer in the Prime Minister's Department and was posted as the First Secretary of the Malaysian Embassy in Paris, France (1982-1985). During his 16 years in the public service sector, he was also the Consul of Consulate General Malaysia in Medan, Indonesia (1990 -1993) and the Principal Assistant Director in the Prime Minister's Department (1993-1994).

In April 2018, Dato's Mustapha was made the Chancellor at Saito University College and was bestowed an Honorary Doctorate in Education.

He is currently sits on the board of Berjaya Food Berhad and Teo Guan Lee Corporation Berhad.

He is the Chairman of the Remuneration Committee and member to the Audit Committee, Nomination Committee and Risk Oversight Committee.

He does not have any family relationship with other Directors and/or major shareholders of the Company.

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## PROFILE OF DIRECTORS

### MR CHIK CHAN CHEE @ CHEOK CHAN CHEE
Independent Non-Executive Director

Mr Chik Chan Chee, a male Malaysian aged 65, was appointed to the board on 13th June 2018. He holds a Bachelor of Economics (Hons) from University of Malaya. Qualified from the institute of Cost & Management Accountants UK, he is a Chartered Accountant with the Malaysian Institute of Accountants. He had worked as Chief Financial Officer with several public listed companies.

He is a member of the Audit Committee, Risk Oversight Committee, Remuneration Committee and Nomination Committee of the Company.

He is the Chairman of the Board of Trustees of the Malaysian Rubber Export Promotion Council and a director of a private limited company providing corporate advisory services.

He is not a director of any other public company.

He does not have any family relationship with other directors and/or major shareholders of the Company.

Filed By: maria.tan@dailynews.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

ANNUAL REPORT **2018**

# PROFILE OF KEY SENIOR MANAGEMENT

## MR NEOH CHER LEONG
### Executive Director Of EF Furniture Sdn Bhd

Mr Neoh Cher Leong, male, aged 61 a Malaysian, was appointed as Director to EF Furniture Sdn Bhd on 21 November 1992. He commenced his career as a shopkeeper in a grocery shop in Singapore after his graduation from primary school in 1970. Upon his return to Muar in 1973, he worked in Neo Nam Bee furniture store. He later entered into partnership with Mr Tan Bee Eng to form Hup Cheong Furniture in 1980. He was the co-founder and Director of EF Furniture Sdn Bhd.

Mr Neoh currently involves in Group's procurement activities.

He is not a director of any public company.

He is brother in law to Mr Tan Bee Eng.

## MR TOK SOON HING
### Executive Director Of Mayteck Kilang Kayu Dan Perabut Sdn Bhd

Mr Tok Soon Hing, male, aged 52, a Malaysian, was appointed as Director of Mayteck Kilang Kayu Dan Perabut Sdn Bhd on 1 July 2005. He commenced his career as an apprentice in Lii Hen Furniture Sdn Bhd in 1985. In 1989, he established Hup Heng Furniture with Mr Chua Yong Haup. He was the co-founder and Director of CT Haup Heng Sdn Bhd since 2 September 1992.

Mr Tok currently manages the daily operation of Mayteck Kilang Kayu Dan Perabut Sdn Bhd.

He is not a director of any public company.

He is brother to Mr Tok Heng Leong and brother in law to Mr Chua Lee Seng.

## MR CHUA YONG HOCK
### Executive Director Of Favourite Design Sdn Bhd

Mr Chua Yong Hock, male, aged 45, a Malaysian, was appointed as Director of Favourite Design Sdn Bhd in 1993. He worked in a sofa factory in Johor Bahru before joining Lii Hen Furniture Sdn Bhd as an apprentice. He was the co-founder and Director of Favourite Design Sdn Bhd since 1993. Mr Chua currently manages the daily operation of Favourite Design Sdn Bhd, the major contributor to the Group's revenue.

He is not a director of any public company.

He is brother to Mr Chua Yong Haup and nephew to Mr Chua Lee Seng.

Barcode:3886371-01 A-570-106 INV - Investigation   -

**ANNUAL** REPORT **2018**

# PROFILE OF KEY SENIOR MANAGEMENT

### MDM LYDIA SIM LEE HEA
Group Senior Manager Of Corporate & Finance

Mdm Sim Lee Hea, female, aged 56, a Malaysian. She is an qualified member of ACCA and member of the Malaysian Institute of Accountants (MIA) since 1991. She is currently supervising the accounting, financial and corporate aspects of the Group.

She has many years of experience in the fields of accounting, audit, taxation and corporate finance. She started her career in Ling Kam Hong & co as an audit junior in 1987 for 2 years before pursuing her studies to United Kingdom. While in London, she joined some local audit firms in carrying out accounting and audit works. Upon her return to Malaysia, she joined BDO Binder, Kuala Lumpur in 1991 before returning to Muar in 1994. She joined one of the furniture manufacturers in Muar in 1994 as a Group Accountant to assist the company in the IPO application. Later in 2001, she joined LHIB as Group Finance Manager and subsequently appointed as Group Senior Manager of Corporate & Finance.

She is not a director of any public company.

She does not have any family relationship with any other Directors and/or majorshareholders of the Company.

### MDM TOK SIEW TIN
Group Marketing Manager

Mdm Tok Siew Tin, female, aged 49, a Malaysian, was appointed as Group Marketing Manager on 1 August 2003. She graduated with a Diploma of London Chamber of Commerce Industry (LCCI) in 1990. She worked as a sales executive in Leong Hup Poultry Berhad from 1991 to 1993 and joined Lii Hen Furniture Sdn Bhd since September 1993.

She is not a director of any public company.

She is sister to Mr Tok Heng Leong and Mr Tok Soon Hing and a sister in law to Mr Chua Lee Seng.

### MR TAN CHEE BENG
Factory Manager Of Lii Hen Furniture Sdn Bhd

Mr Tan Chee Beng, male, aged 54, a Malaysian, was appointed as Factory Manager of Lii Hen Furniture Sdn Bhd on 17 July 2006.

He graduated with a Diploma in Shipbuilding Engineering from National Kaohsiung Institute of Marine Technology (now known as National Kaohsiung Marine University) in 1987.

He has more than 20 years of working experience in the furniture field.

He is not a director of any public company.

He does not have any family relationship with any other Directors and/or major shareholders of the Company.

LII HEN INDUSTRIES BHD (305539-X)

Filed By: simon@ip-dailywicks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

ANNUAL REPORT 2018

# PROFILE OF KEY SENIOR MANAGEMENT

## MDM TOH SIEW TIN
### Factory Manager Of Favourite Design Sdn Bhd

Mdm Toh Siew Tin, female, Aged 42, a Malaysian, was appointed as Factory Manager to Favourite Design Sdn Bhd in 2004. She worked as a leader in an electronic factory in Singapore after her graduation from secondary school. Upon her return to Muar in 2002, she joined Favourite Design Sdn Bhd.

She graduated with a Diploma of London Chamber of Commerce Industry (LCCI) in 1998.

She currently assists Mr Chua Yong Hock in managing the daily operation of Favourite Design Sdn  Bhd.

She is not a director of any public company.

She is the spouse of Mr Chua Yong Hock and a sister in law to Mr Chua Yong Haup.

### Conflict of Interest

None of the Directors and key senior management has any conflict of interest with the Company.

### Conviction of Offence

None  of  the  Directors and key senior management  has conviction for offences within the past five (5) years, and public sanction or penalty imposed by the relevant regulatory bodies on him or her during the financial year ended  31 December 2018, which require disclosure pursuant to paragraph 4A(g) of Part A of Appendix 9C of the Main Market Listing Requirements of Bursa Malaysia Securities Berhad

### Attendance of the Board

The details of the attendance of the Board are set out in page 27 of the Annual Report.

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL** REPORT **2018**

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

The Board of Directors ("Board") of Lii Hen Industries Berhad (the "Company") recognises the importance of implementing high standards of corporate governance in the Company for the purposes of safeguarding the interest of its stakeholders and the assets of the Group, comprising the Company and all its subsidiaries. In adopting corporate governance practices, the Board is mindful in considering the five pillars of transparency, accountability, ethical culture, sustainability and financial performance.

As such, the Board seeks to embed in the Group a culture that is aimed at delivering balance between conformance requirements with the need to deliver long-term strategic imperatives through performance, without compromising on personal or corporate ethics and integrity.

Following the introduction of the new Malaysian Code on Corporate Governance ("MCCG") by the Securities Commission on 26 April 2017, the Board is cognizant of the growing level of expectation for proper corporate governance and is poised to take such steps that is necessary to strengthen and ensure such level of governance is adopted throughout the Group.

This Statement provides an overview of the Company's application of the principles set out in the MCCG for the financial year under review and up to the date of this Statement. The details on how the Company has applied each practice as set out in the MCCG are disclosed in the Corporate Governance Report, which is available for viewing on the Company's website at www.liihenfurniture.com

## PRINCIPLE A – BOARD LEADERSHIP AND EFFECTIVENESS

### I.    BOARD RESPONSIBILITIES

The Directors are collectively responsible to the Company's shareholders for the long-term success of the Group for its overall strategic direction, its values and its governance. They are led by experienced and knowledgeable Board members who provide the Company with the core competencies and the leadership necessary for the Group to meet its business objectives and goals of the Group.

All members of the Board are aware of their responsibility to take decisions objectively which promote the success of the Group for the benefits of shareholders and other stakeholders. The role and responsibilities of the Board are clearly set out in the Board Charter, which is available on the Company's website at www.liihenfurniture.com. The Board Charter is periodically reviewed and updated in tandem with changes to regulatory requirements, with final approval by the Board.

To assist in the discharge of its stewardship role, the Board has delegated and conferred some of its authority and powers to its Committees, namely the Audit Committee, Nomination Committee, Remuneration Committee and the Risk Oversight Committee ("Board Committees"), which comprise exclusively Independent Non-Executive Directors. The Board Committees are entrusted with the responsibility to oversee specific aspects of the Company's affairs in accordance with their respective terms of reference as approved by the Board and to report to the Board with their findings with their recommendations. The decision whether to act on such recommendation ultimate responsibility for decision making, however, lies with the Board.

The Chairman of the Board, who is an Independent Non-Executive Director, leads the Board in setting the values and standards of the Company and in overseeing Management; ensures the effective conduct of the Board; maintains a relationship of trust with and between the Executive and Non-Executive Directors; ensures the provision of accurate, timely and clear information to Directors; ensures effective communication with shareholders and relevant stakeholders; arranges regular evaluation of the performance of the Board, its Committees and individual Directors; facilitates the effective contribution from Non-Executive Directors and ensures constructive relations is maintained between Executive and Non-Executive Directors.

The role of day-to-day management of the Group's business development and operations, including implementation of policies and decisions of the Board, is helmed by the Managing Director, assisted by his fellow Executive Directors. The Board believes that such division of power and responsibilities helps ensure balance in that that no one person in the Board has unfettered powers to make any major decisions for the Company unilaterally.

To enhance accountability, the Board has established clear functions reserved for itself and those delegated to Management. There is a formal schedule of matters reserved to the Board for its deliberation and decision to ensure the direction and control of the Company are in its hands. Delegation of authorities have also been put in place to ensure balance between operational efficiency and control over corporate and financial governance.

Filed By: tlow@tradepacificlaw.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



**ANNUAL REPORT 2018**

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

## PRINCIPLE A — BOARD LEADERSHIP AND EFFECTIVENESS - continued

### I.    BOARD RESPONSIBILITIES - continued

The Board has also developed a Code of Conduct which essentially sets out the standards of conduct expected from all Directors, employees and all other affected personnel. This Code is augmented by a Whistle-blower Policy that serves as an avenue for raising concerns related to possible breach of business conduct, non-compliance with laws and regulatory requirements as well as other malpractices.

The Board members have full access to the Company Secretary, who is a qualified professional, to provide advisory services to the Board, particularly on corporate governance issue and compliance with the relevant policies and procedures, laws and regulatory requirements, in addition to the administrative matters.

### BOARD MEETINGS

For the financial year under review, the Board convened five (5) Board meetings and attendances of Directors are as follows:

| Name | No. of Board Meetings attended | Percentage of Attendance (%) |
|------|---|---|
| Chua Lee Seng | 5/5 | 100 |
| Chua Yong Haup | 4/5 | 80 |
| Tan Bee Eng | 4/5 | 80 |
| Tok Heng Leong | 5/5 | 100 |
| Lan Haw Chong @ Lau Haw Chong | 5/5 | 100 |
| Chan Wah Chong | 5/5 | 100 |
| Dato' Mustapha Bin Abd Hamid | 5/5 | 100 |
| Chik Chan Chee @ Cheok Chan Chee (appointed on 13/06/2018) | 2/2 | 100 |
| Tey Ping Cheng (retired on 13.06.2018) | 3/3 | 100 |
| Chan Nyat Keong (resigned on 01.05.2018) | 2/2 | 100 |

As stipulated in the Board Charter, the Directors are required to devote sufficient time to carry out their responsibilities. The Board obtains this commitment from Directors at the time of appointment. Each Director is expected to commit time as and when required to discharge the relevant duties and responsibilities, besides attending meetings of the Board or Board Committees.

### Continuous Professional Development

The Board acknowledges the importance of continuous education and training programmes for its members to enable effective discharge of its responsibilities and to be apprised on the changes to regulatory requirements and the impact such regulatory requirements have on the Group. The Group's Company Secretary would often circulate the relevant guidelines on statutory and regulatory requirements from time to time to and for the Board's reference.

**ANNUAL** REPORT 2018

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

PRINCIPLE A — BOARD LEADERSHIP AND EFFECTIVENESS - continued

I.      BOARD RESPONSIBILITIES - continued

Continuous Professional Development - continued

All Directors have completed the Mandatory Accreditation Programme as required by the Listing Requirements of Bursa. During the financial year under review, the trainings attended by the Directors included briefings, seminars, workshops and conferences conducted by the relevant regulatory authorities and professional bodies. Details of the training programmes attended/ participated by the Directors are as follows:

| Directors | Training/Seminar/Conference/Workshop |
|---|---|
| Chua Yong Haup | - IMM Cologne Fair 2018<br>- Malaysian Internationa Furniture Fair 2018 (MIFF 2018)<br>- Key Changes of Malaysian Code on Corporate Governance and<br>  Overview of CG Guide 3rd Edition – challenges to the Board & Management<br>- Sustainability Reporting<br>- Metal Technology Expo<br>- Seminar Percukaian Kebangsaan 2018 |
| Chua Lee Seng | - Malaysian International Furniture Fair 2018 (MIFF 2018)<br>- Key Changes of Malaysian Code on Corporate Governance and Overview of CG Guide<br>  3rd Edition – challenges to the Board & Management<br>- Sustainability Reporting<br>- Seminar Percukaian Kebangsaan 2018 |
| Tan Bee Eng | - Sustainability Reporting<br>- Metal Technology Expo<br>- Seminar Percukaian Kebangsaan 2018 |
| Tok Heng Leong | - Key Changes of Malaysian Code on Corporate Governance and Overview of CG Guide<br>  3rd Edition – challenges to the Board & Management<br>- Sustainability Reporting<br>- Seminar Percukaian Kebangsaan 2018 |
| Chan Wah Chong | - The 31st International Exhibition on Plastics and Rubber Industries (Chinaplas 2018)<br>- Sustainability Reporting<br>- Understanding of MFRS 9 & 15<br>- Special tax refund for doctors<br>- SST – understanding the tax landscape in Malaysia<br>- Tax seminar on Budget 2019 |
| Lan Haw Chong @ Lau Haw Chong | - Key Changes of Malaysian Code on Corporate Governance and Overview of CG Guide<br>  3rd Edition – Challenges to the Board & Management<br>- Sustainability Reporting<br>- SSM National Conference 2018 – Doing Business in the Age of Disruption<br>- Seminar on " MBRS for Preparers – Financial Statements"<br>- Persidangan Cukai Kebangsaan 2018<br>- Seminar Bajet 2019 |

Retrieved from dailyranks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

**ANNUAL** REPORT 2018

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

**PRINCIPLE A — BOARD LEADERSHIP AND EFFECTIVENESS** - continued

I.      **BOARD RESPONSIBILITIES** - continued

        **Continuous Professional Development** - continued

| Directors | Training/Seminar/Conference/Workshop |
|---|---|
| Tey Ping Cheng | - Key Changes of Malaysian Code on Corporate Governance and Overview of CG Guide 3rd Edition – Challenges to the Board & Management<br>- Goods & Service Tax (GST) – A preparatory Course for GST Consultants and Accountant<br>- Minutes writing/ drafting resolution & company secretarial practice And SSM updates |
| Dato' Mustapha Bin Abd Hamid | - Key Changes of Malaysian  Code on Corporate Governance and Overview of CG Guide 3rd Edition – challenges to the Board & Management<br>- Reaching Investors Through Digital Channels |
| Chik Chan Chee @ Cheok Chan Chee | -Mandatory Accreditation Programme for Directors of Public Listed Companies |

II.     **BOARD COMPOSITION**

The Company's Constitution (Articles of Association) provides for the Board to compose of not more than 12 Directors. The Board currently consists of eight (8) members, comprising four (4) Executive Directors and four (4) Independent Non-Executive Directors. The composition of the Board exceeds the requirements as set out in the Main Market Listing Requirements ("Listing Requirements") of Bursa Malaysia Securities Berhad ("Bursa"), which stipulate that at least two (2) Directors or one-third (1/3) of the Board, whichever is higher, must be independent.

Practice 4.1 of the MCCG states that at least half of the Board is to comprise Independent Directors.  With the resignation of Mr Chan Nyat Keong, a Non-independent Non-Executive Director on 1st May  2018, its current Board composition is in line with the desired practice. In fact, the Board is of the view that independence and objectivity is present and preserved with the present set of Directors in view of the weight given to the opinions of its four (4) Independent Directors which brings balance into its overall decisions. Nevertheless, the  Board remains guided by the Principles and Practices of the MCCG in adhering to the best corporate governance practices.

The Independent Directors provide the necessary check and balances in the Board's exercise of their functions by facilitating an independent evaluation of the Board's decisions and decision-making process.

The Executive Directors are complemented by the experience and independent views of the Independent Directors who are professionals in the field of corporate, public and administration finance and accounting. The Board members possess a fair range of business, finance, administration and public relation experience. The mix skills and experience are vital in directing and supervising the Group's overall business activities in light of the increasing challenging economic and operating environment in which the Group operates. The profile of each Director is set out on pages 19 to 22 of the Company's Annual Report 2018.

The Nomination Committee ("NC") is entrusted to assess the adequacy and appropriateness of the Board composition, identifying and recommending suitable candidates for Board membership and also to assess annually the performance of the Directors, succession plans and Board diversity including gender, age and ethnicity diversity, training courses for Directors and other qualities of the Board including core-competencies which the Independent Directors should bring to the Board. The Board has the ultimate responsibility of delivering the final decision on the appointment. This process ensures that the Board membership accurately reflects the long-term strategic direction and needs of the Company and determine the skill matrix to support the strategic direction and needs of the Company.

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL** REPORT 2018

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

### PRINCIPLE A — BOARD LEADERSHIP AND EFFECTIVENESS - continued

### II.    BOARD COMPOSITION - continued

On  24 May 2018, the Nomination Committee held a meeting for the purpose of evaluating a candidate, Mr Chik Chan Chee @ Cheok Chan Chee, to fill the vacancy arising from the retirement of Mr Tey Ping Cheng as an Independent Non-Executive Director of the Company. In view of his diverse experience in corporate world with specialization in Finance-General/Cost Accounting persepective, the Committee agreed to recommend Mr Chik to the Board for appointment as a director. The induction programme was conducted after his appointment as new Independent Non-Executive Director of the Company on 13 June 2018.

Based on the annual assessment conducted during the financial year under review, the NC was satisfied with the existing Board composition and concluded that each Director has the requisite competence and capability to serve on the Board and had sufficiently demonstrated their commitment to the Group in terms of time and participation during the year under review, and recommended to the Board for the re-election of the retiring Directors namely Messrs. Tan Bee Eng, Chua Yong Haup and Chik Chan Chee @ Cheok Chan Chee at the Company's forthcoming Annual General Meeting ("AGM"). All assessments and evaluations carried by the NC in discharge of its functions were duly documented.

The Company's Board Charter provides a limit of a cumulative term of nine (9) years on the tenure of an Independent Director. Thereafter, he may be re-designated as a Non-Independent Non-Executive Director. In the event the Board intends to retain the Director after the latter had served a cumulative term of nine (9) years, the Board must justify such decision and seek the Shareholders' approval at the annual general meeting.

The NC has conducted an assessment on the independence of Independent Directors for the financial year 2018 based on the criteria on independence adopted by the Board. Following the recommendation of the NC, the Board is of the opinion that the independence of the existing Independent Directors remain unimpaired and their judgement over business dealings of the Company were not influenced by the interest of the other Directors or substantial shareholders.

The Company has formalized a Diversity Policy and such policy is contained in the Board Charter which is published on the Company's website. The Board does not have a specific policy for setting targets for women, ethnic or age composition on the Board. Evaluation of suitability of candidates is based on the candidates' competency, character, time availability, integrity and experience in meeting the Company's needs. The Board constantly advocates fair and equal participation and opportunity for all individuals of the right calibre.

A summary of key activities undertaken by the NC in discharging its duties during the financial year under review is set out below:

• Reviewed and assessed the independence of Independent Directors;

• Reviewed and recommended re-election of Directors who were due for re-appointment and retirement by rotation;

• Reviewed the size and composition of the Board based on the required mix of skills, experience, knowledge and diversity;

• Evaluated a candidate of new Independent Non-Executive Director and recommended him for Board's appointment;

• Assessed the effectiveness of the Board as a whole, the Board Committee and the contribution of each individual Director;

• Reviewed and assessed the term of office and performance of the Audit Committee and each of its members; and

• Reviewed the terms of reference of the NC.

Retrieved from dailyyapps.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation -




**ANNUAL REPORT 2018**

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

**PRINCIPLE A — BOARD LEADERSHIP AND EFFECTIVENESS** - continued

**III.    REMUNERATION**

The Board has established a Remuneration Committee ("RC") which comprises exclusively Independent Directors. The RC is entrusted by the Board to implement the policies and procedures on matters relating to the remuneration of the Board and Senior Management and making recommendations on the same to the Board for approval.

The Board has adopted the said policies and procedures to determine the remuneration of Directors and Senior Management to align with business strategy and long-term objectives of the Company. The Executive Directors and Senior Management are paid salaries, allowance, performance-based incentive including bonus and other customary benefits as appropriate. The remuneration is set based on relevant market relativities, performance, qualifications, experience and geographic location where the personnel is based. The salary level for Executive Directors and Senior Management takes into account the nature of the role, performance of the business and the individual and market positioning.

The remuneration of Independent Directors comprises fees, monthly allowances ,meeting allowances and other benefits. The Board ensures that the remuneration for Independent Non-Executive Directors do not conflict with their obligation to bring objectivity and independent judgement on matters discussed at Board meetings.

The respective Directors are required to abstain from deliberation and voting on their own remuneration at Board Meetings.

The aggregate remuneration of Directors received from the Company and on Group basis for the financial year ended 31 December 2018 is as follows:

| Name of Directors | Fees (RM) | Salaries and other emoluments (RM) | Defined contribution plan (RM) | Benefits-in-kind and others (RM) | Total (RM) |
|---|---|---|---|---|---|
| **Group** | | | | | |
| *Executive Directors\** | | | | | |
| Chua Yong Haup | 5,000 | 2,498,516 | 299,822 | - | 2,803,338 |
| Chua Lee Seng | 5,000 | 1,015,616 | 121,874 | 15,000 | 1,157,490 |
| Tan Bee Eng | 5,000 | 974,360 | 116,925 | - | 1,096,285 |
| Tok Heng Leong | 5,000 | 974,363 | 116,926 | 28,404 | 1,124,693 |
| | | | | | |
| *Non-Executive Directors* | | | | | |
| Lan Haw Chong@Lau Haw Chong | 5,000 | 44,800 | - | - | 49,800 |
| Tey Ping Cheng (Retired on 13.6.2018) | - | 23,100 | - | - | 23,100 |
| Chan Wah Chong | 5,000 | 46,000 | - | - | 51,000 |
| Dato' Mustapha Bin Abd Hamid | 5,000 | 44,100 | - | - | 49,100 |
| Chik Chan Chee@Cheok Chan Chee | 2,500 | 23,450 | - | - | 25,950 |
| | | | | | |
| *Non-Independent Non-Executive Director* | | | | | |
| Chan Nyat Keong (Resigned on 01.5.2018) | - | 15,050 | - | - | 15,050 |

*\* The remuneration paid to the Executive Directors were in respect of their employment with the Company/Group.*

ANNUAL REPORT **2018**

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

**PRINCIPLE A – BOARD LEADERSHIP AND EFFECTIVENESS** - continued

III.     REMUNERATION - continued

The Board is of the view that disclosing the detailed remuneration packages of its top 5 Senior Management on a named basis would pose security issues to the Group, for example vulnerability of these personnel being poached by competitor companies as well as potential demoralization amongst the personnel concerned when they find out how much their fellow colleagues are drawing, not with standing that the disclosure is in bands of RM50,000 each.

As an Alternative, the Board believes that disclosure of its top 5 Senior Management's compensation and benefits packages received from the Group for the financial year under review in bands of RM50,000 on an unnamed basis would provide pertinent insights to shareholders on whether such personnel, being top 5 Senior Management of the Group, are being remunerated responsibly and fairly with a view of attracting, motivating and retaining talents. Accordingly, the remuneration of the top 5 Senior Management in bands of RM50,000 received from the Group for the financial year under review on an unnamed basis, is set out below:

| RM | SM1 | SM2 | SM3 | SM4 | SM5 |
|---|---|---|---|---|---|
| Salaries and other emoluments | | | | | |
| 400,001-450,000 | | | | | 1 |
| 450,001-500,000 | | | | 1 | |
| 550,001-600,000 | | | 1 | | |
| 1,250,001-1,300,000 | | 1 | | | |
| 3,100,000-3,150,000 | 1 | | | | |
| Defined contribution plan | | | | | |
| 50,001-100,000 | | | | 1 | 1 |
| 100,001-150,000 | | | 1 | | |
| 150,001-200,000 | | 1 | | | |
| 350,001-400,000 | 1 | | | | |
| Benefits-in-kind and others | | | | | |
| 1-50,000 | | | | | |

SM1 to SM5 – top 5 Senior Management with the highest compensation and benefits packages

**PRINCIPLE B – EFFECTVE AUDIT AND RISK MANAGEMENT**

I.     AUDIT COMMITTEE

In assisting the Board to discharge its duties on financial reporting, the Board has established an Audit Committee, comprising four (4) members, all of whom are Independent, with Mr. Chan Wah Chong as the Committee Chairman. The composition of the Audit Committee, including its roles and responsibilities as well as a summary of its activities carried out in year 2018, are set out in the Audit Committee Report on pages [xx] to [xx] of this Annual Report. One of the key responsibilities of the Audit Committee in its specific terms of reference is to ensure that the financial statements of the Group and of the Company comply with applicable financial reporting standards in Malaysia and provisions of the Companies Act 2016. Such financial statements comprise the quarterly financial report announced to Bursa and the annual statutory financial statements.

Retrieved from Dailystocks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL** REPORT **2018**

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

**PRINCIPLE B — EFFECTVE AUDIT AND RISK MANAGEMENT** - continued

**I.    AUDIT COMMITTEE** - continued

The Board understands its role in upholding the integrity of financial reporting by the Company. Accordingly, the Audit Committee, which assists the Board in overseeing the financial reporting process of the Company, has adopted a policy for the types of non-audit services permitted to be provided by the external auditors and/or their affiliates, including the need for obtaining the Audit Committee's approval for such services.

The Audit Committee has adopted a policy that requires a former key audit partner to observe a cooling-off period of at least two (2) years before being appointed as a member of the Audit Committee and such policy was incorporated in the terms of reference of the Audit Committee.

**II.    RISK MANAGEMENT AND INTERNAL CONTROL FRAMEWORK**

The Board has overall responsibility for maintaining a sound system of risk management and internal control of the Group that provides reasonable assurance of effective and efficient business operations, compliance with laws and regulations as well as internal procedures and guidelines.

The Audit Committee assists the Board in reviewing the adequacy and operating effectiveness of the system of internal control in the Group. The Audit Committee does this via the deployment of an independent outsourced internal audit function that conducts internal audit based on an internal audit plan approved by the Board. Findings raised from internal audit are presented directly to the Audit Committee, including the remedial measures and action plans agreed by Management to address the matters so highlighted. For more details of the Internal Audit function, refer to the Statement on Risk Management and Internal Control which is included in the Company's Annual report 2018 as well as the Corporate Governance Report that is made available on the Company's website at www.liihenfurniture.com.

In addition, the Risk Oversight Committee ("ROC") as appointed by the Board in 2018, has approved and reviewed half yearly the Company's risk management policies and oversaw the operation of an enterprise-wide risk management framework, while the subsidiaries' Management is tasked to manage business risk, including developing, implementing and monitoring mitigating measures to manage such risks to acceptable levels. ROC does the oversight function via the deployment of an independent outsourced audit service provider.

Details of the Group's Risk Management framework, activities carried out for the financial year under review and reporting processes are set out in the Risk Management and Internal Control Statement included in this Annual Report.

**PRINCIPLE C — INTEGRITY IN CORPORATE REPORTING AND MEANINGFUL RELATIONSHIP WITH STAKEHOLDERS**

**I.    COMPLIANCE WITH STATUTORY AND FINANCIAL REPORTING**

It is the responsibility of the Board to present a balanced and meaningful assessment of the Group's financial position and prospects through the annual report, audited financial statements and announcing of quarterly results.

The Director's Responsibilities Statement for preparation of financial statements is set out on page 46 of this Annual Report.

The Board with the assistance of the Audit Committee to discharge its duties on financial report is to ensure that the Group maintains a proper financial process. The activities on financial report conducted by the Audit Committee during the financial year under review is disclosed in page 38 of this Annual Report.

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

PRINCIPLE C — INTEGRITY IN CORPORATE REPORTING AND MEANINGFUL RELATIONSHIP WITH STAKEHOLDERS
- continued

## II.   COMMUNICATION WITH STAKEHOLDERS

The Board recognizes the importance of being transparent and accountable to the Company's stakeholders and acknowledges the continuous communication between the Company and stakeholders would facilitate mutual understanding of each other's objectives and expectations. As such, the Board consistently ensures the supply of clear, comprehensive and timely information to their stakeholders via various disclosures and announcements including quarterly and annual financial results which provides investors with up-to-date financial information of the Group. All these announcements and other information about the Company are available on the Company's website at www.liihenfurniture.com which shareholders, investors and public may access.

In addition, the Directors also ensure that engagement with shareholders occurs at least once a year during the AGM to better understand their needs and obtain their feedback.

## III.   CONDUCT OF GENERAL MEETINGS

The AGM is the principal forum for shareholder dialogue, allows shareholders to review the Group's performance via the Company's Annual Report and pose questions to the Board for clarification.

At the 24th AGM held on 13 June 2018, all the Directors were present in person to engage directly with and were accountable to the shareholders for their stewardship of the Company. During the AGM, shareholders participated in deliberating resolutions being proposed or on the Group's operations in general. The Directors and Senior Management appropriately responded to all questions raised and provided clarification as required by the shareholders.

The Board has not adopted electronic voting as the number of shareholders turning up for the AGM was relatively small and the voting for resolutions was expediently carried out by traditional balloting, supervised by an independent scrutineer.

## ADDITIONAL COMPLIANCE INFORMATION

### Utilization of Proceeds

No proceeds were raised by the Company from any corporate exercise during the financial year.

### Non-audit Fees payable to External Auditors

There was an amount of RM64,460 being professional fees paid/payable to external auditors for the financial year ended 31 December 2018 in respect of the following:

|  | RM |
|---|---|
| -   Tax compliance | 59,460 |
| -   Review of Statement on Risk Management and Internal Control | 5,000 |
|  | 64,460 |

### Revaluation Policy

The Group has a policy of revaluing landed properties every five (5) years as disclosed in into 3(C) to the financial statements. The latest valuation was undertaken in Jan and Feb 2019.

34   LII HEN INDUSTRIES BHD (296577-P)

Filed By: hpwok@dailygasks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

ANNUAL REPORT **2018**

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

## ADDITIONAL COMPLIANCE INFORMATION - continued

### Material Contracts

There were no material contracts subsisting or entered into by the Company and its subsidiary companies involving any Directors or major shareholders of the Company or any persons connected to Directors or major shareholders of the Company during the financial year.

### Recurrent Related Party Transactions

There is an internal compliance framework exists to ensure that the Group meets its obligations under the Bursa Malaysia Listing Requirements on related party transactions and recurrent related party tansactions. The Board, through its Audit Committee reviews all related party transactions and conflict of interest situations, if any, on a quarterly basis. A Director who has an interest in a transaction must abstain from deliberating and voting on the relevant resolution, in respect of such a transaction at the meeting of the Board, the Annual Generel Meeting or Extraordinary General Meeting.

The Company has formulated a Related Party Transactions Policy ("Policy") designed to ensure the relared party transactions ("RPT") that are carried out in the ordinary course of business, are made at arm's length and on normal commercial terms which are not more favourale to the related party or parties than those generally available to the public and are not on terms that are determental to the minority shareholders of the Company.

This Policy also aims to comply with the Part E, Paragraph 10.08 and 10.09 of the Listing Requirements of Bursa Malaysia Securities Berhad, and is made available at the Company's website.

Policies and procedure for determination of transaction price review procedures for RPT are described in the Policy.

During the financial year, the Recurrent Related Party Transactions conducted pursuant to the mandate granted by the shareholders of the Company on 12 June 2018 are as follows:

| No. | Related Parties | Nature of the Recurrent Transactions | Actual value of transactions carried out | Interested Directors, major shareholders and connected persons (Relationship details are as following notes) |
|-----|----------------|--------------------------------------|------------------------------------------|--------------------------------------------------------------------------------------|
| a) | NNST Capital Sdn Bhd[2] (865730-P) Principally involved in letting of property | FD to pay rental for factory located at  GM18299, Lot 774, Mukim Jalan Bakri, Muar with a total built-up area of approximately 43,690 sq. ft. on monthly rental of RM20,970 for a 3 years period ending 30 April 2019 (Renewal thereafter) | RM251,640 | Tan Bee Eng[1] Neoh Cher Leong[1] Chua Yong Haup[3] Chua Yong Hock[6] |
| b) | Double Soon Huat Enterprise[7] - furniture parts sub-contractor | FD to award sub-contract work for furniture parts and components | RM2,083,203 | Chua Yong Haup |
| c) | T-Home Furniture Industry Sdn Bhd[8] | MKKP to supply furniture parts | RM441,122 | Tok Heng Leong[4] Tok Soon Hing[5] |

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL** REPORT 2018

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

## ADDITIONAL COMPLIANCE INFORMATION - continued

*Notes:*

1. *Tan Bee Eng is the Executive Director of LHIB. He is also a major shareholder of LHIB by virtue of his shareholding in AMSB. Mr. Tan is brother-in-law to Neoh Cher Leong who is also a major shareholder of LHIB by virtue of his shareholding in AMSB and a director of EFF. Mr. Tan is also a director of EFF, LHP and PPLP.*

2. *Tan Bee Eng and Neoh Cher Leong are the directors of and they and their spouse are the shareholders of NNST Capital Sdn Bhd. ("NNST"). Chua Yong Haup is the director of and shareholder of NNST and Chua Yong Hock is the shareholder of NNST. The wife of Neoh Cher Leong, Madam Soh Gok Lian is also a director of NNST.*

3. *Chua Yong Haup is the Managing Director of LHIB and is also a director of LHF, FD, EFF, CTHH, LSG and DP, subsidiaries in the Group.*

4. *Tok Heng Leong is the Executive Director of LHIB and also a Director of all the subsidiaries in the Group. He is a major shareholder of LHIB by virtue of his shareholding in AMSB. Mr. Tok is brother-in-law to Mr. Chua Lee Seng who is also a major shareholder of LHIB by virtue of his shareholding in AMSB and also a director of LHIB, LHF, KJSB, LHP & PPLP.*

5. *Tok Soon Hing is the director of MKKP, FD, KJSB and CTHH and is brother to Tok Heng Leong and brother-in-law to Mr. Chua Lee Seng.*

6. *Chua Yong Hock is the director of FD and DP and brother to Chua Yong Haup.*

7. *Chua Yong Haup and Chua Yong Hock are the brothers and brothers in law of the partners of Double Soon Huat, Madam Chua Sai Choo and Mr Ong Swee Guan respectively.*

8. *Tay Soon Aik, a director of T-Home Furniture Industry Sdn Bhd, is brother in law to Tok Heng Leong and Tok Soon Hing and his spouse, Madam Tok Siew Tin, is a senior officer of the Group.*

## COMPLIANCE STATEMENT

The Board has deliberated, reviewed and approved this Statement on Corporate Governance. The Board is satisfied that to the best of its knowledge, save for the above relevant explanations, the Company has applied the broad principles and recommendations of the Code throughout the financial year 2018. The Company will continue to strengthen its governance practices to safeguard the best interest of its shareholders and stakeholders.

This Statement is issued in accordance with a Resolution of the Board of Directors on 28 March 2019.

Filed By: lhkyeoh@dailygenks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

# AUDIT COMMITTEE REPORT

The Board of the Company is pleased to present the Audit Committee Report for the financial year ended 31 December 2018 which provides insights into the manner in which the Audit Committee discharged its functions for the Group in 2018.

### A.    COMPOSITION

The AC comprises four (4) members and all of whom are independent Non-Executive Directors, which meets the requirements of paragraphs 15.09(1)(a) and (b) of Bursa Malaysia Securities Berhad ("Bursa Malaysia") Main Market Listing Requirements ("Main LR").

The members of the AC elected Mr Tey Ping Cheng as the Chairman of the Committee. Mr Tey is a member of Malaysian Institute of Accountants and Certified Practicing Accountant of Australia, fulfills the financial expertise as required by Bursa Malaysia Main LR under paragraph 15.09(1)(c)(i). In order to uphold the Company's Board Charter that provides a limit of a cumulative term of nine (9) years on the tenure of an Independent Director, Mr Tey did not seek re-election upon his retirement as the director of the Company in the Twenty Fourth (24th) AGM and officially ceased as the Independent Non-Executive Director on 13 June 2018.

On 13 June 2018, Mr Chan Wah Chong, a qualified member of the Malaysian Institute of Certified Public Accountants was redesignated as the Chairman of the AC to fill the vacancy arising from the retirement of Mr Tey Ping Cheng. Mr Chan is also a Senior Independent Non-Executive Director.

The Committee is formally constituted with its terms of reference approved by the Board. The terms of reference of the AC is made available on the Company's website at www.liihenfurniture.com.

The Company Secretary shall be the Secretary of the Committee.

### B.    MEETINGS AND ATTENDANCES

The details of attendance of each member at the Audit Committee Meetings held during the year are as follows :

| | No. of Meeting Attended | Percentage of Attendance (%) |
|---|---|---|
| **Chairman** | | |
| Chan Wah Chong (redesignated on 13.06.18) *Independent Non-Executive Director* | 5/5 | 100 |
| Tey Ping Cheng (retired on 13.06.18) *Independent Non-Executive Director* | 3/3 | 100 |
| **Members** | | |
| Lan Haw Chong@ Lau Haw Chong *Independent Non-Executive Chairman* | 5/5 | 100 |
| Dato' Mustapha Bin Abd Hamid *Independent Non-Executive Director* | 5/5 | 100 |
| Chik Chan Chee @ Cheok Chan Chee *(Appointed on 13.06.18)* *Independent Non-Executive Director* | 2/2 | 100 |

The AC held five (5) meetings in 2018, two (2) of which were meeting with the External Auditors, without Executive Directors' and Management's presence. The Managing Director, other Board members, the Group Senior Managers, Internal Auditors and External Auditors were also invited to attend the AC Meetings upon invitation, as and when necessary.

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

# AUDIT COMMITTEE REPORT

B.     MEETINGS AND ATTENDANCES - continued

### Independent Non-Executive Director - continued

Minutes of each AC meeting were recorded and tabled for confirmation at the next following AC meeting and subsequently presented to Board for notation. The Chairman of the AC also highlighted on key audit issues and audit concerns discussed in the AC meeting at each Board meeting.

C.     SUMMARY OF ACTIVITIES FOR THE FINANCIAL YEAR

In line with the terms of reference of the Committee, the following activities were carried out by the Committee during the year up to the date of this Report:

### Financial Reporting

- Reviewed all the four (4) quarterly unaudited financial results of the Group and of the Company before recommending them for Board's approval with the presence of the Group Senior Manager of Corporate & Finance for reporting on the results of the Group as well as to answer questions raised by the members of the Committee;

- Reviewed the audited financial statements of the Group and of the Company with the external auditors prior to submission to the Board for its consideration and approval. The review was to ensure that the audited financial statements were drawn up in accordance with the provision of the Companies Act, 2016 and the applicable approved accounting standards;

- Reviewed the Audit Committee Report and Statement on Risk Management and Internal Control for inclusion in the Annual Report; and

- Reviewed together with the external auditors on key audit matters on inventories valuation and write down and impairment of trade receivables and revaluation of property, plant and equipment of the Group for the ended 31 December 2018. The AC agreed with the management treatments on these three issues.

### Internal Audit

- Reviewed the outsourced internal auditors' plan for the year under review to ensure adequate scope and comprehensive coverage over the activities of the Group;

- Reviewed the internal audit reports presented by internal auditors in all the quarterly meetings, which highlighted the audit issues, recommendations and appraised the adequacy and effectiveness of management's response in resolving the audit issues reported;

- Reviewed the risk register and reassessed the risk profile of each key risk areas;

- Evaluated the performance, effectiveness and competencies of the outsourced internal auditors and made recommendation to the Board on their appointment and remuneration;

- Suggested on further improvement in the areas of internal control systems and efficiency; and

- Performed the following up on the status of implementation of recommendations made for reporting to the Audit Committee and Management on a yearly basis.

### External Audit

- Reviewed with the external auditors their audit plan and the scope of their work;

- Reviewed with the external auditors the results of the audit, audit report, key audit matters and the significant issues as highlighted in management letter together with management's responses to the findings of the external auditors;

Retrieved from Dailygoods.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## AUDIT COMMITTEE REPORT

C.    SUMMARY OF ACTIVITIES FOR THE FINANCIAL YEAR  - continued

### External Audit  - continued

- The present external auditors, Messrs. John Lim & Associates ("JLA"), was re-appointed as external auditors of the Company for holding office until the conclusion of the forthcoming 25th AGM, has given notice to the Committee that it will not seek for re-appointment. This is because JLA has decided not to renew the Audit Oversight Board ("AOB") registration upon expiry. It is due to one of the criteria for registration with the AOB i.e The audit firm with the AOB shall ensure that all its audit partners registered with AOB are attached to only one firm at all times.

  Thus, the AC, having assessed the qualification and capabilities of two audit firms ( which includes their reputation presence in the industry, qualifications and networking ability) recommended to the Board for the appointment of Messrs. Peter Chong & Co as the new External Auditors, in place of JLA.

- Ensured the engagement team conducting the non-audit services to be different from the external audit team;

- Ensured the assistance given by the Group's employees to the external auditors;

- Met with the external auditors twice during the financial year in the absence of Executive Directors and the Management on the audit planning and audit findings for the financial year ended 31 December 2018; and

- The Audit Committee worked closely with the external auditors in establishing procedures to assess the suitability, objectivity, independence and quality of service of the external auditors, in confirming that they are, and have been, independent throughout the conduct of the audit engagement with the Group in accordance with the independence criteria set out by the International Federation of Accountants, and the Malaysian Institute of Accountants. The Committee also ensured that the external auditors met the criteria provided by Paragraph 15.21 of the Listing Requirements of Bursa Securities. In 2018, the Company spent approximately RM64,460 on Non-Audit Fees representing 26% of the total fees to external auditors.

### Related Party Transactions

- Reviewed  and updated on quarterly basis the related  party  transactions entered and ensure these transactions are undertaken in the best interest of the Group, fair, reasonable and on normal commercial terms as well as not detrimental to the interest of the minority shareholders;

- Reviewed the Circular to Shareholders relating to renewal of shareholders' mandate for recurrent related party transactions of revenue or trading nature prior to recommending it for Board's approval; and

- Reviewed Related Party Transaction Procedures.

### Others

- Reviewed annual financial budget before recommendation for Board's approval;

- Reviewed the application of corporate governance principles and the extent of the Group's compliance with the best practices set out in the Code;

- Reviewed the Audit Committee Report for inclusion in the Annual Report; and

- Reviewed of the Statement on Risk Management and Internal Control in compliance with the Listing Requirements and the Code.

Barcode:3886371-01 A-570-106 INV - Investigation   -

**ANNUAL** REPORT **2018**

## AUDIT COMMITTEE REPORT

C.     SUMMARY OF ACTIVITIES FOR THE FINANCIAL YEAR  - continued

EVALUATION OF THE AUDIT COMMITTEE

The performance and effectiveness of the AC would be assessed annually through AC evaluation and AC members' self and peer evaluation conducted by the AC, and Nomination Committee ("NC") reviewed the results of such assessments. The NC reviews the term of office and performance of the AC members annually. During the FY 2018, the Board is satisfied that the AC and its members have been able to discharge their functions, duties and responsibilities in accordance with the terms of reference of the AC.

D.     INTERNAL AUDIT FUNCTION

The  internal audit  function of the Group is outsourced to Messrs. PSP Management Services, an independent consulting firm which operates independently from the other operating units in assisting the Audit Committee to discharge of its duties and responsibilities. The consultant firm is led by Mr Yap Tee Kian, who holds a Bachelor of Accounting (Honours) from University of Science Malaysia and is a member of the Malaysian Institute of Accountants. There are three (3) persons deployed by the outsourced service provider for this engagement and the qualification of the staff are degree holders. The personnel of the outsourced provider are free from any relationships or conflict of interest, which could impair their objectivity and independence. The internal audit framework adopted is the International Professional Practices Framework by the Institute of Internal Auditors (IPPF).

The principal role of the service provider is to undertake Independent, regular and systematic reviews of the Group's systems of internal controls, risk management and governance processes so as to provide reasonable assurance that such systems continue to operate adequately and effectively.

The activities carried by the outsourced internal auditors during the year under review include:

- Reviewed the control function of the payroll department in the process of payment of wages in cash of LHF,CTHH, EF and FDSB;

- Reviewed the Inventory Management function of EF and the Sales and Marketing function of FDSB;

- Updated risk management with a full risk assessment on half yearly;

- Reviewed the Inventory Management function of CTHH and LSG;

- Reviewed Procurement function of EF and FDSB

- GAP analysis on basic internal control system of LSG in the areas of Sales and Marketing, Procurement, Inventory Management, production and Finance;

- Updated risk management on the second half of 2018; and

- Attended four Audit Committee meetings to table and discuss the internal audit reports and followed up on matters raised.

The total fee paid for the services rendered for the year 2018 amounted to RM43,000 (2017: RM35,438).

The Statement on Risk Management and Internal Control as set out on page 41 to 45 is to provide an overview on the state of risk management and internal control.

LII FEN INDUSTRIES BHD (Filed via dailyranks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

# STATEMENT ON RISK MANAGEMENT AND INTERNAL CONTROL

Pursuant to paragraph 15.26(b) of the Bursa Malaysia Main Market Listing Requirements, the Board is pleased to provide the following Statement on Risk Management and Internal Control of the Group, which had been prepared in accordance with the "Statement on Risk Management & Internal Control: Guidance for Directors of Listed Issuers" (the " Guidelines").

## BOARD RESPONSIBILITY

The Board is committed to establish and maintain a sound, effective and efficient system of risk management and internal controls to safeguard all its stakeholders' interests and the Group's assets. There is an ongoing process undertaken by the Board to ensure adequacy and integrity of the system mentioned and it is vital to ensure that they are consistent with the overall Group's corporate objectives. However,  such system of risk management and internal control is designed  to  manage  the  Group's  key areas of risk within  an  acceptable  risk tolerance  rather  than eliminate  the  risk  of  failure  in  achieving  the  goals and objectives  of  the  Group.  Accordingly,  the  systems of risk management and internal controls can only provide  reasonable  but  not  absolute  assurance  against  material  misstatement  of financial information and records or against financial losses or fraud.

## THE RISK MANAGEMENT PROCESS

The Board has established an ongoing process for identifying, evaluating and managing the significant risks faced by the Group and has put in place a structured risk management framework which includes the following key elements:

- Guiding principles of the risk management framework;

- Approach to risk management;

- Approach in reviewing and monitoring significant risks;

- Regular review of the effectiveness of internal controls.

The risk management framework and internal control system are integrated in the Group's operations and working culture and applied continuously throughout the year, to determine, evaluate and manage the significant risks of the Group. Hence, any significant risk arising from factors within the Group and from changes in business environment can be addressed on a timely basis. The risk management process is regularly reviewed with updating the system of internal controls when there are changes to the business environment or regulatory guidelines by the Board via the Audit Committee and Risk Oversight Committee ("ROC") in accordance with the Guidelines.

### 1.   Risk Management

#### a.   Roles and Responsibilities

The Group adopts a decentralized approach to risk management, whereby all employees take ownership and accountability for risks at their respective levels. The process of risk management and treatment is the responsibilities of the Heads of Department.

A working group, the Risk Management Working Committee (RMWC) headed by executive director, Mr Chua Yong Haup and comprise of key persons from all departments provides risk management support to Management for the Group as a whole. The role of the RMWC includes reporting on an annual basis, the status of the risk mitigation actions, new risks identified and risk that have changed characteristics together with the corresponding controls. The RMWC submits its report annually to the ROC for their oversight role on risk management and through the Audit Committee reports to the Board on any significant changes in the business and external environment which affect key risks.

The ROC comprises all the independent non-executive directors with Mr Chan Wah Chong as its chairman. Its sole and exclusive function is overseeing the risk management policies of the Company and the operation of the Company's enterprise-wide risk management framework, such framework to be commensurate with the Company's structure, risk profile, complexity, activities and size, as well as providing oversight of the Company's capital planning, liquidity risk management and resolution planning activities.

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL** REPORT **2018**

# STATEMENT ON RISK MANAGEMENT AND INTERNAL CONTROL

## 1.  Risk Management  - continued

### a.  Roles and Responsibilities - continued

The Group's Managing Director and Senior Manager of Corporate & Finance have provided the Board the assurance that the Group's risk management and internal control systems are operating adequately and effectively, in all material aspects, to ensure achievement of corporate objectives.

The Board is primarily responsible for strategic risks management while the responsibility to address all risks associated with the business operations rests with senior management.

### b.  Risk Identification and Assessment

The risk management methodology and approach applied are described as below:

The Risk Register is compiled and reviewed on a regularly basis. Any emerging new risks will be identified and followed up with the implementation of the control action plans.

The Group's risk appetite defines the amount and types of risk that the Group is able and willing to accept in pursuit of the Group's business objectives. It also sets out the level of risk tolerance and limits to govern, manage and control the Group's risk taking activities. The management has been given a clear line of accountability and the delegated authorities have been established as part of internal control efforts through standard operating procedures.

During the year, the risk registers were reviewed by the RMWC with the assistance from the outsourced internal audit service provider. There was no significant change in the database of risks and corresponding controls.

## 2.  Internal Control System

### a.  The Internal Control Process

The internal control and monitoring procedures include:

- clearly defined systems and procedures, for key operational and financial departments, include maintaining of good operational and financial records and controls and producing an accurate and timely management information;

- control of key financial risks through clearly laid down authorization levels and proper segregation of accounting duties;

- detailed reporting of trading results, balance sheets and cash flows, with regular review by the management;

- regular independent internal audit activities to monitor compliance with procedures and assess the integrity of operational and financial information provided; and

- regular information provided to the management, covering financial performance and key indicators and cash flow performance.

Filed By: filsha@dailycapks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

# STATEMENT ON RISK MANAGEMENT AND INTERNAL CONTROL

### THE RISK MANAGEMENT PROCESS - continued

### 2.  Internal Control System - continued

### a.  The Internal Control Process - continued

The key elements of the Group's internal control system that considered as an integral part of the assurance framework are described below:

- **Organizational Structure**

  The Board has in place an organizational structure with formally defined lines of responsibility and delegation of authority for the Board, Committees of the Board and the executive management of the Group's operating units.

  Meetings of Board and Committees meetings are held on scheduled basis to review the performance of the Group on financial and operational perspective, and to carry out their fiduciary duties and responsibilities. Potential business strategies are proposed by Executive Directors to the Board for review and approval.

- **Audit Committee**

  The Audit Committee is responsible for monitoring, overseeing and evaluating the duties and responsibilities of the Internal and External Auditors as those duties and responsibilities relate to the organization's processes for controlling its operations.

  The Audit Committee meets quarterly to review the quarterly result, internal and external audit findings, discuss risk management plans and ensures weaknesses in controls highlighted are appropriately addressed by management. The Group's Senior Manager of Corporate & Finance also participates in these meetings.

- **Risk Oversight Committee**

  The ROC provides an oversight role in the risk management of the Group. The details of Risk Management Principles and Framework can be accessed via the Group's website: https://liihenfurniture.com/risk-management-principles-and-framework/

- **Internal Audit**

  The internal audit function of the Group is outsourced to an independent internal audit service provider which operates independently from the other operating units. The particulars of the consultant are as disclosed in Section D of the Audit Committee Report. It provides the Board with much of the assurance it requires regarding the adequacy and effectiveness of the risk management, internal controls and governance processes. The systematic and disciplined approach is employed to draw up the annual audit plans for the review and approval of the Audit Committee. Audits are independently carried out on the internal controls in the key activities of the Group's business in accordance to the risk-based approach and the internal auditors have full and direct access to the Audit Committee.

- **Policies and Procedures**

  Policies and procedures regulating financial and operating activities are documented in manuals as the key framework for good internal control practices. These manuals are subject to regular reviews and updates to reflect the changing business risks and to resolve operational deficiencies, if any.  The employees of the Group are aware of the objectives of the risk management and the need for the various checks and balances put in place as mentioned in the manual to achieve effective internal control. The code of conduct and policy of whistle-blowing as posted in the Company's website have been disseminated to the employees.

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

# STATEMENT ON RISK MANAGEMENT AND INTERNAL CONTROL

THE RISK MANAGEMENT PROCESS - continued

2. Internal Control System - continued

a. **The Internal Control Process** - continued

The key elements of the Group's internal control system that considered as an integral part of the assurance framework are described below: - continued

- **Business Plan and Budgeting Process**

  Detailed annual business plan and budgets are prepared by individual operating units containing business strategies, financial and operating targets, performance indicators and capital expenditure proposals, which are approved both at operating unit level and by the Board. The budgets are prepared as a performance measurement of the Group. The annual budget is reviewed on half yearly basis to reflect the changing business operating environment and any significant variances are tabled in the Audit Committee meeting for discussion and rectification actions.

- **Reporting System**

  The Board entrusts the daily running of the operations to the Managing Director, Executive Directors and the management team. Executive Directors held their regular meetings at least once a month to discuss and review significant changes in the business and the external environment which affect the risks faced by the Group especially exposure to currency transaction risks through monitoring procedures on forward contracts on foreign currency.

  At operation level, clear reporting lines are established across the Group and operation and management reports are prepared for dissemination to relevant personnel for effective communication of critical information throughout the Group for timely decision-making and execution in pursuit of business objectives.

  At quarterly Board Meetings, the Directors discuss and deliberate the strategic issues facing the business and the principal risks affecting the Group. The Executive Directors will report to the Board of any significant matters arising and necessary action to mitigate such risks. Comprehensive information are provided by the respective business units covering financial performance and operation, including the monthly monitoring of results against budget, with major variances being followed up and management action taken, where necessary.

- **Appraisal System**

  A clear defined framework for investment appraisal which can be accessed vide https://liihenfurniture.com/investment-framework/, covers acquisition or disposal of any business, application of capital expenditure and approval on borrowings. Proposals for major expenditure and new investment by the Group are reviewed by the Audit Committee and approved by the Board. Post implementation reviews are conducted and reported to the Board.

b. **Monitoring process**

The Audit Committee has full and direct access to the internal auditors and reviews reports on all internal audits performed. Key findings and recommendations to improve the internal controls are highlighted to the head of operating units and the Audit Committee, and with performing a year end follow-up assessment on corrective actions.

Based on the quarterly internal audit reports for the financial year ended 31 December 2018, the Board has reasonable assurance that the Group's system of internal control are generally adequate and appear to be working satisfactorily. A number of minor internal control weaknesses were identified during the financial year, all which have been, or are being addressed. None of the weaknesses have resulted in any material losses, contingencies or uncertainties that would require disclosure in the Group's annual report.

Filed By: hchris@dailyranks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

**ANNUAL** REPORT 2018

## STATEMENT ON RISK MANAGEMENT AND INTERNAL CONTROL

### THE RISK MANAGEMENT PROCESS - continued

### REVIEW OF THE STATEMENT BY EXTERNAL AUDITORS

The external auditors have reviewed this Statement on Risk Management and Internal Control for inclusion in the annual report of the Group for the year ended 31 December 2018 and reported to the Board that nothing has come to their attention that causes them to believe that the Statement is inconsistent with their understanding of the process adopted by the Board in reviewing the adequacy and effectiveness of the risk management and internal control system. Their review was performed in accordance with Recommended Practice Guide ("RPG 5"): Guidance for Auditors on the Review of Directors' Statement on Internal Control, issued by the Malaysian Institute of Accountants. RPG 5 does not require the external auditors to, and they did not, consider whether this Statement covers all risk and controls, or to form an opinion on the effectiveness of the Group's risk and control procedures.

### CONCLUSION

The system of risk management and internal controls comprising the respective framework, management processes and monitoring processes described in this Statement are considered appropriate. Based on inquiry, information and assurances provided by the Managing Director and the Group's Senior Manager of Corporate & Finance, the Board is satisfied that the system of risk management and internal controls for the year under review was generally satisfactorily. Measures are in placed and continually being taken to ensure the ongoing adequacy and effectiveness of internal controls to safeguard the Group's assets and hence shareholders' investment.

There were no material losses that have arisen from any inadequacy or failure of the Group's internal control system which requires additional disclosure in the financial statements. The management continues to take measures to strengthen the control environment and processes.

This Statement is issued in accordance with a Resolution of Board of Directors passed on 28 March 2019

Barcode:3886371-01 A-570-106 INV - Investigation  -



ANNUAL REPORT 2018

# DIRECTORS' RESPONSIBILITY STATEMENT

The Board is responsible for preparing yearly financial statements and ensuring that they give a true and fair view of the financial position of the Group and of the Company as at 31 December 2018 and of the financial performance and cash flows of the Group and of the Company for the financial year then ended.

In preparing the financial statements, the Directors have selected and applied consistently suitable accounting policies and made reasonable and prudent judgments and estimates. Hence the financial statements are drawn up on a going concern basis in accordance with the Malaysian Financial Reporting Standards, International Financial Reporting Standards and the provisions of the Companies Act 2016.

It is the duty of the Board to review the appropriateness of the basis before adopting the financial statements and present them before the Annual General Meeting together with the Report of the external auditors and the Board.

The Board is also responsible for ensuring that proper accounting and other records are kept to sufficiently explain the transactions recorded.

The Board also has a general responsibility for taking such steps as are reasonably open to them to safeguard the assets of the Group and to prevent and detect fraud and other irregularities.

Filed By: christine@dailygems.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

**ANNUAL** REPORT 2018

# ABOUT THE SUSTAINABILITY STATEMENT

As a conscientious corporate citizen, the Group continued to initiate efforts to enhance its sustainability practices focusing on the areas of Economic, Environmental and Social ("EES"). This statement describes how it addresses the sustainability matters that are material to the Group and its stakeholders, and presents the progress of strategies and practices implemented in managing the sustainability matters as guided by Bursa Malaysia Securities Berhad's ("Bursa Malaysia") Sustainability Reporting Guide and Toolkits. During the year ended 31 December 2018, the Group also included relevant indicators to describe the Group's sustainability performance.However, there is no comparison data available due to the data collection system is designed during the year.

## SCOPE AND COVERAGE

Unless otherwise stated, the scope of our Sustainability Statement covers the period from 1 January 2018 to 31 December 2018 and the reporting boundary for the time being is mainly focused on the furnitre manufacturing operations. The Group's plantation and investment holding operations are not included at this juncture.

## SUSTAINABILITY GOVERNANCE

The Board of Directors ("Board") of Lii Hen Industries Berhad ("Lii Hen") is primarily responsible in overseeing the Risk Management and Sustainability Governance of the Group.The risk management oversight process is helmed by the Board's Risk Oversight Committee, comprising solely Independent Directors("Committee"),which is supported by the Risk Management Working Committee ("Management Committee"), comprising the Managing Director, other Executive Directors and selected management personnel, who identifies, evaluates and implements control measures to mitigate the risks so identified to acceptable levels and reports the same to the Committee for onward communication to the Board. With the advent of Sustainability Reporting, the Committee takes on the additional oversight role of monitoring sustainability activities, where the relevant material sustainability matters are identified by the Management Committee in tandem with the normal risk management initiatives. The outcome of sustainability performance, i.e. the effectiveness of measures implemented in addressing the Material Sustainability Matters, is collated by the Committee for onward reporting to the Board.



Sustainability Governance Structure

Barcode:3886371-01 A-570-106 INV - Investigation   -



ANNUAL REPORT **2018**

# ABOUT THE SUSTAINABILITY STATEMENT

## MATERIALITY ASSESSMENT

The Management Committee conducts a materiality review every year to identify the sustainability matters that are important and relevant to the Group and its stakeholders. The result would assist the Group to manage the material sustainability matters.

The Group's materiality assessment comprises the following steps:



| 1. Determining the objective and scope of this report | 1. Identification of relevant sustainability matters | 1. Stakeholders engagement by identifying materiality matters that influence our stakeholders | 1. Prioritisation of material sustainability matters | 1. Managing of material sustainability matters |

## STAKEHOLDERS

| Stakeholders | Sustainable Topics | Type of Engagement | Frequency |
|---|---|---|---|
| Customers | • Production quality and improvement<br>• Product quality<br>• Sustaining long term relationship<br>• Operation in compliance with applicable laws and standards | • On-site factory visit<br>• Customer audit, if any | • On-going<br>• On-going |
| Employees | • Health and safety<br>• Communication and engagement<br>• Working condition and welfare<br>• Employee satisfaction<br>• Career development and training<br>• Business performance review<br>• Operation in compliance with applicable laws and standards | • Appraisal and performance review<br>• Social events with employees<br>• Training and development<br>• Formal meeting and discussion | • Annually<br>• On-going<br>• On-going<br>• On-going |
| Suppliers | • Supplier performance<br>• Products quality | • Supplier qualification and selection process<br>• Regular meetings and correspondence<br>• Supplier performance evaluation | • On-going<br>• On-going<br>• Monthly |
| Shareholders and Investors | • Financial performance<br>• Operation in compliance with applicable laws and standards | • Corporate website<br>• Investor relationship channel<br>• Quarterly financial results<br>• Annual Report<br>• Regular meetings and correspondence | • On-going<br>• On-going<br>• Quarterly<br>• Annually<br>• On-going |
| Government and Regulators | • Regulatory compliance | • Site visit and meeting<br>• Participating in program organisedby government bodies | • As required<br>• As required |

Retrieved from dailycrooks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



**ANNUAL** REPORT **2018**

# ABOUT THE SUSTAINABILITY STATEMENT

MATERIALITY MATRIX



Significance of Group's Economic, Environmental and Social Impacts

## MANAGING SUSTAINABILITY MATTERS ECONOMIC

### Economic

**Economic Performance**

The economic performance of a company indicates how much value it has created for its stakeholders.Our economic performance is managed as part of our business strategy. Both internal and external stakeholders of the Group rely on our economic performance. With strong economic performance, we could:

- Deliver value to our shareholders
- Deliver value through our products to society
- Offer competitive salaries and benefits to our employees
- Meet the obligations to suppliers and creditors
- Meet customers'requirements
- Generate tax revenues to government

### Economic Performance Highlights for FY2018

|  | FY 2018 | FY2017 |
|---|---|---|
| Revenue | RM801.2 million | RM717.5 million |
| Profit after tax | RM57.9 million | RM70.7 million |
| Employee benefit | RM89.6 million | RM86.8 million |
| Tax expenses (excluding deferred tax expenses) | RM14.5 Million | RM22.5 Million |
| Dividend | RM36.9 Million | RM46.8 Million |

Barcode:3886371-01 A-570-106 INV - Investigation   -

**ANNUAL** REPORT **2018**

# ABOUT THE SUSTAINABILITY STATEMENT

Economic Performance Highlights for FY2018 - continued

### Procurement Practices

Being a responsible corporate citizen to reduce carbon footprint, the Group always supports its local suppliers through purchases of local products and services as closer proximity reducing emissions related to product/supply chain transport and reduced cost in purchasing. In addition, we also believe sourcing locally will contributes to developing the local economy and generate more employment and job opportunities for the people and community.

### Mitigating Foreign Currency Risk

A substantial portion of the Group's revenue are denominated in U.S. dollar and the Group is exposed to the risks of foreign currency fluctuations. However, the Group has approved hedging policy and costing mechanism in place to monitor currency fluctuation to mitigate the risk.

### Certification & Accreditation

One of our subsidiary, Lii Hen Furniture Sdn. Bhd. has obtained the following certification:

| Type of certification | Certification Body | Scope of Certification | Company |
|---|---|---|---|
| ISO9001:2015 | SIRIM | Manufacture of wooden furniture | Lii Hen Furniture Sdn. Bhd. |

## CORPORATE GOVERNANCE

Lii Hen has to ensure that it manages the business and affairs of the Group in conformity with the laws and regulations of the jurisdictions in which it operates.

The Board regard Corporate Governance as vitally important to the success of business and are unreservedly committed to applying the principles necessary to ensure that the following principles of good governance is practiced in all of its business dealings in respect of its shareholders and relevant stakeholders:

- The Board is the focal point of  Lii Hen's Corporate Governance system. It is ultimately accountable and responsible for the performance and affairs of Lii Hen.
- All Board members are expected to act in a professional manner, thereby upholding the core values of integrity and enterprise with due regard to their fiduciary duties and responsibilities.
- All Board members are responsible to Lii Hen for achieving a high level of good governance.
- This Board Charter shall constitute, and form, an integral part of each Director's duties and responsibilities.

Filed By: christine@dailybanks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

ANNUAL REPORT **2018**

# ABOUT THE SUSTAINABILITY STATEMENT

## CORPORATE GOVERNANCE - continued

The current Board Charter is available online on the Lii Hen's website, www.liihenfurniture.com.

Details of Lii Hen's corporate governance framework and practices are elaborated in the Corporate Governance Overview Statement contain in this Annual Report.

### Risk Management

For information on Risk Management, please refer to the section in Statement on Risk Management and Internal Control of the Annual Report FY2018.

### Code of Conduct and Ethics and Whistleblowing

The information on Code of Conduct and Ethics and Whistleblowing, is available online on the Lii Hen's website, www.liihenfurniture.com.

## LABOUR PRACTICES

The Group acknowledge the workforce is a valuable asset, and a sound employee relationship is a key ingredient to the long-term sustainability of the business. Therefore, we are committed to provide them with safe and healthy working conditions and support their learning and development via our training and development programmes.

### Diversity

The Group believes that workforce diversity is the source of new value creation. As such, the Group strives to provide employment opportunities to a diverse group of people, regardless of their age, gender, religion and race, while leveraging the diversity of employees to increase corporate competitiveness. As at 31 December 2018, we have a total workforce of 2,880 employees of which majority comprise of foreign workers. As the standard of living in Malaysia improve over time, we are facing challenges in recruiting local employees. However, we will engage the Human Resource Ministry to identify and reach out to other avenues on local recruitment.

### Diversity

| Employee by Gender | 2018 | 2018 |
|---|---|---|
| Male | 2,631 | 91.4% |
| Female | 249 | 8.6% |
| Total | 2,880 | 100.0% |

| Employee by Age Group | 2018 | 2018 |
|---|---|---|
| < 30 years old | 1,310 | 45.5% |
| 30 – 50 years old | 1,477 | 51.3% |
| > 50 years old | 93 | 3.2% |
| Total | 2,880 | 100.0% |

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL** REPORT **2018**

# ABOUT THE SUSTAINABILITY STATEMENT

## LABOUR PRACTICES - continued

### A Safe and Healthy Work Environment

Each of the operating units has appointed a Safety Officer to oversee compliance with the rules and regulations instituted by the Department of Environment and Department of Occupational Safety and Health ("JKKP").

Apart from the appointment of a Safety Officer, the Group has also established a Safety and Health Committee which deliberates on matters pertaining to safety and health of employees at the work place. Structured training programmes on health and safety are organized for employees to undergo on an annual basis whilst their health is under surveillance to ensure health matters, if any, are quickly identified for remedial measures.

The Group's Health and Safety key data are as follow :

|                             | 2018 |
|-----------------------------|------|
| Industrial accident cases   | 19   |
| Industrial fatalities cases | -    |

### Environment

The Group remain committed to preserving the environment and minimise carbon footprint as it goes about its operations, the Group's employees practise energy saving habits faithfully through many ways to save resources, such as switching off electricity when not in use, minimising printing to reduce paper wastage and the use of energy saving equipment such as LED lighting at all hostels. The Group has also undertaken the planting of more than 200,000 trees of the timber latex clone on 435 hectares of degraded forest land.

| Energy Consumption | 2018       |
|--------------------|------------|
| Electricity (kWh)  | 16,375,983 |

| Water Consumption | 2018   |
|-------------------|--------|
| Water (m3)        | 71,930 |

This Statement is issued in accordance with a Resolution of Board of Directors passed on 28 March 2019.

Filed By: sabrina.daily@apks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation  -



# FINANCIAL STATEMENTS 31 DECEMBER 2018

| | |
|---|---|
| DIRECTORS' REPORT | 54 |
| STATEMENT BY DIRECTORS | 60 |
| STATUTORY DECLARATION | 61 |
| INDEPENDENT AUDITORS' REPORT | 62 |
| | |
| CONSOLIDATED STATEMENT OF FINANCIAL POSITION | 67 |
| CONSOLIDATED STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME | 68 |
| CONSOLIDATED STATEMENT OF CHANGES IN EQUITY | 69 |
| CONSOLIDATED STATEMENT OF CASH FLOWS | 70 |
| | |
| STATEMENT OF FINANCIAL POSITION | 72 |
| STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME | 73 |
| STATEMENT OF CHANGES IN EQUITY | 74 |
| STATEMENT OF CASH FLOWS | 75 |
| | |
| NOTES TO THE FINANCIAL STATEMENTS | 77 |

Filed By: leslie.bailey@apks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation   -

ANNUAL REPORT 2018

# DIRECTORS' REPORT

The Directors have pleasure in submitting their report together with the audited financial statements of the Group and of the Company for the financial year ended 31 December 2018.

## PRINCIPAL ACTIVITIES

The principal activity of the Company is that of investment holding. The principal activities of the subsidiary companies are as set out in note 10 to the financial statements.

There have been no significant changes in the nature of these activities of the Group and of the Company during the financial year.

## SUBSIDIARY COMPANIES

The details of the Company's subsidiary companies are as set out in note 10 to the financial statements.

## RESULTS

|  | Group RM | Company RM |
|---|---|---|
| Profit for the financial year attributable to: |  |  |
| Owners of the Company | 57,163,689 | 37,876,651 |
| Non-controlling interests | 689,558 | - |
|  | 57,853,247 | 37,876,651 |

## DIVIDENDS

The dividends paid or declared by the Company since the end of the previous financial year were as follows:

|  | RM |
|---|---|
| In respect of the financial year ended 31 December 2017, |  |
| - special single tier dividend of 8.0 sen per share declared on 22 February 2018 and dealt with in the previous Directors' report  was paid on 27 March 2018 | 14,400,000 |
| - final single tier dividend of 3.0 sen per share proposed in the previous financial year and dealt with in the previous Directors' report was paid on 19 July 2018 | 5,400,000 |
| In respect of the financial year ended 31 December 2018, |  |
| - first interim single tier dividend of 2.5 sen per share declared on 24 May 2018 and paid on 29 June 2018 | 4,500,000 |
| - second interim single tier dividend of 3.5 sen per share declared on 23 August 2018 and paid on 27 September 2018 | 6,300,000 |
| - third interim single tier dividend of 3.5 sen per share declared on 22 November 2018 and paid on 27 December 2018 | 6,300,000 |
|  | 36,900,000 |

Retrieved from dailysparks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



ANNUAL REPORT 2018

## DIRECTORS' REPORT - continued

### DIVIDENDS - continued

After the end of the financial year,

In respect of the financial year ended 31 December 2018,
-   fourth single tier dividend of 2.0 sen per share declared on
    21 February 2019 and payable on 28 March 2019 | 3,600,000

The above single tier dividend, declared subsequent to the financial year end, has not been included as liability in the financial statements.

The Directors proposed a final single tier dividend of 3.0 sen per share amounting to RM5,400,000 in respect of the financial year ended 31 December 2018. The proposed final dividend is subject to approval by the shareholders at the forthcoming Annual General Meeting and has not been included as liability in the financial statements.

### RESERVES AND PROVISIONS

There were no material transfers to or from reserves or provisions during the financial year except as disclosed in the financial statements.

### ISSUE OF SHARES AND DEBENTURES

The Company did not issue any new shares or debentures during the financial year.

### DIRECTORS

The Directors of the Company who held office during the financial year up to the date of this report are:

Lan Haw Chong @ Lau Haw Chong
Chua Yong Haup*
Chua Lee Seng*
Tok Heng Leong*
Tan Bee Eng*
Chan Wah Chong
Dato' Mustapha Bin Abd Hamid
Chik Chan Chee @ Cheok Chan Chee (Appointed on 13 June 2018)
Tey Ping Cheng (Retired on 13 June 2018)
Chan Nyat Keong (Resigned on 01 May 2018)

*They are also Directors of certain subsidiary companies of the Company.

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## DIRECTORS' REPORT - continued

### DIRECTORS - continued

The Directors of the subsidiary companies of the Company who held office during the financial year up to the date of this report, not including those Directors listed above are:

Chua Yong Hock
Tok Soon Hing
Neoh Cher Leong
Chua Lee Wat
Sia Chee Shong
Zamri Bin Sedek
Mohd Qari Bin Ahmad (Resigned on 21.02.2018)
Lokman Bin Yusof (Resigned on 31.05.2018)

### DIRECTORS' INTEREST

The Directors holding office at the financial year end and their interests in share capital of the Company and of its related corporations during the financial year were as follows:

| | ← Number of ordinary shares → | | |
| --- | --- | --- | --- |
| | Balance at 01.01.2018 | Bought | Sold | Balance at 31.12.2018 |
| **Direct interest** | | | | |
| **Ordinary shares of the Company** | | | | |
| - Chua Yong Haup | 150,000 | 60,000 | - | 210,000 |
| - Chua Lee Seng | 141,200 | - | - | 141,200 |
| - Tok Heng Leong | 43,428 | - | - | 43,428 |
| - Tan Bee Eng | 321,094 | - | (187,000) | 134,094 |
| **Indirect interest** | | | | |
| **Ordinary shares of the Company** | | | | |
| - Chua Lee Seng | 77,207,010 | 16,400 | - | 77,223,410 |
| - Tok Heng Leong | 77,058,510 | - | - | 77,058,510 |
| - Tan Bee Eng | 77,058,510 | - | - | 77,058,510 |
| **Ordinary shares of the immediate and ultimate holding Company Assets Muar Sdn. Bhd.** | | | | |
| - Chua Yong Haup | 1,427,778 | 69,067 | - | 1,496,845 |
| - Chua Lee Seng | 3,055,140 | - | (460,450) | 2,594,690 |
| - Tok Heng Leong | 3,055,140 | - | - | 3,055,140 |
| - Tan Bee Eng | 2,911,617 | 23,023 | - | 2,934,640 |

Filed By: lilly@dailyspanks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

ANNUAL REPORT **2018**

# DIRECTORS' REPORT - continued

## DIRECTORS' INTEREST - continued

By virtue of their interests in the shares of the Company, Messrs. Chua Lee Seng, Tok Heng Leong and Tan Bee Eng are also deemed to have interests in the shares of all the subsidiary companies to the extent that the Company has an interest.

None of the other Directors holding office at the financial year end had any interest in the share capital of the Company and of its related companies during the financial year.

## DIRECTORS' BENEFITS

Since the end of the previous financial year, no Director of the Company has received or become entitled to receive any benefit (other than as disclosed in the financial statements) by reason of a contract made by the Company or a related corporation with the Director or with a firm of which the Director is a member, or with a company in which the Director has a substantial financial interest except as disclosed in note 31 to the financial statements.

Neither during nor at the end of the financial year, was the Company or any of its subsidiary companies a party to any arrangements whose object is to enable the Directors to acquire benefits by means of the acquisition of shares in or debentures of the Company or any other body corporate.

## OTHER STATUTORY INFORMATION ON THE FINANCIAL STATEMENTS

(a)   Before the financial statements of the Group and of the Company were made out, the Directors took reasonable steps:

   (i)    to ascertain that action had been taken in relation to the writing off of bad debts and the making of provision for doubtful debts and satisfied themselves that  there were no known bad debts and adequate provision for doubtful debts had been made; and

   (ii)   to ensure that any current assets, other than debts, which were unlikely to realise in the ordinary course of business their value as shown in the accounting records of the Group and of the Company had been written down to an amount which they might be expected so to realise.

(b)   At the date of this report, the Directors are not aware of any circumstances:

   (i)    which would require any amounts to be written off for bad debts or would render the amounts of the provision for doubtful debts in the financial statements of the Group and of the Company inadequate to any substantial extent;

   (ii)   which would render the values attributed to current assets in the financial statements of the Group and of the Company misleading;

   (iii)  which have arisen which render adherence to the existing method of valuation of assets or liabilities of the Group and of the Company misleading or inappropriate, or

   (iv)   not otherwise dealt with in this report or the financial statements which would render any amount stated in the financial statements misleading.

ANNUAL REPORT 2018

## DIRECTORS' REPORT - continued

### OTHER STATUTORY INFORMATION ON THE FINANCIAL STATEMENTS - continued

(c)     At the date of this report, there does not exist:

   (i)     any charge on the assets of the Group and of the Company which has arisen since the end of the financial year which secures the liability of any other person, or

   (ii)    any contingent liability of the Group and of the Company which has arisen since the end of the financial year.

(d)     No contingent or other liability of the Group and of the Company has become enforceable, or is likely to become enforceable within the period of twelve months after the end of the financial year which, in the opinion of the Directors, will or may substantially affect the ability of the Group and of the Company to meet their obligations as and when they fall due.

(e)     In the opinion of the Directors,

   (i)     the results of the operations of the Group and of the Company during the financial year were not substantially affected by any item, transaction or event of a material and unusual nature; and

   (ii)    there has not arisen in the interval between the end of the financial year and the date of this report any item, transaction or event of a material and unusual nature likely to affect substantially the results of the operations of the Group and of the Company for the current financial year.

### IMMEDIATE AND ULTIMATE HOLDING COMPANY

The Directors regard Assets Muar Sdn. Bhd., a company incorporated in Malaysia, as the immediate and ultimate holding company.

### SIGNIFICANT EVENTS DURING THE FINANCIAL YEAR

Details of the significant events during the financial year are as disclosed in note 38 to the financial statements.

### INDEMNITY AND INSURANCE COSTS

During the financial year, the total cost of insurance effected for Directors and officers of the Group and of the Company is as disclosed in note 27(a) to the financial statements.

LII HEN INDUSTRIES BHD (310549-P)

Retrieved from https://www.dailyworks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation  -



ANNUAL REPORT 2018

## DIRECTORS' REPORT - continued

### AUDITORS' REMUNERATION

The auditors' remuneration is as disclosed in note 27(a) to the financial statements.

Signed in accordance with a resolution of the Directors.

**Chua Yong Haup**
Director

**Chua Lee Seng**
Director

Muar

Date: 28 March 2019

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## STATEMENT BY DIRECTORS

We, the undersigned, being two of the Directors of Lii Hen Industries Bhd. do hereby state that, in the opinion of the Directors, the accompanying statements of financial position, statements of profit or loss and other comprehensive income, statements of changes in equity and statements of cash flows together with the notes attached thereto are drawn up in accordance with Malaysian Financial Reporting Standards, International Financial Reporting Standards and the Companies Act, 2016 in Malaysia so as to give a  true and fair view of the financial position of the Group and of the Company at 31 December 2018 and of the financial performance and the cash flows of the Group and of the Company for the financial year then ended.

Signed in accordance with a resolution of the Directors.

**Chua Yong Haup**
Director

**Chua Lee Seng**
Director

Date: 28 March 2019

Filed By: rebecca@dailywonks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## STATUTORY DECLARATION

I, Lydia Sim Lee Hea (MIA: CA 8074), being the officer primarily responsible for the financial management of Lii Hen Industries Bhd., do solemnly and sincerely declare that the accompanying statements of financial position, statements of profit or loss and other comprehensive income, statements of changes in equity and statements of cash flows together with the notes thereto are, to the best of my knowledge and belief, correct and I make this solemn declaration conscientiously believing the declaration to be true, and by virtue of the provisions of the Statutory Declarations Act, 1960.

| | |
|---|---|
| Subscribed and solemnly declared | ) |
| by the abovenamed at Muar in the | ) |
| State of Johore on 28 March 2019 | ) |

**Lydia Sim Lee Hea**

Before me,

Lim Pei Ling
No: J 238
Pesuruhjaya Sumpah
Malaysia

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF LII HEN INDUSTRIES BHD.
(Incorporated in Malaysia)

### REPORT ON THE AUDIT OF THE FINANCIAL STATEMENTS

#### Opinion

We have audited the financial statements of Lii Hen Industries Bhd., which comprise the statements of financial position at 31 December 2018 of the Group and of the Company, and the statements of profit or loss and other comprehensive income, statements of changes in equity and statements of cash flows of the Group and of the Company for the financial year then ended, and notes to the financial statements, including a summary of significant accounting policies, as set out on pages 67 to 153.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Group and of the Company at 31 December 2018, and of their financial performance and their cash flows for the financial year then ended in accordance with Malaysian Financial Reporting Standards, International Financial Reporting Standards and the requirements of the Companies Act, 2016 in Malaysia.

#### Basis for Opinion

We conducted our audit in accordance with approved standards on auditing in Malaysia and International Standards on Auditing. Our responsibilities under those standards are further described in the Auditors' Responsibilities for the Audit of the Financial Statements section of our report. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

#### Independence and Other Ethical Responsibilities

We are independent of the Group and of the Company in accordance with the By-Laws (on Professional Ethics, Conduct and Practice) of the Malaysian Institute of Accountants ("By-Laws") and the International Ethics Standards Board for Accountants' Code of Ethics for Professional Accountants ("IESBA Code"), and we have fulfilled our other ethical responsibilities in accordance with the By-Laws and the IESBA Code.

#### Key Audit Matters

Key audit matters are those matters that, in our professional judgement, were of most significance in our audit of the financial statements of the Group and of the Company for the current financial year. These matters were addressed in the context of our audit of the financial statements of the Group and of the Company as a whole, and in forming our opinion thereon, and we do not provide a separate opinion on these matters.

Filed By: bbui@dailywongpks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

ANNUAL REPORT 2018

## INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF LII HEN INDUSTRIES BHD.
### (Incorporated in Malaysia) - continued

**Key Audit Matters** - continued

| *Key Audit Matters* | *How our audit addressed the key audit matters* |
|---|---|

1) Inventories valuation and write down (Refer to note 3(h), 6(a) and 12 to the financial statements)

The Group had inventories of RM89,260,567 at 31 December 2018 and is significant to the financial statements.

Inventories are stated at the lower of cost and net realisable value. The valuation of the inventories and the assessment of inventories write down due to excess quantities, obsolescence and decline in net realisable value below cost involved judgements and estimation uncertainty in forming expectations about future revenue and demands.

We obtained assurance over the appropriateness of the assumptions applied by the management in calculating the value of the inventories by:

- Obtaining an understanding of the inventory management process of the Group including how the Group values the inventories and identifies and assesses the inventory write down;

- Performing sample test to confirm that inventories are valued at the lower of cost and net realisable value, through testing of raw materials costs, labour and overhead absorption into inventories and post period end sales values;

- Participating in the annual inventory count, performed sample test counts and observed the counts performed by management;

- Reviewing the inventories records for inventory movements and to identify slow moving items and assess the adequacy of the written down;

- Inquiring of management pertaining the plans to clear the slow moving and obsolete inventories; and

- Evaluating the reasonableness and adequacy of the write down for inventories recognised for identified exposures.

**ANNUAL REPORT 2018**

## INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF LII HEN INDUSTRIES BHD. (Incorporated in Malaysia) - continued

### Key Audit Matters - continued

| Key Audit Matters | How our audit addressed the key audit matters |
|---|---|

**2)  Impairment of trade receivables (Refer to note 6(b) and 13 to the financial statements)**

The Group had receivables of RM71,384,107 at 31 December 2018 and is significant to the financial statements. As disclosed in note 34(a) to the financial statements, the Group is subject to concentration of credit risk and other major credit risk exposure.

The Group adopted MFRS 9 - "Financial instruments", with a date of transition of 1 January 2018. MFRS 9 introduces an expected credit loss ("ECL") impairment model, which requires the use of significant assumptions in assessing the level of allowance for ECL or to write-down the value of trade receivables. We identified this matter as key audit matter mainly due to the significant amount involved and judgement exercised together with the inherent uncertainty in the assumptions applied by the Directors to determine the level of allowance.

Our audit procedures in this area included, among others:

- Obtaining an understanding of how the Group has control over the receivable collection process and the process for estimating ECL;

- Reviewing the receivables ageing analysis and testing the reliability thereof;

- Reviewing subsequent cash collections for major receivables and overdue debts;

- Inquiring of management pertaining the recoverability of significant and overdue debts; and

- Evaluating the adequacy of the Group's ECL made against trade receivables and checked the accuracy of data and calculation of the ECL amount, on a sample basis.

**3)  Revaluation of property, plant and equipment (Refer to note 6(c) and 7 to the financial statements)**

The Group had land and buildings included in property, plant and equipment of RM160,775,833 at 31 December 2018 and represented 35% of the Group's total assets.

We identified the valuation of land and buildings included in property, plant and equipment as a key audit matter due to the significance of the balance to the financial statements as a whole, combined with the significant judgements associated with the determination of the fair value.

The Group's land and buildings included in property, plant and equipment are stated at fair value based on valuations carried out by independent qualified professional valuers (the "Valuers"). The valuations are based on sales comparison approach which is the significant unobservable input that involves management's significant judgement. Details of the valuation techniques and significant unobservable input used in the valuations are disclosed in note 33 to the financial statements.

Our audit procedures in relation to the valuation of property, plant and equipment included:

- Evaluating the competence, capabilities and objectivity of the Valuers;

- Obtaining an understanding of the valuation process and techniques adopted by the Valuers to assess if they are consistent with industry norms;

- Obtaining the valuation reports and discussing with the Valuers to assess the reasonableness of the significant unobservable inputs and the accuracy of the source data used by the management and the Valuers by comparing them, on a sampling basis, to where relevant, existing publicly available information of similar comparable properties and our knowledge of the real estate industry; and

- Checking arithmetical accuracy of calculations.

Filed By: PERIASAMY@DAILY-BANKS.COM, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

**ANNUAL** REPORT **2018**

## INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF LII HEN INDUSTRIES BHD. (Incorporated in Malaysia) - continued

### Information Other Than the Financial Statements and Auditors' Report Thereon

The Directors of the Company are responsible for the other information. The other information comprises the information included in the Annual Report and Directors' Report, but does not include the financial statements of the Group and of the Company and our auditors' report thereon.

Our opinion on the financial statements of the Group and of the Company does not cover the other information and we do not express any form of assurance conclusion thereon.

In connection with our audit of the financial statements of the Group and of the Company, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements of the Group and of the Company or our knowledge obtained in the audit or otherwise appears to be materially misstated.

If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. We have nothing to report in this regard.

### Responsibilities of the Directors for the Financial Statements

The Directors of the Company are responsible for the preparation of financial statements of the Group and of the Company that give a true and fair view in accordance with Malaysian Financial Reporting Standards, International Financial Reporting Standards and the requirements of the Companies Act, 2016 in Malaysia. The Directors are also responsible for such internal control as the Directors determine is necessary to enable the preparation of financial statements of the Group and of the Company that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements of the Group and of the Company, the Directors are responsible for assessing the Group's and the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the Directors either intend to liquidate the Group or the Company or to cease operations, or have no realistic alternative but to do so.

### Auditors' Responsibilities for the Audit of the Financial Statements

Our objectives are to obtain reasonable assurance about whether the financial statements of the Group and of the Company as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with approved standards on auditing in Malaysia and International Standards on Auditing will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with approved standards on auditing in Malaysia and International Standards on Auditing, we exercise professional judgement and maintain professional scepticism throughout the audit. We also:

a)   Identify and assess the risks of material misstatement of the financial statements of the Group and of the Company, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

b)   Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Group's and the Company's internal control.

c)   Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Directors.

**ANNUAL** REPORT **2018**

## INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF LII HEN INDUSTRIES BHD.
## (Incorporated in Malaysia) - continued

### Auditors' Responsibilities for the Audit of the Financial Statements - continued

As part of an audit in accordance with approved standards on auditing in Malaysia and International Standards on Auditing, we exercise professional judgement and maintain professional scepticism throughout the audit. We also: - continued

d)      Conclude on the appropriateness of the Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Group's or the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements of the Group and of the Company or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Group or the Company to cease to continue as a going concern.

e)      Evaluate the overall presentation, structure and content of the financial statements of the Group and of the Company, including the disclosures, and whether the financial statements of the Group and of the Company represent the underlying transactions and events in a manner that achieves fair presentation.

f)      Obtain sufficient appropriate audit evidence regarding the financial information of the entities or business activities within the Group to express an opinion on the financial statements of the Group. We are responsible for the direction, supervision and performance of the group audit. We remain solely responsible for our audit opinion.

We communicate with the Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

We also provide the Directors with a statement that we have complied with relevant ethical requirements regarding independence, and to communicate with them all relationships and other matters that may reasonably be thought to bear on our independence, and where applicable, related safeguards.

From the matters communicated with the Directors, we determine those matters that were of most significance in the audit of the financial statements of the Group and of the Company for the current financial year and are therefore the key audit matters. We describe these matters in our auditors' report unless law or regulation precludes public disclosure about the matter or when, in extremely rare circumstances, we determine that a matter should not be communicated in our report because the adverse consequences of doing so would reasonably be expected to outweigh the public interest benefits of such communication.

### Other Matter

This report is made solely to the members of the Company, as a body, in accordance with Section 266 of the Companies Act, 2016 in Malaysia and for no other purpose. We do not assume responsibility to any other person for the content of this report.

**JOHN LIM & ASSOCIATES**                      **OH PHAIK CHOO**
A.F. No. 0393                                 02847/03/2020 J
Chartered Accountants                         Chartered Accountant

Date: 28 March 2019

67, 2nd Floor, Room A                          Phone   :  06-9515317 / 9523513
Jalan Ali, 84000 Muar                          Fax     :  06-9545393
Johor Darul Takzim                             E-mail  :  jlim0393@gmail.com

Printed from https://www.dailyranks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation  -



**ANNUAL REPORT** 2018

## CONSOLIDATED STATEMENT OF FINANCIAL POSITION
### AT 31 DECEMBER 2018

|  | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| **ASSETS** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 7 | 184,278,694 | 151,946,425 |
| Investment property | 8 | 375,022 | 383,001 |
| Biological asset | 9 | 2,230,426 | 2,438,965 |
| Intangible assets | 11 | 486,532 | 505,525 |
| | | 187,370,674 | 155,273,916 |
| **Current assets** | | | |
| Inventories | 12 | 89,260,567 | 88,200,407 |
| Receivables | 13 | 71,384,107 | 78,531,285 |
| Prepaid operating expenses and other assets | 14 | 11,275,169 | 7,072,406 |
| Investment security | 16 | 17,723,198 | - |
| Derivative financial instruments | 17 | 54,167 | - |
| Tax assets | 18 | 2,709,239 | 1,446,875 |
| Deposits, cash and bank balances | 19 | 76,344,174 | 92,212,898 |
| | | 268,750,621 | 267,463,871 |
| **TOTAL ASSETS** | | 456,121,295 | 422,737,787 |
| **EQUITY AND LIABILITIES** | | | |
| **EQUITY** | | | |
| Equity attributable to owners of the Company | | | |
| Share capital | 20 | 89,999,994 | 89,999,994 |
| Reserves | 21 | 235,993,266 | 198,772,646 |
| | | 325,993,260 | 288,772,640 |
| Non-controlling interests | 10(b) | (22,578) | (712,136) |
| **Total equity** | | 325,970,682 | 288,060,504 |
| **LIABILITIES** | | | |
| **Non-current liabilities** | | | |
| Borrowings | 22 | 2,354,109 | 3,836,163 |
| Deferred taxation | 23 | 19,411,544 | 14,885,895 |
| | | 21,765,653 | 18,722,058 |
| **Current liabilities** | | | |
| Borrowings | 22 | 26,845,576 | 34,604,341 |
| Payables | 24 | 80,662,444 | 78,349,212 |
| Tax liabilities | 18 | 876,940 | 3,001,672 |
| | | 108,384,960 | 115,955,225 |
| **Total liabilities** | | 130,150,613 | 134,677,283 |
| **TOTAL EQUITY AND LIABILITIES** | | 456,121,295 | 422,737,787 |

The annexed notes form an integral part of the financial statements.

Barcode:3886371-01 A-570-106 INV - Investigation   -



ANNUAL REPORT **2018**

## CONSOLIDATED STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME FOR THE FINANCIAL YEAR ENDED 31 DECEMBER 2018

| | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| Revenue | 25 | 801,218,510 | 717,534,990 |
| Cost of sales | | (664,053,703) | (559,544,567) |
| Gross profit | | 137,164,807 | 157,990,423 |
| Other income | | 3,434,370 | 9,823,264 |
| Administrative expenses | | (29,810,372) | (30,992,622) |
| Selling expenses | | (34,410,384) | (28,705,511) |
| Other expenses | | (2,178,995) | (14,167,698) |
| Finance costs | 26 | (1,267,536) | (1,139,789) |
| Profit before tax | 27 | 72,931,890 | 92,808,067 |
| Income tax expenses | 18 | (15,078,643) | (22,078,343) |
| Profit for the financial year | | 57,853,247 | 70,729,724 |
| Other comprehensive income, net of tax Item that will not be reclassified subsequently to profit or loss | | | |
| Revaluation surplus of property, plant and equipment | | 16,956,931 | - |
| Total comprehensive income for the financial year | | 74,810,178 | 70,729,724 |
| Profit for the financial year attributable to: | | | |
| Owners of the Company | | 57,163,689 | 71,548,480 |
| Non-controlling interests | | 689,558 | (818,756) |
| | | 57,853,247 | 70,729,724 |
| Basic earnings per share attributable to owners of the Company (sen) | 28 | 31.76 | 39.75 |

The annexed notes form an integral part of the financial statements.

Filed By: lisa.li@dailygenks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



**ANNUAL** REPORT **2018**

## CONSOLIDATED STATEMENT OF CHANGES IN EQUITY
### FOR THE FINANCIAL YEAR ENDED 31 DECEMBER 2018

| | Note | ← Attributable to owners of the Company → | | | | | |
|---|---|---|---|---|---|---|---|
| | | Non-distributable | | Distributable | | | |
| | | Share Capital **RM** | Asset Revaluation Reserves **RM** | Retained Profits **RM** | Total Shareholders' Equity **RM** | Non-Controlling Interests **RM** | Total Equity **RM** |
| At 01 January 2017 | | 89,999,994 | 29,042,630 | 144,981,536 | 264,024,160 | 106,620 | 264,130,780 |
| Profit for the financial year | | - | - | 71,548,480 | 71,548,480 | (818,756) | 70,729,724 |
| Other comprehensive income | | | | | | | |
| Depreciation transfer on land and buildings | | - | (1,811,337) | 1,811,337 | - | - | - |
| Total comprehensive income/ (expenses) for the financial year | | - | (1,811,337) | 73,359,817 | 71,548,480 | (818,756) | 70,729,724 |
| Contributions by and distributions to owners | | | | | | | |
| Dividends, representing total transactions with owners | 29 | - | - | (46,800,000) | (46,800,000) | - | (46,800,000) |
| At 31 December 2017 | | 89,999,994 | 27,231,293 | 171,541,353 | 288,772,640 | (712,136) | 288,060,504 |
| At 01 January 2018 | | 89,999,994 | 27,231,293 | 171,541,353 | 288,772,640 | (712,136) | 288,060,504 |
| Profit for the financial year | | - | - | 57,163,689 | 57,163,689 | 689,558 | 57,853,247 |
| Other comprehensive income | | | | | | | |
| Revaluation surplus of property, plant and equipment, net of tax | | - | 16,956,931 | - | 16,956,931 | - | 16,956,931 |
| Depreciation transfer on land and buildings | | - | (756,813) | 756,813 | - | - | - |
| Total other comprehensive income for the financial year | | - | 16,200,118 | 756,813 | 16,956,931 | - | 16,956,931 |
| Total comprehensive income for the financial year | | - | 16,200,118 | 57,920,502 | 74,120,620 | 689,558 | 74,810,178 |
| Contributions by and distributions to owners | | | | | | | |
| Dividends, representing total transactions with owners | 29 | - | - | (36,900,000) | (36,900,000) | - | (36,900,000) |
| At 31 December 2018 | | 89,999,994 | 43,431,411 | 192,561,855 | 325,993,260 | (22,578) | 325,970,682 |

The annexed notes form an integral part of the financial statements.

Barcode:3886371-01 A-570-106 INV - Investigation  -



ANNUAL REPORT **2018**

## CONSOLIDATED STATEMENT OF CASH FLOWS
### FOR THE FINANCIAL YEAR ENDED 31 DECEMBER 2018

|  | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | |
| Profit before taxation | | 72,931,890 | 92,808,067 |
| Adjustments for: | | | |
| Amortisation of intangible assets | | 18,993 | 18,690 |
| Depreciation on property, plant and equipment | | 8,693,143 | 7,573,110 |
| Depreciation on investment property | | 7,979 | 7,979 |
| Fair value changes of biological asset | | 797,589 | 1,913,920 |
| Impairment loss on trade receivables | | 32,632 | 70,277 |
| Interest expenses | | 1,267,536 | 1,139,789 |
| Inventories written off due to fire incident | | - | 2,012,469 |
| Inventories written down to net realisable value | | 46,280 | 2,507 |
| Property, plant and equipment written off: | | | |
| - due to fire incident | | - | 3,911,777 |
| - others | | 29,720 | 1,081 |
| Unrealised foreign exchange loss | | 863,869 | 899,118 |
| Fair value change of investment security | | (20,969) | - |
| Gain on disposal of property, plant and equipment | | (66,313) | (86,691) |
| Income from debt instrument carried at fair value | | (27,944) | - |
| Interest income | | (1,981,789) | (3,183,384) |
| Net fair value gain on derivative financial instruments | | (54,167) | - |
| Operating profit before working capital changes | | 82,538,449 | 107,088,709 |
| Increase in inventories | | (1,106,440) | (27,208,348) |
| Decrease/(increase) in receivables | | 6,445,292 | (21,275,237) |
| Increase in prepaid operating expenses and other assets | | (4,192,443) | (1,550,420) |
| Increase in payables and other financial liabilities | | 2,332,410 | 443,953 |
| Cash generated from operations | | 86,017,268 | 57,498,657 |
| Income tax paid | 18(a) | (17,846,286) | (24,726,736) |
| Interest paid | | (1,267,536) | (1,139,789) |
| Income tax refunded | 18(a) | - | 213,540 |
| Net cash from operating activities | | 66,903,446 | 31,845,672 |

Retrieved from dailyranks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



ANNUAL REPORT **2018**

## CONSOLIDATED STATEMENT OF CASH FLOWS
### FOR THE FINANCIAL YEAR ENDED 31 DECEMBER 2018 - continued

| | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | |
| Addition to biological asset | | (589,050) | (414,858) |
| Net cash outflow arising from acquisition of a subsidiary company | 10(c) | - | (18,591,561) |
| Purchase of intangible asset | | - | (1,650) |
| Purchase of investment security | | (17,702,229) | - |
| Purchase of property, plant and equipment | 30(b) | (20,055,967) | (12,023,737) |
| Interest received | | 1,971,469 | 3,272,344 |
| Income received from investment security | | 27,944 | - |
| Proceeds from disposal of property, plant and equipment | | 180,275 | 101,008 |
| Net cash used in investing activities | | (36,167,558) | (27,658,454) |
| | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | |
| Changes in pledged short term deposits | | (87,602) | (87,560) |
| Dividends paid | 29 | (36,900,000) | (46,800,000) |
| Net changes in bankers' acceptances | | (3,017,635) | 5,079,667 |
| Repayment of hire purchase obligation | | (11,130) | - |
| Repayment of term loans | | (1,754,342) | (2,303,006) |
| Net cash used in financing activities | | (41,770,709) | (44,110,899) |
| | | | |
| **Net decrease in cash and cash equivalents** | | (11,034,821) | (39,923,681) |
| **Effect of exchange rate changes** on cash and cash equivalents | | (213,793) | (310,409) |
| **Cash and cash equivalents at** beginning of the financial year | | 84,748,508 | 124,982,598 |
| **Cash and cash equivalents at** end of the financial year | 30(c) | 73,499,894 | 84,748,508 |

The annexed notes form an integral part of the financial statements.

Barcode:3886371-01 A-570-106 INV - Investigation -



**ANNUAL REPORT** 2018

## STATEMENT OF FINANCIAL POSITION
AT 31 DECEMBER 2018

|  | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| **ASSETS** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 7 | 1,039 | 1,147 |
| Investments in subsidiary companies | 10 | 62,743,577 | 56,243,577 |
| | | 62,744,616 | 56,244,724 |
| **Current assets** | | | |
| Prepaid operating expenses and other assets | 14 | 14,040 | 12,633 |
| Amounts due by subsidiary companies | 15 | 10,671,249 | 10,822,277 |
| Investment security | 16 | 17,723,198 | - |
| Tax asset | 18 | 140,242 | - |
| Deposits, cash and bank balances | 19 | 901,036 | 24,206,039 |
| | | 29,449,765 | 35,040,949 |
| **TOTAL ASSETS** | | 92,194,381 | 91,285,673 |
| **EQUITY AND LIABILITIES** | | | |
| **EQUITY** | | | |
| **Equity attributable to owners of the Company** | | | |
| Share capital | 20 | 89,999,994 | 89,999,994 |
| Reserve | 21 | 2,112,012 | 1,135,361 |
| **Total equity** | | 92,112,006 | 91,135,355 |
| **LIABILITIES** | | | |
| **Current liabilities** | | | |
| Payables | 24 | 82,375 | 104,830 |
| Tax liability | 18 | - | 45,488 |
| | | 82,375 | 150,318 |
| **TOTAL EQUITY AND LIABILITIES** | | 92,194,381 | 91,285,673 |

The annexed notes form an integral part of the financial statements.

LII HEN INDUSTRIES BHD (312591-U)  Retrieved from dailystocks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation  -



ANNUAL REPORT 2018

## STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME
FOR THE  FINANCIAL YEAR ENDED 31 DECEMBER 2018

|  | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| Revenue | 25 | 36,900,000 | 46,800,000 |
|  |  |  |  |
| Other income |  | 1,789,688 | 1,749,190 |
| Administrative expenses |  | (624,599) | (930,687) |
| Other operating expense |  | - | (4,757,377) |
|  |  |  |  |
| Profit before tax | 27 | 38,065,089 | 42,861,126 |
|  |  |  |  |
| Income tax expense | 18 | (188,438) | (317,749) |
|  |  |  |  |
| Profit for the financial year representing total comprehensive income for the financial year attributable to owners of the Company |  | 37,876,651 | 42,543,377 |

The annexed notes form an integral part of the financial statements.

Barcode:3886371-01 A-570-106 INV - Investigation -



**ANNUAL** REPORT **2018**

## STATEMENT OF CHANGES IN EQUITY
FOR THE FINANCIAL YEAR ENDED 31 DECEMBER 2018

| | Note | Non-distributable Share Capital RM | Distributable Retained Profits RM | Total Equity RM |
|---|---|---|---|---|
| At 01 January 2017 | | 89,999,994 | 5,391,984 | 95,391,978 |
| Profit for the financial year representing total comprehensive income for the financial year | | - | 42,543,377 | 42,543,377 |
| **Contributions by and distributions to owners** Dividends, representing total transactions with owners | 29 | - | (46,800,000) | (46,800,000) |
| **At 31 December 2017** | | 89,999,994 | 1,135,361 | 91,135,355 |
| **At 01 January 2018** | | 89,999,994 | 1,135,361 | 91,135,355 |
| Profit for the financial year representing total comprehensive income for the financial year | | - | 37,876,651 | 37,876,651 |
| **Contributions by and distributions to owners** Dividends, representing total transactions with owners | 29 | - | (36,900,000) | (36,900,000) |
| **At 31 December 2018** | | 89,999,994 | 2,112,012 | 92,112,006 |

The annexed notes form an integral part of the financial statements.

Filed By: david.spooner@dailywatsks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



ANNUAL REPORT **2018**

## STATEMENT OF CASH FLOWS

### FOR THE FINANCIAL YEAR ENDED 31 DECEMBER 2018

|  | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | |
| Profit before taxation | | 38,065,089 | 42,861,126 |
| Adjustments for: | | | |
| Depreciation on property, plant and equipment | | 138 | 141 |
| Impairment loss on investment in a subsidiary company | | - | 4,757,377 |
| Dividend income | | (36,900,000) | (46,800,000) |
| Fair value changes on investment security | | (20,969) | - |
| Interest income | | (1,740,775) | (1,749,190) |
| Income from debt instrument carried at fair value | | (27,944) | - |
| Operating loss before working capital changes | | (624,461) | (930,546) |
| (Increase)/decrease in prepaid operating expenses and other assets | | (1,407) | 126,859 |
| (Decrease)/increase in payables | | (22,455) | 14,690 |
| Cash used in operations | | (648,323) | (788,997) |
| Dividends received from subsidiary companies | | 36,900,000 | 46,800,000 |
| Income tax paid | 18(a) | (374,168) | (307,571) |
| Income tax refunded | 18(a) | - | 58,392 |
| Net cash from operating activities | | 35,877,509 | 45,761,824 |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | |
| Advances to subsidiary companies | | (8,825,563) | (3,603,979) |
| Purchase of investment security | | (17,702,229) | - |
| Purchase of property, plant and equipment | 30(b) | (30) | - |
| Interest received | | 1,740,775 | 1,749,190 |
| Income received from investment security | | 27,944 | - |
| Repayment from subsidiary companies | | 2,476,591 | 1,816,063 |
| Net cash used in investing activities | | (22,282,512) | (38,726) |

Barcode:3886371-01 A-570-106 INV - Investigation  -



ANNUAL REPORT 2018

## STATEMENT OF CASH FLOWS

### FOR THE FINANCIAL YEAR ENDED 31 DECEMBER 2018 - continued

| | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| Cash flows from financing activity | | | |
| Dividends paid, representing net cash used in financing activity | 29 | (36,900,000) | (46,800,000) |
| | | | |
| Net decrease in cash and cash equivalents | | (23,305,003) | (1,076,902) |
| Cash and cash equivalents at beginning of the financial year | | 24,206,039 | 25,282,941 |
| Cash and cash equivalents at end of the financial year | 30(c) | 901,036 | 24,206,039 |

The annexed notes form an integral part of the financial statements.

LII FURNITURE INDUSTRIES BHD (109840-D)

Filed By: lisa@dailyworks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation   -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018

### 1.   GENERAL

The principal activity of the Company is that of investment holding. The principal activities of the subsidiary companies are as set out in note 10.

The Company is a public limited liability company, incorporated and domiciled in Malaysia and listed on the Main Market of the Bursa Malaysia Securities Berhad ('Bursa Malaysia').

The immediate and ultimate holding company is Assets Muar Sdn. Bhd., a company incorporated in Malaysia.

The registered office of the Company is at 67, 3rd Floor, Jalan Ali, 84000 Muar, Johor Darul Takzim, and the principal place of business is at Plo 43, Kawasan Perindustrian Bukit Pasir, Jalan Raja, Mukim Sungai Raya, 84300 Bukit Pasir, Muar, Johor Darul Takzim.

The Board has authorised the issuance of the financial statements on 28 March 2019.

### 2.   BASIS OF PREPARATION OF THE FINANCIAL STATEMENTS

The financial statements of the Group and of the Company have been prepared in accordance with Malaysian Financial Reporting Standards ('MFRSs'), International Financial Reporting Standards and the Companies Act, 2016 in Malaysia.

Estimates and judgements are evaluated by the management on an on-going basis and are based on historical experience and other factors, including expectations of future events that are believed to be reasonable under the circumstances. The estimates and assumptions that have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities are as disclosed in note 6.

The financial statements of the Group and of the Company are prepared under the historical cost convention except as disclosed in the accounting policies set out below.

The financial statements are presented in Ringgit Malaysia ('RM').

### 3.   SIGNIFICANT ACCOUNTING POLICIES

The accounting policies set out below have been applied consistently to the reporting   periods presented in these financial statements, other than as disclosed in note 5.

a)   Basis of consolidation, business combinations and subsidiary companies

i)   **Basis of consolidation**

The consolidated financial statements comprise the financial statements of the Company and of its subsidiary companies at the end of the reporting period. The financial statements of the subsidiary companies used in the preparation of the consolidated financial statements are prepared for the same reporting date as the Company. Consistent accounting policies are applied to like transactions and events in similar circumstances.

All intra-group balances, income and expenses and unrealised gains and losses resulting from intra-group transactions and dividends are eliminated in full.

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.   SIGNIFICANT ACCOUNTING POLICIES - continued

a)   Basis of consolidation, business combinations and subsidiary companies - continued

i)   **Basis of consolidation** - continued

Subsidiary companies are consolidated from the date of acquisition, being the date on which the Group obtains control, and continue to be consolidated until the date that such control ceases.

Losses and other comprehensive expenses within a subsidiary company are attributed to the non-controlling interest even if that results in a deficit balance.

A change in the ownership interest of a subsidiary company, without a loss of control, is accounted for as an equity transaction. If the Group losses control over a subsidiary company, it

-   de-recognises the assets (including goodwill) and liabilities of the subsidiary company at their carrying amounts at the date when control is lost;

-   de-recognises the carrying amounts of any non-controlling interest;

-   de-recognises the cumulative translation differences recorded in equity;

-   recognises the fair value of the consideration received;

-   recognises the fair value of any investment retained;

-   recognises any surplus or deficit in profit or loss; and

-   re-classifies the Group's shares of components previously recognised in other comprehensive income to profit or loss or retained profits, as appropriate.

ii)   **Business combinations**

Business combinations are accounted for by applying the acquisition method. Identifiable assets acquired and liabilities assumed in a business combination are measured initially at their fair values at the acquisition date. Acquisition-related costs are recognised as expenses in the reporting periods in which the costs are incurred and the services are received.

Any contingent consideration to be transferred by the acquirer will be recognised at fair value at the acquisition date. Subsequent changes to the fair value of the contingent consideration which is deemed to be an asset or liability, will be recognised in profit or loss.

The Group elects for each individual business combination, whether non-controlling interest in the acquiree (if any), that are present ownership interests and entitle their holders to a proportionate share of net assets in the event of liquidation, is recognised on the acquisition date at fair value, or at the non-controlling interest's proportionate share of the acquiree's identifiable net assets. Other components of non-controlling interests are measured at their acquisition date fair value, unless another measurement basis is required by another MFRS.

Any excess of the sum of the fair value of the consideration transferred in the business combination, the amount of non-controlling interest in the acquiree (if any), and the fair value of the Group's previously held equity interest in the acquiree (if any), over the net fair value of the acquiree's identifiable assets and liabilities is recorded as goodwill. The accounting policy for goodwill is as set out in note 3(g)(i). In instances where the latter amount exceeds the former, the excess is recognised as gain on bargain purchase in profit or loss on the acquisition date.

LII FURNITURE INDUSTRIES BHD (576584-V)
Retrieved from Dailystocks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.   SIGNIFICANT ACCOUNTING POLICIES - continued

a)   Basis of consolidation, business combinations and subsidiary companies - continued

ii)   **Business combinations** - continued

Business combinations involving entities under common control adopted before 01 January 2011

Business combinations involving entities under common control are accounted for by applying the pooling of interest method. The assets and liabilities of the combining entities are reflected at their carrying amounts reported in the consolidated financial statements of the controlling holding company. Any difference between the consideration paid and the share capital of the "acquired" entity is reflected within the equity as merger reserve or merger deficit. Merger deficit is adjusted against suitable reserves of the entity acquired to the extent that laws or statutes do not prohibit the use of such reserves.

As part of its transition of MFRSs, the Group elected not to restate those business combinations that occurred before the date of transition to MFRSs, i.e. 01 January 2011.

iii)   **Subsidiary companies**

A subsidiary company is an investee that is controlled by the Group. The Group controls an investee when it is exposed, or has rights, to variable returns from its involvement with the investee and has the ability to affect those returns through its power over the investee.

Thus, the Group controls an investee if, and only if, the Group has all of the following:

-   power over the investee;

-   exposure, or rights or variable returns from its involvement with the investee; and

-   the ability to use its power over the investee to affect its returns.

The Group reassesses whether or not it controls an investee if facts and circumstances indicate that there are changes to one or more of the three elements of control listed above.

In the Company's separate financial statements, investments in subsidiary companies are accounted for at cost less impairment losses, if any. On disposal of such investment, the difference between net disposal proceeds and its carrying amount is recognised in profit or loss.

b)   Transactions with non-controlling interests

Non-controlling interest represents the equity in subsidiary companies not attributable, directly or indirectly, to owners of the Company.

Changes in the interest in a subsidiary company that do not result in a loss of control are accounted for as equity transactions. In such circumstances, the carrying amounts of the controlling and non-controlling interests are adjusted to reflect the changes in their relative interests in the subsidiary company. Any difference between the amount by which the non-controlling interest is adjusted and the fair value of the consideration paid or received is recognised directly in equity and attributed to owners of the Company.

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 3.    SIGNIFICANT ACCOUNTING POLICIES   - continued

### c)    Property, plant and equipment

All items of property, plant and equipment are initially recorded at cost. Subsequent to recognition, property, plant and equipment (other than certain land and buildings) are measured at cost less accumulated depreciation and accumulated impairment losses, if any. The cost includes the cost of replacing part of the property, plant and equipment and borrowing costs that are directly attributable to the acquisition, construction or production of a qualifying property, plant and equipment. The accounting policy for borrowing costs is as set out in note 3(q). The cost of an item of property, plant and equipment is recognised as an asset if, and only if, it is probable that future economic benefits associated with the item will flow to the Group and to the Company and the cost of the item can be measured reliably.

Where significant parts of property, plant and equipment are required to be replaced in intervals, the Group and the Company recognise such parts as individual assets with specific useful lives and depreciation respectively. Likewise, when a major inspection is performed, its cost is recognised in the carrying amount of the plant and equipment as a replacement if the recognition criteria are satisfied. All other repair and maintenance costs are recognised in profit or loss as incurred.

Certain land and buildings are measured at fair value less accumulated depreciation and impairment losses, if any recognised after the date of the revaluation. Valuations are performed with sufficient regularity (every five years or at shorter intervals whenever the fair value of the revalued assets is expected to differ materially from the carrying value) to ensure that the carrying amount does not differ materially from the fair value of the land and buildings at the end of the reporting period.

Any revaluation surplus is recognised in other comprehensive income and accumulated in equity under the asset revaluation reserve, except to the extent that it reverses a revaluation decrease of the same asset previously recognised in profit or loss, in which case the increase is recognised in profit or loss. A revaluation deficit is recognised in profit or loss, except to the extent that it offsets an existing surplus on the same asset carried in the asset revaluation reserve.

Any accumulated depreciation as at the revaluation date is eliminated against the gross carrying amount of the asset and the net amount is restated to the revalued amount of the asset. The revaluation surplus included in the asset revaluation reserve in respect of an asset is transferred directly to retained profits on retirement or disposal of the asset.

The carrying amounts of property, plant and equipment are reviewed for impairment when events or changes in circumstances indicate that the carrying amount may not be recoverable.

The residual values, useful lives and depreciation methods are reviewed at the end of each reporting period, and adjusted prospectively, if appropriate.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected from its use or disposal. Any gain or loss on de-recognition of the asset is included in profit or loss in the reporting period the asset is derecognised.

### d)    Depreciation

Freehold land is not amortised as it is deemed to have an infinite life.

Construction-in-progress is not depreciated until it is ready for its intended use.

Depreciation for all the other property, plant and equipment is calculated so as to write off the cost of the assets or their revalued amounts to their residual values on a straight line basis over the estimated useful lives of the assets concerned.

LII FEN INDUSTRIES BHD (1058-V)

Filed By: cristin.fenn@dailygraphics.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

**3.    SIGNIFICANT ACCOUNTING POLICIES**  - continued

**d)    Depreciation**  - continued

The annual rates of depreciation in use are as follows:

| | |
|---|---|
| Freehold factory buildings | 2% |
| Leasehold factory buildings | 2% |
| Leasehold land | 57 to 60 years |
| Plant, machinery and equipment | 10% - 33% |
| Plantation infrastructure development expenditure | 5% |
| Hostels, store, renovation and electrical installation | 10% - 20% |
| Motor vehicles | 20% |
| Other assets | 5% - 20% |

**e)    Investment properties**

Investment properties are properties that are either owned by the Group or leased under a finance lease that are held to earn rentals or for capital appreciation, or both, rather than for use in the production or supply of goods or services, or for administrative purposes, or in the ordinary course of business. Investment properties comprise completed investment properties and properties that are being constructed or developed for future use as investment properties. Properties held under operating leases are classified as investment properties when the definition of investment properties is met.

Investment properties are initially measured at cost, including transaction costs.

The Group adopted the cost model to measure its investment property. Under the cost model, investment property is measured at cost less accumulated depreciation and impairment losses, if any.

Investment properties are derecognised when either they have been disposed of or when the investment property is permanently withdrawn from use and no future economic benefit is expected from its disposal. Any gain or loss on the retirement or disposal of an investment property is recognised in profit or loss in the reporting period of retirement or disposal.

The freehold building is depreciated at an annual rate of 2%.

**f)    Biological asset**

Biological asset is immature rubber wood trees. Biological asset is measured at fair value less costs to sell. Any gains or losses arising from changes in the fair value less costs to sell are recognised in profit or loss. Fair value is determined based on the present value of expected net cash flows from the biological assets. The expected net cash flows are estimated using the expected output method and the estimated market price of the biological assets.

Biological asset is classified as current asset that is expected to be harvested on a date not more than 12 months after the reporting date. The balance is classified as non-current.

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL** REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.    SIGNIFICANT ACCOUNTING POLICIES   - continued

g)    Intangible assets

i)    **Goodwill**

Goodwill is initially measured at cost. Following initial recognition, goodwill is measured at cost less accumulated impairment losses, if any.

For the purpose of impairment testing, goodwill acquired in a business combination is, from the acquisition date, allocated to each of the Group's cash-generating units that are expected to benefit from the synergies of the combination, irrespective of whether other assets or liabilities of the acquiree are assigned to those units.

The cash-generating unit to which goodwill has been allocated is tested for impairment annually and whenever there is an indication that the cash-generating unit may be impaired. Impairment is determined for goodwill by assessing the recoverable amount of each cash-generating unit (or group of cash-generating units) to which the goodwill relates. Where the recoverable amount of the cash-generating unit is less than the carrying amount, an impairment loss is recognised in profit or loss. Impairment losses recognised for goodwill are not reversed in subsequent reporting periods.

Where goodwill forms part of a cash-generating unit and part of the operation within that cash-generating unit is disposed of, the goodwill associated with the operation disposed of is included in the carrying amount of the operation when determining the gain or loss on disposal of the operation. Goodwill disposed of in this circumstance is measured based on the relative fair values of the operations disposed of and the portion of the cash-generating unit retained.

ii)    **Other intangible assets**

Intangible assets acquired are measured initially at cost. Following initial acquisition, intangible assets are carried at cost less accumulated amortisation and impairment losses, if any. Internally generated intangible assets, excluding capitalised development costs, are not capitalised and expenditure is reflected in profit or loss in the reporting period in which the expenditure is incurred.

The useful lives of intangible assets are assessed as either finite or indefinite.

Intangible assets with finite useful lives are amortised over the estimated useful lives and assessed for impairment whenever there is an indication that the intangible asset may be impaired. The amortisation period and the amortisation method are reviewed at least at the end of each reporting period. Change in the expected useful life or the expected pattern of consumption of future economic benefits embodied in the asset is accounted for by changing the amortisation period or method, as appropriate, and are treated as changes in accounting estimates.

Intangible assets with indefinite useful lives or not yet available for use are tested for impairment annually, or more frequently if the events and circumstances indicate that the carrying value may be impaired either individually or at the cash-generating unit level. Such intangible assets are not amortised. The useful life of an intangible asset with an indefinite useful life is reviewed annually to determine whether the useful life assessment continues to be supportable. If not, the change in useful life from indefinite to finite is made on a prospective basis.

Gains or losses arising from de-recognition of an intangible asset are measured as the difference between the net disposal proceeds and the carrying amount of the asset and are recognised in profit or loss when the asset is derecognised.

Filed By: anthony@dailygasks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



**ANNUAL** REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 3.    SIGNIFICANT ACCOUNTING POLICIES  - continued

**g)    Intangible assets**

**ii)    Other intangible assets** - continued

Other intangible assets consist of:

- Right of use over permanent reserve forest land ('ROU")

  ROU acquired is measured initially at cost. Following initial acquisition, ROU is measured at cost less accumulated amortisation and impairment losses, if any. The ROU is amortised over its lease term of thirty (30) years.

- Computer software

  Computer software acquired separately is amortised on a straight line basis over its finite useful life of five (5) years.

**h)    Inventories**

Inventories are stated at the lower of cost and net realisable value. Costs incurred in bringing the inventories to their present location and condition are accounted for as follows:

- Raw materials and consumables: purchase cost on a first-in first-out basis and incidental cost in bringing the raw materials and consumables to their intended location and condition.

- Finished goods and work-in-progress: cost of direct materials and labour and a proportion of manufacturing overheads based on normal operating capacity. These costs are assigned on a first-in first-out basis.

Where necessary, allowance is provided for damaged, obsolete and slow moving items to adjust the carrying amount of inventories to the lower of cost and net realisable value.

Net realisable value is the estimate of the selling price in the ordinary course of business, less the estimated cost of completion and the estimated costs of necessary to make the sale.

**i)    Financial instruments**

**i)    Financial assets**

**Initial recognition and measurement**

Financial assets are recognised when, and only when, the entity becomes party to the contractual provisions of the instruments.

At initial recognition, the Group measures a financial asset at its fair value plus, in the case of a financial asset not at fair value through profit or loss, transaction costs that are directly attributable to the acquisition of the financial asset. Transaction costs of financial assets carried at fair value through profit or loss are expensed in profit or loss.

Trade receivables are measured at the amount of consideration to which the Group expects to be entitled in exchange for transferring promised goods or services to a customer, excluding amounts collected on behalf of third party, if the trade receivables do not contain a significant financing component at initial recognition.

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.    SIGNIFICANT ACCOUNTING POLICIES   - continued

i)    Financial instruments  - continued

    **i)    Financial assets**  - continued

    **Subsequent measurement**

    Investments in debt instruments

    Subsequent measurement of debt instruments depends on the Group's business model for managing the asset and the contractual cash flow characteristics of the asset. The measurement categories for classification of debt instruments are:

    i)   Amortised cost

        Financial assets that are held for the collection of contractual cash flows where those cash flows represents solely payments of principal and interest are measured at amortised cost. Financial assets are measured at amortised cost using the effective interest method, less impairment. Gains and losses are recognised in profit or loss when the assets are derecognised or impaired, and through amortisation process.

    ii)   Fair value through profit or loss

        Assets that do not meet the criteria for amortised cost or fair value through other comprehensive income are measured at fair value through profit or loss. A gain or loss on a debt instrument that is subsequently measured at fair value through profit or loss and is not part of a hedging relationship is recognised in profit or loss in the reporting period in which it arises.

    iii)   Investment in equity instruments

        On initial recognition of an investment in equity instrument that is not held for trading, the Group may irrevocably elect to present subsequent changes in fair value in other comprehensive income ("OCI"). Dividends from such investments are to be recognised in profit or loss when the Group's right to receive payments is established. For investments in equity instruments which the Group has not elected to present subsequent changes in fair value in OCI, changes in fair value are recognised in profit or loss.

    iv)   Derivatives

        Derivatives are initially recognised at fair value on the date a derivative contract is entered into and are subsequently remeasured to their fair value at the end of each reporting period. Changes in fair value of derivatives are recognised in profit or loss.

    **Derecognition**

    A financial asset is derecognised where the contractual right to receive cash flows from the asset has expired. On derecognition of a financial asset in its entirety, the difference between the carrying amount and the sum of the consideration received and any cumulative gain or loss that had been recognised in other comprehensive income for debt instruments is recognised in profit or loss.

Filed By: susan.lee@dailytasks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

**ANNUAL** REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.    SIGNIFICANT ACCOUNTING POLICIES   - continued

i)    Financial instruments  - continued

**ii)    Financial liabilities**

**Initial recognition and measurement**

Financial liabilities are recognised when, and only when, the Group becomes a party to the contractual provisions of the financial instrument. The Group determines the classification of its financial liabilities at initial recognition.

All financial liabilities are recognised initially at fair value plus in the case of financial liabilities not at fair value through profit or loss, directly attributable transaction costs.

**Subsequent measurement**

After initial recognition, financial liabilities that are not carried at fair value through profit or loss are subsequently measured at amortised cost using the effective interest method. Gains and losses are recognised in profit or loss when the liabilities are derecognised, and through the amortisation process.

**Derecognition**

A financial liability is derecognised when the obligation under the liability is discharged or cancelled or expires. On derecognition, the difference between the carrying amounts and the consideration paid is recognised in profit or loss.

j)    Leases

The determination of whether an arrangement is, or contains a lease is based on the substance of the arrangement at the inception date, whether fulfillment of the arrangement is dependent on the use of a specific asset or assets and the arrangement conveys a right to use the asset, even if that right is not explicitly specified in an arrangement.

**i)    As lessee**

Finance leases which transfer to the Group substantially all the risks and rewards incidental to ownership of the leased item, are capitalised at the inception of the lease at the fair value of the leased asset or, if lower, at the present value of the minimum lease payments. Any initial direct costs are also added to the amount capitalised. Lease payments are apportioned between the finance charges and reduction of the lease liability so as to achieve a constant rate of interest on the remaining balance of the liability. Finance charges are charged to profit or loss. Contingent rents, if any, are charged as expenses in the reporting periods in which they are incurred.

Capitalised leased assets are depreciated over the shorter of the estimated useful life of the asset and the lease term, if there is no reasonable certainty that the Group will obtain ownership by the end of the lease term.

Operating lease payments are recognised as an expense in profit or loss on a straight-line basis over the lease term. The aggregate benefit of incentives provided by the lessor is recognised as a reduction of rental expense over the lease term on a straight-line basis.

Barcode:3886371-01 A-570-106 INV - Investigation   -

ANNUAL **REPORT** 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.   SIGNIFICANT ACCOUNTING POLICIES   - continued

j)   Leases  - continued

**ii)  As lessor**

Leases where the Group retains substantially all the risks and rewards of ownership of the asset are classified as operating leases. Initial direct costs incurred in negotiating an operating lease are added to the carrying amount of the leased asset and recognised over the term on the same bases as rental income. Contingent rents are recognised as revenue in the reporting periods in which they are earned.

k)   Financial guarantee contract

A financial guarantee contract is a contract that requires the issuer to make specified payments to reimburse the holder for a loss it incurs because a specified debtor fails to make payment when due in accordance with the terms of a debt instrument.

Financial guarantees are recognised initially as a liability at fair value, adjusted for transaction costs that are directly attributable to the issuance of the guarantee. Subsequent to initial recognition, financial guarantees are measured at the higher of the amount of expected credit loss determined in accordance with the policy set out in note 3(t) and the amount initially recognised less, when appropriate, the cumulative amount of income recognised over the period of the guarantee.

l)   Non-current assets held for sale and discontinued operations

Non-current assets and disposal groups classified as held for sale are measured at the lower of their carrying amount and fair value less costs to sell. Non-current assets and disposal groups are classified as held for sale if their carrying amounts will be recovered principally through a sale transaction rather than through continuing use. A component of the Group is classified as a 'discontinued operation' when the criteria to be classified as held for sale have been met or it has been disposed of and such a component represents a separate major line of business or geographical area of operations or is part of a single coordinated plan to dispose of a separate major line of business or geographical area of operations.

Property, plant and equipment and intangible assets once classified as held for sale are not depreciated or amortised.

m)   Share capital and share issuance expenses

Proceeds from issuance of ordinary shares are recognised as share capital in equity. Incremental costs directly attributable to the issuance of ordinary shares are deducted against share capital.

n)   Provisions

Provisions are recognised when the Group and the Company have a present obligation (legal or constructive) as a result of a past event and it is probable that an outflow of resources embodying economic benefits will be required to settle the obligation and the amount of the obligation can be estimated reliably.

Provisions are reviewed at the end of each reporting period and adjusted to reflect the current best estimate. If it is no longer probable that an outflow of economic resources will be required to settle the obligation, the provision is reversed. If the effect of the time value of money is material, provisions are discounted using a current pre-tax rate that reflects, where appropriate, the risk specific to the liability. Where discounting is used, the increase in the provision due to the passage of time is recognised as a finance cost.

Filed By: Karen.Ling@dailyteaks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.    SIGNIFICANT ACCOUNTING POLICIES   - continued

o)    Revenue

Revenue is measured based on the consideration to which the Group expects to be entitled in exchange for transferring promised goods or services to a customer, excluding amounts collected on behalf of third parties.

Revenue is recognised when the Group satisfies a performance obligation by transferring a promised goods or service to the customer, which is when the customer obtains control of the goods or service. A performance obligation may be satisfied at a point in time or over time. The amount of revenue recognised is the amount allocated to the satisfied performance obligation.

The following specific recognition criteria must also be met before revenue is recognised:

i)    **Sale of goods**

The Group supplies furniture, furniture components and processed wood works for consumers.

Revenue is recognised when the goods are delivered to the customer and all criteria for acceptance have been satisfied. The goods are often sold with a right of return and with retrospective volume rebates based on the aggregate sales over a period of time.

The amount of revenue recognised is based on the estimated transaction price, which comprises the contractual price, net of the estimated volume rebates and adjusted for expected returns. Based on the Group's experience with similar types of contracts, variable consideration is typically constrained and is included in the transaction only to the extent that it is a highly probable that a significant reversal in the amount of cumulative revenue recognised will not occur when the uncertainty associated with the variable consideration is subsequently resolved.

At the end of each reporting date, the Group updates its assessment of the estimated transaction price, including its assessment of whether an estimate of variable consideration is constrained. The corresponding amounts are adjusted against revenue in the reporting period in which the transaction price changes.

ii)    **Interest income**

Interest income is recognised on accrual basis using the effective interest method.

iii)    **Dividend income and distribution from investment security**

Dividend income and distribution from investment security are recognised when the right to receive payment is established.

iv)    **Rental income**

Rental income arising from operating leases on investment properties is accounted for on a straight-line basis over the lease terms. The aggregate costs of incentives provided to lessees are recognised as a reduction of rental income over the lease term on a straight-line basis.

Barcode:3886371-01 A-570-106 INV - Investigation   -

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.   SIGNIFICANT ACCOUNTING POLICIES   - continued

p)   Currency translations

    i)   **Functional and presentation currency**

    Items included in the financial statements of each entity in the Group are measured using the currency of the primary economic environment in which the entity operates (the functional currency). These financial statements are presented in RM, which is the Group's and the Company's functional currency.

    ii)   **Transactions and balances**

    Transactions in foreign currencies are measured in the functional currency of the Group and are recorded on initial recognition in the functional currency at exchange rates approximating those ruling at the transaction dates. Monetary assets and liabilities denominated in foreign currencies are translated at the rate of exchange ruling at the end of the reporting period. Non-monetary items that are measured in terms of historical cost in a foreign currency are translated using the exchange rates as at the dates of the initial transactions. Non-monetary items measured at fair value in a foreign currency are translated using the exchange rates at the date when the fair value was measured.

    Exchange differences arising on the settlement of monetary items or on translation of monetary items at the end of the reporting period are recognised in profit or loss.

q)   Borrowing costs

    Borrowing costs are capitalised as part of the cost of a qualifying asset if they are directly attributable to the acquisition, construction or production of that asset. Capitalisation of borrowing costs commences when the activities to prepare the asset for its intended use or sale are in progress and the expenditures and borrowing costs are incurred. Borrowing costs are capitalised until the assets are substantially completed for their intended use or sale. All other borrowing costs are recognised in profit or loss in the reporting period they are incurred. Borrowing costs consist of interest and other costs that the Group incurred in connection with the borrowing of funds.

r)   Employee benefits

    i)   **Short term benefits**

    Wages, salaries, bonuses and social security contributions are recognised as an expense in the reporting period in which the associated services are rendered by employees. Short term accumulating compensated absences such as paid annual leave are recognised when services are rendered by employees that increase their entitlement to future compensated absence. Short term non-accumulating compensated absences such as sick leaves are recognised when the absences occur.

    ii)   **Post-employment benefits**

    The Group contributes to the Employees Provident Fund, the national defined contribution plan. Such contributions are charged to profit or loss in the reporting period to which they relate. Once the contributions have been paid, the Group has no further payment obligations.

LII FEN INDUSTRIES BHD (10058-P)
Filed By: benson@dailyworks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 3.    SIGNIFICANT ACCOUNTING POLICIES  - continued

### s)    Impairment of non-financial assets

The Group and the Company assess at the end of each reporting period whether there is an indication that an asset may be impaired. If any indication exists, or when an annual impairment testing for an asset is required, the Group and the Company make an estimate of the asset's recoverable amount.

An asset's recoverable amount is the higher of an asset's or cash-generating unit's fair value less costs of disposal and its value in use and is determined for an individual asset, unless the asset does not generate cash inflows that are largely independent of those from other assets or groups of assets. Where the carrying amount of an asset or cash-generating unit exceeds its recoverable amount, the asset is considered impaired and is written down to its recoverable amount. In assessing value in use, the estimated future cash flows expected to be generated by the asset are discounted to their present value using a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset. In determining fair value less costs of disposal, recent market transactions are taken into account, if available. If no such transactions can be identified, an appropriate valuation model is used.

The Group and the Company base their impairment calculation on detailed budgets and forecast calculations which are prepared separately for each of the Group's and of the Company's cash-generating units to which the individual assets are allocated. These budgets and forecast calculations are generally covering a period of five years. For longer periods, a long-term growth rate is calculated and applied to project future cash flows after the fifth year.

Impairment losses of continuing operations are recognised in profit or loss, except for assets that are previously revalued where the revaluation was taken to other comprehensive income. In this case, the impairment is also recognised in other comprehensive income up to the amount of any previous revaluation.

For assets excluding goodwill, an assessment is made at the end of each reporting period as to determine whether there is any indication that previously recognised impairment losses may no longer exist or may have decreased. If such indication exists, the Group and the Company estimate the asset's or cash-generating unit's recoverable amount. A previously recognised impairment loss is reversed only if there has been a change in the estimates used to determine the asset's recoverable amount since the last impairment loss was recognised. If that is the case, the carrying amount of the asset is increased to its recoverable amount. That increase cannot exceed the carrying amount that would have been determined, net of depreciation, had no impairment loss been recognised for the asset previously. Such reversal is recognised in profit or loss unless the asset is measured at revalued amount, in which case the reversal is treated as a revaluation increase.

### t)    Impairment of financial assets

The Group recognises an allowance for expected credit losses ("ECLs") for all debt instruments not held at fair value through profit or loss and financial guarantee contracts. ECLs are based on the difference between the contractual cash flows due in accordance with the contract and all the cash flows that the Group expects to receive, discounted at an approximation of the original effective interest rate. The expected cash flows will include cash flows from the sale of collateral held or other credit enhancements that are integral to the contractual terms.

ECLs are recognised in two stages. For credit exposures for which there has not been a significant increase in credit risk since initial recognition, ECLs are provided for credit losses that result from default events that are possible within the next 12-months (a 12-months ECL). For those credit exposures for which there has been a significant increase in credit risk since initial recognition, a loss allowance is recognised for credit losses expected over the remaining life of the exposure, irrespective of timing of the default (a lifetime ECL).

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 3.  SIGNIFICANT ACCOUNTING POLICIES  - continued

### t)  Impairment of financial assets  - continued

For trade receivables and contract assets, the Group applies a simplified approach in calculating ECLs. Therefore, the Group does not track changes in credit risk, but instead recognises a loss allowance based on lifetime ECLs at each reporting date. The Group has established a provision matrix that is based on its historical credit loss experience, adjusted for forward-looking factors specific to the debtors and the economic environment.

The Group considers a financial asset in default when contractual payments are 90 days past due based on the historical credit loss experience, adjusted for forward-looking factors specific to the debtors. However, in certain cases, the Group may also consider a financial asset to be in default when internal or external information indicates that the Group is unlikely to receive the outstanding contractual amounts in full before taking into account any credit enhancements held by the Group. A financial asset is written off when there is no reasonable expectation of recovering the contractual cash flows.

### u)  Income taxes

#### i)  Current income tax

Current income tax assets and liabilities for the current and prior reporting periods are measured at the amount expected to be recovered from or paid to the taxation authorities. The tax rates and tax laws used to compute the amount are those that are enacted or substantively enacted at the end of the reporting period.

Current income taxes are recognised in profit or loss except to the extent that the tax relates to items recognised outside profit or loss, either in other comprehensive income or directly in equity. Management periodically evaluates positions taken in the tax returns with respect to situations in which applicable tax regulations are subject to interpretation and establishes provisions where appropriate.

#### ii)  Deferred taxation

Deferred tax is provided using the liability method on temporary differences at the end of the reporting period between the tax bases of assets and liabilities and their carrying amounts for financial reporting purposes.

Deferred tax liabilities are recognised for all temporary differences, except:

-   where the deferred tax liability arises from the initial recognition of goodwill or of an asset or liability in a transaction that is not a business combination and, at the time of the transaction, affects neither the accounting profit nor taxable profit or loss; and

-   in respect of taxable temporary differences associated with investments in subsidiary companies, associates and interests in joint ventures, where the timing of the reversal of the temporary differences can be controlled and it is probable that the temporary differences will not reverse in the foreseeable future.

Deferred tax assets are recognised for all deductible temporary differences, carry forward of unused tax credits and unused tax losses, to the extent that it is probable that taxable profit will be available against which the deductible temporary differences, and the carry forward of unused tax credits and unused tax losses can be utilised except:

-   where the deferred tax relating to the deductible temporary difference arises from the initial recognition of an asset or liability in a transaction that is not a business combination and, at the time of the transaction, affects neither the accounting profit nor taxable profit or loss; and

-   in respect of deductible temporary differences associated with investments in subsidiary companies, associates and interests in joint ventures, deferred tax assets are recognised only to the extent that it is probable that the temporary differences will reverse in the foreseeable future and taxable profit will be available against which the temporary differences can be utilised.

LII HEIN INDUSTRIES BHD (Company No.)  Retrieved from dailyworks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.   SIGNIFICANT ACCOUNTING POLICIES   - continued

u)   Income taxes   - continued

**ii)   Deferred taxation** - continued

The carrying amount of deferred tax assets is reviewed at the end of each reporting period and reduced to the extent that it is no longer probable that sufficient taxable profit will be available to allow all or part of the deferred tax asset to be utilised. Unrecognised deferred tax assets are reassessed at the end of each reporting period and are recognised to the extent that it has become probable that future taxable profit will allow the deferred tax asset to be recovered.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply in reporting period when the asset is realised or the liability is settled, based on tax rates (and tax laws) that have been enacted or substantively enacted at the end of each reporting period.

Deferred tax relating to items recognised outside profit or loss is recognised outside profit or loss. Deferred tax items are recognised in correlation to the underlying transaction either in other comprehensive income or directly in equity and deferred tax arising from a business combination is adjusted against goodwill on acquisition.

v)   Segment reporting

Operating segments are reported in a manner consistent with the internal reporting provided to the management of the Group who regularly reviews the segment results in order to allocate resources to the segments and to assess the segment performance.

w)   Contingencies

A contingent liability is:

i)   a possible obligation that arises from past events and whose existence will be confirmed only by the occurrence or non-occurrence of one or more uncertain future events not wholly within the control of the Group and of the Company; or

ii)   a present obligation that arises from past events but is not recognised because:

-   it is not probable that an outflow of resources embodying economic benefits will be required to settle the obligation; or

-   the amount of the obligation cannot be measured with sufficient reliability.

A contingent asset is a possible asset that arises from past events and whose existence will be confirmed only by the occurrence or non-occurrence of one or more uncertain future events not wholly within the control of the Group and of the Company.

Contingent liabilities and assets are not recognised on the statements of financial position of the Group and of the Company, except for contingent liabilities assumed in a business combination that are present obligations and which the fair values can be reliably determined.

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.    SIGNIFICANT ACCOUNTING POLICIES   - continued

x)    Related parties

A related party is defined as follows:

i)    A person or a close member of that person's family is related to the Group and the Company if that person:

-    has control or joint control over the Company;

-    has significant influence over the Company; and

-    is a member of the key management personnel of the Group or of the Company or of a parent of the Company.

ii)    An entity is related to the Group and the Company if any one of the following conditions applies:

-    the entity and the Company are members of the same group (which means that each parent, subsidiary company and fellow subsidiary company is related to the others);

-    one entity is an associate or joint venture of the other entity (or an associate or joint venture of a member of a group of which the other entity is a member);

-    both entities are joint ventures of the same third party;

-    one entity is a joint venture of a third entity and the other entity is an associate of the third party;

-    the entity is a post-employment benefit plan for the benefit of employees of either the Company or an entity related to the Company. If the Company is itself such a plan, the sponsoring employers are also related to the Company;

-    the entity is controlled or jointly controlled by a person identified in (i); and

-    a person identified in (i) has significant influence over the entity or is a member of the key management personnel of the entity (or of a parent of the entity).

y)    Fair value measurements

Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. The fair value measurement is based on the presumption that the transaction to sell the asset or transfer the liability takes place either in the principal market for the asset or liability or in the absence of a principal market, in the most advantageous market for the asset or liability. The principal or the most advantageous market must be accessible by the Group and the Company.

The fair value of an asset or a liability is measured using the assumptions that market participants would use when pricing the asset or liability, assuming that market participants act in their economic best interest.

The Group and the Company use valuation techniques that are appropriate in the circumstances and for which sufficient data are available to measure fair value, maximising the use of relevant observable inputs and minimising the use of unobservable inputs.

Retrieved from https://dailynexus.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation   -

**ANNUAL REPORT** **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.    SIGNIFICANT ACCOUNTING POLICIES   - continued

y)    Fair value measurements - continued

All assets and liabilities for which fair value is measured or disclosed in the financial statements are categorised within the fair value hierarchy based on the lowest level input that is significant to the fair value measurement as a whole.

For assets and liabilities that are recognised in the financial statements on a recurring basis, the Group and the Company determine whether transfers have occurred between levels in the hierarchy by re-assessing categorisation (based on the lowest level input that is significant to the fair value measurement as a whole) at the end of the reporting period.

z)    Cash and cash equivalents

Cash and cash equivalents comprise cash at bank and on hand, demand deposits, and short term, highly liquid investments that are readily convertible to known amount of cash and which are subject to an insignificant risk of changes in value. These also include bank overdrafts that form an integral part of the Group's and of the Company's cash management.

4.    NEW MFRSs, AMENDMENTS TO MFRSs AND IC INTERPRETATION

a)    MFRS, Amendments to MFRSs and IC Interpretation that are not yet effective and have not been early adopted by the Group and the Company:

|  |  | For financial period beginning on or after |
|---|---|---|
| MFRS 16 | Leases | 01 January 2019 |
| Amendments to MFRS 3 | Definition Of A Business | 01 January 2020 |
| Amendments to MFRS 101 | Definition of Material | 01 January 2020 |
| Amendments to MFRS 108 | Definition of Material | 01 January 2020 |
| IC Interpretation 23 | Uncertainty Over Income Tax Treatments | 01 January 2019 |

The initial adoption of the standard, amendments and IC Interpretation is not expected to have any significant impact on the financial performance or position of the Group or of the Company other than disclosed as follows:

MFRS 16 Leases

MFRS 16 replaces the guidance in MFRS 117, Leases, IC Interpretation 4, Determining whether an Arrangement contains a Lease, IC Interpretation 115, Operating Leases - Incentives and IC Interpretation 127, Evaluating the Substance of Transactions Involving the Legal Form of a Lease.

MFRS 16 requires lessees to recognise most leases on statement of financial position. The standard includes two recognition exemptions for lessees which are leases of "low value" assets and short-term leases. MFRS 16 is effective for annual periods beginnings on or after 1 January 2019. At commencement date of a lease, a lessee will recognise a lease liability representing its obligations to make lease payments and a right-of-use asset representing its right to use the underlying asset during the lease term. Lessees will be required to separately recognise the interest expense on the lease liability and the depreciation expenses on the right-of-use asset. Lessor accounting remains similar to the current standard which continues to be classified as finance or operating lease.

The Group and the Company are currently assessing the financial impact that may arise from the adoption of MFRS 16.



Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 4.    NEW MFRSs, AMENDMENTS TO MFRSs AND IC INTERPRETATION - continued

b)    MFRS and Amendment to MFRS that are not yet effective and not relevant to the Group and the Company:

|  |  | For financial period beginning on or after |
|---|---|---|
| MFRS 17 | Insurance Contracts | 01 January 2021 |
| Amendments to MFRS 10 And MFRS 128 | Sale Or Contribution Of Assets Between An Investor And Its Associate Or Joint Venture | Deferred |

### 5.    CHANGES IN ACCOUNTING POLICIES

The accounting policies adopted are consistent with those of the previous reporting period except in the current reporting period, the Group and the Company have adopted all the new and revised standards which are effective for annual reporting periods beginning on or after 01 January 2018.

The adoption of these standards did not have any significant effect on the financial performance or position of the Group and of the Company other than those disclosed as follows:

a)    MFRS 9 Financial Instruments

The changes arising from the adoption of MFRS 9 have to be applied retrospectively. However, the Group and the Company have elected to apply the exemption of not restated comparative information in the reporting period of initial application. The comparative information was prepared in accordance with the requirements of MFRS 139.

The impact of MFRS 9 on the Group's and Company's financial statements are described as follows:

**Classification and measurement**

MFRS 9 requires debt instruments to be measured either at amortised cost, fair value through other comprehensive income (FVOCI) or fair value through profit or loss (FVPL). Classification of debt instruments depends on the entity's business model for managing the financial assets. An entity's business model is how an entity manages its financial assets in order to generate cash flows and create value for the entity either from collecting contractual cash flows, selling financial assets or both. If a debt instrument is held to collect contractual cash flows, it is measured at amortised cost. Financial assets are measured at FVPL if they do not meet the criteria of FVOCI or amortised cost.

The assessment of the business model was made as of 1 January 2018, and applied retrospectively to those financial assets that were not derecognied before 1 January 2018.

Debt instruments that were measured at amortised cost previously are held to collect contractual cash flows, and accordingly measured at amortised cost under MFRS 9. There is no significant impact arising from measurement of these instruments under MFRS 9.

LII FEN INDUSTRIES BHD (312898-H)   Retrieved from dailystocks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 5.    CHANGES IN ACCOUNTING POLICIES - continued

The adoption of these standards did not have any significant effect on the financial performance or position of the Group and of the Company other than those disclosed as follows: - continued

a)   MFRS 9 Financial Instruments - continued

The impact of MFRS 9 on the Group's and Company's financial statements are described as follows: - continued

**Impairment**

MFRS 9 requires the Group and the Company to record ECLs on all of their financial assets measured at amortised cost or FVOCI and financial guarantees. The Group and the Company previously recorded impairment based on the incurred loss model when there is objective evidence that a financial asset is impaired. There is no significant impact arising from measurement of these instruments under MFRS 9.

b)   MFRS 15 Revenue from Contracts with Customers

The Group and Company have adopted MFRS 15 Revenue from Contracts with Customers, which is effective for annual reporting periods beginning on or after 1 January 2018.

The Group is principally involved in manufacturing of furniture, furniture components and processed wood works.

The key impact of adopting MFRS 15 is detailed as follows:

**Variable considerations**

i)    Volume rebates

The Group provides retrospective rebates to some of its customers if the customers reach a certain threshold of purchase. Before the adoption of MFRS 15, the Group estimated the amount of rebates and adjusted the rebates against revenue.

Under MFRS 15, variable consideration is estimated and is constrained to the extent that it is highly probable that a significant reversal in the amount of cumulative revenue recognised will not occur when the associated uncertainty is subsequently resolved. The Group determines that there is no significant financial impact arising from the measurement of volume rebates under MFRS15 and therefore has not adjusted for the reversal.

ii)   Right of return

The Group allows faulty goods to be returned by customers. The Group previously recognised revenue from sale of goods measured at the fair value of the consideration received or receivable.

Under MFRS 15, variable consideration is estimated and is constrained to the extent that it is highly probable that a significant reversal in the amount of cumulative revenue recognised will not occur when the associated uncertainty is subsequently resolved. The Group determines that there is no significant financial impact arising from the measurement of right of return under MFRS15 and therefore has not adjusted for the reversal.

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 6.    SIGNIFICANT ACCOUNTING ESTIMATES AND JUDGEMENTS

The preparation of the financial statements in conformity with MFRSs requires management to make judgements, estimates and assumptions that affect the application of accounting policies and the reported amounts of assets, liabilities, income and expenses. Actual results may differ from these estimates.

Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognised in the reporting period in which the estimates are revised and in any future reporting periods affected.

There are no significant areas of estimation uncertainty and critical judgements in applying accounting policies that have significant effect on the amounts recognised in the financial statements other than those disclosed as follows:

a)    **Inventories valuation and write down**

Reviews are made periodically by management on damaged, obsolete and slow-moving inventories. These reviews require judgement and estimates. Possible changes in these estimates could result in revisions to the valuations and write down of inventories. The carrying amount of the Group's inventories at the end of the reporting period is disclosed in note 12.

b)    **Provision for expected credit losses of trade receivables**

The Group uses a provision matrix to calculate ECLs for trade receivables. The provision rates are based on days past due for groupings of various customer segments that have similar loss patterns.

The provision matrix is initially based on the Group's historical observed default rates. The Group will calibrate the matrix to adjust historical credit loss experience with forward-looking information. At every reporting date, historical default rates are updated and changes in the forward-looking estimates are analysed.

The assessment of the correlation between historical observed default rates, forecast economic conditions and ECLs is a significant estimate. The amount of ECLs is sensitive to changes in circumstances and of forecast economic conditions. The Group's historical credit loss experience and forecast of economic conditions may also not be representative of customer's actual default in the future. The information about the ECLs on the Group's trade receivables is disclosed in note 34(a)(i).

The carrying amount of the Company's trade receivables at the end of the reporting period is disclosed in note 13.

c)    **Revaluation of property, plant and equipment**

The Group carries land and buildings at fair value, with changes in fair values being recognised in other comprehensive income. The Group engaged independent professional valuers to assess their fair value during the reporting period. The fair value of land and buildings is determined by using sales comparison approach.

In the previous reporting period, the fair values of land and buildings are based on the Directors' estimation using the latest available market information and recent experience and knowledge in the location and category of property being valued. The fair values of the land and buildings as at 31 December 2017 were categorised as level 3 in the fair value hierarchy and are disclosed in note 33(e) - Assets and liabilities not carried at fair value but for which fair value is determined.

The net carrying amount of the Group's land and buildings at the end of the reporting period is disclosed in note 7.

Information on the fair value and valuation techniques used to determine the fair value of the land and buildings is disclosed in note 33.

Filed By: vivian@dailyranks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

6.   SIGNIFICANT ACCOUNTING ESTIMATES AND JUDGEMENTS - continued

There are no significant areas of estimation uncertainty and critical judgements in applying accounting policies that have significant effect on the amounts recognised in the financial statements other than those disclosed as follows: - continued

d)   **Biological asset**

Biological asset comprises immature rubber wood trees.

At the end of the reporting period, biological asset is measured at fair value less costs to sell, with any changes therein recognised in profit or loss. In arriving at the fair value, the management considers the present value of the net cash flows expected to be generated from the sales of rubber wood trees. The cash flows projection includes specific estimates for 20 years. The expected net cash flows are discounted using a risk adjusted discount rate.

Information on the fair value and valuation techniques used to determine the fair value of biological asset is disclosed in note 33.

e)   **Estimating variable consideration for sale of goods**

Certain contracts for the sale of furniture, furniture components and processed wood works for consumers, include a right of return and volume rebates that give rise to variable consideration. In estimating variable consideration, the Group is required to use either the expected value method or the most likely amount method. Judgement is required in determining which method better predicts the amount of consideration to which it will be entitled. In estimating the variable consideration for the sale of goods, the Group uses the expected value method to predict the right of return based on historical trends.

Management has exercised judgement in applying the constraint on the estimated variable consideration that can be included in the transaction price. Based on the measurement, management has determined that the amount is not significant and therefore has not adjusted for the reversal.

f)   **Income taxes**

Judgement is required in determining the capital and export allowances, and deductibility of certain expenses when estimating the provision for income taxes. There are many transactions and calculations for which the ultimate tax determination is uncertain during the ordinary course of business. The Group recognises liabilities for anticipated tax based on estimates of whether additional taxes will be due. Where the final tax outcome of these matters is different from the amounts that were initially recorded, such differences will impact the income tax and deferred tax in the reporting periods in which the outcome is known.

Filed By: leslie.bailey@apks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation  -



ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

7.   PROPERTY, PLANT AND EQUIPMENT

Group

| | Land and buildings* RM | Construction -in-progress RM | Plant, machinery and equipment RM | Motor vehicles RM | Plantation infrastructure development expenditure RM | Other assets# RM | Total RM |
|---|---|---|---|---|---|---|---|
| Cost or valuation | | | | | | | |
| At 01 January 2017 | 110,088,636 | 7,464,071 | 46,467,665 | 9,041,576 | 1,785,050 | 4,289,738 | 179,136,736 |
| Acquisition of a subsidiary company (note 10(c)) | 29,193,770 | - | 585,473 | - | - | - | 29,779,243 |
| Additions | 616,923 | 5,175,260 | 4,344,487 | 1,570,159 | 1,137 | 315,771 | 12,023,737 |
| Disposals | - | - | (833,895) | - | - | (650) | (834,545) |
| Write-offs | (3,852,309) | - | (2,646,333) | - | - | (12,411) | (6,511,053) |
| Reclassification | 12,639,331 | (12,639,331) | - | - | - | - | - |
| Transfer to investment property (note 8) | (398,959) | - | - | - | - | - | (398,959) |
| At 31 December 2017/01 January 2018 | 148,287,392 | - | 47,917,397 | 10,611,735 | 1,786,187 | 4,592,448 | 213,195,159 |
| Additions | 8,737,747 | 2,135,324 | 7,044,124 | 1,522,159 | 121,418 | 745,195 | 20,305,967 |
| Disposals | (52,605) | - | (836,745) | (142,000) | - | (34,881) | (1,066,231) |
| Write-offs | (176,679) | - | (783,256) | - | - | (526,817) | (1,486,752) |
| Reclassification | 2,135,324 | (2,135,324) | (63,500) | 63,500 | - | - | - |
| Surplus on revaluation | 20,863,127 | - | - | - | - | - | 20,863,127 |
| Elimination of accumulated depreciation on revaluation | (15,899,249) | - | - | - | - | - | (15,899,249) |
| At 31 December 2018 | 163,895,057 | - | 53,278,020 | 12,055,394 | 1,907,605 | 4,775,945 | 235,912,021 |

LII HEN INDUSTRIES BHD (306890-V) Filed by: dailysparks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

7.    PROPERTY, PLANT AND EQUIPMENT  - continued

Group

| | Land and buildings* RM | Construction -in-progress RM | Plant, machinery and equipment RM | Motor vehicles RM | Plantation infrastructure development expenditure RM | Other assets# RM | Total RM |
|---|---|---|---|---|---|---|---|
| **Accumulated depreciation** | | | | | | | |
| At 01 January 2017 | 15,243,972 | - | 33,440,232 | 5,080,858 | 172,640 | 3,164,324 | 57,102,026 |
| Depreciation charge for the financial year | 2,086,376 | - | 3,683,006 | 1,433,386 | 89,366 | 280,976 | 7,573,110 |
| Disposals | - | - | (820,212) | - | - | (16) | (820,228) |
| Write-offs | (773,878) | - | (1,812,987) | - | - | (11,330) | (2,598,195) |
| Transfer to investment property (note 8) | (7,979) | - | - | - | - | - | (7,979) |
| At 31 December 2017/01 January 2018 | 16,548,491 | - | 34,490,039 | 6,514,244 | 262,006 | 3,433,954 | 61,248,734 |
| Depreciation charge for the financial year | 2,668,419 | - | 4,065,232 | 1,563,270 | 90,827 | 305,395 | 8,693,143 |
| Disposals | (21,756) | - | (761,167) | (142,000) | - | (27,346) | (952,269) |
| Write-offs | (176,681) | - | (759,574) | - | - | (520,777) | (1,457,032) |
| Reclassification | - | - | (63,500) | 63,500 | - | - | - |
| Elimination of accumulated depreciation on revaluation | (15,899,249) | - | - | - | - | - | (15,899,249) |
| At 31 December 2018 | 3,119,224 | - | 36,971,030 | 7,999,014 | 352,833 | 3,191,226 | 51,633,327 |
| **Net carrying amounts** | | | | | | | |
| At 31 December 2017 | 131,738,901 | - | 13,427,358 | 4,097,491 | 1,524,181 | 1,158,494 | 151,946,425 |
| At 31 December 2018 | 160,775,833 | - | 16,306,990 | 4,056,380 | 1,554,772 | 1,584,719 | 184,278,694 |

# Other assets comprise computers, furniture, fittings, office equipment and signboard.

Barcode:3886371-01 A-570-106 INV - Investigation   -



ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

7.   PROPERTY, PLANT AND EQUIPMENT - continued

Group
Land and buildings

| | Freehold land RM | Freehold factory buildings RM | Freehold building RM | Leasehold land RM | Leasehold factory buildings RM | Hostels, store, renovation and electrical installation RM | Total RM |
|---|---|---|---|---|---|---|---|
| **Cost or valuation** | | | | | | | |
| At 01 January 2017 | 18,296,074 | 20,516,495 | 398,959 | 19,266,729 | 46,601,063 | 5,009,316 | 110,088,636 |
| Acquisition of a subsidiary company | 9,407,037 | 19,786,733 | - | - | - | - | 29,193,770 |
| Additions | - | 203,679 | - | - | - | 413,244 | 616,923 |
| Write-offs | - | - | - | - | (3,378,844) | (473,465) | (3,852,309) |
| Reclassification | - | 10,162,412 | - | - | - | 2,476,919 | 12,639,331 |
| Transfer to investment property (note 8) | - | - | (398,959) | - | - | - | (398,959) |
| At 31 December 2017/ 01 January 2018 | 27,703,111 | 50,669,319 | - | 19,266,729 | 43,222,219 | 7,426,014 | 148,287,392 |
| Additions | 8,248,855 | 146,065 | - | - | 107,207 | 235,620 | 8,737,747 |
| Disposal | - | - | - | - | - | (52,605) | (52,605) |
| Write-off | - | - | - | - | - | (176,679) | (176,679) |
| Reclassification | - | - | - | - | 2,135,324 | - | 2,135,324 |
| Surplus on revaluation | 5,990,203 | 3,578,912 | - | 4,776,936 | 6,467,967 | 49,109 | 20,863,127 |
| Elimination of accumulated depreciation on revaluation | - | (3,380,632) | - | (2,582,874) | (9,815,786) | (119,957) | (15,899,249) |
| At 31 December 2018 | 41,942,169 | 51,013,664 | - | 21,460,791 | 42,116,931 | 7,361,502 | 163,895,057 |

RETRIEVED FROM dailyranks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

7.    PROPERTY, PLANT AND EQUIPMENT - continued

Group
Land and buildings

| | Freehold land | Freehold factory buildings | Freehold building | Leasehold land | Leasehold factory buildings | Hostels, store, renovation and electrical installation | Total |
|---|---|---|---|---|---|---|---|
| | RM | RM | RM | RM | RM | RM | RM |
| **Accumulated depreciation** | | | | | | | |
| At 01 January 2017 | - | 2,272,038 | 7,979 | 2,023,550 | 8,946,303 | 1,994,102 | 15,243,972 |
| Depreciation charge for the financial year | - | 530,615 | - | 402,713 | 1,060,304 | 92,744 | 2,086,376 |
| Write-offs | - | - | - | - | (300,413) | (473,465) | (773,878) |
| Transfer to investment property (note 8) | - | - | (7,979) | - | - | - | (7,979) |
| At 31 December 2017/ 01 January 2018 | - | 2,802,653 | - | 2,426,263 | 9,706,194 | 1,613,381 | 16,548,491 |
| Depreciation charge for the financial year | - | 1,021,338 | - | 406,387 | 1,033,347 | 207,347 | 2,668,419 |
| Disposal | - | - | - | - | - | (21,756) | (21,756) |
| Write-off | - | - | - | - | - | (176,681) | (176,681) |
| Elimination of accumulated depreciation on revaluation | - | (3,380,632) | - | (2,582,874) | (9,815,786) | (119,957) | (15,899,249) |
| At 31 December 2018 | - | 443,359 | - | 249,776 | 923,755 | 1,502,334 | 3,119,224 |
| **Net carrying amounts** | | | | | | | |
| At 31 December 2017 | 27,703,111 | 47,866,666 | - | 16,840,466 | 33,516,025 | 5,812,633 | 131,738,901 |
| At 31 December 2018 | 41,942,169 | 50,570,305 | - | 21,211,015 | 41,193,176 | 5,859,168 | 160,775,833 |

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

7.    PROPERTY, PLANT AND EQUIPMENT - continued

|  | Company | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| **Office equipment** | | |
| **Cost** | | |
| At 01 January | 1,367 | 1,367 |
| Addition | 30 | - |
| At 31 December | 1,397 | 1,367 |
| **Accumulated depreciation** | | |
| At 01 January | 220 | 79 |
| Depreciation charge for the financial year | 138 | 141 |
| At 31 December | 358 | 220 |
| **Net carrying amount** | | |
| At 31 December | 1,039 | 1,147 |

Group

a)    The following property, plant and equipment of the Group have been pledged as securities for banking facilities granted to the Group as disclosed in note 22(a)(i) and (c):

|  | 2018 RM | 2017 RM |
|---|---|---|
| **Net carrying amounts** | | |
| Buildings | 49,788,861 | 44,764,793 |
| Freehold land | 10,820,000 | 10,422,640 |
| Leasehold land | 11,651,280 | 9,424,761 |
|  | 72,260,141 | 64,612,194 |

b)    The motor vehicle with net carrying amount of RM236,733 (2017 - nil) is acquired under hire purchase plan as disclosed in note 22(b).

c)    The leasehold land and factory buildings have unexpired lease period of less than 50 years.

d)    The Group engaged independent professional valuers, Mr. Lee Thiam Sing of Jordan Lee & Jaafar (M'CCA) Sdn. Bhd. and Mr. Tan Beng Sooi of VPC Alliance (JB) Sdn. Bhd. to assess the fair value of the land and buildings during the reporting period. The valuers have relevant recognised professional qualification and have recent experience in valuing the properties in the relevant locations.

Information on the fair value and valuation techniques used to determine the fair value of these properties is disclosed in note 33.

102    LII HEN INDUSTRIES BHD (201697)



**ANNUAL** REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 7. PROPERTY, PLANT AND EQUIPMENT - continued

Group

e)   The carrying amounts of the revalued land and buildings that would have been included in the financial statements stated at cost less accumulated depreciation are as follows:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Freehold factory buildings | 18,683,835 | 8,271,372 |
| Freehold hostels | 3,711,193 | 450,283 |
| Leasehold factory buildings | 18,869,189 | 13,184,481 |
| Freehold land | 13,517,810 | 10,204,487 |
| Leasehold land | 7,432,817 | 5,780,099 |
|  | 62,214,844 | 37,890,722 |

### 8. INVESTMENT PROPERTY

Group

|  | Freehold building RM |
|---|---|
| **Cost** | |
| At 01 January 2017 | - |
| Transfer from property, plant and equipment (note 7) | 398,959 |
| At 31 December 2017/31 December 2018 | 398,959 |
| **Accumulated depreciation** | |
| At 01 January 2017 | - |
| Transfer from property, plant and equipment (note 7) | 7,979 |
| Depreciation charge for the financial year | 7,979 |
| At 31 December 2017/01 January 2018 | 15,958 |
| Depreciation charge for the financial year | 7,979 |
| At 31 December 2018 | 23,937 |
| **Net carrying amount** | |
| At 31 December 2017 | 383,001 |
| At 31 December 2018 | 375,022 |

**ANNUAL** REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 8.   INVESTMENT PROPERTY - continued

Group

a)   Transfer from property, plant and equipment

On 31 December 2017, the Group transferred one freehold building from owner occupied property to investment property. The building is held to earn rentals and for capital appreciation.

b)   The aggregate rental income and direct operating expenses arising from investment property that generate rental during the reporting period are RM19,200 (2017 - RM19,200)  and RM10,779 (2017 - RM8,739) respectively.

c)   The fair value of the investment property of the Group as at 31 December 2018 was classified as level 2 (2017 - level 3) of the fair value hierarchy and determined to be RM400,000 (2017 - RM383,001).

d)   Information on the fair value and valuation techniques used to determine the fair value of the investment property is as disclosed in note 33.

### 9.   BIOLOGICAL ASSET

|  | Group | |
| --- | --- | --- |
|  | 2018 RM | 2017 RM |
| **At fair value** | | |
| **Non-current** | | |
| Immature rubber wood trees | | |
| At 01 January | 2,438,965 | 3,938,027 |
| Purchase/planting | 589,050 | 414,858 |
| Changes in fair value less costs to sell | (797,589) | (1,913,920) |
| At 31 December | 2,230,426 | 2,438,965 |

a)   At the end of the reporting period, the rubber wood trees are less than four (4) years old (2017 - three (3) years old) and considered as immature assets. The plantation area cultivated is 436 hectares.

Retrieved from dailystocks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

9.   BIOLOGICAL ASSET - continued

b)   Risk management strategy related to agricultural activity is as follows:

i)   Regulatory and environmental risks

The Group has established procedures to comply with the environmental and other laws and regulations.

ii)   Climate and other risks

The Group's rubber wood trees plantation is exposed to the risk of damage from climate changes, diseases, forest fires, pests and other natural forces. The Group has processes in place aimed at monitoring and mitigating those risks.

c)   The Group's biological asset includes staff cost arising for the planting of the rubber wood trees. During the reporting period, the staff cost capitalised as cost of biological asset amounts to RM133,494 (2017 - RM137,194).

d)   Information on the fair value and valuation techniques used to determine the fair value of the biological asset is disclosed in note 33.

## 10.   INVESTMENTS IN SUBSIDIARY COMPANIES

|  | Company | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| **At cost** | | |
| **Unquoted shares** | | |
| At 01 January | 61,000,954 | 61,000,954 |
| Subscription of shares in an existing subsidiary company | 6,500,000 | - |
| At 31 December | 67,500,954 | 61,000,954 |
| | | |
| **Accumulated impairment loss** | | |
| At 01 January | (4,757,377) | - |
| Impairment loss (note 10(d)) | - | (4,757,377) |
| At 31 December | (4,757,377) | (4,757,377) |
| **Net carrying amount** | 62,743,577 | 56,243,577 |



**ANNUAL** REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

10.   INVESTMENTS IN SUBSIDIARY COMPANIES   - continued

a)   The subsidiary companies, all incorporated and with principal place of business in Malaysia and audited by John Lim & Associates, are as follows:

| Name of subsidiary companies | Proportion of ownership interest | | Principal activities |
|---|---|---|---|
| | 2018 (%) | 2017 (%) | |
| Lii Hen Furniture  Sdn. Bhd.* ('LHF') | 100 | 100 | Investment holding and manufacturing of furniture |
| Kejora Juara Sdn. Bhd. ('KJ') | 100 | 100 | Property investment |
| Favourite Design Sdn. Bhd. ('FD') | 100 | 100 | Manufacturing of furniture |
| Lii Hen Plantation Sdn. Bhd. ('LHP') | 90 | 90 | Investment holding |
| LSG Furniture Sdn. Bhd. ('LSG') | 60 | 60 | Manufacturing and designing of upholstery furniture |
| **Subsidiary Companies of LHF** | | | |
| CT Haup Heng Sdn. Bhd.* | 100 | 100 | Manufacturing of furniture |
| EF Furniture Sdn. Bhd.* | 100 | 100 | Manufacturing of office and residential furniture |
| Mayteck Kilang Kayu Dan Perabut Sdn. Bhd.* | 100 | 100 | Manufacturing of furniture components, processing and kiln drying of rubber wood and timber |
| **Subsidiary company of LHP** | | | |
| PPL Plantations Sdn. Bhd. ('PPLP') | 80 | 80 | Planting, cultivating, milling and dealing in agriculture and forest products |
| **Subsidiary company of FD** | | | |
| Domain Partners Sdn. Bhd. ('DP') | 100 | 100 | Property investment |

* Consolidated under merger method of accounting

Filed By: jesse.beckerman@dailypacks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 10.   INVESTMENTS IN SUBSIDIARY COMPANIES - continued

b)   Non-controlling interests

| | Percentage of ownership interest and voting interest of non-controlling interests | Carrying amount of non-controlling interests | Profit/(loss) allocated to non-controlling interests | Dividend paid to non-controlling interests |
|---|---|---|---|---|
| | % | RM | RM | RM |
| **2018** | | | | |
| LHP | 10 | 92,943 | 11,665 | - |
| PPLP | 20 | (2,030,423) | (506,314) | - |
| LSG | 40 | 1,914,902 | 1,184,207 | - |
| Total | | (22,578) | 689,558 | - |
| | | | | |
| **2017** | | | | |
| LHP | 10 | 81,277 | (464,918) | - |
| PPLP | 20 | (1,524,108) | (808,657) | - |
| LSG | 40 | 730,695 | 454,819 | - |
| Total | | (712,136) | (818,756) | - |

As the non-controlling interests of LHP, PPLP and LSG are not material to the Group, summarised financial information (before inter-group elimination) of the subsidiary companies is hence not presented.

**ANNUAL** REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 10.   INVESTMENTS IN SUBSIDIARY COMPANIES - continued

c)      Acquisition of a subsidiary company

On 30 November 2017, the Group through FD, entered into a related party transaction to acquire entire equity interest of 500,000 ordinary shares of DP for a cash consideration of RM20,474,542.

DP is principally engaged in property investment and renting all its freehold buildings to FD. The acquisition of DP resulted in rental savings to the Group and also secured the properties for the use of the Group.

The details of net assets acquired and cash flows arising from acquisition of the subsidiary company were as follows:

|  | Group | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| Property, plant and equipment | - | 29,779,243 |
| Prepaid operating expenses and other assets | - | 75,816 |
| Cash and cash equivalents | - | 1,882,981 |
|  | - | 31,738,040 |
| Payables | - | (6,979,770) |
| Deferred taxation | - | (4,018,916) |
| Tax liability | - | (264,812) |
|  | - | (11,263,498) |
| Fair value of net assets acquired | - | 20,474,542 |
| Purchase consideration | - | 20,474,542 |
| Less: | | |
| Cash and cash equivalents of a subsidiary company acquired | - | (1,882,981) |
| Cash flows on acquisition of a subsidiary company, net of cash acquired | - | 18,591,561 |

The transaction costs related to the acquisition of DP amounting to RM378,938 have been recognised in the "Other expenses" in the Group's profit or loss of the last reporting period.

Retrieved from dailystocks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

**ANNUAL** REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS

### - 31 DECEMBER 2018 - continued

10.   INVESTMENTS IN SUBSIDIARY COMPANIES - continued

d)   Impairment of a subsidiary company

In previous reporting period, the Company had impaired the investment in a subsidiary company - LHP, based on value-in-use of the plantation segment. The estimated recoverable amount is based on the significant assumptions as stated below.

As a result, an impairment loss of RM4,757,377 was recognised in the profit or loss in the last reporting period due to the estimated lower production yield.

The Company estimated recoverable amount of the plantation segment value-in-use is as follows:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Recoverable amount | 10,645,000 | 8,631,000 |

Significant assumptions applied in estimating the plantation segment value-in-use are as follows:

i)   Cash flow projections from the financial budgets approved by the management covering a period of 20 years in which the management expects to complete the harvest of the rubber wood trees planted.

ii)   The pre-tax discount rate applied to the cash flow projections is 10% (2017 - 10%).

iii)   The following are budgeted in the cash flow projections:

|  | 2018 | 2017 |
|---|---|---|
| Production yield |  |  |
| - Rubber wood | RM158,588 $m^3$ /ha | RM121,802 $m^3$ /ha |
| - Latex | 1,300 kg/ha/year | 1,800 kg/ha/year |
| Selling price |  |  |
| - Rubber wood | RM180 per $m^3$ | RM180 per $m^3$ |
| - Latex | RM7.70/kg | RM7.55/kg |
| Production cost | 40% - 45% | 40% - 45% |

iv)   Sensitivity to changes in assumptions

Management believes that no reasonably possible changes in any of the above key assumptions would cause the carrying value of the unit to materially exceed its recoverable amount.

Barcode:3886371-01 A-570-106 INV - Investigation  -



**ANNUAL REPORT** 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

11.    INTANGIBLE ASSETS

Group

|  | ROU<br>RM | Computer<br>software<br>RM | Total<br>RM |
|---|---:|---:|---:|
| **At cost** | | | |
| At 01 January 2017 | 4,813,119 | 1,198 | 4,814,317 |
| Addition | - | 1,650 | 1,650 |
| At 31 December 2017/31 December 2018 | 4,813,119 | 2,848 | 4,815,967 |
| | | | |
| **Accumulated amortisation and impairment loss** | | | |
| At 01 January 2017 | | | |
| Accumulated amortisation | (37,326) | (1,198) | (38,524) |
| Accumulated impairment loss | (4,253,228) | - | (4,253,228) |
| | (4,290,554) | (1,198) | (4,291,752) |
| | | | |
| Amortisation during the financial year | (18,663) | (27) | (18,690) |
| At 31 December 2017/01 January 2018 | | | |
| Accumulated amortisation | (55,989) | (1,225) | (57,214) |
| Accumulated impairment loss | (4,253,228) | - | (4,253,228) |
| | (4,309,217) | (1,225) | (4,310,442) |
| Amortisation during the financial year | (18,663) | (330) | (18,993) |
| | | | |
| At 31 December 2018 | | | |
| Accumulated amortisation | (74,652) | (1,555) | (76,207) |
| Accumulated impairment loss | (4,253,228) | - | (4,253,228) |
| | (4,327,880) | (1,555) | (4,329,435) |
| | | | |
| **Net carrying amounts** | | | |
| At 31 December 2017 | 503,902 | 1,623 | 505,525 |
| | | | |
| At 31 December 2018 | 485,239 | 1,293 | 486,532 |

|  | 2018<br>RM | 2017<br>RM |
|---|---:|---:|
| **ROU** | | |
| Amounts to be amortised: | | |
| Not later than one year | 18,663 | 18,663 |
| Later than one year but not later than five years | 74,652 | 74,652 |
| Later than five years | 391,924 | 410,587 |
| | 485,239 | 503,902 |

Filed By: bbui@dailyranks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 11.  INTANGIBLE ASSETS - continued

a)  ROU arising from Sub-Development Agreement ("SDA") relates to the incidental costs incurred in connection with the lease of right to use of approximately 3,473 hectares of permanent reserve forest land in the State of Johore Darul Takzim for planting and/or cultivation of rubber wood trees.

b)  In 2015, the Group had taken possession of 436 hectares of land and commenced the development of plantation infrastructure and agricultural activity. The 436 hectares of ROU has a remaining tenure of 26 years (2017 - 27 years) and the amortisation of ROU is recognised as administrative expense in profit or loss.

c)  In 2015, the Group had impaired the undeveloped portion of ROU of the land on proportionate basis amounting to RM4,253,228 as the Group was informed by the Joint Venture partner, PIJ Plantation & Agriculture Sdn. Bhd. that the remaining portion of undeveloped forest land of 3,037 hectares out of the total 3,473 hectares are excluded from the rubber trees planting programme.

### 12.  INVENTORIES

|  | Group | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| **At cost** | | |
| Finished goods | 19,190,779 | 19,183,403 |
| Work-in-progress | 30,206,565 | 35,520,067 |
| Raw materials | 37,875,221 | 31,405,524 |
| Consumables | 1,934,006 | 1,991,137 |
|  | 89,206,571 | 88,100,131 |
| **At net realisable value** | | |
| Finished goods | 53,996 | 95,762 |
| Raw materials | - | 4,514 |
|  | 53,996 | 100,276 |
|  | 89,260,567 | 88,200,407 |
| Recognised in profit or loss: | | |
| Inventories recognised as cost of sales | 664,053,703 | 559,544,567 |
| Included in cost of sales are: | | |
| Inventories written off | - | 2,012,469 |
| Inventories written down to net realisable value | 46,280 | 2,507 |

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 13.   RECEIVABLES

| | Group | |
| --- | ---: | ---: |
| | 2018 | 2017 |
| | RM | RM |
| Trade receivables | | |
| - related parties | 165,973 | 31,255 |
| - third parties | 66,918,485 | 61,391,309 |
| | 67,084,458 | 61,422,564 |
| Other receivables | 4,299,649 | 17,108,721 |
| | 71,384,107 | 78,531,285 |

a)   Trade receivables

i)      Trade receivables are non-interest bearing and are generally from 7 to 90 days (2017 - 7 to 90 days) terms. They are recognised at their original invoice amounts which represent their fair values on initial recognition.

The Group does not hold any collateral or other credit enhancements over their balances.

ii)     Trade receivables that are past due but not impaired

2018

The analysis of ageing is disclosed in note 34(a)(i).

2017

The Group had trade receivables amounting to RM18,033,383 at 31 December 2017 that were past due at the end of the reporting period but not impaired. These receivables were unsecured and the analysis of their ageing at the end of the reporting period is as follows:

| | RM |
| --- | ---: |
| 1 to 30 days past due not impaired | 15,438,180 |
| 31 to 60 days past due not impaired | 1,758,954 |
| 61 to 90 days past due not impaired | 299,177 |
| 91 to 120 days past due not impaired | 268,772 |
| More than 121 days past due not impaired | 268,300 |
| | 18,033,383 |

LII HEN INDUSTRIES BHD (280604)   Retrieved from dailyapks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS

### - 31 DECEMBER 2018 - continued

### 13.   RECEIVABLES - continued

a)   Trade receivables - continued

iii)   Trade receivables that are impaired

The Group's trade receivables that were impaired at the end of the last reporting period and the movement of the allowance accounts used to record the impairment were as follows:

|  | Group<br>Individually impaired<br>2017<br>RM |
|---|---|
| Trade receivables - nominal amounts | 70,277 |
| Less:<br>Impairment losses | (70,277) |
|  | - |

|  | Group<br>2017<br>RM |
|---|---|
| Movement of impairment losses |  |
| At 01 January | 136,371 |
| Charge for the financial year | 70,277 |
| Write off | (136,371) |
| At 31 December | 70,277 |

Trade receivables that were individually determined to be impaired at the end of the last reporting period related to two (2) debtors that were in financial difficulties and had defaulted on payments. These receivables were not secured by any collateral or credit enhancements.

iv)   The movement in allowance for ECL of trade receivables computed based on lifetime ECL is as follows:

|  | Group<br>2018<br>RM |
|---|---|
| Movement in allowance accounts: |  |
| At 01 January | 70,277 |
| Charge for the financial year | 32,632 |
| At 31 December | 102,909 |

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 13.   RECEIVABLES - continued

b)   Other receivables

Credit terms for other receivables are assessed and approved on a case-by-case basis. Other receivables that are neither past due nor impaired are creditworthy debtors with good payment records with the Group.

c)   The currency exposure profile of the trade and other receivables is as follows:

|  | Group | |
|---|---|---|
|  | 2018 | 2017 |
|  | RM | RM |
| RM | 12,163,244 | 27,701,453 |
| United States Dollar ('USD') | 59,220,863 | 50,829,832 |
|  | 71,384,107 | 78,531,285 |

d)   Other information on financial risks of receivables is disclosed in note 34.

### 14.   PREPAID OPERATING EXPENSES AND OTHER ASSETS

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 | 2017 | 2018 | 2017 |
|  | RM | RM | RM | RM |
| Prepaid operating expenses and other assets | 11,275,169 | 7,072,406 | 14,040 | 12,633 |

Included in prepaid operating expenses and other assets of the Group is a rental deposit paid to a related party - NNST Capital Sdn. Bhd. amounting to RM62,910 (2017 - RM62,910).

### 15.   AMOUNTS DUE BY SUBSIDIARY COMPANIES

The amounts due by subsidiary companies which arose from non-trade advances are unsecured and repayable on demand.

The above advances bear interest at an effective rate of 8.35% (2017 - 8.35%) per annum.

Other information on financial risks of amounts due by subsidiary companies is disclosed in note 34.

Retrieved from DailyBanks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation   -



**ANNUAL** REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 16.   INVESTMENT SECURITY

|  | Group and Company | |
| --- | --- | --- |
|  | 2018 RM | 2017 RM |
| **At fair value through profit or loss** |  |  |
| Quoted in Malaysia Trust fund | 17,723,198 | - |

Other information on financial risks of investment security is disclosed in note 34.

### 17.   DERIVATIVE FINANCIAL INSTRUMENTS

|  | Group | | | |
| --- | --- | --- | --- | --- |
|  | 2018 RM | | 2017 RM | |
|  | Contract/ Notional Amount | Assets | Contract/ Notional Amount | Assets |
| Non-hedging derivatives: |  |  |  |  |
| Current |  |  |  |  |
| Forward currency contracts | 10,162,135 | 54,167 | - | - |
| Total financial assets |  |  |  |  |
| at fair value through profit or loss |  | 54,167 |  | - |

Forward currency contracts are used to hedge foreign currency risk arising from the Group's sales denominated in USD for which firm commitments existed at the end of the reporting period, extending to February 2019 (2017 - nil).

Other information on financial risks of forward currency contracts is disclosed in note 34.

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 18.   TAXATION

a)      Movements in  taxation statements in the statements of financial position:

| | Group | | Company | |
|---|---|---|---|---|
| | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| At 01 January | 1,554,797 | 3,259,667 | 45,488 | (23,082) |
| Acquisition of subsidiary company (note 10(c)) | - | 264,812 | - | - |
| Current income tax | 14,713,364 | 22,367,190 | 189,101 | 317,749 |
| Income tax paid | (17,846,286) | (24,726,736) | (374,168) | (307,571) |
| Income tax refunded | - | 213,540 | - | 58,392 |
| Income tax (over)/underprovision in prior financial year | (254,174) | 176,324 | (663) | - |
| At 31 December | (1,832,299) | 1,554,797 | (140,242) | 45,488 |
| Disclosed as: | | | | |
| Tax assets | (2,709,239) | (1,446,875) | (140,242) | - |
| Tax liabilities | 876,940 | 3,001,672 | - | 45,488 |
| | (1,832,299) | 1,554,797 | (140,242) | 45,488 |

b)      Income tax expenses comprise:

#### Statements of profit or loss and other comprehensive income

| | Group | | Company | |
|---|---|---|---|---|
| | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Malaysian income tax: | | | | |
| - current | 14,713,364 | 22,367,190 | 189,101 | 317,749 |
| - (over)/underprovision in prior financial year | (254,174) | 176,324 | (663) | - |
| | 14,459,190 | 22,543,514 | 188,438 | 317,749 |
| Deferred taxation (note 23(a)): | | | | |
| - origination and reversal of temporary differences | 712,164 | (273,929) | - | - |
| - asset revaluation reserves | (70,829) | (175,383) | - | - |
| - overprovision in prior financial year | (21,882) | (15,859) | - | - |
| | 619,453 | (465,171) | - | - |
| Income tax expenses recognised in profit or loss | 15,078,643 | 22,078,343 | 188,438 | 317,749 |

LII HEN INDUSTRIES BHD (201880)

Retrieved from Dailystocks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

18.   TAXATION - continued

c)   Reconciliation of income tax expenses with accounting profit:

| | Group | | Company | |
|---|---|---|---|---|
| | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Profit before tax | 72,931,890 | 92,808,067 | 38,065,089 | 42,861,126 |
| Taxation at statutory tax rate of 24% | 17,503,654 | 22,273,936 | 9,135,621 | 10,286,670 |
| Deferred tax assets not recognised | 428,065 | 687,414 | - | - |
| Export allowances incentive | (3,681,825) | (2,947,677) | | |
| Tax effects of: | | | | |
| - double deduction expenses | (137,844) | (201,489) | - | - |
| - income not subject to income tax | (286,268) | (433,402) | (9,029,616) | (11,279,952) |
| - non-allowable expenses | 1,528,917 | 2,539,096 | 83,096 | 1,311,031 |
| | 15,354,699 | 21,917,878 | 189,101 | 317,749 |
| (Over)/underprovision in prior financial year: | | | | |
| - deferred tax | (21,882) | (15,859) | - | - |
| - income tax | (254,174) | 176,324 | (663) | - |
| Income tax expenses recognised in profit or loss | 15,078,643 | 22,078,343 | 188,438 | 317,749 |

d)   The Group has the following which can be used to offset against future taxable profit:

| | Group | |
|---|---|---|
| | 2018 RM | 2017 RM |
| Unused capital allowances | 111,957 | 111,782 |
| Unused agricultural allowances | 6,493,169 | 5,930,540 |
| Unused tax losses | 3,226,038 | 2,331,105 |
| | 9,831,164 | 8,373,427 |

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 19.   DEPOSITS, CASH AND BANK BALANCES

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Cash and bank balances | 54,740,005 | 75,219,705 | 901,036 | 24,206,039 |
| Short term deposits with licensed banks | 21,604,169 | 16,993,193 | - | - |
|  | 76,344,174 | 92,212,898 | 901,036 | 24,206,039 |

**Group**

Included in short term deposits with licensed banks are deposits of RM2,844,280 (2017 - RM2,756,678) pledged as securities for banking facilities granted to the Group as disclosed in note 22(a)(ii)).

Other information on financial risks of short term deposits is disclosed in note 34.

### 20.   SHARE CAPITAL

|  | Group and Company | | | |
|---|---|---|---|---|
|  | 2018 No. of shares | 2017 No. of shares | 2018 RM | 2017 RM |
| Issued and fully paid ordinary shares | 179,999,988 | 179,999,988 | 89,999,994 | 89,999,994 |

The shareholders are entitled to receive dividends as and when declared by the Company. All ordinary shares carry one vote per share without restrictions and rank equally with regard to the Company's residual assets. The ordinary shares have no par value.

### 21.   RESERVES

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| **Non-distributable** |  |  |  |  |
| Asset revaluation reserves | 43,431,411 | 27,231,293 | - | - |
| **Distributable** |  |  |  |  |
| Retained profits | 192,561,855 | 171,541,353 | 2,112,012 | 1,135,361 |
|  | 235,993,266 | 198,772,646 | 2,112,012 | 1,135,361 |

Filed By: tj.ho@dailygesnks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 21.   RESERVES - continued

**Group**

Asset revaluation reserves

The asset revaluation reserves represent increases in the fair value of the land and buildings, net of tax, and decreases to the extent that such decrease relates to an increase on the same asset previously recognised in other comprehensive income.

**Company**

Retained profits

The Company is under the single tier dividend system and hence, there is no restriction on the Company to distribute the payment of dividends out of its entire retained profits at the end of the reporting period.

### 22.   BORROWINGS

|  | Group 2018 RM | 2017 RM |
|---|---|---|
| **Secured** | | |
| **Current portion** | | |
| Bank overdrafts | - | 4,707,712 |
| Bankers' acceptances | 24,910,351 | 27,927,986 |
| Hire purchase | 23,115 | - |
| Term loans | 1,912,110 | 1,968,643 |
| **Total current portion** | 26,845,576 | 34,604,341 |
| **Non-current portion** | | |
| Hire purchase | 215,755 | - |
| Term loans | 2,138,354 | 3,836,163 |
| **Total non-current portion** | 2,354,109 | 3,836,163 |
| **Total borrowings** | 29,199,685 | 38,440,504 |



ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

#### 22.   BORROWINGS - continued

**Group**

a)   The bank overdrafts and bankers' acceptances are secured by:

   i)   fixed charges on landed properties and floating charge on other assets of a subsidiary company and legal charges on landed properties of certain subsidiary companies as disclosed in note 7(a); and

   ii)   short term deposits of certain subsidiary companies as disclosed in note 19.

b)   The hire purchase is secured by a charge over the asset as disclosed in note 7(b).

c)   The term loans are repayable as follows:

| Term loan | No. of Installments | Repayment Period From | Until | Monthly Installment amount RM | Securities over the properties of the Group as disclosed in note 7(a) |
|---|---|---|---|---|---|
| I | 120 | November 2009 | End of repayment period | 40,214 | Freehold factory buildings |
| II | 166 | November 2012 | July 2014 | 31,250 | Freehold land |
| | | August 2014 | July 2016 | 28,192 | |
| | | August 2016 | July 2017 | 56,122 | |
| | | August 2017 | December 2017 | 56,211 | |
| | | January 2018 | February 2018 | 84,317 | |
| | | March 2018 | April 2018 | 56,262 | |
| | | May 2018 | October 2018 | 56,314 | |
| | | November 2018 | End of repayment period | 84,470 | |
| III | 236 | January 2013 | July 2014 | 40,240 | Leasehold land and buildings |
| | | August 2014 | June 2015 | 12,554 | |
| | | July 2015 | August 2016 | 32,113 | |
| | | September 2016 | July 2017 | 57,262 | |
| | | August 2017 | January 2018 | 57,478 | |
| | | February 2018 | March 2018 | 57,644 | |
| | | April 2018 | End of repayment period | 57,810 | |

Filed By: rbui@dailywonks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 22. BORROWINGS - continued

d) A reconciliation of liabilities arising from the Group's financing activities excluding bank overdrafts is as follows:

| | 01 January 2018 RM | Cash flows RM | Non-cash changes acquisition RM | 31 December 2018 RM |
|---|---|---|---|---|
| Bankers' acceptances | 27,927,986 | (3,017,635) | - | 24,910,351 |
| Hire purchase | - | (11,130) | 250,000 | 238,870 |
| Term loans | 5,804,806 | (1,754,342) | - | 4,050,464 |
| Total | 33,732,792 | (4,783,107) | 250,000 | 29,199,685 |

| | 01 January 2017 RM | Cash flows RM | Non-cash changes acquisition RM | 31 December 2017 RM |
|---|---|---|---|---|
| Bankers' acceptances | 22,848,319 | 5,079,667 | - | 27,927,986 |
| Term loans | 8,107,812 | (2,303,006) | - | 5,804,806 |
| Total | 30,956,131 | 2,776,661 | - | 33,732,792 |

e) Other information on financial risks of borrowings is disclosed in note 34.

### 23. DEFERRED TAXATION

a) Movements in temporary differences during the financial year:

| | Group 2018 RM | 2017 RM |
|---|---|---|
| At 01 January | 14,885,895 | 11,332,150 |
| Acquisition of a subsidiary company (note 10(c)) | - | 4,018,916 |
| Recognised in profit or loss (note 18(b)): | | |
| - asset revaluation reserves | (70,829) | (175,383) |
| - property, plant and equipment | 690,282 | (289,788) |
| | 619,453 | (465,171) |
| Recognised in other comprehensive income: | | |
| - revaluation of land and buildings | 3,906,196 | - |
| At 31 December | 19,411,544 | 14,885,895 |



**ANNUAL** REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 23.   DEFERRED TAXATION - continued

b)   Recognised deferred tax assets and liabilities are attributable to the following:

Group

|  | Assets | | Liabilities | | Net | |
|---|---|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Property, plant and equipment | - | - | 8,519,590 | 7,907,516 | 8,519,590 | 7,907,516 |
| Asset revaluation reserves | - | - | 11,717,388 | 7,882,021 | 11,717,388 | 7,882,021 |
| Unused capital allowances | (26,870) | (26,828) | - | - | (26,870) | (26,828) |
| Unused agriculture allowances | (798,564) | (876,814) | - | - | (798,564) | (876,814) |
|  | (825,434) | (903,642) | 20,236,978 | 15,789,537 | 19,411,544 | 14,885,895 |
| Set off of tax | 825,434 | 903,642 | (825,434) | (903,642) | - | - |
|  | - | - | 19,411,544 | 14,885,895 | 19,411,544 | 14,885,895 |

c)   The deferred tax assets, stated at gross, have not been recognised as it is not probable that sufficient future taxable profit will be available to offset against the following unrecognised deferred tax assets of the Group:

|  | Group | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| Unused agriculture allowances | 3,165,823 | 2,277,149 |
| Unused tax losses | 3,226,038 | 2,331,104 |
|  | 6,391,861 | 4,608,253 |

d)   Deferred tax assets of the Group have not been recognised in respect of these items as they were derived from different business sources and it is not probable that taxable profit of the Group from the same business source would be available against which the deductible temporary differences could be utilised.

Under the Malaysia Finance Act 2018 which was gazetted on 27 December 2018, the Group's unutilised tax losses with no expiry period amounting to RM3,226,038 million as at 31 December 2018 will be imposed with a time limit of utilisation. Any accumulated unutilised tax losses brought forward from year of assessment 2018 can be carried forward for another 7 consecutive years of assessment (i.e. from year of assessments 2019 to 2025). These unutilised tax losses were classified as 'no expiry period' in previous reporting periods.

Retrieved from https://dailysnaps.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



**ANNUAL** REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 24.   PAYABLES

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Trade payables |  |  |  |  |
| - a related party | 103,114 | 70,415 | - | - |
| - third parties | 52,585,904 | 47,524,036 | - | - |
|  | 52,689,018 | 47,594,451 | - | - |
| Other payables | 4,646,294 | 4,306,296 | 1,696 | 1,564 |
| Accrued operating expenses | 23,327,132 | 26,448,465 | 80,679 | 103,266 |
|  | 80,662,444 | 78,349,212 | 82,375 | 104,830 |

a)   Trade payables

These amounts are non-interest bearing. Trade payables are normally settled on 7 to 90 days (2017 - 7 to 120 days) terms.

b)   Other payables

i)    These amounts are non-interest bearing. Credit terms for other payables are negotiated on a case-by-case basis.

ii)   Included in other payables is an amount of RM37,619 (2017 - nil) representing sub-contract charges payable to the related party.

c)   The currency exposure profile of the trade and other payables is as follows:

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| RM | 54,620,530 | 51,006,475 | 1,696 | 1,564 |
| USD | 2,714,782 | 894,272 | - | - |
|  | 57,335,312 | 51,900,747 | 1,696 | 1,564 |

d)   Other information on financial risks of payables is disclosed in note 34.

Barcode:3886371-01 A-570-106 INV - Investigation   -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 25.   REVENUE

a)   **Disaggregation of revenue**

| | 2018 RM | 2017 RM |
|---|---|---|
| **Group** | | |
| **Primary geographical markets** | | |
| United States of America | 615,410,722 | 516,067,274 |
| Malaysia | 57,693,494 | 91,810,995 |
| Taiwan, Republic of China | 38,535,515 | 46,108,768 |
| Other countries | 89,578,779 | 63,547,953 |
| | 801,218,510 | 717,534,990 |
| **Major products** | | |
| Furniture, furniture components and processed wood works | 801,218,510 | 717,534,990 |
| **Timing transfer of goods or services** | | |
| At a point in time | 801,218,510 | 717,534,990 |
| **Company** | | |
| Dividend income from subsidiary companies | 36,900,000 | 46,800,000 |

b)   **Contract assets**

Information about receivables from contracts with customers during the reporting period is disclosed as follows:

| | Group | |
|---|---|---|
| | 2018 RM | 2017 RM |
| Receivables from contract with customers (note 13) | 67,084,458 | 61,422,564 |

During the reporting period, the Group has recognised impairment loss on receivable arising from contracts with a customer amounting to RM32,632 (2017- RM70,277) in profit or loss.

### 26.   FINANCE COSTS

| | Group | |
|---|---|---|
| | 2018 RM | 2017 RM |
| Interest on | | |
| - bank overdrafts carried at amortised cost | 52,845 | 917 |
| - bankers' acceptances carried at amortised cost | 969,241 | 822,600 |
| - obligation under hire purchase | 6,162 | - |
| - term loans carried at amortised cost | 239,288 | 316,272 |
| | 1,267,536 | 1,139,789 |

Filename: bursa@dailyscanks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

27. PROFIT BEFORE TAX

a)   This is arrived at after inclusion of the following charges/(income):

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Amortisation of intangible assets | 18,993 | 18,690 | - | - |
| Auditors' remuneration: |  |  |  |  |
| - other services | 64,460 | 62,120 | 14,300 | 11,150 |
| - statutory audit | 184,000 | 184,000 | 31,000 | 31,000 |
| Depreciation on: |  |  |  |  |
| - property, plant and equipment | 8,693,143 | 7,573,110 | 138 | 141 |
| - investment property | 7,979 | 7,979 | - | - |
| Fair value changes of biological asset | 797,589 | 1,913,920 | - | - |
| Foreign exchange loss: |  |  |  |  |
| - realised | 63,375 | 6,992,757 | - | - |
| - unrealised | 863,869 | 899,118 | - | - |
| Impairment loss on: |  |  |  |  |
| - investment in a subsidiary company | - | - | - | 4,757,377 |
| - trade receivables | 32,632 | 70,277 | - | - |
| Indemnity insurance of |  |  |  |  |
| Directors and officers | 12,887 | 12,760 | 12,887 | 12,760 |
| Inventories written off due to fire incident | - | 2,012,469 | - | - |
| Inventories written down |  |  |  |  |
| to net realisable value | 46,280 | 2,507 | - | - |
| Lease of computer software | 188,600 | 180,000 | - | - |
| Property, plant and equipment |  |  |  |  |
| written off due to: |  |  |  |  |
| - fire incident | - | 3,911,777 | - | - |
| - others | 29,720 | 1,081 | - | - |
| Rental of: |  |  |  |  |
| - equipment | 9,000 | - | - | - |
| - factories | 5,155,480 | 6,067,627 | - | - |
| - hostel | 92,056 | 38,690 | - | - |
| - premises | 8,400 | 8,400 | - | - |
| Fair value changes of investment security | (20,969) | - | (20,969) | - |
| Gain on disposal of property, |  |  |  |  |
| plant and equipment | (66,313) | (86,691) | - | - |
| Insurance claim due to: |  |  |  |  |
| - fire incident | - | (4,963,165) | - | - |
| - others | (96,664) | (893,578) | - | - |
| Income from debt instrument |  |  |  |  |
| carried at fair value | (27,944) | - | (27,944) | - |
| Interest income from loans |  |  |  |  |
| and receivables | (1,981,789) | (3,183,384) | (1,740,775) | (1,749,190) |
| Net fair value gain on derivative |  |  |  |  |
| financial instruments | (54,167) | - | - | - |
| Rental income | (534,270) | (409,695) | - | - |

Barcode:3886371-01 A-570-106 INV - Investigation  -



**ANNUAL** REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 27.   PROFIT BEFORE TAX - continued

b)   Directors' remuneration:

| | | Group | | Company | |
|---|---|---|---|---|---|
| | | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| i) | Directors of the Company | | | | |
| | Executive: Short term employee benefits | | | | |
| | - Fees | 20,000 | 20,000 | 20,000 | 20,000 |
| | - Salaries and other emoluments | 5,462,855 | 6,440,737 | - | - |
| | Post-employee benefits | | | | |
| | - Defined contribution retirement plan | 655,547 | 764,965 | - | - |
| | The estimated monetary value of benefit-in-kind | 43,404 | 57,550 | - | - |
| | | 6,181,806 | 7,283,252 | 20,000 | 20,000 |
| | Non-executive: Short term employee benefits | | | | |
| | - Fees | 17,500 | 25,000 | 17,500 | 25,000 |
| | - Other emoluments | 196,500 | 228,200 | 196,500 | 228,200 |
| | | 214,000 | 253,200 | 214,000 | 253,200 |
| ii) | Directors of the subsidiary companies | | | | |
| | Executive: Short term employee benefits | | | | |
| | - Salaries and other emoluments | 4,808,776 | 5,796,520 | - | - |
| | Post-employee benefits | | | | |
| | - Defined contribution retirement plan | 535,293 | 647,087 | - | - |
| | The estimated monetary value of benefit-in-kind | 71,590 | 63,800 | - | - |
| | | 5,415,659 | 6,507,407 | - | - |
| | Non-executive: | | | | |
| | - Other emoluments | 33,500 | 42,000 | - | - |
| | | 11,844,965 | 14,085,859 | 234,000 | 273,200 |

Retrieved from dailystocks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 28.   EARNINGS PER SHARE

#### Basic

The basic earnings per share is calculated by dividing the Group's profit for the reporting period attributable to owners of the Company by the number of ordinary shares in issue during the reporting period.

| | Group | |
| --- | ---: | ---: |
| | 2018 RM | 2017 RM |
| Profit net of tax attributable to owners of the Company | 57,163,689 | 71,548,480 |

| | 2018 Units | 2017 Units |
| --- | ---: | ---: |
| Number of ordinary shares in issue | 179,999,988 | 179,999,988 |

| | 2018 Sen | 2017 Sen |
| --- | ---: | ---: |
| Basic earnings per share | 31.76 | 39.75 |

#### Diluted

The diluted earnings per share equals to basic earnings per share because there were no potential dilutive ordinary shares as at the end of the reporting period.

### 29.   DIVIDENDS

| | Group and Company | |
| --- | ---: | ---: |
| | 2018 RM | 2017 RM |
| **Recognised during the reporting period** | | |
| Dividends on ordinary shares: | | |
| Special single tier dividend for 2017 - 8.0 sen (2016 - 10.0 sen) | 14,400,000 | 18,000,000 |
| Final single tier dividend for 2017 - 3.0 sen (2016 - 4.0 sen) | 5,400,000 | 7,200,000 |
| First interim single tier dividend for 2018 - 2.5 sen  (2017 - 4.0 sen) | 4,500,000 | 7,200,000 |
| Second interim single tier dividend for 2018 - 3.5 sen   (2017 - 4.0 sen) | 6,300,000 | 7,200,000 |
| Third interim single tier dividend for 2018 - 3.5 sen  (2017 - 4.0 sen) | 6,300,000 | 7,200,000 |
| | 36,900,000 | 46,800,000 |

Barcode:3886371-01 A-570-106 INV - Investigation  -



ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 29.   DIVIDENDS - continued

| | Group and Company RM |
|---|---|
| **Not recognised as liabilities at 31 December 2018** | |
| Dividends on ordinary shares | |
| | |
| Declared and paid after the reporting period: | |
| - Fourth interim single tier dividend of 2.0 sen per share for 2018 | 3,600,000 |
| | |
| Proposed for shareholders' approval at the forthcoming Annual General Meeting: | |
| - Final single tier dividend of 3.0 sen per share for 2018 | 5,400,000 |

### 30.   STATEMENTS OF CASH FLOWS

a)   Non-cash transaction:

| | Company 2018 RM | 2017 RM |
|---|---|---|
| Issuance of shares by a subsidiary company subscribed by the Company (note 10) | 6,500,000 | - |
| Satisfaction of debt due to the Company | (6,500,000) | - |
| | | |
| Proceeds from issuance of shares by a subsidiary company to the Company | - | - |

b)   Acquisition of property, plant and equipment:

| | Group 2018 RM | 2017 RM | Company 2018 RM | 2017 RM |
|---|---|---|---|---|
| Total acquisition of property, plant and equipment (note 7) | 20,305,967 | 12,023,737 | 30 | - |
| Financed by hire purchase | (250,000) | - | - | - |
| | 20,055,967 | 12,023,737 | 30 | - |

LII HEN INDUSTRIES BHD (151442-D)

Filed By: jessica@dailygenks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
- 31 DECEMBER 2018 - continued

30.   STATEMENTS OF CASH FLOWS  - continued

c)   Cash and cash equivalents included in the statements of cash flows comprise the following:

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Cash and bank balances | 54,740,005 | 75,219,705 | 901,036 | 24,206,039 |
| Short term deposits with licensed banks | 18,759,889 | 14,236,515 | - | - |
|  | 73,499,894 | 89,456,220 | 901,036 | 24,206,039 |
| Bank overdrafts | - | (4,707,712) | - | - |
|  | 73,499,894 | 84,748,508 | 901,036 | 24,206,039 |

d)   The currency exposure profile of the cash and cash equivalents is as follows:

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| RM | 44,788,255 | 59,534,877 | 901,036 | 24,206,039 |
| USD | 28,639,598 | 25,141,327 | - | - |
| Singapore Dollars | 67,649 | 67,912 | - | - |
| Others | 4,392 | 4,392 | - | - |
|  | 73,499,894 | 84,748,508 | 901,036 | 24,206,039 |

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 31.   SIGNIFICANT RELATED PARTY DISCLOSURES

In addition to related party disclosure disclosed elsewhere in the financial statements, the related party relationships and significant transactions are set out as follows:

a)     Identity of related parties

The Company has related party relationships with the following parties:

i)      Immediate and ultimate holding company of the Company, Assets Muar Sdn. Bhd.

ii)     Subsidiary companies of the Company as disclosed in note 10.

iii)    Companies in which certain Directors of the Company and certain directors of the subsidiary companies have control or significant influence:

- Domain Partners Sdn. Bhd. ('DP');
  (until 30 November 2017 and became the subsidiary company of FD thereafter (note 10(c))

- NNST Capital Sdn. Bhd. ('NNST');

- Double Soon Huat Enterprise ('DSHE');

- T- Home Furniture Industry Sdn. Bhd. ('THFI'); and

- Hong Tat Sofa Enterprise ('HTSE').

iv)     Key management personnel, including Directors, are those persons having authority and responsibility for planning, directing and controlling the activities of the Group.

b)     Significant  transactions undertaken with  the related  parties  during  the  reporting  period were as follows:

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| **Subsidiary companies** |  |  |  |  |
| Advances to | - | - | 8,825,563 | 3,603,979 |
| Repayment from | - | - | 2,476,591 | 1,816,063 |
| Interest income from | - | - | 952,890 | 773,969 |

Retrieved from https://dailyranks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



**ANNUAL** REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

**31.    SIGNIFICANT RELATED PARTY DISCLOSURES** - continued

In addition to related party disclosure disclosed elsewhere in the financial statements, the related party relationships and significant transactions are set out as follows: - continued

b)    Significant  transactions undertaken with  the related  parties  during  the  reporting  period were as follows:  - continued

| | Group | | Company | |
|---|---|---|---|---|
| | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| **Related parties** | | | | |
| Acquisition of a subsidiary company (note 10(c)) | - | 20,474,542 | - | - |
| Sales of goods to | | | | |
| - THFI | 441,122 | 367,283 | - | - |
| - HTSE | 53,864 | 652 | - | - |
| Rental paid/payable to | | | | |
| - DP | - | 1,377,410 | - | - |
| - NNST | 251,640 | 251,640 | - | - |
| Sub-contract charges paid/payable to | | | | |
| - DSHE | 1,855,042 | 1,865,994 | - | - |
| - HTSE | 109,704 | 26,294 | - | - |

The Directors of the Company are of the opinion that these transactions are transacted at approximate market prices and at mutually agreed terms.

c)    Compensation paid/payable to key management personnel (other than executive Directors whose remuneration are disclosed in note 27(b)) were as follows:

| | Group | |
|---|---|---|
| | 2018 RM | 2017 RM |
| Short term employee benefits | 2,392,774 | 2,875,091 |
| Post-employment benefits | 404,866 | 534,099 |
| | 2,797,640 | 3,409,190 |

d)    Information regarding outstanding balances which are unsecured and arising from related party transactions at the end of the reporting period is disclosed in note 13, 14, 15 and 24.

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

32.   EMPLOYEE BENEFITS EXPENSES

The total staff costs were as follows:

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Salaries, wages, allowances and bonuses | 85,016,537 | 82,130,916 | 196,500 | 228,200 |
| Defined contribution retirement plan | 3,682,869 | 3,933,602 | - | - |
| Other employee benefits | 875,367 | 731,960 | - | - |
|  | 89,574,773 | 86,796,478 | 196,500 | 228,200 |

33.   FAIR VALUE OF ASSETS AND LIABILITIES

a)   Fair value hierarchy

The Group categories fair value measurement using a fair value hierarchy that is dependent on the valuation inputs used as follows:

Level 1 -   Quoted prices (unadjusted) in active markets for identical assets or liabilities that the Group can access at the measurement date;

Level 2 -   Inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly or indirectly; and

Level 3 -   Unobservable inputs for the asset or liability.

Fair value measurements that use inputs of different hierarchy levels are categorised in its entirety in the same level of the fair value hierarchy as the lowest level input that is significant to the entire measurement.

Filed By: brian@dailygenks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation   -



ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 33.   FAIR VALUE OF ASSETS AND LIABILITIES - continued

b)   Assets and liabilities measured at fair value

The following table shows an analysis of each class of assets and liability measured at fair value at the end of the reporting period:

| | Fair value measurement at the end of the reporting period using hierachy analysis | | | |
| --- | --- | --- | --- | --- |
| | Quoted prices in active markets for identical instruments (Level 1) RM | Significant observable inputs other than quoted prices (Level 2) RM | Significant unobservable inputs (Level 3) RM | Total fair value RM |
| **Recurring fair value measurement** | | | | |
| **Group** | | | | |
| **2018** | | | | |
| **Assets** | | | | |
| **Non-financial assets:** | | | | |
| **Property, plant and equipment** | | | | |
| **Land and buildings** | | | | |
| Freehold land | - | 41,942,169 | - | 41,942,169 |
| Freehold factory buildings | - | 50,570,305 | - | 50,570,305 |
| Freehold hostels | - | 5,118,038 | - | 5,118,038 |
| Freehold stores | - | 741,130 | - | 741,130 |
| Leasehold land | - | 21,211,015 | - | 21,211,015 |
| Leasehold factory buildings | - | 41,193,176 | - | 41,193,176 |
| **Biological asset** | - | - | 2,230,426 | 2,230,426 |
| | - | 160,775,833 | 2,230,426 | 163,006,259 |
| **Financial assets:** | | | | |
| Investment security | 17,723,198 | - | - | 17,723,198 |
| Derivatives - Forward currency contracts | - | 54,167 | - | 54,167 |
| | 17,723,198 | 54,167 | - | 17,777,365 |
| **2017** | | | | |
| **Assets** | | | | |
| **Non-financial assets:** | | | | |
| **Investment property** | | | | |
| Freehold building | - | - | 383,001 | 383,001 |
| **Biological asset** | - | - | 2,438,965 | 2,438,965 |
| | - | - | 2,821,966 | 2,821,966 |
| **Company** | | | | |
| **2018** | | | | |
| **Assets** | | | | |
| **Financial asset:** | | | | |
| Investment security | 17,723,198 | - | - | 17,723,198 |

Barcode:3886371-01 A-570-106 INV - Investigation   -

**ANNUAL** REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 33.   FAIR VALUE OF ASSETS AND LIABILITIES - continued

c)   Level 2 fair value measurements

The following is a description of the valuation techniques and inputs used in the fair value measurement for assets and liabilities that are categorised within level 2 of the fair value hierarchy:

-   Property, plant and equipment

The valuations of land and buildings are based on sales comparison approach. Sales price of comparable market transactions that in close proximity is adjusted for the differences in the key attributes such as property location, size, shape and terrain. The most significant input into this valuation is the price per square foot of the comparable properties. The valuation in 2017 was based on Directors' estimates which had been classified as Level 3 in note 33(e).

-   Derivatives

Forward currency contracts are valued based on the quotations obtained from the counterparty bankers. The fair value of forward currency contracts is estimated by discounting the difference between the contractual forward price and the current forward price for the residual maturity of the contract using a risk-free interest rate (based on government bonds).

d)   Level 3 fair value measurements

i)   Determination of fair value of biological asset

The Group does not intend to sell the rubber wood trees before their maturity period of 20 years from the year of planting and there is no active market for the timber.

No value is given to the latex until the trees are matured for tapping.

Valuation techniques and key inputs

The valuation model considers the net present value of the net cash flows expected to be generated from the sales of rubber wood trees. The cash flow projections include specific estimates for 20 years. The expected net present value is discounted using a risk adjusted discount rate.

-   The significant key unobservable inputs in estimating the fair value are:

-   selling price of matured rubber wood trees which are estimated at RM180 per m3 (2017 - RM180 per m3) based on current market price taking into consideration of the management's experience and knowledge of the market conditions;

-   the cost to sell is estimated at 3% (2017 - 3%) of the fair value of the immature rubber wood trees;

-   the fair value less cost to sell off current immature rubber wood trees is estimated at RM54 to RM73 per m3 (2017 - RM79 per m3), which is adjusted proportionately to the selling price of the matured rubber wood tress based on the estimated size of the trees;

-   the mortality rate is estimated at 5% to 10% (2017 - 25%); and

-   the pre-tax discount rate applied to the cash flow projections is 10% (2017 - 10%).

Retrieved from dailybanks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 33.   FAIR VALUE OF ASSETS AND LIABILITIES - continued

d)   Level 3 fair value measurements - continued

i)   Determination of fair value of biological asset - continued

Sensitivity to changes in key unobservable inputs

The following table shows the impact on the fair value of biological asset that is sensitive to changes in unobservable inputs that reflect reasonably possible alternative assumptions.

Effect of reasonably possible alternative assumptions on profit or loss:

|  | RM | RM |
|---|---|---|
| If the selling price is 5% higher/lower | 101,000 | (101,000) |
| If the cost to sell is 1% higher/lower | (20,000) | 20,000 |
| If the mortality rate is 10% higher/lower | (117,000) | 117,000 |
| If the discount rate is 1% higher/lower | (270,000) | 270,000 |

The positive and negative effects are approximately the same.

ii)   Determination of fair value of investment property

In the previous reporting period, the fair value of investment property was based on Directors' estimation using the latest available market information and recent experience and knowledge in the location and category property. The significant unobservable input is price per square foot and the estimated fair value would increase/decrease if the price per square foot is higher /lower.

During the reporting period, the fair value of investment property is based on sales comparison approach. Sales price of comparable market transactions that in close proximity is adjusted for the differences in the key attributes such as property location, size, shape and terrain. The most significant input into this valuation is the price per square foot of the comparable properties. The valuation during the reporting period has been classified as Level 2 as disclosed in note 33(e).

iii)   Valuation processes applied by the Group for Level 3 fair value

The Group Senior Manager of Corporate & Finance has overall responsibility for overseeing all significant fair value measurements and regularly reviews significant unobservable inputs and valuation adjustments. The Group Senior Manager of Corporate & Finance reports to the Audit Committee.

iv)   Transfers between Level 1, Level 2 and Level 3 fair values

There were no transfers between Level 1, Level 2 and Level 3 during the reporting periods of 2017 and 2018 other than valuation of land and buildings as disclosed in note 33(e).

v)   Movements in Level 3 on asset measured at fair value

The following table presents the reconciliation of the asset measured at fair value based on significant unobservable inputs (Level 3):

|  | Group | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| Biological asset |  |  |
| At 01 January | 2,438,965 | 3,938,027 |
| Purchase/planting | 589,050 | 414,858 |
| Changes in fair value less costs to sell (note 9) | (797,589) | (1,913,920) |
| At 31 December | 2,230,426 | 2,438,965 |



**ANNUAL** REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 33.   FAIR VALUE OF ASSETS AND LIABILITIES - continued

e)   Assets and liabilities not carried at fair value but for which fair value is disclosed

i)   The following table shows an analysis of the Group's assets and liabilities not measured at fair value at the end of the reporting period but for which fair value is disclosed:

| | Fair value measurement at the end of the reporting period using hierachy analysis | | | |
| | Quoted prices in active markets for identical instruments (Level 1) RM | Significant observable inputs other than quoted prices (Level 2) RM | Significant unobservable inputs (Level 3) RM | Total fair value RM |
|---|---|---|---|---|
| **Recurring fair value measurement** | | | | |
| **Group** | | | | |
| | | | | |
| **2018** | | | | |
| **Asset** | | | | |
| **Non-financial asset:** | | | | |
| **Investment property** | | | | |
| Freehold building | - | 400,000 | - | 400,000 |
| | | | | |
| **Liabilities** | | | | |
| **Financial liabilities:** | | | | |
| **Loans and borrowings** | | | | |
| Non-current portion | | | | |
| Term loans | - | - | 1,866,840 | 1,866,840 |
| Hire purchase | - | - | 201,676 | 201,676 |
| | - | - | 2,068,516 | 2,068,516 |
| | | | | |
| **2017** | | | | |
| **Assets** | | | | |
| **Non-financial assets:** | | | | |
| **Property, plant and equipment** | | | | |
| **Land and buildings** | | | | |
| Freehold land | - | - | 27,716,798 | 27,716,798 |
| Freehold factory buildings | - | - | 48,000,220 | 48,000,220 |
| Freehold hostels | - | - | 4,092,089 | 4,092,089 |
| Freehold stores | - | - | 414,678 | 414,678 |
| Leasehold land | - | - | 20,411,116 | 20,411,116 |
| Leasehold factory buildings | - | - | 36,838,884 | 36,838,884 |
| | - | - | 137,473,785 | 137,473,785 |

Filed By: ccheah@mwe.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

**ANNUAL** REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 33.   FAIR VALUE OF ASSETS AND LIABILITIES - continued

e)   Assets and liabilities not carried at fair value but for which fair value is disclosed - continued

   i)   The following table shows an analysis of the Group's assets and liabilities not measured at fair value at the end of the reporting period but for which fair value is disclosed: - continued

| | Fair value measurement at the end of the reporting period using hierachy analysis | | | |
| | Quoted prices in active markets for identical instruments (Level 1) RM | Significant observable inputs other than quoted prices (Level 2) RM | Significant unobservable inputs (Level 3) RM | Total fair value RM |
|---|---|---|---|---|
| **Recurring fair value measurement** | | | | |
| **Group** | | | | |
| **2017** | | | | |
| **Liability** | | | | |
| **Financial liability:** | | | | |
| **Loans and borrowings** | | | | |
| Non-current portion | | | | |
| Term loans | - | - | 1,883,752 | 1,883,752 |

   ii)   Determination of fair value

   The fair values of land and buildings included in property, plant and equipment as at 31 December 2017 were based on the Directors' estimation using the latest available market information and recent experience and knowledge in the location and category of property being valued.

   The fair value of borrowings is estimated by discounting expected future cash flows at market incremental lending rate for similar types of lending or borrowing at the end of the reporting period.

f)   The following are classes of assets and liabilities that are reasonable approximate to their fair value:

   Receivables
   Amounts due by subsidiary companies
   Deposits, cash and bank balances
   Borrowings (current)
   Payables

g)   The Company has provided financial guarantee to bankers for banking facilities to a limit of approximately RM127 million (2017 - RM93 million) granted to certain subsidiary companies.

   Accordingly, the Company has exposure to credit risk to the extent of banking facilities utilised by the subsidiary companies amounting to approximately RM29 million (2017 - RM39 million) at the end of the reporting period.

   There was no indication that the subsidiary companies would default on repayments. Thus, the fair value of the financial guarantee contract for the Company is nil. Other financial risk information is as disclosed in note 34.

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 34.   FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES

The Group and the Company are exposed to financial risks arising from their operations and the use of financial instruments. The key financial risks include credit risk, liquidity risk, interest rate risk, foreign currency risk and market price risk.

The Board of Directors reviews and agrees policies and procedures for the management of these risks, which are executed by the Senior Manager of Corporate & Finance and Financial Officers. The Risk Oversight Committee and the Audit Committee provide independent oversight to the effectiveness of the risk management process.

It is, and has been throughout the current and previous reporting periods the Group's policy that no trading in derivatives for speculative purposes shall be undertaken.

The following sections provide details regarding the Group's and Company's exposure to the above-mentioned financial risks and the objectives, policies and processes for the management of these risks.

a)   Credit risk

Credit risk is the risk of loss that may arise on outstanding financial instruments should a counterparty defaults on its obligations. The Group's and the Company's exposure to credit risk arises primarily from trade and other receivables. For other financial assets (including investment security, derivative financial instruments, loans and advances to subsidiary companies, short term deposits with licensed banks and bank balances), the Group and the Company minimise credit risk by dealing exclusively with high credit rating counterparties.

The Group's objective is to seek continual revenue growth while minimising losses incurred due to increased credit risk exposure. The Group trades only with recognised and creditworthy third parties. It is the Group's policy that all customers who wish to trade on credit terms are subject to credit verification procedures. In addition, receivable balances are monitored on an ongoing basis and the Group's exposure to bad debts is not significant. The Group manages credit risk by setting credit limits.

The Group considers the probability of default upon initial recognition of asset and whether there has been a significant increase in credit risk on an ongoing basis throughout each reporting period.

The Group has determined the default event on a financial asset to be when the counterparty fails to make contractual payments, within 90 days when they fall due, which are derived based on the Group's historical information.

To assess whether there is a significant increase in credit risk, the Group compares the risk of a default occurring on the asset at the reporting date with the risk of default at the date of initial recognition. The Group considers available reasonable and supportive forwarding-looking information which includes the following indicators:

-   Internal credit rating;

-   Actual or expected significant adverse changes in business, financial or economic conditions that are expected to cause a significant change to the debtor's ability to meet its obligations;

-   Actual or expected significant changes in the operating results of the debtor; and

-   Significant changes in the expected performance and behaviour of the debtor, including changes in the payment status of debtor in the group and changes in the operating results of the debtor.

Filed by: abc@dailyranks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 34.   FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES  - continued

a)   Credit risk - continued

The Group has determined that its financial assets are credit-impaired when:

-   There is significant financial difficulty of the debtor;

-   A breach of contract, such as a default or past due event; and

-   It is becoming probable that the debtor will enter bankruptcy or other financial reorganisation.

Regardless of the analysis above, a significant increase in credit risk is presumed if a debtor is more than 30 days past due in making contractual payment.

Financial assets are written off when there is no reasonable expectation of recovery, such as a debtor failing to engage in a repayment plan with the Group. Where loans and receivables have been written off, the Group continues to engage enforcement activity to attempt to recover the receivable due. Where recoveries are made, these are recognised in profit or loss.

The following are credit risk management practices and quantitative and qualitative information about amounts arising from expected credit losses for each class of financial assets:

i)   Trade receivables and contract assets

Management has a credit policy in place and the exposure to credit risk is monitored on an ongoing basis. At each reporting date, the Group assesses whether any of the trade receivables are credit impaired.

The gross carrying amounts of credit impaired trade receivables are written off (either partially or full) when there is no realistic prospect of recovery. This is generally the case when the Group determines that the debtor does not have assets or sources of income that could generate sufficient cash flows to repay the amounts subject to the write-off. Nevertheless, trade receivables that are written off could still be subject to enforcement activities.

The Group uses an allowance matrix to measure expected credit losses of trade receivables. Consistent with the debt recovery process, invoices which are past due 90 days will be considered as credit impaired.

Loss rates are based on actual credit loss experience over the past three years. The Group also considers differences between:

-   economic conditions during the period over which the historic data has been collected;

-   current conditions; and

-   the Group's view of economic conditions over the expected lives of the receivables.

There is no significant impact arising from measurement of these instruments under MFRS 9.

Barcode:3886371-01 A-570-106 INV - Investigation  -

**ANNUAL** REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

**34.   FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES**  - continued

a)   Credit risk - continued

i)   Trade receivables and contract assets - continued

The following table provides information about the exposure to credit risk and ECLs for trade receivables as at 31 December 2018 which are grouped together as they are expected to have similar risk nature:

| | Gross carrying amount RM | Loss allowance provision RM | Net carrying amount RM |
|---|---|---|---|
| Neither past due nor impaired | 51,431,873 | - | 51,431,873 |
| 1 to 30 days past due not impaired | 13,314,690 | - | 13,314,690 |
| 31 to 60 days past due not impaired | 1,468,754 | - | 1,468,754 |
| 61 to 90 days past due not impaired | 211,015 | - | 211,015 |
| 91 to 120 days past due not impaired | 455,165 | - | 455,165 |
| More than 121 days past due and not impaired | 202,961 | - | 202,961 |
| More than 121 days past due and impaired | 102,909 | (102,909) | - |
| | 15,755,494 | (102,909) | 15,652,585 |
| | 67,187,367 | (102,909) | 67,084,458 |

ii)   Exposure to credit risk

At the end of the reporting period, the Group's and the Company's maximum exposure to credit risk is represented by:

-   receivables as disclosed in note 13;

-   amounts due by subsidiary companies as disclosed in note 15; and

-   a nominal value of RM127 million (2017 - RM93 million) relating to financial guarantee provided by the Company to the bankers for banking facilities granted to certain subsidiary companies as disclosed in note 33(g). The Group does not expect credit loss for the financial guarantee as there is no indication that the subsidiary companies would default on repayments.

Filed By: reginald@dailyspanks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

**ANNUAL** REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 34.    FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES  - continued

a)    Credit risk - continued

iii)    Credit risk concentration profile

The Group determines concentrations of credit risk by monitoring the key trade receivables on an ongoing basis. The credit risk concentration profile of the Group's trade receivables at the end of the reporting period is as follows:

|  | | Group | | |
|  | 2018 | | 2017 | |
|  | RM | % | RM | % |
|---|---|---|---|---|
| By country: | | | | |
| United States of America | 49,673,484 | 74.05 | 38,002,401 | 61.87 |
| Malaysia | 6,365,722 | 9.49 | 10,592,732 | 17.25 |
| Other countries | 11,045,252 | 16.46 | 12,827,431 | 20.88 |
| | 67,084,458 | 100.00 | 61,422,564 | 100.00 |

At the end of the reporting period, approximately 27% (2017 - 26%) of the Group's trade receivables were due from two (2017 - two) customers who are located in The United States of America.

iv)    Financial assets that are neither past due nor impaired

Trade receivables that are neither past due nor impaired are creditworthy debtors who are reputable or have good payment records with the Group.

Short term deposits with licensed banks, bank balances, investment security and derivative financial instrument that are neither past due nor impaired are placed with reputable financial institutions with high credit rating and have no history of default.

The Company provides unsecured advances to subsidiary companies. The Company monitors the results of the subsidiary companies regularly.

v)    Financial assets that are either past due or impaired

Information regarding financial assets that are either past due or impaired for the last reporting period is as disclosed in note 13.

b)    Liquidity risk

Liquidity risk is the risk that the Group or the Company will encounter difficulty in meeting financial obligations due to shortage of funds. The Group's and the Company's exposure to liquidity risk arises primarily from mismatches of the maturities of financial assets and liabilities. The Group's and the Company's objective is to maintain a balance between continuity of funding and flexibility through the use of stand-by credit, continuously monitoring forecast and actual cash flows, and by matching the maturity profiles of financial assets and liabilities.

At the end of the reporting period, approximately 92% (2017 - 90%) of the Group's borrowings will mature in less than one year based on the carrying amount reflected in the financial statements.

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

**34.   FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES** - continued

b)   Liquidity risk - continued

Analysis of financial instruments by remaining contractual maturities

The table below summarises the maturity profile of the Group's and the Company's financial assets and liabilities at the end of the reporting period based on contractual undiscounted repayment obligations:

**Group**

| | Note | Carrying amount RM | Contractual cash flows RM | On demand or within one year RM | One to five years RM | Total RM |
|---|---|---|---|---|---|---|
| **2018** | | | | | | |
| **Financial assets:** | | | | | | |
| Receivables | 13 | 71,384,107 | 71,384,107 | 71,384,107 | - | 71,384,107 |
| Investment security | 16 | 17,723,198 | 17,723,198 | 17,723,198 | - | 17,723,198 |
| Derivative financial instruments | 17 | 54,167 | 54,167 | 54,167 | - | 54,167 |
| Deposits, cash and bank balances | 19 | 76,344,174 | 76,344,174 | 76,344,174 | - | 76,344,174 |
| | | | | | | |
| Total undiscounted financial assets | | 165,505,646 | 165,505,646 | 165,505,646 | - | 165,505,646 |
| | | | | | | |
| **Financial liabilities:** | | | | | | |
| Borrowings | 22 | 29,199,685 | 29,677,300 | 27,279,003 | 2,398,297 | 29,677,300 |
| Payables | 24 | 80,662,444 | 80,662,444 | 80,662,444 | - | 80,662,444 |
| | | | | | | |
| Total undiscounted financial liabilities | | 109,862,129 | 110,339,744 | 107,941,447 | 2,398,297 | 110,339,744 |
| | | | | | | |
| **2017** | | | | | | |
| **Financial assets:** | | | | | | |
| Receivables | 13 | 78,531,285 | 78,531,285 | 78,531,285 | - | 78,531,285 |
| Deposits, cash and bank balances | 19 | 92,212,898 | 92,212,898 | 92,212,898 | - | 92,212,898 |
| | | | | | | |
| Total undiscounted financial assets | | 170,744,183 | 170,744,183 | 170,744,183 | - | 170,744,183 |
| | | | | | | |
| **Financial liabilities:** | | | | | | |
| Borrowings | 22 | 38,440,504 | 38,587,562 | 34,726,145 | 3,861,417 | 38,587,562 |
| Payables | 24 | 78,349,212 | 78,349,212 | 78,349,212 | - | 78,349,212 |
| | | | | | | |
| Total undiscounted financial liabilities | | 116,789,716 | 116,936,774 | 113,075,357 | 3,861,417 | 116,936,774 |

Retrieved from dailoyranks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 34.   FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES - continued

b)   Liquidity risk - continued

The table below summarises the maturity profile of the Group's and the Company's financial assets and liabilities at the end of the reporting period based on contractual undiscounted repayment obligations: - continued

#### Company

| | Note | Carrying amount RM | Contractual cash flows RM | On demand or within one year RM | One to five years RM | Total RM |
|---|---|---|---|---|---|---|
| **2018** | | | | | | |
| **Financial assets:** | | | | | | |
| Amounts due by subsidiary companies | 15 | 10,671,249 | 10,671,249 | 10,671,249 | - | 10,671,249 |
| Deposits, cash and bank balances | 19 | 901,036 | 901,036 | 901,036 | - | 901,036 |
| Total undiscounted financial assets | | 11,572,285 | 11,572,285 | 11,572,285 | - | 11,572,285 |
| **Financial liability:** | | | | | | |
| Payables, representing total undiscounted financial liabilty | 24 | 82,375 | 82,375 | 82,375 | - | 82,375 |
| **2017** | | | | | | |
| **Financial assets:** | | | | | | |
| Amounts due by subsidiary companies | 15 | 10,822,277 | 10,822,277 | 10,822,277 | - | 10,822,277 |
| Deposits, cash and bank balances | 19 | 24,206,039 | 24,206,039 | 24,206,039 | - | 24,206,039 |
| Total undiscounted financial assets | | 35,028,316 | 35,028,316 | 35,028,316 | - | 35,028,316 |
| **Financial liability:** | | | | | | |
| Payables, representing total undiscounted financial liabilty | 24 | 104,830 | 104,830 | 104,830 | - | 104,830 |

The table below shows the contractual expiry by maturity of the Company's contingent liabilities and commitments. The maximum amount of the financial guarantee contracts is allocated to the earliest period in which the guarantee could be called:

#### Company

| | 2018 | | 2017 | |
|---|---|---|---|---|
| | Carrying or within RM | On demand or within one year RM | Carrying amount RM | On demand or within one year RM |
| Financial guarantee contracts | Nil | 29,677,300 | Nil | 38,587,562 |

As disclosed in note 33(g), the fair value of the financial guarantee contracts of the Company is nil. The disclosure represents the maximum amount that is required to be settled by the Company if the borrowings of subsidiary companies are in default.

Barcode:3886371-01 A-570-106 INV - Investigation   -

**ANNUAL REPORT** 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 34.   FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES - continued

c)   Interest rate risk

Interest rate risk is the risk that the fair value or future cash flows of the Group's and the Company's financial instruments will fluctuate because of changes in market interest rates.

The Group's exposure to interest rate risk arises primarily from its borrowings and short term deposits with licensed banks. The Group borrows principally on a floating rate basis for working capital purposes.

The Company's exposure to interest rate risk arises from the interest bearing advances provided to its subsidiary companies.

The following table sets out the carrying amounts, the weighted average effective interest rates ('WAEIR') at the end of the reporting period and the remaining maturities of the Group's and of the Company's financial instruments that are exposed to interest rate risk:

| | Note | 2018 WAEIR % | Carrying amount RM | 2017 WAEIR % | Carrying amount RM |
|---|---|---|---|---|---|
| **Group** | | | | | |
| **Fixed rate** | | | | | |
| Short term deposits with licensed banks | 19 | 3.66 | 21,604,169 | 3.51 | 16,993,193 |
| **Floating rate** | | | | | |
| Bank overdrafts | 22 | - | - | 8.35 | 4,707,712 |
| Bankers' acceptances | 22 | 3.62 | 24,910,351 | 3.55 | 27,927,986 |
| Term loans | 22 | 4.69 | 4,050,464 | 4.70 | 5,804,806 |
| Hire purchase | 22 | 5.02 | 238,870 | - | - |
| **Company** | | | | | |
| **Floating rate** | | | | | |
| Amounts due by subsidiary companies | 15 | 8.35 | 10,671,249 | 8.35 | 10,822,277 |

Interest rate risk sensitivity analysis for fixed rate instruments

The Group does not account for any fixed rate financial asset and financial liability at fair value through profit or loss, and the Group does not designate derivative financial instruments as hedging instruments under a fair value hedge accounting model. Therefore, a change in interest rates at the end of the reporting period would not affect the profit or loss.

Filed By: nmili@dailywanks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

**ANNUAL** **REPORT** **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

34.   FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES - continued

c)   Interest rate risk  - continued

Interest rate risk sensitivity analysis for variable rate instruments

The following table demonstrates the sensitivity of the Group's and of the Company's profit net of tax, if interest rate had been 25 basis points lower/higher, with all other variables held constant:

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM Profit net of tax | 2017 RM Profit net of tax | 2018 RM Profit net of tax | 2017 RM Profit net of tax |
| If interest rate had been 25 basis points lower | +55,480 | +73,038 | -20,275 | -20,562 |
| If interest rate had been 25 basis points higher | -55,480 | -73,038 | +20,275 | +20,562 |

d)   Foreign currency risk

The Group has transactional currency exposures arising from sales or purchases that are denominated in a currency other than the functional currency, RM. The foreign currencies in which these transactions are denominated are mainly USD.

Approximately 93% (2017 - 87%) of the Group's sales are denominated in USD. The Group's trade receivables and payables at the end of the reporting period for foreign currency balances are as disclosed in the note 13(c) and 24(c) respectively.

The Group also holds cash and cash equivalents denominated in foreign currencies for working capital purposes. At the end of the reporting period, the foreign currency balances are as disclosed in note 30(d).

The Group uses forward currency contracts to eliminate the currency exposures on certain percentage of its budgeted sales that are quoted in foreign currency. The period is ranging from 30 days to 90 days (2017 - nil). The Group hedged an acceptable level of its foreign currency denominated sales, for which firm commitments existed at the end of the reporting period of 2018 extending to February 2019.

Foreign currency risk sensitivity analysis

The following table demonstrates the sensitivity of the Group's profit net of tax to a reasonably possible change in the exchange rates in the RM against the USD, with all other variables held constant:

|  | Group | |
|---|---|---|
|  | 2018 RM Profit net of tax | 2017 RM Profit net of tax |
| USD / RM - strengthened by 5% | + 4,257,283 | + 3,828,392 |
| USD / RM - weakened by 5% | - 4,257,283 | - 3,828,392 |

Barcode:3886371-01 A-570-106 INV - Investigation   -

**ANNUAL** REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 34.   FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES - continued

e)   Market price risk

Market price risk is the risk that the fair value or future cash flows of the Group's and of the Company's financial instruments will fluctuate because of changes in market prices (other than interest or exchange rates). The Group and the Company are exposed to equity price risk arising from its investment security as disclosed in note 16.

Investment security is not held for trading purposes. The Group and the Company do not actively trade this investment.

Market price risk sensitivity analysis

The following table demonstrates the sensitivity of the Group's and of the Company's profit net of tax, if fair value of the investment security had been 25 basis points lower/higher, with all other variables held constant:

|  | Group and Company | |
|---|---|---|
|  | 2018 | 2017 |
|  | RM | RM |
|  | Profit net of tax | Profit net of tax |
| If interest rate had been 25 basis points lower | -33,674 | - |
| If interest rate had been 25 basis points higher | +33,674 | - |

### 35.   CATEGORIES OF FINANCIAL INSTRUMENTS

The following table provides an analysis of financial instruments categorised as follows:

a)   Financial assets and liabilities measured at amortised cost; and

b)   Financial assets at fair value through profit or loss.

Group

|  | Carrying amount RM | Financial assets or liabilities measured at amortised cost RM | Financial assets at fair value through profit or loss RM |
|---|---|---|---|
| **2018** | | | |
| **Financial assets:** | | | |
| Receivables | 71,384,107 | 71,384,107 | - |
| Investment security | 17,723,198 | - | 17,723,198 |
| Derivative financial instruments | 54,167 | - | 54,167 |
| Deposits, cash and bank balances | 76,344,174 | 76,344,174 | - |
|  | 165,505,646 | 147,728,281 | 17,777,365 |

LII FCN INDUSTRIES BHD (lovaanks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

35.   CATEGORIES OF FINANCIAL INSTRUMENTS - continued

The following table provides an analysis of financial instruments categorised as follows: - continued

**Group**

| | Carrying amount RM | Financial assets or liabilities measured at amortised cost RM | Financial assets at fair value through profit or loss RM |
|---|---|---|---|
| **2018** **Financial liabilities:** | | | |
| Borrowings | 29,199,685 | 29,199,685 | - |
| Payables | 80,662,444 | 80,662,444 | - |
| | 109,862,129 | 109,862,129 | - |
| **2017** **Financial assets:** | | | |
| Receivables | 78,531,285 | 78,531,285 | - |
| Deposits, cash and bank balances | 92,212,898 | 92,212,898 | - |
| | 170,744,183 | 170,744,183 | - |
| **Financial liabilities:** | | | |
| Borrowings | 38,440,504 | 38,440,504 | - |
| Payables | 78,349,212 | 78,349,212 | - |
| | 116,789,716 | 116,789,716 | - |

**Company**

| | Carrying amount RM | Financial assets or liabilities measured at amortised cost RM | Financial assets at fair value through profit or loss RM |
|---|---|---|---|
| **2018** **Financial assets:** | | | |
| Amounts due by subsidiary companies | 10,671,249 | 10,671,249 | - |
| Investment security | 17,723,198 | - | 17,723,198 |
| Deposits, cash and bank balances | 901,036 | 901,036 | - |
| | 29,295,483 | 11,572,285 | 17,723,198 |
| **Financial liability:** | | | |
| Payables | 82,375 | 82,375 | - |

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 35.   CATEGORIES OF FINANCIAL INSTRUMENTS - continued

The following table provides an analysis of financial instruments categorised as follows: - Continued

#### Company

| | Carrying amount RM | Financial assets or liabilities measured at amortised cost RM | Financial assets at fair value through profit or loss RM |
|---|---|---|---|
| **2017** | | | |
| **Financial assets:** | | | |
| Amounts due by subsidiary companies | 10,822,277 | 10,822,277 | - |
| Deposits, cash and bank balances | 24,206,039 | 24,206,039 | - |
| | 35,028,316 | 35,028,316 | - |
| **Financial liability:** | | | |
| Payables | 104,830 | 104,830 | - |

### 36.   CAPITAL MANAGEMENT

The primary objective of the Group's capital management is to safeguard the Group's ability to provide return for shareholders, benefits for other stakeholders and to maintain an optimal capital structure.

The Group manages its capital structure and makes adjustments to it, in light of changes in economic conditions. To maintain or adjust the capital structure, the Group may adjust the dividend payment to shareholders or issue new shares. No changes were made in the objectives, policies or processes during the reporting periods ended 31 December 2018 and 31 December 2017.

The Group monitors capital using a gearing ratio, which is total liabilities divided by total equity. The Directors monitor and determine to maintain an optimal liabilities-to-equity ratio.

| | Group | |
|---|---|---|
| | 2018 RM | 2017 RM |
| Total liabilities | 130,150,613 | 134,677,283 |
| Total equity | 325,970,682 | 288,060,504 |
| Total liabilities-to-equity ratio | 40% | 47% |

REF NO: F119e, http://www.dailystocks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



**ANNUAL REPORT** 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 37.   SEGMENTAL REPORTING - GROUP

a)   The Group has the following reportable segments which are operating in Malaysia:

| Reportable segments | Operations |
|---|---|
| Furniture manufacturing | Manufacturing of furniture products |
| Plantation | Cultivating of rubber wood trees |
| Other | Investment holdings |

The management monitors the operating results of its reportable segments separately for the purpose of making decisions about resource allocation and performance assessment. Segment performance is evaluated based on operating profit or loss which is the most relevant to the evaluation of results of the segments.

The accounting policies of operating segments are the same as those described in the summary of significant accounting policies.

Inter-segment revenue is priced along the same lines after taking into consideration of volume rebate and credit risk as sales to external customers and is eliminated in the consolidated financial statements. These policies have been applied consistently throughout the current and previous reporting periods.

Segment results, assets and liabilities include items directly attributable to a segment. Segment capital expenditure is the total costs incurred during the reporting period to acquire segment assets that are expected to be used for more than one year.

b)   Segmental information

| 2018 | Note | Furniture manufacturing RM | Plantation RM | Other RM | Total RM |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Total revenue | | 802,990,966 | - | 36,900,000 | 839,890,966 |
| Inter-segment revenue | | (1,772,456) | - | (36,900,000) | (38,672,456) |
| **Revenue from external customers** | 37(b)(i) | 801,218,510 | - | - | 801,218,510 |
| Interest income | | 240,388 | 626 | 1,740,775 | 1,981,789 |
| Finance costs | | (1,267,536) | - | - | (1,267,536) |
| **Net finance (costs)/income** | | (1,027,148) | 626 | 1,740,775 | 714,253 |
| Amortisation of intangible assets | | - | 18,663 | 330 | 18,993 |
| Depreciation of property, plant and equipment | | 8,600,785 | 92,220 | 138 | 8,693,143 |
| Fair value changes of biological asset | | - | 797,589 | - | 797,589 |
| Inventories written down to net realisable value | | 46,280 | - | - | 46,280 |
| Property, plant and equipment written off | | 29,720 | - | - | 29,720 |
| Unrealised foreign exchange loss | | 863,869 | - | - | 863,869 |
| **Segment profit/(loss) before tax** | 37(b)(ii) | 77,686,074 | (1,651,753) | 38,065,089 | 114,099,410 |
| **Additions to non-current assets** | 37(b)(iii) | 20,184,519 | 710,468 | 30 | 20,895,017 |
| **Segment assets** | 37(b)(iv) | 465,198,902 | 4,333,501 | 92,194,381 | 561,726,784 |
| **Segment liabilities** | 37(b)(v) | 139,304,750 | 9,420,799 | 82,375 | 148,807,924 |

Barcode:3886371-01 A-570-106 INV - Investigation  -



ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 37.   SEGMENTAL REPORTING - GROUP - continued

b)   Segmental information - continued

**2017**

| | Note | Furniture manufacturing RM | Plantation RM | Other RM | Total RM |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Total revenue | | 719,032,616 | - | 46,800,000 | 765,832,616 |
| Inter-segment revenue | | (1,497,626) | - | (46,800,000) | (48,297,626) |
| **Revenue from external customers** | 37(b)(i) | 717,534,990 | - | - | 717,534,990 |
| Interest income | | 2,207,595 | 568 | 975,221 | 3,183,384 |
| Finance costs | | (1,139,789) | - | - | (1,139,789) |
| **Net finance income** | | 1,067,806 | 568 | 975,221 | 2,043,595 |
| Amortisation of intangible assets | | - | 18,663 | 27 | 18,690 |
| Depreciation of property, plant and equipment | | 7,474,349 | 98,620 | 141 | 7,573,110 |
| Fair value changes of biological asset | | - | 1,913,920 | - | 1,913,920 |
| Inventories written off due to fire incident | | 2,012,469 | - | - | 2,012,469 |
| Inventories written down to net realisable value | | 2,507 | - | - | 2,507 |
| Property, plant and equipment written off: | | | | | |
| - due to fire incident | | 3,911,777 | - | - | 3,911,777 |
| - others | | 1,081 | - | - | 1,081 |
| Unrealised foreign exchange loss | | 899,118 | - | - | 899,118 |
| **Segment profit/(loss) before tax** | 37(b)(ii) | 100,911,144 | (2,743,520) | 42,861,126 | 141,028,750 |
| **Additions to non-current assets** | 37(b)(iii) | 12,022,600 | 415,995 | 1,650 | 12,440,245 |
| **Segment assets** | 37(b)(iv) | 432,169,568 | 4,478,134 | 91,285,673 | 527,933,375 |
| **Segment liabilities** | 37(b)(v) | 142,217,851 | 7,946,958 | 150,318 | 150,315,127 |

Filed By: rie@dailyequks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS

### - 31 DECEMBER 2018 - continued

### 37.   SEGMENTAL REPORTING - GROUP - continued

b)   Segmental information - continued

Reconciliations

Reconciliations of reportable segment revenue, profit or loss, assets and liabilities to the corresponding amounts of the Group are as follows:

|  |  | 2018 RM | 2017 RM |
|---|---|---|---|
| i) | **Revenue** |  |  |
|  | Total revenue for reportable segments | 839,890,966 | 765,832,616 |
|  | Elimination of inter-segment revenue | (38,672,456) | (48,297,626) |
|  | Revenue of the Group per consolidated statement of profit or loss and other comprehensive income | 801,218,510 | 717,534,990 |
| ii) | **Profit for the financial year** |  |  |
|  | Total profit for reportable segments | 114,099,410 | 141,028,750 |
|  | Elimination of inter-segment profit | (41,167,520) | (48,220,683) |
|  |  | 72,931,890 | 92,808,067 |
|  | Income tax expenses | (15,078,643) | (22,078,343) |
|  | **Profit for the financial year of the Group per consolidated statement of profit or  loss and other comprehensive income** | 57,853,247 | 70,729,724 |

iii)   Additions to non-current assets consist of additions to property, plant and equipment, intangible assets and biological asset.

|  |  | 2018 RM | 2017 RM |
|---|---|---|---|
| iv) | **Assets** |  |  |
|  | Total assets for reportable segments | 561,726,784 | 527,933,375 |
|  | Elimination of investments in subsidiary companies | (95,166,103) | (88,666,103) |
|  | Elimination of inter-segment balances | (10,439,386) | (16,529,485) |
|  | **Total assets of the Group per consolidated statement of financial position** | 456,121,295 | 422,737,787 |
| v) | **Liabilities** |  |  |
|  | Total liabilities for reportable segments | 148,807,924 | 150,315,127 |
|  | Elimination of inter-segment balances | (18,657,311) | (15,637,844) |
|  | **Total liabilities of the Group per consolidated statement of financial position** | 130,150,613 | 134,677,283 |

Barcode:3886371-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 37.  SEGMENTAL REPORTING - GROUP - continued

c)  Geographical segment

The following table provides an analysis of the Group's revenue by geographical segment:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Malaysia | 57,693,494 | 91,810,995 |
| United States of America | 615,410,722 | 516,067,274 |
| Asia countries | 117,147,443 | 103,793,338 |
| Other countries | 10,966,851 | 5,863,383 |
| Total revenue | 801,218,510 | 717,534,990 |

d)  The following are major customers with revenue equal or more than 10% of the Group's total revenue:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Customer A | 66,167,920 | 79,571,465 |
| Customer B | 111,460,761 | 71,588,084 |
| Customer C | 97,321,249 | 101,696,886 |
|  | 274,949,930 | 252,856,435 |

### 38.  SIGNIFICANT EVENTS DURING THE REPORTING PERIOD

a)  On 28 February 2018, FD entered into a Sale and Purchase Agreement to purchase one (1) piece of freehold agricultural land for a cash consideration of RM618,552;

b)  On 05 March 2018, KJ entered into a Sale and Purchase Agreement to purchase one (1) piece of freehold agricultural land for a cash consideration of RM6,300,475; and

c)  On 30 May 2018, FD entered into another Sale and Purchase Agreement to purchase one (1) piece of freehold agricultural land for a cash consideration of RM903,870.

All the above transactions are completed during the reporting period.

Filed By: hli@dailyexports.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



**ANNUAL** REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 39.   COMMITMENT

Operating lease

a)   PPLP has long-term lease commitments in respect of the ROU over the permanent reserve forest land arising from SDA as disclosed in note 11.

PPLP has to pay annual use permit fee based on 436 hectares (2017 - 436 hectares) of ROU as follows:

| | Group | |
| --- | --- | --- |
| | 2018 RM | 2017 RM |
| First three years from the date of delivery of vacant possession of the land or the date of commencement of the development of the land whichever is later | - | - |
| Next fourth to seventh years | 43,413 | 10,900 |
| Next eighth to twentieth years | 21,706 | 21,800 |
| Next twenty first to thirtieth years | 43,600 | 43,600 |
| | 108,719 | 76,300 |

b)   The SDA includes contingent payment which is based on certain percentage of profit after taxation of PPLP.

### 40.   CONTINGENCY

**Unsecured**

The Company has provided financial guarantee to bankers for banking facilities to a limit of approximately RM127 million (2017 - RM93 million) granted to certain subsidiary companies as disclosed in note 33(g).

Barcode:3886371-01 A-570-106 INV - Investigation  -



**ANNUAL REPORT 2018**

## LIST OF TOP TEN (1O) MATERIAL LANDED PROPERTIES

The Group's policy on revaluation of landed properties is as stated in Note 3(c) to the Financial Statements.

| Location | Description | Land Area (sq.m) | Existing Use | Tenure / Age of Building | | Net Carrying Amounts at 31-12-2018 RM | Date of Revaluation |
|---|---|---|---|---|---|---|---|
| **Lii Hen Furniture Sdn Bhd** | | | | | | | |
| H.S (D) 21321, PTD No. 1465, Mukim of Sg. Terap, District of Muar, State of Johore. (PLO 43) | 3 blocks of single-storey factory building, a double-storey and a 3-storey office block annexes and ancillary buildings | 16,187 | Office and furniture manufacturing facilities | Leasehold 60 years, Expiring on 20.05.2056 / 21 to 24 years | Land Building | 3,485,000 8,515,000 12,000,000 | 13.02.2019 ( Date of Revaluation ) |
| **Kejora Juara Sdn Bhd** | | | | | | | |
| H.S (D) 21971, PTD No. 1475, Mukim of Sg. Terap, District of Muar, State of Johore. | A block of single-storey factory building | 8,094 | Furniture manufacturing facilities | Leasehold 60 years, Expiring on 24.09.2056 / 17 years | Land Building | 1,745,000 3,175,000 4,920,000 | 15.01.2019 ( Date of Revaluation ) |
| Lot 527, 1828 and 1830 Mukim Sungai Raya, Muar, Johor | Freehold land Freehold hostel | 25,788 7,430 | Freehold land Freehold hostel | | Land Building | 5,550,000 3,200,000 8,750,000 | 15.01.2019 (Date of Revaluation) |
| **EF Furniture Sdn Bhd** | | | | | | | |
| H.S (D) 21325, PTD No. 1469, Mukim of Sg. Terap, District of Muar, State of Johore. (PLO 8) | A block of single-storey factory building and a double-storey office annexe, a guard house and pump house | 10,117 | Office and furniture manufacturing facilities | Leasehold 60 years, Expiring on 20.05.2056 / 22 years | Land Building | 2,180,000 4,300,000 6,480,000 | 15.01.2019 ( Date of Revaluation ) |
| **CT Haup Heng Sdn Bhd** | | | | | | | |
| H.S (D) 21318, PTD No. 1462, Mukim of Sg. Terap, District of Muar, State of Johore. (PLO 9) | 2 blocks of single-storey factory building together with extension and a guard house | 10,117 | Furniture manufacturing facilities | Leasehold 60 years, Expiring on 20.05.2056 / 21 to 24 years | Land Building | 2,180,000 3,945,000 6,125,000 | 13.02.2019 ( Date of Revaluation ) |

Filed By: eric@dailygreps.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



**ANNUAL** REPORT **2018**

## LIST OF TOP TEN (1O) MATERIAL LANDED PROPERTIES - continued

| Location | Description | Land Area (sq.m) | Existing Use | Tenure / Age of Building | | Net Carrying Amounts at 31-12-2018 RM | Date of Revaluation |
|---|---|---|---|---|---|---|---|
| **Mayteck Kilang Kayu Dan Perabut Sdn Bhd** | | | | | | | |
| H.S (D) 22630 & 22631, PTD No. 6042 & 6043, Mukim of Grisek, District of Muar, State of Johore. | A block of single-storey factory building with a double-storey office annexe, 2 blocks of kiln-drying factories, 20 units of K-D chambers and ancillary buildings | 18,460 | Office and furniture manufacturing, wood treatment, and kiln-drying facilities | Freehold / 20 to 30 years | Land Building | 3,580,000 3,200,000 6,780,000 | 15.01.2019 ( Date of Revaluation ) |
| **Favourite Design Sdn Bhd** | | | | | | | |
| H.S.(D) 38327, PTD No: 4104 Mukim of Sungai Terap, District of Muar State of Johore. | A large block of single-storey furniture factory building together with a three-storey office block and a guard house as well as factory extension | 12,036 | Office and furniture manufacturing facilities | Leasehold 60 years, Expiring on 05.09.2056/ 22 years | Land Building | 3,420,000 8,960,000 12,380,000 | 15.01.2019 ( Date of Revaluation) |
| GM 347 Lot 1915, Mukim of Sungai Raya, District of Muar, State of Johore | A block of single-storey factory building | 31,361 | Furniture manufacturing facilities | Freehold land/ 5 years | Land Building | 6,380,314 18,945,000 25,325,314 | 13.02.2019 (Date of Revaluation) |
| Lot 5052 PN 38525, Mukim of Sungai Raya, District of Muar, State of Johore | 2 units of single-storey detached factory building | 9,049 | Furniture manufacturing facilities | Leasehold 60 years Expiring on 10.03.2057/ 22 years | Land Building | 2,115,000 3,835,000 5,950,000 | 13.02.2019 (Date of Revaluation) |
| **Domain Partners Sdn Bhd** | | | | | | | |
| PTD 2874, HSM 1744, Mukim of Sungai Raya, District Muar, Johor (Lot 1906, 1907, 1908, 1909, 1911) | An industrial complex with four storey factory buildings | 43,692 | Furniture manufacturing facilities | Freehold land/ | Land Buildings | 9,407,037 20,592,963 30,000,000 | 13.02.2019 (Date of Valuation) |

Barcode:3886371-01 A-570-106 INV - Investigation   -

ANNUAL REPORT 2018

## ANALYSIS OF SHAREHOLDING AS  29  MARCH 2019

### PRINCIPAL  STATISTICS

| | |
|---|---|
| Authorised  Share  Capital | - RM 100,000,000 |
| Issued  &  Paid-Up  Share  Capital | - RM  89,999,994 |
| Class  of  Shares | - Ordinary  Shares  of  RM 0.50 each |
| Voting  Rights | - One  vote  per  ordinary  share |
| Number  of  Shareholders | 6,194 |

### DISTRIBUTION  OF  SHAREHOLDINGS

| | No. of Shareholders | % of Shareholders | No. of Shares  Held | % of Issued Share  Capital |
|---|---|---|---|---|
| less than 100 shares | 13 | 0.21% | 314 | 0.00% |
| 100 to 1,000 shares | 1,356 | 21.89% | 974,800 | 0.54% |
| 1,001  to  10,000 shares | 3,597 | 58.07% | 15,905,852 | 8.84% |
| 10,001  to  100,000 shares | 1,076 | 17.37% | 32,665,224 | 18.15% |
| 100,001  to  less  than  5% of issued shares | 151 | 2.44% | 54,494,788 | 30.27% |
| 5%  and  above of issued shares | 1 | 0.02% | 75,959,010 | 42.20% |
| Total | 6,194 | 100.00% | 179,999,988 | 100.00% |

### DIRECTORS'  SHAREHOLDINGS

| | No. of Shares Held | | % of Issued Share Capital | |
|---|---|---|---|---|
| Name  of  Directors | Direct | Indirect | Direct | Indirect |
| Chua  Lee  Seng | 141,200 | 77,223,410 (a) | 0.08 | 42.90 |
| Tok  Heng  Leong | 43,428 | 77,058,510 (b) | 0.02 | 42.81 |
| Tan  Bee  Eng | 134,094 | 75,058,510 (b) | 0.07 | 42.81 |
| Chua  Yong  Haup | 210,000 | - | 0.12 | - |
| Lan Haw Chong @ Lau Haw Chong | - | - | - | - |
| Chan Wah Chong | - | - | - | - |
| Dato' Mustapha bin Abd Hamid | - | - | - | - |

### SUBSTANTIAL  SHAREHOLDERS

| | No. of Shares Held | | % of Issued Share Capital | |
|---|---|---|---|---|
| Shareholders | Direct | Indirect | Direct | Indirect |
| Assets  Muar  Sdn  Bhd | 77,058,510 | - | 42.81 | - |
| Chua  Lee  Seng | 141,200 | 77,223,410 (a) | 0.08 | 42.90 |
| Tan Bee Eng | 134,094 | 77,058,510 (b) | 0.07 | 42.81 |
| Tok  Heng  Leong | 43,428 | 77,058,510 (b) | 0.02 | 42.81 |
| Chua Yong Haup | 210,000 | - | 0.12 | - |
| Soo Tee  Heng ( f ) | - | 77,103,510 (c) | 0.00 | 42.84 |
| Neoh Cher Leong | 702,994 | 77,058,510 (b) | 0.39 | 42.81 |

Retrieved from dailystocks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved



ANNUAL REPORT **2018**

## ANALYSIS OF SHAREHOLDING AS  29  MARCH 2019

**SUBSTANTIAL  SHAREHOLDERS**  - continued

Notes :

| | | |
|---|---|---|
| (a) | Deemed interest by virtue of his substantial shareholdings in Assets Muar Sdn Bhd | 77,058,510 |
| | Daughter - Chua Gek Tiow | 44,900 |
| | Son - Chua Yong Chai | 120,000 |
| | | 77,223,410 |

| | | |
|---|---|---|
| (b) | Deemed interest by virtue of his substantial shareholdings in  Assets Muar Sdn Bhd | |

| | | |
|---|---|---|
| (c) | Deemed interest by virtue of her substantial shareholdings in Assets Muar Sdn Bhd | 77,058,510 |
| | Husband - Chua Lee Wat | 45,000 |
| | | 77,103,510 |

## THIRTY (30) LARGEST SHAREHOLDERS
**(Without aggregating the securities from different securities accounts belonging to the same Depositor)**

| No. | Name | No. of Shares Held | % of Issued Share Capital |
|---|---|---|---|
| 1 | ASSETS MUAR SDN. BHD. | 75,959,010 | 42.20 |
| 2 | SOON PENG LEN | 3,398,000 | 1.89 |
| 3 | AMANAHRAYA TRUSTEES BERHAD PB ISLAMIC SMALLCAP FUND | 2,203,600 | 1.22 |
| 4 | CITIGROUP NOMINEES (TEMPATAN) SDN BHD EMPLOYEES PROVIDENT FUND BOARD | 2,106,300 | 1.17 |
| 5 | CITIGROUP NOMINEES (TEMPATAN) SDN BHD EMPLOYEES PROVIDENT FUND BOARD (AMUNDI) | 1,637,300 | 0.91 |
| 6 | CITIGROUP NOMINEES (ASING) SDN BHD CBNY FOR EMERGING MARKET CORE EQUITY PORTFOLIO DFA INVESTMENT DIMENSIONS GROUP INC | 1,236,900 | 0.69 |
| 7 | ONG PECK SIM | 1,175,900 | 0.65 |
| 8 | AFFLUENT PROJECTS SDN BHD | 1,174,300 | 0.65 |
| 9 | NAHOORAMMAH A/P SITHAMPARAM PILLAY | 1,100,000 | 0.61 |
| 10 | ASSETS MUAR SDN BHD | 1,099,500 | 0.61 |

Barcode:3886371-01 A-570-106 INV - Investigation  -



**ANNUAL** REPORT 2018

## ANALYSIS OF SHAREHOLDING AS  29  MARCH 2019

### THIRTY (30) LARGEST SHAREHOLDERS
(Without aggregating the securities from different securities accounts belonging to the same Depositor)

| No. | Name | No. of Shares Held | % of Issued Share Capital |
|---|---|---|---|
| 11 | HSBC NOMINEES (TEMPATAN) SDN BHD<br>HSBC (M) TRUSTEE BHD FOR RHB SMALL CAP OPPORTUNITY UNIT TRUST | 1,067,000 | 0.59 |
| 12 | CITIGROUP NOMINEES (ASING) SDN BHD<br>EXEMPT AN FOR UBS SWITZERLAND AG (CLIENT ASSETS) | 900,000 | 0.50 |
| 13 | CITIGROUP NOMINEES (ASING) SDN BHD<br>CBNY FOR DFA EMERGING MARKETS SMALL CAP SERIES | 863,000 | 0.48 |
| 14 | CIMB GROUP NOMINEES (TEMPATAN) SDN BHD<br>CIMB COMMERCE TRUSTEE BERHAD - MAYBANK SMALL CAP TRUST FUND | 830,000 | 0.46 |
| 15 | DB (MALAYSIA) NOMINEE (TEMPATAN) SENDIRIAN BERHAD<br>DEUTSCHE TRUSTEES MALAYSIA BERHAD FOR HONG LEONG DIVIDEND FUND | 800,000 | 0.44 |
| 16 | VINTAGE PROJECTS SDN BHD | 777,000 | 0.43 |
| 17 | HSBC NOMINEES (TEMPATAN) SDN BHD<br>HSBC (M) TRUSTEE BHD FOR MANULIFE INVESTMENT PROGESS FUND 4082 | 730,800 | 0.41 |
| 18 | ANUCIA A/P MUTHUCUMARU | 714,000 | 0.40 |
| 19 | NEOH CHER LEONG | 702,994 | 0.39 |
| 20 | TAY CHIN HENG | 681,800 | 0.38 |
| 21 | CITIGROUP NOMINEES (TEMPATAN) SDN BHD<br>KUMPULAN WANG PERSARAAN (DIPERBADANKAN) (UOB AM SC EQ) | 680,000 | 0.38 |
| 22 | MALACCA EQUITY NOMINEES (TEMPATAN) SDN BHD<br>EXEMPT AN FOR PHILLP CAPITAL MANAGEMENT SDN BHD (EPF) | 678,500 | 0.38 |
| 23 | KENANGA NOMINEES (TEMPATAN) SDN BHD<br>RAKUTEN TRADE SDN BHD FOR LOH MUN MOI | 588,500 | 0.33 |
| 24 | LEE SEN OON | 573,600 | 0.32 |
| 25 | MOHAMMED ARSHAD | 560,700 | 0.31 |
| 26 | CIMSEC NOMINEES (TEMPATAN) SDN BHD<br>CIMB FOR CHONG TON NEN @ PETER CHONG (PB) | 550,000 | 0.31 |
| 27 | HSBC NOMINEES (ASING) SDN BHD<br>EXEMPT AN FOR HSBC PRIVATE BANK (SUISSE) SA (CLENT ASSETS) | 550,000 | 0.31 |
| 28 | CARTABAN NOMINEES (TEMPATAN) SDN BHD<br>*RHB TRUSTEES BERHAD FOR KAF VISION FUND* | 520,000 | 0.29 |
| 29 | LOW WEE SIONG | 500,000 | 0.28 |
| 30 | SU MING YAW | 491,600 | 0.27 |

Filed By: rresinger@dailywanks.com, Filed Date: 9/3/19 2:50 PM, Submission Status: Approved

Barcode:3886371-01 A-570-106 INV - Investigation   -



**LII HEN INDUSTRIES BHD**
(301361-U)

# PROXY FORM

| No of Ordinary Shares held |
|---|
| |

I/We _____

of _____
<div align="right">(Full Name in Block Letters)</div>
<div align="right">(Address)</div>

being a Member/Members of the Lii Hen Industries Bhd. hereby appoint

_____

of _____
<div align="right">(Full Name in Block Letters)</div>

or failing him, _____
<div align="right">(Address)</div>

of _____
<div align="right">(Full Name in Block Letters)</div>
<div align="right">(Address)</div>

or failing whom, the Chairman of the Meeting as *my/our proxy/proxies to vote for *me/us and on *my/our behalf at Twenty Fifth (25th) Annual General Meeting of the Company, to be held at Classic 1, Ballroom, Classic Hotel, No.69, Jalan Ali 84000 Muar, Johor Darul Takzim on Wednesday, 12th June 2019, at 11.30 a.m. and, at every adjournment thereof to vote as indicated below:

| RESOLUTION | | FOR | AGAINST |
|---|---|---|---|
| To sanction a final single tier dividend of  3 sen per share | Ordinary Resolution 1 | | |
| To re-elect the following retiring Directors pursuant to the Company's Articles of Association(Constitution): | | | |
| (a)  Tan Bee Eng                                    - Article 83 | Ordinary Resolution 2 | | |
| (b)  Chua Yong Haup                             - Article 83 | Ordinary Resolution 3 | | |
| (c)  Chik Chan Chee @ Choek Chan Chee        - Article 90 | Ordinary Resolution 4 | | |
| To approve Directors' fees | Ordinary Resolution 5 | | |
| To approve Non- Executive Directors' benefits (excluding fees) | Ordinary Resolution 6 | | |
| To appoint   Peter Chong & Co as auditors | Ordinary Resolution 7 | | |
| To empower the Directors to issue and allot shares up to 10% of the issued share capital of the Company. | Ordinary Resolution 8 | | |
| To approve Proposed  Renewal of Shareholders' Mandate for Recurrent Related Party Transactions. | Ordinary Resolution 9 | | |
| To adopt new Constitution of the Company | Special Resolution | | |

(Please indicate with an "X" in the space provided above on how you wish your vote to be cast. If you do not do so, the proxy will vote or abstain from voting at his/her discretion).

The proportions of shareholding to be represented by* my/our proxy/proxies are as follows:

First named Proxy                        %
Second named Proxy                   %

100%

As witness my/our hand this            day of               , 2019

_____

Signature of Shareholder or Common Seal

* Strike out whichever is not desired

NOTES:

Barcode:3886371-01 A-570-106 INV - Investigation  -

1.  A member entitled to attend, participate, speak and vote at the Meeting is entitled to appoint one (1) or more proxies to attend and vote in his/her stead. Where a member appoints more than one (1) proxy, the appointment shall be invalid unless the member specifies the proportions of his/her holding to be represented by each proxy.

2.  A proxy need not be a member of the Company and there shall be no restriction as to the qualification of the proxy.

3.  Where a member of the Company is an exempt authorised nominee as defined under the Securities Industry (Central Depositories) Act, 1991 which holds ordinary shares in the Company for multiple beneficial owners in one securities account ("omnibus account"), there is no limit to the number of proxies which the exempt authorised nominee may appoint in respect of each omnibus account it holds.

4.  The instrument appointing a proxy in the case of any individual shall be signed by the appointor or his/her attorney duly authorised in writing and in the case of a corporation under its common seal or under the hand of an officer or attorney duly authorised.

5.  In the event the member(s) duly exercises the form of proxy but does not name any proxy, such member(s) shall be deemed to have appointed the Chairman of 25th AGM as his/her proxy, provided always that the rest of the form of proxy, other than the particulars of the proxy, have been duly completed by the member(s).

6.  To be valid the proxy form must be duly completed and deposited at the Registered Office of the Company, No. 67, 3rd Floor, Jalan Ali, 84000 Muar, Johor Darul Takzim, not less than twenty four (24) hours before the time for taking of the poll and any alteration to the proxy form must be initialed.

7.  Only members whose names appear in the Record of Depositors on 3 June 2019 (General Meeting Record of Depositors) shall be entitled to attend, speak and vote at this 25th AGM or appoint proxies to attend, speak and vote on their behalf.

STAMP

THE COMPANY SECRETARY
LII HEN INDUSTRIES BHD. (3O1361-U)

NO. 67, 3RD FLOOR, JALAN ALI
84000 MUAR
JOHOR DARUL TAKZIM

Barcode:3886371-01 A-570-106 INV - Investigation  -

# EXHIBIT  FSV-1-c

Barcode:3886371-01 A-570-106 INV - Investigation  -

**LII HEN**
**For The Financial Year Ended 31 December 2018**

| | Note | 2018 RM | MLE | OH | FG Inv. Purchased Goods | SG&A | Profit | Excluded | Notes |
|---|---|---|---|---|---|---|---|---|---|
| REVENUE - Net invoiced value of goods sold | 25 | -801,218,510 | | | | | | -801,218,510 | |
| OTHER INCOME | | -3,434,370 | | | | -3,434,370 | | | |
| COST OF SALES | | 664,053,703 | | | | | | | |
| **Total Depreciation** | **7** | | | | | | | | |
| Land and Buildings | 7 | 2,668,419 | | 2,668,419 | | | | | |
| Plant, machinery and equipment | 7 | 4,065,232 | | 4,065,232 | | | | | |
| Motor vehicles | 7 | 1,563,270 | | | | 1,563,270 | | | |
| Plantation infrastructure development | 7 | 90,827 | | | | 90,827 | | | |
| Other assets | 7 | 305,395 | | | | 305,395 | | | |
| FG Inventory Beginning | 12 | 19,183,403 | | | 19,183,403 | | | | Note 12: Inventories recognised as cost of sales |
| FG Inventory End | 12 | -19,190,779 | | | -19,190,779 | | | | so took FG inventories to more accurately calculate SG&A |
| COST OF SALES less Depreciation/change FG inv. (calculated) | | 655,367,936 | 655,367,936 | | | | | | likely includes other overhead items |
| SELLING AND MARKETING EXPENSES | | 34,410,384 | | | | 34,410,384 | | | No detail likely includes outward transportation |
| ADMINISTRATIVE EXPENSES | | 29,810,372 | | | | 29,810,372 | | | |
| OTHER EXPENSES | | 2,178,995 | | | | 2,178,995 | | | |
| FINANCE COSTS | 26 | 1,267,536 | | | | 1,267,536 | | | |
| PROFIT/(LOSS) BEFORE TAX | 24 | 72,931,890 | | | | | 72,931,890 | | |
| | | | 655,367,936 | 6,733,651 | -7,376 | 66,192,409 | 72,931,890 | | |
| | | | | 1.03% | | 10.00% | 10.01% | 21.04% | |
| | | | | 1.03% | | 10.10% | 11.03% | 22.15% | |

JA 26

Petitioner, Final Surrogate Value Comments
(September 3, 2019)
PR 1327

Barcode:3886446-01 A-570-106 INV - Investigation -



**PUBLIC DOCUMENT**

September 3, 2019

| |
|---|
| Case No. A-570-106 |
| Total Pages: 342 |
| Investigation |
| AD/CVD Operations, E&C Office II |
| **PUBLIC DOCUMENT** |

The Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
Attn: Enforcement and Compliance
APO/Dockets Unit, Room 18022
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Re:   ***Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China:*** Petitioner's Final Surrogate Value Comments

On behalf of the American Kitchen Cabinet Alliance ("Petitioner"), we hereby submit initial surrogate value comments to Department of Commerce (the "Department") in the above-captioned administrative review. This submission contains new factual information within the meaning of 19 C.F.R. § 351.102(b)(21)(iii), *i.e.*, information submitted to value factors of production ("FOPs"). These comments are filed 30 days prior to the Department's deadline for issuing its preliminary determination in this antidumping duty investigation.

## I.   ROMANIAN SURROGATE VALUE INFORMATION

Information relevant to costs in Romania is attached as **Exhibits 1–6** of this submission.

**Exhibit 1** contains a summary of the Romanian import statistics to be used to value certain surrogate values for this proceeding. The surrogate data pertain to inputs for which respondents have reported consumption rates in their various questionnaire responses. **Exhibit 2** contains Romanian import data obtained from Global Trade Information Services. These data

Filed By: tbrightbill@wileyrein.com, Filed Date: 9/3/19 3:46 PM, Submission Status: Approved

Barcode:3886446-01 A-570-106 INV - Investigation  -

**PUBLIC DOCUMENT**

| \| | EXHIBIT LIST | |
|---|---|---|
| **Exhibit No.** | **Exhibit** | **Security** |
| 1 | Summary of Romanian Import Statistics | Public |
| 2 | Romanian Import Data from Global Trade Information Services | Public |
| 3 | Information Regarding Natural Gas Prices in Europe | Public |
| 4 | Information Regarding Conversion Rates for Natural Gas Pricing | Public |
| 5 | Information Regarding the Calculation of Pricing for Steam | Public |
| 6 | Information Regarding Water Tariffs | Public |

# EXHIBIT 2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 44014090 Romania | Austria | T | 2018 | 7 | 303 | 0 T | 0 YES | NO |
| 44014090 Romania | France | T | 2018 | 7 | 69 | 0 T | 0 YES | NO |
| 44014090 Romania | Germany | T | 2018 | 7 | 4 | 0 T | 0 YES | NO |
| 44014090 Romania | Hungary | T | 2018 | 7 | 1190 | 0 T | 0 YES | NO |
| 44014090 Romania | Italy | T | 2018 | 7 | 173 | 1 T | 1 YES | NO |
| 44014090 Romania | Poland | T | 2018 | 7 | 5724 | 53 T | 53 YES | NO |
| 44014090 Romania | Ukraine | T | 2018 | 7 | 56054 | 1118 T | 1118 YES | NO |
| 44014090 Romania | Austria | T | 2018 | 8 | 2731 | 0 T | 0 YES | NO |
| 44014090 Romania | France | T | 2018 | 8 | 84155 | 726 T | 726 YES | NO |
| 44014090 Romania | Germany | T | 2018 | 8 | 68079 | 961 T | 961 YES | NO |
| 44014090 Romania | Hungary | T | 2018 | 8 | 873 | 1 T | 1 YES | NO |
| 44014090 Romania | Netherlands | T | 2018 | 8 | 23 | 0 T | 0 YES | NO |
| 44014090 Romania | Poland | T | 2018 | 8 | 7109 | 65 T | 65 YES | NO |
| 44014090 Romania | Ukraine | T | 2018 | 8 | 63369 | 1283 T | 1283 YES | NO |
| 44014090 Romania | Austria | T | 2018 | 9 | 487 | 0 T | 0 YES | NO |
| 44014090 Romania | France | T | 2018 | 9 | 6907 | 2 T | 2 YES | NO |
| 44014090 Romania | Germany | T | 2018 | 9 | 181 | 0 T | 0 YES | NO |
| 44014090 Romania | Hungary | T | 2018 | 9 | 4450 | 27 T | 27 YES | NO |
| 44014090 Romania | Italy | T | 2018 | 9 | 813 | 0 T | 0 YES | NO |
| 44014090 Romania | Poland | T | 2018 | 9 | 1102 | 60 T | 60 YES | NO |
| 44014090 Romania | Ukraine | T | 2018 | 9 | 80485 | 1585 T | 1585 YES | NO |
| 44014090 Romania | Austria | T | 2018 | 10 | 720 | 0 T | 0 YES | NO |
| 44014090 Romania | France | T | 2018 | 10 | 10144 | 2 T | 2 YES | NO |
| 44014090 Romania | Germany | T | 2018 | 10 | 1717 | 839 T | 839 YES | NO |
| 44014090 Romania | Hungary | T | 2018 | 10 | 15785 | 190 T | 190 YES | NO |
| 44014090 Romania | Italy | T | 2018 | 10 | 269 | 1 T | 1 YES | NO |
| 44014090 Romania | Poland | T | 2018 | 10 | 5421 | 57 T | 57 YES | NO |
| 44014090 Romania | Ukraine | T | 2018 | 10 | 87422 | 1726 T | 1726 YES | NO |
| 44014090 Romania | Austria | T | 2018 | 11 | 702 | 0 T | 0 YES | NO |
| 44014090 Romania | France | T | 2018 | 11 | 92386 | 896 T | 896 YES | NO |
| 44014090 Romania | Germany | T | 2018 | 11 | 24 | 0 T | 0 YES | NO |
| 44014090 Romania | Hungary | T | 2018 | 11 | 1891 | 14 T | 14 YES | NO |
| 44014090 Romania | Italy | T | 2018 | 11 | 23 | 0 T | 0 YES | NO |
| 44014090 Romania | Netherlands | T | 2018 | 11 | 5 | 0 T | 0 YES | NO |
| 44014090 Romania | Poland | T | 2018 | 11 | 6220 | 45 T | 45 YES | NO |
| 44014090 Romania | Ukraine | T | 2018 | 11 | 76613 | 1585 T | 1585 YES | NO |
| 44014090 Romania | Austria | T | 2018 | 12 | 3779 | 0 T | 0 YES | NO |
| 44014090 Romania | Belarus | T | 2018 | 12 | 2190 | 29 T | 29 YES | YES |
| 44014090 Romania | France | T | 2018 | 12 | 1028 | 0 T | 0 YES | NO |
| 44014090 Romania | Germany | T | 2018 | 12 | 495 | 0 T | 0 YES | NO |
| 44014090 Romania | Hungary | T | 2018 | 12 | 2136 | 3 T | 3 YES | NO |
| 44014090 Romania | Italy | T | 2018 | 12 | 335 | 0 T | 0 YES | NO |
| 44014090 Romania | Poland | T | 2018 | 12 | 905 | 1 T | 1 YES | NO |
| 44014090 Romania | Ukraine | T | 2018 | 12 | 166545 | 3231 T | 3231 YES | NO |
| 44014090 Romania | United Kingdom | T | 2018 | 12 | 1594 | 0 T | 0 YES | NO |
| 44072997 Romania | Hungary | M3 | 2018 | 9 | 1056 | 0 T | 0 YES | NO |
| 44079190 Romania | Austria | M3 | 2018 | 1 | 18639 | 24 T | 17 NO | NO |
| 44079190 Romania | Bosnia & Herzegovina | M3 | 2018 | 1 | 108675 | 137 T | 182 NO | NO |
| 44079190 Romania | Bulgaria | M3 | 2018 | 1 | 6408 | 16 T | 23 NO | NO |
| 44079190 Romania | Croatia | M3 | 2018 | 1 | 30006 | 90 T | 81 NO | NO |
| 44079190 Romania | France | M3 | 2018 | 1 | 42996 | 54 T | 34 NO | NO |
| 44079190 Romania | Germany | M3 | 2018 | 1 | 19827 | 9 T | 6 NO | NO |
| 44079190 Romania | Hungary | M3 | 2018 | 1 | 22865 | 62 T | 79 NO | NO |
| 44079190 Romania | Italy | M3 | 2018 | 1 | 26505 | 30 T | 37 NO | NO |
| 44079190 Romania | Netherlands | M3 | 2018 | 1 | 19552 | 25 T | 21 NO | NO |
| 44079190 Romania | Serbia | M3 | 2018 | 1 | 21593 | 47 T | 48 NO | NO |
| 44079190 Romania | Ukraine | M3 | 2018 | 1 | 146776 | 222 T | 225 NO | NO |
| 44079190 Romania | Austria | M3 | 2018 | 2 | 124875 | 130 T | 95 NO | NO |
| 44079190 Romania | Bosnia & Herzegovina | M3 | 2018 | 2 | 102859 | 144 T | 187 NO | NO |
| 44079190 Romania | Bulgaria | M3 | 2018 | 2 | 31 | 0 T | 0 NO | NO |
| 44079190 Romania | Croatia | M3 | 2018 | 2 | 18 | 0 T | 0 NO | NO |
| 44079190 Romania | France | M3 | 2018 | 2 | 21149 | 3 T | 3 NO | NO |
| 44079190 Romania | Germany | M3 | 2018 | 2 | 1160 | 1 T | 0 NO | NO |
| 44079190 Romania | Hungary | M3 | 2018 | 2 | 144296 | 112 T | 150 NO | NO |

Barcode:3886446-01 A-570-106 INV - Investigation  -

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 44079190 Romania | Italy | M3 | 2018 | 2 | 31603 | 40 T | 27 NO | NO |
| 44079190 Romania | Netherlands | M3 | 2018 | 2 | 23127 | 23 T | 20 NO | NO |
| 44079190 Romania | Serbia | M3 | 2018 | 2 | 51968 | 95 T | 116 NO | NO |
| 44079190 Romania | Slovenia | M3 | 2018 | 2 | 165073 | 180 T | 141 NO | NO |
| 44079190 Romania | Sweden | M3 | 2018 | 2 | 132021 | 97 T | 133 NO | NO |
| 44079190 Romania | Ukraine | M3 | 2018 | 2 | 171228 | 287 T | 270 NO | NO |
| 44079190 Romania | Austria | M3 | 2018 | 3 | 123299 | 140 T | 103 NO | NO |
| 44079190 Romania | Bosnia & Herzegovina | M3 | 2018 | 3 | 178953 | 222 T | 275 NO | NO |
| 44079190 Romania | Bulgaria | M3 | 2018 | 3 | 6570 | 18 T | 20 NO | NO |
| 44079190 Romania | Croatia | M3 | 2018 | 3 | 68267 | 145 T | 162 NO | NO |
| 44079190 Romania | Czech Republic | M3 | 2018 | 3 | 29498 | 65 T | 82 NO | NO |
| 44079190 Romania | France | M3 | 2018 | 3 | 24789 | 2 T | 3 NO | NO |
| 44079190 Romania | Germany | M3 | 2018 | 3 | 48555 | 22 T | 16 NO | NO |
| 44079190 Romania | Hungary | M3 | 2018 | 3 | 15449 | 12 T | 17 NO | NO |
| 44079190 Romania | Italy | M3 | 2018 | 3 | 52692 | 50 T | 41 NO | NO |
| 44079190 Romania | Netherlands | M3 | 2018 | 3 | 5129 | 1 T | 1 NO | NO |
| 44079190 Romania | Serbia | M3 | 2018 | 3 | 64101 | 88 T | 113 NO | NO |
| 44079190 Romania | Slovenia | M3 | 2018 | 3 | 13690 | 5 T | 3 NO | NO |
| 44079190 Romania | Sweden | M3 | 2018 | 3 | 131572 | 96 T | 130 NO | NO |
| 44079190 Romania | Ukraine | M3 | 2018 | 3 | 404577 | 511 T | 427 NO | NO |
| 44079190 Romania | Austria | M3 | 2018 | 4 | 80656 | 90 T | 57 NO | NO |
| 44079190 Romania | Bosnia & Herzegovina | M3 | 2018 | 4 | 38781 | 64 T | 69 NO | NO |
| 44079190 Romania | Bulgaria | M3 | 2018 | 4 | 43131 | 58 T | 60 NO | NO |
| 44079190 Romania | Croatia | M3 | 2018 | 4 | 89950 | 107 T | 122 NO | NO |
| 44079190 Romania | Germany | M3 | 2018 | 4 | 357 | 0 T | 0 NO | NO |
| 44079190 Romania | Hungary | M3 | 2018 | 4 | 57167 | 47 T | 63 NO | NO |
| 44079190 Romania | Italy | M3 | 2018 | 4 | 36559 | 38 T | 28 NO | NO |
| 44079190 Romania | Netherlands | M3 | 2018 | 4 | 1856 | 1 T | 1 NO | NO |
| 44079190 Romania | Russia | M3 | 2018 | 4 | 47080 | 38 T | 39 NO | NO |
| 44079190 Romania | Serbia | M3 | 2018 | 4 | 46765 | 89 T | 112 NO | NO |
| 44079190 Romania | Sweden | M3 | 2018 | 4 | 197435 | 141 T | 190 NO | NO |
| 44079190 Romania | Ukraine | M3 | 2018 | 4 | 320069 | 455 T | 407 NO | NO |
| 44079190 Romania | Austria | M3 | 2018 | 5 | 98421 | 110 T | 94 NO | NO |
| 44079190 Romania | Belgium | M3 | 2018 | 5 | 92 | 0 T | 0 NO | NO |
| 44079190 Romania | Bosnia & Herzegovina | M3 | 2018 | 5 | 102301 | 126 T | 156 NO | NO |
| 44079190 Romania | Bulgaria | M3 | 2018 | 5 | 30459 | 35 T | 47 NO | NO |
| 44079190 Romania | Croatia | M3 | 2018 | 5 | 21035 | 33 T | 38 NO | NO |
| 44079190 Romania | Czech Republic | M3 | 2018 | 5 | 15284 | 42 T | 50 NO | NO |
| 44079190 Romania | Finland | M3 | 2018 | 5 | 175 | 0 T | 0 NO | NO |
| 44079190 Romania | France | M3 | 2018 | 5 | 47609 | 30 T | 27 NO | NO |
| 44079190 Romania | Germany | M3 | 2018 | 5 | 19431 | 10 T | 7 NO | NO |
| 44079190 Romania | Hungary | M3 | 2018 | 5 | 36695 | 37 T | 46 NO | NO |
| 44079190 Romania | Italy | M3 | 2018 | 5 | 29290 | 47 T | 34 NO | NO |
| 44079190 Romania | Netherlands | M3 | 2018 | 5 | 9413 | 0 T | 0 NO | NO |
| 44079190 Romania | Poland | M3 | 2018 | 5 | 66 | 0 T | 0 NO | NO |
| 44079190 Romania | Serbia | M3 | 2018 | 5 | 50790 | 75 T | 90 NO | NO |
| 44079190 Romania | Slovakia | M3 | 2018 | 5 | 13887 | 28 T | 24 NO | NO |
| 44079190 Romania | Slovenia | M3 | 2018 | 5 | 3 | 0 T | 0 NO | NO |
| 44079190 Romania | Sweden | M3 | 2018 | 5 | 164393 | 166 T | 225 NO | NO |
| 44079190 Romania | Ukraine | M3 | 2018 | 5 | 324838 | 430 T | 375 NO | NO |
| 44079190 Romania | Austria | M3 | 2018 | 6 | 38705 | 45 T | 34 NO | NO |
| 44079190 Romania | Bosnia & Herzegovina | M3 | 2018 | 6 | 130464 | 156 T | 197 NO | NO |
| 44079190 Romania | Bulgaria | M3 | 2018 | 6 | 46775 | 59 T | 66 NO | NO |
| 44079190 Romania | Croatia | M3 | 2018 | 6 | 29959 | 84 T | 94 NO | NO |
| 44079190 Romania | Czech Republic | M3 | 2018 | 6 | 14642 | 5 T | 4 NO | NO |
| 44079190 Romania | Finland | M3 | 2018 | 6 | 18 | 0 T | 0 NO | NO |
| 44079190 Romania | Germany | M3 | 2018 | 6 | 1 | 0 T | 0 NO | NO |
| 44079190 Romania | Hungary | M3 | 2018 | 6 | 60845 | 58 T | 62 NO | NO |
| 44079190 Romania | Italy | M3 | 2018 | 6 | 33930 | 42 T | 35 NO | NO |
| 44079190 Romania | Netherlands | M3 | 2018 | 6 | 9124 | 8 T | 3 NO | NO |
| 44079190 Romania | Poland | M3 | 2018 | 6 | 291 | 0 T | 0 NO | NO |
| 44079190 Romania | Russia | M3 | 2018 | 6 | 26103 | 20 T | 20 NO | NO |
| 44079190 Romania | Serbia | M3 | 2018 | 6 | 66206 | 113 T | 135 NO | NO |
| 44079190 Romania | Slovakia | M3 | 2018 | 6 | 7715 | 0 T | 0 NO | NO |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 44079190 Romania | Sweden | M3 | 2018 | 6 | 132013 | 119 T | 161 NO | NO |
| 44079190 Romania | Ukraine | M3 | 2018 | 6 | 419876 | 654 T | 560 NO | NO |
| 44079190 Romania | Austria | M3 | 2018 | 7 | 81855 | 78 T | 56 YES | NO |
| 44079190 Romania | Bosnia & Herzegovina | M3 | 2018 | 7 | 75350 | 90 T | 113 YES | NO |
| 44079190 Romania | Bulgaria | M3 | 2018 | 7 | 28337 | 37 T | 50 YES | NO |
| 44079190 Romania | Croatia | M3 | 2018 | 7 | 65716 | 170 T | 189 YES | NO |
| 44079190 Romania | France | M3 | 2018 | 7 | 163 | 0 T | 0 YES | NO |
| 44079190 Romania | Germany | M3 | 2018 | 7 | 39614 | 17 T | 13 YES | NO |
| 44079190 Romania | Greece | M3 | 2018 | 7 | 4747 | 13 T | 21 YES | NO |
| 44079190 Romania | Hungary | M3 | 2018 | 7 | 99317 | 62 T | 84 YES | NO |
| 44079190 Romania | Italy | M3 | 2018 | 7 | 55497 | 27 T | 25 YES | NO |
| 44079190 Romania | Poland | M3 | 2018 | 7 | 22022 | 25 T | 18 YES | NO |
| 44079190 Romania | Russia | M3 | 2018 | 7 | 130672 | 219 T | 214 YES | NO |
| 44079190 Romania | Serbia | M3 | 2018 | 7 | 42299 | 86 T | 105 YES | NO |
| 44079190 Romania | Sweden | M3 | 2018 | 7 | 219967 | 215 T | 287 YES | NO |
| 44079190 Romania | Ukraine | M3 | 2018 | 7 | 318405 | 527 T | 464 YES | NO |
| 44079190 Romania | Austria | M3 | 2018 | 8 | 42803 | 48 T | 35 YES | NO |
| 44079190 Romania | Bosnia & Herzegovina | M3 | 2018 | 8 | 61361 | 60 T | 81 YES | NO |
| 44079190 Romania | Bulgaria | M3 | 2018 | 8 | 22927 | 34 T | 46 YES | NO |
| 44079190 Romania | Croatia | M3 | 2018 | 8 | 14610 | 46 T | 48 YES | NO |
| 44079190 Romania | Finland | M3 | 2018 | 8 | 74 | 0 T | 0 YES | NO |
| 44079190 Romania | Germany | M3 | 2018 | 8 | 4847 | 2 T | 1 YES | NO |
| 44079190 Romania | Hungary | M3 | 2018 | 8 | 131772 | 81 T | 109 YES | NO |
| 44079190 Romania | Italy | M3 | 2018 | 8 | 21601 | 17 T | 14 YES | NO |
| 44079190 Romania | Russia | M3 | 2018 | 8 | 239447 | 388 T | 346 YES | NO |
| 44079190 Romania | Sweden | M3 | 2018 | 8 | 118518 | 112 T | 151 YES | NO |
| 44079190 Romania | Ukraine | M3 | 2018 | 8 | 135781 | 205 T | 188 YES | NO |
| 44079190 Romania | United States | M3 | 2018 | 8 | 106 | 1 T | 0 YES | NO |
| 44079190 Romania | Austria | M3 | 2018 | 9 | 23541 | 24 T | 28 YES | NO |
| 44079190 Romania | Bosnia & Herzegovina | M3 | 2018 | 9 | 98549 | 119 T | 151 YES | NO |
| 44079190 Romania | Bulgaria | M3 | 2018 | 9 | 24565 | 34 T | 46 YES | NO |
| 44079190 Romania | Croatia | M3 | 2018 | 9 | 37864 | 83 T | 95 YES | NO |
| 44079190 Romania | Czech Republic | M3 | 2018 | 9 | 40 | 0 T | 0 YES | NO |
| 44079190 Romania | France | M3 | 2018 | 9 | 13702 | 3 T | 2 YES | NO |
| 44079190 Romania | Germany | M3 | 2018 | 9 | 30386 | 14 T | 10 YES | NO |
| 44079190 Romania | Hungary | M3 | 2018 | 9 | 18792 | 16 T | 22 YES | NO |
| 44079190 Romania | Italy | M3 | 2018 | 9 | 23153 | 18 T | 14 YES | NO |
| 44079190 Romania | Russia | M3 | 2018 | 9 | 182062 | 311 T | 298 YES | NO |
| 44079190 Romania | Serbia | M3 | 2018 | 9 | 7251 | 19 T | 23 YES | NO |
| 44079190 Romania | Slovenia | M3 | 2018 | 9 | 29354 | 31 T | 24 YES | NO |
| 44079190 Romania | Sweden | M3 | 2018 | 9 | 222406 | 223 T | 290 YES | NO |
| 44079190 Romania | Ukraine | M3 | 2018 | 9 | 153735 | 194 T | 193 YES | NO |
| 44079190 Romania | Austria | M3 | 2018 | 10 | 68631 | 71 T | 54 YES | NO |
| 44079190 Romania | Belgium | M3 | 2018 | 10 | 1669 | 1 T | 1 YES | NO |
| 44079190 Romania | Bosnia & Herzegovina | M3 | 2018 | 10 | 101697 | 120 T | 152 YES | NO |
| 44079190 Romania | Bulgaria | M3 | 2018 | 10 | 52656 | 68 T | 92 YES | NO |
| 44079190 Romania | Croatia | M3 | 2018 | 10 | 55010 | 95 T | 116 YES | NO |
| 44079190 Romania | France | M3 | 2018 | 10 | 34128 | 49 T | 41 YES | NO |
| 44079190 Romania | Germany | M3 | 2018 | 10 | 5931 | 3 T | 2 YES | NO |
| 44079190 Romania | Hungary | M3 | 2018 | 10 | 51934 | 47 T | 63 YES | NO |
| 44079190 Romania | Italy | M3 | 2018 | 10 | 19136 | 12 T | 9 YES | NO |
| 44079190 Romania | Russia | M3 | 2018 | 10 | 259181 | 444 T | 407 YES | NO |
| 44079190 Romania | Serbia | M3 | 2018 | 10 | 22702 | 14 T | 20 YES | NO |
| 44079190 Romania | Slovenia | M3 | 2018 | 10 | 417 | 0 T | 0 YES | NO |
| 44079190 Romania | Sweden | M3 | 2018 | 10 | 306551 | 298 T | 403 YES | NO |
| 44079190 Romania | Ukraine | M3 | 2018 | 10 | 255865 | 387 T | 374 YES | NO |
| 44079190 Romania | Austria | M3 | 2018 | 11 | 56475 | 62 T | 47 YES | NO |
| 44079190 Romania | Belgium | M3 | 2018 | 11 | 240 | 0 T | 0 YES | NO |
| 44079190 Romania | Bosnia & Herzegovina | M3 | 2018 | 11 | 122106 | 132 T | 165 YES | NO |
| 44079190 Romania | Bulgaria | M3 | 2018 | 11 | 73560 | 102 T | 136 YES | NO |
| 44079190 Romania | Croatia | M3 | 2018 | 11 | 39812 | 56 T | 68 YES | NO |
| 44079190 Romania | Czech Republic | M3 | 2018 | 11 | 156 | 0 T | 0 YES | NO |
| 44079190 Romania | Finland | M3 | 2018 | 11 | 31068 | 18 T | 24 YES | NO |
| 44079190 Romania | Germany | M3 | 2018 | 11 | 23634 | 12 T | 10 YES | NO |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 44079190 Romania | Hungary | M3 | 2018 | 11 | 38971 | 43 T | 53 YES | NO |
| 44079190 Romania | Italy | M3 | 2018 | 11 | 37281 | 38 T | 31 YES | NO |
| 44079190 Romania | Netherlands | M3 | 2018 | 11 | 30903 | 11 T | 6 YES | NO |
| 44079190 Romania | Poland | M3 | 2018 | 11 | 224 | 0 T | 0 YES | NO |
| 44079190 Romania | Russia | M3 | 2018 | 11 | 9872 | 19 T | 21 YES | NO |
| 44079190 Romania | Serbia | M3 | 2018 | 11 | 20298 | 14 T | 22 YES | NO |
| 44079190 Romania | Slovenia | M3 | 2018 | 11 | 210 | 0 T | 0 YES | NO |
| 44079190 Romania | Sweden | M3 | 2018 | 11 | 157223 | 158 T | 213 YES | NO |
| 44079190 Romania | Turkey | M3 | 2018 | 11 | 4748 | 13 T | 11 YES | NO |
| 44079190 Romania | Ukraine | M3 | 2018 | 11 | 140269 | 222 T | 220 YES | NO |
| 44079190 Romania | Austria | M3 | 2018 | 12 | 98003 | 123 T | 99 YES | NO |
| 44079190 Romania | Bosnia & Herzegovina | M3 | 2018 | 12 | 89413 | 115 T | 136 YES | NO |
| 44079190 Romania | Bulgaria | M3 | 2018 | 12 | 13473 | 18 T | 24 YES | NO |
| 44079190 Romania | Croatia | M3 | 2018 | 12 | 26637 | 61 T | 70 YES | NO |
| 44079190 Romania | France | M3 | 2018 | 12 | 13215 | 0 T | 0 YES | NO |
| 44079190 Romania | Germany | M3 | 2018 | 12 | 19212 | 9 T | 6 YES | NO |
| 44079190 Romania | Hungary | M3 | 2018 | 12 | 100233 | 110 T | 148 YES | NO |
| 44079190 Romania | Italy | M3 | 2018 | 12 | 326 | 0 T | 0 YES | NO |
| 44079190 Romania | Poland | M3 | 2018 | 12 | 4485 | 0 T | 0 YES | NO |
| 44079190 Romania | Serbia | M3 | 2018 | 12 | 16872 | 14 T | 23 YES | NO |
| 44079190 Romania | Slovenia | M3 | 2018 | 12 | 1059 | 0 T | 0 YES | NO |
| 44079190 Romania | Sweden | M3 | 2018 | 12 | 104580 | 98 T | 121 YES | NO |
| 44079190 Romania | Ukraine | M3 | 2018 | 12 | 189067 | 203 T | 200 YES | NO |
| 44079190 Romania | United States | M3 | 2018 | 12 | 14139 | 24 T | 16 YES | NO |
| 44079499 Romania | Italy | M3 | 2018 | 1 | 4292 | 9 T | 6 NO | NO |
| 44079499 Romania | Hungary | M3 | 2018 | 3 | 1571 | 0 T | 0 NO | NO |
| 44079499 Romania | Italy | M3 | 2018 | 4 | 17954 | 26 T | 20 NO | NO |
| 44079499 Romania | Belgium | M3 | 2018 | 10 | 1117 | 1 T | 1 YES | NO |
| 44079599 Romania | Austria | M3 | 2018 | 1 | 71080 | 26 T | 20 NO | NO |
| 44079599 Romania | Bosnia & Herzegovina | M3 | 2018 | 1 | 47504 | 64 T | 73 NO | NO |
| 44079599 Romania | Hungary | M3 | 2018 | 1 | 14745 | 38 T | 26 NO | NO |
| 44079599 Romania | Italy | M3 | 2018 | 1 | 210 | 1 T | 0 NO | NO |
| 44079599 Romania | Ukraine | M3 | 2018 | 1 | 122706 | 274 T | 254 NO | NO |
| 44079599 Romania | Austria | M3 | 2018 | 2 | 40951 | 52 T | 38 NO | NO |
| 44079599 Romania | Bosnia & Herzegovina | M3 | 2018 | 2 | 12974 | 17 T | 20 NO | NO |
| 44079599 Romania | Croatia | M3 | 2018 | 2 | 40303 | 82 T | 72 NO | NO |
| 44079599 Romania | Hungary | M3 | 2018 | 2 | 48947 | 86 T | 61 NO | NO |
| 44079599 Romania | Italy | M3 | 2018 | 2 | 13970 | 28 T | 26 NO | NO |
| 44079599 Romania | Slovenia | M3 | 2018 | 2 | 547 | 1 T | 1 NO | NO |
| 44079599 Romania | Sweden | M3 | 2018 | 2 | 20 | 0 T | 0 NO | NO |
| 44079599 Romania | Ukraine | M3 | 2018 | 2 | 83405 | 196 T | 191 NO | NO |
| 44079599 Romania | Austria | M3 | 2018 | 3 | 67514 | 50 T | 30 NO | NO |
| 44079599 Romania | Bosnia & Herzegovina | M3 | 2018 | 3 | 5067 | 4 T | 5 NO | NO |
| 44079599 Romania | Croatia | M3 | 2018 | 3 | 13044 | 26 T | 24 NO | NO |
| 44079599 Romania | Hungary | M3 | 2018 | 3 | 11812 | 28 T | 20 NO | NO |
| 44079599 Romania | Italy | M3 | 2018 | 3 | 7 | 0 T | 0 NO | NO |
| 44079599 Romania | Sweden | M3 | 2018 | 3 | 11051 | 15 T | 13 NO | NO |
| 44079599 Romania | Ukraine | M3 | 2018 | 3 | 61904 | 138 T | 128 NO | NO |
| 44079599 Romania | Austria | M3 | 2018 | 4 | 57123 | 83 T | 53 NO | NO |
| 44079599 Romania | Bosnia & Herzegovina | M3 | 2018 | 4 | 16807 | 26 T | 26 NO | NO |
| 44079599 Romania | Croatia | M3 | 2018 | 4 | 27184 | 53 T | 48 NO | NO |
| 44079599 Romania | France | M3 | 2018 | 4 | 21355 | 33 T | 23 NO | NO |
| 44079599 Romania | Hungary | M3 | 2018 | 4 | 38589 | 92 T | 65 NO | NO |
| 44079599 Romania | Ukraine | M3 | 2018 | 4 | 66550 | 158 T | 153 NO | NO |
| 44079599 Romania | Austria | M3 | 2018 | 5 | 79936 | 105 T | 68 NO | NO |
| 44079599 Romania | Bosnia & Herzegovina | M3 | 2018 | 5 | 27813 | 33 T | 32 NO | NO |
| 44079599 Romania | Croatia | M3 | 2018 | 5 | 11581 | 26 T | 24 NO | NO |
| 44079599 Romania | France | M3 | 2018 | 5 | 24812 | 32 T | 16 NO | NO |
| 44079599 Romania | Hungary | M3 | 2018 | 5 | 14244 | 33 T | 23 NO | NO |
| 44079599 Romania | Italy | M3 | 2018 | 5 | 710 | 4 T | 4 NO | NO |
| 44079599 Romania | Sweden | M3 | 2018 | 5 | 17944 | 33 T | 42 NO | NO |
| 44079599 Romania | Ukraine | M3 | 2018 | 5 | 113905 | 270 T | 260 NO | NO |
| 44079599 Romania | Austria | M3 | 2018 | 6 | 89090 | 70 T | 47 NO | NO |
| 44079599 Romania | Bosnia & Herzegovina | M3 | 2018 | 6 | 16927 | 23 T | 24 NO | NO |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 44079599 Romania | Croatia | M3 | 2018 | 6 | 12980 | 28 T | 24 NO | NO |
| 44079599 Romania | Hungary | M3 | 2018 | 6 | 20152 | 46 T | 35 NO | NO |
| 44079599 Romania | Italy | M3 | 2018 | 6 | 21276 | 48 T | 36 NO | NO |
| 44079599 Romania | Ukraine | M3 | 2018 | 6 | 99863 | 242 T | 234 NO | NO |
| 44079599 Romania | Austria | M3 | 2018 | 7 | 16842 | 20 T | 15 YES | NO |
| 44079599 Romania | Croatia | M3 | 2018 | 7 | 26709 | 54 T | 48 YES | NO |
| 44079599 Romania | France | M3 | 2018 | 7 | 24330 | 31 T | 16 YES | NO |
| 44079599 Romania | Hungary | M3 | 2018 | 7 | 33592 | 77 T | 59 YES | NO |
| 44079599 Romania | Italy | M3 | 2018 | 7 | 27311 | 48 T | 46 YES | NO |
| 44079599 Romania | Slovenia | M3 | 2018 | 7 | 3880 | 7 T | 5 YES | NO |
| 44079599 Romania | Ukraine | M3 | 2018 | 7 | 109761 | 263 T | 255 YES | NO |
| 44079599 Romania | Austria | M3 | 2018 | 8 | 76307 | 40 T | 36 YES | NO |
| 44079599 Romania | Bosnia & Herzegovina | M3 | 2018 | 8 | 1489 | 1 T | 1 YES | NO |
| 44079599 Romania | Hungary | M3 | 2018 | 8 | 17102 | 24 T | 12 YES | NO |
| 44079599 Romania | Italy | M3 | 2018 | 8 | 9053 | 19 T | 23 YES | NO |
| 44079599 Romania | Ukraine | M3 | 2018 | 8 | 15748 | 42 T | 44 YES | NO |
| 44079599 Romania | Austria | M3 | 2018 | 9 | 15744 | 20 T | 19 YES | NO |
| 44079599 Romania | Croatia | M3 | 2018 | 9 | 35879 | 73 T | 74 YES | NO |
| 44079599 Romania | France | M3 | 2018 | 9 | 23562 | 33 T | 22 YES | NO |
| 44079599 Romania | Hungary | M3 | 2018 | 9 | 3846 | 10 T | 8 YES | NO |
| 44079599 Romania | Italy | M3 | 2018 | 9 | 36115 | 8 T | 8 YES | NO |
| 44079599 Romania | Slovenia | M3 | 2018 | 9 | 13459 | 23 T | 19 YES | NO |
| 44079599 Romania | Ukraine | M3 | 2018 | 9 | 69913 | 156 T | 148 YES | NO |
| 44079599 Romania | Austria | M3 | 2018 | 10 | 63885 | 60 T | 44 YES | NO |
| 44079599 Romania | Croatia | M3 | 2018 | 10 | 14864 | 27 T | 24 YES | NO |
| 44079599 Romania | Germany | M3 | 2018 | 10 | 21896 | 0 T | 0 YES | NO |
| 44079599 Romania | Hungary | M3 | 2018 | 10 | 18711 | 44 T | 32 YES | NO |
| 44079599 Romania | Italy | M3 | 2018 | 10 | 23230 | 48 T | 46 YES | NO |
| 44079599 Romania | Slovenia | M3 | 2018 | 10 | 53 | 0 T | 0 YES | NO |
| 44079599 Romania | Sweden | M3 | 2018 | 10 | 7571 | 16 T | 22 YES | NO |
| 44079599 Romania | Ukraine | M3 | 2018 | 10 | 90836 | 201 T | 184 YES | NO |
| 44079599 Romania | Austria | M3 | 2018 | 11 | 85783 | 97 T | 77 YES | NO |
| 44079599 Romania | Croatia | M3 | 2018 | 11 | 8621 | 17 T | 24 YES | NO |
| 44079599 Romania | France | M3 | 2018 | 11 | 311 | 0 T | 0 YES | NO |
| 44079599 Romania | Hungary | M3 | 2018 | 11 | 1542 | 4 T | 4 YES | NO |
| 44079599 Romania | Italy | M3 | 2018 | 11 | 9409 | 16 T | 13 YES | NO |
| 44079599 Romania | Slovenia | M3 | 2018 | 11 | 12603 | 25 T | 29 YES | NO |
| 44079599 Romania | Sweden | M3 | 2018 | 11 | 7696 | 16 T | 22 YES | NO |
| 44079599 Romania | Ukraine | M3 | 2018 | 11 | 104821 | 245 T | 231 YES | NO |
| 44079599 Romania | Austria | M3 | 2018 | 12 | 16716 | 20 T | 16 YES | NO |
| 44079599 Romania | Bosnia & Herzegovina | M3 | 2018 | 12 | 4870 | 9 T | 8 YES | NO |
| 44079599 Romania | Croatia | M3 | 2018 | 12 | 29383 | 58 T | 48 YES | NO |
| 44079599 Romania | Germany | M3 | 2018 | 12 | 6578 | 0 T | 0 YES | NO |
| 44079599 Romania | Hungary | M3 | 2018 | 12 | 10135 | 24 T | 24 YES | NO |
| 44079599 Romania | Italy | M3 | 2018 | 12 | 33421 | 66 T | 71 YES | NO |
| 44079599 Romania | Ukraine | M3 | 2018 | 12 | 111877 | 257 T | 234 YES | NO |
| 44079699 Romania | Belarus | M3 | 2018 | 1 | 37290 | 138 T | 131 NO | YES |
| 44079699 Romania | Italy | M3 | 2018 | 1 | 17202 | 33 T | 16 NO | NO |
| 44079699 Romania | Sweden | M3 | 2018 | 1 | 17370 | 35 T | 24 NO | NO |
| 44079699 Romania | Ukraine | M3 | 2018 | 1 | 795 | 6 T | 4 NO | NO |
| 44079699 Romania | Austria | M3 | 2018 | 2 | 11644 | 23 T | 16 NO | NO |
| 44079699 Romania | Belarus | M3 | 2018 | 2 | 19615 | 70 T | 65 NO | YES |
| 44079699 Romania | Latvia | M3 | 2018 | 2 | 12008 | 36 T | 23 NO | NO |
| 44079699 Romania | Ukraine | M3 | 2018 | 2 | 4049 | 30 T | 24 NO | NO |
| 44079699 Romania | Austria | M3 | 2018 | 3 | 42009 | 52 T | 46 NO | NO |
| 44079699 Romania | Belarus | M3 | 2018 | 3 | 38413 | 137 T | 130 NO | YES |
| 44079699 Romania | Italy | M3 | 2018 | 3 | 4 | 0 T | 0 NO | NO |
| 44079699 Romania | Sweden | M3 | 2018 | 3 | 7144 | 14 T | 10 NO | NO |
| 44079699 Romania | Austria | M3 | 2018 | 4 | 3563 | 7 T | 5 NO | NO |
| 44079699 Romania | Belarus | M3 | 2018 | 4 | 42138 | 144 T | 131 NO | YES |
| 44079699 Romania | Hungary | M3 | 2018 | 4 | 4989 | 4 T | 3 NO | NO |
| 44079699 Romania | Sweden | M3 | 2018 | 4 | 13500 | 29 T | 20 NO | NO |
| 44079699 Romania | Austria | M3 | 2018 | 5 | 34913 | 36 T | 23 NO | NO |
| 44079699 Romania | Belarus | M3 | 2018 | 5 | 38083 | 127 T | 111 NO | YES |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 44079699 Romania | Germany | M3 | 2018 | 5 | 9475 | 5 T | 3 NO | NO |
| 44079699 Romania | Hungary | M3 | 2018 | 5 | 11 | 0 T | 0 NO | NO |
| 44079699 Romania | Russia | M3 | 2018 | 5 | 716 | 7 T | 5 NO | NO |
| 44079699 Romania | Austria | M3 | 2018 | 6 | 25 | 0 T | 0 NO | NO |
| 44079699 Romania | Belarus | M3 | 2018 | 6 | 44118 | 163 T | 152 NO | YES |
| 44079699 Romania | Germany | M3 | 2018 | 6 | 7339 | 15 T | 9 NO | NO |
| 44079699 Romania | Hungary | M3 | 2018 | 6 | 12423 | 7 T | 5 NO | NO |
| 44079699 Romania | Italy | M3 | 2018 | 6 | 3017 | 2 T | 1 NO | NO |
| 44079699 Romania | Austria | M3 | 2018 | 7 | 14717 | 29 T | 24 YES | NO |
| 44079699 Romania | Belarus | M3 | 2018 | 7 | 62364 | 221 T | 217 YES | YES |
| 44079699 Romania | Austria | M3 | 2018 | 8 | 17147 | 10 T | 6 YES | NO |
| 44079699 Romania | Belarus | M3 | 2018 | 8 | 57617 | 197 T | 188 YES | YES |
| 44079699 Romania | Germany | M3 | 2018 | 8 | 85 | 0 T | 0 YES | NO |
| 44079699 Romania | Austria | M3 | 2018 | 9 | 35612 | 38 T | 32 YES | NO |
| 44079699 Romania | Belarus | M3 | 2018 | 9 | 62339 | 219 T | 214 YES | YES |
| 44079699 Romania | Germany | M3 | 2018 | 9 | 21 | 0 T | 0 YES | NO |
| 44079699 Romania | Austria | M3 | 2018 | 10 | 14059 | 28 T | 22 YES | NO |
| 44079699 Romania | Belarus | M3 | 2018 | 10 | 104311 | 383 T | 414 YES | YES |
| 44079699 Romania | Croatia | M3 | 2018 | 10 | 182 | 0 T | 0 YES | NO |
| 44079699 Romania | Italy | M3 | 2018 | 10 | 3291 | 3 T | 2 YES | NO |
| 44079699 Romania | Sweden | M3 | 2018 | 10 | 204 | 0 T | 0 YES | NO |
| 44079699 Romania | Austria | M3 | 2018 | 11 | 29687 | 59 T | 45 YES | NO |
| 44079699 Romania | Belarus | M3 | 2018 | 11 | 107960 | 406 T | 477 YES | YES |
| 44079699 Romania | Germany | M3 | 2018 | 11 | 262 | 0 T | 0 YES | NO |
| 44079699 Romania | Austria | M3 | 2018 | 12 | 307 | 0 T | 0 YES | NO |
| 44079699 Romania | Belarus | M3 | 2018 | 12 | 110592 | 401 T | 453 YES | YES |
| 44079699 Romania | Italy | M3 | 2018 | 12 | 2948 | 3 T | 2 YES | NO |
| 44079699 Romania | Russia | M3 | 2018 | 12 | 2760 | 26 T | 17 YES | NO |
| 44079699 Romania | Sweden | M3 | 2018 | 12 | 723 | 0 T | 0 YES | NO |
| 44079710 Romania | Estonia | M3 | 2018 | 2 | 5004 | 4 T | 1 NO | NO |
| 44079710 Romania | Hungary | M3 | 2018 | 3 | 77 | 0 T | 0 NO | NO |
| 44079710 Romania | Estonia | M3 | 2018 | 4 | 3438 | 2 T | 1 NO | NO |
| 44079710 Romania | Estonia | M3 | 2018 | 11 | 3965 | 4 T | 2 YES | NO |
| 44079990 Romania | Austria | M3 | 2018 | 1 | 17656 | 10 T | 8 NO | NO |
| 44079990 Romania | Belgium | M3 | 2018 | 1 | 435355 | 508 T | 356 NO | NO |
| 44079990 Romania | Croatia | M3 | 2018 | 1 | 85339 | 143 T | 96 NO | NO |
| 44079990 Romania | Hungary | M3 | 2018 | 1 | 7331 | 20 T | 24 NO | NO |
| 44079990 Romania | Italy | M3 | 2018 | 1 | 23336 | 17 T | 12 NO | NO |
| 44079990 Romania | Netherlands | M3 | 2018 | 1 | 3458 | 5 T | 3 NO | NO |
| 44079990 Romania | Serbia | M3 | 2018 | 1 | 8216 | 21 T | 24 NO | NO |
| 44079990 Romania | Slovenia | M3 | 2018 | 1 | 3894 | 5 T | 3 NO | NO |
| 44079990 Romania | Ukraine | M3 | 2018 | 1 | 3553 | 27 T | 19 NO | NO |
| 44079990 Romania | Austria | M3 | 2018 | 2 | 48972 | 70 T | 51 NO | NO |
| 44079990 Romania | Belgium | M3 | 2018 | 2 | 386694 | 489 T | 328 NO | NO |
| 44079990 Romania | Croatia | M3 | 2018 | 2 | 92661 | 152 T | 115 NO | NO |
| 44079990 Romania | Germany | M3 | 2018 | 2 | 19161 | 13 T | 5 NO | NO |
| 44079990 Romania | Hungary | M3 | 2018 | 2 | 32042 | 1 T | 1 NO | NO |
| 44079990 Romania | Italy | M3 | 2018 | 2 | 83088 | 87 T | 61 NO | NO |
| 44079990 Romania | Ukraine | M3 | 2018 | 2 | 4575 | 35 T | 23 NO | NO |
| 44079990 Romania | United States | M3 | 2018 | 2 | 54722 | 29 T | 18 NO | NO |
| 44079990 Romania | Austria | M3 | 2018 | 3 | 22905 | 51 T | 32 NO | NO |
| 44079990 Romania | Belgium | M3 | 2018 | 3 | 346455 | 327 T | 225 NO | NO |
| 44079990 Romania | Croatia | M3 | 2018 | 3 | 181363 | 297 T | 197 NO | NO |
| 44079990 Romania | Germany | M3 | 2018 | 3 | 35514 | 12 T | 9 NO | NO |
| 44079990 Romania | Hungary | M3 | 2018 | 3 | 30589 | 0 T | 0 NO | NO |
| 44079990 Romania | Italy | M3 | 2018 | 3 | 52819 | 48 T | 30 NO | NO |
| 44079990 Romania | Serbia | M3 | 2018 | 3 | 8223 | 20 T | 23 NO | NO |
| 44079990 Romania | Slovenia | M3 | 2018 | 3 | 7244 | 8 T | 5 NO | NO |
| 44079990 Romania | Spain | M3 | 2018 | 3 | 9651 | 4 T | 2 NO | NO |
| 44079990 Romania | Ukraine | M3 | 2018 | 3 | 802 | 6 T | 5 NO | NO |
| 44079990 Romania | Austria | M3 | 2018 | 4 | 5091 | 4 T | 3 NO | NO |
| 44079990 Romania | Belgium | M3 | 2018 | 4 | 563500 | 596 T | 404 NO | NO |
| 44079990 Romania | Bulgaria | M3 | 2018 | 4 | 12062 | 7 T | 5 NO | NO |
| 44079990 Romania | Croatia | M3 | 2018 | 4 | 28080 | 67 T | 45 NO | NO |

Barcode:3886446-01 A-570-106 INV - Investigation  -

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 44079990 Romania | Cyprus | M3 | 2018 | 4 | 4162 | 2 T | 2 NO | NO |
| 44079990 Romania | France | M3 | 2018 | 4 | 85 | 0 T | 0 NO | NO |
| 44079990 Romania | Italy | M3 | 2018 | 4 | 66673 | 46 T | 35 NO | NO |
| 44079990 Romania | Serbia | M3 | 2018 | 4 | 7033 | 18 T | 21 NO | NO |
| 44079990 Romania | Ukraine | M3 | 2018 | 4 | 2814 | 21 T | 20 NO | NO |
| 44079990 Romania | Austria | M3 | 2018 | 5 | 3820 | 17 T | 8 NO | NO |
| 44079990 Romania | Belgium | M3 | 2018 | 5 | 319086 | 370 T | 253 NO | NO |
| 44079990 Romania | Bosnia & Herzegovina | M3 | 2018 | 5 | 5066 | 17 T | 19 NO | NO |
| 44079990 Romania | Croatia | M3 | 2018 | 5 | 70706 | 110 T | 81 NO | NO |
| 44079990 Romania | Hungary | M3 | 2018 | 5 | 13181 | 61 T | 44 NO | NO |
| 44079990 Romania | Italy | M3 | 2018 | 5 | 75701 | 77 T | 73 NO | NO |
| 44079990 Romania | Serbia | M3 | 2018 | 5 | 3943 | 18 T | 18 NO | NO |
| 44079990 Romania | South Africa | M3 | 2018 | 5 | 1363 | 0 T | 0 NO | NO |
| 44079990 Romania | Ukraine | M3 | 2018 | 5 | 7885 | 57 T | 48 NO | NO |
| 44079990 Romania | Austria | M3 | 2018 | 6 | 6268 | 26 T | 12 NO | NO |
| 44079990 Romania | Belgium | M3 | 2018 | 6 | 396629 | 473 T | 319 NO | NO |
| 44079990 Romania | Bosnia & Herzegovina | M3 | 2018 | 6 | 5636 | 18 T | 22 NO | NO |
| 44079990 Romania | Croatia | M3 | 2018 | 6 | 277177 | 400 T | 288 NO | NO |
| 44079990 Romania | Czech Republic | M3 | 2018 | 6 | 6 | 0 T | 0 NO | NO |
| 44079990 Romania | Germany | M3 | 2018 | 6 | 9883 | 8 T | 3 NO | NO |
| 44079990 Romania | Hungary | M3 | 2018 | 6 | 25573 | 174 T | 151 NO | NO |
| 44079990 Romania | Italy | M3 | 2018 | 6 | 72969 | 70 T | 65 NO | NO |
| 44079990 Romania | Serbia | M3 | 2018 | 6 | 8981 | 23 T | 24 NO | NO |
| 44079990 Romania | United States | M3 | 2018 | 6 | 55211 | 28 T | 19 NO | NO |
| 44079990 Romania | Austria | M3 | 2018 | 7 | 25135 | 119 T | 84 YES | NO |
| 44079990 Romania | Belgium | M3 | 2018 | 7 | 386949 | 396 T | 274 YES | NO |
| 44079990 Romania | Bosnia & Herzegovina | M3 | 2018 | 7 | 18996 | 45 T | 36 YES | NO |
| 44079990 Romania | Croatia | M3 | 2018 | 7 | 358438 | 429 T | 312 YES | NO |
| 44079990 Romania | Germany | M3 | 2018 | 7 | 17766 | 0 T | 0 YES | NO |
| 44079990 Romania | Hungary | M3 | 2018 | 7 | 5504 | 5 T | 4 YES | NO |
| 44079990 Romania | Italy | M3 | 2018 | 7 | 48893 | 22 T | 16 YES | NO |
| 44079990 Romania | Netherlands | M3 | 2018 | 7 | 13 | 0 T | 0 YES | NO |
| 44079990 Romania | Serbia | M3 | 2018 | 7 | 10296 | 31 T | 31 YES | NO |
| 44079990 Romania | Ukraine | M3 | 2018 | 7 | 6470 | 47 T | 30 YES | NO |
| 44079990 Romania | Austria | M3 | 2018 | 8 | 6022 | 29 T | 24 YES | NO |
| 44079990 Romania | Belgium | M3 | 2018 | 8 | 215472 | 208 T | 154 YES | NO |
| 44079990 Romania | Bosnia & Herzegovina | M3 | 2018 | 8 | 5634 | 18 T | 21 YES | NO |
| 44079990 Romania | Croatia | M3 | 2018 | 8 | 201141 | 295 T | 195 YES | NO |
| 44079990 Romania | Germany | M3 | 2018 | 8 | 374 | 0 T | 0 YES | NO |
| 44079990 Romania | Italy | M3 | 2018 | 8 | 19802 | 15 T | 10 YES | NO |
| 44079990 Romania | Poland | M3 | 2018 | 8 | 1190 | 0 T | 0 YES | NO |
| 44079990 Romania | Serbia | M3 | 2018 | 8 | 14221 | 43 T | 45 YES | NO |
| 44079990 Romania | Slovenia | M3 | 2018 | 8 | 1 | 0 T | 0 YES | NO |
| 44079990 Romania | Turkey | M3 | 2018 | 8 | 485 | 1 T | 1 YES | NO |
| 44079990 Romania | United States | M3 | 2018 | 8 | 55492 | 28 T | 19 YES | NO |
| 44079990 Romania | Austria | M3 | 2018 | 9 | 37168 | 86 T | 58 YES | NO |
| 44079990 Romania | Belgium | M3 | 2018 | 9 | 577570 | 602 T | 413 YES | NO |
| 44079990 Romania | Croatia | M3 | 2018 | 9 | 694 | 0 T | 0 YES | NO |
| 44079990 Romania | Germany | M3 | 2018 | 9 | 9625 | 4 T | 3 YES | NO |
| 44079990 Romania | Hungary | M3 | 2018 | 9 | 23 | 0 T | 0 YES | NO |
| 44079990 Romania | Italy | M3 | 2018 | 9 | 31644 | 26 T | 24 YES | NO |
| 44079990 Romania | Serbia | M3 | 2018 | 9 | 6205 | 19 T | 20 YES | NO |
| 44079990 Romania | Austria | M3 | 2018 | 10 | 25413 | 88 T | 48 YES | NO |
| 44079990 Romania | Belgium | M3 | 2018 | 10 | 600459 | 542 T | 387 YES | NO |
| 44079990 Romania | Croatia | M3 | 2018 | 10 | 83546 | 140 T | 95 YES | NO |
| 44079990 Romania | France | M3 | 2018 | 10 | 267 | 0 T | 0 YES | NO |
| 44079990 Romania | Germany | M3 | 2018 | 10 | 25988 | 16 T | 6 YES | NO |
| 44079990 Romania | Hungary | M3 | 2018 | 10 | 170 | 0 T | 0 YES | NO |
| 44079990 Romania | Italy | M3 | 2018 | 10 | 52685 | 6 T | 7 YES | NO |
| 44079990 Romania | Serbia | M3 | 2018 | 10 | 5892 | 18 T | 22 YES | NO |
| 44079990 Romania | Ukraine | M3 | 2018 | 10 | 5129 | 37 T | 23 YES | NO |
| 44079990 Romania | United States | M3 | 2018 | 10 | 67801 | 28 T | 19 YES | NO |
| 44079990 Romania | Austria | M3 | 2018 | 11 | 33247 | 33 T | 26 YES | NO |
| 44079990 Romania | Belgium | M3 | 2018 | 11 | 1116854 | 945 T | 644 YES | NO |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 44079990 | Romania | Bosnia & Herzegovina | M3 | 2018 | 11 | 5875 | 19 T | 22 | YES | NO |
| 44079990 | Romania | Bulgaria | M3 | 2018 | 11 | 4864 | 2 T | 2 | YES | NO |
| 44079990 | Romania | Croatia | M3 | 2018 | 11 | 158707 | 260 T | 169 | YES | NO |
| 44079990 | Romania | Finland | M3 | 2018 | 11 | 499 | 0 T | 0 | YES | NO |
| 44079990 | Romania | Germany | M3 | 2018 | 11 | 16831 | 0 T | 0 | YES | NO |
| 44079990 | Romania | Italy | M3 | 2018 | 11 | 59745 | 65 T | 41 | YES | NO |
| 44079990 | Romania | Netherlands | M3 | 2018 | 11 | 19454 | 11 T | 6 | YES | NO |
| 44079990 | Romania | Slovenia | M3 | 2018 | 11 | 1397 | 2 T | 2 | YES | NO |
| 44079990 | Romania | Ukraine | M3 | 2018 | 11 | 2691 | 17 T | 16 | YES | NO |
| 44079990 | Romania | Austria | M3 | 2018 | 12 | 10654 | 6 T | 4 | YES | NO |
| 44079990 | Romania | Belgium | M3 | 2018 | 12 | 587269 | 555 T | 375 | YES | NO |
| 44079990 | Romania | Bosnia & Herzegovina | M3 | 2018 | 12 | 15704 | 31 T | 17 | YES | NO |
| 44079990 | Romania | Croatia | M3 | 2018 | 12 | 174004 | 260 T | 192 | YES | NO |
| 44079990 | Romania | France | M3 | 2018 | 12 | 11686 | 26 T | 18 | YES | NO |
| 44079990 | Romania | Hungary | M3 | 2018 | 12 | 5846 | 21 T | 16 | YES | NO |
| 44079990 | Romania | Italy | M3 | 2018 | 12 | 54983 | 49 T | 38 | YES | NO |
| 44079990 | Romania | Serbia | M3 | 2018 | 12 | 18513 | 41 T | 42 | YES | NO |
| 44079990 | Romania | Slovenia | M3 | 2018 | 12 | 10153 | 0 T | 0 | YES | NO |
| 44079990 | Romania | United Kingdom | M3 | 2018 | 12 | 64 | 0 T | 0 | YES | NO |
| 44083985 | Romania | Austria | M3 | 2018 | 2 | 8649 | 10 T | 4 | NO | NO |
| 44083985 | Romania | Italy | M3 | 2018 | 2 | 9 | 0 T | 0 | NO | NO |
| 44083985 | Romania | Austria | M3 | 2018 | 3 | 3932 | 4 T | 0 | NO | NO |
| 44083985 | Romania | Austria | M3 | 2018 | 4 | 22748 | 7 T | 5 | NO | NO |
| 44083985 | Romania | Austria | M3 | 2018 | 5 | 1799 | 2 T | 1 | NO | NO |
| 44083985 | Romania | Italy | M3 | 2018 | 5 | 84 | 0 T | 0 | NO | NO |
| 44083985 | Romania | Austria | M3 | 2018 | 6 | 182 | 1 T | 0 | NO | NO |
| 44083985 | Romania | Austria | M3 | 2018 | 7 | 151 | 0 T | 0 | YES | NO |
| 44083985 | Romania | Italy | M3 | 2018 | 7 | 10043 | 5 T | 4 | YES | NO |
| 44083985 | Romania | Austria | M3 | 2018 | 9 | 1468 | 2 T | 0 | YES | NO |
| 44083985 | Romania | Austria | M3 | 2018 | 10 | 2 | 0 T | 0 | YES | NO |
| 44083985 | Romania | Austria | M3 | 2018 | 11 | 1830 | 1 T | 0 | YES | NO |
| 44083985 | Romania | Austria | M3 | 2018 | 12 | 3582 | 2 T | 0 | YES | NO |
| 44083985 | Romania | Italy | M3 | 2018 | 12 | 177 | 0 T | 0 | YES | NO |
| 44089085 | Romania | Croatia | M3 | 2018 | 1 | 19039 | 11 T | 7 | NO | NO |
| 44089085 | Romania | Estonia | M3 | 2018 | 1 | 31508 | 19 T | 13 | NO | NO |
| 44089085 | Romania | Germany | M3 | 2018 | 1 | 561174 | 61 T | 39 | NO | NO |
| 44089085 | Romania | Italy | M3 | 2018 | 1 | 226348 | 48 T | 31 | NO | NO |
| 44089085 | Romania | Poland | M3 | 2018 | 1 | 17798 | 5 T | 4 | NO | NO |
| 44089085 | Romania | Spain | M3 | 2018 | 1 | 112350 | 11 T | 8 | NO | NO |
| 44089085 | Romania | Switzerland | M3 | 2018 | 1 | 917 | 0 T | 0 | NO | NO |
| 44089085 | Romania | Turkey | M3 | 2018 | 1 | 32915 | 35 T | 19 | NO | NO |
| 44089085 | Romania | Ukraine | M3 | 2018 | 1 | 105608 | 56 T | 37 | NO | NO |
| 44089085 | Romania | United Kingdom | M3 | 2018 | 1 | 9814 | 22 T | 19 | NO | NO |
| 44089085 | Romania | United States | M3 | 2018 | 1 | 1011223 | 226 T | 150 | NO | NO |
| 44089085 | Romania | Austria | M3 | 2018 | 2 | 48024 | 31 T | 19 | NO | NO |
| 44089085 | Romania | Croatia | M3 | 2018 | 2 | 229743 | 140 T | 95 | NO | NO |
| 44089085 | Romania | Czech Republic | M3 | 2018 | 2 | 55068 | 2 T | 1 | NO | NO |
| 44089085 | Romania | Estonia | M3 | 2018 | 2 | 23612 | 9 T | 6 | NO | NO |
| 44089085 | Romania | France | M3 | 2018 | 2 | 224682 | 69 T | 53 | NO | NO |
| 44089085 | Romania | Germany | M3 | 2018 | 2 | 188918 | 23 T | 16 | NO | NO |
| 44089085 | Romania | Greece | M3 | 2018 | 2 | 26992 | 9 T | 6 | NO | NO |
| 44089085 | Romania | Italy | M3 | 2018 | 2 | 415493 | 63 T | 29 | NO | NO |
| 44089085 | Romania | Netherlands | M3 | 2018 | 2 | 102 | 1 T | 0 | NO | NO |
| 44089085 | Romania | Poland | M3 | 2018 | 2 | 18940 | 9 T | 5 | NO | NO |
| 44089085 | Romania | Slovakia | M3 | 2018 | 2 | 19448 | 24 T | 16 | NO | NO |
| 44089085 | Romania | Spain | M3 | 2018 | 2 | 32364 | 3 T | 2 | NO | NO |
| 44089085 | Romania | Turkey | M3 | 2018 | 2 | 79759 | 71 T | 42 | NO | NO |
| 44089085 | Romania | Ukraine | M3 | 2018 | 2 | 205133 | 136 T | 88 | NO | NO |
| 44089085 | Romania | United States | M3 | 2018 | 2 | 340165 | 19 T | 16 | NO | NO |
| 44089085 | Romania | Austria | M3 | 2018 | 3 | 10812 | 3 T | 0 | NO | NO |
| 44089085 | Romania | Belgium | M3 | 2018 | 3 | 600 | 1 T | 0 | NO | NO |
| 44089085 | Romania | Croatia | M3 | 2018 | 3 | 234328 | 132 T | 99 | NO | NO |
| 44089085 | Romania | Estonia | M3 | 2018 | 3 | 17068 | 10 T | 6 | NO | NO |
| 44089085 | Romania | France | M3 | 2018 | 3 | 141 | 0 T | 0 | NO | NO |

JA 27

Ancientree, Final Surrogate Value Submission
(September 3, 2019)
PR 1328-1331

LAW OFFICES OF

DE**K**IEFFER & HORGAN, PLLC
1090 VERMONT AVENUE, N.W.
SUITE 410
WASHINGTON, D.C. 20005

GREGORY S. MENEGAZ
TEL 202-783-6900

AFFILIATED OFFICE:
SAARBRÜCKEN, GERMANY

GMENEGAZ@DHLAW.COM
DHLAW.COM

September 3, 2019

Electronic Filing

Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
Room 18022
U.S. Dept. of Commerce
Washington, D.C. 20230

A-570-106
Investigation
POI: 07/01/2018-12/31/2018
AD/CVD Operations

**Public Document**

### *RE:* *Wooden Cabinets and Vanities from the People's Republic of China*: **Final Surrogate Value Submission**

Dear Mr. Secretary:

On behalf of The Ancientree Cabinet Co., Ltd ("Ancientree"), a Chinese exporter of

wooden cabinets and vanities, we hereby submit surrogate value information for the factors of

production pursuant to 19 C.F.R. § 351.408(c) and 19 C.F.R. § 351.301(c)(3)(ii).

As submitted in Ancientree's surrogate country comment and initial surrogate value

submission, Ancientree maintains that Malaysia sources the best available information for all

respondents' inputs and should be selected as the primary surrogate country. While Ancientree

maintains that the Department must find that Trade Data Monitor is equally publicly available as

GTA data and an equally reliable surrogate value source, Ancientree has provided a summary of

its Malaysian surrogate values based upon GTA data at **Exhibit SV2-1**. **Exhibit SV2-2** contains

the underlying GTA Malaysia import data for certain of Ancientree's input HTS that were not

already placed on the record by other parties. **Exhibits SV2-3 through SV2-8** contains financial

statements from six Malaysian producers of comparable or identical merchandise as well as

Barcode:3886453-01 A-570-106 INV - Investigation  -

**Wooden Cabinets and Vanities from the PRC**
**A-570-106**
**POI: 07/01/2018-12/31/2018**

# THE ANCIENTREE CABINET CO., LTD.

**Final Surrogate Value Submission**
**September 3, 2019**

## List of Exhibits

| | |
|---|---|
| Exhibit SV2-1 | Malaysia SV Summary |
| Exhibit SV2-2 | GTA Malaysia Import Data – *submitted electronically only* |
| Exhibit SV2-3 | Lii Hen YE December 2018 Financial Statement |
| Exhibit SV2-4 | Poh Huat Resources YE October 2018 Financial Statement |
| Exhibit SV2-5 | Poh Huat Furniture YE October 2018 Financial Statement |
| Exhibit SV2-6 | CT Heng Furniture YE June 2018 Financial Statement |
| Exhibit SV2-7 | Yeo Aik Wood YE July 2018 Financial Statement |
| Exhibit SV2-8 | Latitude Tree YE June 2018 Financial Statement |
| Exhibit SV2-9 | Information on Malaysian Cabinet Producers |

# Exhibit SV2-1

# Malaysia SV Summary

| Date of current filing: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Case #: | A-570-106 | | | ~~Barcode:3886453-01 A 570 106 INV - Investigation~~ | | | | | |
| Case Name: | Wooden Cabinets and Varnity from China | | | | | | | | |
| Segment and POR/POI: | 07/01/2019-12/31/2018 | | | | | | | | |
| Respondent Name: | The Ancientree Cabinet Co.Ltd | | | | | | | | |

| SV Summary Sheet - Malaysia | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Category** | | **Variable name** | **Full Name** | **SV suggested HTS** | **Period** | **Source** | **AUV** | **Unit** | **Record citation** |
| **Material Inputs ("_MAT")** | 2.1 | BIRSW | Birch_Sawnwood | 4407.96.9090 | 07/2018-12/2018 | GTA - Malaysia | 1054.19 | MYR/M3 | Foremost Rebuttal SVs (August 19, 2019) |
| | 2.2 | OAKSW | Oak_Sawnwood | 4407.91.9090 | 07/2018-12/2018 | GTA - Malaysia | $ 614.17 | USD/M3 | Ancientree Final SVs (September 3, 2019) at Exh SV2-2 |
| | 2.3 | FRASW | Fraxinus_mandshurica_Sawnwood | 4407.99.1000 | 07/2018-12/2018 | GTA - Malaysia | $ 338.24 | USD/M3 | Wenbo Prelim. SVs (August 7, 2019) |
| | 2.4 | BASSW | Basswood_Sawnwood | 4407.99.1000 | 07/2018-12/2018 | GTA - Malaysia | $ 338.24 | USD/M3 | Wenbo Prelim. SVs (August 7, 2019) |
| | 2.5 | POPSW | Poplar_Sawnwood | 4407.97.9090 | 07/2018-12/2018 | GTA - Malaysia | $ 351.69 | USD/M3 | Ancientree Final SVs (September 3, 2019) at Exh SV2-2 |
| | 2.6 | PLWD | Plywood | 4412.33.0000 | 07/2018-12/2018 | GTA - Malaysia | $ 289.51 | USD/M3 | Wenbo Prelim. SVs (August 7, 2019) |
| | 2.7 | PTBU | Particleboard | 4410.11.0000 | 07/2018-12/2018 | GTA - Malaysia | 1208.99 | MYR/M3 | Foremost Rebuttal SVs (August 19, 2019) |
| | 2.8 | MDF | MDF | 4411.14.0000 | 07/2018-12/2018 | GTA - Malaysia | 1258.04 | MYR/M3 | Foremost Rebuttal SVs (August 19, 2019) |
| | 2.9 | SDPU | Sand paper | 6805.20.0000 | 07/2018-12/2018 | GTA - Malaysia | 1395.54 | MYR/M3 | Foremost Rebuttal SVs (August 19, 2019) |
| | 2.10 | SCLU | Sand cloth | 6805.10.0000 | 07/2018-12/2018 | GTA - Malaysia | 30.59 | MYR/KG | Foremost Rebuttal SVs (August 19, 2019) |
| | 2.11 | NALU | Nails | 7317.00.1000 | 07/2018-12/2018 | GTA - Malaysia | 4.76 | MYR/Kg | Meisen Rebuttal SVs (August 19, 2019) |
| | 2.12 | EBDU | Edge band | 3926.90.2000 | 07/2018-12/2018 | GTA - Malaysia | 5.01 | MYR/KG | Foremost Rebuttal SVs (August 19, 2019) |
| | 2.13 | TPEU | Tape | 3920.10.1900 | 07/2018-12/2018 | GTA - Malaysia | 18.65 | MYR/KG | Foremost Rebuttal SVs (August 19, 2019) |
| | 2.14 | GLUU | Glue | 3506.91.00 | 07/2018-12/2018 | GTA - Malaysia | 29.25 | MYR/KG | Foremost Rebuttal SVs (August 19, 2019) |
| | 2.15 | PATU | Paint | 3209.10.1000 | 07/2018-12/2018 | GTA - Malaysia | 11.39 | MYR/KG | Foremost Rebuttal SVs (August 19, 2019) |
| | 2.16 | CLCTU | Color concentrate | 3204.17 | 07/2018-12/2018 | GTA - Malaysia | $ 9.13 | USD/KG | Ancientree Final SVs (September 3, 2019) at Exh SV2-2 |
| | 2.17 | THINU | Thinner | 3814.00 | 07/2018-12/2018 | GTA - Malaysia | $ 0.76 | USD/KG | Ancientree Final SVs (September 3, 2019) at Exh SV2-2 |
| | 2.18 | PUTU | Putty | 3214.10 | 07/2018-12/2018 | GTA - Malaysia | $ 7.41 | USD/KG | Ancientree Final SVs (September 3, 2019) at Exh SV2-2 |
| | 2.19 | ALCU | Alcoholic | 2905.59 | 07/2018-12/2018 | GTA - Malaysia | $ 3.43 | USD/KG | Ancientree Final SVs (September 3, 2019) at Exh SV2-2 |
| | 2.20 | SLRU | Slide rail | 8302.42.9000 | 07/2018-12/2018 | GTA - Malaysia | 27.17 | MYR/KG | Foremost Rebuttal SVs (August 19, 2019) |
| | 2.21 | HINU | Hinge | 8302.10.0000 | 07/2018-12/2018 | GTA - Malaysia | 34.54 | MYR/KG | Foremost Rebuttal SVs (August 19, 2019) |
| | 2.22 | MTCNU | Metal connectors | 7318.24.0000 | 07/2018-12/2018 | GTA - Malaysia | 25.68 | MYR/KG | Foremost Rebuttal SVs (August 19, 2019) |
| | 2.23 | PLCNU | Plastic connectors | 3926.90.2000 | 07/2018-12/2018 | GTA - Malaysia | 5.01 | MYR/KG | Foremost Rebuttal SVs (August 19, 2019) |
| | 2.24 | WDCNU | Wood connectors | 4419.90 | 07/2018-12/2018 | GTA - Malaysia | $ 6.66 | USD/KG | Ancientree Final SVs (September 3, 2019) at Exh SV2-2 |
| | 2.25 | SCRU | Screw | 7318.12 | 07/2018-12/2018 | GTA - Malaysia | $ 3.33 | USD/KG | Ancientree Final SVs (September 3, 2019) at Exh SV2-2 |
| | 2.26 | NRPU | Noise reduction pad | 3921.19.9990 | 07/2018-12/2018 | GTA - Malaysia | 21.14 | MYR/KG | Foremost Rebuttal SVs (August 19, 2019) |
| | 2.27 | GLSU | Glass | 7009.91.0000 | 07/2018-12/2018 | GTA - Malaysia | 27.33 | MYR/KG | Foremost Rebuttal SVs (August 19, 2019) |
| | 5.1 | ELEC | Electricity | N/A | effective 2017 onwards | MIDA | 0.28 | RM/KWH | Ancientree Prelim. SVs (August 7, 2019) |
| | 5.2 | STEAM | Steam | 2711.11.0000 Natural Gas, Liquefied (converted to steam) | 07/2018-12/2018 | GTA - Malaysia | $ 0.09 | USD/KG | Wenbo Prelim. SVs (August 7, 2019) |
| | 5.3 | WATER | Water | N/A | 2018 | National Water Services Commission (SPAN) | 1.62 | MYR/M3 | Ancientree Prelim. SVs (August 7, 2019) |
| **By-Products ("_BPD")** | 6.0 | WDSCRP | Wood_Scrap | 4401.40.0000 | 07/2018-12/2018 | GTA - Malaysia | $ 25.43 | MYR/KG | Meisen Rebuttal SVs (August 19, 2019) |
| | 7.1 | EPEU | EPE | 3921.19.9990 | 07/2018-12/2018 | GTA - Malaysia | 21.14 | MYR/KG | Foremost Rebuttal SVs (August 19, 2019) |
| | 7.2 | PLFU | Poly Foam | 3903.11.90 | 07/2018-12/2018 | GTA - Malaysia | $ 1.33 | USD/KG | Ancientree Final SVs (September 3, 2019) at Exh SV2-2 |
| | 7.3 | CORPAPU | Corrugate_Paperboard | 4808.10 | 07/2018-12/2018 | GTA - Malaysia | $ 0.74 | USD/KG | Ancientree Final SVs (September 3, 2019) at Exh SV2-2 |
| | 7.4 | BFMU | Bubble film | 3923.29 | 07/2018-12/2018 | GTA - Malaysia | $ 0.83 | USD/KG | Ancientree Final SVs (September 3, 2019) at Exh SV2-2 |
| | 7.5 | PAPLU | Paper_Label | 4802.56 | 07/2018-12/2018 | GTA - Malaysia | $ 1.33 | USD/KG | Ancientree Final SVs (September 3, 2019) at Exh SV2-2 |
| | 7.6 | PLBU | Plastic bag | 3923.29 | 07/2018-12/2018 | GTA - Malaysia | $ 0.83 | USD/KG | Ancientree Final SVs (September 3, 2019) at Exh SV2-2 |
| | 7.7 | PMNU | Paper Manual | 4901.10 | 07/2018-12/2018 | GTA - Malaysia | $ 4.34 | USD/KG | Ancientree Final SVs (September 3, 2019) at Exh SV2-2 |
| **Labor ("_LBR")** | 3.0 | DRLB | Direct_Labor | 31001 Manufacture of wooden and cane furniture | 07/2018-12/2018 | Malaysia Dep't Statistics | 10.76 | RM/HR | Ancientree Prelim. SVs (August 7, 2019) |
| | 4.0 | INDLB | Indirect_Labor | | 07/2018-12/2018 | Malaysia Dep't Statistics | 10.76 | RM/HR | Ancientree Prelim. SVs (August 7, 2019) |
| | 8.0 | PACLB | Labor | | 07/2018-12/2018 | Malaysia Dep't Statistics | 10.76 | RM/HR | Ancientree Prelim. SVs (August 7, 2019) |
| **Moving Expenses** | | Truck Freight | Truck Freight | | 2018 | Doing Business Malaysia 2019 | $ 0.00024 | USD/Kg/Km | Ancientree Prelim. SVs (August 7, 2019) |
| | | DBROKU | DBROKU | | 2018 | Doing Business Malaysia 2019 | $ 0.016533 | USD/Kg | Ancientree Prelim. SVs (August 7, 2019) |
| **Financial Ratios** | | | Overhead | | 2018 | | 3.04% | percent | Ancientree Final SVs (September 3, 2019) |
| | | | SG&A | | 2018 | multiple financial statements; see tab | 9.58% | percent | Ancientree Final SVs (September 3, 2019) |
| | | | Profit | | 2018 | | 8.07% | percent | Ancientree Final SVs (September 3, 2019) |

Barcode:3886453-01 A-570-106 INV - Investigation  -

Exhibit SV2-2

GTA Malaysia Import Data – submitted
electronically only

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

# Exhibit SV2-3

# Lii Hen YE December 2018 Financial Statement

Barcode:3886453-01 A-570-106 INV - Investigation -

**ANNUAL REPORT** 2018



**LII HEN INDUSTRIES BHD**
301361-U

STATEMENT ON MANAGEMENT
DISCUSSION AND ANALYSIS                  2
GROUP FINANCIAL HIGHLIGHTS               10
CORPORATE STRUCTURE                      12
NOTICE OF ANNUAL GENERAL MEETING         13
CORPORATE INFORMATION                    18

**PROFILE OF DIRECTORS**                     **19**
**PROFILE OF KEY SENIOR MANAGEMENT**         **23**
**CORPORATE GOVERNANCE OVERVIEW STATEMENT**  **26**
**AUDIT COMMITTEE REPORT**                   **37**
**STATEMENT ON RISK MANAGEMENT AND
INTERNAL CONTROL**                           **41**
**DIRECTORS' RESPONSIBILITY STATEMENT**      **46**

SUSTAINABILITY STATEMENT                 47
FINANCIAL STATEMENTS                     53
LIST OF MATERIAL LANDED PROPERTIES       154
ANALYSIS OF SHAREHOLDINGS                156
PROXY FORM                               159





Barcode:3886453-01 A-570-106 INV - Investigation -

**ANNUAL REPORT** 2018

## STATEMENT ON MANAGEMENT DISCUSSION AND ANALYSIS

The Group's furniture division continued to be the main contributor for the Group's revenue. In the current year, furniture registered higher production and sales volume for both bedroom and sofa sets whereas growth for office and dining products declined slightly. The total number of containers shipped grew from 13,074 in year 2017 to 15,981 in 2018.



### OBJECTIVE and STRATEGIES

Lii Hen Industries Berhad( the Group)  group of companies' business strategies are customers driven. We continuously place top priority to meeting customers' needs and quality standards to satisfy customers' expectations and strive to be a premier furniture manufacturer that deliver sustainable shareholder value to all stakeholders.

The Group's strategies focus in creating value through (i) enhancing returns on capital invested via sustainable product portfolio from innovation and differentiation and (ii) enhancing profitability from operational excellence with state of art technology.

### GROUP'S BUSINESS and OPERATIONS

Lii Hen Industries Bhd (LHIB) is an investment holding company, a public company listed on the Main Market of Bursa Malaysia Securities Bhd. LHIB's subsidiary companies are involved in the manufacturing and selling of furniture as well as rubber tree plantation. The composition of the Group is shown on page 12 under Corporate Structure.

#### Manufacturing of Furniture

The corporate and main office of the Group is located at PLO 43, Kawasan Perindustrian Bukit Pasir, Mukim of Sungai Raya, 84300 Bukit Pasir, Muar, Johor Darul Takzim. The Group's furniture operation occupies about 91 acres of land or 2,654,444 sq feet of built up area in Muar, Johor, of which about 35% are on rented basis.There are six(6) major subsidiary companies that are involved in the manufacture of a vast range of wood based products , namely bedroom sets, solid dinettes, office furniture, upholstery sofa set, utilities shelves, occasional items and kiln drying timber processing.

The furniture products of the Group cater mainly to the oversea market, especially to the US and Canada, which made up 77% of total revenue.The other markets include Middle East region, Asia region, Africa,Latin America, Europe and Australia (16%) and the local market (7%). Our customers comprised of major US furniture importers, wholesellers and retailers. There were top three(3) major customers with revenue in the range of 8% -12% of the Group's total revenue, thus mitigating the risk of single buyer for the Group.

Our manufacturing facilities are equipped with panel based wood working machine, pallet conveyor towed finishing line, overhead conveyor finishing line and kiln dry pressure treatment plant. Our close proximity in Muar district and with the strong support from the subcontractors from Muar area have enabled the Group to have better control over movement and flow of materials thus reducing downtime and operating costs. The Group has a total workforce of about 2,880 (2017: 2,800).

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

**ANNUAL REPORT 2018**

## STATEMENT ON MANAGEMENT DISCUSSION AND ANALYSIS

### Plantation

PPL Plantations Sdn Bhd (PPLP), is an 80% owned subsidiary to Lii Hen Plantation Sdn Bhd (LHP). LHP and PPLP have entered into Joint Venture Agreement and Sub-Development Agreement respectively for the right of use over approximately 3,473 hectares of permanent reserve forest land in the State of Johor DarulTakzim for planting and/or cultivation of rubber wood trees of latex timber clone. In 2015, the ROU is impaired by RM4.2 million due to the exclusion of 3,037 hectares of land from the rubber wood tree planting programme. On the same year, PPLP has taken possession of the remaining 436 hectares of land and commenced the development of plantation infrastructure and cultivation activities.

Due to the extensive damage of crops planted at the 436 hectares of land caused by the intrusion of wild animals especially elephants that resulted in the writing down of biological assets amounting to RM1.2 million in year 2017; PPLP has installed three solar electric fencing with a total length of 10.4 km in October 2018 to deter future intrusion. After installation, not a single case of intrusion by wild elephants was reported. As at to date, the carrying value of the development of plantation infrastructure and biological asset stood at RM1,554,772 (2017: RM1,524,181) and RM2,230,426 (2017: RM2,438,965) respectively.

### REVIEW OF BUSINESS OPERATIONS

The Group's furniture division continued to be the main contributor for the Group's revenue. In the current year, furniture registered higher production and sales volume for both bedroom and sofa sets whereas growth for office and dining products declined slightly. The total number of containers shipped grew from 13,074 in year 2017 to 15,981 in 2018. We continue to receive strong orders from the Northern America and Asian regions' customers where sales grew 24% and 74% respectively as compared to the preceding year.In order to keep abreast of the emerging trends and consumers' buying preferences, new range of products continued to developed and showcased in the prominent furniture trade fairs in High Point Furniture Fair and Las Vegas Furniture Show.During the year, we participated in the Malaysian International Furniture Fair(MIFF) in Malaysia which was held on March 2018.

A factory building and production facilities which were destroyed by fire on Oct 2017 had been rebuilt and recommenced operation on July 2018. The new factory blocks and pallet conveyor facilities totaling RM5.2 million, has improved the production capability and efficiency for the bedroom set manufacturing.The restored capacity reduced the workload on the other premises,thus mitigated the risk of machine fatigue and fire hazard.



Filed By: bbaber@dhlaw.com, Filed Date: 5/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## STATEMENT ON MANAGEMENT DISCUSSION AND ANALYSIS



The Group's revenue was wholly generated from the sales of furniture products. In the current year, the Group's revenue registered at RM801 million, an increase of RM83 million (12%) compared with RM718 million for 2017.

### REVIEW OF BUSINESS OPERATIONS

The Group has anticipated the constraint in the factory operation floor if business continue to grow at the current pace. In view of that, in the current year, three (3) pieces of freehold agricultural lands were acquired by Favourite Design Sdn Bhd and KejoraJuara Sdn Bhd for a cash consideration of RM1,522,422 and RM 6,300,475 respectively. We are currently applying to the relevant authorities for the land conversion from agricultural to light industry use to cater for future expansion.

We worked closely with our major suppliers and subcontractors for the stable supply of raw materials. We made arrangements with suppliers by given advances or enter into contracts for the supply of certain sizes of wood or board to ensure availability and price stability. The production controllers acted as coordinators with suppliers and subcontractors for the delivery of materials or parts based on production schedule to ensure optimize material handling and movement in production floor and minimize storage requirements.

### REVIEW OF FINANCIAL RESULTS

**Financial data at a glance**

| REVENUE | | EARNING PER SHARE | |
|---|---|---|---|
| | +12% | | -8 Sen |
| RM801 M | (2017:RM  718 M) | 32 Sen | (2017: 40 Sen) |

| PROFIT BEFORE TAX | | NET ASSETS PER SHARE | |
|---|---|---|---|
| | -22% | | +21 Sen |
| RM73 M | (2017: RM 93 M) | 181 Sen | (2017: 160 Sen) |

| PROFIT AFTER TAX | | RETURN ON EQUITY | |
|---|---|---|---|
| | -18% | | -10% |
| RM 58 M | (2017: RM 71 M) | 22% | (2017: 32%) |

LII HEN INDUSTRIES BHD. (301361-U)

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT 2018**

## STATEMENT ON MANAGEMENT DISCUSSION AND ANALYSIS

### REVIEW OF FINANCIAL RESULTS

#### Revenue

The Group's revenue was wholly generated from the sales of furniture products. In the current year, the Group's revenue registered at RM801 million, an increase of RM83 million (12%) compared with RM718 million for 2017.

Bedding products and sofa set were the two major product lines that registered strong growth in revenue, with growth of 22% and 335% respectively whereas dining and office furniture declined by 5%. Overall export sales in USD term grew 21% from USD 158 million in 2017 to USD 192 million. However the depreciation of US Dollar against the Ringgit Malaysian in the first half of year 2018 had offset partially the increases in revenue. The average conversion rate in 2018 was at 4.03 as compared to 4.28 in 2017, depreciated 5.8%. Local sales decreased 1.7% against total sales for 2018.

#### Manufacturing Costs

The Group's cost of sales for the current year recorded at RM664 million, increased 19% from RM559 million in the previous year. The raw materials cost incurred amounted to RM461 million, increased 20% as compared to last year of RM385 million. This increase was in line with the increase in sales volume and escalation of certain raw materials cost such as board/wood and packing materials. The direct labour and subcontractors charges continued to rise from RM132 million to RM158 million, increased about 20% which was consistent with the growth in revenue and the upward price adjustment from sub-contractors. About 85% of the increase was from the sub-contractors charges as the Group continues to face workers shortage problem.Production overheads were slightly higher, increased RM3 million due to payment of foreign workers levy amounted to RM3.9 million in 2018.

The gross profit for 2018 fell 5% from 22% of last year to 17% were mainly due to depreciation of USD against RM, and higher operating costs due to higher material, labour and overhead costs.

#### Other Income

The other income mainly comprises of bank interest income of RM2 million (2017: RM3.2 million).



ANNUAL REPORT 2018

# STATEMENT ON MANAGEMENT DISCUSSION AND ANALYSIS

## REVIEW OF FINANCIAL RESULTS

### Operating Expenses

The operating costs comprised of administration, selling and other expenses recorded at RM66 million, decreased 11% as compared to 2017 of RM74 million. The selling and distribution cost increased from RM 29 million to RM 34 million, up 17% which was in line with the increased in sales volume. However the increase was offset by the lower foreign currency translation loss of RM927,244 (2017:RM7.9 million), fair value changes of biological asset of RM797,589 (2017: RM1.90 million) as well as a 2017 exceptional expense of about RM3.91 million of assets written off due to fire incident.

### Profit from operations

As a result of the overall impact of the higher operating costs mainly from raw materials and labour cost coupled with the depreciation of USD against RM, the Group's profit before tax recorded at RM73 million which was 22% lower than RM93 millionin 2017.

### Taxation

The effective tax rate of the Group for the financial year ended 31 December 2018 was at 21%. In the current year, the total export incentive allowance claimed was at RM15 millioncompared to 2017 of RM10 million due to higher export achieved in certain subsidiary companies. As at to date, the Group has the unused agricultural allowances and unused tax losses of RM6 million and RM 3 million respectively.

### Liquidity and capital resources

The closing cash and cash equivalents amounted to RM73 million, decreased RM12 million from year 2017 of RM85 million. The Group generated higher cash position from operation of RM86 million compared to last year of RM 57 million due to better working capital management especially in the inventory holding period and trade debtors management.The net cash generated from operating activities of RM67million of which RM20 million was used for capital expenditure , purchase of trust fund of RM18 million and RM37 million for payment of dividends.

### Gearing ratio

The Group total loans and bank borrowings decreased from RM 38 million as at 31 December 2017 to RM 29 million as at 31 December 2018. The decrease was mainly due to the reduction of the Group's trade financing facilities as more surplus cash from operation was used to fund the working capital requirements.

The Group's gearing ratio still maintains at a healthier level of 0.094 (2017:0.13)



6   LII HEN INDUSTRIES BHD. (301361-U)

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## STATEMENT ON MANAGEMENT DISCUSSION AND ANALYSIS

We will be deployed internally to improve our products quality,
offer innovative product design, timely delivery,
maintain good rapport with customers.
The Group continuously seeks to expand its
customer base to reduce reliance on single
region or single buyer.



### A NTICIPATED OR KNOWN RISKS

The Group has established an ongoing process for identifying, evaluating and managing the significant risks faced by the Group. In view of the current world economic landscape, the Group broadly identified the key risk into external and internal factors. LHIB exports 97% of its products worldwide especially to the Northern America region.Therefore any slow-down in the general economies and any changes in the foreign government laws and regulations of these countries will have a significant impact on the Group's business performance. However the external risk factors are beyond the Group's control. Therefore, more efforts will be deployed internally to improve our products quality, offer innovative product design, timely delivery, maintain good rapport with customers and offer competitive pricing without jeopardizing the Group's bottom line. The Group continuously seeks to expand its customer base to reduce reliance on single region or single buyer.

In the local front, the Group has identified the following risks that might deter the Group from achieving its goal and objective:-

### Labour Shortage

The shortage of man power continued to be the main issue faced by the furniture industry. Any changes in government policy associated with foreign workers eg restrictions on employment of foreign workers or increase in the foreign workers levy could affect the Group's operation and business performance.The Group relies heavily on sub-contractors to provide certain labour intensive services in order to mitigate the risk of labour shortage.

### Foreign Currency Exchange Rate

The Group is exposed to foreign currency risk on sales that are denominated in foreign currency other than the functional currency. The uncertainty on the movement of US Dollar against RM has posed a material impact on the Group's earnings, performance, financial condition and liquidity. However approved hedging policy and costing mechanism are in place to monitor currency fluctuation to maintain the Group's profitability.

### Availability and cost of raw materials

The main raw materials that used in the manufacturing of the furniture products are mainly wood that comprises of solid wood, particleboard, veneers, MDF, plywood, pine wood and oak wood and other materials like finishing materials and carton boxes which are sensitive to the prices of the commodities such as lumber, crude oils and papers.

The Group source the materials from its vendors without any long term supply arrangements, therefore any disruption in the supply chain will affect the Group abilities to meet customer demand. The raw materials constitute the main bulk of our total cost of sales, any substantial increase in price will have an adverse impact on the Group's profitability if we are unable to pass down the cost to our customers.

Barcode:3886453-01 A-570-106 INV - Investigation -

**ANNUAL REPORT** 2018

## STATEMENT ON MANAGEMENT DISCUSSION AND ANALYSIS



To continue to strengthen our market position through new product development, innovation and adoption of new technologies to enhance operational processes.

### DIVIDENDS

The Group does not have a fixed dividend policy, however, the Group has continued its commitment to pay dividends to its shareholders. In 2018, the Group had declared and paid four quarterly interim single tier dividends amounting to RM21 million. The Board is also pleased to propose a final single tier dividend of 3 sen, amounting to RM5.4 million for the financial year ended 31 December 2018. The total paid and proposed dividends for this financial year represent a distribution of 45% (2017: 58%) of the Group's consolidated net profit after tax.

The final dividend so proposed will be tabled for approval by the shareholders at the forthcoming 25th Annual General Meeting to be convened on 12nd June 2019.



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## STATEMENT ON MANAGEMENT DISCUSSION AND ANALYSIS

### PROSPECTS

The global economy is projected to grow at 3.5 percent in 2019, 0.2 percentage point below the last October's projections. The 2019 global growth forecast had been revised downward, partly because of the negative effects of tariff increases enacted in the United States and China earlier that year and a further downward revision since October in part reflects from the softer momentum in the second half of 2018.

The key sources of risk to the global outlook is the outcome of the trade negotiations and the direction financial conditions will take in months ahead. Due to the difficulties in the negotiation process, the global trade, investment, and output remain under threat from policy uncertainty. Failure to resolve differences would resulting increase in tariff barriers which would lead to higher costs of imported goods and concerns over escalation and retaliation would lower business investment, disrupt supply chains, and slow productivity growth. Another source of risk is a deeper than envisaged slowdown in China, with negative implications for trading partners and global commodity prices.

Against this challenging backdrop, downside risks have become more acute. The Group is mindful of the challenges lying ahead for 2019 especially the pricing of our products due to competitive pricing, particularly the competition from Vietnam intensified.The escalating of production costs especially in materials and wages, coupled with the recent fluctuation of USD against RM will definitely pose uncertainty to the Group's earning.To mitigate the inevitable cost escalation and inflationary pressures, steps will be taken to invest in upgrading on certain automated production line to mitigate labour shortage and improve production efficiency. The Group works closely with customers to explore cost savings designs and construction methodology at the product's development stage to ensure cost effectiveness and maintaining highest quality values.

With the initiatives and efforts to achieve the corporate objective, the Group is expected to continue to be profitable for the years to come.

### MOVING FORWARD

Moving forward into year 2019, the key focus of the Group is to continue to strengthen our market position through new product development, innovation and adoption of new technologies to enhance operational processes.



Barcode:3886453-01 A-570-106 INV - Investigation -

**ANNUAL REPORT** 2018



REVENUE



PROFIT BEFORE TAXATION



NET EARNINGS PER SHARE



NET ASSETS PER SHARE

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## GROUP FINANCIAL HIGHLIGHTS

| Financial Year | 2014 RM'000 | 2015 RM'000 | 2016 RM'000 | 2017 RM'000 | 2018 RM'000 |
|---|---|---|---|---|---|
| Revenue | 397,928 | 546,866 | 623,460 | 717,535 | 801,219 |
| Profit before taxation | 35,696 | 72,083 | 93,574 | 92,808 | 72,932 |
| Profit after taxation | 28,125 | 57,207 | 73,130 | 70,730 | 57,853 |
| Profit attributable to the owners of the Company | 28,266 | 57,603 | 73,274 | 71,548 | 57,164 |
| | | | | | |
| Total assets | 276,381 | 339,118 | 388,230 | 422,738 | 456,121 |
| Equity attributable to the owners of the Company | 190,643 | 230,228 | 264,024 | 288,773 | 325,993 |
| Net debts | 29,076 | 30,683 | 37,299 | 38,441 | 29,200 |
| Total equity | 190,654 | 229,876 | 264,131 | 288,061 | 325,971 |
| | | | | | |
| Gearing ratio(net debts/total equity) | 0.15 | 0.13 | 0.14 | 0.13 | 0.09 |
| Dividend per share(sen) | 6 | 17 | 22 | 26 | 21 |
| *Net earnings per share (sen) | 16 | 32 | 41 | 40 | 32 |
| *Net assets per share (sen) | 106 | 128 | 147 | 160 | 181 |



Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## CORPORATE STRUCTURE



Filed By: hbabar@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

ANNUAL REPORT **2018**

# NOTICE OF ANNUAL GENERAL MEETING

**NOTICE IS HEREBY GIVEN** that the Twenty Fifth (25th) Annual General Meeting of Lii Hen Industries Bhd. will be held at Classic 1, Ballroom, Classic Hotel, No.69, Jalan Ali, 84000 Muar, Johor Darul Takzim on Wednesday, 12 June 2019  at 11.30 a.m. for the following purposes:

## AS ORDINARY BUSINESS

1.   To lay before the meeting the Audited Financial Statements for the financial year ended 31 December 2018 and the Reports of the Directors and Auditors thereon.    *(Please refer  to Note 2)*

2.   To sanction the declaration of a final single tier dividend of 3 sen per share for the financial year ended 31 December 2018.    *(Ordinary Resolution 1)*

3.   To re-elect the following Directors who retire pursuant to the Company's Articles of Association:

    (a)   Mr. Tan Bee Eng                                Article 83          *(Ordinary Resolution 2)*

    (b)   Mr. Chua Yong Haup                        Article 83          *(Ordinary Resolution 3)*

    (c)   Mr. Chik Chan Chee @ Cheok Chan Chee      Article 90          *(Ordinary Resolution 4)*

4.   To approve the following payments to Directors:

    (a)   Directors' fees of RM37,500 in respect of the financial year ended 31 December 2018; and    *(Ordinary Resolution 5)*

    (b)   Directors' benefits (excluding fees) to the Independent Non-Executive Directors up to an amount of RM400,000  from 13 June 2019 until the next Annual General Meeting of the Company.    *(Ordinary Resolution 6)*

5.   To appoint Messrs. Peter Chong & Co. as Auditors of the Company in place of the retiring Auditors, Messrs John Lim & Associates and to authorise the Directors to fix their remuneration. *(Please refer to Note 5)*    *(Ordinary Resolution 7)*

## AS SPECIAL BUSINESS

To consider and if thought fit, to pass the following resolutions with or without any modifications as **Ordinary Resolutions:**

6.   **Power to issue Shares pursuant to Section 75 and 76 of the Companies Act, 2016**

    "THAT subject always to the Companies Act, 2016 ("the Act"), and the approvals of the relevant governmental and/or regulatory authorities, the Directors be and are hereby empowered, pursuant to Section 75 and 76 of the  Act,  to issue shares in the Company from time to time upon such terms and conditions and for such purposes and to such person or persons whomsoever as the Directors may, in their absolute discretion, deem fit, provided that the aggregate number of shares issued pursuant to this resolution in any one financial year does not exceed 10% of the issued share capital of the Company for the time being and that the Directors be and are also empowered to obtain the approval from the Bursa Malaysia Securities  Berhad for the listing of and quotation for the additional shares so issued and that such authority shall continue in force until the conclusion of the next Annual General Meeting of the Company."    *(Ordinary Resolution 8)*

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTICE OF ANNUAL GENERAL MEETING

7.   Proposed Renewal of Shareholders' Mandate for Recurrent Related Party Transactions of a Revenue or Trading Nature pursuant to paragraph 10.09 of the Bursa Securities Main Market Listing Requirements

"THAT, subject to the Companies Act, 2016 ("the Act"), the Memorandum and Articles of Association of the Company and the Main Market Listing Requirements of Bursa Malaysia, approval be and is hereby given for the subsidiaries of the Company to enter into recurrent related party transactions of a revenue or trading nature as set out in Section 2.2 of the Circular to Shareholders dated 29 April 2019, which are necessary for the day-to-day operations of the Company and/or its subsidiaries in the ordinary course of business, at arm's length, on normal commercial terms and on terms not more favourable to the related parties, than those generally available to the public and which are not detrimental to the minority shareholders of the Company;

AND THAT such approval shall continue to be in force until the conclusion of the next Annual General Meeting ("AGM") of the Company  at which time it will lapse unless the authority is renewed by a resolution at the next AGM, or at the expiration of the period within which the next AGM of the Company is required to be held under the Section 340(2) of the Act (excluding any extension of such period as may be allowed under Section 340(4) of the Act), or revoked or varied by resolution passed by the shareholders in a general meeting; whichever is earlier; and

AND FURTHER THAT the Directors of the Company be and are hereby authorised to complete and do all such acts and things (including executing all such documents as may be required) as they may consider expedient or necessary to give effect to the Mandate."          *(Ordinary Resolution 9)*

To consider and if thought fit, to pass the following resolution with or without any modifications as **Special Resolution:**

8.   Proposed Adoption of New Constitution

"THAT approval be and is hereby granted to the Company to revoke its existing Memorandum and Articles of Association with immediate effect and in place thereof, the proposed new Constitution of the Company be and is hereby adopted as the Constitution of the Company.; and

AND FURTHER THAT the Directors of the Company be and are hereby authorised to assent to any modifications, variations and/or amendments as may be required by any relevant authorities, and to all such acts and things and take all such steps as may be considered necessary to give full effect to the foregoing."          *(Special Resolution)*

9.   To consider any other business of which due notice shall have been given in accordance with the Companies Act, 2016 and the  Articles of Association of the Company.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

# NOTICE OF ANNUAL GENERAL MEETING

### NOTICE OF ENTITLEMENT DATE AND DIVIDEND PAYMENT

**NOTICE IS ALSO HEREBY GIVEN** that a final single tier dividend of 3 sen per share in respect of the financial year ended 31 December 2018, if approved by members at the Twenty Fifth (25th) Annual General Meeting on 12 June 2019 will be paid on 19 July 2019 to Depositors registered in the Records of Depositors at the close of business on 05 July 2019.

A Depositor shall qualify for entitlement only in respect of:

(a)     Shares transferred into the Depositor's Securities Account before 4.00 p.m. on 05 July 2019  in respect of ordinary transfers; and

(b)     Shares bought on the Bursa Malaysia Securities Berhad on a cum entitlement basis according to the Rules of the Bursa Malaysia Securities Berhad.

By Order of the Board

Tan Wang Giap (MACS 00523)
Company Secretary

Muar, Johor Darul Takzim
29 April 2019

Notes:

1.     **Proxy**

a)     A member entitled to attend, participate, speak and vote at the Meeting is entitled to appoint one (1) or more proxies to attend and vote in his/her stead. Where a member appoints more than one (1) proxy, the appointment shall be invalid unless the member specifies the proportions of his/her holding to be represented by each proxy.

b)     A proxy need not be a member of the Company and there shall be no restriction as to the qualification of the proxy.

c)     Where a member of the Company is an exempt authorised nominee as defined under the Securities Industry (Central Depositories) Act, 1991 which holds ordinary shares in the Company for multiple beneficial owners in one securities account ("omnibus account"), there is no limit to the number of proxies which the exempt authorised nominee may appoint in respect of each omnibus account it holds.

d)     The instrument appointing a proxy in the case of any individual shall be signed by the appointor or his/her attorney duly authorised in writing and in the case of a corporation under its common seal or under the hand of an officer or attorney duly authorised.

e)     In the event the member(s) duly exercises the form of proxy but does not name any proxy, such member(s) shall be deemed to have appointed the Chairman of 25th AGM as his/her proxy, provided always that the rest of the form of proxy, other than the particulars of the proxy, have been duly completed by the member(s).

f)     To be valid the proxy form must be duly completed and deposited at the Registered Office of the Company, No. 67, 3rd Floor, Jalan Ali, 84000 Muar, Johor Darul Takzim, not less than twenty four (24) hours before the time for taking of the poll and any alteration to the proxy form must be initialed.

g)     Only members whose names appear in the Record of Depositors on 3 June 2019 (General Meeting Record of Depositors) shall be entitled to attend, participate, speak and vote at this 25th AGM or appoint proxies to attend, participate, speak and vote on their behalf.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

# NOTICE OF ANNUAL GENERAL MEETING

**Notes:** - Continued

2. **Audited Financial Statements for the financial year ended 31 December 2018**

   The audited financial statements are laid for discussion only as it is not a business which requires shareholders' approval pursuant to Section 340(1)(a) of the Companies Act, 2016. Hence, this matter will not be put for voting.

3. **Ordinary Resolution 2-4**

   Article 83 of the Articles of Association of the Company provides that one-third (1/3) of the Directors of the Company for the time being shall retire by rotation at an AGM of the Company. With the current board size of eight (8), two (2) Directors need to retire at 25th AGM, after excluding Mr. Chik Chan Chee @ Cheok Chan Chee who retires under Article 90 of the Articles of Association.

   For the purpose of determining the eligibility of the Directors to stand for re-election at the 25th AGM, the Nomination Committee ("NC") has assessed each of the retiring Directors. The Board had on 28 March 2019 endorsed NC's recommendation for Messrs. Tan Bee Eng, Chua Yong Haup and Chik Chan Chee @ Cheok Chan Chee to stand for re-election. It is based on Mr. Tan's and Mr. Chua's well experience in furniture industry and Mr. Chik's well experience in accountancy industry and corporate affair.

   And also based on the Directors' Self and Peer Assessment, it is concluded that the above individual Directors met the performance criteria required of an effective and high performance Board.

4. **Ordinary Resolution 5 & 6**

   Section 230(1) of the Companies Act, 2016 provides amongst others, that the fees of the Directors and any benefits available to the Directors of a listed company shall be approved at a general meeting. In this respect, the Board wishes to seek shareholders' approval for the payments to Directors at the 25th AGM in two (2) separate resolutions.

   Resolution 5   -  A fee of RM5,000 per Director on yearly basis; and

   Resolution 6   - Monthly allowance of RM3,500 per Independent Non-Executive Director ("INED") and  travelling allowance of RM350 to RM500 per meeting per INED, and assuming that all INED will hold office until the conclusion of the next AGM.  The Board is of the view that it is just and equitable for the INED to be paid the Directors' allowance (excluding fees) on monthly basis and/or as and when incurred, particularly after they have discharged their responsibilities and rendered their services to the Company throughout the period.

5. **Ordinary Resolution 7**

   The Company's existing Auditors, Messrs. John Lim & Associates("JLA"), were re-appointed as the Auditors of the Company at the Twenty Fourth (24th) AGM of the Company held on 13 June 2018 to hold office until the conclusion of the forthcoming 25th AGM. JLA have opted for not to renew their registration with Audit Oversight Board ("AOB")after expiry of their license. It is due  to one of the new criteria for registration with the AOB i.e. The audit firm with the AOB shall ensure that all its audit partners registered with AOB are attached to only one firm at all times.

   The Audit Committee ("AC") had undertaken an assessment of the qualification and capabilities of Messrs. Peter Chong & CO. ("PCC"). Based on the outcome of the assessment, the Board had on 28 March 2019 endorsed AC's recommendation for shareholders' approval to be sought for the appointment of PCC as the Auditors of the Company, at the 25th AGM.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

Notes: - Continued

**6.    Ordinary Resolution 8**

This proposed ordinary resolution is pursuant to Section 75 & 76 of the CA, if passed, will empower the Directors of the Company to issue and allot shares in the Company from time to time and for such purpose as the Directors consider would be in the interest of the Company.  This authority, unless revoked or varied by the Company in general meeting, will expire at the next AGM of the Company. This is the renewal of the mandate obtained from the members on the last AGM ("the previous mandate"). The previous mandate was not utilised and accordingly no proceeds were raised. The renewed mandate will provide flexibility to the Company for any possible fund raising activities, including but not limited to placing of shares for purpose of funding future investment project(s), working capital and/ or acquisitions.

**7.    Ordinary Resolution 9**

The proposed ordinary resolution under item 7, if passed, will authorise the subsidiaries of the Company to enter into recurrent related party transactions of a revenue or trading nature which are necessary for day-to-day operations of the subsidiaries of the Company, subject to the transactions being in the ordinary course of business and on normal commercial terms which are not more favourable to the related parties than those generally available to the public and are not  detrimental to  the  minority shareholders of the Company. Further information is set out in Part A of the Circular to Shareholders dated 29 April 2019 which is dispatched together with the Annual Report 2018.

**8.    Special Resolution**

The proposed Special Resolution, if passed, will align the Constitution of the Company with the Act, the updated provisions of the Main Market Listing Requirements of Bursa Malaysia and the prevailing statutory and regulatory requirements applicable to the Company.

Further information is set out in Part B of the Circular to Shareholders dated 29 April 2019 which is dispatched together with the Annual Report 2018.

**9.    Vote by Poll**

Pursuant to Paragraph 8.29A(1) of the Main Market Listing Requirements of Bursa Malaysia,  the resolutions No.1 to No 10 set out in this Notice shall be put to vote by poll.

## Statement Accompanying Notice of annual General Meeting
(Pursuant to Paragraph 8.27(2) of the Bursa Securities Main Market Listing Requirements)

**1.    Further details of individuals who are standing for election as Director (excluding Directors standing for re-election)**

There is no person seeking for election as Director of the Company at the Twenty Fifth (25th) Annual General Meeting.

**2.    General mandate for issue of shares**

Information as prescribed under paragraph 6.03(3) of the Listing Requirements of Bursa Malaysia relating to general mandate for issue of shares is disclosed in note 6 above.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## CORPORATE INFORMATION

**DIRECTORS:**

Lan Haw Chong @ Lau Haw Chong Independent Non-Executive Chairman
Chua Yong Haup Managing Director
Chua Lee Seng Executive Director
Tok Heng Leong Executive Director
Tan Bee Eng Executive Director
Chan Wah Chong Independent Non-Executive Director
Dato' Mustapha Bin Abd Hamid Independent Non-Executive Director
Chik Chan Chee @ Cheok Chan Chee Independent Non-Executive Director

**AUDIT COMMITTEE:**

Chan Wah Chong Committee Chairman
Lan Haw Chong @ Lau Haw Chong
Dato' Mustapha Bin Abd Hamid
Chik Chan Chee @ Cheok Chan Chee

**NOMINATION COMMITTEE:**

Lan Haw Chong @ Lau Haw Chong Committee Chairman
Chan Wah Chong
Dato' Mustapha Bin Abd Hamid
Chik Chan Chee @ Cheok Chan Chee

**REMUNERATION COMMITTEE:**

Dato' Mustapha Bin Abd Hamid Committee Chairman
Chan Wah Chong
Lan Haw Chong @ Lau Haw Chong
Chik Chan Chee @ Cheok Chan Chee

**RISK OVERSIGHT COMMITTEE:**

Chan Wah Chong Committee Chairman
Lan Haw Chong @ Lau Haw Chong
Dato' Mustapha Bin Abdul Hamid
Chik Chan Chee @ Cheok Chan Chee

**SECRETARY:**

Tan Wang Giap MACS 00523

**AUDITORS:**

John Lim & Associates A.F. No. 0393
Chartered Accountants

**PRINCIPAL BANKERS:**

OCBC Bank (Malaysia) Berhad
HSBC Bank Malaysia Berhad
Malayan Banking Berhad

**SOLICITORS:**

Iza Ng Yeoh & Kit
K. H. Tan & Co.

**REGISTRARS:**

Plantation Agencies Sdn Berhad
3rd Floor
2 Lebuh Pantai
10300 Georgetown
Penang
Tel: 04-2625333      Fax: 04-2622018

**REGISTERED OFFICE:**

67, 3rd Floor
Jalan Ali
84000 Muar, Johor Darul Takzim
Tel: 06-9541818      Fax: 06-9525823

**PRINCIPAL PLACE  OF BUSINESS:**

Plo 43, Kawasan Perindustrian Bukit Pasir
Jalan Raja, Mukim Sungai Raya
84300 Bukit Pasir
Muar, Johor Darul Takzim
Tel: 06-9857202     Fax: 06-9857818
Email: lhib@liihenfurniture.com

**STOCK EXCHANGE LISTING:**

Main Market of the Bursa Malaysia Securities Berhad

**WEBSITE:**

www.liihenfurniture.com

Filed By: bbaher@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

LII HEN INDUSTRIES BHD. (301361-U)

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

# PROFILE OF DIRECTORS

## MR CHUA LEE SENG
### Executive Director

Mr Chua Lee Seng, male, 69 , a Malaysian, was appointed to the Board of Lii Hen Industries Berhad (LHIB) on 24 May 1994 as its Chairman and Managing Director. On 26th August 2006, he was appointed as an Executive Chairman of the Group. To be in line with the recommendations of the Malaysian Code on Corporate Governance 2012 to reinforce the principle of independence, on 23 February 2013, he was re-designated and appointed as the Executive Director of the Board.

Mr Chua was the President of The Muar Furniture Association since 2003 and retired on 28th February 2009.

He began his working career as an apprentice after completing his Senior Middle Three Diploma in Chung Hwa High School, Muar in 1968. He set up Oasis Furniture, a partnership involved in furniture manufacturing in 1976. Thereafter, in 1979, he set up Seng Heng Furniture with three partners to manufacture sofas and dining furniture for the local market. He was the co-founder of Lii Hen Furniture Sdn Bhd and CT Haup Heng Sdn Bhd.

On 30 November 2007, Mr Chua resigned from the Audit Committee in order to comply with the 15.10 of the amended Listing Requirements of Bursa Malaysia Securities Bhd in relation to corporate governance.

He is not a director of any other public company.

He is a brother in law of Mr Tok Heng Leong and uncle of Mr Chua Yong Haup.

## MR CHUA YONG HAUP
### Managing Director

Mr Chua Yong Haup, male, aged 52, a Malaysian, was appointed to the Board of LHIB on 30 December 1999. On 26th August 2006, he was appointed as the Managing Director of the Group.

He began his working career as an apprentice in Seng Heng Furniture in 1981. Later he joined Hong Kong Teak, a company principally involving in furniture manufacturing as a supervisor in the Research and Development Division and established Hup Heng Furniture in 1989. He is also the co-founder and Director of CT Haup Heng Sdn Bhd since 12 September 1992. Mr Chua now leads the Group in the areas of strategic planning, business development and he also involves in the daily operation of the Group.

He is not a director of any other public company.

He is a nephew to Mr Chua Lee Seng.

## MR TAN BEE ENG
### Executive Director

Mr Tan Bee Eng, male, aged 61, a Malaysian, was appointed to the Board of LHIB on 30 December 1999. He commenced his career as an apprentice with a woodworking company in Singapore in 1971. Upon his return to Muar in 1976, he joined Wong Kam Chin Perabut Sdn Bhd as a production operator. He then entered into partnership under Hup Cheong Furniture in 1980 and subsequently set up Eng Furniture Industries in 1989. He was appointed as Director of EF Furniture Sdn Bhd on 21 November 1992.

He is not a director of any other public company

He has no family relationship with any other Directors or major shareholders of the Company.

Barcode:3886453-01 A-570-106 INV - Investigation -

ANNUAL REPORT **2018**

# PROFILE  OF  DIRECTORS

## MR TOK HENG LEONG
### Executive Director

Mr Tok Heng Leong, male, aged 62, a Malaysian, was appointed to the Board of LHIB on 24 May 1994. He began his career in 1973 as an apprentice with a company involved in the manufacture of household furniture for government schools. In 1979, he set up Seng Heng Furniture with three partners to manufacture sofas and dining furniture for the local market. He is also the co-founder and Director of Lii Hen Furniture Sdn Bhd.

He is not a director of any other public company.

He is a brother in law to Mr Chua Lee Seng.

## MR LAN HAW CHONG @ LAU HAW CHONG
### Independent Non Executive Chairman

Mr Lau Haw Chong, male,  67, a Malaysian, was appointed to the Board of LHIB on 12 September 2013. He is a Chartered Accountant of the Malaysian Institute of Accountants, Fellow member of the Malaysian Association of Company Secretaries, Malaysian Institute of Chartered Company Secretaries and the Chartered Tax Institute of Malaysia.

Mr Lau had been involved in professional association activities and he had represented the various associations in consultative meetings/ dialogues with the Companies Commission of Malaysia, Ministry of Finance Malaysia, Malaysia Department of Insolvency, Inland Revenue Board of Malaysia, Royal Malaysian Customs Department and other Government departments and Agencies. He was formerly a Council member and President of the Malaysian Association of Company Secretaries.

He is a Chairman of the Nomination Committee and member to the Audit Committee, Remuneration Committee and Risk Oversight Committee.

He is not a director of any other public company.

He does not have any family relationship with other Directors or major shareholders of the Company.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

# PROFILE OF DIRECTORS

## MR CHAN WAH CHONG
### Independent Non Executive Director

Mr Chan Wah Chong, male, aged 55, a Malaysian, was appointed to the Board of LHIB on 12 September 2013. He has been a qualified member of the Malaysian Institure of Certified Public Accountants since 1994.

He started his career in accountancy with Ernst & Young, an international accounting firm for 6 years before joining a local medium size audit firm as a senior staff for a year. He then joined a local pharmaceutical manufacturing concern as Corporate Finance Manager which he left after one and half years to join a startup medical trading company as its Finance Director. He is presently running his own corporate advisory company. He also holds directorship positions in several other private limited companies.

He is Chairman of the Risk Oversight Committee and during the year he is re-designated as the Chairman of the Audit Committee. He relinquished the Chairmanship of the Remuneration Committee and re-designated as a member. He is a member of the Nomination Committee for the Board of LHIB. He is appointed to be the Senior Independent Director.

He also sits on the Board of SLP Resources Berhad, a public company listed on Main Market of Bursa Malaysia Securities Berhad.

He is appointed to the Board of Tropical Canning (Thailand) Public Company Limited, a Company listed on the Stock Exchange of Thailand on September 23, 2018.

He does not have any family relationship with any other Directors and/or major shareholders of the Company.

## DATO' MUSTAPHA BIN ABD HAMID
### Independent & Non Executive Director

Dato' Mustapha bin Abd Hamid, male, age 66, a Malaysian, was appointed to the Board on 1 September 2016. Dato' started his career as an Administrative and Diplomatic Officer in the Prime Minister's Department and was posted as the First Secretary of the Malaysian Embassy in Paris, France (1982-1985). During his 16 years in the public service sector, he was also the Consul of Consulate General Malaysia in Medan, Indonesia (1990 -1993) and the Principal Assistant Director in the Prime Minister's Department (1993-1994).

In April  2018, Dato's Mustapha was made the Chancellor at Saito University College and was bestowed an Honorary Doctorate in Education.

He is currently sits on the board of Berjaya Food Berhad and Teo Guan Lee Corporation Berhad.

He is the Chairman of the Remuneration Committee and member to the Audit Committee, Nomination Committee and Risk Oversight Committee.

He does not have any family relationship with other Directors and/or major shareholders of the Company.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

# PROFILE OF DIRECTORS

## MR CHIK CHAN CHEE @ CHEOK CHAN CHEE
### Independent Non-Executive Director

Mr Chik Chan Chee, a male Malaysian aged 65, was appointed to the board on 13th June 2018. He holds a Bachelor of Economics (Hons) from University of Malaya. Qualified from the institute of Cost & Management Accountants UK, he is a Chartered Accountant with the Malaysian Institute of Accountants. He had worked as Chief Financial Officer with several public listed companies.

He is a member of the Audit Committee, Risk Oversight Committee, Remuneration Committee and Nomination Committee of the Company.

He is the Chairman of the Board of Trustees of the Malaysian Rubber Export Promotion Council and a director of a private limited company providing corporate advisory services.

He is not a director of any other public company.

He does not have any family relationship with other directors and/or major shareholders of the Company.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

# PROFILE OF KEY SENIOR MANAGEMENT

## MR NEOH CHER LEONG

### Executive Director Of EF Furniture Sdn Bhd

Mr Neoh Cher Leong, male, aged 61 a Malaysian, was appointed as Director to EF Furniture Sdn Bhd on 21 November 1992. He commenced his career as a shopkeeper in a grocery shop in Singapore after his graduation from primary school in 1970. Upon his return to Muar in 1973, he worked in Neo Nam Bee furniture store. He later entered into partnership with Mr Tan Bee Eng to form Hup Cheong Furniture in 1980. He was the co-founder and Director of EF Furniture Sdn Bhd.

Mr Neoh currently involves in Group's procurement activities.

He is not a director of any public company.

He is brother in law to Mr Tan Bee Eng.

## MR TOK SOON HING

### Executive Director Of Mayteck Kilang Kayu Dan Perabut Sdn Bhd

Mr Tok Soon Hing, male, aged 52, a Malaysian, was appointed as Director of Mayteck Kilang Kayu Dan Perabut Sdn Bhd on 1 July 2005. He commenced his career as an apprentice in Lii Hen Furniture Sdn Bhd in 1985. In 1989, he established Hup Heng Furniture with Mr Chua Yong Haup. He was the co-founder and Director of CT Haup Heng Sdn Bhd since 2 September 1992.

Mr Tok currently manages the daily operation of Mayteck Kilang Kayu Dan Perabut Sdn Bhd.

He is not a director of any public company.

He is brother to Mr Tok Heng Leong and brother in law to Mr Chua Lee Seng.

## MR CHUA YONG HOCK

### Executive Director Of Favourite Design Sdn Bhd

Mr Chua Yong Hock, male, aged 45, a Malaysian, was appointed as Director of Favourite Design Sdn Bhd in 1993. He worked in a sofa factory in Johor Bahru before joining Lii Hen Furniture Sdn Bhd as an apprentice. He was the co-founder and Director of Favourite Design Sdn Bhd since 1993. Mr Chua currently manages the daily operation of Favourite Design Sdn Bhd, the major contributor to the Group's revenue.

He is not a director of any public company.

He is brother to Mr Chua Yong Haup and nephew to Mr Chua Lee Seng.



ANNUAL REPORT 2018

# PROFILE OF KEY SENIOR MANAGEMENT

## MDM LYDIA SIM LEE HEA
### Group Senior Manager Of Corporate & Finance

Mdm Sim Lee Hea, female, aged 56, a Malaysian. She is an qualified member of ACCA and member of the Malaysian Institute of Accountants (MIA) since 1991. She is currently supervising the accounting, financial and corporate aspects of the Group.

She has many years of experience in the fields of accounting, audit, taxation and corporate finance. She started her career in Ling Kam Hong & co as an audit junior in 1987 for 2 years before pursuing her studies to United Kingdom. While in London, she joined some local audit firms in carrying out accounting and audit works. Upon her return to Malaysia, she joined BDO Binder, Kuala Lumpur in 1991 before returning to Muar in 1994. She joined one of the furniture manufacturers in Muar in 1994 as a Group Accountant to assist the company in the IPO application. Later in 2001, she joined LHIB as Group Finance Manager and subsequently appointed as Group Senior Manager of Corporate & Finance.

She is not a director of any public company.

She does not have any family relationship with any other Directors and/or majorshareholders of the Company.

## MDM TOK SIEW TIN
### Group Marketing Manager

Mdm Tok Siew Tin, female, aged 49, a Malaysian, was appointed as Group Marketing Manager on 1 August 2003. She graduated with a Diploma of London Chamber of Commerce Industry (LCCI) in 1990. She worked as a sales executive in Leong Hup Poultry Berhad from 1991 to 1993 and joined Lii Hen Furniture Sdn Bhd since September 1993.

She is not a director of any public company.

She is sister to Mr Tok Heng Leong and Mr Tok Soon Hing and a sister in law to Mr Chua Lee Seng.

## MR TAN CHEE BENG
### Factory Manager Of Lii Hen Furniture Sdn Bhd

Mr Tan Chee Beng, male, aged 54, a Malaysian, was appointed as Factory Manager of Lii Hen Furniture Sdn Bhd on 17 July 2006.

He graduated with a Diploma in Shipbuilding Engineering from National Kaohsiung Institute of Marine Technology (now known as National Kaohsiung Marine University) in 1987.

He has more than 20 years of working experience in the furniture field.

He is not a director of any public company.

He does not have any family relationship with any other Directors and/or major shareholders of the Company.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

# PROFILE OF KEY SENIOR MANAGEMENT

## MDM TOH SIEW TIN
### Factory Manager Of Favourite Design Sdn Bhd

Mdm Toh Siew Tin, female, Aged 42, a Malaysian, was appointed as Factory Manager to Favourite Design Sdn Bhd in 2004. She worked as a leader in an electronic factory in Singapore after her graduation from secondary school. Upon her return to Muar in 2002, she joined Favourite Design Sdn Bhd.

She graduated with a Diploma of London Chamber of Commerce Industry (LCCI) in 1998.

She currently assists Mr Chua Yong Hock in managing the daily operation of Favourite Design Sdn  Bhd.

She is not a director of any public company.

She is the spouse of Mr Chua Yong Hock and a sister in law to Mr Chua Yong Haup.

### Conflict of Interest

None of the Directors and key senior management has any conflict of interest with the Company.

### Conviction of Offence

None  of  the  Directors and key senior management  has conviction for offences within the past five (5) years, and public sanction or penalty imposed by the relevant regulatory bodies on him or her during the financial year ended  31 December 2018, which require disclosure pursuant to paragraph 4A(g) of Part A of Appendix 9C of the Main Market Listing Requirements of Bursa Malaysia Securities Berhad

### Attendance of the Board

The details of the attendance of the Board are set out in page 27 of the Annual Report.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

The Board of Directors ("Board") of Lii Hen Industries Berhad (the "Company") recognises the importance of implementing high standards of corporate governance in the Company for the purposes of safeguarding the interest of its stakeholders and the assets of the Group, comprising the Company and all its subsidiaries. In adopting corporate governance practices, the Board is mindful in considering the five pillars of transparency, accountability, ethical culture, sustainability and financial performance.

As such, the Board seeks to embed in the Group a culture that is aimed at delivering balance between conformance requirements with the need to deliver long-term strategic imperatives through performance, without compromising on personal or corporate ethics and integrity.

Following the introduction of the new Malaysian Code on Corporate Governance ("MCCG") by the Securities Commission on 26 April 2017, the Board is cognizant of the growing level of expectation for proper corporate governance and is poised to take such steps that is necessary to strengthen and ensure such level of governance is adopted throughout the Group.

This Statement provides an overview of the Company's application of the principles set out in the MCCG for the financial year under review and up to the date of this Statement. The details on how the Company has applied each practice as set out in the MCCG are disclosed in the Corporate Governance Report, which is available for viewing on the Company's website at www.liihenfurniture.com

## PRINCIPLE A — BOARD LEADERSHIP AND EFFECTIVENESS

### I.    BOARD RESPONSIBILITIES

The Directors are collectively responsible to the Company's shareholders for the long-term success of the Group for its overall strategic direction, its values and its governance. They are led by experienced and knowledgeable Board members who provide the Company with the core competencies and the leadership necessary for the Group to meet its business objectives and goals of the Group.

All members of the Board are aware of their responsibility to take decisions objectively which promote the success of the Group for the benefits of shareholders and other stakeholders. The role and responsibilities of the Board are clearly set out in the Board Charter, which is available on the Company's website at www.liihenfurniture.com. The Board Charter is periodically reviewed and updated in tandem with changes to regulatory requirements, with final approval by the Board.

To assist in the discharge of its stewardship role, the Board has delegated and conferred some of its authority and powers to its Committees, namely the Audit Committee, Nomination Committee, Remuneration Committee and the Risk Oversight Committee ("Board Committees"), which comprise exclusively Independent Non-Executive Directors. The Board Committees are entrusted with the responsibility to oversee specific aspects of the Company's affairs in accordance with their respective terms of reference as approved by the Board and to report to the Board with their findings with their recommendations. The decision whether to act on such recommendation ultimate responsibility for decision making, however, lies with the Board.

The Chairman of the Board, who is an Independent Non-Executive Director, leads the Board in setting the values and standards of the Company and in overseeing Management; ensures the effective conduct of the Board; maintains a relationship of trust with and between the Executive and Non-Executive Directors; ensures the provision of accurate, timely and clear information to Directors; ensures effective communication with shareholders and relevant stakeholders; arranges regular evaluation of the performance of the Board, its Committees and individual Directors; facilitates the effective contribution from Non-Executive Directors and ensures constructive relations is maintained between Executive and Non-Executive Directors.

The role of day-to-day management of the Group's business development and operations, including implementation of policies and decisions of the Board, is helmed by the Managing Director, assisted by his fellow Executive Directors. The Board believes that such division of power and responsibilities helps ensure balance in that that no one person in the Board has unfettered powers to make any major decisions for the Company unilaterally.

To enhance accountability, the Board has established clear functions reserved for itself and those delegated to Management. There is a formal schedule of matters reserved to the Board for its deliberation and decision to ensure the direction and control of the Company are in its hands. Delegation of authorities have also been put in place to ensure balance between operational efficiency and control over corporate and financial governance.

Filed By: bbaher@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

ANNUAL REPORT 2018

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

PRINCIPLE A – BOARD LEADERSHIP AND EFFECTIVENESS - continued

I.    BOARD RESPONSIBILITIES - continued

The Board has also developed a Code of Conduct which essentially sets out the standards of conduct expected from all Directors, employees and all other affected personnel. This Code is augmented by a Whistle-blower Policy that serves as an avenue for raising concerns related to possible breach of business conduct, non-compliance with laws and regulatory requirements as well as other malpractices.

The Board members have full access to the Company Secretary, who is a qualified professional, to provide advisory services to the Board, particularly on corporate governance issue and compliance with the relevant policies and procedures, laws and regulatory requirements, in addition to the administrative matters.

### BOARD MEETINGS

For the financial year under review, the Board convened five (5) Board meetings and attendances of Directors are as follows:

| Name | No. of Board Meetings attended | Percentage of Attendance (%) |
|---|---|---|
| Chua Lee Seng | 5/5 | 100 |
| Chua Yong Haup | 4/5 | 80 |
| Tan Bee Eng | 4/5 | 80 |
| Tok Heng Leong | 5/5 | 100 |
| Lan Haw Chong @ Lau Haw Chong | 5/5 | 100 |
| Chan Wah Chong | 5/5 | 100 |
| Dato' Mustapha Bin Abd Hamid | 5/5 | 100 |
| Chik Chan Chee @ Cheok Chan Chee (appointed on 13/06/2018) | 2/2 | 100 |
| Tey Ping Cheng (retired on 13.06.2018) | 3/3 | 100 |
| Chan Nyat Keong (resigned on 01.05.2018) | 2/2 | 100 |

As stipulated in the Board Charter, the Directors are required to devote sufficient time to carry out their responsibilities. The Board obtains this commitment from Directors at the time of appointment. Each Director is expected to commit time as and when required to discharge the relevant duties and responsibilities, besides attending meetings of the Board or Board Committees.

### Continuous Professional Development

The Board acknowledges the importance of continuous education and training programmes for its members to enable effective discharge of its responsibilities and to be apprised on the changes to regulatory requirements and the impact such regulatory requirements have on the Group. The Group's Company Secretary would often circulate the relevant guidelines on statutory and regulatory requirements from time to time to and for the Board's reference.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## CORPORATE GOVERNANCE OVERVIEW STATEMENT

**PRINCIPLE A – BOARD LEADERSHIP AND EFFECTIVENESS** - continued

I.    **BOARD RESPONSIBILITIES** - continued

**Continuous Professional Development** - continued

All Directors have completed the Mandatory Accreditation Programme as required by the Listing Requirements of Bursa. During the financial year under review, the trainings attended by the Directors included briefings, seminars, workshops and conferences conducted by the relevant regulatory authorities and professional bodies. Details of the training programmes attended/ participated by the Directors are as follows:

| Directors | Training/Seminar/Conference/Workshop |
| --- | --- |
| Chua Yong Haup | - IMM Cologne Fair 2018<br>- Malaysian Internationa Furniture Fair 2018 (MIFF 2018)<br>- Key Changes of Malaysian Code on Corporate Governance and<br>  Overview of CG Guide 3rd Edition – challenges to the Board & Management<br>- Sustainability Reporting<br>- Metal Technology Expo<br>- Seminar Percukaian Kebangsaan 2018 |
| Chua Lee Seng | - Malaysian International Furniture Fair 2018 (MIFF 2018)<br>- Key Changes of Malaysian Code on Corporate Governance and Overview of CG Guide<br>  3rd Edition – challenges to the Board & Management<br>- Sustainability Reporting<br>- Seminar Percukaian Kebangsaan 2018 |
| Tan Bee Eng | - Sustainability Reporting<br>- Metal Technology Expo<br>- Seminar Percukaian Kebangsaan 2018 |
| Tok Heng Leong | - Key Changes of Malaysian Code on Corporate Governance and Overview of CG Guide<br>  3rd Edition – challenges to the Board & Management<br>- Sustainability Reporting<br>- Seminar Percukaian Kebangsaan 2018 |
| Chan Wah Chong | - The 31st International Exhibition on Plastics and Rubber Industries (Chinaplas 2018)<br>- Sustainability Reporting<br>- Understanding of MFRS 9 & 15<br>- Special tax refund for doctors<br>- SST – understanding the tax landscape in Malaysia<br>- Tax seminar on Budget 2019 |
| Lan Haw Chong @ Lau Haw Chong | - Key Changes of Malaysian Code on Corporate Governance and Overview of CG Guide<br>  3rd Edition – Challenges to the Board & Management<br>- Sustainability Reporting<br>- SSM National Conference 2018 – Doing Business in the Age of Disruption<br>- Seminar on " MBRS for Preparers – Financial Statements"<br>- Persidangan Cukai Kebangsaan 2018<br>- Seminar Bajet 2019 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

ANNUAL REPORT **2018**

## CORPORATE GOVERNANCE OVERVIEW STATEMENT

PRINCIPLE A – BOARD LEADERSHIP AND EFFECTIVENESS - continued

I.   BOARD RESPONSIBILITIES - continued

Continuous Professional Development - continued

| Directors | Training/Seminar/Conference/Workshop |
|---|---|
| Tey Ping Cheng | - Key Changes of Malaysian Code on Corporate Governance and Overview of CG Guide 3rd Edition – Challenges to the Board & Management<br>- Goods & Service Tax (GST) – A preparatory Course for GST Consultants and Accountant<br>- Minutes writing/ drafting resolution & company secretarial practice And SSM updates |
| Dato' Mustapha Bin Abd Hamid | - Key Changes of Malaysian  Code on Corporate Governance and Overview of CG Guide 3rd Edition – challenges to the Board & Management<br>- Reaching Investors Through Digital Channels |
| Chik Chan Chee @ Cheok Chan Chee | -Mandatory Accreditation Programme for Directors of Public Listed Companies |

II.   BOARD COMPOSITION

The Company's Constitution (Articles of Association) provides for the Board to compose of not more than 12 Directors. The Board currently consists of eight (8) members, comprising four (4) Executive Directors and four (4) Independent Non-Executive Directors. The composition of the Board exceeds the requirements as set out in the Main Market Listing Requirements ("Listing Requirements") of Bursa Malaysia Securities Berhad ("Bursa"), which stipulate that at least two (2) Directors or one-third (1/3) of the Board, whichever is higher, must be independent.

Practice 4.1 of the MCCG states that at least half of the Board is to comprise Independent Directors.  With the resignation of Mr Chan Nyat Keong, a Non-independent Non-Executive Director on 1st May  2018, its current Board composition is in line with the desired practice. In fact, the Board is of the view that independence and objectivity is present and preserved with the present set of Directors in view of the weight given to the opinions of its four (4) Independent Directors which brings balance into its overall decisions. Nevertheless, the  Board remains guided by the Principles and Practices of the MCCG in adhering to the best corporate governance practices.

The Independent Directors provide the necessary check and balances in the Board's exercise of their functions by facilitating an independent evaluation of the Board's decisions and decision-making process.

The Executive Directors are complemented by the experience and independent views of the Independent Directors who are professionals in the field of corporate, public and administration finance and accounting. The Board members possess a fair range of business, finance, administration and public relation experience. The mix skills and experience are vital in directing and supervising the Group's overall business activities in light of the increasing challenging economic and operating environment in which the Group operates. The profile of each Director is set out on pages 19 to 22 of the Company's Annual Report 2018.

The Nomination Committee ("NC") is entrusted to assess the adequacy and appropriateness of the Board composition, identifying and recommending suitable candidates for Board membership and also to assess annually the performance of the Directors, succession plans and Board diversity including gender, age and ethnicity diversity, training courses for Directors and other qualities of the Board including core-competencies which the Independent Directors should bring to the Board. The Board has the ultimate responsibility of delivering the final decision on the appointment. This process ensures that the Board membership accurately reflects the long-term strategic direction and needs of the Company and determine the skill matrix to support the strategic direction and needs of the Company.

Barcode:3886453-01 A-570-106 INV - Investigation -

**ANNUAL REPORT** 2018

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

**PRINCIPLE A – BOARD LEADERSHIP AND EFFECTIVENESS** - continued

**II.    BOARD COMPOSITION** - continued

On  24 May 2018, the Nomination Committee held a meeting for the purpose of evaluating a candidate, Mr Chik Chan Chee @ Cheok Chan Chee, to fill the vacancy arising from the retirement of Mr Tey Ping Cheng as an Independent Non-Executive Director of the Company. In view of his diverse experience in corporate world with specialization in Finance-General/Cost Accounting persepective, the Committee agreed to recommend Mr Chik to the Board for appointment as a director. The induction programme was conducted after his appointment as new Independent Non-Executive Director of the Company on 13 June 2018.

Based on the annual assessment conducted during the financial year under review, the NC was satisfied with the existing Board composition and concluded that each Director has the requisite competence and capability to serve on the Board and had sufficiently demonstrated their commitment to the Group in terms of time and participation during the year under review, and recommended to the Board for the re-election of the retiring Directors namely Messrs. Tan Bee Eng, Chua Yong Haup and Chik Chan Chee @ Cheok Chan Chee at the Company's forthcoming Annual General Meeting ("AGM"). All assessments and evaluations carried by the NC in discharge of its functions were duly documented.

The Company's Board Charter provides a limit of a cumulative term of nine (9) years on the tenure of an Independent Director. Thereafter, he may be re-designated as a Non-Independent Non-Executive Director. In the event the Board intends to retain the Director after the latter had served a cumulative term of nine (9) years, the Board must justify such decision and seek the Shareholders' approval at the annual general meeting.

The NC has conducted an assessment on the independence of Independent Directors for the financial year 2018 based on the criteria on independence adopted by the Board. Following the recommendation of the NC, the Board is of the opinion that the independence of the existing Independent Directors remain unimpaired and their judgement over business dealings of the Company were not influenced by the interest of the other Directors or substantial shareholders.

The Company has formalized a Diversity Policy and such policy is contained in the Board Charter which is published on the Company's website. The Board does not have a specific policy for setting targets for women, ethnic or age composition on the Board. Evaluation of suitability of candidates is based on the candidates' competency, character, time availability, integrity and experience in meeting the Company's needs. The Board constantly advocates fair and equal participation and opportunity for all individuals of the right calibre.

A summary of key activities undertaken by the NC in discharging of its duties during the financial year under review is set out below:

• Reviewed and assessed the independence of Independent Directors;

• Reviewed and recommended re-election of Directors who were due for re-appointment and retirement by rotation;

• Reviewed the size and composition of the Board based on the required mix of skills, experience, knowledge and diversity;

• Evaluated a candidate of new Independent Non-Executive Director and recommended him for Board's appointment;

• Assessed the effectiveness of the Board as a whole, the Board Committee and the contribution of each individual Director;

• Reviewed and assessed the term of office and performance of the Audit Committee and each of its members; and

• Reviewed the terms of reference of the NC.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

## PRINCIPLE A — BOARD LEADERSHIP AND EFFECTIVENESS - continued

### III.   REMUNERATION

The Board has established a Remuneration Committee ("RC") which comprises exclusively Independent Directors. The RC is entrusted by the Board to implement the policies and procedures on matters relating to the remuneration of the Board and Senior Management and making recommendations on the same to the Board for approval.

The Board has adopted the said policies and procedures to determine the remuneration of Directors and Senior Management to align with business strategy and long-term objectives of the Company. The Executive Directors and Senior Management are paid salaries, allowance, performance-based incentive including bonus and other customary benefits as appropriate. The remuneration is set based on relevant market relativities, performance, qualifications, experience and geographic location where the personnel is based. The salary level for Executive Directors and Senior Management takes into account the nature of the role, performance of the business and the individual and market positioning.

The remuneration of Independent Directors comprises fees, monthly allowances ,meeting allowances and other benefits. The Board ensures that the remuneration for Independent Non-Executive Directors do not conflict with their obligation to bring objectivity and independent judgement on matters discussed at Board meetings.

The respective Directors are required to abstain from deliberation and voting on their own remuneration at Board Meetings.

The aggregate remuneration of Directors received from the Company and on Group basis for the financial year ended 31 December 2018 is as follows:

| Name of Directors | Fees (RM) | Salaries and other emoluments (RM) | Defined contribution plan (RM) | Benefits-in-kind and others (RM) | Total (RM) |
|---|---|---|---|---|---|
| **Group** | | | | | |
| Executive Directors* | | | | | |
| Chua Yong Haup | 5,000 | 2,498,516 | 299,822 | - | 2,803,338 |
| Chua Lee Seng | 5,000 | 1,015,616 | 121,874 | 15,000 | 1,157,490 |
| Tan Bee Eng | 5,000 | 974,360 | 116,925 | - | 1,096,285 |
| Tok Heng Leong | 5,000 | 974,363 | 116,926 | 28,404 | 1,124,693 |
| | | | | | |
| Non-Executive Directors | | | | | |
| Lan Haw Chong@Lau Haw Chong | 5,000 | 44,800 | - | - | 49,800 |
| Tey Ping Cheng (Retired on 13.6.2018) | - | 23,100 | - | - | 23,100 |
| Chan Wah Chong | 5,000 | 46,000 | - | - | 51,000 |
| Dato' Mustapha Bin Abd Hamid | 5,000 | 44,100 | - | - | 49,100 |
| Chik Chan Chee@Cheok Chan Chee | 2,500 | 23,450 | - | - | 25,950 |
| Non-Independent Non-Executive Director | | | | | |
| Chan Nyat Keong (Resigned on 01.5.2018) | - | 15,050 | - | - | 15,050 |

*The remuneration paid to the Executive Directors were in respect of their employment with the Company/Group.*

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

PRINCIPLE A – BOARD LEADERSHIP AND EFFECTIVENESS - continued

III.     REMUNERATION - continued

The Board is of the view that disclosing the detailed remuneration packages of its top 5 Senior Management on a named basis would pose security issues to the Group, for example vulnerability of these personnel being poached by competitor companies as well as potential demoralization amongst the personnel concerned when they find out how much their fellow colleagues are drawing, not with standing that the disclosure is in bands of RM50,000 each.

As an Alternative, the Board believes that disclosure of its top 5 Senior Management's compensation and benefits packages received from the Group for the financial year under review in bands of RM50,000 on an unnamed basis would provide pertinent insights to shareholders on whether such personnel, being top 5 Senior Management of the Group, are being remunerated responsibly and fairly with a view of attracting, motivating and retaining talents. Accordingly, the remuneration of the top 5 Senior Management in bands of RM50,000 received from the Group for the financial year under review on an unnamed basis, is set out below:

| RM | SM1 | SM2 | SM3 | SM4 | SM5 |
|---|---|---|---|---|---|
| **Salaries and other emoluments** | | | | | |
| 400,001-450,000 | | | | | 1 |
| 450,001-500,000 | | | | 1 | |
| 550,001-600,000 | | | 1 | | |
| 1,250,001-1,300,000 | | 1 | | | |
| 3,100,000-3,150,000 | 1 | | | | |
| **Defined contribution plan** | | | | | |
| 50,001-100,000 | | | | 1 | 1 |
| 100,001-150,000 | | | 1 | | |
| 150,001-200,000 | | 1 | | | |
| 350,001-400.000 | 1 | | | | |
| **Benefits-in-kind and others** | | | | | |
| 1-50,000 | | | | | |

SM1 to SM5 – top 5 Senior Management with the highest compensation and benefits packages

PRINCIPLE B – EFFECTVE AUDIT AND RISK MANAGEMENT

I.      AUDIT COMMITTEE

In assisting the Board to discharge its duties on financial reporting, the Board has established an Audit Committee, comprising four (4) members, all of whom are Independent, with Mr. Chan Wah Chong as the Committee Chairman. The composition of the Audit Committee, including its roles and responsibilities as well as a summary of its activities carried out in year 2018, are set out in the Audit Committee Report on pages [xx] to [xx] of this Annual Report. One of the key responsibilities of the Audit Committee in its specific terms of reference is to ensure that the financial statements of the Group and of the Company comply with applicable financial reporting standards in Malaysia and provisions of the Companies Act 2016. Such financial statements comprise the quarterly financial report announced to Bursa and the annual statutory financial statements.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

**PRINCIPLE B — EFFECTVE AUDIT AND RISK MANAGEMENT** - continued

I.    **AUDIT COMMITTEE** - continued

The Board understands its role in upholding the integrity of financial reporting by the Company. Accordingly, the Audit Committee, which assists the Board in overseeing the financial reporting process of the Company, has adopted a policy for the types of non-audit services permitted to be provided by the external auditors and/or their affiliates, including the need for obtaining the Audit Committee's approval for such services.

The Audit Committee has adopted a policy that requires a former key audit partner to observe a cooling-off period of at least two (2) years before being appointed as a member of the Audit Committee and such policy was incorporated in the terms of reference of the Audit Committee.

II.    **RISK MANAGEMENT AND INTERNAL CONTROL FRAMEWORK**

The Board has overall responsibility for maintaining a sound system of risk management and internal control of the Group that provides reasonable assurance of effective and efficient business operations, compliance with laws and regulations as well as internal procedures and guidelines.

The Audit Committee assists the Board in reviewing the adequacy and operating effectiveness of the system of internal control in the Group. The Audit Committee does this via the deployment of an independent outsourced internal audit function that conducts internal audit based on an internal audit plan approved by the Board. Findings raised from internal audit are presented directly to the Audit Committee, including the remedial measures and action plans agreed by Management to address the matters so highlighted. For more details of the Internal Audit function, refer to the Statement on Risk Management and Internal Control which is included in the Company's Annual report 2018 as well as the Corporate Governance Report that is made available on the Company's website at www.liihenfurniture.com.

In addition, the Risk Oversight Committee ("ROC") as appointed by the Board in 2018, has approved and reviewed half yearly the Company's risk management policies and oversaw the operation of an enterprise-wide risk management framework, while the subsidiaries' Management is tasked to manage business risk, including developing, implementing and monitoring mitigating measures to manage such risks to acceptable levels. ROC does the oversight function via the deployment of an independent outsourced audit service provider.

Details of the Group's Risk Management framework, activities carried out for the financial year under review and reporting processes are set out in the Risk Management and Internal Control Statement included in this Annual Report.

**PRINCIPLE C — INTEGRITY IN CORPORATE REPORTING AND MEANINGFUL RELATIONSHIP WITH STAKEHOLDERS**

I.    **COMPLIANCE WITH STATUTORY AND FINANCIAL REPORTING**

It is the responsibility of the Board to present a balanced and meaningful assessment of the Group's financial position and prospects through the annual report, audited financial statements and announcing of quarterly results.

The Director's Responsibilities Statement for preparation of financial statements is set out on page 46 of this Annual Report.

The Board with the assistance of the Audit Committee to discharge its duties on financial report is to ensure that the Group maintains a proper financial process. The activities on financial report conducted by the Audit Committee during the financial year under review is disclosed in page 38 of this Annual Report.

Barcode:3886453-01 A-570-106 INV - Investigation -



**ANNUAL REPORT** 2018

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

PRINCIPLE C — INTEGRITY IN CORPORATE REPORTING AND MEANINGFUL RELATIONSHIP WITH STAKEHOLDERS
- continued

## II.   COMMUNICATION WITH STAKEHOLDERS

The Board recognizes the importance of being transparent and accountable to the Company's stakeholders and acknowledges the continuous communication between the Company and stakeholders would facilitate mutual understanding of each other's objectives and expectations. As such, the Board consistently ensures the supply of clear, comprehensive and timely information to their stakeholders via various disclosures and announcements including quarterly and annual financial results which provides investors with up-to-date financial information of the Group. All these announcements and other information about the Company are available on the Company's website at www.liihenfurniture.com which shareholders, investors and public may access.

In addition, the Directors also ensure that engagement with shareholders occurs at least once a year during the AGM to better understand their needs and obtain their feedback.

## III.   CONDUCT OF GENERAL MEETINGS

The AGM is the principal forum for shareholder dialogue, allows shareholders to review the Group's performance via the Company's Annual Report and pose questions to the Board for clarification.

At the 24th AGM held on 13 June 2018, all the Directors were present in person to engage directly with and were accountable to the shareholders for their stewardship of the Company. During the AGM, shareholders participated in deliberating resolutions being proposed or on the Group's operations in general. The Directors and Senior Management appropriately responded to all questions raised and provided clarification as required by the shareholders.

The Board has not adopted electronic voting as the number of shareholders turning up for the AGM was relatively small and the voting for resolutions was expediently carried out by traditional balloting, supervised by an independent scrutineer.

## ADDITIONAL COMPLIANCE INFORMATION

### Utilization of Proceeds

No proceeds were raised by the Company from any corporate exercise during the financial year.

### Non-audit Fees payable to External Auditors

There was an amount of RM64,460 being professional fees paid/payable to external auditors for the financial year ended 31 December 2018 in respect of the following:

| | RM |
|---|---|
| - Tax compliance | 59,460 |
| - Review of Statement on Risk Management and Internal Control | 5,000 |
| | 64,460 |

### Revaluation Policy

The Group has a policy of revaluing landed properties every five (5) years as disclosed in into 3(C) to the financial statements. The latest valuation was undertaken in Jan and Feb 2019.

Filed By: bbaker@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

**ADDITIONAL COMPLIANCE INFORMATION** - continued

**Material Contracts**

There were no material contracts subsisting or entered into by the Company and its subsidiary companies involving any Directors or major shareholders of the Company or any persons connected to Directors or major shareholders of the Company during the financial year.

**Recurrent Related Party Transactions**

There is an internal compliance framework exists to ensure that the Group meets its obligations under the Bursa Malaysia Listing Requirements on related party transactions and recurrent related party tansactions. The Board, through its Audit Committee reviews all related party transactions and conflict of interest situations, if any, on a quarterly basis. A Director who has an interest in a transaction must abstain from deliberating and voting on the relevant resolution, in respect of such a transaction at the meeting of the Board, the Annual Generel Meeting or Extraordinary General Meeting.

The Company has formulated a Related Party Transactions Policy ("Policy") designed to ensure the relared party transactions ("RPT") that are carried out in the ordinary course of business, are made at arm's length and on normal commercial terms which are not more favourale to the related party or parties than those generally available to the public and are not on terms that are determental to the minority shareholders of the Company.

This Policy also aims to comply with the Part E, Paragraph 10.08 and 10.09 of the Listing Requirements of Bursa Malaysia Securities Berhad, and is made available at the Company's website.

Policies and procedure for determination of transaction price review procedures for RPT are described in the Policy.

During the financial year, the Recurrent Related Party Transactions conducted pursuant to the mandate granted by the shareholders of the Company on 12 June 2018 are as follows:

| No. | Related Parties | Nature of the Recurrent Transactions | Actual value of transactions carried out | Interested Directors, major shareholders and connected persons (Relationship details are as following notes) |
|---|---|---|---|---|
| a) | NNST Capital Sdn Bhd[2] (865730-P) Principally involved in letting of property | FD to pay rental for factory located at  GM18299, Lot 774, Mukim Jalan Bakri, Muar with a total built-up area of approximately 43,690 sq. ft. on monthly rental of RM20,970 for a 3 years period ending 30 April 2019 (Renewal thereafter) | RM251,640 | Tan Bee Eng[1] Neoh Cher Leong[1] Chua Yong Haup[3] Chua Yong Hock[6] |
| b) | Double Soon Huat Enterprise[7] - furniture parts sub-contractor | FD to award sub-contract work for furniture parts and components | RM2,083,203 | Chua Yong Haup |
| c) | T-Home Furniture Industry Sdn Bhd[8] | MKKP to supply furniture parts | RM441,122 | Tok Heng Leong[4] Tok Soon Hing[5] |

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

# CORPORATE GOVERNANCE OVERVIEW STATEMENT

## ADDITIONAL COMPLIANCE INFORMATION - continued

*Notes:*

1.  Tan Bee Eng is the Executive Director of LHIB. He is also a major shareholder of LHIB by virtue of his shareholding in AMSB. Mr. Tan is brother-in-law to Neoh Cher Leong who is also a major shareholder of LHIB by virtue of his shareholding in AMSB and a director of EFF. Mr. Tan is also a director of EFF, LHP and PPLP.

2.  Tan Bee Eng and Neoh Cher Leong are the directors of and they and their spouse are the shareholders of NNST Capital Sdn Bhd. ("NNST"). Chua Yong Haup is the director of and shareholder of NNST and Chua Yong Hock is the shareholder of NNST. The wife of Neoh Cher Leong, Madam Soh Gok Lian is also a director of NNST.

3.  Chua Yong Haup is the Managing Director of LHIB and is also a director of LHF, FD, EFF, CTHH, LSG and DP, subsidiaries in the Group.

4.  Tok Heng Leong is the Executive Director of LHIB and also a Director of all the subsidiaries in the Group. He is a major shareholder of LHIB by virtue of his shareholding in AMSB. Mr. Tok is brother-in-law to Mr. Chua Lee Seng who is also a major shareholder of LHIB by virtue of his shareholding in AMSB and also a director of LHIB, LHF, KJSB, LHP & PPLP.

5.  Tok Soon Hing is the director of MKKP, FD, KJSB and CTHH and is brother to Tok Heng Leong and brother-in-law to Mr. Chua Lee Seng.

6.  Chua Yong Hock is the director of FD and DP and brother to Chua Yong Haup.

7.  Chua Yong Haup and Chua Yong Hock are the brothers and brothers in law of the partners of Double Soon Huat, Madam Chua Sai Choo and Mr Ong Swee Guan respectively.

8.  Tay Soon Aik, a director of T-Home Furniture Industry Sdn Bhd, is brother in law to Tok Heng Leong and Tok Soon Hing and his spouse, Madam Tok Siew Tin, is a senior officer of the Group.

## COMPLIANCE STATEMENT

The Board has deliberated, reviewed and approved this Statement on Corporate Governance. The Board is satisfied that to the best of its knowledge, save for the above relevant explanations, the Company has applied the broad principles and recommendations of the Code throughout the financial year 2018. The Company will continue to strengthen its governance practices to safeguard the best interest of its shareholders and stakeholders.

This Statement is issued in accordance with a Resolution of the Board of Directors on 28 March 2019.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

**ANNUAL** REPORT 2018

## AUDIT COMMITTEE REPORT

The Board of the Company is pleased to present the Audit Committee Report for the financial year ended 31 December 2018 which provides insights into the manner in which the Audit Committee discharged its functions for the Group in 2018.

A.   COMPOSITION

The AC comprises four (4) members and all of whom are independent Non-Executive Directors, which meets the requirements of paragraphs 15.09(1)(a) and (b) of Bursa Malaysia Securities Berhad ("Bursa Malaysia") Main Market Listing Requirements ("Main LR").

The members of the AC elected Mr Tey Ping Cheng as the Chairman of the Committee. Mr Tey is a member of Malaysian Institute of Accountants and Certified Practicing Accountant of Australia, fulfills the financial expertise as required by Bursa Malaysia Main LR under paragraph 15.09(1)(c)(i). In order to uphold the Company's Board Charter that provides a limit of a cumulative term of nine (9) years on the tenure of an Independent Director, Mr Tey did not seek re-election upon his retirement as the director of the Company in the Twenty Fourth (24th) AGM and officially ceased as the Independent Non-Executive Director on 13 June 2018.

On 13 June 2018, Mr Chan Wah Chong, a qualified member of the Malaysian Institute of Certified Public Accountants was redesignated as the Chairman of the AC to fill the vacancy arising from the retirement of Mr Tey Ping Cheng. Mr Chan is also a Senior Independent Non-Executive Director.

The Committee is formally constituted with its terms of reference approved by the Board. The terms of reference of the AC is made available on the Company's website at www.liihenfurniture.com.

The Company Secretary shall be the Secretary of the Committee.

B.   MEETINGS AND ATTENDANCES

The details of attendance of each member at the Audit Committee Meetings held during the year are as follows :

|  | No. of Meeting Attended | Percentage of Attendance (%) |
|---|---|---|
| **Chairman** | | |
| Chan Wah Chong (redesignated on 13.06.18) | 5/5 | 100 |
| *Independent Non-Executive Director* | | |
| Tey Ping Cheng (retired on 13.06.18) | 3/3 | 100 |
| *Independent Non-Executive Director* | | |
| **Members** | | |
| Lan Haw Chong@ Lau Haw Chong | 5/5 | 100 |
| *Independent Non-Executive Chairman* | | |
| Dato' Mustapha Bin Abd Hamid | 5/5 | 100 |
| *Independent Non-Executive Director* | | |
| Chik Chan Chee @ Cheok Chan Chee | 2/2 | 100 |
| *(Appointed on 13.06.18)* | | |
| *Independent Non-Executive Director* | | |

The AC held five (5) meetings in 2018, two (2) of which were meeting with the External Auditors, without Executive Directors' and Management's presence. The Managing Director, other Board members, the Group Senior Managers, Internal Auditors and External Auditors were also invited to attend the AC Meetings upon invitation, as and when necessary.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## AUDIT COMMITTEE REPORT

B.    MEETINGS AND ATTENDANCES - continued

Independent Non-Executive Director - continued

Minutes of each AC meeting were recorded and tabled for confirmation at the next following AC meeting and subsequently presented to Board for notation. The Chairman of the AC also highlighted on key audit issues and audit concerns discussed in the AC meeting at each Board meeting.

C.    SUMMARY OF ACTIVITIES FOR THE FINANCIAL YEAR

In line with the terms of reference of the Committee, the following activities were carried out by the Committee during the year up to the date of this Report:

Financial Reporting

- Reviewed all the four (4) quarterly unaudited financial results of the Group and of the Company before recommending them for Board's approval with the presence of the Group Senior Manager of Corporate & Finance for reporting on the results of the Group as well as to answer questions raised by the members of the Committee;

- Reviewed the audited financial statements of the Group and of the Company with the external auditors prior to submission to the Board for its consideration and approval. The review was to ensure that the audited financial statements were drawn up in accordance with the provision of the Companies Act, 2016 and the applicable approved accounting standards;

- Reviewed the Audit Committee Report and Statement on Risk Management and Internal Control for inclusion in the Annual Report; and

- Reviewed together with the external auditors on key audit matters on inventories valuation and write down and impairment of trade receivables and revaluation of property, plant and equipment of the Group for the ended 31 December 2018. The AC agreed with the management treatments on these three issues.

Internal Audit

- Reviewed the outsourced internal auditors' plan for the year under review to ensure adequate scope and comprehensive coverage over the activities of the Group;

- Reviewed the internal audit reports presented by internal auditors in all the quarterly meetings, which highlighted the audit issues, recommendations and appraised the adequacy and effectiveness of management's response in resolving the audit issues reported;

- Reviewed the risk register and reassessed the risk profile of each key risk areas;

- Evaluated the performance, effectiveness and competencies of the outsourced internal auditors and made recommendation to the Board on their appointment and remuneration;

- Suggested on further improvement in the areas of internal control systems and efficiency; and

- Performed the following up on the status of implementation of recommendations made for reporting to the Audit Committee and Management on a yearly basis.

External Audit

- Reviewed with the external auditors their audit plan and the scope of their work;

- Reviewed with the external auditors the results of the audit, audit report, key audit matters and the significant issues as highlighted in management letter together with management's responses to the findings of the external auditors;

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

# AUDIT COMMITTEE REPORT

C.     SUMMARY OF ACTIVITIES FOR THE FINANCIAL YEAR  - continued

### External Audit  - continued

- The present external auditors, Messrs. John Lim & Associates ("JLA"), was re-appointed as external auditors of the Company for holding office until the conclusion of the forthcoming 25th AGM, has given notice to the Committee that it will not seek for re-appointment. This is because JLA has decided not to renew the Audit Oversight Board ("AOB") registration upon expiry. It is due to one of the criteria for registration with the AOB i.e The audit firm with the AOB shall ensure that all its audit partners registered with AOB are attached to only one firm at all times.

  Thus, the AC, having assessed the qualification and capabilities of two audit firms ( which includes their reputation presence in the industry, qualifications and networking ability) recommended to the Board for the appointment of Messrs. Peter Chong & Co as the new External Auditors, in place of JLA.

- Ensured the engagement team conducting the non-audit services to be different from the external audit team;

- Ensured the assistance given by the Group's employees to the external auditors;

- Met with the external auditors twice during the financial year in the absence of Executive Directors and the Management on the audit planning and audit findings for the financial year ended 31 December 2018; and

- The Audit Committee worked closely with the external auditors in establishing procedures to assess the suitability, objectivity, independence and quality of service of the external auditors, in confirming that they are, and have been, independent throughout the conduct of the audit engagement with the Group in accordance with the independence criteria set out by the International Federation of Accountants, and the Malaysian Institute of Accountants. The Committee also ensured that the external auditors met the criteria provided by Paragraph 15.21 of the Listing Requirements of Bursa Securities. In 2018, the Company spent approximately RM64,460 on Non-Audit Fees representing 26% of the total fees to external auditors.

### Related Party Transactions

- Reviewed  and updated on quarterly basis the related  party  transactions entered and ensure these transactions are undertaken in the best interest of the Group, fair, reasonable and on normal commercial terms as well as not detrimental to the interest of the minority shareholders;

- Reviewed the Circular to Shareholders relating to renewal of shareholders' mandate for recurrent related party transactions of revenue or trading nature prior to recommending it for Board's approval; and

- Reviewed Related Party Transaction Procedures.

### Others

- Reviewed annual financial budget before recommendation for Board's approval;

- Reviewed the application of corporate governance principles and the extent of the Group's compliance with the best practices set out in the Code;

- Reviewed the Audit Committee Report for inclusion in the Annual Report; and

- Reviewed of the Statement on Risk Management and Internal Control in compliance with the Listing Requirements and the Code.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

# AUDIT COMMITTEE REPORT

C.    SUMMARY OF ACTIVITIES FOR THE FINANCIAL YEAR  - continued

EVALUATION OF THE AUDIT COMMITTEE

The performance and effectiveness of the AC would be assessed annually through AC evaluation and AC members' self and peer evaluation conducted by the AC, and Nomination Committee ("NC") reviewed the results of such assessments. The NC reviews the term of office and performance of the AC members annually. During the FY 2018, the Board is satisfied that the AC and its members have been able to discharge their functions, duties and responsibilities in accordance with the terms of reference of the AC.

D.    INTERNAL AUDIT FUNCTION

The  internal audit  function of the Group is outsourced to Messrs. PSP Management Services, an independent consulting firm which operates independently from the other operating units in assisting the Audit Committee to discharge of its duties and responsibilities. The consultant firm is led by Mr Yap Tee Kian, who holds a Bachelor of Accounting (Honours) from University of Science Malaysia and is a member of the Malaysian Institute of Accountants. There are three (3) persons deployed by the outsourced service provider for this engagement and the qualification of the staff are degree holders. The personnel of the outsourced provider are free from any relationships or conflict of interest, which could impair their objectivity and independence. The internal audit framework adopted is the International Professional Practices Framework by the Institute of Internal Auditors (IPPF).

The principal role of  the  service provider is to  undertake Independent, regular and systematic reviews of the Group's systems of internal controls, risk management and governance processes so as to provide reasonable assurance that such systems continue to operate adequately  and  effectively.

The activities carried by the outsourced internal auditors during the year under review include:

- Reviewed the control function of the payroll department in the process of payment of wages in cash of LHF,CTHH, EF and FDSB;

- Reviewed the Inventory Management function of EF and the Sales and Marketing function of FDSB;

- Updated risk management with a full risk assessment on half yearly;

- Reviewed the Inventory Management function of CTHH and LSG;

- Reviewed Procurement function of EF and FDSB

- GAP analysis on basic internal control system of LSG in the areas of Sales and Marketing, Procurement, Inventory Management, production and Finance;

- Updated risk management on the second half of 2018; and

- Attended four Audit Committee meetings to table and discuss the internal audit reports and followed up on matters raised.

The total fee paid for the services rendered for the year 2018 amounted to RM43,000 (2017: RM35,438).

The Statement on Risk Management and Internal Control as set out on page 41 to 45 is to provide an overview on the state of risk management and internal control.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## STATEMENT ON RISK MANAGEMENT AND INTERNAL CONTROL

Pursuant to paragraph 15.26(b) of the Bursa Malaysia Main Market Listing Requirements, the Board is pleased to provide the following Statement on Risk Management and Internal Control of the Group, which had been prepared in accordance with the "Statement on Risk Management & Internal Control: Guidance for Directors of Listed Issuers" (the " Guidelines").

### BOARD RESPONSIBILITY

The Board is committed to establish and maintain a sound, effective and efficient system of risk management and internal controls to safeguard all its stakeholders' interests and the Group's assets.  There is an ongoing process undertaken by the Board to ensure adequacy and integrity of the system mentioned and it is vital to ensure that they are consistent with the overall Group's corporate objectives. However,  such system of risk management and internal control is designed  to  manage  the  Group's key areas of risk within an  acceptable  risk tolerance rather  than eliminate  the  risk  of  failure  in  achieving  the  goals and objectives  of  the  Group.  Accordingly,  the  systems of risk management and internal controls can only provide  reasonable  but  not  absolute  assurance  against  material  misstatement  of financial information and records or against financial losses or fraud.

### THE RISK MANAGEMENT PROCESS

The Board has established an ongoing process for identifying, evaluating and managing the significant risks faced by the Group and has put in place a structured risk management framework which includes the following key elements:

- Guiding principles of the risk management framework;

- Approach to risk management;

- Approach in reviewing and monitoring significant risks;

- Regular review of the effectiveness of internal controls.

The risk  management  framework  and  internal  control  system  are  integrated  in  the  Group's  operations  and  working  culture  and  applied continuously throughout the year, to determine, evaluate and manage the significant risks of the Group. Hence, any significant risk arising from factors within the Group and from changes in business environment can be addressed on a timely basis. The risk management process is regularly reviewed with updating the system of internal controls when there are changes to the business environment or regulatory guidelines by the Board via the Audit Committee and Risk Oversight Committee ("ROC") in accordance with the Guidelines.

### 1.  Risk Management

a.  Roles and Responsibilities

The Group adopts a decentralized approach to risk management, whereby all employees take ownership and accountability for risks at their respective levels. The process of risk management and treatment is the responsibilities of the Heads of Department.

A working group, the Risk Management Working Committee (RMWC) headed by executive director, Mr Chua Yong Haup and comprise of key persons from all departments provides risk management support to Management for the Group as a whole. The role of the RMWC includes reporting on an annual basis, the status of the risk mitigation actions, new risks identified and risk that have changed characteristics together with the corresponding controls. The RMWC submits its report annually to the ROC for their oversight role on risk management and through the Audit Committee reports to the Board on any significant changes in the business and external environment which affect key risks.

The ROC comprises all the independent non-executive directors with Mr Chan Wah Chong as its chairman. Its sole and exclusive function is overseeing the risk management policies of the Company and the operation of the Company's enterprise-wide risk management framework, such framework to be commensurate with the Company's structure, risk profile, complexity, activities and size, as well as providing oversight of the Company's capital planning, liquidity risk management and resolution planning activities.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## STATEMENT ON RISK MANAGEMENT AND INTERNAL CONTROL

### 1.  Risk Management  - continued

#### a.  Roles and Responsibilities - continued

The Group's Managing Director and Senior Manager of Corporate & Finance have provided the Board the assurance that the Group's risk management and internal control systems are operating adequately and effectively, in all material aspects, to ensure achievement of corporate objectives.

The Board is primarily responsible for strategic risks management while the responsibility to address all risks associated with the business operations rests with senior management.

#### b.  Risk Identification and Assessment

The risk management methodology and approach applied are described as below:

The Risk Register is compiled and reviewed on a regularly basis. Any emerging new risks will be identified and followed up with the implementation of the control action plans.

The Group's risk appetite defines the amount and types of risk that the Group is able and willing to accept in pursuit of the Group's business objectives. It also sets out the level of risk tolerance and limits to govern, manage and control the Group's risk taking activities. The management has been given a clear line of accountability and the delegated authorities have been established as part of internal control efforts through standard operating procedures.

During the year, the risk registers were reviewed by the RMWC with the assistance from the outsourced internal audit service provider. There was no significant change in the database of risks and corresponding controls.

### 2.  Internal Control System

#### a.  The Internal Control Process

The internal control and monitoring procedures include:

- clearly defined systems and procedures, for key operational and financial departments, include maintaining of good operational and financial records and controls and producing an accurate and timely management information;

- control of key financial risks through clearly laid down authorization levels and proper segregation of accounting duties;

- detailed reporting of trading results, balance sheets and cash flows, with regular review by the management;

- regular independent internal audit activities to monitor compliance with procedures and assess the integrity of operational and financial information provided; and

- regular information provided to the management, covering financial performance and key indicators and cash flow performance.

LII HEN INDUSTRIES BHD. (301361-U)

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

ANNUAL REPORT **2018**

## STATEMENT ON RISK MANAGEMENT AND INTERNAL CONTROL

THE RISK MANAGEMENT PROCESS - continued

2.  Internal Control System - continued

a.  The Internal Control Process - continued

The key elements of the Group's internal control system that considered as an integral part of the assurance framework are described below:

- **Organizational Structure**

  The Board has put in place an organizational structure with formally defined lines of responsibility and delegation of authority for the Board, Committees of the Board and the executive management of the Group's operating units.

  Meetings of Board and Committees meetings are held on scheduled basis to review the performance of the Group on financial and operational perspective, and to carry out their fiduciary duties and responsibilities. Potential business strategies are proposed by Executive Directors to the Board for review and approval.

- **Audit Committee**

  The Audit Committee is responsible for monitoring, overseeing and evaluating the duties and responsibilities of the Internal and External Auditors as those duties and responsibilities relate to the organization's processes for controlling its operations.

  The Audit Committee meets quarterly to review the quarterly result, internal and external audit findings, discuss risk management plans and ensures weaknesses in controls highlighted are appropriately addressed by management. The Group's Senior Manager of Corporate & Finance also participates in these meetings.

- **Risk Oversight Committee**

  The ROC provides an oversight role in the risk management of the Group. The details of Risk Management Principles and Framework can be accessed via the Group's website: https://liihenfurniture.com/risk-management-principles-and-framework/

- **Internal Audit**

  The internal audit function of the Group is outsourced to an independent internal audit service provider which operates independently from the other operating units. The particulars of the consultant are as disclosed in Section D of the Audit Committee Report. It provides the Board with much of the assurance it requires regarding the adequacy and effectiveness of the risk management, internal controls and governance processes. The systematic and disciplined approach is employed to draw up the annual audit plans for the review and approval of the Audit Committee. Audits are independently carried out on the internal controls in the key activities of the Group's business in accordance to the risk-based approach and the internal auditors have full and direct access to the Audit Committee.

- **Policies and Procedures**

  Policies and procedures regulating financial and operating activities are documented in manuals as the key framework for good internal control practices. These manuals are subject to regular reviews and updates to reflect the changing business risks and to resolve operational deficiencies, if any. The employees of the Group are aware of the objectives of the risk management and the need for the various checks and balances put in place as mentioned in the manual to achieve effective internal control. The code of conduct and policy of whistle-blowing as posted in the Company's website have been disseminated to the employees.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## STATEMENT ON RISK MANAGEMENT AND INTERNAL CONTROL

THE RISK MANAGEMENT PROCESS - continued

2.  Internal Control System - continued

a.  **The Internal Control Process** - continued

The key elements of the Group's internal control system that considered as an integral part of the assurance framework are described below: - continued

- **Business Plan and Budgeting Process**

Detailed annual business plan and budgets are prepared by individual operating units containing business strategies, financial and operating targets, performance indicators and capital expenditure proposals, which are approved both at operating unit level and by the Board. The budgets are prepared as a performance measurement of the Group. The annual budget is reviewed on half yearly basis to reflect the changing business operating environment and any significant variances are tabled in the Audit Committee meeting for discussion and rectification actions.

- **Reporting System**

The Board entrusts the daily running of the operations to the Managing Director, Executive Directors and the management team. Executive Directors held their regular meetings at least once a month to discuss and review significant changes in the business and the external environment which affect the risks faced by the Group especially exposure to currency transaction risks through monitoring procedures on forward contracts on foreign currency.

At operation level, clear reporting lines are established across the Group and operation and management reports are prepared for dissemination to relevant personnel for effective communication of critical information throughout the Group for timely decision-making and execution in pursuit of business objectives.

At quarterly Board Meetings, the Directors discuss and deliberate the strategic issues facing the business and the principal risks affecting the Group. The Executive Directors will report to the Board of any significant matters arising and necessary action to mitigate such risks. Comprehensive information are provided by the respective business units covering financial performance and operation, including the monthly monitoring of results against budget, with major variances being followed up and management action taken, where necessary.

- **Appraisal System**

A clear defined framework for investment appraisal which can be accessed vide https://liihenfurniture.com/investment-framework/, covers acquisition or disposal of any business, application of capital expenditure and approval on borrowings. Proposals for major expenditure and new investment by the Group are reviewed by the Audit Committee and approved by the Board. Post implementation reviews are conducted and reported to the Board.

b.  **Monitoring process**

The Audit Committee has full and direct access to the internal auditors and reviews reports on all internal audits performed. Key findings and recommendations to improve the internal controls are highlighted to the head of operating units and the Audit Committee, and with performing a year end follow-up assessment on corrective actions.

Based on the quarterly internal audit reports for the financial year ended 31 December 2018, the Board has reasonable assurance that the Group's system of internal control are generally adequate and appear to be working satisfactorily. A number of minor internal control weaknesses were identified during the financial year, all which have been, or are being addressed. None of the weaknesses have resulted in any material losses, contingencies or uncertainties that would require disclosure in the Group's annual report.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

# STATEMENT ON RISK MANAGEMENT AND INTERNAL CONTROL

**THE RISK MANAGEMENT PROCESS** - continued

**REVIEW OF THE STATEMENT BY EXTERNAL AUDITORS**

The external auditors have reviewed this Statement on Risk Management and Internal Control for inclusion in the annual report of the Group for the year ended 31 December 2018 and reported to the Board that nothing has come to their attention that causes them to believe that the Statement is inconsistent with their understanding of the process adopted by the Board in reviewing the adequacy and effectiveness of the risk management and internal control system. Their review was performed in accordance with Recommended Practice Guide ("RPG 5"): Guidance for Auditors on the Review of Directors' Statement on Internal Control, issued by the Malaysian Institute of Accountants. RPG 5 does not require the external auditors to, and they did not, consider whether this Statement covers all risk and controls, or to form an opinion on the effectiveness of the Group's risk and control procedures.

**CONCLUSION**

The system of risk management and internal controls comprising the respective framework, management processes and monitoring processes described in this Statement are considered appropriate. Based on inquiry, information and assurances provided by the Managing Director and the Group's Senior Manager of Corporate & Finance, the Board is satisfied that the system of risk management and internal controls for the year under review was generally satisfactorily. Measures are in placed and continually being taken to ensure the ongoing adequacy and effectiveness of internal controls to safeguard the Group's assets and hence shareholders' investment.

There were no material losses that have arisen from any inadequacy or failure of the Group's internal control system which requires additional disclosure in the financial statements. The management continues to take measures to strengthen the control environment and processes.

**This Statement is issued in accordance with a Resolution of Board of Directors passed on 28 March 2019**

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## DIRECTORS' RESPONSIBILITY STATEMENT

The Board is responsible for preparing yearly financial statements and ensuring that they give a true and fair view of the financial position of the Group and of the Company as at 31 December 2018 and of the financial performance and cash flows of the Group and of the Company for the financial year then ended.

In preparing the financial statements, the Directors have selected and applied consistently suitable accounting policies and made reasonable and prudent judgments and estimates. Hence the financial statements are drawn up on a going concern basis in accordance with the Malaysian Financial Reporting Standards, International Financial Reporting Standards and the provisions of the Companies Act 2016.

It is the duty of the Board to review the appropriateness of the basis before adopting the financial statements and present them before the Annual General Meeting together with the Report of the external auditors and the Board.

The Board is also responsible for ensuring that proper accounting and other records are kept to sufficiently explain the transactions recorded.

The Board also has a general responsibility for taking such steps as are reasonably open to them to safeguard the assets of the Group and to prevent and detect fraud and other irregularities.

Filed By: bbaher@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

**ANNUAL REPORT** 2018

## ABOUT THE SUSTAINABILITY STATEMENT

As a conscientious corporate citizen, the Group continued to initiate efforts to enhance its sustainability practices focusing on the areas of Economic, Environmental and Social ("EES"). This statement describes how it addresses the sustainability matters that are material to the Group and its stakeholders, and presents the progress of strategies and practices implemented in managing the sustainability matters as guided by Bursa Malaysia Securities Berhad's ("Bursa Malaysia") Sustainability Reporting Guide and Toolkits. During the year ended 31 December 2018, the Group also included relevant indicators to describe the Group's sustainability performance.However, there is no comparison data available due to the the data collection system is designed during the year.

### SCOPE AND COVERAGE

Unless otherwise stated, the scope of our Sustainability Statement covers the period from 1 January 2018 to 31 December 2018 and the reporting boundary for the time being is mainly focused on the furnitre manufacturing operations. The Group's plantation and investment holding operations are not included at this juncture.

### SUSTAINABILITY GOVERNANCE

The Board of Directors ("Board") of Lii Hen Industries Berhad ("Lii Hen") is primarily responsible in overseeing the Risk Management and Sustainability Governance of the Group.The risk management oversight process is helmed by the Board's Risk Oversight Committee, comprising solely Independent Directors("Committee"),which is supported by the Risk Management Working Committee ("Management Committee"), comprising the Managing Director, other Executive Directors and selected management personnel, who identifies, evaluates and implements control measures to mitigate the risks so identified to acceptable levels and reports the same to the Committee for onward communication to the Board. With the advent of Sustainability Reporting, the Committee takes on the additional oversight role of monitoring sustainability activities, where the relevant material sustainability matters are identified by the Management Committee in tandem with the normal risk management initiatives. The outcome of sustainability performance, i.e. the effectiveness of measures implemented in addressing the Material Sustainability Matters, is collated by the Committee for onward reporting to the Board.



Sustainability Governance Structure

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## ABOUT THE SUSTAINABILITY STATEMENT

### MATERIALITY ASSESSMENT

The Management Committee conducts a materiality review every year to identify the sustainability matters that are important and relevant to the Group and its stakeholders. The result would assist the Group to manage the material sustainability matters.

The Group's materiality assessment comprises the following steps:



### STAKEHOLDERS

| Stakeholders | Sustainable Topics | Type of Engagement | Frequency |
|---|---|---|---|
| Customers | • Production quality and improvement<br>• Product quality<br>• Sustaining long term relationship<br>• Operation in compliance with applicable laws and standards | • On-site factory visit<br>• Customer audit, if any | • On-going<br>• On-going |
| Employees | • Health and safety<br>• Communication and engagement<br>• Working condition and welfare<br>• Employee satisfaction<br>• Career development and training<br>• Business performance review<br>• Operation in compliance with applicable laws and standards | • Appraisal and performance review<br>• Social events with employees<br>• Training and development<br>• Formal meeting and discussion | • Annually<br>• On-going<br>• On-going<br>• On-going |
| Suppliers | • Supplier performance<br>• Products quality | • Supplier qualification and selection process<br>• Regular meetings and correspondence<br>• Supplier performance evaluation | • On-going<br>• On-going<br>• Monthly |
| Shareholders and Investors | • Financial performance<br>• Operation in compliance with applicable laws and standards | • Corporate website<br>• Investor relationship channel<br>• Quarterly financial results<br>• Annual Report<br>• Regular meetings and correspondence | • On-going<br>• On-going<br>• Quarterly<br>• Annually<br>• On-going |
| Government and Regulators | • Regulatory compliance | • Site visit and meeting<br>• Participating in program organisedby government bodies | • As required<br>• As required |

Filed By: bbaher@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

# ABOUT THE SUSTAINABILITY STATEMENT

## MATERIALITY MATRIX



## MANAGING SUSTAINABILITY MATTERS ECONOMIC

### Economic

### Economic Performance

The economic performance of a company indicates how much value it has created for its stakeholders. Our economic performance is managed as part of our business strategy. Both internal and external stakeholders of the Group rely on our economic performance. With strong economic performance, we could:

- Deliver value to our shareholders
- Deliver value through our products to society
- Offer competitive salaries and benefits to our employees
- Meet the obligations to suppliers and creditors
- Meet customers' requirements
- Generate tax revenues to government

### Economic Performance Highlights for FY2018

|  | FY 2018 | FY2017 |
|---|---|---|
| Revenue | RM801.2 million | RM717.5 million |
| Profit after tax | RM57.9 million | RM70.7 million |
| Employee benefit | RM89.6 million | RM86.8 million |
| Tax expenses (excluding deferred tax expenses) | RM14.5 Million | RM22.5 Million |
| Dividend | RM36.9 Million | RM46.8 Million |

Barcode:3886453-01 A-570-106 INV - Investigation -

ANNUAL REPORT **2018**

## ABOUT THE SUSTAINABILITY STATEMENT

Economic Performance Highlights for FY2018 - continued

**Procurement Practices**

Being a responsible corporate citizen to reduce carbon footprint, the Group always supports its local suppliers through purchases of local products and services as closer proximity reducing emissions related to product/supply chain transport and reduced cost in purchasing. In addition, we also believe sourcing locally will contributes to developing the local economy and generate more employment and job opportunities for the people and community.

**Mitigating Foreign Currency Risk**

A substantial portion of the Group's revenue are denominated in U.S. dollar and the Group is exposed to the risks of foreign currency fluctuations. However, the Group has approved hedging policy and costing mechanism in place to monitor currency fluctuation to mitigate the risk.

**Certification & Accreditation**

One of our subsidiary, Lii Hen Furniture Sdn. Bhd. has obtained the following certification:

| Type of certification | Certification Body | Scope of Certification | Company |
|---|---|---|---|
| ISO9001:2015 | SIRIM | Manufacture of wooden furniture | Lii Hen Furniture Sdn. Bhd. |

## CORPORATE GOVERNANCE

Lii Hen has to ensure that it manages the business and affairs of the Group in conformity with the laws and regulations of the jurisdictions in which it operates.

The Board regard Corporate Governance as vitally important to the success of business and are unreservedly committed to applying the principles necessary to ensure that the following principles of good governance is practiced in all of its business dealings in respect of its shareholders and relevant stakeholders:

- The Board is the focal point of Lii Hen's Corporate Governance system. It is ultimately accountable and responsible for the performance and affairs of Lii Hen.
- All Board members are expected to act in a professional manner, thereby upholding the core values of integrity and enterprise with due regard to their fiduciary duties and responsibilities.
- All Board members are responsible to Lii Hen for achieving a high level of good governance.
- This Board Charter shall constitute, and form, an integral part of each Director's duties and responsibilities.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

**ANNUAL REPORT** 2018

# ABOUT THE SUSTAINABILITY STATEMENT

## CORPORATE GOVERNANCE - continued

The current Board Charter is available online on the Lii Hen's website, www.liihenfurniture.com.

Details of Lii Hen's corporate governance framework and practices are elaborated in the Corporate Governance Overview Statement contain in this Annual Report.

### Risk Management

For information on Risk Management, please refer to the section in Statement on Risk Management and Internal Control of the Annual Report FY2018.

### Code of Conduct and Ethics and Whistleblowing

The information on Code of Conduct and Ethics and Whistleblowing, is available online on the Lii Hen's website, www.liihenfurniture.com.

## LABOUR PRACTICES

The Group acknowledge the workforce is a valuable asset, and a sound employee relationship is a key ingredient to the long-term sustainability of the business. Therefore, we are committed to provide them with safe and healthy working conditions and support their learning and development via our training and development programmes.

### Diversity

The Group believes that workforce diversity is the source of new value creation. As such, the Group strives to provide employment opportunities to a diverse group of people, regardless of their age, gender, religion and race, while leveraging the diversity of employees to increase corporate competitiveness. As at 31 December 2018, we have a total workforce of 2,880 employees of which majority comprise of foreign workers. As the standard of living in Malaysia improve over time, we are facing challenges in recruiting local employees. However, we will engage the Human Resource Ministry to identify and reach out to other avenues on local recruitment.

### Diversity

| Employee by Gender | 2018 | 2018 |
|---|---|---|
| Male | 2,631 | 91.4% |
| Female | 249 | 8.6% |
| Total | 2,880 | 100.0% |

| Employee by Age Group | 2018 | 2018 |
|---|---|---|
| < 30 years old | 1,310 | 45.5% |
| 30 – 50 years old | 1,477 | 51.3% |
| > 50 years old | 93 | 3.2% |
| Total | 2,880 | 100.0% |



**ANNUAL REPORT** 2018

## ABOUT THE SUSTAINABILITY STATEMENT

### LABOUR PRACTICES - continued

#### A Safe and Healthy Work Environment

Each of the operating units has appointed a Safety Officer to oversee compliance with the rules and regulations instituted by the Department of Environment and Department of Occupational Safety and Health ("JKKP").

Apart from the appointment of a Safety Officer, the Group has also established a Safety and Health Committee which deliberates on matters pertaining to safety and health of employees at the work place. Structured training programmes on health and safety are organized for employees to undergo on an annual basis whilst their health is under surveillance to ensure health matters, if any, are quickly identified for remedial measures.

The Group's Health and Safety key data are as follow :

|  | 2018 |
|---|---|
| Industrial accident cases | 19 |
| Industrial fatalities cases | - |

#### Environment

The Group remain committed to preserving the environment and minimise carbon footprint as it goes about its operations, the Group's employees practise energy saving habits faithfully through many ways to save resources, such as switching off electricity when not in use, minimising printing to reduce paper wastage and the use of energy saving equipment such as LED lighting at all hostels. The Group has also undertaken the planting of more than 200,000 trees of the timber latex clone on 435 hectares of degraded forest land.

| Energy Consumption | 2018 |
|---|---|
| Electricity (kWh) | 16,375,983 |

| Water Consumption | 2018 |
|---|---|
| Water (m3) | 71,930 |

This Statement is issued in accordance with a Resolution of Board of Directors passed on 28 March 2019.

Filed By: bbaher@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -



# FINANCIAL STATEMENTS 31 DECEMBER 2018

| | |
|---|---|
| DIRECTORS' REPORT | 54 |
| STATEMENT BY DIRECTORS | 60 |
| STATUTORY DECLARATION | 61 |
| INDEPENDENT AUDITORS' REPORT | 62 |
| | |
| CONSOLIDATED STATEMENT OF FINANCIAL POSITION | 67 |
| CONSOLIDATED STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME | 68 |
| CONSOLIDATED STATEMENT OF CHANGES IN EQUITY | 69 |
| CONSOLIDATED STATEMENT OF CASH FLOWS | 70 |
| | |
| STATEMENT OF FINANCIAL POSITION | 72 |
| STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME | 73 |
| STATEMENT OF CHANGES IN EQUITY | 74 |
| STATEMENT OF CASH FLOWS | 75 |
| NOTES TO THE FINANCIAL STATEMENTS | 77 |

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## DIRECTORS' REPORT

The Directors have pleasure in submitting their report together with the audited financial statements of the Group and of the Company for the financial year ended 31 December 2018.

### PRINCIPAL ACTIVITIES

The principal activity of the Company is that of investment holding. The principal activities of the subsidiary companies are as set out in note 10 to the financial statements.

There have been no significant changes in the nature of these activities of the Group and of the Company during the financial year.

### SUBSIDIARY COMPANIES

The details of the Company's subsidiary companies are as set out in note 10 to the financial statements.

### RESULTS

|  | Group RM | Company RM |
|---|---|---|
| Profit for the financial year attributable to: |  |  |
| Owners of the Company | 57,163,689 | 37,876,651 |
| Non-controlling interests | 689,558 | - |
|  | 57,853,247 | 37,876,651 |

### DIVIDENDS

The dividends paid or declared by the Company since the end of the previous financial year were as follows:

|  | RM |
|---|---|
| In respect of the financial year ended 31 December 2017, |  |
| - special single tier dividend of 8.0 sen per share declared on 22 February 2018 and dealt with in the previous Directors' report  was paid on 27 March 2018 | 14,400,000 |
| - final single tier dividend of 3.0 sen per share proposed in the previous financial year and dealt with in the previous Directors' report was paid on 19 July 2018 | 5,400,000 |
| In respect of the financial year ended 31 December 2018, |  |
| - first interim single tier dividend of 2.5 sen per share declared on 24 May 2018 and paid on 29 June 2018 | 4,500,000 |
| - second interim single tier dividend of 3.5 sen per share declared on 23 August 2018 and paid on 27 September 2018 | 6,300,000 |
| - third interim single tier dividend of 3.5 sen per share declared on 22 November 2018 and paid on 27 December 2018 | 6,300,000 |
|  | 36,900,000 |

LII HEN INDUSTRIES BHD. (301361-U)

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

ANNUAL REPORT 2018

## DIRECTORS' REPORT - continued

### DIVIDENDS - continued

After the end of the financial year,

In respect of the financial year ended 31 December 2018,
- fourth single tier dividend of 2.0 sen per share declared on
  21 February 2019 and payable on 28 March 2019                          3,600,000

The above single tier dividend, declared subsequent to the financial year end, has not been included as liability in the financial statements.

The Directors proposed a final single tier dividend of 3.0 sen per share amounting to RM5,400,000 in respect of the financial year ended 31 December 2018. The proposed final dividend is subject to approval by the shareholders at the forthcoming Annual General Meeting and has not been included as liability in the financial statements.

### RESERVES AND PROVISIONS

There were no material transfers to or from reserves or provisions during the financial year except as disclosed in the financial statements.

### ISSUE OF SHARES AND DEBENTURES

The Company did not issue any new shares or debentures during the financial year.

### DIRECTORS

The Directors of the Company who held office during the financial year up to the date of this report are:

Lan Haw Chong @ Lau Haw Chong
Chua Yong Haup*
Chua Lee Seng*
Tok Heng Leong*
Tan Bee Eng*
Chan Wah Chong
Dato' Mustapha Bin Abd Hamid
Chik Chan Chee @ Cheok Chan Chee (Appointed on 13 June 2018)
Tey Ping Cheng (Retired on 13 June 2018)
Chan Nyat Keong (Resigned on 01 May 2018)

*They are also Directors of certain subsidiary companies of the Company.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## DIRECTORS' REPORT - continued

### DIRECTORS - continued

The Directors of the subsidiary companies of the Company who held office during the financial year up to the date of this report, not including those Directors listed above are:

Chua Yong Hock
Tok Soon Hing
Neoh Cher Leong
Chua Lee Wat
Sia Chee Shong
Zamri Bin Sedek
Mohd Qari Bin Ahmad (Resigned on 21.02.2018)
Lokman Bin Yusof (Resigned on 31.05.2018)

### DIRECTORS' INTEREST

The Directors holding office at the financial year end and their interests in share capital of the Company and of its related corporations during the financial year were as follows:

| | Number of ordinary shares | | | |
| | Balance at 01.01.2018 | Bought | Sold | Balance at 31.12.2018 |
|---|---|---|---|---|
| **Direct interest** | | | | |
| **Ordinary shares of the Company** | | | | |
| - Chua Yong Haup | 150,000 | 60,000 | - | 210,000 |
| - Chua Lee Seng | 141,200 | - | - | 141,200 |
| - Tok Heng Leong | 43,428 | - | - | 43,428 |
| - Tan Bee Eng | 321,094 | - | (187,000) | 134,094 |
| | | | | |
| **Indirect interest** | | | | |
| **Ordinary shares of the Company** | | | | |
| - Chua Lee Seng | 77,207,010 | 16,400 | - | 77,223,410 |
| - Tok Heng Leong | 77,058,510 | - | - | 77,058,510 |
| - Tan Bee Eng | 77,058,510 | - | - | 77,058,510 |
| | | | | |
| **Ordinary shares of the immediate and ultimate holding Company Assets Muar Sdn. Bhd.** | | | | |
| - Chua Yong Haup | 1,427,778 | 69,067 | - | 1,496,845 |
| - Chua Lee Seng | 3,055,140 | - | (460,450) | 2,594,690 |
| - Tok Heng Leong | 3,055,140 | - | - | 3,055,140 |
| - Tan Bee Eng | 2,911,617 | 23,023 | - | 2,934,640 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## DIRECTORS' REPORT - continued

### DIRECTORS' INTEREST - continued

By virtue of their interests in the shares of the Company, Messrs. Chua Lee Seng, Tok Heng Leong and Tan Bee Eng are also deemed to have interests in the shares of all subsidiary companies to the extent that the Company has an interest.

None of the other Directors holding office at the financial year end had any interest in the share capital of the Company and of its related companies during the financial year.

### DIRECTORS' BENEFITS

Since the end of the previous financial year, no Director of the Company has received or become entitled to receive any benefit (other than as disclosed in the financial statements) by reason of a contract made by the Company or a related corporation with the Director or with a firm of which the Director is a member, or with a company in which the Director has a substantial financial interest except as disclosed in note 31 to the financial statements.

Neither during nor at the end of the financial year, was the Company or any of its subsidiary companies a party to any arrangements whose object is to enable the Directors to acquire benefits by means of the acquisition of shares in or debentures of the Company or any other body corporate.

### OTHER STATUTORY INFORMATION ON THE FINANCIAL STATEMENTS

(a)  Before the financial statements of the Group and of the Company were made out, the Directors took reasonable steps:

(i)    to ascertain that action had been taken in relation to the writing off of bad debts and the making of provision for doubtful debts and satisfied themselves that  there were no known bad debts and adequate provision for doubtful debts had been made; and

(ii)   to ensure that any current assets, other than debts, which were unlikely to realise in the ordinary course of business their value as shown in the accounting records of the Group and of the Company had been written down to an amount which they might be expected so to realise.

(b)  At the date of this report, the Directors are not aware of any circumstances:

(i)    which would require any amounts to be written off for bad debts or would render the amounts of the provision for doubtful debts in the financial statements of the Group and of the Company inadequate to any substantial extent,

(ii)   which would render the values attributed to current assets in the financial statements of the Group and of the Company misleading,

(iii)  which have arisen which render adherence to the existing method of valuation of assets or liabilities of the Group and of the Company misleading or inappropriate, or

(iv)  not otherwise dealt with in this report or the financial statements which would render any amount stated in the financial statements misleading.

**ANNUAL REPORT** 2018

## DIRECTORS' REPORT - continued

### OTHER STATUTORY INFORMATION ON THE FINANCIAL STATEMENTS - continued

(c)    At the date of this report, there does not exist:

(i)    any charge on the assets of the Group and of the Company which has arisen since the end of the financial year which secures the liability of any other person, or

(ii)    any contingent liability of the Group and of the Company which has arisen since the end of the financial year.

(d)    No contingent or other liability of the Group and of the Company has become enforceable, or is likely to become enforceable within the period of twelve months after the end of the financial year which, in the opinion of the Directors, will or may substantially affect the ability of the Group and of the Company to meet their obligations as and when they fall due.

(e)    In the opinion of the Directors,

(i)    the results of the operations of the Group and of the Company during the financial year were not substantially affected by any item, transaction or event of a material and unusual nature; and

(ii)    there has not arisen in the interval between the end of the financial year and the date of this report any item, transaction or event of a material and unusual nature likely to affect substantially the results of the operations of the Group and of the Company for the current financial year.

### IMMEDIATE AND ULTIMATE HOLDING COMPANY

The Directors regard Assets Muar Sdn. Bhd., a company incorporated in Malaysia, as the immediate and ultimate holding company.

### SIGNIFICANT EVENTS DURING THE FINANCIAL YEAR

Details of the significant events during the financial year are as disclosed in note 38 to the financial statements.

### INDEMNITY AND INSURANCE COSTS

During the financial year, the total cost of insurance effected for Directors and officers of the Group and of the Company is as disclosed in note 27(a) to the financial statements.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## DIRECTORS' REPORT - continued

### AUDITORS' REMUNERATION

The auditors' remuneration is as disclosed in note 27(a) to the financial statements.

Signed in accordance with a resolution of the Directors.

**Chua Yong Haup**
Director

**Chua Lee Seng**
Director

Muar

Date: 28 March 2019

Barcode:3886453-01 A-570-106 INV - Investigation -

ANNUAL REPORT **2018**

## STATEMENT BY DIRECTORS

We, the undersigned, being two of the Directors of Lii Hen Industries Bhd. do hereby state that, in the opinion of the Directors, the accompanying statements of financial position, statements of profit or loss and other comprehensive income, statements of changes in equity and statements of cash flows together with the notes attached thereto are drawn up in accordance with Malaysian Financial Reporting Standards, International Financial Reporting Standards and the Companies Act, 2016 in Malaysia so as to give a  true and fair view of the financial position of the Group and of the Company at 31 December 2018 and of the financial performance and the cash flows of the Group and of the Company for the financial year then ended.

Signed in accordance with a resolution of the Directors.

**Chua Yong Haup**
Director

**Chua Lee Seng**
Director

Date: 28 March 2019

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

# STATUTORY DECLARATION

I, Lydia Sim Lee Hea (MIA: CA 8074), being the officer primarily responsible for the financial management of Lii Hen Industries Bhd., do solemnly and sincerely declare that the accompanying statements of financial position, statements of profit or loss and other comprehensive income, statements of changes in equity and statements of cash flows together with the notes thereto are, to the best of my knowledge and belief, correct and I make this solemn declaration conscientiously believing the declaration to be true, and by virtue of the provisions of the Statutory Declarations Act, 1960.

Subscribed and solemnly declared            )
by the abovenamed at Muar in the            )
State of Johore on 28 March 2019            )

**Lydia Sim Lee Hea**

Before me,

Lim Pei Ling
No: J 238
Pesuruhjaya Sumpah
Malaysia

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF LII HEN INDUSTRIES BHD.
(Incorporated in Malaysia)

### REPORT ON THE AUDIT OF THE FINANCIAL STATEMENTS

#### Opinion

We have audited the financial statements of Lii Hen Industries Bhd., which comprise the statements of financial position at 31 December 2018 of the Group and of the Company, and the statements of profit or loss and other comprehensive income, statements of changes in equity and statements of cash flows of the Group and of the Company for the financial year then ended, and notes to the financial statements, including a summary of significant accounting policies, as set out on pages 67 to 153.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Group and of the Company at 31 December 2018, and of their financial performance and their cash flows for the financial year then ended in accordance with Malaysian Financial Reporting Standards, International Financial Reporting Standards and the requirements of the Companies Act, 2016 in Malaysia.

#### Basis for Opinion

We conducted our audit in accordance with approved standards on auditing in Malaysia and International Standards on Auditing. Our responsibilities under those standards are further described in the Auditors' Responsibilities for the Audit of the Financial Statements section of our report. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

#### Independence and Other Ethical Responsibilities

We are independent of the Group and of the Company in accordance with the By-Laws (on Professional Ethics, Conduct and Practice) of the Malaysian Institute of Accountants ("By-Laws") and the International Ethics Standards Board for Accountants' Code of Ethics for Professional Accountants ("IESBA Code"), and we have fulfilled our other ethical responsibilities in accordance with the By-Laws and the IESBA Code.

#### Key Audit Matters

Key audit matters are those matters that, in our professional judgement, were of most significance in our audit of the financial statements of the Group and of the Company for the current financial year. These matters were addressed in the context of our audit of the financial statements of the Group and of the Company as a whole, and in forming our opinion thereon, and we do not provide a separate opinion on these matters.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

ANNUAL REPORT 2018

## INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF LII HEN INDUSTRIES BHD. (Incorporated in Malaysia) - continued

Key Audit Matters - continued

| *Key Audit Matters* | *How our audit addressed the key audit matters* |
|---|---|
| 1) Inventories valuation and write down (Refer to note 3(h), 6(a) and 12 to the financial statements) | |
| The Group had inventories of RM89,260,567 at 31 December 2018 and is significant to the financial statements. | We obtained assurance over the appropriateness of the assumptions applied by the management in calculating the value of the inventories by: |
| Inventories are stated at the lower of cost and net realisable value. The valuation of the inventories and the assessment of inventories write down due to excess quantities, obsolescence and decline in net realisable value below cost involved judgements and estimation uncertainty in forming expectations about future revenue and demands. | - Obtaining an understanding of the inventory management process of the Group including how the Group values the inventories and identifies and assesses the inventory write down; |
| | - Performing sample test to confirm that inventories are valued at the lower of cost and net realisable value, through testing of raw materials costs, labour and overhead absorption into inventories and post period end sales values; |
| | - Participating in the annual inventory count, performed sample test counts and observed the counts performed by management; |
| | - Reviewing the inventories records for inventory movements and to identify slow moving items and assess the adequacy of the written down; |
| | - Inquiring of management pertaining the plans to clear the slow moving and obsolete inventories; and |
| | - Evaluating the reasonableness and adequacy of the write down for inventories recognised for identified exposures. |

ANNUAL REPORT **2018**

## INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF LII HEN INDUSTRIES BHD.
### (Incorporated in Malaysia) - continued

Key Audit Matters - continued

| *Key Audit Matters* | *How our audit addressed the key audit matters* |

**2)  Impairment of trade receivables (Refer to note 6(b) and 13 to the financial statements)**

The Group had receivables of RM71,384,107 at 31 December 2018 and is significant to the financial statements. As disclosed in note 34(a) to the financial statements, the Group is subject to concentration of credit risk and other major credit risk exposure.

The Group adopted MFRS 9 - "Financial instruments", with a date of transition of 1 January 2018. MFRS 9 introduces an expected credit loss ("ECL") impairment model, which requires the use of significant assumptions in assessing the level of allowance for ECL or to write-down the value of trade receivables. We identified this matter as key audit matter mainly due to the significant amount involved and judgement exercised together with the inherent uncertainty in the assumptions applied by the Directors to determine the level of allowance.

Our audit procedures in this area included, among others:

- Obtaining an understanding of how the Group has control over the receivable collection process and the process for estimating ECL;

- Reviewing the receivables ageing analysis and testing the reliability thereof;

- Reviewing subsequent cash collections for major receivables and overdue debts;

- Inquiring of management pertaining the recoverability of significant and overdue debts; and

- Evaluating the adequacy of the Group's ECL made against trade receivables and checked the accuracy of data and calculation of the ECL amount, on a sample basis.

**3)  Revaluation of property, plant and equipment (Refer to note 6(c) and 7 to the financial statements)**

The Group had land and buildings included in property, plant and equipment of RM160,775,833 at 31 December 2018 and represented 35% of the Group's total assets.

We identified the valuation of land and buildings included in property, plant and equipment as a key audit matter due to the significance of the balance to the financial statements as a whole, combined with the significant judgements associated with the determination of the fair value.

The Group's land and buildings included in property, plant and equipment are stated at fair value based on valuations carried out by independent qualified professional valuers (the "Valuers"). The valuations are based on sales comparison approach which is the significant unobservable input that involves management's significant judgement. Details of the valuation techniques and significant unobservable input used in the valuations are disclosed in note 33 to the financial statements.

Our audit procedures in relation to the valuation of property, plant and equipment included:

- Evaluating the competence, capabilities and objectivity of the Valuers;

- Obtaining an understanding of the valuation process and techniques adopted by the Valuers to assess if they are consistent with industry norms;

- Obtaining the valuation reports and discussing with the Valuers to assess the reasonableness of the significant unobservable inputs and the accuracy of the source data used by the management and the Valuers by comparing them, on a sampling basis, to where relevant, existing publicly available information of similar comparable properties and our knowledge of the real estate industry; and

- Checking arithmetical accuracy of calculations.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF LII HEN INDUSTRIES BHD.
## (Incorporated in Malaysia) - continued

### Information Other Than the Financial Statements and Auditors' Report Thereon

The Directors of the Company are responsible for the other information. The other information comprises the information included in the Annual Report and Directors' Report, but does not include the financial statements of the Group and of the Company and our auditors' report thereon.

Our opinion on the financial statements of the Group and of the Company does not cover the other information and we do not express any form of assurance conclusion thereon.

In connection with our audit of the financial statements of the Group and of the Company, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements of the Group and of the Company or our knowledge obtained in the audit or otherwise appears to be materially misstated.

If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. We have nothing to report in this regard.

### Responsibilities of the Directors for the Financial Statements

The Directors of the Company are responsible for the preparation of financial statements of the Group and of the Company that give a true and fair view in accordance with Malaysian Financial Reporting Standards, International Financial Reporting Standards and the requirements of the Companies Act, 2016 in Malaysia. The Directors are also responsible for such internal control as the Directors determine is necessary to enable the preparation of financial statements of the Group and of the Company that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements of the Group and of the Company, the Directors are responsible for assessing the Group's and the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the Directors either intend to liquidate the Group or the Company or to cease operations, or have no realistic alternative but to do so.

### Auditors' Responsibilities for the Audit of the Financial Statements

Our objectives are to obtain reasonable assurance about whether the financial statements of the Group and of the Company as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with approved standards on auditing in Malaysia and International Standards on Auditing will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with approved standards on auditing in Malaysia and International Standards on Auditing, we exercise professional judgement and maintain professional scepticism throughout the audit. We also:

a)   Identify and assess the risks of material misstatement of the financial statements of the Group and of the Company, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

b)   Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Group's and the Company's internal control.

c)   Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the Directors.

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF LII HEN INDUSTRIES BHD.
(Incorporated in Malaysia) - continued

### Auditors' Responsibilities for the Audit of the Financial Statements - continued

As part of an audit in accordance with approved standards on auditing in Malaysia and International Standards on Auditing, we exercise professional judgement and maintain professional scepticism throughout the audit. We also: - continued

d)      Conclude on the appropriateness of the Directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Group's or the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements of the Group and of the Company or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Group or the Company to cease to continue as a going concern.

e)      Evaluate the overall presentation, structure and content of the financial statements of the Group and of the Company, including the disclosures, and whether the financial statements of the Group and of the Company represent the underlying transactions and events in a manner that achieves fair presentation.

f)      Obtain sufficient appropriate audit evidence regarding the financial information of the entities or business activities within the Group to express an opinion on the financial statements of the Group. We are responsible for the direction, supervision and performance of the group audit. We remain solely responsible for our audit opinion.

We communicate with the Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

We also provide the Directors with a statement that we have complied with relevant ethical requirements regarding independence, and to communicate with them all relationships and other matters that may reasonably be thought to bear on our independence, and where applicable, related safeguards.

From the matters communicated with the Directors, we determine those matters that were of most significance in the audit of the financial statements of the Group and of the Company for the current financial year and are therefore the key audit matters. We describe these matters in our auditors' report unless law or regulation precludes public disclosure about the matter or when, in extremely rare circumstances, we determine that a matter should not be communicated in our report because the adverse consequences of doing so would reasonably be expected to outweigh the public interest benefits of such communication.

### Other Matter

This report is made solely to the members of the Company, as a body, in accordance with Section 266 of the Companies Act, 2016 in Malaysia and for no other purpose. We do not assume responsibility to any other person for the content of this report.

**JOHN LIM & ASSOCIATES**                      **OH PHAIK CHOO**
A.F. No. 0393                                  02847/03/2020 J
Chartered Accountants                          Chartered Accountant

Date: 28 March 2019

67, 2nd Floor, Room A                          Phone   :  06-9515317 / 9523513
Jalan Ali, 84000 Muar                          Fax     :  06-9545393
Johor Darul Takzim                             E-mail  :  jlim0393@gmail.com

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

ANNUAL REPORT **2018**

## CONSOLIDATED STATEMENT OF FINANCIAL POSITION
### AT 31 DECEMBER 2018

| | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| **ASSETS** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 7 | 184,278,694 | 151,946,425 |
| Investment property | 8 | 375,022 | 383,001 |
| Biological asset | 9 | 2,230,426 | 2,438,965 |
| Intangible assets | 11 | 486,532 | 505,525 |
| | | 187,370,674 | 155,273,916 |
| **Current assets** | | | |
| Inventories | 12 | 89,260,567 | 88,200,407 |
| Receivables | 13 | 71,384,107 | 78,531,285 |
| Prepaid operating expenses and other assets | 14 | 11,275,169 | 7,072,406 |
| Investment security | 16 | 17,723,198 | - |
| Derivative financial instruments | 17 | 54,167 | - |
| Tax assets | 18 | 2,709,239 | 1,446,875 |
| Deposits, cash and bank balances | 19 | 76,344,174 | 92,212,898 |
| | | 268,750,621 | 267,463,871 |
| **TOTAL ASSETS** | | 456,121,295 | 422,737,787 |
| **EQUITY AND LIABILITIES** | | | |
| **EQUITY** | | | |
| **Equity attributable to owners of the Company** | | | |
| Share capital | 20 | 89,999,994 | 89,999,994 |
| Reserves | 21 | 235,993,266 | 198,772,646 |
| | | 325,993,260 | 288,772,640 |
| Non-controlling interests | 10(b) | (22,578) | (712,136) |
| **Total equity** | | 325,970,682 | 288,060,504 |
| **LIABILITIES** | | | |
| **Non-current liabilities** | | | |
| Borrowings | 22 | 2,354,109 | 3,836,163 |
| Deferred taxation | 23 | 19,411,544 | 14,885,895 |
| | | 21,765,653 | 18,722,058 |
| **Current liabilities** | | | |
| Borrowings | 22 | 26,845,576 | 34,604,341 |
| Payables | 24 | 80,662,444 | 78,349,212 |
| Tax liabilities | 18 | 876,940 | 3,001,672 |
| | | 108,384,960 | 115,955,225 |
| **Total liabilities** | | 130,150,613 | 134,677,283 |
| **TOTAL EQUITY AND LIABILITIES** | | 456,121,295 | 422,737,787 |

The annexed notes form an integral part of the financial statements.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## CONSOLIDATED STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME FOR THE FINANCIAL YEAR ENDED 31 DECEMBER 2018

| | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| Revenue | 25 | 801,218,510 | 717,534,990 |
| Cost of sales | | (664,053,703) | (559,544,567) |
| | | | |
| Gross profit | | 137,164,807 | 157,990,423 |
| | | | |
| Other income | | 3,434,370 | 9,823,264 |
| Administrative expenses | | (29,810,372) | (30,992,622) |
| Selling expenses | | (34,410,384) | (28,705,511) |
| Other expenses | | (2,178,995) | (14,167,698) |
| Finance costs | 26 | (1,267,536) | (1,139,789) |
| | | | |
| Profit before tax | 27 | 72,931,890 | 92,808,067 |
| | | | |
| Income tax expenses | 18 | (15,078,643) | (22,078,343) |
| | | | |
| Profit for the financial year | | 57,853,247 | 70,729,724 |
| | | | |
| Other comprehensive income, net of tax Item that will not be reclassified subsequently to profit or loss | | | |
| Revaluation surplus of property, plant and equipment | | 16,956,931 | - |
| | | | |
| Total comprehensive income for the financial year | | 74,810,178 | 70,729,724 |
| | | | |
| Profit for the financial year attributable to: | | | |
| Owners of the Company | | 57,163,689 | 71,548,480 |
| Non-controlling interests | | 689,558 | (818,756) |
| | | | |
| | | 57,853,247 | 70,729,724 |
| | | | |
| Basic earnings per share attributable to owners of the Company (sen) | 28 | 31.76 | 39.75 |

The annexed notes form an integral part of the financial statements.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

ANNUAL REPORT 2018

## CONSOLIDATED STATEMENT OF CHANGES IN EQUITY
### FOR THE FINANCIAL YEAR ENDED 31 DECEMBER 2018

| | Note | Non-distributable | | Distributable | | | |
|---|---|---|---|---|---|---|---|
| | | Share Capital RM | Asset Revaluation Reserves RM | Retained Profits RM | Total Shareholders' Equity RM | Non-Controlling Interests RM | Total Equity RM |
| At 01 January 2017 | | 89,999,994 | 29,042,630 | 144,981,536 | 264,024,160 | 106,620 | 264,130,780 |
| Profit for the financial year | | - | - | 71,548,480 | 71,548,480 | (818,756) | 70,729,724 |
| Other comprehensive income | | | | | | | |
| Depreciation transfer on land and buildings | | - | (1,811,337) | 1,811,337 | - | - | - |
| Total comprehensive income/ (expenses) for the financial year | | - | (1,811,337) | 73,359,817 | 71,548,480 | (818,756) | 70,729,724 |
| Contributions by and distributions to owners | | | | | | | |
| Dividends, representing total transactions with owners | 29 | - | - | (46,800,000) | (46,800,000) | - | (46,800,000) |
| At 31 December 2017 | | 89,999,994 | 27,231,293 | 171,541,353 | 288,772,640 | (712,136) | 288,060,504 |
| At 01 January 2018 | | 89,999,994 | 27,231,293 | 171,541,353 | 288,772,640 | (712,136) | 288,060,504 |
| Profit for the financial year | | - | - | 57,163,689 | 57,163,689 | 689,558 | 57,853,247 |
| Other comprehensive income | | | | | | | |
| Revaluation surplus of property, plant and equipment, net of tax | | - | 16,956,931 | - | 16,956,931 | - | 16,956,931 |
| Depreciation transfer on land and buildings | | - | (756,813) | 756,813 | - | - | - |
| Total other comprehensive income for the financial year | | - | 16,200,118 | 756,813 | 16,956,931 | - | 16,956,931 |
| Total comprehensive income for the financial year | | - | 16,200,118 | 57,920,502 | 74,120,620 | 689,558 | 74,810,178 |
| Contributions by and distributions to owners | | | | | | | |
| Dividends, representing total transactions with owners | 29 | - | - | (36,900,000) | (36,900,000) | - | (36,900,000) |
| At 31 December 2018 | | 89,999,994 | 43,431,411 | 192,561,855 | 325,993,260 | (22,578) | 325,970,682 |

The annexed notes form an integral part of the financial statements.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## CONSOLIDATED STATEMENT OF CASH FLOWS
### FOR THE FINANCIAL YEAR ENDED 31 DECEMBER 2018

| | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES | | | |
| Profit before taxation | | 72,931,890 | 92,808,067 |
| Adjustments for: | | | |
|     Amortisation of intangible assets | | 18,993 | 18,690 |
|     Depreciation on property, plant and equipment | | 8,693,143 | 7,573,110 |
|     Depreciation on investment property | | 7,979 | 7,979 |
|     Fair value changes of biological asset | | 797,589 | 1,913,920 |
|     Impairment loss on trade receivables | | 32,632 | 70,277 |
|     Interest expenses | | 1,267,536 | 1,139,789 |
|     Inventories written off due to fire incident | | - | 2,012,469 |
|     Inventories written down to net realisable value | | 46,280 | 2,507 |
|     Property, plant and equipment written off: | | | |
|      - due to fire incident | | - | 3,911,777 |
|      - others | | 29,720 | 1,081 |
|     Unrealised foreign exchange loss | | 863,869 | 899,118 |
|     Fair value change of investment security | | (20,969) | - |
|     Gain on disposal of property, plant and equipment | | (66,313) | (86,691) |
|     Income from debt instrument carried at fair value | | (27,944) | - |
|     Interest income | | (1,981,789) | (3,183,384) |
|     Net fair value gain on derivative financial instruments | | (54,167) | - |
| Operating profit before working capital changes | | 82,538,449 | 107,088,709 |
| Increase in inventories | | (1,106,440) | (27,208,348) |
| Decrease/(increase) in receivables | | 6,445,292 | (21,275,237) |
| Increase in prepaid operating expenses and other assets | | (4,192,443) | (1,550,420) |
| Increase in payables and other financial liabilities | | 2,332,410 | 443,953 |
| Cash generated from operations | | 86,017,268 | 57,498,657 |
| Income tax paid | 18(a) | (17,846,286) | (24,726,736) |
| Interest paid | | (1,267,536) | (1,139,789) |
| Income tax refunded | 18(a) | - | 213,540 |
| Net cash from operating activities | | 66,903,446 | 31,845,672 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## CONSOLIDATED STATEMENT OF CASH FLOWS

### FOR THE FINANCIAL YEAR ENDED 31 DECEMBER 2018 - continued

| | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | |
| Addition to biological asset | | (589,050) | (414,858) |
| Net cash outflow arising from acquisition of a subsidiary company | 10(c) | - | (18,591,561) |
| Purchase of intangible asset | | - | (1,650) |
| Purchase of investment security | | (17,702,229) | - |
| Purchase of property, plant and equipment | 30(b) | (20,055,967) | (12,023,737) |
| Interest received | | 1,971,469 | 3,272,344 |
| Income received from investment security | | 27,944 | - |
| Proceeds from disposal of property, plant and equipment | | 180,275 | 101,008 |
| Net cash used in investing activities | | (36,167,558) | (27,658,454) |
| | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | |
| Changes in pledged short term deposits | | (87,602) | (87,560) |
| Dividends paid | 29 | (36,900,000) | (46,800,000) |
| Net changes in bankers' acceptances | | (3,017,635) | 5,079,667 |
| Repayment of hire purchase obligation | | (11,130) | - |
| Repayment of term loans | | (1,754,342) | (2,303,006) |
| Net cash used in financing activities | | (41,770,709) | (44,110,899) |
| | | | |
| **Net decrease in cash and cash equivalents** | | (11,034,821) | (39,923,681) |
| | | | |
| **Effect of exchange rate changes on cash and cash equivalents** | | (213,793) | (310,409) |
| | | | |
| **Cash and cash equivalents at beginning of the financial year** | | 84,748,508 | 124,982,598 |
| | | | |
| **Cash and cash equivalents at end of the financial year** | 30(c) | 73,499,894 | 84,748,508 |

The annexed notes form an integral part of the financial statements.

**ANNUAL REPORT** 2018

## STATEMENT OF FINANCIAL POSITION
### AT 31 DECEMBER 2018

| | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| **ASSETS** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 7 | 1,039 | 1,147 |
| Investments in subsidiary companies | 10 | 62,743,577 | 56,243,577 |
| | | 62,744,616 | 56,244,724 |
| **Current assets** | | | |
| Prepaid operating expenses and other assets | 14 | 14,040 | 12,633 |
| Amounts due by subsidiary companies | 15 | 10,671,249 | 10,822,277 |
| Investment security | 16 | 17,723,198 | - |
| Tax asset | 18 | 140,242 | - |
| Deposits, cash and bank balances | 19 | 901,036 | 24,206,039 |
| | | 29,449,765 | 35,040,949 |
| **TOTAL ASSETS** | | 92,194,381 | 91,285,673 |
| **EQUITY AND LIABILITIES** | | | |
| **EQUITY** | | | |
| **Equity attributable to owners of the Company** | | | |
| Share capital | 20 | 89,999,994 | 89,999,994 |
| Reserve | 21 | 2,112,012 | 1,135,361 |
| **Total equity** | | 92,112,006 | 91,135,355 |
| **LIABILITIES** | | | |
| **Current liabilities** | | | |
| Payables | 24 | 82,375 | 104,830 |
| Tax liability | 18 | - | 45,488 |
| | | 82,375 | 150,318 |
| **TOTAL EQUITY AND LIABILITIES** | | 92,194,381 | 91,285,673 |

The annexed notes form an integral part of the financial statements.

Filed By: bbaker@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME
### FOR THE  FINANCIAL YEAR ENDED 31 DECEMBER 2018

|  | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| Revenue | 25 | 36,900,000 | 46,800,000 |
| Other income |  | 1,789,688 | 1,749,190 |
| Administrative expenses |  | (624,599) | (930,687) |
| Other operating expense |  | - | (4,757,377) |
| Profit before tax | 27 | 38,065,089 | 42,861,126 |
| Income tax expense | 18 | (188,438) | (317,749) |
| Profit for the financial year representing total comprehensive income for the financial year attributable to owners of the Company |  | 37,876,651 | 42,543,377 |

The annexed notes form an integral part of the financial statements.

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## STATEMENT OF CHANGES IN EQUITY

FOR THE FINANCIAL YEAR ENDED 31 DECEMBER 2018

|  | Note | Non-distributable Share Capital RM | Distributable Retained Profits RM | Total Equity RM |
|---|---|---|---|---|
| At 01 January 2017 |  | 89,999,994 | 5,391,984 | 95,391,978 |
| Profit for the financial year representing total comprehensive income for the financial year |  | - | 42,543,377 | 42,543,377 |
| **Contributions by and distributions to owners** Dividends, representing total transactions with owners | 29 | - | (46,800,000) | (46,800,000) |
| **At 31 December 2017** |  | 89,999,994 | 1,135,361 | 91,135,355 |
| **At 01 January 2018** |  | 89,999,994 | 1,135,361 | 91,135,355 |
| Profit for the financial year representing total comprehensive income for the financial year |  | - | 37,876,651 | 37,876,651 |
| **Contributions by and distributions to owners** Dividends, representing total transactions with owners | 29 | - | (36,900,000) | (36,900,000) |
| At 31 December 2018 |  | 89,999,994 | 2,112,012 | 92,112,006 |

The annexed notes form an integral part of the financial statements.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

**ANNUAL REPORT 2018**

## STATEMENT OF CASH FLOWS

### FOR THE FINANCIAL YEAR ENDED 31 DECEMBER 2018

|  | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | |
| Profit before taxation | | 38,065,089 | 42,861,126 |
| Adjustments for: | | | |
| Depreciation on property, plant and equipment | | 138 | 141 |
| Impairment loss on investment in a subsidiary company | | - | 4,757,377 |
| Dividend income | | (36,900,000) | (46,800,000) |
| Fair value changes on investment security | | (20,969) | - |
| Interest income | | (1,740,775) | (1,749,190) |
| Income from debt instrument carried at fair value | | (27,944) | - |
| Operating loss before working capital changes | | (624,461) | (930,546) |
| (Increase)/decrease in prepaid operating expenses and other assets | | (1,407) | 126,859 |
| (Decrease)/increase in payables | | (22,455) | 14,690 |
| Cash used in operations | | (648,323) | (788,997) |
| Dividends received from subsidiary companies | | 36,900,000 | 46,800,000 |
| Income tax paid | 18(a) | (374,168) | (307,571) |
| Income tax refunded | 18(a) | - | 58,392 |
| Net cash from operating activities | | 35,877,509 | 45,761,824 |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | |
| Advances to subsidiary companies | | (8,825,563) | (3,603,979) |
| Purchase of investment security | | (17,702,229) | - |
| Purchase of property, plant and equipment | 30(b) | (30) | - |
| Interest received | | 1,740,775 | 1,749,190 |
| Income received from investment security | | 27,944 | - |
| Repayment from subsidiary companies | | 2,476,591 | 1,816,063 |
| Net cash used in investing activities | | (22,282,512) | (38,726) |

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL** REPORT **2018**

## STATEMENT OF CASH FLOWS

### FOR THE FINANCIAL YEAR ENDED 31 DECEMBER 2018 - continued

| | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| Cash flows from financing activity | | | |
| Dividends paid, representing net cash used in financing activity | 29 | (36,900,000) | (46,800,000) |
| | | | |
| Net decrease in cash and cash equivalents | | (23,305,003) | (1,076,902) |
| Cash and cash equivalents at beginning of the financial year | | 24,206,039 | 25,282,941 |
| Cash and cash equivalents at end of the financial year | 30(c) | 901,036 | 24,206,039 |

The annexed notes form an integral part of the financial statements.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018

### 1.    GENERAL

The principal activity of the Company is that of investment holding. The principal activities of the subsidiary companies are as set out in note 10.

The Company is a public limited liability company, incorporated and domiciled in Malaysia and listed on the Main Market of the Bursa Malaysia Securities Berhad ('Bursa Malaysia').

The immediate and ultimate holding company is Assets Muar Sdn. Bhd., a company incorporated in Malaysia.

The registered office of the Company is at 67, 3rd Floor, Jalan Ali, 84000 Muar, Johor Darul Takzim, and the principal place of business is at Plo 43, Kawasan Perindustrian Bukit Pasir, Jalan Raja, Mukim Sungai Raya, 84300 Bukit Pasir, Muar, Johor Darul Takzim.

The Board has authorised the issuance of the financial statements on 28 March 2019.

### 2.    BASIS OF PREPARATION OF THE FINANCIAL STATEMENTS

The financial statements of the Group and of the Company have been prepared in accordance with Malaysian Financial Reporting Standards ('MFRSs'), International Financial Reporting Standards and the Companies Act, 2016 in Malaysia.

Estimates and judgements are evaluated by the management on an on-going basis and are based on historical experience and other factors, including expectations of future events that are believed to be reasonable under the circumstances. The estimates and assumptions that have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities are as disclosed in note 6.

The financial statements of the Group and of the Company are prepared under the historical cost convention except as disclosed in the accounting policies set out below.

The financial statements are presented in Ringgit Malaysia ('RM').

### 3.    SIGNIFICANT ACCOUNTING POLICIES

The accounting policies set out below have been applied consistently to the reporting   periods presented in these financial statements, other than as disclosed in note 5.

a)    Basis of consolidation, business combinations and subsidiary companies

i)    Basis of consolidation

The consolidated financial statements comprise the financial statements of the Company and of its subsidiary companies at the end of the reporting period. The financial statements of the subsidiary companies used in the preparation of the consolidated financial statements are prepared for the same reporting date as the Company. Consistent accounting policies are applied to like transactions and events in similar circumstances.

All intra-group balances, income and expenses and unrealised gains and losses resulting from intra-group transactions and dividends are eliminated in full.

Barcode:3886453-01 A-570-106 INV - Investigation -

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.    SIGNIFICANT ACCOUNTING POLICIES - continued

a)    Basis of consolidation, business combinations and subsidiary companies - continued

i)    **Basis of consolidation** - continued

Subsidiary companies are consolidated from the date of acquisition, being the date on which the Group obtains control, and continue to be consolidated until the date that such control ceases.

Losses and other comprehensive expenses within a subsidiary company are attributed to the non-controlling interest even if that results in a deficit balance.

A change in the ownership interest of a subsidiary company, without a loss of control, is accounted for as an equity transaction. If the Group losses control over a subsidiary company, it

-    de-recognises the assets (including goodwill) and liabilities of the subsidiary company at their carrying amounts at the date when control is lost;

-    de-recognises the carrying amounts of any non-controlling interest;

-    de-recognises the cumulative translation differences recorded in equity;

-    recognises the fair value of the consideration received;

-    recognises the fair value of any investment retained;

-    recognises any surplus or deficit in profit or loss; and

-    re-classifies the Group's shares of components previously recognised in other comprehensive income to profit or loss or retained profits, as appropriate.

ii)    **Business combinations**

Business combinations are accounted for by applying the acquisition method. Identifiable assets acquired and liabilities assumed in a business combination are measured initially at their fair values at the acquisition date. Acquisition-related costs are recognised as expenses in the reporting periods in which the costs are incurred and the services are received.

Any contingent consideration to be transferred by the acquirer will be recognised at fair value at the acquisition date. Subsequent changes to the fair value of the contingent consideration which is deemed to be an asset or liability, will be recognised in profit or loss.

The Group elects for each individual business combination, whether non-controlling interest in the acquiree (if any), that are present ownership interests and entitle their holders to a proportionate share of net assets in the event of liquidation, is recognised on the acquisition date at fair value, or at the non-controlling interest's proportionate share of the acquiree's identifiable net assets. Other components of non-controlling interests are measured at their acquisition date fair value, unless another measurement basis is required by another MFRS.

Any excess of the sum of the fair value of the consideration transferred in the business combination, the amount of non-controlling interest in the acquiree (if any), and the fair value of the Group's previously held equity interest in the acquiree (if any), over the net fair value of the acquiree's identifiable assets and liabilities is recorded as goodwill. The accounting policy for goodwill is as set out in note 3(g)(i). In instances where the latter amount exceeds the former, the excess is recognised as gain on bargain purchase in profit or loss on the acquisition date.

78    LII HEN INDUSTRIES BHD. (301361-U)

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS

### - 31 DECEMBER 2018 - continued

3.    SIGNIFICANT ACCOUNTING POLICIES - continued

a)    Basis of consolidation, business combinations and subsidiary companies - continued

    ii)    Business combinations - continued

        Business combinations involving entities under common control adopted before 01 January 2011

        Business combinations involving entities under common control are accounted for by applying the pooling of interest method. The assets and liabilities of the combining entities are reflected at their carrying amounts reported in the consolidated financial statements of the controlling holding company. Any difference between the consideration paid and the share capital of the "acquired" entity is reflected within the equity as merger reserve or merger deficit. Merger deficit is adjusted against suitable reserves of the entity acquired to the extent that laws or statutes do not prohibit the use of such reserves.

        As part of its transition of MFRSs, the Group elected not to restate those business combinations that occurred before the date of transition to MFRSs, i.e. 01 January 2011.

    iii)    Subsidiary companies

        A subsidiary company is an investee that is controlled by the Group. The Group controls an investee when it is exposed, or has rights, to variable returns from its involvement with the investee and has the ability to affect those returns through its power over the investee.

        Thus, the Group controls an investee if, and only if, the Group has all of the following:

        -    power over the investee;

        -    exposure, or rights or variable returns from its involvement with the investee; and

        -    the ability to use its power over the investee to affect its returns.

        The Group reassesses whether or not it controls an investee if facts and circumstances indicate that there are changes to one or more of the three elements of control listed above.

        In the Company's separate financial statements, investments in subsidiary companies are accounted for at cost less impairment losses, if any. On disposal of such investment, the difference between net disposal proceeds and its carrying amount is recognised in profit or loss.

b)    Transactions with non-controlling interests

    Non-controlling interest represents the equity in subsidiary companies not attributable, directly or indirectly, to owners of the Company.

    Changes in the interest in a subsidiary company that do not result in a loss of control are accounted for as equity transactions. In such circumstances, the carrying amounts of the controlling and non-controlling interests are adjusted to reflect the changes in their relative interests in the subsidiary company. Any difference between the amount by which the non-controlling interest is adjusted and the fair value of the consideration paid or received is recognised directly in equity and attributed to owners of the Company.

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS

### - 31 DECEMBER 2018 - continued

3.    SIGNIFICANT ACCOUNTING POLICIES  - continued

c)    Property, plant and equipment

All items of property, plant and equipment are initially recorded at cost. Subsequent to recognition, property, plant and equipment (other than certain land and buildings) are measured at cost less accumulated depreciation and accumulated impairment losses, if any. The cost includes the cost of replacing part of the property, plant and equipment and borrowing costs that are directly attributable to the acquisition, construction or production of a qualifying property, plant and equipment. The accounting policy for borrowing costs is as set out in note 3(q). The cost of an item of property, plant and equipment is recognised as an asset if, and only if, it is probable that future economic benefits associated with the item will flow to the Group and to the Company and the cost of the item can be measured reliably.

Where significant parts of property, plant and equipment are required to be replaced in intervals, the Group and the Company recognise such parts as individual assets with specific useful lives and depreciation respectively. Likewise, when a major inspection is performed, its cost is recognised in the carrying amount of the plant and equipment as a replacement if the recognition criteria are satisfied. All other repair and maintenance costs are recognised in profit or loss as incurred.

Certain land and buildings are measured at fair value less accumulated depreciation and impairment losses, if any recognised after the date of the revaluation. Valuations are performed with sufficient regularity (every five years or at shorter intervals whenever the fair value of the revalued assets is expected to differ materially from the carrying value) to ensure that the carrying amount does not differ materially from the fair value of the land and buildings at the end of the reporting period.

Any revaluation surplus is recognised in other comprehensive income and accumulated in equity under the asset revaluation reserve, except to the extent that it reverses a revaluation decrease of the same asset previously recognised in profit or loss, in which case the increase is recognised in profit or loss. A revaluation deficit is recognised in profit or loss, except to the extent that it offsets an existing surplus on the same asset carried in the asset revaluation reserve.

Any accumulated depreciation as at the revaluation date is eliminated against the gross carrying amount of the asset and the net amount is restated to the revalued amount of the asset. The revaluation surplus included in the asset revaluation reserve in respect of an asset is transferred directly to retained profits on retirement or disposal of the asset.

The carrying amounts of property, plant and equipment are reviewed for impairment when events or changes in circumstances indicate that the carrying amount may not be recoverable.

The residual values, useful lives and depreciation methods are reviewed at the end of each reporting period, and adjusted prospectively, if appropriate.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected from its use or disposal. Any gain or loss on de-recognition of the asset is included in profit or loss in the reporting period the asset is derecognised.

d)    Depreciation

Freehold land is not amortised as it is deemed to have an infinite life.

Construction-in-progress is not depreciated until it is ready for its intended use.

Depreciation for all the other property, plant and equipment is calculated so as to write off the cost of the assets or their revalued amounts to their residual values on a straight line basis over the estimated useful lives of the assets concerned.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.   SIGNIFICANT ACCOUNTING POLICIES  - continued

d)   Depreciation  - continued

The annual rates of depreciation in use are as follows:

| | |
|---|---|
| Freehold factory buildings | 2% |
| Leasehold factory buildings | 2% |
| Leasehold land | 57 to 60 years |
| Plant, machinery and equipment | 10% - 33% |
| Plantation infrastructure development expenditure | 5% |
| Hostels, store, renovation and electrical installation | 10% - 20% |
| Motor vehicles | 20% |
| Other assets | 5% - 20% |

e)   Investment properties

Investment properties are properties that are either owned by the Group or leased under a finance lease that are held to earn rentals or for capital appreciation, or both, rather than for use in the production or supply of goods or services, or for administrative purposes, or in the ordinary course of business. Investment properties comprise completed investment properties and properties that are being constructed or developed for future use as investment properties. Properties held under operating leases are classified as investment properties when the definition of investment properties is met.

Investment properties are initially measured at cost, including transaction costs.

The Group adopted the cost model to measure its investment property. Under the cost model, investment property is measured at cost less accumulated depreciation and impairment losses, if any.

Investment properties are derecognised when either they have been disposed of or when the investment property is permanently withdrawn from use and no future economic benefit is expected from its disposal. Any gain or loss on the retirement or disposal of an investment property is recognised in profit or loss in the reporting period of retirement or disposal.

The freehold building is depreciated at an annual rate of 2%.

f)   Biological asset

Biological asset is immature rubber wood trees. Biological asset is measured at fair value less costs to sell. Any gains or losses arising from changes in the fair value less costs to sell are recognised in profit or loss. Fair value is determined based on the present value of expected net cash flows from the biological assets. The expected net cash flows are estimated using the expected output method and the estimated market price of the biological assets.

Biological asset is classified as current asset that is expected to be harvested on a date not more than 12 months after the reporting date. The balance is classified as non-current.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.   SIGNIFICANT ACCOUNTING POLICIES  - continued

g)   Intangible assets

i)   **Goodwill**

Goodwill is initially measured at cost. Following initial recognition, goodwill is measured at cost less accumulated impairment losses, if any.

For the purpose of impairment testing, goodwill acquired in a business combination is, from the acquisition date, allocated to each of the Group's cash-generating units that are expected to benefit from the synergies of the combination, irrespective of whether other assets or liabilities of the acquiree are assigned to those units.

The cash-generating unit to which goodwill has been allocated is tested for impairment annually and whenever there is an indication that the cash-generating unit may be impaired. Impairment is determined for goodwill by assessing the recoverable amount of each cash-generating unit (or group of cash-generating units) to which the goodwill relates. Where the recoverable amount of the cash-generating unit is less than the carrying amount, an impairment loss is recognised in profit or loss. Impairment losses recognised for goodwill are not reversed in subsequent reporting periods.

Where goodwill forms part of a cash-generating unit and part of the operation within that cash-generating unit is disposed of, the goodwill associated with the operation disposed of is included in the carrying amount of the operation when determining the gain or loss on disposal of the operation. Goodwill disposed of in this circumstance is measured based on the relative fair values of the operations disposed of and the portion of the cash-generating unit retained.

ii)   **Other intangible assets**

Intangible assets acquired are measured initially at cost. Following initial acquisition, intangible assets are carried at cost less accumulated amortisation and impairment losses, if any. Internally generated intangible assets, excluding capitalised development costs, are not capitalised and expenditure is reflected in profit or loss in the reporting period in which the expenditure is incurred.

The useful lives of intangible assets are assessed as either finite or indefinite.

Intangible assets with finite useful lives are amortised over the estimated useful lives and assessed for impairment whenever there is an indication that the intangible asset may be impaired. The amortisation period and the amortisation method are reviewed at least at the end of each reporting period. Change in the expected useful life or the expected pattern of consumption of future economic benefits embodied in the asset is accounted for by changing the amortisation period or method, as appropriate, and are treated as changes in accounting estimates.

Intangible assets with indefinite useful lives or not yet available for use are tested for impairment annually, or more frequently if the events and circumstances indicate that the carrying value may be impaired either individually or at the cash-generating unit level. Such intangible assets are not amortised. The useful life of an intangible asset with an indefinite useful life is reviewed annually to determine whether the useful life assessment continues to be supportable. If not, the change in useful life from indefinite to finite is made on a prospective basis.

Gains or losses arising from de-recognition of an intangible asset are measured as the difference between the net disposal proceeds and the carrying amount of the asset and are recognised in profit or loss when the asset is derecognised.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.    SIGNIFICANT ACCOUNTING POLICIES   - continued

g)    Intangible assets

ii)    **Other intangible assets** - continued

Other intangible assets consist of:

- Right of use over permanent reserve forest land ("ROU")

    ROU acquired is measured initially at cost. Following initial acquisition, ROU is measured at cost less accumulated amortisation and impairment losses, if any. The ROU is amortised over its lease term of thirty (30) years.

- Computer software

    Computer software acquired separately is amortised on a straight line basis over its finite useful life of five (5) years.

h)    Inventories

Inventories are stated at the lower of cost and net realisable value. Costs incurred in bringing the inventories to their present location and condition are accounted for as follows:

- Raw materials and consumables: purchase cost on a first-in first-out basis and incidental cost in bringing the raw materials and consumables to their intended location and condition.

- Finished goods and work-in-progress: cost of direct materials and labour and a proportion of manufacturing overheads based on normal operating capacity. These costs are assigned on a first-in first-out basis.

Where necessary, allowance is provided for damaged, obsolete and slow moving items to adjust the carrying amount of inventories to the lower of cost and net realisable value.

Net realisable value is the estimate of the selling price in the ordinary course of business, less the estimated cost of completion and the estimated costs of necessary to make the sale.

i)    Financial instruments

i)    **Financial assets**

    **Initial recognition and measurement**

    Financial assets are recognised when, and only when, the entity becomes party to the contractual provisions of the instruments.

    At initial recognition, the Group measures a financial asset at its fair value plus, in the case of a financial asset not at fair value through profit or loss, transaction costs that are directly attributable to the acquisition of the financial asset. Transaction costs of financial assets carried at fair value through profit or loss are expensed in profit or loss.

    Trade receivables are measured at the amount of consideration to which the Group expects to be entitled in exchange for transferring promised goods or services to a customer, excluding amounts collected on behalf of third party, if the trade receivables do not contain a significant financing component at initial recognition.

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## NOTES TO THE FINANCIAL STATEMENTS

### - 31 DECEMBER 2018 - continued

3.    SIGNIFICANT ACCOUNTING POLICIES  - continued

i)    Financial instruments  - continued

i)    **Financial assets**  - continued

**Subsequent measurement**

Investments in debt instruments

Subsequent measurement of debt instruments depends on the Group's business model for managing the asset and the contractual cash flow characteristics of the asset. The measurement categories for classification of debt instruments are:

i)    Amortised cost

Financial assets that are held for the collection of contractual cash flows where those cash flows represents solely payments of principal and interest are measured at amortised cost. Financial assets are measured at amortised cost using the effective interest method, less impairment. Gains and losses are recognised in profit or loss when the assets are derecognised or impaired, and through amortisation process.

ii)    Fair value through profit or loss

Assets that do not meet the criteria for amortised cost or fair value through other comprehensive income are measured at fair value through profit or loss. A gain or loss on a debt instrument that is subsequently measured at fair value through profit or loss and is not part of a hedging relationship is recognised in profit or loss in the reporting period in which it arises.

iii)    Investment in equity instruments

On initial recognition of an investment in equity instrument that is not held for trading, the Group may irrevocably elect to present subsequent changes in fair value in other comprehensive income ("OCI"). Dividends from such investments are to be recognised in profit or loss when the Group's right to receive payments is established. For investments in equity instruments which the Group has not elected to present subsequent changes in fair value in OCI, changes in fair value are recognised in profit or loss.

iv)    Derivatives

Derivatives are initially recognised at fair value on the date a derivative contract is entered into and are subsequently remeasured to their fair value at the end of each reporting period. Changes in fair value of derivatives are recognised in profit or loss.

**Derecognition**

A financial asset is derecognised where the contractual right to receive cash flows from the asset has expired. On derecognition of a financial asset in its entirety, the difference between the carrying amount and the sum of the consideration received and any cumulative gain or loss that had been recognised in other comprehensive income for debt instruments is recognised in profit or loss.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.    SIGNIFICANT ACCOUNTING POLICIES   - continued

i)    Financial instruments  - continued

ii)    **Financial liabilities**

**Initial recognition and measurement**

Financial liabilities are recognised when, and only when, the Group becomes a party to the contractual provisions of the financial instrument. The Group determines the classification of its financial liabilities at initial recognition.

All financial liabilities are recognised initially at fair value plus in the case of financial liabilities not at fair value through profit or loss, directly attributable transaction costs.

**Subsequent measurement**

After initial recognition, financial liabilities that are not carried at fair value through profit or loss are subsequently measured at amortised cost using the effective interest method. Gains and losses are recognised in profit or loss when the liabilities are derecognised, and through the amortisation process.

**Derecognition**

A financial liability is derecognised when the obligation under the liability is discharged or cancelled or expires. On derecognition, the difference between the carrying amounts and the consideration paid is recognised in profit or loss.

j)    Leases

The determination of whether an arrangement is, or contains a lease is based on the substance of the arrangement at the inception date, whether fulfillment of the arrangement is dependent on the use of a specific asset or assets and the arrangement conveys a right to use the asset, even if that right is not explicitly specified in an arrangement.

i)    **As lessee**

Finance leases which transfer to the Group substantially all the risks and rewards incidental to ownership of the leased item, are capitalised at the inception of the lease at the fair value of the leased asset or, if lower, at the present value of the minimum lease payments. Any initial direct costs are also added to the amount capitalised. Lease payments are apportioned between the finance charges and reduction of the lease liability so as to achieve a constant rate of interest on the remaining balance of the liability. Finance charges are charged to profit or loss. Contingent rents, if any, are charged as expenses in the reporting periods in which they are incurred.

Capitalised leased assets are depreciated over the shorter of the estimated useful life of the asset and the lease term, if there is no reasonable certainty that the Group will obtain ownership by the end of the lease term.

Operating lease payments are recognised as an expense in profit or loss on a straight-line basis over the lease term. The aggregate benefit of incentives provided by the lessor is recognised as a reduction of rental expense over the lease term on a straight-line basis.

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.    SIGNIFICANT ACCOUNTING POLICIES  - continued

j)    Leases  - continued

**ii)  As lessor**

Leases where the Group retains substantially all the risks and rewards of ownership of the asset are classified as operating leases. Initial direct costs incurred in negotiating an operating lease are added to the carrying amount of the leased asset and recognised over the term on the same bases as rental income. Contingent rents are recognised as revenue in the reporting periods in which they are earned.

k)    Financial guarantee contract

A financial guarantee contract is a contract that requires the issuer to make specified payments to reimburse the holder for a loss it incurs because a specified debtor fails to make payment when due in accordance with the terms of a debt instrument.

Financial guarantees are recognised initially as a liability at fair value, adjusted for transaction costs that are directly attributable to the issuance of the guarantee. Subsequent to initial recognition, financial guarantees are measured at the higher of the amount of expected credit loss determined in accordance with the policy set out in note 3(t) and the amount initially recognised less, when appropriate, the cumulative amount of income recognised over the period of the guarantee.

l)    Non-current assets held for sale and discontinued operations

Non-current assets and disposal groups classified as held for sale are measured at the lower of their carrying amount and fair value less costs to sell. Non-current assets and disposal groups are classified as held for sale if their carrying amounts will be recovered principally through a sale transaction rather than through continuing use. A component of the Group is classified as a 'discontinued operation' when the criteria to be classified as held for sale have been met or it has been disposed of and such a component represents a separate major line of business or geographical area of operations or is part of a single coordinated plan to dispose of a separate major line of business or geographical area of operations.

Property, plant and equipment and intangible assets once classified as held for sale are not depreciated or amortised.

m)    Share capital and share issuance expenses

Proceeds from issuance of ordinary shares are recognised as share capital in equity. Incremental costs directly attributable to the issuance of ordinary shares are deducted against share capital.

n)    Provisions

Provisions are recognised when the Group and the Company have a present obligation (legal or constructive) as a result of a past event and it is probable that an outflow of resources embodying economic benefits will be required to settle the obligation and the amount of the obligation can be estimated reliably.

Provisions are reviewed at the end of each reporting period and adjusted to reflect the current best estimate. If it is no longer probable that an outflow of economic resources will be required to settle the obligation, the provision is reversed. If the effect of the time value of money is material, provisions are discounted using a current pre-tax rate that reflects, where appropriate, the risk specific to the liability. Where discounting is used, the increase in the provision due to the passage of time is recognised as a finance cost.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.    SIGNIFICANT ACCOUNTING POLICIES   - continued

o)    Revenue

Revenue is measured based on the consideration to which the Group expects to be entitled in exchange for transferring promised goods or services to a customer, excluding amounts collected on behalf of third parties.

Revenue is recognised when the Group satisfies a performance obligation by transferring a promised goods or service to the customer, which is when the customer obtains control of the goods or service. A performance obligation may be satisfied at a point in time or over time. The amount of revenue recognised is the amount allocated to the satisfied performance obligation.

The following specific recognition criteria must also be met before revenue is recognised:

i)    **Sale of goods**

The Group supplies furniture, furniture components and processed wood works for consumers.

Revenue is recognised when the goods are delivered to the customer and all criteria for acceptance have been satisfied. The goods are often sold with a right of return and with retrospective volume rebates based on the aggregate sales over a period of time.

The amount of revenue recognised is based on the estimated transaction price, which comprises the contractual price, net of the estimated volume rebates and adjusted for expected returns. Based on the Group's experience with similar types of contracts, variable consideration is typically constrained and is included in the transaction only to the extent that it is a highly probable that a significant reversal in the amount of cumulative revenue recognised will not occur when the uncertainty associated with the variable consideration is subsequently resolved.

At the end of each reporting date, the Group updates its assessment of the estimated transaction price, including its assessment of whether an estimate of variable consideration is constrained. The corresponding amounts are adjusted against revenue in the reporting period in which the transaction price changes.

ii)    **Interest income**

Interest income is recognised on accrual basis using the effective interest method.

iii)    **Dividend income and distribution from investment security**

Dividend income and distribution from investment security are recognised when the right to receive payment is established.

iv)    **Rental income**

Rental income arising from operating leases on investment properties is accounted for on a straight-line basis over the lease terms. The aggregate costs of incentives provided to lessees are recognised as a reduction of rental income over the lease term on a straight-line basis.

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.    SIGNIFICANT ACCOUNTING POLICIES   - continued

p)    Currency translations

i)    **Functional and presentation currency**

Items included in the financial statements of each entity in the Group are measured using the currency of the primary economic environment in which the entity operates (the functional currency). These financial statements are presented in RM, which is the Group's and the Company's functional currency.

ii)    **Transactions and balances**

Transactions in foreign currencies are measured in the functional currency of the Group and are recorded on initial recognition in the functional currency at exchange rates approximating those ruling at the transaction dates. Monetary assets and liabilities denominated in foreign currencies are translated at the rate of exchange ruling at the end of the reporting period. Non-monetary items that are measured in terms of historical cost in a foreign currency are translated using the exchange rates as at the dates of the initial transactions. Non-monetary items measured at fair value in a foreign currency are translated using the exchange rates at the date when the fair value was measured.

Exchange differences arising on the settlement of monetary items or on translation of monetary items at the end of the reporting period are recognised in profit or loss.

q)    Borrowing costs

Borrowing costs are capitalised as part of the cost of a qualifying asset if they are directly attributable to the acquisition, construction or production of that asset. Capitalisation of borrowing costs commences when the activities to prepare the asset for its intended use or sale are in progress and the expenditures and borrowing costs are incurred. Borrowing costs are capitalised until the assets are substantially completed for their intended use or sale. All other borrowing costs are recognised in profit or loss in the reporting period they are incurred. Borrowing costs consist of interest and other costs that the Group incurred in connection with the borrowing of funds.

r)    Employee benefits

i)    **Short term benefits**

Wages, salaries, bonuses and social security contributions are recognised as an expense in the reporting period in which the associated services are rendered by employees. Short term accumulating compensated absences such as paid annual leave are recognised when services are rendered by employees that increase their entitlement to future compensated absence. Short term non-accumulating compensated absences such as sick leaves are recognised when the absences occur.

ii)    **Post-employment benefits**

The Group contributes to the Employees Provident Fund, the national defined contribution plan. Such contributions are charged to profit or loss in the reporting period to which they relate. Once the contributions have been paid, the Group has no further payment obligations.

Filed By: bbaher@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

**3.    SIGNIFICANT ACCOUNTING POLICIES**  - continued

**s)    Impairment of non-financial assets**

The Group and the Company assess at the end of each reporting period whether there is an indication that an asset may be impaired. If any indication exists, or when an annual impairment testing for an asset is required, the Group and the Company make an estimate of the asset's recoverable amount.

An asset's recoverable amount is the higher of an asset's or cash-generating unit's fair value less costs of disposal and its value in use and is determined for an individual asset, unless the asset does not generate cash inflows that are largely independent of those from other assets or groups of assets. Where the carrying amount of an asset or cash-generating unit exceeds its recoverable amount, the asset is considered impaired and is written down to its recoverable amount. In assessing value in use, the estimated future cash flows expected to be generated by the asset are discounted to their present value using a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset. In determining fair value less costs of disposal, recent market transactions are taken into account, if available. If no such transactions can be identified, an appropriate valuation model is used.

The Group and the Company base their impairment calculation on detailed budgets and forecast calculations which are prepared separately for each of the Group's and of the Company's cash-generating units to which the individual assets are allocated. These budgets and forecast calculations are generally covering a period of five years. For longer periods, a long-term growth rate is calculated and applied to project future cash flows after the fifth year.

Impairment losses of continuing operations are recognised in profit or loss, except for assets that are previously revalued where the revaluation was taken to other comprehensive income. In this case, the impairment is also recognised in other comprehensive income up to the amount of any previous revaluation.

For assets excluding goodwill, an assessment is made at the end of each reporting period as to determine whether there is any indication that previously recognised impairment losses may no longer exist or may have decreased. If such indication exists, the Group and the Company estimate the asset's or cash-generating unit's recoverable amount. A previously recognised impairment loss is reversed only if there has been a change in the estimates used to determine the asset's recoverable amount since the last impairment loss was recognised. If that is the case, the carrying amount of the asset is increased to its recoverable amount. That increase cannot exceed the carrying amount that would have been determined, net of depreciation, had no impairment loss been recognised for the asset previously. Such reversal is recognised in profit or loss unless the asset is measured at revalued amount, in which case the reversal is treated as a revaluation increase.

**t)    Impairment of financial assets**

The Group recognises an allowance for expected credit losses ("ECLs") for all debt instruments not held at fair value through profit or loss and financial guarantee contracts. ECLs are based on the difference between the contractual cash flows due in accordance with the contract and all the cash flows that the Group expects to receive, discounted at an approximation of the original effective interest rate. The expected cash flows will include cash flows from the sale of collateral held or other credit enhancements that are integral to the contractual terms.

ECLs are recognised in two stages. For credit exposures for which there has not been a significant increase in credit risk since initial recognition, ECLs are provided for credit losses that result from default events that are possible within the next 12-months (a 12-months ECL). For those credit exposures for which there has been a significant increase in credit risk since initial recognition, a loss allowance is recognised for credit losses expected over the remaining life of the exposure, irrespective of timing of the default (a lifetime ECL).

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 3.    SIGNIFICANT ACCOUNTING POLICIES  - continued

### t)    Impairment of financial assets  - continued

For trade receivables and contract assets, the Group applies a simplified approach in calculating ECLs. Therefore, the Group does not track changes in credit risk, but instead recognises a loss allowance based on lifetime ECLs at each reporting date. The Group has established a provision matrix that is based on its historical credit loss experience, adjusted for forward-looking factors specific to the debtors and the economic environment.

The Group considers a financial asset in default when contractual payments are 90 days past due based on the historical credit loss experience, adjusted for forward-looking factors specific to the debtors. However, in certain cases, the Group may also consider a financial asset to be in default when internal or external information indicates that the Group is unlikely to receive the outstanding contractual amounts in full before taking into account any credit enhancements held by the Group. A financial asset is written off when there is no reasonable expectation of recovering the contractual cash flows.

### u)    Income taxes

#### i)    Current income tax

Current income tax assets and liabilities for the current and prior reporting periods are measured at the amount expected to be recovered from or paid to the taxation authorities. The tax rates and tax laws used to compute the amount are those that are enacted or substantively enacted at the end of the reporting period.

Current income taxes are recognised in profit or loss except to the extent that the tax relates to items recognised outside profit or loss, either in other comprehensive income or directly in equity. Management periodically evaluates positions taken in the tax returns with respect to situations in which applicable tax regulations are subject to interpretation and establishes provisions where appropriate.

#### ii)    Deferred taxation

Deferred tax is provided using the liability method on temporary differences at the end of the reporting period between the tax bases of assets and liabilities and their carrying amounts for financial reporting purposes.

Deferred tax liabilities are recognised for all temporary differences, except:

-    where the deferred tax liability arises from the initial recognition of goodwill or of an asset or liability in a transaction that is not a business combination and, at the time of the transaction, affects neither the accounting profit nor taxable profit or loss; and

-    in respect of taxable temporary differences associated with investments in subsidiary companies, associates and interests in joint ventures, where the timing of the reversal of the temporary differences can be controlled and it is probable that the temporary differences will not reverse in the foreseeable future.

Deferred tax assets are recognised for all deductible temporary differences, carry forward of unused tax credits and unused tax losses, to the extent that it is probable that taxable profit will be available against which the deductible temporary differences, and the carry forward of unused tax credits and unused tax losses can be utilised except:

-    where the deferred tax relating to the deductible temporary difference arises from the initial recognition of an asset or liability in a transaction that is not a business combination and, at the time of the transaction, affects neither the accounting profit nor taxable profit or loss; and

-    in respect of deductible temporary differences associated with investments in subsidiary companies, associates and interests in joint ventures, deferred tax assets are recognised only to the extent that it is probable that the temporary differences will reverse in the foreseeable future and taxable profit will be available against which the temporary differences can be utilised.

Filed By: bbaher@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.    SIGNIFICANT ACCOUNTING POLICIES   - continued

u)    Income taxes   - continued

**ii)  Deferred taxation** - continued

The carrying amount of deferred tax assets is reviewed at the end of each reporting period and reduced to the extent that it is no longer probable that sufficient taxable profit will be available to allow all or part of the deferred tax asset to be utilised. Unrecognised deferred tax assets are reassessed at the end of each reporting period and are recognised to the extent that it has become probable that future taxable profit will allow the deferred tax asset to be recovered.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply in reporting period when the asset is realised or the liability is settled, based on tax rates (and tax laws) that have been enacted or substantively enacted at the end of each reporting period.

Deferred tax relating to items recognised outside profit or loss is recognised outside profit or loss. Deferred tax items are recognised in correlation to the underlying transaction either in other comprehensive income or directly in equity and deferred tax arising from a business combination is adjusted against goodwill on acquisition.

v)    Segment reporting

Operating segments are reported in a manner consistent with the internal reporting provided to the management of the Group who regularly reviews the segment results in order to allocate resources to the segments and to assess the segment performance.

w)    Contingencies

A contingent liability is:

i)    a possible obligation that arises from past events and whose existence will be confirmed only by the occurrence or non-occurrence of one or more uncertain future events not wholly within the control of the Group and of the Company; or

ii)   a present obligation that arises from past events but is not recognised because:

-    it is not probable that an outflow of resources embodying economic benefits will be required to settle the obligation; or

-    the amount of the obligation cannot be measured with sufficient reliability.

A contingent asset is a possible asset that arises from past events and whose existence will be confirmed only by the occurrence or non-occurrence of one or more uncertain future events not wholly within the control of the Group and of the Company.

Contingent liabilities and assets are not recognised on the statements of financial position of the Group and of the Company, except for contingent liabilities assumed in a business combination that are present obligations and which the fair values can be reliably determined.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.     SIGNIFICANT ACCOUNTING POLICIES   - continued

x)     Related parties

A related party is defined as follows:

i)     A person or a close member of that person's family is related to the Group and the Company if that person:

-     has control or joint control over the Company;

-     has significant influence over the Company; and

-     is a member of the key management personnel of the Group or of the Company or of a parent of the Company.

ii)     An entity is related to the Group and the Company if any one of the following conditions applies:

-     the entity and the Company are members of the same group (which means that each parent, subsidiary company and fellow subsidiary company is related to the others);

-     one entity is an associate or joint venture of the other entity (or an associate or joint venture of a member of a group of which the other entity is a member);

-     both entities are joint ventures of the same third party;

-     one entity is a joint venture of a third entity and the other entity is an associate of the third party;

-     the entity is a post-employment benefit plan for the benefit of employees of either the Company or an entity related to the Company. If the Company is itself such a plan, the sponsoring employers are also related to the Company;

-     the entity is controlled or jointly controlled by a person identified in (i); and

-     a person identified in (i) has significant influence over the entity or is a member of the key management personnel of the entity (or of a parent of the entity).

y)     Fair value measurements

Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. The fair value measurement is based on the presumption that the transaction to sell the asset or transfer the liability takes place either in the principal market for the asset or liability or in the absence of a principal market, in the most advantageous market for the asset or liability. The principal or the most advantageous market must be accessible by the Group and the Company.

The fair value of an asset or a liability is measured using the assumptions that market participants would use when pricing the asset or liability, assuming that market participants act in their economic best interest.

The Group and the Company use valuation techniques that are appropriate in the circumstances and for which sufficient data are available to measure fair value, maximising the use of relevant observable inputs and minimising the use of unobservable inputs.

Filed By: bbaher@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

3.　　SIGNIFICANT ACCOUNTING POLICIES  - continued

y)　　Fair value measurements - continued

All assets and liabilities for which fair value is measured or disclosed in the financial statements are categorised within the fair value hierarchy based on the lowest level input that is significant to the fair value measurement as a whole.

For assets and liabilities that are recognised in the financial statements on a recurring basis, the Group and the Company determine whether transfers have occurred between levels in the hierarchy by re-assessing categorisation (based on the lowest level input that is significant to the fair value measurement as a whole) at the end of the reporting period.

z)　　Cash and cash equivalents

Cash and cash equivalents comprise cash at bank and on hand, demand deposits, and short term, highly liquid investments that are readily convertible to known amount of cash and which are subject to an insignificant risk of changes in value. These also include bank overdrafts that form an integral part of the Group's and of the Company's cash management.

4.　　NEW MFRSs, AMENDMENTS TO MFRSs AND IC INTERPRETATION

a)　　MFRS, Amendments to MFRSs and IC Interpretation that are not yet effective and have not been early adopted by the Group and the Company:

|  |  | For financial period beginning on or after |
|---|---|---|
| MFRS 16 | Leases | 01 January 2019 |
| Amendments to MFRS 3 | Definition Of A Business | 01 January 2020 |
| Amendments to MFRS 101 | Definition of Material | 01 January 2020 |
| Amendments to MFRS 108 | Definition of Material | 01 January 2020 |
| IC Interpretation 23 | Uncertainty Over Income Tax Treatments | 01 January 2019 |

The initial adoption of the standard, amendments and IC Interpretation is not expected to have any significant impact on the financial performance or position of the Group or of the Company other than disclosed as follows:

MFRS 16 Leases

MFRS 16 replaces the guidance in MFRS 117, Leases, IC Interpretation 4, Determining whether an Arrangement contains a Lease, IC Interpretation 115, Operating Leases - Incentives and IC Interpretation 127, Evaluating the Substance of Transactions Involving the Legal Form of a Lease.

MFRS 16 requires lessees to recognise most leases on statement of financial position. The standard includes two recognition exemptions for lessees which are leases of "low value" assets and short-term leases. MFRS 16 is effective for annual periods beginnings on or after 1 January 2019. At commencement date of a lease, a lessee will recognise a lease liability representing its obligations to make lease payments and a right-of-use asset representing its right to use the underlying asset during the lease term. Lessees will be required to separately recognise the interest expense on the lease liability and the depreciation expenses on the right-of-use asset. Lessor accounting remains similar to the current standard which continues to be classified as finance or operating lease.

The Group and the Company are currently assessing the financial impact that may arise from the adoption of MFRS 16.

LII HEN INDUSTRIES BHD. (301361-U)　　**93**

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

**4.    NEW MFRSs, AMENDMENTS TO MFRSs AND IC INTERPRETATION** - continued

b)    MFRS and Amendment to MFRS that are not yet effective and not relevant to the Group and the Company:

|  |  | For financial period beginning on or after |
|---|---|---|
| MFRS 17 | Insurance Contracts | 01 January 2021 |
| Amendments to MFRS 10 And MFRS 128 | Sale Or Contribution Of Assets Between An Investor And Its Associate Or Joint Venture | Deferred |

**5.    CHANGES IN ACCOUNTING POLICIES**

The accounting policies adopted are consistent with those of the previous reporting period except in the current reporting period, the Group and the Company have adopted all the new and revised standards which are effective for annual reporting periods beginning on or after 01 January 2018.

The adoption of these standards did not have any significant effect on the financial performance or position of the Group and of the Company other than those disclosed as follows:

a)    MFRS 9 Financial Instruments

The changes arising from the adoption of MFRS 9 have to be applied retrospectively. However, the Group and the Company have elected to apply the exemption of not restated comparative information in the reporting period of initial application. The comparative information was prepared in accordance with the requirements of MFRS 139.

The impact of MFRS 9 on the Group's and Company's financial statements are described as follows:

**Classification and measurement**

MFRS 9 requires debt instruments to be measured either at amortised cost, fair value through other comprehensive income (FVOCI) or fair value through profit or loss (FVPL). Classification of debt instruments depends on the entity's business model for managing the financial assets. An entity's business model is how an entity manages its financial assets in order to generate cash flows and create value for the entity either from collecting contractual cash flows, selling financial assets or both. If a debt instrument is held to collect contractual cash flows, it is measured at amortised cost. Financial assets are measured at FVPL if they do not meet the criteria of FVOCI or amortised cost.

The assessment of the business model was made as of 1 January 2018, and applied retrospectively to those financial assets that were not derecognied before 1 January 2018.

Debt instruments that were measured at amortised cost previously are held to collect contractual cash flows, and accordingly measured at amortised cost under MFRS 9. There is no significant impact arising from measurement of these instruments under MFRS 9.

Filed By: bbaher@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

5.    CHANGES IN ACCOUNTING POLICIES - continued

The adoption of these standards did not have any significant effect on the financial performance or position of the Group and of the Company other than those disclosed as follows: - continued

a)    MFRS 9 Financial Instruments - continued

The impact of MFRS 9 on the Group's and Company's financial statements are described as follows: - continued

**Impairment**

MFRS 9 requires the Group and the Company to record ECLs on all of their financial assets measured at amortised cost or FVOCI and financial guarantees. The Group and the Company previously recorded impairment based on the incurred loss model when there is objective evidence that a financial asset is impaired. There is no significant impact arising from measurement of these instruments under MFRS 9.

b)    MFRS 15 Revenue from Contracts with Customers

The Group and Company have adopted MFRS 15 Revenue from Contracts with Customers, which is effective for annual reporting periods beginning on or after 1 January 2018.

The Group is principally involved in manufacturing of furniture, furniture components and processed wood works.

The key impact of adopting MFRS 15 is detailed as follows:

**Variable considerations**

i)    Volume rebates

The Group provides retrospective rebates to some of its customers if the customers reach a certain threshold of purchase. Before the adoption of MFRS 15, the Group estimated the amount of rebates and adjusted the rebates against revenue.

Under MFRS 15, variable consideration is estimated and is constrained to the extent that it is highly probable that a significant reversal in the amount of cumulative revenue recognised will not occur when the associated uncertainty is subsequently resolved. The Group determines that there is no significant financial impact arising from the measurement of volume rebates under MFRS15 and therefore has not adjusted for the reversal.

ii)    Right of return

The Group allows faulty goods to be returned by customers. The Group previously recognised revenue from sale of goods measured at the fair value of the consideration received or receivable.

Under MFRS 15, variable consideration is estimated and is constrained to the extent that it is highly probable that a significant reversal in the amount of cumulative revenue recognised will not occur when the associated uncertainty is subsequently resolved. The Group determines that there is no significant financial impact arising from the measurement of right of return under MFRS15 and therefore has not adjusted for the reversal.

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

6.    SIGNIFICANT ACCOUNTING ESTIMATES AND JUDGEMENTS

The preparation of the financial statements in conformity with MFRSs requires management to make judgements, estimates and assumptions that affect the application of accounting policies and the reported amounts of assets, liabilities, income and expenses. Actual results may differ from these estimates.

Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognised in the reporting period in which the estimates are revised and in any future reporting periods affected.

There are no significant areas of estimation uncertainty and critical judgements in applying accounting policies that have significant effect on the amounts recognised in the financial statements other than those disclosed as follows:

a)    **Inventories valuation and write down**

Reviews are made periodically by management on damaged, obsolete and slow-moving inventories. These reviews require judgement and estimates. Possible changes in these estimates could result in revisions to the valuations and write down of inventories. The carrying amount of the Group's inventories at the end of the reporting period is disclosed in note 12.

b)    **Provision for expected credit losses of trade receivables**

The Group uses a provision matrix to calculate ECLs for trade receivables. The provision rates are based on days past due for groupings of various customer segments that have similar loss patterns.

The provision matrix is initially based on the Group's historical observed default rates. The Group will calibrate the matrix to adjust historical credit loss experience with forward-looking information. At every reporting date, historical default rates are updated and changes in the forward-looking estimates are analysed.

The assessment of the correlation between historical observed default rates, forecast economic conditions and ECLs is a significant estimate. The amount of ECLs is sensitive to changes in circumstances and of forecast economic conditions. The Group's historical credit loss experience and forecast of economic conditions may also not be representative of customer's actual default in the future. The information about the ECLs on the Group's trade receivables is disclosed in note 34(a)(i).

The carrying amount of the Company's trade receivables at the end of the reporting period is disclosed in note 13.

c)    **Revaluation of property, plant and equipment**

The Group carries land and buildings at fair value, with changes in fair values being recognised in other comprehensive income. The Group engaged independent professional valuers to assess their fair value during the reporting period. The fair value of land and buildings is determined by using sales comparison approach.

In the previous reporting period, the fair values of land and buildings are based on the Directors' estimation using the latest available market information and recent experience and knowledge in the location and category of property being valued. The fair values of the land and buildings as at 31 December 2017 were categorised as level 3 in the fair value hierarchy and are disclosed in note 33(e) - Assets and liabilities not carried at fair value but for which fair value is disclosed.

The net carrying amount of the Group's land and buildings at the end of the reporting period is disclosed in note 7.

Information on the fair value and valuation techniques used to determine the fair value of the land and buildings is disclosed in note 33.

96    LII HEN INDUSTRIES BHD. (301361-U)

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

6.     SIGNIFICANT ACCOUNTING ESTIMATES AND JUDGEMENTS - continued

There are no significant areas of estimation uncertainty and critical judgements in applying accounting policies that have significant effect on the amounts recognised in the financial statements other than those disclosed as follows: - continued

d)     **Biological asset**

Biological asset comprises immature rubber wood trees.

At the end of the reporting period, biological asset is measured at fair value less costs to sell, with any changes therein recognised in profit or loss. In arriving at the fair value, the management considers the present value of the net cash flows expected to be generated from the sales of rubber wood trees. The cash flows projection includes specific estimates for 20 years. The expected net cash flows are discounted using a risk adjusted discount rate.

Information on the fair value and valuation techniques used to determine the fair value of biological asset is disclosed in note 33.

e)     **Estimating variable consideration for sale of goods**

Certain contracts for the sale of furniture, furniture components and processed wood works for consumers, include a right of return and volume rebates that give rise to variable consideration. In estimating variable consideration, the Group is required to use either the expected value method or the most likely amount method. Judgement is required in determining which method better predicts the amount of consideration to which it will be entitled. In estimating the variable consideration for the sale of goods, the Group uses the expected value method to predict the right of return based on historical trends.

Management has exercised judgement in applying the constraint on the estimated variable consideration that can be included in the transaction price. Based on the measurement, management has determined that the amount is not significant and therefore has not adjusted for the reversal.

f)     **Income taxes**

Judgement is required in determining the capital and export allowances, and deductibility of certain expenses when estimating the provision for income taxes. There are many transactions and calculations for which the ultimate tax determination is uncertain during the ordinary course of business. The Group recognises liabilities for anticipated tax based on estimates of whether additional taxes will be due. Where the final tax outcome of these matters is different from the amounts that were initially recorded, such differences will impact the income tax and deferred tax in the reporting periods in which the outcome is known.

Barcode:3886453-01 A-570-106 INV - Investigation -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

7.  PROPERTY, PLANT AND EQUIPMENT

Group

| | Land and buildings* RM | Construction -in-progress RM | Plant, machinery and equipment RM | Motor vehicles RM | Plantation infrastructure development expenditure RM | Other assets# RM | Total RM |
|---|---|---|---|---|---|---|---|
| **Cost or valuation** | | | | | | | |
| At 01 January 2017 | 110,088,636 | 7,464,071 | 46,467,665 | 9,041,576 | 1,785,050 | 4,289,738 | 179,136,736 |
| Acquisition of a subsidiary company (note 10(c)) | 29,193,770 | - | 585,473 | - | - | - | 29,779,243 |
| Additions | 616,923 | 5,175,260 | 4,344,487 | 1,570,159 | 1,137 | 315,771 | 12,023,737 |
| Disposals | - | - | (833,895) | - | - | (650) | (834,545) |
| Write-offs | (3,852,309) | - | (2,646,333) | - | - | (12,411) | (6,511,053) |
| Reclassification | 12,639,331 | (12,639,331) | - | - | - | - | - |
| Transfer to investment property (note 8) | (398,959) | - | - | - | - | - | (398,959) |
| | | | | | | | |
| At 31 December 2017/01 January 2018 | 148,287,392 | - | 47,917,397 | 10,611,735 | 1,786,187 | 4,592,448 | 213,195,159 |
| Additions | 8,737,747 | 2,135,324 | 7,044,124 | 1,522,159 | 121,418 | 745,195 | 20,305,967 |
| Disposals | (52,605) | - | (836,745) | (142,000) | - | (34,881) | (1,066,231) |
| Write-offs | (176,679) | - | (783,256) | - | - | (526,817) | (1,486,752) |
| Reclassification | 2,135,324 | (2,135,324) | (63,500) | 63,500 | - | - | - |
| Surplus on revaluation | 20,863,127 | - | - | - | - | - | 20,863,127 |
| Elimination of accumulated depreciation on revaluation | (15,899,249) | - | - | - | - | - | (15,899,249) |
| | | | | | | | |
| At 31 December 2018 | 163,895,057 | - | 53,278,020 | 12,055,394 | 1,907,605 | 4,775,945 | 235,912,021 |

Filed By: bbaher@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

7.    PROPERTY, PLANT AND EQUIPMENT  - continued

Group

| | Land and buildings* RM | Construction -in-progress RM | Plant, machinery and equipment RM | Motor vehicles RM | Plantation infrastructure development expenditure RM | Other assets# RM | Total RM |
|---|---|---|---|---|---|---|---|
| **Accumulated depreciation** | | | | | | | |
| At 01 January 2017 | 15,243,972 | - | 33,440,232 | 5,080,858 | 172,640 | 3,164,324 | 57,102,026 |
| Depreciation charge for the financial year | 2,086,376 | - | 3,683,006 | 1,433,386 | 89,366 | 280,976 | 7,573,110 |
| Disposals | - | - | (820,212) | - | - | (16) | (820,228) |
| Write-offs | (773,878) | - | (1,812,987) | - | - | (11,330) | (2,598,195) |
| Transfer to investment property (note 8) | (7,979) | - | - | - | - | - | (7,979) |
| At 31 December 2017/01 January 2018 | 16,548,491 | - | 34,490,039 | 6,514,244 | 262,006 | 3,433,954 | 61,248,734 |
| Depreciation charge for the financial year | 2,668,419 | - | 4,065,232 | 1,563,270 | 90,827 | 305,395 | 8,693,143 |
| Disposals | (21,756) | - | (761,167) | (142,000) | - | (27,346) | (952,269) |
| Write-offs | (176,681) | - | (759,574) | - | - | (520,777) | (1,457,032) |
| Reclassification | - | - | (63,500) | 63,500 | - | - | - |
| Elimination of accumulated depreciation on revaluation | (15,899,249) | - | - | - | - | - | (15,899,249) |
| At 31 December 2018 | 3,119,224 | - | 36,971,030 | 7,999,014 | 352,833 | 3,191,226 | 51,633,327 |
| **Net carrying amounts** | | | | | | | |
| At 31 December 2017 | 131,738,901 | - | 13,427,358 | 4,097,491 | 1,524,181 | 1,158,494 | 151,946,425 |
| At 31 December 2018 | 160,775,833 | - | 16,306,990 | 4,056,380 | 1,554,772 | 1,584,719 | 184,278,694 |

# Other assets comprise computers, furniture, fittings, office equipment and signboard.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

7.    PROPERTY, PLANT AND EQUIPMENT - continued

Group
Land and buildings

| | Freehold land RM | Freehold factory buildings RM | Freehold building RM | Leasehold land RM | Leasehold factory buildings RM | Hostels, store, renovation and electrical installation RM | Total RM |
|---|---|---|---|---|---|---|---|
| **Cost or valuation** | | | | | | | |
| At 01 January 2017 | 18,296,074 | 20,516,495 | 398,959 | 19,266,729 | 46,601,063 | 5,009,316 | 110,088,636 |
| Acquisition of a subsidiary company | 9,407,037 | 19,786,733 | - | - | - | - | 29,193,770 |
| Additions | - | 203,679 | - | - | - | 413,244 | 616,923 |
| Write-offs | - | - | - | - | (3,378,844) | (473,465) | (3,852,309) |
| Reclassification | - | 10,162,412 | - | - | - | 2,476,919 | 12,639,331 |
| Transfer to investment property (note 8) | - | - | (398,959) | - | - | - | (398,959) |
| At 31 December 2017/ 01 January 2018 | 27,703,111 | 50,669,319 | - | 19,266,729 | 43,222,219 | 7,426,014 | 148,287,392 |
| Additions | 8,248,855 | 146,065 | - | - | 107,207 | 235,620 | 8,737,747 |
| Disposal | - | - | - | - | - | (52,605) | (52,605) |
| Write-off | - | - | - | - | - | (176,679) | (176,679) |
| Reclassification | - | - | - | - | 2,135,324 | - | 2,135,324 |
| Surplus on revaluation | 5,990,203 | 3,578,912 | - | 4,776,936 | 6,467,967 | 49,109 | 20,863,127 |
| Elimination of accumulated depreciation on revaluation | - | (3,380,632) | - | (2,582,874) | (9,815,786) | (119,957) | (15,899,249) |
| At 31 December 2018 | 41,942,169 | 51,013,664 | - | 21,460,791 | 42,116,931 | 7,361,502 | 163,895,057 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

7.    PROPERTY, PLANT AND EQUIPMENT - continued

Group
Land and buildings

| | Freehold land | Freehold factory buildings | Freehold building | Leasehold land | Leasehold factory buildings | Hostels, store, renovation and electrical installation | Total |
|---|---|---|---|---|---|---|---|
| | RM | RM | RM | RM | RM | RM | RM |
| **Accumulated depreciation** | | | | | | | |
| At 01 January 2017 | - | 2,272,038 | 7,979 | 2,023,550 | 8,946,303 | 1,994,102 | 15,243,972 |
| Depreciation charge for the financial year | - | 530,615 | - | 402,713 | 1,060,304 | 92,744 | 2,086,376 |
| Write-offs | - | - | - | - | (300,413) | (473,465) | (773,878) |
| Transfer to investment property (note 8) | - | - | (7,979) | - | - | - | (7,979) |
| At 31 December 2017/ 01 January 2018 | - | 2,802,653 | - | 2,426,263 | 9,706,194 | 1,613,381 | 16,548,491 |
| Depreciation charge for the financial year | - | 1,021,338 | - | 406,387 | 1,033,347 | 207,347 | 2,668,419 |
| Disposal | - | - | - | - | - | (21,756) | (21,756) |
| Write-off | - | - | - | - | - | (176,681) | (176,681) |
| Elimination of accumulated depreciation on revaluation | - | (3,380,632) | - | (2,582,874) | (9,815,786) | (119,957) | (15,899,249) |
| At 31 December 2018 | - | 443,359 | - | 249,776 | 923,755 | 1,502,334 | 3,119,224 |
| **Net carrying amounts** | | | | | | | |
| At 31 December 2017 | 27,703,111 | 47,866,666 | - | 16,840,466 | 33,516,025 | 5,812,633 | 131,738,901 |
| At 31 December 2018 | 41,942,169 | 50,570,305 | - | 21,211,015 | 41,193,176 | 5,859,168 | 160,775,833 |

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

7.    PROPERTY, PLANT AND EQUIPMENT - continued

|  | Company | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| **Office equipment** | | |
| **Cost** | | |
| At 01 January | 1,367 | 1,367 |
| Addition | 30 | - |
| At 31 December | 1,397 | 1,367 |
| **Accumulated depreciation** | | |
| At 01 January | 220 | 79 |
| Depreciation charge for the financial year | 138 | 141 |
| At 31 December | 358 | 220 |
| **Net carrying amount** | | |
| At 31 December | 1,039 | 1,147 |

Group

a)    The following property, plant and equipment of the Group have been pledged as securities for banking facilities granted to the Group as disclosed in note 22(a)(i) and (c):

|  | 2018 RM | 2017 RM |
|---|---|---|
| **Net carrying amounts** | | |
| Buildings | 49,788,861 | 44,764,793 |
| Freehold land | 10,820,000 | 10,422,640 |
| Leasehold land | 11,651,280 | 9,424,761 |
|  | 72,260,141 | 64,612,194 |

b)    The motor vehicle with net carrying amount of RM236,733 (2017 - nil) is acquired under hire purchase plan as disclosed in note 22(b).

c)    The leasehold land and factory buildings have unexpired lease period of less than 50 years.

d)    The Group engaged independent professional valuers, Mr. Lee Thiam Sing of Jordan Lee & Jaafar (M'CCA) Sdn. Bhd. and Mr. Tan Beng Sooi of VPC Alliance (JB) Sdn. Bhd. to assess the fair value of the land and buildings during the reporting period. The valuers have relevant recognised professional qualification and have recent experience in valuing the properties in the relevant locations.

Information on the fair value and valuation techniques used to determine the fair value of these properties is disclosed in note 33.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

7.    PROPERTY, PLANT AND EQUIPMENT - continued

Group

e)    The carrying amounts of the revalued land and buildings that would have been included in the financial statements stated at cost less accumulated depreciation are as follows:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Freehold factory buildings | 18,683,835 | 8,271,372 |
| Freehold hostels | 3,711,193 | 450,283 |
| Leasehold factory buildings | 18,869,189 | 13,184,481 |
| Freehold land | 13,517,810 | 10,204,487 |
| Leasehold land | 7,432,817 | 5,780,099 |
|  | 62,214,844 | 37,890,722 |

8.    INVESTMENT PROPERTY

Group

|  | Freehold building RM |
|---|---|
| **Cost** |  |
| At 01 January 2017 | - |
| Transfer from property, plant and equipment (note 7) | 398,959 |
| At 31 December 2017/31 December 2018 | 398,959 |
| **Accumulated depreciation** |  |
| At 01 January 2017 | - |
| Transfer from property, plant and equipment (note 7) | 7,979 |
| Depreciation charge for the financial year | 7,979 |
| At 31 December 2017/01 January 2018 | 15,958 |
| Depreciation charge for the financial year | 7,979 |
| At 31 December 2018 | 23,937 |
| **Net carrying amount** |  |
| At 31 December 2017 | 383,001 |
| At 31 December 2018 | 375,022 |

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

8.   INVESTMENT PROPERTY - continued

Group

a)   Transfer from property, plant and equipment

On 31 December 2017, the Group transferred one freehold building from owner occupied property to investment property. The building is held to earn rentals and for capital appreciation.

b)   The aggregate rental income and direct operating expenses arising from investment property that generate rental during the reporting period are RM19,200 (2017 - RM19,200)  and RM10,779 (2017 - RM8,739) respectively.

c)   The fair value of the investment property of the Group as at 31 December 2018 was classified as level 2 (2017 - level 3) of the fair value hierarchy and determined to be RM400,000 (2017 - RM383,001).

d)   Information on the fair value and valuation techniques used to determine the fair value of the investment property is as disclosed in note 33.

9.   BIOLOGICAL ASSET

|  | Group | |
| --- | ---: | ---: |
|  | 2018 RM | 2017 RM |
| **At fair value** | | |
| **Non-current** | | |
| Immature rubber wood trees | | |
| At 01 January | 2,438,965 | 3,938,027 |
| Purchase/planting | 589,050 | 414,858 |
| Changes in fair value less costs to sell | (797,589) | (1,913,920) |
| At 31 December | 2,230,426 | 2,438,965 |

a)   At the end of the reporting period, the rubber wood trees are less than four (4) years old (2017 - three (3) years old) and considered as immature assets. The plantation area cultivated is 436 hectares.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

#### 9.    BIOLOGICAL ASSET - continued

b)    Risk management strategy related to agricultural activity is as follows:

i)    Regulatory and environmental risks

The Group has established procedures to comply with the environmental and other laws and regulations.

ii)    Climate and other risks

The Group's rubber wood trees plantation is exposed to the risk of damage from climate changes, diseases, forest fires, pests and other natural forces. The Group has processes in place aimed at monitoring and mitigating those risks.

c)    The Group's biological asset includes staff cost arising for the planting of the rubber wood trees. During the reporting period, the staff cost capitalised as cost of biological asset amounts to RM133,494 (2017 - RM137,194).

d)    Information on the fair value and valuation techniques used to determine the fair value of the biological asset is disclosed in note 33.

#### 10.    INVESTMENTS IN SUBSIDIARY COMPANIES

|  | Company | |
| --- | ---: | ---: |
|  | 2018<br>RM | 2017<br>RM |
| **At cost** | | |
| **Unquoted shares** | | |
| At 01 January | 61,000,954 | 61,000,954 |
| Subscription of shares in an existing subsidiary company | 6,500,000 | - |
| At 31 December | 67,500,954 | 61,000,954 |
| | | |
| **Accumulated impairment loss** | | |
| At 01 January | (4,757,377) | - |
| Impairment loss (note 10(d)) | - | (4,757,377) |
| At 31 December | (4,757,377) | (4,757,377) |
| **Net carrying amount** | 62,743,577 | 56,243,577 |

Barcode:3886453-01 A-570-106 INV - Investigation -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS

### - 31 DECEMBER 2018 - continued

### 10.    INVESTMENTS IN SUBSIDIARY COMPANIES   - continued

a)    The subsidiary companies, all incorporated and with principal place of business in Malaysia and audited by John Lim & Associates, are as follows:

| Name of subsidiary companies | Proportion of ownership interest | | Principal activities |
|---|---|---|---|
| | 2018 (%) | 2017 (%) | |
| Lii Hen Furniture  Sdn. Bhd.* ('LHF') | 100 | 100 | Investment holding and manufacturing of furniture |
| Kejora Juara Sdn. Bhd. ('KJ') | 100 | 100 | Property investment |
| Favourite Design Sdn. Bhd. ('FD') | 100 | 100 | Manufacturing of furniture |
| Lii Hen Plantation Sdn. Bhd. ('LHP') | 90 | 90 | Investment holding |
| LSG Furniture Sdn. Bhd. ('LSG') | 60 | 60 | Manufacturing and designing of upholstery furniture |
| **Subsidiary Companies of LHF** | | | |
| CT Haup Heng Sdn. Bhd.* | 100 | 100 | Manufacturing of furniture |
| EF Furniture Sdn. Bhd.* | 100 | 100 | Manufacturing of office and residential furniture |
| Mayteck Kilang Kayu Dan Perabut Sdn. Bhd.* | 100 | 100 | Manufacturing of furniture components, processing and kiln drying of rubber wood and timber |
| **Subsidiary company of LHP** | | | |
| PPL Plantations Sdn. Bhd. ('PPLP') | 80 | 80 | Planting, cultivating, milling and dealing in agriculture and forest products |
| **Subsidiary company of FD** | | | |
| Domain Partners Sdn. Bhd. ('DP') | 100 | 100 | Property investment |

* Consolidated under merger method of accounting

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

ANNUAL REPORT **2018**

# NOTES TO THE FINANCIAL STATEMENTS
## - 31 DECEMBER 2018 - continued

10.   INVESTMENTS IN SUBSIDIARY COMPANIES - continued

b)   Non-controlling interests

|  | Percentage of ownership interest and voting interest of non-controlling interests | Carrying amount of non-controlling interests | Profit/(loss) allocated to non-controlling interests | Dividend paid to non-controlling interests |
|---|---|---|---|---|
|  | % | RM | RM | RM |
| **2018** | | | | |
| LHP | 10 | 92,943 | 11,665 | - |
| PPLP | 20 | (2,030,423) | (506,314) | - |
| LSG | 40 | 1,914,902 | 1,184,207 | - |
| Total | | (22,578) | 689,558 | - |
| **2017** | | | | |
| LHP | 10 | 81,277 | (464,918) | - |
| PPLP | 20 | (1,524,108) | (808,657) | - |
| LSG | 40 | 730,695 | 454,819 | - |
| Total | | (712,136) | (818,756) | - |

As the non-controlling interests of LHP, PPLP and LSG are not material to the Group, summarised financial information (before inter-group elimination) of the subsidiary companies is hence not presented.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

**10. INVESTMENTS IN SUBSIDIARY COMPANIES** - continued

c)   Acquisition of a subsidiary company

On 30 November 2017, the Group through FD, entered into a related party transaction to acquire entire equity interest of 500,000 ordinary shares of DP for a cash consideration of RM20,474,542.

DP is principally engaged in property investment and renting all its freehold buildings to FD. The acquisition of DP resulted in rental savings to the Group and also secured the properties for the use of the Group.

The details of net assets acquired and cash flows arising from acquisition of the subsidiary company were as follows:

| | Group | |
|---|---|---|
| | 2018 RM | 2017 RM |
| Property, plant and equipment | - | 29,779,243 |
| Prepaid operating expenses and other assets | - | 75,816 |
| Cash and cash equivalents | - | 1,882,981 |
| | - | 31,738,040 |
| Payables | - | (6,979,770) |
| Deferred taxation | - | (4,018,916) |
| Tax liability | - | (264,812) |
| | - | (11,263,498) |
| Fair value of net assets acquired | - | 20,474,542 |
| Purchase consideration | - | 20,474,542 |
| Less: | | |
| Cash and cash equivalents of a subsidiary company acquired | - | (1,882,981) |
| Cash flows on acquisition of a subsidiary company, net of cash acquired | - | 18,591,561 |

The transaction costs related to the acquisition of DP amounting to RM378,938 have been recognised in the "Other expenses" in the Group's profit or loss of the last reporting period.

Filed By: bbaher@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

**ANNUAL REPORT 2018**

### NOTES TO THE FINANCIAL STATEMENTS
#### - 31 DECEMBER 2018 - continued

**10.    INVESTMENTS IN SUBSIDIARY COMPANIES** - continued

d)      Impairment of a subsidiary company

In previous reporting period, the Company had impaired the investment in a subsidiary company - LHP, based on value-in-use of the plantation segment. The estimated recoverable amount is based on the significant assumptions as stated below.

As a result, an impairment loss of RM4,757,377 was recognised in the profit or loss in the last reporting period due to the estimated lower production yield.

The Company estimated recoverable amount of the plantation segment value-in-use is as follows:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Recoverable amount | 10,645,000 | 8,631,000 |

Significant assumptions applied in estimating the plantation segment value-in-use are as follows:

i)      Cash flow projections from the financial budgets approved by the management covering a period of 20 years in which the management expects to complete the harvest of the rubber wood trees planted.

ii)     The pre-tax discount rate applied to the cash flow projections is 10% (2017 - 10%).

iii)    The following are budgeted in the cash flow projections:

|  | 2018 | 2017 |
|---|---|---|
| Production yield |  |  |
| - Rubber wood | RM158,588 $m^3$ /ha | RM121,802 $m^3$ /ha |
| - Latex | 1,300 kg/ha/year | 1,800 kg/ha/year |
| Selling price |  |  |
| - Rubber wood | RM180 per $m^3$ | RM180 per $m^3$ |
| - Latex | RM7.70/kg | RM7.55/kg |
| Production cost | 40% - 45% | 40% - 45% |

iv)    Sensitivity to changes in assumptions

Management believes that no reasonably possible changes in any of the above key assumptions would cause the carrying value of the unit to materially exceed its recoverable amount.

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

11.   INTANGIBLE ASSETS

Group

| | ROU RM | Computer software RM | Total RM |
|---|---|---|---|
| **At cost** | | | |
| At 01 January 2017 | 4,813,119 | 1,198 | 4,814,317 |
| Addition | - | 1,650 | 1,650 |
| At 31 December 2017/31 December 2018 | 4,813,119 | 2,848 | 4,815,967 |
| **Accumulated amortisation and impairment loss** | | | |
| At 01 January 2017 | | | |
| Accumulated amortisation | (37,326) | (1,198) | (38,524) |
| Accumulated impairment loss | (4,253,228) | - | (4,253,228) |
| | (4,290,554) | (1,198) | (4,291,752) |
| Amortisation during the financial year | (18,663) | (27) | (18,690) |
| At 31 December 2017/01 January 2018 | | | |
| Accumulated amortisation | (55,989) | (1,225) | (57,214) |
| Accumulated impairment loss | (4,253,228) | - | (4,253,228) |
| | (4,309,217) | (1,225) | (4,310,442) |
| Amortisation during the financial year | (18,663) | (330) | (18,993) |
| At 31 December 2018 | | | |
| Accumulated amortisation | (74,652) | (1,555) | (76,207) |
| Accumulated impairment loss | (4,253,228) | - | (4,253,228) |
| | (4,327,880) | (1,555) | (4,329,435) |
| **Net carrying amounts** | | | |
| At 31 December 2017 | 503,902 | 1,623 | 505,525 |
| At 31 December 2018 | 485,239 | 1,293 | 486,532 |

| | 2018 RM | 2017 RM |
|---|---|---|
| **ROU** | | |
| Amounts to be amortised: | | |
| Not later than one year | 18,663 | 18,663 |
| Later than one year but not later than five years | 74,652 | 74,652 |
| Later than five years | 391,924 | 410,587 |
| | 485,239 | 503,902 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 11.   INTANGIBLE ASSETS - continued

a)   ROU arising from Sub-Development Agreement ("SDA") relates to the incidental costs incurred in connection with the lease of right to use of approximately 3,473 hectares of permanent reserve forest land in the State of Johore Darul Takzim for planting and/or cultivation of rubber wood trees.

b)   In 2015, the Group had taken possession of 436 hectares of land and commenced the development of plantation infrastructure and agricultural activity. The 436 hectares of ROU has a remaining tenure of 26 years (2017 - 27 years) and the amortisation of ROU is recognised as administrative expense in profit or loss.

c)   In 2015, the Group had impaired the undeveloped portion of ROU of the land on proportionate basis amounting to RM4,253,228 as the Group was informed by the Joint Venture partner, PIJ Plantation & Agriculture Sdn. Bhd. that the remaining portion of undeveloped forest land of 3,037 hectares out of the total 3,473 hectares are excluded from the rubber trees planting programme.

### 12.   INVENTORIES

| | Group | |
| --- | ---: | ---: |
| | 2018 RM | 2017 RM |
| **At cost** | | |
| Finished goods | 19,190,779 | 19,183,403 |
| Work-in-progress | 30,206,565 | 35,520,067 |
| Raw materials | 37,875,221 | 31,405,524 |
| Consumables | 1,934,006 | 1,991,137 |
| | 89,206,571 | 88,100,131 |
| **At net realisable value** | | |
| Finished goods | 53,996 | 95,762 |
| Raw materials | - | 4,514 |
| | 53,996 | 100,276 |
| | 89,260,567 | 88,200,407 |
| **Recognised in profit or loss:** | | |
| Inventories recognised as cost of sales | 664,053,703 | 559,544,567 |
| **Included in cost of sales are:** | | |
| Inventories written off | - | 2,012,469 |
| Inventories written down to net realisable value | 46,280 | 2,507 |

Barcode:3886453-01 A-570-106 INV - Investigation -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 13.    RECEIVABLES

|  | Group | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| Trade receivables |  |  |
| - related parties | 165,973 | 31,255 |
| - third parties | 66,918,485 | 61,391,309 |
|  | 67,084,458 | 61,422,564 |
| Other receivables | 4,299,649 | 17,108,721 |
|  | 71,384,107 | 78,531,285 |

a)    Trade receivables

i)    Trade receivables are non-interest bearing and are generally from 7 to 90 days (2017 - 7 to 90 days) terms. They are recognised at their original invoice amounts which represent their fair values on initial recognition.

The Group does not hold any collateral or other credit enhancements over their balances.

ii)    Trade receivables that are past due but not impaired

2018

The analysis of ageing is disclosed in note 34(a)(i).

2017

The Group had trade receivables amounting to RM18,033,383 at 31 December 2017 that were past due at the end of the reporting period but not impaired. These receivables were unsecured and the analysis of their ageing at the end of the reporting period is as follows:

|  | RM |
|---|---|
| 1 to 30 days past due not impaired | 15,438,180 |
| 31 to 60 days past due not impaired | 1,758,954 |
| 61 to 90 days past due not impaired | 299,177 |
| 91 to 120 days past due not impaired | 268,772 |
| More than 121 days past due not impaired | 268,300 |
|  | 18,033,383 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 13.    RECEIVABLES - continued

a)    Trade receivables - continued

iii)    Trade receivables that are impaired

The Group's trade receivables that were impaired at the end of the last reporting period and the movement of the allowance accounts used to record the impairment were as follows:

|  | Group Individually impaired 2017 RM |
|---|---|
| Trade receivables - nominal amounts | 70,277 |
| Less: Impairment losses | (70,277) |
|  | - |

|  | Group 2017 RM |
|---|---|
| Movement of impairment losses |  |
| At 01 January | 136,371 |
| Charge for the financial year | 70,277 |
| Write off | (136,371) |
| At 31 December | 70,277 |

Trade receivables that were individually determined to be impaired at the end of the last reporting period related to two (2) debtors that were in financial difficulties and had defaulted on payments. These receivables were not secured by any collateral or credit enhancements.

iv)    The movement in allowance for ECL of trade receivables computed based on lifetime ECL is as follows:

|  | Group 2018 RM |
|---|---|
| Movement in allowance accounts: |  |
| At 01 January | 70,277 |
| Charge for the financial year | 32,632 |
| At 31 December | 102,909 |

Barcode:3886453-01 A-570-106 INV - Investigation -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 13.    RECEIVABLES - continued

b)    Other receivables

Credit terms for other receivables are assessed and approved on a case-by-case basis. Other receivables that are neither past due nor impaired are creditworthy debtors with good payment records with the Group.

c)    The currency exposure profile of the trade and other receivables is as follows:

|  | Group | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| RM | 12,163,244 | 27,701,453 |
| United States Dollar ('USD') | 59,220,863 | 50,829,832 |
|  | 71,384,107 | 78,531,285 |

d)    Other information on financial risks of receivables is disclosed in note 34.

### 14.    PREPAID OPERATING EXPENSES AND OTHER ASSETS

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Prepaid operating expenses and other assets | 11,275,169 | 7,072,406 | 14,040 | 12,633 |

Included in prepaid operating expenses and other assets of the Group is a rental deposit paid to a related party - NNST Capital Sdn. Bhd. amounting to RM62,910 (2017 - RM62,910).

### 15.    AMOUNTS DUE BY SUBSIDIARY COMPANIES

The amounts due by subsidiary companies which arose from non-trade advances are unsecured and repayable on demand.

The above advances bear interest at an effective rate of 8.35% (2017 - 8.35%) per annum.

Other information on financial risks of amounts due by subsidiary companies is disclosed in note 34.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 16.   INVESTMENT SECURITY

| | Group and Company | |
| --- | --- | --- |
| | 2018 | 2017 |
| | RM | RM |
| **At fair value through profit or loss** | | |
| Quoted in Malaysia Trust fund | 17,723,198 | - |

Other information on financial risks of investment security is disclosed in note 34.

### 17.   DERIVATIVE FINANCIAL INSTRUMENTS

| | Group | | | |
| --- | --- | --- | --- | --- |
| | 2018 | | 2017 | |
| | RM | | RM | |
| | Contract/ Notional Amount | Assets | Contract/ Notional Amount | Assets |
| Non-hedging derivatives: | | | | |
| Current | | | | |
| Forward currency contracts | 10,162,135 | 54,167 | - | - |
| | | | | |
| Total financial assets | | | | |
| at fair value through profit or loss | | 54,167 | | - |

Forward currency contracts are used to hedge foreign currency risk arising from the Group's sales denominated in USD for which firm commitments existed at the end of the reporting period, extending to February 2019 (2017 - nil).

Other information on financial risks of forward currency contracts is disclosed in note 34.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 18.    TAXATION

a)    Movements in  taxation statements in the statements of financial position:

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| At 01 January | 1,554,797 | 3,259,667 | 45,488 | (23,082) |
| Acquisition of subsidiary company (note 10(c)) | - | 264,812 | - | - |
| Current income tax | 14,713,364 | 22,367,190 | 189,101 | 317,749 |
| Income tax paid | (17,846,286) | (24,726,736) | (374,168) | (307,571) |
| Income tax refunded | - | 213,540 | - | 58,392 |
| Income tax (over)/underprovision in prior financial year | (254,174) | 176,324 | (663) | - |
| At 31 December | (1,832,299) | 1,554,797 | (140,242) | 45,488 |
| Disclosed as: |  |  |  |  |
| Tax assets | (2,709,239) | (1,446,875) | (140,242) | - |
| Tax liabilities | 876,940 | 3,001,672 | - | 45,488 |
|  | (1,832,299) | 1,554,797 | (140,242) | 45,488 |

b)    Income tax expenses comprise:

### Statements of profit or loss and other comprehensive income

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Malaysian income tax: |  |  |  |  |
| - current | 14,713,364 | 22,367,190 | 189,101 | 317,749 |
| - (over)/underprovision in prior financial year | (254,174) | 176,324 | (663) | - |
|  | 14,459,190 | 22,543,514 | 188,438 | 317,749 |
| Deferred taxation (note 23(a)): |  |  |  |  |
| - origination and reversal of temporary differences | 712,164 | (273,929) | - | - |
| - asset revaluation reserves | (70,829) | (175,383) | - | - |
| - overprovision in prior financial year | (21,882) | (15,859) | - | - |
|  | 619,453 | (465,171) | - | - |
| Income tax expenses recognised in profit or loss | 15,078,643 | 22,078,343 | 188,438 | 317,749 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

18.   TAXATION - continued

c)   Reconciliation of income tax expenses with accounting profit:

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Profit before tax | 72,931,890 | 92,808,067 | 38,065,089 | 42,861,126 |
| Taxation at statutory tax rate of 24% | 17,503,654 | 22,273,936 | 9,135,621 | 10,286,670 |
| Deferred tax assets not recognised | 428,065 | 687,414 | - | - |
| Export allowances incentive | (3,681,825) | (2,947,677) | - | - |
| Tax effects of: |  |  |  |  |
| - double deduction expenses | (137,844) | (201,489) | - | - |
| - income not subject to income tax | (286,268) | (433,402) | (9,029,616) | (11,279,952) |
| - non-allowable expenses | 1,528,917 | 2,539,096 | 83,096 | 1,311,031 |
|  | 15,354,699 | 21,917,878 | 189,101 | 317,749 |
| (Over)/underprovision in prior financial year: |  |  |  |  |
| - deferred tax | (21,882) | (15,859) | - | - |
| - income tax | (254,174) | 176,324 | (663) | - |
| Income tax expenses recognised in profit or loss | 15,078,643 | 22,078,343 | 188,438 | 317,749 |

d)   The Group has the following which can be used to offset against future taxable profit:

|  | Group | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| Unused capital allowances | 111,957 | 111,782 |
| Unused agricultural allowances | 6,493,169 | 5,930,540 |
| Unused tax losses | 3,226,038 | 2,331,105 |
|  | 9,831,164 | 8,373,427 |

**ANNUAL REPORT** 2018

## NOTES TO THE FINANCIAL STATEMENTS
- 31 DECEMBER 2018 - continued

### 19.    DEPOSITS, CASH AND BANK BALANCES

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Cash and bank balances | 54,740,005 | 75,219,705 | 901,036 | 24,206,039 |
| Short term deposits with licensed banks | 21,604,169 | 16,993,193 | - | - |
|  | 76,344,174 | 92,212,898 | 901,036 | 24,206,039 |

**Group**

Included in short term deposits with licensed banks are deposits of RM2,844,280 (2017 - RM2,756,678) pledged as securities for banking facilities granted to the Group as disclosed in note 22(a)(ii).

Other information on financial risks of short term deposits is disclosed in note 34.

### 20.    SHARE CAPITAL

|  | Group and Company | | | |
|---|---|---|---|---|
|  | 2018 No. of shares | 2017 No. of shares | 2018 RM | 2017 RM |
| Issued and fully paid ordinary shares | 179,999,988 | 179,999,988 | 89,999,994 | 89,999,994 |

The shareholders are entitled to receive dividends as and when declared by the Company. All ordinary shares carry one vote per share without restrictions and rank equally with regard to the Company's residual assets. The ordinary shares have no par value.

### 21.    RESERVES

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| **Non-distributable** |  |  |  |  |
| Asset revaluation reserves | 43,431,411 | 27,231,293 | - | - |
| **Distributable** |  |  |  |  |
| Retained profits | 192,561,855 | 171,541,353 | 2,112,012 | 1,135,361 |
|  | 235,993,266 | 198,772,646 | 2,112,012 | 1,135,361 |

118    LII HEN INDUSTRIES BHD. (301361-U)

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

21.   RESERVES - continued

**Group**

Asset revaluation reserves

The asset revaluation reserves represent increases in the fair value of the land and buildings, net of tax, and decreases to the extent that such decrease relates to an increase on the same asset previously recognised in other comprehensive income.

**Company**

Retained profits

The Company is under the single tier dividend system and hence, there is no restriction on the Company to distribute the payment of dividends out of its entire retained profits at the end of the reporting period.

22.   BORROWINGS

|  | Group | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| **Secured** | | |
| **Current portion** | | |
| Bank overdrafts | - | 4,707,712 |
| Bankers' acceptances | 24,910,351 | 27,927,986 |
| Hire purchase | 23,115 | - |
| Term loans | 1,912,110 | 1,968,643 |
| **Total current portion** | 26,845,576 | 34,604,341 |
| **Non-current portion** | | |
| Hire purchase | 215,755 | - |
| Term loans | 2,138,354 | 3,836,163 |
| **Total non-current portion** | 2,354,109 | 3,836,163 |
| **Total borrowings** | 29,199,685 | 38,440,504 |

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

22.    BORROWINGS - continued

Group

a)    The bank overdrafts and bankers' acceptances are secured by:

i)    fixed charges on landed properties and floating charge on other assets of a subsidiary company and legal charges on landed properties of certain subsidiary companies as disclosed in note 7(a); and

ii)    short term deposits of certain subsidiary companies as disclosed in note 19.

b)    The hire purchase is secured by a charge over the asset as disclosed in note 7(b).

c)    The term loans are repayable as follows:

| Term loan | No. of Installments | Repayment Period From | Until | Monthly Installment amount RM | Securities over the properties of the Group as disclosed in note 7(a) |
|---|---|---|---|---|---|
| I | 120 | November 2009 | End of repayment period | 40,214 | Freehold factory buildings |
| II | 166 | November 2012 | July 2014 | 31,250 | Freehold land |
| | | August 2014 | July 2016 | 28,192 | |
| | | August 2016 | July 2017 | 56,122 | |
| | | August 2017 | December 2017 | 56,211 | |
| | | January 2018 | February 2018 | 84,317 | |
| | | March 2018 | April 2018 | 56,262 | |
| | | May 2018 | October 2018 | 56,314 | |
| | | November 2018 | End of repayment period | 84,470 | |
| III | 236 | January 2013 | July 2014 | 40,240 | Leasehold land and buildings |
| | | August 2014 | June 2015 | 12,554 | |
| | | July 2015 | August 2016 | 32,113 | |
| | | September 2016 | July 2017 | 57,262 | |
| | | August 2017 | January 2018 | 57,478 | |
| | | February 2018 | March 2018 | 57,644 | |
| | | April 2018 | End of repayment period | 57,810 | |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 22.   BORROWINGS - continued

d)   A reconciliation of liabilities arising from the Group's financing activities excluding bank overdrafts is as follows:

|  | 01 January 2018 RM | Cash flows RM | Non-cash changes acquisition RM | 31 December 2018 RM |
|---|---|---|---|---|
| Bankers' acceptances | 27,927,986 | (3,017,635) | - | 24,910,351 |
| Hire purchase | - | (11,130) | 250,000 | 238,870 |
| Term loans | 5,804,806 | (1,754,342) | - | 4,050,464 |
| Total | 33,732,792 | (4,783,107) | 250,000 | 29,199,685 |

|  | 01 January 2017 RM | Cash flows RM | Non-cash changes acquisition RM | 31 December 2017 RM |
|---|---|---|---|---|
| Bankers' acceptances | 22,848,319 | 5,079,667 | - | 27,927,986 |
| Term loans | 8,107,812 | (2,303,006) | - | 5,804,806 |
| Total | 30,956,131 | 2,776,661 | - | 33,732,792 |

e)   Other information on financial risks of borrowings is disclosed in note 34.

### 23.   DEFERRED TAXATION

a)   Movements in temporary differences during the financial year:

|  | Group 2018 RM | Group 2017 RM |
|---|---|---|
| At 01 January | 14,885,895 | 11,332,150 |
| Acquisition of a subsidiary company (note 10(c)) | - | 4,018,916 |
| Recognised in profit or loss (note 18(b)): |  |  |
| - asset revaluation reserves | (70,829) | (175,383) |
| - property, plant and equipment | 690,282 | (289,788) |
|  | 619,453 | (465,171) |
| Recognised in other comprehensive income: |  |  |
| - revaluation of land and buildings | 3,906,196 | - |
| At 31 December | 19,411,544 | 14,885,895 |



**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 23.    DEFERRED TAXATION - continued

b)    Recognised deferred tax assets and liabilities are attributable to the following:

Group

|  | Assets 2018 RM | Assets 2017 RM | Liabilities 2018 RM | Liabilities 2017 RM | Net 2018 RM | Net 2017 RM |
|---|---|---|---|---|---|---|
| Property, plant and equipment | - | - | 8,519,590 | 7,907,516 | 8,519,590 | 7,907,516 |
| Asset revaluation reserves | - | - | 11,717,388 | 7,882,021 | 11,717,388 | 7,882,021 |
| Unused capital allowances | (26,870) | (26,828) | - | - | (26,870) | (26,828) |
| Unused agriculture allowances | (798,564) | (876,814) | - | - | (798,564) | (876,814) |
|  | (825,434) | (903,642) | 20,236,978 | 15,789,537 | 19,411,544 | 14,885,895 |
| Set off of tax | 825,434 | 903,642 | (825,434) | (903,642) | - | - |
|  | - | - | 19,411,544 | 14,885,895 | 19,411,544 | 14,885,895 |

c)    The deferred tax assets, stated at gross, have not been recognised as it is not probable that sufficient future taxable profit will be available to offset against the following unrecognised deferred tax assets of the Group:

|  | Group 2018 RM | Group 2017 RM |
|---|---|---|
| Unused agriculture allowances | 3,165,823 | 2,277,149 |
| Unused tax losses | 3,226,038 | 2,331,104 |
|  | 6,391,861 | 4,608,253 |

d)    Deferred tax assets of the Group have not been recognised in respect of these items as they were derived from different business sources and it is not probable that taxable profit of the Group from the same business source would be available against which the deductible temporary differences could be utilised.

Under the Malaysia Finance Act 2018 which was gazetted on 27 December 2018, the Group's unutilised tax losses with no expiry period amounting to RM3,226,038 million as at 31 December 2018 will be imposed with a time limit of utilisation. Any accumulated unutilised tax losses brought forward from year of assessment 2018 can be carried forward for another 7 consecutive years of assessment (i.e. from year of assessments 2019 to 2025). These unutilised tax losses were classified as 'no expiry period' in previous reporting periods.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

24.   PAYABLES

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Trade payables |  |  |  |  |
| - a related party | 103,114 | 70,415 | - | - |
| - third parties | 52,585,904 | 47,524,036 | - | - |
|  | 52,689,018 | 47,594,451 | - | - |
| Other payables | 4,646,294 | 4,306,296 | 1,696 | 1,564 |
| Accrued operating expenses | 23,327,132 | 26,448,465 | 80,679 | 103,266 |
|  | 80,662,444 | 78,349,212 | 82,375 | 104,830 |

a)   Trade payables

These amounts are non-interest bearing. Trade payables are normally settled on 7 to 90 days (2017 - 7 to 120 days) terms.

b)   Other payables

i)   These amounts are non-interest bearing. Credit terms for other payables are negotiated on a case-by-case basis.

ii)   Included in other payables is an amount of RM37,619 (2017 - nil) representing sub-contract charges payable to the related party.

c)   The currency exposure profile of the trade and other payables is as follows:

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| RM | 54,620,530 | 51,006,475 | 1,696 | 1,564 |
| USD | 2,714,782 | 894,272 | - | - |
|  | 57,335,312 | 51,900,747 | 1,696 | 1,564 |

d)   Other information on financial risks of payables is disclosed in note 34.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 25.   REVENUE

a)   **Disaggregation of revenue**

|  | 2018 RM | 2017 RM |
|---|---|---|
| **Group** | | |
| **Primary geographical markets** | | |
| United States of America | 615,410,722 | 516,067,274 |
| Malaysia | 57,693,494 | 91,810,995 |
| Taiwan, Republic of China | 38,535,515 | 46,108,768 |
| Other countries | 89,578,779 | 63,547,953 |
|  | 801,218,510 | 717,534,990 |
| **Major products** | | |
| Furniture, furniture components and processed wood works | 801,218,510 | 717,534,990 |
| **Timing transfer of goods or services** | | |
| At a point in time | 801,218,510 | 717,534,990 |
| **Company** | | |
| Dividend income from subsidiary companies | 36,900,000 | 46,800,000 |

b)   **Contract assets**

Information about receivables from contracts with customers during the reporting period is disclosed as follows:

|  | Group | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| Receivables from contract with customers (note 13) | 67,084,458 | 61,422,564 |

During the reporting period, the Group has recognised impairment loss on receivable arising from contracts with a customer amounting to RM32,632 (2017- RM70,277) in profit or loss.

### 26.   FINANCE COSTS

|  | Group | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| Interest on | | |
| - bank overdrafts carried at amortised cost | 52,845 | 917 |
| - bankers' acceptances carried at amortised cost | 969,241 | 822,600 |
| - obligation under hire purchase | 6,162 | - |
| - term loans carried at amortised cost | 239,288 | 316,272 |
|  | 1,267,536 | 1,139,789 |

124   LII HEN INDUSTRIES BHD. (301361-U)

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 27.  PROFIT BEFORE TAX

a)      This is arrived at after inclusion of the following charges/(income):

| | Group | | Company | |
|---|---|---|---|---|
| | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Amortisation of intangible assets | 18,993 | 18,690 | - | - |
| Auditors' remuneration: | | | | |
| - other services | 64,460 | 62,120 | 14,300 | 11,150 |
| - statutory audit | 184,000 | 184,000 | 31,000 | 31,000 |
| Depreciation on: | | | | |
| - property, plant and equipment | 8,693,143 | 7,573,110 | 138 | 141 |
| - investment property | 7,979 | 7,979 | - | - |
| Fair value changes of biological asset | 797,589 | 1,913,920 | | |
| Foreign exchange loss: | | | | |
| - realised | 63,375 | 6,992,757 | - | - |
| - unrealised | 863,869 | 899,118 | - | - |
| Impairment loss on: | | | | |
| - investment in a subsidiary company | - | - | - | 4,757,377 |
| - trade receivables | 32,632 | 70,277 | - | - |
| Indemnity insurance of Directors and officers | 12,887 | 12,760 | 12,887 | 12,760 |
| Inventories written off due to fire incident | - | 2,012,469 | - | - |
| Inventories written down to net realisable value | 46,280 | 2,507 | - | - |
| Lease of computer software | 188,600 | 180,000 | - | - |
| Property, plant and equipment written off due to: | | | | |
| - fire incident | - | 3,911,777 | - | - |
| - others | 29,720 | 1,081 | - | - |
| Rental of: | | | | |
| - equipment | 9,000 | | - | - |
| - factories | 5,155,480 | 6,067,627 | - | - |
| - hostel | 92,056 | 38,690 | - | - |
| - premises | 8,400 | 8,400 | - | - |
| Fair value changes of investment security | (20,969) | - | (20,969) | - |
| Gain on disposal of property, plant and equipment | (66,313) | (86,691) | - | - |
| Insurance claim due to: | | | | |
| - fire incident | - | (4,963,165) | - | - |
| - others | (96,664) | (893,578) | - | - |
| Income from debt instrument carried at fair value | (27,944) | - | (27,944) | - |
| Interest income from loans and receivables | (1,981,789) | (3,183,384) | (1,740,775) | (1,749,190) |
| Net fair value gain on derivative financial instruments | (54,167) | - | - | - |
| Rental income | (534,270) | (409,695) | - | - |

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

27.   PROFIT BEFORE TAX - continued

b)    Directors' remuneration:

|  |  | Group | | Company | |
|---|---|---|---|---|---|
|  |  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| i) | Directors of the Company |  |  |  |  |
|  | Executive: |  |  |  |  |
|  | Short term employee benefits |  |  |  |  |
|  | - Fees | 20,000 | 20,000 | 20,000 | 20,000 |
|  | - Salaries and other emoluments | 5,462,855 | 6,440,737 | - | - |
|  | Post-employee benefits |  |  |  |  |
|  | - Defined contribution retirement plan | 655,547 | 764,965 | - | - |
|  | The estimated monetary value of benefit-in-kind | 43,404 | 57,550 | - | - |
|  |  | 6,181,806 | 7,283,252 | 20,000 | 20,000 |
|  | Non-executive: |  |  |  |  |
|  | Short term employee benefits |  |  |  |  |
|  | - Fees | 17,500 | 25,000 | 17,500 | 25,000 |
|  | - Other emoluments | 196,500 | 228,200 | 196,500 | 228,200 |
|  |  | 214,000 | 253,200 | 214,000 | 253,200 |
| ii) | Directors of the subsidiary  companies |  |  |  |  |
|  | Executive: |  |  |  |  |
|  | Short term employee benefits |  |  |  |  |
|  | - Salaries and other emoluments | 4,808,776 | 5,796,520 | - | - |
|  | Post-employee benefits |  |  |  |  |
|  | - Defined contribution retirement plan | 535,293 | 647,087 | - | - |
|  | The estimated monetary value of benefit-in-kind | 71,590 | 63,800 | - | - |
|  |  | 5,415,659 | 6,507,407 | - | - |
|  | Non-executive: |  |  |  |  |
|  | - Other emoluments | 33,500 | 42,000 | - | - |
|  |  | 11,844,965 | 14,085,859 | 234,000 | 273,200 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

28.   EARNINGS PER SHARE

### Basic

The basic earnings per share is calculated by dividing the Group's profit for the reporting period attributable to owners of the Company by the number of ordinary shares in issue during the reporting period.

|  | Group | |
| --- | --- | --- |
|  | 2018 RM | 2017 RM |
| Profit net of tax attributable to owners of the Company | 57,163,689 | 71,548,480 |

|  | 2018 Units | 2017 Units |
| --- | --- | --- |
| Number of ordinary shares in issue | 179,999,988 | 179,999,988 |

|  | 2018 Sen | 2017 Sen |
| --- | --- | --- |
| Basic earnings per share | 31.76 | 39.75 |

### Diluted

The diluted earnings per share equals to basic earnings per share because there were no potential dilutive ordinary shares as at the end of the reporting period.

29.   DIVIDENDS

|  | Group and Company | |
| --- | --- | --- |
|  | 2018 RM | 2017 RM |
| **Recognised during the reporting period** | | |
| Dividends on ordinary shares: | | |
| Special single tier dividend for 2017 - 8.0 sen (2016 - 10.0 sen) | 14,400,000 | 18,000,000 |
| Final single tier dividend for 2017 - 3.0 sen (2016 - 4.0 sen) | 5,400,000 | 7,200,000 |
| First interim single tier dividend for 2018 - 2.5 sen  (2017 - 4.0 sen) | 4,500,000 | 7,200,000 |
| Second interim single tier dividend for 2018 - 3.5 sen   (2017 - 4.0 sen) | 6,300,000 | 7,200,000 |
| Third interim single tier dividend for 2018 - 3.5 sen  (2017 - 4.0 sen) | 6,300,000 | 7,200,000 |
|  | 36,900,000 | 46,800,000 |

LII HEN INDUSTRIES BHD. (301361-U)   127

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

29.    DIVIDENDS - continued

| | Group and Company RM |
|---|---|
| **Not recognised as liabilities at 31 December 2018** | |
| Dividends on ordinary shares | |
| | |
| Declared and paid after the reporting period: | |
| - Fourth interim single tier dividend of 2.0 sen per share for 2018 | 3,600,000 |
| | |
| Proposed for shareholders' approval at the forthcoming Annual General Meeting: | |
| - Final single tier dividend of 3.0 sen per share for 2018 | 5,400,000 |

30.    STATEMENTS OF CASH FLOWS

a)    Non-cash transaction:

| | Company | |
|---|---|---|
| | 2018 RM | 2017 RM |
| Issuance of shares by a subsidiary company subscribed by the Company (note 10) | 6,500,000 | - |
| Satisfaction of debt due to the Company | (6,500,000) | - |
| | | |
| Proceeds from issuance of shares by a subsidiary company to the Company | - | - |

b)    Acquisition of property, plant and equipment:

| | Group | | Company | |
|---|---|---|---|---|
| | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Total acquisition of property, plant and equipment (note 7) | 20,305,967 | 12,023,737 | 30 | - |
| Financed by hire purchase | (250,000) | - | - | - |
| | 20,055,967 | 12,023,737 | 30 | - |

Filed By: bbaker@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

**ANNUAL REPORT** 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

30.    STATEMENTS OF CASH FLOWS   - continued

c)    Cash and cash equivalents included in the statements of cash flows comprise the following:

|  | Group | | Company | |
| --- | --- | --- | --- | --- |
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Cash and bank balances | 54,740,005 | 75,219,705 | 901,036 | 24,206,039 |
| Short term deposits with licensed banks | 18,759,889 | 14,236,515 | - | - |
|  | 73,499,894 | 89,456,220 | 901,036 | 24,206,039 |
| Bank overdrafts | - | (4,707,712) | - | - |
|  | 73,499,894 | 84,748,508 | 901,036 | 24,206,039 |

d)    The currency exposure profile of the cash and cash equivalents is as follows:

|  | Group | | Company | |
| --- | --- | --- | --- | --- |
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| RM | 44,788,255 | 59,534,877 | 901,036 | 24,206,039 |
| USD | 28,639,598 | 25,141,327 | - | - |
| Singapore Dollars | 67,649 | 67,912 | - | - |
| Others | 4,392 | 4,392 | - | - |
|  | 73,499,894 | 84,748,508 | 901,036 | 24,206,039 |

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 31.   SIGNIFICANT RELATED PARTY DISCLOSURES

In addition to related party disclosure disclosed elsewhere in the financial statements, the related party relationships and significant transactions are set out as follows:

a)   Identity of related parties

The Company has related party relationships with the following parties:

i)      Immediate and ultimate holding company of the Company, Assets Muar Sdn. Bhd.

ii)     Subsidiary companies of the Company as disclosed in note 10.

iii)    Companies in which certain Directors of the Company and certain directors of the subsidiary companies have control or significant influence:

- Domain Partners Sdn. Bhd. ('DP');
  (until 30 November 2017 and became the subsidiary company of FD thereafter (note 10(c))

- NNST Capital Sdn. Bhd. ('NNST');

- Double Soon Huat Enterprise ('DSHE');

- T- Home Furniture Industry Sdn. Bhd. ('THFI'); and

- Hong Tat Sofa Enterprise ('HTSE').

iv)    Key management personnel, including Directors, are those persons having authority and responsibility for planning, directing and controlling the activities of the Group.

b)   Significant  transactions undertaken with  the related  parties  during  the  reporting  period were as follows:

| | Group | | Company | |
|---|---|---|---|---|
| | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| **Subsidiary companies** | | | | |
| Advances to | - | - | 8,825,563 | 3,603,979 |
| Repayment from | - | - | 2,476,591 | 1,816,063 |
| Interest income from | - | - | 952,890 | 773,969 |

Filed By: bbaher@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 31.   SIGNIFICANT RELATED PARTY DISCLOSURES - continued

In addition to related party disclosure disclosed elsewhere in the financial statements, the related party relationships and significant transactions are set out as follows: - continued

b)   Significant  transactions undertaken with  the related  parties  during  the  reporting  period were as follows:  - continued

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| **Related parties** | | | | |
| Acquisition of a subsidiary company (note 10(c)) | - | 20,474,542 | - | - |
| Sales of goods to | | | | |
| - THFI | 441,122 | 367,283 | - | - |
| - HTSE | 53,864 | 652 | - | - |
| Rental paid/payable to | | | | |
| - DP | - | 1,377,410 | - | - |
| - NNST | 251,640 | 251,640 | - | - |
| Sub-contract charges paid/payable to | | | | |
| - DSHE | 1,855,042 | 1,865,994 | - | - |
| - HTSE | 109,704 | 26,294 | - | - |

The Directors of the Company are of the opinion that these transactions are transacted at approximate market prices and at mutually agreed terms.

c)   Compensation paid/payable to key management personnel (other than executive Directors whose remuneration are disclosed in note 27(b)) were as follows:

|  | Group | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| Short term employee benefits | 2,392,774 | 2,875,091 |
| Post-employment benefits | 404,866 | 534,099 |
|  | 2,797,640 | 3,409,190 |

d)   Information regarding outstanding balances which are unsecured and arising from related party transactions at the end of the reporting period is disclosed in note 13, 14, 15 and 24.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 32.    EMPLOYEE BENEFITS EXPENSES

The total staff costs were as follows:

|  | Group | | Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Salaries, wages, allowances and bonuses | 85,016,537 | 82,130,916 | 196,500 | 228,200 |
| Defined contribution retirement plan | 3,682,869 | 3,933,602 | - | - |
| Other employee benefits | 875,367 | 731,960 | - | - |
|  | 89,574,773 | 86,796,478 | 196,500 | 228,200 |

### 33.    FAIR VALUE OF ASSETS AND LIABILITIES

a)    Fair value hierarchy

The Group categories fair value measurement using a fair value hierarchy that is dependent on the valuation inputs used as follows:

Level 1 -    Quoted prices (unadjusted) in active markets for identical assets or liabilities that the Group can access at the measurement date;

Level 2 -    Inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly or indirectly; and

Level 3 -    Unobservable inputs for the asset or liability.

Fair value measurements that use inputs of different hierarchy levels are categorised in its entirety in the same level of the fair value hierarchy as the lowest level input that is significant to the entire measurement.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 33.    FAIR VALUE OF ASSETS AND LIABILITIES - continued

b)    Assets and liabilities measured at fair value

The following table shows an analysis of each class of assets and liability measured at fair value at the end of the reporting period:

| | Quoted prices in active markets for identical instruments (Level 1) RM | Significant observable inputs other than quoted prices (Level 2) RM | Significant unobservable inputs (Level 3) RM | Total fair value RM |
|---|---|---|---|---|
| **Recurring fair value measurement** | | | | |
| **Group** | | | | |
| **2018** | | | | |
| **Assets** | | | | |
| **Non-financial assets:** | | | | |
| **Property, plant and equipment** | | | | |
| **Land and buildings** | | | | |
| Freehold land | - | 41,942,169 | - | 41,942,169 |
| Freehold factory buildings | - | 50,570,305 | - | 50,570,305 |
| Freehold hostels | - | 5,118,038 | - | 5,118,038 |
| Freehold stores | - | 741,130 | - | 741,130 |
| Leasehold land | - | 21,211,015 | - | 21,211,015 |
| Leasehold factory buildings | - | 41,193,176 | - | 41,193,176 |
| **Biological asset** | - | - | 2,230,426 | 2,230,426 |
| | - | 160,775,833 | 2,230,426 | 163,006,259 |
| **Financial assets:** | | | | |
| Investment security | 17,723,198 | - | - | 17,723,198 |
| Derivatives - Forward currency contracts | - | 54,167 | - | 54,167 |
| | 17,723,198 | 54,167 | - | 17,777,365 |
| **2017** | | | | |
| **Assets** | | | | |
| **Non-financial assets:** | | | | |
| **Investment property** | | | | |
| Freehold building | - | - | 383,001 | 383,001 |
| **Biological asset** | - | - | 2,438,965 | 2,438,965 |
| | - | - | 2,821,966 | 2,821,966 |
| **Company** | | | | |
| **2018** | | | | |
| **Assets** | | | | |
| **Financial asset:** | | | | |
| Investment security | 17,723,198 | - | - | 17,723,198 |

Barcode:3886453-01 A-570-106 INV - Investigation -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS

### - 31 DECEMBER 2018 - continued

### 33.   FAIR VALUE OF ASSETS AND LIABILITIES - continued

c)   Level 2 fair value measurements

The following is a description of the valuation techniques and inputs used in the fair value measurement for assets and liabilities that are categorised within level 2 of the fair value hierarchy:

-   Property, plant and equipment

The valuations of land and buildings are based on sales comparison approach. Sales price of comparable market transactions that in close proximity is adjusted for the differences in the key attributes such as property location, size, shape and terrain. The most significant input into this valuation is the price per square foot of the comparable properties. The valuation in 2017 was based on Directors' estimates which had been classified as Level 3 in note 33(e).

-   Derivatives

Forward currency contracts are valued based on the quotations obtained from the counterparty bankers. The fair value of forward currency contracts is estimated by discounting the difference between the contractual forward price and the current forward price for the residual maturity of the contract using a risk-free interest rate (based on government bonds).

d)   Level 3 fair value measurements

i)   Determination of fair value of biological asset

The Group does not intend to sell the rubber wood trees before their maturity period of 20 years from the year of planting and there is no active market for the timber.

No value is given to the latex until the trees are matured for tapping.

Valuation techniques and key inputs

The valuation model considers the net present value of the net cash flows expected to be generated from the sales of rubber wood trees. The cash flow projections include specific estimates for 20 years. The expected net present value is discounted using a risk adjusted discount rate.

-   The significant key unobservable inputs in estimating the fair value are:

-   selling price of matured rubber wood trees which are estimated at RM180 per m3 (2017 - RM180 per m3) based on current market price taking into consideration of the management's experience and knowledge of the market conditions;

-   the cost to sell is estimated at 3% (2017 - 3%) of the fair value of the immature rubber wood trees;

-   the fair value less cost to sell off current immature rubber wood trees is estimated at RM54 to RM73 per m3 (2017 - RM79 per m3), which is adjusted proportionately to the selling price of the matured rubber wood tress based on the estimated size of the trees;

-   the mortality rate is estimated at 5% to 10% (2017 - 25%); and

-   the pre-tax discount rate applied to the cash flow projections is 10% (2017 - 10%).

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

33.   FAIR VALUE OF ASSETS AND LIABILITIES - continued

d)   Level 3 fair value measurements - continued

i)   Determination of fair value of biological asset - continued

Sensitivity to changes in key unobservable inputs

The following table shows the impact on the fair value of biological asset that is sensitive to changes in unobservable inputs that reflect reasonably possible alternative assumptions.

Effect of reasonably possible alternative assumptions on profit or loss:

| | RM | RM |
|---|---|---|
| If the selling price is 5% higher/lower | 101,000 | (101,000) |
| If the cost to sell is 1% higher/lower | (20,000) | 20,000 |
| If the mortality rate is 10% higher/lower | (117,000) | 117,000 |
| If the discount rate is 1% higher/lower | (270,000) | 270,000 |

The positive and negative effects are approximately the same.

ii)   Determination of fair value of investment property

In the previous reporting period, the fair value of investment property was based on Directors' estimation using the latest available market information and recent experience and knowledge in the location and category property. The significant unobservable input is price per square foot and the estimated fair value would increase/decrease if the price per square foot is higher /lower.

During the reporting period, the fair value of investment property is based on sales comparison approach. Sales price of comparable market transactions that in close proximity is adjusted for the differences in the key attributes such as property location, size, shape and terrain. The most significant input into this valuation is the price per square foot of the comparable properties. The valuation during the reporting period has been classified as Level 2 as disclosed in note 33(e).

iii)   Valuation processes applied by the Group for Level 3 fair value

The Group Senior Manager of Corporate & Finance has overall responsibility for overseeing all significant fair value measurements and regularly reviews significant unobservable inputs and valuation adjustments. The Group Senior Manager of Corporate & Finance reports to the Audit Committee.

iv)   Transfers between Level 1, Level 2 and Level 3 fair values

There were no transfers between Level 1, Level 2 and Level 3 during the reporting periods of 2017 and 2018 other than valuation of land and buildings as disclosed in note 33(e).

v)   Movements in Level 3 on asset measured at fair value

The following table presents the reconciliation of the asset measured at fair value based on significant unobservable inputs (Level 3):

| | Group | |
|---|---|---|
| | 2018 | 2017 |
| | RM | RM |
| Biological asset | | |
| At 01 January | 2,438,965 | 3,938,027 |
| Purchase/planting | 589,050 | 414,858 |
| Changes in fair value less costs to sell (note 9) | (797,589) | (1,913,920) |
| At 31 December | 2,230,426 | 2,438,965 |

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 33.    FAIR VALUE OF ASSETS AND LIABILITIES - continued

e)    Assets and liabilities not carried at fair value but for which fair value is disclosed

i)    The following table shows an analysis of the Group's assets and liabilities not measured at fair value at the end of the reporting period but for which fair value is disclosed:

| | Fair value measurement at the end of the reporting period using hierachy analysis | | | |
| | Quoted prices in active markets for identical instruments (Level 1) RM | Significant observable inputs other than quoted prices (Level 2) RM | Significant unobservable inputs (Level 3) RM | Total fair value RM |
|---|---|---|---|---|
| **Recurring fair value measurement** | | | | |
| **Group** | | | | |
| | | | | |
| **2018** | | | | |
| **Asset** | | | | |
| **Non-financial asset:** | | | | |
| **Investment property** | | | | |
| Freehold building | - | 400,000 | - | 400,000 |
| | | | | |
| **Liabilities** | | | | |
| **Financial liabilities:** | | | | |
| **Loans and borrowings** | | | | |
| Non-current portion | | | | |
| Term loans | - | - | 1,866,840 | 1,866,840 |
| Hire purchase | - | - | 201,676 | 201,676 |
| | - | - | 2,068,516 | 2,068,516 |
| | | | | |
| **2017** | | | | |
| **Assets** | | | | |
| **Non-financial assets:** | | | | |
| **Property, plant and equipment** | | | | |
| **Land and buildings** | | | | |
| Freehold land | - | - | 27,716,798 | 27,716,798 |
| Freehold factory buildings | - | - | 48,000,220 | 48,000,220 |
| Freehold hostels | - | - | 4,092,089 | 4,092,089 |
| Freehold stores | - | - | 414,678 | 414,678 |
| Leasehold land | - | - | 20,411,116 | 20,411,116 |
| Leasehold factory buildings | - | - | 36,838,884 | 36,838,884 |
| | - | - | 137,473,785 | 137,473,785 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 33.    FAIR VALUE OF ASSETS AND LIABILITIES - continued

e)    Assets and liabilities not carried at fair value but for which fair value is disclosed - continued

i)    The following table shows an analysis of the Group's assets and liabilities not measured at fair value at the end of the reporting period but for which fair value is disclosed: - continued

|  | Fair value measurement at the end of the reporting period using hierachy analysis | | | |
|  | Quoted prices in active markets for identical instruments (Level 1) RM | Significant observable inputs other than quoted prices (Level 2) RM | Significant unobservable inputs (Level 3) RM | Total fair value RM |
|---|---|---|---|---|
| **Recurring fair value measurement** **Group** | | | | |
| **2017** | | | | |
| **Liability** | | | | |
| **Financial liability:** | | | | |
| **Loans and borrowings** | | | | |
| Non-current portion | | | | |
| Term loans | - | - | 1,883,752 | 1,883,752 |

ii)    Determination of fair value

The fair values of land and buildings included in property, plant and equipment as at 31 December 2017 were based on the Directors' estimation using the latest available market information and recent experience and knowledge in the location and category of property being valued.

The fair value of borrowings is estimated by discounting expected future cash flows at market incremental lending rate for similar types of lending or borrowing at the end of the reporting period.

f)    The following are classes of assets and liabilities that are reasonable approximate to their fair value:

Receivables
Amounts due by subsidiary companies
Deposits, cash and bank balances
Borrowings (current)
Payables

g)    The Company has provided financial guarantee to bankers for banking facilities to a limit of approximately RM127 million (2017 - RM93 million) granted to certain subsidiary companies.

Accordingly, the Company has exposure of credit risk to the extent of banking facilities utilised by the subsidiary companies amounting to approximately RM29 million (2017 - RM39 million) at the end of the reporting period.

There was no indication that the subsidiary companies would default on repayments. Thus, the fair value of the financial guarantee contract for the Company is nil. Other financial risk information is as disclosed in note 34.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 34.   FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES

The Group and the Company are exposed to financial risks arising from their operations and the use of financial instruments. The key financial risks include credit risk, liquidity risk, interest rate risk, foreign currency risk and market price risk.

The Board of Directors reviews and agrees policies and procedures for the management of these risks, which are executed by the Senior Manager of Corporate & Finance and Financial Officers. The Risk Oversight Committee and the Audit Committee provide independent oversight to the effectiveness of the risk management process.

It is, and has been throughout the current and previous reporting periods the Group's policy that no trading in derivatives for speculative purposes shall be undertaken.

The following sections provide details regarding the Group's and Company's exposure to the above-mentioned financial risks and the objectives, policies and processes for the management of these risks.

a)     Credit risk

Credit risk is the risk of loss that may arise on outstanding financial instruments should a counterparty defaults on its obligations. The Group's and the Company's exposure to credit risk arises primarily from trade and other receivables. For other financial assets (including investment security, derivative financial instruments, loans and advances to subsidiary companies, short term deposits with licensed banks and bank balances), the Group and the Company minimise credit risk by dealing exclusively with high credit rating counterparties.

The Group's objective is to seek continual revenue growth while minimising losses incurred due to increased credit risk exposure. The Group trades only with recognised and creditworthy third parties. It is the Group's policy that all customers who wish to trade on credit terms are subject to credit verification procedures. In addition, receivable balances are monitored on an ongoing basis and the Group's exposure to bad debts is not significant. The Group manages credit risk by setting credit limits.

The Group considers the probability of default upon initial recognition of asset and whether there has been a significant increase in credit risk on an ongoing basis throughout each reporting period.

The Group has determined the default event on a financial asset to be when the counterparty fails to make contractual payments, within 90 days when they fall due, which are derived based on the Group's historical information.

To assess whether there is a significant increase in credit risk, the Group compares the risk of a default occurring on the asset at the reporting date with the risk of default at the date of initial recognition. The Group considers available reasonable and supportive forwarding-looking information which includes the following indicators:

-   Internal credit rating;

-   Actual or expected significant adverse changes in business, financial or economic conditions that are expected to cause a significant change to the debtor's ability to meet its obligations;

-   Actual or expected significant changes in the operating results of the debtor; and

-   Significant changes in the expected performance and behaviour of the debtor, including changes in the payment status of debtor in the group and changes in the operating results of the debtor.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 34.    FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES   - continued

a)    Credit risk - continued

The Group has determined that its financial assets are credit-impaired when:

-    There is significant financial difficulty of the debtor;

-    A breach of contract, such as a default or past due event; and

-    It is becoming probable that the debtor will enter bankruptcy or other financial reorganisation.

Regardless of the analysis above, a significant increase in credit risk is presumed if a debtor is more than 30 days past due in making contractual payment.

Financial assets are written off when there is no reasonable expectation of recovery, such as a debtor failing to engage in a repayment plan with the Group. Where loans and receivables have been written off, the Group continues to engage enforcement activity to attempt to recover the receivable due. Where recoveries are made, these are recognised in profit or loss.

The following are credit risk management practices and quantitative and qualitative information about amounts arising from expected credit losses for each class of financial assets:

i)    Trade receivables and contract assets

Management has a credit policy in place and the exposure to credit risk is monitored on an ongoing basis. At each reporting date, the Group assesses whether any of the trade receivables are credit impaired.

The gross carrying amounts of credit impaired trade receivables are written off (either partially or full) when there is no realistic prospect of recovery. This is generally the case when the Group determines that the debtor does not have assets or sources of income that could generate sufficient cash flows to repay the amounts subject to the write-off. Nevertheless, trade receivables that are written off could still be subject to enforcement activities.

The Group uses an allowance matrix to measure expected credit losses of trade receivables. Consistent with the debt recovery process, invoices which are past due 90 days will be considered as credit impaired.

Loss rates are based on actual credit loss experience over the past three years. The Group also considers differences between:

-    economic conditions during the period over which the historic data has been collected;

-    current conditions; and

-    the Group's view of economic conditions over the expected lives of the receivables.

There is no significant impact arising from measurement of these instruments under MFRS 9.

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

**34.    FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES**  - continued

a)    Credit risk - continued

   i)    Trade receivables and contract assets - continued

The following table provides information about the exposure to credit risk and ECLs for trade receivables as at 31 December 2018 which are grouped together as they are expected to have similar risk nature:

|  | Gross carrying amount RM | Loss allowance provision RM | Net carrying amount RM |
|---|---|---|---|
| Neither past due nor impaired | 51,431,873 | - | 51,431,873 |
| 1 to 30 days past due not impaired | 13,314,690 | - | 13,314,690 |
| 31 to 60 days past due not impaired | 1,468,754 | - | 1,468,754 |
| 61 to 90 days past due not impaired | 211,015 | - | 211,015 |
| 91 to 120 days past due not impaired | 455,165 | - | 455,165 |
| More than 121 days past due and not impaired | 202,961 | - | 202,961 |
| More than 121 days past due and impaired | 102,909 | (102,909) | - |
|  | 15,755,494 | (102,909) | 15,652,585 |
|  | 67,187,367 | (102,909) | 67,084,458 |

   ii)    Exposure to credit risk

At the end of the reporting period, the Group's and the Company's maximum exposure to credit risk is represented by:

-    receivables as disclosed in note 13;

-    amounts due by subsidiary companies as disclosed in note 15; and

-    a nominal value of RM127 million (2017 - RM93 million) relating to financial guarantee provided by the Company to the bankers for banking facilities granted to certain subsidiary companies as disclosed in note 33(g). The Group does not expect credit loss for the financial guarantee as there is no indication that the subsidiary companies would default on repayments.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 34.   FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES  - continued

a)   Credit risk - continued

iii)   Credit risk concentration profile

The Group determines concentrations of credit risk by monitoring the key trade receivables on an ongoing basis. The credit risk concentration profile of the Group's trade receivables at the end of the reporting period is as follows:

| | | Group | | |
| | 2018 | | 2017 | |
| | RM | % | RM | % |
|---|---|---|---|---|
| By country: | | | | |
| United States of America | 49,673,484 | 74.05 | 38,002,401 | 61.87 |
| Malaysia | 6,365,722 | 9.49 | 10,592,732 | 17.25 |
| Other countries | 11,045,252 | 16.46 | 12,827,431 | 20.88 |
| | 67,084,458 | 100.00 | 61,422,564 | 100.00 |

At the end of the reporting period, approximately 27% (2017 - 26%) of the Group's trade receivables were due from two (2017 - two) customers who are located in The United States of America.

iv)   Financial assets that are neither past due nor impaired

Trade receivables that are neither past due nor impaired are creditworthy debtors who are reputable or have good payment records with the Group.

Short term deposits with licensed banks, bank balances, investment security and derivative financial instrument that are neither past due nor impaired are placed with reputable financial institutions with high credit rating and have no history of default.

The Company provides unsecured advances to subsidiary companies. The Company monitors the results of the subsidiary companies regularly.

v)   Financial assets that are either past due or impaired

Information regarding financial assets that are either past due or impaired for the last reporting period is as disclosed in note 13.

b)   Liquidity risk

Liquidity risk is the risk that the Group or the Company will encounter difficulty in meeting financial obligations due to shortage of funds. The Group's and the Company's exposure to liquidity risk arises primarily from mismatches of the maturities of financial assets and liabilities. The Group's and the Company's objective is to maintain a balance between continuity of funding and flexibility through the use of stand-by credit, continuously monitoring forecast and actual cash flows, and by matching the maturity profiles of financial assets and liabilities.

At the end of the reporting period, approximately 92% (2017 - 90%) of the Group's borrowings will mature in less than one year based on the carrying amount reflected in the financial statements.

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

**34.    FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES** - continued

b)    Liquidity risk - continued

Analysis of financial instruments by remaining contractual maturities

The table below summarises the maturity profile of the Group's and the Company's financial assets and liabilities at the end of the reporting period based on contractual undiscounted repayment obligations:

**Group**

| | Note | Carrying amount RM | Contractual cash flows RM | On demand or within one year RM | One to five years RM | Total RM |
|---|---|---|---|---|---|---|
| **2018** | | | | | | |
| **Financial assets:** | | | | | | |
| Receivables | 13 | 71,384,107 | 71,384,107 | 71,384,107 | - | 71,384,107 |
| Investment security | 16 | 17,723,198 | 17,723,198 | 17,723,198 | - | 17,723,198 |
| Derivative financial instruments | 17 | 54,167 | 54,167 | 54,167 | - | 54,167 |
| Deposits, cash and bank balances | 19 | 76,344,174 | 76,344,174 | 76,344,174 | - | 76,344,174 |
| | | | | | | |
| Total undiscounted financial assets | | 165,505,646 | 165,505,646 | 165,505,646 | - | 165,505,646 |
| | | | | | | |
| **Financial liabilities:** | | | | | | |
| Borrowings | 22 | 29,199,685 | 29,677,300 | 27,279,003 | 2,398,297 | 29,677,300 |
| Payables | 24 | 80,662,444 | 80,662,444 | 80,662,444 | - | 80,662,444 |
| | | | | | | |
| Total undiscounted financial liabilities | | 109,862,129 | 110,339,744 | 107,941,447 | 2,398,297 | 110,339,744 |
| | | | | | | |
| **2017** | | | | | | |
| **Financial assets:** | | | | | | |
| Receivables | 13 | 78,531,285 | 78,531,285 | 78,531,285 | - | 78,531,285 |
| Deposits, cash and bank balances | 19 | 92,212,898 | 92,212,898 | 92,212,898 | - | 92,212,898 |
| | | | | | | |
| Total undiscounted financial assets | | 170,744,183 | 170,744,183 | 170,744,183 | - | 170,744,183 |
| | | | | | | |
| **Financial liabilities:** | | | | | | |
| Borrowings | 22 | 38,440,504 | 38,587,562 | 34,726,145 | 3,861,417 | 38,587,562 |
| Payables | 24 | 78,349,212 | 78,349,212 | 78,349,212 | - | 78,349,212 |
| | | | | | | |
| Total undiscounted financial liabilities | | 116,789,716 | 116,936,774 | 113,075,357 | 3,861,417 | 116,936,774 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

ANNUAL REPORT 2018

# NOTES TO THE FINANCIAL STATEMENTS
## - 31 DECEMBER 2018 - continued

### 34.   FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES - continued

b)      Liquidity risk - continued

The table below summarises the maturity profile of the Group's and the Company's financial assets and liabilities at the end of the reporting period based on contractual undiscounted repayment obligations: - continued

Company

| | Note | Carrying amount RM | Contractual cash flows RM | On demand or within one year RM | One to five years RM | Total RM |
|---|---|---|---|---|---|---|
| **2018** | | | | | | |
| **Financial assets:** | | | | | | |
| Amounts due by subsidiary companies | 15 | 10,671,249 | 10,671,249 | 10,671,249 | - | 10,671,249 |
| Deposits, cash and bank balances | 19 | 901,036 | 901,036 | 901,036 | - | 901,036 |
| Total undiscounted financial assets | | 11,572,285 | 11,572,285 | 11,572,285 | - | 11,572,285 |
| | | | | | | |
| Financial liability: | | | | | | |
| Payables, representing total undiscounted financial liabilty | 24 | 82,375 | 82,375 | 82,375 | - | 82,375 |
| | | | | | | |
| **2017** | | | | | | |
| **Financial assets:** | | | | | | |
| Amounts due by subsidiary companies | 15 | 10,822,277 | 10,822,277 | 10,822,277 | - | 10,822,277 |
| Deposits, cash and bank balances | 19 | 24,206,039 | 24,206,039 | 24,206,039 | - | 24,206,039 |
| Total undiscounted financial assets | | 35,028,316 | 35,028,316 | 35,028,316 | - | 35,028,316 |
| **Financial liability:** | | | | | | |
| Payables, representing total undiscounted financial liabilty | 24 | 104,830 | 104,830 | 104,830 | - | 104,830 |

The table below shows the contractual expiry by maturity of the Company's contingent liabilities and commitments. The maximum amount of the financial guarantee contracts is allocated to the earliest period in which the guarantee could be called:

Company

| | 2018 | | 2017 | |
|---|---|---|---|---|
| | Carrying or within RM | On demand or within one year RM | Carrying amount RM | On demand or within one year RM |
| Financial guarantee contracts | Nil | 29,677,300 | Nil | 38,587,562 |

As disclosed in note 33(g), the fair value of the financial guarantee contracts of the Company is nil. The disclosure represents the maximum amount that is required to be settled by the Company if the borrowings of subsidiary companies are in default.

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
- 31 DECEMBER 2018 - continued

34.   FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES - continued

c)   Interest rate risk

Interest rate risk is the risk that the fair value or future cash flows of the Group's and the Company's financial instruments will fluctuate because of changes in market interest rates.

The Group's exposure to interest rate risk arises primarily from its borrowings and short term deposits with licensed banks. The Group borrows principally on a floating rate basis for working capital purposes.

The Company's exposure to interest rate risk arises from the interest bearing advances provided to its subsidiary companies.

The following table sets out the carrying amounts, the weighted average effective interest rates ('WAEIR') at the end of the reporting period and the remaining maturities of the Group's and of the Company's financial instruments that are exposed to interest rate risk:

|  | Note | 2018 WAEIR % | 2018 Carrying amount RM | 2017 WAEIR % | 2017 Carrying amount RM |
|---|---|---|---|---|---|
| **Group** | | | | | |
| **Fixed rate** | | | | | |
| Short term deposits with licensed banks | 19 | 3.66 | 21,604,169 | 3.51 | 16,993,193 |
| **Floating rate** | | | | | |
| Bank overdrafts | 22 | - | - | 8.35 | 4,707,712 |
| Bankers' acceptances | 22 | 3.62 | 24,910,351 | 3.55 | 27,927,986 |
| Term loans | 22 | 4.69 | 4,050,464 | 4.70 | 5,804,806 |
| Hire purchase | 22 | 5.02 | 238,870 | - | - |
| **Company** | | | | | |
| **Floating rate** | | | | | |
| Amounts due by subsidiary companies | 15 | 8.35 | 10,671,249 | 8.35 | 10,822,277 |

Interest rate risk sensitivity analysis for fixed rate instruments

The Group does not account for any fixed rate financial asset and financial liability at fair value through profit or loss, and the Group does not designate derivative financial instruments as hedging instruments under a fair value hedge accounting model. Therefore, a change in interest rates at the end of the reporting period would not affect the profit or loss.

Filed By: bbaher@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

**34.    FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES** - continued

c)    Interest rate risk  - continued

Interest rate risk sensitivity analysis for variable rate instruments

The following table demonstrates the sensitivity of the Group's and of the Company's profit net of tax, if interest rate had been 25 basis points lower/higher, with all other variables held constant:

|  | Group | | Company | |
|---|---|---|---|---|
|  | **2018**<br>**RM**<br>Profit net of tax | **2017**<br>**RM**<br>Profit net of tax | **2018**<br>**RM**<br>Profit net of tax | **2017**<br>**RM**<br>Profit net of tax |
| If interest rate had been 25<br>basis points lower | +55,480 | +73,038 | -20,275 | -20,562 |
| If interest rate had been 25<br>basis points higher | -55,480 | -73,038 | +20,275 | +20,562 |

d)    Foreign currency risk

The Group has transactional currency exposures arising from sales or purchases that are denominated in a currency other than the functional currency, RM. The foreign currencies in which these transactions are denominated are mainly USD.

Approximately 93% (2017 - 87%) of the Group's sales are denominated in USD. The Group's trade receivables and payables at the end of the reporting period for foreign currency balances are as disclosed in the note 13(c) and 24(c) respectively.

The Group also holds cash and cash equivalents denominated in foreign currencies for working capital purposes. At the end of the reporting period, the foreign currency balances are as disclosed in note 30(d).

The Group uses forward currency contracts to eliminate the currency exposures on certain percentage of its budgeted sales that are quoted in foreign currency. The period is ranging from 30 days to 90 days (2017 - nil). The Group hedged an acceptable level of its foreign currency denominated sales, for which firm commitments existed at the end of the reporting period of 2018 extending to February 2019.

Foreign currency risk sensitivity analysis

The following table demonstrates the sensitivity of the Group's profit net of tax to a reasonably possible change in the exchange rates in the RM against the USD, with all other variables held constant:

|  | Group | |
|---|---|---|
|  | **2018**<br>**RM**<br>Profit net of tax | **2017**<br>**RM**<br>Profit net of tax |
| USD / RM - strengthened by 5% | + 4,257,283 | + 3,828,392 |
| USD / RM - weakened by 5% | - 4,257,283 | - 3,828,392 |

ANNUAL REPORT **2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 34.   FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES - continued

e)   Market price risk

Market price risk is the risk that the fair value or future cash flows of the Group's and of the Company's financial instruments will fluctuate because of changes in market prices (other than interest or exchange rates). The Group and the Company are exposed to equity price risk arising from its investment security as disclosed in note 16.

Investment security is not held for trading purposes. The Group and the Company do not actively trade this investment.

Market price risk sensitivity analysis

The following table demonstrates the sensitivity of the Group's and of the Company's profit net of tax, if fair value of the investment security had been 25 basis points lower/higher, with all other variables held constant:

|  | Group and Company | |
| --- | --- | --- |
|  | 2018 | 2017 |
|  | RM | RM |
|  | Profit net of tax | Profit net of tax |
| If interest rate had been 25 basis points lower | -33,674 | - |
| If interest rate had been 25 basis points higher | +33,674 | - |

### 35.   CATEGORIES OF FINANCIAL INSTRUMENTS

The following table provides an analysis of financial instruments categorised as follows:

a)   Financial assets and liabilities measured at amortised cost; and

b)   Financial assets at fair value through profit or loss.

Group

| | Carrying amount RM | Financial assets or liabilities measured at amortised cost RM | Financial assets at fair value through profit or loss RM |
| --- | --- | --- | --- |
| **2018** | | | |
| **Financial assets:** | | | |
| Receivables | 71,384,107 | 71,384,107 | - |
| Investment security | 17,723,198 | - | 17,723,198 |
| Derivative financial instruments | 54,167 | - | 54,167 |
| Deposits, cash and bank balances | 76,344,174 | 76,344,174 | - |
| | 165,505,646 | 147,728,281 | 17,777,365 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT 2018**

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

35.    CATEGORIES OF FINANCIAL INSTRUMENTS - continued

The following table provides an analysis of financial instruments categorised as follows: - continued

Group

| | Carrying amount RM | Financial assets or liabilities measured at amortised cost RM | Financial assets at fair value through profit or loss RM |
|---|---|---|---|
| **2018** | | | |
| **Financial liabilities:** | | | |
| Borrowings | 29,199,685 | 29,199,685 | - |
| Payables | 80,662,444 | 80,662,444 | - |
| | 109,862,129 | 109,862,129 | - |
| **2017** | | | |
| **Financial assets:** | | | |
| Receivables | 78,531,285 | 78,531,285 | - |
| Deposits, cash and bank balances | 92,212,898 | 92,212,898 | - |
| | 170,744,183 | 170,744,183 | - |
| **Financial liabilities:** | | | |
| Borrowings | 38,440,504 | 38,440,504 | - |
| Payables | 78,349,212 | 78,349,212 | - |
| | 116,789,716 | 116,789,716 | - |
| Company | | | |
| **2018** | | | |
| **Financial assets:** | | | |
| Amounts due by subsidiary companies | 10,671,249 | 10,671,249 | - |
| Investment security | 17,723,198 | - | 17,723,198 |
| Deposits, cash and bank balances | 901,036 | 901,036 | - |
| | 29,295,483 | 11,572,285 | 17,723,198 |
| **Financial liability:** | | | |
| Payables | 82,375 | 82,375 | - |

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 35.    CATEGORIES OF FINANCIAL INSTRUMENTS - continued

The following table provides an analysis of financial instruments categorised as follows: - Continued

**Company**

| | Carrying amount RM | Financial assets or liabilities measured at amortised cost RM | Financial assets at fair value through profit or loss RM |
|---|---|---|---|
| **2017** | | | |
| **Financial assets:** | | | |
| Amounts due by subsidiary companies | 10,822,277 | 10,822,277 | - |
| Deposits, cash and bank balances | 24,206,039 | 24,206,039 | - |
| | 35,028,316 | 35,028,316 | - |
| **Financial liability:** | | | |
| Payables | 104,830 | 104,830 | - |

### 36.    CAPITAL MANAGEMENT

The primary objective of the Group's capital management is to safeguard the Group's ability to provide return for shareholders, benefits for other stakeholders and to maintain an optimal capital structure.

The Group manages its capital structure and makes adjustments to it, in light of changes in economic conditions. To maintain or adjust the capital structure, the Group may adjust the dividend payment to shareholders or issue new shares. No changes were made in the objectives, policies or processes during the reporting periods ended 31 December 2018 and 31 December 2017.

The Group monitors capital using a gearing ratio, which is total liabilities divided by total equity. The Directors monitor and determine to maintain an optimal liabilities-to-equity ratio.

| | Group 2018 RM | Group 2017 RM |
|---|---|---|
| Total liabilities | 130,150,613 | 134,677,283 |
| Total equity | 325,970,682 | 288,060,504 |
| Total liabilities-to-equity ratio | 40% | 47% |

Filed By: bbaher@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 37.   SEGMENTAL REPORTING - GROUP

a)    The Group has the following reportable segments which are operating in Malaysia:

| Reportable segments | Operations |
|---|---|
| Furniture manufacturing | Manufacturing of furniture products |
| Plantation | Cultivating of rubber wood trees |
| Other | Investment holdings |

The management monitors the operating results of its reportable segments separately for the purpose of making decisions about resource allocation and performance assessment. Segment performance is evaluated based on operating profit or loss which is the most relevant to the evaluation of results of the segments.

The accounting policies of operating segments are the same as those described in the summary of significant accounting policies.

Inter-segment revenue is priced along the same lines after taking into consideration of volume rebate and credit risk as sales to external customers and is eliminated in the consolidated financial statements. These policies have been applied consistently throughout the current and previous reporting periods.

Segment results, assets and liabilities include items directly attributable to a segment. Segment capital expenditure is the total costs incurred during the reporting period to acquire segment assets that are expected to be used for more than one year.

b)    Segmental information

| 2018 | Note | Furniture manufacturing RM | Plantation RM | Other RM | Total RM |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Total revenue | | 802,990,966 | - | 36,900,000 | 839,890,966 |
| Inter-segment revenue | | (1,772,456) | - | (36,900,000) | (38,672,456) |
| **Revenue from external customers** | 37(b)(i) | 801,218,510 | - | - | 801,218,510 |
| Interest income | | 240,388 | 626 | 1,740,775 | 1,981,789 |
| Finance costs | | (1,267,536) | - | - | (1,267,536) |
| **Net finance (costs)/income** | | (1,027,148) | 626 | 1,740,775 | 714,253 |
| Amortisation of intangible assets | | - | 18,663 | 330 | 18,993 |
| Depreciation of property, plant and equipment | | 8,600,785 | 92,220 | 138 | 8,693,143 |
| Fair value changes of biological asset | | - | 797,589 | - | 797,589 |
| Inventories written down to net realisable value | | 46,280 | - | - | 46,280 |
| Property, plant and equipment written off | | 29,720 | - | - | 29,720 |
| Unrealised foreign exchange loss | | 863,869 | - | - | 863,869 |
| **Segment profit/(loss) before tax** | 37(b)(ii) | 77,686,074 | (1,651,753) | 38,065,089 | 114,099,410 |
| **Additions to non-current assets** | 37(b)(iii) | 20,184,519 | 710,468 | 30 | 20,895,017 |
| **Segment assets** | 37(b)(iv) | 465,198,902 | 4,333,501 | 92,194,381 | 561,726,784 |
| **Segment liabilities** | 37(b)(v) | 139,304,750 | 9,420,799 | 82,375 | 148,807,924 |

Barcode:3886453-01 A-570-106 INV - Investigation -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

**37.   SEGMENTAL REPORTING - GROUP** - continued

b)   Segmental information - continued

| 2017 | Note | Furniture manufacturing RM | Plantation RM | Other RM | Total RM |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Total revenue | | 719,032,616 | - | 46,800,000 | 765,832,616 |
| Inter-segment revenue | | (1,497,626) | - | (46,800,000) | (48,297,626) |
| **Revenue from external customers** | 37(b)(i) | 717,534,990 | - | - | 717,534,990 |
| Interest income | | 2,207,595 | 568 | 975,221 | 3,183,384 |
| Finance costs | | (1,139,789) | - | - | (1,139,789) |
| **Net finance income** | | 1,067,806 | 568 | 975,221 | 2,043,595 |
| Amortisation of intangible assets | | - | 18,663 | 27 | 18,690 |
| Depreciation of property, plant and equipment | | 7,474,349 | 98,620 | 141 | 7,573,110 |
| Fair value changes of biological asset | | - | 1,913,920 | - | 1,913,920 |
| Inventories written off due to fire incident | | 2,012,469 | - | - | 2,012,469 |
| Inventories written down to net realisable value | | 2,507 | - | - | 2,507 |
| Property, plant and equipment written off: | | | | | |
| - due to fire incident | | 3,911,777 | - | - | 3,911,777 |
| - others | | 1,081 | - | - | 1,081 |
| Unrealised foreign exchange loss | | 899,118 | - | - | 899,118 |
| **Segment profit/(loss) before tax** | 37(b)(ii) | 100,911,144 | (2,743,520) | 42,861,126 | 141,028,750 |
| **Additions to non-current assets** | 37(b)(iii) | 12,022,600 | 415,995 | 1,650 | 12,440,245 |
| **Segment assets** | 37(b)(iv) | 432,169,568 | 4,478,134 | 91,285,673 | 527,933,375 |
| **Segment liabilities** | 37(b)(v) | 142,217,851 | 7,946,958 | 150,318 | 150,315,127 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

**37.    SEGMENTAL REPORTING - GROUP** - continued

b)    Segmental information - continued

Reconciliations

Reconciliations of reportable segment revenue, profit or loss, assets and liabilities to the corresponding amounts of the Group are as follows:

|  |  | 2018 RM | 2017 RM |
|---|---|---|---|
| i) | **Revenue** | | |
| | Total revenue for reportable segments | 839,890,966 | 765,832,616 |
| | Elimination of inter-segment revenue | (38,672,456) | (48,297,626) |
| | Revenue of the Group per consolidated statement of profit or loss and other comprehensive income | 801,218,510 | 717,534,990 |
| ii) | **Profit for the financial year** | | |
| | Total profit for reportable segments | 114,099,410 | 141,028,750 |
| | Elimination of inter-segment profit | (41,167,520) | (48,220,683) |
| | | 72,931,890 | 92,808,067 |
| | Income tax expenses | (15,078,643) | (22,078,343) |
| | **Profit for the financial year of the Group per consolidated statement of profit or loss and other comprehensive income** | 57,853,247 | 70,729,724 |

iii)    Additions to non-current assets consist of additions to property, plant and equipment, intangible assets and biological asset.

|  |  | 2018 | 2017 |
|---|---|---|---|
| iv) | **Assets** | | |
| | Total assets for reportable segments | 561,726,784 | 527,933,375 |
| | Elimination of investments in subsidiary companies | (95,166,103) | (88,666,103) |
| | Elimination of inter-segment balances | (10,439,386) | (16,529,485) |
| | **Total assets of the Group per consolidated statement of financial position** | 456,121,295 | 422,737,787 |
| v) | **Liabilities** | | |
| | Total liabilities for reportable segments | 148,807,924 | 150,315,127 |
| | Elimination of inter-segment balances | (18,657,311) | (15,637,844) |
| | **Total liabilities of the Group per consolidated statement of financial position** | 130,150,613 | 134,677,283 |

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 37. SEGMENTAL REPORTING - GROUP - continued

c) Geographical segment

The following table provides an analysis of the Group's revenue by geographical segment:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Malaysia | 57,693,494 | 91,810,995 |
| United States of America | 615,410,722 | 516,067,274 |
| Asia countries | 117,147,443 | 103,793,338 |
| Other countries | 10,966,851 | 5,863,383 |
| Total revenue | 801,218,510 | 717,534,990 |

d) The following are major customers with revenue equal or more than 10% of the Group's total revenue:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Customer A | 66,167,920 | 79,571,465 |
| Customer B | 111,460,761 | 71,588,084 |
| Customer C | 97,321,249 | 101,696,886 |
|  | 274,949,930 | 252,856,435 |

### 38. SIGNIFICANT EVENTS DURING THE REPORTING PERIOD

a) On 28 February 2018, FD entered into a Sale and Purchase Agreement to purchase one (1) piece of freehold agricultural land for a cash consideration of RM618,552;

b) On 05 March 2018, KJ entered into a Sale and Purchase Agreement to purchase one (1) piece of freehold agricultural land for a cash consideration of RM6,300,475; and

c) On 30 May 2018, FD entered into another Sale and Purchase Agreement to purchase one (1) piece of freehold agricultural land for a cash consideration of RM903,870.

All the above transactions are completed during the reporting period.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

ANNUAL REPORT 2018

## NOTES TO THE FINANCIAL STATEMENTS
### - 31 DECEMBER 2018 - continued

### 39.   COMMITMENT

Operating lease

a)   PPLP has long-term lease commitments in respect of the ROU over the permanent reserve forest land arising from SDA as disclosed in note 11.

PPLP has to pay annual use permit fee based on 436 hectares (2017 - 436 hectares) of ROU as follows:

|  | Group | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| First three years from the date of delivery of vacant possession of the land or the date of commencement of the development of the land whichever is later | - | - |
| Next fourth to seventh years | 43,413 | 10,900 |
| Next eighth to twentieth years | 21,706 | 21,800 |
| Next twenty first to thirtieth years | 43,600 | 43,600 |
|  | 108,719 | 76,300 |

b)   The SDA includes contingent payment which is based on certain percentage of profit after taxation of PPLP.

### 4O.   CONTINGENCY

**Unsecured**

The Company has provided financial guarantee to bankers for banking facilities to a limit of approximately RM127 million (2017 - RM93 million) granted to certain subsidiary companies as disclosed in note 33(g).

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## LIST OF TOP TEN (10) MATERIAL LANDED PROPERTIES

The Group's policy on revaluation of landed properties is as stated in Note 3(c) to the Financial Statements.

| Location | Description | Land Area (sq.m) | Existing Use | Tenure / Age of Building | | Net Carrying Amounts at 31-12-2018 RM | Date of Revaluation |
|---|---|---|---|---|---|---|---|
| **Lii Hen Furniture Sdn Bhd** | | | | | | | |
| H.S (D) 21321, PTD No. 1465, Mukim of Sg. Terap, District of Muar, State of Johore. (PLO 43) | 3 blocks of single-storey factory building, a double-storey and a 3-storey office block annexes and ancillary buildings | 16,187 | Office and furniture manufacturing facilities | Leasehold 60 years, Expiring on 20.05.2056 / 21 to 24 years | Land Building | 3,485,000 8,515,000 12,000,000 | 13.02.2019 ( Date of Revaluation ) |
| **Kejora Juara Sdn Bhd** | | | | | | | |
| H.S (D) 21971, PTD No. 1475, Mukim of Sg. Terap, District of Muar, State of Johore. | A block of single-storey factory building | 8,094 | Furniture manufacturing facilities | Leasehold 60 years, Expiring on 24.09.2056 / 17 years | Land Building | 1,745,000 3,175,000 4,920,000 | 15.01.2019 ( Date of Revaluation ) |
| Lot 527, 1828 and 1830 Mukim Sungai Raya, Muar, Johor | Freehold land Freehold hostel | 25,788 7,430 | Freehold land Freehold hostel | | Land Building | 5,550,000 3,200,000 8,750,000 | 15.01.2019 (Date of Revaluation) |
| **EF Furniture Sdn Bhd** | | | | | | | |
| H.S (D) 21325, PTD No. 1469, Mukim of Sg. Terap, District of Muar, State of Johore. (PLO 8) | A block of single-storey factory building and a double-storey office annexe, a guard house and pump house | 10,117 | Office and furniture manufacturing facilities | Leasehold 60 years, Expiring on 20.05.2056 / 22 years | Land Building | 2,180,000 4,300,000 6,480,000 | 15.01.2019 ( Date of Revaluation ) |
| **CT Haup Heng Sdn Bhd** | | | | | | | |
| H.S (D) 21318, PTD No. 1462, Mukim of Sg. Terap, District of Muar, State of Johore. (PLO 9) | 2 blocks of single-storey factory building together with extension and a guard house | 10,117 | Furniture manufacturing facilities | Leasehold 60 years, Expiring on 20.05.2056 / 21 to 24 years | Land Building | 2,180,000 3,945,000 6,125,000 | 13.02.2019 ( Date of Revaluation ) |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## LIST OF TOP TEN (1O) MATERIAL LANDED PROPERTIES - continued

| Location | Description | Land Area (sq.m) | Existing Use | Tenure / Age of Building | | Net Carrying Amounts at 31-12-2018 RM | Date of Revaluation |
|---|---|---|---|---|---|---|---|
| **Mayteck Kilang Kayu Dan Perabut Sdn Bhd** | | | | | | | |
| H.S (D) 22630 & 22631, PTD No. 6042 & 6043, Mukim of Grisek, District of Muar, State of Johore. | A block of single-storey factory building with a double-storey office annexe, 2 blocks of kiln-drying factories, 20 units of K-D chambers and ancillary buildings | 18,460 | Office and furniture manufacturing, wood treatment, and kiln-drying facilities | Freehold / 20 to 30 years | Land Building | 3,580,000 3,200,000 6,780,000 | 15.01.2019 ( Date of Revaluation ) |
| **Favourite Design Sdn Bhd** | | | | | | | |
| H.S.(D) 38327, PTD No: 4104 Mukim of Sungai Terap, District of Muar State of Johore. | A large block of single-storey furniture factory building together with a three-storey office block and a guard house as well as factory extension | 12,036 | Office and furniture manufacturing facilities | Leasehold 60 years, Expiring on 05.09.2056/ 22 years | Land Building | 3,420,000 8,960,000 12,380,000 | 15.01.2019 ( Date of Revaluation) |
| GM 347 Lot 1915, Mukim of Sungai Raya, District of Muar, State of Johore | A block of single-storey factory building | 31,361 | Furniture manufacturing facilities | Freehold land/ 5 years | Land Building | 6,380,314 18,945,000 25,325,314 | 13.02.2019 (Date of Revaluation) |
| Lot 5052 PN 38525, Mukim of Sungai Raya, District of Muar, State of Johore | 2 units of single-storey detached factory building | 9,049 | Furniture manufacturing facilities | Leasehold 60 years Expiring on 10.03.2057/ 22 years | Land Building | 2,115,000 3,835,000 5,950,000 | 13.02.2019 (Date of Revaluation) |
| **Domain Partners Sdn Bhd** | | | | | | | |
| PTD 2874, HSM 1744, Mukim of Sungai Raya, District Muar, Johor (Lot 1906, 1907, 1908, 1909, 1911) | An industrial complex with four storey factory buildings | 43,692 | Furniture manufacturing facilities | Freehold land/ | Land Buildings | 9,407,037 20,592,963 30,000,000 | 13.02.2019 (Date of Valuation) |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

**ANNUAL REPORT** 2018

## ANALYSIS OF SHAREHOLDING AS  29  MARCH 2019

### PRINCIPAL  STATISTICS

| | |
|---|---|
| Authorised  Share  Capital | - RM 100,000,000 |
| Issued  &  Paid-Up  Share  Capital | - RM  89,999,994 |
| Class  of  Shares | - Ordinary  Shares  of  RM 0.50 each |
| Voting  Rights | - One vote per ordinary share |
| Number  of  Shareholders | 6,194 |

### DISTRIBUTION  OF  SHAREHOLDINGS

| | No. of Shareholders | % of Shareholders | No. of Shares Held | % of Issued Share Capital |
|---|---|---|---|---|
| less than 100 shares | 13 | 0.21% | 314 | 0.00% |
| 100 to 1,000 shares | 1,356 | 21.89% | 974,800 | 0.54% |
| 1,001  to  10,000 shares | 3,597 | 58.07% | 15,905,852 | 8.84% |
| 10,001  to  100,000 shares | 1,076 | 17.37% | 32,665,224 | 18.15% |
| 100,001  to  less  than  5% of issued shares | 151 | 2.44% | 54,494,788 | 30.27% |
| 5%  and  above of issued shares | 1 | 0.02% | 75,959,010 | 42.20% |
| Total | 6,194 | 100.00% | 179,999,988 | 100.00% |

### DIRECTORS'  SHAREHOLDINGS

| | No. of Shares Held | | % of Issued Share Capital | |
|---|---|---|---|---|
| Name  of  Directors | Direct | Indirect | Direct | Indirect |
| Chua  Lee  Seng | 141,200 | 77,223,410 (a) | 0.08 | 42.90 |
| Tok  Heng  Leong | 43,428 | 77,058,510 (b) | 0.02 | 42.81 |
| Tan  Bee  Eng | 134,094 | 75,058,510 (b) | 0.07 | 42.81 |
| Chua  Yong  Haup | 210,000 | - | 0.12 | - |
| Lan Haw Chong @ Lau Haw Chong | - | - | - | - |
| Chan Wah Chong | - | - | - | - |
| Dato' Mustapha bin Abd Hamid | - | - | - | - |

### SUBSTANTIAL  SHAREHOLDERS

| | No. of Shares Held | | % of Issued Share Capital | |
|---|---|---|---|---|
| Shareholders | Direct | Indirect | Direct | Indirect |
| Assets  Muar  Sdn  Bhd | 77,058,510 | - | 42.81 | - |
| Chua  Lee  Seng | 141,200 | 77,223,410 (a) | 0.08 | 42.90 |
| Tan Bee Eng | 134,094 | 77,058,510 (b) | 0.07 | 42.81 |
| Tok Heng Leong | 43,428 | 77,058,510 (b) | 0.02 | 42.81 |
| Chua Yong Haup | 210,000 | - | 0.12 | - |
| Soo Tee  Heng ( f ) | - | 77,103,510 (c) | 0.00 | 42.84 |
| Neoh Cher Leong | 702,994 | 77,058,510 (b) | 0.39 | 42.81 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

**ANNUAL REPORT** 2018

## ANALYSIS OF SHAREHOLDING AS  29  MARCH 2019

### SUBSTANTIAL  SHAREHOLDERS   - continued

Notes :

| | | |
|---|---|---:|
| (a) | Deemed interest by virtue of his substantial shareholdings in Assets Muar Sdn Bhd | 77,058,510 |
| | Daughter - Chua Gek Tiow | 44,900 |
| | Son - Chua Yong Chai | 120,000 |
| | | 77,223,410 |

| | | |
|---|---|---:|
| (b) | Deemed interest by virtue of his substantial shareholdings in Assets Muar Sdn Bhd | |
| (c) | Deemed interest by virtue of her substantial shareholdings in Assets Muar Sdn Bhd | 77,058,510 |
| | Husband - Chua Lee Wat | 45,000 |
| | | 77,103,510 |

### THIRTY (30) LARGEST SHAREHOLDERS
**(Without aggregating the securities from different securities accounts belonging to the same Depositor)**

| No. | Name | No. of Shares Held | % of Issued Share Capital |
|---|---|---:|---:|
| 1 | ASSETS MUAR SDN. BHD. | 75,959,010 | 42.20 |
| 2 | SOON PENG LEN | 3,398,000 | 1.89 |
| 3 | AMANAHRAYA TRUSTEES BERHAD<br>PB ISLAMIC SMALLCAP FUND | 2,203,600 | 1.22 |
| 4 | CITIGROUP NOMINEES (TEMPATAN) SDN BHD<br>EMPLOYEES PROVIDENT FUND BOARD | 2,106,300 | 1.17 |
| 5 | CITIGROUP NOMINEES (TEMPATAN) SDN BHD<br>EMPLOYEES PROVIDENT FUND BOARD (AMUNDI) | 1,637,300 | 0.91 |
| 6 | CITIGROUP NOMINEES (ASING) SDN BHD<br>*CBNY FOR EMERGING MARKET CORE EQUITY PORTFOLIO DFA*<br>*INVESTMENT DIMENSIONS GROUP INC* | 1,236,900 | 0.69 |
| 7 | ONG PECK SIM | 1,175,900 | 0.65 |
| 8 | AFFLUENT PROJECTS SDN BHD | 1,174,300 | 0.65 |
| 9 | NAHOORAMMAH A/P SITHAMPARAM PILLAY | 1,100,000 | 0.61 |
| 10 | ASSETS MUAR SDN BHD | 1,099,500 | 0.61 |

Barcode:3886453-01 A-570-106 INV - Investigation  -

ANNUAL REPORT 2018

## ANALYSIS OF SHAREHOLDING AS  29  MARCH 2019

### THIRTY (30) LARGEST SHAREHOLDERS
(Without aggregating the securities from different securities accounts belonging to the same Depositor)

| No. | Name | No. of Shares Held | % of Issued Share Capital |
|---|---|---|---|
| 11 | HSBC NOMINEES (TEMPATAN) SDN BHD<br>HSBC (M) TRUSTEE BHD FOR RHB SMALL CAP OPPORTUNITY UNIT TRUST | 1,067,000 | 0.59 |
| 12 | CITIGROUP NOMINEES (ASING) SDN BHD<br>EXEMPT AN FOR UBS SWITZERLAND AG (CLIENT ASSETS) | 900,000 | 0.50 |
| 13 | CITIGROUP NOMINEES (ASING) SDN BHD<br>CBNY FOR DFA EMERGING MARKETS SMALL CAP SERIES | 863,000 | 0.48 |
| 14 | CIMB GROUP NOMINEES (TEMPATAN) SDN BHD<br>CIMB COMMERCE TRUSTEE BERHAD - MAYBANK SMALL CAP TRUST FUND | 830,000 | 0.46 |
| 15 | DB (MALAYSIA) NOMINEE (TEMPATAN) SENDIRIAN BERHAD<br>DEUTSCHE TRUSTEES MALAYSIA BERHAD FOR HONG LEONG DIVIDEND FUND | 800,000 | 0.44 |
| 16 | VINTAGE PROJECTS SDN BHD | 777,000 | 0.43 |
| 17 | HSBC NOMINEES (TEMPATAN) SDN BHD<br>HSBC (M) TRUSTEE BHD FOR MANULIFE INVESTMENT PROGESS FUND 4082 | 730,800 | 0.41 |
| 18 | ANUCIA A/P MUTHUCUMARU | 714,000 | 0.40 |
| 19 | NEOH CHER LEONG | 702,994 | 0.39 |
| 20 | TAY CHIN HENG | 681,800 | 0.38 |
| 21 | CITIGROUP NOMINEES (TEMPATAN) SDN BHD<br>KUMPULAN WANG PERSARAAN (DIPERBADANKAN) (UOB AM SC EQ) | 680,000 | 0.38 |
| 22 | MALACCA EQUITY NOMINEES (TEMPATAN) SDN BHD<br>EXEMPT AN FOR PHILLP CAPITAL MANAGEMENT SDN BHD (EPF) | 678,500 | 0.38 |
| 23 | KENANGA NOMINEES (TEMPATAN) SDN BHD<br>RAKUTEN TRADE SDN BHD FOR LOH MUN MOI | 588,500 | 0.33 |
| 24 | LEE SEN OON | 573,600 | 0.32 |
| 25 | MOHAMMED ARSHAD | 560,700 | 0.31 |
| 26 | CIMSEC NOMINEES (TEMPATAN) SDN BHD<br>CIMB FOR CHONG TON NEN @ PETER CHONG (PB) | 550,000 | 0.31 |
| 27 | HSBC NOMINEES (ASING) SDN BHD<br>EXEMPT AN FOR HSBC PRIVATE BANK (SUISSE) SA (CLENT ASSETS) | 550,000 | 0.31 |
| 28 | CARTABAN NOMINEES (TEMPATAN) SDN BHD<br>*RHB TRUSTEES BERHAD FOR KAF VISION FUND* | 520,000 | 0.29 |
| 29 | LOW WEE SIONG | 500,000 | 0.28 |
| 30 | SU MING YAW | 491,600 | 0.27 |

Filed By: bbaher@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -



**LII HEN INDUSTRIES BHD**
(301361-U)

# PROXY FORM

| No of Ordinary Shares held |
| --- |
| |

I/We _____

of _____  (Full Name in Block Letters)

_____  (Address)

being a Member/Members of the Lii Hen Industries Bhd. hereby appoint

_____  (Full Name in Block Letters)

of _____

or failing him, _____  (Address)

of _____  (Full Name in Block Letters)

_____  (Address)

or failing whom, the Chairman of the Meeting as *my/our proxy/proxies to vote for *me/us and on *my/our behalf at Twenty Fifth (25th) Annual General Meeting of the Company, to be held at Classic 1, Ballroom, Classic Hotel, No.69, Jalan Ali 84000 Muar, Johor Darul Takzim on Wednesday, 12th June 2019, at 11.30 a.m. and, at every adjournment thereof to vote as indicated below:

| RESOLUTION | | FOR | AGAINST |
| --- | --- | --- | --- |
| To sanction a final single tier dividend of 3 sen per share | Ordinary Resolution 1 | | |
| To re-elect the following retiring Directors pursuant to the Company's Articles of Association(Constitution): | | | |
| (a) Tan Bee Eng                                     - Article 83 | Ordinary Resolution 2 | | |
| (b) Chua Yong Haup                             - Article 83 | Ordinary Resolution 3 | | |
| (c) Chik Chan Chee @ Choek Chan Chee    - Article 90 | Ordinary Resolution 4 | | |
| To approve Directors' fees | Ordinary Resolution 5 | | |
| To approve Non- Executive Directors' benefits (excluding fees) | Ordinary Resolution 6 | | |
| To appoint  Peter Chong & Co as auditors | Ordinary Resolution 7 | | |
| To empower the Directors to issue and allot shares up to 10% of the issued share capital of the Company. | Ordinary Resolution 8 | | |
| To approve Proposed  Renewal of Shareholders' Mandate for Recurrent Related Party Transactions. | Ordinary Resolution 9 | | |
| To adopt new Constitution of the Company | Special Resolution | | |

(Please indicate with an "X" in the space provided above on how you wish your vote to be cast. If you do not do so, the proxy will vote or abstain from voting at his/her discretion).

The proportions of shareholding to be represented by* my/our proxy/proxies are as follows:

First named Proxy                              %
Second named Proxy                         %
                                                   100%

As witness my/our hand this            day of                , 2019

_____
Signature of Shareholder or Common Seal

* Strike out whichever is not desired

NOTES:

**Barcode:3886453-01 A-570-106 INV - Investigation  -**

1. A member entitled to attend, participate, speak and vote at the Meeting is entitled to appoint one (1) or more proxies to attend and vote in his/her stead. Where a member appoints more than one (1) proxy, the appointment shall be invalid unless the member specifies the proportions of his/her holding to be represented by each proxy.

2. A proxy need not be a member of the Company and there shall be no restriction as to the qualification of the proxy.

3. Where a member of the Company is an exempt authorised nominee as defined under the Securities Industry (Central Depositories) Act, 1991 which holds ordinary shares in the Company for multiple beneficial owners in one securities account ("omnibus account"), there is no limit to the number of proxies which the exempt authorised nominee may appoint in respect of each omnibus account it holds.

4. The instrument appointing a proxy in the case of any individual shall be signed by the appointor or his/her attorney duly authorised in writing and in the case of a corporation under its common seal or under the hand of an officer or attorney duly authorised.

5. In the event the member(s) duly exercises the form of proxy but does not name any proxy, such member(s) shall be deemed to have appointed the Chairman of 25th AGM as his/her proxy, provided always that the rest of the form of proxy, other than the particulars of the proxy, have been duly completed by the member(s).

6. To be valid the proxy form must be duly completed and deposited at the Registered Office of the Company, No. 67, 3rd Floor, Jalan Ali, 84000 Muar, Johor Darul Takzim, not less than twenty four (24) hours before the time for taking of the poll and any alteration to the proxy form must be initialed.

7. Only members whose names appear in the Record of Depositors on 3 June 2019 (General Meeting Record of Depositors) shall be entitled to attend, speak and vote at this 25th AGM or appoint proxies to attend, speak and vote on their behalf.

STAMP

THE COMPANY SECRETARY
LII HEN INDUSTRIES BHD. (301361-U)

NO. 67, 3RD FLOOR, JALAN ALI
84000 MUAR
JOHOR DARUL TAKZIM

## Summer Sale
# Now 70% Off
Biggest Ever Sale

Home (https://liihenfurniture.com) / Entertainment Unit

# Entertainment Unit

Showing all 10 results

Default sorting ▼

(https://liihenfurniture.com/product/entertainment-center/)

(https://liihenfurniture.com/product/tv-501/)



(https://liihenfurniture.com/product/entertainment-
center/)

## Entertainment Unit
(https://liihenfurniture.com/product/entertainment-
center/)



(https://liihenfurniture.com/product/tv-501/)

## TV 501
(https://liihenfurniture.com/product/tv-501/)

(https://liihenfurniture.com/product/tv-502/)



(https://liihenfurniture.com/product/tv-502/)

## TV 502
(https://liihenfurniture.com/product/tv-502/)

(https://liihenfurniture.com/product/tv-522/)

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -



(https://liihenfurniture.com/product/tv-522/)

## TV 522

(https://liihenfurniture.com/product/tv-522/)

(https://liihenfurniture.com/product/tv-560/)

(https://liihenfurniture.com/product/tv-581/)





(https://liihenfurniture.com/product/tv-560/)

(https://liihenfurniture.com/product/tv-581/)

## TV 560

(https://liihenfurniture.com/product/tv-560/)

## TV 581

(https://liihenfurniture.com/product/tv-581/)

(https://liihenfurniture.com/product/tv-582/)

(https://liihenfurniture.com/product/tv-582-2/)

Barcode:3886453-01 A-570-106 INV - Investigation -

 

(https://liihenfurniture.com/product/tv-582/)     (https://liihenfurniture.com/product/tv-582-2/)

### TV 582
(https://liihenfurniture.com/product/tv-582/)

### TV 582
(https://liihenfurniture.com/product/tv-582-2/)

(https://liihenfurniture.com/product/tv-console/)     (https://liihenfurniture.com/product/tv-stand/)

 

(https://liihenfurniture.com/product/tv-console/)     (https://liihenfurniture.com/product/tv-stand/)

### TV Console
(https://liihenfurniture.com/product/tv-console/)

### TV Stand
(https://liihenfurniture.com/product/tv-stand/)

Search Shop     🔍

# Product Categories

Accent Chair (https://liihenfurniture.com/product-category/accent-chair/)

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Accent Table (https://liihenfurniture.com/product-category/accent-table/)

Bedroom Set (https://liihenfurniture.com/product-category/bedroom-set/)

Coffee Table (https://liihenfurniture.com/product-category/coffee-table/)

Dining Set (https://liihenfurniture.com/product-category/dining-set/)

Entertainment Unit (https://liihenfurniture.com/product-category/entertainment-unit/)

Occasional (https://liihenfurniture.com/product-category/occasional/)

Pub Set (https://liihenfurniture.com/product-category/pub-set/)

Sofa (https://liihenfurniture.com/product-category/sofa/)

Swivel Stool (https://liihenfurniture.com/product-category/swivel-stool/)

Utility (https://liihenfurniture.com/product-category/utility/)



# Lii Hen Industries Bhd (301361-U)

Copyright © 2019 LII HEN GROUP. All Rights Reserved. Creative Web Designed by Syscomm (http://syscomm.cc/)

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 - 570-106 INV - Investigation  -



Home     Company Profile     Corporate Governance     Products     Production     Public Relation

Location     Contact Us

# Bedroom Set

Showing 1–12 of 28 results



**033A + 033A Bed + Wardrobe**



**033B + 033B Bed VO00**



**033C + 033F Bed**



**039B + 039P Bed**

Barcode:3886453-01 A-970-866 INV - Investigation -



**048B + 048D Bed**



**053D + 053D Bed**



**053D + 053I Storage Bed**



**053E + 053D Bed**



**058A + 058A Bed**



**058E**




**059A + 059A Bed**    **061A + 061A BED**

| 2 | 3 | → |



## Product Categories

Accent Chair

Accent Table

Bedroom Set

Coffee Table

Dining Set

Entertainment Unit

Occasional

Pub Set

Sofa

Swivel Stool

Utility



## Lii Hen Industries Bhd (301361-U)

Copyright © 2019 LII HEN GROUP. All Rights Reserved. Creative Web Designed by Syscomm

Barcode:3886453-01 • 570-106 INV - Investigation -



Home    Company Profile    Corporate Governance    Products    Production    Public Relation    Location    Contact Us

# Lii Hen Industries Bhd
(301361-U)

# Production



Finished Good Warehouse

**Lii Hen Industries Bhd (301361-U)**

Copyright © 2019 LII HEN GROUP. All Rights Reserved. Creative Web Designed by Syscomm

Barcode:3886453-01 A-570-106 INV - Investigation   -

# Exhibit SV2-4

# Poh Huat Resources YE October 2018 Financial Statement

Barcode:3886453-01 A-570-106 INV - Investigation -



AT OFFICE SYSTEM®

**POH HUAT RESOURCES
HOLDINGS BERHAD** 443169-X

Annual Report
**2018**

*The Road to*
*RESILIENCE*

Barcode:3886453-01 A-570-106 INV - Investigation -

www.pohhuat.com



# Table of
# Contents

## CORPORATE STATEMENT

> "  To enhance our position as the leading world class furniture manufacturer by providing high quality, innovative products and excellent customer service at competitive prices. "

Group Financial Highlights

page
**002**

Corporate Information

page
**004**

Corporate Structure

page
**005**

Management Discussion & Analysis

page
**012**

Corporate Governance Overview Statement

page
**022**

Audit Committee Report

page
**031**

Additional Compliance Information

page
**043**

Directors' Responsibilities Statement

page
**044**

Financial Statements

page
**045**

Notice of Entitlement Date and Dividend Payment

page
**142**

Statement Accompanying Notice of Annual General Meeting

page
**145**

Form of Proxy

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation



**The Road to RESILIENCE**

At Poh Huat Resources Berhad, we continue to adjust our product mix to meet consumers' changing taste, focusing on introducing more unique and differentiated furniture products as the strategy to keep our business resilient. The road concept shows our path forward to a more responsive and resilient future.

Information on Directors

page
**006**

Profile of Key Senior Management

page
**010**

Statement on Risk Management and Internal Control

page
**034**

General Sustainability Statement

page
**039**

List of Material Landed Properties

page
**132**

Analysis of Shareholdings

page
**134**

Analysis of Warrantholdings

page
**136**

Notice of Annual General Meeting

page
**139**

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018                       *Poh Huat Resources Holdings Berhad*

# Group Financial Highlights

| Financial year ended 31 October | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| | RM'000 | RM'000 | RM'000 | RM'000 | RM'000 |
| Turnover | 377,174 | 453,932 | 535,219 | 614,269 | 621,926 |
| Profit before tax | 28,253 | 47,373 | 58,614 | 67,214 | 57,529 |
| Profit after tax attributable to Owners of the Company | 23,803 | 39,185 | 47,064 | 55,772 | 47,138 |
| Equity attributable to Owners of the Company | 171,631 | 213,719 | 243,298 | 284,912 | 316,991 |
| | sen | sen | sen | sen | sen |
| Net earnings per share * | 11.15 | 18.36 | 22.05 | 26.11 | 21.47 |
| Dividend per share * | 4.00 | 5.00 | 8.00 | 8.00 | 6.00 |
| Net assets per share * | 80.41 | 100.13 | 113.97 | 133.38 | 144.37 |

*Note:-*

*Earnings, dividend and net assets per share for financial year ended 31 October 2014 were restated to reflect the retrospective adjustment arising from the share split involving the subdivision of every one existing ordinary share of RM 1.00 each to two ordinary shares of RM 0.50 each for the financial year ended 31 October 2015.*



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad

Annual Report 2018

**Turnover**
(RM'000)



| Year | Turnover |
|------|----------|
| **2018** | **621,926** |
| 2017 | 614,269 |
| 2016 | 535,219 |
| 2015 | 453,932 |
| 2014 | 377,174 |

**Profit before tax**
(RM'000)

| Year | Profit before tax |
|------|-------------------|
| **2018** | **57,529** |
| 2017 | 67,214 |
| 2016 | 58,614 |
| 2015 | 47,373 |
| 2014 | 28,253 |

**Net earnings per share**
(sen)



| Year | Net earnings per share |
|------|------------------------|
| **2018** | **21.47** |
| 2017 | 26.11 |
| 2016 | 22.05 |
| 2015 | 18.36 |
| 2014 | 11.15 |

**Net assets per share**
(sen)



| Year | Net assets per share |
|------|----------------------|
| **2018** | **144.37** |
| 2017 | 133.38 |
| 2016 | 113.97 |
| 2015 | 100.13 |
| 2014 | 80.41 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Annual Report 2018                                                                    Poh Huat Resources Holdings Berhad

# Corporate Information

## Board of Directors

**Boo Chin Liong**
(Chairman, Independent Non-Executive Director)

**Tay Kim Huat**
(Group Chief Executive Officer)

**Tay Kim Hau**
(Executive Director)

**Toh Kim Chong**
(Executive Director)

**Tay Khim Seng**
(Non-Independent Non-Executive Director)

**Chua Syer Cin**
(Independent Non-Executive Director)

**Lim Pei Tiam @ Liam Ahat Kiat**
(Non-Independent Non-Executive Director)

---


### Audit Committee

Chua Syer Cin
(Chairman, Independent Non-Executive Director)

Tay Khim Seng
(Non-Independent Non-Executive Director)

Boo Chin Liong
(Independent Non-Executive Director)


### Nominating Committee

Boo Chin Liong
(Chairman, Independent Non-Executive Director)

Tay Khim Seng
(Non-Independent Non-Executive Director)

Chua Syer Cin
(Independent Non-Executive Director)


### Remuneration Committee

Boo Chin Liong
(Chairman, Independent Non-Executive Director)

Tay Khim Seng
(Non-Independent Non-Executive Director)
Chua Syer Cin
(Independent Non-Executive Director)


### Risk Management Committee

Toh Kim Chong
(Executive director)

Boo Chin Liong
(Independent Non-Executive Director)

Chua Syer Cin
(Independent Non-Executive Director)


### Senior Independent Director

Chua Syer Cin
(Independent Non-Executive Director)


### Secretary

Pang Kah Man (MIA 18831)


### Registered Office

No. 2 (1st Floor),
Jalan Marin, Taman Marin,
Jalan Haji Abdullah,
Sungai Abong,
84000 Muar,
Johor Darul Takzim.
Tel No. : 606 – 9510223
Fax No. : 606 – 9501490


### Principal Place of Business

PLO 1, Jalan Raja,
Kawasan Perindustrian
Bukit Pasir,
Mukim Sungai Raya,
84300 Bukit Pasir, Muar,
Johor Darul Takzim.


### Registrars

Boardroom Share
Registrars Sdn. Bhd.
(FKA Symphony Share
Registrars Sdn. Bhd.),
Level 6, Symphony House,
Pusat Dagangan Dana 1,
Jalan PJU 1A/ 46,
47301 Petaling Jaya,
Selangor Darul Ehsan.
Tel No. : 603 - 7849 0777
Fax No. : 603 - 7841 8151


### Auditors

Crowe Malaysia PLT
LLP0018817-LCA & AF 1018
Chartered Accountants


### Principal Bankers

HSBC Bank (Malaysia) Bhd.
HSBC Bank (Vietnam) Ltd.
Malayan Banking Bhd.
United Overseas Bank
(Malaysia) Bhd.
United Overseas Bank
(Vietnam) Ltd.
Public Bank (Vietnam) Ltd.
Bank SinoPac (Vietnam) Ltd.
Hong Leong Bank (Vietnam)
Ltd.


### Solicitors

J.A. Nathan & Co.
Grandall Law Firm (Beijing)


### Stock Exhange Listing

Main Market of Bursa
Malaysia Securities
Berhad

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad

Annual Report 2018

# Corporate Structure



**AT OFFICE SYSTEM®**

**POH HUAT RESOURCES HOLDINGS BERHAD** 443169-X

**100%**
Poh Huat Furniture Industries (M) Sdn. Bhd.

**100%**
PHW Properties Sdn. Bhd.

**100%**
Poh Huat International (BVI) Ltd.

**100%**
Poh Huat International Sdn. Bhd.

**100%**
Contempro Furniture (Qingdao) Co. Ltd.

**27%**   **73%**
Poh Huat Furniture Industries Vietnam Joint Stock Company

**51%**
Poh Huat International Furniture SA (Pty.) Ltd.

**100%**
Poh Huat (Australia) Pty. Ltd.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018

Poh Huat Resources Holdings Berhad

# Information on Directors

## Mr Boo Chin Liong

Chairman
(Independent Non-Executive Director)

| Nationality | Sex | Age |
|---|---|---|
| Malaysian | Male | 58 |

Mr Boo Chin Liong was appointed to the Board of the Company as an Independent Non-Executive Director on 9 December 1999 and was appointed as Chairman of the Board on 20 December 2017. He is also the Chairman of the Nominating Committee and Remuneration Committee and a member of the Audit Committee.

Mr Boo graduated with a Bachelor of Law (Honours) from the University of Malaya in 1985. Mr Boo is an advocate and solicitor and has been in active legal practice since 1986. He is the founding partner of Messrs C.L. Boo & Associates.

He is currently an Independent Non-Executive Director of Prolexus Bhd. and is a director of several private limited companies.

He has no family relationship with any Director and/or major shareholder of the Company.

## Mr Tay Kim Huat

Group Chief Executive Officer
(Non-Independent Executive Director)

| Nationality | Sex | Age |
|---|---|---|
| Malaysian | Male | 63 |

Mr Tay Kim Huat was appointed to the Board of the Company as Managing Director on 9 December 1999 and was re-designated as Group Chief Executive Officer on 14 June 2017.

Mr Tay is the co-founder of Poh Huat Furniture Industries (M) Sdn Bhd, the main operating subsidiary of the Group. With more than 40 years of experience in the furniture manufacturing industry, Mr Tay leads the Group in areas of strategic planning, business development, new ventures and investment. He is also actively involved in key operational aspects of the business of the Group, particularly in areas of purchasing and market development. He has been the main driving force behind the continuous introduction of new products and is instrumental in the rapid expansion of the operations of the Group, particularly in the overseas ventures and investments undertaken by the Group.

He presently has business interest in and is a director of several private limited companies.

He is not a director of any other public company. He is the brother of Mr Tay Kim Hau, an Executive Director and shareholder of the Company and Mr Tay Khim Seng, a Non-Executive Director and shareholder of the Company.



Filed By: bbaber@dhlaw.com, Filed Date: 5/5/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad

Annual Report 2018

## Mr Tay Kim Hau

Executive Director
(Non-Independent Executive Director)

| Nationality | Sex | Age |
|---|---|---|
| Malaysian | Male | 71 |

Mr Tay Kim Hau was appointed to the Board of the Company on 9 December 1999 and is presently an Executive Director.

Upon completion of his secondary education in 1968, Mr Tay joined Nippon Paint (M) Sdn Bhd as a Production Supervisor and has held various positions in the company before resigning from the position of Factory Manager of Nippon Paint (M) Sdn Bhd in 1996. Thereafter, he joined Poh Huat Furniture Industries (M) Sdn Bhd as its General Manager and was subsequently appointed to the Board of the Company in February 1998. Mr Tay retired from his position of General Manager in 2007 but, as an Executive Director, remains involved in the areas of marketing and business development of the Group.

He is not a director of any other public or private company. He is the brother of Mr Tay Kim Huat, the Group Chief Executive Officer and major shareholder of the Company and Mr Tay Khim Seng, a Non-Executive Director and shareholder of the Company.

## Mr Toh Kim Chong

Executive Director
(Non-Independent Executive Director)

| Nationality | Sex | Age |
|---|---|---|
| Malaysian | Male | 44 |

Mr Toh Kim Chong was appointed to the Board of the Company as an Executive Director on 29 April 2011.

Mr Toh started his career in 1989 as a furniture apprentice with the carpentry business of Mr Tay Kim Huat. Upon the incorporation of the carpentry business in 1992, Mr Toh was appointed as a Line Supervisor of Poh Haut Furniture Industries (M) Sdn Bhd and was later promoted to the position of Factory Manager of the company in 1997. In 2003, Mr Toh was assigned to lead the Group's expansion to Vietnam and was appointed as Deputy General Manager of Poh Huat Furniture Industries Vietnam Ltd. He was promoted to his present position of General Manager upon the conversion of Poh Huat Furniture Industries Vietnam Ltd into a joint-stock company in 2005. Mr Toh is presently responsible for the day-to-day management of the Group's Vietnam operations and is a member of the Board of Management of Poh Huat Furniture Industries Vietnam JSC.

He is not a director of any other public company. He has no family relationship with any Director and/or major shareholder of the Company.



**007** page

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018

Poh Huat Resources Holdings Berhad

# Information on Directors (cont'd)

## Mr Tay Khim Seng
Director
(Non-Independent Non-Executive Director)

| Nationality | Sex | Age |
| --- | --- | --- |
| Malaysian | Male | 58 |

Mr Tay Khim Seng was appointed to the Board of the Company as a Non-Independent Non-Executive Director on 2 May 2001 and is presently a member of the Audit Committee, Remuneration Committee and the Nominating Committee.

Mr Tay completed his education with a Bachelor of Law (Honours) from the University of Malaya in 1985. Mr Tay has been practising in Muar since 1988 and is presently the senior partner of J.A. Nathan & Co. He is the Honorary Legal Advisor of the Muar Furniture Association, the Muar Chinese Chambers of Commerce and several other non-government organisations. He was also the elected State Assemblyman for the constituency of Maharani, Muar, Johor Darul Takzim for the period from 1995 to 1999.

He is presently a director of several private limited companies.

He is not a director of any other public company. He is the brother of Mr Tay Kim Huat, the Group Chief Executive Officer and major shareholder of the Company and Mr Tay Kim Hau, an Executive Director and shareholder of the Company.

## Mr Chua Syer Cin
Director
(Independent Non-Executive Director)

| Nationality | Sex | Age |
| --- | --- | --- |
| Malaysian | Male | 46 |

Mr Chua Syer Cin was appointed to the Board of the Company as an Independent Non-Executive Director on 17 May 2001 and is presently the Chairman of the Audit Committee and a member of the Remuneration Committee and the Nominating Committee.

Upon graduation from the Charles Sturt University, Australia in 1994, Mr Chua joined the accounting practice of Ernst & Young as an Audit Senior. From 1998 to 2000, he was the Audit/Tax Manager of Teo & Associates, an accounting firm in Malacca. In February 2000, he set up his own accounting firm, Messrs SC Chua & Associates, and has since been the sole proprietor of the firm.

He is presently a member of both the Malaysian Institute of Accountants and the CPA Australia.

He is currently an Independent Non-Executive Director of Kia Lim Berhad and is a director of several private limited companies.

He has no family relationship with any Director and/or major shareholder of the Company.



page  008

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad

Annual Report 2018

## Mr Lim Pei Tiam @ Liam Ahat Kiat

Director
(Non-Independent Non-Executive Director)

| Nationality | Sex | Age |
|---|---|---|
| Malaysian | Male | 72 |

Mr Lim Pei Tiam @ Liam Ahat Kiat was appointed to the Board of the Company as a Non-Independent Non-Executive Director on 24 April 2014.

Mr Lim holds a Diploma from the Institute of Bankers, London and has 20 years of experience in a large commercial bank in Malaysia. Mr Lim held various positions throughout his career with the bank and is a member of the Chartered Institute of Bankers, London and the Asian Institute of Chartered Bankers, Malaysia.

He is not a director of any other public company but is a director of several private limited companies.

He has no family relationship with any Director and/or major shareholder of the Company.

**Conflict of Interest**
None of the Directors has any conflict of interest with the Company.

**Conviction of Offence**
None of the Directors has been convicted of any offence within the past 10 years.



009   page

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018                                         Poh Huat Resources Holdings Berhad

# Profile of Key Senior Management

## Mr Ng Chak Cheng

| Nationality | Sex | Age |
|---|---|---|
| Malaysian | Male | 57 |

Mr Ng Chak Cheng joined Poh Huat Furniture Industries (M) Sdn Bhd as Production Engineer in August 1998 and was subsequently promoted to Production Manager in September 2000. He was one of the pioneer team members who set up the operations of our Vietnamese subsidiary, Poh Huat Furniture Industries Vietnam Joint Stock Company in year 2002. He was promoted to Vice General Manager in the Vietnamese subsidiary in October 2006 and is currently overall in charge of the manufacturing operations in Vietnam.

He has no family relationship with any Director and/or major shareholder of the Company.

## Mr Lee Ing Tiong

| Nationality | Sex | Age |
|---|---|---|
| Malaysian | Male | 47 |

Mr Lee Ing Tiong is a fellow member of the Institute of Public Accountants, Australia. He started his career as officer / executive in margin and credit control departments in stockbroking firms before transferred to research and dealing from February 1994 to March 2002. He joined Poh Huat Furniture Industries (M) Sdn Bhd as finance executive in April 2002 and was promoted to finance manager in January 2004. He left the company in March 2006, and joined UDS Capital Berhad (now known as SWS Capital Berhad) as financial controller from April 2006 to January 2011. He re-joined the Poh Huat group of companies as Group Financial Controller in February 2011, the position he presently holds.

He is not a director of any public company. He has no family relationship with any Director and /or major shareholder of the Company.



page   010

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                            Annual Report 2018

## Mr Tay Yuan Sen

| Nationality | Sex | Age |
| --- | --- | --- |
| Malaysian | Male | 30 |

Mr Tay Yuan Sen joined Poh Huat Furniture Industries (M) Sdn Bhd as Production Coordinator in July 2009 after completing his Diploma in Business Management from Management Development Institute of Singapore. He was then transferred to our Vietnamese subsidiary, Poh Huat Furniture Industries Vietnam Join Stock Company where he was involved in product development and manufacturing process from May 2010 to March 2014. He was promoted to Managing Director Assistant in October 2015, the position he presently holds.

He is the son of Mr Tay Kim Huat and sibling of Ms Tay Li Chin.

## Ms Tay Li Chin

| Nationality | Sex | Age |
| --- | --- | --- |
| Malaysian | Female | 41 |

Ms Tay Li Chin obtained the Bachelor of Commerce from Griffith University, Australia before joining Poh Huat Furniture Industries (M) Sdn Bhd as Sales Officer in October 2004. She was promoted to Marketing Manager in November 2009, the position she presently hold. Ms Tay has been assigned to oversee the overall marketing division within the Poh Huat group of companies.

She is the daughter of Mr Tay Kim Huat and sibling of Mr Tay Yuan Sen.



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018                                          Poh Huat Resources Holdings Berhad



## 1.   BUSINESS OVERVIEW

We are an established Malaysian furniture manufacturer with more than 25 years of experience in the international furniture business. We have our operation beginning in Muar, the heartland of Malaysian furniture industries in the south of Peninsular Malaysia and has over the years grown to be one of the key furniture players in South East Asia with manufacturing bases in Malaysia and Vietnam.

**Products and Markets**

With an annual turnover of more than RM600 million, we are proud to be one of the leading furniture exporters in South East Asia. Our products have gained acceptance by customers in more than 30 countries. Of these, US and Canada are our main markets, making up about 67% and 25% of the group's total sales, while the remaining of the sales comes from UK, Malaysia, Singapore and the Middle East region. Broadly, we manufacture 2 types of furniture, namely office furniture and home furniture.

> Our manufacturing facilities and activities are organised according to the types of material and processes involved, namely panel based furniture which does not require spray finishing and wooden based furniture involving spray finishing processes.

page   **012**

Barcode:3886453-01 A-570-106 INV - Investigation -

Poh Huat Resources Holdings Berhad

Annual Report 2018



# Management Discussion & Analysis

| Turnover | Profit After Tax | Net Assets | Net Cash |
|---|---|---|---|
|  |  |  |  |
| RM622 million | RM47 million | RM317 million | RM71 million |

**Office Furniture**

We offer a wide range of office suites for various segments of the office furniture market. The office furniture comprises mainly panel based office suites of various ranges which are primarily manufactured from laminated particle boards and metal parts. The office suites comprise tables, work-tops, side extensions, counters, pedestals, cabinets and workstations. Our products are either original designs which carry our own branding or customers' specified designs which are sold under the customers' branding. Our main export markets are North America, India, United Kingdom, Middle East, and South East Asia.

**Home Furniture**

For the home and home-office furniture segment, we are primarily an original equipment manufacturer for major furniture importers/



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018

Poh Huat Resources Holdings Berhad

# Management
# Discussion & Analysis (cont'd)

distributors in North America. We manufacture a wide range of bedroom suites and home-office suites for the medium and upper medium segment of the American market. The bedroom suites comprise beds, nightstands, chests of drawers, dressers, mirrors and other bedroom fittings. Home-office suites are integrated home-workstation incorporating drawers, filing cabinets, pedestals and entertainment sets.

**Manufacturing Bases**

Our manufacturing facilities and activities are organised according to the types of material and processes involved, namely panel based furniture which does not require spray finishing and wooden based furniture involving spray finishing processes. The panel based products, which processes are more machine driven and hence more automated, are manufactured in our facilities in Malaysia whereas the wood based furniture which entails more elaborate manual driven fabrication and finishing processes are manufactured in Vietnam where we enjoy labour availability and cost advantages.

The Malaysian manufacturing base comprises 5 factories which are situated on 9.40 hectares of land in Muar, Johor. These factories have a total workforce of more than 1,000 people and are equipped with modern automated panel based wood-working machinery and finishing systems. The Muar factories specialise in the manufacture of panel based office, home and home-office furniture, primarily for the export market.

The manufacturing bases in Vietnam are situated in 2 locations, namely the districts of Binh Duong and Dong Nai, both near Ho Chih Minh City, Vietnam. The Binh Duong manufacturing base comprises 3 factories, 1 administrative block and 1 hostel which are situated on 6.76 hectares of industrial land. The Dong Nai manufacturing base is sited on 12.39 hectares of industrial land and has 6 factories, 1 administrative building and 1 hostel. The 2 manufacturing bases in Vietnam have a combined workforce of more than 4,200 people and are equipped with modern woodworking machinery and finishing lines for large-scaled production of wooden household furniture. The furniture produced by these factories comprise mainly medium to upper-medium home and home-office furniture for the American market.



## 2.   BUSINESS STRATEGIES

**"To enhance our position as the leading world class furniture manufacturer by providing high quality, innovative products and excellent customer service at competitive prices."**

Two decades ago, we started as a Malaysian furniture manufacturer looking to expand our market reach overseas. One of the key objectives was to have our products exported to as many countries as possible to enhance our branding and market presence. In the late 1990s, we made a major breakthrough into the competitive US market with our home-office suites which led to the rapid expansion of our production facilities and export revenue. We have expanded our operations to Vietnam in 2002. Today, we have established ourselves as one of the leading furniture manufacturers in South East Asia with an established customer base in more than 30 countries.

**Corporate Objectives**

As a business entity, our main objective is to enhance shareholders' value by, first and foremost, maximising opportunities vis-à-vis enterprise risk appetite and providing a sustainable return on investment for our shareholders.

In the pursuit of our corporate objectives, we focus on 3 interrelated key success factors which form the pillars of our value proposition.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                    Annual Report 2018

## High Quality Innovative Products

Our products are designed and manufactured using quality raw materials and manufacturing processes that meet or exceed those specified by our customers.

In the design of our in-house office products, our key philosophy is to create pleasant, productive office environment with well-design office suites that integrate new office automation technology into the classic office environment. Our designs are regularly updated with new features and functionalities to accommodate new requirements of the varied demographics and preferences of our customers. We specify materials which are often higher than comparable or similar range products incorporating latest functional, aesthetic and ergonomic trends to meet our design goals and pricing targets without diminishing quality. We have established ISO 9001-2008 manufacturing process that ensure that product quality standards, in-process quality control measures and final quality inspections are comply with.

On our original equipment market (OEM), we work with our customers at every stage of the product development and production programme. In dealing with OEM customers, we employ a service differentiation strategy that focuses on the issues that are most important to the buyers such as product features and designs; materials and construction specifications and costing and pricing targets; and production scheduling and quality control requirements.

## Excellent Customers' Services

Customers' service is an integral part of our product offering. Our service to customers begins on first contacts with potential customers and continues thereon with products review, selection and development; order negotiation and production programme co-ordination; customers' quality control, warehousing, shipment co-ordination and delivery; up to trade credits and post delivery services. Our emphasis is on long-term partnership with customers who are committed to sustainable business relationships.

## Competitive Pricing

The third key factor in our product offerings is competitive pricing. We aim to deliver value vis-à-vis selling prices. Our value proposition combines innovative core product with value added customers' services. To mitigate the inevitable escalating costs of doing business, we work with customers to explore cost-saving designs and construction methodology during the product development stage so that target prices are met. In the manufacturing process, we continuously identify and implement measures to maximise production efficiency and lower production costs while maintaining the highest quality values. We work with our suppliers and business partners to ensure long-term access to important raw materials, supplies and support services at reasonable, predictable prices.

Our emphasis on the 3 value propositions have resulted in us building long-term, mutually beneficial relationship with our customers. We have received accolades from and is well recognised by top furniture companies in the US as one of the best furniture manufacturers in the South East Asia.

## 3.    RISK FACTORS ASSOCIATED WITH OUR BUSINESS

We highlight below the key risk factors associated with our furniture manufacturing and exporting business. If any of these risks actually materialise, our business, results of operations, financial condition or future prospects could be negatively impacted. These risks are not the only ones we face. There may be additional risks that are presently unknown to us or that we currently believe to be immaterial that could affect our business.

***Adverse economic and industry conditions could have a negative impact on our business.***

The furniture industry is particularly sensitive to cyclical variations in the general economy and to uncertainty regarding future economic prospects of the countries in which we export or sell to. Economic downturns in these countries could affect consumer spending habits by decreasing the overall demand for home furnishings. Changes in interest rates, consumer confidence, new housing starts, existing home sales, the availability of consumer credit and broader national or geopolitical factors have particularly significant effects on our business.

Financial difficulties experienced by our customers, including distributors, could result in lower orders, shipment delays and inventory issues and thereafter risks to accounts receivable including delays in collection and greater bad debt expense. A

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018                                                    Poh Huat Resources Holdings Berhad

# Management
# Discussion & Analysis (cont'd)

downturn of these countries could also materially and adversely affect our ability to take advantage of market opportunities.

***The markets in which we operate are highly competitive and we may not be successful in winning new business.***

The furniture industry is competitive and fragmented with many players competing for new business in the global furniture trade. Many of our competitors offer similar categories of products, namely office furniture including integrated office systems and freestanding office furniture and residential furniture including bedroom suites and home-office furniture solutions.

We believe that our innovative product design, excellent customer services and strong manufacturing capabilities differentiate us in the marketplace. Through this strategy we are working closely with our customers to take advantage of developing trends within existing markets and explore growth opportunities in new markets with supportive demographics.

The above notwithstanding, increased market competition and pricing pressure could make it difficult for us to win new business with certain customers and within certain market segments at acceptable profit margins. The loss of business from one or more of our key customers in the US may have an immediate and adverse impact on the Group's operational and financial performance.

***Increases in the market prices of raw materials may negatively affect our profitability.***

As manufacturer, the costs of key direct materials used in our manufacturing and assembly operations are sensitive to shifts in commodity prices. In particular, the costs of solid wood, MDF, particleboards, veneers, metal components, finishing materials and carton boxes are sensitive to the market prices of commodities such as lumber, metals, crude oil, paper and resins.

Increases in the market prices of these key direct materials will have an adverse impact on our profitability if we are unable to offset or mitigate such cost increases by passing the increase in raw materials through to our customers and/or increase prices to our customers.

***Disruptions in the supply of raw materials and component could adversely affect our manufacturing operations.***

We rely on outside suppliers to provide on-time shipments of the various raw materials and component parts used in our manufacturing and assembly processes. The availability and timeliness of deliveries of these materials and components are critical to our ability to meet customer demand. We have put in place, as part of our production and risk management policy, raw materials buffers or reserves to accommodate temporary shortage or delivery disruption. These notwithstanding, any material disruptions in this flow of delivery could result in us not being able to meet customers' demands which will have a negative impact on our sales, earnings, financial condition and liquidity.

***Increasing competition for production and skilled workers could adversely affect our business.***

The success of our manufacturing operations and implementation of our business strategy depends, in part, on our ability to attract and retain both production and skilled/talented workers. The increasing competition for production workers and skilled/talented employees could result in shortage of labour, higher compensation costs, difficulties in maintaining a capable workforce and management/leadership succession planning challenges.

***We are subject to changes in foreign government regulations and in the political, social and economic climates of the countries from which we source our products.***

Changes in political, economic, and social conditions, as well as in the laws and regulations in the foreign countries from which we sell our products could adversely affect our revenue, earnings, financial condition and liquidity. These changes could make it more difficult to provide products and service to our customers or could increase the cost of those products. International trade regulations and policies of the countries which we sell our products to could adversely affect our sales. Imposition of trade sanctions and restrictions relating to imports, taxes, import duties and other charges on imports affecting our products could increase the prices to our customers and could decrease our sales and financial performance.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                          Annual Report 2018

*Changes in the value of the US Dollar compared to the currencies for the countries from which we operate could adversely affect our sales, earnings and liquidity.*

For our export products, we generally negotiate firm pricing with our foreign buyers in US Dollars. Since we transact our exports in US Dollars, a relative decline in the value of the US Dollar could result in lower sales proceeds in our local currencies and vice versa. These exchange rate changes could decrease or increase in our sales, earnings and liquidity during affected periods.

We do not enter any forward currency contracts to hedge our US Dollar sales and we accept the exposure to exchange rate movements during the negotiated periods. We convert every 75% of the US Dollars sales proceeds into Ringgit currency immediately under the recent BN guidelines. The remaining 25% US Dollars will be used for purchase of imported raw materials which form a natural hedge in the Malaysian operations.

As for our Vietnamese operations, the Vietnamese Dong has historically depreciated against US Dollars. Therefore, we will maintain our sales proceeds in US Dollars accounts and convert to Dong for operational requirements. Surplus will be kept in US Dollar accounts in Vietnam.

### 4.    OVERVIEW OF THE BUSINESS ENVIRONMENT

*Global Furniture Trade*

In the last 5 years world trade of furniture (defined as the average between total furniture exports from the 70 major countries and total furniture imports into the 70 major countries) has grown faster than furniture production and has consistently amounted to about 1% of world trade of manufactures. World production of furniture is worth about USD406 billion in 2015. The main furniture producer is China, accounting for 41% of world furniture production. Other major furniture manufacturing countries are the United States, Germany, Italy, India, Poland, the United Kingdom, Japan, Canada and South Korea.

The leading importers of furniture are the United States, Germany, the United Kingdom, France and Canada. In the last 5 years the increase of imports in the US (from USD23 billion in 2010 to about USD32 billion in 2016) was the main engine of growth in international trade of furniture.

The largest furniture exporting country is China, followed by Germany, Italy, Vietnam and Poland. The main change in the ranking of furniture exporting countries between 2015 and 2017 was the emergence of Vietnam, which moved from the 5th to the 4th place overtaking Poland.

*US Furniture Market - Strong Leading Indicators*

With more than 90% of our exports going to US and Canada, the economic wellbeing of these countries are key to the performance of the Group.

With a growing GDP and a healthy employment market, the US economy has continued to improve following the financial crisis. The economic environment has been particularly favourable to consumers, who have benefited from low energy prices and low inflation while realising gains in wages and salaries. The new home sales are expected to lead the demand for the furniture products. After the economic recession, there has been an increase in demand for new home units which will lead to rise in the demand for furniture.

Reduced unemployment and an increase in consumer disposable income are aiding growth in the furniture industry, which is expected to grow 3% to USD111 billion in 2018 from USD108 billion in 2017.

Furniture manufacturers need to be abreast of emerging trends that are shaping a new furniture industry landscape. The trends focus mainly on the fundamental shifts in U.S. consumers' buying preferences due to changing lifestyles. They can either pose some challenges or open doors to new opportunities.

**Trend No. 1: More People Are Renting**

According to a new Pew Research Centre report, 36.6% of household heads rented their home in 2016, the highest since 1965. Rising home prices, apprehension from the burst housing bubble, rising student debts, and the delay of millennials to get married or start their own families are some of the reasons owning a home is not a priority, as yet, for some Americans.

**The challenge and opportunity:** Renters are likely to look for more affordable furniture options in the same manner as landlords will opt for more cost-effective furnishings for their home rentals, with a growing number renting their furnishings rather than

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Annual Report 2018                                                Poh Huat Resources Holdings Berhad

# Management
# Discussion & Analysis (cont'd)

outright buying them. A growing trend also is leading toward consumers shopping for smaller furniture to fit their rental homes or apartments where space may be at a premium. To turn this challenge into an opportunity, furniture manufacturers may want to add more items to their inventory of inexpensive, streamlined or multipurpose furniture to suit these smaller living spaces, as multifunctional furniture is rapidly gaining popularity.

**Trend No. 2: Single-Person Households are Increasing**

Single-person households are expected to increase over the next 15 years, according to a 2015 article by Deloitte Insights. And smaller households are opting to live in apartments or smaller homes. This calls for the demand of smaller homes, an increase in availability of more modular, space-saving and multifunctional furniture, and furniture for storage.

**The challenge and opportunity:** Furniture manufacturers should take this as both a challenge and opportunity to create new designs as an addition to their portfolio of offerings, further promoting their brand.

**Trend No. 3: Different Generations Have Different Lifestyles**

The bulk of the furniture market is composed of millennials, generation X, baby boomers, and seniors. With lower disposable income and higher levels of debt, millennials tend to delay the decision to start a household — which poses a potential problem because they represented 37% of the furniture and bedding market in 2014. They also have different shopping habits (more online-centric) than other generations and tend to prioritize more sustainable product purchases.

**The challenge and opportunity:** The generational demographic of consumers calls for furniture manufacturers to diversify their products to cater to the specific needs of each group. While this may mean additional investment on new design and innovation, it also creates new possibilities for additional revenue sources and a motivation to embrace more sustainable processes and resources.

**Trend No. 4: Online Retailing**

Online retailing has been around for some time but it will continue to be a preferred buying channel for millennials in particular.

With instant access to catalogues and price lists, customers have a clearer idea of what they want.

**The challenge and opportunity:** Online retailers have taken away a good portion of the market share of brick-and-mortar retailers. Not all is lost for store owners if they start embracing online and mobile technology and deploy them in their physical stores. For manufacturers, the increase in online shopping means an opportunity to sell to online retailers that are not limited to a physical geographic area.

Innovation is critical to the future of furniture manufacturing. The steady growth prospects of U.S. furniture manufacturing have attracted a host of companies to introduce innovative furniture creations. A quick search on YouTube can result in videos that show furniture that can be assembled in minutes without tools or multifunctional furniture that converts or includes hidden storage.

## 5.    BUSINESS OPERATIONS REVIEW

The Group's operations continued to do well with both our Vietnamese and Malaysian operations registering higher shipping volume. Changes in market conditions, keener competition and preferences for more affordable however have resulted in a lower revenue growth despite increased shipping volume.

**Vietnamese Operations**

In Vietnam, we continued to receive sustained orders from our US customers particularly for our new ranges of bedroom set and occasional items. During the year, several key customers shifted some of their ranges of bedrooms suites and occasional items which were previously sourced from China factories to our factories in Vietnam. While the diversion from China to Vietnam have resulted in more orders, we were unable to negotiate for better pricing as competition amongst furniture manufacturers in Vietnam has intensified over the last couple of years. Responding to anti-dumping pressures, Chinese furniture manufacturers have progressively invested and built up surplus capacity in Vietnam. Competition amongst the affordable segment of the furniture manufacturers is the most intense as the barriers to switching are relatively low.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                    Annual Report 2018

As before, we continued to experience higher material costs. Tighter supply of lumber and timber based products have resulted in escalation in prices of particle boards, veneer and other wood based products. We worked with suppliers and sub-contractors on long-term supply arrangements to ensure continuous availability and stable pricing for major raw materials. In some cases, we also worked with our customers on cost savings measures to accommodate prices revision and/or material costs escalation.

Rapid industrialisation and social economic-development in Vietnam also give rise to continuous minimum wage adjustments and tight labour supply which translate to higher labour turnover and operating costs. Increasingly, Vietnamese labourers prefer cleaner and more comfortable working environment in the manufacturing sector.

During the year, we invested around RM 1.7 million in CNCs machines and RM 2.0 million in cutting and lamination machines to improve the manufacturing facilities of our factories in Binh Doung and Dong Nai.

**Malaysian Operations**

Our Malaysian operations continue to record higher shipment of office furniture, particularly to Canada and US. During the year, we continued to expand our product offerings as more and more furniture distributors and retailers offer panel based bedroom sets as alternative to the higher end spray-finished products.

The sales contribution from these panel-based bedroom continue to increase steadily from about 23% of our Malaysia's sales in the previous year to 26% in the current year. We added new shipments of panel based furniture to our American customer. We even shipped some to internet/online retailers in India.

As with Vietnam, we experienced higher raw material costs, especially particle boards and hardware. Raw material costs increased from 55.9% of Malaysian sales in the previous financial year to 61.2% in the current financial year.

In Malaysia, we have invested around RM 1.9 million in boring machines, RM 1.3 million in lamination machines and RM 1.2 million in cutting machine to further improve the automation of our manufacturing process.

## 6.    FINANCIAL REVIEW

### Revenue

On the back of a more competitive environment, the Group recorded a marginally higher revenue of RM 621.93 million for financial year ended 31 October 2018 compared with the revenue of RM 614.27 million in the previous financial year.

For the year under review, our Malaysian operations recorded strong revenue growth of close to 20.0% from about RM 231.82 million for financial year ended 31 October 2017 to RM 278.01 million for the current financial year. The substantial increase was due mainly to higher shipment of panel based office and bedroom furniture to our customers in the US.

Amidst keen competition and initial inefficiency arising from product mix changes, revenue for our Vietnamese subsidiary moderated by 9.8% from RM 381.23 million in the previous year to RM 343.90 million for the current year under review.

The above notwithstanding, our Vietnamese subsidiary continues to contribute 55.3% to the Group's revenue while our Malaysian subsidiary, with its significantly higher turnover, makes up the remaining 44.7% of the Group's revenue for the year.

### Manufacturing Costs

Upward pressure on commodity prices in the first half of 2018 has resulted in a sharp rise in the Group's total production costs. Total cost of sales for the Group rose from RM 492.33 million in the previous year to about RM 519.82 million for the year under review.

Total material costs increased markedly from 55.4% of sales in the previous year to 59.9% of sales for the current year under review. Overall, the higher material costs were mainly due to the increase in key raw materials such as wood products, hardware and packing materials.

In Vietnam, material cost increased from 55.5% of sales in the previous year to 58.9% of sales in the current year the higher percentage of raw material costs were attributabled to increase in raw material prices and higher material consumption due to the change in the composition of product produced. Furthermore, the diversion of certain range of China-made products by our customers has resulted in us having to cope

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Annual Report 2018

Poh Huat Resources Holdings Berhad

# Management
# Discussion & Analysis (cont'd)

with a wider range of products including occasional items. These new products have resulted in lower productivity and higher material consumption.

In line with the moderate increase in sales, total direct labour costs increased marginally from RM 77.28 million in the previous year to RM 78.90 million in the current year. Despite raising minimum wage in Vietnam, our efforts in manufacturing automation and reduction in overtime have helped us maintain our total labour cost to about 12.7% of sales in the current financial year compared to 12.6% of sales in the previous financial year.

Meanwhile, total factory overheads were consistent at 11.8% of sales in both financial years of 2017 and 2018.

All in all, the disproportionate increase in raw material costs, coupled with the pressure on the selling prices as a result of keener competition, for the products shipped from our Vietnamese operations have resulted in a lower gross profit of RM 102.11 million for the current year compared to RM 121.94 million in the previous year. Our gross profit margin dropped from 19.9% in the previous year to 16.4% in the current financial year under review.

## Expenses & Other Income

Despite lower increase in revenue, total selling and distribution costs increased from RM 27.13 million in the previous year to RM 29.20 million in the current year. The Group incurred higher container and haulage costs due to the higher volume of shipment and higher commission to incentivise sales. Total selling and distribution costs as a percentage of sales increased from 4.4% in the previous year to 4.7% in the current year.

Total administration expenses as a percentage of revenue reduced from 4.4% in the previous year to 3.6% in the current year due mainly to lower administrative payroll and incentive bonus paid.

The Group recorded a higher net surplus of RM 8.52 million under other income/expenses in the current year against RM 1.05 million in the previous year. The higher surplus in the current year was mainly due to the recovery of RM 4.50 million previously written off for the disposal of our former subsidiary, Poh Huat Furniture Industries (Qingdao) Co Ltd in 2011 and insurance compensation of RM 4.28 million received for the fire at one of the factories in Muar in 2018.

## Finance costs

Despite the higher turnover, the Group recorded a lower financial charges of RM 1.26 million against RM 1.51 million in the previous year due to reduction in the use of trade facilities and lower interest expenses from lower level of bank borrowings.

## Taxation

In line with the lower profit before tax, the Group's provision for tax expenses was lower at RM 10.26 million for the financial year ended 31 October 2018 compared with RM 11.44 million in the previous year.

Malaysian income tax was estimated at 20.1% which was lower than statutory tax rate of 24% as a result of tax exemption and allowance enjoyed by the Malaysian subsidiary company. Taxation for our Vietnamese subsidiary was estimated at 16.2% which was lower than statutory tax of 20% as a result of export incentives granted by the Vietnamese authorities. No tax was provided/incurred in other foreign subsidiaries during the financial year under review.

## Profit attributable to equity holders of the Company

In line with the compressed gross profit margin, the reduction in the operating costs notwithstanding, the profit after tax attributable to owners of the Company dropped from RM 55.77 million in the previous financial year to RM 47.14 million in the current financial year.

## Liquidity and Capital Resources

The Group's net cash position stood at RM 71.24 million as at 31 October 2018 compared to RM 70.35 million as at 31 October 2017. Net cash generated from operations was RM 51.99 million. RM 41.21 million was used to purchase properties, plant and equipment, RM 3.08 million for reduction of bank borrowings (and hire purchases) and higher payment of dividends of RM 17.55 million. The Company raised RM 5.00 million through the issuance of shares arising from the exercises of the Company's Warrants 2015/2010.

## Gearing

Total Group bank borrowings, including hire purchases, decreased from RM 22.51 million as at 31 October 2017 to RM 18.65

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad

Annual Report 2018

million as at 31 October 2018. The decrease was due mainly to Group's reduction in the use of trade financing facilities vis-à-vis the use of surplus cash from operations to fund working capital requirements.

**Dividend Payout**

On 26 Jun 2018, the Directors declared the first interim single-tier dividend of 2 sen per ordinary share in respect of the financial period ended 30 April 2018, payable on 27 August 2018 to depositors registered in the Records of Depositors of business on 6 August 2018.

On 29 October 2018, the Directors declared the second interim single-tier dividend of 2 sen per ordinary share in respect of the financial period ended 31 October 2018, payable on 20 December 2018 to depositors registered in the Records of Depositors of business on 30 November 2018.

The Directors have also recommended a final single-tier dividend of 2 sen per share for shareholders' approval at the Company's Annual General Meeting on 29 April 2019. The total dividend declared/proposed for the year will be 6 sen per share. This works out to a dividend payout ratio of 31.1% in the current financial year.

In view of our stronger net cash position and barring any major changes in the Group's operating environment, capital commitment or financial performance, the Group strives to maintain its dividend payout ratio of around 30% of net earnings attributable to shareholders.

**7.    FUTURE PROSPECTS**

The World Bank in its recent report has stated that global economic growth will remain robust at 3.1% in 2018 before slowing gradually over the next 2 years. Growth in emerging market and developing economies strengthen to 4.5% in 2018 and would continue to provide the impetus for global growth in 2019 as the recovery in commodity exporters matures and commodity prices level off following this year's increase. Activity in advanced economies is expected to grow 2.2% in 2018 before easing to a 2% rate of expansion in 2019, as central banks gradually remove monetary stimulus.

The US economy continued to do well with its economy expanding at 3.5% for the third quarter 2018. While this is slower than the second quarter's blockbuster 4.2%, the 3.5% still puts the economy on pace for the fastest annual growth in 13 years. Consumer spending jumped 4% in the third quarter of 2018, the fastest in about 4 years despite concerns over trade war threatening business demand and consumer spending. The stronger growth boost Federal Reserve's projection higher to 3.1% for the full year.

The US furniture and furnishing sector continues to do well as households have more cash to spend due strong employment, wage growth and the recently approved US tax cuts. The positive outlook notwithstanding, higher building costs and higher expectation of interest rate hike have resulted in higher house prices and rising mortgage rate. Higher housing price, slowdown on household formation and 30-year fixed-rate mortgages approaching 5% are discouraging homebuying and slowing the US housing market. There are also warnings from businesses of American losses from a trade war. Tariff wars may result in imported furniture, which makes up a substantial portion of the market, becoming more expensive.

In the longer term, a prolonged slowdown on household formation, especially amongst the young, may have adverse impact on the demand and pricing for our products. Likewise, changing demographics, consumer preferences and management of scarce materials, infrastructure and manufacturing expertise will have major impact on our operations sustainability and prospects.

While the demand for our product continued to be strong, we face some challenges, both in our operations and in the marketplace. As mentioned previously, competition over the last couple of years have intensify. There are now more manufacturers, both from China and locals operating in Vietnam, resulting in surplus capacity and price competition. While we received more orders from our customers who have diverted some their previously China-sourced products, the prices remain competitive. We also have to accommodate customers' requests for new non-core furniture products which have resulted in drop in productivity during the switch over period.

To stay ahead of our competitors, we will continue to adjust our products offerings to cater for the changes in demographics and market trends. We will strive for better manufacturing efficiency and work with our customers to mitigate increases in raw material prices and labour costs.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

# Corporate Governance Overview Statement

This Statement is prepared in accordance with Main Market Listing Requirements ("Listing Requirements") and the Malaysian Code on Corporate Governance ("MCCG").

This Statement gives the shareholders an overview of the corporate governance practices of the Group during financial year 2018. This Statement is to be read together with the Company's Corporate Governance Report ("CG Report"). This CG Report is available for reference at the Company's website at www.pohhuat.com as well as on the Bursa Malaysia Securities Berhad's ("Bursa Securities") website (www.bursamalaysia.com).

The Board recognises the importance of good corporate governance in ensuring corporate accountability and that the long term interests of the Company, shareholders and other stakeholders are protected. The Company corporate governance policies and practices are based on three (3) key principles of good corporate governance as outlined in the MCCG, namely:-

A.    Board Leadership and Effectiveness;

B.    Effective Audit and Risk Management; and

C.    Integrity in Corporate Reporting and Meaningful Relationship with Stakeholders.

## PRINCIPLE A – BOARD LEADERSHIP AND EFFECTIVENESS

### A1.  Board Responsibilities

The Board's role is to provide stewardship and control of the Group's business and affairs on behalf of shareholders. The Board has overall responsibility for setting the strategic directions of the Group and ensure the proper conduct of the Company's business in achieving its long term goals and objectives.

The Company has an established Board Charter to guided and assist directors in the discharge of their duties and responsibilities. The Board Charter sets out the composition, roles and responsibilities, leadership, delegation, and conduct and procedures of the Board and the management to ensure performance and accountability. In the Board Charter, the Board has clear functions reserved for itself and those delegated to the management. There is a formal schedule of matters reserved to the Board for its deliberation and decision to ensure the direction and control of the Company are in its hands. Delegation of authorities have also been put in place to ensure balance between operational efficiency and control over corporate and financial governance. The Board Charter acts as a source reference for the members of the Board and of the management with regard to their role and responsibilities.

The Board is also committed to conducting business in accordance with the highest standards of business ethics and compliance with applicable laws, rules and regulations. The Code of Conduct together with the Employees Handbook guide the Directors, management and employees in with regard to policies and ethics standards to be adhere to in the conduct of the daily affairs and business of the Group.

The Board has adopted a Whistle Blowing Policy for the Group where all queries or concerns regarding the Group may be conveyed to the Senior Independent Director via email or send to the registered office of the Company.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                                    Annual Report 2018

The Board Charter, Code of Conduct and Whistle Blowing Policy are subject to periodical review to ensure consistency with the Board's strategic intent as well as relevant new regulations and standards of corporate governance that may have an impact in discharging the Board's responsibilities. Details of the Board Charter, Code of Conduct and Whistle Blowing Policy can be found on the Company's website at www.pohhuat.com.

**A2.  Board Composition**

The Board of Directors of the Company currently comprises seven (7) members of whom three (3) are Executive Directors and four (4) are Non-Executive Directors. Out of the four (4) Non-Executive Directors, two (2) are independent directors. This composition complies the requirement under the Listing Requirements which stipulate that at least two (2) directors or one-third (1/3) of the Board, whichever is the higher, must be independent directors.

The Executive Directors bring together expertise and experience in furniture manufacturing. The strength of the Executive Directors are complemented by the experience and independent views of the Non-Executive Directors who are experienced in the fields of accountancy, law and investments.

At present, the Board comprises all male. The Board is of the view that while it is important to promote diversity, the normal selection criteria of a Director based on effective blend of competences, skills, experience and knowledge should remain a priority so as not to compromise on mix of capabilities, experience and qualification in the Board.

The Board noted the recommendation in the MCCG that the tenure of an independent director should not exceed a cumulative term of nine (9) years. The Board is of the view that the independence of directors cannot be judged solely based on the tenure of service. Ultimately the Independent Directors themselves are the best persons to determine whether they can continue to bring independent and objective judgment to board deliberations. In this regard, the Board has prescribed that all Independent Directors provide an annual confirmation of his independence to the Board based on its policy on criteria of assessing independence as prescribed by the Listing Requirements.

To retain an Independent Director after the twelfth (12) year, the Board will seek annual shareholders' approval through a two-tier voting process at the Company's shareholders' meeting as follows:
Tier 1: Only the large shareholder(s) of the Company votes; and
Tier 2: Shareholders other than large shareholder(s) votes.

**A3.  Clear Roles and Functions of the Board**

The roles of the Chairman, the Executive Directors and the Non-Executive Directors are clearly separated to ensure that there is a balance of power and authority.

The Chairman is primarily responsible for ensuring the effective conduct of the Board including the efficient organisation and conduct of the Board's function and meetings; effective communication with shareholders and relevant stakeholders; and the evaluation of the performance, composition and ongoing development of all members of the Board.

The Executive Directors are responsible for developing corporate strategies and managing a team of executives responsible for all functions undertaken to attain the desired corporate objectives and outcome as set by the Board. In the managing of the day-to-day operations of the Group, the Executive Directors provide the leadership, supervision and monitoring of the efficiency and effectiveness of the conduct of the Groups' business activities.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Annual Report 2018                                                      Poh Huat Resources Holdings Berhad

# Corporate Governance
# Overview Statement (cont'd)

The Non-Executive Directors provides the independent views and vigour in the Board deliberation and decision making processes, in the interests of all stakeholders. The Independent Directors are responsible for the oversight of the governance structure and integrity of the financial reporting of the Group. The Non-Executive Directors also oversee the establishment of the Group risk management framework and monitor the Group's status of compliance with the policies, procedures and internal control systems.

**A4. Company Secretary**

Board and Board Committee members have access to the advice and services of the Company Secretary, management representatives and, if deemed necessary, other independent professionals at the expense of the Company in the discharge of their duties. The Company Secretary, who is qualified, advises the Board on any updates relating to new statutory and regulatory requirements pertaining to the duties and responsibilities of Directors. All proceedings from the meetings are documented by the Company Secretary and signed by the Chairman of the meeting.

**A5. Supply of Information**

All Board and Board Committee members are provided with the requisite notice, agenda and board papers prior to the convening of each meeting. All information and documents are provided on a timely manner so that members are given sufficient time to prepare and, where necessary, obtain additional information or clarification prior to the meeting to ensure effectiveness of the proceeding of the meeting. The board papers include, amongst others, the following:-

- Minutes of previous meeting;
- Quarterly and annual financial statements and reports;
- Internal audit plan and quarterly internal audit reports;
- Proposal for major investments and financial undertakings;
- Documentation on policies, procedures and control systems; and
- Documents relating to material ad-hoc developments or issues impacting the Group.

Board and Board Committee members have access to the advice and services of the Company Secretary, management representatives and, if deemed necessary, other independent professionals at the expense of the Company in the discharge of their duties. The Company Secretary organises and attends all Board and Board Committee meetings. All proceedings from the meetings are documented by the Company Secretary and signed by the Chairman of the meeting.

**A6. Board Meetings**

During the financial year ended 31 October 2018, four (4) board meetings were held. Details of the attendance of Directors at these board meetings are as follows:-

| Name | Attendance |
| --- | --- |
| Mr Boo Chin Liong (Chairman) | 3/4 |
| Mr Tay Kim Huat | 3/4 |
| Mr Tay Kim Hau | 4/4 |
| Mr Toh Kim Chong | 3/4 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                    Annual Report 2018

| Name | Attendance |
|------|-----------:|
| Mr Tay Khim Seng | 4/4 |
| Mr Chua Syer Cin | 4/4 |
| Mr Lim Pei Tiam @ Liam Ahat Kiat | 4/4 |

At these meetings, broad direction, strategies, plans and matters critical to the Group were discussed and appropriate actions undertaken. The implementation of business plans are regularly monitored, reviewed and re-assessed against the changing operating environment to ensure validity and attainment of desired outcomes. The operational and financial performance of the Group together with any material development and issues relating to the business of the Group are discussed and where applicable responded to accordingly.

### A7.  Board and Directors' Assessment

The Nominating Committee is primarily responsible for an effective Board and the assessment of the performance of the members of the Board.

The criteria used, amongst others, for the annual assessment of individual Directors include an assessment on their roles, responsibilities, qualification, competency, expertise and participation. For Board and Board Committees, the assessment will be based on their progress in implementing the policy and/or on achieving those objectives set in their respective terms of reference.

In respect of the assessment for the financial year ended 31 October 2018, the Board, Board Committees and individual Directors conducted self-assessment based on the following criteria:-
•    Assessment of performance of individual board members; Board Committees and the Board as a whole;
•    Assessment of experience, competence and time commitment of Board members;
•    Assessment on Board size, structure and balance in terms of skill and experience; and
•    Evaluation of level of independence of Independent Directors.

The Nominating Committee was satisfied that the Board members and board committees have discharged their duties and responsibilities effectively. The Nominating Committee was also satisfied with the Board composition in terms of structure, size, the balance between Executive, Non-Executive and Independent Directors and diversity in terms of skills, experience knowledge and gender.

### A8.  Directors' Training

As part of its terms of reference, the Nominating Committee recommends relevant training programmes to enhance Board of Directors' skill and knowledge. During the year, all Directors of the Company attended professional and management development courses as follows:-

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Annual Report 2018                                                        Poh Huat Resources Holdings Berhad

# Corporate Governance
## Overview Statement (cont'd)

| Director | Training Programmes |
|---|---|
| Mr Boo Chin Liong | Forging Ahead - Budget 2018 Seminar<br>GST Update Seminar<br>SST Seminar |
| Mr Tay Kim Huat | Forging Ahead - Budget 2018 Seminar<br>National GST Seminar 2018<br>Cyber Resilience & Info Security conference<br>SST Seminar |
| Mr Tay Kim Hau | Forging Ahead - Budget 2018 Seminar<br>GST Update Seminar<br>GST Redefine Latest Update |
| Mr Toh Kim Chong | Forging Ahead - Budget 2018 Seminar<br>National GST Seminar 2018<br>GST Redefine Latest Update |
| Mr Tay Khim Seng | GST Update Seminar<br>GST Redefine Latest Update<br>SST Seminar |
| Mr Chua Syer Cin | Malaysian Private Equity Reporting Standards (MEPERS)<br>Accounting for Financial Instruments in Accordance with MEPERS<br>GST Post Implementation Issues<br>Taxation Latest Corporate Issues Updates |
| Mr Lim Pei Tiam<br>@ Liam Ahat Kiat | GST Update Seminar<br>GST Redefine Latest Update<br>SST Seminar<br>Common Offences & Pitfalls To Avoid Under The Companies Act 2016 |

**A9.  Remuneration**

The Remuneration Committee is primarily responsible for matters relating to the remuneration of the Board, in order to motivate and retain directors and ensure that the Company is able to attract the best talents in the market in order to maximise shareholders' value.  The Remuneration Committee operates under its own Terms of Reference the details of which can be found on the Company's website at www.pohhuat.com.

In compliance with the Listing Requirements and the principles and recommendations under the MCCG, the details of the remuneration paid to each of the Directors of the Company and the subsidiaries for the financial year ended 31 October 2018, are as follows: -

Barcode:3886453-01 A-570-106 INV - Investigation -

Poh Huat Resources Holdings Berhad

Annual Report 2018

Received from the Company

| | Director Fees (RM) | Salaries and other emoluments (RM) | Defined contribution plan (RM) | Benefits-in-kind and others (RM) | Total (RM) |
|---|---|---|---|---|---|
| **Executive Directors** | | | | | |
| Mr Tay Kim Huat | 117,000 | 0 | 0 | 0 | 117,000 |
| Mr Tay Kim Hau | 108,000 | 0 | 0 | 0 | 108,000 |
| Mr Toh Kim Chong | 54,000 | 0 | 0 | 0 | 54,000 |
| | | | | | |
| **Non Executive Directors** | | | | | |
| Mr Boo Chin Liong | 106,500 | 0 | 0 | 0 | 106,500 |
| Mr Tay Khim Seng | 54,000 | 0 | 0 | 0 | 54,000 |
| Mr Chua Syer Cin | 54,000 | 0 | 0 | 0 | 54,000 |
| Mr Lim Pei Tiam @ Liam Ahat Kiat | 0 | 0 | 0 | 0 | 0 |
| **Grand Total** | **493,500** | **0** | **0** | **0** | **493,500** |

Received from the subsidiaries of the Company

| | Director Fees (RM) | Salaries and other emoluments (RM) | Defined contribution plan (RM) | Benefits-in-kind and others (RM) | Total (RM) |
|---|---|---|---|---|---|
| **Executive Directors** | | | | | |
| Mr Tay Kim Huat | 0 | 3,490,945 | 93,995 | 25,000 | 3,609,940 |
| Mr Tay Kim Hau | 0 | 0 | 0 | 7,000 | 7,000 |
| Mr Toh Kim Chong | 0 | 1,101,149 | 14,400 | 0 | 1,115,549 |
| | | | | | |
| **Non Executive Directors** | | | | | |
| Mr Boo Chin Liong | 0 | 0 | 0 | 0 | 0 |
| Mr Tay Khim Seng | 0 | 0 | 0 | 0 | 0 |
| Mr Chua Syer Cin | 0 | 0 | 0 | 0 | 0 |
| Mr Lim Pei Tiam @ Liam Ahat Kiat | 0 | 0 | 0 | 0 | 0 |
| **Grand Total** | **0** | **4,592,094** | **108,395** | **32,000** | **4,732,489** |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

# Corporate Governance
# Overview Statement (cont'd)

While MCCG has prescribed for disclosure of the detailed remuneration packages of its top five Senior Management staff on a named basis, the Board has considered and is of the view that the transparency and accountability aspects of corporate governance applicable for the top five Senior Management staff are adequately served by the disclosure of the remuneration packages of these individuals on a no-name basis in successive bands of RM50,000.

Three (3) of the top senior management members of the Group are Executive Directors and their detailed remuneration on named basis have been disclosed. The remuneration of the remaining four (4) senior management members in successive bands of RM50,000 on a no-name basis are as follows:

| Remuneration Band | No. |
|---|---|
| RM100,001 to RM150,000 | 1 |
| RM150,001 to RM200,000 | 1 |
| RM350,001 to RM400,000 | 1 |
| RM650,001 to RM700,000 | 1 |

**PRINCIPLE B – Effective Audit and Risk Management**

*B1.  Audit Committee*

The Audit Committee was established by the Board of Directors in year 2000 with its terms of reference approved by the Board of Directors. The composition of the Audit Committee, including its roles and responsibilities as well as a summary of its activities carried out during the financial year ended 31 October 2018 are set out in the Audit Committee Report on pages 031 to 033 of this Annual Report.

The Audit Committee comprises of two (2) Independent Non-Executive Directors and one (1) Non-Independent Non-Executive Director. It is chaired by Mr. Chua Syer Cin, who is a Chartered Accountant with more than 20 years of experience in accounting and tax related fields and has been the proprietor of his own accounting and audit firm since 2000. The remaining two (2) members of the committee have legal qualification and considerable commercial exposure and experience. This will enable them to understand matters discussed during the Audit Committee meetings in particular on accounts related and financial reporting issues.

While the Company has no intention to appoint a former audit partner of the Company or its subsidiaries to serve on its Board, the Audit Committee nonetheless has adopted a policy that requires a former key audit partner to observe a cooling-off period of at least two (2) years before being appointed as a member of the Audit Committee and such policy has been incorporated in the terms of reference of the Audit Committee.

*B2.  Suitability and Independence of External Auditors*

The Company, through the Audit Committee, has an appropriate and transparent relationship with the external auditors. The external auditors had provided a confirmation of their independence to the Audit Committee that they are and have been independent throughout the conduct of the audit engagement in accordance with the terms of all relevant professional and regulatory requirements.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Poh Huat Resources Holdings Berhad                                          Annual Report 2018

The Audit Committee met with the external auditors twice during the financial year under review. The Audit Committee had enquired about the assistance and cooperation given by employees to the external auditors and were satisfied with the management cooperation given to them.

The Audit Committee was also satisfied that the external auditors has and will be able to carry out their responsibilities in an unbiased and professional manner and thus recommended their re-appointment for the financial year ending 31 October 2019 for the shareholders' approval at the forthcoming Annual General Meeting.

**B3.  Risk Management and Internal Control Framework**

The Board recognises the importance of a sound risk management framework and an effective internal control system in improving risk management, enhancing controls and ensuring compliance with applicable laws and regulations. Although the Board retains responsibility for establishing and assessing the effectiveness of the Company's systems for management of material business risks. The Board has delegated the responsibility to assess the effectiveness and efficiency of the Group's internal control and risk management framework to the Risk Management Committee.

The Group has adopted a formal Risk Management Framework which describes the manner in which the Company identifies, assesses, monitors and manages significant risks faced by the Group. This evaluation covers the financial, operational and compliance controls. The Statement on Risk Management and Internal Control which provides an overview of the Group's risk management and internal control framework is set out on pages 034 to 038 of this Annual report.

**PRINCIPLE C – Integrity in Corporate Reporting and Meaningful Relationship with Stakeholders.**

**C1.  Compliance with Statutory and Financial Reporting Standards**

In presenting the annual reports and audited financial statements and announcing quarterly results, the Board aims to present an accurate, balanced assessment of the Group's financial position and prospects.

The Directors are required by the Companies Act 2016 to prepare financial statements for each financial year which have been made out in accordance with Malaysian Financial Reporting Standards, International Financial Reporting Standards in Malaysia and which give a true and fair view of the state of affairs of the Group and of the Company at the end of the financial year and of the results and cash flows of the Group and of the Company for the financial year.

A statement by the Board of its responsibilities for preparing the financial statements is set out on pages 044 of this Annual Report.

The Board is assisted by the Audit Committee in the discharge of its duties on financial reporting and ensuring that the Group maintains a proper financial reporting process and a high quality financial reporting. A full Audit Committee Report detailing its composition and a summary of activities during the financial year under review is set out on pages 031 to 033 of the Annual Report.

**029**  page

Barcode:3886453-01 A-570-106 INV - Investigation  -

# Corporate Governance
# Overview Statement (cont'd)

### C2.  *Corporate Communication and Disclosures*

The Company acknowledges the importance of timely and equal dissemination of all material business, corporate and financial developments affecting the Group to all stakeholders.

The timely release of quarterly financial results of the Group and the issue of the Company's Annual Reports provide regular information on the state of affairs of the Group. These, together with other announcements to the Bursa Securities, circulars to shareholders and, where appropriate, ad-hoc press statements and interviews are the principal channels for dissemination of information to its investors, stakeholders and the public generally.

The Board will ensure that it adheres to and comply with the disclosure requirement of Listing Requirements as well as the Corporate Disclosure Guide issued by Bursa Securities. In ensuring the accuracy and quality of the information disseminated, the Company designate key management persons with appropriate level of competency and authority to prepare and release of material disclosures.

The Group has adopted a "Whistle Blowing Policy" and designated the Senior Independent Director to facilitate open communication with shareholders and all stakeholders. The details of the policy and contact person are disclosed herein and made available on the Company's website at www.pohhuat.com

The Group also maintains a website at www.pohhuat.com. where shareholders as well as members of the public can access announcement, press releases and other information on the Company and on the business activities of the Group. Alternatively, they may obtain the Company's latest announcements via the website of Bursa Securities at www. bursamalaysia.com.

### C3.  *Shareholders Participation at General Meetings*

General meetings of the Company represent the main venue for communication between the shareholders and the Company. Shareholders are encouraged to attend and participate at these meetings.

The Company dispatches its notice of General Meeting to shareholders at least twenty eight (28) days before the said meeting. The notice of General Meeting provides information to shareholders with regard to details of the agendas to be presented at the General Meeting, shareholders' entitlement to attend the General Meeting and shareholders' rights and procedures relating to the appointment of proxies. The Articles of Association further entitles a member to vote in person, by corporate representative, by proxy or by attorney.

At the Company's Annual General Meetings, members of the Board, the Group Financial Controller, other management representatives and the external auditors and where applicable, other advisers of the Company are present to answer queries. The Chairman provides an account of the performance of the Group during the year under review prior to the tabling of the financial statements for approval by the shareholders. The shareholders are invited to raise questions or matters relating to the financial statements or the affairs of the Group before putting the resolution to a vote. Where applicable, the Directors will also present to the shareholders any written question raised by and responses given to the Minority Shareholders Watchdog Group or any shareholder who has written to the Company prior to the general meeting.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Poh Huat Resources Holdings Berhad                                    Annual Report 2018

# Audit Committee Report

The Audit Committee was established by the Board of Directors in year 2000 with its terms of reference approved by the Board of Directors. The Board has recently reviewed and updated the Terms of Reference of the Committee in line with the provisions of the Listing Requirements and the MCCG. The terms of reference of the Audit Committee is made available on the Company's website at www.pohhuat.com.

Membership and Meeting Attendance
The current members of the Committee are:-

1.   Mr Chua Syer Chin (Chairman)
     Independent, Non-executive Director

2.   Mr Boo Chin Liong
     Independent, Non-executive Director

3.   Mr Tay Khim Seng
     Non-independent, Non-executive Director

*Meetings and Attendance*

Four (4) Audit Committee meetings were held during the financial year ended 31 October 2018. Details of the attendance of members at Audit Committee Meetings are as follows:-

| Name | Attendance |
| --- | --- |
| Mr Chua Syer Cin (Chairman) | 4/4 |
| Mr Boo Chin Liong | 3/4 |
| Mr Tay Khim Seng | 4/4 |

*Activities of the Audit Committee*

The activities of the Audit Committee during the financial year included the following:-

1.   Reviewed and recommended to the Board the re-appointment of external and internal auditors and the payment of fees to these auditors.

2.   Reviewed with the external auditors their scope of work and audit plans prior to the commencement of the audit activities;

3.   Reviewed and discussed the Group audited financial statements for the year ended 31 October 2018 with the external auditors' including the audit notes and findings, and updates on new developments pertaining to accounting standards issued by the Malaysian Accounting Standards Board;

4.   Reviewed and discussed with the internal auditors on the Group's three (3) years internal audit plans and the overall assessment of the system of internal controls of the Group;

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018                                                                              Poh Huat Resources Holdings Berhad

# Audit Committee
# Report (cont'd)

5.   Reviewed the quarterly findings of and discussed with the internal auditors their recommendations to strengthen the internal controls and monitored the implementation of such approved recommendations;

6.   Reviewed the unaudited quarterly financial results of the Group and made recommendation to the Board;

7.   Reviewed major investment and corporate proposals undertaken by the Group during the financial year; and

8.   Reviewed related party transactions entered into by the Group in its ordinary course of business.

The Audit Committee Charter could be found on the Company's website at www.pohhuat.com

### *External Audit*

The Audit Committee met with the external auditors twice during the current financial year under review. The Audit Committee had enquired about the assistance and cooperation given by employees to the external auditors and were satisfied with the management cooperation given to them.

The Audit Committee is also satisfied that the external auditors has and will be able to carry out their responsibilities in an unbiased and professional manner and thus recommended their re-appointment for the financial year ending 31 October 2019.

### *Internal Audit Function*

The Company outsourced its internal audit function to an independent professional firm which operates independently from the operating units. The principal role of the Internal Auditors is to undertake independent regular and systematic reviews of the systems of internal control within the Group so as to provide reasonable assurance that such systems continue to operate satisfactorily and effectively. It is the responsibility of the Internal Auditors to provide the Audit Committee with independent and objective reports on the state of internal control of the various operating units within the Group.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                      Annual Report 2018

The Internal Auditors, who report directly to the Audit Committee, conduct the internal audit activities as prescribed in the internal audit plan and assessment on the adequacy, efficiency and effectiveness of the Group's internal control and management reporting system.

During the year ended 31 October 2018, the Internal Auditors evaluated the adequacy and effectiveness of key controls within the Group's operating units in responding to the risk within the Group's governance, operations and information systems regarding the:

•    maintenance of proper accounting records;
•    reliability of financial information used within the business or for publication;
•    safeguarding of assets against unauthorized use or disposition;
•    efficiency and effectiveness of the running of the businesses and operations; and
•    compliance with laws and regulations.

During the financial year ended 31 October 2018, the Internal Auditors made four (4) audit visits and had presented the Internal Audit Reports to the Audit Committee pursuant to their internal audit review of the following audit areas in the Internal Audit Plan as approved by the Audit Committee:

•    Shipping Department in Vietnam Operation;
•    Marketing Department in Vietnam Operation;
•    Production Planning and Control Department in Malaysia Operation; and
•    Finance and Accounts Department in Malaysia Operation.

There were no material weaknesses noted by the Internal Auditors and the recommendations for improvement in internal controls were discussed with the respective head of department for follow up action.

The Chairman of the Audit Committee had given a briefing to the Board on the Internal Audit Report presented by the Internal Auditors at the Board meeting following each of the Audit Committee meetings.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018                                                    Poh Huat Resources Holdings Berhad

# Statement On Risk Management And Internal Control

Pursuant to Paragraph 15.26 (b) of the Listing Requirements, the Board of Directors is pleased to provide the following Statement on Risk Management and Internal Control of the Group, which had been prepared in accordance with the "Statement on Risk Management & Internal Control: Guidelines for Directors of Listed Issuers".

### Board's Responsibility

The Board recognises that effective risk management framework is an integral part of good business management. It is an ongoing process to identify, evaluate, monitor, manage and mitigate the risks that may affect the Group's ability to achieve its business objectives and strategies.

Although the Board retains responsibility for establishing and assessing the effectiveness of the Group's systems for management of material business risks, Board has delegated the responsibility to assess the effectiveness and efficiency of the Group's internal control and risk management framework to the Audit Committee and the Risk Management Committee ("RMC").

The Group has in place a formal Risk Management Framework which describes the manner in which member companies of the Group identify, assesses, monitors and manages risk. The Group believes that the risk management framework will benefit the Group in terms of:-
• Effective strategic planning;
• Better cost control and utilisation of resources;
• Increased knowledge and understanding of exposure to risk;
• Systematic and well-informed methods of decision making; and
• Enhancing shareholder value by minimising losses and maximising opportunities.

The Board wish to state that such a system is designed to manage the Group's risks within an acceptable level, rather than to eliminate the risk of failure to achieve the business objectives of the Group. Therefore, it should be noted that such a system of risk management and internal control can only provide reasonable but not absolute assurance against material misstatement, financial losses or fraud.

## 1. Risk Management Policy Statement

The Group strives to:
• establish clear objectives, identify and evaluate the significant risks to the achievement of those objectives, set boundaries for risk taking and apply fit-for-purpose risk responses including risk mitigation measures where appropriate;
• incorporate risk responses into a system of internal control which is designed to address opportunities; protect people, assets and the environment; facilitate effective and efficient operations; and help to ensure reliable reporting and compliance with applicable laws and regulations;
• monitor the effectiveness of the system of risk and internal control management;
• follow relevant Group's guidelines and standards which relate to particular types of risk;
• highlight any changes in significant risk faced by the Group or emergence of new business risk for deliberation and decision making; and
• provide an annual assurance regarding the extent of its compliance with this group policy.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

2.   **Implementation of Policy**

This policy is implemented within the companies in the Group by:
- establishing and implementing across the group a formal risk management and internal control process;
- identifying functions and related risks in key operating units which may impact upon the group;
- regularly monitoring and assessing the performance and effectiveness of the risk management and internal control process;
- constant communication between Executive Directors and Management (Heads of Department) through management of daily operations and regular scheduled management meetings and reports;
- ensuring the risk management and internal control process is overseen by the Audit Committee of the Board; and
- requiring the Executive Director to certify to the Board that the Company's risk management and internal control system is operating efficiently and effectively in all material respects.

3.   **Risk Management Process**

The Group has put in place the Risk Management Process that will enable the identification, assessment, monitoring and management of material risk throughout the group. It consists of eight interrelated components as follow:

- *Internal Environment* - which involves setting the foundation for how risk and control are viewed and addressed by the top management and employees of the Group;
- *Objectives Setting* - which involves ensuring that management has a process in place to set objectives and that the chosen objectives align with the Company's mission and vision;
- *Event Identification* - which includes identifying internal and external factors that influence how potential events may affect strategy implementation and achievement of objectives;
- *Risk Assessment* - which requires an analysis of identified risks in order to form a basis for determining how they should be managed;
- *Risk Response* - which requires management to select an approach or set of actions to mitigate risks where appropriate taking into account the Company's risk profile;
- *Control Activities* - which includes the establishment and execution of policies and procedures to help ensure that the risk responses management selected are effectively carried out;
- *Information and Communication* - which requires relevant information to be identified, captured and communicated in a form and timeframe that enables people to carry out their responsibilities; and
- *Monitoring* - which requires that the Risk Management Processes be monitored, and modifications made as necessary, to ensure the system can react dynamically and change as conditions warrant.

4.   **Implementation of Risk Management Process**

The Board of Directors has in September 2017 formed a RMC to oversee the implementation and management of Risk Management process. This establishment of the RMC ensures that adequate time, expertise and resources are committed into the implementation of the Risk Management Processes.

Executive Directors and senior management are responsible for day-to-day implementing the Risk Management Process in a manner which is appropriate for the Company. This process is reviewed and monitored across the group by management in conjunction with the Company's internal auditors.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

# Statement On Risk Management And Internal Control (cont'd)

Responsibilities of the RMC include:

- providing a centralised co-ordinating point for the promotion and facilitation of risk management;
- promoting risk management competence and helping Heads of Department to align risk definition and responses; and
- reporting to the Executive Directors on the progress and effectiveness of risk management.

The Executive Directors and Heads of Department are expected to:

- provide resource, operate and monitor the system of internal control;
- ensure that a risk based approach to internal control is communicated to staff, embedded in business processes and responsive to evolving risks;
- assign accountability for managing risks within agreed boundaries; and
- report the results of balanced assessments regarding the effectiveness of the risk based internal control system, including identified weaknesses or incidents, to top management.

## 5. Risk Profile

The implementation of the Risk Management Process has resulted in the identification of a number of industry risks which may impact the Group's business as a furniture manufacturer with overseas operations. These risks include but are not limited to:

- adverse changes in the global economy or in the country in which the Group operates in and sell to;
- intense competition in global furniture trade and increased price pressure on products;
- depleting woods resources and increasing in raw material prices;
- shortage of labour and competition for managerial and technical skills/capabilities in manufacturing processes;
- tightening in regulation and law in countries where the Group operates and sell to;
- health, safety, environment and security risk;
- exposure to foreign exchange fluctuation; and
- exposure to receivable and credit risks.

These risks may change over time as the external environment changes and as the Company expands its operations. The Risk Management Process requires regular reviews of the Company's existing risks and the identification of any new and emerging risks facing the Company, including financial and non-financial matters. It also requires the management (including mitigation where appropriate) of these risks.

## 6. Internal Control and Internal Audit Function

The Internal Audit function is considered an integral part of the risk management framework and its primary mission is to provide assurance on the adequacy and effectiveness of the risk, control and governance framework of the Group. The purpose, authority and responsibility of the internal audit function as well as the nature of the assurance provided by the function are articulated in the internal audit charter.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Poh Huat Resources Holdings Berhad                                          Annual Report 2018

*Internal Control System*

The Group has an established internal control structure to ensure effective control over the Group's business operations and to safeguard the value and security of the Group's assets.

The internal control system is designed to give reasonable assurance with respect to the:-

• maintenance of proper operational and accounting records;
• reliability of financial information used within the business or for publication;
• safeguarding of assets against unauthorised use or disposition;
• efficiency and effectiveness of the running of the businesses and operations; and
• compliance with laws and regulations.

The Group's internal control system and monitoring procedures include:-

• clearly defined systems and procedures for key operational and financial departments, including maintenance of good operational and financial records and controls and the production of timely and accurate financial and management information and reports;
• monitoring and control of key financial risks through clearly laid down authorization levels and proper segregation of accounting duties;
• detailed reporting of trading results, balance sheets and cash flows, with regular review by the management, Audit Committee and Board of Directors;
• regular independent internal audit activities to monitor compliance with operational procedures and assess the integrity of operational and financial information provided; and
• regular information provided to the management, covering operational performance, key business indicators and financial and cash flow reports.

All the internal audit activities were outsourced to a firm of independent licensed auditors and the total costs incurred in managing the internal audit functions for the financial year ended 31 October 2018 was RM48,000.

The principal role of the Internal Auditors is to undertake independent, regular and systematic reviews of the systems of internal control within the Group's operating units to determine whether the operating procedures and internal controls established by the Group are adequate and complied with, in accordance with the internal audit plan approved by the Audit Committee. The Internal Auditors report directly to the Audit Committee who reviews and approves the Internal Audit Plan and to ensure that the function is adequately resourced with competent and proficient internal auditors.

The Internal Auditors evaluated the adequacy and effectiveness of key controls within the Group's operating units in responding to the risk within the Group's governance, operations and information systems regarding the:

• maintenance of proper accounting records;
• reliability of financial information used within the business or for publication;
• safeguarding of assets against unauthorised use or disposition;
• efficiency and effectiveness of the running of the businesses and operations, and
• compliance with laws and regulations.

**037**  page

Annual Report 2018                                                Poh Huat Resources Holdings Berhad

# Statement On Risk Management And
# Internal Control (cont'd)

The Internal Auditors document their key findings and discuss with head of operating units on the outcome of the internal audit review and recommendation for improvement in the internal controls. The Internal Auditors report to the Audit Committee, the outcome and improvements recommended in each of the internal audit review assignment with independent and objective reports and present them in the Audit Committee Meeting. Follow up reviews were carried out in the subsequent internal audit review assignment to determine the status of implementation of improvements agreed by management. All Board members received copies of management and audit reports and are involved in the decision and actions that are required to maintain the level of risk at an acceptable level.

During the year, the Internal Auditors conducted various internal audit engagements in accordance with the risk-based audit plan that covers a rolling period of three (3) years. During the year under review, the Internal Audit Department highlighted some areas for improvement in the internal control system and Management has taken appropriate measures to address them accordingly. The internal control enhancements highlighted were mainly operational in nature and have negligible impact on the operational results of the Group.

The Board has received assurance from the Executive Directors that the Group's risk management and internal control system is operating adequately and effectively in all material respect.

### Review of the Statement by External Auditors

As required by Paragraph 15.23 of the Listing Requirements, the external auditors have reviewed this Statement on Risk Management and Internal Control to the scope set out in the Audit and Assurance Practice Guide ("AAPG") 3 (Revised), Guidance for Auditors on Engagement to Report on the Statement on Risk Management and Internal Control included in the Annual Report, issued by the Malaysian Institute of Accountants ("MIA") for inclusion in the annual report of the Group for the financial year ended 31 October 2018.

AAPG 3 (Revised) does not require the external auditors to consider whether the Directors' Statement on Risk Management and Internal Control covers all risks and controls, or to form an opinion on the adequacy and effectiveness of the Group's risk management and internal control system including the assessment and opinion by the Board of Directors and Management thereon. Based on their review, the external auditors have reported to the Board that nothing has come to their attention that causes them to believe that this statement is not prepared, in all material respect, in accordance with the disclosures required by paragraph 41 and 42 of the Statement on Risk Management and Internal Control: Guidelines for Directors of Listed Issuers, nor is factually inaccurate.

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                        Annual Report 2018

# General Sustainability Statement

The Board is pleased to present this General Sustainability Statement ("Statement") which sets out what the Board considers as material sustainability risks and opportunities (collectively known as "Material Sustainability Matters or "MSM"") to the operations of the Group and how these Material Sustainability Matters are managed.

As the scope of this Statement is primarily based on revenue contribution from operations according to geographical locations, namely operations in Malaysia and Vietnam.

This Statement is prepared in accordance with the Main Market Listing Requirements of Bursa Malaysia Securities Berhad ("Bursa Securities"), the Sustainability Reporting Guide and its accompanying Toolkits issued by Bursa. This Statement considers the economic, environmental and social implications the Group is exposed to in ensuring its business is carried out in a sustainable and responsible manner.

**Sustainability Governance Structure**

While the Board is primarily responsible for the Group's sustainability practices and performance, it is assisted by the RMC, which in turn is supported by the Executive Directors and Senior Management in managing sustainability-related matters.

The RMC, a Board Committee which comprises a majority of Independent Directors, has an enhanced role, i.e. to incorporate sustainability considerations in the Group's business and management of economic, environmental and social risks and opportunities, in addition to its incumbent oversight responsibilities over the Group's risk management framework and processes.

The RMC's responsibilities pertaining to the Group's sustainability framework and processes include the following:

(a)   establishment of the Group's sustainability framework;
(b)   reviewing the adequacy of sustainability initiatives and processes;
(c)   ensuring effectiveness of the process in identifying, assessing, managing and reporting Material Sustainability Matters ("MSMs"); and
(d)   monitoring and overseeing all sustainable strategies and initiatives of the Group.

In carrying out its responsibilities on the Group's sustainability, the RMC is supported by the Executive Directors and Senior Management, who report to the RMC at least on an annual basis, on the assessment of the Group's sustainability framework and processes, and MSMs identified from time to time, including how these matters are managed.

**Material Sustainability Matters**

During the financial year and up to the date of this Statement, the Company has appointed an independent consultant to conduct a training and workshop session for the purpose of assisting the Group to identify sustainability matters that are considered material to its operations. Set out below is an overview of the MSMs of the Group and how they are managed according to economic, environmental and social aspects.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018                                          Poh Huat Resources Holdings Berhad

# General Sustainability Statement (cont'd)

**(a)   Economic**

In order to maintain and enhance Poh Huat's position as one the leading world class furniture manufacturers, it is crucial for the Group to be able to design and produce high quality innovative products. Poh Huat offers customers with products which are designed and manufactured using quality raw materials.

In the design of its in-house office products, the Group's design philosophy is to create pleasant, productive office environment with well-designed office suites that integrate new office automation technology into the classic office environment. Poh Huat has a dedicated Research and Development team which collaborates with customers' designers in coming up with innovative designs for the Group's products.

Poh Huat's products are often made up of comparatively premium materials, incorporating the latest functional and aesthetic trends. The Group's designs are regularly enhanced with new features and functionalities to accommodate new requirements of the diverse demographics and customers' preferences.

As for its original equipment market ("OEM"), the Group works closely with customers at every stage of product development and production programme. In dealing with OEM customers, Poh Huat employs a service differentiation strategy that focuses on issues which are most important to the buyers, such as product features and designs, material and construction specifications, costing and pricing targets, and production scheduling and quality control requirements.

Poh Huat places great emphasis on the delivery of quality products and services with the aim to create long-term and sustainable business relationships with customers. In this regard, the Group continuously emphasises on "Quality" and "Customer-focus", being watchwords that reflect the quality commitment of the Group towards its customers.

Alongside its efforts to create and offer innovative products to customers, Poh Huat has undertaken measures to achieve and maintain quality in its products, including the establishment of a manufacturing process that ensures product quality standards, in-process quality control measures and final quality inspections. The manufacturing process accords with the principles of ISO 9001:2015 Quality Management Systems.

The Group views customer service as an integral part of its product offering. Service to customer begins on first contact with potential customers and continues thereon with product review, selection and development, production programme co-ordination, quality control, warehousing shipment co-ordination and delivery, post-delivery services, etc.

**(b)   Environmental**

Apart from ensuring the quality of products and services, the Group also ensures compliance with the California Air Resources Board ("CARB") Airborne Toxic Control Measures ("ATCM") Phase II labelling requirements, which set the standards for formaldehyde emissions from composite wood products exported to the United States. Such labelling is one of the key requirements of the Group to enable it to continue selling to the United States market, which contributes to the bulk of the Group's revenue. Furthermore, the CARB requirements are closely followed by an enhanced requirement where the Group's sales to the United States are labelled as Toxic Substances Control Act ("TSCA") Title VI compliant. The Group has undertaken the necessary measures to ensure that its products sold to the United States are TSCA Title VI compliant, in order to maintain its market share and customer relationships in this market.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Poh Huat Resources Holdings Berhad                                    Annual Report 2018

As a major wood-based furniture manufacturer, the Group believes in the sustainable use of materials in its products. The Group adheres to requirements of the Programme for the Endorsement of Forest Certification ("PEFC") Chain of Custody ("COC") Certification and a majority of its products is certified as PEFC COC compliant. The certification has enabled Poh Huat's presence in international markets, particularly in developed markets.

The PEFC is one of the world's largest forest certification systems which promotes sustainable forest management taking into account economic, environmental and social aspects in the supply chain of forest-based materials. The PEFC COC process traces forest-based materials along the supply chain, providing assurance to end-users regarding responsible sourcing of materials from sustainably managed forests.

**(c)    Social**

Poh Huat sees its employees as an important asset of its business. The success of manufacturing operations and implementation of business strategy depends on the Group's ability to attract, motivate and retain relevant talents, skills and experience in the roles of leadership and skilled production. To achieve this, the Group has in place a reward system where employees are incentivised to perform and improve via performance-based rewards such as increments and bonuses.

The Group views continuous skill development as one of the important aspects in developing human capital. It organises technical and managerial upgrading programmes for skilled employees and managerial staff to strengthen their core skills and competencies with a view to enhance career development, work quality and job performance. For instance, amongst other initiatives, the Group provides technical training to its employees based in its Vietnam operations in an effort to expand production capacity for wood-based furniture production.

For the financial year under review, key training and seminars provided for Management and skilled employees of the Group include the following:

•   Common Offences and Pitfalls to avoid under the Companies Act 2016;
•   Cyber Resilience and Info Security Conference;
•   Forging Ahead – Budget 2018 Seminar;
•   GST Redefine Latest Update;
•   GST Update Seminar;
•   National GST Seminar 2018;
•   SST Seminar;
•   ISO 9001:2015 Awareness and Implementation;
•   ISO 9001:2015 Risk Assessment and Opportunities Training; and
•   Hazard Identification Risk Assessment and Risk Control.

The Group ensures its employees work in a safe and conducive environment. A Safety, Health and Environment Committee has been set up to lead activities in accordance with the Group-wide Safety, Health, Accident Prevention and Environmental Action Policy.

Barcode:3886453-01 A-570-106 INV - Investigation -

# General Sustainability Statement (cont'd)

As the Group emphasises on safe work practices for its workers, the layout and workflow in production areas are organised in an orderly manner to ensure workers' safety while managing efficient production rate. Furthermore, the Group also provides personal protection equipment ("PPE") for all workers to safeguard them from occupational hazards, such as those arising from operating machinery or lifting heavy items. For example, for the Group's business operations in Vietnam which involve spraying of furniture, the Group has provided extra precautionary equipment for workers, including paint respiratory masks and ear plugs. The Group conducts regular occupational safety and health training for its factory workers, including guidance on proper equipment use and ensuring workplace safety.

The Group strives to achieve a low rate of lost-work time injuries and has established "Zero Serious Accident" target. For the financial year under review, the Group has recorded zero fatality and zero serious accidents from its business operations.

The Group's policies on recruitment, working hours, remuneration and welfare exceed the minimum requirements stipulated by relevant authorities of the countries included in the scope of this Statement. The Group treats its employees fairly with due regard to basic human rights and rewards employees' performance on the basis of merits.

The Group upholds sustainability practices in creating long-term business value and will strive to continue to monitor the sustainability performance of its business. The Board will also consider the need to implement other sustainability practices as appropriate to further create long-term economic, environmental and social value with regard to its business.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                                    Annual Report 2018

# Additional Compliance Information

## Utilisation of Proceeds

No proceeds were raised by the Company from any corporate exercise during the financial year.

## Non-Audit Fees Payable to External Auditors

Non-audit fees payable to the Company's external auditors were RM3,000 during the financial year.

## Audit Fees Payable to External Auditors

Total audit fees payable to the Company and its subsidiaries' external auditors were RM40,000 and RM150,036 respectively during the financial year. Total audit fees payable on a group basis was RM190,036.

## Material Contracts Involving Directors'/Substantial Shareholders' Interests

The Company has not entered into any material contract with any Directors or substantial shareholders of the Company nor any persons connected to a Directors or major shareholders of the Company.

## Recurrent Related Party Transactions

Details of the recurrent related party transactions undertaken by the Group during the financial year are disclosed in Note 29 of the Financial Statements herein.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

# Directors' Responsibilities Statement

The Directors are responsible for the preparation of financial statements for each financial year. They are responsible for ensuring that these financial statements give a true and fair view of the state of affairs of the Group and of the Company and the results and cash flows for the financial year then ended.

The financial statements are prepared on a going concern basis, in accordance with the Malaysian Financial Reporting Standards, International Financial Reporting Standards and the Companies Act 2016. It is the duty of the Directors to review the appropriateness of the basis before adopting the financial statements and lay them before the Annual General Meeting together with their Report and the Auditors' Report thereon.

The Directors are also responsible for ensuring that proper accounting and other records are kept to sufficiently explain the transactions and financial position of the Group and of the Company and to enable true and fair financial statements to be prepared.

In preparing the financial statements, the Directors are required to exercise judgement in making certain estimates to be incorporated in the financial statements. The Directors are to ensure that the estimates made are reasonable and relevant to the financial statements.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

# Financial
# Statements

For The Financial Year Ended 31 October 2018

Directors' Report

page
**046**

Statement by Directors

page
**053**

Statutory Declaration

page
**054**

Independent Auditors'
Report

page
**055**

Statements of Financial
Position

page
**059**

Statements of Profit or Loss
and Other Comprehensive
Income

page
**061**

Statements of Changes in
Equity

page
**063**

Statements of
Cash Flows

page
**066**

Notes to the Financial
Statements

page
**068**



Barcode:3886453-01 A-570-106 INV - Investigation -

Annual Report 2018                                                                     Poh Huat Resources Holdings Berhad

# Directors' Report

The directors hereby submit their report and the audited financial statements of the Group and of the Company for the financial year ended 31 October 2018.

## PRINCIPAL ACTIVITIES

The Company is principally engaged in the business of investment holding. The principal activities of the subsidiaries are set out in Note 9 to the financial statements. There have been no significant changes in the nature of these activities during the financial year.

## RESULTS

|  | The Group RM | The Company RM |
|---|---|---|
| Profit after tax for the financial year | 47,265,672 | 26,250,935 |
| | | |
| Attributable to: | | |
| Owners of the Company | 47,137,662 | 26,250,935 |
| Non-controlling interests | 128,010 | – |
| | 47,265,672 | 26,250,935 |

## DIVIDENDS

Dividends paid or declared by the Company since 31 October 2017 are as follows:

A special single tier dividend of 1 sen per ordinary share amounting to RM 2,196,892 in respect of the financial year ended 31 October 2017 was paid on 15 January 2018.

A final single tier dividend of 3 sen per ordinary share amounting to RM 6,597,151 in respect of the financial year ended 31 October 2017 was approved by the shareholders at the Annual General Meeting held on 10 April 2018 and paid on 15 May 2018.

A first interim single tier dividend of 2 sen per ordinary share amounting to RM 4,398,100 in respect of the financial year ended 31 October 2018 was paid on 27 August 2018.

A second interim single tier dividend of 2 sen per ordinary share amounting to RM 4,398,100 in respect of the financial year ended 31 October 2018 was paid on 20 December 2018.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

**DIVIDENDS (CONT'D)**

At the forthcoming Annual General Meeting, a final single tier dividend of 2 sen per ordinary share in respect of the current financial year will be proposed for shareholders' approval. The financial statements for the current financial year do not reflect this proposed dividend. Such dividend, if approved by the shareholders, will be accounted for as a liability in the financial year ending 31 October 2019.

**RESERVES AND PROVISIONS**

There were no material transfers to or from reserves or provisions during the financial year other than those disclosed in the financial statements.

**ISSUES OF SHARES AND DEBENTURES**

During the financial year:

(a)   the Company increased its issued and paid-up share capital through the issuance of 5,007,100 new ordinary shares arising from the exercise of Warrants 2015/2020 at the exercise price of RM 1.00 per warrant as disclosed in Note 15 to the financial statements.

      The new ordinary shares issued rank pari passu in all respects with the existing ordinary shares of the Company.

(b)   there were no issues of debentures by the Company.

**TREASURY SHARES**

As at 31 October 2018, the Company held as treasury shares a total of 13,327,600 out of its 233,232,610 issued and fully paid-up ordinary shares. The treasury shares are held at a carrying amount of RM 2,836,481. The details on the treasury shares are disclosed in Note 16 to the financial statements.

**OPTIONS GRANTED OVER UNISSUED SHARES**

During the financial year, no options were granted by the Company to any person to take up any unissued shares in the Company.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

# Directors'
# Report (cont'd)

## BAD AND DOUBTFUL DEBTS

Before the financial statements of the Group and of the Company were made out, the directors took reasonable steps to ascertain that action had been taken in relation to the writing off of bad debts and the making of allowance for impairment losses on receivables, and satisfied themselves that there are no known bad debts and that adequate allowance had been made for impairment losses on receivables.

At the date of this report, the directors are not aware of any circumstances that would require the writing off of bad debts, or the additional allowance for impairment losses on receivables in the financial statements of the Group and of the Company.

## CURRENT ASSETS

Before the financial statements of the Group and of the Company were made out, the directors took reasonable steps to ensure that any current assets, which were unlikely to be realised in the ordinary course of business, including their value as shown in the accounting records of the Group and of the Company, have been written down to an amount which they might be expected so to realise.

At the date of this report, the directors are not aware of any circumstances which would render the values attributed to the current assets in the financial statements misleading.

## VALUATION METHODS

At the date of this report, the directors are not aware of any circumstances which have arisen which render adherence to the existing methods of valuation of assets or liabilities of the Group and of the Company misleading or inappropriate.

## CONTINGENT AND OTHER LIABILITIES

At the date of this report, there does not exist:

(a)    any charge on the assets of the Group and of the Company that has arisen since the end of the financial year which secures the liabilities of any other person; or

(b)    any contingent liability of the Group and of the Company which has arisen since the end of the financial year.

No contingent or other liability of the Group and of the Company has become enforceable or is likely to become enforceable within the period of twelve months after the end of the financial year which, in the opinion of the directors, will or may substantially affect the ability of the Group and of the Company to meet their obligations when they fall due.

Barcode:3886453-01 A-570-106 INV - Investigation -

Poh Huat Resources Holdings Berhad                                                   Annual Report 2018

## CHANGE OF CIRCUMSTANCES

At the date of this report, the directors are not aware of any circumstances not otherwise dealt with in this report or the financial statements of the Group and of the Company which would render any amount stated in the financial statements misleading.

## ITEMS OF AN UNUSUAL NATURE

The results of the operations of the Group and of the Company during the financial year were not, in the opinion of the directors, substantially affected by any item, transaction or event of a material and unusual nature other than as disclosed in Note 23 to the financial statements.

There has not arisen in the interval between the end of the financial year and the date of this report any item, transaction or event of a material and unusual nature likely, in the opinion of the directors, to affect substantially the results of the operations of the Group and of the Company for the financial year in which this report is made.

## DIRECTORS

The names of directors of the Company who served during the financial year and up to the date of this report are as follows:

Tay Kim Huat
Tay Kim Hau
Boo Chin Liong
Tay Khim Seng
Chua Syer Cin
Toh Kim Chong
Lim Pei Tiam @ Liam Ahat Kiat

The names of directors of the Company's subsidiaries who served during the financial year and up to the date of this report, not including those directors mentioned above, are as follows:

Christina Thio Swee Geok
Vanessa Lin

**049** page

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018                                                   Poh Huat Resources Holdings Berhad

# Directors'
# Report (cont'd)

## DIRECTORS' INTERESTS

According to the register of directors' shareholdings, the interest of directors holding office at the end of the financial year in shares and warrants of the Company and its related corporations during the financial year are as follows:

| | | **Number of Ordinary Shares** | | | |
| | | **At 01.11.2017** | **Acquired** | **Disposed** | **At 31.10.2018** |
|---|---|---|---|---|---|
| **The Company** | | | | | |
| Tay Kim Huat | - Direct interest | 51,469,376 | 300,000 | – | 51,769,376 |
| | - Indirect interest [1] | 11,792,072 | 270,000 | – | 12,062,072 |
| Tay Kim Hau | - Direct interest | 250,000 | – | – | 250,000 |
| Boo Chin Liong | - Direct interest | 39,000 | – | – | 39,000 |
| Tay Khim Seng | - Direct interest | 3,456,660 | 248,800 | – | 3,705,460 |
| Toh Kim Chong | - Direct interest | 6,550,788 | 634,300 | – | 7,185,088 |
| Lim Pei Tiam @ Liam Ahat Kiat | - Direct interest | 28,539,900 | 2,100,000 | – | 30,639,900 |
| | - Indirect interest [2] | 3,374,000 | – | – | 3,374,000 |

| | | **Number of Warrants** | | | |
| | | **At 01.11.2017** | **Acquired** | **Disposed** | **At 31.10.2018** |
|---|---|---|---|---|---|
| **The Company** | | | | | |
| Tay Kim Huat | - Direct interest | 5,113,268 | – | 300,000 | 4,813,268 |
| | - Indirect interest [1] | 1,442,768 | – | 270,000 | 1,172,768 |
| Boo Chin Liong | - Direct interest | 9,749 | – | – | 9,749 |
| Tay Khim Seng | - Direct interest | 50,000 | 219,800 | 123,800 | 146,000 |
| Lim Pei Tiam @ Liam Ahat Kiat | - Direct interest | 39,900 | – | – | 39,900 |

*Notes:*
[1]   *Indirect interest by virtue of the shareholdings of his spouse and children.*
[2]   *Indirect interest by virtue of the shareholdings of his children.*

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                                                      Annual Report 2018

**DIRECTORS' INTERESTS (CONT'D)**

By virtue of his shareholding in the Company, Mr. Tay Kim Huat is deemed to have interests in shares in all the subsidiaries during the financial year to the extent of the Company's interests, in accordance with Section 8 of the Companies Act 2016.

The other directors holding office at the end of the financial year had no interest in shares and warrants of the Company or its related corporations during the financial year.

**DIRECTORS' BENEFITS**

Since the end of the previous financial year, no director has received or become entitled to receive any benefit (other than a benefit included in the aggregate amount of remuneration received or due and receivable by directors shown in the financial statements or the fixed salary of a full-time employee of the Company or related corporations) by reason of a contract made by the Company or a related corporation with the director or with a firm of which the director is a member, or with a company in which the director has a substantial financial interest except for any benefits which may be deemed to arise from transactions entered into in the ordinary course of business with companies in which certain directors have substantial financial interests as disclosed in Note 29 to the financial statements.

Neither during nor at the end of the financial year was the Group or the Company a party to any arrangements whose object is to enable the directors to acquire benefits by means of the acquisition of shares in or debentures of the Company or any other body corporate.

**DIRECTORS' REMUNERATION**

The details of the directors' remuneration paid or payable to the directors of the Group and of the Company during the financial year are disclosed in Note 24 to the financial statements.

**INDEMNITY AND INSURANCE COST**

During the financial year, there is no indemnity given to or professional indemnity insurance effected for directors, officers or auditors of the Group and of the Company.

**SUBSIDIARIES**

The details of the Company's subsidiaries are disclosed in Note 9 to the financial statements.

**SIGNIFICANT EVENTS DURING THE FINANCIAL YEAR**

The significant events during the financial year are disclosed in Note 33 to the financial statements.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018                                           Poh Huat Resources Holdings Berhad

# Directors'
# Report (cont'd)

**AUDITORS**

The auditors, Crowe Malaysia PLT (converted from a conventional partnership, Crowe Malaysia which was previously known as Crowe Horwath), have expressed their willingness to continue in office.

The auditors' remuneration are disclosed in Note 23 to the financial statements.

Signed in accordance with a resolution of the directors dated 30 January 2019

**Tay Kim Huat**

**Tay Kim Hau**

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad

Annual Report 2018

# Statement by Directors
## Pursuant to Section 251(2) of The Companies Act 2016

We, Tay Kim Huat and Tay Kim Hau, being two of the directors of Poh Huat Resources Holdings Berhad, state that, in the opinion of the directors, the financial statements set out on pages 059 to 131 are drawn up in accordance with Malaysian Financial Reporting Standards, International Financial Reporting Standards and the requirements of the Companies Act 2016 in Malaysia so as to give a true and fair view of the financial position of the Group and of the Company as of 31 October 2018 and of their financial performance and cash flows for the financial year ended on that date.

Signed in accordance with a resolution of the directors dated 30 January 2019

**Tay Kim Huat**

**Tay Kim Hau**

Barcode:3886453-01 A-570-106 INV - Investigation -

Annual Report 2018    Poh Huat Resources Holdings Berhad

# Statutory Declaration

## Pursuant to Section 251(1)(b) of The Companies Act 2016

I, Tay Kim Huat, being the director primarily responsible for the financial management of Poh Huat Resources Holdings Berhad, do solemnly and sincerely declare that the financial statements set out on pages 059 to 131 are, to the best of my knowledge and belief, correct and I make this solemn declaration conscientiously believing the declaration to be true, and by virtue of the Statutory Declarations Act 1960.

Subscribed and solemnly declared by
the abovementioned Tay Kim Huat at Muar
in the State of Johor Darul Takzim on
this 30 January 2019

Before me    **Tay Kim Huat**
Commissioner for Oaths

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Poh Huat Resources Holdings Berhad                                              Annual Report 2018

# Independent Auditors' Report

To The Members of Poh Huat Resources Holdings Berhad
(Incorporated in Malaysia)
Company No. : 443169-X

**REPORT ON THE AUDIT OF THE FINANCIAL STATEMENTS**

**Opinion**

We have audited the financial statements of Poh Huat Resources Holdings Berhad, which comprise the statements of financial position as at 31 October 2018 of the Group and of the Company, and the statements of profit or loss and other comprehensive income, statements of changes in equity and statements of cash flows of the Group and of the Company for the financial year then ended, and notes to the financial statements, including a summary of significant accounting policies, as set out on pages 059 to 131.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Group and of the Company as at 31 October 2018, and of their financial performance and their cash flows for the financial year then ended in accordance with Malaysian Financial Reporting Standards, International Financial Reporting Standards and the requirements of the Companies Act 2016 in Malaysia.

**Basis for Opinion**

We conducted our audit in accordance with approved standards on auditing in Malaysia and International Standards on Auditing. Our responsibilities under those standards are further described in the *Auditors' Responsibilities for the Audit of the Financial Statements* section of our report. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

**Independence and Other Ethical Responsibilities**

We are independent of the Group and of the Company in accordance with the *By-Laws (on Professional Ethics, Conduct and Practice)* of the Malaysian Institute of Accountants ("By-Laws") and the International Ethics Standards Board for Accountants' *Code of Ethics for Professional Accountants* ("IESBA Code"), and we have fulfilled our other ethical responsibilities in accordance with the By-Laws and the IESBA Code.

**Key Audit Matters**

Key audit matters are those matters that, in our professional judgement, were of most significance in our audit of the financial statements of the Group and of the Company for the current financial year. These matters were addressed in the context of our audit of the financial statements of the Group and of the Company as a whole, and in forming our opinion thereon, and we do not provide a separate opinion on these matters.

**055** page

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018                                                          Poh Huat Resources Holdings Berhad

## Independent Auditors' Report
## To The Members of Poh Huat Resources Holdings Berhad (cont'd)
## (Incorporated in Malaysia)
## Company No. : 443169-X

**Key Audit Matters (Cont'd)**

We have determined the matters described below to be the key audit matter to be communicated in our report.

| Carrying value of inventories Refer to Note 12 in the financial statements | |
|---|---|
| **Key audit matter** | **How our audit addressed the key audit matter** |
| The Group held inventories of RM 76 million as at 31 October 2018. | Our procedures included, among others: |
| The carrying value of inventories is stated at the lower of cost and net realisable value. | • Comparing the net realisable value to the cost of inventories at the end of the reporting period to assess the reasonableness of inventories write-down. |
| The Group determines the amount of impairment for slow moving or obsolete inventories based upon the ageing of the slow moving inventories. | • Performing ageing test on the inventories and reviewing the impairment for slow moving inventories, where applicable. |

**Information Other than the Financial Statements and Auditors' Report Thereon**

The directors of the Company are responsible for the other information. The other information comprises the information included in the annual report, but does not include the financial statements of the Group and of the Company and our auditors' report thereon.

Our opinion on the financial statements of the Group and of the Company does not cover the other information and we do not express any form of assurance conclusion thereon.

In connection with our audit of the financial statements of the Group and of the Company, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements of the Group and of the Company or our knowledge obtained in the audit or otherwise appears to be materially misstated.

If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. We have nothing to report in this regard.

**Responsibilities of the Directors for the Financial Statements**

The directors of the Company are responsible for the preparation of the financial statements of the Group and of the Company that give a true and fair view in accordance with Malaysian Financial Reporting Standards, International Financial Reporting Standards and the requirements of the Companies Act 2016 in Malaysia. The directors are also responsible for such internal control as the directors determine is necessary to enable the preparation of financial statements of the Group and of the Company that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements of the Group and of the Company, the directors are responsible for assessing the Group's and the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the directors either intend to liquidate the Group or the Company or to cease operations, or have no realistic alternative but to do so.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                                    Annual Report 2018

**Auditors' Responsibilities for the Audit of the Financial Statements**

Our objectives are to obtain reasonable assurance about whether the financial statements of the Group and of the Company as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with approved standards on auditing in Malaysia and International Standards on Auditing will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with approved standards on auditing in Malaysia and International Standards on Auditing, we exercise professional judgement and maintain professional scepticism throughout the audit. We also:

•   Identify and assess the risks of material misstatement of the financial statements of the Group and of the Company, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

•   Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Group's and of the Company's internal control.

•   Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the directors.

•   Conclude on the appropriateness of the directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Group's or the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements of the Group and of the Company or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Group or the Company to cease to continue as a going concern.

•   Evaluate the overall presentation, structure and content of the financial statements of the Group and of the Company, including the disclosures, and whether the financial statements of the Group and of the Company represent the underlying transactions and events in a manner that achieves fair presentation.

•   Obtain sufficient appropriate audit evidence regarding the financial information of the entities or business activities within the Group to express an opinion on the financial statements of the Group. We are responsible for the direction, supervision and performance of the group audit. We remain solely responsible for our audit opinion.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

## Independent Auditors' Report
## To The Members of Poh Huat Resources Holdings Berhad (cont'd)
## (Incorporated in Malaysia)
## Company No. : 443169-X

**Auditors' Responsibilities for the Audit of the Financial Statements (Cont'd)**

We communicate with the directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

We also provide the directors with a statement that we have complied with relevant ethical requirements regarding independence, and to communicate with them all relationships and other matters that may reasonably be thought to bear on our independence, and where applicable, related safeguards.

From the matters communicated with the directors, we determine those matters that were of most significance in the audit of the financial statements of the Group and of the Company for the current financial year and are therefore the key audit matters. We describe these matters in our auditors' report unless law or regulation precludes public disclosure about the matter or when, in extremely rare circumstances, we determine that a matter should not be communicated in our report because the adverse consequences of doing so would reasonably be expected to outweigh the public interest benefits of such communication.

**REPORT ON OTHER LEGAL AND REGULATORY REQUIREMENTS**

In accordance with the requirements of the Companies Act 2016 in Malaysia, we report that the subsidiaries of which we have not acted as auditors, are disclosed in Note 9 to the financial statements.

**OTHER MATTERS**

This report is made solely to the members of the Company, as a body, in accordance with Section 266 of the Companies Act 2016 in Malaysia and for no other purpose. We do not assume responsibility to any other person for the content of this report.

**Crowe Malaysia PLT**
LLP0018817-LCA & AF 1018
Chartered Accountants

**Ng Kim Kiat**
02074/10/2020 J
Chartered Accountant

Muar, Johor Darul Takzim
Date : 30 January 2019

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                                     Annual Report 2018

# Statements of Financial Position
### At 31 October 2018

|  | Note | The Group 2018 RM | The Group 2017 RM | The Company 2018 RM | The Company 2017 RM |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **NON-CURRENT ASSETS** | | | | | |
| Property, plant and equipment | 5 | 162,361,956 | 137,163,111 | – | – |
| Prepaid lease payments | 6 | 2,712,418 | 2,923,528 | – | – |
| Land held for property development | 7 | 20,912,187 | 20,912,187 | – | – |
| Investment properties | 8 | 12,194,375 | 11,651,702 | – | – |
| Investment in subsidiaries | 9 | – | – | 159,600,071 | 126,961,466 |
| Long-term receivables | 10 | – | – | 4,286,014 | 19,765,869 |
| Deferred tax assets | 11 | 4,622 | 37,800 | – | – |
| | | 198,185,558 | 172,688,328 | 163,886,085 | 146,727,335 |
| | | | | | |
| **CURRENT ASSETS** | | | | | |
| Inventories | 12 | 76,368,009 | 72,418,949 | – | – |
| Trade and other receivables | 10 | 64,914,912 | 66,866,430 | 127,626 | 205,800 |
| Dividend receivable | | – | – | – | 10,727,928 |
| Current tax assets | | 3,712 | 7,949 | – | – |
| Deposits, bank and cash balances | 13 | 89,887,631 | 92,857,041 | 9,081,866 | 2,022,191 |
| | | 231,174,264 | 232,150,369 | 9,209,492 | 12,955,919 |
| Non-current asset held for sale | 14 | 1,085,961 | – | – | – |
| **TOTAL ASSETS** | | 430,445,783 | 404,838,697 | 173,095,577 | 159,683,254 |

The annexed notes form an integral part of these financial statements.

**059**   page

Barcode:3886453-01 A-570-106 INV - Investigation -

Annual Report 2018                                                        Poh Huat Resources Holdings Berhad

# Statements of
# Financial Position
# At 31 October 2018 (cont'd)

|  | Note | The Group 2018 RM | The Group 2017 RM | The Company 2018 RM | The Company 2017 RM |
|---|---|---|---|---|---|
| **EQUITY AND LIABILITIES** | | | | | |
| **EQUITY** | | | | | |
| Share capital | 15 | 119,845,505 | 114,838,405 | 119,845,505 | 114,838,405 |
| Treasury shares | 16 | (2,836,481) | (2,836,481) | (2,836,481) | (2,836,481) |
| Reserves | 17 | 199,982,042 | 172,910,319 | 51,594,655 | 40,756,491 |
| **Equity attributable to owners of the Company** | | 316,991,066 | 284,912,243 | 168,603,679 | 152,758,415 |
| Non-controlling interests | | 36,583 | (86,341) | – | – |
| **TOTAL EQUITY** | | 317,027,649 | 284,825,902 | 168,603,679 | 152,758,415 |
| **NON-CURRENT LIABILITIES** | | | | | |
| Hire purchase payables | 18 | 17,764 | 160,856 | – | – |
| Deferred tax liabilities | 11 | 6,234,000 | 5,962,000 | – | – |
| | | 6,251,764 | 6,122,856 | – | – |
| **CURRENT LIABILITIES** | | | | | |
| Trade and other payables | 19 | 80,913,349 | 82,251,474 | 93,798 | 392,423 |
| Bank borrowings | 20 | 18,485,177 | 21,991,816 | – | – |
| Hire purchase payables | 18 | 143,092 | 354,033 | – | – |
| Dividend payable | | 4,398,100 | 6,532,416 | 4,398,100 | 6,532,416 |
| Current tax liabilities | | 3,226,652 | 2,760,200 | – | – |
| | | 107,166,370 | 113,889,939 | 4,491,898 | 6,924,839 |
| **TOTAL LIABILITIES** | | 113,418,134 | 120,012,795 | 4,491,898 | 6,924,839 |
| **TOTAL EQUITY AND LIABILITIES** | | 430,445,783 | 404,838,697 | 173,095,577 | 159,683,254 |

The annexed notes form an integral part of these financial statements.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                         Annual Report 2018

# Statements of Profit or Loss
# and Other Comprehensive Income
For The Financial Year Ended 31 October 2018

|  | Note | The Group | | The Company | |
|---|---|---|---|---|---|
|  |  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| REVENUE | 21 | 621,925,519 | 614,268,587 | 26,100,000 | 32,029,765 |
| COST OF SALES |  | (519,817,579) | (492,327,561) | – | – |
| GROSS PROFIT |  | 102,107,940 | 121,941,026 | 26,100,000 | 32,029,765 |
| OTHER INCOME |  | 13,736,837 | 6,788,617 | 4,508,527 | 2,181,588 |
| SELLING AND MARKETING EXPENSES |  | (29,199,345) | (27,128,586) |  |  |
| ADMINISTRATIVE EXPENSES |  | (22,642,595) | (27,135,822) | (1,316,753) | (1,453,154) |
| OTHER EXPENSES |  | (5,213,905) | (5,742,587) | (3,037,685) | (868,347) |
| FINANCE COSTS | 22 | (1,259,918) | (1,508,252) | (3,154) | (3,372) |
| PROFIT BEFORE TAX | 23 | 57,529,013 | 67,214,396 | 26,250,935 | 31,886,480 |
| INCOME TAX EXPENSE | 25 | (10,263,341) | (11,436,959) | – | – |
| PROFIT AFTER TAX |  | 47,265,672 | 55,777,437 | 26,250,935 | 31,886,480 |
| OTHER COMPREHENSIVE (EXPENSE) Items that may be reclassified subsequently to profit or loss |  |  |  |  |  |
| Foreign currency translation differences |  | (4,658,254) | (501,041) | – | – |
| TOTAL COMPREHENSIVE INCOME FOR THE FINANCIAL YEAR |  | 42,607,418 | 55,276,396 | 26,250,935 | 31,886,480 |

The annexed notes form an integral part of these financial statements.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Annual Report 2018                                                          Poh Huat Resources Holdings Berhad

## Statements of Profit or Loss
## and Other Comprehensive Income
## For The Financial Year Ended 31 October 2018 (cont'd)

|  |  | The Group | | The Company | |
| --- | --- | --- | --- | --- | --- |
|  | Note | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| **PROFIT AFTER TAX ATTRIBUTABLE TO:** |  |  |  |  |  |
| Owners of the Company |  | 47,137,662 | 55,772,295 | 26,250,935 | 31,886,480 |
| Non-controlling interests |  | 128,010 | 5,142 | – | – |
|  |  | 47,265,672 | 55,777,437 | 26,250,935 | 31,886,480 |
| **TOTAL COMPREHENSIVE INCOME ATTRIBUTABLE TO:** |  |  |  |  |  |
| Owners of the Company |  | 42,484,494 | 55,268,910 | 26,250,935 | 31,886,480 |
| Non-controlling interests |  | 122,924 | 7,486 | – | – |
|  |  | 42,607,418 | 55,276,396 | 26,250,935 | 31,886,480 |
| **EARNINGS PER ORDINARY SHARE (SEN)** | 26 |  |  |  |  |
| Basic |  | 21.47 | 26.11 |  |  |
| Diluted |  | 20.11 | 23.49 |  |  |

The annexed notes form an integral part of these financial statements.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                      Annual Report 2018

# Statements of Changes in Equity

## For The Financial Year Ended 31 October 2018

| | | | | Non-distributable | | Distributable | | | |
| | Note | Share capital RM | Treasury shares RM | Share premium RM | Foreign exchange translation reserve RM | Retained profits RM | Attributable to owners of the Company RM | Non-controlling interests RM | Total equity RM |
|---|---|---|---|---|---|---|---|---|---|
| **The Group** | | | | | | | | | |
| Balance at 1 November 2016 | | 113,402,905 | (2,836,481) | 15,800 | (5,061,141) | 137,777,295 | 243,298,378 | (93,827) | 243,204,551 |
| Profit after tax for the financial year | | – | – | – | – | 55,772,295 | 55,772,295 | 5,142 | 55,777,437 |
| Other comprehensive (expense)/income for the financial year: – Foreign currency translation differences | | – | – | – | (503,385) | – | (503,385) | 2,344 | (501,041) |
| Total comprehensive (expense)/income for the financial year | | – | – | – | (503,385) | 55,772,295 | 55,268,910 | 7,486 | 55,276,396 |
| Contributions by and distributions to owners of the Company: | | | | | | | | | |
| – Exercise of warrants | | 1,419,700 | – | – | – | – | 1,419,700 | – | 1,419,700 |
| – Dividends | | | | | | | | | |
| – by the Company | 27 | – | – | – | – | (15,074,745) | (15,074,745) | – | (15,074,745) |
| – Transfer to share capital upon implementation of the Companies Act 2016 | 15 | 15,800 | – | (15,800) | – | – | – | – | – |
| Total transactions with owners | | 1,435,500 | – | (15,800) | – | (15,074,745) | (13,655,045) | – | (13,655,045) |
| Balance at 31 October 2017 | | 114,838,405 | (2,836,481) | – | (5,564,526) | 178,474,845 | 284,912,243 | (86,341) | 284,825,902 |

The annexed notes form an integral part of these financial statements.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Annual Report 2018                                                      Poh Huat Resources Holdings Berhad

## Statements of Changes in Equity
## For The Financial Year Ended 31 October 2018 (cont'd)

| | Note | Share capital RM | Treasury shares RM | Foreign exchange translation reserve RM | Retained profits RM | Attributable to owners of the Company RM | Non-controlling interests RM | Total equity RM |
|---|---|---|---|---|---|---|---|---|
| | | | | Non-distributable | Distributable | | | |
| **The Group** | | | | | | | | |
| Balance at 1 November 2017 | | 114,838,405 | (2,836,481) | (5,564,526) | 178,474,845 | 284,912,243 | (86,341) | 284,825,902 |
| Profit after tax for the financial year | | – | – | – | 47,137,662 | 47,137,662 | 128,010 | 47,265,672 |
| Other comprehensive (expense) for the financial year: | | | | | | | | |
| – Foreign currency translation differences | | – | – | (4,653,168) | – | (4,653,168) | (5,086) | (4,658,254) |
| Total comprehensive (expense)/income for the financial year | | – | – | (4,653,168) | 47,137,662 | 42,484,494 | 122,924 | 42,607,418 |
| Contributions by and distributions to owners of the Company: | | | | | | | | |
| – Exercise of warrants | | 5,007,100 | – | – | – | 5,007,100 | – | 5,007,100 |
| – Dividends | | | | | | | | |
| – by the Company | 27 | – | – | – | (15,412,771) | (15,412,771) | – | (15,412,771) |
| Total transactions with owners | | 5,007,100 | – | – | (15,412,771) | (10,405,671) | – | (10,405,671) |
| Balance at 31 October 2018 | | 119,845,505 | (2,836,481) | (10,217,694) | 210,199,736 | 316,991,066 | 36,583 | 317,027,649 |

The annexed notes form an integral part of these financial statements.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                    Annual Report 2018

|  | Note | Share capital RM | Treasury shares RM | Share premium RM | Retained profits RM | Total equity RM |
|---|---|---|---|---|---|---|
|  |  |  |  | Non-distributable | Distributable |  |
| **The Company** |  |  |  |  |  |  |
| Balance at 1 November 2016 |  | 113,402,905 | (2,836,481) | 15,800 | 23,944,756 | 134,526,980 |
| Profit after tax/ |  |  |  |  |  |  |
| Total comprehensive income for the financial year |  | – | – | – | 31,886,480 | 31,886,480 |
| Contributions by and distributions to owners of the Company: |  |  |  |  |  |  |
| – Exercise of warrants |  | 1,419,700 | – | – | – | 1,419,700 |
| – Dividends | 27 | – | – | – | (15,074,745) | (15,074,745) |
| – Transfer to share capital upon implementation of the Companies Act 2016 | 15 | 15,800 | – | (15,800) | – | – |
| Total transactions with owners |  | 1,435,500 | – | (15,800) | (15,074,745) | (13,655,045) |
| Balance at 31 October 2017/1 November 2017 |  | 114,838,405 | (2,836,481) | – | 40,756,491 | 152,758,415 |
| Profit after tax/ |  |  |  |  |  |  |
| Total comprehensive income for the financial year |  | – | – | – | 26,250,935 | 26,250,935 |
| Contributions by and distributions to owners of the Company: |  |  |  |  |  |  |
| – Exercise of warrants |  | 5,007,100 | – | – | – | 5,007,100 |
| – Dividends | 27 | – | – | – | (15,412,771) | (15,412,771) |
| Total transactions with owners |  | 5,007,100 | – | – | (15,412,771) | (10,405,671) |
| Balance at 31 October 2018 |  | 119,845,505 | (2,836,481) | – | 51,594,655 | 168,603,679 |

The annexed notes form an integral part of these financial statements.

**065**  page

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018                                                                          Poh Huat Resources Holdings Berhad

# Statements of Cash Flows
## For The Financial Year Ended 31 October 2018

| | The Group | | The Company | |
|---|---|---|---|---|
| | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| **CASH FLOWS FROM/(FOR) OPERATING ACTIVITIES** | | | | |
| Profit before tax | 57,529,013 | 67,214,396 | 26,250,935 | 31,886,480 |
| Adjustments for: | | | | |
| Allowance for impairment losses on receivables | – | – | 2,093,925 | – |
| Amortisation of prepaid lease payments | 98,826 | 110,553 | – | – |
| Bad debts written off | – | 20,548 | – | – |
| Depreciation of property, plant and equipment | 8,633,458 | 8,698,840 | – | – |
| Depreciation of investment properties | 168,131 | 93,775 | – | – |
| Dividend income | (1,113,475) | (511,826) | (26,100,000) | (32,029,765) |
| Fire loss of inventories | 1,077,122 | – | – | – |
| Gain on disposal of other investment | – | (49,305) | – | (49,305) |
| Gain on disposal of unit trust | (90,622) | – | – | – |
| Inventories value written down | 294,678 | 223,675 | – | – |
| Loss/(Gain) on disposal of property, plant and equipment | 47,056 | (322,539) | – | – |
| Property, plant and equipment written off | 1,853,183 | 91,546 | – | – |
| Reversal of allowance for impairment losses on receivables | (4,503,370) | (1,061,280) | (4,503,370) | (1,061,280) |
| Reversal of fair value loss on derivatives | – | (222,185) | – | – |
| Unrealised (gain)/loss on foreign exchange | (1,003,548) | (2,349,142) | 280,140 | (1,071,003) |
| Waiver of debts | (99,940) | – | – | – |
| Interest expenses | 799,693 | 973,022 | – | – |
| Interest income | (733,684) | (580,687) | (5,157) | – |
| Operating profit/(loss) before working capital changes | 62,956,521 | 72,329,391 | (1,983,527) | (2,324,873) |
| Inventories | (7,117,940) | (2,480,673) | – | – |
| Trade and other receivables | 4,654,789 | 6,643,098 | 17,687,334 | (14,320,549) |
| Trade and other payables | 1,004,866 | (6,321,239) | (298,625) | 306,007 |
| **CASH FROM/(FOR) OPERATIONS** | 61,498,236 | 70,170,577 | 15,405,182 | (16,339,415) |
| Interest paid | (799,693) | (973,022) | – | – |
| Interest received | 733,684 | 580,687 | 5,157 | – |
| Tax paid | (9,442,704) | (10,966,312) | – | – |
| **NET CASH FROM/(FOR) OPERATING ACTIVITIES** | 51,989,523 | 58,811,930 | 15,410,339 | (16,339,415) |

The annexed notes form an integral part of these financial statements.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                                    Annual Report 2018

| | Note | The Group | | The Company | |
|---|---|---|---|---|---|
| | | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| **CASH FLOWS (FOR)/FROM INVESTING ACTIVITIES** | | | | | |
| Additional investments in an existing subsidiary | | – | – | (32,638,605) | – |
| Dividends received | | 1,113,475 | 511,826 | 36,827,928 | 22,428,030 |
| Increase in pledged fixed deposits with licensed bank | | (109,450) | (4,392,157) | – | – |
| Proceeds from disposal of other investment | | – | 571,626 | – | 571,626 |
| Proceeds from disposal of property, plant and equipment | | 100,839 | 2,132,221 | – | – |
| Proceeds from disposal of unit trust | | 15,472,607 | – | – | – |
| Purchase of investment properties | | (710,804) | (3,313,667) | – | – |
| Purchase of property, plant and equipment | 5(c) | (41,210,632) | (22,891,459) | – | – |
| Purchase of unit trust | | (15,381,985) | – | – | – |
| **NET CASH (FOR)/FROM INVESTING ACTIVITIES** | | (40,725,950) | (27,381,610) | 4,189,323 | 22,999,656 |
| **CASH FLOWS FOR FINANCING ACTIVITIES** | | | | | |
| Issue of shares from exercise of warrants | | 5,007,100 | 1,419,700 | 5,007,100 | 1,419,700 |
| Net movements in trade bills | | (2,664,045) | (5,412,746) | – | – |
| Repayment of term loan | | (61,503) | (718,199) | – | – |
| Repayment of hire purchase payables | | (354,033) | (344,682) | – | – |
| Dividends paid | | (17,547,087) | (12,811,893) | (17,547,087) | (12,811,893) |
| **NET CASH FOR FINANCING ACTIVITIES** | | (15,619,568) | (17,867,820) | (12,539,987) | (11,392,193) |
| **NET (DECREASE)/INCREASE IN CASH AND CASH EQUIVALENTS** | | (4,355,995) | 13,562,500 | 7,059,675 | (4,731,952) |
| **EFFECTS OF FOREIGN EXCHANGE TRANSLATION** | | 1,277,135 | 3,307,506 | – | – |
| **CASH AND CASH EQUIVALENTS AT BEGINNING OF THE FINANCIAL YEAR** | | 88,464,884 | 71,594,878 | 2,022,191 | 6,754,143 |
| **CASH AND CASH EQUIVALENTS AT END OF THE FINANCIAL YEAR** | 28(b) | 85,386,024 | 88,464,884 | 9,081,866 | 2,022,191 |

The annexed notes form an integral part of these financial statements.

**067**   page

Barcode:3886453-01 A-570-106 INV - Investigation  -

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018

**1.  GENERAL INFORMATION**

The Company is a public limited liability company, incorporated and domiciled in Malaysia. The registered office and principal place of business are as follows:

Registered office            :    No. 2 (1st Floor), Jalan Marin,
                                  Taman Marin, Jalan Haji Abdullah,
                                  Sungai Abong,
                                  84000 Muar,
                                  Johor Darul Takzim.

Principal place of business  :    PLO 1, Jalan Raja,
                                  Kawasan Perindustrian Bukit Pasir,
                                  Mukim Sungai Raya,
                                  84300 Bukit Pasir, Muar,
                                  Johor Darul Takzim.

The financial statements were authorised for issue by the Board of Directors in accordance with a resolution of the directors dated 30 January 2019.

**2.  PRINCIPAL ACTIVITIES**

The Company is principally engaged in the business of investment holding. The principal activities of the subsidiaries are set out in Note 9. There have been no significant changes in the nature of these activities during the financial year.

**3.  BASIS OF PREPARATION**

The financial statements of the Group are prepared under the historical cost convention and in compliance with Malaysian Financial Reporting Standards ("MFRSs"), International Financial Reporting Standards and the requirements of Companies Act 2016 in Malaysia.

3.1  During the current financial year, the Group has adopted the following new accounting standards and/or interpretations (including the consequential amendments, if any):

**MFRSs and/or IC Interpretations (Including the Consequential Amendments)**

Amendments to MFRS 107: Disclosure Initiative
Amendments to MFRS 112: Recognition of Deferred Tax Assets for Unrealised Losses

Annual Improvements to MFRS Standards 2014 – 2016 Cycles:
•  Amendments to MFRS 12: Clarification of the Scope of the Standard

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                                            Annual Report 2018

**3.    BASIS OF PREPARATION (CONT'D)**

3.1   CONT'D

The adoption of the above accounting standards and/or interpretations (including the consequential amendments, if any) did not have any material impact on the Group's financial statements except as follows:

*Amendments to MFRS 107: Disclosure Initiative*

The amendments to MFRS 107 require an entity to provide disclosures that enable users of financial statements to evaluate changes in liabilities arising from financing activities, including both changes arising from cash flows and non-cash changes. A reconciliation between opening and closing balances of these items is provided in Note 28(a).

3.2   The Group has not applied in advance the following accounting standards and/or interpretations (including the consequential amendments, if any) that have been issued by the Malaysian Accounting Standards Board (MASB) but are not yet effective for the current financial year:

| MFRSs and/or IC Interpretations (Including the Consequential Amendments) | Effective Date |
|---|---|
| MFRS 9 Financial Instruments (IFRS 9 as issued by IASB in July 2014) | 1 January 2018 |
| MFRS 15 Revenue from Contracts with Customers | 1 January 2018 |
| MFRS 16 Leases | 1 January 2019 |
| MFRS 17 Insurance Contracts | 1 January 2021 |
| IC Interpretation 22 Foreign Currency Transactions and Advance Consideration | 1 January 2018 |
| IC Interpretation 23 Uncertainty over Income Tax Treatments | 1 January 2019 |
| Amendments to MFRS 2: Classification and Measurement of Share-based Payment Transactions | 1 January 2018 |
| Amendments to MFRS 3: Definition of a Business | 1 January 2020 |
| Amendments to MFRS 4: Applying MFRS 9 Financial Instruments with MFRS 4 Insurance Contracts | 1 January 2018 |
| Amendments to MFRS 9: Prepayment Features with Negative Compensation | 1 January 2019 |
| Amendments to MFRS 10 and MFRS 128: Sale or Contribution of Assets between an Investor and its Associate or Joint Venture | Deferred |
| Amendments to MFRS 15: Effective Date of MFRS 15 | 1 January 2018 |
| Amendments to MFRS 15: Clarifications to MFRS 15 'Revenue from Contracts with Customers' | 1 January 2018 |
| Amendments to MFRS 101 and MFRS 108: Definition of Material | 1 January 2020 |
| Amendments to MFRS 119: Plan Amendment, Curtailment or Settlement | 1 January 2019 |
| Amendments to MFRS 128: Long-term Interests in Associates and Joint Ventures | 1 January 2019 |
| Amendments to MFRS 140: Transfers of Investment Property | 1 January 2018 |
| Amendments to References to the Conceptual Framework in MFRS Standards | 1 January 2020 |

Annual Improvements to MFRS Standards 2014 – 2016 Cycles:

| | |
|---|---|
| •   Amendments to MFRS 1: Deletion of Short-term Exemptions for First-time Adopters | |
| •   Amendments to MFRS 128: Measuring an Associate or Joint Venture at Fair Value | 1 January 2018 |
| Annual Improvements to MFRS Standards 2015 – 2017 Cycles | 1 January 2019 |

**069**  page

Barcode:3886453-01 A-570-106 INV - Investigation -

Annual Report 2018                                             Poh Huat Resources Holdings Berhad

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

3.   **BASIS OF PREPARATION (CONT'D)**

3.2   CONT'D

The adoption of the above accounting standards and/or interpretations (including the consequential amendments, if any) is expected to have no material impact on the financial statements of the Group upon their initial application except as follows:

*MFRS 9 Financial Instruments*

MFRS 9 (IFRS 9 issued by IASB in July 2014) replaces the guidance in MFRS 139 on the classification and measurement of financial assets and financial liabilities, impairment of financial assets and on hedge accounting.

The initial application of MFRS 9 is not expected to have any material impact to the financial statements of the Group for the current financial year and prior period as the Group will apply the standard retrospectively from 1 November 2018 with the practical expedients permitted under the standard, and that the comparatives (i.e. current period financial information) will not be restated.

Based on the assessment undertaken to date, the Group has determined the impact of its initial application of MFRS 9 as follows:

Impairment of Financial Assets

MFRS 9 replaces the 'incurred loss' model in MFRS 139 with an 'expected credit loss' ("ECL") model. In view of strong creditworthiness of the Group's receivables, the Group has concluded that the expected impacts of ECL on trade and other receivables (including related party balances) are insignificant upon the initial application of MFRS 9.

The analysis above are based on the assessments undertaken to date and maybe subject to changes arising from further detailed analyses or additional reasonable and supportable information being made available to the Group in the future.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Poh Huat Resources Holdings Berhad                                                    Annual Report 2018

## 4.   SIGNIFICANT ACCOUNTING POLICIES

### 4.1  Critical accounting estimates and judgements

*Key sources of estimation uncertainty*

Management believes that there are no key assumptions made concerning the future, and other key sources of estimation uncertainty at the reporting date, that have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the next financial year other than as disclosed below:

**(a)  Depreciation of property, plant and equipment**

The estimates for the residual values, useful lives and related depreciation charges for the property, plant and equipment are based on commercial factors which could change significantly as a result of technical innovations and competitors' actions in response to the market conditions. The Group anticipates that the residual values of its property, plant and equipment will be insignificant. As a result, residual values are not being taken into consideration for the computation of the depreciable amount. Changes in the expected level of usage and technological development could impact the economic useful lives and the residual values of these assets, therefore future depreciation charges could be revised.

**(b)  Impairment of property, plant and equipment and investment properties**

The Group determines whether its property, plant and equipment and investment properties are impaired by evaluating the extent to which the recoverable amount of the asset is less than its carrying amount. This evaluation is subject to changes such as market performance, economic and political situation of the country. A variety of methods is used to determine the recoverable amount, such as valuation reports and discounted cash flows. For discounted cash flows, significant judgement is required in the estimation of the present value of future cash flows generated by the assets, which involve uncertainties and are significantly affected by assumptions used and judgements made regarding estimates of future cash flows and discount rates.

**(c)  Write-down of inventories**

Reviews are made periodically by management on damaged, obsolete and slow-moving inventories. These reviews require judgement and estimates. Possible changes in these estimates could result in revisions to the valuation of inventories.

**(d)  Impairment of receivables**

An impairment loss is recognised when there is objective evidence that a financial asset is impaired. Management specifically reviews its receivables and analyses their ageing profiles, historical bad debts, customer concentrations, customer creditworthiness, current economic trends and changes in the customer payment terms when making a judgement to evaluate the adequacy of the allowance for impairment losses. Where there is objective evidence of impairment, the amount and timing of future cash flows are estimated based on historical loss experience for assets with similar credit risk characteristics. If the expectation is different from the estimation, such difference will impact the carrying value of receivables.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

## Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

**4.    SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

**4.1   Critical accounting estimates and judgements (cont'd)**

*Key sources of estimation uncertainty (cont'd)*

**(e)    Income tax**

There are certain transactions and computations for which the ultimate tax determination may be different from the initial estimate. The Group recognises tax liabilities based on its understanding of the prevailing tax laws and estimates of whether such taxes will be due in the ordinary course of business. Where the final outcome of these matters is different from the amounts that were initially recognised, such difference will impact the income tax expense and deferred tax balances in the period in which such determination is made.

*Critical judgements made in applying accounting policies*

Management believes that there are no instances of application of critical judgement in applying the Group's accounting policies which will have a significant effect on the amounts recognised in the financial statements other than as disclosed below:

**(a)    Classification between investment properties and owner-occupied properties**

Some properties comprise a portion that is held to earn rentals or for capital appreciation and another portion that is held for use in the production or supply of goods or services or for administrative purposes. If these portions could be sold separately (or leased out separately under a finance lease), the Group accounts for the portions separately. If the portions could not be sold separately, the property is an investment property only if an insignificant portion is held for use in the production or supply of goods or services or for administrative purposes.

**(b)    Classification of leasehold land**

The classification of leasehold land as a finance lease or an operating lease requires the use of judgement in determining the extent to which risks and rewards incidental to its ownership lie. Despite the fact that there will be no transfer of ownership by the end of the lease term and that the lease term does not constitute the major part of the indefinite economic life of the land, management considered that the present value of the minimum lease payments approximated to the fair value of the land at the inception of the lease. Accordingly, management judged that the Group has acquired substantially all the risks and rewards incidental to the ownership of the land through a finance lease.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

**4.   SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

**4.2   Basis of consolidation**

The consolidated financial statements include the financial statements of the Company and its subsidiaries made up to the end of the reporting period.

Subsidiaries are entities controlled by the Group. The Group controls an entity when the Group is exposed to, or has rights to, variable returns from its involvement with the entity and has the ability to affect those returns through its power over the entity. Potential voting rights are considered when assessing control only when such rights are substantive. The Group also considers its has de facto power over an investee when, despite not having the majority of voting rights, it has the current ability to direct the activities of the investee that significantly affect the investee's return.

Subsidiaries are consolidated from the date on which control is transferred to the Group up to the effective date on which control ceases, as appropriate.

Intragroup transactions, balances, income and expenses are eliminated on consolidation. Intragroup losses may indicate an impairment that requires recognition in the consolidated financial statements. Where necessary, adjustments are made to the financial statements of subsidiaries to ensure consistency of accounting policies with those of the Group.

**(a)   Business combinations**

Acquisitions of businesses are accounted for using the acquisition method. Under the acquisition method, the consideration transferred for acquisition of a subsidiary is the fair value of the assets transferred, liabilities incurred and the equity interests issued by the Group at the acquisition date. The consideration transferred includes the fair value of any asset or liability resulting from a contingent consideration arrangement. Acquisition-related costs, other than the costs to issue debt or equity securities, are recognised in profit or loss when incurred.

In a business combination achieved in stages, previously held equity interests in the acquiree are remeasured to fair value at the acquisition date and any corresponding gain or loss is recognised in profit or loss.

Non-controlling interests in the acquiree may be initially measured either at fair value or at the non-controlling interests' proportionate share of the fair value of the acquiree's identifiable net assets at the date of acquisition. The choice of measurement basis is made on a transaction-by-transaction basis.

**(b)   Non-controlling interests**

Non-controlling interests are presented within equity in the consolidated statements of financial position, separately from the equity attributable to owners of the Company. Profit or loss and each component of other comprehensive income are attributed to the owners of the Company and to the non-controlling interests. Total comprehensive income is attributed to non-controlling interests even if this results in the non-controlling interests having a deficit balance.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

## Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

**4.    SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

**4.2   Basis of consolidation (cont'd)**

**(c)   Changes in ownership interests in subsidiaries without change of control**

All changes in the parent's ownership interest in a subsidiary that do not result in a loss of control are accounted for as equity transactions. Any difference between the amount by which the non-controlling interest is adjusted and the fair value of consideration paid or received is recognised directly in equity of the Group.

**(d)   Loss of control**

Upon the loss of control of a subsidiary, the Group recognises any gain or loss on disposal in profit or loss which is calculated as the difference between:

(i)    the aggregate of the fair value of the consideration received and the fair value of any retained interest in the former subsidiary; and

(ii)   the previous carrying amount of the assets (including goodwill), and liabilities of the former subsidiary and any non-controlling interests.

Amounts previously recognised in other comprehensive income in relation to the former subsidiary are accounted for in the same manner as would be required if the relevant assets or liabilities were disposed of (i.e. reclassified to profit or loss or transferred directly to retained profits). The fair value of any investments retained in the former subsidiary at the date when control is lost is regarded as the fair value on initial recognition for subsequent accounting under MFRS 139 or, when applicable, the cost on initial recognition of an investment in an associate or a joint venture.

**4.3   Investment in subsidiaries**

Investments in subsidiaries are stated at cost in the statement of financial position of the Company, and are reviewed for impairment at the end of the reporting period if events or changes in circumstances indicate that the carrying values may not be recoverable. The cost of the investments includes transaction costs.

On the disposal of the investments in subsidiaries, the difference between the net disposal proceeds and the carrying amount of the investments is recognised in profit or loss.

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                      Annual Report 2018

4.   **SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

4.4  **Property, plant and equipment**

All items of property, plant and equipment are initially measured at cost. Cost includes expenditure that are directly attributable to the acquisition of the asset and other costs directly attributable to bringing the asset to working condition for its intended use.

Subsequent to initial recognition, all property, plant and equipment are stated at cost less accumulated depreciation and any impairment losses.

Subsequent costs are included in the asset's carrying amount or recognised as a separate asset, as appropriate, only when the cost is incurred and it is probable that the future economic benefits associated with the asset will flow to the Group and the cost of the asset can be measured reliably. The carrying amount of parts that are replaced is derecognised. The costs of the day-to-day servicing of property, plant and equipment are recognised in profit or loss as incurred.

Freehold land is not depreciated. Depreciation on other property, plant and equipment is charged to profit or loss (unless it is included in the carrying amount of another asset) on a straight-line method to write off the depreciable amount of the assets over their estimated useful lives. Depreciation of an asset does not cease when the asset becomes idle or is retired from active use unless the asset is fully depreciated. The principal annual rates used for this purpose are:

| | |
|---|---|
| Leasehold land | Over the lease period of 52 - 57 years |
| Warehouse and factory buildings | 2.00% |
| Plant and machinery | 10.00% - 20.00% |
| Vehicles, hostel, furniture, fittings and equipment | 10.00% - 33.33% |

Capital work-in-progress included in property, plant and equipment are not depreciated as these assets are not yet available for use.

The depreciation method, useful lives and residual values are reviewed, and adjusted if appropriate, at the end of each reporting period to ensure that the amounts, method and periods of depreciation are consistent with previous estimates and the expected pattern of consumption of the future economic benefits embodied in the items of property, plant and equipment. Any changes are accounted for as a change in estimate.

When significant parts of an item of property, plant and equipment have different useful lives, they are accounted for as separate items (major components) of property, plant and equipment.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected from its use. Any gain or loss arising from derecognition of the asset, being the difference between the net disposal proceeds and the carrying amount, is recognised in profit or loss.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

## Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

**4.   SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

**4.5   Land held for property development**

Land held for property development is stated at cost less impairment losses, if any. Such land is classified as non-current assets when no significant development work has been carried out or where development activities are not expected to be completed within the normal operating cycle.

Cost associated with the acquisition of land includes the purchase price of the land, professional fees, stamp duties, commission, conversion fees and other relevant levies.

Land held for property development is reclassified property development costs at the point when development activities have commenced and where it can be demonstrated that the development activities can be completed within the normal operating cycle.

**4.6   Investment properties**

Investment properties are properties which are owned or held under a leasehold interest to earn rental income or for capital appreciation or for both, but not for sale in the ordinary course of business, use in the production or supply of goods or services or for administrative purposes.

Investment properties are initially measured at cost. Cost includes expenditure that is directly attributable to the acquisition of the investment property.

Subsequent to initial recognition, investment properties are stated at cost less accumulated depreciation and impairment losses, if any.

Depreciation is charged to profit or loss on a straight-line method over the estimated useful lives of the investment properties. The estimated useful lives of the investment properties are 50 years.

Freehold land and investment properties under construction are not depreciated.

Investment properties are derecognised when they have either been disposed of or when the investment property is permanently withdrawn from use and no future benefit is expected from its disposal.

On the derecognition of an investment property, the difference between the net disposal proceeds and the carrying amount is recognised in profit or loss.

Transfers are made to or from investment property only when there is a change in use. All transfers do not change the carrying amount of the property reclassified.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Poh Huat Resources Holdings Berhad                                                      Annual Report 2018

4.  SIGNIFICANT ACCOUNTING POLICIES (CONT'D)

4.7  Leased assets

(a)  Finance assets

A lease is recognised as a finance lease if it transfers substantially to the Group all the risks and rewards incidental to ownership. Upon initial recognition, the leased asset is measured at an amount equal to the lower of its fair value and the present value of the minimum lease payments. Subsequent to initial recognition, the asset is accounted for in accordance with the accounting policy applicable to that asset. The corresponding liability is included in the statement of financial position as hire purchase payables.

Minimum lease payments made under finance leases are apportioned between the finance costs and the reduction of the outstanding liability. The finance costs, which represent the difference between the total leasing commitments and the fair value of the assets acquired, are recognised in the profit or loss and allocated over the lease term so as to produce a constant periodic rate of interest on the remaining balance of the liability for each accounting period.

Leasehold land which in substance is a finance lease is classified as property, plant and equipment.

(b)  Operating lease

All leases that do not transfer substantially to the Group all the risks and rewards incidental to ownership are classified as operating leases and, the leased assets are not recognised on the statements of financial position of the Group and of the Company.

Payments made under operating leases are recognised as an expense in the profit or loss on a straight-line method over the term of the lease. Lease incentives received are recognised as a reduction of rental expense over the lease term on a straight-line method. Contingent rentals are charged to profit or loss in the reporting period in which they are incurred.

The lump sum upfront lease payments made in respect of land lease which in substance is an operating lease is classified as prepaid lease payments. The prepaid lease payments are stated at cost less accumulated amortisation. The amortisation is charged to profit or loss in equal instalments over the lease period.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

4. **SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

4.8 **Impairment**

(a) **Impairment of financial assets**

All financial assets (other than those categorised at fair value through profit or loss), are assessed at the end of each reporting period whether there is any objective evidence of impairment as a result of one or more events having an impact on the estimated future cash flows of the asset.

An impairment loss in respect of held-to-maturity investments and loans and receivables financial assets is recognised in profit or loss and is measured as the difference between the asset's carrying amount and the present value of estimated future cash flows, discounted at the financial asset's original effective interest rate.

If, in a subsequent period, the amount of the impairment loss decreases and the decrease can be related objectively to an event occurring after the impairment was recognised, the previously recognised impairment loss is reversed through profit or loss to the extent that the carrying amount of the financial asset at the date the impairment is reversed does not exceed what the amortised cost would have been had the impairment not been recognised.

(b) **Impairment of non-financial assets**

The carrying values of assets, other than those to which MFRS 136 – Impairment of Assets does not apply, are reviewed at the end of each reporting period for impairment when there is an indication that the assets might be impaired. Impairment is measured by comparing the carrying values of the assets with their recoverable amounts. When the carrying amount of an asset exceeds its recoverable amount, the asset is written down to its recoverable amount and an impairment loss shall be recognised. The recoverable amount of an asset is the higher of the asset's fair value less costs to sell and its value-in-use, which is measured by reference to discounted future cash flows using a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset. Where it is not possible to estimate the recoverable amount of an individual asset, the Group determines the recoverable amount of the cash-generating unit to which the asset belongs.

An impairment loss is recognised in profit or loss.

When there is a change in the estimates used to determine the recoverable amount, a subsequent increase in the recoverable amount of an asset is treated as a reversal of the previous impairment loss and is recognised to the extent of the carrying amount of the asset that would have been determined (net of amortisation and depreciation) had no impairment loss been recognised. The reversal is recognised in profit or loss immediately.

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                    Annual Report 2018

**4.   SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

**4.9   Inventories**

Inventories are stated at the lower of cost and net realisable value. Cost is determined on the first-in-first-out or weighted average cost basis, where applicable, and comprises the purchase price, production costs and incidentals incurred in bringing the inventories to their present location and condition.

Net realisable value represents the estimated selling price less the estimated costs of completion and the estimated costs necessary to make the sale.

**4.10  Financial instruments**

Financial assets and financial liabilities are recognised in the statements of financial position when the Group has become a party to the contractual provisions of the instruments.

Financial instruments are classified as financial assets, financial liabilities or equity instruments in accordance with the substance of the contractual arrangement and their definitions in MFRS 132. Interest, dividends, gains and losses relating to a financial instrument classified as a liability are reported as an expense or income. Distributions to holders of financial instruments classified as equity are charged directly to equity.

Financial instruments are offset when the Group has a legally enforceable right to offset and intends to settle either on a net basis or to realise the asset and settle the liability simultaneously.

A financial instrument is recognised initially at its fair value. Transaction costs that are directly attributable to the acquisition or issue of the financial instrument (other than a financial instrument at fair value through profit or loss) are added to/deducted from the fair value on initial recognition, as appropriate. Transaction costs on the financial instrument at fair value through profit or loss are recognised immediately in profit or loss.

Financial instruments recognised in the statements of financial position are disclosed in the individual policy statement associated with each item.

**(a)   Financial assets**

On initial recognition, financial assets are classified as either financial assets at fair value through profit or loss, held-to-maturity investments, loans and receivables financial assets, or available-for-sale financial assets, as appropriate.

**(i)   Financial assets at fair value through profit or loss**

As at the end of the reporting period, there were no financial assets classified under this category.

**(ii)   Held-to-maturity investments**

As at the end of the reporting period, there were no financial assets classified under this category.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Annual Report 2018

Poh Huat Resources Holdings Berhad

## Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

**4.   SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

**4.10 Financial instruments (cont'd)**

**(a)   Financial assets (cont'd)**

**(iii)   Loans and receivables financial assets**

Trade receivables and other receivables that have fixed or determinable payments that are not quoted in an active market are classified as loans and receivables financial assets. Loans and receivables financial assets are measured at amortised cost using the effective interest method, less any impairment loss. Interest income is recognised by applying the effective interest rate, except for short-term receivables when the recognition of interest would be immaterial.

The effective interest method is a method of calculating the amortised cost of a financial asset and of allocating interest income over the relevant period. The effective interest rate is the rate that discounts estimated future cash receipts (including all fees and points paid or received that form an integral part of the effective interest rate, transaction costs and other premiums or discounts), through the expected life of the financial asset, or (where appropriate) a shorter period, to the net carrying amount on initial recognition.

Loans and receivables financial assets are classified as current assets, except for those having settlement dates later than 12 months after the reporting date which are classified as non-current assets.

**(iv)   Available-for-sale financial assets**

As at the end of the reporting period, there were no financial assets classified under this category.

**(b)   Financial liabilities**

**(i)   Financial liabilities at fair value through profit or loss**

As at the end of the reporting period, there were no financial liabilities classified under this category.

**(ii)   Other financial liabilities**

Other financial liabilities are initially measured at fair value plus directly attributable transaction costs and subsequently measured at amortised cost using the effective interest method.

The effective interest method is a method of calculating the amortised cost of a financial liability and of allocating interest expenses over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash payments through the expected life of the financial liability, or, where appropriate, a shorter period.

Financial liabilities are classified as current liabilities unless the Group has an unconditional right to defer settlement of the liability for at least 12 months after the reporting date.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

**4.   SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

**4.10 Financial instruments (cont'd)**

**(c)   Equity instruments**

Equity instruments classified as equity are measured initially at cost and are not remeasured subsequently.

**(i)   Ordinary shares**

Ordinary shares are classified as equity and recorded at the proceeds received, net of directly attributable transaction costs.

Dividends on ordinary shares are recognised as liabilities when approved for appropriation.

**(ii)   Treasury shares**

When the Company's own shares recognised as equity are bought back, the amount of the consideration paid, including all costs directly attributable, are recognised as a deduction from equity. Own shares purchased that are not subsequently cancelled are classified as treasury shares and are presented as a deduction from total equity. No gain or loss is recognised in profit or loss on the purchase, sale, issue or cancellation of treasury shares.

Where treasury shares are reissued by resale, the difference between the sales consideration received and the carrying amount of the treasury shares is recognised in equity.

Where treasury shares are cancelled, their costs are transferred to retained profits.

**(d)   Derecognition**

A financial asset or part of it is derecognised when, and only when, the contractual rights to the cash flows from the financial asset expire or the financial asset is transferred to another party without retaining control or substantially all risks and rewards of the asset. On derecognition of a financial asset, the difference between the carrying amount and the sum of the consideration received (including any new asset obtained less any new liability assumed) and any cumulative gain or loss that had been recognised in equity is recognised in profit or loss.

A financial liability or a part of it is derecognised when, and only when, the obligation specified in the contract is discharged or cancelled or expires. On derecognition of a financial liability, the difference between the carrying amount of the financial liability extinguished or transferred to another party and the consideration paid, including any non-cash assets transferred or liabilities assumed, is recognised in profit or loss.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

4.    **SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

   **4.10 Financial instruments (cont'd)**

   (e)    **Financial guarantee contracts**

   A financial guarantee contract is a contract that requires the issuer to make specified payments to reimburse the holder for a loss it incurs because a specific debtor fails to make payment when due in accordance with the original or modified terms of a debt instrument.

   Financial guarantee contracts are recognised initially as liabilities at fair value, net of transaction costs. Subsequent to initial recognition, financial guarantee contracts are recognised as income in profit or loss over the period of the guarantee or, when there is no specific contractual period, recognised in profit or loss upon discharge of the guarantee. If the debtor fails to make payment relating to a financial guarantee contract when it is due and the Company, as the issuer, is required to reimburse the holder for the associated loss, the liability is measured at the higher of the best estimate of the expenditure required to settle the present obligation at the end of the reporting period and the amount initially recognised less cumulative amortisation.

   **4.11 Fair value measurements**

   Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date, regardless of whether that price is directly observable or estimated using a valuation technique. The measurement assumes that the transaction takes place either in the principal market or in the absence of a principal market, in the most advantageous market. For non-financial asset, the fair value measurement takes into account a market participant's ability to generate economic benefits by using the asset in its highest and best use or by selling it to another market participant that would use the asset in its highest and best use.

   For financial reporting purposes, the fair value measurements are analysed into level 1 to level 3 as follows:

   Level 1    :    Inputs are quoted prices (unadjusted) in active markets for identical assets or liability that the entity can access at the measurement date;

   Level 2    :    Inputs are inputs, other than quoted prices included within level 1, that are observable for the asset or liability, either directly or indirectly; and

   Level 3    :    Inputs are unobservable inputs for the asset or liability.

   The transfer of fair value between levels is determined as of the date of the event or change in circumstances that caused the transfer.

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                                    Annual Report 2018

## 4.   SIGNIFICANT ACCOUNTING POLICIES (CONT'D)

### 4.12 Borrowing costs

Borrowing costs that are not directly attributable to the acquisition, construction or production of a qualifying asset are recognised in profit or loss using the effective interest method.

### 4.13 Non-current assets held for sale

Non-current assets (or disposal group comprising assets and liabilities) that are expected to be recovered primarily through sale rather than through continuing use are classified as held for sale. Immediately before classification as held for sale, the non-current assets (or the disposal group) are remeasured in accordance with the Group's accounting policies. Upon classification as held for sale, the non-current assets (the disposal group) are not depreciated and are measured at the lower of their previous carrying amount and fair value less cost to sell. Any differences are recognised in profit or loss.

### 4.14 Income taxes

(a)   **Current tax**

Current tax assets and liabilities are expected amount of income tax recoverable or payable to the taxation authorities.

Current taxes are measured using tax rates and tax laws that have been enacted or substantively enacted at the end of the reporting period and are recognised in profit or loss except to the extent that the tax relates to items recognised outside profit or loss (either in other comprehensive income or directly in equity).

(b)   **Deferred tax**

Deferred tax are recognised using the liability method for all temporary differences other than those that arise from goodwill or from the initial recognition of an asset or liability in a transaction which is not a business combination and at the time of the transaction, affects neither accounting profit nor taxable profit.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply in the period when the asset is realised or the liability is settled, based on the tax rates that have been enacted or substantively enacted at the end of the reporting period.

Deferred tax assets are recognised for all deductible temporary differences, unused tax losses and unused tax credits to the extent that it is probable that future taxable profits will be available against which the deductible temporary differences, unused tax losses and unused tax credits can be utilised. The carrying amounts of deferred tax assets are reviewed at the end of each reporting period and reduced to the extent that it is no longer probable that the related tax benefits will be realised.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Annual Report 2018                                                    Poh Huat Resources Holdings Berhad

## Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

**4.   SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

**4.14 Income taxes (cont'd)**

Current and deferred tax items are recognised in correlation to the underlying transactions either in profit or loss, other comprehensive income or directly in equity. Deferred tax arising from a business combination is adjusted against goodwill or negative goodwill.

Current tax assets and liabilities or deferred tax assets and liabilities are offset when there is a legally enforceable right to set off current tax assets against current tax liabilities and when the deferred taxes relate to the same taxable entity (or on different tax entities but they intend to settle current tax assets and liabilities on a net basis) and the same taxation authority.

**(c)   Goods and services tax ("GST")**

Revenues, expenses and assets are recognised net of GST except for the GST in a purchase of assets or services which are not recoverable from the taxation authorities, the GST are included as part of the costs of the assets acquired or as part of the expense item whichever is applicable.

In addition, receivables and payables are also stated with the amount of GST included (where applicable).

The net amount of the GST recoverable from or payable to the taxation authorities at the end of the reporting period is included in other receivables or other payables.

**4.15 Earnings per ordinary share**

Basic earnings per ordinary share is calculated by dividing the consolidated profit or loss attributable to ordinary shareholders of the Company by the weighted average number of ordinary shares outstanding during the reporting period, adjusted for own shares held.

Diluted earnings per ordinary share is determined by adjusting the consolidated profit or loss attributable to ordinary shareholders of the Company and the weighted average number of ordinary shares outstanding, adjusted for own shares held, for the effects of all dilutive potential ordinary shares.

**4.16 Cash and cash equivalents**

Cash and cash equivalents comprise cash in hand, bank balances, demand deposits, and short-term, highly liquid investments that are readily convertible to known amounts of cash and which are subject to an insignificant risk of changes in value with original maturity periods of three months or less. For the purpose of the statement of cash flows, cash and cash equivalents are presented net of bank overdrafts.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

4. **SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

**4.17 Revenue and other income**

Revenue is measured at the fair value of the consideration received or receivable, net of returns, goods and services tax, cash and trade discounts.

(a) **Sale of goods**

Revenue from sale of goods is recognised when significant risks and rewards of ownership of the goods have been transferred to the buyer and where the Group does not have continuing managerial involvement and effective control over the goods sold.

(b) **Dividend income**

Dividend income from investment is recognised when the right to receive dividend payment is established.

(c) **Interest income**

Interest income is recognised on an accrual basis using the effective interest method.

(d) **Rental income**

Rental income is recognised on accrual basis unless collectability is in doubt, in which case the recognition of such income is suspended. Subsequent to suspension, income is recognised on the receipt basis until all arrears have been paid.

**4.18 Employee benefits**

(a) **Short-term benefits**

Wages, salaries, paid annual leave and bonuses are measured on an undiscounted basis and are recognised in profit or loss in the period in which the associated services are rendered by employees of the Group.

(b) **Defined contribution plans**

The Group's contributions to defined contribution plans are recognised in profit or loss in the period to which they relate. Once the contributions have been paid, the Group has no further liability in respect of the defined contribution plans.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

**4.    SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

**4.19 Functional and foreign currencies**

**(a)   Functional and presentation currency**

The individual financial statements of each entity in the Group are presented in the currency of the primary economic environment in which the entity operates, which is the functional currency.

The consolidated financial statements are presented in Ringgit Malaysia ("RM"), which is the Company's functional and presentation currency.

**(b)   Foreign currency transactions and balances**

Transactions in foreign currencies are converted into the respective functional currencies on initial recognition, using the exchange rates at the transaction dates. Monetary assets and liabilities at the end of the reporting period are translated at the exchange rates ruling as of that date. Non-monetary assets and liabilities are translated using exchange rates that existed when the values were determined. All exchange differences are recognised in profit or loss.

**(c)   Foreign operations**

Assets and liabilities of foreign operations are translated to the Group's presentation currency at the exchange rates at the end of the reporting period. Income, expenses and other comprehensive income of foreign operations are translated at exchange rates at the dates of the transactions. All exchange differences arising from translation are taken directly to other comprehensive income and accumulated in equity; attributed to the owners of the Company and non-controlling interests, as appropriate.

Goodwill and fair value adjustments arising from the acquisition of foreign operations are treated as assets and liabilities of the foreign operations and are recorded in the functional currency of the foreign operations and translated at the closing rate at the end of the reporting period except for those business combinations that occurred before the date of transition, 1 November 2011 which are treated as assets and liabilities of the Company and are not retranslated.

4.    SIGNIFICANT ACCOUNTING POLICIES (CONT'D)

4.19 Functional and foreign currencies (cont'd)

(c)    Foreign operations (cont'd)

On the disposal of a foreign operation (i.e. a disposal of the Group's entire interest in a foreign subsidiary, or a partial disposal involving loss of control over a subsidiary that includes a foreign operation of which the retained interest becomes a financial asset), all of the exchange differences accumulated in equity in respect of that foreign operation attributable to the owners of the Company are reclassified to profit or loss as part of the gain or loss on disposal. The portion that related to non-controlling interests is derecognised but is not reclassified to profit or loss.

In addition, in relation to a partial disposal of a subsidiary that does not result in the Group losing control over the subsidiary, the proportionate share of accumulated exchange differences are reattributed to non-controlling interests and are not recognised in profit or loss.

In the consolidated financial statements, when settlement of an intragroup loan is neither planned nor likely to occur in the foreseeable future, the exchange differences arising from translating such monetary item are considered to form part of a net investment in the foreign operation and are recognised in other comprehensive income.

4.20 Operating segments

An operating segment is a component of the Group that engages in business activities from which it may earn revenues and incur expenses, including revenues and expenses that relate to transactions with any of the Group's other components. An operating segment's operating results are reviewed regularly by the chief operating decision maker to make decisions about resources to be allocated to the segment and assess its performance, and for which discrete financial information is available.

Annual Report 2018                                                                 Poh Huat Resources Holdings Berhad

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

**5.  PROPERTY, PLANT AND EQUIPMENT**

**The Group**

| | Freehold land RM | Leasehold land RM | Warehouse and factory buildings RM | Plant and machinery RM | Vehicles, hostel, furniture, fittings and equipment RM | Capital work-in-progress RM | Total RM |
|---|---|---|---|---|---|---|---|
| **At cost** | | | | | | | |
| At 1 November 2017 | 7,271,419 | 13,996,198 | 108,416,449 | 78,787,678 | 12,460,002 | 2,825,750 | 223,757,496 |
| Additions | 8,805,910 | – | 14,698,447 | 8,849,238 | 1,369,812 | 7,147,211 | 40,870,618 |
| Disposals | – | – | – | (2,650,805) | (95,150) | – | (2,745,955) |
| Write off | – | – | (2,966,051) | – | – | – | (2,966,051) |
| Reclassifications | – | – | 680,331 | – | – | (680,331) | – |
| Classified as non-current asset held for sale (Note 14) | (320,834) | – | (929,424) | – | – | – | (1,250,258) |
| Foreign exchange differences | (383,768) | – | (3,087,710) | (1,648,256) | (238,743) | (121,814) | (5,480,291) |
| At 31 October 2018 | 15,372,727 | 13,996,198 | 116,812,042 | 83,337,855 | 13,495,921 | 9,170,816 | 252,185,559 |
| **Less : Accumulated depreciation** | | | | | | | |
| At 1 November 2017 | – | 4,250,621 | 24,415,669 | 50,121,276 | 7,806,819 | – | 86,594,385 |
| Charge for the financial year | – | 248,964 | 2,055,489 | 4,680,280 | 1,648,725 | – | 8,633,458 |
| Disposals | – | – | – | (2,521,905) | (76,155) | – | (2,598,060) |
| Write off | – | – | (1,112,868) | – | – | – | (1,112,868) |
| Classified as non-current asset held for sale (Note 14) | – | – | (164,297) | – | – | – | (164,297) |
| Foreign exchange differences | – | – | (374,352) | (1,023,317) | (131,346) | – | (1,529,015) |
| At 31 October 2018 | – | 4,499,585 | 24,819,641 | 51,256,334 | 9,248,043 | – | 89,823,603 |
| **Carrying amount** | | | | | | | |
| At 31 October 2018 | 15,372,727 | 9,496,613 | 91,992,401 | 32,081,521 | 4,247,878 | 9,170,816 | 162,361,956 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                      Annual Report 2018

5.   **PROPERTY, PLANT AND EQUIPMENT (CONT'D)**

**The Group**

| | Freehold land RM | Leasehold land RM | Warehouse and factory buildings RM | Plant and machinery RM | Vehicles, hostel, furniture, fittings and equipment RM | Capital work-in-progress RM | Total RM |
|---|---|---|---|---|---|---|---|
| **At cost** | | | | | | | |
| At 1 November 2016 | 4,277,660 | 13,996,198 | 98,963,872 | 75,089,708 | 12,013,571 | 2,082,611 | 206,423,620 |
| Additions | 3,596,766 | – | 11,374,971 | 5,267,898 | 1,294,580 | 984,995 | 22,519,210 |
| Disposals | (539,110) | – | (1,348,329) | (855,298) | (745,580) | – | (3,488,317) |
| Write off | – | – | (11,492) | (167,325) | (30,030) | – | (208,847) |
| Reclassifications | – | – | 197,894 | – | – | (197,894) | – |
| Foreign exchange differences | (63,897) | – | (760,467) | (547,305) | (72,539) | (43,962) | (1,488,170) |
| At 31 October 2017 | 7,271,419 | 13,996,198 | 108,416,449 | 78,787,678 | 12,460,002 | 2,825,750 | 223,757,496 |
| **Less : Accumulated depreciation** | | | | | | | |
| At 1 November 2016 | – | 4,001,659 | 22,568,697 | 46,733,962 | 6,899,960 | – | 80,204,278 |
| Charge for the financial year | – | 248,962 | 2,192,752 | 4,532,978 | 1,724,148 | – | 8,698,840 |
| Disposals | – | – | (222,216) | (717,093) | (739,326) | – | (1,678,635) |
| Write off | – | – | (96) | (87,175) | (30,030) | – | (117,301) |
| Foreign exchange differences | – | – | (123,468) | (341,396) | (47,933) | – | (512,797) |
| At 31 October 2017 | – | 4,250,621 | 24,415,669 | 50,121,276 | 7,806,819 | – | 86,594,385 |
| **Carrying amount** At 31 October 2017 | 7,271,419 | 9,745,577 | 84,000,780 | 28,666,402 | 4,653,183 | 2,825,750 | 137,163,111 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Annual Report 2018                                                      Poh Huat Resources Holdings Berhad

## Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

5.   **PROPERTY, PLANT AND EQUIPMENT (CONT'D)**

(a)   The following property, plant and equipment have been pledged to licensed banks as security for banking facilities granted to the Group (Note 20(a)):

|  | The Group | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| **Carrying amount** | | |
| Leasehold land | – | 2,316,046 |
| Factory buildings | 691,683 | 11,787,002 |
| Plant and machinery | 479,208 | 4,932,314 |
| Vehicles and equipment | 21,453 | 60,525 |
|  | 1,192,344 | 19,095,887 |

(b)   The motor vehicles of the Group with carrying amount of RM 639,096 (2017 : RM 1,247,034) were acquired under hire purchase terms (Note 18(a)). These leased assets have been pledged as security for the related finance lease liabilities of the Group.

(c)   The cash disbursed for the purchase of property, plant and equipment is as follows:

|  | The Group | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| Cost of property, plant and equipment purchased | 40,870,618 | 22,519,210 |
| Amount financed through hire purchase | – | (200,000) |
| Unpaid balances included under sundry payables (Note 19(c)) | (31,070) | (393,574) |
| Cash disbursed in respect of purchase in previous financial year | 371,084 | 965,823 |
| Cash disbursed for purchase of property, plant and equipment | 41,210,632 | 22,891,459 |

(d)   There have been no property, plant and equipment in the Company throughout the current and previous financial years.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                    Annual Report 2018

## 6.  PREPAID LEASE PAYMENTS

|  | The Group | |
| --- | ---: | ---: |
|  | 2018 | 2017 |
|  | RM | RM |
| At 1 November | 2,923,528 | 3,063,608 |
| Less : Amortisation charges | (98,826) | (110,553) |
| Foreign exchange differences | (112,284) | (29,527) |
| At 31 October | 2,712,418 | 2,923,528 |
|  |  |  |
| Represented by: |  |  |
| Land lease | 2,712,418 | 2,923,528 |

As at 31 October 2017, land lease of the Group with carrying amount of RM 2,425,725 has been pledged to a licensed bank as security for banking facilities granted to the Group.

## 7.  LAND HELD FOR PROPERTY DEVELOPMENT

This represents freehold land and share in freehold land of the Group held for future property development stated at cost.

## 8.  INVESTMENT PROPERTIES

|  | The Group | |
| --- | ---: | ---: |
|  | 2018 | 2017 |
|  | RM | RM |
| At cost |  |  |
| At 1 November | 11,914,392 | 8,600,725 |
| Additions | 710,804 | 3,313,667 |
| At 31 October | 12,625,196 | 11,914,392 |
| Less : Accumulated depreciation |  |  |
| At 1 November | 262,690 | 168,915 |
| Charge for the financial year | 168,131 | 93,775 |
| At 31 October | 430,821 | 262,690 |
| Carrying amount | 12,194,375 | 11,651,702 |
|  |  |  |
| Represented by: |  |  |
| Freehold land | 3,420,900 | 3,420,900 |
| Warehouse and factory building | 8,773,475 | 4,426,028 |
| Capital work-in-progress | – | 3,804,774 |
|  | 12,194,375 | 11,651,702 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Annual Report 2018                                                    Poh Huat Resources Holdings Berhad

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

**8.   INVESTMENT PROPERTIES (CONT'D)**

As at 31 October 2018, the fair value of the investment properties amounting to approximately RM 17.8 million based on directors' best estimate.

**9.   INVESTMENT IN SUBSIDIARIES**

| | The Company | |
| --- | ---: | ---: |
| | **2018**<br>**RM** | **2017**<br>**RM** |
| Unquoted shares, at cost | 165,919,142 | 133,280,537 |
| Accumulated impairment losses | (6,319,071) | (6,319,071) |
| | 159,600,071 | 126,961,466 |

(a)   The details of the subsidiaries are as follows:

| Name of subsidiary | Principal place of business/Country of incorporation | Percentage of issued share capital held by parent | | Principal activities |
| --- | --- | --- | --- | --- |
| | | **2018** | **2017** | |
| **Subsidiaries of the Company** | | | | |
| Poh Huat Furniture Industries (M) Sdn. Bhd. | Malaysia | 100.00% | 100.00% | Manufacturing and sale of furniture and investment holding. |
| PHW Properties Sdn. Bhd. | Malaysia | 100.00% | 100.00% | Property developer. |
| Poh Huat International Sdn. Bhd. | Malaysia | 100.00% | 100.00% | Trading of furniture and investment holding. However, the Company has ceased its business operations of trading of furniture since January 2015. |
| # Poh Huat Furniture Industries Vietnam Joint Stock Company | Vietnam | 72.98% (Direct) ^ 27.01% (Indirect) | 72.98% (Direct) ^ 27.01% (Indirect) | Manufacturing and processing wooden household furniture. |

Poh Huat Resources Holdings Berhad                                          Annual Report 2018

## 9.   INVESTMENT IN SUBSIDIARIES (CONT'D)

(a)   The details of the subsidiaries are as follows (cont'd):

| Name of subsidiary | Principal place of business/Country of incorporation | Percentage of issued share capital held by parent | | Principal activities |
|---|---|---|---|---|
| | | 2018 | 2017 | |
| *  Poh Huat International (BVI) Limited | British Virgin Islands | 100.00% | 100.00% | Investment holding. |
| #  Poh Huat (Australia) Pty Ltd | Australia | 100.00% | 100.00% | Retailing and wholesaling of household and office furniture. |
| **Subsidiary of Poh Huat Furniture Industries (M) Sdn. Bhd.** | | | | |
| #,~ Contempro Furniture (Qingdao) Co. Ltd. | People's Republic of China | 100.00% | 100.00% | Dormant. |
| **Subsidiary of Poh Huat International Sdn. Bhd.** | | | | |
| # Poh Huat International Furniture S.A. (Proprietary) Limited (PHI(SA)) | South Africa | 51.00% | 51.00% | Trading of furniture. However, the Company has ceased its business operations and in the process of deregistration in year 2018. |

*     Not required to be audited under the laws of the country of incorporation.

#     These subsidiaries were audited by other firms of chartered accountants.

∧      The indirect equity interest of 27.01% is held through a subsidiary of the Company, namely Poh Huat International (BVI) Limited.

~     The auditors' report on the financial statements of the subsidiary includes a "Material Uncertainty Related to Going Concern" regarding the ability of the subsidiary to continue as a going concern in view of its capital deficiency position as at the end of the current reporting period. The financial statements were prepared on a going concern basis as the Company has undertaken to provide continued financial support to the subsidiary.

(b)   During the financial year, the Company subscribed 10,500,000 new ordinary shares in its wholly-owned subsidiary, Poh Huat (Australia) Pty Ltd, for a total cash consideration of AUD 10,500,000 (equivalent to RM 32,638,605).

Annual Report 2018                                                    Poh Huat Resources Holdings Berhad

## Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

9.   **INVESTMENT IN SUBSIDIARIES (CONT'D)**

(c)   The non-controlling interests at the end of the reporting period comprise the following:

|  | Effective equity interest | | The Group | |
| --- | --- | --- | --- | --- |
|  | 2018<br>% | 2017<br>% | 2018<br>RM | 2017<br>RM |
| PHI(SA) | 49.00 | 49.00 | 27,651 | (93,785) |
| Other individually immaterial subsidiary |  |  | 8,932 | 7,444 |
|  |  |  | 36,583 | (86,341) |

(d)   The summarised financial information (before intra-group elimination) for PHI(SA) that has non-controlling interests that are material to the Group is as follows:

|  | PHI(SA) | |
| --- | --- | --- |
|  | 2018<br>RM | 2017<br>RM |
| **At 31 October** |  |  |
| Current assets | 56,429 | 1,374,841 |
| Current liabilities | – | (1,566,241) |
| Net assets/(liabilities) | 56,429 | (191,400) |
| **Financial year ended 31 October** |  |  |
| Revenue | 11,798 | 1,213,390 |
| Profit for the financial year | 258,647 | 6,800 |
| Total comprehensive income | 258,647 | 6,800 |
|  |  |  |
| Total comprehensive income attributable to non-controlling interests | 126,737 | 3,332 |
|  |  |  |
| Net cash flows for operating activities | (1,226,587) | (2,071,357) |
| Net cash flows from investing activities | – | 1,316,975 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                                    Annual Report 2018

## 10.  TRADE AND OTHER RECEIVABLES

| | The Group | | The Company | |
|---|---|---|---|---|
| | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| **Non-current** | | | | |
| **Long-term receivables** | | | | |
| Amount owing by subsidiaries | – | – | 7,263,926 | 20,649,856 |
| Allowance for impairment losses | – | – | (2,977,912) | (883,987) |
| | – | – | 4,286,014 | 19,765,869 |
| **Current** | | | | |
| **Trade receivables** | | | | |
| Advances to suppliers | 4,202,494 | 1,034,162 | – | – |
| Other trade receivables | 45,732,182 | 49,355,724 | – | – |
| Allowance for impairment losses | – | (1,574) | – | – |
| | 49,934,676 | 50,388,312 | – | – |
| **Other receivables** | | | | |
| Amount owing by a subsidiary | – | – | – | 55,000 |
| Deposits | 542,043 | 740,255 | 1,000 | 1,000 |
| Prepayments | 411,320 | 620,656 | – | 1,800 |
| Goods and services tax recoverable | 3,201,772 | 3,429,847 | – | – |
| Sundry receivables | 10,825,101 | 17,438,395 | 126,626 | 5,840,320 |
| Allowance for impairment losses | – | (5,751,035) | – | (5,692,320) |
| | 10,825,101 | 11,687,360 | 126,626 | 148,000 |
| | 14,980,236 | 16,478,118 | 127,626 | 205,800 |
| | 64,914,912 | 66,866,430 | 127,626 | 205,800 |
| **Allowance for impairment losses** | | | | |
| At 1 November | 5,752,609 | 6,813,889 | 6,576,307 | 7,637,587 |
| Addition during the financial year | – | – | 2,093,925 | – |
| Reversal during the financial year | (4,503,370) | (1,061,280) | (4,503,370) | (1,061,280) |
| Written off during the financial year | (1,249,239) | – | (1,188,950) | – |
| At 31 October | – | 5,752,609 | 2,977,912 | 6,576,307 |

(a)   The Group's normal trade terms range from cash term to 120 days (2017 : cash term to 120 days).

(b)   The amounts owing by subsidiaries are unsecured, interest free, repayable on demand and to be settled in cash.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Annual Report 2018                                                          Poh Huat Resources Holdings Berhad

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

11.  DEFERRED TAX ASSETS/(LIABILITIES)

|  | The Group | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| At 1 November | (5,924,200) | (5,962,000) |
| Recognised in profit or loss (Note 25) | (303,046) | 38,877 |
| Foreign exchange differences | (2,132) | (1,077) |
| At 31 October | (6,229,378) | (5,924,200) |
| Presented after appropriate offsetting as follows: | | |
| Deferred tax assets | 4,622 | 37,800 |
| Deferred tax liabilities | (6,234,000) | (5,962,000) |
|  | (6,229,378) | (5,924,200) |

(a)  The components and movements of deferred tax liabilities and assets during the financial year prior to offsetting are as follows:

(i)  Deferred tax liabilities:

|  | Property, plant and equipment RM | Investment properties RM | Others RM | Total RM |
|---|---|---|---|---|
| **The Group** | | | | |
| At 1 November 2016 | (5,817,000) | (117,000) | (28,000) | (5,962,000) |
| Recognised in profit or loss | – | – | – | – |
| At 31 October 2017/1 November 2017 | (5,817,000) | (117,000) | (28,000) | (5,962,000) |
| Recognised in profit or loss | (128,000) | (132,000) | (12,000) | (272,000) |
| At 31 October 2018 | (5,945,000) | (249,000) | (40,000) | (6,234,000) |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad

Annual Report 2018

## 11. DEFERRED TAX ASSETS/(LIABILITIES) (CONT'D)

(a)  CONT'D

(ii)  Deferred tax assets:

| | Others RM | Total RM |
|---|---|---|
| **The Group** | | |
| At 1 November 2016 | – | – |
| Recognised in profit or loss | 38,877 | 38,877 |
| Foreign exchange differences | (1,077) | (1,077) |
| At 31 October 2017/1 November 2017 | 37,800 | 37,800 |
| Recognised in profit or loss | (31,046) | (31,046) |
| Foreign exchange differences | (2,132) | (2,132) |
| At 31 October 2018 | 4,622 | 4,622 |

(b)  At the end of the reporting period, the Group has the following items that are available for offset against future taxable profits of the subsidiaries in which the losses arose:

| | The Group | |
|---|---|---|
| | 2018 RM | 2017 RM |
| Malaysian subsidiary: | | |
| Unused tax losses | 12,030,000 | 12,030,000 |
| Unabsorbed capital allowances | 4,535,000 | 4,535,000 |
| Unutilised reinvestment allowances | 7,800,000 | 7,800,000 |
| Unutilised increased export allowances | 12,053,000 | 12,053,000 |
| | 36,418,000 | 36,418,000 |
| Foreign subsidiary: | | |
| Unused tax losses | 3,158,000 | 3,492,000 |
| | 39,576,000 | 39,910,000 |

No deferred tax assets are recognised in respect of the above items as it is not probable that taxable profits of the subsidiaries will be available against which the deductible temporary differences can be utilised. The unused tax losses and unutilised reinvestment allowances of a Malaysian subsidiary will expire at the end of year of assessment 2025 but the unabsorbed capital allowances and unutilised increased export allowances can be carried forward indefinitely to be utilised against income from the same business source, subject to no substantial change in shareholdings of the subsidiary. The unused tax losses of a foreign subsidiary do not expire under current tax legislation.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018

Poh Huat Resources Holdings Berhad

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

### 12. INVENTORIES

| | The Group | |
|---|---|---|
| | 2018 RM | 2017 RM |
| Raw materials | 33,014,758 | 30,389,544 |
| Packing materials | 166,441 | 137,604 |
| Work-in-progress | 22,669,728 | 24,300,415 |
| Goods-in-transit | 755,564 | 4,040,791 |
| Finished goods | 19,761,518 | 13,550,595 |
| | 76,368,009 | 72,418,949 |
| **Recognised in profit or loss** | | |
| Inventories recognised as cost of sales | 519,817,579 | 492,327,561 |

(a) Included in the above inventories recognised as cost of sales are the amount of RM 294,678 and RM 1,077,122 (2017 : RM 223,675 and RM Nil) being the amount of inventories written down to net realisable value and fire loss of inventories respectively.

(b) As at 31 October 2018, the inventories of a foreign subsidiary amounting to approximately USD 7.1 million have been pledged to the licensed banks as security for its banking facilities (Note 20(a)).

### 13. DEPOSITS, BANK AND CASH BALANCES

| | The Group | | The Company | |
|---|---|---|---|---|
| | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Cash and bank balances | 81,136,223 | 88,464,884 | 9,081,866 | 2,022,191 |
| Fixed deposits with licensed banks | 8,751,408 | 4,392,157 | – | – |
| | 89,887,631 | 92,857,041 | 9,081,866 | 2,022,191 |

(a) The fixed deposits with licensed banks of the Group at the end of the reporting period bear effective interest rate at 1.4% - 6.9% (2017 : 5.6%) per annum. The fixed deposits have maturity periods ranging from 3 to 12 months (2017 : 12 months).

(b) Included in the fixed deposits with licensed banks of the Group at the end of the reporting period is an amount of RM 4,501,607 (2017 : RM 4,392,157) which has been pledged to a licensed bank as security for banking facilities granted to the Group (Note 20(a)).

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Poh Huat Resources Holdings Berhad                                          Annual Report 2018

## 14.  NON-CURRENT ASSET HELD FOR SALE

|  | The Group | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| At 1 November | – | – |
| Transfer from property, plant and equipment (Note 5) | 1,085,961 | – |
| At 31 October | 1,085,961 | – |

The directors have committed to a plan to sell 2 units of warehouses in South Africa and the disposal is expected to be completed within one year. As a result, the warehouse with carrying amount of RM 1,085,961 is classified as non-current asset held for sale as at 31 October 2018.

## 15.  SHARE CAPITAL

|  | The Group and The Company | | | |
|---|---|---|---|---|
|  | 2018 | 2017 | 2018 | 2017 |
|  | Number of shares | | RM | RM |
| **Issued and fully paid-up** | | | | |
| Ordinary shares with no par value | | | | |
| At 1 November | 228,225,510 | 226,805,810 | 114,838,405 | 113,402,905 |
| Transfer from share premium account | – | – | – | 15,800 |
| Exercise of warrants | 5,007,100 | 1,419,700 | 5,007,100 | 1,419,700 |
| At 31 October | 233,232,610 | 228,225,510 | 119,845,505 | 114,838,405 |

The holders of ordinary shares (except treasury shares) are entitled to receive dividends as and when declared by the Company, and are entitled to one vote per ordinary share at meetings of the Company.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Annual Report 2018                                                    Poh Huat Resources Holdings Berhad

## Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

**15.  SHARE CAPITAL (CONT'D)**

**Warrants 2015/2020**

A total of 53,361,427 free warrants were issued by the Company on 22 October 2015 on the basis of one (1) free warrant for every four (4) existing ordinary shares held. Each warrant entitles the holder the right to subscribe for one (1) new ordinary share of RM 0.50 each in the Company at an exercise price of RM 1.00 per new ordinary share. At the end of the reporting period, the number of outstanding warrants was 46,903,027. The warrants will expire on 21 October 2020.

The salient terms of the Warrants 2015/2020 are as follows:

(a)   The Warrants are constituted by a Deed Poll executed on 15 October 2015.

(b)   The Warrants are traded separately.

(c)   The Warrants can be exercised at any time within a period of five (5) years commencing from and including the date of issue, 22 October 2015 to 21 October 2020 ("Exercise Period"). Any Warrants not exercised during the Exercise Period will thereafter lapse and cease to be valid.

(d)   Each Warrant entitles the holder of the Warrants to subscribe for one (1) new ordinary share ("Shares") in the Company.

(e)   The exercise price and the number of unexercised Warrants shall be adjusted in the event of alteration to the share capital of the Company, capital distribution or issue of shares in accordance with the provisions of the Deed Poll.

(f)   The holders of the Warrants are not entitled to vote in any general meetings and/or entitled in any dividends, rights, allotment and/or other forms of distribution other than on winding-up, compromise or arrangement of the Company unless and until the holders of the Warrants becomes a shareholder of the Company by exercising his/her Warrants into new ordinary shares or unless otherwise resolved by the Company in general meeting.

**16.  TREASURY SHARES**

Of the total 233,232,610 (2017 : 228,225,510) issued and fully paid-up ordinary shares at the end of the reporting period, 13,327,600 (2017 : 13,327,600) ordinary shares are held as treasury shares by the Company. None of the treasury shares were resold or cancelled during the financial year.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                    Annual Report 2018

## 17. RESERVES

|  | The Group | | The Company | |
| --- | ---: | ---: | ---: | ---: |
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| **Non-distributable** | | | | |
| Foreign exchange translation reserve | (10,217,694) | (5,564,526) | – | – |
| **Distributable** | | | | |
| Retained profits | 210,199,736 | 178,474,845 | 51,594,655 | 40,756,491 |
|  | 199,982,042 | 172,910,319 | 51,594,655 | 40,756,491 |

**Foreign exchange translation reserve**

The foreign exchange translation reserve arose from the translation of the financial statements of foreign subsidiaries whose functional currencies are different from the Group's presentation currency.

## 18. HIRE PURCHASE PAYABLES

|  | The Group | |
| --- | ---: | ---: |
|  | 2018 RM | 2017 RM |
| **Minimum hire purchase payments** | | |
| Not later than one year | 146,770 | 370,776 |
| Later than one year and not later than five years | 17,736 | 164,506 |
|  | 164,506 | 535,282 |
| Less : Future finance charges | (3,650) | (20,393) |
| Present value of hire purchase payables | 160,856 | 514,889 |
| **Analysed by:** | | |
| Current liabilities | 143,092 | 354,033 |
| Non-current liabilities | 17,764 | 160,856 |
|  | 160,856 | 514,889 |

(a)   The hire purchase payables of the Group are secured against certain motor vehicles under finance leases (Note 5(b)). The hire purchase arrangements are expiring within 1 to 2 (2017 : 1 to 3) years.

(b)   The hire purchase payables of the Group of RM 160,856 (2017 : RM 514,889) are guaranteed by the Company.

(c)   The hire purchase payables of the Group at the end of the reporting period bear effective interest rates at 4.7% - 5.1% (2017 : 4.6% - 5.1%) per annum. The interest rates are fixed at the inception of the hire purchase arrangements.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018                                        Poh Huat Resources Holdings Berhad

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

**19.  TRADE AND OTHER PAYABLES**

|  | The Group | | The Company | |
|---|---|---|---|---|
|  | **2018**<br>**RM** | **2017**<br>**RM** | **2018**<br>**RM** | **2017**<br>**RM** |
| **Trade payables** | | | | |
| Advance from customers | 1,491,137 | 2,276,959 | – | – |
| Other trade payables | 60,783,597 | 58,951,254 | – | – |
|  | 62,274,734 | 61,228,213 | – | – |
| **Other payables** | | | | |
| Amount owing to a director of a subsidiary | – | 208,440 | – | – |
| Amount owing to shareholders of a subsidiary | – | 44,895 | – | – |
| Accruals | 13,432,707 | 15,211,372 | 82,000 | 73,750 |
| Deposit payables | 133,232 | 124,232 | – | – |
| Goods and services tax payable | – | 1,240 | – | – |
| Sales and services tax payable | 115,305 | – | – | – |
| Sundry payables | 4,957,371 | 5,433,082 | 11,798 | 318,673 |
|  | 18,638,615 | 21,023,261 | 93,798 | 392,423 |
|  | 80,913,349 | 82,251,474 | 93,798 | 392,423 |

(a)   The normal credit terms granted to the Group range from 15 to 120 days (2017 : 15 to 120 days).

(b)   The amounts owing to a director of a subsidiary and shareholders of a subsidiary are unsecured, interest free and repayable on demand. Such amount is to be settled in cash.

(c)   Included in sundry payables of the Group is an amount of RM 31,070 (2017 : RM 393,574) payable for the purchase of property, plant and equipment (Note 5(c)).

**20.  BANK BORROWINGS**

|  | | The Group | |
|---|---|---|---|
|  | | **2018**<br>**RM** | **2017**<br>**RM** |
| Secured | – Trade bills | 14,021,092 | 12,362,536 |
|  | – Term loan | – | 61,503 |
| Unsecured | – Trade bills | 4,464,085 | 9,567,777 |
|  | | 18,485,177 | 21,991,816 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Poh Huat Resources Holdings Berhad                                    Annual Report 2018

## 20. BANK BORROWINGS (CONT'D)

(a)   The secured bank borrowings of the Group are secured by the followings:

(i)   Certain property, plant and equipment of the Group (Note 5(a)).

(ii)   Certain inventories of the Group (Note 12(b)).

(iii)   Certain fixed deposits with a licensed bank of the Group (Note 13(b)).

(iv)   Corporate guarantee provided by the Company.

(b)   The security arrangement of the unsecured bank borrowings of the Group is corporate guarantee provided by the Company.

(c)   The effective interest rates (% per annum) at the end of the reporting period for bank borrowings are as follows:

|  | The Group | |
|---|---|---|
|  | 2018 % | 2017 % |
| Trade bills | 2.0 - 4.9 | 2.0 - 2.6 |
| Term loan | – | 5.2 |

## 21. REVENUE

|  | The Group | | The Company | |
|---|---|---|---|---|
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Dividend income | – | – | 26,100,000 | 32,029,765 |
| Net invoiced value of goods sold | 621,925,519 | 614,268,587 | – | – |
|  | 621,925,519 | 614,268,587 | 26,100,000 | 32,029,765 |

**103**   page

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018                                                                                    Poh Huat Resources Holdings Berhad

## Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

### 22.  FINANCE COSTS

|  | The Group | | The Company | |
| --- | ---: | ---: | ---: | ---: |
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| **Interest expenses on financial liabilities that are not at fair value through profit or loss** | | | | |
| Hire purchase | 16,774 | 32,046 | – | – |
| Term loan | 276 | 22,382 | – | – |
| Trade bills | 782,643 | 918,594 | – | – |
|  | 799,693 | 973,022 | – | – |
| Bank commission and charges | 460,225 | 535,230 | 3,154 | 3,372 |
|  | 1,259,918 | 1,508,252 | 3,154 | 3,372 |

### 23.  PROFIT BEFORE TAX

|  | The Group | | The Company | |
| --- | ---: | ---: | ---: | ---: |
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| **This is arrived at after charging:** | | | | |
| Allowance for impairment losses on receivables | – | – | 2,093,925 | – |
| Amortisation of prepaid lease payments | 98,826 | 110,553 | – | – |
| Auditors' remuneration | | | | |
| – audit fee: | | | | |
| • current financial year | 190,036 | 200,219 | 40,000 | 37,000 |
| • over provision in previous financial year | – | (9,443) | – | – |
| – non-audit fee: | | | | |
| • auditors of the Company | 3,000 | 3,000 | 3,000 | 3,000 |
| Bad debts written off | – | 20,548 | – | – |
| Depreciation of property, plant and equipment | 8,633,458 | 8,698,840 | – | – |
| Depreciation of investment properties | 168,131 | 93,775 | – | – |
| Direct operating expenses on investment properties | 59,247 | 37,131 | – | – |
| Fire loss of inventories | 1,077,122 | – | – | – |
| Inventories value written down | 294,678 | 223,675 | – | – |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                      Annual Report 2018

## 23.  PROFIT BEFORE TAX (CONT'D)

| | The Group | | The Company | |
|---|---|---|---|---|
| | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Loss on disposal of property, plant and equipment | 47,056 | – | – | – |
| Property, plant and equipment written off | 1,853,183 | 91,546 | – | – |
| Realised loss on foreign exchange | 2,247,979 | 4,893,884 | 663,620 | 868,347 |
| Staff costs (including key management personnel as disclosed in Note 24): | | | | |
| – short-term employee benefits | 118,722,645 | 120,947,204 | 493,500 | 509,250 |
| – defined contribution plans | 1,421,379 | 1,335,658 | – | – |
| – others | 11,547,799 | 9,734,720 | – | – |
| Unrealised loss on foreign exchange | – | – | 280,140 | – |
| **And crediting:** | | | | |
| Dividend income | (1,113,475) | (511,826) | – | – |
| Fire insurance compensation | (4,282,505) | – | – | – |
| Gain on disposal of money market fund | (49,762) | (81,431) | – | – |
| Gain on disposal of property, plant and equipment | – | (322,539) | – | – |
| Gain on disposal of other investment | – | (49,305) | – | (49,305) |
| Gain on disposal of unit trust | (90,622) | – | – | – |
| Rental income from investment properties | (830,452) | (674,192) | – | – |
| Reversal of allowance for impairment losses on receivables | (4,503,370) | (1,061,280) | (4,503,370) | (1,061,280) |
| Reversal of fair value loss on derivatives | – | (222,185) | – | – |
| Total interest income on financial assets that are not at fair value through profit or loss | (733,684) | (580,687) | (5,157) | – |
| Unrealised gain on foreign exchange | (1,003,548) | (2,349,142) | – | (1,071,003) |
| Waiver of debts | (99,940) | – | – | – |

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018                                          Poh Huat Resources Holdings Berhad

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

24.  **DIRECTORS' REMUNERATION**

The aggregate amounts of emoluments received and receivable by the directors of the Group and of the Company during the financial year are as follows:

|  | The Group | | The Company | |
| --- | ---: | ---: | ---: | ---: |
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| **Executive directors of the Company** | | | | |
| Fee | 279,000 | 279,000 | 279,000 | 279,000 |
| Salaries, bonuses and other benefits | 4,592,094 | 4,771,882 | – | – |
| Defined contribution plans | 108,395 | 105,264 | – | – |
|  | 4,979,489 | 5,156,146 | 279,000 | 279,000 |
| Estimated monetary value of benefits-in-kind | 32,000 | 36,800 | 7,000 | 8,800 |
|  | 5,011,489 | 5,192,946 | 286,000 | 287,800 |
| **Non-executive directors of the Company** | | | | |
| Fee | 214,500 | 230,250 | 214,500 | 230,250 |
| **Executive directors of the subsidiaries** | | | | |
| Fee | 36,360 | 39,806 | – | – |
| Salaries, bonuses and other benefits | 73,399 | 252,737 | – | – |
|  | 109,759 | 292,543 | – | – |
| **Total directors' remuneration** | 5,335,748 | 5,715,739 | 500,500 | 518,050 |
| **Analysis excluding monetary value of benefits-in-kind:** | | | | |
| Total executive directors' remuneration | 5,089,248 | 5,448,689 | 279,000 | 279,000 |
| Total non-executive directors' remuneration | 214,500 | 230,250 | 214,500 | 230,250 |
|  | 5,303,748 | 5,678,939 | 493,500 | 509,250 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                    Annual Report 2018

25.  INCOME TAX EXPENSE

| | The Group | | The Company | |
|---|---|---|---|---|
| | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Income tax | | | | |
| – Malaysian tax | 6,099,000 | 6,314,000 | – | – |
| – Foreign tax | 4,074,874 | 5,613,273 | – | – |
| – Over provision in previous financial year | (213,579) | (451,437) | – | – |
| | 9,960,295 | 11,475,836 | – | – |
| Deferred tax (Note 11) | | | | |
| – Origination/(Reversal) of temporary differences | 303,046 | (38,877) | – | – |
| | 10,263,341 | 11,436,959 | – | – |

A reconciliation of income tax expense applicable to the profit before tax at the statutory tax rate to income tax expense at the effective tax rate of the Group and of the Company is as follows:

| | The Group | | The Company | |
|---|---|---|---|---|
| | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Profit before tax | 57,529,013 | 67,214,396 | 26,250,935 | 31,886,480 |
| Tax at Malaysian statutory tax rate | 13,807,000 | 16,131,000 | 6,300,000 | 7,653,000 |
| Effects of differential in tax rates of subsidiaries | (2,279,000) | (3,182,000) | – | – |
| Tax effect of non-taxable income | (1,143,000) | – | (7,345,000) | (7,699,000) |
| Tax effect of non-deductible expenses | 1,302,920 | 666,396 | 1,045,000 | 46,000 |
| Tax effect of double deduction relief | (88,000) | (215,000) | – | – |
| Tax saving from tax incentive | (1,123,000) | (1,512,000) | – | – |
| Over provision of income tax in previous financial year | (213,579) | (451,437) | – | – |
| | 10,263,341 | 11,436,959 | – | – |

Domestic income tax is calculated at the Malaysian statutory tax rate of 24% (2017 : 24%) of the estimated assessable profit for the financial year. The taxation of other jurisdictions is calculated at the rates prevailing in the respective jurisdiction.

For years of assessment 2017 and 2018, the Malaysian statutory tax rate will be reduced by 1 to 4 percentage points, based on the prescribed incremental percentage of chargeable income from business, compared to that of the immediate preceding year of assessment.

107    page

Barcode:3886453-01 A-570-106 INV - Investigation -

Annual Report 2018                                          Poh Huat Resources Holdings Berhad

## Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

### 26.   EARNINGS PER ORDINARY SHARE

(a)   **Basic earnings per ordinary share**

|  | The Group | |
| --- | ---: | ---: |
|  | **2018 RM** | **2017 RM** |
| Profit after tax attributable to owners of the Company | 47,137,662 | 55,772,295 |

|  | **2018 Units** | **2017 Units** |
| --- | ---: | ---: |
| Weighted average number of ordinary shares in issue: | | |
| Ordinary shares at 1 November | 214,897,910 | 213,478,210 |
| Effect of exercise of warrants | 4,666,783 | 130,686 |
| Weighted average number of ordinary shares at 31 October | 219,564,693 | 213,608,896 |
| Basic earnings per ordinary share (Sen) | 21.47 | 26.11 |

(b)   **Diluted earnings per ordinary share**

|  | The Group | |
| --- | ---: | ---: |
|  | **2018 RM** | **2017 RM** |
| Profit after tax attributable to owners of the Company | 47,137,662 | 55,772,295 |

|  | **2018 Units** | **2017 Units** |
| --- | ---: | ---: |
| Weighted average number of ordinary shares for basic earnings per share | 219,564,693 | 213,608,896 |
| Shares deemed to be issued for no consideration: | | |
| – Warrants | 14,850,845 | 23,774,557 |
| Weighted average number of ordinary shares for diluted earnings per ordinary share computation | 234,415,538 | 237,383,453 |
| Diluted earnings per ordinary share (Sen) | 20.11 | 23.49 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Poh Huat Resources Holdings Berhad

Annual Report 2018

## 27. DIVIDENDS

|  | The Group and The Company | |
|---|---|---|
|  | 2018 RM | 2017 RM |
| **In respect of the financial year ended 31 October 2016** | | |
| Final single tier dividend of 2 sen per ordinary share | – | 4,269,564 |
| **In respect of the financial year ended 31 October 2017** | | |
| First interim single tier dividend of 2 sen per ordinary share | – | 4,272,764 |
| Second interim single tier dividend of 2 sen per ordinary share | – | 4,354,945 |
| Special single tier dividend of 1 sen per ordinary share | 19,420 | 2,177,472 |
| Final single tier dividend of 3 sen per ordinary share | 6,597,151 | – |
| **In respect of the financial year ended 31 October 2018** | | |
| First interim single tier dividend of 2 sen per ordinary share | 4,398,100 | – |
| Second interim single tier dividend of 2 sen per ordinary share | 4,398,100 | – |
|  | 15,412,771 | 15,074,745 |

At the forthcoming Annual General Meeting, a final single tier dividend of 2 sen per ordinary share in respect of the current financial year will be proposed for shareholders' approval. The financial statements for the current financial year do not reflect this proposed dividend. Such dividend, if approved by the shareholders, will be accounted for as a liability in the financial year ending 31 October 2019.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Annual Report 2018                                          Poh Huat Resources Holdings Berhad

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

**28.  CASH FLOWS INFORMATION**

(a)  The reconciliations of liabilities arising from financing activities are as follows:

| The Group and The Company | Term loan RM | Trade bills RM | Hire purchase RM | Total RM |
|---|---|---|---|---|
| **2018** | | | | |
| At 1 November | 61,503 | 21,930,313 | 514,889 | 22,506,705 |
| Changes in financing cash flows | | | | |
| Proceeds from drawdown | – | 128,228,915 | – | 128,228,915 |
| Repayment of borrowing principal | (61,503) | (130,892,960) | (354,033) | (131,308,496) |
| Repayment of borrowing interests | (276) | (782,643) | (16,774) | (799,693) |
| | (61,779) | (3,446,688) | (370,807) | (3,879,274) |
| Non-cash changes | | | | |
| Foreign exchange adjustments | – | (781,091) | – | (781,091) |
| Finance charges recognised in profit or loss | 276 | 782,643 | 16,774 | 799,693 |
| | 276 | 1,552 | 16,774 | 18,602 |
| At 31 October | – | 18,485,177 | 160,856 | 18,646,033 |

Comparative information is not presented by virtue of the exemption given in MFRS 107.

(b)  The cash and cash equivalents comprise the following:

| | The Group | | The Company | |
|---|---|---|---|---|
| | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| Deposits, bank and cash balances | 89,887,631 | 92,857,041 | 9,081,866 | 2,022,191 |
| Less : Fixed deposits pledged to a licensed bank | (4,501,607) | (4,392,157) | – | – |
| | 85,386,024 | 88,464,884 | 9,081,866 | 2,022,191 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                    Annual Report 2018

29. **RELATED PARTY DISCLOSURES**

(a)  **Identities of related parties**

Parties are considered to be related to the Group if the Group or the Company has the ability, directly or indirectly, to control or jointly control the party or exercise significant influence over the party in making financial and operating decisions, or vice versa, or where the Group or the Company and the party are subject to common control.

In addition to the information detailed elsewhere in the financial statements, the Group has related party relationships with its directors, key management personnel and entities within the same group of companies.

(b)  **Significant related party transactions and balances**

Other than those disclosed elsewhere in the financial statements, the Group and the Company also carried out the following significant transactions with the related parties during the financial year:

|  | The Group | | The Company | |
| --- | ---: | ---: | ---: | ---: |
|  | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| **Subsidiaries** | | | | |
| – Dividend income | – | – | (26,100,000) | (32,029,765) |
| – Advances to | – | – | 4,503,370 | 15,801,405 |
| **Director** | | | | |
| – Rental | 144,000 | 150,025 | – | – |
| **A firm in which a director of the Company is senior partner** | | | | |
| – Legal fee | 38,969 | 842 | – | – |

The significant outstanding balances of the related parties (including the allowance for impairment loss made) together with their terms and conditions are disclosed in the respective notes to the financial statements.

No expense was recognised during the financial year for bad or doubtful debts in respect of the amounts owed by the related parties other than those disclosed in Note 23.

(c)  **Key management personnel compensation**

The key management personnel of the Group and of the Company include executive directors and non-executive directors. Details of the compensation for these key management personnel are disclosed in Note 24.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018                                                          Poh Huat Resources Holdings Berhad

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

30. **COMMITMENTS**

   (a)  **Capital commitment**

|  | The Group | |
| --- | ---: | ---: |
|  | 2018 RM | 2017 RM |
| Purchase of property, plant and equipment | 2,923,000 | 1,973,000 |

   (b)  **Lease commitment**

The Group leases land under non-cancellable operating leases. The lease periods range from 41 to 43 (2017 : 41 to 43) years. None of the leases includes contingent rentals.

The future minimum lease payments under the non-cancellable operating leases are as follows:

|  | The Group | |
| --- | ---: | ---: |
|  | 2018 RM | 2017 RM |
| Not later than one year | 639,557 | 673,117 |
| Later than one year and not later than five years | 2,558,229 | 2,692,467 |
| Later than five years | 14,237,537 | 15,657,210 |
|  | 17,435,323 | 19,022,794 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Poh Huat Resources Holdings Berhad                                        Annual Report 2018

## 31. OPERATING SEGMENTS

**(a)   Business segments**

Information about operating segments has not been reported separately as the Group's profit or loss, assets and liabilities are predominantly confined to a single operating segment, namely furniture industry. The property development division has not commenced development activity and its assets are less than 10% of the total assets of all operating segments.

**(b)   Geographical information**

|  | Revenue | | Non-current assets | |
|---|---|---|---|---|
|  | **2018**<br>**RM** | **2017**<br>**RM** | **2018**<br>**RM** | **2017**<br>**RM** |
| Australia | – | – | 28,819,599 | 14,765,133 |
| South Africa | 11,798 | 1,213,390 | – | – |
| Vietnam | 343,900,547 | 381,232,207 | 64,569,258 | 66,045,076 |
| Malaysia | 278,013,174 | 231,822,990 | 104,796,701 | 91,878,119 |
|  | 621,925,519 | 614,268,587 | 198,185,558 | 172,688,328 |

**(c)   Major customers**

The following are major customers with revenue equal to or more than 10% of the Group's total revenue:

|  | Revenue | |
|---|---|---|
|  | **2018**<br>**RM** | **2017**<br>**RM** |
| Customer A | 156,914,465 | 137,908,588 |
| Customer B | 62,161,327 | 66,616,658 |
| Customer C | 111,367,894 | 92,040,242 |
|  | 330,443,686 | 296,565,488 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

# Notes to The Financial Statements
# For The Financial Year Ended 31 October 2018 (cont'd)

**32.  FINANCIAL INSTRUMENTS**

The Group's activities are exposed to a variety of market risk (including foreign currency risk, interest rate risk and equity price risk), credit risk and liquidity risk. The Group's overall financial risk management policy focuses on the unpredictability of financial markets and seeks to minimise potential adverse effects on the Group's financial performance.

**32.1 Financial risk management policies**

The Group's policies in respect of the major areas of treasury activity are as follows:

**(a)   Market risk**

**(i)    Foreign currency risk**

The Group is exposed to foreign currency risk on transactions and balances that are denominated in currencies other than the respective functional currencies of entities within the Group. The currencies giving rise to this risk are primarily Australian Dollar ("AUD"), Euro ("EURO"), Chinese Renminbi ("RMB"), Singapore Dollar ("SGD"), United States Dollar ("USD"), Vietnam Dong ("VND") and South African Rand ("RAND"). Foreign currency risk is monitored closely on an ongoing basis to ensure that the net exposure is at an acceptable level. The Group also holds cash and cash equivalents denominated in foreign currencies for working capital purposes.

The Group's exposure to foreign currency risk (a currency which is other than the functional currency of the entities within the Group) based on the carrying amounts of the financial instruments at the end of the reporting period is summarised below:

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                                                 Annual Report 2018

## 32. FINANCIAL INSTRUMENTS (CONT'D)

### 32.1 Financial risk management policies (cont'd)

#### (a) Market risk (cont'd)

##### (i) Foreign currency risk (cont'd)

*Foreign currency exposure*

| | AUD RM | EURO RM | RMB RM | SGD RM | USD RM | VND RM | RAND RM | RM RM | Others RM | Total RM |
|---|---|---|---|---|---|---|---|---|---|---|
| **The Group 2018** | | | | | | | | | | |
| Financial assets | | | | | | | | | | |
| Trade and other receivables (N1) | 160 | – | 2,250,940 | 979,115 | 44,589,382 | 10,389,306 | 2,003 | 2,548,971 | – | 60,759,777 |
| Deposits, bank and cash balances | 1,713,464 | 485 | 4,291,520 | 4,976 | 42,339,312 | 5,972,615 | 75,861 | 35,481,078 | 8,520 | 89,887,631 |
| | 1,713,624 | 485 | 6,542,360 | 984,091 | 86,928,694 | 16,361,921 | 77,864 | 38,030,049 | 8,520 | 150,647,408 |
| Financial liabilities | | | | | | | | | | |
| Trade and other payables (N2) | (17,796) | (35,584) | (63,000) | – | (29,152,071) | (15,227,884) | (1,402) | (36,167,075) | – | (80,664,812) |
| Bank borrowings | – | – | – | – | (18,485,177) | – | – | – | – | (18,485,177) |
| Hire purchase payables | – | – | – | – | – | – | – | (160,856) | – | (160,856) |
| Dividend payable | – | – | – | – | – | – | – | (4,398,100) | – | (4,398,100) |
| | (17,796) | (35,584) | (63,000) | – | (47,637,248) | (15,227,884) | (1,402) | (40,726,031) | – | (103,708,945) |
| Net financial assets/(liabilities) | 1,695,828 | (35,089) | 6,479,360 | 984,091 | 39,291,446 | 1,134,037 | 76,262 | (2,695,982) | 8,520 | 46,938,463 |
| Less: Net financial (assets)/liabilities denominated in the respective entities' functional currencies | (1,695,828) | – | (6,410,229) | – | – | (1,134,037) | (56,429) | 2,695,982 | – | (6,600,541) |
| **Currency exposure** | – | (35,089) | 69,131 | 984,091 | 39,291,446 | – | 19,833 | – | 8,520 | 40,337,922 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018

Poh Huat Resources Holdings Berhad

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

**32.  FINANCIAL INSTRUMENTS (CONT'D)**

**32.1 Financial risk management policies (cont'd)**

**(a)  Market risk (cont'd)**

**(i)  Foreign currency risk (cont'd)**

*Foreign currency exposure (cont'd)*

| The Group 2017 | AUD RM | EURO RM | RMB RM | SGD RM | USD RM | VND RM | RAND RM | RM RM | Others RM | Total RM |
|---|---|---|---|---|---|---|---|---|---|---|
| **Financial assets** | | | | | | | | | | |
| Trade and other receivables (N1) | 2,525 | – | 3,651,552 | 1,073,393 | 46,044,397 | 7,689,095 | 101,124 | 3,503,486 | – | 62,075,672 |
| Deposits, bank and cash balances | 944,700 | 485 | 1,158,019 | 5,840 | 29,827,168 | 13,874,246 | 1,822,082 | 45,217,000 | 7,501 | 92,857,041 |
| | 947,225 | 485 | 4,809,571 | 1,079,233 | 75,871,565 | 21,573,341 | 1,923,206 | 48,720,486 | 7,501 | 154,932,713 |
| **Financial liabilities** | | | | | | | | | | |
| Trade and other payables (N2) | (15,579) | (83,943) | (385,419) | – | (12,393,932) | (39,460,565) | (476,415) | (29,305,690) | (14,469) | (82,126,002) |
| Bank borrowings | – | – | – | – | (21,930,313) | – | (61,503) | – | – | (21,991,816) |
| Hire purchase payables | – | – | – | – | – | – | – | (514,889) | – | (514,889) |
| Dividend payable | – | – | – | – | – | – | – | (6,532,416) | – | (6,532,416) |
| | (15,579) | (83,943) | (385,419) | – | (34,324,245) | (39,460,565) | (476,415) | (36,414,488) | (14,469) | (111,165,123) |
| Net financial assets/ (liabilities) | 931,646 | (83,458) | 4,424,252 | 1,079,233 | 41,547,320 | (17,877,224) | 1,446,791 | 12,305,988 | (6,958) | 43,767,590 |
| Less: Net financial (assets)/liabilities denominated in the respective entities' functional currencies | (931,646) | – | (4,062,585) | – | – | 17,877,224 | (898,425) | (12,305,988) | – | (321,420) |
| **Currency exposure** | – | (83,458) | 361,667 | 1,079,233 | 41,547,320 | – | 548,366 | – | (6,958) | 43,446,170 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Poh Huat Resources Holdings Berhad                                          Annual Report 2018

**32.  FINANCIAL INSTRUMENTS (CONT'D)**

**32.1  Financial risk management policies (cont'd)**

**(a)  Market risk (cont'd)**

**(i)  Foreign currency risk (cont'd)**

*Foreign currency exposure (cont'd)*

|  | RMB RM | RM RM | Total RM |
|---|---|---|---|
| **The Company** | | | |
| **2018** | | | |
| Financial assets | | | |
| Other receivables (N1) | 126,626 | – | 126,626 |
| Cash and bank balances | – | 9,081,866 | 9,081,866 |
| | 126,626 | 9,081,866 | 9,208,492 |
| Financial liabilities | | | |
| Other payables (N2) | – | (93,798) | (93,798) |
| Dividend payable | – | (4,398,100) | (4,398,100) |
| | – | (4,491,898) | (4,491,898) |
| Net financial assets | 126,626 | 4,589,968 | 4,716,594 |
| Less : Net financial (assets) denominated in the company's functional currency | – | (4,589,968) | (4,589,968) |
| **Currency exposure** | **126,626** | **–** | **126,626** |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

**32.  FINANCIAL INSTRUMENTS (CONT'D)**

**32.1 Financial risk management policies (cont'd)**

**(a)  Market risk (cont'd)**

**(i)  Foreign currency risk (cont'd)**

*Foreign currency exposure (cont'd)*

| | USD RM | RMB RM | RM RM | Total RM |
|---|---|---|---|---|
| **The Company** | | | | |
| **2017** | | | | |
| Financial assets | | | | |
| Other receivables (N1) | – | 148,000 | 55,000 | 203,000 |
| Dividend receivable | 10,727,928 | – | – | 10,727,928 |
| Cash and bank balances | – | – | 2,022,191 | 2,022,191 |
| | 10,727,928 | 148,000 | 2,077,191 | 12,953,119 |
| Financial liabilities | | | | |
| Other payables (N2) | – | (318,555) | (73,868) | (392,423) |
| Dividend payable | – | – | (6,532,416) | (6,532,416) |
| | – | (318,555) | (6,606,284) | (6,924,839) |
| Net financial assets/(liabilities) | 10,727,928 | (170,555) | (4,529,093) | 6,028,280 |
| Less : Net financial liabilities denominated in the company's functional currency | – | – | 4,529,093 | 4,529,093 |
| **Currency exposure** | 10,727,928 | (170,555) | – | 10,557,373 |

N1 - Excluding deposits, prepayments and certain receivables
N2 - Excluding deposit and certain payables

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                     Annual Report 2018

**32.  FINANCIAL INSTRUMENTS (CONT'D)**

**32.1 Financial risk management policies (cont'd)**

**(a)   Market risk (cont'd)**

**(i)    Foreign currency risk (cont'd)**

*Foreign currency risk sensitivity analysis*

The following table details the sensitivity analysis to a reasonably possible change in the foreign currencies at the end of the reporting period, with all other variables held constant:

| | The Group | | The Company | |
| --- | --- | --- | --- | --- |
| | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| **Effects on profit after tax** | | | | |
| EURO / RM | | | | |
| – strengthened by 5% | (1,334) | (3,171) | – | – |
| – weakened by 5% | 1,334 | 3,171 | – | – |
| RMB / RM | | | | |
| – strengthened by 5% | 2,627 | 13,743 | 4,812 | (6,481) |
| – weakened by 5% | (2,627) | (13,743) | (4,812) | 6,481 |
| SGD / RM | | | | |
| – strengthened by 5% | 37,395 | 41,011 | – | – |
| – weakened by 5% | (37,395) | (41,011) | – | – |
| USD / RM | | | | |
| – strengthened by 5% | 1,493,075 | 1,578,798 | – | 407,661 |
| – weakened by 5% | (1,493,075) | (1,578,798) | – | (407,661) |
| RAND / RM | | | | |
| – strengthened by 5% | 754 | 20,838 | – | – |
| – weakened by 5% | (754) | (20,838) | – | – |

**(ii)   Interest rate risk**

The Group's fixed deposits with licensed banks and borrowings are carried at amortised cost. Therefore, they are not subject to interest rate risk as defined MFRS 7 since neither the carrying amount nor the future cash flows will fluctuate because of a change in market interest rates.

**(iii)  Equity price risk**

The Group does not have any quoted investments and hence, is not exposed to equity price risk.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Annual Report 2018                                          Poh Huat Resources Holdings Berhad

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

**32.   FINANCIAL INSTRUMENTS (CONT'D)**

**32.1 Financial risk management policies (cont'd)**

**(b)   Credit risk**

The Group's exposure to credit risk, or the risk of counterparties defaulting, arises mainly from trade and other receivables. The Group manages its exposure to credit risk by the application of credit approvals, credit limits and monitoring procedures on an ongoing basis. For other financial assets (including cash and bank balances), the Group minimises credit risk by dealing exclusively with high credit rating counterparties.

The Group uses ageing analysis to monitor the credit quality of the trade receivables. Any receivables having significant balances past due or more than 120 days, which are deemed to have higher credit risk, are monitored individually.

The Group establishes an allowance for impairment that represents its estimate of incurred losses in respect of the trade and other receivables as appropriate. The main components of this allowance are a specific loss component that relates to individually significant exposures, and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified (where applicable). Impairment is estimated by management based on prior experience and the current economic environment.

The Company provides corporate guarantee to financial institutions for credit facilities granted to certain subsidiaries. The Company monitors the results of these subsidiaries regularly and repayments made by the subsidiaries.

**(i)   Credit risk concentration profile**

The Group's major concentration of credit risk relates to the amounts owing by three (2017 : four) customers which constituted approximately 59% (2017 : 61%) of its trade receivables at the end of the reporting period.

In addition, the Group also determines concentration of credit risk by monitoring the geographical region of its trade receivables on an ongoing basis. The credit risk concentration profile of trade receivables at the end of the reporting period is as follows:

|  | The Group | |
|---|---|---|
|  | **2018**<br>**RM** | **2017**<br>**RM** |
| Africa | 197 | 81,547 |
| Asia (excluding Malaysia) | 1,211,824 | 1,433,937 |
| North America | 40,299,388 | 43,547,835 |
| Europe | 1,099,463 | 1,565,954 |
| Malaysia | 3,121,310 | 2,724,877 |
|  | 45,732,182 | 49,354,150 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Poh Huat Resources Holdings Berhad                                    Annual Report 2018

**32.  FINANCIAL INSTRUMENTS (CONT'D)**

**32.1 Financial risk management policies (cont'd)**

**(b)  Credit risk (cont'd)**

**(ii)  Exposure to credit risk**

At the end of the reporting period, the maximum exposure to credit risk is represented by the carrying amount of each class of financial assets recognised in the statements of financial position of the Group and of the Company after deducting any allowance for impairment losses (where applicable).

In addition, the Company's maximum exposure to credit risk also includes corporate guarantees provided to its subsidiaries as disclosed under the 'Maturity Analysis' of item (c) below, representing the outstanding banking facilities of the subsidiaries as at the end of the reporting period. As at the end of the reporting period, there was no indication that any subsidiary would default on repayment.

**(iii)  Ageing analysis**

The ageing analysis of trade receivables is as follows:

|  | Gross amount RM | Individual impairment RM | Carrying amount RM |
|---|---|---|---|
| **The Group** |  |  |  |
| **2018** |  |  |  |
| Not past due | 43,379,572 | – | 43,379,572 |
| Past due: |  |  |  |
| – less than 3 months | 2,352,578 | – | 2,352,578 |
| – more than 6 months | 32 | – | 32 |
|  | 45,732,182 | – | 45,732,182 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018                                                      Poh Huat Resources Holdings Berhad

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

**32.   FINANCIAL INSTRUMENTS (CONT'D)**

   **32.1 Financial risk management policies (cont'd)**

      **(b)   Credit risk (cont'd)**

         **(iii)   Ageing analysis (cont'd)**

The ageing analysis of trade receivables is as follows (cont'd):

|  | Gross amount RM | Individual impairment RM | Carrying amount RM |
|---|---|---|---|
| **The Group** | | | |
| **2017** | | | |
| Not past due | 46,241,038 | – | 46,241,038 |
| Past due: | | | |
| – less than 3 months | 2,981,434 | – | 2,981,434 |
| – 3 to 6 months | 9,274 | – | 9,274 |
| – more than 6 months | 123,978 | (1,574) | 122,404 |
| | 49,355,724 | (1,574) | 49,354,150 |

At the end of the reporting period, trade receivables that are individually impaired were those in significant financial difficulties and have defaulted on payments. These receivables are not secured by any collateral or credit enhancement.

The Group believes that no additional impairment allowance is necessary in respect of trade receivables that are past due but not impaired because they are companies with good collection track record and no recent history of default.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Poh Huat Resources Holdings Berhad                                              Annual Report 2018

## 32.  FINANCIAL INSTRUMENTS (CONT'D)

### 32.1  Financial risk management policies (cont'd)

#### (c)   Liquidity risk

Liquidity risk arises mainly from general funding and business activities. The Group practises prudent risk management by maintaining sufficient cash balances and the availability of funding through certain committed credit facilities.

*Maturity analysis*

The following table sets out the maturity profile of the financial liabilities at the end of the reporting period based on contractual undiscounted cash flows (including interest payments computed using contractual rates or, if floating, based on the rates at the end of the reporting period):

| | Effective interest rate % | Carrying amount RM | Contractual undiscounted cash flows RM | Within 1 year RM | 1-5 years RM |
|---|---|---|---|---|---|
| **The Group** | | | | | |
| **2018** | | | | | |
| <u>Non-derivative financial liabilities</u> | | | | | |
| Trade and other payables (N1) | – | 80,664,812 | 80,664,812 | 80,664,812 | – |
| Bank borrowings | | | | | |
| – Trade bills | 2.0 – 4.9 | 18,485,177 | 18,485,177 | 18,485,177 | – |
| Hire purchase payables | 4.7 – 5.1 | 160,856 | 164,506 | 146,770 | 17,736 |
| Dividend payable | – | 4,398,100 | 4,398,100 | 4,398,100 | – |
| | | 103,708,945 | 103,712,595 | 103,694,859 | 17,736 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Annual Report 2018                                         Poh Huat Resources Holdings Berhad

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

**32.   FINANCIAL INSTRUMENTS (CONT'D)**

    **32.1 Financial risk management policies (cont'd)**

        **(c)   Liquidity risk (cont'd)**

        *Maturity analysis (cont'd)*

| | Effective interest rate % | Carrying amount RM | Contractual undiscounted cash flows RM | Within 1 year RM | 1-5 years RM |
|---|---|---|---|---|---|
| **The Group** | | | | | |
| **2017** | | | | | |
| Non-derivative financial liabilities | | | | | |
| Trade and other payables (N1) | – | 82,126,002 | 82,126,002 | 82,126,002 | – |
| Bank borrowings | | | | | |
| – Trade bills | 2.0 – 2.6 | 21,930,313 | 21,930,313 | 21,930,313 | – |
| – Term loan | 5.2 | 61,503 | 61,664 | 61,664 | – |
| Hire purchase payables | 4.6 – 5.1 | 514,889 | 535,282 | 370,776 | 164,506 |
| Dividend payable | – | 6,532,416 | 6,532,416 | 6,532,416 | – |
| | | 111,165,123 | 111,185,677 | 111,021,171 | 164,506 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

**32.  FINANCIAL INSTRUMENTS (CONT'D)**

**32.1 Financial risk management policies (cont'd)**

**(c)  Liquidity risk (cont'd)**

*Maturity analysis (cont'd)*

| | Carrying amount RM | Contractual undiscounted cash flows RM | Within 1 year RM |
|---|---|---|---|
| **The Company 2018** | | | |
| Non-derivative financial liabilities | | | |
| Other payables (N1) | 93,798 | 93,798 | 93,798 |
| Dividend payable | 4,398,100 | 4,398,100 | 4,398,100 |
| Financial guarantee contracts in relation to corporate guarantee given to certain subsidiaries * | – | 18,646,033 | 18,646,033 |
| | 4,491,898 | 23,137,931 | 23,137,931 |
| **The Company 2017** | | | |
| Non-derivative financial liabilities | | | |
| Other payables (N1) | 392,423 | 392,423 | 392,423 |
| Dividend payable | 6,532,416 | 6,532,416 | 6,532,416 |
| Financial guarantee contracts in relation to corporate guarantee given to certain subsidiaries * | – | 22,506,705 | 22,506,705 |
| | 6,924,839 | 29,431,544 | 29,431,544 |

N1 - Excluding deposit and certain payables

*   The contractual undiscounted cash flows represent the outstanding credit facilities of the subsidiaries at the end of the reporting period. The financial guarantees have not been recognised since their fair value on initial recognition is not material.

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018

Poh Huat Resources Holdings Berhad

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

**32.  FINANCIAL INSTRUMENTS (CONT'D)**

**32.2 Capital risk management**

The Group manages its capital to ensure that entities within the Group will be able to maintain an optimal capital structure so as to support its businesses and maximise shareholders' value. To achieve this objective, the Group may make adjustments to the capital structure in view of changes in economic conditions, such as adjusting the amount of dividend payment, returning of capital to shareholders or issuing new shares.

The Group manages its capital based on debt-to-equity ratio that complies with debt covenants and regulatory, if any. The debt-to-equity ratio is calculated as net debts divided by total equity. The Group includes within net debt, loans and borrowings from financial institutions less cash and cash equivalents. Capital includes equity attributable to the owners of the parent and non-controlling interests. The debt-to-equity ratio of the Group at the end of the reporting period was as follows:

|  | The Group | |
| --- | ---: | ---: |
|  | 2018 RM | 2017 RM |
| Bank borrowings | 18,485,177 | 21,991,816 |
| Hire purchase payables | 160,856 | 514,889 |
|  | 18,646,033 | 22,506,705 |
| Less : Fixed deposits with licensed banks | (8,751,408) | (4,392,157) |
| Less : Cash and bank balances | (81,136,223) | (88,464,884) |
| Excess funds | (71,241,598) | (70,350,336) |
| Total equity | 317,027,649 | 284,825,902 |
| Debt-to-equity ratio | Not applicable * | Not applicable * |

\*    The debt-to-equity ratio of the Group at the end of the reporting period is not presented as its cash and cash equivalents exceeded the total external borrowings.

There was no change in the Group's approach to capital management during the financial year.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad

Annual Report 2018

## 32.  FINANCIAL INSTRUMENTS (CONT'D)

### 32.3 Classification of financial instruments

| | The Group | | The Company | |
|---|---|---|---|---|
| | 2018 RM | 2017 RM | 2018 RM | 2017 RM |
| **Financial assets** | | | | |
| Loans and receivables financial assets | | | | |
| Trade and other receivables (N1) | 60,759,777 | 62,075,672 | 126,626 | 203,000 |
| Deposits, bank and cash balances | 89,887,631 | 92,857,041 | 9,081,866 | 2,022,191 |
| Dividend receivable | – | – | – | 10,727,928 |
| | 150,647,408 | 154,932,713 | 9,208,492 | 12,953,119 |
| **Financial liabilities** | | | | |
| Other financial liabilities | | | | |
| Trade and other payables (N2) | 80,664,812 | 82,126,002 | 93,798 | 392,423 |
| Bank borrowings | 18,485,177 | 21,991,816 | – | – |
| Hire purchase payables | 160,856 | 514,889 | – | – |
| Dividend payable | 4,398,100 | 6,532,416 | 4,398,100 | 6,532,416 |
| | 103,708,945 | 111,165,123 | 4,491,898 | 6,924,839 |

N1 - Excluding deposits, prepayments and certain receivables
N2 - Excluding deposit and certain payables

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018

Poh Huat Resources Holdings Berhad

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

32.  **FINANCIAL INSTRUMENTS (CONT'D)**

32.4 **Gains or losses arising from financial instruments**

|  | The Group | | The Company | |
|---|---|---|---|---|
|  | **2018**<br>**RM** | **2017**<br>**RM** | **2018**<br>**RM** | **2017**<br>**RM** |
| **Financial assets** | | | | |
| Loans and receivables financial assets | | | | |
| Net gains recognised in profit or loss | 6,327,471 | 2,941,224 | 2,134,462 | 2,132,283 |
| | | | | |
| Fair value through profit or loss : held-for-trading | | | | |
| Net gains recognised in profit or loss | 1,253,859 | 642,562 | – | 49,305 |
| | | | | |
| **Financial liabilities** | | | | |
| Other financial liabilities | | | | |
| Net losses recognised in profit or loss | (886,563) | (1,338,006) | – | – |
| | | | | |
| Fair value through profit or loss : held-for-trading | | | | |
| Net gains recognised in profit or loss | – | 222,185 | – | – |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                                      Annual Report 2018

32.  **FINANCIAL INSTRUMENTS (CONT'D)**

32.5 **Fair value information**

The fair values of the financial assets and financial liabilities of the Group which are maturing within the next 12 months approximated their carrying amounts due to the relatively short-term maturity of the financial instruments or repayable on demand terms.

As the Group does not have any financial instruments carried at fair value, the following table sets out only the fair value profile of financial instruments that are not carried at fair value at the end of the reporting period:

**Fair value of financial instruments**

**not carried at fair value**

| | Level 1 RM | Level 2 RM | Level 3 RM | Total fair value RM | Carrying amount RM |
|---|---|---|---|---|---|
| **The Group** | | | | | |
| **2018** | | | | | |
| Financial liabilities | | | | | |
| Hire purchase payables | – | 160,751 | – | 160,751 | 160,856 |
| | | | | | |
| **The Group** | | | | | |
| **2017** | | | | | |
| Financial liabilities | | | | | |
| Hire purchase payables | – | 514,562 | – | 514,562 | 514,889 |

The fair values of hire purchase payables are determined by discounting the relevant future contractual cash flows using current market interest rates for similar instruments at the end of the reporting period. The interest rates (per annum) used to discount the estimated cash flows are as follows:

| | The Group | |
|---|---|---|
| | 2018 % | 2017 % |
| Hire purchase payables | 2.6 | 2.6 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

# Notes to The Financial Statements
## For The Financial Year Ended 31 October 2018 (cont'd)

### 33.  SIGNIFICANT EVENTS DURING THE FINANCIAL YEAR

(a)  On 30 June 2013, the Company completed the disposal of its entire equity interest in a wholly-owned subsidiary, Poh Huat Furniture Industries (Qingdao) Co., Ltd for a total cash consideration of RMB 31.00 million (equivalent to RM 14.95 million) to Qingdao Dengta Brewage Co., Ltd. (also known as Qingdao Beacon Brewing Co., Ltd.) ("QDB"). However, the Company had only received total of RMB 17.00 million (equivalent to RM 8.20 million) from QDB.

On 26 September 2013, the Company filed a statement of claims, along with the cause papers and payment of the required statutory litigation fee, into the Qingdao City Intermediate People's Court ("QCI People's Court" or "the Court") for the recovery of the outstanding amount of RMB 14.00 million (equivalent to RM 6.75 million) ("Outstanding Amount"), interests for the delay in payment of the Outstanding Amount and associated legal and litigation fees for an estimated amount of RMB 16.02 million (equivalent to RM 8.30 million).

During the financial year 2013, the Company had made an impairment loss of RMB 14.00 million (equivalent to RM 6.75 million) for this non-trade receivable.

On 3 June 2014, the Company and QDB signed a consent judgement. However, the Company had made various applications to the QCI People's Court since July 2015 to enforce the aforesaid consent judgement as QDB had yet to fulfill their obligation in the recorded consent judgement.

During the financial year 2017, the Court had recovered a sum of RMB 2.20 million (equivalent to RM 1.06 million), and the same had been released to the Company in July 2017, during which it was credited in profit or loss as a reversal of allowance for impairment losses on receivables.

On 18 December 2017, a Settlement of Enforcement Proceeding Agreement was agreed by both parties, inter alia, as follows:

(i)   QDB has deposited a sum of RMB 7.30 million with the Court, pending releasing the same to the Company. Once the said sum is released, the matter would come to a closure;

(ii)  The fee for the enforcement proceeding would be borne by QDB; and

(iii) All restraining measures against QDB shall be relieved.

The sum of RMB 7.30 million (equivalent to RM 4.50 million) was released to the Company in March 2018 during which it was credited in profit or loss as a reversal of allowance for impairment losses on receivables and the matter came to a closure.

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                            Annual Report 2018

**33. SIGNIFICANT EVENTS DURING THE FINANCIAL YEAR (CONT'D)**

(b)   On 21 January 2018, there was a fire destroying one of the five factory buildings of a subsidiary, Poh Huat Furniture Industries (M) Sdn. Bhd.. The affected manufacturing facility, comprising the loading and assembly sections, is located at PTD No. 1547 & 1548, Bukit Pasir Industrial Area, Mukim of Sungai Terap, District of Muar, Johor Darul Takzim.

      The book value of the property, plant and equipment and inventories damaged on fire of RM 1.94 million and RM 1.08 million respectively had been recognised in profit or loss during the financial year 2018. The related insurance claim of RM 4.28 million was received in April 2018.

(c)   On 17 July 2018, a subsidiary, Poh Huat (Australia) Pty Ltd entered into a Sale and Purchase Agreement to acquire a 3,212 square meters detached warehouse cum office-showroom in Cranbourne West, Victoria, Australia for a total cash consideration of AUD 4.95 million (equivalent to RM 14.99 million).

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018                                                                   Poh Huat Resources Holdings Berhad

# List Of Material
# Landed Properties

as at 31 October 2018

| Address/ Location | Description | Land Area (hectare) | Use | Tenure/ Age of Building | Net Book Value as at 31.10.2018 RM'000 | Date of Revaluation or Acquisition |
|---|---|---|---|---|---|---|
| Lot 25 Tam Phuoc Commune Long Thanh District, Dong Nai Province, Vietnam | 1 plot of industrial land with an office building, 1 hostel, 6 factory buildings ancillary structures | 12.39 | Office with furniture manufacturing facilities and accommodation | 50 years lease expiring in 2046/ 14 years | 22,658 | 29.8.02 (Date of Acquisition) |
| No. 17, Road 26 Song Than Industrial Zone II, Di An District, Binh Duong Province, Vietnam | 1 plot of industrial land with an office building, 1 hostel, 3 factory buildings and ancillary structures | 6.76 | Office with furniture manufacturing and accommodation | 50 years lease expiring in 2045/ 17 years | 19,493 | 1.3.02 (Date of Acquisition) |
| No. 17, Whitfield Boulevard, Cranbourne West, Victoria 3977, Australia | 1 plot of commercial land with a warehouse cum office-showroom | 0.52 | Warehouse cum office-showroom | freehold/ 1 year | 15,560 | 3.9.18 (Date of Acquisition) |
| No. 61, Assembly Drive, Dandenong South, Victoria 3175, Australia | 1 plot of commercial land with a warehouse cum office-showroom | 0.53 | Warehouse cum office-showroom | freehold/ 2 year | 12,995 | 10.11.16 (Date of Acquisition) |
| PTD Nos. 1470 & 1535, Bukit Pasir Industrial Area, Mukim of Sungai Terap, District of Muar, Johor Darul Takzim | 2 plots of industrial land with an office building, a warehouse cum factory building and ancillary structures | 2.21 | Office with furniture manufacturing and warehousing facilities | 60 years leasehold expiring in 2060/ 13 year | 12,890 | 21.10.03 (Date of Acquisition) |
| GM No. 3000, Lot 3081, GM No. 2548, Lot 1980, HSM No. 7207, Ptd 12933, GM No. 3001, Lot 3082, GM No. 2479, Lot 1981, Mukim Jalan Bakri, District of Muar, Johor Darul Takzim | 1 plot of agriculture land | 2.35 | vacant land | freehold/ 5 years | 8,769 | 22.07.13 (Date of Acquisition) |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                                    Annual Report 2018

| Address/ Location | Description | Land Area (hectare) | Use | Tenure/ Age of Building | Net Book Value as at 31.10.2018 RM'000 | Date of Revaluation or Acquisition |
|---|---|---|---|---|---|---|
| PTD No. 1473, Bukit Pasir Industrial Area Mukim of Sungai Terap, District of Muar, Johor Darul Takzim | 1 plot of industrial land with an office building, 1 block of factory building and ancillary structures | 1.62 | Office with furniture manufacturing facilities | 60 years leasehold expiring in 2056/ 18 years | 8,763 | 12.9.00 (Date of Acquisition) |
| PTD No. 1546, Bukit Pasir Industrial Area, Mukim of Sungai Terap, District of Muar, Johor Darul Takzim | 1 plot of industrial land with an office building, 1 block of factory building and ancillary structures | 1.62 | Office with furniture manufacturing facilities | 60 years leasehold expiring in 2056/ 22 years | 6,202 | 17.6.99 (Date of Revaluation) |
| GM No. 1712, Lot 831, GM No. 1968, Lot 832, GM No. 1850, Lot 827, Mukim Sungai Terap, District of Muar, Johor Darul Takzim | 1 plot of agriculture land | 1.95 | Vacant land | freehold/ 4 year | 6,169 | 26.12.13 (Date of Acquisition) |
| GRN No. 100856, Lot 3209, Bandar Maharani, District of Muar, Johor Darul Takzim | 1 plot of agriculture land | 0.93 | Vacant land | freehold/ 4 year | 5,975 | 28.04.14 (Date of Acquisition) |

**133**  page

Barcode:3886453-01 A-570-106 INV - Investigation -

Annual Report 2018    Poh Huat Resources Holdings Berhad

# Analysis of Shareholdings
## as at 23 January 2019

### Principal Statistics

| | | |
|---|---|---|
| Issued Capital | – | RM119,845,505 |
| Class of Shares | – | Ordinary shares |
| No. of shares in Issue | – | 219,905,010 shares |
| Voting Right | – | One vote per ordinary share at any shareholders' meeting |
| Number of Shareholders | – | 4,402 shareholders |

*Note :    All information on shareholdings disclosed hereunder excludes 13,327,600 treasury shares held by the Company*

### Distribution of Shareholdings

| Category | No of shareholders | % | Shareholdings | % |
|---|---|---|---|---|
| Less than 100 | 123 | 2.79 | 6,469 | 0.00 |
| 100 to 1,000 | 705 | 16.02 | 387,063 | 0.18 |
| 1,001 to 10,000 | 2,591 | 58.85 | 12,398,146 | 5.64 |
| 10,001 to 100,000 | 854 | 19.40 | 24,493,606 | 11.14 |
| 100,001 to less than 5% of issued shares | 127 | 2.89 | 100,210,450 | 45.57 |
| 5% and above of issued shares | 2 | 0.05 | 82,409,276 | 37.47 |
| **TOTAL** | **4,402** | **100.00** | **219,905,010** | **100.00** |

### Substantial Shareholders
### (Based on the Register of Substantial Shareholders)

| Category | No. of Shares Held | | % of Issued Share Capital | |
|---|---|---|---|---|
| | Direct | Deemed | Direct | Deemed |
| Tay Kim Huat | 51,769,376 | 12,062,072[a] | 23.54 | 5.49 |
| Lim Pei Tiam @ Liam Ahat Kiat | 30,639,900 | 3,374,000[b] | 13.93 | 1.53 |

*Notes:-*
*(a)    Deemed interested by virtue of the shareholding of his spouse and children.*
*(b)    Deemed interested by virtue of the shareholding of his children.*

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                      Annual Report 2018

*Directors' Shareholdings*
*(Based on the Register of Directors' Shareholdings)*

| Category | No. of Shares Held | | % of Issued Share Capital | |
|---|---|---|---|---|
| | Direct | Deemed | Direct | Deemed |
| Tay Kim Huat | 51,769,376 | 12,062,072[a] | 23.54 | 5.49 |
| Lim Pei Tiam @ Liam Ahat Kiat | 30,639,900 | 3,374,000[b] | 13.93 | 1.53 |
| Toh Kim Chong | 7,279,088 | – | 3.31 | – |
| Tay Khim Seng | 3,755,060 | – | 1.71 | – |
| Tay Kim Hau | 250,000 | – | 0.11 | – |
| Boo Chin Liong | 39,000 | – | 0.02 | – |
| Chua Syer Cin | – | – | – | – |

*Notes:-*
(a)  *Deemed interested by virtue of the shareholding of his spouse and children.*
(b)  *Deemed interested by virtue of the shareholding of his children.*

**List Of Top Thirty (30) Largest Shareholders**

| | Names | Shareholding | % |
|---|---|---|---|
| 1 | TAY KIM HUAT | 51,769,376 | 23.54 |
| 2 | LIM PEI TIAM @ LIAM AHAT KIAT | 30,639,900 | 13.93 |
| 3 | DB (MALAYSIA) NOMINEE (ASING) SDN BHD DEUTSCHE BANK AG SINGAPORE FOR PANGOLIN ASIA FUND | 8,952,700 | 4.07 |
| 4 | GOI MUI KHIM | 7,831,000 | 3.56 |
| 5 | TOH KIM CHONG | 7,279,088 | 3.31 |
| 6 | SIM SHEAU YUN | 5,110,430 | 2.32 |
| 7 | LIM PAY KAON | 4,690,900 | 2.13 |
| 8 | CITIGROUP NOMINEES (TEMPATAN) SDN BHD EMPLOYEES PROVIDENT FUND BOARD | 4,406,500 | 2.00 |
| 9 | AMANAHRAYA TRUSTEES BERHAD PUBLIC ISLAMIC OPPORTUNITIES FUND | 3,859,700 | 1.76 |
| 10 | TAY YUAN SEN | 2,876,108 | 1.31 |
| 11 | AMANAHRAYA TRUSTEES BERHAD PB ISLAMIC SMALLCAP FUND | 2,604,100 | 1.18 |

**135**  page

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

# Analysis Of
# Shareholdings
## as at 23 January 2019 (cont'd)

| | Names | Shareholding | % |
|---|---|---|---|
| 12 | TAY KHIM SENG | 2,456,660 | 1.12 |
| 13 | CIMSEC NOMINEES (TEMPATAN) SDN BHD<br>CIMB BANK FOR CHIEW CHIENG SIEW (MK0111) | 2,348,500 | 1.07 |
| 14 | YEO GEK CHENG | 2,330,028 | 1.06 |
| 15 | TAY LI PING | 2,320,500 | 1.06 |
| 16 | TAY LI CHIN | 2,270,448 | 1.03 |
| 17 | TAY LEE THING | 2,263,988 | 1.03 |
| 18 | LU CHIN POH | 1,982,400 | 0.90 |
| 19 | MOHAMMED ARSHAD | 1,654,500 | 0.75 |
| 20 | CIMSEC NOMINEES (TEMPATAN) SDN BHD<br>PLEDGED SECURITIES ACCOUNT FOR CHIEW CHIENG SIEW (KUCHING-CL) | 1,580,700 | 0.72 |
| 21 | SU MING KEAT | 1,490,000 | 0.68 |
| 22 | RHB NOMINEES (TEMPATAN) SDN BHD<br>PLEDGED SECURITIES ACCOUNT FOR CHIEW CHIENG SIEW | 1,358,000 | 0.62 |
| 23 | ALLIANCEGROUP NOMINEES (TEMPATAN) SDN BHD<br>PLEDGED SECURITIES ACCOUNT FOR TAY KHIM SENG | 1,298,400 | 0.59 |
| 24 | CITIGROUP NOMINEES (TEMPATAN) SDN BHD<br>KUMPULAN WANG PERSARAAN (DIPEBADANKAN)(UOB AM SC EQ) | 930,000 | 0.42 |
| 25 | LIM SHU CHIAH | 927,000 | 0.42 |
| 26 | RHB CAPITAL NOMINEES (TEMPATAN) SDN BHD<br>PLEDGED SECURITIES ACCOUNT FOR FONG SILING (CEB) | 800,000 | 0.36 |
| 27 | LIM SIAN MIN | 780,000 | 0.35 |
| 28 | LIM SHU CHUEN | 770,000 | 0.35 |
| 29 | CHA AU PENG | 769,000 | 0.35 |
| 30 | RHB NOMINEES (TEMPATAN) SDN BHD<br>PLEDGED SECURITIES ACCOUNT FOR WONG YEE HUI | 745,800 | 0.34 |
| | Total | 159,095,726 | 72.35 |

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                    Annual Report 2018

# Analysis of Warrantholdings
as at 23 January 2019

*Principal Statistics*

| | | |
|---|---|---|
| Name of Warrants | – | Poh Huat Warrants 2015/2020 |
| No. of Warrants in issue | – | 46,903,027 warrants |
| Exercise Price | – | RM1.00 per ordinary share |
| Expiry Date | – | 21 October 2020 |
| Voting Rights | – | One vote per warrant at any warrantholders' meeting |
| Number of warrantholders | – | 2,408 warrantholders |

*Distribution of Warrantholdings*

| Category | Warrantholders | % | Warrantholdings | % |
|---|---|---|---|---|
| Less than 100 | 427 | 17.73 | 13,842 | 0.03 |
| 100 to 1,000 | 644 | 26.74 | 529,705 | 1.13 |
| 1,001 to 10,000 | 921 | 38.26 | 3,984,313 | 8.49 |
| 10,001 to 100,000 | 362 | 15.03 | 11,372,381 | 24.25 |
| 100,001 to less than 5% of warrants in issue | 51 | 2.12 | 19,000,818 | 40.51 |
| 5% and above of warrants in issue | 3 | 0.12 | 12,001,968 | 25.59 |
| **TOTAL** | **2,408** | **100.0** | **46,903,027** | **100.0** |

**List Of Top Thirty (30) Largest Warrantholdings**

| | Names | Warrantholding | % |
|---|---|---|---|
| 1 | TAY KIM HUAT | 4,813,268 | 10.26 |
| 2 | DB (MALAYSIA) NOMINEE (ASING) SDN BHD<br>Deutsche Bank AG Singapore for Pangolin Asia Fund | 4,188,700 | 8.93 |
| 3 | UOB KAY HIAN NOMINEES (ASING) SDN BHD<br>Exempt AN For UOB Kay Hian Pte Ltd (A/C Clients) | 3,000,000 | 6.40 |
| 4 | RHB NOMINEES (TEMPATAN) SDN BHD<br>Pledged Securities Account For Chiew Chieng Siew | 1,562,000 | 3.33 |
| 5 | MAYBANK NOMINEES (TEMPATAN) SDN BHD<br>Pledged Securities Account For Wong Siew Chan | 1,311,900 | 2.80 |
| 6 | KOH HUI GWEK | 1,224,700 | 2.61 |
| 7 | RHB NOMINEES (TEMPATAN) SDN BHD<br>Pledged Securities Account For Wong Yee Hui | 1,080,800 | 2.30 |
| 8 | CIMSEC NOMINEES (TEMPATAN) SDN BHD<br>CIMB Bank for Chiew Chieng Siew (MK0111) | 890,700 | 1.90 |

**137**  page

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018                                                        Poh Huat Resources Holdings Berhad

# Analysis Of Warrantholdings
## as at 23 January 2019

| | Names | Warrantholding | % |
|---|---|---:|---:|
| 9 | MAYBANK NOMINEES (TEMPATAN) SDN BHD<br>Pledged Securities Account For Foo Yuk Wai | 837,000 | 1.78 |
| 10 | HLB NOMINEE (TEMPATAN) SDN BHD<br>Pledged Securities Account For Wong Yee Hui | 807,500 | 1.72 |
| 11 | GOI MUI KHIM | 800,000 | 1.71 |
| 12 | RHB NOMINEES (TEMPATAN) SDN BHD<br>Pledged Securities Account For Toh Yew Peng | 600,000 | 1.28 |
| 13 | PUBLIC NOMINEES (TEMPATAN) SDN BHD<br>Pledged Securities Account For Chiew Chieng Siew (E-PDG) | 551,100 | 1.17 |
| 14 | ONG KIM WAH | 544,600 | 1.16 |
| 15 | YEO KHEE CHOON | 500,500 | 1.07 |
| 16 | AMANAHRAYA TRUSTEES BERHAD<br>Public Islamic Opportunities Fund | 396,450 | 0.85 |
| 17 | CHIEW CHIENG SIEW | 395,800 | 0.84 |
| 18 | CIMSEC NOMINEES (TEMPATAN) SDN BHD<br>Pledged Securities Account for Chiew Chieng Siew (Kuching-CL) | 378,900 | 0.81 |
| 19 | MAYBANK NOMINEES (TEMPATAN) SDN BHD<br>Pledged Securities Account for Tan Boon Huat | 347,400 | 0.74 |
| 20 | CHAW TECK LONG | 336,000 | 0.72 |
| 21 | AFFIN HWANG NOMINEES (TEMPATAN) SDN BHD<br>Pledged Securities Account for Chu Chee Leong (CHU0198C) | 334,000 | 0.71 |
| 22 | TAY YUAN SEN | 326,027 | 0.70 |
| 23 | TAY LI PING | 320,125 | 0.68 |
| 24 | ANG KAI CHAN | 300,000 | 0.64 |
| 25 | RHB CAPITAL NOMINEES (TEMPATAN) SDN BHD<br>Pledged Securities Account For Toh Yew Peng | 300,000 | 0.64 |
| 26 | CHAW TECK LONG | 297,000 | 0.63 |
| 27 | MAYBANK NOMINEES (ASING) SDN BHD<br>Pledged Securities Account For Rustom Framroze Chothia | 280,000 | 0.60 |
| 28 | ALLIANCEGROUP NOMINEES (TEMPATAN) SDN BHD<br>Pledged Securities Account for Tay Khim Seng | 271,000 | 0.58 |
| 29 | YEO GEK CHENG | 262,507 | 0.56 |
| 30 | MAYBANK NOMINEES (TEMPATAN) SDN BHD<br>Teo Sang Zen | 250,000 | 0.53 |
| | Total | 27,507,977 | 58.65 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                                      Annual Report 2018

# Notice of
# Annual General Meeting

**NOTICE IS HEREBY GIVEN** that the Twenty-First (21st) Annual General Meeting of the Company will be held at Function Room 3, Holiday Inn Melaka in Jalan Syed Abdul Aziz, 75000 Melaka on Monday, 29 April 2019 at 11.00 a.m. for the transaction of the following businesses: -

**AS ORDINARY BUSINESS**

1.  To receive the Audited Financial Statements for the financial year ended 31 October 2018 together with the Reports of the Directors and the Auditors thereon.

2.  To approve the payment of Directors' fees up to RM750,000 for the financial year ending 31 October 2019 payable monthly in arrears after each month of completed service of the Directors during the subject financial year.                                       **(Ordinary Resolution 1)**

3.  To declare a final single-tier dividend of 2 sen per share in respect of the financial year ended 31 October 2018.                                                              **(Ordinary Resolution 2)**

4.  To re-elect the following Directors who retire in accordance with Article 95 of the Company's Articles of Association: -

    •   Mr Tay Kim Huat                                                               **(Ordinary Resolution 3)**
    •   Mr Tay Kim Hau                                                               (**Ordinary Resolution 4)**

5.  To re-appoint Messrs Crowe Malaysia (Formerly known as Crowe Horwath) as Auditors of the Company and to authorise the Directors to determine their remuneration.              **(Ordinary Resolution 5)**

**AS SPECIAL BUSINESS**

To consider and, if thought fit, to pass the following resolutions with or without any modification: -

**AS ORDINARY RESOLUTIONS**

6.  **Continuing in Office as Independent Non-Executive Directors**

    (i)   THAT authority be hereby given to Mr Boo Chin Liong, who has served as an Independent Non-Executive Director of the Company for a cumulative term of more than twelve (12) years, to continue to act as an Independent Non-Executive Director of the Company until the conclusion of the next Annual General Meeting of the Company.               **(Ordinary Resolution 6)**

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

Annual Report 2018                                        Poh Huat Resources Holdings Berhad

# Notice of
# Annual General Meeting (cont'd)

(ii)   THAT authority be hereby given to Mr Chua Syer Cin, who has served as an Independent
Non-Executive Director of the Company for a cumulative term of more than twelve (12)
years, to continue to act as an Independent Non-Executive Director of the Company until
the conclusion of the next Annual General Meeting of the Company.                    **(Ordinary Resolution 7)**

7.   **Share Buy-Back Mandate**

"THAT subject always to the Companies Act 2016 ("the Act"), the Memorandum and Articles of
Association of the Company, the Main Market Listing Requirements ("Listing Requirements")
of Bursa Malaysia Securities Berhad's ("Bursa Securities") and all other applicable laws,
regulations and guidelines, the Directors of the Company be hereby given full authority, to
allocate an amount not exceeding the total available retained profits of the Company based
on its latest audited financial statements available up to the date of the transaction for the
purpose of and to purchase such amount of ordinary shares in the Company ("Shares") as
may be determined by the Directors of the Company from time to time through the Bursa
Securities as the Directors may deem fit and in the best interest of the Company provided
that the aggregate number of Shares to be purchased and/or held as treasury shares
pursuant to this resolution does not exceed ten percentum (10%) of the issued and paid-up
share capital of the Company (excluding treasury shares) at any point in time;

AND THAT, upon the purchase by the Company of its own Shares, the Directors of the Company
be hereby authorised to retain such shares so purchased as treasury shares or cancel the
shares so purchased or retain part of the shares so purchased as treasury shares and
cancel the remainder AND THAT The Directors of the Company be hereby authorised to
distribute the treasury shares as dividends to the shareholders of the Company and/or
resell the treasury shares on Bursa Securities in accordance with the relevant rules of
Bursa Securities or subsequently cancel the treasury shares or any combination thereof;

AND THAT such approval and authorization shall be effective immediately upon the passing
of this resolution and continue to be in force until:-

a.   the conclusion of the next Annual General Meeting of the Company, at which time it will
lapse, unless by a resolution passed at the meeting, the authority is renewed;
b.   the expiration of the period within which the next Annual General Meeting is required to
be held pursuant to Section 340(2) of the Act (but shall not extend to such extension as
may be allowed pursuant to Section 340(4) of the Act); or
c.   revoked or varied by resolution passed by the shareholders in a general meeting;

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                   Annual Report 2018

whichever occurs first, but not so as to prejudice the completion of purchase(s) by the Company before the aforesaid expiry date and, in any event, in accordance with the provisions of the guidelines issued by Bursa Securities and any prevailing laws, rules, regulations, orders, guidelines and requirements issued by any relevant authorities;

AND FURTHER THAT the Directors of the Company be hereby authorised to do all such acts and things (including, without limitation executing all such documents as may be required) as they may consider expedient or necessary to give effect to this mandate."                    **(Ordinary Resolution 8)**

**AS SPECIAL RESOLUTION**

8.   **Proposed Adoption of New Constitution**

"THAT approval be hereby given to the Company to revoke the existing Memorandum and Articles of Association of the Company with immediate effect and in place thereof, the proposed new constitution of the Company be hereby adopted as the Constitution of the Company AND THAT the Directors of the Company be hereby authorised to assent to any modifications, variations and/or amendments as may be required by the relevant authorities and to do all acts and things and take all such steps as may be considered necessary to give full effect to the foregoing."                                                       **(Special Resolution 1)**

9.   To transact any other ordinary business of which due notice shall have been given.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Annual Report 2018                                                  Poh Huat Resources Holdings Berhad

# Notice of
# Entitlement Date and Dividend Payment

**NOTICE IS ALSO HEREBY GIVEN THAT** the proposed final single-tier dividend of 2 sen per share in respect of the financial year ended 31 October 2018, if approved, will be paid on 29 May 2019 to depositors registered in the Record of Depositors of the Company at the close of business on 14 May 2019.

A depositor shall qualify for entitlement only in respect of:-

(a)   Shares transferred into the Depositor's Securities Account before 4.00 p.m. on 14 May 2019 in respect of ordinary transfers; or

(b)   Shares bought on the Bursa Securities on a cum entitlement basis according to the Rules of the Bursa Securities .

**BY ORDER OF THE BOARD**

Pang Kah Man
(MIA 18831)
Company Secretary

Muar, Johor Darul Takzim
28 February 2019

*Notes:-*

1.   *A member shall be entitled to appoint another person as his/her proxy to exercise all or any of his/her rights to attend, participate, speak and vote in his/her stead pursuant to Section 334 of the Act. There shall be no restriction as to the qualification of the proxy.*

2.   *The instrument appointing a proxy and the power of attorney or other authority, if any, under which it is signed or a notarially certified copy of that power of attorney, must be deposited at the Registered Office of the Company at No. 2 (1st Floor), Jalan Marin, Taman Marin, Jalan Haji Abdullah, 84000 Muar, Johor Darul Takzim not less than twenty-four (24) hours before the time appointed for holding this meeting or any adjournment thereof as Paragraph 8.29A(1) of the Listing Requirements of Bursa Securities requires all resolutions set out in the Notice of 21st Annual General Meeting to vote by way of poll.*

3.   *In the event the member(s) duly executes the form of proxy but does not name any proxy, such member(s) shall be deemed to have appointed the Chairman of the Meeting as his/their proxy, provided always that the rest of the form of proxy, other than the particulars of the proxy, have been duly completed by the member(s).*

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                    Annual Report 2018

4.   *Where a member appoints more than one (1) proxy, the appointment shall be invalid unless he/she specifies the proportion of his/her shareholdings to be represented by each proxy.*

5.   *If the appointer is a corporation, the instrument must be executed under its Common Seal or under the hand of an attorney so authorised.*

6.   *Where a member of the Company is an Exempt Authorised Nominee which holds ordinary shares in the Company for multiple beneficial owners in one securities account ("Omnibus Account"), there is no limit to the number of proxies which the Exempted Authorised Nominee may appoint in respect of each Omnibus Account it holds.*

7.   *Only depositors whose names appear in the Register of Depositors as at 23 April 2019 shall be entitled to attend in person or appoint proxies to attend and/or vote on their behalf at the 21st Annual General Meeting.*

**Explanatory Notes to the Agenda**

8.   **Item No. 1 of the Agenda**
     **Audited Financial Statements**

     *This Agenda item is meant for discussion only as provision of Section 340(1)(a) of the Act does not require a formal approval of the shareholders and hence, is not put forward for voting.*

9.   **Item No. 2 of the Agenda**
     **Approval of Directors' fees for the financial year ending 31 October 2019**

     *Directors' fees approved for the financial year ended 31 October 2018 was RM493,500. The Directors' fees proposed for the financial year ending 31 October 2019 are calculated based on the number of scheduled Board and Committee Meetings for 2019 and assuming that all Non-Executive Directors will hold office until the conclusion of the next Annual General Meeting.*

     *The proposed Ordinary  Resolution 1 is to facilitate payment of Directors' fees on current financial year basis. In the event the Directors' fees proposed are insufficient (e.g. due to more meetings), approval will be sought at the next Annual General Meeting for additional fees to meet the shortfall.*

10.  **Item No. 6 of the Agenda**
     **Continuing in Office as Independent Non-Executive Directors**

     *The proposed Ordinary Resolutions 6 & 7 relate to the approval by shareholders for the named directors to continue in office as Independent Non-Executive Directors. The Board has assessed the independence of each of the directors who has served as Independent Non-Executive Directors of the Company for a cumulative term of more than twelve (12) years. The Board is satisfied that each of these directors has met the independence guidelines as set out in Chapter 1 of the Listing Requirements. The length of their service does not interfere with their ability and exercise of independent judgement as Independent Directors. Therefore, the Board has recommended that the approval of the shareholders be sought through a two-tier voting process for the continuing of office of Mr Boo Chin Liong and Mr Chua Syer Cin as Independent Non-Executive Directors of the Company.*

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Annual Report 2018                                                          Poh Huat Resources Holdings Berhad

# Notice of
# Entitlement Date and Dividend Payment (cont'd)

**11.  Item No. 7 of the Agenda**
     **Share Buy-Back Mandate**

The proposed Ordinary Resolution 8, if passed, will empower the Directors to purchase Shares in the Company up to an amount not exceeding ten percentum (10%) of the issued and paid-up share capital of the Company (excluding treasury shares) as they consider would be in the interest of the Company. Further details on the Share Buy-Back Mandate are provided in the Part A of Circular to Shareholders dated 28 February 2019.

**12.  Item No. 8 of the Agenda**
     **Proposed Adoption of New Constitution**

The proposed Special Resolution 1, if passed, will align the Constitution of the Company with the Act which came into force on 31 January 2017, the updated provisions of the Listing Requirements of Bursa Securities and the prevailing statutory and regulatory requirements as well as to provide clarity and consistency with the amendments that may arise from the Act and the Listing Requirements. Please refer to Part B of the Circular to Shareholders dated 28 February 2019 for further information.

**13.  Personal data privacy**

By submitting an instrument appointing a proxy(ies) and/or representative(s) to attend, speak and vote at the Company's 21st Annual General Meeting and/or any adjournment thereof, a member of the Company:

(i)    consents to the collection, use and disclosure of the member's personal data by the Company (or its agents) for the purpose of the processing and administration by the Company (or its agents) of proxies and representatives appointed for the 21st Annual General Meeting (including any adjournment thereof) and the preparation and compilation of the attendance lists, minutes and other documents relating to the 21st Annual General Meeting (including any adjournment thereof), and in order for the Company (or its agents) to comply with any applicable laws, listing rules, regulations and/or guidelines (collectively, the "Purposes"),

(ii)   warrants that where the member discloses the personal data of the member's proxy(ies) and/or representative(s) to the Company (or its agents), the member has obtained the prior consent of such proxy(ies) and/or representative(s) for the collection, use and disclosure by the Company (or its agents) of the personal data of such proxy(ies) and/or representative(s) for the Purposes, and

(iii)  agrees that the member will indemnify the Company in respect of any penalties, liabilities, claims, demands, losses and damages as a result of the member's breach of warranty.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

Poh Huat Resources Holdings Berhad                                                    Annual Report 2018

# Statement Accompanying
# Notice Of Annual General Meeting

**Details of Individuals Standing for Election as Directors**

(Pursuant to Paragraph 8.27(2) of the Listing Requirements of Bursa Securities)

No individual is seeking election as a Director at the 21st Annual General Meeting of the Company.

**145**  page

This page has been intentionally left blank

Barcode:3886453-01 A-570-106 INV - Investigation  -



# Form of Proxy

**AT OFFICE SYSTEM®**

**POH HUAT RESOURCES HOLDINGS BERHAD** 443169-X

I/We _____

of _____

being member/members of **POH HUAT RESOURCES HOLDINGS BERHAD**, hereby appoint

_____

of _____

or failing him, _____

of _____

as my/our proxy to vote on my/our behalf at the 21st Annual General Meeting of the Company to be held at Function Room 3, Holiday Inn Melaka in Jalan Syed Abdul Aziz, 75000 Melaka on Monday, 29 April 2019 at 11.00 a.m. and at every adjournment thereof, and to vote as indicated below: -

| No. | Ordinary Resolutions | For | Against |
|-----|----------------------|-----|---------|
| 1 | Payment of Directors' Fees for the financial year ending 31 October 2019 | | |
| 2 | Declaration of a final single-tier dividend of 2 sen per share | | |
| 3 | Re-election of Mr Tay Kim Huat as Director | | |
| 4 | Re-election of Mr Tay Kim Hau as Director | | |
| 5 | Re-appointment of Crowe Malaysia PLT as Auditors | | |
| 6 | Retention of as Mr Boo Chin Liong as Independent Director | | |
| 7 | Retention of Mr Chua Syer Cin as Independent Director | | |
| 8 | Share Buy-Back Mandate | | |
| **No.** | **Special Resolution** | | |
| 1 | Proposed Adoption of New Constitution | | |

Please indicate with [✓] how you wish your votes to be cast. (Unless otherwise instructed, the proxy may vote as he/she thinks fit). If no specific direction as to voting is given, the proxy will vote or abstain at his/her discretion.

For appointment of two (2) proxies, percentage of shareholdings to be represented by each proxy is as follow:

| | NRIC No./Passport No. | No. of Shares held | Percentage |
|---------|-----------------------|--------------------|------------|
| Proxy 1 | | | |
| Proxy 2 | | | |
| Total | | | 100% |

| CDS Account No. | |
|-----------------|--|
| Number of Shares held | |

Dated this _____ day of _____ 2019

_____
Signature of Shareholder(s) or Common Seal

**Notes:**

1. *A member shall be entitled to appoint another person as his/her proxy to exercise all or any of his/her rights to attend, participate, speak and vote in his/her stead pursuant to Section 334 of the Companies Act 2016 ("the Act"). There shall be no restriction as to the qualification of the proxy.*

2. *The instrument appointing a proxy and the power of attorney or other authority, if any, under which it is signed or a notarially certified copy of that power of attorney, must be deposited at the Registered Office of the Company at No. 2 (1st Floor), Jalan Marin, Taman Marin, Jalan Haji Abdullah, 84000 Muar, Johor Darul Takzim not less than twenty-four (24) hours before the time appointed for holding this meeting or any adjournment thereof as Paragraph 8.29A(1) of the Main Market Listing Requirements of Bursa Malaysia Securities Berhad requires all resolutions set out in the Notice of 21st Annual General Meeting to vote by way of poll.*

3. *In the event the member(s) duly executes the form of proxy but does not name any proxy, such member(s) shall be deemed to have appointed the Chairman of the Meeting as his/their proxy, provided always that the rest of the form of proxy, other than the particulars of the proxy, have been duly completed by the member(s).*

4. *Where a member appoints more than one (1) proxy, the appointment shall be invalid unless he/she specifies the proportion of his/her shareholdings to be represented by each proxy.*

5. *If the appointer is a corporation, the instrument must be executed under its Common Seal or under the hand of an attorney so authorised.*

6. *Where a member of the Company is an Exempt Authorised Nominee which holds ordinary shares in the Company for multiple beneficial owners in one securities account ("Omnibus Account"), there is no limit to the number of proxies which the Exempted Authorised Nominee may appoint in respect of each Omnibus Account it holds.*

7. *Only depositors whose names appear in the Register of Depositors as at 23 April 2019 shall be entitled to attend in person or appoint proxies to attend and/or vote on their behalf at the 21st Annual General Meeting.*

8. *By submitting the duly executed proxy form, the member and his/her proxy consent to the Company (and/or its agents/service providers) collecting, using and disclosing the personal data therein in accordance with the Personal Data Protection Act 2010 for the purpose of the 21st Annual General Meeting and any adjournment thereof.*

*Please fold here*

STAMP/SETEM

Registered Office / Pejabat Berdaftar
**POH HUAT RESOURCES HOLDINGS BERHAD**
(Company No. : 443169-X)

No. 2 (1st Floor), Jalan Marin,
Taman Marin, Jalan Haji Abdullah, Sungai Abong,
84000 Muar,
Johor Darul Takzim.

*Please fold here*

Barcode:3886453-01 A-570-106 INV - Investigation  -

**Poh Huat Resources Holdings Berhad** (443169-X)

Plo 1, Jalan Raja, Kawasan Perindustrian Bukit Pasir, Mukim Sungai Raya,
84300 Bukit Pasir, Muar, Johor Darul Takzim, Malaysia

**Tel** : +6-06-985 9688
**Fax** : +6-06-985 9588
**Email** : atoffice@pohhuat.com

**www.pohhuat.com**

POH HUAT

Barcode:3886453-01 A-570-106 INV - Investigation  -

HOME          ABOUT          PRODUCT ⌄          NEWS & EVENTS          CAREER          E-CATALOGUE

CONTACT          CORPORATE INFORMATION ⌄

Thursday, 27 July 2017 07:02

# Home - MP1



*[ **MP1** Series ]*



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

## POH HUAT

HOME       ABOUT       PRODUCT ⌄       NEWS & EVENTS       CAREER       E-CATALOGUE

CONTACT       CORPORATE INFORMATION ⌄





Barcode:3886453-01 A-570-106 INV - Investigation  -

POH HUAT

HOME          ABOUT          PRODUCT ⌄          NEWS & EVENTS          CAREER          E-CATALOGUE

CONTACT          CORPORATE INFORMATION ⌄





POH HUAT

Barcode:3886453-01 A-570-106 INV - Investigation -

HOME     ABOUT     PRODUCT ⌄     NEWS & EVENTS     CAREER     E-CATALOGUE

CONTACT     CORPORATE INFORMATION ⌄





Barcode:3886453-01 A-570-106 INV - Investigation  -

# POH HUAT

HOME     ABOUT     PRODUCT ⌄     NEWS & EVENTS     CAREER     E-CATALOGUE

CONTACT     CORPORATE INFORMATION ⌄





POH HUAT

Barcode:3886453-01 A-570-106 INV - Investigation  -

HOME       ABOUT       PRODUCT ⌄       NEWS & EVENTS       CAREER       E-CATALOGUE

CONTACT       CORPORATE INFORMATION ⌄



Read more...

Saturday, 27 September 2014 07:04

# Home - 1310



## [ **1310** *Series* ]

Always classical, always inspiring! Louise Philippe Style...
Presented in a timeless finish, this bed suite features classic
touches like antiqued finished prevailing hardware and a
sleigh bed design contains storage at Footboard.
A mirror with all-wood moulding above the dresser
completes the sharpen up look.



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

POH HUAT

Barcode:3886453-01 A-570-106 INV - Investigation  -

HOME     ABOUT     PRODUCT ⌄     NEWS & EVENTS     CAREER     E-CATALOGUE

CONTACT     CORPORATE INFORMATION ⌄



Read more...

Monday, 29 September 2014 00:12

# Home - Cristallo



*[* **Cristallo** *Home ]*

Experience the entirely unique furniture of artistic iron frame aestheticall designed for you!

_____



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

POH HUAT      Barcode:3886453-01 A-570-106 INV - Investigation -

HOME      ABOUT      PRODUCT ⌄      NEWS & EVENTS      CAREER      E-CATALOGUE

CONTACT      CORPORATE INFORMATION ⌄





Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

POH HUAT     Barcode:3886453-01 A-570-106 INV - Investigation   -

HOME     ABOUT     PRODUCT ⌄     NEWS & EVENTS     CAREER     E-CATALOGUE

CONTACT     CORPORATE INFORMATION ⌄



Read more...

Saturday, 27 September 2014 06:44

## Home - B1388MR



*[ **B1388** Series ]*

Another stunning traditional bedroom Collection...
The bed's rolling headboard with inlaid panels is an classy
example of timeless sleigh bed, containing two convenient
drawers at the footboard paneled.
Each piece blends superior craftsmanship and the finest
materials, making any home a retreat to be enjoyed for years
to come.

_____



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

POH HUAT

Barcode:3886453-01 A-570-106 INV - Investigation  -

HOME    ABOUT    PRODUCT ⌄    NEWS & EVENTS    CAREER    E-CATALOGUE

CONTACT    CORPORATE INFORMATION ⌄



Read more...

Saturday, 27 September 2014 06:45

## Home - 1311 & 1312



*[* **1311 & 1312** *Series ]*

With its exotic combination of materials, the elegance of this bedroom suite evokes the fine craftmanship.

The old world styling is evident in every fluted carving and carving details. The rich Cherry finish, antiqued door-knocker pulls and Cherry veneers complete the majestic look.

The gorgeous bed is the centerpiece, with dark exquisite brown finish - rich and classy, yet with cozy sleeping atmosphere.

_____

↑

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

POH HUAT

Barcode:3886453-01 A-570-106 INV - Investigation  -

HOME     ABOUT     PRODUCT ⌄     NEWS & EVENTS     CAREER     E-CATALOGUE

CONTACT     CORPORATE INFORMATION ⌄



Read more...

Monday, 29 September 2014 18:55

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved



POH HUAT     Barcode:3886453-01 A-570-106 INV - Investigation -

HOME     ABOUT     PRODUCT ⌄     NEWS & EVENTS     CAREER     E-CATALOGUE

CONTACT     CORPORATE INFORMATION ⌄

Read more...

Saturday, 27 September 2014 06:46

## Home - 1305BR



*[ 1305 Series ]*

Sleek padded bed complements with stylish casegoods piece, glistening metal drawer pulls
and a warm brown cherry finish give this cultured bed the perfect finishing touch.

_____



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation -

POH HUAT

HOME     ABOUT     PRODUCT ⌄     NEWS & EVENTS     CAREER     E-CATALOGUE

CONTACT     CORPORATE INFORMATION ⌄



Read more...

---

Saturday, 27 September 2014 06:46

## Home - 1306



*[1306 Series ]*

**1306** is offering in 3 colors, **Black**, **White** and **Cherry** Louvered details throughout bring up to date cottage design.
The ring pulls garnish the drawers and dresser's doors, and converse pyramid feet enhance the casual yet gracious look.

---



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

POH HUAT

Barcode:3886453-01 A-570-106 INV - Investigation   -

HOME      ABOUT      PRODUCT ⌄      NEWS & EVENTS      CAREER      E-CATALOGUE

CONTACT      CORPORATE INFORMATION ⌄





Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -

# POH HUAT

HOME      ABOUT      PRODUCT ⌄      NEWS & EVENTS      CAREER      E-CATALOGUE

CONTACT      CORPORATE INFORMATION ⌄



Read more...

Copyright © 2014. Poh Huat. All rights reserved

Compatible Browser : Mozilla , Chrome , Safari

Developed by Poh Huat



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

**POH HUAT**    Barcode:3886453-01 A-570-106 INV - Investigation -

# PRODUCTS

---

Thursday, 27 July 2017 07:24

## Office - MP3



[ **MP3** *Series* ]

---

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -



Barcode:3886453-01 A-570-106 INV - Investigation  -



Barcode:3886453-01 A-570-106 INV - Investigation  -



Barcode:3886453-01 A-570-106 INV - Investigation  -



Barcode:3886453-01 A-570-106 INV - Investigation -



Barcode:3886453-01 A-570-106 INV - Investigation  -



Barcode:3886453-01 A-570-106 INV - Investigation  -



Barcode:3886453-01 A-570-106 INV - Investigation  -



Barcode:3886453-01 A-570-106 INV - Investigation  -



Barcode:3886453-01 A-570-106 INV - Investigation  -



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation   -



Barcode:3886453-01 A-570-106 INV - Investigation  -



Barcode:3886453-01 A-570-106 INV - Investigation -

Read more...

Thursday, 27 July 2017 07:02

# Home - MP1



*[ **MP1** Series ]*

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -



Barcode:3886453-01 A-570-106 INV - Investigation -



Barcode:3886453-01 A-570-106 INV - Investigation  -



Barcode:3886453-01 A-570-106 INV - Investigation  -



Barcode:3886453-01 A-570-106 INV - Investigation -

Read more...

---

Thursday, 27 July 2017 04:05

## Office - PX9



[ **PX9** *Series* ]

---

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-01 A-570-106 INV - Investigation  -



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved



Barcode:3886453-01 A-570-106 INV - dhongingat.com -



Barcode:3886453-01 A-570-106 INV - Investigation  -



Read more...

Copyright © 2014. Poh Huat. All rights reserved

Developed by Poh Huat

Compatible Browser : Mozilla , Chrome , Safari

# Exhibit SV2-5

# Poh Huat Furniture YE October 2018 Financial Statement

**Prelodgement Collection Slip**

UserID                      mfairul (B)
Lodgement Reference No      RGC1902201301522
Lodging Reference No        RGC1902201301522
Entity No                   242128- X    POH HUAT FURNITURE INDUST
Document(s) to Registration

Barcode:3886453-01 A-570-

| SNG | Form Type | Doc Date | Event Date | Received Date |
| 5 | 557 | 31/10/2018 | 15/02/2019 | 19/02/2019 |

POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.
JR19022019104015
19/2/2019      2:35:43 PM
104    mfairul

242128-X , APP-CIU-FINANCIAL STATEMENT CA      50.00
2016 (PRIVATE LIMITED)

# POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.

(Incorporated in Malaysia)

Company No. : 242128 - X

## FINANCIAL REPORT
for the financial year ended 31 October 2018

These Financial Statements and Reports of
the Company with Qualified / Unqualified
Auditors' Report for the financial *year /
period ended 31 October 2018 were
circulated on 15 February 2019.



_____
PANG KAH MAN (f) (MIA 18831)
Secretary



SM120918465427

SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
Barcode:3886453-01 A-570-106 INV - Investigation -
(Incorporated in Malaysia)
Company No. : 242128 - X

## TABLE OF CONTENTS

|  | Page |
|---|---|
| Directors' Report | 1-5 |
| Statement by Directors | 6 |
| Statutory Declaration | 6 |
| Independent Auditors' Report | 7-9 |
| Statement of Financial Position | 10 |
| Statement of Profit or Loss and Other Comprehensive Income | 11 |
| Statement of Changes in Equity | 12 |
| Statement of Cash Flows | 13-14 |
| Notes to the Financial Statements | 15-57 |



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47
Mailed By: dhahar@dhlaw.com Filed Date: 9/3/19 3:42 PM Submission Status: Approved

Tel: 03-2299 4400        Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

## DIRECTORS' REPORT

The directors hereby submit their report and the audited financial statements of the Company for the financial year ended 31 October 2018.

### PRINCIPAL ACTIVITIES

The Company is principally engaged in the businesses of manufacturing and sale of furniture and investment holding. The principal activity of the subsidiary is set out in Note 8 to the financial statements. There have been no significant changes in the nature of these activities during the financial year.

### RESULTS

|  | RM |
|---|---|
| Profit after tax for the financial year | 24,422,199 |

### DIVIDENDS

Dividends paid or declared by the Company since 31 October 2017 are as follows:

An interim single tier dividend of RM 0.58 per ordinary share amounting to RM 26,100,000 in respect of the financial year ended 31 October 2018 was paid on 22 October 2018.

The directors do not recommend the payment of any further dividends for the financial year.

### RESERVES AND PROVISIONS

There were no material transfers to or from reserves or provisions during the financial year.

### ISSUES OF SHARES AND DEBENTURES

During the financial year:

(a)    there were no changes in the issued and paid-up share capital of the Company; and

(b)    there were no issues of debentures by the Company.

### OPTIONS GRANTED OVER UNISSUED SHARES

During the financial year, no options were granted by the Company to any person to take up any unissued shares in the Company.



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Tel: 03-2299 4400        Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

## DIRECTORS' REPORT

### BAD AND DOUBTFUL DEBTS

Before the financial statements of the Company were made out, the directors took reasonable steps to ascertain that action had been taken in relation to the writing off of bad debts and the making of allowance for impairment losses on receivables, and satisfied themselves that there are no known bad debts and that no allowance for impairment losses on receivables is required.

At the date of this report, the directors are not aware of any circumstances that would require the writing off of bad debts, or the allowance for impairment losses on receivables in the financial statements of the Company.

### CURRENT ASSETS

Before the financial statements of the Company were made out, the directors took reasonable steps to ensure that any current assets, which were unlikely to be realised in the ordinary course of business, including their value as shown in the accounting records of the Company, have been written down to an amount which they might be expected so to realise.

At the date of this report, the directors are not aware of any circumstances which would render the values attributed to the current assets in the financial statements misleading.

### VALUATION METHODS

At the date of this report, the directors are not aware of any circumstances which have arisen which render adherence to the existing methods of valuation of assets or liabilities of the Company misleading or inappropriate.

### CONTINGENT AND OTHER LIABILITIES

At the date of this report, there does not exist:

(a)     any charge on the assets of the Company that has arisen since the end of the financial year which secures the liabilities of any other person; or

(b)     any contingent liability of the Company which has arisen since the end of the financial year.

No contingent or other liability of the Company has become enforceable or is likely to become enforceable within the period of twelve months after the end of the financial year which, in the opinion of the directors, will or may substantially affect the ability of the Company to meet its obligations when they fall due.

### CHANGE OF CIRCUMSTANCES

At the date of this report, the directors are not aware of any circumstances not otherwise dealt with in this report or the financial statements of the Company which would render any amount stated in the financial statements misleading.

Page 2



Tel: 03-2299 4400          Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

## DIRECTORS' REPORT

### ITEMS OF AN UNUSUAL NATURE

The results of the operations of the Company during the financial year were not, in the opinion of the directors, substantially affected by any item, transaction or event of a material and unusual nature.

There has not arisen in the interval between the end of the financial year and the date of this report any item, transaction or event of a material and unusual nature likely, in the opinion of the directors, to affect substantially the results of the operations of the Company for the financial year in which this report is made.

### DIRECTORS

The names of directors of the Company who served during the financial year and up to the date of this report are as follows:

Tay Kim Huat
Tay Kim Hau

The names of directors of the Company's subsidiary who served during the financial year until the date of this report are similar to those disclosed above.

### DIRECTORS' INTERESTS

By virtue of the Company being a wholly-owned subsidiary of Poh Huat Resources Holdings Berhad, the directors' interests in the shares of the Company and its related corporations, as required by Section 59 of the Companies Act 2016 to be disclosed in the directors' report are deemed to have been complied with as such interests are disclosed in the directors' report of the ultimate holding company.

### DIRECTORS' BENEFITS

Since the end of the previous financial year, no director has received or become entitled to receive any benefit (other than a benefit included in the aggregate amount of remuneration received or due and receivable by directors shown in the financial statements or the fixed salary of a full-time employee of the Company or related corporations) by reason of a contract made by the Company or a related corporation with the director or with a firm of which the director is a member, or with a company in which the director has a substantial financial interest except for any benefits which may be deemed to arise from transactions entered into in the ordinary course of business with companies in which certain directors have substantial financial interests as disclosed in Note 23 to the financial statements.

Neither during nor at the end of the financial year was the Company a party to any arrangements whose object is to enable the directors to acquire benefits by means of the acquisition of shares in or debentures of the Company or any other body corporate.

### DIRECTOR'S REMUNERATION

The details of the director's remuneration paid or payable to the directors of the Company during the financial year are disclosed in Note 17 to the financial statements.

Page 3



**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

## DIRECTORS' REPORT

### INDEMNITY AND INSURANCE COST

During the financial year, there is no indemnity given to or professional indemnity insurance effected for directors, officers or auditors of the Company.

### SUBSIDIARY

The details of the Company's subsidiary are disclosed in Note 8 to the financial statements.

### SIGNIFICANT EVENT DURING THE FINANCIAL YEAR

The significant event during the financial year is disclosed in Note 26 to the financial statements.

### HOLDING COMPANY

The Company is a wholly-owned subsidiary of Poh Huat Resources Holdings Berhad, a public company incorporated in Malaysia and listed on Bursa Malaysia Securities Berhad, which is also regarded by the directors as the ultimate holding company.

Page 4



UserID: asalzman18          Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. 242128 - X

## DIRECTORS' REPORT

### AUDITORS

The auditors, Crowe Malaysia PLT (converted from a conventional partnership, Crowe Malaysia which was previously known as Crowe Horwath), have expressed their willingness to continue in office.

The auditors' remuneration are disclosed in Note 19 to the financial statements.

Signed in accordance with a resolution of the directors dated **2 8 JAN 2019**

Tay Kim Huat

Tay Kim Hau

Page 5



UserID: asalzman18               Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Filed By: hhaber@dhlaw.com  Filed Date: 9/3/19 3:42 PM  Submission Status: Approved

Tel: 03-2299 4400        Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

## STATEMENT BY DIRECTORS
### PURSUANT TO SECTION 251(2) OF THE COMPANIES ACT 2016

We, Tay Kim Huat and Tay Kim Hau, being two of the directors of Poh Huat Furniture Industries (M) Sdn. Bhd., state that, in the opinion of the directors, the financial statements set out on pages 10 to 57 are drawn up in accordance with Malaysian Financial Reporting Standards, International Financial Reporting Standards and the requirements of the Companies Act 2016 in Malaysia so as to give a true and fair view of the financial position of the Company as of 31 October 2018 and of its financial performance and cash flows for the financial year ended on that date.

Signed in accordance with a resolution of the directors dated **2 8 JAN 2019**

**Tay Kim Huat**                                                                                        **Tay Kim Hau**

## STATUTORY DECLARATION
### PURSUANT TO SECTION 251(1)(b) OF THE COMPANIES ACT 2016

I, Tay Kim Huat, being the director primarily responsible for the financial management of Poh Huat Furniture Industries (M) Sdn. Bhd., do solemnly and sincerely declare that the financial statements set out on pages 10 to 57 are, to the best of my knowledge and belief, correct and I make this solemn declaration conscientiously believing the declaration to be true, and by virtue of the Statutory Declarations Act 1960.

Subscribed and solemnly declared by the abovementioned
Tay Kim Huat at Muar in the State of Johor Darul Takzim on
this **2 8 JAN 2019**



No. J 238
LIM PEI LING
BC/L/1464
1.1.2019 - 31.12.2021

PESURUHJAYA SUMPAH
MALAYSIA

Before me                                                                                           **Tay Kim Huat**

Commissioner for Oaths

No. 2-2 (Tingkat Atas),
Jalan Abdullah,
84000 Muar, Johor.

Page 6

SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019         Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47
Tel: 03-2299 4400        Fax: 03-2299 4411

Barcode:3886453-01 A-570-106 INV - Investigation

**Crowe**

Crowe Malaysia PLT
(LLP0016817-LCA & AF 1018)
Chartered Accountants

8, Jalan Pesta 1/1
Taman Tun Dr. Ismail 1, Jalan Bakri
84000 Muar, Johor
Malaysia

Main  +6 06 9524 328
Fax  +6 06 9527 328
info.muar@crowe.my
www.crowe.my

**INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF
POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

## REPORT ON THE AUDIT OF THE FINANCIAL STATEMENTS

### Opinion

We have audited the financial statements of Poh Huat Furniture Industries (M) Sdn. Bhd., which comprise the statement of financial position as at 31 October 2018, and the statement of profit or loss and other comprehensive income, statement of changes in equity and statement of cash flows for the financial year then ended, and notes to the financial statements, including a summary of significant accounting policies, as set out on pages 10 to 57.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 October 2018, and of its financial performance and its cash flows for the financial year then ended in accordance with Malaysian Financial Reporting Standards, International Financial Reporting Standards and the requirements of the Companies Act 2016 in Malaysia.

### Basis for Opinion

We conducted our audit in accordance with approved standards on auditing in Malaysia and International Standards on Auditing. Our responsibilities under those standards are further described in the *Auditors' Responsibilities for the Audit of the Financial Statements* section of our report. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

### Independence and Other Ethical Responsibilities

We are independent of the Company in accordance with the *By-Laws (on Professional Ethics, Conduct and Practice)* of the Malaysian Institute of Accountants ("By-Laws") and the International Ethics Standards Board for Accountants' *Code of Ethics for Professional Accountants* ("IESBA Code"), and we have fulfilled our other ethical responsibilities in accordance with the By-Laws and the IESBA Code.

### Information Other than the Financial Statements and Auditors' Report Thereon

The directors of the Company are responsible for the other information. The other information comprises the Directors' Report but does not include the financial statements of the Company and our auditors' report thereon.

Our opinion on the financial statements of the Company does not cover the Directors' Report and we do not express any form of assurance conclusion thereon.

In connection with our audit of the financial statements of the Company, our responsibility is to read the Directors' Report and, in doing so, consider whether the Directors' Report is materially inconsistent with the financial statements of the Company or our knowledge obtained in the audit or otherwise appears to be materially misstated.

If, based on the work we have performed, we conclude that there is a material misstatement of the Directors' Report, we are required to report that fact. We have nothing to report in this regard.

Crowe Malaysia PLT (LLP0016817-LCA & AF 1018) was registered on 2 January 2019 and with effect from that date, Crowe Malaysia (AF 1018) which was formerly known as Crowe Horwath (AF 1018), a conventional partnership was converted to a limited liability partnership.

Crowe Malaysia PLT is a member of Crowe Global, a Swiss verein. Each member firm of Crowe Global is a separate and independent legal entity. Crowe Malaysia PLT and its affiliates are not responsible or liable for any acts or omissions of Crowe Global or any other member of Crowe Global. Crowe Global does not render any professional services and does not have an ownership or partnership interest in Crowe Malaysia PLT.

© 2010 Crowe Malaysia PLT

Page 7



Barcode:3886453-01 A-570-106 INV - Investigation -

**INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF
POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD. (CONT'D)**
(Incorporated in Malaysia)
Company No. : 242128 - X

**Responsibilities of the Directors for the Financial Statements**

The directors of the Company are responsible for the preparation of financial statements of the Company that give a true and fair view in accordance with Malaysian Financial Reporting Standards, International Financial Reporting Standards and the requirements of the Companies Act 2016 in Malaysia. The directors are also responsible for such internal control as the directors determine is necessary to enable the preparation of financial statements of the Company that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements of the Company, the directors are responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the directors either intend to liquidate the Company or to cease operations, or have no realistic alternative but to do so.

**Auditors' Responsibilities for the Audit of the Financial Statements**

Our objectives are to obtain reasonable assurance about whether the financial statements of the Company as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with approved standards on auditing in Malaysia and International Standards on Auditing will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with approved standards on auditing in Malaysia and International Standards on Auditing, we exercise professional judgement and maintain professional scepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements of the Company, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.

- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the directors.

Page 8



UserID: asalzman18          Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47
Filed By: shaher@dhlaw.com Filed Date: 2/3/19 3:42 PM Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

Barcode:3886453-01 A-570-106 INV - Investigation  -

**INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF**
**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD. (CONT'D)**
(Incorporated in Malaysia)
Company No. : 242128 - X

**Auditors' Responsibilities for the Audit of the Financial Statements (Cont'd)**

- Conclude on the appropriateness of the directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements of the Company or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.

- Evaluate the overall presentation, structure and content of the financial statements of the Company, including the disclosures, and whether the financial statements of the Company represent the underlying transactions and events in a manner that achieves fair presentation.

We communicate with the directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**REPORT ON OTHER LEGAL AND REGULATORY REQUIREMENTS**

In accordance with the requirements of the Companies Act 2016 in Malaysia, we report that the subsidiary of which we have not acted as auditors, is disclosed in Note 8 to the financial statements.

**OTHER MATTERS**

This report is made solely to the members of the Company, as a body, in accordance with Section 266 of the Companies Act 2016 in Malaysia and for no other purpose. We do not assume responsibility to any other person for the content of this report.

**Crowe Malaysia PLT**
LLP0018817-LCA & AF 1018
Chartered Accountants

**Ng Kim Kiat**
02074/10/2020 J
Chartered Accountant

Muar, Johor Darul Takzim

Date : 28 January 2019



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019              Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Tel: 03-2299 4400        Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

## STATEMENT OF FINANCIAL POSITION AT 31 OCTOBER 2018

|  | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| **ASSETS** |  |  |  |
| **NON-CURRENT ASSETS** |  |  |  |
| Property, plant and equipment | 6 | 71,957,938 | 58,637,429 |
| Investment properties | 7 | 11,245,340 | 10,689,899 |
| Investment in subsidiary | 8 | - | - |
|  |  | 83,203,278 | 69,327,328 |
| **CURRENT ASSETS** |  |  |  |
| Inventories | 9 | 28,394,424 | 23,904,815 |
| Trade and other receivables | 10 | 22,982,983 | 23,775,638 |
| Cash and bank balances |  | 38,851,264 | 51,994,271 |
|  |  | 90,228,671 | 99,674,724 |
| **TOTAL ASSETS** |  | 173,431,949 | 169,002,052 |
| **EQUITY AND LIABILITIES** |  |  |  |
| **Equity attributable to owner of the Company** |  |  |  |
| Share capital | 11 | 45,000,000 | 45,000,000 |
| Retained profits |  | 82,472,904 | 84,150,705 |
| **TOTAL EQUITY** |  | 127,472,904 | 129,150,705 |
| **NON-CURRENT LIABILITIES** |  |  |  |
| Hire purchase payables | 12 | 17,764 | 160,856 |
| Deferred tax liabilities | 13 | 5,204,000 | 4,932,000 |
|  |  | 5,221,764 | 5,092,856 |
| **CURRENT LIABILITIES** |  |  |  |
| Trade and other payables | 14 | 38,594,189 | 32,842,955 |
| Bank borrowing | 15 | - | 61,503 |
| Hire purchase payables | 12 | 143,092 | 354,033 |
| Current tax liabilities |  | 2,000,000 | 1,500,000 |
|  |  | 40,737,281 | 34,758,491 |
| **TOTAL LIABILITIES** |  | 45,959,045 | 39,851,347 |
| **TOTAL EQUITY AND LIABILITIES** |  | 173,431,949 | 169,002,052 |

The annexed notes form an integral part of these financial statements.

Page 10



UserID: asalzman18          Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Tel: 03-2299 4400          Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

## STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME
FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018

| | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| REVENUE | 16 | 278,013,174 | 231,953,466 |
| COST OF SALES | | (223,694,696) | (173,791,758) |
| GROSS PROFIT | | 54,318,478 | 58,161,708 |
| OTHER INCOME | | 6,997,447 | 1,845,122 |
| SELLING AND MARKETING EXPENSES | | (16,987,526) | (13,617,805) |
| ADMINISTRATIVE EXPENSES | | (10,266,467) | (9,935,113) |
| OTHER EXPENSES | | (3,165,054) | (2,903,697) |
| FINANCE COSTS | 18 | (340,582) | (403,454) |
| PROFIT BEFORE TAX | 19 | 30,556,296 | 33,146,761 |
| INCOME TAX EXPENSE | 20 | (6,134,097) | (6,228,664) |
| PROFIT AFTER TAX/TOTAL COMPREHENSIVE INCOME FOR THE FINANCIAL YEAR ATTRIBUTABLE TO OWNER OF THE COMPANY | | 24,422,199 | 26,918,097 |

The annexed notes form an integral part of these financial statements.                    Page 11



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

## STATEMENT OF CHANGES IN EQUITY
### FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018

| | Note | Share capital RM | Distributable Retained profits RM | Total equity RM |
|---|---|---|---|---|
| Balance at 1 November 2016 | | 45,000,000 | 66,232,608 | 111,232,608 |
| Profit after tax/Total comprehensive income for the financial year | | - | 26,918,097 | 26,918,097 |
| Contributions by and distributions to owner of the Company: | | | | |
| - Dividend | 21 | - | (9,000,000) | (9,000,000) |
| Balance at 31 October 2017/1 November 2017 | | 45,000,000 | 84,150,705 | 129,150,705 |
| Profit after tax/Total comprehensive income for the financial year | | - | 24,422,199 | 24,422,199 |
| Contributions by and distributions to owner of the Company: | | | | |
| - Dividend | 21 | - | (26,100,000) | (26,100,000) |
| Balance at 31 October 2018 | | 45,000,000 | 82,472,904 | 127,472,904 |

The annexed notes form an integral part of these financial statements.                    Page 12



UserID: asalzman18                     Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Tel: 03-2299 4400          Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

## STATEMENT OF CASH FLOWS
### FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018

|  | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | |
| Profit before tax | | 30,556,296 | 33,146,761 |
| Adjustments for: | | | |
| Bad debts written off | | - | 1,281,716 |
| Depreciation of property, plant and equipment | | 3,851,883 | 3,703,587 |
| Depreciation of investment properties | | 155,363 | 81,006 |
| Dividend income | | (1,113,475) | (511,826) |
| Fire loss of inventories | | 1,077,122 | - |
| Gain on disposal of unit trust | | (90,622) | - |
| Inventories value written down | | 294,678 | 223,675 |
| Loss/(Gain) on disposal of property, plant and equipment | | 3,356 | (42,453) |
| Property, plant and equipment written off | | 1,936,604 | 80,150 |
| Reversal of fair value loss on derivatives | | - | (222,185) |
| Unrealised gain on foreign exchange | | (164,660) | (21,943) |
| Interest expenses | | 155,323 | 226,228 |
| Interest income | | (383,462) | (315,960) |
| Operating profit before working capital changes | | 36,278,406 | 37,628,756 |
| Inventories | | (5,861,409) | 203,335 |
| Trade and other receivables | | 963,117 | (9,843,533) |
| Trade and other payables | | 5,848,362 | 4,665,035 |
| **CASH FROM OPERATIONS** | | 37,228,476 | 32,653,593 |
| Interest paid | | (155,323) | (226,228) |
| Interest received | | 383,462 | 315,960 |
| Income tax paid | | (5,362,097) | (5,297,664) |
| **NET CASH FROM OPERATING ACTIVITIES** | | 32,094,518 | 27,445,661 |
| **CASH FLOWS FOR INVESTING ACTIVITIES** | | | |
| Dividend received | | 1,113,475 | 511,826 |
| Proceeds from disposal of property, plant and equipment | | 57,089 | 42,453 |
| Proceeds from disposal of unit trust | | 15,472,607 | - |
| Purchase of investment properties | | (710,804) | (3,313,667) |
| Purchase of property, plant and equipment | 6(c) | (19,272,371) | (1,228,855) |
| Purchase of unit trust | | (15,381,985) | - |
| **NET CASH FOR INVESTING ACTIVITIES** | | (18,721,989) | (3,988,243) |
| **CASH FLOWS FOR FINANCING ACTIVITIES** | | | |
| Repayment of term loan | | (61,503) | (718,199) |
| Repayment of hire purchase payables | | (354,033) | (344,682) |
| Dividend paid | | (26,100,000) | (9,000,000) |
| **NET CASH FOR FINANCING ACTIVITIES** | | (26,515,536) | (10,062,881) |

The annexed notes form an integral part of these financial statements.                    Page 13



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

## POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.
(Incorporated in Malaysia)
Company No. : 242128 - X

### STATEMENT OF CASH FLOWS
### FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018 (CONT'D)

|  | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| NET (DECREASE)/INCREASE IN CASH AND CASH EQUIVALENTS |  | (13,143,007) | 13,394,537 |
| CASH AND CASH EQUIVALENTS AT BEGINNING OF THE FINANCIAL YEAR |  | 51,994,271 | 38,599,734 |
| CASH AND CASH EQUIVALENTS AT END OF THE FINANCIAL YEAR | 22(b) | 38,851,264 | 51,994,271 |

The annexed notes form an integral part of these financial statements.                    Page 14



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Tel: 03-2299 4400          Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

## NOTES TO THE FINANCIAL STATEMENTS
## FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018

---

### 1.  GENERAL INFORMATION

The Company is a private limited liability company, incorporated and domiciled in Malaysia. The registered office and principal place of business are as follows:

| | | |
|---|---|---|
| Registered office | : | No. 2 (1st Floor), Jalan Marin |
| | | Taman Marin, Jalan Haji Abdullah |
| | | Sungai Abong |
| | | 84000 Muar |
| | | Johor Darul Takzim |
| | | |
| Principal place of business | : | PLO 1, Jalan Raja |
| | | Kawasan Perindustrian Bukit Pasir |
| | | 84300 Bukit Pasir, Muar |
| | | Johor Darul Takzim |

The financial statements were authorised for issue by the Board of Directors in accordance with a resolution of the directors dated 28 January 2019.

### 2.  PRINCIPAL ACTIVITIES

The Company is principally engaged in the businesses of manufacturing and sale of furniture and investment holding. The principal activity of the subsidiary is set out in Note 8. There have been no significant changes in the nature of these activities during the financial year.

### 3.  HOLDING COMPANY

The Company is a wholly-owned subsidiary of Poh Huat Resources Holdings Berhad, a public company incorporated in Malaysia and listed on Bursa Malaysia Securities Berhad, which is also regarded by the directors as the ultimate holding company.

---

Page 15



UserID: asalzman18                      Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Tel: 03-2299 4400        Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.** Investigation
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

---

4.   **BASIS OF PREPARATION**

The financial statements of the Company are prepared under the historical cost convention and in compliance with Malaysian Financial Reporting Standards ("MFRSs"), International Financial Reporting Standards and the requirements of the Companies Act 2016 in Malaysia.

4.1   During the current financial year, the Company has adopted the following new accounting standards and/or interpretations (including the consequential amendments, if any):

**MFRSs and/or IC Interpretations (Including the Consequential Amendments)**

Amendments to MFRS 107: Disclosure Initiative
Amendments to MFRS 112: Recognition of Deferred Tax Assets for Unrealised Losses

Annual Improvements to MFRS Standards 2014 – 2016 Cycles:
- Amendments to MFRS 12: Clarification of the Scope of the Standard

The adoption of the above accounting standards and/or interpretations (including the consequential amendments, if any) did not have any material impact on the Company's financial statements except as follows:

*Amendments to MFRS 107: Disclosure Initiative*

The amendments to MFRS 107 require an entity to provide disclosures that enable users of financial statements to evaluate changes in liabilities arising from financing activities, including both changes arising from cash flows and non-cash changes. A reconciliation between opening and closing balances of these items is provided in Note 22(a).

4.2   The Company has not applied in advance the following accounting standards and/or interpretations (including the consequential amendments, if any) that have been issued by the Malaysian Accounting Standards Board (MASB) but are not yet effective for the current financial year:

| MFRSs and/or IC Interpretations (Including the Consequential Amendments) | Effective Date |
|---|---|
| MFRS 9 Financial Instruments (IFRS 9 as issued by IASB in July 2014) | 1 January 2018 |
| MFRS 15 Revenue from Contracts with Customers | 1 January 2018 |
| MFRS 16 Leases | 1 January 2019 |
| MFRS 17 Insurance Contracts | 1 January 2021 |
| IC Interpretation 22 Foreign Currency Transactions and Advance Consideration | 1 January 2018 |
| IC Interpretation 23 Uncertainty over Income Tax Treatments | 1 January 2019 |

Page 16



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019              Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Filed By: hhaber@dhlaw.com  Filed Date: 2/3/19 2:42 PM  Submission Status: Approved

Tel: 03-2299 4400        Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

4.   **BASIS OF PREPARATION (CONT'D)**

   4.2   CONT'D

| MFRSs and/or IC Interpretations (Including the Consequential Amendments) | Effective Date |
|---|---|
| Amendments to MFRS 2: Classification and Measurement of Share-based Payment Transactions | 1 January 2018 |
| Amendments to MFRS 3: Definition of a Business | 1 January 2020 |
| Amendments to MFRS 4: Applying MFRS 9 Financial Instruments with MFRS 4 Insurance Contracts | 1 January 2018 |
| Amendments to MFRS 9: Prepayment Features with Negative Compensation | 1 January 2019 |
| Amendments to MFRS 10 and MFRS 128: Sale or Contribution of Assets between an Investor and its Associate or Joint Venture | Deferred |
| Amendments to MFRS 15: Effective Date of MFRS 15 | 1 January 2018 |
| Amendments to MFRS 15: Clarifications to MFRS 15 'Revenue from Contracts with Customers' | 1 January 2018 |
| Amendments to MFRS 101 and MFRS 108: Definition of Material | 1 January 2020 |
| Amendments to MFRS 119: Plan Amendment, Curtailment or Settlement | 1 January 2019 |
| Amendments to MFRS 128: Long-term Interests in Associate and Joint Ventures | 1 January 2019 |
| Amendments to MFRS 140: Transfers of Investment Property | 1 January 2018 |
| Amendments to References to the Conceptual Framework in MFRS Standards | 1 January 2020 |
| Annual Improvements to MFRS Standards 2014 - 2016 Cycles: | |
| • Amendments to MFRS 1: Deletion of Short-term Exemptions for First-time Adopters | |
| • Amendments to MFRS 128: Measuring an Associate or Joint Venture at Fair Value | 1 January 2018 |
| Annual Improvements to MFRS Standards 2015 - 2017 Cycles | 1 January 2019 |

   The adoption of the above accounting standards and/or interpretations (including the consequential amendments, if any) is expected to have no material impact on the financial statements of the Company upon its initial application except as follows:



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

---

4.   **BASIS OF PREPARATION (CONT'D)**

4.2   CONT'D

*MFRS 9 Financial Instruments*

MFRS 9 (IFRS 9 issued by IASB in July 2014) replaces the guidance in MFRS 139 on the classification and measurement of financial assets and financial liabilities, impairment of financial assets and on hedge accounting.

The initial application of MFRS 9 is not expected to have any material impact to the financial statements of the Company for the current financial year and prior periods as the Company will apply the standard retrospectively from 1 November 2018 with the practical expedients permitted under the standard, and that the comparatives (i.e. current period financial information) will not be restated.

Based on the assessments undertaken to date, the Company has determined the impact of its initial application of MFRS 9 as follows:

Impairment of Financial Assets

MFRS 9 replaces the 'incurred loss' model in MFRS 139 with an 'expected credit loss' ("ECL") model. In view of strong creditworthiness of the Company's receivables, the Company has concluded that the expected impacts of ECL on trade and other receivables (including related party balances) are insignificant upon the initial application of MFRS 9.

The analysis above are based on the assessments undertaken to date and maybe subject to changes arising from further detailed analyses or additional reasonable and supportable information being made available to the Company in the future.



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

5.  **SIGNIFICANT ACCOUNTING POLICIES**

    5.1  **Critical accounting estimates and judgements**

    *Key sources of estimation uncertainty*

    Management believes that there are no key assumptions made concerning the future, and other key sources of estimation uncertainty at the reporting date, that have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the next financial year other than as disclosed below:

    (a)  **Depreciation of property, plant and equipment**

        The estimates for the residual values, useful lives and related depreciation charges for the property, plant and equipment are based on commercial factors which could change significantly as a result of technical innovations and competitors' actions in response to the market conditions. The Company anticipates that the residual values of its property, plant and equipment will be insignificant. As a result, residual values are not being taken into consideration for the computation of the depreciable amount. Changes in the expected level of usage and technological development could impact the economic useful lives and the residual values of these assets, therefore future depreciation charges could be revised.

    (b)  **Impairment of property, plant and equipment and investment properties**

        The Company determines whether its property, plant and equipment and investment properties are impaired by evaluating the extent to which the recoverable amount of the asset is less than its carrying amount. This evaluation is subject to changes such as market performance, economic and political situation of the country. A variety of methods is used to determine the recoverable amount, such as valuation reports and discounted cash flows. For discounted cash flows, significant judgement is required in the estimation of the present value of future cash flows generated by the assets, which involve uncertainties and are significantly affected by assumptions used and judgements made regarding estimates of future cash flows and discount rates.

    (c)  **Write-down of inventories**

        Reviews are made periodically by management on damaged, obsolete and slow-moving inventories. These reviews require judgement and estimates. Possible changes in these estimates could result in revisions to the valuation of inventories.



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019              Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Tel: 03-2299 4400       Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

NOTES TO THE FINANCIAL STATEMENTS
FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018

5.    SIGNIFICANT ACCOUNTING POLICIES (CONT'D)

5.1   Critical accounting estimates and judgements (cont'd)

*Key sources of estimation uncertainty (cont'd)*

(d)   Impairment of receivables

An impairment loss is recognised when there is objective evidence that a financial asset is impaired. Management specifically reviews its receivables and analyses their ageing profile, historical bad debts, customer concentrations, customer creditworthiness, current economic trends and changes in the customer payment terms when making a judgement to evaluate the adequacy of the allowance for impairment losses. Where there is objective evidence of impairment, the amount and timing of future cash flows are estimated based on historical loss experience for assets with similar credit risk characteristics. If the expectation is different from the estimation, such difference will impact the carrying value of receivables.

(e)   Income taxes

There are certain transactions and computations for which the ultimate tax determination may be different from the initial estimate. The Company recognises tax liabilities based on its understanding of the prevailing tax laws and estimates of whether such taxes will be due in the ordinary course of business. Where the final outcome of these matters is different from the amounts that were initially recognised, such difference will impact the income tax expense and deferred tax balances in the period in which such determination is made.

*Critical judgements made in applying accounting policies*

Management believes that there are no instances of application of critical judgement in applying the Company's accounting policies which will have a significant effect on the amounts recognised in the financial statements other than as disclosed below:

(a)   Classification between investment properties and owner-occupied properties

Some properties comprise a portion that is held to earn rentals or for capital appreciation and another portion that is held for use in the production or supply of goods or services or for administrative purposes. If these portions could be sold separately (or leased out separately under a finance lease), the Company accounts for the portions separately. If the portions could not be sold separately, the property is an investment property only if an insignificant portion is held for use in the production or supply of goods or services or for administrative purposes.

Page 20



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Tel: 03-2299 4400        Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

5.   **SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

5.1   **Critical accounting estimates and judgements (cont'd)**

*Critical judgements made in applying accounting policies (cont'd)*

(b)   **Classification of leasehold land**

The classification of leasehold land as a finance lease or an operating lease requires the use of judgement in determining the extent to which risks and rewards incidental to its ownership lie. Despite the fact that there will be no transfer of ownership by the end of the lease term and that the lease term does not constitute the major part of the indefinite economic life of the land, management considered that the present value of the minimum lease payments approximated to the fair value of the land at the inception of the lease. Accordingly, management judged that the Company has acquired substantially all the risks and rewards incidental to the ownership of the land through a finance lease.

5.2   **Investment in subsidiary**

Investment in subsidiary is stated at cost in the statement of financial position of the Company, and is reviewed for impairment at the end of the reporting period if events or changes in circumstances indicate that the carrying values may not be recoverable. The cost of the investment includes transaction costs.

On the disposal of the investment in subsidiary, the difference between the net disposal proceeds and the carrying amount of the investment is recognised in profit or loss.

5.3   **Property, plant and equipment**

All items of property, plant and equipment are initially measured at cost. Cost includes expenditure that are directly attributable to the acquisition of the asset and other costs directly attributable to bringing the asset to working condition for its intended use.

Subsequent to initial recognition, all property, plant and equipment are stated at cost less accumulated depreciation and any impairment losses.

Subsequent costs are included in the asset's carrying amount or recognised as a separate asset, as appropriate, only when the cost is incurred and it is probable that the future economic benefits associated with the asset will flow to the Company and the cost of the asset can be measured reliably. The carrying amount of parts that are replaced is derecognised. The costs of the day-to-day servicing of property, plant and equipment are recognised in profit or loss as incurred.



UserID: asalzman18          Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

5. **SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

5.3 **Property, plant and equipment (cont'd)**

Freehold land is not depreciated. Depreciation on other property, plant and equipment is charged to profit or loss (unless it is included in the carrying amount of another asset) on a straight-line method to write off the depreciable amount of the assets over their estimated useful lives. Depreciation of an asset does not cease when the asset becomes idle or is retired from active use unless the asset is fully depreciated. The principal annual rates used for this purpose are:

| | |
|---|---|
| Leasehold land | Over the lease period of 52 - 57 years |
| Factory buildings | 2% |
| Plant and machinery | 10% |
| Vehicles, furniture, fittings and equipment | 10% - 20% |

Capital work-in-progress included in property, plant and equipment are not depreciated as these assets are not yet available for use.

The depreciation method, useful lives and residual values are reviewed, and adjusted if appropriate, at the end of each reporting period to ensure that the amounts, method and periods of depreciation are consistent with previous estimates and the expected pattern of consumption of the future economic benefits embodied in the items of the property, plant and equipment. Any changes are accounted for as a change in estimate.

When significant parts of an item of property, plant and equipment have different useful lives, they are accounted for as separate items (major components) of property, plant and equipment.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected from its use. Any gain or loss arising from derecognition of the asset, being the difference between the net disposal proceeds and the carrying amount, is recognised in profit or loss.

5.4 **Investment properties**

Investment properties are properties which are owned or held under a leasehold interest to earn rental income or for capital appreciation or for both, but not for sale in the ordinary course of business, use in the production or supply of goods or services or for administrative purposes.

Investment properties are initially measured at cost. Cost includes expenditure that is directly attributable to the acquisition of the investment property.

Subsequent to initial recognition, investment properties are stated at cost less accumulated depreciation and impairment losses, if any.



UserID: asalzman18          Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Tel: 03-2299 4400          Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

## NOTES TO THE FINANCIAL STATEMENTS
## FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018

5. **SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

5.4 **Investment properties (cont'd)**

Depreciation is charged to profit or loss on a straight-line method over the estimated useful lives of the investment properties. The estimated useful lives of the investment properties are 50 years.

Freehold land and investment property under construction are not depreciated.

Investment properties are derecognised when they have either been disposed of or when the investment property is permanently withdrawn from use and no future benefit is expected from its disposal.

On the derecognition of an investment property, the difference between the net disposal proceeds and the carrying amount is recognised in profit or loss.

Transfers are made to or from investment property only when there is a change in use. All transfers do not change the carrying amount of the property reclassified.

5.5 **Leased assets**

**Finance assets**

A lease is recognised as a finance lease if it transfers substantially to the Company all the risks and rewards incidental to ownership. Upon initial recognition, the leased asset is measured at an amount equal to the lower of its fair value and the present value of the minimum lease payments. Subsequent to initial recognition, the asset is accounted for in accordance with the accounting policy applicable to that asset. The corresponding liability is included in the statement of financial position as hire purchase payables.

Minimum lease payments made under finance leases are apportioned between the finance costs and the reduction of the outstanding liability. The finance costs, which represent the difference between the total leasing commitments and the fair value of the assets acquired, are recognised in the profit or loss and allocated over the lease term so as to produce a constant periodic rate of interest on the remaining balance of the liability for each accounting period.

Leasehold land which in substance is a finance lease is classified as property, plant and equipment.

Page 23



UserID: asalzman18                     Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Tel: 03-2299 4400        Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

5. **SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

   5.6 **Impairment**

   (a) **Impairment of financial assets**

   All financial assets (other than those categorised at fair value through profit or loss), are assessed at the end of each reporting period whether there is any objective evidence of impairment as a result of one or more events having an impact on the estimated future cash flows of the asset.

   An impairment loss in respect of held-to-maturity investments and loans and receivables financial assets is recognised in profit or loss and is measured as the difference between the asset's carrying amount and the present value of estimated future cash flows, discounted at the financial asset's original effective interest rate.

   If, in a subsequent period, the amount of the impairment loss decreases and the decrease can be related objectively to an event occurring after the impairment was recognised, the previously recognised impairment loss is reversed through profit or loss to the extent that the carrying amount of the financial asset at the date the impairment is reversed does not exceed what the amortised cost would have been had the impairment not been recognised.

   (b) **Impairment of non-financial assets**

   The carrying values of assets, other than those to which MFRS 136 – Impairment of Assets does not apply, are reviewed at the end of each reporting period for impairment when there is an indication that the assets might be impaired. Impairment is measured by comparing the carrying values of the assets with their recoverable amounts. When the carrying amount of an asset exceeds its recoverable amount, the asset is written down to its recoverable amount and an impairment loss shall be recognised. The recoverable amount of an asset is the higher of the asset's fair value less costs to sell and its value-in-use, which is measured by reference to discounted future cash flows using a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset. Where it is not possible to estimate the recoverable amount of an individual asset, the Company determines the recoverable amount of the cash-generating unit to which the asset belongs.

   An impairment loss is recognised in profit or loss.

   When there is a change in the estimates used to determine the recoverable amount, a subsequent increase in the recoverable amount of an asset is treated as a reversal of the previous impairment loss and is recognised to the extent of the carrying amount of the asset that would have been determined (net of amortisation and depreciation) had no impairment loss been recognised. The reversal is recognised in profit or loss immediately.



UserID: asalzman18                     Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

NOTES TO THE FINANCIAL STATEMENTS
FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018

5.    SIGNIFICANT ACCOUNTING POLICIES (CONT'D)

5.7    Inventories

Inventories are stated at the lower of cost and net realisable value. Cost is determined on the first-in-first-out or weighted average cost basis, where applicable, and comprises the purchase price, production costs and incidentals incurred in bringing the inventories to their present location and condition.

Net realisable value represents the estimated selling price less the estimated costs of completion and the estimated costs necessary to make the sale.

5.8    Financial instruments

Financial assets and financial liabilities are recognised in the statement of financial position when the Company has become a party to the contractual provisions of the instruments.

Financial instruments are classified as financial assets, financial liabilities or equity instruments in accordance with the substance of the contractual arrangement and their definitions in MFRS 132. Interest, dividends, gains and losses relating to a financial instrument classified as a liability are reported as an expense or income. Distributions to holders of financial instruments classified as equity are charged directly to equity.

Financial instruments are offset when the Company has a legally enforceable right to offset and intends to settle either on a net basis or to realise the asset and settle the liability simultaneously.

A financial instrument is recognised initially at its fair value. Transaction costs that are directly attributable to the acquisition or issue of the financial instrument (other than a financial instrument at fair value through profit or loss) are added to/deducted from the fair value on initial recognition, as appropriate. Transaction costs on the financial instrument at fair value through profit or loss are recognised immediately in profit or loss.

Financial instruments recognised in the statement of financial position are disclosed in the individual policy statement associated with each item.

(a)    Financial assets

On initial recognition, financial assets are classified as either financial assets at fair value through profit or loss, held-to-maturity investments, loans and receivables financial assets, or available-for-sale financial assets, as appropriate.

(i)    Financial assets at fair value through profit or loss

As at the end of the reporting period, there were no financial assets classified under this category.

Page 25



**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

NOTES TO THE FINANCIAL STATEMENTS
FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018

---

5.  **SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

    5.8  **Financial instruments (cont'd)**

    (a)  **Financial assets (cont'd)**

    (ii)  **Held-to-maturity investments**

    As at the end of the reporting period, there were no financial assets classified under this category.

    (iii)  **Loans and receivables financial assets**

    Trade receivables and other receivables that have fixed or determinable payments that are not quoted in an active market are classified as loans and receivables financial assets. Loans and receivables financial assets are measured at amortised cost using the effective interest method, less any impairment loss. Interest income is recognised by applying the effective interest rate, except for short-term receivables when the recognition of interest would be immaterial.

    The effective interest method is a method of calculating the amortised cost of a financial asset and of allocating interest income over the relevant period. The effective interest rate is the rate that discounts estimated future cash receipts (including all fees and points paid or received that form an integral part of the effective interest rate, transaction costs and other premiums or discounts) through the expected life of the financial asset, or (where appropriate) a shorter period, to the net carrying amount on initial recognition.

    Loans and receivables financial assets are classified as current assets, except for those having settlement dates later than 12 months after the reporting date which are classified as non-current assets.

    (iv)  **Available-for-sale financial assets**

    As at the end of the reporting period, there were no financial assets classified under this category.

    (b)  **Financial liabilities**

    (i)  **Financial liabilities at fair value through profit or loss**

    As at the end of the reporting period, there were no financial liabilities classified under this category.



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019        Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

## NOTES TO THE FINANCIAL STATEMENTS
## FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018

5. **SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

   5.8 **Financial instruments (cont'd)**

      (b) **Financial liabilities (cont'd)**

         (ii) **Other financial liabilities**

            Other financial liabilities are initially measured at fair value plus directly attributable transaction costs and subsequently measured at amortised cost using the effective interest method.

            The effective interest method is a method of calculating the amortised cost of a financial liability and of allocating interest expense over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash payments through the expected life of the financial liability, or, where appropriate, a shorter period.

      Financial liabilities are classified as current liabilities unless the Company has an unconditional right to defer settlement of the liability for at least 12 months after the reporting date.

      (c) **Equity instruments**

      Equity instruments classified as equity are measured initially at cost and are not remeasured subsequently.

      **Ordinary shares**

      Ordinary shares are classified as equity and recorded at the proceeds received, net of directly attributable transaction costs.

      Dividends on ordinary shares are recognised as liabilities when approved for appropriation.

      (d) **Derecognition**

      A financial asset or part of it is derecognised when, and only when, the contractual rights to the cash flows from the financial asset expire or the financial asset is transferred to another party without retaining control or substantially all risks and rewards of the asset. On derecognition of a financial asset, the difference between the carrying amount and the sum of the consideration received (including any new asset obtained less any new liability assumed) and any cumulative gain or loss that had been recognised in equity is recognised in profit or loss.

      A financial liability or a part of it is derecognised when, and only when, the obligation specified in the contract is discharged or cancelled or expires. On derecognition of a financial liability, the difference between the carrying amount of the financial liability extinguished or transferred to another party and the consideration paid, including any non-cash assets transferred or liabilities assumed, is recognised in profit or loss.

Page 27



**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

NOTES TO THE FINANCIAL STATEMENTS
FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018

5.   SIGNIFICANT ACCOUNTING POLICIES (CONT'D)

   5.9   Fair value measurements

   Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date, regardless of whether that price is directly observable or estimated using a valuation technique. The measurement assumes that the transaction takes place either in the principal market or in the absence of a principal market, in the most advantageous market. For non-financial asset, the fair value measurement takes into account a market participant's ability to generate economic benefits by using the asset in its highest and best use or by selling it to another market participant that would use the asset in its highest and best use.

   For financial reporting purposes, the fair value measurements are analysed into level 1 to level 3 as follows:

   Level 1:   Inputs are quoted prices (unadjusted) in active markets for identical asset or liability that the entity can access at the measurement date;

   Level 2:   Inputs are inputs, other than quoted prices included within level 1, that are observable for the asset or liability, either directly or indirectly; and

   Level 3:   Inputs are unobservable inputs for the asset or liability.

   The transfer of fair value between levels is determined as of the date of the event or change in circumstances that caused the transfer.

   5.10   Borrowing costs

   Borrowing costs that are not directly attributable to the acquisition, construction or production of a qualifying asset are recognised in profit or loss using the effective interest method.

   5.11   Income taxes

   (a)   Current tax

   Current tax assets and liabilities are expected amount of income tax recoverable or payable to the taxation authorities.

   Current taxes are measured using tax rates and tax laws that have been enacted or substantively enacted at the end of the reporting period and are recognised in profit or loss except to the extent that the tax relates to items recognised outside profit or loss (either in other comprehensive income or directly in equity).

Page 28



UserID: asalzman18                   Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Tel: 03-2299 4400          Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

5. **SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

5.11 Income taxes (cont'd)

(b) **Deferred tax**

Deferred tax are recognised using the liability method for all temporary differences other than those that arise from the initial recognition of an asset or liability in a transaction which is not a business combination and at the time of the transaction, affects neither accounting profit nor taxable profit.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply in the period when the asset is realised or the liability is settled, based on the tax rates that have been enacted or substantively enacted at the end of the reporting period.

Deferred tax assets are recognised for all deductible temporary differences, unused tax losses and unused tax credits to the extent that it is probable that future taxable profits will be available against which the deductible temporary differences, unused tax losses and unused tax credits can be utilised. The carrying amounts of deferred tax assets are reviewed at the end of each reporting period and reduced to the extent that it is no longer probable that the related tax benefits will be realised.

Current and deferred tax items are recognised in correlation to the underlying transactions either in profit or loss, other comprehensive income or directly in equity.

Current tax assets and liabilities or deferred tax assets and liabilities are offset when there is a legally enforceable right to set off current tax assets against current tax liabilities and when the deferred taxes relate to the same taxable entity (or on different tax entities but they intend to settle current tax assets and liabilities on a net basis) and the same taxation authority.

(c) **Goods and services tax ("GST")**

Revenues, expenses and assets are recognised net of GST except for the GST in a purchase of assets or services which are not recoverable from the taxation authorities, the GST are included as part of the costs of the assets acquired or as part of the expense item whichever is applicable.

In addition, receivables and payables are also stated with the amount of GST included (where applicable).

The net amount of the GST recoverable from or payable to the taxation authorities at the end of the reporting period is included in other receivables or other payables.

5.12 Cash and cash equivalents

Cash and cash equivalents comprise cash in hand, bank balances, demand deposits, and short-term, highly liquid investments that are readily convertible to known amounts of cash and which are subject to an insignificant risk of changes in value with original maturity periods of three months or less. For the purpose of the statement of cash flows, cash and cash equivalents are presented net of bank overdrafts.

Page 29



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019              Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47
Tel: 03-2299 4400          Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

NOTES TO THE FINANCIAL STATEMENTS
FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018

5.    SIGNIFICANT ACCOUNTING POLICIES (CONT'D)

   5.13  Revenue and other income

   Revenue is measured at the fair value of the consideration received or receivable, net of
   returns, goods and services tax, cash and trade discounts.

   (a)   Sale of goods

   Revenue from sale of goods is recognised when significant risks and rewards of
   ownership of the goods have been transferred to the buyer and where the Company
   does not have continuing managerial involvement and effective control over the goods
   sold.

   (b)   Dividend income

   Dividend income from investment is recognised when the right to receive dividend payment
   is established.

   (c)   Interest income

   Interest income is recognised on an accrual basis using the effective interest method.

   (d)   Rental income

   Rental income is recognised on accrual basis unless collectability is in doubt, in which
   case the recognition of such income is suspended. Subsequent to suspension, income
   is recognised on the receipt basis until all arrears have been paid.

   5.14  Employee benefits

   (a)   Short-term benefits

   Wages, salaries, paid annual leave and bonuses are measured on an undiscounted
   basis and are recognised in profit or loss in the period in which the associated services
   are rendered by employees of the Company.

   (b)   Defined contribution plans

   The Company's contributions to defined contribution plans are recognised in profit or
   loss in the period to which they relate. Once the contributions have been paid, the
   Company has no further liability in respect of the defined contribution plans.

Page 30



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47
Tel: 03-2299 4400       Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

5.   **SIGNIFICANT ACCOUNTING POLICIES (CONT'D)**

   5.15   **Functional and foreign currencies**

      (a)   **Functional and presentation currency**

         The financial statements are presented in Ringgit Malaysia ("RM"), which is the Company's functional and presentation currency.

      (b)   **Foreign currency transactions and balances**

         Transactions in foreign currencies are converted into the respective functional currencies on initial recognition, using the exchange rates at the transaction dates. Monetary assets and liabilities at the end of the reporting period are translated at the exchange rates ruling as of that date. Non-monetary assets and liabilities are translated using exchange rates that existed when the values were determined. All exchange differences are recognised in profit or loss.

Page 31



**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

6.   PROPERTY, PLANT AND EQUIPMENT

| | Freehold land RM | Leasehold land RM | Factory buildings RM | Plant and machinery RM | Vehicles, furniture, fittings and equipment RM | Capital work-in-progress RM | Total RM |
|---|---|---|---|---|---|---|---|
| **At cost** | | | | | | | |
| At 1 November 2017 | 3,433,166 | 12,827,394 | 42,472,258 | 29,831,739 | 5,676,812 | - | 94,241,369 |
| Additions | 4,982,838 | - | 2,028,515 | 4,463,417 | 551,091 | 7,143,580 | 19,169,441 |
| Disposals | - | - | - | (1,758,707) | - | - | (1,758,707) |
| Write off | - | - | (2,445,522) | - | - | - | (2,445,522) |
| At 31 October 2018 | 8,416,004 | 12,827,394 | 42,055,251 | 32,536,449 | 6,227,903 | 7,143,580 | 109,206,581 |
| **Less : Accumulated depreciation** | | | | | | | |
| At 1 November 2017 | - | 3,023,944 | 10,518,922 | 18,285,818 | 3,775,256 | - | 35,603,940 |
| Charge for the financial year | - | 245,336 | 884,022 | 2,041,568 | 680,957 | - | 3,851,883 |
| Disposals | - | - | - | (1,698,262) | - | - | (1,698,262) |
| Write off | - | - | (508,918) | - | - | - | (508,918) |
| At 31 October 2018 | - | 3,269,280 | 10,894,026 | 18,629,124 | 4,456,213 | - | 37,248,643 |
| **Carrying amount** | | | | | | | |
| At 31 October 2018 | 8,416,004 | 9,558,114 | 31,161,225 | 13,907,325 | 1,771,690 | 7,143,580 | 71,957,938 |

UserID: asalzman18

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Date: Fri Aug 30 06:02:47 2019

Printing Date: 30-08-2019

SURUHANJAYA SYARIKAT MALAYSIA
COMPANIES COMMISSION OF MALAYSIA
e-Info

Tel: 03-2299 4400

Fax: 03-2299 4411



**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

6.  PROPERTY, PLANT AND EQUIPMENT (CONT'D)

| | Freehold land RM | Leasehold land RM | Factory buildings RM | Plant and machinery RM | Vehicles, furniture, fittings and equipment RM | Total RM |
|---|---|---|---|---|---|---|
| **At cost** | | | | | | |
| At 1 November 2016 | 3,431,416 | 12,827,394 | 42,472,258 | 29,081,294 | 5,484,087 | 93,296,449 |
| Additions | 1,750 | - | - | 917,770 | 538,735 | 1,458,255 |
| Disposals | - | - | - | - | (315,980) | (315,980) |
| Write off | - | - | - | (167,325) | (30,030) | (197,355) |
| At 31 October 2017 | 3,433,166 | 12,827,394 | 42,472,258 | 29,831,739 | 5,676,812 | 94,241,369 |
| **Less : Accumulated depreciation** | | | | | | |
| At 1 November 2016 | - | 2,778,609 | 9,623,330 | 16,514,696 | 3,416,903 | 32,333,538 |
| Charge for the financial year | - | 245,335 | 895,592 | 1,858,297 | 704,363 | 3,703,587 |
| Disposals | - | - | - | - | (315,980) | (315,980) |
| Write off | - | - | - | (87,175) | (30,030) | (117,205) |
| At 31 October 2017 | - | 3,023,944 | 10,518,922 | 18,285,818 | 3,775,256 | 35,603,940 |
| **Carrying amount** | | | | | | |
| At 31 October 2017 | 3,433,166 | 9,803,450 | 31,953,336 | 11,545,921 | 1,901,556 | 58,637,429 |

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

NOTES TO THE FINANCIAL STATEMENTS
FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018

6.  PROPERTY, PLANT AND EQUIPMENT (CONT'D)

(a)  The following property, plant and equipment have been pledged to licensed banks as security for banking facilities granted to the Company (Note 15(a)):

|  | 2018 RM | 2017 RM |
|---|---|---|
| Carrying amount |  |  |
| Leasehold land | - | 2,316,046 |
| Factory buildings | - | 10,919,951 |
| Plant and machinery | - | 4,032,968 |
|  | - | 17,268,965 |

(b)  The motor vehicles with carrying amount of RM 639,096 (2017 : RM 1,247,034) were acquired under hire purchase terms (Note 12(a)). These leased assets have been pledged as security for the related finance lease liabilities of the Company.

(c)  The cash disbursed for the purchase of property, plant and equipment is as follows:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Cost of property, plant and equipment purchased | 19,169,441 | 1,458,255 |
| Amount financed through hire purchase | - | (200,000) |
| Unpaid balance included under sundry payables (Note 14(b)) | (31,070) | (134,000) |
| Cash disbursed in respect of purchase in previous financial year | 134,000 | 104,600 |
| Cash disbursed for purchase of property, plant and equipment | 19,272,371 | 1,228,855 |

Page 34



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Tel: 03-2299 4400      Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

7.  **INVESTMENT PROPERTIES**

| | 2018 RM | 2017 RM |
|---|---|---|
| **At cost** | | |
| At 1 November | 10,851,774 | 7,538,107 |
| Additions | 710,804 | 3,313,667 |
| At 31 October | 11,562,578 | 10,851,774 |
| **Less : Accumulated depreciation** | | |
| At 1 November | 161,875 | 80,869 |
| Charge for the financial year | 155,363 | 81,006 |
| At 31 October | 317,238 | 161,875 |
| **Carrying amount** | 11,245,340 | 10,689,899 |
| Represented by: | | |
| Freehold land | 2,996,690 | 2,996,690 |
| Factory building | 8,248,650 | 3,888,435 |
| Capital work-in-progress | - | 3,804,774 |
| | 11,245,340 | 10,689,899 |

As at 31 October 2018, the fair value of the investment properties amounting to approximately RM 15.8 million based on directors' best estimate.

8.  **INVESTMENT IN SUBSIDIARY**

| | 2018 RM | 2017 RM |
|---|---|---|
| Unquoted shares, at cost | 520,499 | 520,499 |
| Accumulated impairment losses | (520,499) | (520,499) |
| | - | - |

Page 35



UserID: asalzman18                Date: Fri Aug 30 06:02:47 2019            Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Tel: 03-2299 4400        Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD** Investigation -
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS
FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

8.   **INVESTMENT IN SUBSIDIARY (CONT'D)**

(a)   The details of the subsidiary are as follows:

| Name of subsidiary | Principal place of business/ Country of incorporation | Percentage of issued share capital held by parent | | Principal activity |
|---|---|---|---|---|
| | | 2018 | 2017 | |
| *, # Contempro Furniture (Qingdao) Co. Ltd. | People's Republic of China | 100% | 100% | Dormant. |

\*   This subsidiary was audited by other firm of chartered accountants.

\#   The auditors' report on the financial statements of the subsidiary includes a "Material Uncertainty Related to Going Concern" regarding the ability of this subsidiary to continue as a going concern in view of its capital deficiency position as at the end of the current reporting period. The financial statements were prepared on a going concern basis as the ultimate holding company has undertaken to provide continued financial support to this subsidiary.

(b)   As permitted by MFRS 10, the Company need not present consolidated financial statements as the Company is a wholly-owned subsidiary of Poh Huat Resources Holdings Berhad, a company incorporated in Malaysia. The consolidated financial statements of the holding company, where the financial statements of the Company have been consolidated into are available at No. 2 (1st Floor), Jalan Marin, Taman Marin, Jalan Haji Abdullah, Sungai Abong, 84000 Muar, Johor Darul Takzim.

9.   **INVENTORIES**

| | 2018 RM | 2017 RM |
|---|---|---|
| Raw materials | 9,651,200 | 7,501,805 |
| Packing materials | 166,441 | 137,604 |
| Work-in-progress | 10,171,090 | 9,797,096 |
| Finished goods | 8,405,693 | 6,468,310 |
| | 28,394,424 | 23,904,815 |
| **Recognised in profit or loss** | | |
| Inventories recognised as cost of sales | 223,694,696 | 173,791,758 |

Included in the above inventories recognised as cost of sales are the amount of RM 294,678 and RM 1,077,122 (2017 : RM 223,675 and RM Nil) being the amount of inventories written down to net realisable value and fire loss of inventories respectively.

Page 36



UserID: asalzman18                         Date: Fri Aug 30 06:02:47 2019            Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47
Printed By: shahar@dhlaw.com Filed Date: 9/3/19 3:42 PM Submission Status: Approved.
Tel: 03-2299 4400          Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

### 10.  TRADE AND OTHER RECEIVABLES

|  | 2018 RM | 2017 RM |
|---|---|---|
| **Trade receivables** | | |
| Amount owing by a related company | - | 428,039 |
| Other trade receivables | 19,131,127 | 17,575,673 |
|  | 19,131,127 | 18,003,712 |
| **Other receivables** | | |
| Amount owing by a related company | - | 122,404 |
| Deposits | 531,253 | 729,465 |
| Prepayments | 119,169 | 148,127 |
| Goods and services tax recoverable | 3,200,790 | 3,426,063 |
| Sundry receivables | 644 | 1,345,867 |
|  | 3,851,856 | 5,771,926 |
|  | 22,982,983 | 23,775,638 |

(a)  The Company's normal trade terms range from cash term to 120 days (2017 : cash term to 120 days).

(b)  As at 31 October 2017, the non-trade amount owing by a related company is unsecured, interest free, repayable on demand and to be settled in cash.

### 11.  SHARE CAPITAL

|  | 2018 | | 2017 | |
|---|---|---|---|---|
|  | Number of shares | RM | Number of shares | RM |
| **Issued and fully paid-up** | | | | |
| Ordinary shares with no par value | 45,000,000 | 45,000,000 | 45,000,000 | 45,000,000 |

The holders of ordinary shares are entitled to receive dividends as and when declared by the Company, and are entitled to one vote per ordinary share at meetings of the Company.

Page 37



**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

NOTES TO THE FINANCIAL STATEMENTS
FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018

## 12.   HIRE PURCHASE PAYABLES

|  | 2018 RM | 2017 RM |
|---|---|---|
| **Minimum hire purchase payments** | | |
| Not later than one year | 146,770 | 370,776 |
| Later than one year and not later than five years | 17,736 | 164,506 |
| | 164,506 | 535,282 |
| Less : Future finance charges | (3,650) | (20,393) |
| Present value of hire purchase payables | 160,856 | 514,889 |
| **Analysed by:** | | |
| Current liabilities | 143,092 | 354,033 |
| Non-current liabilities | 17,764 | 160,856 |
| | 160,856 | 514,889 |

(a)   The hire purchase payables are secured against certain motor vehicles under finance leases (Note 6(b)). The hire purchase arrangements are expiring within 1 to 2 (2017 : 1 to 3) years.

(b)   The hire purchase payables of RM 160,856 (2017 : RM 514,889) are guaranteed by the holding company.

(c)   The hire purchase payables at the end of the reporting period bear effective interest rates at 4.7% – 5.1% (2017 : 4.6% - 5.1%) per annum. The interest rates are fixed at the inception of the hire purchase arrangements.

## 13.   DEFERRED TAX LIABILITIES

|  |  | 2018 RM | 2017 RM |
|---|---|---|---|
| (a) | **Movements of deferred tax liabilities** | | |
| | At 1 November | 4,932,000 | 4,932,000 |
| | Recognised in profit or loss (Note 20) | 272,000 | - |
| | At 31 October | 5,204,000 | 4,932,000 |
| (b) | **Components of deferred tax liabilities** | | |
| | Property, plant and equipment | 4,915,000 | 4,787,000 |
| | Investment properties | 249,000 | 117,000 |
| | Others | 40,000 | 28,000 |
| | | 5,204,000 | 4,932,000 |

Page 38



**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

### 14.   TRADE AND OTHER PAYABLES

|  | 2018<br>RM | 2017<br>RM |
|---|---|---|
| **Trade payables** | | |
| Advance from customers | 1,243,702 | 1,562,594 |
| Other trade payables | 28,039,211 | 22,979,848 |
| | 29,282,913 | 24,542,442 |
| **Other payables** | | |
| Accruals | 4,284,607 | 3,427,650 |
| Deposit payables | 119,232 | 110,232 |
| Sales and services tax payable | 115,305 | - |
| Sundry payables | 4,792,132 | 4,762,631 |
| | 9,311,276 | 8,300,513 |
| | 38,594,189 | 32,842,955 |

(a)   The normal credit terms granted to the Company range from 30 to 120 days (2017 : 30 to 120 days).

(b)   Included in sundry payables is an amount of RM 31,070 (2017 : RM 134,000) payable for the purchase of property, plant and equipment (Note 6(c)).

### 15.   BANK BORROWING

|  | 2018<br>RM | 2017<br>RM |
|---|---|---|
| Term loan | - | 61,503 |

(a)   At 31 October 2017, the bank borrowing are secured by the following:

  (i)    Certain property, plant and equipment (Note 6(a)); and

  (ii)   Corporate guarantee provided by the holding company.

(b)   At 31 October 2017, the bank borrowing at the end of the reporting period bear effective interest rate at 5.2% per annum.

Page 39



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Tel: 03-2299 4400          Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

### NOTES TO THE FINANCIAL STATEMENTS
### FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018

#### 16. REVENUE

This represents net invoiced value of goods sold.

#### 17. DIRECTOR'S REMUNERATION

|  | 2018 RM | 2017 RM |
|---|---|---|
| **Executive director** | | |
| Salaries, bonuses and other benefits | 1,566,995 | 1,514,841 |
| Defined contribution plans | 93,995 | 90,864 |
| | 1,660,990 | 1,605,705 |
| Estimated monetary value of benefits-in-kind | 25,000 | 28,000 |

#### 18. FINANCE COSTS

|  | 2018 RM | 2017 RM |
|---|---|---|
| Interest expenses on financial liabilities that are not at fair value through profit or loss | | |
| Hire purchase | 16,774 | 32,046 |
| Term loan | 276 | 22,382 |
| Trade bills | 138,273 | 171,800 |
| | 155,323 | 226,228 |
| Bank commission and charges | 185,259 | 177,226 |
| | 340,582 | 403,454 |



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Tel: 03-2299 4400        Fax: 03-2299 4411

POH HUAT FURNITURE INDUSTRIES (M) SDN BHD
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

### 19. PROFIT BEFORE TAX

| | 2018 RM | 2017 RM |
|---|---|---|
| This is arrived at after charging: | | |
| Auditors' remuneration | 56,000 | 54,000 |
| Bad debts written off | - | 1,281,716 |
| Depreciation of property, plant and equipment | 3,851,883 | 3,703,587 |
| Depreciation of investment properties | 155,363 | 81,006 |
| Direct operating expenses on investment properties | 53,140 | 30,584 |
| Fire loss of inventories | 1,077,122 | - |
| Inventories value written down | 294,678 | 223,675 |
| Loss on disposal of property, plant and equipment | 3,356 | - |
| Property, plant and equipment written off | 1,936,604 | 80,150 |
| Realised loss on foreign exchange | 953,999 | 1,263,293 |
| Staff costs (including key management personnel as disclosed in Note 17): | | |
| - short-term employee benefits | 38,792,075 | 32,061,832 |
| - defined contribution plans | 1,421,379 | 1,335,658 |
| - others | 4,676,984 | 2,223,937 |
| **And crediting:** | | |
| Dividend income | (1,113,475) | (511,826) |
| Fire insurance compensation | (4,282,505) | - |
| Gain on disposal of money market funds | (49,762) | (81,431) |
| Gain on disposal of property, plant and equipment | - | (42,453) |
| Gain on disposal of unit trust | (90,622) | - |
| Rental income from investment properties | (746,452) | (590,192) |
| Reversal of fair value loss on derivatives | - | (222,185) |
| Total interest income on financial assets that are not at fair value through profit or loss | (383,462) | (315,960) |
| Unrealised gain on foreign exchange | (164,660) | (21,943) |

### 20. INCOME TAX EXPENSE

| | 2018 RM | 2017 RM |
|---|---|---|
| Income tax | | |
| - for the financial year | 6,080,000 | 6,300,000 |
| - over provision in previous financial year | (217,903) | (71,336) |
| | 5,862,097 | 6,228,664 |
| Deferred tax (Note 13) | | |
| - origination of temporary differences | 272,000 | - |
| | 6,134,097 | 6,228,664 |



UserID: asalzman18                     Date: Fri Aug 30 06:02:47 2019           Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Tel: 03-2299 4400        Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

NOTES TO THE FINANCIAL STATEMENTS
FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018

---

### 20. INCOME TAX EXPENSE (CONT'D)

A reconciliation of income tax expense applicable to the profit before tax at the statutory tax rate to income tax expense at the effective tax rate is as follows:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Profit before tax | 30,556,296 | 33,146,761 |
| Tax at the statutory tax rate | 7,334,000 | 7,955,000 |
| Tax effect of non-deductible expenses | 229,000 | 72,000 |
| Tax effect of double deduction relief | (88,000) | (215,000) |
| Tax saving from tax incentive | (1,123,000) | (1,512,000) |
| Over provision of income tax in previous financial year | (217,903) | (71,336) |
|  | 6,134,097 | 6,228,664 |

Income tax is calculated at the Malaysian statutory tax rate of 24% (2017 : 24%) of the estimated assessable profit for the financial year.

For years of assessment 2017 and 2018, the Malaysian statutory tax rate will reduced by 1 to 4 percentage points, based on the prescribed incremental percentage of chargeable income from business, compared to that of the immediate preceding year of assessment.

### 21. DIVIDEND

|  | 2018 RM | 2017 RM |
|---|---|---|
| **In respect of the financial year ended 31 October 2018** |  |  |
| An interim single tier dividend of RM 0.58 per ordinary share | 26,100,000 | - |
| **In respect of the financial year ended 31 October 2017** |  |  |
| An interim single tier dividend of RM 0.20 per ordinary share | - | 9,000,000 |
|  | 26,100,000 | 9,000,000 |

Page 42



UserID: asalzman18          Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47
Submission Status: Approved

Tel: 03-2299 4400          Fax: 03-2299 4411

UserID: asalzman18

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Date: Fri Aug 30 06:02:47 2019

Printing Date: 30-08-2019

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 – X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

### 22.   CASH FLOWS INFORMATION

(a)   The reconciliation of liabilities arising from financing activities are as follows:

| 2018 | Term loan RM | Trade bills RM | Hire purchase RM | Total RM |
|---|---|---|---|---|
| At 1 November | 61,503 | - | 514,889 | 576,392 |
| Changes in financing cash flows | | | | |
| Proceeds from drawdown | - | 16,490,318 | - | 16,490,318 |
| Repayment of borrowing principal | (61,503) | (16,490,318) | (354,033) | (16,905,854) |
| Repayment of borrowing interests | (276) | (138,273) | (16,774) | (155,323) |
| | (61,779) | (138,273) | (370,807) | (570,859) |
| Non-cash changes | | | | |
| Finance charges recognised in profit or loss | 276 | 138,273 | 16,774 | 155,323 |
| | 276 | 138,273 | 16,774 | 155,323 |
| At 31 October | - | - | 160,856 | 160,856 |

Comparative information is not presented by virtue of the exemption given in MFRS 107.



**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 – X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

---

22. **CASH FLOWS INFORMATION (CONT'D)**

(b)   The cash and cash equivalents comprise the following:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Cash and bank balances | 38,851,264 | 51,994,271 |

23. **RELATED PARTY DISCLOSURES**

(a)   **Identities of related parties**

Parties are considered to be related to the Company if the Company has the ability, directly or indirectly, to control or jointly control the party or exercise significant influence over the party in making financial and operating decisions, or vice versa, or where the Company and the party are subject to common control.

In addition to the information detailed elsewhere in the financial statements, the Company has related party relationships with its directors, key management personnel, holding company and entities within the same group of companies.

(b)   **Significant related party transactions and balances**

Other than those disclosed elsewhere in the financial statements, the Company also carried out the following significant transactions with the related parties during the financial year:

|  | 2018 RM | 2017 RM |
|---|---|---|
| **Holding company** | | |
| - Dividend | 26,100,000 | 9,000,000 |
| **Related companies** | | |
| - Sale of goods | - | (130,476) |
| **Director** | | |
| - Rental | 144,000 | 144,000 |

The significant outstanding balances of the related parties (including the allowance for impairment loss made) together with their terms and conditions are disclosed in the respective notes to the financial statements.

No expense was recognised during the financial year for bad or doubtful debts in respect of the amounts owed by the related parties.

---

Page 44



UserID: asalzman18                     Date: Fri Aug 30 06:02:47 2019         Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Tel: 03-2299 4400          Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD** ~~Investigation~~
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS
FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

23.  **RELATED PARTY DISCLOSURES (CONT'D)**

(c)  **Key management personnel compensation**

The compensation of key management personnel who is the executive director are detailed in Note 17.

24.  **CAPITAL COMMITMENTS**

|  | 2018 RM | 2017 RM |
|---|---|---|
| Purchase of property, plant and equipment | 2,584,000 | 1,349,000 |

25.  **FINANCIAL INSTRUMENTS**

The Company's activities are exposed to a variety of market risk (including foreign currency risk, interest rate risk and equity price risk), credit risk and liquidity risk. The Company's overall financial risk management policy focuses on the unpredictability of financial markets and seeks to minimise potential adverse effects on the Company's financial performance.

25.1  **Financial risk management policies**

The Company's policies in respect of the major areas of treasury activity are as follows:

(a)  **Market risk**

(i)  **Foreign currency risk**

The Company is exposed to foreign currency risk on transactions and balances that are denominated in currencies other than the functional currency. The currencies giving rise to this risk are primarily Euro ("EURO"), Chinese Renminbi ("RMB"), Singapore Dollar ("SGD") and United States Dollar ("USD"). Foreign currency risk is monitored closely on an ongoing basis to ensure that the net exposure is at an acceptable level. The Company also holds cash and cash equivalents denominated in foreign currencies for working capital purposes.

Page 45



UserID: asalzman18                      Date: Fri Aug 30 06:02:47 2019              Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47
Email By: bhaher@dhlaw.com    Filed Date: 9/3/19 3:42 PM    Submission Status: Approved

Tel: 03-2299 4400        Fax: 03-2299 4411

UserID: asalzman18

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47
MENARA SSM@SENTRAL, NO 7 JALAN STESEN SENTRAL 5, KUALA LUMPUR SENTRAL, 50623 KUALA LUMPUR.

Date: Fri Aug 30 06:02:47 2019

Tel: 03-2299 4400     Fax: 03-2299 4411

Printing Date: 30-08-2019

Info@ssm.com.my   Statuses:Approved.



**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

25. **FINANCIAL INSTRUMENTS (CONT'D)**

25.1 **Financial risk management policies (cont'd)**

(a) **Market risk (cont'd)**

(i) **Foreign currency risk (cont'd)**

The Company's exposure to foreign currency risk (a currency which is other than the functional currency) based on the carrying amounts of the financial instruments at the end of the reporting period is summarised below:

*Foreign currency exposure*

| | EURO RM | RMB RM | SGD RM | USD RM | RM RM | Others RM | Total RM |
|---|---|---|---|---|---|---|---|
| **2018** | | | | | | | |
| Financial assets | | | | | | | |
| Trade and other receivables (N1) | - | - | 979,115 | 15,603,685 | 2,548,971 | - | 19,131,771 |
| Cash and bank balances | 485 | 5,505 | 4,976 | 12,903,937 | 25,927,841 | 8,520 | 38,851,264 |
| | 485 | 5,505 | 984,091 | 28,507,622 | 28,476,812 | 8,520 | 57,983,035 |
| Financial liabilities | | | | | | | |
| Trade and other payables (N2) | (35,584) | (63,000) | - | (2,192,427) | (36,068,641) | - | (38,359,652) |
| Hire purchase payables | - | - | - | - | (160,856) | - | (160,856) |
| | (35,584) | (63,000) | - | (2,192,427) | (36,229,497) | - | (38,520,508) |

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS
FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

25.   FINANCIAL INSTRUMENTS (CONT'D)

   25.1  Financial risk management policies (cont'd)

   (a)   Market risk (cont'd)

   (i)   Foreign currency risk (cont'd)

   *Foreign currency exposure (cont'd)*

| | EURO RM | RMB RM | SGD RM | USD RM | RM RM | Others RM | Total RM |
|---|---|---|---|---|---|---|---|
| **2018** | | | | | | | |
| Net financial (liabilities)/assets | (35,099) | (57,495) | 984,091 | 26,315,195 | (7,752,685) | 8,520 | 19,462,527 |
| Less : Net financial liabilities denominated in the Company's functional currency | - | - | - | - | 7,752,685 | - | 7,752,685 |
| Currency exposure | (35,099) | (57,495) | 984,091 | 26,315,195 | - | 8,520 | 27,215,212 |

UserID: asalzmani8

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Date: Fri Aug 30 06:02:47 2019

Printing Date: 30-08-2019

Tel: 03-2299 4400

Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

## 25. FINANCIAL INSTRUMENTS (CONT'D)

### 25.1 Financial risk management policies (cont'd)

#### (a) Market risk (cont'd)

##### (i) Foreign currency risk (cont'd)

*Foreign currency exposure (cont'd)*

| | EURO RM | RMB RM | SGD RM | USD RM | RM RM | Others RM | Total RM |
|---|---|---|---|---|---|---|---|
| **2017** | | | | | | | |
| <u>Financial assets</u> | | | | | | | |
| Trade and other receivables (N1) | - | 573,930 | 1,073,393 | 14,205,442 | 3,619,218 | - | 19,471,983 |
| Cash and bank balances | 485 | 25,156 | 5,840 | 8,825,117 | 43,130,172 | 7,501 | 51,994,271 |
| | 485 | 599,086 | 1,079,233 | 23,030,559 | 46,749,390 | 7,501 | 71,466,254 |
| <u>Financial liabilities</u> | | | | | | | |
| Trade and other payables (N2) | (83,943) | (66,864) | - | (3,339,635) | (29,227,822) | (14,459) | (32,732,723) |
| Bank borrowing | - | - | - | - | (61,503) | - | (61,503) |
| Hire purchase payables | - | - | - | - | (514,889) | - | (514,889) |
| | (83,943) | (66,864) | - | (3,339,635) | (29,804,214) | (14,459) | (33,309,115) |

Page 48

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

25.  **FINANCIAL INSTRUMENTS (CONT'D)**

25.1  **Financial risk management policies (cont'd)**

(a)  **Market risk (cont'd)**

(i)  **Foreign currency risk (cont'd)**

*Foreign currency exposure (cont'd)*

| | EURO<br>RM | RMB<br>RM | SGD<br>RM | USD<br>RM | RM<br>RM | Others<br>RM | Total<br>RM |
|---|---|---|---|---|---|---|---|
| **2017** | | | | | | | |
| Net financial (liabilities)/assets | (83,458) | 532,222 | 1,079,233 | 19,690,924 | 16,945,176 | (6,958) | 38,157,139 |
| Less : Net financial (assets) denominated in the Company's functional currency | - | - | - | - | (16,945,176) | - | (16,945,176) |
| **Currency exposure** | (83,458) | 532,222 | 1,079,233 | 19,690,924 | - | (6,958) | 21,213,963 |

N1 - Excluding deposits, prepayments and certain receivables
N2 - Excluding deposit payables and certain payables

Page 49

**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

25. **FINANCIAL INSTRUMENTS (CONT'D)**

 25.1 Financial risk management policies (cont'd)

 (a) Market risk (cont'd)

 (i) Foreign currency risk (cont'd)

 *Foreign currency risk sensitivity analysis*

 The following table details the sensitivity analysis to a reasonably possible change in the foreign currencies at the end of the reporting period, with all other variables held constant:

| | 2018 RM | 2017 RM |
|---|---|---|
| **Effects on profit after tax** | | |
| **EURO/RM** | | |
| - strengthened by 5% | (1,334) | (3,171) |
| - weakened by 5% | 1,334 | 3,171 |
| | | |
| **RMB/RM** | | |
| - strengthened by 5% | (2,185) | 20,224 |
| - weakened by 5% | 2,185 | (20,224) |
| | | |
| **SGD/RM** | | |
| - strengthened by 5% | 37,395 | 41,011 |
| - weakened by 5% | (37,395) | (41,011) |
| | | |
| **USD/RM** | | |
| - strengthened by 5% | 999,977 | 748,255 |
| - weakened by 5% | (999,977) | (748,255) |

 (ii) Interest rate risk

 The Company's fixed rate borrowings is carried at amortised cost. Therefore, they are not subject to interest rate risk as defined MFRS 7 since neither the carrying amount nor the future cash flows will fluctuate because of a change in market interest rates.

 (iii) Equity price risk

 The Company does not have any quoted investments and hence, is not exposed to equity price risk.

Page 50



**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

---

25.  **FINANCIAL INSTRUMENTS (CONT'D)**

   25.1  **Financial risk management policies (cont'd)**

   (b)  **Credit risk**

   The Company's exposure to credit risk, or the risk of counterparties defaulting, arises mainly from trade and other receivables. The Company manages its exposure to credit risk by the application of credit approvals, credit limits and monitoring procedures on an ongoing basis. For other financial assets (including cash and bank balances), the Company minimises credit risk by dealing exclusively with high credit rating counterparties.

   The Company uses ageing analysis to monitor the credit quality of the trade receivables. Any receivables having significant balances past due or more than 120 days, which are deemed to have higher credit risk, are monitored individually.

   The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of the trade and other receivables as appropriate. The main components of this allowance are a specific loss component that relates to individually significant exposures, and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified (where applicable). Impairment is estimated by management based on prior experience and the current economic environment.

   (i)  **Credit risk concentration profile**

   The Company's major concentration of credit risk relates to the amounts owing by one (2017 : one) customers which constituted approximately 44% (2017 : 48%) of its trade receivables at the end of the reporting period.



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019              Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

---

### 25.  FINANCIAL INSTRUMENTS (CONT'D)

#### 25.1  Financial risk management policies (cont'd)

##### (b)  Credit risk (cont'd)

###### (i)  Credit risk concentration profile (cont'd)

In addition, the Company also determines concentration of credit risk by monitoring the geographical region of its trade receivables on an ongoing basis. The credit risk concentration profile of trade receivables at the end of the reporting period is as follows:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Africa | 197 | 442,582 |
| Asia (excluding Malaysia) | 1,211,824 | 1,396,102 |
| North America | 14,271,316 | 11,874,197 |
| Europe | 1,099,463 | 1,565,954 |
| Malaysia | 2,548,327 | 2,724,877 |
|  | 19,131,127 | 18,003,712 |

###### (ii)  Exposure to credit risk

At the end of the reporting period, the maximum exposure to credit risk is represented by the carrying amount of each class of financial assets recognised in the statement of financial position of the Company after deducting any allowance for impairment losses (where applicable).

###### (iii)  Ageing analysis

The ageing analysis of trade receivables is as follows:

|  | 2018 RM | 2017 RM |
|---|---|---|
| **Carrying amount** |  |  |
| Not past due | 18,904,478 | 16,941,568 |
| Past due: |  |  |
| - less than 3 months | 226,617 | 515,743 |
| - more than 6 months | 32 | 546,401 |
|  | 19,131,127 | 18,003,712 |

The Company believes that no impairment allowance is necessary in respect of trade receivables that are past due but not impaired because they are companies with good collection track record and no recent history of default.

---



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Tel: 03-2299 4400          Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

NOTES TO THE FINANCIAL STATEMENTS
FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018

25.  **FINANCIAL INSTRUMENTS (CONT'D)**

25.1  **Financial risk management policies (cont'd)**

(c)  **Liquidity risk**

Liquidity risk arises mainly from general funding and business activities. The Company practises prudent risk management by maintaining sufficient cash balances and the availability of funding through certain committed credit facilities.

*Maturity analysis*

The following table sets out the maturity profile of the financial liabilities at the end of the reporting period based on contractual undiscounted cash flows (including interest payments computed using contractual rates or, if floating, based on the rates at the end of the reporting period):

|  | Effective interest rate % | Carrying amount RM | Contractual undiscounted cash flows RM | Within 1 year RM | 1-5 years RM |
|---|---|---|---|---|---|
| **2018** | | | | | |
| Non-derivative financial liabilities | | | | | |
| Trade and other payables (N1) | - | 38,359,652 | 38,359,652 | 38,359,652 | - |
| Hire purchase payables | 4.7 – 5.1 | 160,856 | 164,506 | 146,770 | 17,736 |
|  | | 38,520,508 | 38,524,158 | 38,506,422 | 17,736 |
| **2017** | | | | | |
| Non-derivative financial liabilities | | | | | |
| Trade and other payables (N1) | - | 32,732,723 | 32,732,723 | 32,732,723 | - |
| Bank borrowing | 5.2 | 61,503 | 61,664 | 61,664 | - |
| Hire purchase payables | 4.6 – 5.1 | 514,889 | 535,282 | 370,776 | 164,506 |
|  | | 33,309,115 | 33,329,669 | 33,165,163 | 164,506 |

N1 - Excluding deposit payables and certain payables



UserID: asalzman18                     Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Tel: 03-2299 4400        Fax: 03-2299 4411

**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

### 25.  FINANCIAL INSTRUMENTS (CONT'D)

#### 25.2  Capital risk management

The Company manages its capital to ensure that it will be able to maintain an optimal capital structure so as to support its business and maximise shareholder's value. To achieve this objective, the Company may make adjustments to the capital structure in view of changes in economic conditions, such as adjusting the amount of dividend payment, returning of capital to shareholders or issuing new shares.

The Company manages its capital based on debt-to-equity ratio that complies with debt covenants and regulatory, if any. The debt-to-equity ratio is calculated as net debt divided by total equity. The Company includes within net debt, loans and borrowings from financial institutions less cash and cash equivalents. The debt-to-equity ratio of the Company at the end of the reporting period was as follows:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Bank borrowing | - | 61,503 |
| Hire purchase payables | 160,856 | 514,889 |
|  | 160,856 | 576,392 |
| Less : Cash and bank balances | (38,851,264) | (51,994,271) |
| Excess funds | (38,690,408) | (51,417,879) |
| Total equity | 127,472,904 | 129,150,705 |
| Debt-to-equity ratio | Not applicable * | Not applicable * |

\* The debt-to-equity ratio of the Company at the end of the reporting period is not presented as its cash and cash equivalents exceeded the total external borrowings.

There was no change in the Company's approach to capital management during the financial year.



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

NOTES TO THE FINANCIAL STATEMENTS
FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018

25.  FINANCIAL INSTRUMENTS (CONT'D)

25.3  Classification of financial instruments

| | 2018 RM | 2017 RM |
|---|---|---|
| **Financial assets** | | |
| Loans and receivables financial assets | | |
| Trade and other receivables (N1) | 19,131,771 | 19,471,983 |
| Cash and bank balances | 38,851,264 | 51,994,271 |
| | 57,983,035 | 71,466,254 |
| **Financial liabilities** | | |
| Other financial liabilities | | |
| Trade and other payables (N2) | 38,359,652 | 32,732,723 |
| Bank borrowing | – | 61,503 |
| Hire purchase payables | 160,856 | 514,889 |
| | 38,520,508 | 33,309,115 |

N1 - Excluding deposits, prepayments and certain receivables
N2 - Excluding deposits payables and certain payables

25.4  Gains or losses arising from financial instruments

| | 2018 RM | 2017 RM |
|---|---|---|
| **Financial assets** | | |
| Loans and receivables financial assets | | |
| Net gains/(losses) recognised in profit or loss | 553,924 | (932,835) |
| Fair value through profit or loss: held-for-trading | | |
| Net gains recognised in profit or loss | 1,253,859 | 593,257 |
| **Financial liabilities** | | |
| Other financial liabilities | | |
| Net losses recognised in profit or loss | (161,125) | (237,206) |
| Fair value through profit or loss : held-for-trading | | |
| Net gains recognised in profit or loss | – | 222,185 |

Page 55



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

UserID: asalzman18

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Date: Fri Aug 30 06:02:47 2019          Printing Date: 30-08-2019

Tel: 03-2299 4400          Fax: 03-2299 4411



**POH HUAT FURNITURE INDUSTRIES (M) SDN. BHD.**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

### 25.   FINANCIAL INSTRUMENTS (CONT'D)

#### 25.5   Fair value information

The fair values of the financial assets and financial liabilities of the Company which are maturing within the next 12 months approximated their carrying amounts due to the relatively short-term maturity of the financial instruments or repayable on demand terms.

As the Company does not have any financial instruments carried at fair value, the following table sets out only the fair value profile of financial instruments that are not carried at fair value at the end of the reporting period:

| | Fair value of financial instruments not carried at fair value | | | Total fair value RM | Carrying amount RM |
|---|---|---|---|---|---|
| | Level 1 RM | Level 2 RM | Level 3 RM | | |
| **2018** | | | | | |
| Financial liabilities | | | | | |
| Hire purchase payables | - | 160,751 | - | 160,751 | 160,856 |
| **2017** | | | | | |
| Financial liabilities | | | | | |
| Hire purchase payables | - | 514,562 | - | 514,562 | 514,889 |

**POH HUAT FURNITURE INDUSTRIES (M) SDN BHD**
(Incorporated in Malaysia)
Company No. : 242128 - X

**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE FINANCIAL YEAR ENDED 31 OCTOBER 2018**

---

25. **FINANCIAL INSTRUMENTS (CONT'D)**

    25.5 **Fair value information (cont'd)**

    **Fair value of financial instruments not carried at fair value**

    The fair values of hire purchase payables are determined by discounting the relevant future contractual cash flows using current market interest rates for similar instruments at the end of the reporting period. The interest rates (per annum) used to discount the estimated cash flows are as follows:

    |  | 2018 % | 2017 % |
    |---|---|---|
    | Hire purchase payables | 2.6 | 2.6 |

26. **SIGNIFICANT EVENT DURING THE FINANCIAL YEAR**

    On 21 January 2018, there was a fire destroying one of the five factory buildings of the Company. The affected manufacturing facility, comprising the loading and assembly sections, is located at PTD No. 1547 & 1548, Bukit Pasir Industrial Area, Mukim of Sungai Terap, District of Muar, Johor Darul Takzim.

    The book value of property, plant and equipment and inventories damaged on fire of RM 1.94 million and RM 1.08 million respectively had been recognised in profit or loss during the financial year 2018. The related insurance claim of RM 4.28 million was received in April 2018.

**Lodger Information**

| Name | : Pang Kah Man (f) |
|---|---|
| NRIC No. | : 750611-12-5228 |
| Address | : KMP Corporate Consultancy Sdn. Bhd. 2 (1st Floor), Jalan Marin, Taman Marin, Jalan Haji Abdullah, Sungai Abong, 84000 Muar, Johor. |
| Telephone Number | : 06-9510223 |
| Email | : kmp-muar@kmpcorp.com.my |



UserID: asalzman18                    Date: Fri Aug 30 06:02:47 2019         Printing Date: 30-08-2019

This certified copy of document is generated from SSM e-Info Services as at 30-08-2019 06:02:47

Barcode:3886453-02 A-570-106 INV - Investigation  -

# Exhibit SV2-7

# Yeo Aik Wood YE July 2018 Financial Statement

Barcode:3886453-02 A-570-106 INV - Investigation -

**Prelodgement Collection Slip**

UserID : norsoleha(JR)
Transaction Date/Time : 18/12/2018 09:17:24
Logging Reference No : ROC18122018000365
Entity No : 244961-H   YEO AIK WOOD SDN. BHD.
Document(s) Lodged:

| SNO | Form Type | Doc Date | Event Date | Received Date |
|---|---|---|---|---|
| 1 | 667 | 31/07/2018 | 17/12/2018 | 17/12/2018 |

28-11-18

18-12-18

YEO AIK WOOD SDN. BHD.
JR1812201810201
18/12/2018        9:19:07 AM
102    norsoleha

244961-H , APP-C\U-FINANCIAL STATEMENT CA    50.00
2018 (PRIVATE LIMITED)

# Yeo Aik Wood Sdn. Bhd.
### (Company No. 244961-H)
### (Incorporated in Malaysia)

## Financial statements for the
## year ended 31 July 2018



These financial statements and reports of the
company with Qualified / Unqualified Auditors'
Report for the financial year end
circulated on   1 7 DEC 2018   3 1 JUL 2018

Lim Ying Khoo (f) (MIA 24294)
Company Secretary



SM120802532484

SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019
      This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
Filed By: jbaber@dhlaw.com   Filed Date: 2/3/19 3:43 PM   Submission Status: Approved

Tel: 03-2299 4400        Fax: 03-2299 4411

Barcode:3886453-02 A-570-106 INV - Investigation  -

## Yeo Aik Wood Sdn. Bhd.

(Company No. 244961-H)
(Incorporated in Malaysia)

1

## Directors' report for the year ended 31 July 2018

The directors hereby submit their report and the audited financial statements of the Company for the financial year ended 31 July 2018.

### Principal activities

The Company is principally engaged in the business of manufacturing and selling of furniture. The principal activities of the subsidiaries are set out in Note 4 to the financial statements. There have been no significant changes in the nature of these activities during the financial year.

### Results

|  | RM'000 |
|---|---|
| Profit after taxation for the financial year | 10,170 |

### Dividends

Since the end of the previous financial year, the Company paid:

i)   a first interim single tier dividend of RM2.83 per ordinary share totalling RM8,490,000 in respect of the financial year ended 31 July 2018 on 27 December 2017; and

ii)  a second interim single tier dividend of RM0.267 per ordinary share totalling RM801,000 in respect of the financial year ended 31 July 2018 on 30 July 2018.

### Reserves and provisions

There were no material transfers to or from reserves or provisions during the financial year other than those disclosed in the financial statements.



UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
Email: shaher@dhlaw.com   Filed Date: 04/19/2018   Submission Status: Approved
Tel: 03-2299 4400      Fax: 03-2299 4411

Barcode:3886453-02 A-570-106 INV - Investigation  -

2

Company No. 244961-H

## Issues of shares and debentures

During the financial year:-

(a)    there were no changes in the issued and paid-up share capital of the Company, and

(b)    there were no issues of debentures by the Company.

## Options granted over unissued shares

During the financial year, no options were granted by the Company to any person to take up any unissued shares in the Company.

## Bad and doubtful debts

Before the financial statements of the Company were made out, the directors took reasonable steps to ascertain that action had been taken in relation to the writing off of bad debts and the making of allowance for impairment losses on receivables, and satisfied themselves that all known bad debts had been written off and that adequate allowance had been made for impairment losses on receivables.

At the date of this report, the directors are not aware of any circumstances that would require the further writing off of bad debts, or the additional allowance for impairment losses on receivables in the financial statements of the Company.

## Current assets

Before the financial statements of the Company were made out, the directors took reasonable steps to ensure that any current assets, which were unlikely to be realised in the ordinary course of business, including their value as shown in the accounting records of the Company, have been written down to an amount which they might be expected so to realise.

At the date of this report, the directors are not aware of any circumstances which would render the values attributed to the current assets in the financial statements misleading.

## Valuation methods

At the date of this report, the directors are not aware of any circumstances which have arisen which render adherence to the existing methods of valuation of assets or liabilities of the Company misleading or inappropriate.

## Contingent and other liabilities

The contingent liabilities are disclosed in Note 18 to the financial statements. At the date of this report, there does not exist:-

(a)    any charge on the assets of the Company that has arisen since the end of the financial year which secures the liabilities of any other person; or



Barcode:3886453-02 A-570-106 INV - Investigation -

3

Company No. 244961-H

## Contingent and other liabilities (Cont'd)

The contingent liabilities are disclosed in Note 18 to the financial statements. At the date of this report, there does not exist (cont'd):-

(b)  any contingent liability of the Company which has arisen since the end of the financial year.

No contingent or other liability of the Company has become enforceable or is likely to become enforceable within the period of twelve months after the end of the financial year which, in the opinion of the directors, will or may substantially affect the ability of the Company to meet their obligations when they fall due.

## Change of circumstances

At the date of this report, the directors are not aware of any circumstances not otherwise dealt with in this report or the financial statements of the Company which would render any amount stated in the financial statements misleading.

## Items of an unusual nature

The results of the operations of the Company during the financial year were not, in the opinion of the directors, substantially affected by any item, transaction or event of a material and unusual nature.

There has not arisen in the interval between the end of the financial year and the date of this report any item, transaction or event of a material and unusual nature likely, in the opinion of the directors, to affect substantially the results of the operations of the Company for the financial year in which this report is made.

## Directors

The names of directors of the Company who served during the financial year and up to the date of this report are as follows:-

Mr. Yeo Eck Liong
Mr. Yeo Ayk Ke
Mr. Chia Lai Joo (Resigned on 1.11.2017)

The names of directors of the Company's subsidiaries who served during the financial year and up to the date of this report, not including those directors mentioned above, are as follows:-

Mr. Lim Poh Teot
Mr. Yeo Yek Meng



UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
Printed By: chhabra@dhlaw.com  Filed Date: 29/3/19 3:43 PM  Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

4

Company No. 244961-H

## Directors' interests

As the Company is a wholly owned subsidiary of another corporation, the interests in the shares of the Company and of its related corporations of all the above directors, who are also directors of the holding company, are shown in the directors' report of the holding company.

## Directors' benefits

Since the end of the previous financial year, no director has received or become entitled to receive any benefit (other than a benefit included in the aggregate amount of remuneration received or due and receivable by directors shown in the financial statements or the fixed salary of a full-time employee of the Company or related corporations) by reason of a contract made by the Company or a related corporation with the director or with a firm of which the director is a member, or with a company in which the director has a substantial financial interest except for any benefits which may be deemed to arise from transactions entered into in the ordinary course of business with companies in which certain directors have substantial financial interests as disclosed in Note 19 to the financial statements.

Neither during nor at the end of the financial year was the Company a party to any arrangements whose object is to enable the directors to acquire benefits by means of the acquisition of shares in or debentures of the Company or any other body corporate.

## Directors' remuneration

The details of the directors' remuneration paid or payable to the directors of the Company during the financial year are disclosed in Note 14 to the financial statements.

## Indemnity and insurance cost

During the financial year, there is no indemnity given to or professional indemnity insurance effected for directors, officers or auditors of the Company.

## Subsidiaries

The details of the Company's subsidiaries are disclosed in Note 4 to the financial statements.

## Holding company

The holding company is Jaycorp Berhad, a public listed company incorporated in Malaysia, which the directors also regard as the ultimate holding company. Jaycorp Berhad is listed on the Main Market of Bursa Malaysia Securities Berhad.



Barcode:3886453-02 A-570-106 INV - Investigation  -

5

Company No. 244961-H

## Auditors

The auditors, Messrs. Crowe Malaysia (formerly known as Crowe Horwath), have expressed their willingness to continue in office.

The auditors' remuneration are disclosed in Note 13 to the financial statements.

Signed in accordance with a resolution of the directors dated **17 OCT 2018**

**Yeo Eck Kiong**

**Yeo Ayk Ke**



Barcode:3886453-02 A-570-106 INV - Investigation  -

6

# Yeo Aik Wood Sdn. Bhd.
(Company No. 244961-H)
(Incorporated in Malaysia)

## Statement of financial position at 31 July 2018

| | Note | 2018 RM'000 | 2017 RM'000 |
|---|---|---|---|
| **Assets** | | | |
| Property, plant and equipment | 3 | 9,375 | 8,700 |
| Investments in subsidiaries | 4 | 7,441 | 7,441 |
| Deferred tax assets | 5 | 420 | 455 |
| **Total non-current assets** | | 17,236 | 16,596 |
| Receivables, deposits and prepayments | 6 | 10,847 | 10,421 |
| Inventories | 7 | 7,533 | 6,692 |
| Derivative assets | 8 | - | 166 |
| Current tax assets | | 278 | |
| Cash and cash equivalents | 9 | 9,263 | 11,161 |
| **Total current assets** | | 27,921 | 28,440 |
| **Total assets** | | 45,157 | 45,036 |
| **Equity** | | | |
| Share capital | 10 | 3,000 | 3,000 |
| Reserves | | 31,869 | 30,990 |
| **Total equity** | | 34,869 | 33,990 |
| **Liabilities** | | | |
| Payables and accruals | 11 | 10,187 | 10,451 |
| Current tax liabilities | | - | 595 |
| Derivative liabilities | 8 | 101 | - |
| **Total current liabilities** | | 10,288 | 11,046 |
| **Total equity and liabilities** | | 45,157 | 45,036 |

The annexed notes form an integral part of these financial statements.



Barcode:3886453-02 A-570-106 INV - Investigation  -

7

# Yeo Aik Wood Sdn. Bhd.
(Company No. 244961-H)
(Incorporated in Malaysia)

## Statement of profit or loss and other comprehensive income for the financial year ended 31 July 2018

| | Note | 2018 RM'000 | 2017 RM'000 |
|---|---|---|---|
| Revenue | | 102,465 | 117,141 |
| Cost of sales | | (86,590) | (91,698) |
| **Gross profit** | | 15,875 | 25,443 |
| Administrative expenses | | (5,773) | (6,493) |
| Distribution expenses | | (2,818) | (3,222) |
| Other operating expenses | | (971) | - |
| Other operating income | | 5,220 | 4,033 |
| **Operating profit** | | 11,533 | 19,761 |
| Interest income | | 245 | 478 |
| Finance costs | 12 | (6) | (8) |
| **Profit before taxation** | 13 | 11,772 | 20,231 |
| Income tax expense | 15 | (1,602) | (3,932) |
| **Profit for the year** | | 10,170 | 16,299 |
| **Other comprehensive income for the financial year** | | - | - |
| Total comprehensive income for the financial year | | 10,170 | 16,299 |

The annexed notes form an integral part of these financial statements.



UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08

Tel: 03-2299 4400        Fax: 03-2299 4411

8

## Yeo Aik Wood Sdn. Bhd.
(Company No: 244961-H)
(Incorporated in Malaysia)

## Statement of changes in equity for the financial year ended 31 July 2018

| | Note | Share capital RM'000 | Distributable Retained profits RM'000 | Total equity RM'000 |
|---|---|---|---|---|
| At 1 August 2016 | | 3,000 | 36,501 | 39,501 |
| Total comprehensive income for the financial year | | - | 16,299 | 16,299 |
| Dividends | 16 | - | (21,810) | (21,810) |
| At 31 July 2017/1 August 2017 | | 3,000 | 30,990 | 33,990 |
| Total comprehensive income for the financial year | | - | 10,170 | 10,170 |
| Dividends | 16 | - | (9,291) | (9,291) |
| At 31 July 2018 | | 3,000 | 31,869 | 34,869 |
| | | Note 10 | | |

The annexed notes form an integral part of these financial statements.



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                Date: Wed Jul 31 11:24:08 2019            Printing Date: 31-07-2019
This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
Filed By: bbaber@dhlaw.com   Filed Date: 9/3/19 8:42 PM   Submission Status: Approved
Tel: 03-2299 4400        Fax: 03-2299 4411

Barcode:3886453-02 A-570-106 INV - Investigation  -

9

## Yeo Aik Wood Sdn. Bhd.
(Company No. 244961-H)
(Incorporated in Malaysia)

## Statement of cash flows for the financial year ended 31 July 2018

|  | Note | 2018 RM'000 | 2017 RM'000 |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit before taxation | | 11,772 | 20,231 |
| Adjustments for:- | | | |
| Depreciation of property, plant and equipment | 3 | 1,636 | 1,345 |
| Bad debts written off | | - | 7 |
| Finance costs | 12 | 6 | 8 |
| Write down of inventories | | 392 | 221 |
| Loss/(Gain) on disposal of property, plant and equipment | | 53 | * |
| Reversal of write down of inventories | | (108) | (232) |
| Dividend income | | (2,500) | (3,000) |
| Interest income | | (245) | (478) |
| Fair value loss on derivatives | | 267 | 173 |
| Unrealised loss/(gain) on foreign exchange | | 856 | (880) |
| Rental income | | (70) | (70) |
| **Operating profit before changes in working capital** | | 12,059 | 17,325 |
| Changes in inventories | | (1,125) | (1,936) |
| Changes in receivables, deposits and prepayments | | (1,316) | 1,786 |
| Changes in payables and accruals | | (239) | 1,438 |
| **Cash generated from operations** | | 9,379 | 18,613 |
| Income tax paid | | (2,440) | (3,122) |
| **Net cash generated from operating activities** | | 6,939 | 15,491 |
| **Cash flows from investing activities** | | | |
| Acquisition of property, plant and equipment | 3 | (2,452) | (1,860) |
| Decrease in deposits pledged | | - | 1,271 |
| Dividend received | | 2,500 | 3,000 |
| Interest income received | | 245 | 478 |
| Proceeds from disposal of property, plant and equipment | | 88 | * |
| Rental received | | 70 | 70 |
| Repayment from/(Advances to) related companies | | 12 | (12) |
| **Net cash generated from investing activities** | | 463 | 2,947 |

* Less than RM1,000

The annexed notes form an integral part of these financial statements.



Barcode:3886453-02 A-570-106 INV - Investigation -

Company No. 244961-H

10

# Statement of cash flows for the financial year ended 31 July 2018 (continued)

| | Note | 2018 RM'000 | 2017 RM'000 |
|---|---|---|---|
| **Cash flows for financing activities** | | | |
| Repayment to holding company | 17(a) | (4) | - |
| Dividend paid | 16 | (9,291) | (21,810) |
| Interest paid | 17(a) | (6) | (8) |
| Advances from/(Repayment to) related companies | 17(a) | 1 | (5) |
| **Net cash used in financing activities** | | (9,300) | (21,823) |
| Net decrease in cash and cash equivalents | | (1,898) | (3,385) |
| Cash and cash equivalents at 1 August | | 11,161 | 14,546 |
| **Cash and cash equivalents at 31 July** | 17(b) | 9,263 | 11,161 |

The annexed notes form an integral part of these financial statements.



Barcode:3886453-02 A-570-106 INV - Investigation  -

11

# Yeo Aik Wood Sdn. Bhd.

(Company No. 244961-H)
(Incorporated in Malaysia)

## Notes to the financial statements

Yeo Aik Sdn. Bhd. is a private liability limited company, incorporated and domiciled in Malaysia. The addresses of its registered office and principal place of business are as follows:-

**Registered office**
36(1st Floor) Jalan Pesta 1-2
Taman Tun Dr. Ismail 1, Jalan Bakri
84000 Muar, Johor

**Principal place of business**
JA 1880, Batu 22½
Parit Perawas
Sungai Rambai
77400 Melaka

The Company is principally engaged in the business of manufacturing and selling of furniture. The principal activities of the subsidiaries are set out in Note 4 to the financial statements. There have been no significant changes in the nature of these activities during the financial year.

As permitted by MFRS 10, the Company need not present consolidated financial statements as the Company is a wholly-owned subsidiary of Jaycorp Berhad, a company incorporated in Malaysia and listed on the Main Market of Bursa Malaysia Securities Berhad. Jaycorp Berhad produces consolidated financial statements for public use that comply with Malaysian Financial Reporting Standards and International Financial Reporting Standards. Copies of the consolidated financial statements of Jaycorp Berhad can be obtained at its registered office at JA 1880, Batu 22½, Parit Perawas, Sungai Rambai, 77400 Melaka.

The financial statements were authorised for issue by the Board of Directors in accordance with a resolution of the directors dated 17 October 2018.

## 1.  Basis of preparation

The financial statements of the Company are prepared under the historical cost convention and modified to include other bases of valuation as disclosed in other sections under significant accounting policies, and in compliance with Malaysian Financial Reporting Standards ("MFRSs"), International Financial Reporting Standards and the requirements of the Companies Act 2016 in Malaysia.



Barcode:3886453-02 A-570-106 INV - Investigation   -

12

Company No. 244961-H

## 1. Basis of preparation (continued)

(a) During the current financial year, the Company has adopted the following new accounting standards and/or interpretations (including the consequential amendments, if any):-

**MFRSs and/or IC Interpretations (Including The Consequential Amendments)**

Amendments to MFRS 107: Disclosure Initiative

Amendments to MFRS 112: Recognition of Deferred Tax Assets for Unrealised Losses

Annual Improvements to MFRS Standards 2014 – 2016 Cycles: Amendments to MFRS 12: Clarification of the Scope of the Standard

The adoption of the above accounting standards and/or interpretations (including the consequential amendments, if any) did not have any material impact on the Company's financial statements.

(b) The Company has not applied in advance the following accounting standards and/or interpretations (including the consequential amendments, if any) that have been issued by the Malaysian Accounting Standards Board (MASB) but are not yet effective for the current financial year:-

| MFRSs and/or IC Interpretations (Including The Consequential Amendments) | Effective Date |
|---|---|
| MFRS 9 Financial Instruments (IFRS 9 as issued by IASB in July 2014) | 1 January 2018 |
| MFRS 15 Revenue from Contracts with Customers | 1 January 2018 |
| MFRS 16 Leases | 1 January 2019 |
| MFRS 17 Insurance Contracts | 1 January 2021 |
| IC Interpretation 22 Foreign Currency Transactions and Advance Consideration | 1 January 2018 |
| IC Interpretation 23 Uncertainty over Income Tax Treatments | 1 January 2019 |
| Amendments to MFRS 2: Classification and Measurement of Share-based Payment Transactions | 1 January 2018 |
| Amendments to MFRS 4: Applying MFRS 9 Financial Instruments with MFRS 4 Insurance Contracts | 1 January 2018 |
| Amendments to MFRS 9: Prepayment Features with Negative Compensation | 1 January 2019 |



Barcode:3886453-02 A-570-106 INV - Investigation -

13

Company No. 244961-H

## 1.  Basis of preparation (continued)

(b)  The Company has not applied in advance the following accounting standards and/or interpretations (including the consequential amendments, if any) that have been issued by the Malaysian Accounting Standards Board (MASB) but are not yet effective for the current financial year (continued):-

| MFRSs and/or IC Interpretations (Including The Consequential Amendments) | Effective Date |
|---|---|
| Amendments to MFRS 10 and MFRS 128: Sale or Contribution of Assets between an Investor and its Associate or Joint Venture | Deferred |
| Amendments to MFRS 15: Effective Date of MFRS 15 | 1 January 2018 |
| Amendments to MFRS 15: Clarifications to MFRS 15 'Revenue from Contracts with Customers' | 1 January 2018 |
| Amendments to MFRS 119: Plan Amendment, Curtailment or Settlement | 1 January 2019 |
| Amendments to MFRS 128: Long-term Interests in Associates and Joint Ventures | 1 January 2019 |
| Amendments to MFRS 140 – Transfers of Investment Property | 1 January 2018 |
| Amendments to References to the Conceptual Framework in MFRS Standards | 1 January 2020 |
| Annual Improvements to MFRS Standards 2014 – 2016 Cycles: | |
| • Amendments to MFRS 1: Deletion of Short-term Exemptions for First-time Adopters | |
| • Amendments to MFRS 128: Measuring an Associate or Joint Venture at Fair Value | 1 January 2018 |
| Annual Improvements to MFRS Standards 2015 – 2017 Cycles | 1 January 2019 |

[THE REST OF THIS PAGE IS INTENTIONALLY LEFT BLANK]



14

Company No. 244961-H

## 1.  Basis of preparation (continued)

(b)  **MFRS 9 Financial Instruments**

MFRS 9 (IFRS 9 issued by IASB in July 2014) replaces the existing guidance in MFRS 139 Financial Instruments: Recognition and Measurement and introduces a revised guidance on the classification and measurement of financial instruments, including a single forward-looking 'expected loss' impairment model for calculating impairment on financial assets, and a new approach to hedge accounting. Under this MFRS 9, the classification of financial assets is driven by cash flow characteristics and the business model in which a financial asset is held.

Furthermore, pursuant to MFRS 9, it will no longer be necessary for a loss event to occur before an impairment loss is recognised. Instead, the Company is required to recognise and measure a lifetime expected credit loss ("ECL") on its debt instruments. This application will result in earlier recognition of credit losses. The expected impact from implementation of MFRS 9 and the determination of ECL is not expected to have material impact on the financial statements of the Company.

**MFRS 15 Revenue from Contracts with Customers**

MFRS 15 establishes a single comprehensive model for revenue recognition and will supersede the current revenue recognition guidance and other related interpretations when it becomes effective. Under MFRS 15, an entity shall recognise revenue when (or as) a performance obligation is satisfied, i.e. when 'control' of the distinct promised goods or services underlying the particular performance obligation is transferred to the customers. The amendments to MFRS 15 further clarify the concept of 'distinct' for the purposes of this accounting standard. In addition, extensive disclosures are also required by MFRS 15 about the nature, amount, timing and uncertainty of revenue and cash flows from contracts with customers. The adoption of MFRS 15 is not expected to have material impact on the financial statements of the Company.

The adoption of the other above mentioned accounting standards (including the consequential amendments, if any) is also expected to have immaterial impact on the financial statements of the Company upon their initial application.

15

Company No. 244961-H

## 2. Significant accounting policies

### (a) Critical accounting estimates and judgements

*Key Sources of Estimation Uncertainty*

Management believes that there are no key assumptions made concerning the future, and other key sources of estimation uncertainty at the reporting date, that have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the next financial year other than as disclosed below:-

#### (i) *Depreciation of property, plant and equipment*

The estimates for the residual values, useful lives and related depreciation charges for the property, plant and equipment are based on commercial factors which could change significantly as a result of technical innovations and competitors' actions in response to the market conditions. The Company anticipates that the residual values of its property, plant and equipment will be insignificant. As a result, residual values are not being taken into consideration for the computation of the depreciable amount. Changes in the expected level of usage and technological development could impact the economic useful lives and the residual values of these assets, therefore future depreciation charges could be revised. The carrying amount of property and equipment as at the reporting date is disclosed in Note 3 to the financial statements.

#### (ii) *Write-down of inventories*

Reviews are made periodically by management on damaged, obsolete and slow-moving inventories. These reviews require judgement and estimates. Possible changes in these estimates could result in revisions to the valuation of inventories. The carrying amount of inventories as at the reporting date is disclosed in Note 7 to the financial statements.

#### (iii) *Impairment of property, plant and equipment*

The Company determines whether its property, plant and equipment is impaired by evaluating the extent to which the recoverable amount of the asset is less than its carrying amount. This evaluation is subject to changes such as market performance, economic and political situation of the country. A variety of methods is used to determine the recoverable amount, such as valuation reports and discounted cash flows. For discounted cash flows, significant judgement is required in the estimation of the present value of future cash flows generated by the assets, which involve uncertainties and are significantly affected by assumptions used and judgements made regarding estimates of future cash flows and discount rates. The carrying amount of property, plant and equipment as at the reporting date is disclosed in Note 3 to the financial statements.



16

Company No. 244961-H

## 2.   Significant accounting policies (continued)

### (a)   Critical accounting estimates and judgements (cont'd)

*Key Sources of Estimation Uncertainty (Continued)*

#### (iv)   *Impairment of trade receivables*

An impairment loss is recognised when there is objective evidence that a financial asset is impaired. Management specifically reviews its trade receivable and analyses their ageing profile, historical bad debts, customer concentrations, customer creditworthiness, current economic trends and changes in the customer payment terms when making a judgement to evaluate the adequacy of the allowance for impairment losses. Where there is objective evidence of impairment, the amount and timing of future cash flows are estimated based on historical loss experience for assets with similar credit risk characteristics. If the expectation is different from the estimation, such difference will impact the carrying value of receivables. The carrying amount of trade receivables as at the reporting date is disclosed in Note 6 to the financial statements.

#### (v)   *Income taxes*

There are certain transactions and computations for which the ultimate tax determination may be different from the initial estimate. The Company recognises tax liabilities based on its understanding of the prevailing tax laws and estimates of whether such taxes will be due in the ordinary course of business. Where the final outcome of these matters is different from the amounts that were initially recognised, such difference will impact the income tax expense and deferred tax balances in the year in which such determination is made. The carrying amount of current tax assets/liabilities as at the reporting date is RM278,000 (2017 – RM595,000).

*Critical Judgements Made in Applying Accounting Policies*

Management believes that there are no instances of application of critical judgement in applying the Company's accounting policies which will have a significant effect on the amounts recognised in the financial statements other than as disclosed below:-

#### (i)   *Classification of leasehold land*

The classification of leasehold land as a finance lease or an operating lease requires the use of judgement in determining the extent to which risks and rewards incidental to its ownership lie. Despite the fact that there will be no transfer of ownership by the end of the lease term and that the lease term does not constitute the major part of the indefinite economic life of the land, management considered that the present value of the minimum lease payments approximated to the fair value of the land at the inception of the lease. Accordingly, management judged that the Company has acquired substantially all the risks and rewards incidental to the ownership of the land through a finance lease.



Barcode:3886453-02 A-570-106 INV - Investigation -

17

Company No. 244961-H

## 2.  Significant accounting policies (continued)

### (b)  Functional and foreign currencies

#### (i)  *Functional and presentation currency*

The financial statements of the Company are presented in the currency of the primary economic environment in which the Company operates, which is the functional currency.

The financial statements are presented in Ringgit Malaysia ("RM"), which is the Company's functional and presentation currency and has been rounded to the nearest thousand, unless otherwise stated.

#### (ii)  *Foreign currency transactions and balances*

Transactions in foreign currencies are converted into the respective functional currencies on initial recognition, using the exchange rates at the transaction dates. Monetary assets and liabilities at the end of the reporting period are translated at the exchange rates ruling as of that date. Non-monetary assets and liabilities are translated using exchange rates that existed when the values were determined. All exchange differences are recognised in profit or loss.

### (c)  Financial instruments

Financial assets and financial liabilities are recognised in the statement of financial position when the Company has become a party to the contractual provisions of the instruments.

Financial instruments are classified as financial assets, financial liabilities or equity instruments in accordance with the substance of the contractual arrangement and their definitions in MFRS 132. Interest, dividends, gains and losses relating to a financial instrument classified as a liability are reported as an expense or income. Distributions to holders of financial instruments classified as equity are charged directly to equity.

Financial instruments are offset when the Company has a legally enforceable right to offset and intends to settle either on a net basis or to realise the asset and settle the liability simultaneously.

A financial instrument is recognised initially at its fair value. Transaction costs that are directly attributable to the acquisition or issue of the financial instrument (other than a financial instrument at fair value through profit or loss) are added to/deducted from the fair value on initial recognition, as appropriate. Transaction costs on the financial instrument at fair value through profit or loss are recognised immediately in profit or loss.

Financial instruments recognised in the statements of financial position are disclosed in the individual policy statement associated with each item.



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

Barcode:3886453-02 A-570-106 INV - Investigation  -

18

Company No. 244961-H

## 2.  Significant accounting policies (continued)

### (c)  Financial instruments (cont'd)

#### (i)  *Financial assets*

On initial recognition, financial assets are classified as either financial assets at fair value through profit or loss, held-to-maturity investments, loans and receivables financial assets, or available-for-sale financial assets, as appropriate.

- *Financial assets at fair value through profit or loss*

  Financial assets are classified as financial assets at fair value through profit or loss when the financial asset is either held for trading or is designated to eliminate or significantly reduce a measurement or recognition inconsistency that would otherwise arise. Derivatives are also classified as held for trading unless they are designated as hedges.

  Financial assets at fair value through profit or loss are stated at fair value, with any gains or losses arising on remeasurement recognised in profit or loss. Dividend income from this category of financial assets is recognised in profit or loss when the Company's right to receive payment is established.

  Financial assets at fair value through profit or loss could be presented as current assets or non-current assets. Financial assets that are held primarily for trading purposes are presented as current assets whereas financial assets that are not held primarily for trading purposes are presented as current assets or non-current assets based on the settlement date.

- *Held-to-maturity investments*

  As at the end of the reporting period, there were no financial assets classified under this category.

- *Loans and receivables financial assets*

  Trade receivables and other receivables that have fixed or determinable payments that are not quoted in an active market are classified as loans and receivables financial assets. Loans and receivables financial assets are measured at amortised cost using the effective interest method, less any impairment loss. Interest income is recognised by applying the effective interest rate, except for short-term receivables when the recognition of interest would be immaterial.



UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019              Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
Mailed By: shahar@dhlaw.com  Filed Date: 9/19/19 3:43 PM  Submission Status: Approved

Tel: 03-2299 4400        Fax: 03-2299 4411

Company No. 244961-H

19

## 2.   Significant accounting policies (continued)

### (c)   Financial instruments (cont'd)

#### (i)   Financial assets (continued)

- *Loans and receivables financial assets (cont'd)*

  The effective interest method is a method of calculating the amortised cost of a financial asset and of allocating interest income over the relevant period. The effective interest rate is the rate that discounts estimated future cash receipts (including all fees and points paid or received that form an integral part of the effective interest rate, transaction costs and other premiums or discounts) through the expected life of the financial asset, or (where appropriate) a shorter period, to the net carrying amount on initial recognition.

  Loans and receivables financial assets are classified as current assets, except for those having settlement dates later than 12 months after the reporting date which are classified as non-current assets.

- *Available-for-sale financial assets*

  As at the end of the reporting period, there were no financial assets classified under this category.

#### (ii)   Financial liabilities

- *Financial liabilities at fair value through profit or loss*

  Fair value through profit or loss category comprises financial liabilities that are either held for trading or are designated to eliminate or significantly reduce a measurement or recognition inconsistency that would otherwise arise. Derivatives are also classified as held for trading unless they are designated as hedges.

- *Other financial liabilities*

  Other financial liabilities are initially measured at fair value plus directly attributable transaction costs and subsequently measured at amortised cost using the effective interest method.

  The effective interest method is a method of calculating the amortised cost of a financial liability and of allocating interest expense over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash payments through the expected life of the financial liability, or, where appropriate, a shorter period.



Filed By: bhabar@dhlaw.com, Filed Date: 2/3/19 3:49 PM, Submission Status: Approved

Tel: 03-2299 4400          Fax: 03-2299 4411

Barcode:3886453-02 A-570-106 INV - Investigation  -

20

Company No. 244961-H

## 2.   Significant accounting policies (continued)

### (c)   Financial instruments (cont'd)

#### (ii)   *Financial liabilities (continued)*

Financial liabilities are classified as current liabilities unless the Company has an unconditional right to defer settlement of the liability for at least 12 months after the reporting date.

#### (iii)   *Equity instruments*

Equity instruments classified as equity are measured initially at cost and are not remeasured subsequently.

- *Ordinary shares*

  Ordinary shares are classified as equity and recorded at the proceeds received, net of directly attributable transaction costs.

  Dividends on ordinary shares are recognised as liabilities when approved for appropriation.

#### (iv)   *Derivative financial instruments*

Derivative financial instruments are initially recognised at fair value on the date on which a derivative contract is entered into and are subsequently remeasured at fair value. Derivatives are carried as financial assets when the fair value is positive and as financial liabilities when the fair value is negative. Any gains or losses arising from changes in fair value on derivatives during the reporting period, other than those accounted for under hedge accounting, are recognised directly in profit or loss.

An embedded derivative is recognised separately from the host contract and accounted for as a derivative if, and only if, it is not closely related to the economic characteristics and risks of the host contract and the host contract is categorised as at fair value through profit or loss. The host contract, in the event an embedded derivative is recognised separately, is accounted for in accordance with policy applicable to the host contract.

#### (v)   *Derecognition*

A financial asset or part of it is derecognised when, and only when, the contractual rights to the cash flows from the financial asset expire or the financial asset is transferred to another party without retaining control or substantially all risks and rewards of the asset. On derecognition of a financial asset, the difference between the carrying amount and the sum of the consideration received (including any new asset obtained less any new liability assumed) and any cumulative gain or loss that had been recognised in equity is recognised in profit or loss.



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
Filed By: chhaber@dhlaw.com          Filed Date: 9/3/19 3:43 PM   Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

Barcode:3886453-02 A-570-106 INV - Investigation  -

21

Company No. 244961-H

## 2. Significant accounting policies (continued)

### (c) Financial instruments (cont'd)

#### (v) Derecognition (continued)

A financial liability or a part of it is derecognised when, and only when, the obligation specified in the contract is discharged or cancelled or expires. On derecognition of a financial liability, the difference between the carrying amount of the financial liability extinguished or transferred to another party and the consideration paid, including any non-cash assets transferred or liabilities assumed, is recognised in profit or loss.

### (d) Investments in subsidiaries

Investments in subsidiaries are stated at cost in the statement of financial position of the Company, and are reviewed for impairment at the end of the reporting period if events or changes in circumstances indicate that the carrying values may not be recoverable. The cost of the investments includes transaction costs.

On the disposal of the investments in subsidiaries, the difference between the net disposal proceeds and the carrying amount of the investments is recognised in profit or loss.

### (e) Property, plant and equipment

All items of property, plant and equipment are initially measured at cost. Cost includes expenditure that are directly attributable to the acquisition of the asset and other costs directly attributable to bringing the asset to working condition for its intended use.

Subsequent to initial recognition, all property, plant and equipment, other than freehold land, are stated at cost less accumulated depreciation and any impairment losses.

Subsequent costs are included in the asset's carrying amount or recognised as a separate asset, as appropriate, only when the cost is incurred and it is probable that the future economic benefits associated with the asset will flow to the Company and the cost of the asset can be measured reliably. The carrying amount of parts that are replaced is derecognised. The costs of the day-to-day servicing of property, plant and equipment are recognised in profit or loss as incurred.



22

Company No. 244961-H

## 2.   Significant accounting policies (continued)

### (e)   Property, plant and equipment (cont'd)

Freehold land is not depreciated. Depreciation on other property, plant and equipment is charged to profit or loss (unless it is included in the carrying amount of another asset) on a straight-line method to write off the depreciable amount of the assets over their estimated useful lives. Depreciation of an asset does not cease when the asset becomes idle or is retired from active use unless the asset is fully depreciated. The principal annual rates used for this purpose are:-

- Leasehold land                                       Over the lease period of 94 years
- Factory buildings                                    7 - 10 years
- Plant and equipment                                  7 years
- Motor vehicles                                       5 years
- Office equipment, furniture and fittings             4 - 10 years
- Tools and equipment                                  5 years
- Renovation                                           10 years

Capital work-in-progress included in property, plant and equipment are not depreciated as these assets are not yet available for use.

The depreciation method, useful lives and residual values are reviewed, and adjusted if appropriate, at the end of each reporting period to ensure that the amounts, method and periods of depreciation are consistent with previous estimates and the expected pattern of consumption of the future economic benefits embodied in the items of the property, plant and equipment. Any changes are accounted for as a change in estimate.

When significant parts of an item of property, plant and equipment have different useful lives, they are accounted for as separate items (major components) of property, plant and equipment.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected from its use. Any gain or loss arising from derecognition of the asset, being the difference between the net disposal proceeds and the carrying amount, is recognised in profit or loss.



UserID: ccmy                          Date: Wed Jul 31 11:24:08 2019              Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
Tel: 03-2299 4400          Fax: 03-2299 4411

Barcode:3886453-02 A-570-106 INV - Investigation -

23

Company No. 244961-H

## 2. Significant accounting policies (continued)

### (f) Impairment

#### (i) Impairment of financial assets

All financial assets (other than those categorised at fair value through profit or loss), are assessed at the end of each reporting period whether there is any objective evidence of impairment as a result of one or more events having an impact on the estimated future cash flows of the asset.

An impairment loss in respect of held-to-maturity investments and loans and receivables financial assets is recognised in profit or loss and is measured as the difference between the asset's carrying amount and the present value of estimated future cash flows, discounted at the financial asset's original effective interest rate.

If, in a subsequent period, the amount of the impairment loss decreases and the decrease can be related objectively to an event occurring after the impairment was recognised, the previously recognised impairment loss is reversed through profit or loss to the extent that the carrying amount of the financial asset at the date the impairment is reversed does not exceed what the amortised cost would have been had the impairment not been recognised.

#### (ii) Impairment of non-financial assets

The carrying amount of assets, other than those to which MFRS 136 – Impairment of Assets does not apply, are reviewed at the end of each reporting period for impairment when there is an indication that the assets might be impaired. Impairment is measured by comparing the carrying values of the assets with their recoverable amounts. When the carrying amount of an asset exceeds its recoverable amount, the asset is written down to its recoverable amount and an impairment loss shall be recognised. The recoverable amount of an asset is the higher of the asset's fair value less costs to sell and its value-in-use, which is measured by reference to discounted future cash flows using a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset. Where it is not possible to estimate the recoverable amount of an individual asset, the Company estimates the recoverable amount of the cash-generating unit to which the asset belongs.

An impairment loss is recognised in profit or loss.

When there is a change in the estimates used to determine the recoverable amount, a subsequent increase in the recoverable amount of an asset is treated as a reversal of the previous impairment loss and is recognised to the extent of the carrying amount of the asset that would have been determined (net of amortisation and depreciation) had no impairment loss been recognised. The reversal is recognised in profit or loss immediately.



24

Company No. 244961-H

## 2. Significant accounting policies (continued)

### (g) Inventories

Inventories are stated at the lower of cost and net realisable value. The cost of raw material is based on the weighted average principle being the main basis for cost and includes expenditure incurred in acquiring the inventories and bringing them to their existing location and condition. In the case of work-in-progress and manufactured inventories, cost includes an appropriate share of production overheads based on normal operating capacity.

Net realisable value represents the estimated selling price less the estimated costs of completion and the estimated costs necessary to make the sale.

### (h) Cash and cash equivalents

Cash and cash equivalents comprise cash in hand, bank balances, demand deposits, and short-term, highly liquid investments that are readily convertible to known amounts of cash and which are subject to an insignificant risk of changes in value with original maturity periods of three months or less. For the purpose of the statement of cash flows, cash and cash equivalents are presented net of bank overdrafts.

### (i) Provisions

Provisions are recognised when the Company has a present obligation (legal or constructive) as a result of past events, when it is probable that an outflow of resources embodying economic benefits will be required to settle the obligation, and when a reliable estimate of the amount can be made. Provisions are reviewed at the end of each reporting period and adjusted to reflect the current best estimate. Where the effect of the time value of money is material, the provision is the present value of the estimated expenditure required to settle the obligation. The discount rate shall be a pre-tax rate that reflects current market assessments of the time value of money and the risks specific to the liability. The unwinding of the discount is recognised as interest expense in profit or loss.

### (j) Employee benefits

#### (i) Short-term benefits

Wages, salaries, paid annual leave and bonuses are measured on an undiscounted basis and are recognised in profit or loss in the period in which the associated services are rendered by employees of the Company.

#### (ii) Defined contribution plans

The Company's contributions to defined contribution plans are recognised in profit or loss in the period to which they relate. Once the contributions have been paid, the Company has no further liability in respect of the defined contribution plans.



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
Email by: chhaber@dhlaw.com                                     Filed by: chhaber@dhlaw.com
Tel:  03-2299 4400          Fax:  03-2299 4411

25

Company No. 244961-H

## 2.  Significant accounting policies (continued)

### (k)  Income taxes

#### (i)  *Current tax*

Current tax assets and liabilities are expected amount of income tax recoverable or payable to the taxation authorities.

Current taxes are measured using tax rates and tax laws that have been enacted or substantively enacted at the end of the reporting period and are recognised in profit or loss except to the extent that the tax relates to items recognised outside profit or loss (either in other comprehensive income or directly in equity).

#### (ii)  *Deferred tax*

Deferred tax are recognised using the liability method for temporary differences other than those that arise from the initial recognition of an asset or liability in a transaction which is not a business combination and at the time of the transaction, affects neither accounting profit nor taxable profit.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply in the period when the asset is realised or the liability is settled, based on the tax rates that have been enacted or substantively enacted at the end of the reporting period.

Deferred tax assets are recognised for all deductible temporary differences, unused tax losses and unused tax credits to the extent that it is probable that future taxable profits will be available against which the deductible temporary differences, unused tax losses and unused tax credits can be utilised. The carrying amounts of deferred tax assets are reviewed at the end of each reporting period and reduced to the extent that it is no longer probable that the related tax benefits will be realised.

Current and deferred tax items are recognised in correlation to the underlying transactions either in profit or loss, other comprehensive income or directly in equity. Deferred tax arising from a business combination is adjusted against goodwill or negative goodwill.

Current tax assets and liabilities or deferred tax assets and liabilities are offset when there is a legally enforceable right to set off current tax assets against current tax liabilities and when the deferred taxes relate to the same taxable entity (or on different tax entities but they intend to settle current tax assets and liabilities on a net basis) and the same taxation authority.



UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019            Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
Tel: 03-2299 4400          Fax: 03-2299 4411

26

Company No. 244961-H

## 2.   Significant accounting policies (continued)

### (k)   Income taxes (cont'd)

#### (iii)   *Goods and services tax ("GST")*

Revenues, expenses and assets are recognised net of GST except for the GST in a purchase of assets or services which are not recoverable from the taxation authorities, the GST are included as part of the costs of the assets acquired or as part of the expense item whichever is applicable.

In addition, receivables and payables are also stated with the amount of GST included (where applicable).

The net amount of the GST recoverable from or payable to the taxation authorities at the end of the reporting period is included in other receivables or other payables.

### (l)   Contingent liabilities

A contingent liability is a possible obligation that arises from past events and whose existence will only be confirmed by the occurrence of one or more uncertain future events not wholly within the control of the Company. It can also be a present obligation arising from past events that is not recognised because it is not probable that an outflow of economic resources will be required or the amount of obligation cannot be measured reliably.

A contingent liability is not recognised but is disclosed in the notes to the financial statements, unless the probability of outflow of economic benefits is remote. When a change in the probability of an outflow occurs so that the outflow is probable, it will then be recognised as a provision.

### (m)   Borrowing costs

Borrowing costs that are directly attributable to the acquisition, construction or production of a qualifying asset are capitalised as part of the cost of those assets, until such time as the assets are ready for their intended use or sale. The capitalisation of borrowing costs is suspended during extended periods in which active development is interrupted. The capitalisation rate used to determine the amount of borrowing costs eligible for capitalisation is the weighted average of the borrowing costs applicable to borrowings that are outstanding during the financial year, other than borrowings made specifically for the purpose of financing a specific project-in-progress, in which case the actual borrowing costs incurred on that borrowings less any investment income on temporary investment of that borrowings will be capitalised.

All other borrowing costs are recognised in profit or loss as expenses in the period in which they are incurred.



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                          Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
Filed By: hhaber@dhlaw.com   Filed Date: 2/3/19 3:13 PM   Submission Status: Approved

Tel: 03-2299 4400          Fax: 03-2299 4411

27

Company No. 244961-H

## 2.  Significant accounting policies (continued)

### (n)  Fair value measurements

Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date, regardless of whether that price is directly observable or estimated using a valuation technique. The measurement assumes that the transaction takes place either in the principal market or in the absence of a principal market, in the most advantageous market. For non-financial asset, the fair value measurement takes into account a market participant's ability to generate economic benefits by using the asset in its highest and best use or by selling it to another market participant that would use the asset in its highest and best use.

For financial reporting purposes, the fair value measurements are analysed into level 1 to level 3 as follows:-

Level 1:   Inputs are quoted prices (unadjusted) in active markets for identical assets or liability that the entity can access at the measurement date;

Level 2:   Inputs are inputs, other than quoted prices included within level 1, that are observable for the asset or liability, either directly or indirectly; and

Level 3:   Inputs are unobservable inputs for the asset or liability.

The transfer of fair value between levels is determined as of the date of the event or change in circumstances that caused the transfer.

### (o)  Revenue and other income

Revenue is measured at the fair value of the consideration received or receivable, net of returns, goods and services tax, cash and trade discounts.

#### (i)   *Sales of goods*

Revenue from sale of goods is recognised when significant risks and rewards of ownership of the goods have been transferred to the buyer and where the Company does not have continuing managerial involvement and effective control over the goods sold.

#### (ii)   *Rental income*

Rental income is accounted for on a straight-line method over the lease term.



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019
      This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
Filed By: thaher@dhlaw.com Filed Date: 9/3/19 3:41 PM Submission Status: Approved
                              Tel: 03-2299 4400          Fax: 03-2299 4411

28

Company No. 244961-H

## 2.  Significant accounting policies (continued)

### (o)  Revenue and other income (cont'd)

#### (iii)  *Dividend income*

Dividend income from investment is recognised when the right to receive dividend payment is established.

#### (iv)  *Interest income*

Interest income is recognised on an accrual basis using the effective interest method.

[THE REST OF THIS PAGE IS INTENTIONALLY LEFT BLANK]



29

Company No. 244961-H

## 3. Property, plant and equipment

| Cost | Freehold land RM'000 | Leasehold land RM'000 | Factory buildings RM'000 | Plant and equipment RM'000 | Motor vehicles RM'000 | Office equipment, furniture and fittings RM'000 | Tools and equipment RM'000 | Renovation RM'000 | Machinery in progress RM'000 | Total RM'000 |
|---|---|---|---|---|---|---|---|---|---|---|
| At 1 August 2016 | 2,633 | 846 | 7,541 | 18,239 | 3,516 | 1,023 | 832 | 199 | - | 34,829 |
| Additions | - | - | 220 | 231 | 78 | 143 | - | - | 1,188 | 1,860 |
| Disposals | - | - | - | - | - | (15) | - | - | - | (15) |
| Written off | - | - | - | - | - | (1) | - | - | - | (1) |
| At 31 July 2017/1 August 2017 | 2,633 | 846 | 7,761 | 18,470 | 3,594 | 1,150 | 832 | 199 | 1,188 | 36,673 |
| Additions | - | - | 11 | 2,264 | 117 | 60 | - | - | - | 2,452 |
| Reclassification | - | - | - | 1,188 | - | - | - | - | (1,188) | - |
| Disposals | - | - | - | (348) | (467) | - | - | - | - | (815) |
| Written off | - | - | - | - | - | (114) | - | - | - | (114) |
| At 31 July 2018 | 2,633 | 846 | 7,772 | 21,574 | 3,244 | 1,096 | 832 | 199 | - | 38,196 |

Company No. 244961-H

## 3. Property, plant and equipment (continued)

| _Accumulated depreciation_ | Freehold land RM'000 | Leasehold land RM'000 | Factory building RM'000 | Plant and equipment RM'000 | Motor vehicles RM'000 | Office equipment, furniture and fittings RM'000 | Tools and equipment RM'000 | Renovation RM'000 | Machinery in progress RM'000 | Total RM'000 |
|---|---|---|---|---|---|---|---|---|---|---|
| At 1 August 2016 | - | 118 | 6,552 | 15,533 | 2,564 | 846 | 832 | 199 | - | 26,644 |
| Depreciation for the year | - | 9 | 159 | 776 | 317 | 84 | - | - | - | 1,345 |
| Disposals | - | - | - | - | - | (15) | - | - | - | (15) |
| Written off | - | - | - | - | - | (1) | - | - | - | (1) |
| At 31 July 2017/1 August 2017 | - | 127 | 6,711 | 16,309 | 2,881 | 914 | 832 | 199 | - | 27,973 |
| Depreciation for the year | - | 9 | 154 | 1,121 | 245 | 107 | - | - | - | 1,636 |
| Disposal | - | - | - | (347) | (327) | - | - | - | - | (674) |
| Written off | - | - | - | - | - | (114) | - | - | - | (114) |
| At 31 July 2018 | - | 136 | 6,865 | 17,083 | 2,799 | 907 | 832 | 199 | - | 28,821 |
| _Carrying amount_ | | | | | | | | | | |
| At 1 August 2016 | 2,633 | 728 | 989 | 2,706 | 952 | 177 | - | - | - | 8,185 |
| At 31 July 2017/1 August 2017 | 2,633 | 719 | 1,050 | 2,161 | 713 | 236 | - | - | 1,188 | 8,700 |
| At 31 July 2018 | 2,633 | 710 | 907 | 4,491 | 445 | 189 | - | - | - | 9,375 |

Barcode: 3886453-03 A-570-106 INV - Investigation -

31

Company No. 244961-H

## 3. Property, plant and equipment (continued)

*Security*

Leasehold land with a carrying amount of RM710,000 (2017 - RM719,000) is charged to a bank to secure credit facilities granted to the Company.

Another freehold land with a carrying amount of RM800,000 (2017 - RM800,000) is also charged to a bank to secure credit facilities granted to a related company.

## 4. Investments in subsidiaries Barcode:3886453-03 A-570-106 INV - Investigation -

|  | 2018 RM'000 | 2017 RM'000 |
|---|---|---|
| Unquoted shares, at cost | 20 | 20 |
| Quasi loans | 7,421 | 7,421 |
|  | 7,441 | 7,441 |

The details of the subsidiaries are as follows:-

| Name of subsidiary | Principal place of business/ country of incorporation | Percentage of issued share capital held by parent | | Principal activities |
|---|---|---|---|---|
|  |  | 2018 % | 2017 % |  |
| Winshine Holdings Sdn. Bhd. | Malaysia | 100 | 100 | Investment holding and provision of management services |
| Winshine Industries Sdn. Bhd.# | Malaysia | 100 | 100 | Manufacturing and selling of furniture |

\#   Wholly owned by Winshine Holdings Sdn. Bhd.

Quasi loans represent unsecured interest-free advances to the subsidiaries of which the repayment is at the discretion of the Company.



UserID: ccmy                          Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
MENARA SSM@SENTRAL, No.7... Filed By: bbaker@dhlaw.com, Filed Date: 9/3/19, 3:47 PM, Submission Status: Approved
Tel: 03-2299 4400        Fax: 03-2299 4411

32

Company No. 244961-H

## 5. Deferred tax assets

Deferred tax assets are attributable to the following:

|  | 2018 RM'000 | 2017 RM'000 |
|---|---|---|
| Deductible temporary differences | - | 100 |
| Provisions | 420 | 355 |

Barcode:3886453-03 A-5420106 INV - 455vestigation -

|  | | 420 | 455 |

**Movement in temporary differences during the year**

|  | At 1.8.2016 RM'000 | Recognised in profit or loss (Note 15) RM'000 | At 31.7.2017 RM'000 | Recognised in profit or loss (Note 15) RM'000 | At 31.7.2018 RM'000 |
|---|---|---|---|---|---|
| Deductible temporary difference | 107 | (7) | 100 | (100) | - |
| Provisions | 357 | (2) | 355 | 65 | 420 |
|  | 464 | (9) | 455 | (35) | 420 |

[THE REST OF THIS PAGE IS INTENTIONALLY LEFT BLANK]



33

Company No. 244961-H

## 6.   Receivables, deposits and prepayments

| | Notes | 2018 RM'000 | 2017 RM'000 |
|---|---|---|---|
| **Current** | | | |
| **Trade** | | | |
| Trade receivables | a | 8,901 | 8,846 |
| Less: Allowance for impairment loss | a | (47) | (47) |
| | | 8,854 | 8,799 |

Barcode:3886453-03 A-570-106 INV - Investigation -

| | Notes | 2018 RM'000 | 2017 RM'000 |
|---|---|---|---|
| **Non-trade** | | | |
| Amount due from related companies | b | 10 | 22 |
| Other receivables | | 25 | 3 |
| Deposits | | 315 | 596 |
| Prepayments | | 269 | 589 |
| Goods and services tax receivable | | 1,374 | 412 |
| | | 1,993 | 1,622 |
| | | 10,847 | 10,421 |

**Note a**

Trade receivables' normal trade terms range from 30 days to 60 days. Other trade terms are assessed and approved on a case-by-case basis.

Trade receivables denominated in currencies other than the functional currency comprise RM8,473,000 (2017 – RM8,482,000) of trade receivables denominated in U.S. Dollar.

**Note b**

The receivables due from related companies are unsecured, interest free and repayable on demand.



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
MENARA SSM@SENTRAL, No. 7, Jalan Stesen Sentral 5, Kuala Lumpur Sentral, 50623, KUALA LUMPUR.
                    Tel: 03-2299 4400          Fax: 03-2299 4411

34

Company No. 244961-H

## 7. Inventories

| | 2018 RM'000 | 2017 RM'000 |
|---|---|---|
| At cost: | | |
| Raw materials | 1,658 | 1,693 |
| Work-in-progress | 2,406 | 2,361 |
| Finished goods | 3,154 | 2,398 |
| | 7,218 | 6,452 |
| At net realisable value: | | |
| Raw materials | 139 | 101 |
| Work-in-progress | 55 | 104 |
| Finished goods | 121 | 35 |
| | 315 | 240 |
| | 7,533 | 6,692 |
| Recognised in profit or loss:- | | |
| Inventories recognised as cost of sales | 86,590 | 91,698 |
| Amount written down to net realisable value | 392 | 221 |
| Reversal of inventories previously written down | (108) | (232) |

Barcode:3886453-03 A-570-106 INV - Investigation -

## 8. Derivative assets/(liabilities)

| | Contract Amount | | Notional Amount | |
|---|---|---|---|---|
| | 2018 RM'000 | 2017 RM'000 | 2018 RM'000 | 2017 RM'000 |
| Derivative Assets | | | | |
| Forward foreign currency contracts | - | 24,869 | - | 166 |
| Derivative Liabilities | | | | |
| Forward foreign currency contracts | 13,189 | - | (101) | - |



UserID: ccmy                          Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
MENARA SSM@SENTRAL, No... bbabax@dhlaw.com, Filed Date: 02/...19, 3:44:7PM, Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

35

Company No. 244961-H

## 8. Derivative assets/(liabilities) (continued)

The Company does not apply hedge accounting.

Forward foreign currency contracts are used to hedge the Company's sales denominated in United States Dollar (USD) for which firm commitments existed at the end of the reporting period. The settlement dates on forward foreign currency contracts range between 1 to 6 months (2017 - 1 to 6 months) after the end of the reporting period.

Barcode:3886453-03 A-570-106 INV - Investigation -

## 9. Cash and cash equivalents

|  | 2018 RM'000 | 2017 RM'000 |
|---|---|---|
| Cash and bank balances | 9,252 | 5,589 |
| Short-term investments | 11 | 5,572 |
|  | 9,263 | 11,161 |

Cash and cash equivalents denominated in US Dollar is RM352,000 (2017 – RM477,000).

The weighted average effective interest rates per annum of deposits at the end of the reporting period are as follows:-

|  | 2018 % | 2017 % |
|---|---|---|
| Short-term investments | 3.37 | 3.18 – 3.58 |

There is no maturity period for short-term investments as these money are callable on demand.

The short-term investments represent monies deposited into fixed income which are not restricted to fixed maturity and fixed income trust funds in Malaysia which are highly liquid and subject to an insignificant risk of changes in market value.



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
MENARA SSM@SENTRAL, NO. 7 JALAN STESEN SENTRAL 5, KUALA LUMPUR SENTRAL, 50623 KUALA LUMPUR
Tel: 03-2299 4400        Fax: 03-2299 4411

Filed By: bbaker@dbllaw.com, Filed Date: 02/04/19 3:54 PM, Submission Status: Approved

36

Company No. 244961-H

## 10. Capital and reserves

**Share capital**

| | Amount 2018 RM'000 | 2017 RM'000 | Number of shares 2018 '000 | 2017 '000 |
|---|---|---|---|---|
| Issued and fully paid: | | | | |
| Ordinary share with no par value | 3,000 | 3,000 | 3,000 | 3,000 |

Barcode:3886453-03 A-570-106 INV - Investigation -

## 11. Payables and accruals

| | Notes | 2018 RM'000 | 2017 RM'000 |
|---|---|---|---|
| **Current** | | | |
| **Trade** | | | |
| Trade payables | a | 4,988 | 4,963 |
| Amount due to subsidiary | a | - | 5 |
| Amount due to related companies | a | 1,863 | 1,880 |
| | | 6,851 | 6,848 |
| **Non-trade** | | | |
| Amount due to holding company | b | 60 | 64 |
| Amount due to subsidiary | b | 5 | 5 |
| Amount due to related companies | b | 28 | 27 |
| Other payables | c | 767 | 916 |
| Accrued expenses | | 2,476 | 2,591 |
| | | 3,336 | 3,603 |
| | | 10,187 | 10,451 |

**Note a**

The normal trade terms granted to the Company range from 30 days to 60 days. Other trade terms are assessed and approved on a case-by-case basis.

Trade payables denominated in US Dollar is RM155,000 (2017 – Nil).

**Note b**

The payables due to holding company, subsidiary and related companies are unsecured, interest free and repayable on demand.

**Note c**

Other payables denominated in US Dollar is RM Nil (2017 – RM204).



37

Company No. 244961-H

## 12. Finance costs

| | 2018 RM'000 | 2017 RM'000 |
|---|---|---|
| Interest expense on: | | |
| Bankers' acceptances | 3 | 3 |
| Commitment fees | 3 | 5 |
| | 6 | 8 |

## 13. Profit before taxation

Barcode:3886453-03 A-570-106 INV - Investigation -

| | Note | 2018 RM'000 | 2017 RM'000 |
|---|---|---|---|
| **Profit before taxation is arrived at after charging:** | | | |
| Auditors' remuneration | | 35 | 35 |
| Depreciation of property, plant and equipment | 3 | 1,636 | 1,345 |
| Loss on disposal of property, plant and equipment | | 53 | - |
| Bad debts written off | | - | 7 |
| Write down of inventories | | 392 | 221 |
| Fair value loss on derivatives | | 267 | 173 |
| Personnel expenses (including key management personnel): | | | |
| - Contributions to Employee Provident Fund | | 642 | 674 |
| - Wages, salaries and others | | 11,328 | 12,604 |
| Rental expense on premise | | 925 | 790 |
| Realised loss on foreign exchange | | 115 | - |
| Unrealised loss on foreign exchange | | 856 | - |
| **and after crediting:** | | | |
| Dividend income | | 2,500 | 3,000 |
| Gain on disposal of property, plant and equipment | | - | * |
| Interest income | | 245 | 478 |
| Rental income on lands and buildings | | 26 | 26 |
| Rental income on hostel | | 44 | 44 |
| Rental income on machinery | | - | 20 |
| Reversal of write down of inventories | | 108 | 232 |
| Realised gain on foreign exchange | | - | 50 |
| Unrealised gain on foreign exchange | | - | 880 |

\* Less than RM1,000



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019         Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
MENARA SSM@SENTRAL, N... Filed By: bbaker@dhlaw.com, Filed Date: 02/04/19 3:41 PM, Submission Status: Approved
Tel: 03-2299 4400        Fax: 03-2299 4411

38

Company No. 244961-H

## 14. Key management personnel compensation

The key management personnel compensation is as follows:

|  | 2018 RM'000 | 2017 RM'000 |
|---|---|---|
| Directors: |  |  |
| - Short-term employee benefits | 915 | 1,073 |
| - Defined contribution benefit | 109 | 122 |
|  | 1,024 | 1,195 |

Barcode:3886453-03 A-570-106 INV - Investigation -

The estimated monetary value of benefits-in-kind provided by the Company to the directors was RM18,000 (2017 – RM32,000).

## 15. Income tax expense

*Recognised in profit or loss*

|  | 2018 RM'000 | 2017 RM'000 |
|---|---|---|
| **Current tax expense** |  |  |
| Current year provision | 1,532 | 3,899 |
| Under provision in prior year | 35 | 24 |
|  | 1,567 | 3,923 |
| **Deferred tax expense (Note 5)** |  |  |
| Origination and reversal of temporary difference | 47 | 15 |
| Over provision in prior year | (12) | (6) |
|  | 35 | 9 |
| Total income tax expense | 1,602 | 3,932 |



39

Company No. 244961-H

## 15. Income tax expense (continued)

*Reconciliation of effective income tax expense*

|  | 2018 RM'000 | 2017 RM'000 |
|---|---|---|
| Profit for the year | 10,170 | 16,299 |
| Total income tax expense | 1,602 | 3,932 |
| Profit excluding tax | 11,772 | 20,231 |

Barcode:3886453-03 A-570-106 INV - Investigation -

|  | 2018 RM'000 | 2017 RM'000 |
|---|---|---|
| Tax calculated using Malaysian tax rate of 24% (2017 - 24%) | 2,825 | 4,855 |
| Double deduction of expenses | (77) | (300) |
| Tax incentives | (463) | - |
| Non-taxable income | (1,024) | (964) |
| Non-deductible expenses | 318 | 323 |
|  | 1,579 | 3,914 |
| Under provision in prior year | 23 | 18 |
|  | 1,602 | 3,932 |

## 16. Dividend

Dividend recognised in the current year by the Company is:

|  | Sen per share | Total amount RM'000 |
|---|---|---|
| **2018** | | |
| Interim 2018 ordinary (single tier) | 283 | 8,490 |
| Interim 2018 ordinary (single tier) | 26.7 | 801 |
|  | | 9,291 |

|  | Sen per share | Total amount RM'000 |
|---|---|---|
| **2017** | | |
| Interim 2017 ordinary (single tier) | 133 | 3,990 |
| Interim 2017 ordinary (single tier) | 383 | 11,490 |
| Interim 2017 ordinary (single tier) | 33 | 990 |
| Interim 2017 ordinary (single tier) | 178 | 5,340 |
|  | | 21,810 |


SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                     Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
MENARA SSM@SENTRAL, No.7  Filed By: bbaker@dhlaw.com   Filed Date: 9/3/19 3:44 PM  Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

40

Company No. 244961-H

## 17. Cash flow information

(a)   The reconciliations of liabilities arising from financing activities are as follows:-

| | Amount owing to Holding Company RM'000 | Amount owing to a Subsidiary RM'000 | Amount owing to related Companies RM'000 | Others RM'000 | Total RM'000 |
|---|---|---|---|---|---|
| At 1 August | 64 | 5 | 27 | - | 96 |
| Changes in Financing Cash Flows | | | | | |
| Net repayment to holding company | (4) | - | - | - | (4) |
| Net repayment from related companies | - | - | 1 | - | 1 |
| Repayment of borrowings interest | - | - | - | (6) | (6) |
| Non-cash Changes | | | | | |
| Finance changes recognised in profit and loss | - | - | - | 6 | 6 |
| At 31 July | 60 | 5 | 28 | - | 93 |

Comparative information is not presented by virtue at exemption given in MFRS 107.

UserID: ccmy

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08

MENARA SSM@SENTRAL, NO.7, Jalan Stesen Sentral 5, KL Sentral, 50623 Kuala Lumpur Wilayah Persekutuan

Tel: 03-2299 4400          Fax: 03-2299 4411

Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

Status: Approved

Barcode:388153-03 A-570-106 INV - Investigation -

41

Company No. 244961-H

## 17. Cash flow information (continued)

(b)  The cash and cash equivalents comprise the following:-

|  | 2018 RM'000 | 2017 RM'000 |
|---|---|---|
| Cash and bank balances (Note 9) | 9,252 | 5,589 |
| Short-term investments (Note 9) | 11 | 5,572 |
|  | 9,263 | 11,161 |

Barcode:3886453-03 A-579266 INV 11,161 Investigation -

## 18. Contingencies - secured

|  | 2018 RM'000 | 2017 RM'000 |
|---|---|---|
| Corporate guarantee issued to financial institutions for credit facilities granted to a related company | 5,500 | 5,500 |

Accordingly, the Company is contingently liable to the extent of the amount of the banking facilities utilised and owed by a related company.

## 19. Significant related parties disclosures

(a)  **Identities of related parties**

The Company has related party relationships with its directors, ultimate holding company, key management personnel and entities within the same group of companies.



SURUHANJAYA SYARIKAT MALAYSIA

e-Info

COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
MENARA SSM@SENTRAL, No...Filed By: bbabax@dhlaw.com, Filed Date: 9/3/19, 3:47 PM, Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

42

Company No. 244961-H

## 19. Significant related parties disclosures (continued)

(b)  **Significant related party transactions and balances**

The Company also carried out the following significant transactions with the related parties during the financial year:-

| | 2018 RM'000 | 2017 RM'000 |
|---|---|---|
| **Holding company** | | |
| Dividend paid | 9,291 | 21,810 |
| Management fees | 720 | 720 |
| | | |
| **Subsidiaries** | | |
| Dividend received | (2,500) | (3,000) |
| Purchase of furniture parts | 11 | 66 |
| Purchase of others | - | 1 |
| | | |
| **Related companies** | | |
| Rental income on land and building | (18) | (18) |
| Interest received | - | (8) |
| Rental expenses | 691 | 691 |
| Purchase of materials | 19,394 | 19,970 |
| Purchase of others | 184 | 225 |
| Transportation and printing charges | 110 | 113 |
| | | |
| **A company in which certain directors have significant financial interests** | | |
| Purchase of plant and equipment | - | 50 |
| Purchase of others | 3 | 13 |

Barcode:3886453-03 A-570-106 INV - Investigation -



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                          Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
MENARA SSM@SENTRAL, No. 7 JALAN STESEN SENTRAL 5, KUALA LUMPUR SENTRAL, 50623 KUALA LUMPUR.
Tel: 03-2299 4400          Fax: 03-2299 4411

43

Company No. 244961-H

## 19. Significant related parties disclosures (continued)

**(b)   Significant related party transactions and balances (cont'd)**

The significant outstanding balances of the related parties (including the allowance for impairment loss made) together with their terms and conditions are disclosed in the respective notes to the financial statements.

No expense was recognised during the financial year for bad or doubtful debts in respect of amount due from related companies.

Barcode:3886453-03 A-570-106 INV - Investigation -

## 20. Capital commitment

| | 2018 RM'000 | 2017 RM'000 |
|---|---|---|
| Purchase of plant and machinery | - | 1,528 |

## 21. Financial instruments

The Company's activities are exposed to a variety of market risk (including foreign currency risk, interest rate risk and equity price risk), credit risk and liquidity risk. The Company's overall financial risk management policy focuses on the unpredictability of financial markets and seeks to minimise potential adverse effects on the Company's financial performance.

**(a)   Financial risk management policies**

The Company's policies in respect of the major areas of treasury activity are as follows:-

**(i)   Market risk**

*(i)   Foreign currency risk*

The Company is exposed to foreign currency risk on transactions and balances that are denominated in currencies other than the respective functional currencies of entities within the Company. The currencies giving rise to this risk are primarily United States Dollar ("USD"). Foreign currency risk is monitored closely on an ongoing basis to ensure that the net exposure is at an acceptable level. On occasion, the Company enters into forward foreign currency contracts to hedge against its foreign currency risk.



UserID: ccmy                           Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
MENARA SSM@SENTRAL, N...   Email: enquiry@ssm.com.my   Filed Date: ...   Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

44

Company No. 244961-H

## 21. Financial instruments (continued)

### (a) Financial risk management policies (cont'd)

#### (i) Market risk (cont'd)

##### (i) Foreign currency risk (cont'd)

The Company's exposure to foreign currency risk based on the carrying amounts of the financial instruments at the end of the reporting period is summarised below:

Foreign currency exposure

| | 2018 United States Dollar RM'000 | 2017 United States Dollar RM'000 |
|---|---|---|
| **Financial assets** | | |
| Trade receivables | 8,473 | 8,482 |
| Cash and bank balances | 352 | 477 |
| | 8,825 | 8,959 |
| **Financial liability** | | |
| Trade payable | (155) | - |
| **Currency exposure** | 8,670 | 8,959 |

Foreign currency risk sensitivity analysis

The following table details the sensitivity analysis to a reasonably possible change in the foreign currencies at the end of the reporting period, with all other variables held constant:-

| | 2018 RM'000 | 2017 RM'000 |
|---|---|---|
| Effects on profit after taxation | | |
| USD/RM: | | |
| - strengthened by 5% (2017: 5%) | +329 | +340 |
| - weakened by 5% (2017: 5%) | -329 | -340 |

##### (ii) Interest rate risk

The Company does not have any interest-bearing borrowings and hence, is not exposed to interest rate risk.



UserID: ccmy                          Date: Wed Jul 31 11:24:08 2019              Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08

MENARA SSM@SENTRAL, N... by aa bbabax@dhiew.com, Filed Date: 9/3/19, 3:49 PM, Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

45

Company No. 244961-H

## 21. Financial instruments (continued)

(a)  **Financial risk management policies (cont'd)**

(i)  **Market risk (cont'd)**

*(iii)  Equity price risk*

The Company does not have any quoted investments and hence, is not exposed to equity price risk.

(ii)  **Credit risk**

Barcode:3886453-03 A-570-106 INV - Investigation

The Company's exposure to credit risk, or the risk of counterparties defaulting, arises mainly from trade and other receivables. The Company manages its exposure to credit risk by the application of credit approvals, credit limits and monitoring procedures on an ongoing basis. For other financial assets (including cash and bank balances and derivatives), the Company minimises credit risk by dealing exclusively with high credit rating counterparties.

The Company uses ageing analysis to monitor the credit quality of the trade receivables. Any receivables having significant balances past due or more than 60 days, which are deemed to have higher credit risk, are monitored individually.

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of the trade and other receivables as appropriate. The main components of this allowance are a specific loss component that relates to individually significant exposures, and a collective loss component established for groups of similar assets in respect of losses that have been incurred but not yet identified (where applicable). Impairment is estimated by management based on prior experience and the current economic environment.

The Company provides financial guarantee to financial institutions for credit facilities granted to certain subsidiaries. The Company monitors the results of these subsidiaries regularly and repayments made by the subsidiaries.

Credit risk concentration profile

The Company's major concentration of credit risk relates to the amounts owing by 3 customers (2017 – 3 customers) which constituted approximately 54% (2017 – 61%) of its trade receivables at the end of the reporting period.



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
MENARA SSM@SENTRAL, No... hbabox@dhlcw.com, Filed Date: 9/3/19, 3:47 PM, Submission Status: Approved
Tel: 03-2299 4400        Fax: 03-2299 4411

46

Company No. 244961-H

## 21. Financial instruments (continued)

(a)    **Financial risk management policies (cont'd)**

(ii)    **Credit risk (cont'd)**

Credit risk concentration profile (cont'd)

In addition, the Company also determines concentration of credit risk by
monitoring the geographical region of its trade receivables on an ongoing
basis. The credit risk concentration profile of trade receivables at the end of
the reporting period is as follows:-

|  | 2018 RM'000 | 2017 RM'000 |
|---|---|---|
| USA and Canada | 3,071 | 3,274 |
| Asia | 3,096 | 2,466 |
| Europe | 1,429 | 2,179 |
| Oceania | 877 | 563 |
| Malaysia | 381 | 317 |
|  | 8,854 | 8,799 |

Exposure to credit risk

At the end of the reporting period, the maximum exposure to credit risk is
represented by the carrying amount of each class of financial assets
recognised in the statement of financial position of the Company after
deducting any allowance for impairment losses (where applicable).



UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019        Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
MENARA SSM@SENTRAL, No. ... bbsbsr@ddiews.com, Filed Date: 9/3/19 3:54:47 PM, Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

47

Company No. 244961-H

## 21. Financial instruments (continued)

(a)    **Financial risk management policies (cont'd)**

(ii)    **Credit risk (cont'd)**

Ageing analysis

The ageing analysis of trade receivables (including amount due from related companies) is as follows:-

| 2018 | Gross Amount RM'000 | Individual Impairment RM'000 | Collective Impairment RM'000 | Carrying Value RM'000 |
|---|---|---|---|---|
| Not past due | 7,663 | - | - | 7,663 |
| Past due: | | | | |
| - Less than 3 months | 1,030 | - | - | 1,030 |
| - 3 to 6 months | 161 | - | - | 161 |
| - More than 6 months | 47 | (47) | - | - |
| | 8,901 | (47) | - | 8,854 |

| 2017 | Gross Amount RM'000 | Individual Impairment RM'000 | Collective Impairment RM'000 | Carrying Value RM'000 |
|---|---|---|---|---|
| Not past due | 6,338 | - | - | 6,338 |
| Past due: | | | | |
| - Less than 3 months | 2,459 | - | - | 2,459 |
| - More than 6 months | 49 | (47) | - | 2 |
| | 8,846 | (47) | - | 8,799 |

At the end of the reporting period, trade receivables that are individually impaired were those in significant financial difficulties and have defaulted on payments. These receivables are not secured by any collateral or credit enhancement.

The Company believes that no additional impairment allowance is necessary in respect of trade receivables that are past due but not impaired because they are companies with good collection track record and no recent history of default.



48

Company No. 244961-H

## 21. Financial instruments (continued)

(a)   **Financial risk management policies (cont'd)**

(iii)  **Liquidity risk**

Liquidity risk arises mainly from general funding and business activities. The Company practises prudent risk management by maintaining sufficient cash balances and the availability of funding through certain committed credit facilities.

*Maturity analysis*   Barcode:3886453-03 A-570-106 INV - Investigation -

The following table sets out the maturity profile of the financial liabilities at the end of the reporting period based on contractual undiscounted cash flows (including interest payments computed using contractual rates or, if floating, based on the rates at the end of the reporting period):-

| | Weighted Average Effective Interest Rate % | Carrying Amount RM'000 | Contractual Undiscounted Cash Flows RM'000 | Under 1 year RM'000 |
|---|---|---|---|---|
| **2018** | | | | |
| Non-derivative financial liabilities | | | | |
| Trade payables | - | 4,988 | 4,988 | 4,988 |
| Amount due to subsidiary | - | 5 | 5 | 5 |
| Amount due to related companies | - | 1,891 | 1,891 | 1,891 |
| Amount due to holding company | - | 60 | 60 | 60 |
| Other payables | - | 767 | 767 | 767 |
| Accrued expenses | - | 2,476 | 2,476 | 2,476 |
| | | | | |
| Derivative financial liabilities | | | | |
| Forward currency contracts (gross settled): | - | 101 | | |
| - gross payments | - | | 13,290 | 13,290 |
| - gross receipts | - | | (13,189) | (13,189) |
| | | 10,288 | 10,288 | 10,288 |



UserID: ccmy          Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
MENARA SSM@SENTRAL, No... bbabax@dhiew.com, Filed Date: 9/3/19, 3:41PM, Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

49

Company No. 244961-H

## 21. Financial instruments (continued)

(a)   **Financial risk management policies (cont'd)**

(iii)   **Liquidity risk (cont'd)**

*Maturity analysis (Cont'd)*

The following table sets out the maturity profile of the financial liabilities at the end of the reporting period based on contractual undiscounted cash flows (including interest payments computed using contractual rates or, if floating, based on the rates at the end of the reporting period) (cont'd)

| | Weighted Average Effective Interest Rate % | Carrying Amount RM'000 | Contractual Undiscounted Cash Flows RM'000 | Under 1 year RM'000 |
|---|---|---|---|---|
| **2017** | | | | |
| Non-derivative financial liabilities | | | | |
| Trade payables | – | 4,963 | 4,963 | 4,963 |
| Amount due to subsidiary | – | 10 | 10 | 10 |
| Amount due to related companies | – | 1,907 | 1,907 | 1,907 |
| Amount due to holding company | – | 64 | 64 | 64 |
| Other payables | – | 916 | 916 | 916 |
| Accrued expenses | – | 2,591 | 2,591 | 2,591 |
| | | 10,451 | 10,451 | 10,451 |

(b)   **Capital risk management**

The Company defines capital as the total equity and debt of the Company. The objective of the Company's capital management is to maintain an optimal capital structure and ensuring availability of funds in order to support its businesses and related shareholder(s) value. To achieve this objective, the Company may make adjustments to the capital structure in view of changes in economic conditions, such as adjusting the amount of dividend payment, returning of capital to shareholders or issuing new shares.

The Company monitors and maintains a prudent level of total debt to total equity ratio to optimise shareholder(s) value and to ensure compliance with debt covenants and regulatory, if any.

There was no change in the Company's approach to capital management during the financial year.



UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019              Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
MENARA SSM@SENTRAL, No...

50

Company No. 244961-H

## 21. Financial instruments (continued)

(c)   **Capital risk management (cont'd)**

The Company manages its capital based on debt-to-equity ratio. As the Company has insignificant external borrowings, the debt-to-equity ratio may not provide a meaningful indicator of the risk of borrowings.

(d)   **Classification of financial instruments**

Barcode:3886453-03 A-570-106/INV - Investigation -

| | 2018 RM'000 | 2017 RM'000 |
|---|---|---|
| **Financial assets** | | |
| _Loans and receivables financial assets_ | | |
| Trade receivables (Note 6) | 8,854 | 8,799 |
| Other receivables and deposits (Note 6) | 340 | 599 |
| Amount due from related companies (Note 6) | 10 | 22 |
| Cash and bank balances (Note 9) | 9,252 | 5,589 |
| | 18,456 | 15,009 |
| _Fair value through profit and loss_ | | |
| Derivative assets (Note 8) | - | 166 |
| Short-term investments (Note 9) | 11 | 5,572 |
| | 11 | 5,738 |
| **Financial liabilities** | | |
| _Other financial liabilities_ | | |
| Trade payables (Note 11) | 4,988 | 4,963 |
| Other payables (Note 11) | 767 | 916 |
| Accrued expenses (Note 11) | 2,476 | 2,591 |
| Amount due to holding company (Note 11) | 60 | 64 |
| Amount due to subsidiary (Note 11) | 5 | 10 |
| Amount due to related companies (Note 11) | 1,891 | 1,907 |
| | 10,187 | 10,451 |
| _Fair value through profit and loss_ | | |
| Derivative liabilities (Note 8) | 101 | – |



UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
MENARA SSM@SENTRAL, N... ... bbabox@dhlxxx.com, Filed Date: 9/3/19, 3:49 PM ... Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

51

Company No. 244961-H

## 21. Financial instruments (continued)

(e) **Gains or losses arising from financial instruments**

| | 2018 RM'000 | 2017 RM'000 |
|---|---|---|
| **Financial assets** | | |
| Loans and receivables financial assets | | |
| Net (losses)/gains recognised in profit or loss | (726) | 1,401 |
| Fair value through profit and loss | | |
| Net gains recognised in profit or loss | – | (173) |
| **Financial liabilities** | | |
| Other financial liabilities | | |
| Net losses recognised in profit or loss | (6) | (8) |
| Fair value through profit and loss | | |
| Net losses recognised in profit or loss | (267) | – |

Barcode:3886453-03 A-570-106 INV - Investigation -

(f) **Fair values information**

The fair values of the financial assets and financial liabilities of the Company which are maturing within the next 12 months approximated their carrying amounts due to the relatively short-term maturity of the financial instruments or repayable on demand terms.

The following table sets out the fair value profile of financial instruments that are carried at fair value at the end of the reporting period:-

| | Level 1 RM'000 | Level 2 RM'000 | Total RM'000 |
|---|---|---|---|
| **2018** | | | |
| **Financial assets** | | | |
| Short-term investments | 11 | – | 11 |
| **Financial liabilities** | | | |
| Derivative liabilities: | | | |
| - forward foreign currency contracts | – | 101 | 101 |



UserID: ccmy                     Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
MENARA SSM@SENTRAL, No... Filed By: bhabex@bhlaw.com   Filed Date: 9/7/19  3:41 PM  Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

52

Company No. 244961-H

## 21. Financial instruments (continued)

    (f)    **Fair values information (cont'd)**

The following table sets out the fair value profile of financial instruments that are carried at fair value at the end of the reporting period (cont'd):-

| 2017 | Level 1 RM'000 | Level 2 RM'000 | Total RM'000 |
|---|---|---|---|
| **Financial assets** | | | |
| Short-term investments | 5,572 | – | 5,572 |
| Derivative assets: | | | |
| - forward foreign currency contracts | – | 166 | 166 |
| | 5,572 | 166 | 5,738 |

Barcode:3886453-03 A-570-106 INV - Investigation -

**[THE REST OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**



UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08

MENARA SSM@SENTRAL, No...        Filed By: bbaker@dbr.com, Filed Date: 9/3/19, 3:49 PM, Submission Status: Approved

Tel: 03-2299 4400        Fax: 03-2299 4411

53

## Yeo Aik Wood Sdn. Bhd.
(Company No. 244961-H)
(Incorporated in Malaysia)

## Statement by Directors
## Pursuant to Section 251(2) of the Companies Act 2016

We, Yeo Eck Liong and Yeo Ayk Ke, being two of the directors of Yeo Aik Wood Sdn. Bhd.,

state that, in the opinion of the directors, the financial statements set out on pages 6 to 52 are

drawn up in accordance with Malaysian Financial Reporting Standards, International

Financial Reporting Standards and the requirements of the Companies Act 2016 in Malaysia

so as to give a true and fair view of the financial position of the Company as of 31 July 2018

and of its financial performance and cash flows for the financial year ended on that date.

Signed in accordance with a resolution of the directors dated **17 OCT 2018**

**Yeo Eck Liong**

**Yeo Ayk Ke**

Barcode:3886453-03 A-570-106 INV - Investigation -



UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019        Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
MENARA SSM@SENTRAL, N... Filed By: bbaker@dhlaw.com   Filed Date: 9/3/19 3:41 PM   Submission Status: Approved
Tel: 03-2299 4400        Fax: 03-2299 4411

54

# Yeo Aik Wood Sdn. Bhd.
(Company No. 244961-H)
(Incorporated in Malaysia)

## Statutory Declaration
## Pursuant to Section 251(1)(b) of the Companies Act 2016

I, Yeo Eck Liong, being the director primarily responsible for the financial management of

Yeo Aik Wood Sdn. Bhd., do solemnly and sincerely declare that the financial statements

set out on pages 6 to 52 are, to the best of my knowledge and belief, correct and I make

this solemn declaration conscientiously believing the declaration to be true, and by virtue

of the Statutory Declarations Act 1960.

Subscribed and solemnly declared by the abovementioned in State of Melaka on
17 OCT 2018

Yeo Eck Liong

Before me:

No: M 084
Name: SHAHRIZAH
BINTI YAHYA
01/01/18 ~ 31/12/18

PESURUHJAYA SUMPAH
MALAYSIA

No. 9-1, Jalan TMR 34,
Taman Melaka Raya,
75000 Melaka.



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

55

 Crowe

**Crowe Malaysia** AF1018
(FKA Crowe Horwath)

52 Jalan Kota Laksamana 2/15
Taman Kota Laksamana, Seksyen 2
75200 Melaka
Malaysia

Main  +6 06 282 5995
Fax   +6 06 283 6449
www.crowe.my

## INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF YEO AIK WOOD SDN. BHD.

(Company No. 244961-H)
(Incorporated in Malaysia)

<span style="color:blue">Barcode:3886453-03 A-570-106 INV - Investigation -</span>

### REPORT ON THE AUDIT OF THE FINANCIAL STATEMENTS

#### Opinion

We have audited the financial statements of Yeo Aik Wood Sdn. Bhd., which comprise the statement of financial position as at 31 July 2018, and the statement of profit or loss and other comprehensive income, statement of changes in equity and statement of cash flows for the financial year then ended, and notes to the financial statements, including a summary of significant accounting policies, as set out on pages 6 to 52.

In our opinion, the accompanying financial statements give a true and fair view of the financial position of the Company as at 31 July 2018, and of its financial performance and its cash flows for the financial year then ended in accordance with Malaysian Financial Reporting Standards, International Financial Reporting Standards and the requirements of the Companies Act 2016 in Malaysia.

#### Basis of Opinion

We conducted our audit in accordance with approved standards on auditing in Malaysia and International Standards on Auditing. Our responsibilities under those standards are further described in the *Auditors' Responsibilities for the Audit of the Financial Statements* section of our report. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

#### Independence and Other Ethical Responsibilities

We are independent of the Company in accordance with the *By-Laws (on Professional Ethics, Conduct and Practice)* of the Malaysian Institute of Accountants ("By-Laws") and the International Ethics Standards Board for Accountants' *Code of Ethics for Professional Accountants ("IESBA Code")*, and we have fulfilled our other ethical responsibilities in accordance with the By-Laws and the IESBA Code.

#### Information Other than the Financial Statements and Auditors' Report Thereon

The directors of the Company are responsible for the other information. The other information comprises the Directors' Report, but does not include the financial statements of the Company and our auditors' report thereon.

Our opinion on the financial statements of the Company does not cover the Directors' Report and we do not express any form of assurance conclusion thereon.

Crowe Malaysia is a member of Crowe Global, a Swiss verein. Each member firm of Crowe Global is a separate and independent legal entity. Crowe Malaysia and its affiliates are not responsible or liable for any acts or omissions of Crowe Global or any other member of Crowe Global. Crowe Global does not render any professional services and does not have an ownership or partnership interest in Crowe Malaysia.
© 2018 Crowe Malaysia



UserID: ccmy                 Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
MENARA SSM@SENTRAL, No....  bbabax@dhlew.com  Filed Date: 9/19/19  3:47 PM  Submission Status: Approved
                        Tel: 03-2299 4400        Fax: 03-2299 4411

56



Crowe

**INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF**
**YEO AIK WOOD SDN. BHD. (CONT'D)**
(Company No. 244961-H)
(Incorporated in Malaysia)

**REPORT ON THE AUDIT OF THE FINANCIAL STATEMENTS (CONTINUED)**

**Information Other than the Financial Statements and Auditors' Report Thereon**
**(Cont'd)**

In connection with our audit of the financial statements of the Company, our responsibility is to read the Directors' Report and, in doing so, consider whether the Directors' Report is materially inconsistent with the financial statements of the Company or our knowledge obtained in the audit or otherwise appears to be materially misstated.

If, based on the work we have performed, we conclude that there is a material misstatement of the Directors' Report, we are required to report that fact. We have nothing to report in this regard.

**Responsibilities of the Directors for the Financial Statements**

The directors of the Company are responsible for the preparation of the financial statements of the Company that give a true and fair view in accordance with Malaysian Financial Reporting Standards, International Financial Reporting Standards and the requirements of the Companies Act 2016 in Malaysia. The directors are also responsible for such internal control as the directors determine is necessary to enable the preparation of financial statements of the Company that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements of the Company, the directors are responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the directors either intend to liquidate the Company or to cease operations, or have no realistic alternative but to do so.

**Auditors' Responsibilities for the Audit of the Financial Statements**

Our objectives are to obtain reasonable assurance about whether the financial statements of the Company as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with approved standards on auditing in Malaysia and International Standards on Auditing will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

Crowe Malaysia is a member of Crowe Global, a Swiss verein. Each member firm of Crowe Global is a separate and independent legal entity. Crowe Malaysia and its affiliates are not responsible or liable for any acts or omissions of Crowe Global or any other member of Crowe Global. Crowe Global does not render any professional services and does not have an ownership or partnership interest in Crowe Malaysia.
© 2018 Crowe Malaysia

SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
MENARA SSM@SENTRAL, NO. 7 JALAN STESEN SENTRAL 5, KUALA LUMPUR SENTRAL, 50623 KUALA LUMPUR, MALAYSIA
Tel: 03-2299 4400      Fax: 03-2299 4411

57

## ▲ Crowe

**INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF**
**YEO AIK WOOD SDN. BHD. (CONT'D)**
(Company No. 244961-H)
(Incorporated in Malaysia)

**REPORT ON THE AUDIT OF THE FINANCIAL STATEMENTS (CONTINUED)**

**Auditors' Responsibilities for the Audit of the Financial Statements (Cont'd)** Barcode: 3865413-01 A-570-106 INV - Investigation -

As a part of an audit in accordance with approved standards on auditing in Malaysia and International Standards on Auditing, we exercise professional judgement and maintain professional skepticism throughout the audit. We also:-

- Identify and assess the risks of material misstatement of the financial statements of the Company, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.

- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the directors.

- Conclude on the appropriateness of the directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the financial statements of the Company or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.

- Evaluate the overall presentation, structure and content of the financial statements of the Company, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

We communicate with the directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

Crowe Malaysia is a member of Crowe Global, a Swiss verein. Each member firm of Crowe Global is a separate and independent legal entity. Crowe Malaysia and its affiliates are not responsible or liable for any acts or omissions of Crowe Global or any other member of Crowe Global. Crowe Global does not render any professional services and does not have an ownership or partnership interest in Crowe Malaysia.
© 2018 Crowe Malaysia



UserID: ccmy                    Date: Wed Jul 31 11:24:08 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:24:08
MENARA SSM@SENTRAL, No.7... bbebox@dhigw.com  Filed Date: 9/3/19  3:57 PM  Submission Status: Approved
                          Tel: 03-2299 4400        Fax: 03-2299 4411

58

 Crowe

INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF
YEO AIK WOOD SDN. BHD. (CONT'D)
(Company No. 244961-H)
(Incorporated in Malaysia)

OTHER MATTERS

This report is made solely to the members of the Company as a body in accordance with Section 266 of the Companies Act 2016 in Malaysia and for no other purpose. We do not assume responsibility to any other person for the content of this report.


Crowe Malaysia
Firm Number: AF 1018
Chartered Accountants

Melaka

17 October 2018


Wong Tak Mun
Approval Number: 01793/09/2020 J
Chartered Accountant

Lodger information
Name          : Chua Sew Chu (f)
NRIC No.      : 471114-01-5616
Address       : No. 36 (1ˢᵗ Floor), Jalan Pesta 1-2, Taman Tun Dr. Ismail,
                Jalan Bakri, 84000 Muar, Johor.
Phone Nos.    : 06-9512728, 06-9513072
Email         : contact@scchua.com

Crowe Malaysia is a member of Crowe Global, a Swiss verein. Each member firm of Crowe Global is a separate and independent legal entity. Crowe Malaysia and its affiliates are not responsible or liable for any acts or omissions of Crowe Global or any other member of Crowe Global. Crowe Global does not render any professional services and does not have an ownership or partnership interest in Crowe Malaysia.
© 2018 Crowe Malaysia




Dining Set


Dining and Bar Set


Living Room Set


TCF-0820 & CCK-0408


TDF-0950


TDF-0937 & CDK-0657


TDF-0694 & CDK-0410


TCF-0947 & CCK-0656


TCF-0594 & CCK-0321


TDD-0887 & CDK-0516

### Products Range

+ All Dining Set

+ Lifestyle Concept

+ Easy To Carry Concept

+ Contemporary Concept

+ Classic Concept

+ Mix & Match Concept

Barcode:3886453-03 A-570-106 INV - Investigation


TDF-0726 & CDK-0518

 
TDF-0855 & CDK-0591...


TDB-0940 & CDK-0646


TCF-0594 & CDK-0172...


TDF-0223 & CDK-0024...


TDF-0539 & CDK-0516

 
TDB-0460 & CDK-0500


TDE-0941 & CDK-0666


TLF-0523 & TLF-0524


TDF-0581 & CDK-0179


TDB-0881 & CDK-0593


TDB-0881 & CDK-0612


TDD-0979 & CDK-0654


TDF-0157 & CDK-0146

TDF-0940 & CDK-0646



Yeo Aik Wood Sdn Bhd

We offers world class furniture at affordable prices backed by excellent quality customer support and services.

HOME
ABOUT US
PRODUCTS
NEWS
CONTACT US

## Background

From its humble beginning in the early 1990s, Yeo Aik Wood Sdn Bhd has since grown from a very small Contract Furniture Manufacturing to today, one of the leading integrated Home furniture manufacturing company and also one of the leading Quality furniture manufacturing in Malaysia. A subsidiary of "JAYCORP BERHAD", a Public Listed Company listed in Malaysia Bursa Malaysia. Yeo Aik Wood Sdn Bhd was supported with a strong financial backing from it mother company.

## Yeo Aik Wood Sdn Bhd- YOUR IDEAL PARTNER

Yeo Aik Wood Sdn Bhd has built its strength and goodwill especially among the mega retail chain stores in US such as Ashley, Hillsdale, J C Penny, Wal-Mart and Target Stores in US. Its ability in delivering good value products with on time shipment record and consistent quality has enable the company to emerge as the International Vendors of the Year 2005 by Wal-Mart US. This exceptional achievement augurs well for the Group to embark on future sales to other major international retailers. Beside US, Yeo Aik Wood also serves other regions such as Asia, Australia, Europe, South America.

Most of our customers are with us for more than 5 years. We practice strict quality policy throughout our entire production system with quality check point in each production process in order to minimise wastage due to quality problem. We have nurtured the culture that quality assurance is critical right at the moment when the product is still under the development process.

We have our own Research and Development Department which covers 2 main areas at Design and Production. At the Design area, we cover the outlook, functionality, ease on logistics and assembly. At the Production area, we cover the method study, material planning, mould modification and machine fabrication.

We have established our competitive advantage with the assurance of long term UNINTERRUPTED solid rubber wood supplies at competitive pricing. We also have strong integrated manufacturing capabilities in maintaining effective cost control. In addition, our management team consists of young, experience and dynamic personnel who have built well diversified marketing network.

Barcode:1955 03 AH 20-CINV Investigation -

Filed By: bbaber@dmvlaw.com; Filed Date: 9/3/19 3:45 PM; Submission Status: Approved

Jaycorp Berhad



▦ Home   ▦ Sitemap   ↗ Contact Us

Corporate Profile | Business Activities | Investor Relations | Jaycorp in News

## Business Activities

» Furniture Division
» Packaging Division
» Processing of Rubber Wood Division
» Other Division

### Furniture Division

In 1992, Yeo Aik Wood Sdn Bhd (YAW) started as a timber and wood components supply to local furniture manufacturers. A year later, it started its own finishing lines and commenced its complete furniture manufacturing for the local market. In 1993, it started its first export of furniture to the Japanese market with very high quality control. The stringent quality, strict cost control and on time shipment required by the Japanese market had contributed significantly to the success of YAW.



In order to meet the challenges demanded by its Japan customers, YAW's management and technical staff had from time to time traveled to Japan to study in depth technical and quality control applies in a furniture manufacturer. This has cultivated a working culture with strong emphasis on cost control and lean manufacturing system, flow production quality checking system and efficient production planning and scheduling. All this play a very significant role of enabling YAW to achieve its competitive advantage and be one of the World renowned rubber wood furniture manufacturers.

YAW acquires WinShine on 16 May 2000 who has injected fresh working capital, change the production line and turnaround Winshine to be one of the most prominent dining set manufacturer to North America market. WinShine has built its strength and goodwill especially, among the mega retail chain stores in US such as Walmart and Target Stores, US. Its ability in delivering good value products with on time shipment record and consistent quality, has enable the company to emerge as the **International Vendors of the Year 2005** by Walmart US. This exceptional achievement augurs well for the Group to embark on future sales to other major international retailers.

https://www.jaycorp.com.my/business_furniituredivision.htm[9/3/2019 2:10:43 PM]



Barcode:3886453-03 A-570-106 INV - Investigation -

Winshine's manufacturing consist of wood working, finishing plants for both table and chairs. It has 3 factories located on a total of 10 acres land. Its core products include wooden dining sets and occasional side boards.



In January 2007, Jaycorp Berhad acquires 60% of Digital Furniture which manufactures dining sets and bedroom sets, compliments the existing furniture division. It has contribute positively to the Group in terms of turnover and profitability. To cater for increasing sales both locally and overseas, Digital Furniture has expand its furnishing line.

The furniture division is the main sales and profit contributor for the Group.

Click Here to view Yeo Aik Wood Sdn Bhd (YAW) website.

Copyright © 2018 Jaycorp Berhad. All Rights Reserved.

# Exhibit SV2-8

Barcode:3886453-03 A-570-106 INV - Investigation   -

# Latitude Tree YE June 2018 Financial Statement

# LATITUDE TREE FURNITURE SDN. BHD.

(170001-D)

(Incorporated in Malaysia)

**Directors' Report and Audited Financial Statements**

**30 June 2018**

Barcode:3886453-03 A-570-106 INV - Investigation  -



These Financial Statements and Reports of the Company with ~~Qualified~~/Unqualified Auditor's Report for the financial year ended 30th June, 2018 were circulated on 23rd November, 2018

Woon Voon Hon (LS: 007230)
Company Secretary


SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019              Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40

MENARA SSM@SENTRAL, N...                Filed By: bbaker@dhlaw.com  Filed Date: 9/3/19 3:47 PM  Submission Status: Approved
                    Tel: 03-2299 4400        Fax: 03-2299 4411

170001-D

**Latitude Tree Furniture Sdn. Bhd.**
**(Incorporated in Malaysia)**

| Contents | Pages |
|---|---|
| Directors' report | 1 - 4 |
| Statement by directors | 5 |
| Statutory declaration | 5 |
| Independent auditors' report | 6 - 9 |
| Statement of comprehensive income | 10 |
| Statement of financial position | 11 - 12 |
| Statement of changes in equity | 13 |
| Statement of cash flows | 14 - 15 |
| Notes to the financial statements | 16 - 59 |

Barcode:3886453-03 A-570-106 INV - Investigation -



UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019            Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No 7 JALAN STESEN SENTRAL 5, KUALA LUMPUR SENTRAL, 50623 KUALA LUMPUR
Tel: 03-2299 4400       Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

## Directors' report

The directors have pleasure in presenting their report together with the audited financial statements of the Company for the financial year ended 30 June 2018.

## Principal activities

The principal activities of the Company are manufacturing and sale of wooden furniture and components.

Barcode:3886453-03 A-570-106 INV - Investigation -

## Results

|  | RM |
|---|---|
| Profit net of tax | 3,864,574 |

There were no material transfers to or from reserves or provisions during the financial year, other than as disclosed in the financial statements.

In the opinion of the directors, the results of the operations of the Company during the financial year were not substantially affected by any item, transaction or event of a material and unusual nature.

## Dividends

No dividend has been paid or declared by the Company since the end of the previous financial year. The directors do not recommend the payment of any dividend for the current financial year.

## Directors

The names of the directors of the Company in office since the beginning of the financial year to the date of this report are:

Lin Chen, Jui-Fen
Lin, Chin-Hung

1



This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No. LER, Ryan bbabar@dhiew.com, Filed Date: 02/J/19,3:59: PM, Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

**Directors' benefits**

Neither at the end of the financial year, nor at any time during that year, did there subsist any arrangement to which the Company was a party, whereby the directors might acquire benefits by means of the acquisition of shares in or debentures of the Company or any other body corporate.

Since the end of the previous financial year, no director has received or become entitled to receive a benefit (other than benefits included in the aggregate amount of emoluments received or due and receivable by the directors or the fixed salary of a full time employee of the Company as shown in Note 8 to the financial statements) by reason of a contract made by the Company or a related corporation with any director or with a firm of which he or she is a member, or with a company in which he or she has a substantial financial interest.

At the date of this report, no indemnity was given to or insurance effected for any directors and officers of the Company.

**Directors' interests**

By virtue of the Company being a wholly owned subsidiary of Latitude Tree Holdings Berhad, the particulars of its directors' interests in shares in the holding company and its related corporations during the financial year, as required by Section 253(1)(c) of the Companies Act 2016 to be disclosed in the directors' report, is deemed to have been complied with as such interests are being disclosed in the directors' report of the holding company.

**Holding company**

The holding company is Latitude Tree Holdings Berhad, which is incorporated in Malaysia.

**Other statutory information**

(a) Before the statement of comprehensive income and statement of financial position of the Company were made out, the directors took reasonable steps:

   (i)   to ascertain that proper action had been taken in relation to the writing off of bad debts and the making of provision for doubtful debts and satisfied themselves that there were no known bad debts and that no provision for doubtful debts was necessary; and

   (ii)  to ensure that any current assets which were unlikely to realise their value as shown in the accounting records in the ordinary course of business had been written down to an amount which they might be expected so to realise.

2



Date: Wed Jul 31 11:18:40 2019         Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No 7, Jalan Stesen Sentral 5, Kuala Lumpur Sentral, 50623 Kuala Lumpur
Tel: 03-2299 4400         Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

Other statutory information (cont'd.)

(b) At the date of this report, the directors are not aware of any circumstances which would render

    (i)  it necessary to write off any bad debts or to make any provision for doubtful debts in respect of the financial statements of the Company; and

    (ii)  the values attributed to the current assets in the financial statements of the Company misleading.

Barcode:3886453-03 A-570-106 INV - Investigation -

(c) At the date of this report, the directors are not aware of any circumstances which have arisen which would render adherence to the existing method of valuation of assets or liabilities of the Company misleading or inappropriate.

(d) At the date of this report, the directors are not aware of any circumstances not otherwise dealt with in this report or financial statements of the Company which would render any amount stated in the financial statements misleading.

(e) At the date of this report, there does not exist:

    (i)  any charge on the assets of the Company which has arisen since the end of the financial year which secures the liabilities of any other person; or

    (ii)  any contingent liability of the Company which has arisen since the end of the financial year.

(f) In the opinion of the directors:

    (i)  no contingent or other liability has become enforceable or is likely to become enforceable within the period of twelve months after the end of the financial year which will or may affect the ability of the Company to meet its obligations when they fall due; and

    (ii)  no item, transaction or event of a material and unusual nature has arisen in the interval between the end of the financial year and the date of this report which is likely to affect substantially the results of the operations of the Company for the financial year in which this report is made.

3



UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No. ... Filed By: bbaber@dhlaw.com, Filed Date: 02/04/21, 3:54:07 PM, Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

170001-D

**Latitude Tree Furniture Sdn. Bhd.**
**(Incorporated in Malaysia)**

**Auditors and auditors' remuneration**

The auditors, Ernst & Young, have expressed their willingness to continue in office.

Auditors' remuneration are disclosed in Note 7 to the financial statements.

To the extent permitted by law, the Company has agreed to indemnify its auditors, Ernst & Young, as part of the terms of its audit engagement against claims by third parties arising from the audit (for an unspecified amount). No payment has been made to indemnify Ernst & Young during or since the financial year.

Barcode:3886453-03 A-570-106 INV - Investigation -

Signed by the Board in accordance with a resolution of the directors dated 17 October 2018.



Lin Chen, Jui-Fen

Lin, Chin-Hung

4

SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019        Printing Date: 31-07-2019
This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No...                    Email: hhelex@dhlaw.com...
Tel: 03-2299 4400        Fax: 03-2299 4411

Filed By: hhelex@dhlaw.com   Filed Date: 9/3/19 3:49 PM   Submission Status: Approved

170001-D

**Latitude Tree Furniture Sdn. Bhd.**
(Incorporated in Malaysia)

**Statement by directors**
**Pursuant to Section 251(2) of the Companies Act 2016**

We, Lin Chen, Jui-Fen and Lin, Chin-Hung, being the directors of Latitude Tree Furniture Sdn. Bhd., do hereby state that, in our opinion, the accompanying financial statements set out on pages 10 to 59 are drawn up in accordance with Malaysian Financial Reporting Standards, International Financial Reporting Standards and the requirements of the Companies Act 2016 in Malaysia so as to give a true and fair view of the financial position of the Company as at 30 June 2018 and of its financial performance and cash flows of the Company for the year then ended.

Signed by the Board in accordance with a resolution of the directors dated 17 October 2018.



Lin Chen, Jui-Fen



Lin, Chin-Hung

**Statutory declaration**
**Pursuant to Section 251(1)(b) of the Companies Act 2016**

I, Lin, Chin-Hung, being the director primarily responsible for the financial management of Latitude Tree Furniture Sdn. Bhd., do solemnly and sincerely declare that the accompanying financial statements set out on pages 10 to 59 are in my opinion correct, and I make this solemn declaration conscientiously believing the same to be true and by virtue of the provisions of the Statutory Declarations Act 1960.

Subscribed and solemnly declared by
the abovenamed Lin, Chin-Hung at Klang
in the state of Selangor Darul Ehsan
on 17 October 2018



Lin, Chin-Hung

Before me,



B 253
P. DEV ANAND PILLAI
BC/D/125
01-01-2017 - 31-12-2018
MALAYSIA

No 51-03-1,
Lorong Batu-Nilam 1A,
Bandar Bukit Tinggi,
41200 Klang, Selangor.

5

SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                        Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No... Filed By: bbaker@dhlaw.com   Filed Date: 9/3/19, 3:41 PM... Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411



**EY**
Building a better
working world

Ernst & Young AF:0039
SST ID: W10-1808-31043558
Chartered Accountants
Level 23A Menara Milenium
Jalan Damanlela, Pusat Bandar Damansara
50490 Kuala Lumpur Malaysia

Tel: +603 7495 8000
Fax: +603 2095 5332 (General line)
    +603 2095 9076
    +603 2095 9078
ey.com

170001-D

Independent auditors' report to the member of
Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

Report on the audit of the financial statements

Opinion

Barcode:3886453-03 A-570-106 INV - Investigation -

We have audited the financial statements of Latitude Tree Furniture Sdn. Bhd., which comprise
the statement of financial position as at 30 June 2018, and statement of comprehensive income,
statement of changes in equity and statement of cash flows for the year then ended, and notes
to the financial statements, including a summary of significant accounting policies, as set out on
pages 10 to 59.

In our opinion, the accompanying financial statements give a true and fair view of the financial
position of the Company as at 30 June 2018, and of its financial performance and cash flows for
the year then ended in accordance with Malaysian Financial Reporting Standards, International
Financial Reporting Standards and the requirements of the Companies Act 2016 in Malaysia.

Basis for opinion

We conducted our audit in accordance with approved standards on auditing in Malaysia and
International Standards on Auditing. Our responsibilities under those standards are further
described in the *Auditors' responsibilities for the audit of the financial statements* section of our
report. We believe that the audit evidence we have obtained is sufficient and appropriate to
provide a basis for our audit opinion.

Independence and other ethical responsibilities

We are independent of the Company in accordance with the By-Laws (on Professional Ethics,
Conduct and Practice) of the Malaysian Institute of Accountants ("By-Laws") and the
International Ethics Standards Board for Accountants' Code of Ethics for Professional
Accountants ("IESBA Code"), and we have fulfilled our other ethical responsibilities in
accordance with the By-Laws and the IESBA Code.

Information other than the financial statements and auditors' report thereon

The directors of the Company are responsible for the other information. The other information
comprises the Directors' Report, but does not include the financial statements of the Company
and our auditors' report thereon.

Our opinion on the financial statements of the Company does not cover the other information
and we do not express any form of assurance conclusion thereon.

6

A member firm of Ernst & Young Global Limited



UserID: ccmy                     Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No Filed By: bbabar@dhlaw.com   Filed Date: 02/04/21 3:41 PM   Submission Status: Approved
                    Tel: 03-2299 4400       Fax: 03-2299 4411



**EY**
Building a better
working world

170001-D

Independent auditors' report to the member of
Latitude Tree Furniture Sdn. Bhd. (cont'd.)
(Incorporated in Malaysia)

Information other than the financial statements and auditors' report thereon (cont'd.)

In connection with our audit of the financial statements of the Company, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements of the Company or our knowledge obtained in the audit or otherwise appears to be materially misstated.

If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. We have nothing to report in this regard.

Responsibilities of the directors for the financial statements

The directors of the Company are responsible for the preparation of financial statements of the Company that give a true and fair view in accordance with Malaysian Financial Reporting Standards, International Financial Reporting Standards and the requirements of the Companies Act 2016 in Malaysia. The directors are also responsible for such internal control as the directors determine is necessary to enable the preparation of financial statements of the Company that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements of the Company, the directors are responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the directors either intend to liquidate the Company or to cease operations, or have no realistic alternative but to do so.

Auditors' responsibilities for the audit of the financial statements

Our objectives are to obtain reasonable assurance about whether the financial statements of the Company as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with approved standards on auditing in Malaysia and International Standards on Auditing will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

7

A member firm of Ernst & Young Global Limited



UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019            Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No. 7, JALAN STESEN SENTRAL 5, KUALA LUMPUR SENTRAL, 50623 KUALA LUMPUR
Tel: 03-2299 4400       Fax: 03-2299 4411



**EY**
Building a better
working world

170001-D

Independent auditors' report to the member of
Latitude Tree Furniture Sdn. Bhd. (cont'd.)
(Incorporated in Malaysia)

**Auditors' responsibilities for the audit of the financial statements (cont'd.)**

As part of an audit in accordance with approved standards on auditing in Malaysia and
International Standards on Auditing, we exercise professional judgement and maintain
professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements of the
  Company, whether due to fraud or error, design and perform audit procedures
  responsive to those risks, and obtain audit evidence that is sufficient and appropriate to
  provide a basis for our opinion. The risk of not detecting a material misstatement
  resulting from fraud is higher than for one resulting from error, as fraud may involve
  collusion, forgery, intentional omissions, misrepresentations, or the override of internal
  control.

- Obtain an understanding of internal control relevant to the audit in order to design audit
  procedures that are appropriate in the circumstances, but not for the purpose of
  expressing an opinion on the effectiveness of the Company's internal control.

- Evaluate the appropriateness of accounting policies used and the reasonableness of
  accounting estimates and related disclosures made by the directors.

- Conclude on the appropriateness of the directors' use of the going concern basis of
  accounting and, based on the audit evidence obtained, whether a material uncertainty
  exists related to events or conditions that may cast significant doubt on the Company's
  ability to continue as a going concern. If we conclude that a material uncertainty exists,
  we are required to draw attention in our auditors' report to the related disclosures in the
  financial statements of the Company or, if such disclosures are inadequate, to modify our
  opinion. Our conclusions are based on the audit evidence obtained up to the date of our
  auditors' report. However, future events or conditions may cause the Company to cease
  to continue as a going concern.

- Evaluate the overall presentation, structure and content of the financial statements of
  the Company, including the disclosures, and whether the financial statements of the
  Company represent the underlying transactions and events in a manner that achieves
  fair presentation.

We communicate with the directors regarding, among other matters, the planned scope and
timing of the audit and significant audit findings, including any significant deficiencies in internal
control that we identify during our audit.

8

A member firm of Ernst & Young Global Limited



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                          Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No...  bbabax@dhlaw.com  Filed Date: 9/3/19  3:44 PM  Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411



**EY**

Building a better
working world

170001-D

Independent auditors' report to the member of
Latitude Tree Furniture Sdn. Bhd. (cont'd.)
(Incorporated in Malaysia)

Other matters

This report is made solely to the member of the Company, as a body, in accordance with Section
266 of the Companies Act 2016 in Malaysia and for no other purpose. We do not assume
responsibility to any other person for the content of this report.

Ernst & Young
AF: 0039
Chartered Accountants

Teoh Soo Hock
No. 02477/10/2019 J
Chartered Accountant

Kuala Lumpur, Malaysia
17 October 2018

9

A member firm of Ernst & Young Global Limited



170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

Statement of comprehensive income
For the financial year ended 30 June 2018

| | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| Revenue | 4 | 105,283,679 | 106,101,562 |
| Cost of sales | | (97,173,463) | (87,272,727) |
| Gross profit | | 8,110,216 | 18,828,835 |
| **Other items of income** | | | |
| Interest income from loans and receivables | | 479,669 | 385,523 |
| Other income | 5 | 2,598,247 | 2,590,317 |
| **Other items of expense** | | | |
| Selling and distribution expenses | | (604,906) | (425,338) |
| Administrative expenses | | (3,392,928) | (3,329,793) |
| Other expenses | | (1,460,838) | (1,152,044) |
| Finance costs | 6 | (448,325) | (485,117) |
| Profit before tax | 7 | 5,281,135 | 16,412,383 |
| Income tax expense | 9 | (1,416,561) | (3,264,856) |
| Profit net of tax, representing total comprehensive income for the year | | 3,864,574 | 13,147,527 |

Barcode:3886453-03 A-570-106 INV - Investigation -

The accompanying accounting policies and explanatory information form an integral part of the financial statements.

10



UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No... ...helpdesk@ssm.com... ...Filed Date: 9/3/19, 3:49 PM... Submission Status: Approved
Tel: 03-2299 4400        Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

Statement of financial position
As at 30 June 2018

| | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| **Assets** | | | |
| **Non-current assets** | | | |
| Property, plant and equipment | 10 | 31,570,698 | 32,798,575 |
| Investment properties | 11 | 16,179,165 | 15,888,427 |
| Investment securities | 14 | 1,000,000 | - |
| Derivatives | 15 | 30,081 | 18,395 |
| | | 48,779,944 | 48,705,397 |
| | | | |
| **Current assets** | | | |
| Inventories | 12 | 23,471,345 | 20,660,977 |
| Trade and other receivables | 13 | 42,624,345 | 41,353,359 |
| Prepayments | | 281,424 | 441,667 |
| Investment securities | 14 | 1,195,530 | 5,697,376 |
| Derivatives | 15 | 48,517 | 99,695 |
| Tax recoverable | | 2,236,581 | 79,712 |
| Cash and bank balances | 16 | 34,095,902 | 27,114,723 |
| | | 103,953,644 | 95,447,509 |
| **Total assets** | | 152,733,588 | 144,152,906 |
| | | | |
| **Equity and liabilities** | | | |
| **Current liabilities** | | | |
| Derivatives | 15 | 83,640 | 19,017 |
| Loans and borrowings | 17 | 4,459,600 | 4,458,000 |
| Trade and other payables | 18 | 40,420,112 | 32,495,809 |
| | | 44,963,352 | 36,972,826 |
| **Net current assets** | | 58,990,292 | 58,474,683 |
| | | | |
| **Non-current liabilities** | | | |
| Loans and borrowings | 17 | 4,036,956 | 7,726,470 |
| Deferred tax liabilities | 19 | 2,694,657 | 2,279,561 |
| | | 6,731,613 | 10,006,031 |
| **Total liabilities** | | 51,694,965 | 46,978,857 |
| **Net assets** | | 101,038,623 | 97,174,049 |

Barcode: 3886453-06,875165106 INVESTigation

11



UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, N...led By: bbabex@dhiew.com, Filed Date: 9/3/19 3:49 PM Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

Statement of financial position (cont'd.)
As at 30 June 2018

|  | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| **Equity attributable to owner of the Company** |  |  |  |
| Share capital | 20 | 3,000,000 | 3,000,000 |
| Retained earnings | 21 | 98,038,623 | 94,174,049 |
| Total equity |  | 101,038,623 | 97,174,049 |
| **Total equity and liabilities** |  | 152,733,588 | 144,152,906 |

The accompanying accounting policies and explanatory information form an integral part of the financial statements

12



This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No ...
Tel: 03-2299 4400      Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

Statement of changes in equity
For the financial year ended 30 June 2018

| | Attributable to owner of the Company | | |
| | Non-distributable | Distributable | |
| | Share capital (Note 20) RM | Retained earnings (Note 21) RM | Total equity RM |
|---|---|---|---|
| Opening balance at 1 July 2017 | 3,000,000 | 94,174,049 | 97,174,049 |
| Total comprehensive income | - | 3,864,574 | 3,864,574 |
| Closing balance at 30 June 2018 | 3,000,000 | 98,038,623 | 101,038,623 |
| | | | |
| Opening balance at 1 July 2016 | 3,000,000 | 81,026,522 | 84,026,522 |
| Total comprehensive income | - | 13,147,527 | 13,147,527 |
| Closing balance at 30 June 2017 | 3,000,000 | 94,174,049 | 97,174,049 |

The accompanying accounting policies and explanatory information form an integral part of the financial statements.

13



Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No. Filed By: bbaber@dhlew.com, Filed Date: 9/3/19, 3:49 PM, Submission Status: Approved
Tel: 03-2299 4400     Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

Statement of cash flows
For the financial year ended 30 June 2018

| | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| **Operating activities** | | | |
| Profit before tax | | 5,281,135 | 16,412,383 |
| Adjustments for: | | | |
| Loss/(gain) on disposal of property, plant and equipment | | (79,120) | (39,236) |
| Investment income from investment securities | 5 | (198,549) | (251,071) |
| Interest income from loans and receivables | | (479,669) | (385,523) |
| Finance costs | 6 | 448,325 | 485,117 |
| Fair value loss/(gain) on derivatives | 5, 7 | 104,115 | (276,673) |
| Net unrealised foreign exchange (gain)/loss | 5, 7 | (274,254) | 34,763 |
| Depreciation of property, plant and equipment | 7 | 2,443,173 | 2,281,631 |
| Amortisation of investment properties | 7 | 455,554 | 449,420 |
| Property, plant and equipment written off | 7 | 45 | 102 |
| Total adjustments | | 2,607,860 | 1,948,485 |
| Operating cash flows before changes in working capital | | 7,888,995 | 18,360,868 |
| Changes in working capital | | | |
| Increase in inventories | | (2,810,368) | (7,856,841) |
| Increase in trade and other receivables | | (1,270,986) | (2,103,630) |
| Decrease/(increase) in prepayments | | 160,243 | (104,723) |
| Increase in trade and other payables | | 7,903,668 | 1,344,270 |
| Total changes in working capital | | 3,982,557 | (8,720,924) |
| Cash flows generated from operations | | 11,871,552 | 9,639,944 |
| Interest paid | | (448,325) | (485,117) |
| Interest received | | 479,669 | 385,523 |
| Taxes paid | | (3,158,334) | (6,265,974) |
| Net cash flows generated from operating activities | | 8,744,562 | 3,274,376 |
| | | | |
| **Investing activities** | | | |
| Investment income from investment securities | 5 | 198,549 | 251,071 |
| Purchase of property, plant and equipment | 10 | (1,424,461) | (4,943,641) |
| Purchase of investment properties | 11 | (746,292) | – |
| Proceeds from disposal of property, plant and equipment | | 100,000 | 730,523 |
| Proceeds from investment securities | | 10,950,000 | 10,074,224 |
| Purchase of investment securities | | (7,249,604) | (7,711,071) |
| Net cash flows generated from/(used in) investing activities | | 1,828,192 | (1,598,894) |

14



UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No... Filed By: bbabox@dhlaw.com   Filed Date: 9/3/19 3:41 PM   Submission Status: Approved
Tel: 03-2299 4400            Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

Statement of cash flows (cont'd.)
For the financial year ended 30 June 2018

| | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| **Financing activities** | | | |
| Deposits pledged as security for bank borrowings | | (213,062) | (208,982) |
| Repayment of term loans | | (3,893,914) | (3,425,830) |
| Proceeds from bankers' acceptances | | 1,230,000 | 2,242,000 |
| Repayment of bankers' acceptances | | (1,024,000) | (2,826,000) |
| Net cash flows used in financing activities | | (3,900,976) | (4,218,812) |
| | | | |
| Net increase/(decrease) in cash and cash equivalents | | 6,671,778 | (2,543,330) |
| Effect of exchange rate changes on cash and cash equivalents | | 96,339 | 546,173 |
| Cash and cash equivalents at 1 July | | 18,746,911 | 20,744,068 |
| Cash and cash equivalents at 30 June | 16 | 25,515,028 | 18,746,911 |

Reconciliation of liabilities arising from financing activities

| | Carrying amount as at 1 July 2017 RM | Cash flows RM | Carrying amount as at 30 June 2018 RM |
|---|---|---|---|
| Loans and borrowings | 12,184,470 | (3,687,914) | 8,496,556 |

The accompanying accounting policies and explanatory information form an integral part of the financial statements.

15



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                     Date: Wed Jul 31 11:18:40 2019              Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No. 7, Jalan Stesen Sentral 5, Kuala Lumpur Sentral, 50623 KUALA LUMPUR
                    Tel: 03-2299 4400        Fax: 03-2299 4411

Barcode:3886453-03 A2300006 INV2242 Litigation -
Filed By: bbaber@dhlaw.com   Filed Date: 9/3/19, 3:49 PM   Submission Status: Approved

170001-D

**Latitude Tree Furniture Sdn. Bhd.**
(Incorporated in Malaysia)

Notes to the financial statements
For the financial year ended 30 June 2018

1.   Corporate information

The Company is a private limited liability company, incorporated and domiciled in Malaysia. The principal place of business of the Company is located at Lot 3356, Batu 7¾, Jalan Kapar, 42200 Kapar, Selangor Darul Ehsan.

The holding company is Latitude Tree Holdings Berhad, which is incorporated in Malaysia and listed on the Main Market of Bursa Malaysia Securities Berhad.

The principal activities of the Company are manufacturing and sale of wooden furniture and components.

2.   Summary of significant accounting policies

2.1   Basis of preparation

The financial statements of the Company have been prepared in accordance with Malaysian Financial Reporting Standards ("MFRS"), International Financial Reporting Standards and the requirements of the Companies Act 2016 in Malaysia.

The financial statements have been prepared on the historical cost basis except as disclosed in the accounting policies below and are presented in Ringgit Malaysia ("RM").

2.2   Changes in accounting policies

The accounting policies adopted are consistent with those of the previous financial year except as follows:

On 1 July 2017, the Company adopted the following new and amended MFRSs and IC Interpretation mandatory for annual financial periods beginning on or after 1 July 2017.

| Description | Effective for annual periods beginning on or after |
|---|---|
| Amendments to MFRS 12: Annual Improvements to MFRS Standards 2014-2016 Cycle | 1 January 2017 |
| Amendments to MFRS 107: Disclosure initiatives | 1 January 2017 |
| Amendments to MFRS 112: Recognition of Deferred Tax Assets for Unrealised Losses | 1 January 2017 |

The adoption of the above standards and interpretations did not have any effect on the financial performance or position of the Company except as discussed below:

16



UserID: ccmy                          Date: Wed Jul 31 11:18:40 2019              Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No. ... bbabex@dhieu.com, ... Date: ... 3:49 PM Submission Status: Approved
Tel: 03-2299 4400        Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

2.  Summary of significant accounting policies (cont'd.)

    2.2  Changes in accounting policies (cont'd.)

         Amendments to MFRS 101: Disclosure Initiatives

         The amendments to MFRS 107 Statement of Cash Flows requires the Company to
         provide disclosures that enable users of financial statements to evaluate changes in
         liabilities arising from financing activities, including both changes arising from cash flows
         and non-cash changes. On initial application of the amendment, the Company is not
         required to provide comparative information for preceding periods.

         The Company has disclosed the information in the statements of cash flows.

    2.3  Standards and interpretations issued but not yet effective

         The standards and interpretations that are issued but not yet effective up to the date of
         issuance of the Company's financial statements are disclosed below. The Company
         intends to adopt these standards, if applicable, when they become effective.

| Description | Effective for annual periods beginning on or after |
|---|---|
| Annual Improvements to MFRSs 2014 - 2016 Cycle | |
| (Amendments to MFRS 1 and MFRS 128) | 1 January 2018 |
| MFRS 15: Revenue from Contracts with Customers | 1 January 2018 |
| MFRS 15: Clarifications to MFRS 15 | 1 January 2018 |
| MFRS 9: Financial Instruments | 1 January 2018 |
| Amendments to MFRS 2: Classification and Measurement | |
| of Share-based Payment Transactions | 1 January 2018 |
| Amendments to MFRS 4: Applying MFRS 9: Financial | |
| Instruments with MFRS 4: Insurance Contracts | 1 January 2018 |
| Amendments to MFRS 140: Transfers of Investment Property | 1 January 2018 |
| IC Interpretation 22: Foreign Currency Transactions and | |
| Advance Consideration | 1 January 2018 |
| Annual Improvements to MFRSs 2015 - 2017 Cycle | |
| (Amendments to MFRS 3, MFRS 11, MFRS 112 and MFRS 123) | 1 January 2019 |
| MFRS 16: Leases | 1 January 2019 |
| IC Interpretation 23: Uncertainty over Income Tax Treatments | 1 January 2019 |
| Amendments to MFRS 9: Prepayment Features with | |
| Negative Compensation | 1 January 2019 |
| Amendments to MFRS 128: Long-term Interests in | |
| Associates and Joint Ventures | 1 January 2019 |
| Amendments to MFRS 119: Plan Amendment, Curtailment | |
| or Settlement | 1 January 2019 |

17



UserID: ccmy                      Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No ...   bbabax@dhlaw.com   Filed Date: 9/3/19, 3:59 PM   Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

2.  Summary of significant accounting policies (cont'd.)

2.3  Standards and interpretations issued but not yet effective (cont'd.)

| Description | Effective for annual periods beginning on or after |
|---|---|
| Amendments to MFRS 2: Share-based Payment | 1 January 2020 |
| Amendments to MFRS 3: Business Combinations | 1 January 2020 |
| Amendments to MFRS 6: Exploration for and Evaluation of Mineral Resources | 1 January 2020 |
| Amendments to MFRS 14: Regulatory Deferral Accounts | 1 January 2020 |
| Amendments to MFRS 101: Presentation of Financial Statements | 1 January 2020 |
| Amendments to MFRS 108: Accounting Policies, Changes in Accounting Estimates and Errors | 1 January 2020 |
| Amendments to MFRS 134: Interim Financial Reporting | 1 January 2020 |
| Amendments to MFRS 137: Provisions, Contingent Liabilities and Contingent Assets | 1 January 2020 |
| Amendments to MFRS 138: Intangible Assets | 1 January 2020 |
| Amendments to IC Interpretation 12 Service Concession Arrangements | 1 January 2020 |
| Amendments to IC Interpretation 19 Extinguishing Financial Liabilities with Equity Instruments | 1 January 2020 |
| Amendments to IC Interpretation 20 Stripping Costs in the Production Phase of a Surface Mine | 1 January 2020 |
| Amendments to IC Interpretation 22 Foreign Currency Transactions and Advance Consideration | 1 January 2020 |
| Amendments to IC Interpretation 132 Intangible Assets - Web Site Costs | 1 January 2020 |
| MFRS 17: Insurance Contracts | 1 January 2021 |
| Amendments to MFRS 10 and MFRS 128: Sale or Contribution of Assets between an Investors and Its Associate | Deferred |

Barcode:3886453-03 A-570-106 INV - Investigation -

18



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No...   Filed By: bbarber@dhlaw.com, Filed Date: 9/3/19, 3:49 PM, Submission Status: Approved
Tel: 03-2299 4400        Fax: 03-2299 4411

170001-D

**Latitude Tree Furniture Sdn. Bhd.**
**(Incorporated in Malaysia)**

2.  **Summary of significant accounting policies (cont'd.)**

    2.3   Standards and interpretations issued but not yet effective (cont'd.)

        The Directors expect that the adoption of the standards and interpretations above will have no material impact on the financial statements in the period of initial application, except as disclosed below, where the directors are still assessing the impact from the adoption of the standards below.

        **MFRS 15 Revenue from Contracts with Customers** 453-03 A-570-106 INV - Investigation -

        MFRS 15 establishes a new five-step model that will apply to revenue arising from contracts with customers. MFRS 15 will supersede the current revenue recognition guidance including MFRS 118 Revenue, MFRS 111 Construction Contracts and the related interpretations when it becomes effective.

        The core principle of MFRS 15 is that an entity should recognise revenue which depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services.

        Under MFRS 15, an entity recognises revenue when (or as) a performance obligation is satisfied, i.e. when "control" of the goods or services underlying the particular performance obligation is transferred to the customer.

        During the financial year, the Company has performed an impact assessment of MFRS 15. The assessment is based on currently available information and may be subject to changes arising from further reasonable and supportable information being made available to the Company when the Company adopts MFRS 15.

        (i)   Sales of goods

            Revenue from sale of goods is currently recognised upon the transfer of significant risk and rewards of ownership of the goods to the customer. Revenue is measured at the fair value of the consideration received or receivable, net of returns and allowances, trade discounts and volume rebates.

            The Company has assessed the impact of MFRS 15 and determined that there is no significant impact to the Company's financial statements.

        (ii)  Presentation and disclosure requirements

            The presentation and disclosure requirements in MFRS 15 are more detailed than the current standard. Accordingly, the Company anticipated that the presentation and relevant disclosures will be enhanced.



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy              Date: Wed Jul 31 11:18:40 2019        Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No... Filed By: bbabox@dhlaw.com   Filed Date: 9/3/19, 3:49 PM   Submission Status: Approved
Tel: 03-2299 4400       Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

2.   Summary of significant accounting policies (cont'd.)

2.3   Standards and interpretations issued but not yet effective (cont'd.)

MFRS 9 Financial Instruments

MFRS 9 introduces new requirements for classification and measurement, impairment and hedge accounting. MFRS 9 is effective for annual periods beginning on or after 1 January 2018, with early application permitted. Retrospective application is required, but comparative information is not compulsory. During the financial year, the Company has performed a detailed impact assessment of all three aspects of MFRS 9. The assessment is based on currently available information and may be subject to changes arising from further reasonable and supportable information being made available to the Company in 2019 when the Company adopts MFRS 9.

Based on the analysis of the Company's financial assets and liabilities as at 30 June 2018 on the basis of facts and circumstances that exist at that date, the directors of the Company have assessed the key effect of the adoption of this standard would principally be in respect of the assessment of impairment losses of outstanding external and internal debts based on an "expected credit loss model" instead of the "incurred loss" model. This may have the effect of accelerating the recognition of impairment losses in respect of these debts if any.

2.4   Foreign currency

(a)   Functional and presentation currency

The financial statements of the Company are measured using the currency of the primary economic environment in which the entity operates ("the functional currency"). The financial statements are presented in Ringgit Malaysia ("RM"), which is also the Company's functional currency.

20



UserID: ccmy                          Date: Wed Jul 31 11:18:40 2019              Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No. ...
Tel: 03-2299 4400        Fax: 03-2299 4411

170001-D

**Latitude Tree Furniture Sdn. Bhd.**
(Incorporated in Malaysia)

2.   Summary of significant accounting policies (cont'd.)

    2.4   Foreign currency

        (b)   Functional currency transactions

            Transactions in foreign currencies are measured in the functional currency of the Company and is recorded on initial recognition in the functional currencies at exchange rates approximating those ruling at the transaction dates. Monetary assets and liabilities denominated in foreign currencies are translated at the rate of exchange ruling at the reporting date. Non-monetary items denominated in foreign currencies that are measured at historical cost are translated using the exchange rates as at the dates of the initial transactions. Non-monetary items denominated in foreign currencies measured at fair value are translated using the exchange rates at the date when the fair value was determined.

            Exchange differences arising on the settlement of monetary items or on translating monetary items at the reporting date are recognised in profit or loss for the year.

            Exchange differences arising on the translation of non-monetary items carried at fair value are included in profit or loss for the year.

    2.5   Property, plant and equipment and depreciation

        All items of property, plant and equipment are initially recorded at cost. The cost of an item of property, plant and equipment is recognised as an asset if, and only if, it is probable that future economic benefits associated with the item will flow to the Company and the cost of the item can be measured reliably.

        Subsequent to recognition, property, plant and equipment are measured at cost less accumulated depreciation and accumulated impairment losses, if any. When significant parts of property, plant and equipment are required to be replaced in intervals, the Company recognises such parts as individual assets with specific useful lives and depreciation, respectively. Likewise, when a major inspection is performed, its cost is recognised in the carrying amount of the plant and equipment as a replacement if the recognition criteria are satisfied. All other repair and maintenance costs are recognised in profit or loss as incurred.

21



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No. 7, Jalan Stesen Sentral 5, Kuala Lumpur Sentral, 50623 KUALA LUMPUR
                Tel: 03-2299 4400          Fax: 03-2299 4411

170001-D

**Latitude Tree Furniture Sdn. Bhd.**
(Incorporated in Malaysia)

2. **Summary of significant accounting policies (cont'd.)**

2.5 **Property, plant and equipment and depreciation (cont'd.)**

Freehold land has an unlimited useful life and therefore is not depreciated. Depreciation is computed on a straight-line basis over the estimated useful lives of the assets as follows:

| | |
|---|---|
| Leasehold land | 60 years |
| Buildings | 10 to 50 years |
| Plant and machinery | 10 to 20 years |
| Electrical installation | 10 years |
| Furniture and fittings | 10 years |
| Motor vehicles | 5 years |
| Office equipment | 5 years |
| Computer software | 5 years |

Barcode:3886453 1930 50 1066 INV - Investigation -

The carrying values of property, plant and equipment are reviewed for impairment when events or changes in circumstances indicate that the carrying value may not be recoverable.

The residual value, useful life and depreciation method are reviewed at each financial year end, and adjusted prospectively, if appropriate.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected from its use or disposal. Any gain or loss on derecognition of the asset is included in the profit or loss in the year the asset is derecognised.

2.6 **Investment properties and amortisation**

Investment properties are properties which are held either to earn rental income or for capital appreciation, or for both. Such properties are measured initially at cost including transaction costs. Following initial recognition, investment properties are carried at cost less any accumulated amortisation and accumulated impairment losses. The leasehold lands and buildings are amortised over 60 years and 50 years respectively on a straight line method.

Investment properties are derecognised when either they have been disposed of or when the investment property is permanently withdrawn from use and no future economic benefit is expected from its disposal. Any gains or losses on the retirement or disposal of an investment property are recognised in profit or loss in the year in which they arise.

Transfers are made to or from investment properties only when there is a change in use.

22



UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No...  Filed By: bbabux@dhlaw.com   Filed Date: 9/3/19 3:44 PM   Submission Status: Approved
Tel: 03-2299 4400        Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

2.  Summary of significant accounting policies (cont'd.)

    2.7  Impairment of non-financial assets

        The Company assesses at each reporting date whether there is an indication that an
        asset may be impaired. If any such indication exists, or when an annual impairment
        assessment for an asset is required, the Company makes an estimate of the asset's
        recoverable amount.

        An asset's recoverable amount is the higher of an asset's fair value less costs to sell and
        its value in use. For the purpose of assessing impairment, assets are grouped at the
        lowest levels for which there are separately identifiable cash flows (cash-generating units
        ("CGU")).

        In assessing value in use, the estimated future cash flows expected to be generated by
        the asset are discounted to their present value using a pre-tax discount rate that reflects
        current market assessments of the time value of money and the risks specific to the
        asset. Where the carrying amount of an asset exceeds its recoverable amount, the asset
        is written down to its recoverable amount. Impairment losses recognised in respect of a
        CGU or groups of CGUs are allocated first to reduce the carrying amount of any goodwill
        allocated to those units or groups of units and then, to reduce the carrying amount of the
        other assets in the unit or groups of units on a pro-rata basis.

        Impairment losses are recognised in profit or loss except for assets that are previously
        revalued where the revaluation was taken to other comprehensive income. In this case
        the impairment is also recognised in other comprehensive income up to the amount of any
        previous revaluation.

        An assessment is made at each reporting date as to whether there is any indication that
        previously recognised impairment losses may no longer exist or may have decreased. A
        previously recognised impairment loss is reversed only if there has been a change in the
        estimates used to determine the asset's recoverable amount since the last impairment
        loss was recognised. If that is the case, the carrying amount of the asset is increased to
        its recoverable amount. That increase cannot exceed the carrying amount that would
        have been determined, net of depreciation, had no impairment loss been recognised
        previously. Such reversal is recognised in profit or loss unless the asset is measured at
        revalued amount, in which case the reversal is treated as a revaluation increase.

    2.8  Financial assets

        Financial assets are recognised in the statement of financial position when, and only
        when, the Company becomes a party to the contractual provisions of the financial
        instrument.

        When financial assets are recognised initially, they are measured at fair value, plus, in the
        case of financial assets not at fair value through profit or loss, directly attributable
        transaction costs.

23



UserID: ccmy                          Date: Wed Jul 31 11:18:40 2019           Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No. ... bbabax@dhiew.com, ... Filed Date: ...   3:43:7PM, Submission Status: Approved
Tel: 03-2299 4400      Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

2.  Summary of significant accounting policies (cont'd.)

2.8  Financial assets (cont'd.)

The Company determines the classification of their financial assets at initial recognition, and the categories include financial assets at fair value through profit or loss, loans and receivables, held-to-maturity investments and available-for-sale financial assets.

(a)  **Financial assets at fair value through profit or loss**

Barcode:3886453-03 A-570-106 INV - Investigation -

Financial assets are classified as financial assets at fair value through profit or loss if they are held for trading or are designated as such upon initial recognition. Financial assets held for trading are derivatives (including separated embedded derivatives) or financial assets acquired principally for the purpose of selling in the near term.

Subsequent to initial recognition, financial assets at fair value through profit or loss are measured at fair value. Any gains or losses arising from changes in fair value are recognised in profit or loss. Net gains or net losses on financial assets at fair value through profit or loss do not include exchange differences, interest and dividend income. Exchange differences, interest and dividend income on financial assets at fair value through profit or loss are recognised separately in profit or loss as part of other losses or other income.

Financial assets at fair value through profit or loss could be presented as current or non-current. Financial assets that are held primarily for trading purposes are presented as current whereas financial assets that are not held primarily for trading purposes are presented as current or non-current based on the settlement date.

(b)  **Loans and receivables**

Financial assets with fixed or determinable payments that are not quoted in an active market are classified as loans and receivables.

Subsequent to initial recognition, loans and receivables are measured at amortised cost using the effective interest method. Gains and losses are recognised in profit or loss when the loans and receivables are derecognised or impaired, and through the amortisation process.

Loans and receivables are classified as current assets, except for those having maturity dates later than 12 months after the reporting date which are classified as non-current.

24



UserID: ccmy                                Date: Wed Jul 31 11:18:40 2019            Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, N... ... bbabox@dhiew.com, Filed Date: 02/3/19 3:47 PM... Submission Status: Approved
Tel: 03-2299 4400        Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

2. Summary of significant accounting policies (cont'd.)

   2.8   Financial assets (cont'd.)

      (c)  Held-to-maturity investments

Financial assets with fixed or determinable payments and fixed maturity are classified as held-to-maturity when the Company has the positive intention and ability to hold the investment to maturity.

Subsequent to initial recognition, held-to-maturity investments are measured at amortised cost using the effective interest method. Gains and losses are recognised in profit or loss when the held-to-maturity investments are derecognised or impaired, and through the amortisation process.

Held-to-maturity investments are classified as non-current assets, except for those having maturity within 12 months after the reporting date which are classified as current.

The Company has not designated any financial assets as held-to-maturity investments.

      (d)  Available-for-sale financial assets

Available-for-sale financial assets are financial assets that are designated as available for sale or are not classified in any of the three preceding categories.

After initial recognition, available-for-sale financial assets are measured at fair value. Any gains or losses from changes in fair value of the financial assets are recognised in other comprehensive income, except that impairment losses, foreign exchange gains and losses on monetary instruments and interest calculated using the effective interest method are recognised in profit or loss. The cumulative gain or loss previously recognised in other comprehensive income is reclassified from equity to profit or loss as a reclassification adjustment when the financial asset is derecognised. Interest income calculated using the effective interest method is recognised in profit or loss. Dividends on an available-for-sale equity instrument are recognised in profit or loss when the Company's right to receive payment is established.

Investments in equity instruments whose fair value cannot be reliably measured are measured at cost less impairment loss.

Available-for-sale financial assets are classified as non-current assets unless they are expected to be realised within 12 months after the reporting date.

Barcode:3886453-03 A-570-106 INV - Investigation -

25



UserID: ccmy                 Date: Wed Jul 31 11:18:40 2019        Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No... bbabox@bhlaw.com, ...Filed Date: ...TM... Submission Status: Approved
Tel: 03-2299 4400    Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

2.   Summary of significant accounting policies (cont'd.)

2.8   Financial assets (cont'd.)

A financial asset is derecognised when the contractual right to receive cash flows from the asset has expired. On derecognition of a financial asset in its entirety, the difference between the carrying amount and the sum of the consideration received and any cumulative gain or loss that had been recognised in other comprehensive income is recognised in profit or loss.

Barcode:3886453-03 A-570-106 INV - Investigation -

Regular way purchases or sales are purchases or sales of financial assets that require delivery of assets within the period generally established by regulation or convention in the marketplace concerned. All regular way purchases and sales of financial assets are recognised or derecognised on the trade date i.e. the date that the Company commits to purchase or sell the asset.

2.9   Impairment of financial assets

The Company assesses at each reporting date whether there is any objective evidence that a financial asset is impaired.

(a)   Trade and other receivables and other financial assets carried at amortised cost

To determine whether there is objective evidence that an impairment loss on financial assets has been incurred, the Company considers factors such as the probability of insolvency or significant financial difficulties of the debtor and default or significant delay in payments. For certain categories of financial assets, such as trade receivables, assets that are assessed not to be impaired individually are subsequently assessed for impairment on a collective basis based on similar risk characteristics. Objective evidence of impairment for a portfolio of receivables could include the Company's past experience of collecting payments, an increase in the number of delayed payments in the portfolio past the average credit period and observable changes in national or local economic conditions that correlate with default on receivables.

If any such evidence exists, the amount of impairment loss is measured as the difference between the asset's carrying amount and the present value of estimated future cash flows discounted at the financial asset's original effective interest rate. The impairment loss is recognised in profit or loss.

The carrying amount of the financial asset is reduced by the impairment loss directly for all financial assets with the exception of trade receivables, where the carrying amount is reduced through the use of an allowance account. When a trade receivable becomes uncollectible, it is written off against the allowance account.

26



UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, N...                                  ...Filed Date: 04/13/2...7...Submission Status: Approved
                         Tel: 03-2299 4400        Fax: 03-2299 4411

170001-D

**Latitude Tree Furniture Sdn. Bhd.**
**(Incorporated in Malaysia)**

2. **Summary of significant accounting policies (cont'd.)**

   2.9   **Impairment of financial assets (cont'd.)**

   (a)   **Trade and other receivables and other financial assets carried at amortised cost**

   If in a subsequent period, the amount of the impairment loss decreases and the decrease can be related objectively to an event occurring after the impairment was recognised, the previously recognised impairment loss is reversed to the extent that the carrying amount of the asset does not exceed its amortised cost at the reversal date. The amount of reversal is recognised in profit or loss.

   (b)   **Unquoted equity securities carried at cost**

   If there is objective evidence (such as significant adverse changes in the business environment where the issuer operates, probability of insolvency or significant financial difficulties of the issuer) that an impairment loss on financial assets carried at cost has been incurred, the amount of the loss is measured as the difference between the asset's carrying amount and the present value of estimated future cash flows discounted at the current market rate of return for a similar financial asset. Such impairment losses are not reversed in subsequent periods.

   (c)   **Available-for-sale financial assets**

   Significant or prolonged decline in fair value below cost, significant financial difficulties of the issuer or obligor, and the disappearance of an active trading market are considerations to determine whether there is objective evidence that investment securities classified as available-for-sale financial assets are impaired.

   If an available-for-sale financial asset is impaired, an amount comprising the difference between its cost (net of any principal payment and amortisation) and its current fair value, less any impairment loss previously recognised in profit or loss, is transferred from equity to profit or loss.

   Impairment losses on available-for-sale equity investments are not reversed in profit or loss in the subsequent periods. Increase in fair value, if any, subsequent to impairment loss is recognised in other comprehensive income. For available-for-sale debt investments, impairment losses are subsequently reversed in profit or loss if an increase in the fair value of the investment can be objectively related to an event occurring after the recognition of the impairment loss in profit or loss.

   2.10   **Cash and cash equivalents**

   Cash and cash equivalents comprise cash at banks and in hand and demand deposits that are readily convertible to known amount of cash and which are subject to an insignificant risk of change in value. For the purpose of the statement of cash flows, cash and cash equivalents consist of cash and short-term deposits as defined above, net of outstanding bank overdrafts.

27



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                          Date: Wed Jul 31 11:18:40 2019                     Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No. ... ... Email: enquiry@ssm.com.my
Tel: 03-2299 4400          Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

2.   Summary of significant accounting policies (cont'd.)

   2.11 Inventories

      Inventories are stated at the lower of cost and net realisable value. Costs incurred in
      bringing the inventories to their present location and condition are accounted for as
      follows:

      -   Raw materials: purchase costs on a weighted average basis.
      -   Finished goods and work-in-progress: costs of direct materials and labour and a
          proportion of manufacturing overheads based on normal operating capacity. These
          costs are assigned on a weighted average basis.

      Net realisable value is the estimated selling price in the ordinary course of business less
      estimated costs of completion and the estimated costs necessary to make the sale.

   2.12 Provisions

      Provisions are recognised when the Company has a present obligation (legal or
      constructive) as a result of a past event, it is probable that an outflow of economic
      resources will be required to settle the obligation and the amount of the obligation can be
      estimated reliably.

      Provisions are reviewed at each reporting date and adjusted to reflect the current best
      estimate. If it is no longer probable that an outflow of economic resources will be required
      to settle the obligation, the provision is reversed. If the effect of the time value of money is
      material, provisions are discounted using a current pre tax rate that reflects, where
      appropriate, the risks specific to the liability. When discounting is used, the increase in the
      provision due to the passage of time is recognised as a finance cost.

   2.13 Financial liabilities

      Financial liabilities are classified according to the substance of the contractual
      arrangements entered into and the definitions of a financial liability.

      Financial liabilities, within the scope of MFRS 139, are recognised in the statement of
      financial position when, and only when, the Company becomes a party to the contractual
      provisions of the financial instrument. Financial liabilities are classified as either financial
      liabilities at fair value through profit or loss or other financial liabilities.

      (a)   Financial liabilities at fair value through profit or loss

          Financial liabilities at fair value through profit or loss include financial liabilities held
          for trading and financial liabilities designated upon initial recognition as at fair value
          through profit or loss.

28



UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019           Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No.7, Jalan Stesen Sentral 5, Kuala Lumpur Sentral, 50623 Kuala Lumpur.
Tel: 03-2299 4400        Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

2.   Summary of significant accounting policies (cont'd.)

2.13  Financial liabilities (cont'd.)

(a)   Financial liabilities at fair value through profit or loss (cont'd.)

Financial liabilities held for trading include derivatives entered into by the Company
that does not meet the hedge accounting criteria. Derivative liabilities are initially
measured at fair value and subsequently stated at fair value, with any resultant
gains or losses recognised in profit or loss. Net gains or losses on derivatives
include exchange differences.

(b)   Other financial liabilities

The Company's other financial liabilities include trade and other payables and loans
and borrowings.

Trade and other payables are recognised initially at fair value plus directly
attributable transaction costs and subsequently measured at amortised cost using
the effective interest method.

Loans and borrowings are recognised initially at fair value, net of transaction costs
incurred, and subsequently measured at amortised cost using the effective interest
method. Loans and borrowings are classified as current liabilities unless the
Company has an unconditional right to defer settlement of the liability for at least 12
months after the reporting date.

For other financial liabilities, gains and losses are recognised in profit or loss when
the liabilities are derecognised, and through the amortisation process.

A financial liability is derecognised when the obligation under the liability is extinguished.
When an existing financial liability is replaced by another from the same lender on
substantially different terms, or the terms of an existing liability are substantially modified,
such an exchange or modification is treated as a derecognition of the original liability and
the recognition of a new liability, and the difference in the respective carrying amounts is
recognised in profit or loss.

2.14  Borrowing costs

Borrowing costs are capitalised as part of the cost of a qualifying asset if they are directly
attributable to the acquisition, construction or production of that asset. Capitalisation of
borrowing costs commences when the activities to prepare the asset for its intended use
or sale are in progress and the expenditures and borrowing costs are incurred. Borrowing
costs are capitalised until the assets are substantially completed for their intended use or
sale.

All other borrowing costs are recognised in profit or loss in the period they are incurred.
Borrowing costs consist of interest and other costs that the Company incurred in
connection with the borrowing of funds.

29



UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019              Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, N...           Filed By: bbabax@dhlaw.com   Filed Date: 9/3/19, 3:47 PM...Submission Status: Approved
                                   Tel: 03-2299 4400        Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

2.   Summary of significant accounting policies (cont'd.)

2.15  Employee benefits

(a)  Short term benefits

Wages, salaries, bonuses and social security contributions are recognised as an expense in the year in which the associated services are rendered by employees.

(b)  Defined contribution plans   <span style="color:blue">Barcode:3886453-03 A-570-106 INV - Investigation -</span>

The Company participates in the national pension scheme as defined by the law of the country in which it has operation. The Company makes contributions to the Employee Provident Fund in Malaysia, a defined contribution pension scheme. Contributions to defined contribution pension schemes are recognised as an expense in the period in which the related service is performed.

2.16  Leases

(a)  As lessee

Finance leases, which transfer to the Company substantially all the risks and rewards incidental to ownership of the leased item, are capitalised at the inception of the lease at the fair value of the leased asset or, if lower, at the present value of the minimum lease payments. Any initial direct costs are also added to the amount capitalised. Lease payments are apportioned between the finance charges and reduction of the lease liability so as to achieve a constant rate of interest on the remaining balance of the liability. Finance charges are charged to profit or loss. Contingent rents, if any, are charged as expenses in the periods in which they are incurred.

Leased assets are depreciated over the estimated useful life of the asset. However, if there is no reasonable certainty that the Company will obtain ownership by the end of the lease term, the asset is depreciated over the shorter of the estimated useful life and the lease term.

Operating lease payments are recognised as an expense in profit or loss on a straight-line basis over the lease term. The aggregate benefit of incentives provided by the lessor is recognised as a reduction of rental expense over the lease term on a straight-line basis.

(b)  As lessor

Leases where the Company retains substantially all the risks and rewards of ownership of the asset are classified as operating leases. Initial direct costs incurred in negotiating an operating lease are added to the carrying amount of the leased asset and recognised over the lease term on the same bases as rental income. The accounting policy for rental income is set out in Note 2.17(c).

30



UserID: ccmy                         Date: Wed Jul 31 11:18:40 2019              Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, NO...   bbabox@dhlaw.com, Filed Date: 9/3/19 3:47 PM   Submission Status: Approved
Tel: 03-2299 4400        Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

2. **Summary of significant accounting policies (cont'd.)**

2.17 **Revenue**

Revenue is recognised to the extent that it is probable that the economic benefits will flow to the Company and the revenue can be reliably measured. Revenue is measured at the fair value of consideration received or receivable.

(a) **Sale of goods**

Revenue from sale of goods is recognised upon the transfer of significant risk and rewards of ownership of the goods to the customer. Revenue is not recognised to the extent where there are significant uncertainties regarding recovery of the consideration due, associated costs or the possible return of goods. Revenue is measured at the fair value of the consideration received or receivable, net of returns and allowances, trade discounts and volume rebates.

(b) **Interest income**

Interest income is recognised using the effective interest method.

(c) **Rental income**

Rental income is accounted for on a straight-line basis over the lease terms. The aggregate costs of incentives provided to lessees are recognised as a reduction of rental income over the lease term on a straight-line basis.

2.18 **Income taxes**

(a) **Current tax**

Current tax assets and liabilities are measured at the amount expected to be recovered from or paid to the taxation authorities. The tax rates and tax laws used to compute the amount are those that are enacted or substantively enacted by the reporting date.

Current taxes are recognised in profit or loss except to the extent that the tax relates to items recognised outside profit or loss, either in other comprehensive income or directly in equity.

(b) **Deferred tax**

Deferred tax is provided using the liability method on temporary differences at the reporting date between the tax bases of assets and liabilities and their carrying amounts for financial reporting purposes.

Deferred tax liabilities are recognised for all temporary differences.

31



UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No... URL: http://www.ssm-einfo.my... Tel: 03-2299 4400    Fax: 03-2299 4411

170001-D

**Latitude Tree Furniture Sdn. Bhd.**
(Incorporated in Malaysia)

2.   **Summary of significant accounting policies (cont'd.)**

  2.18  **Income taxes (cont'd.)**

    (b)   **Deferred tax (cont'd.)**

Deferred tax assets are recognised for all deductible temporary differences, carry forward of unused tax credits and unused tax losses, to the extent that it is probable that taxable profit will be available against which the deductible temporary differences, and the carry forward of unused tax credits and unused tax losses can be utilised.

The carrying amount of deferred tax assets is reviewed at each reporting date and reduced to the extent that it is no longer probable that sufficient taxable profit will be available to allow all or part of the deferred tax asset to be utilised. Unrecognised deferred tax assets are reassessed at each reporting date and are recognised to the extent that it has become probable that future taxable profit will allow the deferred tax assets to be utilised.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply to the year when the asset is realised or the liability is settled, based on tax rates and tax laws that have been enacted or substantively enacted at the reporting date.

Deferred tax relating to items recognised outside profit or loss is recognised outside profit or loss. Deferred tax items are recognised in correlation to the underlying transaction either in other comprehensive income or directly in equity and deferred tax arising from a business combination is adjusted against goodwill on acquisition.

Deferred tax assets and deferred tax liabilities are offset, if a legally enforceable right exists to set off current tax assets against current tax liabilities and the deferred taxes relate to the same taxable entity and the same taxation authority.

  2.19  **Goods and Services Tax ("GST")**

The net amount of GST being the difference between output and input of GST, payable to or receivable from the respective authorities at the reporting date, is included in other payables or other receivables in the statements of financial position.

  2.20  **Share capital and share issuance expenses**

An equity instrument is any contract that evidences a residual interest in the assets of the Company after deducting all of its liabilities. Ordinary shares are equity instruments.

32



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                         Date: Wed Jul 31 11:18:40 2019              Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No. 7...
Tel: 03-2299 4400          Fax: 03-2299 4411

170001-D

**Latitude Tree Furniture Sdn. Bhd.**
**(Incorporated in Malaysia)**

2. **Summary of significant accounting policies (cont'd.)**

   2.20 **Share capital and share issuance expenses (cont'd.)**

     Ordinary shares are recorded at the proceeds received, net of directly attributable incremental transaction costs. Ordinary shares are classified as equity. Dividends on ordinary shares are recognised in equity in the period in which they are declared.

   2.21 **Fair value measurement**

Barcode:3886453-03 A-570-106 INV - Investigation -

     The Company measures certain assets and liabilities at fair value at each reporting date.

     Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. The fair value measurement is based on the presumption that the transaction to sell the asset or transfer the liability takes place either:

    - In the principal market for the asset or liability, or
    - In the absence of a principal market, in the most advantageous market for the asset or liability

     The principal or the most advantageous market must be accessible to by the Company.

     The fair value of an asset or liability is measured using the assumptions that market participants would use when pricing the asset or liability, assuming that market participants act in their economic best interest.

     The fair value measurement of a non-financial asset takes into account a market participant's ability to generate economic benefits by using the asset in its highest and best use or by selling it to another market participant that would use the asset in its highest and best use.

     The Company uses valuation techniques that are appropriate in the circumstances and for which sufficient data are available to measure fair value, maximising the use of relevant observable inputs and minimising the use of unobservable inputs.

     All assets and liabilities for which fair value is measured or disclosed in the financial statements are categorised within the fair value hierarchy, described as follows, based on the lowest level input that is significant to the fair value measurement as a whole:

    Level 1  -  Quoted (unadjusted) market prices in active markets for identical assets or liabilities.
    Level 2  -  Valuation techniques for which the lowest level input that is significant to the fair value measurement is directly or indirectly observable.
    Level 3  -  Valuation techniques for which the lowest level input that is significant to the fair value measurement is unobservable.

33



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                          Date: Wed Jul 31 11:18:40 2019                    Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No. Filed By: bbabax@dhlaw.com   Filed Date: 92/14/21, 3:49 PM   Submission Status: Approved
                          Tel: 03-2299 4400            Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

2.   Summary of significant accounting policies (cont'd.)

2.21 Fair value measurement (cont'd.)

For assets and liabilities that are recognised in the financial statements on a recurring basis, the Company determines whether transfers have occurred between levels in the hierarchy by re-assessing categorisation (based on the lowest level input that is significant to the fair value measurement as a whole) at the end of each financial period.

For the purpose of fair value disclosures, the Company has determined classes of assets and liabilities on the basis of the nature, characteristics and risks of the asset or liability and the level of the fair value hierarchy as explained above.

2.22 **Offsetting of financial instruments**

Financial assets and financial liabilities are offset and the net amount is reported in the statement of financial position if, and only if, there is a currently enforceable legal right to offset the recognised amounts and there is an intention to settle on a net basis, or to realise the assets and settle the liabilities simultaneously.

2.23 **Related parties**

A related party is defined as follows:

(a)   A person or a close member of that person's family is related to the Company if that person:

(i)    has control or joint control over the Company;
(ii)   has significant influence over the Company; or
(iii)  is a member of the key management personnel of the Company or of a parent of the Company.

(b)   An entity is related to the Company if any of the following conditions applies:

(i)    the entity and the Company are members of the same group (which means that each parent, subsidiary and fellow subsidiary is related to the others);
(ii)   one entity is an associate or joint venture of the other entity (or an associate or joint venture of a member of a group of which the other entity is a member);
(iii)  both entities are joint ventures of the same third party;
(iv)   one entity is a joint venture of a third entity and the other entity is an associate of the third entity;
(v)    the entity is a post-employment benefit plan for the benefit of employees of either the Company or an entity related to the Company. If the Company is itself such a plan, the sponsoring employers are also related to the Company;
(vi)   the entity is controlled or jointly controlled by a person identified in (a); or
(vii)  a person identified in (a) (i) has significant influence over the entity or is a member of the key management personnel of the entity (or of a parent of the entity).

34



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

3. Significant accounting judgements and estimates

The preparation of the Company's financial statements requires management to make judgements, estimates and assumptions that affect the reported amounts of revenues, expenses, assets and liabilities at the reporting date. However, uncertainty about these assumptions and estimates could result in outcomes that could require a material adjustment to the carrying amount of the asset or liability affected in the future.

3.1 Judgements made in applying accounting policies

Barcode:3886453-03 A-570-106 INV - Investigation -
There were no significant judgements made in applying the accounting policies of the Company which may have significant effects on the amounts recognised in the financial statements.

3.2 Key sources of estimation uncertainty

The key assumptions concerning the future and other key sources of estimation uncertainty at the reporting date that have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the next financial year are discussed below:

(a) Income taxes

There are certain transactions and computations for which the ultimate tax determination may be different from the initial estimate. The Company recognised tax liabilities based on its understanding of the prevailing tax laws and estimates of whether such taxes will be due in the ordinary course of business. Where the final outcome of these matters is different from the amounts that were initially recognised, such difference will impact the income tax and deferred tax provisions in the period in which such determination is made.

(b) Inventories costing

The Company applies actual cost of raw materials and predetermined labour and overhead expenses to derive at the costs of work-in-progress and finished goods. Significant management estimates are involved when allocating labour and overhead expenses into the different types of inventories. The carrying amount of inventories of the Company are disclosed in Note 12.

4. Revenue

Revenue of the Company consists of invoiced value of goods net of discounts and returns.

35



UserID: ccmy                          Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No... bbabox@dhlew.com, Filed Date: 02/13, 3:44 PM, Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

5.   Other income

| | 2018 RM | 2017 RM |
|---|---|---|
| Rental income | 1,458,950 | 1,415,967 |
| Gain on disposal of property, plant and equipment | - | 389,281 |
| Net realised foreign exchange gain | 666,494 | 257,325 |
| Net unrealised foreign exchange gain | 274,254 | - |
| Fair value gain on derivatives | - | 276,673 |
| Investment income from investment securities | 198,549 | 251,071 |
| | 2,598,247 | 2,590,317 |

Barcode:3886453-03 A-570-106 INV - Investigation -

6.   Finance costs

| | 2018 RM | 2017 RM |
|---|---|---|
| Interest expense on: | | |
| Bank overdrafts | 643 | 1,212 |
| Bankers' acceptances | 15,684 | 13,622 |
| Term loans | 431,998 | 470,283 |
| | 448,325 | 485,117 |

7.   Profit before tax

The following items have been included in arriving at profit before tax:

| | 2018 RM | 2017 RM |
|---|---|---|
| Auditors' remuneration | 68,000 | 68,000 |
| Depreciation of property, plant and equipment (Note 10) | 2,443,173 | 2,281,631 |
| Amortisation of investment properties (Note 11) | 455,554 | 449,420 |
| Loss on disposal of property, plant and equipment | 109,120 | - |
| Employee benefits expense (Note 8) | 20,051,641 | 20,763,844 |
| Rental expense | 1,080,000 | 880,000 |
| Property, plant and equipment written off (Note 10) | 45 | 102 |
| Fair value loss on derivatives | 104,115 | - |
| Net unrealised foreign exchange loss | - | 34,763 |



UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No 7 Jalan Stesen Sentral 5, Kuala Lumpur Sentral, 50623 Kuala Lumpur
Tel: 03-2299 4400          Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

8.  Employee benefits expense

|  | 2018 RM | 2017 RM |
|---|---|---|
| Wages and salaries | 17,528,819 | 19,753,687 |
| Social security contributions | 82,847 | 85,628 |
| Contributions to defined contribution plan | 829,034 | 821,544 |
| Other benefits | 1,610,941 | 102,985 |
|  | 20,051,641 | 20,763,844 |

Included in employee benefits expense of the Company are executive directors' remuneration amounting to RM782,296 (2017: RM685,296).

9.  Income tax expense

Major components of income tax expense

The major components of income tax expense for the years ended 30 June 2018 and 2017 are:

|  | 2018 RM | 2017 RM |
|---|---|---|
| **Statement of comprehensive income:** |  |  |
| Current income tax: |  |  |
| - Malaysian income tax | 1,148,048 | 3,816,512 |
| - Overprovision in respect of previous years | (146,583) | (639,870) |
|  | 1,001,465 | 3,176,642 |
| Deferred tax (Note 19): |  |  |
| - Origination and reversal of temporary differences | 91,610 | 63,819 |
| - Underprovision in respect of previous years | 323,486 | 24,395 |
|  | 415,096 | 88,214 |
| Income tax expense recognised in profit or loss and other comprehensive income | 1,416,561 | 3,264,856 |

37


SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019        Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, N...

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

9.   Income tax expense (cont'd.)

Reconciliation between tax expense and accounting profit

The reconciliation between tax expense and the product of accounting profit multiplied by the
applicable corporate tax rate for the years ended 30 June 2018 and 2017 are as follows:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Profit before tax | 5,281,135 | 16,412,383 |
| Tax at Malaysian statutory tax rate of 24% (2017: 24%) | 1,267,472 | 3,938,972 |
| Adjustments: |  |  |
| Income not subject to taxation | (87,060) | (58,663) |
| Non-deductible expenses | 399,070 | 414,222 |
| Utilisation of group relief | (339,824) | (414,200) |
| Overprovision of income tax in respect of previous years | (146,583) | (639,870) |
| Underprovision of deferred tax in respect of previous years | 323,486 | 24,395 |
| Income tax expense recognised in profit or loss | 1,416,561 | 3,264,856 |

Barcode:3886453-03 A-570-106 INV - Investigation  -

Domestic income tax is calculated at the Malaysian statutory tax rate of 24% (2017: 24%) of the
estimated assessable profit for the year.

38



UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019        Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No... Filed By: bbaker@dhlaw.com  Filed Date: 9/3/19, 3:59 PM Submission Status: Approved
                          Tel: 03-2299 4400        Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

10.  Property, plant and equipment

| | Freehold land RM | Leasehold land RM | Buildings RM | Plant and machinery RM | Electrical installation RM | Motor vehicles RM | Office equipment RM | Total RM |
|---|---|---|---|---|---|---|---|---|
| **Cost** | | | | | | | | |
| At 1 July 2016 | 7,242,600 | 202,053 | 13,005,969 | 19,031,839 | 769,132 | 1,559,370 | 669,405 | 42,480,368 |
| Additions | - | - | 1,450,053 | 2,466,277 | 177,860 | 795,022 | 54,429 | 4,943,641 |
| Disposals | - | - | - | (397,868) | - | (267,717) | (4,148) | (669,733) |
| Write offs | - | - | - | (91,840) | (169,340) | - | (45,860) | (307,040) |
| At 30 June 2017 | 7,242,600 | 202,053 | 14,456,022 | 21,008,408 | 777,652 | 2,086,675 | 673,826 | 46,447,236 |
| | | | | | | | | |
| At 1 July 2017 | 7,242,600 | 202,053 | 14,456,022 | 21,008,408 | 777,652 | 2,086,675 | 673,826 | 46,447,236 |
| Additions | - | - | 313,149 | 939,751 | - | 159,800 | 12,561 | 1,424,461 |
| Disposals | - | - | - | (354,484) | - | - | - | (354,484) |
| Write offs | - | - | - | (462,568) | (386,062) | - | (105,743) | (954,373) |
| At 30 June 2018 | 7,242,600 | 202,053 | 14,769,171 | 21,131,107 | 391,590 | 2,245,675 | 580,644 | 46,562,840 |

39

UserID: ccmy

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40

MENARA SSM@SENTRAL, NO.7, JALAN STESEN SENTRAL 5, KUALA LUMPUR SENTRAL, 50623 KUALA LUMPUR.

Tel: 03-2299 4400    Fax: 03-2299 4411

Date: Wed Jul 31 11:18:40 2019

Printing Date: 31-07-2019 11:18:40



170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

10.   Property, plant and equipment (cont'd.)

| | Freehold land RM | Leasehold land RM | Buildings RM | Plant and machinery RM | Electrical installation RM | Motor vehicles RM | Office equipment RM | Total RM |
|---|---|---|---|---|---|---|---|---|
| **Accumulated depreciation** | | | | | | | | |
| At 1 July 2016 | - | 42,937 | 4,325,789 | 5,679,376 | 646,950 | 947,634 | 359,773 | 12,002,459 |
| Depreciation charge for the year (Note 7) | - | 3,368 | 243,663 | 1,529,552 | 54,965 | 320,867 | 129,216 | 2,281,631 |
| Disposals | - | - | - | (86,177) | - | (239,774) | (2,840) | (328,491) |
| Write offs | - | - | - | (91,766) | (169,339) | - | (45,833) | (306,938) |
| At 30 June 2017 | - | 46,305 | 4,569,452 | 7,030,985 | 532,576 | 1,029,727 | 440,316 | 13,648,661 |
| | | | | | | | | |
| At 1 July 2017 | - | 46,305 | 4,569,452 | 7,030,985 | 532,576 | 1,029,727 | 440,316 | 13,648,661 |
| Depreciation charge for the year (Note 7) | - | 3,368 | 271,291 | 1,673,277 | 40,610 | 334,821 | 119,806 | 2,443,173 |
| Disposals | - | - | - | (145,364) | - | - | - | (145,364) |
| Write offs | - | - | - | (462,558) | (386,056) | - | (105,714) | (954,328) |
| At 30 June 2018 | - | 49,673 | 4,840,743 | 8,096,340 | 187,130 | 1,363,548 | 454,408 | 14,992,142 |
| | | | | | | | | |
| **Net carrying amount** | | | | | | | | |
| At 30 June 2017 | 7,242,600 | 155,748 | 9,886,570 | 13,977,423 | 245,076 | 1,057,948 | 233,510 | 32,798,575 |
| | | | | | | | | |
| At 30 June 2018 | 7,242,600 | 152,380 | 9,928,428 | 13,034,767 | 204,460 | 881,827 | 126,236 | 31,570,698 |

Included in office equipment is computer software with carrying amount of RM7,379 (2017: RM48,279).

40

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

10. Property, plant and equipment (cont'd.)

Assets pledged as security

The net carrying amounts of property, plant and equipment pledged as securities for loans and borrowings (Note 17) are as follows:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Freehold land | 7,242,600 | 7,242,600 |
| Freehold buildings | 9,928,428 | 9,886,570 |
|  | 17,171,028 | 17,129,170 |

11. Investment properties

|  | 2018 RM | 2017 RM |
|---|---|---|
| Cost |  |  |
| At 1 July | 23,082,533 | 23,082,533 |
| Addition for the year | 746,292 | - |
| At 30 June | 23,828,825 | 23,082,533 |
| Accumulated amortisation |  |  |
| At 1 July | 7,194,106 | 6,744,686 |
| Amortisation for the year (Note 7) | 455,554 | 449,420 |
| At 30 June | 7,649,660 | 7,194,106 |
| Net carrying amount |  |  |
| At 30 June | 16,179,165 | 15,888,427 |

The directors have estimated the fair values of investment properties as at 30 June 2018 to be RM37,452,682 (2017: RM37,452,682). The fair value have been determined by reference to market evidence of transaction prices for similar properties.

The following are recognised in profit or loss in respect of investment properties:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Rental income | 1,248,000 | 816,000 |
| Quit rent and assessment | 197,682 | 197,855 |
| Depreciation expense | 455,554 | 449,420 |

41



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                          Date: Wed Jul 31 11:18:40 2019              Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No.7, Jalan Stesen Sentral 5, KL Sentral, 50623, KUALA LUMPUR.
Tel: 03-2299 4400          Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

## 12. Inventories

|  | 2018 RM | 2017 RM |
|---|---|---|
| **Cost** |  |  |
| Raw materials | 11,873,205 | 10,710,810 |
| Work-in-progress | 3,865,207 | 2,549,143 |
| Finished goods | 7,732,933 | 7,401,024 |
|  | 23,471,345 | 20,660,977 |

Barcode:3886453-03 A-570-106 INV - Investigation -

The cost of inventories recognised as an expense in cost of sales of the Company was RM95,369,642 (2017: RM85,660,448).

## 13. Trade and other receivables

|  | 2018 RM | 2017 RM |
|---|---|---|
| **Trade receivables** |  |  |
| Third parties | 2,102,761 | 4,463,270 |
| Amounts due from related companies | - | 3,275,432 |
|  | 2,102,761 | 7,738,702 |
| **Other receivables** |  |  |
| Amounts due from related companies | 38,896,401 | 32,059,862 |
| Sundry receivables | 173,167 | 128,058 |
| Goods and services tax receivable | 1,242,413 | 1,217,134 |
| Deposits | 209,603 | 209,603 |
|  | 40,521,584 | 33,614,657 |
| Total trade and other receivables | 42,624,345 | 41,353,359 |
| Less: Included within other receivables |  |  |
| Goods and services tax receivable | (1,242,413) | (1,217,134) |
| Advance to suppliers | (12,436) | (17,409) |
| Add: Cash and bank balances (Note 16) | 34,095,902 | 27,114,723 |
| Total loans and receivables | 75,465,398 | 67,233,539 |



UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No... by bbabax@dhiew.com, Filed Date: 9/3/19, 3:49 PM, Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

13. Trade and other receivables (cont'd.)

(a) Trade receivables

Trade receivables are non-interest bearing and are generally on 7 to 21 days (2017: 14 to 30 days) terms. They are recognised at their original invoice amounts which represent their fair values on initial recognition.

Ageing analysis of trade receivables

Barcode:3886453-03 A-570-106 INV - Investigation -

The ageing analysis of the Company's trade receivables is as follows:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Neither past due nor impaired | 2,067,934 | 3,582,329 |
| 1 to 30 days past due not impaired | 1,258 | 796,336 |
| 31 to 60 days past due not impaired | - | - |
| 61 to 90 days past due not impaired | - | - |
| 91 to 120 days past due not impaired | - | 17,518 |
| More than 121 days past due not impaired | 33,569 | 3,342,519 |
|  | 34,827 | 4,156,373 |
|  | 2,102,761 | 7,738,702 |

Receivables that are neither past due nor impaired

Trade receivables that are neither past due nor impaired are creditworthy debtors with good payment records with the Company.

None of the Company's trade receivables that are neither past due nor impaired have been renegotiated during the financial year.

Receivables that are past due but not impaired

The Company has trade receivables amounting to RM34,827 (2017: RM4,156,373 ) that are past due at the reporting date but not impaired. These receivables are not secured by any collateral or credit enhancement.

Trade receivables that were past due but not impaired relate to customers that have good track record with the Company. Based on past experience and no adverse information to date, the directors of the Company are of the opinion that no provision for impairment is necessary in respect of these balances as there has not been a significant change in the credit quality and the balances are still considered fully recoverable.

43



This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No... Filed By: bhabar@dhlaw.com   Filed Date: 9/3/19, 3:49 PM   Submission Status: Approved
Tel: 03-2299 4400        Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

13. Trade and other receivables (cont'd.)

(b) Other receivables

Amounts due from related companies are unsecured, non-interest bearing and repayable on demand.

Further details on related party transactions are disclosed in Note 22.

Included in other receivables are advances to suppliers amounting to RM12,736 (2017 - RM17,409) which are unsecured, interest free and repayable on demand.

Sundry receivables are unsecured, non-interest bearing and repayable on demand.

Other financial information on financial risks of trade and other receivables are disclosed in Note 24.

14. Investment securities

| | 2018 RM | 2017 RM |
|---|---|---|
| **Non-Current** | | |
| *Available-for-sale financial assets* | | |
| – Unit trusts in Malaysia | 1,000,000 | – |
| | | |
| **Current** | | |
| *Available-for-sale financial assets* | | |
| – Unit trusts in Malaysia | 1,195,530 | 5,697,376 |

Other financial information on financial risks of other investments are disclosed in Note 24.

44



UserID: ccmy                          Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No. 7, Jalan Stesen Sentral 5, Kuala Lumpur Sentral, 50623 Kuala Lumpur
Tel: 03-2299 4400        Fax: 03-2299 4411

Filed By: bbaker@dhillon.com, Filed Date: 9/2/19, 3:47 PM, Submission Status: Approved

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

15.   Derivatives

| | 2018 | | | | 2017 | | |
| | RM Contract/ Notional amount | RM Assets | RM Liabilities | | RM Contract/ Notional amount | RM Assets | RM Liabilities |
|---|---|---|---|---|---|---|---|
| **Non-hedging derivatives:** | | | | | | | |
| **Current** | | | | | | | |
| Forward currency contracts | 10,210,710 | | (83,640) | | 17,269,695 | 99,695 | - |
| Interest rate swap | 7,266,556 | 48,517 | - | | 11,160,470 | | (19,017) |
| **Non-current** | | | | | | | |
| Interest rate swap | 7,266,556 | 30,081 | - | | 11,160,470 | 18,395 | - |
| Total non-hedging derivatives | | 78,598 | (83,640) | | | 118,090 | (19,017) |

The Company uses forward currency contracts to manage some of the transaction exposure. These contracts are not designated as cash flow or fair value hedges and are entered into for periods consistent with currency transaction exposure and fair value changes exposure. Such derivatives do not qualify for hedge accounting.

Forward currency contracts are used to hedge the Company's bank balance denominated in United States Dollar ("USD") for which the Company's commitments existed at the reporting date, extending to March 2019 (2017: February 2018) (Note 24(d)). During the financial year, the Company recognised a loss of RM183,335 (2017: gain of RM25,497) arising from fair value changes of forward currency contracts. The fair value changes are attributable to changes in foreign exchange closing and forward rate.

The Company has an interest rate swap agreement in place which is used to hedge cash flow interest rate risk arising from a floating rate bank loan amounting to RM7,266,556 (2017: RM11,160,470) (Notes 17 and 24 (c)). This interest rate swap receives floating interest equal to USD loan at Effective Cost of Funds ("ECOF") + 1.75% (2017: ECOF + 1.75%) per annum, pays a fixed rate of interest of 3.31% (2017: 3.31%) per annum and has the same maturity terms as the bank loan. The changes in the fair value of interest rate swap of RM79,220 gain (2017: RM251,176 gain) has been recognised in the statement of comprehensive income.

The method and assumptions applied in determining the fair values of derivatives are disclosed in Note 23.

45

UserID: ccmy

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40

MENARA SSM@SENTRAL, NO.7, JALAN STESEN SENTRAL 5, KUALA LUMPUR SENTRAL, 50623 KUALA LUMPUR

Tel: 03-2299 4400       Fax: 03-2299 4411

Date: Wed Jul 31 11:18:40 2019

Printing Date: 31-07-2019

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

16. Cash and bank balances

|  | 2018 RM | 2017 RM |
|---|---|---|
| Cash at banks and in hand | 10,796,827 | 16,493,798 |
| Short term deposits with licensed banks | 23,299,075 | 10,620,925 |
| Cash and bank balances | 34,095,902 | 27,114,723 |

Deposits with licensed banks are made for varying periods of between 1 day and 92 days (2017: 1 day and 92 days) depending on the immediate cash requirements of the Company, and earn interests at the respective short-term deposit rates. The weighted average effective interest rate as at 30 June 2018 for the Company was 2.15% (2017: 2.73%) per annum. Included in cash at bank and in hand is an amount of RM5,823,859 (2017: RM2,253,113) placed in an overnight sweep account generating interest at 2.80% (2017: 2.85%) per annum.

Deposits with licensed banks of the Company of RM8,580,874 (2017: RM8,367,812) are pledged as securities for loans and borrowings (Note 17).

For the purpose of the statement of cash flows, cash and cash equivalents comprise the following as at the reporting date:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Cash and bank balances | 34,095,902 | 27,114,723 |
| Deposits pledged as securities for bank borrowings | (8,580,874) | (8,367,812) |
| Total cash and cash equivalents | 25,515,028 | 18,746,911 |

The currency profiles of the Company's cash and bank balances are as follows:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Ringgit Malaysia | 20,966,005 | 13,192,288 |
| United States Dollar | 13,129,897 | 13,922,435 |
|  | 34,095,902 | 27,114,723 |

46



UserID: ccmy          Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, N... Filed By: bbabax@dhlaw.com, Filed Date: 9/3/19, 3:47 PM, Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

17. Loans and borrowings

| | Maturity | 2018 RM | 2017 RM |
|---|---|---|---|
| **Current** | | | |
| Secured: | | | |
| Bankers' acceptance | 2019 | 1,230,000 | 1,024,000 |
| Term loan: | | | |
| USD loan at Effective Cost of Funds + 1.75% per annum | 2019 | 3,229,600 | 3,434,000 |
| | | 4,459,600 | 4,458,000 |
| **Non-current** | | | |
| Secured: | | | |
| Term loan: | | | |
| USD loan at Effective Cost of Funds + 1.75% per annum | 2020 | 4,036,956 | 7,726,470 |
| Total loans and borrowings | | 8,496,556 | 12,184,470 |

Barcode:3886453-03 A-570-106 INV - Investigation -

The remaining maturities of loans and borrowings as at 30 June are as follows:

| | 2018 RM | 2017 RM |
|---|---|---|
| On demand or within one year | 4,459,600 | 4,458,000 |
| More than 1 year and less than 2 years | 3,229,600 | 3,434,000 |
| More than 2 years and less than 5 years | 807,356 | 4,292,470 |
| | 8,496,556 | 12,184,470 |

Bankers' acceptance

The weighted average effective interest rate per annum of banker's acceptance at the reporting date was 3.51% (2017: 3.38%) per annum.

Bankers' acceptance is secured by the freehold land of RM7,242,600 (2017: RM7,242,600) and freehold buildings of RM9,928,428 (2017: RM9,886,570) of the Company, corporate guarantee from the holding company and negative pledges over the assets of the Company.

47



UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019        Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No. 7, Jalan Stesen Sentral 5,     Filed By: bbabax@dhlaw.com, Filed Date: 02/04/12, 3:49 PM, Submission Status: Approved
Tel: 03-2299 4400        Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

17. Loans and borrowings (cont'd.)

Term loan

The term loan is secured by the following:

(a) Short term deposits of RM8,580,874 (2017: RM8,367,812) with licensed banks of the
Company (Note 16);

(b) Corporate guarantee from the holding company;   Barcode:3886453-03 A-570-106 INV - Investigation -

The term loan bears interest of 3.42% (2017: 3.63%) per annum.

18. Trade and other payables

|  | 2018 RM | 2017 RM |
|---|---|---|
| **Trade payables** | | |
| Third parties | 3,443,911 | 3,373,359 |
| Amounts due to related companies | - | 707,034 |
| | 3,443,911 | 4,080,393 |
| **Other payables** | | |
| Amount due to holding company | 33,109,237 | 23,118,658 |
| Amounts due to related companies | 239,578 | 160,005 |
| Accruals | 2,111,394 | 2,475,287 |
| Sundry payables | 1,515,992 | 2,661,466 |
| | 36,976,201 | 28,415,416 |
| Total trade and other payables | 40,420,112 | 32,495,809 |
| Add: Loans and borrowings (Note 17) | 8,496,556 | 12,184,470 |
| Total financial liabilities carried at amortised cost | 48,916,668 | 44,680,279 |

(a) Trade payables

These amounts are non-interest bearing. Trade payables are normally settled on 7 to 30
days (2017: 14 to 90 days) terms.

(b) Other payables

Amounts due to holding company and related companies are unsecured, non-interest
bearing and repayable on demand.

48



UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019        Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No 7, Jalan Stesen Sentral 5, Filed Date: 9/3/19, 3:49 PM, Submission Status: Approved
                    Tel: 03-2299 4400        Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

18. Trade and other payables (cont'd.)

(b) Other payables (cont'd.)

Sundry payables are unsecured, non-interest bearing and repayable on demand.

Other financial information on financial risks of trade and other payables are disclosed in Note 24.

19. Deferred tax liabilities                  Barcode:3886453-03 A-570-106 INV - Investigation  -

The components and movements of deferred tax liability during the year prior to offsetting are as follows:

|  | As at 1 July 2016 RM | Recognised in profit or loss (Note 9) RM | As at 30 June 2017 RM | Recognised in profit or loss (Note 9) RM | As at 30 June 2018 RM |
|---|---|---|---|---|---|
| **Deferred tax liabilities** | | | | | |
| Property, plant and equipment | 2,540,685 | 129,182 | 2,669,867 | 157,973 | 2,827,840 |
| **Deferred tax assets** | | | | | |
| Others | (250,323) | 118,683 | (131,640) | - | (131,640) |
| Provisions | (99,015) | (159,651) | (258,666) | 257,123 | (1,543) |
|  | (349,338) | (40,968) | (390,306) | 257,123 | (133,183) |
|  | 2,191,347 | 88,214 | 2,279,561 | 415,096 | 2,694,657 |

|  | 2018 RM | 2017 RM |
|---|---|---|
| At 1 July | 2,279,561 | 2,191,347 |
| Recognised in profit or loss (Note 9) | 415,096 | 88,214 |
| At 30 June | 2,694,657 | 2,279,561 |
| Presented after appropriate offsetting as follows: | | |
| Deferred tax assets | (133,183) | (390,306) |
| Deferred tax liabilities | 2,827,840 | 2,669,867 |
|  | 2,694,657 | 2,279,561 |

49



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019              Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No 7... bbabax@dhiew.com, Filed Date: 9/3/19, 3:47PM, Submission Status: Approved
Filed By:  bbabax@dhiew.com,  Filed Date: 9/3/19, 3:47PM, Submission Status: Approved
Tel: 03-2299 4400         Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

### 20. Share capital

|  | 2018 RM | 2017 RM |
|---|---|---|
| **Issued and fully paid** | | |
| At 1 July and 30 June | 3,000,000 | 3,000,000 |

The holder of ordinary shares is entitled to receive dividends as and when declared from time to time by the Company. All ordinary shares carry one vote per share without restrictions and rank equally with regard to the Company residual assets.

### 21. Retained earnings

The Company may distribute dividends out of its entire retained earnings as at 30 June 2018 and 30 June 2017 under the single tier system.

### 22. Related party disclosures

(a) Sale and purchase of goods and services

In addition to the related party information disclosed elsewhere in the financial statements, the following significant transactions between the Company and related parties took place at terms agreed between the parties during the financial year:

|  | 2018 RM | 2017 RM |
|---|---|---|
| Rental received from a related company | (1,080,000) | (660,000) |
| Purchase from related companies | 26,549,182 | 22,740,417 |
| Rental paid to related companies | 1,080,000 | 880,000 |

Related companies are subsidiaries of Latitude Tree Holdings Berhad.

The directors are of the opinion that all the transactions above have been entered into in the normal course of business and have been established at negotiated terms.

Information regarding outstanding balances arising from related party transactions as at 30 June 2018 and 2017 are disclosed in Notes 13 and 18.

50



UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019           Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No.7, Jalan Stesen Sentral 5, Kuala Lumpur Sentral, 50623 Kuala Lumpur
Tel: 03-2299 4400          Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

22. Related party disclosures (cont'd.)

(b) Compensation of key management personnel

The remuneration of key management during the year were as follows:

|  | 2018 | 2017 |
| --- | --- | --- |
|  | RM | RM |
| Short term employee benefits | 691,000 | 594,000 |
| Defined contribution plan | 91,296 | 91,296 |
|  | 782,296 | 685,296 |

Barcode:3886453-03 XM-5296106 INV 911296stigation -

23. Fair value of assets and liabilities

(a) Financial instruments that are not carried at fair value and whose carrying amounts are reasonable approximation of fair value

The following are classes of financial instruments that are not carried at fair value and whose carrying amounts are reasonable approximation of fair value:

|  | Note |
| --- | --- |
| Trade and other receivables | 13 |
| Loans and borrowings | 17 |
| Trade and other payables | 18 |

The carrying amounts of these financial assets and liabilities are reasonable approximation of fair values, either due to their short-term nature or that they are floating rate instruments that are re-priced to market interest rates on or near the reporting date.

The carrying amounts of the loans and borrowings are reasonable approximation of fair values due to the insignificant impact of discounting.

The fair values of the loans and borrowings are estimated by discounting expected future cash flows at market incremental lending rate for similar types of lending, borrowing or leasing arrangements at the reporting date.

Amounts due from/to related companies, amount due to holding company and fixed and floating rate bank loans

The fair values of these financial instruments are estimated by discounting expected future cash flows at market incremental lending rate for similar types of lending, borrowing or leasing arrangements at the reporting date.

51



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No. helpdesk@ssm.com.my, Filed Date: 9/3/19 3:54:7 PM, Submission Status: Approved
Tel: 03-2299 4400          Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

23. Fair value of assets and liabilities (cont'd.)

   (b) Fair value hierarchy

      The fair value hierarchy reflects the significance of the inputs used in making the measurements. The fair value hierarchy has the following levels:

      Level 1  : Quoted prices (unadjusted) in active markets for identical assets and liabilities.

      Level 2  : Input other than quoted prices included within level 1 that are observable for the asset or liability, either directly (i.e. as prices) or indirectly (i.e. derived from prices).

      Level 3 : Input for the asset or liability that are not based on observable market data (unobservable input).

   (c) Assets and liabilities measured at fair value

      The following table shows an analysis of each class of assets and liabilities measured at fair value at the end of the reporting period:

| | Note | Significant observable inputs (Level 2) | |
| --- | --- | --- | --- |
| | | 2018 RM | 2017 RM |
| **Financial assets:** | | | |
| Unit trusts in Malaysia | 14 | 2,195,530 | 5,697,376 |
| Derivative financial asset | | | |
| - Interest rate swap | 15 | 78,598 | 18,395 |
| - Forward currency contracts | 15 | - | 99,695 |
| | | 2,274,128 | 5,815,466 |
| **Financial liabilities:** | | | |
| Derivative financial liabilities | | | |
| - Forward currency contracts | 15 | 83,640 | 19,017 |

Derivatives

Forward currency contracts and interest rate swap contracts are valued using a valuation technique with market observable inputs. The most frequently applied valuation techniques include forward pricing and swap models, using present value calculations. The models incorporate various inputs including the credit quality of counterparties, foreign exchange spot and forward rates and interest rate curves.

52



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy            Date: Wed Jul 31 11:18:40 2019        Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40

MENARA SSM@SENTRAL, No 7 Jalan Stesen Sentral 5, Kuala Lumpur Sentral, 50623 Kuala Lumpur

Tel: 03-2299 4400       Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

23. Fair value of assets and liabilities (cont'd.)

    (d) Asset not carried at fair value but for which fair value is disclosed

        The following table shows an analysis of the Company's asset not measured at fair value but for which fair value is disclosed:

| | Note | Significant unobservable inputs (Level 3) | |
| --- | --- | --- | --- |
| | | 2018 | 2017 |
| | | RM | RM |
| Asset: | | | |
| Investment properties | 11 | 37,452,682 | 37,452,682 |

24. Financial risk management objectives and policies

    The Company is exposed to financial risks arising from their operations and the use of financial instruments. The key financial risks include credit risk, liquidity risk, interest rate risk and foreign currency risk.

    The Board of Directors reviews and agrees policies and procedures for the management of these risks, which are executed by the management.

    It is, and has been throughout the current and previous financial year, the Company's policy that no derivatives shall be undertaken except for the use as hedging instruments where appropriate and cost-efficient. The Company does not apply hedge accounting.

    The following sections provide details regarding the Company's exposure to the above-mentioned financial risks and the objectives, policies and processes for the management of these risks.

53



UserID: ccmy      Date: Wed Jul 31 11:18:40 2019      Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No. ... Filed Date: ... Submission Status: Approved
Tel: 03-2299 4400      Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

24. Financial risk management objectives and policies (cont'd.)

(a) Credit risk

Credit risk is the risk of loss that may arise on outstanding financial instruments should a counterparty default on its obligations. The Company's exposure to credit risk arises primarily from trade and other receivables. For other financial assets (including investment securities, derivatives, cash and bank balances), the Company minimises credit risk by dealing exclusively with high credit rating counterparties.

Barcode:3886453-03 A-570-106 INV - Investigation -

The Company's objective is to seek continual revenue growth while minimising losses incurred due to increased credit risk exposure. The Company trades only with recognised and creditworthy third parties. It is the Company's policy that all customers who wish to trade on credit terms are subject to credit verification procedures. In addition, receivable balances are monitored on an ongoing basis with the result that the Company's exposure to bad debts is not significant.

Trade and other receivables are not secured by any collateral or credit enhancement.

Credit risk concentration profile

The Company determines concentration of credit risk by monitoring the country profile of its trade receivables on an ongoing basis. The credit risk concentration profile of the Company's trade receivables at the reporting date are as follows:

|  | 2018 RM | 2018 % of total | 2017 RM | 2017 % of total |
|---|---|---|---|---|
| By country: |  |  |  |  |
| Malaysia | 175,441 | 8% | 4,402,009 | 57% |
| United States | 1,927,320 | 92% | 3,336,693 | 43% |
|  | 2,102,761 | 100% | 7,738,702 | 100% |

At the reporting date, approximately:

- 65% (2017: 40%) of the Company's trade receivables were due from 3 major customers located overseas (2017: 3 major customers).
- 91% (2017: 85%) of the Company's trade and other receivables were due from related companies.

Financial assets that are neither past due nor impaired

Information regarding trade and other receivables that are neither past due nor impaired is disclosed in Note 13. Deposits with licensed banks that are neither past due nor impaired are placed with or entered into with reputable financial institutions with high credit ratings and no history of default.

54



UserID: ccmy                          Date: Wed Jul 31 11:18:40 2019                    Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No 7, Jalan Stesen Sentral 5, Kuala Lumpur Sentral, 50623 Kuala Lumpur
Tel: 03-2299 4400          Fax: 03-2299 4411

170001-D

**Latitude Tree Furniture Sdn. Bhd.**
(Incorporated in Malaysia)

24. Financial risk management objectives and policies (cont'd.)

   (a) Credit risk (cont'd.)

     <u>Financial assets that are either past due or impaired</u>

     Information regarding financial assets that are either past due or impaired is disclosed in Note 13.

   (b) Liquidity risk         <span style="color:blue">Barcode:3886453-03 A-570-106 INV - Investigation -</span>

     Liquidity risk is the risk that the Company will encounter difficulty in meeting financial obligations due to shortage of funds. The Company's exposure to liquidity risk arises primarily from mismatches of the maturities of financial assets and liabilities. The Company manages its debt maturity profile, operating cash flows and the availability of funding so as to ensure that refinancing, repayment and funding needs are met.

     The Company's overall liquidity risk management is to maintain sufficient levels of cash or cash convertible instruments to meet the working capital requirements. In addition, the Company strives to maintain available banking facilities at a reasonable level to its overall debt position. As far as possible, the Company is able to raise fundings from shareholders, capital markets and financial institutions and balances its portfolios with some short and long term fundings so as to achieve overall cost effectiveness.

     **Analysis of financial instruments by remaining contractual maturities**

     The table below summarises the maturity profile of the Company's financial assets and liabilities at the reporting date based on contractual undiscounted repayment obligations.

|  | 2018 (RM) | | |
|---|---|---|---|
|  | On demand or within one year | One to five years | Total |
| **Financial assets:** |  |  |  |
| Trade and other receivables | 41,369,496 | - | 41,369,496 |
| Cash and bank balances | 34,095,902 | - | 34,095,902 |
| Derivatives | 48,517 | 30,081 | 78,598 |
| Investment securities | 1,195,530 | 1,000,000 | 2,195,530 |
| Total undiscounted financial assets | 76,709,445 | 1,030,081 | 77,739,526 |

55



UserID: ccmy       Date: Wed Jul 31 11:18:40 2019       Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No... Filed By: bbabar@dbllaw.com  Filed Date: 02/04/21 3:41 PM Submission Status: Approved
Tel: 03-2299 4400      Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

24. Financial risk management objectives and policies (cont'd.)

(b) Liquidity risk (cont'd.)

Analysis of financial instruments by remaining contractual maturities (cont'd.)

|  | 2018 (RM) | | |
|---|---|---|---|
|  | On demand or within one year | One to five years | Total |
| **Financial liabilities:** | | | |
| Trade and other payables | 40,420,112 | - | 40,420,112 |
| Derivatives | 83,640 | - | 83,640 |
| Loans and borrowings | 4,655,002 | 4,128,123 | 8,783,125 |
| Total undiscounted financial liabilities | 45,158,754 | 4,128,123 | 49,286,877 |
| Total net undiscounted financial assets | 31,550,691 | (3,098,042) | 28,452,649 |

|  | 2017 (RM) | | |
|---|---|---|---|
|  | On demand or within one year | One to five years | Total |
| **Financial assets:** | | | |
| Trade and other receivables | 40,118,816 | - | 40,118,816 |
| Cash and bank balances | 27,114,723 | - | 27,114,723 |
| Derivatives | 99,695 | 18,395 | 118,090 |
| Investment securities | 5,697,376 | - | 5,697,376 |
| Total undiscounted financial assets | 73,030,610 | 18,395 | 73,049,005 |
| **Financial liabilities:** | | | |
| Trade and other payables | 32,495,809 | - | 32,495,809 |
| Derivatives | 19,017 | - | 19,017 |
| Loans and borrowings | 4,617,266 | 8,848,353 | 13,465,619 |
| Total undiscounted financial liabilities | 37,132,092 | 8,848,353 | 45,980,445 |
| Total net undiscounted financial assets | 35,898,518 | (8,829,958) | 27,068,560 |

56


SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019              Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No. 7...
Tel: 03-2299 4400      Fax: 03-2299 4411

170001-D

**Latitude Tree Furniture Sdn. Bhd.**
(Incorporated in Malaysia)

24. **Financial risk management objectives and policies (cont'd.)**

c) **Interest rate risk**

Interest rate risk is the risk that the fair value or future cash flows of the Company's financial instruments will fluctuate because of changes in market interest rates.

The Company's exposure to interest rate risk arises primarily from its loans and borrowings. Loans and borrowings at floating rates expose the Company to cash flow interest rate risk.
Barcode:3886453-03 A-570-106 INV - Investigation -

The Company's policy is to manage interest cost using a mix of fixed and floating rate debts. To manage this, the Company enters into interest rate swaps, in which it agrees to exchange, at specified intervals, the difference between fixed and variable rate interest amounts calculated by reference to an agreed-upon notional principal amount. At reporting date, after taking into account the effect of interest rate swaps, approximately 88% (2017: 92%) of the Company's borrowings are at a fixed rate of interest.

Sensitivity analysis for interest rate risk

At the reporting date, if interest rates had been 10% lower/higher, with all other variables held constant, the Company's profit net of tax would have been RM22,168 (2017: RM33,420) higher/lower, arising mainly as a result of lower/higher interest expense on floating rate loans and borrowings. The assumed movement in basis points for interest rate sensitivity analysis is based on the currently observable market environment.

(d) **Foreign currency risk**

Foreign currency risk is the risk that the fair value or future cash flows of a financial instrument will fluctuate because of changes in foreign exchange rates.

The Company has transactional currency exposure arising from sales or purchases that are denominated in a currency other than the functional currency of the Company, i.e. Ringgit Malaysia ("RM"). The foreign currency in which these transactions are denominated is mainly United States Dollar ("USD").

Approximately 94% (2017: 95%) and 20% (2017: 4%) of the Company's sales and costs respectively are denominated in foreign currency. The Company's trade receivable and trade payable balances at the reporting date have similar exposures.

The Company also holds cash and bank balances denominated in foreign currency for working capital purposes. At the reporting date, such foreign currency balances (in USD) amounted to RM13,129,897 (2017: RM13,922,435).

57



SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                    Date: Wed Jul 31 11:18:40 2019              Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No 7, Jalan Stesen Sentral 5, Kuala Lumpur Sentral, 50623 KUALA LUMPUR
Tel: 03-2299 4400        Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

24. **Financial risk management objectives and policies (cont'd.)**

d) **Foreign currency risk (cont'd.)**

The Company uses forward currency contracts to minimise the currency exposures on its bank balance. At 30 June 2018, the Company entered into forward currency contracts with notional amount of RM10,210,710 (2017: RM17,269,695).

Sensitivity analysis for foreign currency risk

Barcode:3886453-03 A-570-106 INV - Investigation -

The following table demonstrates the sensitivity of the Company's profit net of tax to a reasonably possible change in the USD exchange rate against the functional currency of the Company, with all other variables held constant.

| | Profit net of tax | |
| --- | --- | --- |
| | 2018 | 2017 |
| | RM | RM |
| USD/RM - strengthened 10% (2017: 10%) | 516,146 | 2,015,858 |
| - weakened 10% (2017: 10%) | (516,146) | (2,015,858) |

25. **Capital management**

The primary objective of the Company's capital management is to ensure that it maintains a strong credit rating and healthy capital ratios in order to support its business and maximise shareholder value.

The Company manages its capital structure and makes adjustments to it, in light of changes in economic conditions. To maintain or adjust the capital structure, the Company may adjust the dividend payment to shareholders, return capital to shareholders or issue new shares. No changes were made in the objectives, policies or processes during the years ended 30 June 2018 and 2017.

The Company monitors capital using a gearing ratio, which is net debt divided by total capital plus net debt. The Company's policy is to keep the gearing ratio at a reasonable level. The Company includes within net debt, loans and borrowings, trade and other payables, less cash and bank balances. Capital includes equity attributable to owner of the Company.

58


SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                          Date: Wed Jul 31 11:18:40 2019              Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, N... Filed By: bbaker@dbllaw.com, Filed Date: 02/03/19, 3:42 PM, Submission Status: Approved
Tel: 03-2299 4400        Fax: 03-2299 4411

170001-D

Latitude Tree Furniture Sdn. Bhd.
(Incorporated in Malaysia)

25. Capital management (cont'd.)

|  | Note | 2018 RM | 2017 RM |
|---|---|---|---|
| Loans and borrowings | 17 | 8,496,556 | 12,184,470 |
| Trade and other payables | 18 | 40,420,112 | 32,495,809 |
| Less: Cash and bank balances | 16 | (34,095,902) | (27,114,723) |
| Net debt |  | 14,820,766 | 17,565,556 |
| Equity attributable to owner of the Company |  | 101,038,623 | 97,174,049 |
| Capital and net debt |  | 115,859,389 | 114,739,605 |
| Gearing ratio |  | 13% | 15% |

Barcode:3886453-03 A-570-106 INV - Investigation -

26. Authorisation of financial statements for issue

The financial statements for the year ended 30 June 2018 were authorised for issue in accordance with a resolution of the directors on 17 October 2018.

59

Lodged by,
VENTUREPAC MANAGEMENT SERVICES (M) S/B
5-2, 2ᵉ Floor, Jalan 2/137B, Resource Industrial Centre
5ᵗʰ Mile, Jalan Klang Lama, 58200 Kuala Lumpur
Tel: 03-7980 6998


SURUHANJAYA SYARIKAT MALAYSIA
e-Info
COMPANIES COMMISSION OF MALAYSIA

UserID: ccmy                Date: Wed Jul 31 11:18:40 2019          Printing Date: 31-07-2019

This certified copy of document is generated from SSM e-Info Services as at 31-07-2019 11:18:40
MENARA SSM@SENTRAL, No... Filed By: bbabar@dbllaw.com  Filed Date: 9/3/19 3:49 PM  Submission Status: Approved
Tel: 03-2299 4400        Fax: 03-2299 4411

## ABOUT US LATITUDE TREE

### Mission

We aspire to become a world class integrated household furniture manufacturer co-existing in harmony with nature and the society it serves.

Barcode:3886453-03 A-570-106 INV - Investigation -

Our mission is to continually improve our products and services to meet or exceed the expectations of our customers. We emphasise employee teamwork and involvement in identifying and implementing programs to save time and lower production costs while maintaining the highest quality values. These strategies allow us to prosper as a business with high degree of integrity and to provide a reasonable return to our shareholders, the ultimate owners of our business.

### History

Latitude Tree Holdings Berhad was incorporated in Malaysia as an investment holding company. Through its subsidiary companies, the Group specializes in the manufacturing and sale of wooden furniture and components particularly rubber-wood furniture for both the domestic and export markets.

The Group has carved out a strong niche in the household furniture segment, specifically dining and bedroom sets. From its humble beginnings as a manufacturer of chairs for dining sets in 1988, the Group has grown into a complete high-and-medium-end dining and bedroom sets manufacturer. About 70% of its raw materials are rubber-wood-based with the remaining being oak, pine wood and other wood-based materials.

The Group has made great advances to position itself as one of the largest rubber-wood furniture manufacturers and exporters in Malaysia and Vietnam. Approximately 99% of the Group's products are exported overseas to the United States of America, Canada, Europe, Australia and the Middle East countries.

Manufacturing / Operating Activities

The Group's manufacturing activities are operated from its three factories in Malaysia, three factories in Vietnam and a factory in Thailand. The total floor area of the seven manufacturing plants is approximately 5.86 million sq feet. The total current workforce is about 7,500.

### Products

The Group has developed wide range of products to cater for different customers' requirements and expectations. The product lines include fully-knock down and semi-knock down chairs, dining tables, cabinets, bedroom sets, living room sets and other occasional items.

From the traditional piece-meal furniture, the Group has shifted strategically into the manufacture of whole set furniture since 1998 as a response to the emerging demand trends for whole set furniture. The Group has a team of in-house designers, technicians and developers who are ablt to develop products that meet customers' requirements and tastes for different markets.

The factories at Kapar manufacture tables, chairs, cabinets and a variety of occasional items. The factory at Terengganu and Thailand concentrates in the upstream and mid-stream production of kiln-dried sawn timber and wide range of timber components that include chair legs, laminated boards, seat boards, table legs and table frames. The factories in Vietnam focus on the manufacture of high-end bedroom, living room, Small Office Home Office systems (SoHo) furniture seta and collections.

**Latitude Tree Furniture Sdn Bhd**
Lot 3356, Batu 7 ¾, Jalan Kapar, 42200 Kapar, Selangor Darul Ehsan, Malaysia
Tel: 603-3291 5401   Fax: 603-3291 5407
www.latitude-tree.com

Powered by Mobile Friendly Web Design | Simple Internet Communications Sdn Bhd



# LATITUDE TREE FURNITURE SDN BHD

| Home | About Us | Our Products | Location Map | Contact Us |

## Product Search

## Categories

- Solid Dining Set 2018
- Curio Set 2019
- Tile Dining Set 2019
- Veneer Dining Set 2019
- Solid Dining Set 2019
- Occasional Set 2018
- Glass Table Set 2018
- Veneer Dining Set 2018
- Tile Dining Set 2018
- Solid Dining Set 2016
- Occasional Set 2017
- Veneer Dining Set 2017
- Tile Dining Set 2017
- Solid Dining Set 2017
- Veneer Dining Set 2016
- Tile Dining Set 2016
- Occasional Set 2016
- Curio 2017

## Home

Barcode:3886453-03 A-570-106 INV - Investigation -

| Solid Dining Set 2018 | Curio Set 2019 | Tile Dining Set 2019 |
| NO IMAGE AVAILABLE | NO IMAGE AVAILABLE | NO IMAGE AVAILABLE |
| Veneer Dining Set 2019 | Solid Dining Set 2019 | Occasional Set 2018 |
| NO IMAGE AVAILABLE | NO IMAGE AVAILABLE | NO IMAGE AVAILABLE |
| Glass Table Set 2018 | Veneer Dining Set 2018 | Tile Dining Set 2018 |
| NO IMAGE AVAILABLE |  | NO IMAGE AVAILABLE |
| Solid Dining Set 2016 | Occasional Set 2017 | Veneer Dining Set 2017 |
| | NO IMAGE AVAILABLE | NO IMAGE AVAILABLE |
| Tile Dining Set 2017 | Solid Dining Set 2017 | Veneer Dining Set 2016 |
| NO IMAGE AVAILABLE | NO IMAGE AVAILABLE |  |
| Tile Dining Set 2016 | Occasional Set 2016 | Curio 2017 |

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

  

## Latest Products

| GROUP S1 | Occasional 3 | GROUP T1 |
|---|---|---|

 Barcode:3886453-03 A-570-106 INV   Insufficient - 

More Latest Products »

**Latitude Tree Furniture Sdn Bhd**
Lot 3356, Batu 7 ¾, Jalan Kapar, 42200 Kapar, Selangor Darul Ehsan, Malaysia
Tel: 603-3291 5401 Fax: 603-3291 5407
www.latitude-tree.com

Copyright © 2015. All Rights Reserved. Powered by Mobile Friendly Web Design | Simple Internet Communications Sdn Bhd



# LATITUDE TREE FURNITURE SDN BHD

Home | About Us | Our Products | Location Map | Contact Us

## Solid Dining Set 2018

Home> Solid Dining Set 2018

Barcode:3886453-03 A-570-106 INV - Investigation -

### Product Search

### Categories

- Solid Dining Set 2018
- Curio Set 2019
- Tile Dining Set 2019
- Veneer Dining Set 2019
- Solid Dining Set 2019
- Occasional Set 2018
- Glass Table Set 2018
- Veneer Dining Set 2018
- Tile Dining Set 2018
- Solid Dining Set 2016
- Occasional Set 2017
- Veneer Dining Set 2017
- Tile Dining Set 2017
- Solid Dining Set 2017
- Veneer Dining Set 2016
- Tile Dining Set 2016
- Occasional Set 2016
- Curio 2017

| GROUP S1 | GROUP S2 | GROUP S3 |
|---|---|---|
|  |  |  |

| GROUP S4 | GROUP S5 | GROUP S6 |
|---|---|---|
|  |  |  |

| GROUP S8 | GROUP S9 | GROUP S10 |
|---|---|---|
|  |  |  |

| GROUP S11 | GROUP S12 | GROUP S14 |
|---|---|---|
|  |  |  |

| GROUP S15 | GROUP S16 | GROUP S17 |
|---|---|---|

  

GROUP S19



Barcode:3886453-03 A-570-106 INV - Investigation  -

**Latitude Tree Furniture Sdn Bhd**
Lot 3356, Batu 7 ¾, Jalan Kapar, 42200 Kapar, Selangor Darul Ehsan, Malaysia
Tel: 603-3291 5401 Fax: 603-3291 5407
www.latitude-tree.com

Copyright © 2015. All Rights Reserved. Powered by Mobile Friendly Web Design | Simple Internet Communications Sdn Bhd



# LATITUDE TREE FURNITURE SDN BHD

| Home | About Us | Our Products | Location Map | Contact Us |

## Product Search

### Categories

- Solid Dining Set 2018
- Curio Set 2019
- Tile Dining Set 2019
- Veneer Dining Set 2019
- Solid Dining Set 2019
- Occasional Set 2018
- Glass Table Set 2018
- Veneer Dining Set 2018
- Tile Dining Set 2018
- Solid Dining Set 2016
- Occasional Set 2017
- Veneer Dining Set 2017
- Tile Dining Set 2017
- Solid Dining Set 2017
- Veneer Dining Set 2016
- Tile Dining Set 2016
- Occasional Set 2016
- Curio 2017

## Veneer Dining Set 2019

Home> Veneer Dining Set 2019

Barcode:3886453-03 A-570-106 INV - Investigation  -



| Veneer V1 | Veneer V2 | Veneer V3 |

  

| Veneer V4 | Veneer V5 | Veneer V6 |

  

| Veneer V7 | Veneer V8 | Veneer V9 |

  

| Veneer V10 | Veneer V11 | Veneer V12 |

  

**Latitude Tree Furniture Sdn Bhd**
Lot 3356, Batu 7 ¾, Jalan Kapar, 42200 Kapar, Selangor Darul Ehsan, Malaysia
Tel: 603-3291 5401 Fax: 603-3291 5407
www.latitude-tree.com

Copyright © 2015. All Rights Reserved. Powered by Mobile Friendly Web Design | Simple Internet Communications Sdn Bhd

Barcode:3886453-03 A-570-106 INV - Investigation  -

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

http://www.latitude-tree.com/wooden-furniture-manufacturer-malaysia/veneer-dining-set-2019-49[9/3/2019 2:07:53 PM]



# LATITUDE TREE FURNITURE SDN BHD

| Home | About Us | Our Products | Location Map | Contact Us |

## Product Search

## Categories

- Solid Dining Set 2018
- Curio Set 2019
- Tile Dining Set 2019
- Veneer Dining Set 2019
- **Solid Dining Set 2019**
- Occasional Set 2018
- Glass Table Set 2018
- Veneer Dining Set 2018
- Tile Dining Set 2018
- Solid Dining Set 2016
- Occasional Set 2017
- Veneer Dining Set 2017
- Tile Dining Set 2017
- Solid Dining Set 2017
- Veneer Dining Set 2016
- Tile Dining Set 2016
- Occasional Set 2016
- Curio 2017

## Solid Dining Set 2019

Home> Solid Dining Set 2019

Barcode:3886453-03 A-570-106 INV - Investigation  -

| Solid S1 | Solid S5 | Solid S6 |

  

| Solid S8 | Solid S9 | Solid S10 |

  

| Solid S12 | Solid S13 | Solid S2 |

  

| Solid S3 | Solid S4 |

 

**Latitude Tree Furniture Sdn Bhd**
Lot 3356, Batu 7 ¾, Jalan Kapar, 42200 Kapar, Selangor Darul Ehsan, Malaysia
Tel: 603-3291 5401 Fax: 603-3291 5407
www.latitude-tree.com

Copyright © 2015. All Rights Reserved. Powered by Mobile Friendly Web Design | Simple Internet Communications Sdn Bhd

Barcode:3886453-03 A-570-106 INV - Investigation  -



# LATITUDE TREE FURNITURE SDN BHD

| Home | About Us | Our Products | Location Map | Contact Us |
|------|----------|--------------|--------------|------------|

## Product Search

## Categories

- Solid Dining Set 2018
- Curio Set 2019
- Tile Dining Set 2019
- Veneer Dining Set 2019
- Solid Dining Set 2019
- **Occasional Set 2018**
- Glass Table Set 2018
- Veneer Dining Set 2018
- Tile Dining Set 2018
- Solid Dining Set 2016
- Occasional Set 2017
- Veneer Dining Set 2017
- Tile Dining Set 2017
- Solid Dining Set 2017
- Veneer Dining Set 2016
- Tile Dining Set 2016
- Occasional Set 2016
- Curio 2017

## Occasional Set 2018

Home > Occasional Set 2018

**Barcode:3886453-03 A-570-106 INV - Investigation -**

| Occasional 1 | Occasional 2 | Occasional 3 |
|--------------|--------------|--------------|

 

?

---

**Latitude Tree Furniture Sdn Bhd**
Lot 3356, Batu 7 ¾, Jalan Kapar, 42200 Kapar, Selangor Darul Ehsan, Malaysia
Tel: 603-3291 5401 Fax: 603-3291 5407
www.latitude-tree.com

Copyright © 2015. All Rights Reserved. Powered by Mobile Friendly Web Design | Simple Internet Communications Sdn Bhd



# LATITUDE TREE FURNITURE SDN BHD

| Home | About Us | Our Products | Location Map | Contact Us |

## Product Search

## Categories

- Solid Dining Set 2018
- Curio Set 2019
- Tile Dining Set 2019
- Veneer Dining Set 2019
- Solid Dining Set 2019
- Occasional Set 2018
- Glass Table Set 2018
- Veneer Dining Set 2018
- Tile Dining Set 2018
- Solid Dining Set 2016
- Occasional Set 2017
- Veneer Dining Set 2017
- Tile Dining Set 2017
- Solid Dining Set 2017
- Veneer Dining Set 2016
- Tile Dining Set 2016
- Occasional Set 2016
- **Curio 2017**

## Curio 2017

Home > Curio 2017

**Barcode:3886453-03 A-570-106 INV - Investigation -**

| Curio 1 | Curio 2 |



**Latitude Tree Furniture Sdn Bhd**
Lot 3356, Batu 7 ¾, Jalan Kapar, 42200 Kapar, Selangor Darul Ehsan, Malaysia
Tel: 603-3291 5401 Fax: 603-3291 5407
www.latitude-tree.com

Copyright © 2015. All Rights Reserved. Powered by Mobile Friendly Web Design | Simple Internet Communications Sdn Bhd

Exhibit SV2-9

Barcode:3886453-03 A-570-106 INV - Investigation  -

Information on Malaysian Cabinet Producers

   

# INTECH KITCHEN

Barcode:3886453-03 A-570-106 INV - Investigation -

| HOME | ABOUT US | PRODUCTS | NEWS & EVENTS | SERVICES | CONTACT US | 🔍 Enter your search |

## About Us

Home  ›  About Us



Founded in 2005, Intech Kitchen Sdn Bhd (formerly Artak Kitchen Design) is family operated company specializing in the design, manufacture and installation of quality kitchen cabinetry and wardrobes.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Mr Jeff Hew, together with his father, Mr Hew Yoke Tek, the founder of the company, have years of experience in carpentry which is so obviously reflected in their workmanship. Over the years, Intech Kitchen has also added integrity, design innovations, sincere customer service and fair pricing to their well deserved reputation.

Our designers have designed and perfected countless kitchens and wardrobes from traditional, modern or contemporary kitchens to sliding, hinged or luxurious walk-in wardrobes. In reality, we are also your space planners. All our kitchens and wardrobes are made to measure. No matter how tricky your space, we will come up with the right solution for you at excellent prices.

Listening and understanding your needs is strength of ours. We make suggestions related to design styles, your lifestyle, type of materials and finishes. And we are always mindful of recommending solutions that are in keeping with your budget. In fact, we have frequently provided solutions that saved our customers big chunks of money. Only then, we hit the drawing board to design the kitchen or wardrobe you have always dreamt about.



Our craftsmanship boasts of years of fine carpentry and joinery experience. Our eye for details and impeccable finishing speak to our reputation. The materials we use are varied, durable, easy to maintain and of the highest quality. Whether it is solid Nyatoh wood doors, melamine or glass surfaces that catches your fancy, we have them all. And what about table top materials? You would be spoilt for choice from our classic woods to exotic quartz.

We complete your "one-stop" experience with our complement of accessories like our innovative dividers, TV entertainment cabinetry, shoe racks, dressers and the like.

Intech Kitchen continues to be relevant by continuing to produce systems that are not only pleasing to the eye but highly functional as well. Above all else, we cater to our customers' varied taste and price points. Delivery and installation is always impeccably carried out on agreed dates. And we confidently guarantee our work with a "3-Year Warranty(terms & conditions apply)",something very uncommon out there.

Come visit our showroom and see for yourself.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Products – Intech Kitchen





~ ~ Enter your search

## Products

Barcode:3886453-03 A-570-106 INV - Investigation  -



Kitchen Cabinet

Wardrobe

Others

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 5:49 PM, Submission Status: Approved



# INTECH KITCHEN

~                                                    ~   Enter your search

## Kitchen Cabinet – Nyatoh        Barcode:3886453-03 A-570-106 INV - Investigation  -



© 2016-2019 Intech Kitch. Designed by Shock Media Studio

Wardrobe – Swing Door Wardrobe – Intech Kitchen





~                                                                    ~    Enter your search

# Wardrobe – Swing Door Wardrobe

Barcode:3886453-03 A-570-106 INV - Investigation   -



Barcode:3886453-03 A-570-106 INV - Investigation  -

© 2016-2019 Intech Kitch. Designed by Shock Media Studio

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

**Alpha**Kitchen

# Project Gallery

Barcode:3886453-03 A-570-106 INV - Investigation  -

#BEDROOM     #LIVING     #KITCHEN     #FOYER     #WASHROOM
#STUDY AREA

## BEDROOM



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved





Case 1:20-cv-00114-GSK   Document 39   Filed 02/04/21   Page 1359 of 1562

Barcode:3886453-03-A-570-100 INV   Investigation



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3806453-03 A-570-106 INV - Investigation -



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved



Barcode:3886453-03 A-570-106 INV - Investigation -

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved



Barcode:3886453-03 A-570-106 INV - Investigation -

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved



Barcode:3886405-03 A-570-106 INV : Investigation





Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved





Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved





Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved









Barcode:3886453-03 A-570-106 INV - Investigation -



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved



Barcode:JC86453-03 A-570-106 INV - Investigation -

## KITCHEN CABINET

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved



Barcode:3886453-01 & CVD 106 INV - Investigation -



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved



Barcode:3886453-03 A-570-106 INV - Investigation

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -



Barcode:3886453-04 A-570-106 INV - Investigation -



## STUDY AREA

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation -



Barcode:3886453-04 A-570-106 INV - Investigation  -





Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation -





Barcode:3886453-04 A-570-106 INV - Investigation -



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -



**AlphaKitchen**

INTERGRITY, QUALITY AND CREATIVITY<

Space Planning • Photorealistic 3D design and renderings • Construction detail drawings • Customized design and furniture fabrication • Materials selection proposal • Project management • Interior design consultation • Site supervision

CONTACT

**Navigation**

HOME

ABOUT US

FEATURED PROJECTS

TESTIMONIALS

GALLERY

CONTACT

CAREER

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -

## Tags

#MALAYSIA CARPENTER          #LIVING ROOM DESIGN SELANGOR

#KITCHEN CABINET DESIGN MALAYSIA      #BEDROOM WARDROBE DESIGN

#HOME INTERIOR DESIGN KL      #KITCHEN CABINET MALAYSIA

#COMMERCIAL RETAIL INTERIOR DESIGNER KL

#OFFICE INTERIOR DESIGN DESIGNER KL

---

## Recent Projects



### A Majectic Interior Luxury



### A kitchen to spend your day fullfilled with happiness



### Luxurious home to live in comfort



### Living room masterpiece. Dwell into the luxury life

---

Kitchen Cabinet, Kitchen Cabinet Designer, Kitchen Cabinet Puchong Selangor KL Malaysia, Kitchen Cabinet Manufacturer Supplier, Wardrobe Cabinet, Interior Designer Design Puchong Selangor KL Malaysia Kitchen Cabinet Kitchen Cabinet Designer Kitchen Cabinet Puchong Selangor KL Malaysia Kitchen Cabinet Manufacturer Supplier Wardrobe Cabinet Interior Designer Puchong Selangor KL Malaysia

Alpha Kitchen Industries Sdn Bhd

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -

Barcode:3886453-04 A-570-106 INV - Investigation  -



## About Us

**Amigatech Sdn Bhd** is a company that is principally engaged in the manufacture and export of high quality "RTA" particleboard based furniture to the worldwide markets. An ISO certified company with specialty lies in making good quality **DIY Home Furniture "Do It Yourself Home"** which is easy to assemble. The main materials we consume are particleboard with PU paper lamination. Each product is Ready To Assemble "RTA", flat packed individually with assembly instructions and all the accessories. We market our products using the brand name "A-TECH" which represents affordable and reliable products for all.

We have a dedicated product design and account development team who are constantly designing new products to add to our wide range of **home furniture** collection. We have a good reputation with customers in more than 30 countries covering Europe, Middle East, South East Asia, USA and Africa. Prompt delivery, affordable pricing and high efficiency are our core strengths to maintain our global competitiveness.

We pride ourselves by offering our international customers a diversified range of **stylish home furniture** but yet affordable and custom-made to match their needs and requirements.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -

# Company's Mission

Amigatech aims to be one of the leading exporter, manufacturer and wholesaler in the furniture industry in South East Asia. We are committed to build successful long term business partnership with our customers worldwide, our suppliers and not forgetting the industry itself.

# Vission

To establish commitment towards requirement and continual improvement that leads to achievement in product quality excellence and customer satisfaction globally.

# Business Activities

**Amigatech Sdn Bhd** is a wholly Malaysian owned company established in 2000. The company is engaged in manufacture of high quality DIY particleboard based furniture. It has an operating plant cum showroom located in Port Klang, Selangor, Malaysia with a monthly production capacity of 40 to 50 containers.

Our products are marketed using the brand name A-Tech which represents affordable and reliable products for all. It specializes in home office furniture products and is currently being exported to more than 30 countries worldwide. Prompt delivery, affordable pricing and high efficiency are our core strength to maintain our global competitiveness. We promote and maintain our brand and products visibility over the internet, through magazines, brochures, trade shows, and furniture directories.

We have a dedicated product design and account development team who are constantly designing new products to add to our wide range of collection. Our production is equipped with up to date automated machineries like CNC and supported by a dedicated workforce of 50 to 60 people.

Each product is made ready to assemble, flat-packed individually with user friendly easy to understand instructions and all the needed accessories which are suitable for small and medium living spaces. We are able to cater and provide ready available goods from about 100 different items in a container without requiring any minimum quantity. There is no commitment to carry large quantity in stock, need lesser storage space and faster turnover. Delivery of shipment will be immediate. The customer will benefit from lower cost of fund and enjoy factory price with wholesale service.

We pride ourselves by offering our customers a diversified range of stylish products but yet affordable and custom-made to match their needs and requirements.

⌃

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation -

# Product

1. Computer Table
2. Utility / Book Shelf
3. Bedroom Collections
4. CD / DVD / Multipurpose Rack
5. Shoe Rack / Cabinet
6. Office / Study Table
7. TV Stands / Entertainment Centre
8. Wall Shelf
9. Kitchen Cabinet (http://www.a-tech.net.my/product/kitchen-cabinet)



(http://www.a-tech.net.my/product/akida-

bedroom-set)



(http://www.a-tech.net.my/product/akida-

bedroom-set)



(http://www.a-tech.net.my/product/akida-

bedroom-set)



(http://www.a-tech.net.my/product/akida-

bedroom-set)

Barcode:3886453-04 A-570-106 INV - Investigation  -



# ABOUT US

**ABOUT MALAYSIA LEADING KITCHEN CABINET, WARDROBE & MORE MANUFACTURER**



(formerly known as HOMEMARK KITCHEN CABINET)

## Malaysia's leading kitchen cabinet manufacturer, Bespoke Kitchen

Bespoke Kitchen Sdn Bhd *(formerly known as Homemark Kitchen Cabinet)* begins in 2011 as a kitchen cabinet manufacturer located in Puchong, Selangor. Our recently renovated showroom is located nearby LDP Bandar Puteri Puchong. We have been serving up to 300 satisfied customers ever since (and counting!).  Bespoke Kitchen has established  a solid reputation as a provider for the cabinetry needs of house owners, industrial and retail. We understand the importance of providing quality products, delivered on time and within budget of all our customers.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -

**VISION**

One of Malaysia's leading kitchen cabinet manufacturer

**MISSION**

To build and manufacture highest quality of modern cabinets to specific needs of all our customers

# Our Expertise

At Bespoke Kitchen, we are capable to come up with various types of cabinet mainly Kitchen Cabinets, Wardrobes, TV Cabinets, Display, Study, Altar and Shoe Cabinets. All of our cabinets is custom made according to our clients' needs. We cater to customers in the Klang Valley and also nearby states such as Negeri Sembilan. If you are living in high density apartment, fret not, we are ready to build on all types of homes, landed or in the sky.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -



Bespoke Kitchen® is the registered trademark of Bespoke Kitchen Sdn Bhd.

© 2019 Bespoke Kitchen. All Rights Reserved.

## Why buy from us?

**Competitive Price**

Our cabinets is directly from factory without using any third party contractors , under the supervision of local manpower.

**Quality**

At Bespoke Kitchen, we only use high quality and long lasting materials which could last up to 10 years*!

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -



- [Products](#)
- [Project](#)
- [Career](#)
- [Latest News](#)
- [Contact](#)

Barcode:3886453-04 A-570-106 INV - Investigation  -



Barcode:3886453-04 A-570-106 INV - Investigation  -

✉ sales@smfurniture.com.my

📶 +60177111819

🔊 +60177111819

💬 Message Us

## About Us



**Bright Furniture Sdn Bhd** is established in 1979 and principally engaged in manufacturing wooden furniture such as classical bedroom set, display cabinet, TV console, children set, kitchen cabinet and altar. We have full experience on custom-designed for oversea hotel furniture.

Moreover, we are specialist for manufacturing Altar. With many years of experience behind us, we are able to manufacture an Altar which is excellence in both quality and design. Altar is a furniture used for praying, therefore, we exceptionally rigorous when we manufacture it. The design of Altar is not only in line with the ancient Feng Shui but it is also elegant and durable. Furthermore, in order to meet the Chinese traditional heritage and harmony of the family, the carved decorations of the Altar is the result of some books about mascot.

**Product Introduction**

Whenever we introduce a new product, we will send the related information to all of our buyers. We put in extra effort to explain its function, including proper introduction which will help them to know the product better, instead of sending them just a product picture and model number. Buyers appreciate our initiative.

**Our Selling Concept**

Our innovation and considerate service is all about helping our customers to save cost and increase sales.

**Bright Furniture Sdn Bhd** places great emphasis on manufacturing high quality furniture products by adhering to stringent quality controls and monitoring system. **Bright Furniture Sdn Bhd** also continuously investing substantial resources in its on-going Research and Development Program to seek, improve and develop quality, durable and trendy furniture products.

We will remain proactive key players in the furniture markets. Besides the market located in locally and rounding south East Asia. We also extended the market to other countries around the world. Therefore, we are currently looking for trusted oversea partners.

 

## Quick Links

- Home
- About
- Products

Barcode:3886453-04 A-570-106 INV - Investigation  -

- Project
- Career
- Latest News
- Contact

## Recent Post



**SW 1865** ⊙ Jan 29, 2019 at 01:18 pm



**SM 9389** ⊙ Jan 24, 2019 at 01:30 pm



**SM 9379** ⊙ Jan 24, 2019 at 01:23 pm

## Contact

📍 PLO 449, Sri Gading II, Industrial Area, 83300 Batu Pahat, Johor, Malaysia.

📞 +607-4557088

🖨 +607-4557099

✉ sales@smfurniture.com.my

(whatsapp) +60177111819

💬 +60177111819

💬 Message Us

🌐 http://www.smfurniture.com.my

f

© 2016 - 2019 **Bright Furniture Sdn Bhd** (535885-K)        Visitors: 534256

**Powered by** NEWPAGES

## DIRECT FROM FACTORY

### YOUR BEST CHOICE FOR KITCHEN FURNITURE

Deal directly with the factory and save money!

GET QUOTATION   PROMOTIONS

# WELCOME TO CHAN KITCHEN FURNITURE MALAYSIA

*The Key to a Beautiful Home Requires a Good Sense of Design and Machine Precision Work*

Chan Kitchen Furniture Sdn Bhd is one of the leading furniture manufactu... been standing strong in the local furniture scene for more than 20 years in bu...

Besides specializing in kitchen cabinet and wardrobe, Chan Kitchen has diver... various products with an aim to tailor to customers' needs.

Chan Kitchen's products always characterized by its unique design with antique or modern feature, aim to strive for excellence with customer orientated approach. Chan Kitchen has successfully moved into Middle East market for its products. The move appears to be significantly successful.

Chan Kitchen provides services in terms of project undertaking to sub-contractor or main contractor. Chan Kitchen always gives its first priority to upgrade its production with advanced technology to meet challenge and competition, more importantly to strengthen its market stand in the industry.

Welcome to our site, if you need help simply reply to this message, we are online and ready to help.
Customer Support     2 minutes ago

Good day! How can I help you

GET QUOTATION   PROMOTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

# WHAT WE DO

*Our strength lies in kitchen furniture and cabinets, wardrobes & closets and custom-made furniture*




KITCHEN CABINET                    WARDROBES

Our strength in Chan Kitchen Furniture lies in making all sorts of kitchen that are practical and fit to everyday use. Ask us about the difference in each different material for worktops and door materials.

Our wardrobes focus on functional storage space for all your clothing and apparels. Large items such as suit cases and luggage bags fit easily in. Feel free to speak with us for more information.

**Barcode:3886453-04 A-570-106 INV - Investigation -**

### CUSTOM FURNITURE

Many custom made furniture for both residential and commercial has been produced by Chan Kitchen Furniture over the years. Check out our portfolio for our tailor made furniture for retail shops, offices and homes.

GET QUOTATION    PROMOTIONS

---

# SOME FUN FACTS

*With each completed project, we become better. The better we become, the more customers we get. The more customers we get, the more projects we do :)*

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| Projects Completed | Happy :) Customers | Years of Expertise | Showrooms in Malaysia |

GET QUOTATION    PROMOTIONS

---

# EASY PAYMENT PLAN

*Never worry about your payments to Chan Kitchen Furniture, because we have many Easy Payment Plan (EPP) for your furniture purchases. Contact us to discuss about how we can assist you with it.*

GET QUOTATION    PROMOTIONS

---

# OUR PARTNERS

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

*At Chan Kitchen Furniture, we choose only the most reliable and reputable of partners and brands to work with so that you can rest assure that the end product that we deliver is of best value and quality.*

GET QUOTATION        PROMOTIONS

YOUR BEST CHOICE F❤R KITCHEN FURNITURE

Copyright 2011 - 2019 Chan Kitchen Furniture | All Rights Reserved | Privacy Policy | Designed by nickcho.ng

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved



Barcode:3886453-04 A-570-106 INV - Investigation  -



osy & Clean

‹    **Simply Modern**    ›

# Think Furniture , Think Furnizone

## Welcome

We would like to enhance your
future with a fine growing
environment and perfect
ambience.

Furnizone, designed for your
comfort and changing your home
to paradise with beauty and
perfection.



— About Us

— Our Corporate Video

## Features Products

### Bookcase

Shallow shelves help you to
use small wall spaces
effectively by accommodating
small items in a minimum of
space.

### Colour Box

Colour Box is the best way
solution to get kids to pick up &
keep their own staff & toys.
Keep the kid's room clean dan
wide open with space to run &
play.

— Explore Now

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -

‹  ›

Explore Now

## Kitchen



Everyday meals and entertaining all offer a chance for you to sit down and enjoy a meal together with favourite people. Our kitchens are designed to be simple enough to put together at home, but if you'd like some help we're with you every step of the way. Here you'll find ideas to get inspired by, planners, and tutorials to help you bring your kitchen to life, and of course the furniture to make your new kitchen complete.





‹

Explore Now











**2904. 2905.**

cat and dog furniture and homes provide pets with shelter, a place to rest and sleep, and create an own territory in the home

**3001. 3101**

Light and easy dining set for modern lifestyles

**16  0002.**

Colour Box is the best way solution to get kids to pick up & keep their own staff & toys. Keep the kid's room clean dan wide open with space to run & play.

**1669. 1670. 1671.**

Colour Box is the best way solution to get kids to pick up & keep their own staff & toys. Keep the kid's room clean dan wide open with space to run & play.

**21**

To g
to g
clea
see
fanc
and
mult
kitc
orga

Barcode:3886453-04 A-570-106 INV - Investigation  -



# Furnizone Event

We have innovative concepts, creative design, and flawless execution. Click to explore our previous or coming event.

Event



# Replacing Your Home Furniture?

Contact us for pricing and delivery information. We'll guarantee you the best long-term value for money.

—— Contact Us



Barcode:3886453-04 A-570-106 INV - Investigation -



Search: [            ] GO

**Category**

Bed
Bedrooms Sets
Bookshelf
Chest Of Drawers
Children Bedroom Sets
Children Cabinet
Clothes Hangers
Coffee Table
Colour Boxes
Computer Table
Display Cabinets
Dresser
Dry Bathroom Set & Cabinets
Kitchen Cabinets
Night Table
Office Cabinets
Office Tables
Shoes Rack & Shoes Cabinets
Study Table
TV Racks & TV Cabinets
Wardrobes
Wine Cabinets

**Selling Leads**



## Company Profile

### A. INTRODUCTION TO GRAND VICTERY:

- FOUNDED IN 1992, KNOWN AS VICTERY FURNITURE
- A SMI COMPANY WITH PAID UP CAPITAL OF USD 275K
- HAVING 280 EMPLOYEES
- 4 FACTORIES OF TOTAL 250,000 sq.ft.
- CURRENT MONTHLY TURNOVER USD 1.2 Million
- CURRENT PRODUCTION CAPACITY: 100 x 40' CONTAINER MONTHLY
- GENERAL LEAD TIME: ABOUT 45 to 60 DAYS
- PRODUCTS: VARIOUS TYPES OF HOME AND OFFICE PANEL FURNITURE

### B. OUR VISION

- OUR COMPANY VISION IS TO BECOME THE BEST OF THE BEST PANEL FURNITURE MANUFACTURERS OF MALAYSIA.

### C. QUALITY POLICY

- "GRAND VICTERY IS COMMITTED TO PROVIDE PRODUCTS AND SERVICES THAT MEET OUR CUSTOMERS' NEEDS AND REQUIREMENTS THROUGH CONTINUOS PROCESS AND QUALITY IMPROVEMENTS"

### D. OUR PRODUCTS

- SPECIALIZING IN P.U. PAPER/ MELAMINE LAMINATION BOARD FURNITURE
- MAIN MATERIALS ARE PARTICLES CHIPBOARDS AND MDF BOARDS
- MAIN PRODUCTS ARE WARDROBES, BOOK SHELVES/ CASES, SHOES CABINETS, COMPUTER DESKS, OFFICE DESKS, CHEST OF DRAWERS, DRESSERS, CHILDREN CABINETS, BEDROOM SETS, UTILITIES CABINETS, TV RACKS/ ENTERTAINMENT CENTERS AND ETC.

### E. OUR MARKETS

- CURRENT MARKETS: U.S.A., EUROPEAN COUNTRIES, ASEAN COUNTRIES, MIDDLE EAST COUNTRIES, CENTRAL AMERICA COUNTRIES, AFRICAN COUNTRIES, AUSTRALIA, INDIA, MALDIVES, MAURITIUS...ETC. TOTAL ABOUT 40 COUNTRIES.



About us   |   Terms & Condition   |   Privacy Policy   |   Contact Us   |   Career

Copyright © 2011 Grand Victery Furniture. Web design by E Web Solution.

Barcode:3886453-04 A-570-106 INV - Investigation  -



Home
Welcome to HWASIN

*things you should know*

**Project**
Check out our amazing works

**Contact**
Get in touch with us

**Bahasa Malaysia**
Malay version here

Committed to creativity and quality and profitability for each project undertaken.

Home / About

## About Us

We provide customization, assembly service especially kitchen cabinet, wardrobe and other at reasonable price. Our quality product comes with affordable price and customer satisfaction is our top priority.

## Our Mission

Our mission is to satisfy the needs of our customers with the creative design from our products, comes with good quality at a reasonable price, with excellent service support.

## Our Services:

Kitchen Cabinet Design Consultancy
On-site Measuring
Customized Manufacturing For Cabinet
Delivery & Installation

## Our Commitment

We have a dedicated team of colleagues taking on various roles and responsibilities to satisfy our clients' needs and requirements. Our commitment to our existing clients has enabled us to gain new friends through the effective recommendation from our existing ones.

## Our Project

Kitchen Cabinet

Bedrooms Furnitures

Household Furnitures

## Exclusive Design:

Professional and unique design of the solution and exit through the process of in-depth understanding of all the circumstances and wishes of the customer.

## Product Satisfaction:

Provide the best options and interior design ideas to create the ambience suited to your lifestyle and taste while embracing the functional space and practicability.



**We Specialised in:**

Kitchen Cabinet

Bedrooms Furnitures

Household Furnitures

### We Provide:

Exclusive Design

Product Satisfaction

Prompt Delivery

### Contact Us

12, Psn, Perindustrian Pengkalan 12, Kawasan Perindustrian Pengkalan, Lahat, 31500 Ipoh, Perak.

H/P: 019-5102 621

### Connect with us!

Keep in touch with us on your favourite social networks:



Copyright © 2015 HWASIN ENTERPRISE. All rights reserved. Design by Meng Graphic.

back to top

Barcode:3886453-04 A-570-106 INV - Investigation    -



# Questions about Kitchen Cabinet

Home  ›  Blog  ›  Questions about Kitchen Cabinet



SUPER LOW FORMALDEHYDE EMISSION

🕐 April 24, 2019    👤 info@incubecustomize.com

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -

You know you want a kitchen that looks beautiful, functional and on budget. You have visited a number of home décor exhibitions, asking for kitchen design ideas and getting quotations from different companies.

You are now having a better understanding of the following questions.

*"Types of materials used for kitchen cabinet carcass?"*

*(Melamine Chipboard vs Laminate Plywood)*

*"Types of kitchen doors finishing?"*

*(Glass, Spray Paints, Melamine, Laminate, Solid Wood, Acrylic, etc.)*

*"Types of hinges for kitchen doors?"*

*(With Soft-close mechanism or without soft-close mechanism)*

*"Types of Drawer Runner for my kitchen?"*

*(Heavy Duty Drawer Runner, Full Extension Drawer Runner, Roller Runner System"*

*"Types of worktop materials to use?"*

*(Solid Surface, Quartz Stone, Granite, Marble, etc.)*

*"Modular Kitchen Cabinet vs Custom-made Kitchen Cabinet."*

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -

*"Do you provide services to coordinate with my contractor for my kitchen renovation project?"*

**The more we learn, the less we know.**

To the long list of questions you have asked, one more important question should be added.

***"Is your kitchen cabinet releasing high formaldehyde gas?"***

Have you ever opened a new cabinet door, and been knocked over by the pungent smell from it? It is causing by Formaldehyde. Formaldehyde is colorless, flammable gas at room temperature and has a strong odor.

The EPA has classified **formaldehyde** as a "probable human **carcinogen**." National **Cancer** Institute researchers have concluded that, based on data from studies in people and from lab research, exposure to **formaldehyde** may cause leukemia, particularly myeloid leukemia, in humans.

**In Cube Kitchen Series** protect you from the possible indoor formaldehyde pollution causing by high formaldehyde emission from the kitchen cabinet. Our kitchen cabinets are treated with high-quality products from Japan and are achieving super low formaldehyde emission compared to the non-treated kitchen cabinet.

You are welcome to visit our showroom and manufactory located in Klang, Selangor. A short demo will show you the quality of our kitchen cabinet.

Call and talk to our friendly furniture advisor today.

‹ Kitchen Cabinet, Wardrobe and Full House Cabinetry in Wraptiva Series.

**Product categories**

› Kitchen

› Wardrobe

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

›  Interior

## Recent Posts

›  Questions about Kitchen Cabinet

›  Kitchen Cabinet, Wardrobe and Full House Cabinetry in Wraptiva Series.

›  Why choosing kitchen cabinet, wardrobe and full house custom made cabinets with Low
   Formaldehyde Emission?

›  Your Choice of Custom Made Kitchen Cabinet Brand in Selangor and Kuala Lumpur

›  Why Choosing In Cube Wardrobe

›  Bedroom Built In Wardrobe

›  In Cube Brand Ambassador- Ms. Phoebe

›  Vacancy for Sales Interior Designer

›  In Cube ~ The Maker of Healthy Custom Cabinets

›  Healthy Furniture

## Product tags

Bar Cabinet  Bedroom Cabinet  Bedroom Wardrobe  Cabinet  Customize wardrobe
Dining Room Cabinet  Dining Room Furniture  Family Hall Cabinet  Family Hall Furniture  Home Bar Cabinet  Kid's
Play Room Interior  Kitchen Cabinet  Malaysia Kitchen Cabinet  Pole System Wardrobe  Room
Divider  Study Room Cabinet  Wardrobe  wardrobe
Manufacturer

## Tags

Bedroom Built In Wardrobe  carpentry shop  Custom Cabinets  customize built-in furniture  Customize
Cabinets  Custom Kitchen Cabinet  Custom wardrobe  Healthy Furniture  HOMEDEC  In Cube
Wardrobe  Interior Designer  Kitchen Cabinet  Wardrobe

Barcode:3886453-04 A-570-106 INV - Investigation  -

## In Cube Customize Sdn Bhd

Lot 10478(D7) Jalan Nenas,
Jalan Kampung Jawa,
Batu 5, 42450 Klang,
Selangor

## Contact Info

Tel: 1 800 88 9955
Fax:+(603)5162 7329
Email: sales@incubecustomize.com

## Recent Post

› Questions about Kitchen Cabinet

› Kitchen Cabinet, Wardrobe and Full
  House Cabinetry in Wraptiva Series.

› Why choosing kitchen cabinet,
  wardrobe and full house custom made
  cabinets with Low Formaldehyde
  Emission?

## Please follow & like us :)

Copyright © In Cube Customize Sdn Bhd Developed by Global Netz Solution.

**Questions about Kitchen Cabinet - In Cube Customize Sdn Bhd**



Home of Cabinetry for
Healthy Indoor Environment

 



# WELCOME TO IN CUBE CUSTOMIZE SDN BHD

**【In Cube - Home of Cabinetry for Healthy Indoor Living Environment.】**
Are you thinking of renovating your home? A new **kitchen cabinet, wardrobe, TV cabinet, wooden partition, divider** and etc? But before you start on such a project, did you consider how these wooden cabinets and furniture may impact your indoor air quality?

The material used to build those **cabinets and furniture** (chipboard, MDF Board, Plywood, Block-board & etc.) may continue to off-gassing Formaldehyde gas into your indoor environment. Formaldehyde gas is classified as carcinogenic to human. Long-term exposure to high level of Formaldehyde over a long period of time will have a greater chance of getting sore or throat cancer.

Cabinetry today require new experience- one that builds for Healthy Living Environment. Start your healthy living renovation journey with custom-made cabinetry from In Cube.

📷➕ Super Low Formaldehyde Emission



Barcode:3886453-04 A-570-106 INV - Investigation  -

![Kitchen interior image]



### In Cube Kitchen

In Cube has been producing kitchen cabinets for around 25 years. Our philosophy is to provide our clients with the **kitchen cabinets** of their personal style...

**READ MORE**  →



### In Cube Wardrobe

Custom wardrobe for your bedroom can be anything from modern anti-jump sliding door **wardrobe**, walk-in closets, and...

**READ MORE**  →



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved



### In Cube Carpentry
886453-04 A-570-106 INV - Investigation  -

Looking for new option to decorate built-in cabinets in your dream home? Our Wraptiva series is your choice. Wraptiva is an ...

**READ MORE** ➞

## 9 ADVANTAGES OF CHOOSING IN CUBE

Know More

## WHAT OTHERS SAY

" I really have In Cube to thank for making my dream kitchen and walk-in wardrobe a reality! In Cube cabinets not only store your items, It also stores your family's happiness." Mei Yan says. 颜薇恩说："我真的非常感谢In Cube 打造了我梦想中的厨房及衣橱间。In Cube橱柜不仅收藏你的物品，也收藏你一家人的幸福。"

So far one of the best competetive pricing. person. InCube Custo delivered on time. The length to advise you t not. So guys one thing



**Ms. Gan Mei Yan**
-



**Mr. Izwan R**
-

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved



## 25+

since 1994



## 100+

Workers



## 64000+

sqft manufacturing plant



Barcode:3886453-04 A-570-106 INV - Investigation -

## Questions about Kitchen Cabinet

⊙ April 24, 2019   👤 info@incubecustomize.com

You know you want a kitchen that looks beautiful, functional and on budget. You have visited a number of home [...]





## Kitchen Cabinet, Wardrobe and Full House Cabinetry in Wraptiva Series.

🕐 April 17, 2019　　　👤 info@incubecustomize.com

Looking for a new option to decorate a built-in cabinet in your dream home? Our Wraptiva is your choice. It [...]



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation -

## Why choosing kitchen cabinet, wardrobe and full house custom made cabinets with Low Formaldehyde Emission?

🕐 April 6, 2019    👤 info@incubecustomize.com

Are you planning on renovating your home? Adding new custom made carpentry products such as kitchen cabinet, wardrobe, bedroom furniture [...]



## Your Choice of Custom Made Kitchen Cabinet Brand in Selangor and Kuala Lumpur

🕐 April 1, 2019    👤 info@incubecustomize.com

In Cube has been producing custom made kitchen cabinet for over 24 years. Our kitchen cabinet style has evolved over [...]



## Why Choosing In Cube Wardrobe

🕐 March 27, 2019      👤 info@incubecustomize.com

Custom wardrobe for your bedroom can be anything from modern anti-jump sliding door wardrobe, walk-in wardrobe and poles system closets [...]



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Kitchen Cabinet Manufacturer Manglee | Top Kitchen Cabinet Supplier

Barcode:3886453-04 A-570-106 INV - Investigation -



## Bedroom Built In Wardrobe

🕐 December 7, 2018     👤 info@incubecustomize.com

Great News For Homeowner! We offer smart & sylish solutions for your Built In Wardrobe. Custom wardrobe for your bedroom [...]

## **I**n Cube Customize Sdn Bhd

Lot 10478(D7) Jalan Nenas,

Jalan Kampung Jawa,

Batu 5, 42450 Klang,

Selangor

## **C**ontact Info

Tel: 1 800 88 9955

Fax:+(603)5162 7329

Email: sales@incubecustomize.com

## **R**ecent Post

› Questions about Kitchen Cabinet

› Kitchen Cabinet, Wardrobe and Full House Cabinetry in Wraptiva Series.

› Why choosing kitchen cabinet, wardrobe and full house custom made cabinets with Low Formaldehyde Emission?

## **P**lease follow & like us :)

Copyright © In Cube Customize Sdn Bhd Developed by Global Netz Solution.

Kitchen Cabinet Manufacturer Malaysia | Top Kitchen Cabinet Supplier

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved



Malaysia Kitchen Cabinet | Customize Furniture Manufacturer

~ Klang, Selangor    ~ 1 800 88 9955    ~ sales@incubecabinet.com    ~ 570-106 · INV · Investigation    -

~     

# Kitchen

Home   -   Product   -   Kitchen

Showing all 6 results

Default sorting







**Countri Series**

Read More

**Glassica Series**

Read More

**Lucido Series**

Read More





**Milato Series**

Read More

**Paintino Series**

Read More

**Sano Series**

Read More

## Product categories

~ Kitchen

~ Wardrobe

~ Interior

## Recent Posts

~ Questions about Kitchen Cabinet

~ Kitchen Cabinet, Wardrobe and Full House Cabinetry in Wraptiva Series.

~ Why choosing kitchen cabinet, wardrobe and full house custom made cabinets with Low Formaldehyde Emission?

~ Your Choice of Custom Made Kitchen Cabinet Brand in Selangor and Kuala Lumpur

~ Why Choosing In Cube Wardrobe

~ Bedroom Built In Wardrobe

~ In Cube Brand Ambassador- Ms. Phoebe

~ Vacancy for Sales Interior Designer

~ In Cube ~ The Maker of Healthy Custom Cabinets

~ Healthy Furniture

## Product tags

Bar Cabinet  Bedroom Cabinet  Bedroom Wardrobe

Cabinet Customize war

Dining Room Cabinet  Dining Room Furniture  Family Hall

Cabinet  Family Hall Furniture  Home Bar Cabinet  Kid's Play

Room Interior  Kitchen Cabinet

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

https://www.incubecustomize.com/kitchencabinet/product-category/kitchen/[9/3/2019 2:48:43 PM]

Malaysia Kitchen Cabinet  Pole System Wardrobe  Room Divider Cabinet  Study Room Cabinet

# Wardrobe wardrobe Manufacturer

## Tags

Bedroom Built In Wardrobe  carpentry shop  Custom Cabinets  customize built-in furniture  Customize Cabinets  Custom Kitchen Cabinet  Custom wardrobe  Healthy Furniture  HOMEDEC  In Cube Wardrobe  Interior Designer  Kitchen Cabinet  Wardrobe

---

### In Cube Customize Sdn Bhd

Lot 10478(D7) Jalan Nenas, Jalan Kampung Jawa, Batu 5, 42450 Klang, Selangor

### Contact Info

Tel: 1 800 88 9955
Fax:+(603)5162 7329
Email:
sales@incubecustomize.com

### Recent Post

- Questions about Kitchen Cabinet
- Kitchen Cabinet, Wardrobe and Full House Cabinetry in Wraptiva Series.
- Why choosing kitchen cabinet, wardrobe and full house custom made cabinets with Low Formaldehyde Emission?

### Please follow & like us :)



---

Copyright © In Cube Customize Sdn Bhd Developed by Global Netz Solution.

**Malaysia Kitchen Cabinet | Customize Furniture Manufacturer**

˜ Klang, Selangor    ˜ 1 800 88 9955    sales@incubecustomize.com
Barcode: 3596453-01 A 570-106   INV - Investigation   -

 

# Wardrobe

Home  ˜  Product  ˜  Wardrobe

Showing all 7 results          Default sorting



**AJ-Fascino**

[ Read More ]

 

**AJ-Futura**

[ Read More ]

 

**AJ-Trenzo**

[ Read More ]



**Pole System**

[ Read More ]

 

**SD-Solid Wood Series**

[ Read More ]

 

**SD-Wraptiva Series**

[ Read More ]



**SD-Zen Series**

[ Read More ]

## Product categories

˜ Kitchen

˜ Wardrobe

˜ Interior

## Recent Posts

˜ Questions about Kitchen Cabinet

˜ Kitchen Cabinet, Wardrobe and Full House Cabinetry in Wraptiva Series.

˜ Why choosing kitchen cabinet, wardrobe and full house custom made cabinets with Low Formaldehyde Emission?

˜ Your Choice of Custom Made Kitchen Cabinet Brand in Selangor and Kuala Lumpur

˜ Why Choosing In Cube Wardrobe

˜ Bedroom Built In Wardrobe

˜ In Cube Brand Ambassador- Ms. Phoebe

˜ Vacancy for Sales Interior Designer

˜ In Cube ~ The Maker of Healthy Custom Cabinets

˜ Healthy Furniture

## Product tags

Bar Cabinet  Bedroom Cabinet  Bedroom Wardrobe

Cabinet Customize wa

Dining Room Cabinet  Dining Room Furniture  Family Hall

Cabinet Family Hall Furniture  Home Bar Cabinet  Kid's Play

Room Interior Kitchen Cabinet

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Malaysia Kitchen Cabinet  Pole System Wardrobe  Room Divider Cabinet  Study Room Cabinet

# Wardrobe wardrobe Manufacturer

## Tags

Bedroom Built In Wardrobe  carpentry shop  Custom Cabinets

customize built-in furniture  Customize Cabinets  Custom Kitchen Cabinet  Custom wardrobe  Healthy Furniture  HOMEDEC  In Cube Wardrobe  Interior Designer  Kitchen Cabinet  Wardrobe

---

### In Cube Customize Sdn Bhd

Lot 10478(D7) Jalan Nenas, Jalan Kampung Jawa, Batu 5, 42450 Klang, Selangor

### Contact Info

Tel: 1 800 88 9955
Fax:+(603)5162 7329
Email:
sales@incubecustomize.com

### Recent Post

- Questions about Kitchen Cabinet
- Kitchen Cabinet, Wardrobe and Full House Cabinetry in Wraptiva Series.
- Why choosing kitchen cabinet, wardrobe and full house custom made cabinets with Low Formaldehyde Emission?

### Please follow & like us :)



Copyright © In Cube Customize Sdn Bhd Developed by Global Netz Solution.

Wardrobe Manufacturer Malaysia | Living Room Furniture

˜ Klang, Selangor    ˜ 1 800 88 9955    info@incubecustomize.com

Bar code: 3586453-04 A-570-106 INV - Investigation -

˜                    ˜

## What We Do?

Home    ˜    What We Do?



**In Cube** has been producing **kitchen cabinets** for around 25 years. Our philosophy is to provide our clients with the **kitchen cabinets** of their personal style and taste that fulfils the highest claims in terms of quality, functionality and design trends.





**Custom wardrobe** for your bedroom can be anything from **modern anti-jump sliding door wardrobe**, walk-in closets, and pole-systems closets to **swing door wardrobe**. In Cube help to turn your cluttered bedroom into a space of peace and beauty.





Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -



Looking for new option to decorate built-in cabinets in your dream home? Our Wraptiva series is your choice. Wraptiva is an indoor decoration finishing material imported from Korea, and it is created with the latest advanced technology in the interior adhesive film industry. Because it comes in diverse design texture patterns, it may be well used for all cabinetry products and furniture.

Over the years, In Cube has gained the necessary skills and experience to make beautiful cabinet product and furniture using Wraptiva. Many clients already enjoy the happiness of turning their dream home into reality by our Wraptiva series. Why keep waiting? Ask for Wraptiva now.

Just like trying out clothes in a boutique, at In Cube, you can preview your desired **kitchen cabinets, wardrobe** , bedroom furniture, and built-in cabinets for other living spaces, and the detail costing. You are in control in every aspect of your budget.



# CONTACT US TODAY TO ENJOY THE FOLLOWING FREE SERVICES:

* **Free Site Visit and Consultation**
* **Free Space Planning**
* **Free 3D Design**
* **Free Quotation**

Contact Us

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

https://www.incubecustomize.com/kitchencabinet/what-we-do/[9/3/2019 2:50:03 PM]

Barcode:3886453-04 A-570-106 INV - Investigation  -

## In Cube Customize Sdn Bhd

Lot 10478(D7) Jalan Nenas,

Jalan Kampung Jawa,

Batu 5, 42450 Klang,

Selangor

## Contact Info

Tel: 1 800 88 9955

Fax:+(603)5162 7329

Email:

sales@incubecustomize.com

## Recent Post

˜ Questions about Kitchen Cabinet

˜ Kitchen Cabinet, Wardrobe and Full House Cabinetry in Wraptiva Series.

˜ Why choosing kitchen cabinet, wardrobe and full house custom made cabinets with Low Formaldehyde Emission?

## Please follow & like us :)

   

Copyright © In Cube Customize Sdn Bhd Developed by Global Netz Solution.

**Malaysia Best Custom Kicthen Cabinets Manufacurer | Modern Cabinet KL**

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation -



J.S. Cabinets Industry Sdn. Bhd

HOME    ABOUT US    KITCHEN CABINETS    ACCESSORIES    WARDROBE    ENQUIRIES    CONTACT US

**Galleries : Wardrobe / Catalogs : Woodgrains | Wood Tops | ABS | Solid Color**

# Kitchen Cabinets

Kitchen Cabinets are the main flagship product for J.S. Cabinets Industries Sdn. Bhd. We are specialists in this area, and we manufacture all the materials and accessories that goes into your kitchen cabinets.  All our materials have gone through and passed stringent Quality Control (QC) tests. This ensures that all materials used have a high degree of resistance to whatever your cooking style and regiment may be. Learn more about J.S. Cabinets Industries's Quality Control and Assurance tests.

## What are the Benefits?

- No middlemen to negotiate with for materials.
- We pass on the savings to our customers.
- You get a better kitchen for your budget.
- We are our own suppliers, you can be assured of better quality materials.
- We're kitchen experts, our experienced Sales Consultants are knowledgeable about all aspects of kitchen cabinets, from its design, to construction, to the materials used.
- This gives you the peace of mind that our Sales Consultants will be in a better position to advise you on which materials would best suit your budget and cooking style.

## How to Choose Materials for your Kitchen?

Choosing materials for your kitchen is pretty tricky. Learn how to choose a kitchen that suits your needs and style of cooking.

Take a look at our catalog of materials. We have an amazingly wide area of choice.

- Woodgrains - Wood in the kitchen looks natural and gives it an earthy welcoming look.
- ABS - These are the strips that line the edges of the cabinet's doors and panels.
- Membrane Press - For the budget conscious.
- Solid Colors - Very durable and stylish finishing.

J.S. Cabinets Industry Sdn Bhd . Lot 209 - 340, Jalan Gombak, Batu 4, 53000 Kuala Lumpur. Malaysia
Tel: 603 - 4021 6799 / 4023 7288 | Fax: 603 - 4024 7573 | Email: info@jscabinets.com.my
Copyright 2004 - 2007 (C) All Rights Reserved : J.S. Cabinets Industry Sdn. Bhd.



# J.S. Cabinets Industry Sdn. Bhd

| HOME | ABOUT US | KITCHEN CABINETS | ACCESSORIES | WARDROBE | ENQUIRIES | CONTACT US |

Galleries : **Wardrobe** / Catalogs : **Woodgrains** | **Wood Tops** | **ABS** | **Solid Color**

# Kitchen Cabinets

Kitchen Cabinets are the main flagship product for J.S. Cabinets Industries Sdn. Bhd. We are specialists in this area, and we manufacture all the materials and accessories that goes into your kitchen cabinets.  All our materials have gone through and passed stringent Quality Control (QC) tests. This ensures that all materials used have a high degree of resistance to whatever your cooking style and regiment may be. Learn more about J.S. Cabinets Industries's Quality Control and Assurance tests.

## What are the Benefits?

- No middlemen to negotiate with for materials.
- We pass on the savings to our customers.
- You get a better kitchen for your budget.
- We are our own suppliers, you can be assured of better quality materials.
- We're kitchen experts, our experienced Sales Consultants are knowledgeable about all aspects of kitchen cabinets, from its design, to construction, to the materials used.
- This gives you the peace of mind that our Sales Consultants will be in a better position to advise you on which materials would best suit your budget and cooking style.

## How to Choose Materials for your Kitchen?

Choosing materials for your kitchen is pretty tricky. Learn how to choose a kitchen that suits your needs and style of cooking.

Take a look at our catalog of materials. We have an amazingly wide area of choice.

- Woodgrains - Wood in the kitchen looks natural and gives it an earthy welcoming look.
- ABS - These are the strips that line the edges of the cabinet's doors and panels.
- Membrane Press - For the budget conscious.
- Solid Colors - Very durable and stylish finishing.

J.S. Cabinets Industry Sdn Bhd . Lot 209 - 340, Jalan Gombak, Batu 4, 53000 Kuala Lumpur. Malaysia
Tel: 603 - 4021 6799 / 4023 7288 | Fax: 603 - 4024 7573 | Email: info@jscabinets.com.my
Copyright 2004 - 2007 (C) All Rights Reserved : J.S. Cabinets Industry Sdn. Bhd.

Barcode:3886453-04 A-570-106 INV - Investigation



📞 Call **1300-222-388** for **Free** Design Consultation.

Home    About    Why Us    Portfolio    Promotion    FAQ    Gallery    Location    Enquiry



About Us

**Legend Kitchen** was founded in year 1994 at Bandar Sungai Long.

We started our career by setting up an office and show room with very minimum of capital. There are plenty of works we had to be dictatorial. In addition, supplier and skillful workers were costly and it caused the production cost highly increased. Thus, we decided to do the business with lower profit to avoid customers purchasing our products with unreasonable price.

The economy crisis in year 1997 challenged us and we made some adjustment in our capital and business direction. With the support of customers, we decided to move forward to set up our own factory and increase the number of machine to transform 100% manpower manufacturing to 70% machine manufacturing method.

In year 2005, we introduced a new payment method which was customer will make full payment once they made their order. As a rebate, we will provide good discount for the customer. The new payment method is quite welcomed by customers. With the assurance of customers and suppliers, we became more proactive to deliver good quality products and install punctually.

Second economy down turn happened in year 2008. We believe this time we are better prepared and we faced this challenge positively. Meantime, we took up another responsibility to help and assure customers of our good quality, service, and reasonable pricing. Therefore, we invest massively in designing and production systemization which is standard procurement and mass production.

In the future, we will launch our service of online purchasing in order to reduce cost from the process of purchasing to installing products. This will certainly lighten up customers' burden.

Lastly, we will promise to do our best to uphold the best quality and trendy design of our product to satisfied customer and we hope that Legend Kitchen is not only a legend but also the one who is able to manufacture good quality products with reasonable price.





## Product Life-Cycle

### Search

Enter keywords, search within website

[ Custom Search ]  [ Search ]

### Listen
**FM Radio**



➜ Malay v1        ➜ Chinese v1
➜ Malay v2        ➜ Chinese v2
➜ Malay v3        ➜ Chinese v3


i - Package 2011 - 2012


i-Sure On Time : Planning in Advance


Facebook Member Page


i-group2on : ivory Residency

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -



Copyright © 2009 Legend Kitchen Cabinets Supplies All Rights Reserved.

 Sitemap

Legend Kitchen Cabinets Supplies

Barcode:3886453-04 A-570-106 INV



Call **1300-222-388** for **Free** Design Consultation.



**Home    About    Why Us    Portfolio    Promotion    FAQ    Gallery    Location    Enquiry**

# Gallery



## Kitchen Area



## Bedroom Area



## Living Area



## Study Room Area



## Others Area



## Online Package Area

### Search

Enter keywords, search within website

Custom Search

Search



➔ Malay v1    ➔ Chinese v1
➔ Malay v2    ➔ Chinese v2
➔ Malay v3    ➔ Chinese v3











Barcode:3886453-04 A-570-106 INV - (https://rowendakitchen.com.my)

# ROWENDA KITCHEN

SINCE 1984

HOME (HTTP://ROWENDAKITCHEN.COM.MY/)

ABOUT US (HTTP://ROWENDAKITCHEN.COM.MY/KITCHEN-CABINET-DESIGNER/)

BIZ OPPORTUNITY (HTTP://ROWENDAKITCHEN.COM.MY/FRANCHISE-OPPORTUNITY/)     GALLERY     NEWS     CALL US

## ABOUT US

Rowenda Kitchen was established to replace Rowenta Kitchen & Design Co., which was incorporated in 1984. The change in name was to build on our brand reputation.

Rowenda Kitchen provides a signature kitchen cabinet designer solutions for your home, from kitchen cabinetry to kitchen accessories and appliances. We also specialize in wardrobe systems and customized build-in furniture such as TV cabinet, bar, counter, etc.

At Rowenda, we provide free design consultancy by taking into consideration your living space, taste and budget. Having our own factory and team of skilled carpenters means the ability to offer you quality products at a reasonable price. Indeed, our success over 25 years has been built on the philosophy of always putting our customer first.

Rowenda Kitchen

Barcode:3886453-04 A-570-106 INV - Investigation -

[▶ video placeholder]

## OUR TAGLINE – DESIGN FOR LIVING, BUILD FOR LIFE

At Rowenda Kitchen, we celebrate the signature kitchen as the centre for family time, food and fun. Our energetic development and design team constantly rises to the occasion, launching new models and responding to the changing needs of a cosmopolitan lifestyle. We are continuously on the lookout for innovative kitchen solutions. A winning combination of cutting-edge designs, high performance materials and value added accessories, our delectably diverse range is a testament that the kitchen should be as efficient as it is enjoyable.

Whatever your design sensibilities, aspirations and budget, we are committed to creating exceptional kitchen experience that last.

 (http://rowendakitchen.com.my/wp-content/uploads/2013/04/RK_SLOGAN-e1389509922742.png)

## OUR FULL CIRCLE SERVICE ALWAYS RESOLVES AROUND YOU

From choosing a design and pondering layouts to imagining colour schemes, our team of professionals will walk you through every step of your kitchen project. It is for this very reason we have dubbed our space of service "full circle". We ask only that you brace yourself for an enjoyable and eye-opening ride ad you watch the kitchen of your dreams become a reality.

## KITCHEN CABINET DESIGN

Our Designer is ergonomics experts and knows Rowenda's range at their finger tips. Their primary goal is to help you create a visually stunning and effortlessly practical kitchen. By planning out the layout on a 3D colour computer system our designer allow you to experiment with configuration for a best fit match.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -

# HOME SURVEY

To ensure measurement-perfect plans, our designer carry out a detailed home survey where plumbing and electricity points are marked out before a design is confirmed- at no extra charge.

# INSTALLATION

Our experienced and qualified fitters pay close attention to details to ensure your new kitchen is perfect inside out.

# HOME CHECK

A final follow-up visit will be scheduled after installation to ensure satisfaction with every aspect of new kitchen. Once we receive a client's thumb up, we then proceed with online warranty registration.



(http://rowendakitchen.com.my/wp-content/uploads/2017/02/Rowenda-Logo.jpg)

Search the site...

# Facebook

Barcode:3886453-04 A-570-106 INV - Investigation  -

**Rowenda Kitchen**
6,889 likes

Like Page          Send Message

Be the first of your friends to like this

**Rowenda Kitchen**
last Thursday

Showroom display set Clearance ,
modern , contemporary , classic set .
We can provide site visit to fit the unit
and quotation .

#clearance
#displayset



## Archives

May 2019 (http://rowendakitchen.com.my/2019/05/)

April 2019 (http://rowendakitchen.com.my/2019/04/)

November 2018 (http://rowendakitchen.com.my/2018/11/)

October 2018 (http://rowendakitchen.com.my/2018/10/)

May 2018 (http://rowendakitchen.com.my/2018/05/)

April 2018 (http://rowendakitchen.com.my/2018/04/)

March 2018 (http://rowendakitchen.com.my/2018/03/)

February 2018 (http://rowendakitchen.com.my/2018/02/)

December 2017 (http://rowendakitchen.com.my/2017/12/)

October 2017 (http://rowendakitchen.com.my/2017/10/)

August 2017 (http://rowendakitchen.com.my/2017/08/)

July 2017 (http://rowendakitchen.com.my/2017/07/)

April 2017 (http://rowendakitchen.com.my/2017/04/)

Barcode:3886453-04 A-570-106 INV - Investigation  -

March 2017 (http://rowendakitchen.com.my/2017/03/)

February 2017 (http://rowendakitchen.com.my/2017/02/)

January 2017 (http://rowendakitchen.com.my/2017/01/)

December 2016 (http://rowendakitchen.com.my/2016/12/)

November 2016 (http://rowendakitchen.com.my/2016/11/)

August 2015 (http://rowendakitchen.com.my/2015/08/)

February 2014 (http://rowendakitchen.com.my/2014/02/)

+603-6034 4921 / 4922     © 2013 Rowenda Kitchen Sdn Bhd. All Rights Reserved. Malaysia Kitchen Cabinet Designer

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -



# **ROWENDA KITCHEN**
*since 1984*



## CONTEMPORARY DESIGN GALLERY

*With 33 years of experience in kitchen design, we make each kitchen as special as your home and your design ideas. Find a kitchen from our eclectic portfolio of smart designs, and make it the heart of your home.*

ABOUT OUR CONTEMPORARY DESIGN

Spare but sleek, the contemporary kitchen is a rational step towards making the home more casual and dining more sociable. A paragon of efficiency, it is carefully configured to meet the demands of the busy homemaker. For example, the intuitive combination of integrated counters as well as modular and mounted wall cabinets and appliances save steps by having ingredients and gadgets within easy reach. Think of soft geometry, modern materials and subtle details that come together for a clean, crisp look.

As handsome as natural wood cabinets with chrome bar hardware are, the real beauty of the Rowenda contemporary kitchen lies in the generous dimensions that adroitly pander to the homeowner's need for effective storage. Stainless-steel range hood, tambour doors, open shelves and wavy, translucent glass blend seamlessly together to create a striking design focus which is effortless contemporary.

Search the site...

## Facebook



Rowenda Kitchen
6,889 likes

Like Page    

Be the first of your friends to like this

Rowenda Kitchen
last Thursday

Showroom display set Clearance , modern , contemporary , classic set . We can provide site visit to fit the unit and quotation .

#clearance
#displayset



[Show slideshow]













## Archives






Barcode:3886453-04 A - 01 . 01 . INV - Investigation  -




| | May 2019 |
| --- | --- |
| > | April 2019 |
| > | November 2018 |
| > | October 2018 |
| > | May 2018 |
| > | April 2018 |
| > | March 2018 |
| > | February 2018 |
| > | December 2017 |
| > | October 2017 |
| > | August 2017 |
| > | July 2017 |
| > | April 2017 |
| > | March 2017 |
| > | February 2017 |
| > | January 2017 |
| > | December 2016 |
| > | November 2016 |
| > | August 2015 |
| > | February 2014 |

© 2013 Rowenda Kitchen Sdn Bhd. All Rights Reserved. Malaysia Kitchen Cabinet Designer

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -



[ 0 / RM0.00 ] | ♥ (0) | Login

Search products  🔍



# KITCHEN CABINET

**Home** / **Our Products** / ◢ Kitchen Cabinet

Default sorting

Showing all 4 results







### SN 4400

Low Kitchen Cabinet

### SN 4400T-AK

High Kitchen Cabinet

### SN 5500

Low Kitchen Cabinet





Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation   -



### SN 5500T-AK

High Kitchen Cabinet



## PRODUCT CATALOGUE

View our latest products!

Find More!

## OUR PRODUCT LIST

Bed Room Sets

Queen Bed Sets

Single Bed Sets

Dressing Tables

Kitchen Cabinets

Wardrobe

Side Tables

Copyright © 2016 - 2018 Seni Furniture, all rights reserved.



Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

 **UPI** U-PANEL FURNITURE INDUSTRY SDN BHD     

 

HOME  |  COMPANY PROFILE  |  **PRODUCT RANGE**  |  SPECIFICATION  |  ENQUIRY

### Malaysia Office Furniture Manufacturer



The                          office furniture is one of the leading <u>Malaysia office furniture manufacturers</u> and office chair suppliers that combines strength, durability and modern design. U-Panel has been a prominent office system and office furniture manufacturer since 1994, which have us in the industry with 20 years of experience. We deal with projects of different scales, from office tables, <u>office chairs</u> to floors of office workstations and office systems. We are particular in making perfect designs around our office furniture, from conceptions to the fine details in final products. This practise extends to all of our <u>office furniture</u> product lines. There are a large selection of office furniture, office partitions, office chairs and kitchen cabinets to suit different <u>office space</u>. We make sure our office furniture products are refined not just in aesthetics, but also in functionality and ergonomics. Although we are known to be one of the <u>best in office furniture</u>, we have been diversifying with our furniture offerings. We are now also actively supplying kitchen cabinet deign and supplies with wide range of kitchen cabinets to choose from. You will be glad to become a partner of ARTREND and enjoy continued business growth through mutual understanding and support. Find out more about our office furniture products by visiting our website, where you will be greeted with information and furniture specifications.

### Office Furniture Products Range



#### Office Furniture

U-Panel Furniture Industry has been manufacturing office furniture such as office tables, office chairs, office partition and office accessories since 1994. Our office furniture ca… **[MORE]**



#### Office Workstation

Our Artrend office workstation and office partition system are manufactured using durable aluminium which provides versatile solutions. Artrend wo… **[MORE]**



#### Kitchen Cabinets

Artrend is a manufacturer of modern <u>kitchen cabinets</u>. Our kitchen cabinets products always filled with the latest interior design ideas. No matter if you are remodeling or st… **[MORE]**



#### Office Chairs

A <u>good office chair</u> can make a big difference in your comfort and productivity. There are many styles … **[MORE]**

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106_INV - Investigation -

**Related Articles:**

- Kitchen Cabinets Supplier
- Office Chairs Supplier You Can Trust
- Finding The Trusted Kitchen Cabinets Supplier
- Kitchen Cabinets Design Ideas
- Finding a Perfect Office Chair
- A Guide to Choosing the Ideal Office Chair
- Your Complete Guide to Office Chairs
- What Office Chairs Can Do for Your Office
- Benefits of Using Office Partitions
- Choosing Kitchen Cabinet for Your Home
- How to Find the Best Supplier for Kitchen Cabinets Online
- Importance of Computer Office Furniture
- The Different Types and Benefits of Office Partitions

**Recent Blog Post:**

- How the Right Office Chair Can Boost Employee Productivity
- Why Office Partitions Enhance Productivity of Employees in Office
- Modern Ofice Furniture
- Office Furniture Trends in 2019 and Beyond
- Office Furniture Benching Pros and Cons
- How to Keep Your Office Desk Looking Neat and Organized All the Time
- Designing a Healthy Work Environment
- 10 Simple Ways to Increase Employee Productivity at Work
- Clever Ways to Personalize Your Office Desk
- 3 Ways to Make Your Meeting Room More Interesting
- How to Divide a Room without Building Walls
- Common Mistake When Looking For Office Furniture
- Benefits Of Choosing Metal Base Furniture
- The Importance Of Reception Counter
- Cleaning Kitchen Cabinets
- Being Productive At Work
- Work Efficiently In Home Office
- Office Lighting Tips by Office Furniture Manufacturer
- Guidelines Of Planning Home Office
- The Impact of Lighting On Productivity — Office Furniture Malaysia
- Choosing Reception Table from Office Furniture Malaysia
- Interior Design Idea from Office Furniture Manufacturer
- Tips of Working Healthy In Office
- Kitchen Cabinets Supplier & Manufacturer in Malaysia

**Sales Office & Showrooms:**
No. 101, Jalan Cokmar 1, off Jalan Meru, 41050 Klang, Selangor, Malaysia.
TEL: +603 - 3343 3328      FAX: +603 - 3345 2328
E-mail: sales@u-panel.com.my          upanel.tony@gmail.com

**Showrooms :**
Lot 1.25, 1st floor, Plaza Prima, Jalan Klang Lama, 58200 Kuala Lumpur, Malaysia
TEL: +603 - 7984 5076      FAX: +603 - 7981 2937

**Factory :**
Lot 3529, Jalan Keretapi Lama, 42200 Pekan Kapar, Klang, Selangor, Malaysia
URL : www.u-panel.com.my



Office Furniture Manufacturers Malaysia :: Office Chairs Manufacturers Malaysia :: Office Partition Malaysia

| HOME | PRODUCT RANGE | | | | |
|---|---|---|---|---|---|
| COMPANY PROFILE | | Office Furniture | Writing Desk and Pedestals | Reception Counter | Workstation | Misc Furniture |
| SPECIFICATION | | Director Tables | Meeting Tables | Computer Table | Office Chairs | Home Furniture |
| ENQUIRY | | Executive Tables | Cabinets | Metal Base Furniture | | |

©U-Panel Furniture Industry Sdn Bhd. All right reserved

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

9/3/2019

Case 1:20-cv-00114-GSK    Document 39    Filed 02/04/21    Page 1441 of 1562

**UNITY KITCHEN**

Home    About    Promotion    Products    Contact Us    Care Plus Warranty    Branches

# WE SPECIALISED IN KITCHEN CABINET & WARDROBE

A DREAM KITCHEN BUILT EXCLUSIVELY FOR YOU

## TOP 10 THINGS ABOUT UNITY KITCHEN













Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -

## AWARDS

     

     

# PRODUCTS

Barcode:3886453-04 A-570-106 INV - Investigation  -

# CONTACT US

## We provide FREE Site Measurement / Quotation / 3D Design Drawings

Please fill your contact details below:

Name *

Email *

Phone *

House Area/Address

Message

**SEND**

# BRANCHES

### KAJANG

No.38A & 39A,
Jalan Prima Suajana 1/1A,
Taman Prima Saujana,
43000 Kajang, Selangor

**T**   +603 - 8737 3708

**DIRECTION:**

 

### BANGI

No.2-2, Jalan Seri Putra 1/2,
Bandar Seri Putra,
43000 Kajang, Selangor

**T**   +603 - 8912 7308

**DIRECTION:**

 

### PUCHONG

No.1-9, Jalan Merbah 1,
Bandar Puchong Jaya,
47170 Puchong, Selangor

**T**   +603 - 8082 3708

**DIRECTION:**

 

### KOTA DAMANSARA

B-G-15, Sunway Nexis,
No.1, Jalan PJU 5/1,
47810 Petaling Jaya, Selangor

**T**   +603 - 7498 1393

**DIRECTION:**

 

### SETIA ALAM

A-01-09, 1st Floor,
Sunsuria Forum @ 7th Avenue,
No.1, Jalan Setia Dagang AL U13/AL,
Setia Alam, Seksyen U13,
40170 Shah Alam, Selangor.

**T**   +603 - 5035 5985

**DIRECTION:**

 

---

**BUSINESS HOURS**
THU - MON: 10.00AM - 5.00PM

---



**Home**
About
Promotion
Products
Contact Us
Care Plus Warranty
Branches

**EMAIL**

enquiry@unitykitchen.com.my

**FOLLOW US ON**

    

© 2018 by Unity Kitchen Sdn Bhd (926797-A)

Barcode:3886453-04 A-570-106 INV - Investigation  -

 

  

○ ○ ●

HOME  |  COMPANY PROFILE  |  PRODUCT RANGE  |  SPECIFICATION  |  ENQUIRY

### Malaysia Office Furniture Manufacturer



The _____ office furniture is one of the leading Malaysia office furniture manufacturers and office chair suppliers that combines strength, durability and modern design. U-Panel has been a prominent office system and office furniture manufacturer since 1994, which have us in the industry with 20 years of experience. We deal with projects of different scales, from office tables, office chairs to floors of office workstations and office systems. We are particular in making perfect designs around our office furniture, from conceptions to the fine details in final products. This practise extends to all of our office furniture product lines. There are a large selection of office furniture, office partitions, office chairs and kitchen cabinets to suit different office space. We make sure our office furniture products are refined not just in aesthetics, but also in functionality and ergonomics. Although we are known to be one of the best in office furniture, we have been diversifying with our furniture offerings. We are now also actively supplying kitchen cabinet deign and supplies with wide range of kitchen cabinets to choose from. You will be glad to become a partner of ARTREND and enjoy continued business growth through mutual understanding and support. Find out more about our office furniture products by visiting our website, where you will be greeted with information and furniture specifications.

### Office Furniture Products Range



**Office Furniture**

U-Panel Furniture Industry has been manufacturing office furniture such as office tables, office chairs, office partition and office accessories since 1994. Our office furniture ca... **[MORE]**



**Office Workstation**

Our Artrend office workstation and office partition system are manufactured using durable aluminium which provides versatile solutions. Artrend wo... **[MORE]**



**Kitchen Cabinets**

Artrend is a manufacturer of modern kitchen cabinets. Our kitchen cabinets products always filled with the latest interior design ideas. No matter if you are remodeling or starting from scratch, we will help you to find the best deign and matching colors for your kitchen cabinets supplies. Artrend kitchen cabinet is functional, well design and economical to most families. There are many models with different doors and counter tops including granite, solid surface and water resistant wood tops. **[LESS]**



**Office Chairs**

A good office chair can make a big difference in your comfort and productivity. There are many styles ... **[MORE]**

**Related Articles:**
- Kitchen Cabinets Supplier
- Office Chairs Supplier You Can Trust

**Recent Blog Post:**
- Why Office Partitions Enhance Productivity of Employees in Office
- Modern Ofice Furniture
- Office Furniture Trends in 2019 and Beyond

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -

- Finding The Trusted Kitchen Cabinets Supplier
- Kitchen Cabinets Design Ideas
- Finding a Perfect Office Chair
- A Guide to Choosing the Ideal Office Chair
- Your Complete Guide to Office Chairs
- What Office Chairs Can Do for Your Office
- Benefits of Using Office Partitions
- Choosing Kitchen Cabinet for Your Home
- How to Find the Best Supplier for Kitchen Cabinets Online
- Importance of Computer Office Furniture
- The Different Types and Benefits of Office Partitions

- Office Furniture Benching Pros and Cons
- How to Keep Your Office Desk Looking Neat and Organized All the Time
- Designing a Healthy Work Environment
- 10 Simple Ways to Increase Employee Productivity at Work
- Clever Ways to Personalize Your Office Desk
- 3 Ways to Make Your Meeting Room More Interesting
- How to Divide a Room without Building Walls
- Common Mistake When Looking For Office Furniture
- Benefits Of Choosing Metal Base Furniture
- The Importance Of Reception Counter
- Cleaning Kitchen Cabinets
- Being Productive At Work
- Work Efficiently In Home Office
- Office Lighting Tips by Office Furniture Manufacturer
- Guidelines Of Planning Home Office
- The Impact of Lighting On Productivity – Office Furniture Malaysia
- Choosing Reception Table from Office Furniture Malaysia
- Interior Design Idea from Office Furniture Manufacturer
- Tips of Working Healthy In Office
- Kitchen Cabinets Supplier & Manufacturer in Malaysia

**Sales Office & Showrooms:**
No. 101, Jalan Cokmar 1, off Jalan Meru, 41050 Klang, Selangor, Malaysia.
TEL: +603 - 3343 3328        FAX: +603 - 3345 2328
E-mail: sales@u-panel.com.my        upanel.tony@gmail.com

**Showrooms :**
Lot 1.25, 1st floor, Plaza Prima, Jalan Klang Lama, 58200 Kuala Lumpur, Malaysia
TEL: +603 - 7984 5076        FAX: +603 - 7981 2937

**Factory :**
Lot 3529, Jalan Keretapi Lama, 42200 Pekan Kapar, Klang, Selangor, Malaysia
URL : www.u-panel.com.my



Office Furniture Manufacturers Malaysia :: Office Chairs Manufacturers Malaysia :: Office Partition Malaysia

| HOME | PRODUCT RANGE | | | | |
|------|---------------|---|---|---|---|
| COMPANY PROFILE | Office Furniture | Writing Desk and Pedestals | Reception Counter | Workstation | Misc Furniture |
| SPECIFICATION | Director Tables | Meeting Tables | Computer Table | Office Chairs | Home Furniture |
| ENQUIRY | Executive Tables | Cabinets | Metal Base Furniture | | |

©U-Panel Furniture Industry Sdn Bhd. All right reserved

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation -



## U-PANEL FURNITURE INDUSTRY SDN BHD



The Office Furniture Solution



HOME | COMPANY PROFILE | **PRODUCT RANGE** | SPECIFICATION | ENQUIRY

# Company Profile

## MALAYSIA'S LEADING OFFICE FURNITURE MANUFACTURER

U-Panel Furniture Industry produces office furniture under the brand name **'Artrend'**. We have been producing office furniture, office accessories, kitchen cabinets and wardrobes since 1994.

Our office furniture can be easily and systematically assembled and reassembled to suit the needs and comfort of every individual office. We produce both standard and custom-made furniture with a variety of colours and designs. Our product range includes writing desks, computer tables, pedestals, bookshelves, cabinets, cupboards, conference tables, reception tables, chairs, open plan system and many others.

**Artrend** office furniture symbolizes high quality and strength as we use high quality raw materials and parts. Most of our machinery are imported from Western Europe to ensure high degree of consistency and reliability.


## ARTREND MARKET

Over the years, **Artrend** office furniture products have been distributed in many parts of the world including Australia, New Zealand, African countries, Asean and many others. Our relationship with our business partners is cordial and delivery is always on schedule.

**Artrend** office furniture is also sold in Malaysian market. We welcome and support dealers and agents for their project needs. We assure you of our high quality and prompt service at all times.

Back to TOP

| HOME | PRODUCT RANGE | | | | |
|------|------|------|------|------|------|
| COMPANY PROFILE | › Office Furniture | › Writing Desk and Pedestals | › Reception Counter | › Workstation | › Misc Furniture |
| SPECIFICATION | › Director Tables | › Meeting Tables | › Computer Table | › Office Chairs | › Home Furniture |
| ENQUIRY | › Executive Tables | › Cabinets | › Metal Base Furniture | | |

©U-Panel Furniture Industry Sdn Bhd. All right reserved

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -



**U-PANEL FURNITURE INDUSTRY SDN BHD**







HOME   |   COMPANY PROFILE   |   PRODUCT RANGE   |   SPECIFICATION   |   ENQUIRY

### ARTREND KITCHEN CABINET AND WARDROBE

LOW PRICE AND GOOD QUALITY- THE BEST OF ALL









Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -







**Choice of PU, PVC, quality fabric**

---

*Click here for colour choices*

Back to TOP

| HOME | PRODUCT RANGE | | | |
|------|---------------|---|---|---|
| COMPANY PROFILE | ❯ Office Furniture | ❯ Writing Desk and Pedestals | ❯ Reception Counter | ❯ Workstation | ❯ Misc Furniture |
| SPECIFICATION | ❯ Director Tables | ❯ Meeting Tables | ❯ Computer Table | ❯ Office Chairs | ❯ Home Furniture |
| ENQUIRY | ❯ Executive Tables | ❯ Cabinets | ❯ Metal Base Furniture | | |

© U-Panel Furniture Industry Sdn Bhd. All right reserved

Barcode:3886453-04 A-570-106 INV - Investigation  -




Yi Shunfa

| Bedroom Set | Wardrobe Set | Entertainment Cabinet | Kitchen Cabinet | Shoe Cabinet | Office Range | Contact Us |

## Welcome To Yi Shunfa Furniture's Home Page



Yi Shunfa Furniture Sdn Bhd was established in the year of 2013. We have had over 20 years of experience in manufacturing customized quality furniture to suit every customers.



# Sustainability





**WELCOME TO VISIT OUR BOOTH**

**MIFF (PWTC)**
**Date: 4 - 8 March'14**
**Booth No: 4B06**

**CONTACT:**

**sales@yi-shunfa.com**

**CONTACT US FOR MORE EXCITING DESIGN**

**Tel: +604-582 9555**
**Fax: +604-582 3030**

We have been engaging not only in Malaysian market, Yi Shunfa Furniture Sdn Bhd as well export quality furniture to Asia, Europe, South Africa, Middle East, US and other countries.

Our factory spans over 60,000 square feet, situated in Valdor, Penang. Over 60 headcounts cover the production line.

0Share







**Sitemap**

Home
Bedroom Set
Wardrobe Set
Entertainment Cabinet
Kitchen Cabinet
Shoe Cabinet

**Contact Us**

+604-582 9555, +604-582 9666

+604-582 3030

sales@yi-shunfa.com

**Yi Shunfa Furniture Sdn Bhd**

Co. Reg: 1032756-U

No. 2290, Jalan 20 Luar Kampung Valdor, 14200 Sungai Bakap, S.P.S. Penang, Malaysia.

Filed By: bbaber@dhlaw.com, Filed Date: 9/3/19 3:49 PM, Submission Status: Approved

Barcode:3886453-04 A-570-106 INV - Investigation  -

## About Us

**YKL Decoration** was starts its business in the year 1995. We have more than 20 years of experiences in supplying kitchen cabinet and interior design. Our company is located in Kajang, Selangor. Our products include kitchen cabinet, wardrobe, TV cabinet, and display cabinet.

At **YKL Decoration**, we also provide services such as kitchen decoration, carpenter works, and renovation. We promise to deliver professional services together with high quality products and customer services. Our mission is to promote the warming, creative and classic kitchen idea for more customers. Besides that, we also hope to satisfy customer needs by fulfill their requirement.

Welcome to visit our showrooms in Bandar Seri Putra Bangi. If you are interested in any of our products or would like to discuss a custom order, please feel free to contact us.


**YKL家私壁柜公司**在1995年成立。拥有超过20多年的经验，是一家橱柜供应商和室内设计公司。我们的公司位于雪兰莪的加影。产品范围包括橱柜，衣柜，电视柜以及展示柜。

在这里，我们也提供厨房装修和木工工程服务等等。我们的展厅分别坐落在 Bandar Seri Putra Bangi 。喜欢的朋友赶快来定制一台您心仪的橱柜吧!



**Zhao Fong Marketing Sdn Bhd**
**Zin Tiau Furniture Sdn Bhd**

Home          Products   Enquiry   Contact   Sitemap



## About Us



Established in 1980, **ZHAO FONG MARKETING SDN. BHD.** Is one of the leading furniture manufacturer in johore, southern Malaysia. The Company has maintained 30 years of excellent business reputation in Malaysia Furniture market. Having a total workforce of 150 experienced staffs and approximately 70,000 square feet of production floor space, ZHAO FONG MARKETING SDN. BHD. Is delivering its quality product all around Malaysia.

**ZHAO FONG MARKETING SDN. BHD.** Is reknowned for their speciality in manufacturing 3 types of bedroom sets namely CLASSICAL, ECONOMY and LUXURY . especially well known for its quality products and prompt services that are widely accepted in East & West Malaysia.

     

| | |
|---|---|
| Business Type | : Furniture Manufacturer |
| Product/Services Offered | : Bedroom set, kitchen Cabinet, Wardrobe |
| Main Market | : Malaysia, Singapore, Indonesia |
| Targeted Market | : Middle East, South Africa, Europe, United States, Australia |



Besides Malaysia, **ZHAO FONG MARKETING SDN. BHD.** also extended its business market in Singapore and Indonesia. In order to cope with wider market coverage, the Company is in the mist of increasing its production capacity at new acquired 230,000 square feet of land. Nevertheless, the Company continue to strive in prompt delivery, superior quality, excellent services and attractive pricing to stay competitive.

Home    |    About Us    |    Products    |    Enquiry    |    Contact    |    Sitemap    |    Admin
Copyright © 2016 Zhao Fong Marketing Sdn Bhd. All Rights Reserved. web designed by syscomm

JA 28

Ancientree, Supplemental Questionnaire
Response (September 6, 2019)
PR 1339; CR 1282-1286

LAW OFFICES OF

# deKIEFFER & HORGAN, PLLC
## 1090 VERMONT AVENUE, N.W.
### SUITE 410
### WASHINGTON, D.C. 20005

GREGORY S. MENEGAZ
TEL 202-783-6900

AFFILIATED OFFICE:
SAARBRÜCKEN, GERMANY

GMENEGAZ@DHLAW.COM
DHLAW.COM

September 6, 2019

A-570-106
Investigation
POI: 07/01/2018-12/31/2018
AD/CVD Operations

<u>Electronic Filing</u>

Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
Room 18022
U.S. Dept. of Commerce
Washington, D.C. 20230

**Public Version**
Business proprietary information
contained within brackets deleted on
pages 1, 3-12, 14-21, 23-28 and in
Exhibit SQ3-1 to SQ3-12, SQ3-14, and
SQ3-16 through SQ3-23

**May be released under APO**

> **RE:** ***Wooden Cabinets and Vanities from the People's Republic of China*:
> Response to Third Supplemental Questionnaire**

Dear Mr. Secretary:

On behalf of The Ancientree Cabinet Co., Ltd. ("Ancientree"), a Chinese exporter of wooden cabinets and vanities, we hereby submit their response to the Department's Third Supplemental Questionnaire.

\*      \*      \*

Certain information contained herein is business confidential data that is proprietary. This information is enclosed with brackets ("[ ]"). Disclosure of this information would cause substantial competitive and commercial harm to the parties. Such data is marked "Contains Proprietary Information." Confidential treatment, subject to administrative protective order, is requested pursuant to 19 C.F.R. §351.105(c).

Barcode:3887762-01 A-570-106 INV - Investigation  -

**Wooden Cabinets and Vanities from the PRC**

**A-570-106**

**POI: 07/01/2018-12/31/2018**

**THE ANCIENTREE CABINET CO., LTD.**

**("ANCIENTREE")**

**SECTION C SUPPLEMENTAL QUESTIONNAIRE RESPONSE**

**September 6, 2019, as extended**

**NOTE:**      *In accordance with 19 CFR 351.303(e), "A document submitted in a foreign language must be accompanied by an English translation of the entire document or of only pertinent portions, where appropriate, unless the Secretary waives this requirement for an individual document. A party must obtain the Department's approval for submission of an English translation of only portions of a document prior to submission to the Department."*

**NOTE:**      *Please repeat the question prior to giving your response when responding to this supplemental questionnaire.*

**NOTE:**      *If a calculation worksheet is requested, please submit the requested worksheet in hardcopy format as well as electronic format in Excel.*

**NOTE:**      *If changes to your Section C, U.S. Sales database are required, please re-submit them accordingly.*

      **Response:** **In response to this supplemental questionnaire, Ancientree has revised its U.S. sales database in Exhibit SQ3-1.1 and the FOP database at Exhibit SQ3-1.2 as explained below. Most changes are due to inadvertent human errors compiling and preparing the database.  As explained previously, Ancientree does not have a computerized system that can differentiate subject merchandise in the manner required for the sales database.  Therefore, Ancientree had to manually check and prepare its sales database with more than 8,000 products types and more than 18,000 lines. Despite the changes explained below, the overall U.S. sales quantity and value remain unchanged with the same [      ] lines of sales in the revised sales database; production quantity, and overall**

Filed By: sbomberger@dhlaw.com, Filed Date: 9/6/19 4:03 PM, Submission Status: Approved

Barcode:3887762-01 A-570-106 INV - Investigation  -

**Wooden Cabinets and Vanities from the PRC**
**A-570-106**
**POI: 07/01/2018-12/31/2018**

# THE ANCIENTREE CABINET CO., LTD.

**3rd Supplemental Questionnaire Response**
**September 6, 2019**

| Exhibit SQ3-1.1 | Revised U.S. Sales Database |
|---|---|
| Exhibit SQ3-1.2 | Revised CONNUM Unit FOP database |
| Exhibit SQ3-2 | Reconciliation of Product Sold and Produced in POI |
| Exhibit SQ3-3.1 | Supporting Documents for Product Characteristics |
| Exhibit SQ3-3.2 | Supporting Document for Drawer count |
| Exhibit SQ3-3.3 | Supporting Document for Surface finishing |
| Exhibit SQ3-4 | Supporting Documents for Invoice Date vs Shipment Date |
| Exhibit SQ3-5 | Supporting Documents for Invoice Number |
| Exhibit SQ3-6 | Supporting Documents for Shipment Date |
| Exhibit SQ3-7 | Supporting Documents for Payment Date |
| Exhibit SQ3-8 | Supporting Documents for Shipment Date, Invoice Date and Payment Date |
| Exhibit SQ3-9 | Supporting Documents for Shipment Term |
| Exhibit SQ3-10 | Supporting Documents for Payment Term |
| Exhibit SQ3-11 | Supporting Documents for Distances to Port of Exportations |
| Exhibit SQ3-12 | Supporting Documents for Port of Importation |
| Exhibit SQ3-13 | Notice of the Ministry of Finance and the State Administration of Taxation on VAT and Consumption Tax Policies for Exported Goods and Labor Services |
| Exhibit SQ3-14 | Monthly VAT Returns |
| Exhibit SQ3-15 | Wood Input Density |
| Exhibit SQ3-16 | Revised U.S. Customer List |

| Exhibit SQ3-17 | Selected Contract and Commercial invoices |
| Exhibit SQ3-18 | Changes from Contract to Commercial invoices |
| Exhibit SQ3-19 | Revised Exhibit D-2.1 Production & Materials FOP |
| Exhibit SQ3-20 | Revised Exhibit D-2.2 Materials CONNUM Unit FOP |
| Exhibit SQ3-21 | Revised Exhibit D-2.3 Standard Parts and Packing FOP |
| Exhibit SQ3-22 | Revised Exhibit D-2.4 Standard Parts & Packing CONNUM FOP |
| Exhibit SQ3-23 | Unit Net Weight & Gross weight calculation |

Barcode:3887762-01 A-570-106 INV - Investigation  -

# Exhibit SQ3-15
# Wood Input Density

**Exhibit SQ3-15 Wood Input Density**
**Ancientree**

| Wood Input | Density Range (KG/M3) | Average (KG/M3 |
|---|---|---|
| Birch | 670 | 670 |
| Oak | 600-900 | 750 |
| Fraxinus Mandshurica (Ash) | 650-850 | 750 |
| Basswood | 300-600 | 450 |
| Poplar | 350-500 | 425 |
| Plywood | 450-600 | 525 |
| Particleboard | 620-720 | 670 |
| MDF | 650-750 | 700 |

**The Engineering ToolBox**
BarCode:3887762-01 A-570-106 INV - Investigation -
Home
www.EngineeringToolBox.com
Resources, Tools and Basic Information for Engineering and Design of Technical Applications! - adapts seamlessly to phones, pads and desktops!

Ads by Google   ▶ Pine Wood Prices   ▶ Furniture in Wood   ▶ Plywood Wood   ▶ Timber Wood

Eucalyptus        Search        - "Search is the most efficient way to navigate the Engineering ToolBox!"

Wood Densities
Density of wood as apple, ash, cedar, elm and more

Sponsored Links


## Pipe Flow Software

Calculate Pipe Flows & Pressures. Try Pipe Flow Software Now!

The density of seasoned & dry wood are indicated in the table below:

| Solid | Density | |
|---|---|---|
| | $(10^3 \text{ kg/m}^3)$ | $(\text{lb/ft}^3)^{a)}$ |
| Alder | 0.4 - 0.7 | 26 - 42 |
| Afrormosia | 0.71 | |
| Agba | 0.51 | |
| Apple | 0.66 - 0.85 | 41 - 52 |
| Ash, white | 0.65 - 0.85 | 40 - 53 |
| Ash, black | 0.54 | 33 |
| Ash, European | 0.71 | |
| Aspen | 0.42 | 26 |
| Balsa | 0.16 | 7 - 9 |
| Bamboo | 0.3 - 0.4 | 19 - 25 |
| Basswood | 0.3 - 0.6 | 20 - 37 |
| Beech | 0.7 - 0.9 | 32 - 56 |
| Birch, British | 0.67 | 42 |
| Birch, European | 0.67 | |
| Box | 0.95 - 1.2 | 59 - 72 |
| Butternut | 0.38 | 24 |
| Cedar of Lebanon | 0.58 | |
| Cedar, western red | 0.38 | 23 |
| Cherry, European | 0.63 | 43- 56 |
| Chestnut, sweet | 0.56 | 30 |
| Cottonwood | 0.41 | 25 |
| Cypress | 0.51 | 32 |
| Dogwood | 0.75 | 47 |
| Douglas Fir | 0.53 | 33 |
| Ebony | 1.1 - 1.3 | 69 - 83 |
| Elm, American | 0.57 | 35 |
| Elm, English | 0.55 - 0.6 | 34 - 37 |
| Elm, Dutch | 0.56 | |
| Elm, Wych | 0.69 | |
| Elm, Rock | 0.82 | 50 |
| Gaboon | 0.43 | |
| Greenheart | 1.04 | |
| Gum, Black | 0.59 | 36 |
| Gum, Blue | 0.82 | 50 |
| Gum, Red | 0.54 | 35 |
| Hackberry | 0.62 | 38 |
| Hemlock, western | 0.50 | |
| Hickory | 0.83 | 37 - 58 |
| Holly | 0.75 | 47 |
| Iroko | 0.66 | |
| Juniper | 0.55 | 35 |
| Keruing | 0.74 | |
| Larch | 0.5 - 0.55 | 31 - 35 |
| Lignum Vitae | 1.17 - 1.33 | 73 - 83 |
| Lime, European | 0.56 | |
| Locust | 0.65 - 0.7 | 42 - 44 |
| Logwood | 0.9 | 57 |
| Madrone | 0.74 | 46 |
| Magnolia | 0.57 | 35 |
| Mahogany, African | 0.5 - 0.85 | 31 - 53 |
| Mahogany, Cuban | 0.66 | 40 |
| Mahogany, Honduras | 0.65 | 41 |
| Mahogany, Spanish | 0.85 | 53 |
| Maple | 0.6 - 0.75 | 39 - 47 |

Bar Code:3887762-01 A-570-106 INV - Investigation -

| | | |
|---|---|---|
| Myrtle | 0.66 | 40 |
| Oak | 0.6 - 0.9 | 37 - 56 |
| Oak, American Red | 0.74 | 45 |
| Oak, American White | 0.77 | 47 |
| Oak, English Brown | 0.74 | 46 |
| Obeche | 0.39 | |
| Oregon Pine | 0.53 | 33 |
| Parana Pine | 0.56 | 35 |
| Pear | 0.6 - 0.7 | 38 - 45 |
| Pecan | 0.77 | 47 |
| Persimmon | 0.9 | 55 |
| Philippine Red Luan | 0.59 | 36 |
| Pine, pitch | 0.67 | 52 - 53 |
| Pine, Corsican | 0.51 | |
| Pine, radiata | 0.48 | |
| Pine, Scots | 0.51 | |
| Pine, white | 0.35 - 0.5 | 22 - 31 |
| Pine, yellow | 0.42 | 23 - 37 |
| Plane, European | 0.64 | |
| Plum | 0.65 - 0.8 | 41 - 49 |
| Poplar | 0.35 - 0.5 | 22 - 31 |
| Ramin | 0.67 | |
| Redwood, American | 0.45 | 28 |
| Redwood, European | 0.51 | 32 |
| Rosewood, Bolivian | 0.82 | 50 |
| Rosewood, East Indian | 0.90 | 55 |
| Sapele | 0.64 | |
| Satinwood | 0.95 | 59 |
| Spruce | 0.4 - 0.7 | 25 - 44 |
| Spruce, Canadian | 0.45 | 28 |
| Spruce, Norway | 0.43 | |
| Spruce, Sitka | 0.45 | 28 |
| Spruce, western white | 0.45 | |
| Sycamore | 0.4 - 0.6 | 24 - 37 |
| Tanguile | 0.64 | 39 |
| Teak, Indian | 0.65 - 0.9 | 41 - 55 |
| Teak, African | 0.98 | 61 |
| Teak, Burma | 0.74 | 45 |
| Utile | 0.66 | |
| Walnut | 0.65 - 0.7 | 40 - 43 |
| Walnut, Amer Black | 0.63 | 38 |
| Walnut, Claro | 0.49 | 30 |
| Walnut, European | 0.57 | 35 |
| Water gum | 1 | 62 |
| Whitewood, European | 0.47 | |
| Willow | 0.4 - 0.6 | 24 - 37 |
| Yew | 0.67 | |
| Zebrawood | 0.79 | 48 |

- 1 kg/m³ = 0.001 g/cm³ = 0.0005780 oz/in³ = 0.16036 oz/gal (Imperial) = 0.1335 oz/gal (U.S.) = 0.0624 lb/ft³ = 0.000036127 lb/in³ = 1.6856 lb/yd³ = 0.010022 lb/gal (Imperial) = 0.008345 lb/gal (U.S) = 0.0007525 ton/yd³

- *) mass and density in the Imperial system
- Unit Converter

After felling, timber will lose moisture to align itself with the atmospheric conditions. Moisture content should be lower than 20% to stop fungal attack. Seasoning is the name of the process where moisture content is reduced to the appropriate level for proposed use.

Shrinkage will occurs as a result of the moisture loss - typical 3-4% across the grain.

Sponsored Links

夏威夷旅游 尽在携程
携程夏威夷旅游,丰富选择,品质享受,给你难忘夏威夷游,立即预订!



Related Topics

- Material Properties - Material properties - density, heat capacity, viscosity and more - for gases, fluids and solids

Related Documents

- Structural Lumber - Properties of structural lumber
- Wood and Combustion Heat Values - Firewood and combustion heat values - Pine, Elm, Hickory and many more species
- Wood Species - Weight at various Moisture Contents - Weight of green and air-dry fuel wood
- Wood Columns - Safe loads
- Softwood Lumber Standard - Nominal and minimum-dressed sizes of lumber
- Density, Specific Weight and Specific Gravity - An introduction and definition of density, specific weight and specific gravity - formulas with examples

JA 29

Petitioner, Comments on Respondents' Final
Surrogate Value Comments (September 13,
2019)
PR 1356

**Wiley Rein LLP**

PUBLIC DOCUMENT

September 13, 2019

| |
|---|
| Case No. A-570-106 |
| Total Pages: 16 |
| Investigation |
| AD/CVD Operations, E&C Office II |
| **PUBLIC DOCUMENT** |

The Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
Attn: Enforcement and Compliance
APO/Dockets Unit, Room 18022
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Re:     ***Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China:*** Petitioner's Comments on Respondents' Final Surrogate Value Comments

On behalf of the American Kitchen Cabinet Alliance ("Petitioner"), we hereby submit these comments in response to surrogate value information and argument proffered by various respondents on September 3, 2019.[1] This submission contains new factual information within the meaning of 19 C.F.R. § 351.102(b)(21)(iii), *i.e.*, information submitted "to rebut, clarify, or correct such publicly available information submitted by any other interested party". These comments are filed 10 days after Shanghai Wen Bo Industries Co., Ltd.'s submission and are, therefore, timely filed.

In its submission, Wen Bo placed onto the record surrogate information obtained from Global Trade Information Services pertaining to imports of various goods into Romania during the Period of Investigation.  At the same time though, Wen Bo criticizes the nature of the

---

[1]     *See, e.g.*, Letter from Mowry & Grimson, PLLC to Sec'y of Commerce, re: *Wooden Cabinets and Vanities from the People's Republic of China: Factual Information to Value Factors of Production* (Sept. 3, 2019).

1776 K Street NW  |  Washington, DC 20006  |  202.719.7000                    wileyrein.com

The Honorable Wilbur L. Ross, Jr. Barcode:3890305-01 A-570-106 INV - Investigation  -
September 13, 2019                                                    **PUBLIC DOCUMENT**
Page 2

Romanian data – claiming that "Romania lacks import data for several key FOPs at commercial

quantities, rendering it an unreliable SV source."[2]  Wen Bo does not provide any guidance as to

what constitutes a "commercial quantity".  Wen Bo cites to respondent's Ancientree's August

19, 2019, submission in which respondents provide a total of two examples of Romanian

surrogates that the respondents take issue with.[3]  The standard used by Ancientree apparently is

"{c}ompared to the purchase quantities of respondents and the import quantity into Malaysia."

However, this standard is merely a self-conjured and results driven standard that has no legal or

precedential basis.

Indeed, when assessing the viability of surrogate values, the Department will examine

*both* the quantity of imports *and* whether the import unit values appear aberrational.  With

respect to imports of birch veneers, Petitioner hereby provides information relating to imports of

birch veneers into Austria, Bulgaria, the Czech Republic, Greece, Slovakia, and Slovenia.  *See*

**Exhibit 1.**  Like Romania, all of these countries are members of the European Union.  Further,

all of these countries geographically proximate to Romania,  Finally, Petitioner notes that

Bulgaria is currently – and has previously been - viewed as economically comparable by the

Department for purpose of surrogate values.[4]  The data demonstrate that the Romanian average

---

[2]      *Id.* at 2.

[3]      Letter from DeKieffer & Horgan to Sec'y of Commerce, re: *Wooden Cabinets and Vanities from the People's Republic of China: Rebuttal Preliminary Surrogate Value Submission* (Aug. 19, 2019) at 2.

[4]      *See, e.g.*, Memorandum from James Maeder to Jeffrey I. Kessler, re: *Issues and Decision Memorandum for the Final Results of the Antidumping Duty Administrative Review: Fresh Garlic from the People's Republic of China; 2016-2017* (July 18, 2019) at Cmt. 2 ("For the Preliminary Results, we selected Romania as the surrogate country from a list of countries at a level of economic development comparable to China including Romania, Mexico, Brazil, Bulgaria, Thailand, and South Africa").

The Honorable Wilbur L. Ross, Jr.
September 13, 2019                                                               **PUBLIC DOCUMENT**
Page 3

unit value of 622.47 Euros per cubic meter[5] fits squarely within a band of average unit values

from these other EU member countries.

Similarly, with respect to imports of poplar wood, Petitioner notes that Romania's import

average unit value for this type of wood again (991.25 Euros per cubic meter)[6] fits within the

band of average unit values reported by its brethren countries.[7]

In sum, there is no justifiable reason for Chinese respondents to object to these types of

surrogate values.

*        *        *

If you have any questions regarding this submission, please do not hesitate to contact us.

Respectfully submitted,

Timothy C. Brightbill, Esq.
Laura El-Sabaawi, Esq.
Jeffrey O. Frank, Esq.

*Counsel for Petitioner*

---

[5]       Letter from Wiley Rein LLP to Sec'y of Commerce, re: *Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Petitioner's Final Surrogate Value Comments* (Sept. 3, 2019) at Exhibit 1 and Exhibit 2.

[6]       *See id.*

[7]       *See* **Exhibit 2**.

Barcode:3890305-01 A-570-106 INV - Investigation  -

# EXHIBIT 1

Imports of Sawn Birch Saw Wood into European Countries - Jul. - Dec. 2018
Source: Eurostat

| Row Labels | Sum of Value (€) | Sum of Supp Qty. (M3) | AUV |
|---|---|---|---|
| **AUSTRIA** | **363840** | **1272** | **286.0377** |
| GERMANY (incl DD from 1991) | 5441 | 9 | |
| HUNGARY | 3969 | 6 | |
| ITALY | 10677 | 21 | |
| LATVIA | 83282 | 175 | |
| LITHUANIA | 139769 | 541 | |
| RUSSIAN FEDERATION (RUSSIA) | 120599 | 520 | |
| SWITZERLAND (incl. LI->1994) | 103 | 0 | |
| **BULGARIA** | **16472** | **9** | **1830.222** |
| AUSTRIA | 3809 | 9 | |
| FINLAND | 12663 | 0 | |
| **CZECHIA (CS->1992)** | **59504** | **158** | **376.6076** |
| AUSTRIA | 39379 | 67 | |
| GERMANY (incl DD from 1991) | 4396 | 6 | |
| ROMANIA | 0 | 2 | |
| SLOVAKIA | 9699 | 26 | |
| UKRAINE | 6030 | 57 | |
| **GREECE** | **27229** | **56** | **486.2321** |
| ITALY | 27229 | 56 | |
| **SLOVAKIA** | **58490** | **67** | **872.9851** |
| AUSTRIA | 455 | 1 | |
| CZECHIA (CS->1992) | 540 | 3 | |
| ITALY | 57495 | 63 | |
| **SLOVENIA** | **14774** | **17** | **869.0588** |
| AUSTRIA | 14774 | 17 | |
| **Grand Total** | **540309** | **1579** | |

| Reporter | Partner | Commodity | Flow | Month | Quantity (kg) | Supp.Qty. (M3) | Value [€] |
|---|---|---|---|---|---|---|---|
| SLOVENIA | AUSTRIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Jul. 2018 | 400 | 1 | 1625 |
| SLOVAKIA | AUSTRIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Jul. 2018 | 400 | 1 | 455 |
| BULGARIA | AUSTRIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Jul. 2018 | 3100 | 5 | 2467 |
| SLOVENIA | AUSTRIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Aug. 2018 | 2400 | 4 | 3497 |
| BULGARIA | AUSTRIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Sep. 2018 | 400 | 1 | 405 |
| SLOVENIA | AUSTRIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Sep. 2018 | 1200 | 2 | 1884 |
| SLOVENIA | AUSTRIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Oct. 2018 | 1200 | 2 | 1778 |
| BULGARIA | AUSTRIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Nov. 2018 | 1800 | 3 | 937 |
| SLOVENIA | AUSTRIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Nov. 2018 | 4600 | 8 | 5686 |
| SLOVENIA | AUSTRIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Dec. 2018 | 100 | 0 | 304 |
| CZECHIA (CS->1992) | AUSTRIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Jul. 2018 | 12100 | 8 | 4304 |
| CZECHIA (CS->1992) | AUSTRIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Sep. 2018 | 10400 | 14 | 7055 |
| CZECHIA (CS->1992) | AUSTRIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Oct. 2018 | 4000 | 6 | 5080 |
| CZECHIA (CS->1992) | AUSTRIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Nov. 2018 | 8800 | 39 | 22940 |
| SLOVAKIA | CZECHIA (CS->1992) | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Aug. 2018 | 1400 | 3 | 540 |
| BULGARIA | FINLAND | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Sep. 2018 | 200 | 0 | 6558 |
| BULGARIA | FINLAND | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Nov. 2018 | 200 | 0 | 6105 |
| AUSTRIA | GERMANY (incl DD from 1991) | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Aug. 2018 | 100 | 0 | 302 |
| CZECHIA (CS->1992) | GERMANY (incl DD from 1991) | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Sep. 2018 | 5200 | 6 | 3880 |
| AUSTRIA | GERMANY (incl DD from 1991) | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Oct. 2018 | 2300 | 4 | 2215 |
| AUSTRIA | GERMANY (incl DD from 1991) | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Nov. 2018 | 1600 | 2 | 1426 |
| CZECHIA (CS->1992) | GERMANY (incl DD from 1991) | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Dec. 2018 | 100 | 0 | 516 |
| AUSTRIA | GERMANY (incl DD from 1991) | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Dec. 2018 | 2000 | 3 | 1498 |
| AUSTRIA | HUNGARY | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Aug. 2018 | 3500 | 6 | 3969 |
| SLOVAKIA | ITALY | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Oct. 2018 | 17000 | 25 | 22609 |
| AUSTRIA | ITALY | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Nov. 2018 | 24900 | 38 | 34886 |
| AUSTRIA | ITALY | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Jul. 2018 | 8800 | 14 | 6810 |
| AUSTRIA | ITALY | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Aug. 2018 | 3200 | 5 | 3257 |
| GREECE | ITALY | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Aug. 2018 | 24000 | 28 | 13516 |
| AUSTRIA | ITALY | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Nov. 2018 | 1000 | 2 | 610 |
| GREECE | ITALY | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Dec. 2018 | 24000 | 28 | 13713 |
| AUSTRIA | LATVIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Aug. 2018 | 27400 | 46 | 23832 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AUSTRIA | LATVIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Nov. 2018 | 38800 | 65 | 30030 |
| AUSTRIA | LATVIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Dec. 2018 | 38100 | 64 | 29420 |
| AUSTRIA | LITHUANIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Jul. 2018 | 14800 | 20 | 7362 |
| AUSTRIA | LITHUANIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Aug. 2018 | 82000 | 118 | 26845 |
| AUSTRIA | LITHUANIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Sep. 2018 | 37500 | 71 | 15530 |
| AUSTRIA | LITHUANIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Oct. 2018 | 65700 | 99 | 29541 |
| AUSTRIA | LITHUANIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Nov. 2018 | 122700 | 176 | 45959 |
| AUSTRIA | LITHUANIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Dec. 2018 | 44000 | 57 | 14532 |
| CZECHIA (CS->1992) | ROMANIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Dec. 2018 | 800 | 2 | 0 |
| AUSTRIA | RUSSIAN FEDERATION (RUSSIA) | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Jul. 2018 | 89400 | 125 | 29033 |
| AUSTRIA | RUSSIAN FEDERATION (RUSSIA) | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Aug. 2018 | 221100 | 355 | 81597 |
| AUSTRIA | RUSSIAN FEDERATION (RUSSIA) | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Nov. 2018 | 20000 | 40 | 9969 |
| CZECHIA (CS->1992) | SLOVAKIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Nov. 2018 | 900 | 1 | 3068 |
| CZECHIA (CS->1992) | SLOVAKIA | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Dec. 2018 | 12600 | 25 | 6631 |
| AUSTRIA | SWITZERLAND (incl. LI->1994) | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Sep. 2018 | 100 | 0 | 103 |
| CZECHIA (CS->1992) | UKRAINE | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Jul. 2018 | 11600 | 20 | 2033 |
| CZECHIA (CS->1992) | UKRAINE | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Aug. 2018 | 10100 | 19 | 2027 |
| CZECHIA (CS->1992) | UKRAINE | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Oct. 2018 | 3200 | 5 | 551 |
| CZECHIA (CS->1992) | UKRAINE | BIRCH 'BETULA SPP.', SAWN OR CHIPPED LENGTHWISE, SLICED OR PEELED, OF A THICKNESS OF > 6 MM (EXCL. PLANED, SANDED OR END-JOINTED) | IMPORT | Nov. 2018 | 9100 | 13 | 1419 |

JA 30

Ancientree, Fourth Supplemental Questionnaire
Response (September 18, 2019)
PR 1367; CR 1365-1366

LAW OFFICES OF
## DEKIEFFER & HORGAN, PLLC
1090 VERMONT AVENUE, N.W.
SUITE 410
WASHINGTON, D.C. 20005

GREGORY S. MENEGAZ
TEL 202-783-6900

AFFILIATED OFFICE:
SAARBRÜCKEN, GERMANY

GMENEGAZ@DHLAW.COM
DHLAW.COM

September 18, 2019

Electronic Filing

A-570-106
Investigation
POI: 07/01/2018-12/31/2018
AD/CVD Operations

Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
Room 18022
U.S. Dept. of Commerce
Washington, D.C. 20230

**Public Version**

Business proprietary information
contained within brackets deleted or
ranged on pages 1, 2, 5-9, 16, 18, 20, 22,
24, 25, 28-31 & 33 and in Exhibits SQ4-
1 through SQ4-8 & SQ4-10 through
SQ4-39.

**May be released under APO**

### RE:     *Wooden Cabinets and Vanities from the People's Republic of China*:
### Response to Fourth Supplemental Questionnaire

Dear Mr. Secretary:

On behalf of The Ancientree Cabinet Co., Ltd. ("Ancientree"), a Chinese exporter of

wooden cabinets and vanities, we hereby submit its response to the Department's Fourth

Supplemental Questionnaire: Sales Reconciliation and Section D.

*          *          *

Certain information contained herein is business confidential data that is proprietary.

This information is enclosed with brackets ("[ ]"). Disclosure of this information would cause

substantial competitive and commercial harm to the parties. Such data is marked "Contains

Proprietary Information." Confidential treatment, subject to administrative protective order, is

requested pursuant to 19 C.F.R. §351.105(c).

Barcode:3891409-01 A-570-106 INV - Investigation  -

**Wooden Cabinets and Vanities from the PRC**

**A-570-106**

**POI: 07/01/2018-12/31/2018**

## The Ancientree Cabinet Co., Ltd.
### ("Ancientree")

## SALES RECONCILIATION AND SECTION D
## SUPPLEMENTAL QUESTIONNAIRE RESPONSE

**September 18, 2019 (as extended)**

NOTE:       In accordance with 19 CFR 351.303(e), "A document submitted in a foreign language must be accompanied by an English translation of the entire document or of only pertinent portions, where appropriate, unless the Secretary waives this requirement for an individual document. A party must obtain the Department's approval for submission of an English translation of only portions of a document prior to submission to the Department."

NOTE:       Please repeat the question prior to giving your response when responding to this supplemental questionnaire.

NOTE:       If a calculation worksheet is requested, please submit the requested worksheet in hardcopy format as well as electronic format in Excel.

NOTE:       If changes to your Section C U.S. Sales database, or Section D, Factors of Production databases are required, please re-submit them accordingly.

**Response: During the preparation of the response to this supplemental questionnaire, Ancientree determined certain minor errors in its previous submissions, and has therefore updated its section C database at Exhibit SQ4-1.1 and Section D Weighted average Unit FOP at Exhibit SQ4-1.2, as indicated below.**

**1)       Ancientree has made five product CONNUM corrections, in particular for its drawer and/or door counts corrected at fields 3.4 and field 3.5 in the section C database. The affected CONNUMs had very small sales quantities, i.e. [     ] Pcs or [     ]% of the**

1

Barcode:3891409-01 A-570-106 INV - Investigation  -

**Wooden Cabinets and Vanities from the PRC**
**A-570-106**
**POI: 07/01/2018-12/31/2018**

**THE ANCIENTREE CABINET CO., LTD.**
**("ANCIENTREE")**

**FOURTH SUPPLEMENTAL QUESTIONNAIRE RESPONSE**
**SALES RECONCILIATION AND SECTION D**

**September 18, 2019**

**List of Exhibits**

| | |
|---|---|
| Exhibit SQ4-1.1 | Revised U.S. Sales Database |
| Exhibit SQ4-1.2 | Revised Weight-averaged CONNUM Unit FOP |
| Exhibit SQ4-2 | Supporting Documents for Third Country Sale |
| Exhibit SQ4-3 | Supporting Documents for Pre-POI Sale Accounted in POI |
| Exhibit SQ4-4 | Supporting Documents for POI Sale Accounted after POI |
| Exhibit SQ4-5 | Supporting Documents for Sales of Non-subject Merchandise |
| Exhibit SQ4-6.1 | Pictures of Display Samples |
| Exhibit SQ4-6.2 | Invoices Containing Display Samples |
| Exhibit SQ4-7 | Purchase Invoice for the Non-subject Merchandise |
| Exhibit SQ4-8 | Factory Layout |
| Exhibit SQ4-9 | List of Unit of Measure |
| Exhibit SQ4-10 | Revised Production Flowchart |
| Exhibit SQ4-11 | Revised Affiliation Chart |
| Exhibit SQ4-12 | FOP Spreadsheets as per Appendix VI |
| Exhibit SQ4-13 | Input Functions |
| Exhibit SQ4-14 | Sample Bills of Materials |

Filed By: sbomberger@dhlaw.com, Filed Date: 9/18/19 12:48 PM, Submission Status: Approved

| Exhibit SQ4-15.1 | Monthly Material Consumption Summary |
|---|---|
| Exhibit SQ4-15.2 | Selected Accounts |
| Exhibit SQ4-16.1 | Revised Production and Materials FOP |
| Exhibit SQ4-16.2 | Revised Materials CONNUM FOP |
| Exhibit SQ4-17.1 | Revised SP & Packing FOP |
| Exhibit SQ4-17.2 | Revised SP & Packing CONNUM FOP |
| Exhibit SQ4-18.1 | Map for SIGMA Distance |
| Exhibit SQ4-18.2 | Evidence of Container Shipment through Huai'an Port |
| Exhibit SQ4-18.3 | Calculation of Supplier Distances |
| Exhibit SQ4-19 | Direct and Indirect Labor Hour Calculation for Selected CONNUMs |
| Exhibit SQ4-20 | Selected Monthly Attendance Sheets |
| Exhibit SQ4-21 | Monthly Energy Consumption Summary |
| Exhibit SQ4-22 | Energy Consumption Calculation for Selected CONNUMs |
| Exhibit SQ4-23 | Sample Electricity Bills |
| Exhibit SQ4-24 | Payment for Wood Scrap Sales in December 2018 |
| Exhibit SQ4-25 | Revised By-product Sales Chart as per Appendix VI |
| Exhibit SQ4-26 | Supporting Documents for Total Wood Scrap Sales in October 2018 |
| Exhibit SQ4-27 | Sample Wood Scrap Sales Documents for Each Month of the POI |
| Exhibit SQ4-28 | Supporting Documents for Total Wood Scrap Sales in November 2018 |
| Exhibit SQ4-29 | Explanation of Packing Material and Functions |
| Exhibit SQ4-30 | Updated Net Weight and Gross Weight Calculation |
| Exhibit SQ4-31 | Packing Material Consumption for Selected CONNUMs |
| Exhibit SQ4-32 | Resubmission of Exhibit D-7 in Excel Format |
| Exhibit SQ4-33 | Breakout of Auxiliary Materials |

| Exhibit SQ4-34 | Breakout of Overhead |
|---|---|
| Exhibit SQ4-35 | Monthly Financial Reports |
| Exhibit SQ4-36 | POI COGS Ledger Trial Balance |
| Exhibit SQ4-37 | POI Finished Goods Ledger Trial Balance |
| Exhibit SQ4-38 | Revised Exhibit SQ2-7 Supporting Document for Sales Reconciliation Line Item H |
| Exhibit SQ4-39 | Revised Sales Reconciliation Worksheet |

Barcode:3891409-01 A-570-106 INV - Investigation  -

# Exhibit SQ4-10

# Revised Production Flowchart

Exhibit SQ4-10 Revised Production Flowchart

Ancientree

PAGES NOT SUSCEPTIBLE TO

PUBLIC SUMMARY

Barcode:3891409-01 A-570-106 INV - Investigation  -

# Exhibit SQ4-12

# FOP Spreadsheets as per Appendix VI

Factors of Production and U.S. Price Adjustments Spreadsheet

| | | | | | | |
|---|---|---|---|---|---|---|
| Date of current filing: | | | | | | |
| Case #: | A-570-106 | | | | | |
| Case Name: | Wooden Cabinets and Vanity from China | | | | | |
| Segment and POR/POI: | 07/01/2019-12/31/2018 | | | | | |
| Respondent Name: | The Ancientree Cabinet Co.Ltd | | | | | |
| Production Facility: | The Ancientree Cabinet Co Ltd | | | | | |

**Variable Summary Sheet**

| A | | B | C | D (HTS) | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | Variable name | Full Name | HTS | NME, ME, Both, or N/A (Where Applicable for U.S. Price Adjustments) | NME POI/POR Purchase Quantity | ME POI/POR Purchase Quantity | Column E Percentage of Total During the POI/POR | Column F Percentage of Total During the POI/POR | Reported Units of Measure¹ (FOP consumption or U.S. price adjustment) | Conversion Factor to Weight Basis from Column I, if | Variable Value - Record cite² (cite to most updated variable value on the record) | Variable Description - Record cite² (cite to most recent discussion of variable description) |
| **Material Inputs ( _MAT )** | 2 1 | BIRSW | Birch_Sawnwood | 440796 | NME | | | 0 | 100% | 0% | M3 | N/A | | |
| | 2 2 | OAKSW | Oak Sawnwood | 4407919090 | NME | | | 0 | 100% | 0% | M3 | N/A | | |
| | 2 3 | FRASW | Fraxinus_Mandshurica_Sawnwood | 44079910 | NME | | | 0 | 100% | 0% | M3 | N/A | | |
| | 2 4 | BASSW | Basswood_Sawnwood | 44079910 | NME | | | 0 | 100% | 0% | M3 | N/A | | |
| | 2 5 | POPSW | Poplar_Sawnwood | 4407979090 | NME | | 953 | 0 | 100% | 0% | M3 | N/A | | |
| | 2 6 | PLWD | Plywood | 441233 | NME | | | 0 | 100% | 0% | M3 | N/A | | |
| | 2 7 | PTBU | Particleboard | 441011 | NME | | | 0 | 100% | 0% | M3 | N/A | | |
| | 2 8 | MDF | MDF | 441114 | NME | | | 0 | 100% | 0% | M3 | N/A | | |
| | 2 9 | SDPU | Sand Paper | 6805.20 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 2 10 | SCLU | Sand Cloth | 6805.10 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 2 11 | NALU | Nails | 7317.00 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 2 12 | EBDU | Edge Band | 3926.90.20 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 2 13 | TPEU | Tape | 3920.10 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 2 14 | GLUU | Glue | 35069100 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 2 15 | PATU | Paint | 3209.10 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 2 16 | CLCTU | Color  Concentrate | 3204.17 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 2 17 | THINU | Thinner | 3814.00 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 2 18 | PUTU | Putty | 3214.10 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 2 19 | ALCU | Alcoholic | 2905.59 | NME | | 3,311 | 0 | 100% | 0% | KG | N/A | | |
| | 2 20 | SLRU | Slide Rail | 8302.42 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 2 21 | HINU | Hinge | 8302.10 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 2 22 | MTCNU | Metal Connectors | 7318.24 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 2 23 | PLCNU | Plastic Connectors | 3926.90 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 2 24 | WDCNU | Wood Connectors | 4419.90 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 2 25 | SCRU | Screw | 7318.12 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 2 26 | NRPU | Noise Reduction Pad | 3921.19 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 2 27 | GLSU | Glass | 7009.91 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Labor ( _LBR )** | 3 0 | DRLB | Direct Labor | N/A | NME | | | 0 | 100% | 0% | HOUR | N/A | | |
| | 4 0 | INDLB | Indirect_Labor | N/A | NME | | 20,812 | 0 | 100% | 0% | HOUR | N/A | | |
| | | | | | | | | | | | | | | |
| **Energy ( _ENE )** | 5 1 | ELEC | Electricity | N/A | NME | | | 0 | 100% | 0% | KWH | N/A | | |
| | 5 2 | STEAM | Steam | 271111 | NME | | | 0 | 100% | 0% | MT | N/A | | |
| | 5 3 | WATER | Water | N/A | NME | | | 0 | 100% | 0% | MT | N/A | | |
| **By-Products ( _BPD )** | 6 0 | WDSCRP | Wood_Scrap | 4401.39 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | | | | | | | | | | | | | | |
| | 7 1 | EPEU | EPE | 3921.19 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 7 2 | PLFU | Poly_Foam | 3903.1190 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 7 3 | CORPAPU | Corrugate Paperboard | 4808.10 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 7 4 | BFMU | Bubble  Film | 3923.29 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 7 5 | PAPLU | Paper_Label | 4802.56 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 7 6 | PLBU | Plastic Bag | 392329 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| | 7 7 | PMNU | Paper Manual | 4901.10 | NME | | | 0 | 100% | 0% | KG | N/A | | |
| **Packing Labor ( _LBR )** | 8 0 | PACLB | Packing_Labor | N/A | NME | | 54,098 | 0 | 100% | 0% | HOUR | N/A | | |
| **Transportation ( _TRK , _RAL , _BRG , _SHP , _OTH )** | | | | | | | | | | | | | | |

Filed By: sbomberger@dhr-law.com - Filed Date: 9/18/19 12:18 PM - Submission Status: Approved
Barcode:3891409-01 A-570-106 INV - Investigation -
PUBLIC VERSION

JA 31

Ancientree, Pre-Preliminary Comments
(September 19, 2019)
PR 1371

LAW OFFICES OF

DEKIEFFER & HORGAN, PLLC
1090 VERMONT AVENUE, N.W.
SUITE 410
WASHINGTON, D.C. 20005

GREGORY S. MENEGAZ
TEL 202-783-6900

AFFILIATED OFFICE:
SAARBRÜCKEN, GERMANY

GMENEGAZ@DHLAW.COM
DHLAW.COM

September 19, 2019

Electronic Filing

Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
Room 18022
U.S. Dept. of Commerce
Washington, D.C. 20230

A-570-106
Investigation
POI: 07/01/2018-12/31/2018
AD/CVD Operations

**Public Document**

RE:    *Wooden Cabinets and Vanities from the People's Republic of China*:
        **Pre-Preliminary Comments**

Dear Mr. Secretary:

On behalf of The Ancientree Cabinet Co., Ltd ("Ancientree"), a Chinese exporter of

wooden cabinets and vanities, we hereby submit comments for the Department's consideration in

the preliminary results. The Department should select Malaysia as the primary surrogate country

in this investigation. Malaysia sources the best available information to value respondents'

inputs.

The Department has often made surrogate country determinations based on the

comparability and quantity of financial statements. *See Certain Activated Carbon From the*

*People's Republic of China; 2010-2011; Final Results of Antidumping Duty Administrative*

*Review*, 77 Fed. Reg. 67,337 (Dep't Comm. Nov. 9, 2012), and accompanying IDM at Cmt. 1F

(after preliminarily finding Thailand to be the most suitable surrogate country, the Department

changed its position in the final results, selecting the Philippines because multiple Philippines

financial statements provided a broader market average than the sole Thai statement, satisfying

the Department's "preference for using multiple financial statements."). This preference is based

on the Department's understanding that there may be certain cost distortions in one company's

financial situation, so using multiple financial statements reduces the potential for such

distortions in the comparable industry. *See, e.g., Steel Wire Garment Hangers from the People's*

*Republic of China: Final Results of Antidumping Duty Administrative Review, 2010-2011*, 78

Fed. Reg. 28,803 (May 16, 2013) and accompanying *Issues & Decision Memo* at Cmt. 1D.

Malaysia sources eight financial statements while the record only has one Romanian financial

statement. Moreover, the Malaysian financial statements are from producers of identical

merchandise or producers of more comparable merchandise than the Romanian financial

statement.

The record contains eight financial statements. *See* Ancientree Prelim. SVs at Exhibit 9

(Sin Heng financial statement); Ancientree Final SVs at Exhibit 3 (Lii Hen financial statement),

Exhibit 4 (Poh Huat financial statement), Exhibit 5 (Poh Huat Furniture Industries financial

statement), Exhibit 6 (CT Heng financial statement), Exhibit 7 (Yeo Aik Wood financial

statement), and Exhibit 8 (Latitude Tree financial statement); *see also* Foremost Final SVs at

Exhibit FSV-3 (Sern Kou Resources). Five of these financial statements overlap with the period

of investigation while three are slightly less contemporaneous.

Sin Heng's audited financial statements confirm that its principal business is in

manufacturing of wood furniture products, comparable to Ancientree's products and includes

some identical wooden cabinets. Sin Heng financial statement at 14. Another manufacturer - Lii

Hen's revenue, was "wholly generated from the sales of furniture products" in 2018, and it has

"six major subsidiary companies that are involved in the manufacturer of a vast range of wood

2

based products." Lii Hen financial statement at 2, 4. Lii Hen's "main raw materials used in the manufacturing of the furniture products are mainly wood that comprise of solid wood, particleboard, veneers, MDF, plywood, pine wood and oak wood" and other finishing/packing materials. *Id.* at 7. As such, Lii Hen is a significant manufacturer of wooden furniture, and mostly importantly, produces identical merchandise. *Id.* at 161-169. Poh Huat is another wooden furniture manufacturer, whose principal products are bedroom suites and home-office suits. Poh Huat's manufactured bedroom suits include "nightstands, chest of drawers, dressers", and "home-office suits are integrated home-workstation incorporating drawers, filing cabinet,…." *See* Poh Hua financial statement at 12-14; *id.* at 153-190 (screenshots of Poh Hua's wooden drawers, cabinets, beds). Therefore, Poh Hua is a producer of identical merchandise. Latitude Tree is also a manufacturer of "wooden furniture and components." *See* Latitude Tree financial statement at 1. Moreover, Latitude Tree's product line includes various kinds of wooden cabinets. *Id.* at 62. CT Heng mainly produces wooden furniture such as dining sets and beds. *See* CT Heng financial statement at 1, 42-57. Yeo Aik Wood's principal activities are manufacturing and selling of furniture, in particularly wooden table sets and beds. *See* Yeo Aik Wood financial statement at 1, 60-63. Sern Kou Resources is a furniture manufacturer, primarily producing wooden dining furniture. *See* Kern Kou Resources financial statement at 2. All of the above companies' principal business is in manufacturing identical merchandise or highly comparable wooden furniture.

In contrast, the Romanian financial statement is from Sigstrat S.A. Sigstrat's primary activity is the manufacturing of plywood and veneer. *See* Pet. Prelim. SVs at Exhibit 10 (Sigstrat 2018 financial statement). Sigstrat also produces other wooden furniture, but its primary business remains plywood and veener. Further, there is no information that Sigstrat produces

3

cabinets. Therefore Malaysia sources eight statements from producers of identical and highly comparable merchandise, while Romania only sources a single financial statement from a less comparable producer.

Additionally, Ancientree also provided information on additional cabinet producers in Malaysia. *See* Ancientree Final SVs at Exhibit 9. Therefore, this information and the financial statements from cabinet producers discussed above, constitutes a significant amount of information on the record that Malaysia is a significant producer of <u>identical</u> merchandise. In contrast, the information regarding Romania's production is based solely on export data from basket category HTS of wooden furniture and the record contains only one statement from a comparable producer. *See* Ancientree SC Comments at Attachment 1 (world export data).

Lastly, Malaysia sources reliable specific information for both of Ancientree's primary raw materials, birch sawnwood and poplar sawnwood. In contrast, Romania lacks a specific or reliable surrogate value for poplar sawnwood. Ancientree has submitted HTS 4407.96.90.90 to value its birch sawnwood which is specific to birch sawnwood other than planed or end-jointed because Ancientree's sawnwood is not planed or end-jointed. *See* Ancientree Prelim. SVs at Exhibit 2 ("Of birch (Betula spp.): Other than Planed, sanded or end-jointed: Other than Sawn lengthwise and Sliced or peeled"). Likewise, for its poplar sawnwood, Ancientree submitted HTS 4407.97.90.90 which is specific to poplar sawnwood other than planed or end-jointed. *Id.* ("Of poplar and aspen (Populus spp.)": Other than Planed, sanded or end-jointed: Other than Sawn lengthwise and Sliced or peeled").

While the Romanian tariff schedule has a specific HTS for poplar sawnwood, other than planed or end-jointed, 4407.97.99, Romania has no imports under this HTS. Petitioner submitted

4

JA 32

Foremost, Supplemental Section D
Questionnaire Response (September 23, 2019)
PR 1392; CR 1388

Barcode:3893193-01 A-570-106 INV - Investigation -

# Arnold&Porter

**J. David Park**
+1 202.942.5646 Direct
David.Park@arnoldporter.com

September 24, 2019

Case No. A-570-106
Total Pages:  163
Investigation

ITA/EC/Office V

Business proprietary information of Foremost
removed from pages SD-1-SD-6, SD-8-SD-9, SD-11-
SD-27, the List of Exhibits, and all Exhibits.

**PUBLIC VERSION**

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
International Trade Administration
Enforcement & Compliance
APO/Dockets Unit, Room 18022
14th Street & Constitution Avenue, NW
Washington, DC  20230

Re:     <u>**Wooden Cabinets and Vanities and Components Thereof from the People's
Republic of China:  Foremost's Supplemental Section D Questionnaire
Response**</u>

Dear Secretary Ross:

On behalf of Rizhao Foremost Woodwork Manufacturing Company Ltd. ("Foremost"),

we hereby submit Foremost's Supplemental Section D Questionnaire Response to the

Department's September 9, 2019 Section D Supplemental Questionnaire in the above-referenced

investigation.  This response is timely filed in accordance with the Department's September 20,

2019 letter.

Filed By: leslie.bailey@apks.com, Filed Date: 9/24/19 12:14 PM, Submission Status: Approved

Barcode:3893193-01 A-570-106 INV - Investigation  -

A-570-106
Investigation
POI: 07/01/2018 – 12/31/2018
E&C/OV: RG

**Public Version**

**BEFORE THE**
**UNITED STATES DEPARTMENT OF COMMERCE**
**INTERNATIONAL TRADE ADMINISTRATION**

**LESS-THAN-FAIR-VALUE INVESTIGATION OF WOODEN CABINETS AND VANITIES**
**AND COMPONENTS THEREOF FROM THE PEOPLE'S REPUBLIC OF CHINA**

**RESPONSE OF RIZHAO FOREMOST WOODWORK**
**MANUFACTURING COMPANY LTD.**
**TO THE DEPARTMENT'S SEPTEMBER 10, 2019 (DATE RELEASED)**
**SUPPLEMENTAL QUESTIONNAIRE**
**SECTION D**

**J. David Park**
**Michael T. Shor**
**Phyllis L. Derrick**
**Lynn Fischer Fox**
**Henry D. Almond**
**Rick Johnson**
**Daniel R. Wilson**
**Leslie C. Bailey**
**Kang Woo Lee**
**Jean Chang**
**Henry B. Morris**

**ARNOLD & PORTER KAYE SCHOLER LLP**
**601 Massachusetts Ave., NW**
**Washington, DC  20001**
**(202) 942-5000**

**Date Submitted:  September 24, 2019**

**ANSWER:**    The difference is the wood consumption for non-subject merchandise and

kitchen set (subject merchandise the Department exempted from FOP reporting).

   b.   **At Exhibit D-9 of your SDQR, you calculate the variance ratios for [
               ].  You report the actual consumption of [                    ] and the
        actual consumption of [              ] as [          ].  However, at Exhibit D-11, you report
        the total consumption of solid wood as [          ] and the total consumption of wooden panels
        as [          ].  Please resolve this discrepancy.**

**ANSWER:**    The difference is wood consumption for non-subject merchandise and

kitchen sets (subject merchandise the Department exempted from FOP reporting).

   c.   **In your FOP database, you report the total solid wood consumed for CONNUM
        [                  ] is [          ].  In your FOP database, you report the total wooden panel
        consumed for this CONNUM is [              ].  At Exhibit D-11 of your SDQR, you report the
        total consumption for this CONNUM of solid wood is [          ] and of wooden panel is [          ].
        Please explain these differences between the solid wood and wooden panels and submit
        documentation supporting your response.**

**ANSWER:**    Please see **Exhibit SD-27c** to explain the discrepancy between the FOP

database and Exhibit D-11.

28.  **At Exhibit D-11 of your SDQR, you calculate direct labor hours.  On page 16 of your SDQR, you state
     that "{f}or those SKUs which used tolling services in the POI for certain production function...actual
     labor hours of the tollers are included."  You report tolling labor hours for: "Paulownia Board,"
     "White Poplar Sawn timber," "Veneering," "Semi-finished Parts," "Tolling and Semi-finished Parts,"
     and "Packing for Hardware."  On pages 19-20 of your SAQR, you provide two tables, one titled "Parts"
     and the other titled "Tollers."**

   a.  **Please clarify whether you are reporting the labor hours for raw material inputs purchased
       from suppliers (identified in your SAQR "Parts" table), e.g. [
                                        ].**

**ANSWER:**    In the FOP database, the labor hours include the tollers/suppliers' labor

hours for tolling or processing the inputs into the requested specification that FWM purchased

from them.

   b.  **If the columns at Exhibit D-11 titled "Paulownia Board," 'White Poplar Sawn Timber,"
       "Veneers," and "Semi-finished Parts" represent tolling services, and not raw material inputs,
       please describe each service provided and provide documentation to support your response.**

**ANSWER:**    Paulownia Board services involve puzzling and gluing the paulownia wood

into a cuboid board.  White Poplar Sawn Timber services are cutting the wood lumber into a more

regular size.  Veneers services involve pasting veneers onto wooden board and semi-finished parts

# LIST OF EXHIBITS

**Description**                                                                                           **Exhibit Number**

DRAWER reporting ........................................................................................................SD-2

DOOR reporting..........................................................................................................SD-3

Correspondence with [            ] ........................................................................SD-4

Outsourced [            ]...........................................................................................SD-5c*

Custom kitchens: Number of cabinets ......................................................................SD-7a*

Output quantity by product code................................................................................SD-8*

Documentation: weight for ([                        ]) ......................................................SD-10

Documentation: country of origin...............................................................................SD-11

Revised production flowchart and equipment .............................................................SD-12*

Conversion ratios for SW, board and veneers............................................................SD-14*

Revised variance ratios ..............................................................................................SD-15*

Additional conversion ratios for selected product codes ............................................SD-16c*

Input for selected product code..................................................................................SD-16d*

Ending inventory for CONNUM [                        ]...................................................SD-18

BOM Buildup................................................................................................................SD-19c

Exhibit D-6-3 (Pre-POI Database)...............................................................................SD-21

Revised Exhibit D-10 (sigma distance capping)..........................................................SD-23*

Sample invoice for input purchased from FGI.............................................................SD-24g-iv

POI labor hours record................................................................................................SD-26a*

Revised direct and indirect labor hours allocation worksheet ....................................SD-26b*

Reconciliation of SW and board consumption for FOP and Exhibit D-11 ...................SD-27c*

Reconciliation of packed volume and dimensions in U.S. sales database ..................SD-34a*

Revised packing labor hours allocation  worksheet....................................................SD-34c*

Reconciliation of COGS with FOP...............................................................................SD-35c*

i

**<u>Description</u>**                                                                                    **<u>Exhibit Number</u>**

Reconciliation: MDF ................................................................................................................. SD-36a

Exhibit D-14-2 (August 2018 labor hours): Additional translation ................................................. SD-38b*

Reconciliation of labor, energy, and MDF ...................................................................... SD-39*

FOP Database printout, file layout ........................................................................ SD-Additional Information

\* Submitted in Excel format

JA 33

Department, Preliminary Surrogate Value
Memo (October 3, 2019)
PR 1411-1412

UNITED STATES DEPARTMENT OF COMMERCE
International Trade Administration
Washington, D.C. 20230

A-570-106
Investigation
~~Proprietary Document~~
E&C/V:   KJA
Public Version

October 2, 2019

MEMORANDUM TO:   The File

THROUGH:   Emily Halle
Acting Program Manager, Office V
Enforcement & Compliance

FROM:   Kabir Archuletta
Senior International Trade Analyst, Office V
Enforcement & Compliance

RE:   Antidumping Duty Investigation of Wooden Cabinets and Vanities and
Components Thereof from the People's Republic of China:
Surrogate Value Memorandum for the Preliminary Determination

---

**SUMMARY**

The Department of Commerce (Commerce) is conducting an investigation of wooden cabinets and vanities and components thereof from the People's Republic of China (China).   This memorandum outlines the methodology and selection of surrogate values used in the calculation of normal value (NV) and export price (EP) for the preliminary determination of this proceeding. Commerce has determined that Romania is the appropriate surrogate country to use for the preliminary determination in this investigation.[1]   For an explanation of the decision to select Romania as the primary surrogate country for the preliminary determination, *see* the Preliminary Decision Memorandum.   In selecting the surrogate values (SVs) detailed below, Commerce reviewed and evaluated the comments received from the petitioner,[2] The Ancientree Cabinet

---

[1]  *See* Memorandum, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:   Decision Memorandum for Preliminary Affirmative Determination of Sales at Less-Than-Fair Value," dated October 2, 2019 (Preliminary Decision Memorandum).

[2]  The petitioner is American Kitchen Cabinet Alliance.   *See* Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:   Surrogate Country Comments," dated July 16, 2019; Petitioner's Letter, "Wooden Cabinets and Vanities and Components, Thereof from the People's Republic of China:   Petitioner's Initial Surrogate Value Comments," dated August 7, 2019 (Petitioner SV Comments); Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Petitioner's Initial Rebuttal Surrogate Value Comments," dated August 19, 2019; Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:   Petitioner's Final Surrogate Value Comments," dated September 3, 2019 (Petitioner's Pre-prelim SV Comments); and Petitioner's Letter, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:   Petitioner's Comments on Respondents' Final Surrogate Value Comments," dated September 13, 2019 (Petitioner Pre-prelim SV Rebuttal Comments).

Attachment List
*Contained in the accompanying electronic file*

| | |
|---|---|
| Attachment 1: | Ancientree Summary Spreadsheet |
| Attachment 2: | Foremost Summary Spreadsheet      ~~(contains BPI)~~ |
| Attachment 3a-f: | GTA Data |
| Attachment 4: | Exports of Comparable Merchandise |
| Attachment 5: | Labor |
| Attachment 6: | Water |
| Attachment 7: | Electricity |
| Attachment 8: | Natural Gas |
| Attachment 9: | Steam |
| Attachment 10: | Inland Freight |
| Attachment 11: | Brokerage and Handling |
| Attachment 12: | Financial Ratios |

A-570-106
China Cabinets and Vanitie
Investigation
Ancientree SV Summary
Wooden Cabinets and Vanities from the People's Republic of China (A-570-106
PRELIM Determination Surrogate Value

**Summary of Surrogate Values**

| Category | Factor Input Name | HTS Number | Source Of Data | Period Data From | Source Value | Source Unit | | | Reported Unit for Factor Usage (THIS IS | Conversion Needed? | Unit Conversion Factor | Inflator/ Deflator | Variable Name | ME Purchase or Surrogate Value | Converted Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAW MATERIALS | Birch_Sawnwood | 440796 | GTA | POI | 602.73 | EUR | M3 | | M3 | NO | 1 | 1.000 | BIRSWSV | 602.7259 | Euro/M3 |
| | Oak_Sawnwood | 440791900 | GTA | POI | 801.45 | EUR | M3 | | M3 | NO | 1 | 1.000 | OAKSWSV | 801.4539 | Euro/M3 |
| | Fraxinus_mandshurica_Sawnwood | 440799590 | GTA | POI | 566.37 | EUR | M3 | | M3 | NO | 1 | 1.000 | FRASWSV | 566.3729 | Euro/M3 |
| | Basswood_Sawnwood | 440799990 | GTA | POI | 921.14 | EUR | M3 | | M3 | NO | 1 | 1.000 | BASSWSV | 921.1419 | Euro/M3 |
| | Poplar_Sawnwood | 440797 | GTA | POI | 150.73 | EUR | M3 | | M3 | NO | 1 | 1.000 | POPSWSV | 150.7346 | Euro/M3 |
| | Plywood | 44123300 | GTA | POI | 483.36 | EUR | M3 | | M3 | NO | 1 | 1.000 | PLWDSV | 483.3599 | Euro/M3 |
| | Particleboard | 44101190 | GTA | POI | 562.89 | EUR | M3 | | M3 | NO | 1 | 1.000 | PTBUSV | 562.8890 | Euro/M3 |
| | MDF | 44111490 | GTA | POI | 448.55 | EUR | M3 | | M3 | NO | 1 | 1.000 | MDFSV | 448.5499 | Euro/M3 |
| | Sand paper | 68052000 | GTA | POI | 10019.12 | EUR | MT | | KG | YES | 0.001 | 1.000 | SDPUSV | 10.0191 | Euro/KG |
| | Sand cloth | 68051000 | GTA | POI | 6527.08 | EUR | MT | | KG | YES | 0.001 | 1.000 | SCLUSV | 6.5271 | Euro/KG |
| | Nails | 73170020 | GTA | POI | 1526.73 | EUR | MT | | KG | YES | 0.001 | 1.000 | NALUSV | 1.5267 | Euro/KG |
| | Edge band | 39269097 | GTA | POI | 8244.97 | EUR | MT | | KG | YES | 0.001 | 1.000 | EBDUSV | 8.2450 | Euro/KG |
| | Tape | 39191080 | GTA | POI | 7471.28 | EUR | MT | | KG | YES | 0.001 | 1.000 | TPEUSV | 7.4713 | Euro/KG |
| | Glue | 35061000 | GTA | POI | 4991.43 | EUR | MT | | KG | YES | 0.001 | 1.000 | GLUUSV | 4.9914 | Euro/KG |
| | Paint | 32081090 | GTA | POI | 4955.08 | EUR | MT | | KG | YES | 0.001 | 1.000 | PATUSV | 4.9551 | Euro/KG |
| | Color concentrate | 32041700 | GTA | POI | 4591.64 | EUR | MT | | KG | YES | 0.001 | 1.000 | CLCTUSV | 4.5916 | Euro/KG |
| | Thinner | 38140010 | GTA | POI | 2050.27 | EUR | MT | | KG | YES | 0.001 | 1.000 | THINUSV | 2.0503 | Euro/KG |
| | Putty | 32141010 | GTA | POI | 2856.41 | EUR | MT | | KG | YES | 0.001 | 1.000 | PUTUSV | 2.8564 | Euro/KG |
| | Alcoholic | 29055998 | GTA | POI | 7734.00 | EUR | MT | | KG | YES | 0.001 | 1.000 | ALCUSV | 7.7340 | Euro/KG |
| | Slide rail | 83024200 | GTA | POI | 3149.38 | EUR | MT | | KG | YES | 0.001 | 1.000 | SLRUSV | 3.1494 | Euro/KG |
| | Hinge | 83021000 | GTA | POI | 4085.09 | EUR | MT | | KG | YES | 0.001 | 1.000 | HINUSV | 4.0851 | Euro/KG |
| | Metal connectors | 73182400 | GTA | POI | 7712.31 | EUR | MT | | KG | YES | 0.001 | 1.000 | MTCNUSV | 7.7123 | Euro/KG |
| | Plastic connectors | 39269097 | GTA | POI | 8244.97 | EUR | MT | | KG | YES | 0.001 | 1.000 | PLCNUSV | 8.2450 | Euro/KG |
| | Wood connectors | 44199090 | GTA | POI | 7389.34 | EUR | MT | | KG | YES | 0.001 | 1.000 | WDCNUSV | 7.3893 | Euro/KG |
| | Screw | 73181210 | GTA | POI | 5825.88 | EUR | MT | | KG | YES | 0.001 | 1.000 | SCRUSV | 5.8259 | Euro/KG |
| | Noise reduction pad | 39211900 | GTA | POI | 2668.41 | EUR | MT | | KG | YES | 0.001 | 1.000 | NRPUSV | 2.6684 | Euro/KG |
| | Glass | 70099100 | GTA | POI | 730.18 | EUR | MT | | KG | YES | 0.001 | 1.000 | GLSUSV | 0.7302 | Euro/KG |
| Packing Materials | EPE | 39211900 | GTA | POI | 2668.41 | EUR | MT | | KG | YES | 0.001 | 1.000 | EPEUSV | 2.6684 | Euro/KG |
| | Poly Foam | 39211100 | GTA | POI | 2737.71 | EUR | MT | | KG | YES | 0.001 | 1.000 | PLFUSV | 2.7377 | Euro/KG |
| | Corrugate_Paperboard | 48081000 | GTA | POI | 1286.77 | EUR | MT | | KG | YES | 0.001 | 1.000 | CORPAPUSV | 1.2868 | Euro/KG |
| | Bubble film | 39219090 | GTA | POI | 2669.95 | EUR | MT | | KG | YES | 0.001 | 1.000 | BFMUSV | 2.6699 | Euro/KG |
| | Paper_Label | 48211010 | GTA | POI | 5453.25 | EUR | MT | | KG | YES | 0.001 | 1.000 | PAPLUSV | 5.4533 | Euro/KG |
| | Plastic bag | 39232910 | GTA | POI | 5859.61 | EUR | MT | | KG | YES | 0.001 | 1.000 | PLBUSV | 5.8596 | Euro/KG |
| | Paper Manual | 49019900 | GTA | POI | 5224.75 | EUR | MT | | KG | YES | 0.001 | 1.000 | PMNUSV | 5.2248 | Euro/KG |
| Labor | Direct_Labor | N/A | Trading Economics - Romania | POI | 20.97 | Lei | HR | | Hour | NO | 1 | 1.000 | PACLBSV | 20.9731 | Lei/HR |
| | Indirect_Labor | N/A | Trading Economics - Romania | POI | 20.97 | Lei | HR | | Hour | NO | 1 | 1.000 | DRLBSV | 20.9731 | Lei/HR |
| | Packing_Labor | N/A | Trading Economics - Romania | POI | 20.97 | Lei | HR | | Hour | NO | 1 | 1.000 | INDLBSV | 20.9731 | Lei/HR |
| Energy | Electricity | N/A | Eurostat | POI | 0.09 | EUR | KwH | | kWh | NO | 1 | 1.000 | ELECSV | 0.0925 | Euro/kWh |
| | Steam | N/A | Eurostat | POI | 0.03 | EUR | M3 | | MT | YES | 1 | 1.000 | STEAMSV | 0.0297 | Euro/MT |
| | Water | N/A | Regional Tariffs | POI | 3.81 | RoN | M3 | | MT | YES | 1 | 1.000 | WATERSV | 3.8080 | Lei/MT |
| By-Products | Wood_Scrap | 44014010 | GTA | POI | 73.75 | EUR | MT | | KG | YES | 0.001 | 1.000 | WDSCRPSV | 0.0737 | Euro/MT |
| Movement | Truck Freight | N/A | Doing Business in Romania | 2018 | 0.00007 | USD | KG/KM | | | NO | 1 | 1.000 | TRUCKSV | 0.0001 | USD/Kg/Km |
| | Brokerage & Handling | N/A | Doing Business in Romania | 2018 | 0.017026667 | USD | KG | | | NO | 1 | 1.000 | DBROKUSV | 0.0170 | USD/Kg |
| Financial Ratios | Overhead | N/A | | | 29.19% | | | | | NO | 1.000 | 1.000 | OVRHDSV | 0.2919 | % as a decimal |
| | SG&A | N/A | | | 11.42% | | | | | NO | 1.000 | 1.000 | SGASV | 0.1142 | % as a decimal |
| | Profit | N/A | Sigstrate | 2018 | 1.38% | | | | | NO | 1.000 | 1.000 | PROFTSV | 0.0138 | % as a decimal |

| Groupname | Member | Description |
|---|---|---|
| Cabinets Prelim SVs | 440794 | |
| Cabinets Prelim SVs | 25199010 | Magnesium Oxide, Whether Or Not Pure (Excl. Calcin |
| Cabinets Prelim SVs | 270112 | Bituminous Coal, Not Agglomerated |
| Cabinets Prelim SVs | 29055998 | Halogenated, Sulphonated, Nitrated Or Nitrosated D |
| Cabinets Prelim SVs | 32041700 | Synthetic Organic Pigments; Preparations Based On |
| Cabinets Prelim SVs | 32081090 | Paints And Varnishes, Incl. Enamels And Lacquers, |
| Cabinets Prelim SVs | 32082010 | Solutions Based On Acrylic Or Vinyl Polymers In Vo |
| Cabinets Prelim SVs | 32082090 | Paints And Varnishes, Incl. Enamels And Lacquers, |
| Cabinets Prelim SVs | 32089011 | Polyurethane Of 2,2'-Tert-Butyliminodiethanol And |
| Cabinets Prelim SVs | 32091000 | Paints And Varnishes, Incl. Enamels And Lacquers, |
| Cabinets Prelim SVs | 32110000 | Prepared Driers |
| Cabinets Prelim SVs | 32141010 | Glaziers' Putty, Grafting Putty, Resin Cements, Ca |
| Cabinets Prelim SVs | 32149000 | Non-Refractory Surfacing Preparations For Facades, |
| Cabinets Prelim SVs | 35061000 | Products Suitable For Use As Glues Or Adhesives Pu |
| Cabinets Prelim SVs | 35069190 | Adhésifs à base de caoutchouc ou de matiÃ¨res plast |
| Cabinets Prelim SVs | 38140010 | Organic Composite Solvents And Thinners And Prepar |
| Cabinets Prelim SVs | 38249996 | Carburetant |
| Cabinets Prelim SVs | 39073000 | Epoxide Resins, In Primary Forms |
| Cabinets Prelim SVs | 39100000 | Silicones In Primary Forms |
| Cabinets Prelim SVs | 39191080 | Self-Adhesive Plates, Sheets, Film, Foil, Tape, St |
| Cabinets Prelim SVs | 39202080 | Plates, Sheets, Film, Foil And Strip, Of Non-Cellu |
| Cabinets Prelim SVs | 39211100 | Plates, Sheets, Film, Foil And Strip, Of Cellular |
| Cabinets Prelim SVs | 39211900 | Plates, Sheets, Film, Foil And Strip, Of Cellular |
| Cabinets Prelim SVs | 39219090 | Plates, Sheets, Film, Foil And Strip, Of Plastics, |
| Cabinets Prelim SVs | 39232100 | Sacks And Bags, Incl. Cones, Of Polymers Of Ethyle |
| Cabinets Prelim SVs | 39232910 | Sacks And Bags, Incl. Cones, Of Polyvinyl Chloride |
| Cabinets Prelim SVs | 39269097 | Articles Of Plastics And Articles Of Other Materia |
| Cabinets Prelim SVs | 40169957 | Articles Of Vulcanised Rubber (Excl. Hard Rubber), |
| Cabinets Prelim SVs | 40169997 | Articles Of Vulcanised Rubber, N.E.S. (Excl. Hard |
| Cabinets Prelim SVs | 44014010 | Sawdust, Not Agglomerated |
| Cabinets Prelim SVs | 44014090 | Sawdust And Wood Waste And Scrap, Not Agglomerated |
| Cabinets Prelim SVs | 440729 | Other Tropical Wood,Wood Sawn/Chipped Lngthwse Etc |
| Cabinets Prelim SVs | 44079190 | Oak Quercus Spp., Sawn Or Chipped Lengthwise, Slic |
| Cabinets Prelim SVs | 44079499 | Cherry Prunus Spp., Sawn Or Chipped Lengthwise, Sl |
| Cabinets Prelim SVs | 44079599 | Ash Fraxinus Spp., Sawn Or Chipped Lengthwise, Sli |
| Cabinets Prelim SVs | 440796 | Birch Wood Sawn/Chipped, Thickness Gt 6Mm |
| Cabinets Prelim SVs | 44079699 | Birch [Betula Spp.], Sawn Or Chipped Lengthwise, S |
| Cabinets Prelim SVs | 440797 | Poplar And Aspen Wood Saw/Chip Lgthw, Thick Gt 6Mm |
| Cabinets Prelim SVs | 44079710 | Bois De Peuplier "Populus Spp.", SciÃ©s Ou DÃ©dossÃ©s |
| Cabinets Prelim SVs | 44079990 | Lumber, non-coniferous (hardwood), nes, exceeding |
| Cabinets Prelim SVs | 44083985 | Sheets For Veneering, Incl. Those Obtained By Slic |
| Cabinets Prelim SVs | 44089085 | Sheets For Veneering, Incl. Those Obtained By Slic |
| Cabinets Prelim SVs | 44092910 | Mouldings For Frames For Paintings, Photographs, M |
| Cabinets Prelim SVs | 44092999 | Wood, Continuously Shaped Tongued, Grooved, Rebate |
| Cabinets Prelim SVs | 44101190 | Particle Board Of Wood, Whether Or Not Agglomerate |
| Cabinets Prelim SVs | 44111490 | Medium Density Fibreboard Mdf Of Wood, Of A Thickn |

| | | |
|---|---|---|
| Cabinets Prelim SVs | 44123300 | Others, With, At Least, A Outer Layer Of Non-Conif |
| Cabinets Prelim SVs | 44152020 | Pallets And Pallet Collars, Of Wood |
| Cabinets Prelim SVs | 44152090 | Box Pallets And Other Load Boards, Of Wood (Excl. |
| Cabinets Prelim SVs | 44199090 | Ø§Ø´ÙŠØ§Ø¡Ù†ÙˆØ¨ÙŠ Ø¨Ø±Ø§ØµÙŠØ Ø³Ø±Ù^ÙŠØ³Ø³ Ù…ÙŠØ² ÙŠØ§Ø§Ø§¢Ø¢ |
| Cabinets Prelim SVs | 44209099 | Caskets And Cases For Jewellery Or Cutlery, And Si |
| Cabinets Prelim SVs | 44219999 | Articles Of Wood, N.E.S. |
| Cabinets Prelim SVs | 46012120 | |
| Cabinets Prelim SVs | 48041119 | Unbleached Kraftliner, Uncoated, In Rolls Of A Wid |
| Cabinets Prelim SVs | 48081000 | Corrugated Paper And Paperboard With Or Without Gl |
| Cabinets Prelim SVs | 48191000 | Cartons, Boxes And Cases, Of Corrugated Paper Or P |
| Cabinets Prelim SVs | 48211010 | Self-Adhesive Paper Or Paperboard Labels Of All Ki |
| Cabinets Prelim SVs | 48237090 | Moulded Or Pressed Articles Of Paper Pulp, NES |
| Cabinets Prelim SVs | 49019900 | Printed Books, Brochures And Similar Printed Matte |
| Cabinets Prelim SVs | 58041090 | Tulles And Other Net Fabrics, Patterned (Excl. Wov |
| Cabinets Prelim SVs | 68051000 | Natural Or Artificial Abrasive Powder Or Grain, On |
| Cabinets Prelim SVs | 68052000 | Natural Or Artificial Abrasive Powder Or Grain, On |
| Cabinets Prelim SVs | 70052925 | Float Glass And Surface Ground And Polished Glass, |
| Cabinets Prelim SVs | 70052980 | Float Glass And Surface Ground And Polished Glass, |
| Cabinets Prelim SVs | 70099100 | Glass Mirrors, Unframed (Excl. Rear-View Mirrors F |
| Cabinets Prelim SVs | 73170020 | Nails Of Iron Or Steel Wire, In Strips Or Coils |
| Cabinets Prelim SVs | 73181210 | Wood Screws Of Stainless Steel (Excl. Coach Screws |
| Cabinets Prelim SVs | 73181552 | Screws And Bolts, Of Stainless Steel [Whether Or N |
| Cabinets Prelim SVs | 73181639 | Nuts Of Stainless Steel (Excl. Blind Rivet Nuts) |
| Cabinets Prelim SVs | 73182200 | Washers Of Iron Or Steel (Excl. Spring Washers And |
| Cabinets Prelim SVs | 73182400 | Cotters And Cotter Pins, Of Iron Or Steel |
| Cabinets Prelim SVs | 73269098 | Articles Of Iron Or Steel, NES |
| Cabinets Prelim SVs | 76169990 | Articles Of Aluminium, Uncast, NES |
| Cabinets Prelim SVs | 83021000 | Hinges Of All Kinds, Of Base Metal |
| Cabinets Prelim SVs | 83024200 | Base Metal Mountings, Fittings And Similar Article |
| Cabinets Prelim SVs | 83024900 | Base Metal Mountings, Fittings And Similar Article |
| Cabinets Prelim SVs | 83025000 | Hat-Racks, Hat-Pegs, Brackets And Similar Fixtures |
| Cabinets Prelim SVs | 94039090 | Parts Of Furniture, N.E.S. (Excl. Seats, And Of Me |
| Cabinets Prelim SVs | 320890 | Paints & Varnishes,In Nonaqueus Medium,Nesoi |
| Cabinets Prelim SVs | 46012110 | Mats, Matting And Screens, Flat-Woven Or Bound Tog |
| Cabinets Prelim SVs | 48211010 | Self-Adhesive Paper Or Paperboard Labels Of All Ki |
| Cabinets Prelim SVs | 60012100 | Looped Pile Fabrics Of Cotton, Knitted Or Crochete |
| Cabinets Prelim SVs | 39201089 | Plates, Sheets, Film, Foil, Tape, Strip, Of Unexpa |
| Cabinets Prelim SVs | 39239000 | Articles For The Conveyance Or Packaging Of Goods, |
| Cabinets Prelim SVs | 48089000 | Paper And Paperboard, Creped, Crinkled, Embossed O |
| Cabinets Prelim SVs | 48114120 | Self-Adhesive Paper And Paperboard, Surface-Colour |
| Cabinets Prelim SVs | 48239085 | Paper, Paperboard, Cellulose Wadding And Webs Of C |
| Cabinets Prelim SVs | 56079090 | Twine, Cordage, Ropes And Cables, Whether Or Not P |

Att3e-Calculated SV Data

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Romania | 44014010 | Sawdust, Nc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 1597 | EURO | 3 T | 3 T | Poland | Cabinets Prelim SVs |
| Romania | 44014010 | Sawdust, Nc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 5494 | EURO | 21 T | 21 T | Germany | Cabinets Prelim SVs |
| Romania | 44014010 | Sawdust, Nc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 7937 | EURO | 16 T | 16 T | Italy | Cabinets Prelim SVs |
| Romania | 44014010 | Sawdust, Nc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 8595 | EURO | 245 T | 245 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 7 | 7/1/2018 | 12/31/2018 | 4 | EURO | 0 T | 0 T | Germany | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 7 | 7/1/2018 | 12/31/2018 | 69 | EURO | 0 T | 0 T | France | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 7 | 7/1/2018 | 12/31/2018 | 173 | EURO | 1 T | 1 T | Italy | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 7 | 7/1/2018 | 12/31/2018 | 303 | EURO | 0 T | 0 T | Austria | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 7 | 7/1/2018 | 12/31/2018 | 1190 | EURO | 0 T | 0 T | Hungary | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 7 | 7/1/2018 | 12/31/2018 | 5724 | EURO | 53 T | 53 T | Poland | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 7 | 7/1/2018 | 12/31/2018 | 56054 | EURO | 1118 T | 1118 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 8 | 7/1/2018 | 12/31/2018 | 23 | EURO | 0 T | 0 T | Netherlanc | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 8 | 7/1/2018 | 12/31/2018 | 873 | EURO | 1 T | 1 T | Hungary | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 8 | 7/1/2018 | 12/31/2018 | 2731 | EURO | 0 T | 0 T | Austria | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 8 | 7/1/2018 | 12/31/2018 | 7109 | EURO | 65 T | 65 T | Poland | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 8 | 7/1/2018 | 12/31/2018 | 63369 | EURO | 1283 T | 1283 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 8 | 7/1/2018 | 12/31/2018 | 68079 | EURO | 961 T | 961 T | Germany | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 8 | 7/1/2018 | 12/31/2018 | 84155 | EURO | 726 T | 726 T | France | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 9 | 7/1/2018 | 12/31/2018 | 181 | EURO | 0 T | 0 T | Germany | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 9 | 7/1/2018 | 12/31/2018 | 487 | EURO | 0 T | 0 T | Austria | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 9 | 7/1/2018 | 12/31/2018 | 813 | EURO | 0 T | 0 T | Italy | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 9 | 7/1/2018 | 12/31/2018 | 1102 | EURO | 60 T | 60 T | Poland | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 9 | 7/1/2018 | 12/31/2018 | 4450 | EURO | 27 T | 27 T | Hungary | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 9 | 7/1/2018 | 12/31/2018 | 6907 | EURO | 2 T | 2 T | France | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 9 | 7/1/2018 | 12/31/2018 | 80485 | EURO | 1585 T | 1585 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 10 | 7/1/2018 | 12/31/2018 | 269 | EURO | 1 T | 1 T | Italy | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 10 | 7/1/2018 | 12/31/2018 | 720 | EURO | 0 T | 0 T | Austria | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 10 | 7/1/2018 | 12/31/2018 | 1717 | EURO | 839 T | 839 T | Germany | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 10 | 7/1/2018 | 12/31/2018 | 5421 | EURO | 57 T | 57 T | Poland | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 10 | 7/1/2018 | 12/31/2018 | 10144 | EURO | 2 T | 2 T | France | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 10 | 7/1/2018 | 12/31/2018 | 15785 | EURO | 190 T | 190 T | Hungary | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 10 | 7/1/2018 | 12/31/2018 | 87422 | EURO | 1726 T | 1726 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 11 | 7/1/2018 | 12/31/2018 | 5 | EURO | 0 T | 0 T | Netherlanc | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 11 | 7/1/2018 | 12/31/2018 | 23 | EURO | 0 T | 0 T | Italy | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 11 | 7/1/2018 | 12/31/2018 | 24 | EURO | 0 T | 0 T | Germany | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 11 | 7/1/2018 | 12/31/2018 | 702 | EURO | 0 T | 0 T | Austria | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 11 | 7/1/2018 | 12/31/2018 | 1891 | EURO | 14 T | 14 T | Hungary | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 11 | 7/1/2018 | 12/31/2018 | 6220 | EURO | 45 T | 45 T | Poland | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 11 | 7/1/2018 | 12/31/2018 | 76613 | EURO | 1585 T | 1585 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 11 | 7/1/2018 | 12/31/2018 | 92386 | EURO | 896 T | 896 T | France | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 12 | 7/1/2018 | 12/31/2018 | 335 | EURO | 0 T | 0 T | Italy | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 12 | 7/1/2018 | 12/31/2018 | 495 | EURO | 0 T | 0 T | Germany | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 12 | 7/1/2018 | 12/31/2018 | 905 | EURO | 1 T | 1 T | Poland | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 12 | 7/1/2018 | 12/31/2018 | 1028 | EURO | 0 T | 0 T | France | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 12 | 7/1/2018 | 12/31/2018 | 1594 | EURO | 0 T | 0 T | United King | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 12 | 7/1/2018 | 12/31/2018 | 2136 | EURO | 3 T | 3 T | Hungary | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 12 | 7/1/2018 | 12/31/2018 | 3779 | EURO | 0 T | 0 T | Austria | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust An | 2018 | 12 | 7/1/2018 | 12/31/2018 | 166545 | EURO | 3231 T | 3231 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 163 | EURO | 0 M3 | 0 T | France | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 4747 | EURO | 13 M3 | 21 T | Greece | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 22022 | EURO | 25 M3 | 18 T | Poland | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 28337 | EURO | 37 M3 | 50 T | Bulgaria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 39614 | EURO | 17 M3 | 13 T | Germany | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 42299 | EURO | 86 M3 | 105 T | Serbia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 55497 | EURO | 27 M3 | 25 T | Italy | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 65716 | EURO | 170 M3 | 189 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 75350 | EURO | 90 M3 | 113 T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 81855 | EURO | 78 M3 | 56 T | Austria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 99317 | EURO | 62 M3 | 84 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 130672 | EURO | 219 M3 | 214 T | Russia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 219967 | EURO | 215 M3 | 287 T | Sweden | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 318405 | EURO | 527 M3 | 464 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 74 | EURO | 0 M3 | 0 T | Finland | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 106 | EURO | 1 M3 | 0 T | United Stat | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 4847 | EURO | 2 M3 | 1 T | Germany | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 14610 | EURO | 46 M3 | 48 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 21601 | EURO | 17 M3 | 14 T | Italy | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 22927 | EURO | 34 M3 | 46 T | Bulgaria | Cabinets Prelim SVs |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Romania | 44079190 | Oak Quercu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 42803 | EURO | 48 M3 | 35 T | Austria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 61361 | EURO | 60 M3 | 81 T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 118518 | EURO | 112 M3 | 151 T | Sweden | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 131772 | EURO | 81 M3 | 109 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 135781 | EURO | 205 M3 | 188 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 239447 | EURO | 388 M3 | 346 T | Russia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 40 | EURO | 0 M3 | 0 T | Czech Repu | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 7251 | EURO | 19 M3 | 23 T | Serbia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 13702 | EURO | 3 M3 | 2 T | France | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 18792 | EURO | 16 M3 | 22 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 23153 | EURO | 18 M3 | 14 T | Italy | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 23541 | EURO | 24 M3 | 28 T | Austria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 24565 | EURO | 34 M3 | 46 T | Bulgaria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 29354 | EURO | 31 M3 | 24 T | Slovenia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 30386 | EURO | 14 M3 | 10 T | Germany | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 37864 | EURO | 83 M3 | 95 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 98549 | EURO | 119 M3 | 151 T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 153735 | EURO | 194 M3 | 193 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 182062 | EURO | 311 M3 | 298 T | Russia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 222406 | EURO | 223 M3 | 290 T | Sweden | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 417 | EURO | 0 M3 | 0 T | Slovenia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 1669 | EURO | 1 M3 | 1 T | Belgium | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 5931 | EURO | 3 M3 | 2 T | Germany | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 19136 | EURO | 12 M3 | 9 T | Italy | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 22702 | EURO | 14 M3 | 20 T | Serbia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 34128 | EURO | 49 M3 | 41 T | France | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 51934 | EURO | 47 M3 | 63 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 52656 | EURO | 68 M3 | 92 T | Bulgaria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 55010 | EURO | 95 M3 | 116 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 68631 | EURO | 71 M3 | 54 T | Austria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 101697 | EURO | 120 M3 | 152 T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 255865 | EURO | 387 M3 | 374 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 259181 | EURO | 444 M3 | 407 T | Russia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 306551 | EURO | 298 M3 | 403 T | Sweden | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 156 | EURO | 0 M3 | 0 T | Czech Repu | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 210 | EURO | 0 M3 | 0 T | Slovenia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 224 | EURO | 0 M3 | 0 T | Poland | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 240 | EURO | 0 M3 | 0 T | Belgium | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 4748 | EURO | 13 M3 | 11 T | Turkey | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 9872 | EURO | 19 M3 | 21 T | Russia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 20298 | EURO | 14 M3 | 22 T | Serbia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 23634 | EURO | 12 M3 | 10 T | Germany | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 30903 | EURO | 11 M3 | 6 T | Netherlanc | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 31068 | EURO | 18 M3 | 24 T | Finland | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 37281 | EURO | 38 M3 | 31 T | Italy | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 38971 | EURO | 43 M3 | 53 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 39812 | EURO | 56 M3 | 68 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 56475 | EURO | 62 M3 | 47 T | Austria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 73560 | EURO | 102 M3 | 136 T | Bulgaria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 122106 | EURO | 132 M3 | 165 T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 140269 | EURO | 222 M3 | 220 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 157223 | EURO | 158 M3 | 213 T | Sweden | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 326 | EURO | 0 M3 | 0 T | Italy | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 1059 | EURO | 0 M3 | 0 T | Slovenia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 4485 | EURO | 0 M3 | 0 T | Poland | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 13215 | EURO | 0 M3 | 0 T | France | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 13473 | EURO | 18 M3 | 24 T | Bulgaria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 14139 | EURO | 24 M3 | 16 T | United Stat | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 16872 | EURO | 14 M3 | 23 T | Serbia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 19212 | EURO | 9 M3 | 6 T | Germany | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 26637 | EURO | 61 M3 | 70 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 89413 | EURO | 115 M3 | 136 T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 98003 | EURO | 123 M3 | 99 T | Austria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 100233 | EURO | 110 M3 | 148 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 104580 | EURO | 98 M3 | 121 T | Sweden | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Quercu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 189067 | EURO | 203 M3 | 200 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079499 | Cherry Prun | 2018 | 10 | 7/1/2018 | 12/31/2018 | 1117 | EURO | 1 M3 | 1 T | Belgium | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 3880 | EURO | 7 M3 | 5 T | Slovenia | Cabinets Prelim SVs |

Att3e-Calculated SV Data

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Romania | 44079599 | Ash Fraxinu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 16842 | EURO | 20 | M3 | 15 T | Austria | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 24330 | EURO | 31 | M3 | 16 T | France | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 26709 | EURO | 54 | M3 | 48 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 27311 | EURO | 48 | M3 | 46 T | Italy | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 33592 | EURO | 77 | M3 | 59 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 109761 | EURO | 263 | M3 | 255 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 1489 | EURO | 1 | M3 | 1 T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 9053 | EURO | 19 | M3 | 23 T | Italy | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 15748 | EURO | 42 | M3 | 44 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 17102 | EURO | 24 | M3 | 12 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 76307 | EURO | 40 | M3 | 36 T | Austria | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 3846 | EURO | 10 | M3 | 8 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 13459 | EURO | 23 | M3 | 19 T | Slovenia | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 15744 | EURO | 20 | M3 | 19 T | Austria | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 23562 | EURO | 33 | M3 | 22 T | France | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 35879 | EURO | 73 | M3 | 74 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 36115 | EURO | 8 | M3 | 8 T | Italy | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 69913 | EURO | 156 | M3 | 148 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 53 | EURO | 0 | M3 | 0 T | Slovenia | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 7571 | EURO | 16 | M3 | 22 T | Sweden | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 14864 | EURO | 27 | M3 | 24 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 18711 | EURO | 44 | M3 | 32 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 21896 | EURO | 0 | M3 | 0 T | Germany | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 23230 | EURO | 48 | M3 | 46 T | Italy | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 63885 | EURO | 60 | M3 | 44 T | Austria | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 90836 | EURO | 201 | M3 | 184 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 311 | EURO | 0 | M3 | 0 T | France | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 1542 | EURO | 4 | M3 | 4 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 7696 | EURO | 16 | M3 | 22 T | Sweden | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 8621 | EURO | 17 | M3 | 24 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 9409 | EURO | 16 | M3 | 13 T | Italy | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 12603 | EURO | 25 | M3 | 29 T | Slovenia | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 85783 | EURO | 97 | M3 | 77 T | Austria | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 104821 | EURO | 245 | M3 | 231 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 4870 | EURO | 9 | M3 | 8 T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 6578 | EURO | 0 | M3 | 0 T | Germany | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 10135 | EURO | 24 | M3 | 24 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 16716 | EURO | 20 | M3 | 16 T | Austria | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 29383 | EURO | 58 | M3 | 48 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 33421 | EURO | 66 | M3 | 71 T | Italy | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 111877 | EURO | 257 | M3 | 234 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betul | 2018 | 7 | 7/1/2018 | 12/31/2018 | 14717 | EURO | 29 | M3 | 24 T | Austria | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betul | 2018 | 8 | 7/1/2018 | 12/31/2018 | 85 | EURO | 0 | M3 | 0 T | Germany | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betul | 2018 | 8 | 7/1/2018 | 12/31/2018 | 17147 | EURO | 10 | M3 | 6 T | Austria | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betul | 2018 | 9 | 7/1/2018 | 12/31/2018 | 21 | EURO | 0 | M3 | 0 T | Germany | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betul | 2018 | 9 | 7/1/2018 | 12/31/2018 | 35612 | EURO | 38 | M3 | 32 T | Austria | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betul | 2018 | 10 | 7/1/2018 | 12/31/2018 | 182 | EURO | 0 | M3 | 0 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betul | 2018 | 10 | 7/1/2018 | 12/31/2018 | 204 | EURO | 0 | M3 | 0 T | Sweden | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betul | 2018 | 10 | 7/1/2018 | 12/31/2018 | 3291 | EURO | 3 | M3 | 2 T | Italy | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betul | 2018 | 10 | 7/1/2018 | 12/31/2018 | 14059 | EURO | 28 | M3 | 22 T | Austria | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betul | 2018 | 11 | 7/1/2018 | 12/31/2018 | 262 | EURO | 0 | M3 | 0 T | Germany | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betul | 2018 | 11 | 7/1/2018 | 12/31/2018 | 29687 | EURO | 59 | M3 | 45 T | Austria | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betul | 2018 | 12 | 7/1/2018 | 12/31/2018 | 307 | EURO | 0 | M3 | 0 T | Austria | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betul | 2018 | 12 | 7/1/2018 | 12/31/2018 | 723 | EURO | 0 | M3 | 0 T | Sweden | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betul | 2018 | 12 | 7/1/2018 | 12/31/2018 | 2760 | EURO | 26 | M3 | 17 T | Russia | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betul | 2018 | 12 | 7/1/2018 | 12/31/2018 | 2948 | EURO | 3 | M3 | 2 T | Italy | Cabinets Prelim SVs |
| Romania | 44079710 | Bois De Peu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 3965 | EURO | 4 | M3 | 2 T | Estonia | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nor | 2018 | 7 | 7/1/2018 | 12/31/2018 | 13 | EURO | 0 | M3 | 0 T | Netherlanc | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nor | 2018 | 7 | 7/1/2018 | 12/31/2018 | 5504 | EURO | 5 | M3 | 4 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nor | 2018 | 7 | 7/1/2018 | 12/31/2018 | 6470 | EURO | 47 | M3 | 30 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nor | 2018 | 7 | 7/1/2018 | 12/31/2018 | 10296 | EURO | 31 | M3 | 31 T | Serbia | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nor | 2018 | 7 | 7/1/2018 | 12/31/2018 | 17766 | EURO | 0 | M3 | 0 T | Germany | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nor | 2018 | 7 | 7/1/2018 | 12/31/2018 | 18996 | EURO | 45 | M3 | 36 T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nor | 2018 | 7 | 7/1/2018 | 12/31/2018 | 25135 | EURO | 119 | M3 | 84 T | Austria | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nor | 2018 | 7 | 7/1/2018 | 12/31/2018 | 48893 | EURO | 22 | M3 | 16 T | Italy | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nor | 2018 | 7 | 7/1/2018 | 12/31/2018 | 358438 | EURO | 429 | M3 | 312 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nor | 2018 | 7 | 7/1/2018 | 12/31/2018 | 386949 | EURO | 396 | M3 | 274 T | Belgium | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nor | 2018 | 8 | 7/1/2018 | 12/31/2018 | 1 | EURO | 0 | M3 | 0 T | Slovenia | Cabinets Prelim SVs |

| Romania | 44079990 Lumber, nor | 2018 | 8 | 7/1/2018 | 12/31/2018 | 374 EURO | 0 M3 | 0 T | Germany | Cabinets Prelim SVs |
|---------|----------------------|------|---|----------|------------|----------|------|-----|---------|---------------------|
| Romania | 44079990 Lumber, nor | 2018 | 8 | 7/1/2018 | 12/31/2018 | 485 EURO | 1 M3 | 1 T | Turkey | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 8 | 7/1/2018 | 12/31/2018 | 1190 EURO | 0 M3 | 0 T | Poland | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 8 | 7/1/2018 | 12/31/2018 | 5634 EURO | 18 M3 | 21 T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 8 | 7/1/2018 | 12/31/2018 | 6022 EURO | 29 M3 | 24 T | Austria | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 8 | 7/1/2018 | 12/31/2018 | 14221 EURO | 43 M3 | 45 T | Serbia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 8 | 7/1/2018 | 12/31/2018 | 19802 EURO | 15 M3 | 10 T | Italy | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 8 | 7/1/2018 | 12/31/2018 | 55492 EURO | 28 M3 | 19 T | United Stat | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 8 | 7/1/2018 | 12/31/2018 | 201141 EURO | 295 M3 | 195 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 8 | 7/1/2018 | 12/31/2018 | 215472 EURO | 208 M3 | 154 T | Belgium | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 9 | 7/1/2018 | 12/31/2018 | 23 EURO | 0 M3 | 0 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 9 | 7/1/2018 | 12/31/2018 | 694 EURO | 0 M3 | 0 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 9 | 7/1/2018 | 12/31/2018 | 6205 EURO | 19 M3 | 20 T | Serbia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 9 | 7/1/2018 | 12/31/2018 | 9625 EURO | 4 M3 | 3 T | Germany | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 9 | 7/1/2018 | 12/31/2018 | 31644 EURO | 26 M3 | 24 T | Italy | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 9 | 7/1/2018 | 12/31/2018 | 37168 EURO | 86 M3 | 58 T | Austria | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 9 | 7/1/2018 | 12/31/2018 | 577570 EURO | 602 M3 | 413 T | Belgium | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 10 | 7/1/2018 | 12/31/2018 | 170 EURO | 0 M3 | 0 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 10 | 7/1/2018 | 12/31/2018 | 267 EURO | 0 M3 | 0 T | France | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 10 | 7/1/2018 | 12/31/2018 | 5129 EURO | 37 M3 | 23 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 10 | 7/1/2018 | 12/31/2018 | 5892 EURO | 18 M3 | 22 T | Serbia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 10 | 7/1/2018 | 12/31/2018 | 25413 EURO | 88 M3 | 48 T | Austria | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 10 | 7/1/2018 | 12/31/2018 | 25988 EURO | 16 M3 | 6 T | Germany | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 10 | 7/1/2018 | 12/31/2018 | 52685 EURO | 6 M3 | 7 T | Italy | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 10 | 7/1/2018 | 12/31/2018 | 67801 EURO | 28 M3 | 19 T | United Stat | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 10 | 7/1/2018 | 12/31/2018 | 83546 EURO | 140 M3 | 95 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 10 | 7/1/2018 | 12/31/2018 | 600459 EURO | 542 M3 | 387 T | Belgium | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 11 | 7/1/2018 | 12/31/2018 | 499 EURO | 0 M3 | 0 T | Finland | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 11 | 7/1/2018 | 12/31/2018 | 1397 EURO | 2 M3 | 2 T | Slovenia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 11 | 7/1/2018 | 12/31/2018 | 2691 EURO | 17 M3 | 16 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 11 | 7/1/2018 | 12/31/2018 | 4864 EURO | 2 M3 | 2 T | Bulgaria | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 11 | 7/1/2018 | 12/31/2018 | 5875 EURO | 19 M3 | 22 T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 11 | 7/1/2018 | 12/31/2018 | 16831 EURO | 0 M3 | 0 T | Germany | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 11 | 7/1/2018 | 12/31/2018 | 19454 EURO | 11 M3 | 6 T | Netherlanc | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 11 | 7/1/2018 | 12/31/2018 | 33247 EURO | 33 M3 | 26 T | Austria | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 11 | 7/1/2018 | 12/31/2018 | 59745 EURO | 65 M3 | 41 T | Italy | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 11 | 7/1/2018 | 12/31/2018 | 158707 EURO | 260 M3 | 169 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 11 | 7/1/2018 | 12/31/2018 | 1116854 EURO | 945 M3 | 644 T | Belgium | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 12 | 7/1/2018 | 12/31/2018 | 64 EURO | 0 M3 | 0 T | United King | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 12 | 7/1/2018 | 12/31/2018 | 5846 EURO | 21 M3 | 16 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 12 | 7/1/2018 | 12/31/2018 | 10153 EURO | 0 M3 | 0 T | Slovenia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 12 | 7/1/2018 | 12/31/2018 | 10654 EURO | 6 M3 | 4 T | Austria | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 12 | 7/1/2018 | 12/31/2018 | 11686 EURO | 26 M3 | 18 T | France | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 12 | 7/1/2018 | 12/31/2018 | 15704 EURO | 31 M3 | 17 T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 12 | 7/1/2018 | 12/31/2018 | 18513 EURO | 41 M3 | 42 T | Serbia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 12 | 7/1/2018 | 12/31/2018 | 54983 EURO | 49 M3 | 38 T | Italy | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 12 | 7/1/2018 | 12/31/2018 | 174004 EURO | 260 M3 | 192 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nor | 2018 | 12 | 7/1/2018 | 12/31/2018 | 587269 EURO | 555 M3 | 375 T | Belgium | Cabinets Prelim SVs |
| Romania | 44083985 Sheets For \ | 2018 | 7 | 7/1/2018 | 12/31/2018 | 151 EURO | 0 M3 | 0 T | Austria | Cabinets Prelim SVs |
| Romania | 44083985 Sheets For \ | 2018 | 7 | 7/1/2018 | 12/31/2018 | 10043 EURO | 5 M3 | 4 T | Italy | Cabinets Prelim SVs |
| Romania | 44083985 Sheets For \ | 2018 | 9 | 7/1/2018 | 12/31/2018 | 1468 EURO | 2 M3 | 0 T | Austria | Cabinets Prelim SVs |
| Romania | 44083985 Sheets For \ | 2018 | 10 | 7/1/2018 | 12/31/2018 | 2 EURO | 0 M3 | 0 T | Austria | Cabinets Prelim SVs |
| Romania | 44083985 Sheets For \ | 2018 | 11 | 7/1/2018 | 12/31/2018 | 1830 EURO | 1 M3 | 0 T | Austria | Cabinets Prelim SVs |
| Romania | 44083985 Sheets For \ | 2018 | 12 | 7/1/2018 | 12/31/2018 | 177 EURO | 0 M3 | 0 T | Italy | Cabinets Prelim SVs |
| Romania | 44083985 Sheets For \ | 2018 | 12 | 7/1/2018 | 12/31/2018 | 3582 EURO | 2 M3 | 0 T | Austria | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For \ | 2018 | 7 | 7/1/2018 | 12/31/2018 | 1 EURO | 0 M3 | 0 T | Slovenia | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For \ | 2018 | 7 | 7/1/2018 | 12/31/2018 | 91 EURO | 0 M3 | 0 T | Estonia | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For \ | 2018 | 7 | 7/1/2018 | 12/31/2018 | 376 EURO | 1 M3 | 0 T | Belgium | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For \ | 2018 | 7 | 7/1/2018 | 12/31/2018 | 4452 EURO | 2 M3 | 1 T | Austria | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For \ | 2018 | 7 | 7/1/2018 | 12/31/2018 | 11774 EURO | 6 M3 | 4 T | Poland | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For \ | 2018 | 7 | 7/1/2018 | 12/31/2018 | 37156 EURO | 40 M3 | 22 T | Turkey | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For \ | 2018 | 7 | 7/1/2018 | 12/31/2018 | 145524 EURO | 22 M3 | 13 T | Germany | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For \ | 2018 | 7 | 7/1/2018 | 12/31/2018 | 148010 EURO | 3 M3 | 2 T | Czech Repu | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For \ | 2018 | 7 | 7/1/2018 | 12/31/2018 | 202098 EURO | 82 M3 | 62 T | Croatia | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For \ | 2018 | 7 | 7/1/2018 | 12/31/2018 | 205943 EURO | 32 M3 | 19 T | France | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For \ | 2018 | 7 | 7/1/2018 | 12/31/2018 | 207502 EURO | 57 M3 | 36 T | United Stat | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For \ | 2018 | 7 | 7/1/2018 | 12/31/2018 | 469875 EURO | 67 M3 | 43 T | Spain | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For \ | 2018 | 7 | 7/1/2018 | 12/31/2018 | 574450 EURO | 118 M3 | 62 T | Italy | Cabinets Prelim SVs |

| Importer | HTS | Desc | SASdate_b | SASdate_e | Currency | Unit | Svalue | Unit2 | Svalue2 |
|---|---|---|---|---|---|---|---|---|---|
| Romania | 440729 | Other Tropical Wood,Wood Sawn/Chipped Lngthwse Etc | 7/1/2018 | 12/31/2018 | EURO | M3 | 769.4277457 | T | 1530.011494 |
| Romania | 440796 | Birch Wood Sawn/Chipped, Thickness Gt 6Mm | 7/1/2018 | 12/31/2018 | EURO | M3 | 602.7258687 | T | 800.5435897 |
| Romania | 440797 | Poplar And Aspen Wood Saw/Chip Lgthw, Thick Gt 6Mm | 7/1/2018 | 12/31/2018 | EURO | M3 | 150.7345679 | T | 240.5812808 |
| Romania | 25199010 | Magnesium Oxide, Whether Or Not Pure (Excl. Calcin | 7/1/2018 | 12/31/2018 | EURO | T | 1453.957637 | T | 1453.957637 |
| Romania | 29055998 | Halogenated, Sulphonated, Nitrated Or Nitrosated D | 7/1/2018 | 12/31/2018 | EURO | T | 7734 | T | 7734 |
| Romania | 32041700 | Synthetic Organic Pigments; Preparations Based On | 7/1/2018 | 12/31/2018 | EURO | T | 4591.63675 | T | 4591.63675 |
| Romania | 32081090 | Paints And Varnishes, Incl. Enamels And Lacquers, | 7/1/2018 | 12/31/2018 | EURO | T | 4955.076945 | T | 4955.076945 |
| Romania | 32082010 | Solutions Based On Acrylic Or Vinyl Polymers In Vo | 7/1/2018 | 12/31/2018 | EURO | T | 3575.246365 | T | 3575.246365 |
| Romania | 32082090 | Paints And Varnishes, Incl. Enamels And Lacquers, | 7/1/2018 | 12/31/2018 | EURO | T | 6968.058042 | T | 6968.058042 |
| Romania | 32089011 | Polyurethane Of 2,2'-Tert-Butyliminodiethanol And | 7/1/2018 | 12/31/2018 | EURO | T | | T | |
| Romania | 32091000 | Paints And Varnishes, Incl. Enamels And Lacquers, | 7/1/2018 | 12/31/2018 | EURO | T | 1703.34073 | T | 1703.34073 |
| Romania | 32110000 | Prepared Driers | 7/1/2018 | 12/31/2018 | EURO | T | 6334.597938 | T | 6334.597938 |
| Romania | 32141010 | Glaziers' Putty, Grafting Putty, Resin Cements, Ca | 7/1/2018 | 12/31/2018 | EURO | T | 2856.411799 | T | 2856.411799 |
| Romania | 32149000 | Non-Refractory Surfacing Preparations For Facades, | 7/1/2018 | 12/31/2018 | EURO | T | 382.6548709 | T | 382.6548709 |
| Romania | 35061000 | Products Suitable For Use As Glues Or Adhesives Pu | 7/1/2018 | 12/31/2018 | EURO | T | 4991.43183 | T | 4991.43183 |
| Romania | 35069190 | Adhésifs à base de caoutchouc ou de matiàres plast | 7/1/2018 | 12/31/2018 | EURO | T | 2718.99552 | T | 2718.99552 |
| Romania | 38140010 | Organic Composite Solvents And Thinners And Prepar | 7/1/2018 | 12/31/2018 | EURO | T | 2050.274428 | T | 2050.274428 |
| Romania | 38249996 | Carburetant | 7/1/2018 | 12/31/2018 | EURO | T | 993.8539885 | T | 993.8539885 |
| Romania | 39073000 | Epoxide Resins, In Primary Forms | 7/1/2018 | 12/31/2018 | EURO | T | 4298.654034 | T | 4298.654034 |
| Romania | 39100000 | Silicones In Primary Forms | 7/1/2018 | 12/31/2018 | EURO | T | 7488.984735 | T | 7488.984735 |
| Romania | 39191080 | Self-Adhesive Plates, Sheets, Film, Foil, Tape, St | 7/1/2018 | 12/31/2018 | EURO | T | 7471.278017 | T | 7471.278017 |
| Romania | 39202080 | Plates, Sheets, Film, Foil And Strip, Of Non-Cellu | 7/1/2018 | 12/31/2018 | EURO | T | 3136.474111 | T | 3136.474111 |
| Romania | 39211100 | Plates, Sheets, Film, Foil And Strip, Of Cellular | 7/1/2018 | 12/31/2018 | EURO | T | 2737.714998 | T | 2737.714998 |
| Romania | 39211900 | Plates, Sheets, Film, Foil And Strip, Of Cellular | 7/1/2018 | 12/31/2018 | EURO | T | 2668.413932 | T | 2668.413932 |
| Romania | 39219090 | Plates, Sheets, Film, Foil And Strip, Of Plastics, | 7/1/2018 | 12/31/2018 | EURO | T | 2669.947089 | T | 2669.947089 |
| Romania | 39232100 | Sacks And Bags, Incl. Cones, Of Polymers Of Ethyle | 7/1/2018 | 12/31/2018 | EURO | T | 2005.702211 | T | 2005.702211 |
| Romania | 39232910 | Sacks And Bags, Incl. Cones, Of Polyvinyl Chloride | 7/1/2018 | 12/31/2018 | EURO | T | 5859.607029 | T | 5859.607029 |
| Romania | 39269097 | Articles Of Plastics And Articles Of Other Materia | 7/1/2018 | 12/31/2018 | EURO | T | 8244.971393 | T | 8244.971393 |
| Romania | 40169957 | Articles Of Vulcanised Rubber (Excl. Hard Rubber), | 7/1/2018 | 12/31/2018 | EURO | T | 12453.27043 | T | 12453.27043 |
| Romania | 40169997 | Articles Of Vulcanised Rubber, N.E.S. (Excl. Hard | 7/1/2018 | 12/31/2018 | EURO | T | 9407.156211 | T | 9407.156211 |
| Romania | 44014010 | Sawdust, Not Agglomerated | 7/1/2018 | 12/31/2018 | EURO | T | 73.74916042 | T | 73.74916042 |
| Romania | 44014090 | Sawdust And Wood Waste And Scrap, Not Agglomerated | 7/1/2018 | 12/31/2018 | EURO | T | 59.45550028 | T | 59.45550028 |
| Romania | 44079190 | Oak Quercus Spp., Sawn Or Chipped Lengthwise, Slic | 7/1/2018 | 12/31/2018 | EURO | M3 | 801.4539161 | T | 745.0362027 |
| Romania | 44079499 | Cherry Prunus Spp., Sawn Or Chipped Lengthwise, Sl | 7/1/2018 | 12/31/2018 | EURO | M3 | 1117 | T | 1117 |
| Romania | 44079599 | Ash Fraxinus Spp., Sawn Or Chipped Lengthwise, Sli | 7/1/2018 | 12/31/2018 | EURO | M3 | 566.3728968 | T | 619.320736 |
| Romania | 44079699 | Birch [Betula Spp.], Sawn Or Chipped Lengthwise, S | 7/1/2018 | 12/31/2018 | EURO | M3 | 622.4744898 | T | 813.3666667 |
| Romania | 44079710 | Bois De Peuplier "Populus Spp.", Sciés Ou Dédossés | 7/1/2018 | 12/31/2018 | EURO | M3 | 991.25 | T | 1982.5 |
| Romania | 44079990 | Lumber, non-coniferous (hardwood), nes, exceeding | 7/1/2018 | 12/31/2018 | EURO | M3 | 921.1419275 | T | 1305.812266 |
| Romania | 44083985 | Sheets For Veneering, Incl. Those Obtained By Slic | 7/1/2018 | 12/31/2018 | EURO | M3 | 1725.3 | T | 4313.25 |
| Romania | 44089085 | Sheets For Veneering, Incl. Those Obtained By Slic | 7/1/2018 | 12/31/2018 | EURO | M3 | 3934.313028 | T | 6333.098058 |
| Romania | 44092910 | Mouldings For Frames For Paintings, Photographs, M | 7/1/2018 | 12/31/2018 | EURO | M | 5.108539832 | T | 24945 |
| Romania | 44092999 | Wood, Continuously Shaped Tongued, Grooved, Rebate | 7/1/2018 | 12/31/2018 | EURO | T | 1217.520398 | T | 1217.520398 |
| Romania | 44101190 | Particle Board Of Wood, Whether Or Not Agglomerate | 7/1/2018 | 12/31/2018 | EURO | M3 | 562.8890323 | T | 794.6065574 |
| Romania | 44111490 | Medium Density Fibreboard Mdf Of Wood, Of A Thickn | 7/1/2018 | 12/31/2018 | EURO | M3 | 448.5499333 | T | 609.32596 |
| Romania | 44123300 | Others, With, At Least, A Outer Layer Of Non-Conif | 7/1/2018 | 12/31/2018 | EURO | M3 | 483.359854 | T | 732.5324812 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Romania | 44152020 | Pallets And Pallet Collars, Of Wood | 7/1/2018 | 12/31/2018 | EURO | NO | 5.859315908 T | 373.3882704 |
| Romania | 44152090 | Box Pallets And Other Load Boards, Of Wood (Excl. | 7/1/2018 | 12/31/2018 | EURO | T | 414.5911022 T | 414.5911022 |
| Romania | 44199090 | �Ø§Ø·ÙØؤ§Ù¡Ú†ÙˆØ¨Ù§ Ø´Ø±Ø§§ÙˆØ¨ Ø§Ø±Ù¨ØµØ³ Ù…ÙˆØ² ÙˆØ§Ø§Ø¢§Ù¾Ù„Ø¾Ø²Ø®ØªØ§ØµÙ§Ù‡ Ø´Ø¯Ø² Ù…ŲÙۡۢ‡Ù†Ù ؘ؟Ø´Ù‡ ؙۢ | 7/1/2018 | 12/31/2018 | EURO | T | 7389.342857 T | 7389.342857 |
| Romania | 44209099 | Caskets And Cases For Jewellery Or Cutlery, And Si | 7/1/2018 | 12/31/2018 | EURO | T | 4297.49635 T | 4297.49635 |
| Romania | 44219999 | Articles Of Wood, N.E.S. | 7/1/2018 | 12/31/2018 | EURO | T | 1671.573597 T | 1671.573597 |
| Romania | 48041119 | Unbleached Kraftliner, Uncoated, In Rolls Of A Wid | 7/1/2018 | 12/31/2018 | EURO | T | 642.6583309 T | 642.6583309 |
| Romania | 48081000 | Corrugated Paper And Paperboard With Or Without Gl | 7/1/2018 | 12/31/2018 | EURO | T | 1286.771465 T | 1286.771465 |
| Romania | 48191000 | Cartons, Boxes And Cases, Of Corrugated Paper Or P | 7/1/2018 | 12/31/2018 | EURO | T | 1607.740197 T | 1607.740197 |
| Romania | 48211010 | Self-Adhesive Paper Or Paperboard Labels Of All Ki | 7/1/2018 | 12/31/2018 | EURO | T | 5453.251779 T | 5453.251779 |
| Romania | 48237090 | Moulded Or Pressed Articles Of Paper Pulp, NES | 7/1/2018 | 12/31/2018 | EURO | T | 1724.673529 T | 1724.673529 |
| Romania | 49019900 | Printed Books, Brochures And Similar Printed Matte | 7/1/2018 | 12/31/2018 | EURO | T | 5224.752034 T | 5224.752034 |
| Romania | 58041090 | Tulles And Other Net Fabrics, Patterned (Excl. Wov | 7/1/2018 | 12/31/2018 | EURO | T | 8300.402597 T | 8300.402597 |
| Romania | 68051000 | Natural Or Artificial Abrasive Powder Or Grain, On | 7/1/2018 | 12/31/2018 | EURO | T | 6527.083449 T | 6527.083449 |
| Romania | 68052000 | Natural Or Artificial Abrasive Powder Or Grain, On | 7/1/2018 | 12/31/2018 | EURO | T | 10019.12699 T | 10019.12699 |
| Romania | 70052925 | Float Glass And Surface Ground And Polished Glass, | 7/1/2018 | 12/31/2018 | EURO | M2 | 1.816951347 T | 399.5747731 |
| Romania | 70052980 | Float Glass And Surface Ground And Polished Glass, | 7/1/2018 | 12/31/2018 | EURO | M2 | 7.308811774 T | 467.8207578 |
| Romania | 70099100 | Glass Mirrors, Unframed (Excl. Rear-View Mirrors F | 7/1/2018 | 12/31/2018 | EURO | T | 730.1755811 T | 730.1755811 |
| Romania | 73170020 | Nails Of Iron Or Steel Wire, In Strips Or Coils | 7/1/2018 | 12/31/2018 | EURO | T | 1526.733974 T | 1526.733974 |
| Romania | 73181210 | Wood Screws Of Stainless Steel (Excl. Coach Screws | 7/1/2018 | 12/31/2018 | EURO | T | 5825.881579 T | 5825.881579 |
| Romania | 73181552 | Screws And Bolts, Of Stainless Steel [Whether Or N | 7/1/2018 | 12/31/2018 | EURO | T | 4599.785124 T | 4599.785124 |
| Romania | 73181639 | Nuts Of Stainless Steel (Excl. Blind Rivet Nuts) | 7/1/2018 | 12/31/2018 | EURO | T | 11407.85294 T | 11407.85294 |
| Romania | 73182200 | Washers Of Iron Or Steel (Excl. Spring Washers And | 7/1/2018 | 12/31/2018 | EURO | T | 3478.789431 T | 3478.789431 |
| Romania | 73182400 | Cotters And Cotter Pins, Of Iron Or Steel | 7/1/2018 | 12/31/2018 | EURO | T | 7712.311881 T | 7712.311881 |
| Romania | 73269098 | Articles Of Iron Or Steel, NES | 7/1/2018 | 12/31/2018 | EURO | T | 4455.13196 T | 4455.13196 |
| Romania | 76169990 | Articles Of Aluminium, Uncast, NES | 7/1/2018 | 12/31/2018 | EURO | T | 9416.680369 T | 9416.680369 |
| Romania | 83021000 | Hinges Of All Kinds, Of Base Metal | 7/1/2018 | 12/31/2018 | EURO | T | 4085.085462 T | 4085.085462 |
| Romania | 83024200 | Base Metal Mountings, Fittings And Similar Article | 7/1/2018 | 12/31/2018 | EURO | T | 3149.379434 T | 3149.379434 |
| Romania | 83024900 | Base Metal Mountings, Fittings And Similar Article | 7/1/2018 | 12/31/2018 | EURO | T | 8685.896341 T | 8685.896341 |
| Romania | 83025000 | Hat-Racks, Hat-Pegs, Brackets And Similar Fixtures | 7/1/2018 | 12/31/2018 | EURO | T | 6383.396721 T | 6383.396721 |
| Romania | 94039090 | Parts Of Furniture, N.E.S. (Excl. Seats, And Of Me | 7/1/2018 | 12/31/2018 | EURO | T | 3825.27704 T | 3825.27704 |
| Romania | 270112 | Bituminous Coal, Not Agglomerated | 7/1/2018 | 12/31/2018 | EURO | T | 117.874525 T | 117.874525 |
| Romania | 320890 | Paints & Varnishes,In Nonaqueus Medium,Nesoi | 7/1/2018 | 12/31/2018 | EURO | T | 3492.007219 T | 3492.007219 |
| Romania | 46012110 | Mats, Matting And Screens, Flat-Woven Or Bound Tog | 7/1/2018 | 12/31/2018 | EURO | T | 6881 T | 6881 |
| Romania | 48211010 | Self-Adhesive Paper Or Paperboard Labels Of All Ki | 7/1/2018 | 12/31/2018 | EURO | T | 5453.251779 T | 5453.251779 |
| Romania | 60012100 | Looped Pile Fabrics Of Cotton, Knitted Or Crochete | 7/1/2018 | 12/31/2018 | EURO | T | 15459.63636 T | 15459.63636 |
| Romania | 39201089 | Plates, Sheets, Film, Foil, Tape, Strip, Of Unexpa | 7/1/2018 | 12/31/2018 | EURO | T | 2560.102036 T | 2560.102036 |
| Romania | 39239000 | Articles For The Conveyance Or Packaging Of Goods, | 7/1/2018 | 12/31/2018 | EURO | T | 3030.949109 T | 3030.949109 |
| Romania | 48089000 | Paper And Paperboard, Creped, Crinkled, Embossed O | 7/1/2018 | 12/31/2018 | EURO | T | 1200.732484 T | 1200.732484 |
| Romania | 48114120 | Self-Adhesive Paper And Paperboard, Surface-Colour | 7/1/2018 | 12/31/2018 | EURO | T | 3983.471386 T | 3983.471386 |
| Romania | 48239085 | Paper, Paperboard, Cellulose Wadding And Webs Of C | 7/1/2018 | 12/31/2018 | EURO | T | 788.3594565 T | 788.3594565 |
| Romania | 56079090 | Twine, Cordage, Ropes And Cables, Whether Or Not P | 7/1/2018 | 12/31/2018 | EURO | T | 6054.348837 T | 6054.348837 |

JA 34

Ancientree, Verification Exhibits (November 15, 2019)
PR 1486; CR 1498 & 1516

LAW OFFICES OF

de KIEFFER & HORGAN, PLLC

1090 VERMONT AVENUE, N.W.
SUITE 410
WASHINGTON, D.C.  20005

GREGORY S. MENEGAZ                  AFFILIATED OFFICE:              GMENEGAZ@DHLAW.COM
TEL 202-783-6900                  SAARBRÜCKEN, GERMANY                    DHLAW.COM

November 15, 2019

Electronic Filing

Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
Room 18022
U.S. Dept. of Commerce
Washington, D.C. 20230

A-570-106
Investigation
POI: 07/01/2018-12/31/2018
AD/CVD Operations

**Public Version**
Business proprietary information contained
in Exhibit VE-1 through VE-22 has been
deleted.

**May be released under APO**

>        RE:     *Wooden Cabinets and Vanities from the People's Republic of China*:
>                *Verification Exhibits*

Dear Mr. Secretary:

On behalf of The Ancientree Cabinet Co., Ltd ("Ancientree"), a Chinese exporter of

wooden cabinets and vanities, we hereby submit the verification exhibits taken by the

Department at the onsite verification of Ancientree in Hongze, China from November 4, 2019

through November 8, 2019.

*            *            *

Certain information contained herein is business confidential data that is proprietary.

This information is enclosed with brackets ("[ ]").  Disclosure of this information would cause

substantial competitive and commercial harm to the parties.  Such data is marked "Contains

Proprietary Information."  Confidential treatment, subject to administrative protective order, is

requested pursuant to 19 C.F.R. §351.105(c).

## List of Exhibits

**Wooden Cabinets and Vanities from the PRC**
**A-570-106**
**POI: 07/01/2018-12/31/2018**

THE ANCIENTREE CABINET CO., LTD.
("ANCIENTREE")

**Verification Exhibits**

**November 15, 2019**

| VE-1 | Pre-verification Correction |
|------|------------------------------|
| VE-2 | Company Information |
| VE-3 | Sales Reconciliation |
| VE-4 | U.S. Pre-selected Sale 1 & 2 |
| VE-5 | U.S. Pre-selected Sale 5 |
| VE-6 | U.S. On-site Selected Sale 1 |
| VE-7 | U.S. On-site Selected Sale 3 |
| VE-8 | Invoice Selected for Completeness Test |
| VE-9 | U.S. Pre-selected Sale 3 |
| VE-10 | Ocean Freight Reimbursed |
| VE-11 | Non-subject Merchandise |
| VE-12 | Cost Reconciliation |
| VE-13 | Plywood Cost Package |
| VE-14 | Birch Sawn Wood Cost Package |
| VE-15 | Paint Cost Package |
| VE-16 | Birch Sawn Wood and Glue Purchase Package |
| VE-17 | Electricity Cost Package |
| VE-18 | Water and Steam Cost Package |
| VE-19 | Labor Cost Package |
| VE-20 | Packing and Weight |
| VE-21 | Standard Consumption Calculation |
| VE-22 | Scrap Package |

REMAINING PAGES NOT SUSCEPTIBLE
TO PUBLIC SUMMARY

JA 35

Department, Ancientree Verification Report
(December 10, 2019)
PR 1502; CR 1530

UNITED STATES DEPARTMENT OF COMMERCE
International Trade Administration
Washington, D.C. 20230

A-570-106
Investigation
POI: 7/1/2018 – 12/31/2018
~~Proprietary Document~~
**Public Version**
E&C/OV: ES

December 10,2019

**MEMORANDUM TO:**         Interested Parties

**THROUGH**               Emily Halle
                          Program Manager
                          AD/CVD Operations, Office V

**FROM:**                 Yang Jin Chun
                          Senior International Trade Compliance Analyst
                          AD/CVD Operations, Office I

                          Eliza Siordia
                          International Trade Compliance Analyst
                          AD/CVD Operations, Office V

**SUBJECT:**              Less-Than-Fair-Value Investigation of Wooden Cabinets and
                          Vanities and Components Thereof from the People's Republic of
                          China: Verification of the Export Price Sales and Factors of
                          Production Response of The Ancientree Cabinet Co., Ltd

---

The Department of Commerce (Commerce) conducted the verification of The Ancientree
Cabinet Co., Ltd (Ancientree) sales and factors of production (FOP) responses from November 4
through November 8, 2019, at Ancientree's office in Hongze, Jiangsu Province, the People's
Republic of China (China). The attached report outlines the procedures followed at the
verification and describes our findings. The list of participants in the verification and list of
exhibits compiled at the verification are appended to this report.

The purpose of this verification report is to provide parties with a factual report of the methods,
procedures followed, and the results collected during Commerce's verification exercise.[1] This
report does not draw conclusions as to whether the reported information was successfully
verified, or how the facts obtained at verification will ultimately be treated in Commerce's
determinations.

---

[1] *See* 19 CFR 351.307 (c).



INTERNATIONAL
**T R A D E**
ADMINISTRATION

*purchases made and shipped to the factory for **August 2018**.  The purchase price includes delivery, so the supplier was responsible for the freight documents.*

E.  *Review the company's procedures for purchasing raw materials from market economy suppliers.  Provide worksheets and documentation to show how you record purchases in your accounting records.  Review the terms of sale for each material, including the method of accounting for all movement expenses.*

F.  *Have available records of payment that show the amounts purchased for all factors.*

We followed the procedures above, reviewing original documents as appropriate.  We reviewed the methodology used by Ancientree to record raw material purchases into its books and records.  Company officials demonstrated how the raw material consumption ratios were calculated and the allocation methodology used in its consumption ratios.  We tied the material inputs from source documents to the accounting vouchers used to record source documents.

For paint, we tied the painting materials worksheet to the paint materials September accounting ledger and September voucher.  The paint material accounting voucher demonstrated an accounts payable [                        ].  This is consistent with the record at exhibit SQ4-18.3 of the fourth supplemental response dated September 18, 2019.  Of the cumulative coating inputs total of [        ] RMB, [        ] RMB was specific to the paint-input.  Ancientree's September paint summary excluded [                   ].  This was consistent with the entire summary list, demonstrating Ancientree [                              ] during September.  The September total, [        ] RMB, tied to the sub-ledger.  The reported quantities also tied to exhibits SQ4-16.1 of the fourth supplemental response dated September 18, 2019, which is the revised version of exhibit D-2.1 of the section D response dated July 19, 2019 (production and materials FOP paint quantity total of [        ]).  We found no discrepancies in Ancientree's September 2018 paint consumption.[21]

We reviewed Ancientree's August 2018 medium-density fiberboard, plywood, and glue material purchases.  We reproduced Ancientree's warehouse-in ticket quantities and amounts and noted no discrepancies with its source documentation.

## XIV.  ENERGY INPUTS

A.  *Review the methodology used to report the per-unit consumption amounts reported in your section D responses for **all energy inputs** including (but not limited to) the use of:*
   1.  *Production records;*
   2.  *Purchase records;*
   3.  *Inventory subsidiary ledgers;*
   4.  *Meter readings; and*
   5.  *Workshop results.*
   *Please be prepared to support allocations.*

B.  *Prepare **three** document packages to support the reported per-unit energy consumption amounts.  The package should include all purchase, inventory, meter readings, production, and accounting records necessary to tie the per-unit amounts reported to the*

---

[21] *See* VE-15.

Barcode:3919001-01 A-570-106 INV - Investigation  -

# ATTACHMENT I
## LIST OF EXHIBITS

| Verification Exhibit | Description |
|---|---|
| VE-1 | Pre-Verification Correction |
| VE-2 | Company Information |
| VE-3 | Sales Reconciliation |
| VE-4 | U.S. Pre-Selected Sale 1 and 2 |
| VE-5 | U.S. Pre-Selected Sale 5 |
| VE-6 | U.S. On-site Selected Sale 1 |
| VE-7 | U.S. On-site Selected Sale 3 |
| VE-8 | Invoice Selected for Completeness Test |
| VE-9 | U.S. Preselect Sale 3 |
| VE-10 | Ocean Freight Reimbursed |
| VE-11 | Non-Subject Merchandise |
| VE-12 | Cost Reconciliation |
| VE-13 | Plywood Cost Package |
| VE-14 | Birch Sawn Wood Cost Package |
| VE-15 | Paint Cost Package |
| VE-16 | Birch Sawn Wood and Glue Purchase Package |
| VE-17 | Electricity Cost Package |
| VE-18 | Water and Steam Cost Package |
| VE-19 | Labor Cost Package |
| VE-20 | Packing and Weight |
| VE-21 | Standard Consumption Calculation |
| VE-22 | Scrap |

Filed By: Eliza Siordia, Filed Date: 12/10/19 2:18 PM, Submission Status: Approved

JA 36

Ancientree, Case Brief (December 17, 2019)
PR 1511

LAW OFFICES OF
### deKIEFFER & HORGAN, PLLC
1090 VERMONT AVENUE, N.W.
SUITE 410
WASHINGTON, D.C.  20005

GREGORY S. MENEGAZ
TEL 202-783-6900

AFFILIATED OFFICE:
SAARBRÜCKEN, GERMANY

GMENEGAZ@DHLAW.COM
DHLAW.COM

December 17, 2019

Electronic Filing
Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
Room 18022
U.S. Dept. of Commerce
Washington, D.C. 20230

A-570-106
POI: 7/1/2018-12/31/2018
AD/CVD Operations
Office V

**PUBLIC DOCUMENT**

RE:    *Wooden Cabinets and Vanities and Components Thereof from the*
       *People's Republic of China* – **Case Brief**

Dear Secretary Ross:

On behalf of The Ancientree Cabinet Co., Ltd., (Ancientree), a Chinese exporter of subject

merchandise, we hereby submit its case brief in the above-referenced investigation.

Please let us know if you have any questions regarding this submission.

Sincerely,

Gregory S. Menegaz
J. Kevin Horgan
Judith L. Holdsworth
Alexandra Salzman

Barcode:3921181-01 A-570-106 INV - Investigation -

# UNITED STATES DEPARTMENT OF COMMERCE

In the Matter of:

WOODEN CABINETS AND
VANITIES FROM THE PEOPLE'S
REPUBLIC OF CHINA

Case No.: A-570-106
Antidumping Investigation

## CASE BRIEF

### Of

### The Ancientree Cabinet Co., Ltd ("Ancientree")

Of Counsel:

Gregory S. Menegaz
Alexandra H. Salzman
Judith L. Holdsworth
Kevin Horgan
**DEKIEFFER & HORGAN, PLLC**
1090 Vermont Ave., N.W.
Suite 410
Washington, D.C. 20005

Date: December 17, 2019

finding this lack of a detail a reason not to rely on those statements or on a surrogate country generally. *Refillable Stainless Steel Kegs Final Affirmative Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances, in Part*, 84 Fed. Reg. 57,010 (October 24, 2019) (relying on Malaysia as the primary surrogate country and relying on a Malaysian financial statement which did on break out energy or labor); *Mattresses Final Affirmative Determination of Sales at Less Than Fair Value, and Final Affirmative Determination of Critical Circumstances, in Part*, 84 Fed. Reg. 56,761 (October 23, 2019) (relying on Malaysia as the primary surrogate country and relying on a Malaysian financial statement which did on break out energy or labor); *Certain Passenger Vehicle and Light Truck Tires Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2016-2017*, 84 Fed. Reg. 17,781 (April 26, 2019) (relying on Thailand as the primary surrogate country and relying on a Thai financial statement which did on break out energy); *Fine Denier Polyester Staple Fiber Final Affirmative Determination of Sales at Less Than Fair Value*, 83 Fed. Reg. 24,740 (May 30, 2018) (relying on Thailand as the primary surrogate country and relying on a Thai financial statement which did on break out energy); *Xanthan Gum Final Results of the Antidumping Duty Administrative Review and Final Determination of No Shipments; 2015-2016*, 83 Fed, Reg. 6,513 (February 14, 2018) (relying on Thailand as the primary surrogate country and relying on two Thai financial statements which did on break out energy or labor).  Consistent with established practice noted above, the Department can and should rely on multiple Malaysian financial statements as the best available information for its final determination.

Moreover, the Department did not consider its strong preference to rely upon multiple financial statements nor the much <u>higher comparability</u> of the Malaysian producers in

3

determining the Romanian statement was preferable merely because of energy costs detail.  For instance, Lii Hen's revenue, was "wholly generated from the sales of furniture products" in 2018, and it has "six major subsidiary companies that are involved in the manufacturer of a vast range of wood based products."  Lii Hen financial statement at 2, 4.  Lii Hen's "main raw materials used in the manufacturing of the furniture products are mainly wood that comprise of solid wood, particleboard, veneers, MDF, plywood, pine wood and oak wood" and other finishing/packing materials.  *Id.* at 7.  As such, Lii Hen is a significant manufacturer of wooden furniture, and mostly importantly, produces <u>identical</u> merchandise.  *Id.* at 161-169.  Poh Huat is another wooden furniture manufacturer, whose principal products are bedroom suites and home-office suits. Poh Huat's manufactured bedroom suits include "nightstands, chest of drawers, dressers", and "home-office suits are integrated home-workstation incorporating drawers, filing cabinet,…."  *See* Poh Hua financial statement at 12-14; *id.* at 153-190 (screenshots of Poh Hua's wooden drawers, cabinets, beds).  Therefore, Poh Hua is a producer of <u>identical</u> merchandise. Yeo Aik Wood lists its principal activities as manufacturing and selling of furniture, in particularly wooden table sets and beds.  *See* Yeo Aik Wood financial statement at 1, 60-63. Yeo Aik's webpage contains numerous types of wood furniture, which has very similar production process and inputs.

In contrast, the Romanian financial statement is from Sigstrat S.A.  Sigstrat's primary activity is the manufacturing of plywood and veneer.  *See* Pet. Prelim. SVs at Exhibit 10 (Sigstrat 2018 financial statement).  Sigstrat also produces other wooden furniture, but its primary business remains plywood and veneer. Plywood and veneer production is a significant step removed upstream from the production of subject merchandise.  Ancientree consumes plywood in its production of cabinets.  Foremost consumes plywood and veneer in its consumption of

4

plywood.  Further, there is no information that Sigstrat produces cabinets.  Therefore, the record contains, at a minimum[1], contemporaneous Malaysian financial statements from two identical producers and one highly comparable producer.  In contrast, Romania only sources a single financial statement from a less comparable producer.

The Department has often made surrogate country determinations based on the comparability and quantity of financial statements.  *See Certain Activated Carbon From the People's Republic of China; 2010-2011; Final Results of Antidumping Duty Administrative Review*, 77 Fed. Reg. 67,337 (Dep't Comm. Nov. 9, 2012), and accompanying IDM at Cmt. 1F (after preliminarily finding Thailand to be the most suitable surrogate country, the Department changed its position in the final results, selecting the Philippines because multiple Philippines financial statements provided a broader market average than the sole Thai statement, satisfying the Department's "preference for using multiple financial statements.").  This preference is based on the Department's understanding that there may be certain cost distortions in one company's financial situation, so using multiple financial statements reduces the potential for such distortions in the comparable industry. *See, e.g., Steel Wire Garment Hangers from the People's Republic of China: Final Results of Antidumping Duty Administrative Review, 2010-2011*, 78 Fed. Reg. 28,803 (May 16, 2013) and accompanying *Issues & Decision Memo* at Cmt. 1D. Malaysia sources multiple financial statements from identical producers while the record only has one Romanian financial statement.  Accordingly, the Department should find based on established practice, that Malaysia sources the superior surrogate financial data and therefore should be selected as the primary surrogate country in the final determination.

---

[1] As discussed above, the record contains four additional financial statements from larger investment companies that are primarily engaged in the production of comparable merchandise and can be relied upon as well.

Filed By: bbaber@dhlaw.com, Filed Date: 12/17/19 4:02 PM, Submission Status: Approved

Additionally, Ancientree also provided information on additional cabinet producers in Malaysia.  *See* Ancientree Final SVs at Exhibit 9.  Therefore, this information and the financial statements from cabinet producers discussed above, constitutes a significant amount of information on the record that Malaysia is a significant producer of identical merchandise.  In contrast, the information regarding Romania's production is based solely on export data from basket category HTS of wooden furniture and the record contains only one statement from a comparable producer. *See* Ancientree SC Comments at Attachment 1 (world export data).

While the Department's surrogate country determination in the Preliminary Determination was based on the financial statements, Romania also had other data quality frailties.  Ancientree argued prior to the Preliminary Determination the Romanian imports of its primary inputs, birch and poplar sawnwood, were based on significant and uncommercial quantities.  *See* Ancientree Pre-Prelim Comments (September 19, 2019).  The Department acknowledged these comments but noted that Ancientree merely asserted the import volume was insignificant and non-commercial rather than identifying a basis for this evaluation.  Prelim. IDM at 12.  The Department found that comparison to the Malaysian import quantity to be an inadequate comparison.  *Id.*  However, Ancientree also explained that the import volume into Romania was non-commercial 1) based on the common commercial quantity of a container load and 2) based on its own commercial consumption and purchasing.  Ancientree Pre-Prelim Comments at 5.

For the HTS specific its poplar sawnwood input, HTS 4407.97.99[2], Romania imported

---

[2] Petitioner had recommended the Department rely upon HTS 4407.97.10 which covers planed or end-jointed sawnwood, which is not specific to the sawnwood used by Ancientree.  Moreover, Romania only imported 4 M3 from one country, Estonia, for the entire POI for HTS 4407.97.10.  Pet. Prelim SVs at

320 M3 and for the HTS specific to its birch sawnwood input, HTS 4407.96.99, Romania

imported 196 M3. The Department ultimately did not rely upon these specific HTS however.

Instead, the Department relied upon the six-digit level HTS because they had "higher import

volumes."  Prelim. IDM. at 13.  However, the import volume at the 6-digit level does not make a

material difference in the quantity relied upon.  Romania imported 324 M3 under HTS 4407.97

and 259 M3 under HTS 4407.96.  Prelim. SV Memo at Att. 3e.   Ancientree alone consumed

approximately 248% and 1072% times as much poplar and birch sawnwood during the POI than

was imported into all of Romania.  *See* Ancientree Section D at Exhibit D-2.1; *Jacobi Carbons*

*AB v. United States*, 313 F. Supp. 3d 1344, 1361-1362 (April 19, 2018) ("Commerce's

conclusory assertion regarding the significance of the imports into Thailand fails to apprise the

court why 122 metric tons is sufficiently significant to yield a representative price in light of

respondents' production experience.") *see also Juancheng Kangtai Chem. Co. v. United States*,

2015 Ct. Intl. Trade LEXIS 94, *65-66, 78 (Ct. Int'l Trade Aug. 21, 2015) (finding the

Department's refusal to consider the respondent's actual purchasing and consumption quantity at

odds with the Department's practice regarding other surrogate values and the statutory objective

in general, maintaining that, "the commercial significance of import statistics is not something in

the abstract, they must be reflective of, if not 'exactly' reflecting, such significance in

comparison with actual experience, of the producers or exporters of the input under

consideration, to the extent possible.").  The commercial reality of Ancientree and the other

respondents testifies to the low quantity into Romania of these major inputs.  Further, while

Malaysian import data alone may not be a measure for commercial quantity, the Malaysian

---

Exhibit 2.  Ancientree's pre-preliminary comment on the commercial quantity was focused on this tiny
quantity which the Department properly determined not to rely upon.

7

import volume can be considered alongside the Respondents' consumption volumes to demonstrate that 324 M3 and 259 M3 are not commercial quantities for a six-month period. Malaysia imported 2,240 M3 under the highly specific HTS for poplar, 4407.97.90.90 and 955 M3 under the highly specific HTS for birch, 4407.96.90.90.  Malaysia imported 691% more (poplar) and 369% more (birch) than Romania imported. The record does not contain the 6-digit HTS import volumes into Malaysia, but the volume difference necessarily would be even greater.

Moreover, contrary to the Department's assertion, the Department has sacrificed specificity in resorting to the 6-digit HTS.  At the 6-digit level, 4407.97 and 4407.96, cover wood sawn or chipped lengthwise, sliced or peeled, whether or not planed, sanded, or end-jointed of a thickness exceeding 6 mm.  Ancientree's wood inputs are not planed or end-jointed. Therefore reliance on these HTS includes these dissimilar wood products.  In contrast, the Malaysian HTS 4407.97.90.90 and 4407.96.90.90 each specifically cover "Other than Planed, sanded or end-jointed: Other than Sawn lengthwise and Sliced or peeled."  These later HTS are specific to the sawnwood Ancientree consumes and constitute the best available information for the final determination.

The Department prefers specificity, particular for the primary raw material.  While the Department considers several factors in its analysis, specificity is clearly the most critical component.  The Court has upheld this finding "in sum, 'product specificity' logically must be the primary consideration in determining 'best available information.' If a set of data is not sufficiently 'product specific,' it is of no relevance whether or not the data satisfy the other criteria set forth in Policy Bulletin 04.1."  *See Taian Ziyang Food Co. v. United States*, 783 F. Supp. 2d 1292, 1330 (Ct. Int'l Trade 2011), *see also Qingdao Sea-Line Trading Co. v. United*

8

II.    **Regardless of the Primary Surrogate Country Relied Upon in the Final Determination, the Department Must Make Changes to the HTS Relied Upon for Certain Inputs.**

A.  **The Department Should Rely Upon HTS 4410.11.10 to Value Ancientree's Particleboard Input.**

In the Preliminary Determination, the Department valued Ancientree's particleboard input using HTS 4410.11.90.  This HTS is the basket "other" category covering particleboard not specified earlier under 4410.11. *See* Prelim. SV Memo at Att 3b (HTS 4410.11.90 "Particle Board Of Wood, Whether Or Not Agglomerated.").  However, the more specific HTS to Ancientree's input is 4410.11.10, covering "Particle Board Of Wood, Whether Or Not Agglomerated With Resins Or Other Organic Binding Substances, Unworked Or Not Further Worked Than Sanded (Excl. Oriented Strand Board And Waferboard, Fibreboard And Cellular Wood Panels)."  Foremost Rebuttal SVs (August 19, 2019) at Exhibit RSV-1. This HTS is specific to unworked or merely sanded particleboard such as the particleboard consumed by Ancientree which goes through further processing during the production of subject merchandise. Foremost also provided that HTS 4410.11.10 is specific to the particleboard it consumes, an apparent normal industry standard.  *Id.*   4410.11.90 would not include this type of unworked particleboard because it covers only HTS not already specified.  Therefore, the Department should rely upon HTS 4410.11.10 in the Final Determination to value Ancientree's input as the most specific HTS.

B.  **The Department Should Rely Upon HTS 4411.14.10 to Value Ancientree's MDF Input.**

In the Preliminary Determination, the Department valued Ancientree's MDF input using HTS 4411.14.90.  This HTS is the basket "other" category covering MDF not specified earlier under 4411.14. *See* Prelim. SV Memo at Att 3b.  However, the more specific HTS to

11

Ancientree's input is 4411.14.10, covering "Medium Density Fibreboard [Mdf] Of A Thickness > 9 Mm, Not Mechanically Worked Or Surface-Covered."  Foremost Rebuttal SVs (August 19, 2019) at Exhibit RSV-1.  This HTS is specific to unworked or merely surface-covered MDF such as the MDF consumed by Ancientree, which goes through further processing during the production of subject merchandise. Foremost also provided that HTS 4411.14.10 is specific to the MDF it consumes, an apparent normal industry standard.  *Id.*   HTS 4411.14.90, relied upon by the Department in the Preliminary Determination, would not include this type of unworked MDF because it covers only HTS not already specified.  Therefore, the Department should rely upon HTS 4411.14.10 in the Final Determination to value Ancientree's MDF input as the most specific HTS.

### C.  The Department Should Rely Upon HTS 3506.91.90 to Value Ancientree's Glue Input.

In the Preliminary Determination, the Department valued Ancientree's glue input using HTS 3506.10.00 which covered prepared glues and adhesives "put up for retail sale as glues or adhesives, not exceeding a net weight of 1 kg."  *See* Pet. Prelim SVs at Exhibit 3 (EU HTS schedule).  On its face, this is an illogical HTS to value an industrial glue.  The HTS itself specifies it is for retail, which is clearly not accurate or appropriate for use in an industrial cabinet business.  The Department observed at verification that Ancientree consumed industrial glue in large quantities over 1 kg.  *See* Verification Exhibit 16 (glue purchase documentation). Accordingly, Ancientree suggested that the Department rely upon HTS 3506.91, which covers glues not otherwise specified, *i.e.*, glue that is not for retail and larger than 1 kg.  *Id.*; *see also* Ancientree Prelim SVs at Exhibit SV-1 (providing a Malaysian summary sheet with 3506.91) and Ancientree Rebuttal Prelim SVs at Exhibit SVR-3 (providing the Romanian import value for

12

**III.    If the Department Continues to Rely Upon Romania as the Primary Surrogate Country, the Department Must Adjust its Calculation of Sigstrat's Financial Ratios.**

In the Preliminary Determination, the Department relied upon the financial ratios calculated from Sigstrat's 2018 financial statement.  However, the Department's calculation of the financial ratios differed from how the Department has always calculated Sigstrat's financial ratios in the past.  The Department has calculated financial ratios from a Sigstrat financial ratios in multiple reviews of *Multilayered Wood Flooring from China* and in the investigation of *Hardwood Plywood Products from China*.  *See Multilayered Wood Flooring Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2016-2017*, 84 FR 38,002 (August 5, 2019); *Multilayered Wood Flooring Final Results of Antidumping Duty Administrative Review, Final Determination of No Shipments, and Partial Rescission; 2015-2016*, 83 Fed. Reg. 35,461 (July 26, 2018); *Multilayered Wood Flooring Final Results of Antidumping Duty Administrative Review, Final Determination of No Shipments, and Final Partial Rescission of Antidumping Duty Administrative Review; 2014-2015*, 82 Fed. Reg. 25,766 (June 5, 2017); *Multilayered Wood Flooring Final Results of Antidumping Duty Administrative Review; 2013-2014*, 81 Fed. Reg. 46,899 (July 19, 2016); *Certain Hardwood Plywood Products Final Determination of Sales at Less Than Fair Value, and Final Affirmative Determination of Critical Circumstances, in Part*, 82 Fed. Reg. 53,460 (November 16, 2017).

In each instance, the Department has used significantly more delineated line items in Sigstrat's financial statement.  *See*, *e.g.*, Ancientree Rebuttal SVs at Exhibit 2 (submitting the 2017 Sigstrat ratio calculation relied upon in *Multilayered Wood Flooring from China*).  Ancientree has submitted the revised 2018 Sigstrat financial ratios based on the Department's calculation in Multilayered Wood Flooring from China.  *Id*. at Exhibit 1. This calculation method provides far more critical detail, including line items for raw materials and consumables and

14

personnel expenditure.  The Department's calculation in the Preliminary Determination has not

properly accounted for the delineated line items in accordance with its past practice of

calculating financial ratios generally, and critically, for calculating this particular company's

financial ratios.  The Department must adjust its financial ratios calculation in the final

determination and use the ratio calculation submitted by Ancientree, which follows the

Department's well-established prior calculation method.

**IV.    Conclusion**

In light of the above, Malaysia contains the best available information to value

respondents' inputs and surrogate financial ratios.  The Department should select Malaysia as the

primary surrogate country and value all inputs based on Malaysian information.  Regardless of

the surrogate country relied upon, the Department must also make changes to certain HTS it

relied upon for particleboard, MDF, glue, and paint.  If the Department continues to rely upon

Romania, the Department must recalculate Sigstrat's financial ratios in accordance with its past

practice.

Sincerely,

Gregory S. Menegaz
Judith L. Holdsworth
Alexandra Salzman
*On behalf of Ancientree*

December 17, 2019

15

JA 37

Ancientree, Rebuttal Brief (December 26, 2019)
PR 1523

LAW OFFICES OF

deKIEFFER & HORGAN, PLLC

1090 VERMONT AVENUE, N.W.
SUITE 410
WASHINGTON, D.C.  20005

GREGORY S. MENEGAZ
TEL 202-783-6900

AFFILIATED OFFICE:
SAARBRÜCKEN, GERMANY

GMENEGAZ@DHLAW.COM
DHLAW.COM

December 26, 2019

<u>Electronic Filing</u>
Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
Room 18022
U.S. Dept. of Commerce
Washington, D.C. 20230

A-570-106
POI: 7/1/2018-12/31/2018
AD/CVD Operations
Office V

**Public Version**
Business proprietary information
deleted within brackets on pages
1-5, 8-10
**May be released under APO**

      **RE:**    ***Wooden Cabinets and Vanities and Components Thereof from the
People's Republic of China*** – Rebuttal Brief

Dear Secretary Ross:

On behalf of The Ancientree Cabinet Co., Ltd., (Ancientree), a Chinese exporter of subject

merchandise, we hereby submit its rebuttal brief in the above-referenced investigation.

*        *        *

Certain information contained herein is business confidential data that is proprietary.  This

information is enclosed with brackets ("[ ]").  Disclosure of this information would cause

substantial competitive and commercial harm to the parties.  Such data is marked "Contains

Proprietary Information."  Confidential treatment, subject to administrative protective order, is

requested pursuant to 19 C.F.R. §351.105(c).

Information marked as business proprietary has been so marked for one or more of the

following reasons, in accordance with 19 C.F.R. §351.105(c):

(1) Business or trade secrets concerning the nature of a product or production process;
(2) Production costs (but not the identity of the production components unless a particular
component is a trade secret);

# UNITED STATES DEPARTMENT OF COMMERCE

_____

In the Matter of:

WOODEN CABINETS AND
VANITIES FROM THE PEOPLE'S
REPUBLIC OF CHINA

_____

**PUBLIC
VERSION**
Case No.: A-570-106
Antidumping Investigation

# REBUTTAL BRIEF

## Of

## The Ancientree Cabinet Co., Ltd ("Ancientree")

Of Counsel:

Gregory S. Menegaz
Alexandra H. Salzman
Judith L. Holdsworth
Kevin Horgan
**DEKIEFFER & HORGAN, PLLC**
1090 Vermont Ave., N.W.
Suite 410
Washington, D.C. 20005

Date: December 26, 2019

not the subject merchandise, and those sales were excluded as non-subject merchandise.  *See* VE-3.  Likewise, Petitioner erroneously referenced a product [

].  However, this product is a [                                                    ].  *See* VE-6. The product consumes [                                                    ], rather than veneers.  *See* Bill of Materials at 10.  Ultimately, the plant itself, the warehouse, the purchase records, the BOMs, the input reconciliations, the cost reconciliation, etc. all seen and verified by the Department, confirm the simple fact that Ancientree does not consume wood veneers.

Petitioner cited to several cases where respondents did not accurately report the type of material input or missed reporting major component of the subject merchandise and the Department applied AFA or FA.  For example, in *Steel Grates from China*, the respondent allegedly did not reliably report the actual type of steel consumed.  However, each of these instances are fundamentally different than the case at hand. Ancientree accurately reported its material inputs.  Plywood and MDF that is veneered on the face and back of species of non coniferous wood is considered plywood and classified under HTS 4412.33.  MDF that is not veneered is classified as MDF under HTS 4411.  Ancientree properly used these designations in its FOP database and section D responses generally.  This information was fully verified without discrepancy. *See* Ver. Report generally. There is no basis to apply AFA or FA.  Petitioners argument to add the cost of wood veneers is contrary to the commercial reality that Ancientree did not separately purchase or consume wood veneer as an input.  *See* Pet. Case Br. at 23-27. Any veneers, and the cost of those veneers, were already incorporated in the veneered plywood as purchased and as correctly classified in the appropriate surrogate value corresponding to HTS 4412.33.  Therefore, Ancientree's inputs were properly reported.  The Department should fully

Filed By: bbaber@dhlaw.com, Filed Date: 12/26/19 4:22 PM, Submission Status: Approved

reject Petitioner's baseless arguments and continue to find that Ancientree fully and completely reported its FOPs.

## II.     Petitioner's Argument Concerning Sigstrat's Financial Ratios Only Supports Ancientree's Argument that the Malaysian Financial Statements are the Best Available Information to Value the Financial Ratios.

In the Preliminary Determination, the Department categorized "Other Outside expenses (with energy and water)" as energy costs.  Petitioner argues that this line item contains other costs not associated with energy and that therefore it is inappropriate to categorize this line item as energy.  *See* Pet. Case Br. at 32-33.  Accordingly, Petitioner suggests the Department should allocate this line item to Factory Overhead and instead not value the Energy FOPs (in order not to double-count).  *Id.*  However, as submitted in Ancientree's case brief, the sole reason the Department provided for not relying on the Malaysian financial statements and Malaysia generally as the primary surrogate country, was that the Malaysian financial statements did not break-out energy costs.  Prelim. IDM at 13; *see also* Ancientree Case Br. at 2-6.

Therefore, as Sigstrat also does not break-out energy costs, there is no advantage to relying on this statement.  In contrast, Malaysia sources three financial statements—two contemporaneous financial statements from producers of identical merchandise and one contemporaneous financial statement from a highly comparable producer of wooden furniture.  *See* Ancientree Case Br. at 3-4.  Not only does Malaysia source multiple financial statements, in accord with the Department's very strong preference, but the Malaysian statements are from identical or far more comparable companies.  Sigstrat is primarily engaged in the manufacturing of plywood and veneer, which is a significant step removed upstream from the production of subject merchandise.  *Id.*  Accordingly, following

11

Petitioner's argument that Sigstrat does not disaggregate energy costs, the Department should find that Malaysia sources the superior surrogate financial data and therefore should be selected as the primary surrogate country in the final determination.

### III.   The Department Should Not Rely Upon the Romanian Eight-Digit HTS Categories to Value Ancientree's Birch and Poplar Wood FOPs.

In the Preliminary Determination, the Department values Ancientree's birch and poplar wood FOPs using HTS 4407.96 and 4407.97.  Petitioner argues that the Department should rely upon the eight-digit HTS because they are "more accurate and they are more specific to the input consumed by Ancientree."  Pet. Case Br. at 33-34.  Ancientree has argued that the Department should rely upon Malaysia as the primary surrogate country because Malaysia provides more specific eight-digit HTS to value these two critical inputs that are based upon a commercial quantity.  Ancientree Case Br. at 7-9.  Ancientree agrees that specificity is a critical component of the Department's selection of surrogate values.  *Id*. However, the Department properly chose <u>not</u> to rely upon the Romanian eight-digit HTS because the volume imported into Romania was too small to be commercial and therefore is not a reliable basis for a surrogate value.  Prelim. IDM. at 13.

Ancientree has argued that the volume into Romania at the six-digit level is still too small to be a reliable surrogate value.  Ancientree Case Br. at 6-7.  Accordingly, relying on the even smaller volume imported under the eight-digit HTS suggested by Petitioner is even more unreasonable.  Further, the Romanian HTS suggested by petitioner to value Ancientree's poplar input, HTS 4407.97.10, is <u>not</u> more specific to Ancientree's input.  HTS 4407.97.10 covers planed or end-jointed sawnwood, which is not specific to the sawnwood used by Ancientree.  Rather, the Romanian HTS 4407.97.99 is specific to Ancientree's input,

12

Barcode:3924618-01 A-570-106 INV - Investigation  -

which covers other poplar sawnwood, i.e., not planed or end-jointed.  Further, while
Ancientree has already argued that the volume imported into Romania during the POI for
HTS 4407.96, 4407.96.99, and 4407.97 is insignificant, the volume imported under HTS
4407.97.10 is even smaller – a mere 4 M3.  Pet. Prelim SVs at Exhibit 2.  Romania only
imported 4 M3 from one country, Estonia, for the entire POI.  *Id*.  4 M3 is not a commercial
quantity by any measure.  4 M3 is significantly less than the payload of standard 20 foot
container.  4 M3 is approximately 0.5% percent of the poplar sawnwood consumed by
Ancientree during the POI. *See* Ancientree Section D at Exhibit D-2.1; *see also* Ancientree
Case Br. at 7 (discussing case law on considering the respondent's own commercial usage in
determining commercial quantity).  In contrast, Malaysia imported 2238.69 M3 of poplar
sawnwood during the POI, or 560 times more than imported by Romania.  HTS 4407.97.10
is not specific to Ancientree's poplar log input and is unusable based on a minuscule
uncommercial quantity.

     Accordingly, Petitioner's argument concerning the lack of specificity at the six-digit
level in Romania coupled with the Department's finding that the Romanian import volumes
were too small at the eight-digit level, must lead to the conclusion that Malaysia sources the
best available information to value Ancientree's primary wood inputs.  Malaysia provides the
most-specific HTS based upon a commercial quantity to value Ancientree's primary wood
inputs.  However, if the Department nonetheless still relies upon Romanian import values,
the Department must rely upon the 6-digit HTS, which provide a larger import quantity for
these critical inputs.

Filed By: bbaber@dhlaw.com, Filed Date: 12/26/19 4:22 PM, Submission Status: Approved

Barcode:3924618-01 A-570-106 INV - Investigation  -

**IV.     The Department Should Not Incorporate the OECD Labor Hours in Its Romanian Labor Rate Calculation.**

Petitioner has argued that the Department should revise its Romanian labor rate calculation to incorporate hours reported by a separate source, the OECD.  Pet. Case Br. at 30-32.  The Department should not adjust its Romanian labor rate calculation.  The Department relied upon the Trading Economics labor rate sourced from the Romanian INSSE.  The Department divided this monthly wage rate by its normal assumptions of 24 working days a month and 8 working hours a day to arrive at an hourly labor rate.  Petitioner argues to use an additional third source, OECD, as the hourly basis to derive an hourly rate instead.  It is not the Department's practice to use a secondary unrelated source from the labor rate source itself to determine an hourly conversion.  The Department should not depart from its established practice of using the typical working hours of 24 days/month and 8 hours/day.

Further, the supposed Romanian OECD annual labor hours are <u>not</u> specific to Romania.  The OECD provided annual labor hours from a basket category of "OECD countries."  Critically, the OECD source merely states these are "average annual hours actually worked per worker."  This provides no information on the type of laborers includes in this source.  The record lacks adequate information on both the Trading Economics Romanian monthly labor rate parameters and the OECD annual labor hours parameters to determine that these sources would adequately overlap in coverage such that the OECD hours could be a reliable conversion.  Accordingly, relying on the OECD hours is imprecise and inaccurate.  The fact that the annual working hours reported by the OECD are so much lower than typical working hours (i.e. the Department's established labor assumptions)

14

suggests that the OECD includes different types of laborers that do not consistently work throughout the year; such as seasonal and part-time.  *See* Pet. Case Br. at 31 (compare OECD hours of 1734 per year/per worker compared to Department's normal established assumption of 2304 hours per year/per worker).  This OECD labor hour source, if assuming a laborer works every month of the year and has an 8-hour work day, implies that a laborer only works a mere 18 days a month.  Id. (1734/12/8= 18.06).  This is far too low to be average for normal laborers.  It is not appropriate to use such underestimated labor hours incorporating atypical laborers in the Department's calculation.  Moreover, this source, from a basket category of countries, is not established by Petitioner to be co-extensive with the Department's list of economically comparable countries to China in this investigation. Accordingly, the Department should not alter its Romanian labor rate calculation. Ancientree further submits, as it argued in its opening brief, that the Malaysian labor rate is far more specific than this Trading Economics Romanian labor rate.  *See* Ancientree Case Br. at 9.

JA 38

Petitioner, Rebuttal Brief (December 26, 2019)
PR 1525

Barcode:3924857-01 A-570-106 INV - Investigation -

**PUBLIC VERSION**



December 26, 2019

| |
|---|
| Case No. A-570-106 |
| Total Pages: 51 |
| Investigation |
| AD/CVD Operations, E&C Office V |
| Ancientree's Business Proprietary Information Removed from Pages: 8, 19-22 |
| Petitioner's Business Proprietary Information Removed from Pages: 33-40 |
| The Department's Business Proprietary Information Removed from Page: 28 |
| Fubuwood's Business Proprietary Information Removed from Pages: 34-36, 38 |
| Mixed Business Proprietary Information Removed from Pages: 6-7, 38 |
| **PUBLIC VERSION** |

The Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
Attn: Enforcement & Compliance
APO/Dockets Unit, Room 18022
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Re:   ***Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China***: Rebuttal Brief Regarding General and Ancientree-Specific Issues

Dear Secretary Ross:

On behalf of the American Kitchen Cabinet Alliance ("Petitioner"), we respectfully submit the enclosed rebuttal brief, in accordance with 19 C.F.R. § 351.309(d), for the consideration of the U.S. Department of Commerce (the "Department") in its upcoming final determination in the above-referenced investigation. This rebuttal brief is timely filed in accordance with the Department's December 20, 2019 memoranda.[1]

---

[1]     Memorandum from Eliza Siordia, Int'l Trade Compliance Analyst, Enf't & Compliance, Off. V to Interested Parties, re: *Antidumping Duty Investigation of Wooden Cabinets and Vanities and Components Thereof from the*

---

Barcode:3924857-01 A-570-106 INV - Investigation -

**PUBLIC VERSION**

Case No. A-570-106
Total Pages: 46
Investigation
AD/CVD Operations, E&C Office V
Ancientree's Business Proprietary Information Removed from
Pages: 8, 19-22
Petitioner's Business Proprietary Information Removed from
Pages: 33-40
The Department's Business Proprietary Information Removed
from Page: 28
Fubuwood's Business Proprietary Information Removed from
Pages: 34-36, 38
Mixed Business Proprietary Information Removed from Pages: 6-
7, 38
**PUBLIC VERSION**

**BEFORE THE
INTERNATIONAL TRADE ADMINISTRATION OF THE
U.S. DEPARTMENT OF COMMERCE**

**WOODEN CABINETS AND VANITIES AND COMPONENTS THEREOF FROM THE PEOPLE'S REPUBLIC OF CHINA**

**ON BEHALF OF:
AMERICAN KITCHEN CABINET ALLIANCE**

**REBUTTAL BRIEF REGARDING GENERAL AND ANCIENTREE-SPECIFIC ISSUES**

**Timothy C. Brightbill, Esq.
Jeffrey O. Frank, Esq.
Elizabeth S. Lee, Esq.
Theodore P. Brackemyre, Esq.**

**WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000**

***Counsel to the American Kitchen Cabinet
Alliance***

**December 26, 2019**

comparable merchandise as "wooden furniture and wood products" and found that "plywood, chairs, and tables" qualified as comparable merchandise.[31]  With respect to these four companies, there is absolutely no evidence that any of them produced identical merchandise, *i.e.*, "wooden cabinets and vanities that are for permanent installation."[32]  There is also no record evidence to support Ancientree's assertion that Lii Hen and Poh Huat are producers of "identical merchandise."[33]  Neither the financial statements themselves or the company information submitted by respondents contain any reference to subject merchandise.[34]

There is, however, record evidence demonstrating that each of the four companies produce comparable merchandise, which the Department found to be "wooden furniture and wood products."  Foremost argues that Sigstrat is a plywood and molded wood products producer and, therefore, that it is not a producer of comparable merchandise, and that its financial ratios would not reflect a producer of comparable merchandise.  Foremost argues that wooden furniture producers "have a more similar production experience than producers of plywood products," which makes wood furniture comparable merchandise.[35]  However, Foremost fails to consider the fact that Sigstrat produces wooden furniture.  Ancientree, in contrast, admits that Sigstrat produces wood furniture but claims that its primary business is plywood and veneers. This claim is incorrect. In fact, a very large amount of Sigstrat's production is related to wooden furniture.[36]  Further, the

---

[31]    Preliminary I&D Memo at 14.

[32]    *Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China*, 84 Fed. Reg. 54,106, 54,113-14 (Oct. 9, 2019).

[33]    Ancientree's Case Brief at 4.

[34]    *See* Ancientree Final SV Submission at Exhibit SV2-5; Foremost Final SV Submission at Exhibits SV2-1 and SV2-2.

[35]    Foremost's Case Brief at 5.

[36]    Letter from Wiley Rein LLP to Sec'y Commerce, re: *Wooden Cabinets and Vanities and Components, Thereof From the People's Republic of China: Petitioner's Initial Surrogate Value* (Aug. 7, 2019) ("Petitioner's Initial SV Submission ") at Exhibit 10b at note 1.1.a and 1.1.4.

13

**PUBLIC VERSION**

remaining products – plywood and veneers – were also explicitly considered to be comparable merchandise by the Department at the preliminary determination. Thus, Sigstrat is a significant producer of comparable merchandise.

The finding that plywood and veneers are comparable to subject merchandise is supported by Foremost's own production method. Plywood is produced by gluing veneers together as well as pressing, sanding, and cutting the final product. Foremost also reported a large amount of veneers which it attached to wood cores, requiring pressing, sanding, and cutting the end product, similar to the manufacturing process of plywood. Thus, Sigtrat and Foremost's operations are remarkably similar in that each company essentially produces plywood and wooden furniture. Based on these facts, Commerce's finding that plywood production is comparable to making wooden furniture is justified in this investigation.

Furthermore, there is no basis to conclude that furniture is more comparable to wooden cabinets than plywood. Wooden furniture covers an enormous range of products, a large number of which are extremely complex and require all kinds of special tooling and elaborate finishing that is almost never a part of cabinets, the vast majority of which consist of simple wooden boxes. Plywood is one of the primary inputs for wooden cabinets and vanities, and many cabinet producers also produce plywood, similar to Foremost. Just because Foremost apparently does not sell the plywood but, instead, uses it as an intermediate input in the production of wooden furniture does not make plywood production any less comparable.

Furthermore, the Malaysian financial statements appear to cover a wide range of business operations, including all types of wooden furniture, that may not be similar to cabinets such that there would be little correlation between the profit experience of the respondents and the potential

surrogate.[37]   Moreover, Foremost and Ancientree have different levels of integration, which is a

fact the Department has determined to diminish the importance of the level of integration with

respect to potential financial statements.   In *Chlorinated Isocyanurates from China*, the

Department found that "we do not find the level of integration to be a meaningful factor, given

that respondents themselves are vastly different in their own levels of integration (*i.e.*, Jiheng is

much more integrated than Heze Huayi and Kangtai through its own production of intermediate

products that the latter two respondents purchase as inputs)."[38]   In this case as well, Foremost's

level of integration is considerably more than Ancientree and appears to closely approximate that

of Sigstrat.   Therefore, the Department was justified in finding that Sigstrat is a producer of

comparable merchandise.

At the preliminary determination, the Department found that the financial statements for

each of these three Malaysian companies did not break out energy costs from other manufacturing

costs.[39]   As such, the respondents' energy inputs would have to be disregarded in order to avoid

double-counting, making them inferior to Sigstrat's financial statements – which do not suffer

from this deficiency.[40]   Separately breaking out energy is a valid reason the Department has relied

---

[37]     *See* Ancientree Final SV Submission at Exhibit SV2-5; Foremost Final SV Submission at Exhibits FSV-1A and FSV-2A.

[38]     Final Results Memo Comment 2.

[39]     Preliminary I&D Memo at 13.

[40]     Petitioner notes that it made a factual error in its case brief when it stated that "based on the category name – "Other outside expenses (with energy and water)" – it seems that this category contains other costs in addition to energy and water."  As we reviewed the energy expenses in Sigstrat's financial statements in more detail for this argument, we found that they, in fact, demonstrate that the entire amount of this category (1,534,472) consists of energy costs because a subsequent financial note lists the entire amount simply as "Energy expenses."  Petitioner's Initial SV Submission at Exhibit 10b, Fin. Note 5b.  As such, the energy costs can be determined and separately accounted for, unlike the Malaysian financial statements.

15

purchases [                                                                              ].[69] Given that

Ancientree goes to great lengths to highlight the existence of [


], the Department can only conclude that the totality of the evidence supports its utilization

of HTS number 3208.10.90 in the preliminary determination and its continued use in the final

determination.[70]

### C.   The Department Should Reject Ancientree's Attempt to Discredit the Agency's Calculation of Financial Ratios

Ancientree argues in its case brief that the Department incorrectly calculated the financial

ratios for the Romanian company – Sigstrat.[71]   According to Ancientree, "the Department's

calculation of the financial ratios differed from how the Department has always calculated

Sigstrat's financial ratios in the past."[72]  Ancientree cites to a long line of cases where Sigstrat was

ostensibly used for purposes of calculating surrogate financial ratios.  Further, Ancientree placed

onto the record a copy of portion of the Department's preliminary surrogate values memorandum

from the 2016-2017 administrative review of the antidumping duty order of *Multilayered Wood

Flooring From the People's Republic of China.*[73]  Based on this calculation worksheet, Ancientree

claims that it "has submitted the revised 2018 Sigstrat financial ratios based on the Department's

calculation in Multilayered Wood Flooring from China."[74]  Ancientree concludes by asserting that

---

[69]     *See id.* {**Ancientree's BPI**}

[70]     *See id.* {**Ancientree's BPI**}

[71]     Ancientree Case Brief at 14-15.

[72]     *Id.* at 14.

[73]     *Id. citing* Letter from DeKieffer & Horgan PLLC to Commerce Dept. re: *Wooden Cabinets and Vanities from the People's Republic of China: Rebuttal Preliminary Surrogate Value Submission*, at Exhibit SVR-1 and SVR-2 (Aug. 19, 2019) ("Ancientree Aug. 19 SV Rebuttal Submission").

[74]     Ancientree Case Brief at 14.

22

"Department must adjust its financial ratios calculation in the final determination and use the ratio calculation submitted by Ancientree, which follows the Department's well-established prior calculation method."[75]   The Department should reject this request in its final determination.

First, Petitioner disagrees with Ancientree's assertion that the methodology employed to calculate financial ratios in the instant proceeding "differed from how the Department has *always* calculated Sigstrat's financial ratios in the past."[76]   The record of this proceeding contains a single alternate calculation methodology—namely for the 2016-2017 administrative review of multilayered wood flooring.   There is no information from the other proceedings that Ancientree cites to in its brief.[77]   Similarly absent from the record of this proceeding is any information as to the reasoning for the methodology performed in the 2016-2017 review of that order.   More problematic though, is that the 2017 financial statement of Sigstrat is absent from the record of this proceeding.   Without this data (including the auditors' notes and schedules), it is impossible to tell or to assume why certain categories of expenses would have been calculated as they were in the 2016-2017 review of that order.   Without this information, the Department is simply operating in a vacuum and cannot assume that the methodology applicable in a prior proceeding of a different antidumping duty order is relevant or applicable here.   Moreover, the Department may make adjustments in each proceeding that are unique to that proceeding (often based on the production experience of the company or companies being investigated), and such adjustments may not be appropriate in other proceedings and especially other cases.   For example, in *Xanthan Gum From the People's Republic of China,* the Department made adjustments to the financial ratio

---

[75]     *Id.* at 15.

[76]     *Id.* at 14 (emphasis added).

[77]     *Id.*

23

JA 39

Department, Final Surrogate Value Memo
(February 21, 2020)
PR 1560 & 1571

Barcode:3948601-01 A-570-106 INV - Investigation -

UNITED STATES DEPARTMENT OF COMMERCE
International Trade Administration
Washington, D.C. 20230

A-570-106
Investigation
~~Proprietary Document~~
E&C/OV:   RG
Public Version

February 21, 2020

MEMORANDUM TO:   The File

THROUGH:          Emily Halle
                  Program Manager, Office V
                  Enforcement & Compliance

FROM:             Rachel Greenberg
                  International Trade Analyst, Office V
                  Enforcement & Compliance

RE:               Antidumping Duty Investigation of Wooden Cabinets and Vanities and
                  Components Thereof from the People's Republic of China:
                  Surrogate Value Memorandum for the Final Determination

---

On October 9, 2019, the Department of Commerce (Commerce) published in the *Federal Register* the *Preliminary Determination* of the antidumping duty investigation of wooden cabinets and vanities and components thereof from the People's Republic of China (China).[1] Most of the factor valuations remain unchanged since the *Preliminary Determination*.[2] However, since the *Preliminary Determination*, Commerce received additional comments regarding the FOPs used in the *Preliminary Determination*.[3]   After reviewing and analyzing these comments, and all information on the record, we have revised certain surrogate values (SVs) for The Ancientree Co., Ltd. (Ancientree) and Rizhao Foremost Woodwork Manufacturing Company Ltd. (Foremost) (collectively, the respondents) for the final determination.   For SVs used to value FOPs in the *Preliminary Determination* to which we did

---

[1]  *See Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:   Preliminary Affirmative Determination of Sales at Less Than Fair Value, Postponement of Final Determination and Extension of Provisional Measures*, 84 FR 54106 (October 9, 2019) (*Preliminary Determination*), and accompanying Preliminary Decision Memorandum, as corrected by *Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China:   Preliminary Affirmative Determination of Sales at Less than Fair Value, Postponement of Final Determination and Extension of Provisional Measures*, 84 FR 56420 (October 22, 2019).
[2]  For a discussion of the factors of production (FOPs) not listed in this memorandum which have not changed from the Preliminary Determination, *see* Memorandum, "Antidumping Duty Investigation of Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:   Surrogate Value Memorandum for the Preliminary Determination," dated October 2, 2019 (Preliminary SV Memo).
[3]  For a discussion of the comments received regarding the valuation of FOPs used in the *Preliminary Results*, *see* Memorandum, "Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Issues and Decision Memorandum for the Final Affirmative Determination of Sales at Less Than Fair Value," dated concurrently with this memorandum (Issues and Decision Memorandum).

Attachment List
*Contained in the accompanying electronic file*

| | |
|---|---|
| Attachment 1: | Ancientree Summary Spreadsheet |
| Attachment 2: | Foremost Summary Spreadsheet     (contains BPI) |
| Attachment 3a-f: | GTA Data |
| Attachment 4: | Exports of Comparable Merchandise |
| Attachment 5: | Labor |
| Attachment 6: | Water |
| Attachment 7: | Electricity |
| Attachment 8: | Natural Gas |
| Attachment 9: | Steam |
| Attachment 10: | Inland Freight |
| Attachment 11: | Brokerage and Handling |
| Attachment 12: | Financial Ratios |

4

A-570-106
China Cabinets and Vanitie
Investigation
Ancientree SV Summary
Wooden Cabinets and Vanities from the People's Republic of China (A-570-106
FINAL Determination Surrogate Value

| Category | Factor Input Name | HTS Number | Source Of Data | Period Data From | Source Value | Source Unit | Reported Unit for Factor Usage (THIS IS | Conversion Needed? | Unit Conversion Factor | Inflator/ Deflator | Variable Name | ME Purchase or Surrogate Value | Converted Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RAW MATERIALS** | Birch_Sawnwood | 440796 | GTA | POI | 602.73 | EUR | M3 | M3 | NO | 1 | 1.000 | BIRSWSV | 602.7259 | Euro/M3 |
| | Oak_Sawnwood | 44079190 | GTA | POI | 801.45 | EUR | M3 | M3 | NO | 1 | 1.000 | OAKSWSV | 801.4539 | Euro/M3 |
| | Fraxinus_mandshurica_Sawnwood | 44079599 | GTA | POI | 566.37 | EUR | M3 | M3 | NO | 1 | 1.000 | FRASWSV | 566.3729 | Euro/M3 |
| | Basswood_Sawnwood | 44079990 | GTA | POI | 921.14 | EUR | M3 | M3 | NO | 1 | 1.000 | BASSWSV | 921.1419 | Euro/M3 |
| | Poplar_Sawnwood | 440797 | GTA | POI | 150.73 | EUR | M3 | M3 | NO | 1 | 1.000 | POPSWSV | 150.7346 | Euro/M3 |
| | Plywood | 44123300 | GTA | POI | 483.36 | EUR | M3 | M3 | NO | 1 | 1.000 | PLWDSV | 483.3599 | Euro/M3 |
| | Particleboard | 44101190 | GTA | POI | 562.89 | EUR | M3 | M3 | NO | 1 | 1.000 | PTBUSV | 562.8890 | Euro/M3 |
| | MDF | 44111490 | GTA | POI | 448.55 | EUR | M3 | M3 | NO | 1 | 1.000 | MDFSV | 448.5499 | Euro/M3 |
| | Sand paper | 68052000 | GTA | POI | 10019.12 | EUR | MT | KG | YES | 0.001 | 1.000 | SDPUSV | 10.0191 | Euro/KG |
| | Sand cloth | 68051000 | GTA | POI | 6527.08 | EUR | MT | KG | YES | 0.001 | 1.000 | SCLUSV | 6.5271 | Euro/KG |
| | Nails | 73170020 | GTA | POI | 1526.73 | EUR | MT | KG | YES | 0.001 | 1.000 | NALUSV | 1.5267 | Euro/KG |
| | Edge band | 39269097 | GTA | POI | 8244.97 | EUR | MT | KG | YES | 0.001 | 1.000 | EBDUSV | 8.2450 | Euro/KG |
| | Tape | 39191080 | GTA | POI | 7471.28 | EUR | MT | KG | YES | 0.001 | 1.000 | TPEUSV | 7.4713 | Euro/KG |
| | Glue | 35069190 | GTA | POI | 2719.00 | EUR | MT | KG | YES | 0.001 | 1.000 | GLUUSV | 2.7190 | Euro/KG |
| | Paint | 32081090 | GTA | POI | 4955.08 | EUR | MT | KG | YES | 0.001 | 1.000 | PATUSV | 4.9551 | Euro/KG |
| | Color concentrate | 32041700 | GTA | POI | 4591.64 | EUR | MT | KG | YES | 0.001 | 1.000 | CLCTUSV | 4.5916 | Euro/KG |
| | Thinner | 38140010 | GTA | POI | 2050.27 | EUR | MT | KG | YES | 0.001 | 1.000 | THINUSV | 2.0503 | Euro/KG |
| | Putty | 32141010 | GTA | POI | 2856.41 | EUR | MT | KG | YES | 0.001 | 1.000 | PUTUSV | 2.8564 | Euro/KG |
| | Alcoholic | 29055998 | GTA | POI | 7734.00 | EUR | MT | KG | YES | 0.001 | 1.000 | ALCUSV | 7.7340 | Euro/KG |
| | Slide rail | 83024200 | GTA | POI | 3149.38 | EUR | MT | KG | YES | 0.001 | 1.000 | SLRUSV | 3.1494 | Euro/KG |
| | Hinge | 83021000 | GTA | POI | 4085.09 | EUR | MT | KG | YES | 0.001 | 1.000 | HINUSV | 4.0851 | Euro/KG |
| | Metal connectors | 73182400 | GTA | POI | 7712.31 | EUR | MT | KG | YES | 0.001 | 1.000 | MTCNUSV | 7.7123 | Euro/KG |
| | Plastic connectors | 39269097 | GTA | POI | 8244.97 | EUR | MT | KG | YES | 0.001 | 1.000 | PLCNUSV | 8.2450 | Euro/KG |
| | Wood connectors | 44199090 | GTA | POI | 7389.34 | EUR | MT | KG | YES | 0.001 | 1.000 | WDCNUSV | 7.3893 | Euro/KG |
| | Screw | 73181210 | GTA | POI | 5825.88 | EUR | MT | KG | YES | 0.001 | 1.000 | SCRUSV | 5.8259 | Euro/KG |
| | Noise reduction pad | 39211900 | GTA | POI | 2668.41 | EUR | MT | KG | YES | 0.001 | 1.000 | NRPUSV | 2.6684 | Euro/KG |
| | Glass | 70099100 | GTA | POI | 730.18 | EUR | MT | KG | YES | 0.001 | 1.000 | GLSUSV | 0.7302 | Euro/KG |
| **Packing Materials** | EPE | 39211900 | GTA | POI | 2668.41 | EUR | MT | KG | YES | 0.001 | 1.000 | EPEUSV | 2.6684 | Euro/KG |
| | Poly Foam | 39211100 | GTA | POI | 2737.71 | EUR | MT | KG | YES | 0.001 | 1.000 | PLFUSV | 2.7377 | Euro/KG |
| | Corrugate_Paperboard | 48081000 | GTA | POI | 1286.77 | EUR | MT | KG | YES | 0.001 | 1.000 | CORPAPUSV | 1.2868 | Euro/KG |
| | Bubble film | 39219090 | GTA | POI | 2669.95 | EUR | MT | KG | YES | 0.001 | 1.000 | BFMUSV | 2.6699 | Euro/KG |
| | Paper_Label | 48211010 | GTA | POI | 5453.25 | EUR | MT | KG | YES | 0.001 | 1.000 | PAPLUSV | 5.4533 | Euro/KG |
| | Plastic bag | 39232910 | GTA | POI | 5859.61 | EUR | MT | KG | YES | 0.001 | 1.000 | PLBUSV | 5.8596 | Euro/KG |
| | Paper Manual | 49019900 | GTA | POI | 5224.75 | EUR | MT | KG | YES | 0.001 | 1.000 | PMNUSV | 5.2248 | Euro/KG |
| **Labor** | Direct_Labor | N/A | Trading Economics - Romania | POI | 20.97 | Lei | HR | Hour | NO | 1 | 1.000 | PACLBSV | 20.9731 | Lei/HR |
| | Indirect_Labor | N/A | Trading Economics - Romania | POI | 20.97 | Lei | HR | Hour | NO | 1 | 1.000 | DRLBSV | 20.9731 | Lei/HR |
| | Packing_Labor | N/A | Trading Economics - Romania | POI | 20.97 | Lei | HR | Hour | NO | 1 | 1.000 | INDLBSV | 20.9731 | Lei/HR |
| **Energy** | Electricity | N/A | Eurostat | POI | 0.09 | EUR | KwH | kWh | NO | 1 | 1.000 | ELECSV | 0.0925 | Euro/kWh |
| | Steam | N/A | Eurostat | POI | 0.03 | EUR | M3 | MT | YES | 1 | 1.000 | STEAMSV | 0.0297 | Euro/MT |
| | Water | N/A | Regional Tariffs | POI | 3.81 | RoN | M3 | MT | YES | 1 | 1.000 | WATERSV | 3.8080 | Lei/MT |
| **By-Products** | Wood_Scrap | 44014010 | GTA | POI | 73.75 | EUR | MT | KG | YES | 0.001 | 1.000 | WDSCRPSV | 0.0737 | Euro/MT |
| **Movement** | Truck Freight | N/A | Doing Business in Romania 201 | 2018 | 0.00007 | USD | KG/KM | | NO | 1 | 1.000 | TRUCKSV | 0.0001 | USD/Kg/Km |
| | Brokerage & Handling | N/A | Doing Business in Malaysia 20 | 2018 | 0.016533333 | USD | KG | | NO | 1 | 1.000 | DBROKUSV | 0.0165 | USD/Kg |
| **Financial Ratios** | Overhead | N/A | | | 29.19% | | | | NO | 1.000 | 1.000 | OVRHDSV | 0.2919 | % as a decimal |
| | SG&A | N/A | | | 11.42% | | | | NO | 1.000 | 1.000 | SGASV | 0.1142 | % as a decimal |
| | Profit | N/A | Sigstrate | 2018 | 1.38% | | | | NO | 1.000 | 1.000 | PROFTSV | 0.0138 | % as a decimal |

Summary of Surrogate Values

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Romania | 44014010 | Sawdust, N | 2018 | 12 | 7/1/2018 | 12/31/2018 | 1597 | EURO | 3 T | 3 T | Poland | Cabinets Prelim SVs |
| Romania | 44014010 | Sawdust, N | 2018 | 12 | 7/1/2018 | 12/31/2018 | 5494 | EURO | 21 T | 21 T | Germany | Cabinets Prelim SVs |
| Romania | 44014010 | Sawdust, N | 2018 | 12 | 7/1/2018 | 12/31/2018 | 7937 | EURO | 16 T | 16 T | Italy | Cabinets Prelim SVs |
| Romania | 44014010 | Sawdust, N | 2018 | 12 | 7/1/2018 | 12/31/2018 | 8595 | EURO | 245 T | 245 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 7 | 7/1/2018 | 12/31/2018 | 4 | EURO | 0 T | 0 T | Germany | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 7 | 7/1/2018 | 12/31/2018 | 69 | EURO | 0 T | 0 T | France | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 7 | 7/1/2018 | 12/31/2018 | 173 | EURO | 1 T | 1 T | Italy | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 7 | 7/1/2018 | 12/31/2018 | 303 | EURO | 0 T | 0 T | Austria | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 7 | 7/1/2018 | 12/31/2018 | 1190 | EURO | 0 T | 0 T | Hungary | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 7 | 7/1/2018 | 12/31/2018 | 5724 | EURO | 53 T | 53 T | Poland | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 7 | 7/1/2018 | 12/31/2018 | 56054 | EURO | 1118 T | 1118 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 8 | 7/1/2018 | 12/31/2018 | 23 | EURO | 0 T | 0 T | Netherland | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 8 | 7/1/2018 | 12/31/2018 | 873 | EURO | 1 T | 1 T | Hungary | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 8 | 7/1/2018 | 12/31/2018 | 2731 | EURO | 0 T | 0 T | Austria | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 8 | 7/1/2018 | 12/31/2018 | 7109 | EURO | 65 T | 65 T | Poland | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 8 | 7/1/2018 | 12/31/2018 | 63369 | EURO | 1283 T | 1283 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 8 | 7/1/2018 | 12/31/2018 | 68079 | EURO | 961 T | 961 T | Germany | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 8 | 7/1/2018 | 12/31/2018 | 84155 | EURO | 726 T | 726 T | France | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 9 | 7/1/2018 | 12/31/2018 | 181 | EURO | 0 T | 0 T | Germany | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 9 | 7/1/2018 | 12/31/2018 | 487 | EURO | 0 T | 0 T | Austria | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 9 | 7/1/2018 | 12/31/2018 | 813 | EURO | 0 T | 0 T | Italy | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 9 | 7/1/2018 | 12/31/2018 | 1102 | EURO | 60 T | 60 T | Poland | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 9 | 7/1/2018 | 12/31/2018 | 4450 | EURO | 27 T | 27 T | Hungary | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 9 | 7/1/2018 | 12/31/2018 | 6907 | EURO | 2 T | 2 T | Italy | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 9 | 7/1/2018 | 12/31/2018 | 80485 | EURO | 1585 T | 1585 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 10 | 7/1/2018 | 12/31/2018 | 269 | EURO | 1 T | 1 T | Italy | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 10 | 7/1/2018 | 12/31/2018 | 720 | EURO | 0 T | 0 T | Austria | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 10 | 7/1/2018 | 12/31/2018 | 1717 | EURO | 839 T | 839 T | Germany | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 10 | 7/1/2018 | 12/31/2018 | 5421 | EURO | 57 T | 57 T | Poland | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 10 | 7/1/2018 | 12/31/2018 | 10144 | EURO | 2 T | 2 T | France | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 10 | 7/1/2018 | 12/31/2018 | 15785 | EURO | 190 T | 190 T | Hungary | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 10 | 7/1/2018 | 12/31/2018 | 87422 | EURO | 1726 T | 1726 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 11 | 7/1/2018 | 12/31/2018 | 5 | EURO | 0 T | 0 T | Netherland | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 11 | 7/1/2018 | 12/31/2018 | 23 | EURO | 0 T | 0 T | Italy | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 11 | 7/1/2018 | 12/31/2018 | 24 | EURO | 0 T | 0 T | Germany | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 11 | 7/1/2018 | 12/31/2018 | 702 | EURO | 0 T | 0 T | Austria | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 11 | 7/1/2018 | 12/31/2018 | 1891 | EURO | 14 T | 14 T | Hungary | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 11 | 7/1/2018 | 12/31/2018 | 6220 | EURO | 45 T | 45 T | Poland | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 11 | 7/1/2018 | 12/31/2018 | 76613 | EURO | 1585 T | 1585 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 11 | 7/1/2018 | 12/31/2018 | 92386 | EURO | 896 T | 896 T | France | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 12 | 7/1/2018 | 12/31/2018 | 335 | EURO | 0 T | 0 T | Italy | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 12 | 7/1/2018 | 12/31/2018 | 495 | EURO | 0 T | 0 T | Germany | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 12 | 7/1/2018 | 12/31/2018 | 905 | EURO | 1 T | 1 T | Poland | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 12 | 7/1/2018 | 12/31/2018 | 1028 | EURO | 0 T | 0 T | France | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 12 | 7/1/2018 | 12/31/2018 | 1594 | EURO | 0 T | 0 T | United King | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 12 | 7/1/2018 | 12/31/2018 | 2136 | EURO | 3 T | 3 T | Hungary | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 12 | 7/1/2018 | 12/31/2018 | 3779 | EURO | 0 T | 0 T | Austria | Cabinets Prelim SVs |
| Romania | 44014090 | Sawdust Ar | 2018 | 12 | 7/1/2018 | 12/31/2018 | 166545 | EURO | 3231 T | 3231 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 7 | 7/1/2018 | 12/31/2018 | 163 | EURO | 0 M3 | 0 T | France | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 7 | 7/1/2018 | 12/31/2018 | 4747 | EURO | 13 M3 | 21 T | Greece | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 7 | 7/1/2018 | 12/31/2018 | 22022 | EURO | 25 M3 | 18 T | Poland | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 7 | 7/1/2018 | 12/31/2018 | 28337 | EURO | 37 M3 | 50 T | Bulgaria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 7 | 7/1/2018 | 12/31/2018 | 39614 | EURO | 17 M3 | 13 T | Germany | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 7 | 7/1/2018 | 12/31/2018 | 42299 | EURO | 86 M3 | 105 T | Serbia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 7 | 7/1/2018 | 12/31/2018 | 55497 | EURO | 27 M3 | 25 T | Italy | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 7 | 7/1/2018 | 12/31/2018 | 65716 | EURO | 170 M3 | 189 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 7 | 7/1/2018 | 12/31/2018 | 75350 | EURO | 90 M3 | 113 T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 7 | 7/1/2018 | 12/31/2018 | 81855 | EURO | 78 M3 | 56 T | Austria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 7 | 7/1/2018 | 12/31/2018 | 99317 | EURO | 62 M3 | 84 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 7 | 7/1/2018 | 12/31/2018 | 130672 | EURO | 219 M3 | 214 T | Russia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 7 | 7/1/2018 | 12/31/2018 | 219967 | EURO | 215 M3 | 287 T | Sweden | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 7 | 7/1/2018 | 12/31/2018 | 318405 | EURO | 527 M3 | 464 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 8 | 7/1/2018 | 12/31/2018 | 74 | EURO | 0 M3 | 0 T | Finland | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 8 | 7/1/2018 | 12/31/2018 | 106 | EURO | 1 M3 | 0 T | United Stat | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 8 | 7/1/2018 | 12/31/2018 | 4847 | EURO | 2 M3 | 1 T | Germany | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 8 | 7/1/2018 | 12/31/2018 | 14610 | EURO | 46 M3 | 48 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 8 | 7/1/2018 | 12/31/2018 | 21601 | EURO | 17 M3 | 14 T | Italy | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querci | 2018 | 8 | 7/1/2018 | 12/31/2018 | 22927 | EURO | 34 M3 | 46 T | Bulgaria | Cabinets Prelim SVs |

Att3e-Calculated SV Data

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Romania | 44079190 | Oak Querc | 2018 | 8 | 7/1/2018 | 12/31/2018 | 42803 | EURO | 48 M3 | 35 T | Austria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 8 | 7/1/2018 | 12/31/2018 | 61361 | EURO | 60 M3 | 81 T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 8 | 7/1/2018 | 12/31/2018 | 118518 | EURO | 112 M3 | 151 T | Sweden | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 8 | 7/1/2018 | 12/31/2018 | 131772 | EURO | 81 M3 | 109 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 8 | 7/1/2018 | 12/31/2018 | 135781 | EURO | 205 M3 | 188 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 8 | 7/1/2018 | 12/31/2018 | 239447 | EURO | 388 M3 | 346 T | Russia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 40 | EURO | 0 M3 | 0 T | Czech Rep | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 7251 | EURO | 19 M3 | 23 T | Serbia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 13702 | EURO | 3 M3 | 2 T | France | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 18792 | EURO | 16 M3 | 22 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 23153 | EURO | 18 M3 | 14 T | Italy | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 23541 | EURO | 24 M3 | 28 T | Austria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 24565 | EURO | 34 M3 | 46 T | Bulgaria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 29354 | EURO | 31 M3 | 24 T | Slovenia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 30386 | EURO | 14 M3 | 10 T | Germany | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 37864 | EURO | 83 M3 | 95 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 98549 | EURO | 119 M3 | 151 T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 153735 | EURO | 194 M3 | 193 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 182062 | EURO | 311 M3 | 298 T | Russia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 222406 | EURO | 223 M3 | 290 T | Sweden | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 417 | EURO | 0 M3 | 0 T | Slovenia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 1669 | EURO | 1 M3 | 1 T | Belgium | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 5931 | EURO | 3 M3 | 2 T | Germany | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 19136 | EURO | 12 M3 | 9 T | Italy | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 22702 | EURO | 14 M3 | 20 T | Serbia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 34128 | EURO | 49 M3 | 41 T | France | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 51934 | EURO | 47 M3 | 63 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 52656 | EURO | 68 M3 | 92 T | Bulgaria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 55010 | EURO | 95 M3 | 116 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 68631 | EURO | 71 M3 | 54 T | Austria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 101697 | EURO | 120 M3 | 152 T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 255865 | EURO | 387 M3 | 374 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 259181 | EURO | 444 M3 | 407 T | Russia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 306551 | EURO | 298 M3 | 403 T | Sweden | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 156 | EURO | 0 M3 | 0 T | Czech Rep | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 210 | EURO | 0 M3 | 0 T | Slovenia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 224 | EURO | 0 M3 | 0 T | Poland | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 240 | EURO | 0 M3 | 0 T | Belgium | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 4748 | EURO | 13 M3 | 11 T | Turkey | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 9872 | EURO | 19 M3 | 21 T | Russia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 20298 | EURO | 14 M3 | 22 T | Serbia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 23634 | EURO | 12 M3 | 10 T | Germany | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 30903 | EURO | 11 M3 | 6 T | Netherlanc | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 31068 | EURO | 18 M3 | 24 T | Finland | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 37281 | EURO | 38 M3 | 31 T | Italy | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 38971 | EURO | 43 M3 | 53 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 39812 | EURO | 56 M3 | 68 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 56475 | EURO | 62 M3 | 47 T | Austria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 73560 | EURO | 102 M3 | 136 T | Bulgaria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 122106 | EURO | 132 M3 | 165 T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 140269 | EURO | 222 M3 | 220 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 157223 | EURO | 158 M3 | 213 T | Sweden | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 326 | EURO | 0 M3 | 0 T | Italy | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 1059 | EURO | 0 M3 | 0 T | Slovenia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 4485 | EURO | 0 M3 | 0 T | Poland | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 13215 | EURO | 0 M3 | 0 T | France | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 13473 | EURO | 18 M3 | 24 T | Bulgaria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 14139 | EURO | 24 M3 | 16 T | United Stat | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 16872 | EURO | 14 M3 | 23 T | Serbia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 19212 | EURO | 9 M3 | 6 T | Germany | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 26637 | EURO | 61 M3 | 70 T | Croatia | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 89413 | EURO | 115 M3 | 136 T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 98003 | EURO | 123 M3 | 99 T | Austria | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 100233 | EURO | 110 M3 | 148 T | Hungary | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 104580 | EURO | 98 M3 | 121 T | Sweden | Cabinets Prelim SVs |
| Romania | 44079190 | Oak Querc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 189067 | EURO | 203 M3 | 200 T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079499 | Cherry Pru | 2018 | 10 | 7/1/2018 | 12/31/2018 | 1117 | EURO | 1 M3 | 1 T | Belgium | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxin | 2018 | 7 | 7/1/2018 | 12/31/2018 | 3880 | EURO | 7 M3 | 5 T | Slovenia | Cabinets Prelim SVs |

| Romania | 44079599 | Ash Fraxinu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 16842 | EURO | 20 | M3 | 15 | T | Austria | Cabinets Prelim SVs |
|---------|----------|-------------|------|---|----------|------------|-------|------|-----|----|-----|---|---------|-----------------|
| Romania | 44079599 | Ash Fraxinu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 24330 | EURO | 31 | M3 | 16 | T | France | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 26709 | EURO | 54 | M3 | 48 | T | Croatia | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 27311 | EURO | 48 | M3 | 46 | T | Italy | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 33592 | EURO | 77 | M3 | 59 | T | Hungary | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 109761 | EURO | 263 | M3 | 255 | T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 1489 | EURO | 1 | M3 | 1 | T | Bosnia & | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 9053 | EURO | 19 | M3 | 23 | T | Italy | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 15748 | EURO | 42 | M3 | 44 | T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 17102 | EURO | 24 | M3 | 12 | T | Hungary | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 76307 | EURO | 40 | M3 | 36 | T | Austria | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 3846 | EURO | 10 | M3 | 8 | T | Hungary | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 13459 | EURO | 23 | M3 | 19 | T | Slovenia | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 15744 | EURO | 20 | M3 | 19 | T | Austria | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 23562 | EURO | 33 | M3 | 22 | T | France | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 35879 | EURO | 73 | M3 | 74 | T | Croatia | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 36115 | EURO | 8 | M3 | 8 | T | Italy | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 69913 | EURO | 156 | M3 | 148 | T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 53 | EURO | 0 | M3 | 0 | T | Slovenia | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 7571 | EURO | 16 | M3 | 22 | T | Sweden | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 14864 | EURO | 27 | M3 | 24 | T | Croatia | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 18711 | EURO | 44 | M3 | 32 | T | Hungary | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 21896 | EURO | 0 | M3 | 0 | T | Germany | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 23230 | EURO | 48 | M3 | 46 | T | Italy | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 63885 | EURO | 60 | M3 | 44 | T | Austria | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 90836 | EURO | 201 | M3 | 184 | T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 311 | EURO | 0 | M3 | 0 | T | France | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 1542 | EURO | 4 | M3 | 4 | T | Hungary | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 7696 | EURO | 16 | M3 | 22 | T | Sweden | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 8621 | EURO | 17 | M3 | 24 | T | Croatia | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 9409 | EURO | 16 | M3 | 13 | T | Italy | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 12603 | EURO | 25 | M3 | 29 | T | Slovenia | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 85783 | EURO | 97 | M3 | 77 | T | Austria | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 104821 | EURO | 245 | M3 | 231 | T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 4870 | EURO | 9 | M3 | 8 | T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 6578 | EURO | 0 | M3 | 0 | T | Germany | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 10135 | EURO | 24 | M3 | 24 | T | Hungary | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 16716 | EURO | 20 | M3 | 16 | T | Austria | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 29383 | EURO | 58 | M3 | 48 | T | Croatia | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 33421 | EURO | 66 | M3 | 71 | T | Italy | Cabinets Prelim SVs |
| Romania | 44079599 | Ash Fraxinu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 111877 | EURO | 257 | M3 | 234 | T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betu | 2018 | 7 | 7/1/2018 | 12/31/2018 | 14717 | EURO | 29 | M3 | 24 | T | Austria | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 85 | EURO | 0 | M3 | 0 | T | Germany | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betu | 2018 | 8 | 7/1/2018 | 12/31/2018 | 17147 | EURO | 10 | M3 | 6 | T | Austria | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 21 | EURO | 0 | M3 | 0 | T | Germany | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betu | 2018 | 9 | 7/1/2018 | 12/31/2018 | 35612 | EURO | 38 | M3 | 32 | T | Austria | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 182 | EURO | 0 | M3 | 0 | T | Croatia | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 204 | EURO | 0 | M3 | 0 | T | Sweden | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 3291 | EURO | 3 | M3 | 2 | T | Italy | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betu | 2018 | 10 | 7/1/2018 | 12/31/2018 | 14059 | EURO | 28 | M3 | 22 | T | Austria | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 262 | EURO | 0 | M3 | 0 | T | Germany | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betu | 2018 | 11 | 7/1/2018 | 12/31/2018 | 29687 | EURO | 59 | M3 | 45 | T | Austria | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 307 | EURO | 0 | M3 | 0 | T | Austria | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 723 | EURO | 0 | M3 | 0 | T | Sweden | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 2760 | EURO | 26 | M3 | 17 | T | Russia | Cabinets Prelim SVs |
| Romania | 44079699 | Birch [Betu | 2018 | 12 | 7/1/2018 | 12/31/2018 | 2948 | EURO | 3 | M3 | 2 | T | Italy | Cabinets Prelim SVs |
| Romania | 44079710 | Bois De Pei | 2018 | 11 | 7/1/2018 | 12/31/2018 | 3965 | EURO | 4 | M3 | 2 | T | Estonia | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nc | 2018 | 7 | 7/1/2018 | 12/31/2018 | 13 | EURO | 0 | M3 | 0 | T | Netherlanc | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nc | 2018 | 7 | 7/1/2018 | 12/31/2018 | 5504 | EURO | 5 | M3 | 4 | T | Hungary | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nc | 2018 | 7 | 7/1/2018 | 12/31/2018 | 6470 | EURO | 47 | M3 | 30 | T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nc | 2018 | 7 | 7/1/2018 | 12/31/2018 | 10296 | EURO | 31 | M3 | 31 | T | Serbia | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nc | 2018 | 7 | 7/1/2018 | 12/31/2018 | 17766 | EURO | 0 | M3 | 0 | T | Germany | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nc | 2018 | 7 | 7/1/2018 | 12/31/2018 | 18996 | EURO | 45 | M3 | 36 | T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nc | 2018 | 7 | 7/1/2018 | 12/31/2018 | 25135 | EURO | 119 | M3 | 84 | T | Austria | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nc | 2018 | 7 | 7/1/2018 | 12/31/2018 | 48893 | EURO | 22 | M3 | 16 | T | Italy | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nc | 2018 | 7 | 7/1/2018 | 12/31/2018 | 358438 | EURO | 429 | M3 | 312 | T | Croatia | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nc | 2018 | 7 | 7/1/2018 | 12/31/2018 | 386949 | EURO | 396 | M3 | 274 | T | Belgium | Cabinets Prelim SVs |
| Romania | 44079990 | Lumber, nc | 2018 | 8 | 7/1/2018 | 12/31/2018 | 1 | EURO | 0 | M3 | 0 | T | Slovenia | Cabinets Prelim SVs |

| Romania | 44079990 Lumber, nc | 2018 | 8 | 7/1/2018 | 12/31/2018 | 374 | EURO | 0 | M3 | 0 | T | Germany | Cabinets Prelim SVs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Romania | 44079990 Lumber, nc | 2018 | 8 | 7/1/2018 | 12/31/2018 | 485 | EURO | 1 | M3 | 1 | T | Turkey | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 8 | 7/1/2018 | 12/31/2018 | 1190 | EURO | 0 | M3 | 0 | T | Poland | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 8 | 7/1/2018 | 12/31/2018 | 5634 | EURO | 18 | M3 | 21 | T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 8 | 7/1/2018 | 12/31/2018 | 6022 | EURO | 29 | M3 | 24 | T | Austria | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 8 | 7/1/2018 | 12/31/2018 | 14221 | EURO | 43 | M3 | 45 | T | Serbia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 8 | 7/1/2018 | 12/31/2018 | 19802 | EURO | 15 | M3 | 10 | T | Italy | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 8 | 7/1/2018 | 12/31/2018 | 55492 | EURO | 28 | M3 | 19 | T | United Stat | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 8 | 7/1/2018 | 12/31/2018 | 201141 | EURO | 295 | M3 | 195 | T | Croatia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 8 | 7/1/2018 | 12/31/2018 | 215472 | EURO | 208 | M3 | 154 | T | Belgium | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 23 | EURO | 0 | M3 | 0 | T | Hungary | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 694 | EURO | 0 | M3 | 0 | T | Croatia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 6205 | EURO | 19 | M3 | 20 | T | Serbia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 9625 | EURO | 4 | M3 | 3 | T | Germany | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 31644 | EURO | 26 | M3 | 24 | T | Italy | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 37168 | EURO | 86 | M3 | 58 | T | Austria | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 9 | 7/1/2018 | 12/31/2018 | 577570 | EURO | 602 | M3 | 413 | T | Belgium | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 170 | EURO | 0 | M3 | 0 | T | Hungary | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 267 | EURO | 0 | M3 | 0 | T | France | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 5129 | EURO | 37 | M3 | 23 | T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 5892 | EURO | 18 | M3 | 22 | T | Serbia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 25413 | EURO | 88 | M3 | 48 | T | Austria | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 25988 | EURO | 16 | M3 | 6 | T | Germany | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 52685 | EURO | 6 | M3 | 7 | T | Italy | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 67801 | EURO | 28 | M3 | 19 | T | United Stat | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 83546 | EURO | 140 | M3 | 95 | T | Croatia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 10 | 7/1/2018 | 12/31/2018 | 600459 | EURO | 542 | M3 | 387 | T | Belgium | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 499 | EURO | 0 | M3 | 0 | T | Finland | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 1397 | EURO | 2 | M3 | 2 | T | Slovenia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 2691 | EURO | 17 | M3 | 16 | T | Ukraine | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 4864 | EURO | 2 | M3 | 2 | T | Bulgaria | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 5875 | EURO | 19 | M3 | 22 | T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 16831 | EURO | 0 | M3 | 0 | T | Germany | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 19454 | EURO | 11 | M3 | 6 | T | Netherlanc | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 33247 | EURO | 33 | M3 | 26 | T | Austria | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 59745 | EURO | 65 | M3 | 41 | T | Italy | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 158707 | EURO | 260 | M3 | 169 | T | Croatia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 11 | 7/1/2018 | 12/31/2018 | 1116854 | EURO | 945 | M3 | 644 | T | Belgium | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 64 | EURO | 0 | M3 | 0 | T | United King | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 5846 | EURO | 21 | M3 | 16 | T | Hungary | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 10153 | EURO | 0 | M3 | 0 | T | Slovenia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 10654 | EURO | 6 | M3 | 4 | T | Austria | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 11686 | EURO | 26 | M3 | 18 | T | France | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 15704 | EURO | 31 | M3 | 17 | T | Bosnia & H | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 18513 | EURO | 41 | M3 | 42 | T | Serbia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 54983 | EURO | 49 | M3 | 38 | T | Italy | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 174004 | EURO | 260 | M3 | 192 | T | Croatia | Cabinets Prelim SVs |
| Romania | 44079990 Lumber, nc | 2018 | 12 | 7/1/2018 | 12/31/2018 | 587269 | EURO | 555 | M3 | 375 | T | Belgium | Cabinets Prelim SVs |
| Romania | 44083985 Sheets For | 2018 | 7 | 7/1/2018 | 12/31/2018 | 151 | EURO | 0 | M3 | 0 | T | Austria | Cabinets Prelim SVs |
| Romania | 44083985 Sheets For | 2018 | 7 | 7/1/2018 | 12/31/2018 | 10043 | EURO | 5 | M3 | 4 | T | Italy | Cabinets Prelim SVs |
| Romania | 44083985 Sheets For | 2018 | 9 | 7/1/2018 | 12/31/2018 | 1468 | EURO | 2 | M3 | 0 | T | Austria | Cabinets Prelim SVs |
| Romania | 44083985 Sheets For | 2018 | 10 | 7/1/2018 | 12/31/2018 | 2 | EURO | 0 | M3 | 0 | T | Austria | Cabinets Prelim SVs |
| Romania | 44083985 Sheets For | 2018 | 11 | 7/1/2018 | 12/31/2018 | 1830 | EURO | 1 | M3 | 0 | T | Austria | Cabinets Prelim SVs |
| Romania | 44083985 Sheets For | 2018 | 12 | 7/1/2018 | 12/31/2018 | 177 | EURO | 0 | M3 | 0 | T | Italy | Cabinets Prelim SVs |
| Romania | 44083985 Sheets For | 2018 | 12 | 7/1/2018 | 12/31/2018 | 3582 | EURO | 2 | M3 | 0 | T | Austria | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For | 2018 | 7 | 7/1/2018 | 12/31/2018 | 1 | EURO | 0 | M3 | 0 | T | Slovenia | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For | 2018 | 7 | 7/1/2018 | 12/31/2018 | 91 | EURO | 0 | M3 | 0 | T | Estonia | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For | 2018 | 7 | 7/1/2018 | 12/31/2018 | 376 | EURO | 1 | M3 | 0 | T | Belgium | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For | 2018 | 7 | 7/1/2018 | 12/31/2018 | 4452 | EURO | 2 | M3 | 1 | T | Austria | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For | 2018 | 7 | 7/1/2018 | 12/31/2018 | 11774 | EURO | 6 | M3 | 4 | T | Poland | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For | 2018 | 7 | 7/1/2018 | 12/31/2018 | 37156 | EURO | 40 | M3 | 22 | T | Turkey | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For | 2018 | 7 | 7/1/2018 | 12/31/2018 | 145524 | EURO | 22 | M3 | 13 | T | Germany | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For | 2018 | 7 | 7/1/2018 | 12/31/2018 | 148010 | EURO | 3 | M3 | 2 | T | Czech Rept | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For | 2018 | 7 | 7/1/2018 | 12/31/2018 | 202098 | EURO | 82 | M3 | 62 | T | Croatia | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For | 2018 | 7 | 7/1/2018 | 12/31/2018 | 205943 | EURO | 32 | M3 | 19 | T | France | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For | 2018 | 7 | 7/1/2018 | 12/31/2018 | 207502 | EURO | 57 | M3 | 36 | T | United Stat | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For | 2018 | 7 | 7/1/2018 | 12/31/2018 | 469875 | EURO | 67 | M3 | 43 | T | Spain | Cabinets Prelim SVs |
| Romania | 44089085 Sheets For | 2018 | 7 | 7/1/2018 | 12/31/2018 | 574450 | EURO | 118 | M3 | 62 | T | Italy | Cabinets Prelim SVs |

| Importer | HTS | Desc | SASdate_b | SASdate_e | Currency | Unit | Svalue | Unit2 | Svalue2 |
|---|---|---|---|---|---|---|---|---|---|
| Romania | 440729 | Other Tropical Wood,Wood Sawn/Chipped Lngthwse Etc | 7/1/2018 | 12/31/2018 | EURO | M3 | 769.4277457 | T | 1530.011494 |
| Romania | 440796 | Birch Wood Sawn/Chipped, Thickness Gt 6Mm | 7/1/2018 | 12/31/2018 | EURO | M3 | 602.7258687 | T | 800.5435897 |
| Romania | 440797 | Poplar And Aspen Wood Saw/Chip Lgthw, Thick Gt 6Mm | 7/1/2018 | 12/31/2018 | EURO | M3 | 150.7345679 | T | 240.5812808 |
| Romania | 25199010 | Magnesium Oxide, Whether Or Not Pure (Excl. Calcin | 7/1/2018 | 12/31/2018 | EURO | T | 1453.957637 | T | 1453.957637 |
| Romania | 29055998 | Halogenated, Sulphonated, Nitrated Or Nitrosated D | 7/1/2018 | 12/31/2018 | EURO | T | 7734 | T | 7734 |
| Romania | 32041700 | Synthetic Organic Pigments; Preparations Based On | 7/1/2018 | 12/31/2018 | EURO | T | 4591.63675 | T | 4591.63675 |
| Romania | 32081090 | Paints And Varnishes, Incl. Enamels And Lacquers, | 7/1/2018 | 12/31/2018 | EURO | T | 4955.076945 | T | 4955.076945 |
| Romania | 32082010 | Solutions Based On Acrylic Or Vinyl Polymers In Vo | 7/1/2018 | 12/31/2018 | EURO | T | 3575.246365 | T | 3575.246365 |
| Romania | 32082090 | Paints And Varnishes, Incl. Enamels And Lacquers, | 7/1/2018 | 12/31/2018 | EURO | T | 6968.058042 | T | 6968.058042 |
| Romania | 32089011 | Polyurethane Of 2,2'-Tert-Butyliminodiethanol And | 7/1/2018 | 12/31/2018 | EURO | T | | T | |
| Romania | 32091000 | Paints And Varnishes, Incl. Enamels And Lacquers, | 7/1/2018 | 12/31/2018 | EURO | T | 1703.34073 | T | 1703.34073 |
| Romania | 32110000 | Prepared Driers | 7/1/2018 | 12/31/2018 | EURO | T | 6334.597938 | T | 6334.597938 |
| Romania | 32141010 | Glaziers' Putty, Grafting Putty, Resin Cements, Ca | 7/1/2018 | 12/31/2018 | EURO | T | 2856.411799 | T | 2856.411799 |
| Romania | 32149000 | Non-Refractory Surfacing Preparations For Facades, | 7/1/2018 | 12/31/2018 | EURO | T | 382.6548709 | T | 382.6548709 |
| Romania | 35061000 | Products Suitable For Use As Glues Or Adhesives Pu | 7/1/2018 | 12/31/2018 | EURO | T | 4991.43183 | T | 4991.43183 |
| Romania | 35069190 | Adhésifs à base de caoutchouc ou de matià res plast | 7/1/2018 | 12/31/2018 | EURO | T | 2718.99552 | T | 2718.99552 |
| Romania | 38140010 | Organic Composite Solvents And Thinners And Prepar | 7/1/2018 | 12/31/2018 | EURO | T | 2050.274428 | T | 2050.274428 |
| Romania | 38249996 | Carburetant | 7/1/2018 | 12/31/2018 | EURO | T | 993.8539885 | T | 993.8539885 |
| Romania | 39073000 | Epoxide Resins, In Primary Forms | 7/1/2018 | 12/31/2018 | EURO | T | 4298.654034 | T | 4298.654034 |
| Romania | 39100000 | Silicones In Primary Forms | 7/1/2018 | 12/31/2018 | EURO | T | 7488.984735 | T | 7488.984735 |
| Romania | 39191080 | Self-Adhesive Plates, Sheets, Film, Foil, Tape, St | 7/1/2018 | 12/31/2018 | EURO | T | 7471.278017 | T | 7471.278017 |
| Romania | 39202080 | Plates, Sheets, Film, Foil And Strip, Of Non-Cellu | 7/1/2018 | 12/31/2018 | EURO | T | 3136.474111 | T | 3136.474111 |
| Romania | 39211100 | Plates, Sheets, Film, Foil And Strip, Of Cellular | 7/1/2018 | 12/31/2018 | EURO | T | 2737.714998 | T | 2737.714998 |
| Romania | 39211900 | Plates, Sheets, Film, Foil And Strip, Of Cellular | 7/1/2018 | 12/31/2018 | EURO | T | 2668.413932 | T | 2668.413932 |
| Romania | 39219080 | Plates, Sheets, Film, Foil And Strip, Of Plastics, | 7/1/2018 | 12/31/2018 | EURO | T | 2669.947089 | T | 2669.947089 |
| Romania | 39232100 | Sacks And Bags, Incl. Cones, Of Polymers Of Ethyle | 7/1/2018 | 12/31/2018 | EURO | T | 2005.702211 | T | 2005.702211 |
| Romania | 39232910 | Sacks And Bags, Incl. Cones, Of Polyvinyl Chloride | 7/1/2018 | 12/31/2018 | EURO | T | 5859.607029 | T | 5859.607029 |
| Romania | 39269097 | Articles Of Plastics And Articles Of Other Materia | 7/1/2018 | 12/31/2018 | EURO | T | 8244.971393 | T | 8244.971393 |
| Romania | 40169957 | Articles Of Vulcanised Rubber (Excl. Hard Rubber), | 7/1/2018 | 12/31/2018 | EURO | T | 12453.27043 | T | 12453.27043 |
| Romania | 40169997 | Articles Of Vulcanised Rubber, N.E.S. (Excl. Hard | 7/1/2018 | 12/31/2018 | EURO | T | 9407.156211 | T | 9407.156211 |
| Romania | 44014010 | Sawdust, Not Agglomerated | 7/1/2018 | 12/31/2018 | EURO | T | 73.74916042 | T | 73.74916042 |
| Romania | 44014090 | Sawdust And Wood Waste And Scrap, Not Agglomerated | 7/1/2018 | 12/31/2018 | EURO | T | 59.45550028 | T | 59.45550028 |
| Romania | 44079190 | Oak Quercus Spp., Sawn Or Chipped Lengthwise, Slic | 7/1/2018 | 12/31/2018 | EURO | M3 | 801.4539161 | T | 745.0362027 |
| Romania | 44079499 | Cherry Prunus Spp., Sawn Or Chipped Lengthwise, Sl | 7/1/2018 | 12/31/2018 | EURO | M3 | 1117 | T | 1117 |
| Romania | 44079599 | Ash Fraxinus Spp., Sawn Or Chipped Lengthwise, Sli | 7/1/2018 | 12/31/2018 | EURO | M3 | 566.3728968 | T | 619.320736 |
| Romania | 44079699 | Birch [Betula Spp.], Sawn Or Chipped Lengthwise, S | 7/1/2018 | 12/31/2018 | EURO | M3 | 622.4744898 | T | 813.3666667 |
| Romania | 44079710 | Bois De Peuplier "Populus Spp.", Sciés Ou Dédossés | 7/1/2018 | 12/31/2018 | EURO | M3 | 991.25 | T | 1982.5 |
| Romania | 44079990 | Lumber, non-coniferous (hardwood), nes, exceeding | 7/1/2018 | 12/31/2018 | EURO | M3 | 921.1419275 | T | 1305.812266 |
| Romania | 44083985 | Sheets For Veneering, Incl. Those Obtained By Slic | 7/1/2018 | 12/31/2018 | EURO | M3 | 1725.3 | T | 4313.25 |
| Romania | 44089085 | Sheets For Veneering, Incl. Those Obtained By Slic | 7/1/2018 | 12/31/2018 | EURO | M3 | 3934.313028 | T | 6333.098058 |
| Romania | 44092910 | Mouldings For Frames For Paintings, Photographs, M | 7/1/2018 | 12/31/2018 | EURO | M | 5.108539832 | T | 24945 |
| Romania | 44092999 | Wood, Continuously Shaped Tongued, Grooved, Rebate | 7/1/2018 | 12/31/2018 | EURO | T | 1217.520398 | T | 1217.520398 |
| Romania | 44101190 | Particle Board Of Wood, Whether Or Not Agglomerate | 7/1/2018 | 12/31/2018 | EURO | M3 | 562.8890323 | T | 794.6065574 |
| Romania | 44111490 | Medium Density Fibreboard Mdf Of Wood, Of A Thickn | 7/1/2018 | 12/31/2018 | EURO | M3 | 448.5499333 | T | 609.32596 |
| Romania | 44123300 | Others, With, At Least, A Outer Layer Of Non-Conif | 7/1/2018 | 12/31/2018 | EURO | M3 | 483.359854 | T | 732.5324812 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Romania | 44152020 Pallets And Pallet Collars, Of Wood | 7/1/2018 | 12/31/2018 EURO | NO | 5.859315908 T | 373.3882704 |
| Romania | 44152090 Box Pallets And Other Load Boards, Of Wood (Excl. | 7/1/2018 | 12/31/2018 EURO | T | 414.5911022 T | 414.5911022 |
| Romania | 44199090 اعمال النجارة و قطع الاثاث من الخشب... ما عدا المدرجة في ا | 7/1/2018 | 12/31/2018 EURO | T | 7389.342857 T | 7389.342857 |
| Romania | 44209099 Caskets And Cases For Jewellery Or Cutlery, And Si | 7/1/2018 | 12/31/2018 EURO | T | 4297.49635 T | 4297.49635 |
| Romania | 44219999 Articles Of Wood, N.E.S. | 7/1/2018 | 12/31/2018 EURO | T | 1671.573597 T | 1671.573597 |
| Romania | 48041119 Unbleached Kraftliner, Uncoated, In Rolls Of A Wid | 7/1/2018 | 12/31/2018 EURO | T | 642.6583309 T | 642.6583309 |
| Romania | 48081000 Corrugated Paper And Paperboard With Or Without Gl | 7/1/2018 | 12/31/2018 EURO | T | 1286.771465 T | 1286.771465 |
| Romania | 48191000 Cartons, Boxes And Cases, Of Corrugated Paper Or P | 7/1/2018 | 12/31/2018 EURO | T | 1607.740197 T | 1607.740197 |
| Romania | 48211010 Self-Adhesive Paper Or Paperboard Labels Of All Ki | 7/1/2018 | 12/31/2018 EURO | T | 5453.251779 T | 5453.251779 |
| Romania | 48237090 Moulded Or Pressed Articles Of Paper Pulp, NES | 7/1/2018 | 12/31/2018 EURO | T | 1724.673529 T | 1724.673529 |
| Romania | 49019900 Printed Books, Brochures And Similar Printed Matte | 7/1/2018 | 12/31/2018 EURO | T | 5224.752034 T | 5224.752034 |
| Romania | 58041090 Tulles And Other Net Fabrics, Patterned (Excl. Wov | 7/1/2018 | 12/31/2018 EURO | T | 8300.402597 T | 8300.402597 |
| Romania | 68051000 Natural Or Artificial Abrasive Powder Or Grain, On | 7/1/2018 | 12/31/2018 EURO | T | 6527.083449 T | 6527.083449 |
| Romania | 68052000 Natural Or Artificial Abrasive Powder Or Grain, On | 7/1/2018 | 12/31/2018 EURO | T | 10019.12069 T | 10019.12069 |
| Romania | 70052925 Float Glass And Surface Ground And Polished Glass, | 7/1/2018 | 12/31/2018 EURO | M2 | 1.816951347 T | 399.5747731 |
| Romania | 70052980 Float Glass And Surface Ground And Polished Glass, | 7/1/2018 | 12/31/2018 EURO | M2 | 7.308811774 T | 467.8207578 |
| Romania | 70099100 Glass Mirrors, Unframed (Excl. Rear-View Mirrors F | 7/1/2018 | 12/31/2018 EURO | T | 730.1755811 T | 730.1755811 |
| Romania | 73170020 Nails Of Iron Or Steel Wire, In Strips Or Coils | 7/1/2018 | 12/31/2018 EURO | T | 1526.733974 T | 1526.733974 |
| Romania | 73181210 Wood Screws Of Stainless Steel (Excl. Coach Screws | 7/1/2018 | 12/31/2018 EURO | T | 5825.881579 T | 5825.881579 |
| Romania | 73181552 Screws And Bolts, Of Stainless Steel [Whether Or N | 7/1/2018 | 12/31/2018 EURO | T | 4599.785124 T | 4599.785124 |
| Romania | 73181639 Nuts Of Stainless Steel (Excl. Blind Rivet Nuts) | 7/1/2018 | 12/31/2018 EURO | T | 11407.85294 T | 11407.85294 |
| Romania | 73182200 Washers Of Iron Or Steel (Excl. Spring Washers And | 7/1/2018 | 12/31/2018 EURO | T | 3478.789431 T | 3478.789431 |
| Romania | 73182400 Cotters And Cotter Pins, Of Iron Or Steel | 7/1/2018 | 12/31/2018 EURO | T | 7712.311881 T | 7712.311881 |
| Romania | 73269090 Articles Of Iron Or Steel, NES | 7/1/2018 | 12/31/2018 EURO | T | 4455.13196 T | 4455.13196 |
| Romania | 76169990 Articles Of Aluminium, Uncast, NES | 7/1/2018 | 12/31/2018 EURO | T | 9416.680369 T | 9416.680369 |
| Romania | 83021000 Hinges Of All Kinds, Of Base Metal | 7/1/2018 | 12/31/2018 EURO | T | 4085.085462 T | 4085.085462 |
| Romania | 83024200 Base Metal Mountings, Fittings And Similar Article | 7/1/2018 | 12/31/2018 EURO | T | 3149.379434 T | 3149.379434 |
| Romania | 83024900 Base Metal Mountings, Fittings And Similar Article | 7/1/2018 | 12/31/2018 EURO | T | 8685.896341 T | 8685.896341 |
| Romania | 83025000 Hat-Racks, Hat-Pegs, Brackets And Similar Fixtures | 7/1/2018 | 12/31/2018 EURO | T | 6383.396721 T | 6383.396721 |
| Romania | 94039090 Parts Of Furniture, N.E.S. (Excl. Seats, And Of Me | 7/1/2018 | 12/31/2018 EURO | T | 3825.27704 T | 3825.27704 |
| Romania | 270112 Bituminous Coal, Not Agglomerated | 7/1/2018 | 12/31/2018 EURO | T | 117.874525 T | 117.874525 |
| Romania | 320890 Paints & Varnishes,In Nonaqueus Medium,Nesoi | 7/1/2018 | 12/31/2018 EURO | T | 3492.007219 T | 3492.007219 |
| Romania | 46012110 Mats, Matting And Screens, Flat-Woven Or Bound Tog | 7/1/2018 | 12/31/2018 EURO | T | 6881 T | 6881 |
| Romania | 48211010 Self-Adhesive Paper Or Paperboard Labels Of All Ki | 7/1/2018 | 12/31/2018 EURO | T | 5453.251779 T | 5453.251779 |
| Romania | 60012100 Looped Pile Fabrics Of Cotton, Knitted Or Crochete | 7/1/2018 | 12/31/2018 EURO | T | 15459.63636 T | 15459.63636 |
| Romania | 39201089 Plates, Sheets, Film, Foil, Tape, Strip, Of Unexpa | 7/1/2018 | 12/31/2018 EURO | T | 2560.102036 T | 2560.102036 |
| Romania | 39239000 Articles For The Conveyance Or Packaging Of Goods, | 7/1/2018 | 12/31/2018 EURO | T | 3030.949109 T | 3030.949109 |
| Romania | 48089000 Paper And Paperboard, Creped, Crinkled, Embossed O | 7/1/2018 | 12/31/2018 EURO | T | 1200.732484 T | 1200.732484 |
| Romania | 48114120 Self-Adhesive Paper And Paperboard, Surface-Colour | 7/1/2018 | 12/31/2018 EURO | T | 3983.471386 T | 3983.471386 |
| Romania | 48239085 Paper, Paperboard, Cellulose Wadding And Webs Of C | 7/1/2018 | 12/31/2018 EURO | T | 788.3594565 T | 788.3594565 |
| Romania | 56079090 Twine, Cordage, Ropes And Cables, Whether Or Not P | 7/1/2018 | 12/31/2018 EURO | T | 6054.348837 T | 6054.348837 |

Att5-Labor

**A-570-106**
**Wooden Cabinets and Vanities from China**

**Investigation**

**FINAL Determination Surrogate Values**

**Attachment 5**

**Labor**

Romania Average Monthly Gross Wages in Manufacturing

MU: Lei RON

| Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 |
|--------|--------|--------|--------|--------|--------|
| 3982   | 3877   | 3892   | 3957   | 4122   | 4331   |

| | |
|---|---|
| AVERAGE | 4026.833 |
| working days a month | 24 |
| working hours a day | 8 |
| Hourly Wage | **20.97309** Lei/HR |

Source: Trading Economics; see Wen Bo Rebuttal SV Comments dated August 19, 2019, at Exhibit 1.

**Wooden Cabinets and Vanities and Components Thereof from China**
**(A-570-106)**
**POI:  7/01/2018 - 12/31/2018**
**Calculation of Surrogate Financial Ratios: Manufacturing Overhead, SG&A and Profit**
SOURCE: *S.C. Sigstrat S.A. (2018)*

| Items | Schedule | Income Statement Amounts | | Category | | Materials and Labor | | Energy | Mfg Overhead (MOH) | Traded / Finished Goods (TFG) | SG&A and Interest (SGA) | Profit & Profit Adjustments | Exclude | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE:** | | | | | | | | | | | | | | |
| Net turnover + Stocks Fluctuation | 7 | 34,682,935 | | Exclude | | | | | | | | | 34,682,935.00 | |
| Other operating revenues | 7 | 2,489,925 | | SGA | | | | | | | 2,489,925.00 | | | |
| Interest Income | P&L | 38 | | SGA | | | | | | | 38.00 | | | |
| Financial Income | P&L | 193,953 | | SGA | | | | | | | 193,953.00 | | | |
| Operating Revenue | | 37,366,851 | | | a | | - | - | - | - | - | 2,683,916 | - | 34,682,935 | 37,366,851 |
| **EXPENSE:** | | | | | | | | | | | | | | |
| **Cost of Goods Sold** | 7 | 30,703,287 | | ML | | 30,703,287.00 | | | | | | | | |
| | | | | | | | | | | | | | | |
| Finished Goods Beginning | BS | | 3,664,861 | TFG | | (3,664,861.00) | | | | 3,664,861.00 | | | | |
| Finished Goods Ending | BS | | 3,843,275 | TFG | | 3,843,275.00 | | | | (3,843,275.00) | | | | |
| Indirect Production Expenses | 7 | | 8,512,590 | MOH | | (8,512,590.00) | | | 8,512,590.00 | | | | | |
| Other outside expenses (with energy and water) | P&L | | 1,534,472 | ENERGY | | (1,534,472.00) | | 1,534,472.00 | (1,534,472.00) | | | | | |
| | | | | | | | | | | | | | | |
| *Expenditure on Sales* | 7 | 109,792 | | SGA | | | | | | | 109,792.00 | | | |
| *General Administrative Expenses* | 7 | 4,383,473 | | SGA | | | | | | | 4,383,473.00 | | | |
| *Other Operating Expenses* | 7 | 1,337,915 | | SGA | | | | | | | 1,337,915.00 | | | |
| *Financial Expenditure* | P&L | 358,610 | | SGA | | | | | | | 358,610.00 | | | |
| | | | | | | | | | | | | | | |
| Calculate Sub Totals | | 56,893,077 | | | b | | 22,369,111.00 | - | 1,534,472.00 | 6,978,118.00 | (178,414.00) | 6,189,790.00 | - | - | 56,893,077.00 |
| *Profit from Income Statement (Input)* | | 473,774 | | Profit | c | | | | | | | | 473,774.00 | | 473,774.00 |
| | | Total For Calculations | | | d = b + c - a | | 22,369,111.00 | - | 1,534,472.00 | 6,978,118.00 | (178,414.00) | 3,505,874.00 | 473,774.00 | (34,682,935.00) | 0.00 |
| Calculate (Revenue - Expenditures - Profit = zero) Check Total | | - | | | | | d1 | d2 | d3 | d4 | d5 | d6 | d7 | d8 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Material, Labor, and Energy | | | | | e = d1+d2+d3 | 23,903,583 | | | |
| **Overhead as % of Material, Labor & Energy** | | | | | =d4/e | **29.19%** | | | |
| Total Material, Labor, Energy, Mfg Overhead, and Traded & Finished Goods | | | | | | | f = d4+d5+e | 30,703,287 | |
| **SG&A/Interest as % of Material, Labor, Energy, Mfg Overhead, and Traded & Finished Goods** | | | | | | | =d6/f | **11.42%** | |
| Total Material, Labor, Energy, Mfg Overhead, Traded & Finished Goods, and SG&A/Interest | | | | | | | g:=d6+f | 34,209,161 | |
| **Profit as % of Material, Labor, Energy, Mfg Overhead, SG&A/Interest, and Traded & Finished Goods** | | | | | | | =d7/g | **1.38%** | |

JA 40

Department, Antidumping Duty Order (April 21, 2020)
PR 1578

the meeting. Written comments may be mailed to the Regional Program Unit Office, U.S. Commission on Civil Rights, 230 S Dearborn, Suite 2120, Chicago, IL 60604. They may also be emailed to Carolyn Allen at *callen@usccr.gov.* Persons who desire additional information may contact the Regional Program Unit Office at (312) 353–8311.

Records generated from this meeting may be inspected and reproduced at the Regional Program Unit, as they become available, both before and after the meeting. Records of the meeting will be available via *www.facadatabase.gov* under the Commission on Civil Rights, South Carolina Advisory Committee link. Persons interested in the work of this Committee are directed to the Commission's website, *http://www.usccr.gov,* or may contact the Regional Program Unit at the above email or street address.

## Agenda

Welcome
Approval of April 14, 2020 Minutes
Project Planning
Public Comment
Adjournment

Dated: April 16, 2020.

**David Mussatt,**

*Supervisory Chief, Regional Programs Unit.*

[FR Doc. 2020–08430 Filed 4–20–20; 8:45 am]

**BILLING CODE P**

---

## DEPARTMENT OF COMMERCE

### International Trade Administration

**[A–570–106]**

### Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Antidumping Duty Order

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**SUMMARY:** Based on affirmative final determinations by the Department of Commerce (Commerce) and the International Trade Commission (ITC), Commerce is issuing an antidumping duty order on wooden cabinets and vanities and components thereof (wooden cabinets and vanities) from the People's Republic of China (China).

**DATES:** Applicable April 21, 2020.

**FOR FURTHER INFORMATION CONTACT:** Rachel Greenberg, AD/CVD Operations, Office V, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC 20230; telephone: (202) 482–0652.

**SUPPLEMENTARY INFORMATION:**

### Background

In accordance with section 735(d) of the Tariff Act of 1930, as amended (the Act), and 19 CFR 351.210(c), Commerce published its affirmative final determination in the less-than-fair-value (LTFV) investigation of wooden cabinets and vanities from China.[1] On April 13, 2020, the ITC notified Commerce of its final determination that an industry in the United States is materially injured within the meaning of section 735(b)(1)(A)(i) of the Act by reason of LTFV imports of wooden cabinets and vanities from China.[2]

### Scope of the Order

The products covered by this order are wooden cabinets and vanities from China. For a complete description of the scope of this order, *see* the Appendix to this notice.

### Antidumping Duty Order

On April 13, 2020, in accordance with section 735(d) of the Act, the ITC notified Commerce of its final determination in this investigation, in which it found that an industry in the United States is materially injured within the meaning of section 735(b)(1)(A)(i) of the Act by reason of imports of wooden cabinets and vanities from China sold at LTFV. Therefore, in accordance with sections 735(c)(2) and 736 of the Act, Commerce is issuing this antidumping duty order. Because the ITC determined that imports of wooden cabinets and vanities from China are materially injuring a U.S. industry, unliquidated entries of such merchandise from China, entered or withdrawn from warehouse for consumption, are subject to the assessment of antidumping duties.

Therefore, in accordance with section 736(b)(1) of the Act, Commerce will instruct U.S. Customs and Border Protection (CBP) to assess, upon further instruction by Commerce, antidumping duties equal to the amount by which the normal value of the wooden cabinets and vanities from China exceeds the export price (or constructed export price) of the subject merchandise, for all relevant entries of wooden cabinets and vanities from China which are entered, or withdrawn from warehouse, for consumption on or after October 9, 2019, the date of publication of the *Preliminary Determination,* but will not include entries occurring after the expiration of the provisional measures period and before the date of publication of the ITC's final affirmative determination under section 735(b) of the Act as further described below.[3]

### Suspension of Liquidation

In accordance with section 736 of the Act, Commerce will instruct CBP to suspend liquidation of all appropriate entries of wooden cabinets and vanities from China as described in the Appendix to this notice which are entered, or withdrawn from warehouse, for consumption on or after the date of publication of the ITC's notice of final determination in the **Federal Register**. We will also instruct CBP to require, at the same time as importers would normally deposit estimated customs duties on the subject merchandise, a cash deposit of antidumping duties based on the rates listed below. These instructions suspending liquidation will remain in effect until further notice. The China-wide entity rate applies to all producers or exporters not specifically listed below. As stated in the *Final Determination,* Commerce made certain adjustments to the estimated weighted-average dumping margin for export subsidies from the companion countervailing duty investigation final determination to determine each of the cash deposit rates.[4]

---

[1] *See Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Final Determination of Sales at Less Than Fair Value,* 85 FR 11953 (February 28, 2020) (*Final Determination*) as corrected by *Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Corrected Notice of Final Affirmative Determination of Sales at Less Than Fair Value,* 85 FR 17855 (March 31, 2020).

[2] *See* Letter to Jeffrey Kessler, Assistant Secretary of Commerce for Enforcement and Compliance, from David S. Johanson, Chairman of the U.S.

International Trade Commission, dated April 13, 2020 (ITC Letter).

[3] *See Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Preliminary Affirmative Determination of Sales at Less Than Fair Value, Postponement of Final Determination and Extension of Provisional Measures,* 84 FR 54106 (October 9, 2019) (*Preliminary Determination*), and accompanying Preliminary Decision Memorandum, as corrected by *Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China:*

*Preliminary Affirmative Determination of Sales at Less than Fair Value, Postponement of Final Determination and Extension of Provisional Measures,* 84 FR 56420 (October 22, 2019) as amended by *Wooden Cabinets and Vanities and Components Thereof from the People's Republic of China: Amended Preliminary Determination of Sales at Less Than Fair Value,* 84 FR 61875 (November 14, 2019).

[4] *See Final Determination,* 85 FR at 11961.

Case 1:20-cv-00114-GSK   Document 39   Filed 02/04/21   Page 1556 of 1562

Barcode:3966891-01 A-570-106 INV - Investigation -
**Federal Register** / Vol. 85, No. 77 / Tuesday, April 21, 2020 / Notices                    **22127**

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| The Ancientree Cabinet Co., Ltd .................................. | The Ancientree Cabinet Co., Ltd .................................. | 4.37 | 0.00 |
| Dalian Meisen Woodworking Co., Ltd ........................... | Dalian Meisen Woodworking Co., Ltd ........................... | 262.18 | 251.64 |
| Foremost Worldwide Company Limited ........................ | Rizhao Foremost Woodwork Manufacturing Company, Ltd. | 101.46 | 90.92 |
| Foremost Worldwide Company Limited ........................ | Henan AiDiJia Furniture Co., Ltd ................................. | 101.46 | 90.92 |
| Foremost Worldwide Company Limited ........................ | Suzhou Weiye Furniture Co., Ltd ................................. | 101.46 | 90.92 |
| Foremost Worldwide Company Limited ........................ | Changsha Minwan Furniture Manufacturing Co., Ltd .. | 101.46 | 90.92 |
| ANHUI JIANLIAN WOOD PRODUCTS CO., LTD .......... | ANHUI JIANLIAN WOOD PRODUCTS CO., LTD ....... | 48.50 | 37.96 |
| Anhui Swanch Cabinetry Co., Ltd ............................... | Anhui Swanch Cabinetry Co., Ltd ............................... | 48.50 | 37.96 |
| ANHUI XINYUANDA CUPBOARD CO., LTD ................. | ANHUI XINYUANDA CUPBOARD CO., LTD ................. | 48.50 | 37.96 |
| Beijing Oulu Jinxin International Trade Co., Ltd .......... | Beijing Oulu Jinxin International Trade Co., Ltd .......... | 48.50 | 37.96 |
| Boloni Smart Home Decor (Beijing) Co., LTD ............. | Boloni Smart Home Decor (Beijing) Co., LTD ............. | 48.50 | 37.96 |
| BRENTRIDGE HOLDING CO., LTD ............................ | ZHOUSHAN FOR–STRONG WOOD CO., LTD .......... | 48.50 | 37.96 |
| Caoxian Brothers Hengxin Wood Industry Co., Ltd ..... | Caoxian Brothers Hengxin Wood Industry Co., Ltd ..... | 48.50 | 37.96 |
| Changyi Zhengheng Woodwork Co., Ltd ..................... | Changyi Zhengheng Woodwork Co., Ltd ..................... | 48.50 | 37.96 |
| CHAOZHOU YAFENG BATHROOM EQUIPMENT CO., LTD. | CHAOZHOU YAFENG BATHROOM EQUIPMENT CO., LTD. | 48.50 | 37.96 |
| China Friend Limited ................................................... | Dongming Sanxin Wood Industry Co., Ltd ................... | 48.50 | 37.96 |
| Dalian Jiaye Wood Products Co., Ltd .......................... | Dalian Jiaye Wood Products Co., Ltd .......................... | 48.50 | 37.96 |
| Dalian Xingsen Wooden Products Co., Ltd .................. | Dalian Xingsen Wooden Products Co., Ltd .................. | 48.50 | 37.96 |
| Dandong City Anmin Wooden Products Group Co., Ltd. | Dandong City Anmin Wooden Products Group Co., Ltd. | 48.50 | 37.96 |
| Dandong Laroyal Cabinetry Co., Ltd ........................... | Dandong Laroyal Cabinetry Co., Ltd ........................... | 48.50 | 37.96 |
| DEHK LIMITED .......................................................... | DIAM DISPLAY (CHINA) CO., LTD ............................. | 48.50 | 37.96 |
| Deqing China-Africa Foreign Trade Port Co., Ltd ........ | Suqian Welcomewood Products Co., Ltd ..................... | 48.50 | 37.96 |
| Dewell Wooden Products Haian Co., Ltd ..................... | Dewell Wooden Products Haian Co., Ltd ..................... | 48.50 | 37.96 |
| Dongguan American Parts Supplier Co., Ltd ............... | Dongguan American Parts Supplier Co., Ltd ............... | 48.50 | 37.96 |
| Dongguan Niusaiqu Wood Industry Co., Ltd ............... | Dongguan Niusaiqu Wood Industry Co., Ltd ............... | 48.50 | 37.96 |
| Dongguan Unique Life Furniture Co., Ltd. also known as Unique Life Furniture Co., Ltd (trade name). | Dongguan Unique Life Furniture Co., Ltd ................... | 48.50 | 37.96 |
| Dorbest Ltd ................................................................ | Rui Feng Woodwork (Dongguan) Co., Ltd ................... | 48.50 | 37.96 |
| EZIDONE DISPLAY CORPORATION LTD .................. | EZIDONE DISPLAY CORPORATION LTD .................. | 48.50 | 37.96 |
| EZIDONE DISPLAY CORPORATION LTD .................. | EZIDONE DISPLAY INC .............................................. | 48.50 | 37.96 |
| Forcer International Limited ......................................... | QUFU XINYU FURNITURE CO., LTD ......................... | 48.50 | 37.96 |
| Forcer International Limited ......................................... | LINYI RUNKANG CABINET CO., LTD ....................... | 48.50 | 37.96 |
| Forcer International Limited ......................................... | BEIJING OULU JINXIN INTERNATIONAL TRADE CO., LTD. | 48.50 | 37.96 |
| Foshan City Shunde District Refined Furniture Co., Ltd. also known as Refined Furniture Co., Ltd. (trade name). | Foshan City Shunde District Refined Furniture Co., Ltd. also known as Refined Furniture Co., Ltd. (trade name). | 48.50 | 37.96 |
| Foshan Liansu building material Trading Co., Ltd ........ | Guangdong Lesso Home Furnishing Co., Ltd ............. | 48.50 | 37.96 |
| FOSHAN NANHAI HONGZHOU WOOD CO., LTD .... | FOSHAN NANHAI HONGZHOU WOOD CO., LTD .... | 48.50 | 37.96 |
| Foshan Shunde Yajiasi Kitchen Cabinet Co., Ltd ....... | Foshan Shunde Yajiasi Kitchen Cabinet Co., Ltd ....... | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............... | FOSHAN DIBIAO BATHROOM CO., LTD ................... | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............... | FOSHAN MK HOME FURISHING CO., LTD ................ | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............... | PROUDER INDUSTRIAL LIMITED ............................. | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............... | FOSHAN DEMAX SANITARY WARE CO., LTD ......... | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............... | HEBEI SHUANGLI FURNITURE CO., LTD ................ | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............... | ZHANGZHOU GUOHUI INDUSTRIAL & TRADE CO., LTD. | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............... | SHOUGUANG FUSHI WOOD CO., LTD ................... | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............... | Foshan Virtu Bathroom Furniture Ltd ......................... | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............... | Guangdong Purefine Kitchen & Bath Technology Co., LTD. | 48.50 | 37.96 |
| FOSHAN SOURCEVER (CN) CO., LIMITED ............... | KAIPING HONGITARYWARE TECHNOLOGY LTD ... | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ........................... | FOSHAN DIBIAO BATHROOM CO., LTD ................... | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ........................... | FOSHAN MK HOME FURISHING CO., LTD ................ | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ........................... | PROUDER INDUSTRIAL LIMITED ............................. | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ........................... | FOSHAN DEMAX SANITARY WARE CO., LTD ......... | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ........................... | HEBEI SHUANGLI FURNITURE CO., LTD ................ | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ........................... | ZHANGZHOU GUOHUI INDUSTRIAL & TRADE CO., LTD. | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ........................... | SHOUGUANG FUSHI WOOD CO., LTD ................... | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ........................... | Foshan Virtu Bathroom Furniture Ltd ......................... | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ........................... | Guangdong Purefine Kitchen & Bath Technology Co., LTD. | 48.50 | 37.96 |
| Foshan Sourcever Company Limited ........................... | KAIPING HONGITARYWARE TECHNOLOGY LTD ... | 48.50 | 37.96 |
| Foshan Xinzhongwei Economic & Trade Co., Ltd ........ | Foshan Lihong Furniture Sanitary Ware Co., Ltd ........ | 48.50 | 37.96 |
| FUJIAN DUSHI WOODEN INDUSTRY CO., LTD. ....... | FUJIAN DUSHI WOODEN INDUSTRY CO., LTD. ....... | 48.50 | 37.96 |
| FUJIAN LEIFENG CABINETRY CO., LTD. .................. | FUJIAN LEIFENG CABINETRY CO., LTD. .................. | 48.50 | 37.96 |

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| Fujian Panda Home Furnishing Co., Ltd ...................... | Fujian Panda Home Furnishing Co., Ltd ...................... | 48.50 | 37.96 |
| Fujian Senyi Kitchen Cabinet Co., Ltd .......................... | Fujian Senyi Kitchen Cabinet Co., Ltd .......................... | 48.50 | 37.96 |
| Fuzhou Biquan Trading Co., Ltd ................................... | Biquan (Fujian) Group Co., Ltd ................................... | 48.50 | 37.96 |
| Fuzhou CBM Import & Export Co., Ltd .......................... | Fuzhou CBM Import & Export Co., Ltd .......................... | 48.50 | 37.96 |
| Fuzhou Desource Home Décor Co., Ltd ...................... | Fuzhou Desource Home Decor Co., Ltd ...................... | 48.50 | 37.96 |
| FUZHOU LIMIN STONE PRODUCTS CO., LTD ........ | Fuzhou YST Cabinet Co., Ltd ................................... | 48.50 | 37.96 |
| FUZHOU MASTONE IMPORT & EXPORT CO., LTD | Fuzhou Yuansentai Cabinet Co., Ltd .......................... | 48.50 | 37.96 |
| Fuzhou Minlian Wood Industry Co., Ltd ...................... | Fuzhou Minlian Wood Industry Co., Ltd ...................... | 48.50 | 37.96 |
| FUZHOU SUNRISING HOME DECO MANUFAC-TURING CO., LTD. | FUZHOU SUNRISING HOME DECO MANUFAC-TURING CO., LTD. | 48.50 | 37.96 |
| FUZHOU XINRUI CABINET CO., LTD ...................... | FUZHOU XINRUI CABINET CO., LTD ...................... | 48.50 | 37.96 |
| Gaomi City Haitian Wooden Ware Co., Ltd ................... | Gaomi City Haitian Wooden Ware Co., Ltd ................... | 48.50 | 37.96 |
| GAOMI HONGTAI HOME FURNITURE CO., LTD ...... | GAOMI HONGTAI HOME FURNITURE CO., LTD ...... | 48.50 | 37.96 |
| Guangde Bozhong Trade Company, Ltd ...................... | Guangde Bozhong Trade Company, Ltd ...................... | 48.50 | 37.96 |
| GUANGDONG CACAR KITCHEN TECHNOLOGY CO., LTD. | GUANGDONG CACAR KITCHEN TECHNOLOGY CO., LTD. | 48.50 | 37.96 |
| Guangdong G-Top Import and Export Co., Ltd ........... | Foshan Shunde Rongao Furniture CO., LTD .............. | 48.50 | 37.96 |
| Guangzhou Nuolande Import and Export Co., Ltd ...... | Guangzhou Nuolande Import and Export Co., Ltd ...... | 48.50 | 37.96 |
| Haiyang Kunlun Wood Co., Ltd ................................... | Haiyang Kunlun Wood Co., Ltd ................................... | 48.50 | 37.96 |
| Hangzhou Bestcraft Sanitary Equipments Co., Ltd ..... | Hangzhou Bestcraft Sanitary Equipments Co., Ltd ..... | 48.50 | 37.96 |
| Hangzhou Entop Houseware Co., Ltd .......................... | Jinhua Aonika Sanitary Ware Co., Ltd ........................ | 48.50 | 37.96 |
| Hangzhou Entop Houseware Co., Ltd .......................... | Hangzhou Bestcraft Sanitary Equipments Co., Ltd ..... | 48.50 | 37.96 |
| Hangzhou Hansen Sanitary Ware Co., Ltd .................. | Hangzhou Hansen Sanitary Ware Co., Ltd .................. | 48.50 | 37.96 |
| Hangzhou Hoca Kitchen & Bath Products Co., Ltd ..... | Hangzhou Hoca Kitchen & Bath Products Co., Ltd ..... | 48.50 | 37.96 |
| Hangzhou Home Dee Sanitary Ware Co., Ltd ............. | Hangzhou Home Dee Sanitary Ware Co., Ltd ............. | 48.50 | 37.96 |
| Hangzhou Oulang Bathroom Equipment Co., Ltd ....... | Hangzhou Oulang Bathroom Equipment Co., Ltd ....... | 48.50 | 37.96 |
| Hangzhou Royo Import & Export Co., Ltd .................... | Jinhua Aonika Sanitary Ware Co., Ltd ........................ | 48.50 | 37.96 |
| Hangzhou Royo Import & Export Co., Ltd .................... | Hangzhou Yuxin Sanitary Ware Co., Ltd ..................... | 48.50 | 37.96 |
| Hangzhou Royo Import & Export Co., Ltd .................... | Hangzhou Fuyang Beautiful Sanitary Ware Co., Ltd ... | 48.50 | 37.96 |
| Hangzhou Sunlight Sanitary Co., Ltd .......................... | Hangzhou Sunlight Sanitary Co., Ltd .......................... | 48.50 | 37.96 |
| Hangzhou Weinuo Sanitary Ware Co., Ltd .................. | PINGHU AIPA SANITARY WARE CO., LTD .............. | 48.50 | 37.96 |
| Hangzhou Weinuo Sanitary Ware Co., Ltd .................. | HANGZHOU QILONG SANITARY WARE CO., LTD .. | 48.50 | 37.96 |
| Hangzhou Xinhai Sanitary Ware Co., Ltd ................... | Hangzhou Xinhai Sanitary Ware Co., Ltd ................... | 48.50 | 37.96 |
| Hangzhou Yewlong Import&Export Co., Ltd ................. | Hangzhou Yewlong Industry Co., Ltd .......................... | 48.50 | 37.96 |
| Hangzhou Zhuangyu Import & Export Co., Ltd ............ | Hangzhou Zhuangyu Import & Export Co., Ltd ............ | 48.50 | 37.96 |
| Henan Aotin Home Furnishing Co., Ltd ...................... | Henan Aotin Home Furnishing Co., Ltd ...................... | 48.50 | 37.96 |
| Heyond Cabinet Co., Ltd ............................................ | Heyond Cabinet Co., Ltd ............................................ | 48.50 | 37.96 |
| Homestar Corporation .................................................. | Homestar Corporation .................................................. | 48.50 | 37.96 |
| HONG KONG JIAN CHENG TRADING CO., LIMITED | ZHONGSHAN YAYUE FURNITURE CO., LTD ........... | 48.50 | 37.96 |
| Xiamen Honglei Imp.&Exp. Co., Ltd. also known as Honglei (Xiamen) Stone Co., Ltd. | Changtai Guanjia Industry & Trade Company Co., Ltd | 48.50 | 37.96 |
| Xiamen Honglei Imp.&Exp. Co., Ltd. also known as Honglei (Xiamen) Stone Co., Ltd. | Zhangzhou Huihua Industry and Trade Co., Ltd ......... | 48.50 | 37.96 |
| Xiamen Honglei Imp.&Exp. Co., Ltd. also known as Honglei (Xiamen) Stone Co., Ltd. | Fujian Xinanlong Wood Industry Co., Ltd .................... | 48.50 | 37.96 |
| Honsoar New Building Material Co., Ltd ...................... | Shandong Honsoar Cabinet Materials Co., Ltd ........... | 48.50 | 37.96 |
| Hua Yin Trading Development Co., Ltd of Jiangmen City. | Jianfa Wooden Co., Ltd ............................................... | 48.50 | 37.96 |
| Hua Yin Trading Development Co., Ltd of Jiangmen City. | Heshan Yingmei Cabinets Co., Ltd ............................. | 48.50 | 37.96 |
| Hua Yin Trading Development Co., Ltd of Jiangmen City. | Hesha Feiqiu Cabinet Co., Ltd ................................... | 48.50 | 37.96 |
| Huimin Hanlong Furniture Co., Ltd .............................. | Huimin Hanlong Furniture Co., Ltd .............................. | 48.50 | 37.96 |
| HUISEN FURNITURE (LONG NAN) CO., LTD. also known as HUISEN FURNITURE (LONGNAN) CO., LTD. | HUISEN FURNITURE (LONG NAN) CO., LTD. also known as HUISEN FURNITURE (LONGNAN) CO., LTD. | 48.50 | 37.96 |
| HUIZHOU MANDARIN FURNITURE CO., LTD ......... | HUIZHOU MANDARIN FURNITURE CO., LTD ......... | 48.50 | 37.96 |
| Jiang Su Rongxin Cabinets Ltd ................................... | Jiang Su Rongxin Cabinets Ltd ................................... | 48.50 | 37.96 |
| Jiangmen Kinwai Furniture Decoration Co., Ltd .......... | Jiangmen Kinwai Furniture Decoration Co., Ltd .......... | 48.50 | 37.96 |
| Jiangmen Kinwai International Furniture Co., Ltd ......... | Jiangmen Kinwai International Furniture Co., Ltd ......... | 48.50 | 37.96 |
| Jiangsu Beichen Wood Co., Ltd ................................. | Jiangsu Beichen Wood Co., Ltd ................................. | 48.50 | 37.96 |
| Jiangsu Meijun Intelligent Home Co., Ltd ................... | Jiangsu Meijun Intelligent Home Co., Ltd ................... | 48.50 | 37.96 |
| Jiangsu Pusite Furniture Co., Ltd ............................... | Jiangsu Pusite Furniture Co., Ltd ............................... | 48.50 | 37.96 |
| Jiangsu Roc Furniture Industrial Co., Ltd ................... | Jiangsu Roc Furniture Industrial Co., Ltd ................... | 48.50 | 37.96 |
| JIANGSU SUNWELL CABINETRY CO., LTD ........... | JIANGSU SUNWELL CABINETRY CO., LTD ........... | 48.50 | 37.96 |
| JIANGSU WEISEN HOUSEWARE CO., LTD ........... | JIANGSU WEISEN HOUSEWARE CO., LTD ........... | 48.50 | 37.96 |
| Jiangsu Xiangsheng Bedtime Furniture Co., Ltd ........ | Jiangsu Xiangsheng Bedtime Furniture Co., Ltd ........ | 48.50 | 37.96 |
| Jiayuan (Xiamen) Industrial Co., Ltd .......................... | Jiayuan (Xiamen) Industrial Co., Ltd .......................... | 48.50 | 37.96 |
| JINJIANG PERFECT GENERATION IMP.&EXP. CO., LTD. | Homebi Technology Co., LTD ................................... | 48.50 | 37.96 |

Filed By: Rachel Greenberg, Filed Date: 4/21/20 8:25 AM, Submission Status: Approved

Barcode:3966891-01 A-570-106 INV - Investigation -
**Federal Register**/Vol. 85, No. 77/Tuesday, April 21, 2020/Notices

**22129**

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| King's Group Furniture (Enterprises) Co., Ltd .............. | Zhongshan King's Group Furniture (ENTERPRISES) Co., Ltd. | 48.50 | 37.96 |
| KM Cabinetry Co., Limited ........................................... | Zhongshan KM Cabinetry Co., Ltd ............................... | 48.50 | 37.96 |
| Kunshan Baiyulan Furniture Co., Ltd ............................ | Kunshan Baiyulan Furniture Co., Ltd .......................... | 48.50 | 37.96 |
| Kunshan Home Right Trade Corporation ...................... | Kunshan Fangs Furniture Co., Ltd .............................. | 48.50 | 37.96 |
| LIANYUNGANG SUN RISE TECHNOLOGY CO., LTD. | LIANYUNGANG SUN RISE TECHNOLOGY CO., LTD. | 48.50 | 37.96 |
| Linshu Meibang Furniture Co., Ltd ............................... | Linshu Meibang Furniture Co., Ltd .............................. | 48.50 | 37.96 |
| Linyi Bomei Furniture Co., Ltd .................................... | Linyi Bomei Furniture Co., Ltd .................................... | 48.50 | 37.96 |
| LINYI BONN FLOORING MANUFACTURING CO., LTD. | LINYI BONN FLOORING MANUFACTURING CO., LTD. | 48.50 | 37.96 |
| Linyi Kaipu Furniture Co., Ltd .................................... | Linyi Kaipu Furniture Co., Ltd .................................... | 48.50 | 37.96 |
| Linyi Runkang Cabinet Co., Ltd .................................. | Linyi Runkang Cabinet Co., Ltd .................................. | 48.50 | 37.96 |
| Liu Shu Woods Product (Huizhou) Co., Ltd also known as Liu Shu Wood Products Co., Ltd (trade name) and Liu Shu Woods Product Co., Ltd (trade name). | Liu Shu Woods Product (Huizhou) Co., Ltd ................. | | |
| Master Door & Cabinet Co., Ltd ................................. | Master Door & Cabinet Co., Ltd ................................. | 48.50 | 37.96 |
| Masterwork Cabinetry Company Limited ...................... | Shandong Compete Wood Co., Ltd ............................. | 48.50 | 37.96 |
| Masterwork Cabinetry Company Limited ...................... | Linyi Zhongsheng Jiaju Zhuangshi Co., Ltd ............... | 48.50 | 37.96 |
| MEILIN WOOD PRODUCTS (DALIAN) CO., LTD ...... | MEILIN WOOD PRODUCTS (DALIAN) CO., LTD ...... | 48.50 | 37.96 |
| Minhou Beite Home Decor Co., Ltd ............................ | Minhou Beite Home Decor Co., Ltd ............................ | 48.50 | 37.96 |
| MJB Supply (Dalian) Co., Ltd .................................... | Mulin City Bamiantong Linyeju Jisen Wood ................ | 48.50 | 37.96 |
| MOREWOOD CABINETRY CO., LTD .......................... | MOREWOOD CABINETRY CO., LTD .......................... | 48.50 | 37.96 |
| Nanjing Kaylang Co., Ltd ........................................... | Nanjing Kaylang Co., Ltd ........................................... | 48.50 | 37.96 |
| Nantong Aershin Cabinets Co., Ltd ............................ | Nantong Aershin Cabinets Co., Ltd ............................ | 48.50 | 37.96 |
| Nantong Ouming Wood Co., Ltd., also known as Nantong Ouming Wood Industry Co., Ltd | Nantong Ouming Wood Co., Ltd., also known as Nantong Ouming Wood Industry Co., Ltd | 48.50 | 37.96 |
| NANTONG YANGZI FURNITURE CO., LTD .............. | NANTONG YANGZI FURNITURE CO., LTD .............. | 48.50 | 37.96 |
| NINGBO KINGWOOD FURNITURE CO., LTD ............ | NINGBO KINGWOOD FURNITURE CO., LTD ............ | 48.50 | 37.96 |
| NINGBO ROVSA HOME FURNISHING CO., LTD ...... | NINGBO ROVSA HOME FURNISHING CO., LTD ...... | 48.50 | 37.96 |
| Ojans Company Limited .............................................. | Foshan Shunde Ojans Intelligent Sanitary Ware Co., Ltd. | 48.50 | 37.96 |
| Oppein Home Group Inc ............................................. | Oppein Home Group Inc ............................................. | 48.50 | 37.96 |
| PIZHOU OUYME IMPORT&EXPORT TRADE CO., LTD. | XUZHOU OUMEC WOOD–BASED PANEL CO., LTD | 48.50 | 37.96 |
| Pneuma Asia Sourcing & Trading Co. LIMITED .......... | Dalian Tianxin Home Product Co., Ltd ........................ | 48.50 | 37.96 |
| Pneuma Asia Sourcing & Trading Co. LIMITED .......... | Qingdao Haiyan Drouot Household Co., Ltd ................ | 48.50 | 37.96 |
| Putian Jinggong Furniture Co., Ltd ............................. | Putian Jinggong Furniture Co., Ltd ............................. | 48.50 | 37.96 |
| Qingdao Coomex Sources Co., Ltd. also known as Coomex Sources Co., Ltd. | Nantong Aershin Cabinets Co., Ltd ............................ | 48.50 | 37.96 |
| Qingdao Haiyan Drouot Household Co., Ltd ............... | Qingdao Haiyan Drouot Household Co., Ltd ................ | 48.50 | 37.96 |
| Qingdao Liangmu Hongye Co., Ltd ............................ | Qingdao Liangmu Hongye Co., Ltd ............................ | 48.50 | 37.96 |
| Qingdao Liangmu Jinshan Woodwork Co., Ltd ........... | Qingdao Liangmu Jinshan Woodwork Co., Ltd ........... | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Lankao Sanqiang Wooden Products Co., Ltd .............. | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Linyi Lanshan Chengxinli Woods Co., Ltd .................. | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Shouguang Shi Qifeng Woods Co., Ltd ...................... | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Linyi Mingzhu Woods Co., Ltd .................................... | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Yichun Senhai Woods Industry Co., Ltd ..................... | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Linyi Jinde Arts&Crafts Co., Ltd ................................ | 48.50 | 37.96 |
| Qingdao Northriver Wooden Resource Industry & Trading Co., Ltd. | Qingdao Ruirong Woods Co., Ltd ............................... | 48.50 | 37.96 |
| Qingdao Shousheng Industry Co., Ltd ....................... | Qingdao Shousheng Industry Co., Ltd ....................... | 48.50 | 37.96 |
| Qingdao Yimei Wood Work Co., Ltd ........................... | Qingdao Yimei Wood Work Co., Ltd ........................... | 48.50 | 37.96 |
| QINGDAOHONGXINCHENGDA WOOD INDUSTRY CO., LTD. | QINGDAOHONGXINCHENGDA WOOD INDUSTRY CO., LTD. | 48.50 | 37.96 |
| QUFU XINYU FURNITURE CO., LTD ........................ | QUFU XINYU FURNITURE CO., LTD ........................ | 48.50 | 37.96 |
| Ronbow Hong Kong Limited ....................................... | Wuxi Yusheng Kitchen-Bathroom Equipment Co., Ltd | 48.50 | 37.96 |
| Sagarit Bathroom Manufacturer Limited ..................... | Shouguang Fushi Wood Co., Ltd ................................ | 48.50 | 37.96 |
| Sagarit Bathroom Manufacturer Limited ..................... | Zhangzhou Guohui Industrial & Trade Co., Ltd .......... | 48.50 | 37.96 |
| Sagarit Bathroom Manufacturer Limited ..................... | Qingdao Runpeng Wood Industrial Co., Ltd ............... | 48.50 | 37.96 |
| Sankok Arts Co., Ltd ................................................. | Sankok Arts Co., Ltd ................................................. | 48.50 | 37.96 |
| Senke Manufacturing Company ................................. | Qindao Yimei Wood Work Co., Ltd ............................. | 48.50 | 37.96 |
| Senke Manufacturing Company ................................. | Linyi Kaipu Furniture Co., Ltd .................................... | 48.50 | 37.96 |

**22130**   **Federal Register**/Vol. 85, No. 77/Tuesday, April 21, 2020/Notices

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| Senke Manufacturing Company ..................................... | Shandon Honsoar Cabinetry Co., Ltd .......................... | 48.50 | 37.96 |
| Senke Manufacturing Company ..................................... | Huimin Hanlong Furniture Co., Ltd .............................. | 48.50 | 37.96 |
| Shandong Cubic Alpha Timber Co., Ltd ...................... | Shandong Cubic Alpha Timber Co., Ltd ...................... | 48.50 | 37.96 |
| Shandong Fusheng Wood Co., Ltd .............................. | Shandong Fusheng Wood Co., Ltd .............................. | 48.50 | 37.96 |
| Shandong Huanmei Wood Co., Ltd .............................. | Shandong Huanmei Wood Co., Ltd .............................. | 48.50 | 37.96 |
| SHANDONG JINGYAO HOME DECORATION PRODUCTS CO., LTD. | SHANDONG JINGYAO HOME DECORATION PRODUCTS CO., LTD. | 48.50 | 37.96 |
| Shandong Longsen Woods Co., Ltd .............................. | Shandong Longsen Woods Co., Ltd .............................. | 48.50 | 37.96 |
| Shandong Sanfortune Home and Furniture Co., Ltd ... | Shandong Sanfortune Home and Furniture Co., Ltd ... | 48.50 | 37.96 |
| Shanghai Aiwood Home Supplies Co., Ltd ................. | Jiangsu Gangxing Kitchen Cabinet Co., Ltd ............... | 48.50 | 37.96 |
| Shanghai Aiwood Home Supplies Co., Ltd ................. | Shanghai Homebase SanSheng Household Product Co., Ltd. | 48.50 | 37.96 |
| Shanghai Baiyulan Furniture Co., Ltd .......................... | Kunshan Baiyulan Furniture Co., Ltd ........................... | 48.50 | 37.96 |
| Shanghai Beautystar Cabinetry Co., Ltd ...................... | Jiangsu Sunwell Cabinetry Co., Ltd ............................. | 48.50 | 37.96 |
| Shanghai Beautystar Cabinetry Co., Ltd ...................... | Nantong Jiegao Furniture Co., Ltd ............................... | 48.50 | 37.96 |
| Shanghai Jiang Feng Furniture Co., Ltd ...................... | Shanghai Jiang Feng Furniture Co., Ltd ...................... | 48.50 | 37.96 |
| SHANGHAI LINE KING INTERNATIONAL TRADING CO., LTD. | SHANGHAI YAZHI WOODEN INDUSTRY CO., LTD | 48.50 | 37.96 |
| Shanghai Mebo Industry Co., Ltd ................................. | Shanghai Mebo Industry Co., Ltd ................................. | 48.50 | 37.96 |
| Shanghai Qingzhou Woodenware Co., Ltd ................... | Shanghai Qingzhou Woodenware Co., Ltd ................... | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd ..................................... | Anhui GeLun Wood Industry Co., Ltd .......................... | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd ..................................... | Ning'an City Jiude Wood Co., Ltd ............................... | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd ..................................... | Muling City Bamiantong Forestry Bureau Jisen Wood Co., Ltd. | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd ..................................... | Dalian Ruiyu Mountain Wood Co., Ltd ......................... | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd ..................................... | Linshu Meibang Furniture Co., Ltd .............................. | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd ..................................... | Jiamusi City Quanhong Wood Industry Co., Ltd .......... | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd ..................................... | Kunshan Fangs Furniture Co., Ltd .............................. | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd ..................................... | Dalian Chunyao Wood Industry Co., Ltd ..................... | 48.50 | 37.96 |
| Shanghai S&M Trade Co., Ltd ..................................... | Anhui Juxin Wood Industry Co., Ltd ............................ | 48.50 | 37.96 |
| Shanghai Wang Lei Industries—Taicang Branch ........ | Shanghai Wang Lei Industries—Taicang Branch ........ | 48.50 | 37.96 |
| Shanghai Wen Bo Industries Co. Ltd ........................... | Shanghai Yinbo Manufacturing Co. Ltd ....................... | 48.50 | 37.96 |
| Shanghai Wen Bo Industries Co. Ltd ........................... | Dalian Jiaye Wood Products Co., Ltd .......................... | 48.50 | 37.96 |
| Shanghai Wen Bo Industries Co. Ltd ........................... | Shanghai Baiyulan Furniture Co., Ltd .......................... | 48.50 | 37.96 |
| Shanghai Xietong (Group) Co., Ltd .............................. | Nantong Jiegao Furniture Co., Ltd ............................... | 48.50 | 37.96 |
| Shanghai Xietong (Group) Co., Ltd .............................. | Jiangsu Senwei Smart Home Co., Ltd ......................... | 48.50 | 37.96 |
| SHANGHAI ZIFENG INTERNATIONAL TRADING CO., LTD. | SHANDONG GAINVAST WOODEN PRODUCTS CO., LTD. | 48.50 | 37.96 |
| SHANGHAI ZIFENG INTERNATIONAL TRADING CO., LTD. | SHANGHAI WENYI WOODEN CO., LTD ................... | 48.50 | 37.96 |
| SHANGHAI ZIFENG INTERNATIONAL TRADING CO., LTD. | NAN TONG DI LIN FURNITURE CO., LTD ............... | 48.50 | 37.96 |
| SHANGHAI ZIFENG INTERNATIONAL TRADING CO., LTD. | JIANGSU YANAN WOODEN CO., LTD ................... | 48.50 | 37.96 |
| Sheen Lead International Trading (Shanghai)Co., Ltd | SHANGHAI RUIYING FURNITURE CO., LTD ............ | 48.50 | 37.96 |
| Shouguang Fushi Wood Co., Ltd .................................. | Shouguang Fushi Wood Co., Ltd .................................. | 48.50 | 37.96 |
| Shouguang Honsoar Imp. & Exp. Trading Co., Ltd ..... | Shandong Honsoar Cabinet Materials Co., Ltd ........... | 48.50 | 37.96 |
| SHOUGUANG JIAXIU WOOD CO., LTD ...................... | SHOUGUANG JIAXIU WOOD CO., LTD ...................... | 48.50 | 37.96 |
| SHOUGUANG JIAXIU WOOD CO., LTD ...................... | SHOUGUANG JIAXIU WOOD CO., LTD ...................... | 48.50 | 37.96 |
| Shouguang Jinxiangyuan Home Furnishing Co., Ltd .. | Shouguang Jinxiangyuan Home Furnishing Co., Ltd .. | 48.50 | 37.96 |
| Shouguang Sanyang Wood Industry Co., Ltd ............. | Shouguang Sanyang Wood Industry Co., Ltd ............. | 48.50 | 37.96 |
| Silver Stone Group Co., Ltd ......................................... | QINGDAO FAMILY CRAFTS CO., LTD ...................... | 48.50 | 37.96 |
| Silver Stone Group Co., Ltd ......................................... | QingDao XiuZhen Furniture Co., Ltd ........................... | 48.50 | 37.96 |
| Smart Gift International ................................................. | Anhui GeLun Wood Industry Co., Ltd .......................... | 48.50 | 37.96 |
| Smart Gift International ................................................. | Ning'an City Jiude Wood Co., Ltd ............................... | 48.50 | 37.96 |
| Smart Gift International ................................................. | Muling City Bamiantong Forestry Bureau Jisen Wood Co., Ltd. | 48.50 | 37.96 |
| Smart Gift International ................................................. | Dalian Ruiyu Mountain Wood Co., Ltd ......................... | 48.50 | 37.96 |
| Smart Gift International ................................................. | Jiamusi City Quanhong Wood Industry Co., Ltd .......... | 48.50 | 37.96 |
| Smart Gift International ................................................. | Dalian Chunyao Wood Industry Co., Ltd ..................... | 48.50 | 37.96 |
| SUNCO TIMBER(KUNSHAN) CO., LTD ...................... | SUNCO TIMBER(KUNSHAN) CO., LTD ...................... | 48.50 | 37.96 |
| Supree (Fujian) Wood Co., Ltd ..................................... | Supree (Fujian) Wood Co., Ltd ..................................... | 48.50 | 37.96 |
| Supree (Fujian) Construction Materials Co., Ltd .......... | Supree (Fujian) Construction Materials Co., Ltd .......... | 48.50 | 37.96 |
| SUZHOU BAOCHENG INDUSTRIES CO., LTD .......... | WALLBEYOND (SHUYANG) HOME DECOR CO., LTD. | 48.50 | 37.96 |
| Suzhou Five Cubic Wood Co., Ltd ............................... | Suzhou Geda Office Equipment Manufacturing Co., Ltd. | 48.50 | 37.96 |
| Suzhou Oriental Dragon Import and Export Co., Ltd. also known as Suzhou Oriental Dragon Import and Export Corp., Ltd. | Lingbi Xianghe Wood Co., Ltd ..................................... | 48.50 | 37.96 |

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| Tai Yuan Trading Co., Ltd also known as Heshan Tai Yuan Trading Co., Ltd. | Heshan Yingmei Cabinet Co., Ltd | 48.50 | 37.96 |
| Taishan Changfa Wood Industry Co., Ltd | Taishan Changfa Wood Industry Co., Ltd | 48.50 | 37.96 |
| TAISHAN HONGXIANG TRADING CO., LTD | Chang He Xing Wood Manufacturer Co., Ltd | 48.50 | 37.96 |
| TAISHAN HONGXIANG TRADING CO., LTD | Heshan Yingmei Cabinets Co., Ltd | 48.50 | 37.96 |
| TAISHAN HONGXIANG TRADING CO., LTD | Heshan Feiqiu Cabinet Co., Ltd | 48.50 | 37.96 |
| TAISHAN HONGXIANG TRADING CO., LTD | Yuanwang Wood Product Factory Dajiang Taishan | 48.50 | 37.96 |
| TAISHAN HONGXIANG TRADING CO., LTD | Can-Am Cabinet Ltd | 48.50 | 37.96 |
| Taishan Hongzhou Cabinet Co., Ltd | Taishan Hongzhou Cabinet Co., Ltd | 48.50 | 37.96 |
| Taishan Jiahong Trade Co., Ltd | Taishan Dajiang Town Dutou Wood Furniture Factory | 48.50 | 37.96 |
| Taishan Jiahong Trade Co., Ltd | Foshan Nanhai Jinwei Cabinet Furniture Co., Ltd | 48.50 | 37.96 |
| Taishan Jiahong Trade Co., Ltd | Taishan Huali Kitchen Cabinet Co., Ltd | 48.50 | 37.96 |
| Taishan Jiahong Trade Co., Ltd | Taishan Empire Wood Co., Ltd | 48.50 | 37.96 |
| TAISHAN OVERSEA TRADING COMPANY LTD | TAISHAN GANHUI STONE KITCHEN CO., LTD | 48.50 | 37.96 |
| TAISHAN OVERSEA TRADING COMPANY LTD | Can-Am Cabinet Ltd | 48.50 | 37.96 |
| TAISHAN OVERSEA TRADING COMPANY LTD | TAISHAN QUANMEI KITCHEN WARE CO., LTD | 48.50 | 37.96 |
| TAISHAN OVERSEA TRADING COMPANY LTD | TAISHAN JIAFU CABINET CO., LTD | 48.50 | 37.96 |
| TAISHAN OVERSEA TRADING COMPANY LTD | TAISHAN DAJIANG TOWN DUTOU FURNITURE FACTORY. | 48.50 | 37.96 |
| TAISHAN OVERSEA TRADING COMPANY LTD | Feiteng Kitchen Cabinets Taishan Corporation | 48.50 | 37.96 |
| Taizhou Overseas Int'l Ltd | Zhejiang Royal Home Co., Ltd | 48.50 | 37.96 |
| TANGSHAN BAOZHU FURNITURE CO.,LTD | TANGSHAN BAOZHU FURNITURE CO.,LTD | 48.50 | 37.96 |
| Tech Forest Cabinetry Co., Ltd | Tech Forest Cabinetry Co., Ltd | 48.50 | 37.96 |
| The Frame Manufacturing Co. Ltd | HUIZHOU DIWEIXIN JIATINGYONGPIN CO., LTD | 48.50 | 37.96 |
| Top Goal International Group Ltd.(Hong Kong) | Dongguan City Top Goal Furniture Co., Ltd | 48.50 | 37.96 |
| Tradewinds Furniture Ltd | Tradewinds Furniture Ltd | 48.50 | 37.96 |
| Wa Fok Art Craft Furniture (MACAO) Co., Ltd | Zhongshan Huafu Art Craft Furniture Co., Ltd | 48.50 | 37.96 |
| Weifang Fuxing Wood Co., Ltd | Weifang Fuxing Wood Co., Ltd | 48.50 | 37.96 |
| WEIFANG KITCHINET CORPORATION | WEIFANG KITCHINET CORPORATION | 48.50 | 37.96 |
| Weifang Lan Gu Wood Industry Co., Ltd | Weifang Lan Gu Wood Industry Co., Ltd | 48.50 | 37.96 |
| Weifang Master Wood Industry Co., Ltd | Weifang Master Wood Industry Co., Ltd | 48.50 | 37.96 |
| Weifang Yuanlin Woodenware Co., Ltd | Weifang Yuanlin Woodenware Co., Ltd | 48.50 | 37.96 |
| Weihai Adornus Cabinetry Manufacturing Co., Ltd | Weihai Adornus Cabinetry Manufacturing Co., Ltd | 48.50 | 37.96 |
| WEIHAI JARLIN CABINETRY MANUFACTURE CO., LTD. | WEIHAI JARLIN CABINETRY MANUFACTURE CO., LTD. | 48.50 | 37.96 |
| Wellday International Company Limited also known as Dongguan Wellday Household Co., Ltd. | Wellday International Company Limited also known as Dongguan Wellday Household Co., Ltd. | 48.50 | 37.96 |
| Wenzhou Youbo Industrial Co., Ltd | Wenzhou Youbo Industrial Co., Ltd | 48.50 | 37.96 |
| Wuxi Yushea Furniture Co., Ltd | Wuxi Yushea Furniture Co., Ltd | 48.50 | 37.96 |
| Wuxi Yusheng Kitchen-Bathroom Equipment Co., Ltd | Wuxi Yusheng Kitchen-Bathroom Equipment Co., Ltd | 48.50 | 37.96 |
| Xiamen Adler Cabinetry Co., Ltd | Xiamen Adler Cabinetry Co., Ltd | 48.50 | 37.96 |
| XIAMEN GOFOR STONE CO., LTD | KAICHENG (FUJIAN) KITCHEN CABINET CO., LTD | 48.50 | 37.96 |
| XIAMEN GOLDEN HUANAN IMP.& EXP. CO., LTD | Changtai Guanjia Industrial Co., Ltd | 48.50 | 37.96 |
| XIAMEN GOLDENHOME CO., LTD | XIAMEN GOLDENHOME CO., LTD | 48.50 | 37.96 |
| XIAMEN KAICHENG TRADING LIMITED COMPANY | KAICHENG (FUJIAN) KITCHEN CABINET CO., LTD | 48.50 | 37.96 |
| Xiamen Sintop Display Fixtures Co., Ltd | Xiamen Sintop Display Fixtures Co., Ltd | 48.50 | 37.96 |
| XINGZHI INTERNATIONAL TRADE LIMITED | XUZHOU YIHE WOOD CO., LTD | 48.50 | 37.96 |
| XUZHOU JIA LI DUO IMPORT&EXPORT CO., LTD | XUZHOU OUMEC WOOD-BASED PANEL CO., LTD | 48.50 | 37.96 |
| XUZHOU YIHE WOOD CO., LTD | XUZHOU YIHE WOOD CO., LTD | 48.50 | 37.96 |
| YEKALON INDUSTRY, INC | DONGGUAN TODA FURNITURE CO., LTD | 48.50 | 37.96 |
| YEKALON INDUSTRY, INC | GUANGZHOUSHI BAISEN DECORATIVE MATERIALS COMPANY LIMITED. | 48.50 | 37.96 |
| YEKALON INDUSTRY, INC | DONGGUAN FANYANUO FURNITURE CO., LTD | 48.50 | 37.96 |
| YEKALON INDUSTRY, INC | DONGGUANSHI ANKE BUILDING MATERIALS CO., LTD. | 48.50 | 37.96 |
| YEKALON INDUSTRY, INC | Oriental Chic Furniture Company Limited | 48.50 | 37.96 |
| YEKALON INDUSTRY, INC | DONGGUAN FRANCISS FURNITURE CO., LTD | 48.50 | 37.96 |
| YEKALON INDUSTRY, INC | SHANGHAI YUANYANG WOODEN CO., LTD | 48.50 | 37.96 |
| Yi Sen Wood Industry Limited Company of Ning An City. | Yi Sen Wood Industry Limited Company of Ning An City. | 48.50 | 37.96 |
| Yichun Dongmeng Wood Co., Ltd | Yichun Dongmeng Wood Co., Ltd | 48.50 | 37.96 |
| Yichun Dongmeng Wood Co., Ltd | Qingdao Dimei Wood Co., Ltd | 48.50 | 37.96 |
| Yichun Sunshine Wood Products Co., Ltd | Yichun Sunshine Wood Products Co., Ltd | 48.50 | 37.96 |
| Yixing Pengjia Cabinetry Co., Ltd | Yixing Pengjia Cabinetry Co. Ltd | 48.50 | 37.96 |
| Zhangjiagang Daye Hotel Furniture Co., Ltd | Zhangjiagang Daye Hotel Furniture Co., Ltd | 48.50 | 37.96 |
| ZHANGJIAGANG PRO–FIXTURE CO., LTD | Zhangjiagang Yuanjiahe Home Furniture Co., Ltd | 48.50 | 37.96 |
| ZHANGZHOU CITY XIN JIA HUA FURNITURE CO., LTD. | ZHANGZHOU CITY XIN JIA HUA FURNITURE CO., LTD. | 48.50 | 37.96 |
| Zhangzhou Guohui Industrial & Trade Co., Ltd | Zhangzhou Guohui Industrial & Trade Co., Ltd | 48.50 | 37.96 |
| Zhangzhou OCA Furniture Co., Ltd | Zhangzhou OCA Furniture Co., Ltd | 48.50 | 37.96 |

**22132**　　**Federal Register** / Vol. 85, No. 77 / Tuesday, April 21, 2020 / Notices

| Exporter | Producer | Estimated weighted-average dumping margin (percent) | Cash deposit rate (adjusted for subsidy offsets) (percent) |
|---|---|---|---|
| Zhaoqing Centech Decorative Material Company Ltd | Zhaoqing Centech Decorative Material Company Ltd | 48.50 | 37.96 |
| Zhejiang Jindi Holding Group Co., Ltd ........................ | Zhejiang Jindi Holding Group Co., Ltd ........................ | 48.50 | 37.96 |
| Zhong Shan Shi Yicheng Furniture & Craftwork Co., Ltd. | Zhong Shan Shi Yicheng Furniture & Craftwork Co., Ltd. | 48.50 | 37.96 |
| Zhong Shan Yue Qin Imp. & Exp. Co., Ltd ................ | Zhongshan Jinpeng Furniture Co., Ltd ........................ | 48.50 | 37.96 |
| Zhongshan City Shenwan Meiting Furniture Factory ... | Zhongshan City Shenwan Meiting Furniture Factory ... | 48.50 | 37.96 |
| Zhongshan Fookyik Furniture Co., Ltd ........................ | Zhongshan Fookyik Furniture Co., Ltd ........................ | 48.50 | 37.96 |
| ZHONGSHAN GAINWELL FURNITURE CO., LTD ... | ZHONGSHAN GAINWELL FURNITURE CO., LTD ... | 48.50 | 37.96 |
| Zhongshan Guanda Furniture Manufacturing Co., Ltd also known as Guanda Furniture Co., Ltd. | Zhongshan Guanda Furniture Manufacturing Co., Ltd | 48.50 | 37.96 |
| ZHONGSHAN HENGFU FURNITURE COMPANY LIMITED. | ZHONGSHAN HENGFU FURNITURE COMPANY LIMITED. | 48.50 | 37.96 |
| Zhongshan King's Group Furniture (ENTERPRISES) Co., Ltd. | Zhongshan King's Group Furniture (ENTERPRISES) Co., Ltd. | 48.50 | 37.96 |
| Zhoushan For-strong Wood Co., Ltd .......................... | Zhoushan For-strong Wood Co., Ltd .......................... | 48.50 | 37.96 |
| Zhoushan For-strong Wood Co., Ltd .......................... | Shanghai Wanmuda Furniture Co., Ltd ...................... | 48.50 | 37.96 |
| Zhucheng Tonghe Woodworks Co., ltd ...................... | Zhucheng Tonghe Woodworks Co., ltd ...................... | 48.50 | 37.96 |
| Zhuhai Seagull Kitchen and Bath Products Co., Ltd ... | Zhuhai Seagull Kitchen and Bath Products Co., Ltd ... | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED .................... | DONGGUAN FANG CHENG FURNITURE LTD ......... | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED .................... | ZhongShan PRO–YEARN Crafts Product Co., Ltd ..... | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED .................... | FUJIAN NEWMARK INDUSTRIAL CO., LTD ........... | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED .................... | Fuzhou Zhonghe Houseware CO., LTD ...................... | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED .................... | MING LIANG FURNITURE PRODUCT CO., LTD ....... | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED .................... | XIANJU JUNYANG HOUSEHOLD PRODUCTS CO., LTD. | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED .................... | DongGuan HeTai Homewares CO., LTD .................... | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED .................... | CHENG TONG HARDWARE RPODUCT LTD ........... | 48.50 | 37.96 |
| ZIEL INTERNATIONAL CO., LIMITED .................... | Nantong Jon Ergonomic office Co., Ltd ...................... | 48.50 | 37.96 |
| China-Wide Entity ....................................................... |  | 262.18 | 251.64 |

## Provisional Measures

Section 733(d) of the Act states that instructions issued pursuant to an affirmative preliminary determination may not remain in effect for more than four months, except where exporters representing a significant proportion of exports of the subject merchandise request Commerce extended the four-month period to no more than six-months. At the request of exporters that account for a significant proportion of wooden cabinets and vanities from China, Commerce extended the four-month period to six-months.[5] In the underlying investigation, Commerce published the preliminary determination on October 9, 2019. Therefore, the extended period, beginning on the date of publication of the *Preliminary Determination,* ended on April 5, 2020. Furthermore, section 737(b) of the Act states that definitive duties are to begin on the date of publication of the ITC's final injury determination.

Therefore, in accordance with section 733(d) of the Act and our practice, we will instruct CBP to terminate the suspension of liquidation and to liquidate, without regard to

----
[5] *See Preliminary Determination.*

antidumping duties, unliquidated entries of wooden cabinets and vanities from China entered, or withdrawn from warehouse, for consumption after April 5, 2020, the date on which the provisional measures expired, until and through the day preceding the date of publication of the ITC's final injury determination in the **Federal Register.** Suspension of liquidation will resume on the date of publication of the ITC's final determination in the **Federal Register.**

## Notifications to Interested Parties

This notice constitutes the antidumping duty order with respect to wooden cabinets and vanities from China pursuant to section 736(a) of the Act. Interested parties can find a list of antidumping duty orders currently in effect at *http://enforcement.trade.gov/stats/iastats1.html.*

This order is published in accordance with sections 735(c)(2) and 736(a) of the Act, and 19 CFR 351.211(b).

Dated: April 16, 2020.

**Jeffrey I. Kessler,**

*Assistant Secretary for Enforcement and Compliance.*

## Appendix

### Scope of the Order

The merchandise subject to this order consists of wooden cabinets and vanities that are for permanent installation (including floor mounted, wall mounted, ceiling hung or by attachment of plumbing), and wooden components thereof. Wooden cabinets and vanities and wooden components are made substantially of wood products, including solid wood and engineered wood products (including those made from wood particles, fibers, or other wooden materials such as plywood, strand board, block board, particle board, or fiberboard), or bamboo. Wooden cabinets and vanities consist of a cabinet box (which typically includes a top, bottom, sides, back, base blockers, ends/end panels, stretcher rails, toe kicks, and/or shelves) and may or may not include a frame, door, drawers and/or shelves. Subject merchandise includes wooden cabinets and vanities with or without wood veneers, wood, paper or other overlays, or laminates, with or without non-wood components or trim such as metal, marble, glass, plastic, or other resins, whether or not surface finished or unfinished, and whether or not completed.

Wooden cabinets and vanities are covered by this order whether or not they are imported attached to, or in conjunction with, faucets, metal plumbing, sinks and/or sink

bowls, or countertops. If wooden cabinets or vanities are imported attached to, or in conjunction with, such merchandise, only the wooden cabinet or vanity is covered by the scope.

Subject merchandise includes the following wooden component parts of cabinets and vanities: (1) wooden cabinet and vanity frames (2) wooden cabinet and vanity boxes (which typically include a top, bottom, sides, back, base blockers, ends/end panels, stretcher rails, toe kicks, and/or shelves), (3) wooden cabinet or vanity doors, (4) wooden cabinet or vanity drawers and drawer components (which typically include sides, backs, bottoms, and faces), (5) back panels and end panels, (6) and desks, shelves, and tables that are attached to or incorporated in the subject merchandise.

Subject merchandise includes all unassembled, assembled and/or ''ready to assemble'' (RTA) wooden cabinets and vanities, also commonly known as ''flat packs,'' except to the extent such merchandise is already covered by the scope of antidumping and countervailing duty orders on *Hardwood Plywood from the People's Republic of China. See Certain Hardwood Plywood Products from the People's Republic of China: Amended Final Determination of Sales at Less Than Fair Value, and Antidumping Duty Order,* 83 FR 504 (January 4, 2018); *Certain Hardwood Plywood Products from the People's Republic of China: Countervailing Duty Order,* 83 FR 513 (January 4, 2018). RTA wooden cabinets and vanities are defined as cabinets or vanities packaged so that at the time of importation they may include: (1) wooden components required to assemble a cabinet or vanity (including drawer faces and doors); and (2) parts *(e.g.,* screws, washers, dowels, nails, handles, knobs, adhesive glues) required to assemble a cabinet or vanity. RTAs may enter the United States in one or in multiple packages.

Subject merchandise also includes wooden cabinets and vanities and in-scope components that have been further processed in a third country, including but not limited to one or more of the following: trimming, cutting, notching, punching, drilling, painting, staining, finishing, assembly, or any other processing that would not otherwise remove the merchandise from the scope of the order if performed in the country of manufacture of the in-scope product.

Excluded from the scope of this order, if entered separate from a wooden cabinet or vanity are:

(1) Aftermarket accessory items which may be added to or installed into an interior of a cabinet and which are not considered a structural or core component of a wooden cabinet or vanity. Aftermarket accessory items may be made of wood, metal, plastic, composite material, or a combination thereof that can be inserted into a cabinet and which are utilized in the function of organization/accessibility on the interior of a cabinet; and include:

• Inserts or dividers which are placed into drawer boxes with the purpose of organizing or dividing the internal portion of the drawer into multiple areas for the purpose of containing smaller items such as cutlery, utensils, bathroom essentials, *etc.*

• Round or oblong inserts that rotate internally in a cabinet for the purpose of accessibility to foodstuffs, dishware, general supplies, *etc.*

(2) Solid wooden accessories including corbels and rosettes, which serve the primary purpose of decoration and personalization.

(3) Non-wooden cabinet hardware components including metal hinges, brackets, catches, locks, drawer slides, fasteners (nails, screws, tacks, staples), handles, and knobs.

(4) Medicine cabinets that meet all of the following five criteria are excluded from the scope: (1) wall mounted; (2) assembled at the time of entry into the United States; (3) contain one or more mirrors; (4) be packaged for retail sale at time of entry; and (5) have a maximum depth of seven inches.

Also excluded from the scope of the order are:

(1) All products covered by the scope of the antidumping duty order on *Wooden Bedroom Furniture from the People's Republic of China. See Notice of Amended Final Determination of Sales at Less Than Fair Value and Antidumping Duty Order: Wooden Bedroom Furniture from the People's Republic of China,* 70 FR 329 (January 4, 2005).

(2) All products covered by the scope of the antidumping and countervailing duty orders on *Hardwood Plywood from the People's Republic of China. See Certain Hardwood Plywood Products from the People's Republic of China: Amended Final Determination of Sales at Less Than Fair Value, and Antidumping Duty Order,* 83 FR 504 (January 4, 2018); *Certain Hardwood Plywood Products from the People's Republic of China: Countervailing Duty Order,* 83 FR 513 (January 4, 2018).

Imports of subject merchandise are classified under Harmonized Tariff Schedule of the United States (HTSUS) statistical numbers 9403.40.9060 and 9403.60.8081. The subject component parts of wooden cabinets and vanities may be entered into the United States under HTSUS statistical number 9403.90.7080. Although the HTSUS subheadings are provided for convenience and customs purposes, the written description of the scope of this order is dispositive.

[FR Doc. 2020–08544 Filed 4–20–20; 8:45 am]

**BILLING CODE 3510–DS–P**

---

# DEPARTMENT OF COMMERCE

## International Trade Administration

## Meeting of the Civil Nuclear Trade Advisory Committee

**AGENCY:** International Trade Administration, U.S. Department of Commerce.

**ACTION:** Notice of a Partially Closed Federal Advisory Committee Meeting.

**SUMMARY:** This notice sets forth the schedule and proposed agenda for a partially closed meeting of the Civil Nuclear Trade Advisory Committee (CINTAC).

**DATES:** The meeting is scheduled for Thursday, May 21, 2020, from 11:00 a.m. to 4:00 p.m. Eastern Standard Time (EST). The deadline for members of the public to register to participate, including requests to make comments during the meeting and for auxiliary aids, or to submit written comments for dissemination prior to the meeting, is 5:00 p.m. Eastern Standard Time (EST) on Friday, May 15, 2020.

**ADDRESSES:** The meeting will be held via phone/webinar. Requests to register to participate (including to speak or for auxiliary aids) and any written comments should be submitted to: Mr. Jonathan Chesebro, Office of Energy & Environmental Industries, International Trade Administration, Room 28018, 1401 Constitution Ave. NW, Washington, DC 20230. (Fax: 202–482–5665; email: *jonathan.chesebro@trade.gov*). Members of the public are encouraged to submit registration requests and written comments via email to ensure timely receipt.

**FOR FURTHER INFORMATION CONTACT:** Mr. Jonathan Chesebro, Office of Energy & Environmental Industries, International Trade Administration, Room 28018, 1401 Constitution Ave. NW, Washington, DC 20230. (Phone: 202–482–1297; Fax: 202–482–5665; email: *jonathan.chesebro@trade.gov*).

**SUPPLEMENTARY INFORMATION:**

*Background:* The CINTAC was established under the discretionary authority of the Secretary of Commerce and in accordance with the Federal Advisory Committee Act (5 U.S.C. App.), in response to an identified need for consensus advice from U.S. industry to the U.S. Government regarding the development and administration of programs to expand United States exports of civil nuclear goods and services in accordance with applicable U.S. laws and regulations, including advice on how U.S. civil nuclear goods and services export policies, programs, and activities will affect the U.S. civil nuclear industry's competitiveness and ability to participate in the international market.

The Department of Commerce renewed the CINTAC charter on August 10, 2018. This meeting is being convened under the sixth charter of the CINTAC.

*Topics to be considered:* The agenda for the CINTAC meeting on Thursday, May 21, 2020, is as follows:

Closed Session (11:00 a.m.–1:00 p.m.)—Discussion of matters determined to be exempt from the provisions of the Federal Advisory Committee Act relating to public meetings found in 5 U.S.C. App.