# CLARK HILL

Mark R. Ludwikowski
T 202.772.0909
T 202.640.6680
F 202.772-0919
Email: mludwikowski@clarkhill.com

Clark Hill PLC
1001 Pennsylvania Ave.
Suite 1300 South
Washington, DC 20004

**clarkhill.com**

April 19, 2021

**VIA ELECTRONIC FILING**

The Honorable Gary S. Katzmann
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

    Re:    **The Ancientree Cabinet Co., Ltd. v. United States; Court No. 20-00114**

Dear Judge Katzmann:

On behalf of Cabinets to Go, LLC ("CTG"), Plaintiff-Intervenor in this action, we submit this letter following oral argument held on April 14, 2021 (ECF No. 47). CTG does not take a position on the merits of the arguments presented by the parties during oral argument. However, CTG wishes to reiterate that should the Court accept Plaintiff's arguments that its antidumping ("AD") margin be recalculated based on Malaysia as a surrogate country, then the same recalculation must be undertaken by the Department of Commerce consistently for the other mandatory respondents Rizhao Foremost Woodwork Manufacturing Company Ltd. ("Foremost") and Dalian Meisen Woodworking Co., Ltd. ("Meisen"), as well as companies not individually investigated but receiving a separate AD rate ("separate rate respondents").

Respectfully submitted,

**CLARK HILL PLC**

By: _____
    Mark Ludwikowski
    Courtney G. Taylor

*Counsel to Plaintiff-Intervenor*

**Word Count Certificate of Compliance**

This brief has been prepared utilizing Microsoft Word 2007 using a proportionally spaced typeface (12 point Times New Roman font).

In accordance with this Court's Order, the undersigned certifies that this response complies with the word limitations set forth in the Chambers Procedures. Specifically, I hereby certify that this comment contains 120 words. In accordance with the Chambers Procedures, this certified word count is based on the word count feature in the word processing system (Microsoft Word) used to prepare this letter.

By: _____
      Mark Ludwikowski