**UNITED STATES DEPARTMENT OF COMMERCE**
**Office of the General Counsel**
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

October 12, 2021

**FILED ELECTRONICALLY VIA CM/ECF**

Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re:   Final Results of Redetermination Pursuant to Court Remand Order in *The Ancientree Cabinet Co., Ltd. v. U.S.*, Court No. 20-00114

Dear Mr. Toscano:

Pursuant to the Court's order of July 12, 2021, please find attached the U.S. Department of Commerce's Final Results of Redetermination Pursuant to Remand Order in the above-captioned action. The remand redetermination is a public document.

In accordance with Court Rule 56.2(h)(1), filing of the administrative record index for the remand proceeding will follow under separate cover. Should you have any questions concerning the matter, please contact me at (202) 482-3748.

Respectfully submitted,

/s Savannah Rose Maxwell
Savannah Rose Maxwell
Attorney
Office of the Chief Counsel
   for Trade Enforcement & Compliance

Attachment

Mr. Mario Toscano
October 12, 2021
Page 2

cc:

Ioana Cristei
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 305-0001
Fax: (202) 305-7644
Email: ioana.cristei@usdoj.gov

Luke A. Meisner
Schagrin Associates
900 Seventh Street,
NW. Suite 500
Washington, DC 20001
(202) 223-1700
Fax: (202) 429-2522
Email: lmeisner@schagrinassociates.com

Gregory Stephen Menegaz
deKieffer & Horgan PLLC
1455 Pennsylvania Avenue, NW.
Suite 900B
Washington, DC 20004
(202) 783-6900
Fax: (202) 783-6909
Email: gmenegaz@dhlaw.com

Mark Rett Ludwikowski
Clark Hill PLC
1001 Pennsylvania Ave, NW
Suite 1300 South
Washington, DC 20004
(202) 640-6680
Fax: (202) 640-6693
Email:
mludwikowski@clarkhill.com