

**UNITED STATES DEPARTMENT OF COMMERCE**
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

October 22, 2021

**FILED ELECTRONICALLY VIA CM/ECF**

Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

      Re:    *The Ancientree Cabinet Co., Ltd. v. U.S.*, Court No. 20-00114

Dear Mr. Toscano:

      In accordance with Rule 56.2(h)(1) of the Rules of this Court, I am transmitting the index of the administrative record for the above-referenced case as it pertains to the remand proceeding conducted pursuant to the Court's order of July 12, 2021.  I am also transmitting the certification for the index.  The Department of Commerce's remand redetermination was filed with the Court on October 12, 2021.

      Pursuant to Rule 73.2, the Department is not filing the record with the Court.   The record index (like the record) includes only public documents for this remand redetermination, and therefore Commerce is filing one index, listing documents with public information.

      If you have any questions concerning this matter, please contact me at (202) 482-3748.

                                    Respectfully submitted,

                                    /s Savannah Rose Maxwell
                                  Savannah Rose Maxwell
                                  Attorney
                                  Office of the Chief Counsel
                                      for Trade Enforcement & Compliance

Attachments

Mr. Mario Toscano
October 22, 2021
Page 2

    cc:   (with index and certification)

    Ioana Cristei
    U.S. Department of Justice
    Commercial Litigation Branch - Civil Division
    P.O. Box 480
    Ben Franklin Station
    Washington, DC 20044
    (202) 305-0001
    Fax: (202) 305-7644
    Email: ioana.cristei@usdoj.gov

    Luke A. Meisner
    Schagrin Associates 900
    Seventh Street, NW.
    Suite 500
    Washington, DC 20001
    (202) 223-1700
    Fax: (202) 429-2522
    Email: lmeisner@schagrinassociates.com

    Gregory Stephen Menegaz
    deKieffer & Horgan PLLC
    1455 Pennsylvania Avenue, NW.
    Suite 900B
    Washington, DC 20004
    (202) 783-6900
    Fax: (202) 783-6909
    Email: gmenegaz@dhlaw.com

    Mark Rett Ludwikowski
    Clark Hill PLC
    1001 Pennsylvania Ave, NW
    Suite 1300 South
    Washington, DC 20004
    (202) 640-6680
    Fax: (202) 640-6693
    Email: mludwikowski@clarkhill.com