Report generated on: 10/21/2021 3:58:20 PM

UNITED STATES DEPARTMENT OF COMMERCE - INTERNATIONAL TRADE ADMINISTRATION - INDEX TO ADMINISTRATIVE RECORD

CASE NUMBER A-570-106 - Wooden Cabinets and Vanities and Components Thereof From People Republic of China

REM - SLIP OP. 21-87

*Contains Data files*

* Public Document * Public Document * Public Document

Print

| Item No. | Upload Date | Document Title | Segment | Bar Code |
|---|---|---|---|---|
| 1 Public Document | 9/10/2021 | OTHER FROM USDOC TO FILE PERTAINING TO INTERESTED PARTIES DRAFT REMAND REDETERMINATION | REM - Slip Op. 21-87 | 4159687-01 |
| 2 Public Document | 9/17/2021 | LETTER FROM SCHAGRIN ASSOCIATES TO SEC OF COMMERCE PERTAINING TO AMERICAN KITCHEN CABINET ALLIANCE CMTS ON DRAFT REMAND REDETERMINATION | REM - Slip Op. 21-87 | 4161723-01 |
| 3 Public Document | 9/17/2021 | LETTER FROM DEKIEFFER & HORGAN TO SEC OF COMMERCE PERTAINING TO ANCIENTREE DRAFT CMTS ON REMAND RESULTS | REM - Slip Op. 21-87 | 4161897-01 |
| 4 Public Document | 10/12/2021 | OTHER FROM USDOC TO FILE PERTAINING TO INTERESTED PARTIES FINAL REMAND REDETERMINATION | REM - Slip Op. 21-87 | 4170670-01 |