UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THE ANCIENTREE CABINET CO., LTD.,<br><br>        Plaintiff,<br><br>CABINETS TO GO, LLC,<br><br>        Plaintiff-Intervenor,<br><br>    v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>    and<br><br>AMERICAN KITCHEN CABINET ALLIANCE,<br><br>        Defendant-Intervenor. | Before: Gary S. Katzmann, Judge<br>Court No. 20-00114 |

## JUDGMENT

This case having been submitted for decision, and the court, after due deliberation, having rendered an opinion; now, in conformity with that opinion, it is hereby

**ORDERED** that the United States Department of Commerce's Final Results of Redetermination Pursuant to Court Remand, Oct. 12, 2021, ECF No. 61-1, are sustained; and it is further

**ORDERED** that judgment be, and hereby is, entered for Defendant the United States.

                                                  /s/     *Gary S. Katzmann*
                                                               Judge

Dated: March 21, 2022
       New York, New York